7/22/22  1:13PM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Auto Wholesale of Boca, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1035162** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6560 West Rogers Circle, Suite B-27**<br>**Boca Raton, FL 33487**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Palm Beach**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

7/22/22  1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                                       Case number (*if known*) _____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

7/22/22  1:13PM

| Debtor | **Auto Wholesale of Boca, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

7/22/22  1:13PM

Debtor   **Auto Wholesale of Boca, LLC**                    Case number (*if known*) _____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

7/22/22 1:13PM

Debtor   **Auto Wholesale of Boca, LLC**
Name

Case number (*if known*)

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 22, 2022**
MM / DD / YYYY

**X** **/s/ Moshe Farache**
Signature of authorized representative of debtor

**Moshe Farache**
Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ James B. Miller, Esq.**
Signature of attorney for debtor

Date   **July 22, 2022**
MM / DD / YYYY

**James B. Miller, Esq. 0009164**
Printed name

**James B. Miller, P.A.**
Firm name

**19 West Flagler St.  #416**
**Miami, FL 33130**
Number, Street, City, State & ZIP Code

Contact phone   **305-374-0200**      Email address   **bkcmiami@gmail.com**

**0009164 FL**
Bar number and State

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

7/22/22 1:13PM

**Fill in this information to identify the case:**

Debtor name     **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 22, 2022**          X **/s/ Moshe Farache**
                                        Signature of individual signing on behalf of debtor

                                        **Moshe Farache**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

7/22/22  1:13PM

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Auto Wholesale of Boca, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF FLORIDA</strong></td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **40 Financial Services**<br>**1000 Vereda Del Ciervo Goleta**<br>**Goleta, CA 93117** | | | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$0.00** |
| **A Car Leasing LTD Inc.**<br>**PO Box 9000 Lutherville**<br>**Timonium, MD 21094** | | | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$0.00** |
| **Allie Bank**<br>**4515 N. Santa Fe Ave. Dept APS**<br>**Oklahoma City, OK 73118** | | | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$0.00** |
| **Ally Financial**<br>**PO Box 8110**<br>**Cockeysville, MD 21030** | | | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$0.00** |
| **Ally Financial**<br>**PO Box 8110**<br>**Cockeysville, MD 21030** | | | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$0.00** |
| **Amir Robert Wasiullah**<br>**5662 NW. 30th Ave.,**<br>**Boca Raton, FL 33496** | | | **Contingent**<br>**Unliquidated**<br>**Disputed**<br>**Subject to Setoff** | | | **$0.00** |
| **Antonio Batista**<br>**1961 Brandywine Road**<br>**West Palm Beach, FL 33415** | | | **Unliquidated** | | | **$500.00** |

| Debtor | **Auto Wholesale of Boca, LLC** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Apple 3 Investments, Inc. 1001 Clint Moore Road, Suite 101 Boca Raton, FL 33487** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Arby Lipman, LLC and Arby Lipman c/o C. Cory Mauro, Esq. Mauro Law, P.A. 1001 Yamato Road, Suite 401 Boca Raton, FL 33431** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Augusta Audatte 1254 NW. 102nd Way Coral Springs, FL 33071** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Calvin Erbstein 4318 El Mar Drive Lauderdale By The Lakes, FL 33308** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$1,000,000.00** |
| **Express Emergency Services Inc 5050 W Rogers Circle, Suite B27 Boca Raton, FL 33487** | | | | | | **$3,000.00** |
| **Florida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399** | | | **Contingent Unliquidated** | | | **$7,691.19** |
| **Internal Revenue Service P.O. Box 1302 Charlotte, NC 28201-1302** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Internal Revenue Service 51 S.W. First Ave. Miami, FL 33130** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **$1.00** |

Debtor  **Auto Wholesale of Boca, LLC**
Name                                                          Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kukin Forehand Brandes LLP 18851 NE 29th Ave Suite 303 Aventura, FL 33180** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$21,000.00** |
| **M & M Development Consultants LLC 6560 W Rogers Circle, Suite B27 Boca Raton, FL 33487** | | | | | | **$1,289,168.77** |
| **Mazel Tov Inc 6560 W Rogers Circle, Suite B27 Boca Raton, FL 33487** | | | | | | **$77,838.87** |
| **NY Restoration & Remodeling 1501 NW 22nd Ct #21-22 Pompano Beach, FL 33069** | | | **Contingent Unliquidated** | | | **$3,500.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

7/22/22 1:13PM

**Fill in this information to identify the case:**

Debtor name    **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
Copy line 88 from *Schedule A/B*........................................................................................... $     **0.00**

    1b. **Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................................ $     **3,350,652.96**

    1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.......................................................................................... $     **3,350,652.96**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................ $     **7,694.19**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **5,725,839.97**

4.  **Total liabilities** .................................................................................................................................
Lines 2 + 3a + 3b                  $     **5,733,534.16**

