# United States Bankruptcy Court
## Southern District of Florida

In re   **Auto Wholesale of Boca, LLC**

Case No.

                                   Debtor(s)

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Auto Wholesale of Boca, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 22, 2022**

Date

**/s/ James B. Miller, Esq.**

**James B. Miller, Esq. 0009164**

Signature of Attorney or Litigant

Counsel for   **Auto Wholesale of Boca, LLC**

**James B. Miller, P.A.**

**19 West Flagler St.  #416**
**Miami, FL 33130**
**305-374-0200 Fax:305-374-0250**
**bkcmiami@gmail.com**