UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22-
                                       Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /

## DECLARATION OF MOSHE FARACHE PURSUANT TO 11 U.S.C. Sec 1116(1)

Before me, the undersigned authority, personally appeared Moshe Farache, Managing Member of the Debtor-in-Possession, Auto Wholesale of Boca, LLC, in Palm Beach County, Florida, who, after being duly sworn, deposes and says:

1. Pursuant to 11 U.S.C. Sect. 1116(1), I, Moshe Farache, declare that the most recent tax return for the year 2021 has not yet been filed and is on extension.

2. Pursuant to 11 U.S.C. Sect. 1116(1), I, Moshe Farache, declare that the following forms are not available as of this date and time of filing this Declaration and the Petition [ECF No. 1]: i) balance sheet; ii) statement of operations; and, iii) cash flow statement. Once available, the Debtor-in-Possession will supplement.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MOSHE FARACHE

STATE OF FLORIDA          )
                          ) SS.
COUNTY OF PALM BEACH      )

The foregoing instrument was acknowledged before me the _21_ day of July, 2022 by MOSHE FARACHE who ___✔___ is personally known to me _____has produced a driver's license (DL# _____) as identification.

_____
Notary Public

Printed Name: _____

MICHELE A. MARTIN
Commission # GG 942844
Expires April 27, 2024
Bonded Thru Troy Fain Insurance 800-385-7019