UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK
                                                Chapter 11
                                                Subchapter V

                    Debtor.                  /

## DISCLOSURE OF COMPENSATION FOR ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

**Pre-Petition Fees and Costs**

    A. For legal services, I was paid:                                $55,000.00
    B. The following costs (includes the filing fee), were paid:    $ 1,738.00
    C. Prepetition balance due:                                     $      0.00

**SubChapter V Retainer**

    D. Prior to the filing of this statement, I received the following retainer (the unused balance of the prepetition retainer) to be applied to post-petition fees and costs:                $ 41,880.00

2.      $ 1,738.00     of the filing fee has been paid.

3.      The source of the compensation paid to me was the Debtor.

4.      I have not agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    -    to advise the Debtor with respect to its powers and duties as debtor-in-possession and the continued management of its business operations;

- to advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court;
- to prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;
- to protect the interests of the Debtor and the estate in all matters pending before the Court; and

6. By agreement with the Debtor, the above-disclosed fee does not include the following service:  representation in any other forum absent approval of the Bankruptcy Court and agreement by the instant Firm/Attorney.

**CERTIFICATION**

*I CERTIFY* that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

Respectfully submitted on July 22nd, 2022.

JAMES B. MILLER, P.A.
***Proposed Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164