UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,               Case No.: 22-15627-EPK
                                                                              Chapter 11
                                                                              Subchapter V

_____Debtor._____ /

**DEBTOR'S EXPEDITED MOTION PURSUANT TO 11 U.S.C. §364(c) FOR
AUTHORIZATION TO MAKE PAYMENTS UNDER INSURANCE
PREMIUM FINANCE AGREEMENT**

**Statement of Exigent Circumstances**

> **The above-captioned Debtor in Possession ("DIP") requests an expedited hearing as the Debtor is compelled by sound business judgment and US Trustee guidelines to maintain insurance on its inventory of high-end automobiles at its premises. DIP has two (2) insurance policies in effect which are financed. The Debtor risks irreparable harm should its insurance policies be cancelled, and therefore requests that this Motion be heard as soon as practicable to ensure that the payments under this agreement are authorized to be paid by the Debtor. Additionally, the Debtor respectfully requests that the Court waive the provisions of Rule 9075-1(B) of the Local Rules for the United States Bankruptcy Court for the Southern District of Florida, which require an affirmative statement that a *bona fide* effort was made to resolve the issues raised in this motion, as the relief requested herein is urgent in nature and does not lend itself to advance resolution.**

Debtor-in-Possession, Auto Wholesale of Boca LLC ("AWB" or the "Debtor"), by and through proposed undersigned counsel,[1] moves the Court for entry of an order, pursuant to section 364(c) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), request the entry of an order authorizing the Debtor to enter into an insurance premium financing agreement with Stonemark, Royal Premium Budget Inc. and Royal Premium Budget for the financing of a portion of the premiums required to maintain the Insurance Policies (as further defined herein) (the "Motion"). In support of this Motion, the

---

[1] The Debtor filed its *Emergency Application for Approval, on an Interim and Final Basis, of Employment of James B. Miller and James B. Miller, P.A. as General Bankruptcy Counsel for the Debtor-in-Possession Effective as of the Petition Date* [ECF# 12].

Debtor relies upon the *Verified Chapter 11 Case Management Summary* (the "Case Management Summary"), and respectfully represents as follows:

## JURISDICTION

1.      This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      This is a core proceeding as defined in 28 U.S.C. § 157(b).

## BACKGROUND

3.      On July 22, 2022, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Subchapter V [ECF# 1] (the "Petition Date").

4.      No trustee (other than the Sub Chapter V trustee), examiner, or statutory committee has been appointed in this Case.

5.      The Debtor is a small business debtor as defined in section 101(51D) of the Bankruptcy Code and is managing its affairs as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6.      For additional background facts on the Debtor, including an overview of the Debtor's business, its liabilities, and the events precipitating its Chapter 11 filing, the Debtor respectfully refers the Court and parties in interest to the Case Management Summary.

7.      AWB  is a duly licensed and authorized Automobile Dealer in the State of Florida, and buys and sells high-end luxury automobiles. The Debtor is located in Boca Raton, Florida and maintains its operations at two (2) locations, one warehouse (5471 N. Dixie Hwy, Boca Raton, FL 33487) and one office (6560 West Rogers Circle, Suite B27, Boca Raton, FL 33487).  The Debtor has an inventory (owned) of nineteen (19) high-end luxury automobiles and two (2) other automobiles in its possession belonging to third parties.

**RELIEF REQUESTED**

8.     On May 17th, 2022, the Debtor entered into an insurance premium financing agreement with Stonemark, Royal Premium Budget Inc. and Royal Premium Budget Inc.(collectively "Royal Premium") in order to finance the premium payments on certain insurance policies that the Debtor maintains through Ewing Insurance Services as Agent:

| Policy# | Type | Annual Premium Due | Expires | Insurance Company |
|---------|------|--------------------|---------|-------------------|
| TBD93470512 GP8526496 | Comm'l Auto, Garage, Bus Auto, Prop, Crime Inland Marine | $48,676.95 | 05/13/2023 | Colony Insurance Company |
| QCA 4AA0005352-15 | Auto Dealer | $13,269.90 | 03/13/2023 | Berkley Specialty Insurance Company |

(the above referred to collectively as the "Insurance Policies").[2]

9.     All premiums are current.  The next payments are due on: a) August 13, 2023 for the Colony Insurance Policy in the sum of $4,365.81; and, b) August 13, 2023 for the Berkley policy in the sum of $1,163.90.

10.     The Debtor financed the Insurance Policies premium through finance agreements with Royal Premium (attached hereto as "**Exhibits "A-1" and "A-2"**").  Pursuant to the agreements with Royal Premium, the Debtor delivered down payments for the: a) Colony Policy in the sum of $7,811.54 and financed ten (10) monthly payments of $4,365.81 commencing June 13, 2022; and, Berkley Policy in the sum of $2,372.98 and financed ten (10) monthly payments of $1,163.90 commencing April 13, 2022.

---

[2] A copy of the Insurance Policies is available upon request.

11.     The Debtor is unable to obtain unsecured credit as an administrative expense under Section 503(b)(1) to obtain the Insurance Policies. Therefore, the Debtor seeks authority to continue under these two agreements (Exhibit "A") to finance the premium required for the Insurance Policies out of proceeds on-hand or otherwise earned during post-petition operations; but granting a secured interest in the assets of the Debtor for purposes of the payments under the finance agreements pursuant to 11 USC Sect. 364(c)(2).

12.     The Agreements contain "standard" terms and conditions.

## BASIS FOR RELIEF AND POST-PETITION FINANCING UNDER 11 U.S.C. §364(C)

14.     In the ordinary course of their businesses, the Debtor must maintain various insurance policies, including the Insurance Policies.  At the time the Debtor obtained the Insurance Policies, it was unable to pay the premiums in full. The Debtor is presently current on the financing agreements.

15.     Royal Premium has extended financing in good faith within the meaning of 11 U.S.C. §364(c), and as such, the Debtor seeks to continue to honor the prepetition finance agreement with Royal Premium and issue the regularly scheduled payments due post-petition.

16.     The insurance coverage identified in the Insurance Policies is necessary and crucial to the operation of the Debtor's business.  The relief sought herein is, therefore, in the best interest of the estate and its creditors, as it protects the Insurance Policies from potential termination.

17.     No previous request for the relief sought herein has been made to this Court or any other court.

**WHEREFORE**, the Debtor respectfully requests that the Court, after a hearing, (a) grant this Motion, (b) enter an order authorizing the Debtor to honor its prepetition finance agreement with Royal Premium, and (c) grant such other and further relief as is just and proper.

Respectfully submitted on July 22nd, 2022.

<div style="margin-left:2em">

JAMES B. MILLER, P.A.
***Proposed Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

</div>

<u>**CERTIFCATE OF SERVICE**</u>

Notice of this Motion (and Exhibit "A") has been given by CM/ECF electronic notice upon all parties entitled to receive electronic notices, and *via* U.S. Mail (where not served *via* CM/ECF) upon all interested parties named on the attached service list.

<div style="margin-left:2em">

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

</div>