| ACCOUNT NUMBER | NOTICE OF ACCEPTANCE | NOTICE DATE |
|---|---|---|
| 1080 - 1761212 | SUBJECT TO VERIFICATION BY INSURANCE COMPANY(IES) | 5/17/2022 |
| Refer to this number on all correspondence | **STONEMARK, ROYAL PREMIUM BUDGET INC**<br>8501 Wade Blvd, Suite 620<br>Frisco, TX 75034<br>Phone: (800) 955-0083 | |

*www.stonemarkinc.com*
*Check your account online: Your username is "1080-1761212". Your password is "E8389j)" unless you have changed it.*

| Borrower                               (09697718) | Agent or Broker |
|---|---|
| AUTO WHOLESALE OF BOCA RATON<br>6560 WEST ROGERS CIRCLE #27<br>BOCA RATON, FL 33487 | EWING INSURANCE SERVICES INC (F)<br>14312 HOME TRAIL<br>ROANOKE, TX 76262 |

## CONTRACT INFORMATION

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Total Premium | Down Payment | Doc Stamp Tax | Amount Financed (A minus B plus C) | Finance Charge & Non-refund Fee | Total of Payments (D plus E) | Annual Percentage Rate |
| 48,676.95 | 7,811.54 | 143.85 | 41,009.26 | 2,648.84 | 43,658.10 | 13.854 |
| | | | The Amount of Credit to be Paid | The Amount the Credit will Cost | The Total Amount to be Paid | Cost of the Credit as a Yearly Rate |

## PAYMENT SCHEDULE (Monthly)

| Number of Payments | Amount of Each Payment | Date First Payment is Due | Day of Month Due |
|---|---|---|---|
| 10 | 4,365.81 | 6/13/2022 | 13th |

## SCHEDULE OF POLICIES

| Policy Number | Effective Date | Insurance Company | Premium | Taxes/Fees |
|---|---|---|---|---|
| TBD93470512 | 5/13/2022 | COLONY INSURANCE COMPANY | 45,759.00 | 2,917.95 |
| | | | | |
| | | **Total Must Agree with Box "A" Above >>>** | | 48,676.95 |

## TO THE INSURED

We are pleased to notify you that we have accepted your Premium Finance Agreement and it is now a binding contract subject to approval of the financing by the insurance company(ies).

INPUT1 - NOAV01(01/06)