| ACCOUNT NUMBER | NOTICE OF ACCEPTANCE | NOTICE DATE |
|---|---|---|
| 1080 - 1708114 | SUBJECT TO VERIFICATION BY INSURANCE COMPANY(IES) | 3/10/2022 |

**NOTICE OF ACCEPTANCE**
SUBJECT TO VERIFICATION BY INSURANCE COMPANY(IES)

**ROYAL PREMIUM BUDGET INC**
8501 Wade Blvd, Suite 620
Frisco, TX 75034
Phone: (800) 955-0083

*www.stonemarkinc.com*
*View your client's account status online*

**ACCOUNT NUMBER**
1080 - 1708114
Refer to this number on all correspondence

**NOTICE DATE**
3/10/2022

| **Agent or Broker** (09331783) | **Borrower** |
|---|---|
| EWING INSURANCE SERVICES INC (F) 14312 HOME TRAIL ROANOKE, TX 76262 | AUTO WHOLESALE OF BOCA LLC 6560 WEST ROGERS CIRCLE #27 BOCA RATON, FL 33487 |

### CONTRACT INFORMATION

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Total Premium | Down Payment | Doc Stamp Tax | Amount Financed (A minus B plus C) | Finance Charge & Non-refund Fee | Total of Payments (D plus E) | Annual Percentage Rate |
| 13,269.90 | 2,372.98 | 38.50 | 10,935.42 | 703.58 | 11,639.00 | 13.801 |
| | | | The Amount of Credit to be Paid | The Amount the Credit will Cost | The Total Amount to be Paid | Cost of the Credit as a Yearly Rate |

### PAYMENT SCHEDULE (Monthly)

| Number of Payments | Amount of Each Payment | Date First Payment is Due | Day of Month Due |
|---|---|---|---|
| 10 | 1,163.90 | 4/13/2022 | 13th |

### SCHEDULE OF POLICIES

| Policy Number | Effective Date | Insurance Company | Premium | Taxes/Fees |
|---|---|---|---|---|
| TBI | 3/13/2022 | Berkley Specialty Insurance | 12,188.00 | 1,081.90 |
| | | | | |
| | | Total Must Agree with Box "A" Above >>> | | 13,269.90 |

### TO THE INSURED

We are pleased to notify you that we have accepted your Premium Finance Agreement and it is now a binding contract subject to approval of the financing by the insurance company(ies).

Scheduled Funding Release Date:   3/14/2022

INPUT1 - NOAV01(01/06)

TRIAL MODE - Click here for more information