**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,　　　　　　Case No.: 22-15627-EPK
　　　　　　　　　　　　　　　　　　　　　Chapter: 11
　　　　Debtor.　　　　　　　　　　　　　　WEST PALM BEACH DIVISION

_____/

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

Please take notice that the undersigned appears as counsel for Interested Parties, KARMA

OF PALM BEACH, INC. and KARMA OF BROWARD, INC., in the above-captioned case.

Request is hereby made pursuant to Bankruptcy Rule 9010(b) that all notices given or required to

be given in this case and all pleadings, motions and applications served or required to be served in

this case be given to and served upon the following:

> Harry Winderman, Esq.
> Primary email 1:　　　hw@whcfla.com
> Alternate email:　　　gg@whcfla.com; filings@whcfla.com

Dated: July 25, 2022.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　WEISS, HANDLER & CORNWELL, PA
　　　　　　　　　　　　　　　　　*Attorneys for Karma of Palm Beach, Inc. and*
　　　　　　　　　　　　　　　　　*Karma of Broward, Inc.*
　　　　　　　　　　　　　　　　　One Boca Place, Suite 205-E
　　　　　　　　　　　　　　　　　2255 Glades Road
　　　　　　　　　　　　　　　　　Boca Raton, FL 33431
　　　　　　　　　　　　　　　　　Telephone: (561) 997-9995

　　　　　　　　　　　　　　　　　By: /s/ Harry Winderman
　　　　　　　　　　　　　　　　　　　HARRY WINDERMAN, ESQ.
　　　　　　　　　　　　　　　　　　　Florida Bar No. 209562
　　　　　　　　　　　　　　　　　　　hw@whcfla.com
　　　　　　　　　　　　　　　　　　　filings@whcfla.com
　　　　　　　　　　　　　　　　　　　gg@whcfla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on July 25, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Palm Beach, Inc. and*
*Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
  HARRY WINDERMAN, ESQ.
  Florida Bar No. 209562
  hw@whcfla.com
  filings@whcfla.com
  gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **James B. Miller** bkcmiami@gmail.com

**Via US Mail:**

*See Attached Address Matrix*

Label Matrix for local noticing
113C-9
Case 22-15627-EPK
Southern District of Florida
West Palm Beach
Mon Jul 25 09:29:09 EDT 2022

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487-2746

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117-5304

5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487-4905

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o James C. Moon, Esq.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-5340

Chapford Specialty Finance LLC
c/o James C. Moon
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-5340

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130-1699

Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160-5418

Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328-3836

KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446-3693

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316-3013

Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472-4320

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180-2813

Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830

Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719-9437

Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180-2813

Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432

Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446-2215

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069-1301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496-3374

Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065-6600

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432-8602

Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354-1654

Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798-3649

Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483-3223

Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483-4514

Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

| | | |
|---|---|---|
| Richard Scott Greenberg<br>7120 Lionshead Ln.,<br>Boca Raton, FL 33496-5937 | Road Rich Motors<br>770 W 17th St, Unit 3<br>Costa Mesa, CA 92627-4374 | Robert O'Connell, Jr.<br>1160 SW. 20th Ave<br>Boca Raton, FL 33486-8509 |
| Roman Temkin & Natalia Vlasova<br>16901 Collins Ave., Apt. 4601<br>Sunny Isles Beach, FL 33160-5356 | Royal Premium Budget Inc<br>8501 Wade Blvd, Suite 620<br>Frisco, TX 75034-6268 | SC&J II, LLC<br>6560 West Rogers Circle, Suite 27<br>Boca Raton, FL 33487-2746 |
| SC&J II, LLC<br>6560 West Rogers Circle, Suite B27<br>Boca Raton, FL 33487-2746 | Samuel Stephen Pany<br>1251 SW. 17th St.,<br>Boca Raton, FL 33486-6628 | Santander Bank<br>101N Melville<br>Melville, NY 11747 |
| Savannah Row A.k.a. Steven Gelb<br>30 S. E. 15th Ave.,<br>Boca Raton, FL 33432 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 |
| Stephane Wmile Charles Haddad<br>480 N. E. 31st St., PH 5402<br>Miami, FL 33137-5224 | Stephen Graves<br>7670 Circle Dr.,<br>Young Harris, GA 30582-1531 | Stephen Mark Stoliker Jr.<br>21849 Cypress Palm Court<br>Boca Raton, FL 33428-2938 |
| Stratford Specialty Finance LLC<br>c/o James C Moon, Esq.<br>200 South Biscayne Blvd. Suite 3200<br>Miami, FL 33131-5323 | Tavere St Michael Johnson<br>10940 Moore Dr.,<br>Parkland, FL 33076-4849 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Wells Fargo<br>PO Box 9000<br>Lutherville Timonium, MD 21094-9000 | William John MacFarlane<br>6780 NW. 81st Terrace<br>Parkland, FL 33067-1054 | William Perry Dilley II, Esq.<br>Dilley Trial Law, PLLC<br>401 E Las Olas Blvd Ste 1400<br>Fort Lauderdale, FL 33301-2218 |
| Woodside Credit, LLC<br>895 Dove St, Suite 100<br>Newport Beach, CA 92660-2944 | World Imports USA Inc.<br>11650 Beach Blvd.,<br>Jacksonville, FL 32246-6605 | Zachary Scott Nelson<br>19542 Estuary Dr.,<br>Boca Raton, FL 33498-6201 |
| Zhao Min Duan<br>18558 Gale Ave., #338<br>Rowland Heights, CA 91748-1394 | James B Miller<br>19 W Flagler St #416<br>Miami, FL 33130-4419 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach                          End of Label Matrix
                                            Mailable recipients   115
                                            Bypassed recipients     1
                                            Total                 116