**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Chapter 11

                                                Case No. 22-15627-EPK

      Debtor.

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Mark J. Wolfson, appearing on behalf of Hi Bar Capital, LLC, requests service of all notices and papers herein upon the address listed below, pursuant to section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

      FOLEY & LARDNER LLP
      Mark J. Wolfson (FBN 0352756)
      100 N. Tampa Street, Suite 2700
      Tampa, Florida  33602
      (813) 229-2300 (telephone)
      (813) 221-4210 (facsimile)
      Primary email: mwolfson@foley.com
      Secondary email: crowell@foley.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Reorganized Debtor, its property, or its estate.  The undersigned requests that his name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or

4876-5367-4539.1

suit shall constitute a waiver of:  (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; and (vi) any other rights, claims actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  July 25, 2022                                    Respectfully submitted,

*/s/ Mark J. Wolfson*_____
Mark J. Wolfson (FBN 0352756)
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, Florida  33602
(813) 229-2300 (telephone)
(813) 221-4210 (facsimile)
Primary email: mwolfson@foley.com
Secondary email: crowell@foley.com

**Counsel for Creditor Hi Bar Capital, LLC**

4876-5367-4539.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served this 25th day of July, 2022 via the CM-ECF filing system which will send email notification to those registered recipients.

/s/ Mark J. Wolfson_____
Attorney