**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

                                                              Case No.: 22-15627-BKC-EPK
AUTO WHOLESALE OF BOCA, LLC,                                  Chapter 11

        Debtor.
_____/

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Linda M. Leali, P.A.
2525 Ponce De Leon Blvd.
Suite 300
Coral Gables, FL 33134
Telephone: (305) 341-0671
leali@lealilaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is

attached to this notice.    The meeting of creditors will be held **by telephone** on **August 25, 2022 at**

**1:00 p.m.**   To appear by phone, use call-in number: **866-915-4419** and participant code: **6071331**.

 Dated: July 25, 2022                         Respectfully Submitted,

                                              Mary Ida Townson
                                              United States Trustee, Region 21

                                              By: /s/ Guy A. Van Baalen
                                              Guy A. Van Baalen, Assistant United States Trustee
                                              Heidi A. Feinman, Trial Attorney
                                              Office of the United States Trustee
                                              51 SW First Avenue, Ste. 1204
                                              Miami, Florida 33130
                                              Tel: (305) 536-7285