UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                         Case No. 22-15627-EPK
                                                     Chapter 11

      Debtor.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Bradley S. Shraiberg, Esq. of Shraiberg Page, P.A., hereby enters notice of appearance as counsel for Franklin Capital Funding, LLC ("Secured Creditor"), in the above-styled action and requests that he receive copies of all pleadings, motions, schedules and notices filed or served in this matter.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on this the 25th day of July, 2022.

Respectfully submitted,

**SHRAIBERG PAGE, P.A.**
Attorney for Secured Creditor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  bss@slp.law

By:     /s/ Bradley S. Shraiberg
       Bradley S. Shraiberg
       Fla Bar No. 121622

{2425/000/00542161}