**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

                                    Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,

                                      Chapter 11

           Debtor.                 Subchapter V

_____/

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS AND NOTICES IN ACCORDANCE
### WITH RULE 2002 AND FOR ADDITION TO MATRIX

GRAYROBINSON, P.A., c/o John M. Brennan, Jr., as Counsel for Creditor, ERIC

DORE, hereby requests service of all pleadings, notices, and other papers in this case in

accordance with Rule 2002 and would further request addition to the matrix.

Dated this 27th day of July, 2022

                                      /s/ John M. Brennan, Jr.
                                      JOHN M. BRENNAN, JR.
                                      Florida Bar No. 0098456
                                      GrayRobinson, P.A.
                                      301 E. Pine Street, Suite 1400
                                      Post Office Box 3068
                                      Orlando, Florida 32802-3068
                                      (407) 843-8880 Telephone
                                      (407) 244-5690 Facsimile
                                      Counsel for TD Bank, N.A.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to JAMES B. MILLER, ESQ., James B. Miller, P.A., 19 West Flagler Street, Suite 416, Miami, Florida 33130 (bkcmiami@gmail.com) *(Counsel for Debtor)*, Linda Marie Leali, Bankruptcy Trustee, 2525 Ponce De Leon Blvd., Suite 300, Coral Gables, FL 33134, on this 27th day of July, 2022.

                                      /s/ John M. Brennan, Jr.

# 2398343 v1