7/22/22  1:13PM

**Fill in this information to identify the case:**

Debtor name     **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property        **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
         Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Bank United** | **Checking Account** | **7432** | **$216,231.85** |
| 3.2. | **Synovus Bank** | **Checking Account** | **5805** | **$9,900.00** |
| 3.3. | **TD Bank** | **Checking Account** | **8886** | **$6,652.47** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**                                                                               **$232,784.32**

         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

7/22/22  1:13PM

| Debtor | **Auto Wholesale of Boca, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

|  | | |
|---|---|---|
| 7.1. | **5471, LLC** **Security Deposit** | **$21,289.29** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **5471, LLC -Warehouse Lease** | **$1.00** |
|---|---|---|
| 8.2. | **SC&J II, LLC -Office Lease** | **$1.00** |
| 8.3. | **Royal Premium Budget, Inc.** | **$4,365.81** |
| 8.4. | **Stonemark Royal Premium Budget Inc.** | **$7,811.54** |

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.  **$33,468.64**

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **0.00** - **0.00** = ....   **Unknown**
    face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**  **$0.00**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:   Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.

☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  **Auto Wholesale of Boca, LLC**                    Case number *(If known)* _____
                Name

19.  **Raw materials**

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**
     **See No. 46 below** _____    **Unknown** _____         **$0.00**

23.  **Total of Part 5.**                                                 | **$0.00** |

     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Funiture** | **$9,400.00** | | **$9,400.00** |
| 40. **Office fixtures**<br>**Fixtures** | **$9,300.00** | | **$9,300.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computer, software and equipment** | **$9,300.00** | | **$9,300.00** |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **Auto Wholesale of Boca, LLC**                    Case number *(If known)* _____
          Name

43.  **Total of Part 7.**                                                          | $28,000.00 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Ferrari F12 Berlinetta**<br>**VIN No. 1036** | $244,600.00 | | $244,600.00 |
| 47.2. **2019 Aston Martin DB11 Volante**<br>**VIN No. 7671** | $150,000.00 | | $150,000.00 |
| 47.3. **2020 Lamborghini Urus**<br>**VIN No. 6529** | $185,000.00 | | $185,000.00 |
| 47.4. **2020 Mercedes G63**<br>**VIN No. 6462** | $175,000.00 | | $175,000.00 |
| 47.5. **2019 BMW X7**<br>**VIN No. 9222** | $57,100.00 | | $57,100.00 |
| 47.6. **2019 GMC Yukon**<br>**VIN No. 4378** | $100.00 | | $100.00 |
| 47.7. **2018 MClaren 720S**<br>**VIN No. 0506** | $180,000.00 | | $180,000.00 |
| 47.8. **2021 Mercedes G Wagon**<br>**VIN No. 0328** | $175,000.00 | | $175,000.00 |
| 47.9. **2020 Mercedes G63**<br>**VIN No. 2080** | $175,000.00 | | $175,000.00 |
| 47.10. **2008 Porsche 911**<br>**VIN No. 3176** | $37,800.00 | | $37,800.00 |

7/22/22 1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                    Case number *(If known)* _____
                 Name

| | | | |
|---|---|---|---|
| 47.11. | **2020 MClaren 720S**<br>**VIN No. 4229** | $273,000.00 | $273,000.00 |
| 47.12. | **2019 Lamborghini Urus**<br>**VIN No. 1961** | $100.00 | $100.00 |
| 47.13. | **2020 Ferrari 812 Superfast**<br>**VIN No. 4963** | $435,500.00 | $434,500.00 |
| 47.14. | **2018 Cadillac Escalade**<br>**VIN No. 1612** | $32,500.00 | $32,500.00 |
| 47.15. | **2013 Ferrari 458 Italia**<br>**VIN No. 1526** | $191,000.00 | $191,000.00 |
| 47.16. | **2021 Jeep Gladiator**<br>**VIN No. 1540** | $39,500.00 | $39,500.00 |
| 47.17. | **2020 Lamborghini Huracan**<br>**VIN No. 4316** | $271,000.00 | $271,000.00 |
| 47.18. | **2019 MClaren 720S**<br>**VIN No. 3714** | $260,000.00 | $260,000.00 |
| 47.19. | **2020 Mercedes G Class**<br>**VIN No. 4940** | $175,000.00 | $175,000.00 |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
           floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm**
           **machinery and equipment)**
           **Battery chargers**                                        $200.00                       $200.00

51.     **Total of Part 8.**                                                                    $3,056,400.00
           Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
           ☐ No
           ■ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

Part 9:        **Real property**

54. **Does the debtor own or lease any real property?**

Debtor    **Auto Wholesale of Boca, LLC**                          Case number *(If known)* _____
                Name

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5471, LLC 5471 North Dixie Highway Boca Raton, FL 33487** | **Commercial Lease** | **$0.00** | | **Unknown** |
| 55.2. **SC&J II, LLC 6560 West Rogers Circle, Suite 27 Boca Raton, FL 33487** | **Commercial Lease** | **$0.00** | | **Unknown** |

56.    **Total of Part 9.**                                                                         **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 10:      **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Part 11:      **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Debtor   **Auto Wholesale of Boca, LLC**               Case number *(If known)*  _____
          Name

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**
        **Legal and Equitable claims remedies against:**
        **Ed Brown, Abby Lippman, Derek Stephens, Frank Evans, Scott Zankl, Kristen Zankl, Karma of Palm Beach, Inc., Karma of Broward, Inc., Excel Auto Group, LLC, Luxury Lease Company, FVP Opportunity Fund III, FVP Servicing, LLC and Hi Bar Capital, LLC.**                                                                          **Unknown**

        | Nature of claim | **Legal and Equitable claims remedies** |
        | --- | --- |
        | Amount requested | **$0.00** |

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                                                     **$0.00**

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

Debtor    **Auto Wholesale of Boca, LLC**                                        Case number *(If known)* _____
                    Name

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 12:</b></td><td><b>Summary</b></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $232,784.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,468.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $28,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,056,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,350,652.96 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,350,652.96 |

7/22/22 1:13PM

| Fill in this information to identify the case: |
|---|

Debtor name      **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

7/22/22  1:13PM

**Fill in this information to identify the case:**

Debtor name  **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address **Florida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | **$7,691.19** | **$7,691.19** |
|---|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address **Internal Revenue Service 51 S.W. First Ave. Miami, FL 33130** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ■ Disputed | **$1.00** | **$1.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

7/22/22  1:13PM

Debtor **Auto Wholesale of Boca, LLC**                    Case number (if known) _____
            Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19101-7346**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |

**Internal Revenue Service**
**P.O. Box 1302**
**Charlotte, NC 28201-1302**

■ Contingent

■ Unliquidated

■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**40 Financial Services**
**1000 Vereda Del Ciervo Goleta**
**Goleta, CA 93117**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**A Car Leasing LTD Inc.**
**PO Box 9000**
**Lutherville Timonium, MD 21094**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allie Bank**
**4515 N. Santa Fe Ave. Dept APS**
**Oklahoma City, OK 73118**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

7/22/22 1:13PM

Debtor **Auto Wholesale of Boca, LLC**
Name

Case number (if known) _____

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ally Financial**
**PO Box 8110**
**Cockeysville, MD 21030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ally Financial**
**PO Box 8110**
**Cockeysville, MD 21030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Amir Robert Wasiullah**
**5662 NW. 30th Ave.,**
**Boca Raton, FL 33496**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Antonio Batista**
**1961 Brandywine Road**
**West Palm Beach, FL 33415**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Apple 3 Investments, Inc.**
**1001 Clint Moore Road, Suite 101**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Arby Lipman, LLC and Arby Lipman**
**c/o C. Cory Mauro, Esq.**
**Mauro Law, P.A.**
**1001 Yamato Road, Suite 401**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Augusta Audatte**
**1254 NW. 102nd Way**
**Coral Springs, FL 33071**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

7/22/22  1:13PM

Debtor    **Auto Wholesale of Boca, LLC**
          _Name_

Case number (if known) _____

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**Auto Sport Group**
**141 NW 20th St., H-13**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**Automotive Service Systems, Inc.**
**6023 Town Colony Dr, Suite 223**
**Boca Raton, FL 33433**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**Bal Investments**
**1114 Ashton Trace**
**Atlanta, GA 30319**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**Bassem Boutris Maximos**
**2909 N Island Dr.,**
**Seabrook, TX 77586**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**Benidt Investments/Slinger, LLC**
**c/o Michael J. Harwin, Esq.,**
**Stearns Miller Weissler Alhadeff**
**200 East Las Olas Boulevard, Suite 2100**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------|

**C & K Auto Import South**
**1210 S. Andrews Ave.,**
**Pompano Beach, FL 33069**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000,000.00** |
|------|-----------------------------------------------------|--------------------------------------------------------------------------|-------------------|

**Calvin Erbstein**
**4318 El Mar Drive**
**Lauderdale By The Lakes, FL 33308**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

7/22/22  1:13PM

Debtor   **Auto Wholesale of Boca, LLC**
         <sub>Name</sub>                                        Case number (if known) _____

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carrio Motorcars**
**2300 North State Rd. 7**
**Fort Lauderdale, FL 33313**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad Scott Zankin**
**9098 Pintura Way**
**Boca Raton, FL 33496**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chapford Credit Opportunities Fund LP**
**c/o James C. Moon, Esq.**
**3200 Southeast Financial Center**
**200 South Biscayne Boulevard**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chapford Specialty Finance LLC**
**c/o James C. Moon**
**3200 Southeast Financial Center**
**200 South Biscayne Boulevard**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Farache**
**270 S Silver Palm Road**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daimler Trust LSR Rico Brothers Inc.**
**4911 Mason St.,**
**South Gate, CA 90280**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Amsel**
**9712 Palma Vista Way**
**Boca Raton, FL 33428**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page  5 of 18**

7/22/22 1:13PM

| Debtor | Auto Wholesale of Boca, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.25** Nonpriority creditor's name and mailing address
**Dealer Souq USA LLC**
**1001 Clint Moore RD, Suite 101**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.26** Nonpriority creditor's name and mailing address
**Derek Clayton Stevens**
**1221 Hillsboro Mile 17 C**
**Hillsboro, FL 33062**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.27** Nonpriority creditor's name and mailing address
**Derek Stephens**
**c/o Allison B. Duffie, Esq.**
**Darin Wade Mellinger, Esq.,**
**12020 N. Federal Hwy, Suite 200**
**Boca Raton, FL 33432-2000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.28** Nonpriority creditor's name and mailing address
**Driv Inc**
**1617 W. McNab Rd.,**
**Pompano Beach, FL 33069**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.29** Nonpriority creditor's name and mailing address
**EAG Wholesale, LLC**
**1001 Clint Moore Rd, Suite 101**
**Boca Raton, FL 33487**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.30** Nonpriority creditor's name and mailing address
**Ed Brown**
**152 Bears Club Dr.,**
**Jupiter, FL 33477**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.31** Nonpriority creditor's name and mailing address
**Edward Brown**
**c/o Eyal Berger, Esq.**
**Akerman LLP**
**201 E Las Olas Blvd Ste 1800**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

7/22/22 1:13PM

Debtor **Auto Wholesale of Boca, LLC**
　　　　　Name

Case number (if known) _____

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EEP Investments LLC**
**c/o David R Softness, Esq.**
**20 one S. Biscayne Blvd., Suite 2740**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elite Motorcars of Miami LLC**
**5700 NW. 27th Ave.,**
**Miami, FL 33142**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elite Motors**
**1887 Whitney Mesa Dr., #4095**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Dore**
**c/o Jack Brennan, Esq.**
**Gray Robinson, P.A.**
**301 East Pine Street, Suite 1400**
**Orlando, FL 32801**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Excell Auto Finance, LLC**
**N/K/A Columbus Day Finance, LLC**
**1699 S Federal Highway, Suite 300**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Excell Auto Group, Inc.**
**c/o Nicole Testa Mehdipour, Trustee**
**Law Office of Nicole Testa Mehdipour, PA**
**6278 North Federal Highway, Suite 408**
**Fort Lauderdale, FL 33308**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

7/22/22  1:13PM

Debtor      **Auto Wholesale of Boca, LLC**                                      Case number (if known) _____
                      Name

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Excell Auto Sport and Service, Inc.**
**5471 N. Dixie Hwy, Suite 5**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,000.00** |

**Express Emergency Services Inc**
**5050 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,059.87** |

**Farache Enterprises Inc**
**6560 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Frank Arthur Evans III**
**c/o Howard Poznanski, Esq.**
**PO Box 970094**
**Coconut, FL 33097**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Frank Arthur Evans III**
**4501 N Ocean Blvd, TH #3**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Frank Arthur Evans III**
**1800 Northwest Corporate Blvd., #310**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Franklin Capital**
**c/o Schraiberg Page, PA**
**Schraiberg Page, Suite 300**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ■ Yes

---

7/22/22  1:13PM

Debtor      **Auto Wholesale of Boca, LLC**
                Name

Case number (if known)  _____

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Franklin Capital Group, LLC**
**One Market Square Center**
**151 N. Delaware Street, Suite 1510**
**Indianapolis, IN 46204**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Franklin Capital Management, LLC**
**P.O. Box 7642**
**Jupiter, FL 33468-7642**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frederick Hall**
**c/o Richard Corey, Esq.**
**The Law Offices of Richard Corey, PLLC**
**915 Middle Rover Drive, Suite 414**
**Fort Lauderdale, FL 33304**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FVP Investments, LLC**
**1201 Broadway, FL 7**
**New York, NY 10001-5656**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FVP Opportunity Fund III, LP**
**325 Hudson Street, 4th Floor**
**New York, NY 10013**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**FVP Servicing, LLC**
**777 Third Avenue, 17th Floor**
**New York, NY 10017**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Genco Auto Sales**
**7436 NW. 55th St.,**
**Miami, FL 33166**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

7/22/22 1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                                    Case number (if known) _____
          Name

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Graves Directional Drilling Inc.**
**7670 Circle Dr.,**
**Young Harris, GA 30582**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Gustavo Henrique Sampson Couto**
**22312 Whistling Pines Ln.,**
**Boca Raton, FL 33428**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Hi Bar Capital, LLC**
**c/o Mark J. Wolfson, Esq.**
**Foley & Larder, LLP**
**100 North Tampa Street, Suite 2700**
**Tampa, FL 33602**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Hitfigure, LLC dba iLusso (Hitfigure)**
**2115 Harbor Blvd.,**
**Costa Mesa, CA 92627**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Israel Hechter**
**16699 Collins Ave., Apt. 2303**
**Sunny Isles, FL 33160**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Jay L Farrow, Esq.**
**Farrow Law, P.A.**
**4801 S University Dr Ste 260**
**Davie, FL 33328**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|------|------|------|------|

**Karma of Broward, Inc.**
**1717 SE 17th St**
**Fort Lauderdale, FL 33316**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Official Form 206 E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**                  **Page 10 of 18**

7/22/22  1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                                    Case number (if known) _____
          Name

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Karma of Palm Beach, Inc.**
**1001 Clint Moore Rd, Suite 101**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kimberly Siobhan Edwards and**
**Gregory di Maria**
**9938 Equys Circle**
**Boynton Beach, FL 33472**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristen Zankl**
**16937 Pierre Circle**
**Delray Beach, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,000.00** |
|---|---|---|---|

**Kukin Forehand Brandes LLP**
**18851 NE 29th Ave Suite 303**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KZ Consultants, Inc.**
**16937 Pierre Cir**
**Delray Beach, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lavish Hero Fund, Inc.**
**1001 Clint Moore Road**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leslie Ramsammy Jr**
**8 Jareds Path**
**Brookhaven, NY 11719**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

7/22/22  1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                          Case number (if known) _____
            Name

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Lisa Farache**
**270 S Silver Palm Road**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Luxury Lease Company**
**c/o Mark Brandes, Esq.**
**Kukin Forehand Brandes LLP**
**18851 NE 29th Avenue, Suite 303**
**Aventura, FL 33180**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Luxury Lease Partners LLC**
**c/o Chris Moscatello**
**210 Summit Ave, Suite C4**
**Montvale, NJ 07645**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,289,168.77** |

**M & M Development Consultants LLC**
**6560 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,838.87** |

**Mazel Tov Inc**
**6560 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Michael Halperin**
**c/o Phillip Landau, Esq.**
**3010**
**N Military Trail, Suite 318**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Milko Atwater**
**c/o D Brett Marks, Esq.**
**201 E. Las Olas Blvd., Suite 1800**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

7/22/22  1:13PM

Debtor **Auto Wholesale of Boca, LLC**                     Case number (if known) _____
_____
Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Miss Kriss, LLC** <br> **7349 Serrano Terrance** <br> **Delray Beach, FL 33446** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,321,772.46** |
|---|---|---|---|
| | **Moshe Farache** <br> **270 S Silver Palm Road** <br> **Boca Raton, FL 33432** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|
| | **NY Restoration & Remodeling** <br> **1501 NW 22nd Ct #21-22** <br> **Pompano Beach, FL 33069** | ■ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Omar Peru** <br> **6178 NW. 31st Ave.,** <br> **Boca Raton, FL 33496** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Osvaldo Marin Delgado & Nicole Ramir** <br> **220 Cypress Bayou Lane** <br> **Kenner, LA 70065** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Phil Gorey** <br> **195 W. Alexander Palm Rd.,** <br> **Boca Raton, FL 33432** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No  ■ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Porsche Financial Services, Inc.** <br> **One Porsche Drive** <br> **Atlanta, GA 30354** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: _ <br><br> Is the claim subject to offset? ☐ No  ■ Yes | |

7/22/22  1:13PM

Debtor **Auto Wholesale of Boca, LLC**
Name

Case number (if known) _____

| | |
|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Premier Financial Services LLC**
**47 Sherman Hill Rd.,**
**Woodbury, CT 06798**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

3.81 **Nonpriority creditor's name and mailing address**
**Presidential Leasing Inc.**
**3201 S. Federal Highway**
**Delray Beach, FL 33483**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

3.82 **Nonpriority creditor's name and mailing address**
**Prestige Luxury Cars LLC**
**70 SE. 4th Ave.,**
**Delray Beach, FL 33483**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

3.83 **Nonpriority creditor's name and mailing address**
**Richard Applegate**
**c/o Jordan L Rappaport, Esq.**
**Squires Building**
**1300 N. Federal Highway, Suite 203**
**Boca Raton, FL 33432**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

3.84 **Nonpriority creditor's name and mailing address**
**Richard Scott Greenberg**
**7120 Lionshead Ln.,**
**Boca Raton, FL 33496**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

3.85 **Nonpriority creditor's name and mailing address**
**Road Rich Motors**
**770 W 17th St, Unit 3**
**Costa Mesa, CA 92626**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

3.86 **Nonpriority creditor's name and mailing address**
**Robert O'Connell, Jr.**
**1160 SW. 20th Ave**
**Boca Raton, FL 33486**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

7/22/22 1:13PM

Debtor      **Auto Wholesale of Boca, LLC**                                      Case number (if known) _____
_____
          Name

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Roman Temkin & Natalia Vlasova**
**16901 Collins Ave., Apt. 4601**
**Sunny Isles Beach, FL 33160**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Royal Premium Budget Inc**
**8501 Wade Blvd, Suite 620**
**Frisco, TX 75034**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel Stephen Pany**
**1251 SW. 17th St.,**
**Boca Raton, FL 33486**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Santander Bank**
**101N Melville**
**Melville, NY 11747**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Savannah Row A.k.a. Steven Gelb**
**30 S. E. 15th Ave.,**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**SC&J II, LLC**
**6560 West Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott Zankl**
**16937 Pierre Circle**
**Delray Beach, FL 33433**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 15 of 18**

7/22/22  1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                                    Case number (if known) _____
                Name

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Shrayber Land**
**15700 Dallas Parkway, Suite 11**
**Dallas, TX 75248**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stephane Wmile Charles Haddad**
**480 N. E. 31st St., PH 5402**
**Miami, FL 33137**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stephen Graves**
**7670 Circle Dr.,**
**Young Harris, GA 30582**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stephen Mark Stoliker Jr.**
**21849 Cypress Palm Court**
**Boca Raton, FL 33428**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Stratford Specialty Finance LLC**
**c/o James C Moon, Esq.**
**200 South Biscayne Blvd. Suite 3200**
**Miami, FL 33131**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Tavere St Michael Johnson**
**10940 Moore Dr.,**
**Parkland, FL 33076**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**U.S. Bank National Association**
**425 Walnut Street**
**Cincinnati, OH 45202**
■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

7/22/22  1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                                      Case number (if known)  _____
           Name

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Wells Fargo**
**PO Box 9000**
**Lutherville Timonium, MD 21094**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William John MacFarlane**
**6780 NW. 81st Terrace**
**Parkland, FL 33067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William Perry Dilley II, Esq.**
**Dilley Trial Law, PLLC**
**401 E Las Olas Blvd Ste 1400**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Woodside Credit, LLC**
**895 Dove St, Suite 100**
**Newport Beach, CA 92660**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**World Imports USA Inc.**
**11650 Beach Blvd.,**
**Jacksonville, FL 32246**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zachary Scott Nelson**
**19542 Estuary Dr.,**
**Boca Raton, FL 33498**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zhao Min Duan**
**18558 Gale Ave., #338**
**Rowland Heights, CA 91748**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☐ No  ■ Yes

7/22/22  1:13PM

Debtor   **Auto Wholesale of Boca, LLC**                                    Case number (if known) _____
         Name

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|-----------------------------------------|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a.  $ | 7,694.19 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 5,725,839.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 5,733,534.16 |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 18 of 18

7/22/22 1:13PM

**Fill in this information to identify the case:**

Debtor name    **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Warehouse Lease** | |
| State the term remaining | **4 years** | **5471, LLC**<br>**5471 North Dixie Highway**<br>**Boca Raton, FL 33487** |
| List the contract number of any government contract | | |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
| State the term remaining | **36 Months** | **SC&J II, LLC**<br>**6560 West Rogers Circle, Suite 27**<br>**Boca Raton, FL 33487** |
| List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

7/22/22  1:13PM

**Fill in this information to identify the case:**

Debtor name    **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                              Schedule H: Your Codebtors                              Page 1 of 1

| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name     **Auto Wholesale of Boca, LLC** | |
| United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known)     _____ | |

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| **Part 1:** | **Income** |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,323,888.30** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$41,433,797.82** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$37,374,876.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

7/22/22  1:13PM

Debtor   **Auto Wholesale of Boca, LLC**                          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Jay L Farrow**<br>**Farrow Law, P.A.**<br>**4801 S University Dr Ste 260**<br>**Davie, FL 33328** | **4/23/2022 to**<br>**6/23/2022** | **$256,125.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.2. | **SC&J II, LLC**<br>**6560 West Rogers Circle, Suite B27**<br>**Boca Raton, FL 33487** | **July 2022 to**<br>**July 2023** | **$19,170.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Office Rent**__ |
| 3.3. | **James B. Miller, P.A.**<br>**19 West Flagler Street, Suite 416**<br>**Miami, FL 33130** | **4/5/2022 to**<br>**7/20/2022** | **$70,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Moshe Farache**<br>**270 S Silver Palm Road**<br>**Boca Raton, FL 33432**<br>**Managing Member** | | **$425,000.00** | |
| 4.2. | **Lisa Farache**<br>**270 S Silver Palm Road**<br>**Boca Raton, FL 33432**<br>**Managing Member** | | **$95,100.00** | |
| 4.3. | **Chase Farache**<br>**270 S Silver Palm Road**<br>**Boca Raton, FL 33432**<br>**Authorized Member** | | **$21,335.37** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

7/22/22  1:13PM

| Debtor | Auto Wholesale of Boca, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Luxury Lease Company<br>c/o Mark Brandes, Esq.<br>Kukin Forehand Brandes LLP<br>18851 NE 29th Avenue, Suite 303<br>Aventura, FL 33180 | 2019 - Lamborghini Aventador VIN No. 8766 | 4/4/2022 | $1,100,000.00 |
| Roman Temkin<br>16901 Collins Ave., Apt. 4601<br>Sunny Isles Beach, FL 33160 | 2021 Rolls Royce Ghost VIN No. 7524 | 5/6/2022 | $400,000.00 |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | FVP Opportunity Fund III, LP, et al Plaintiff vs. Scott Zankl, et al Defendant<br>CACE2205125 | Other - Business Transaction | Broward County Clerk of Courts<br>201 SE 6t St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | HI Bar Capital, LLC Plaintiff vs. Karma of Palm Beach Inc, et al Defendant<br>CACE22006401 | Replevin | Broward County Clerk of Courts<br>201 SE 6th St<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | STEPHENS, DEREK V AUTO WHOLESALE OF BOCA LLC<br>2022CA003169 | CONTRACT & DEBT | Clerk of the Circuit Court & Comptroller<br>205 N. Dixie Hwy<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | ARBY LIPMAN LLC V AUTO WHOLESALE OF BOCA LLC<br>2022CA003759 | CONTRACT & DEBT | Clerk of the Circurt Court & Comptroller<br>205 N. Dixie Hwy.<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | AUTO WHOLESALE OF BOCA LLC V EXCEL AUTO GROUP INC<br>2022CA003358 | CONTRACT & DEBT | Clerk of the Circurt Court & Comptroller<br>205 N. Dixie Hwy.<br>West Palm Beach, FL 33401 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

7/22/22 1:13PM

Debtor   **Auto Wholesale of Boca, LLC** _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **EVANS, FRANK ARTHUR III V AUTO WHOLESALE OF BOCA LLC**<br>**2022CA004107** | **CONTRACT & DEBT** | **Clerk of the Circurt Court & Comptroller**<br>**205 N. Dixie Hwy.**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **WOODSIDE CREDIT LLC V EXCELL AUTO SPORT AND SERVICE INC**<br>**2022CA004086** | **CONTRACT & DEBT** | **Clerk of the Circuit Court & Comptroller**<br>**205 N. Dixie Hwy.**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **BENIDT INVESTMENTS/SLINGER, LLC v. ZAKIN et al**<br>**9:22-cv-80761** | **Contract: Other** | **West Palm Beach Federal Courthouse**<br>**701 Clematis Street, Room 202**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

7/22/22 1:13PM

Debtor   **Auto Wholesale of Boca, LLC**                                          Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **James B. Miller, P.A.**<br>**19 West Flagler Street, Suite 416**<br>**Miami, FL 33130** | **Bankruptcy Attorney** | **7/20/2022** | **$56,738.00** |
| **Email or website address**<br>**bkcmiami@gmail.com** | | | |
| **Who made the payment, if not debtor?**<br>**Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

7/22/22 1:13PM

Debtor   **Auto Wholesale of Boca, LLC**                                   Case number *(if known)*

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐   No.
    ■   Yes. State the nature of the information collected and retained.

    **Driver License, Address, Date of Birth and Social Security Number
    and Other Private Information**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■   No. Go to Part 10.
    ☐   Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

---

| Debtor | Auto Wholesale of Boca, LLC | Case number *(if known)* |
|---|---|---|

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **TAL BAREKET LLC**<br>**7818 NW 44TH STREET**<br>**Sunrise, FL 33351** | **MANHEIM PALM BEACH**<br>**6**<br>**00 SANSBURYS WAY**<br>**West Palm Beach, FL**<br>**33411** | **2019 LAMBO - VIN No. 3750** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **TAL BAREKET LLC**<br>**7818 NW 44TH STREET**<br>**Sunrise, FL 33351** | **MANHEIM PALM BEACH**<br>**600 SANSBURYS WAY**<br>**West Palm Beach, FL**<br>**33411** | **2017 MCLAREN - VIN No.**<br>**2431** | **$0.00** |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

7/22/22 1:13PM

Debtor   **Auto Wholesale of Boca, LLC**                                    Case number *(if known)* _____

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Auto Wholesale of Boca, LLC**<br>**Michele Martin**<br>**6560 West Rogers Circle, Suite B27**<br>**Boca Raton, FL 33487** | **Since September of 2013** |
| 26a.2.  **B. Riley Wealth Tax Services**<br>**c/o Steven Z Levy**<br>**2875 NE 191st Street, Suite 601**<br>**Aventura, FL 33130** | **Since September of 2012** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **B. Riley Wealth Tax Services**<br>**c/o Steven Z Levy**<br>**2875 NE 191st Street, Suite 601**<br>**Aventura, FL 33130** | **Since September of 2012** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **B. Riley Wealth Tax Services**<br>**c/o Steven Z Levy**<br>**2875 NE 191st Street, Suite 601**<br>**Aventura, FL 33130** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Chase Farache** | **7/21/2022** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Chase Farache**<br>**6560 West Rogers Circle, Suite B27**<br>**Boca Raton, FL 33487** |

7/22/22 1:13PM

Debtor   **Auto Wholesale of Boca, LLC**                                    Case number *(if known)*

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lisa Farache | 270 S Silver Palm Road Boca Raton, FL 33432 | Managing Member | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Moshe Farache | 270 S Silver Palm Road Boca Raton, FL 33432-2000 | Managing Member | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chase Farache | 270 S Silver Palm Road Boca Raton, FL 33432 | Authorized Member | 2% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Moshe Farache** 270 S Silver Palm Road Boca Raton, FL 33432 | $425,000.00 | | |
| | Relationship to debtor **Managing Member** | | | |
| 30.2. | **Lisa Farache** 270 S Silver Palm Road Boca Raton, FL 33432 | $95,100.00 | | |
| | Relationship to debtor **Managing Member** | | | |
| 30.3. | **Chase Farache** 270 S Silver Palm Road Boca Raton, FL 33432 | $21,335.37 | | |
| | Relationship to debtor **Authorized Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

7/22/22 1:13PM

Debtor    **Auto Wholesale of Boca, LLC**                                    Case number *(if known)*

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■   No

☐   Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2022**

**/s/ Moshe Farache**                                    **Moshe Farache**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Auto Wholesale of Boca, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Chase Farache**<br>**270 S Silver Palm Road**<br>**Boca Raton, FL 33432** | **Membership** | **2%** | |
| **Lisa Farache**<br>**270 S Silver Palm Road**<br>**Boca Raton, FL 33432** | **Membership** | **49%** | |
| **Moshe Farache**<br>**270 S Silver Palm Road**<br>**Boca Raton, FL 33432** | **Membership** | **49%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 22, 2022**

Signature   **/s/ Moshe Farache**

**Moshe Farache**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Auto Wholesale of Boca, LLC**

Debtor(s)

Case No. _____

Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **July 22, 2022** _____

**/s/ Moshe Farache** _____
**Moshe Farache**/**Managing Member**
Signer/Title

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117


5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487


A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094


Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118


Ally Financial
PO Box 8110
Cockeysville, MD 21030


Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496


Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33415


Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487


Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431


Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071


Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433


Bal Investments
1114 Ashton Trace
Atlanta, GA 30319


Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586


Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301


C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069


Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308


Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313


Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496


Chapford Credit Opportunies Fund LP
c/o James C. Moon, Esq.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131


Chapford Specialty Finance LLC
c/o James C. Moon
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432


Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280


David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428


Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487


Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062


Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000


Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069


EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487


Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477


Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131


Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142


Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014


Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801


Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432


Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308


Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487


Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487


Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097


Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431


Frank Arthur Evans III
1800 Northwest Corporate Blvd., #310
Boca Raton, FL 33431


Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431


Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204


Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642


Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304


FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656


FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013


FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166


Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582


Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428


Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602


Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627


Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302


Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160


Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316


Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487


Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472


Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33433


Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180


KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446


Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487


Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719


Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432


Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180

Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645


M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487


Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487


Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432


Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301


Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446


Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432


NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069


Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496


Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432


Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354


Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798


Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483


Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483


Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432


Richard Scott Greenberg
7120 Lionshead Ln.,
Boca Raton, FL 33496


Road Rich Motors
770 W 17th St, Unit 3
Costa Mesa, CA 92626


Robert O'Connell, Jr.
1160 SW. 20th Ave
Boca Raton, FL 33486


Roman Temkin & Natalia Vlasova
16901 Collins Ave., Apt. 4601
Sunny Isles Beach, FL 33160


Royal Premium Budget Inc
8501 Wade Blvd, Suite 620
Frisco, TX 75034

Samuel Stephen Pany
1251 SW. 17th St.,
Boca Raton, FL 33486


Santander Bank
101N Melville
Melville, NY 11747


Savannah Row A.k.a. Steven Gelb
30 S. E. 15th Ave.,
Boca Raton, FL 33432


SC&J II, LLC
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487


SC&J II, LLC
6560 West Rogers Circle, Suite 27
Boca Raton, FL 33487


Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33433


Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248


Stephane Wmile Charles Haddad
480 N. E. 31st St., PH 5402
Miami, FL 33137


Stephen Graves
7670 Circle Dr.,
Young Harris, GA 30582


Stephen Mark Stoliker Jr.
21849 Cypress Palm Court
Boca Raton, FL 33428


Stratford Specialty Finance LLC
c/o James C Moon, Esq.
200 South Biscayne Blvd. Suite 3200
Miami, FL 33131

Tavere St Michael Johnson
10940 Moore Dr.,
Parkland, FL 33076


U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202


Wells Fargo
PO Box 9000
Lutherville Timonium, MD 21094


William John MacFarlane
6780 NW. 81st Terrace
Parkland, FL 33067


William Perry Dilley II, Esq.
Dilley Trial Law, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301


Woodside Credit, LLC
895 Dove St, Suite 100
Newport Beach, CA 92660


World Imports USA Inc.
11650 Beach Blvd.,
Jacksonville, FL 32246


Zachary Scott Nelson
19542 Estuary Dr.,
Boca Raton, FL 33498


Zhao Min Duan
18558 Gale Ave., #338
Rowland Heights, CA 91748