**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                   Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                          Chapter 11
                                                                              Subchapter V

    Debtor.

_____/

**MOTION TO COMPEL ABANDONMENT OF BARE LEGAL TITLE TO VEHICLE**

COMES NOW, Frank A. Evans, III ("Evans"), by and through his undersigned counsel and pursuant to 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure, hereby moves this Court for the entry of an order compelling the abandonment of bare legal title to his Vehicle (as defined herein), and in support thereof (the "Motion"), states:

**FACTUAL AND PROCEDURAL POSTURE**

1.      On July 22, 2022, the Debtor Auto Wholesale of Boca, LLC ("Debtor") filed a voluntary petition under the provisions of Chapter 11 Subchapter V of the Bankruptcy Code.

2.      Prior to the bankruptcy case, on February 2, 2022, Evans, as a consumer, acquired a 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176 (the "Vehicle"), from Karma of Palm Beach Inc. pursuant to that certain Purchase Agreement (collectively, with all other related documentation, the "Purchase Agreement").  A true and correct copy of the Purchase Agreement is attached to the Complaint (as defined herein) as Exhibit "1."   Summarized, the Purchase Agreement provided for the trade-in of Evans' 2017 Ferrari F12 Berlinetta (the "Trade-In Vehicle") with the balance paid by Evans via wire transfer.  A true and correct copy of the wire transfer confirmation is attached to the Complaint as Exhibit "2."

3.      Evans obtained and has maintained physical possession of his Vehicle since the time of the Purchase Agreement.

4.      On or about March 4, 2022, Evans obtained his Florida Vehicle Registration for the Vehicle.

5.      To date, however, Evans has not received his title to his Vehicle (the "Title").[1]

6.      According to information obtained by Evans, on or about March 29, 2022, the Debtor recorded the Title to the Vehicle in its name.  *See* Compl., Ex. "4."  The Debtor was not a party to the Purchase Agreement.  *See* Compl., Ex. "1."

7.      On May 2, 2022, Evans filed an action against the Debtor in the Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, instituting Case No. 50-2022-CA-004107 (the "State Court Case").  A true and correct copy of the Complaint is attached hereto as Exhibit "A."

8.      In conjunction with the litigation of the State Court Case, Evans has been in communication with the Florida Department of Highway Safety and Motor Vehicles (the "Department") regarding the Title.  It is the understanding of Evans that a law enforcement hold has been placed on the Title pending an ongoing criminal investigation by the Boca Raton Police Department ("BRPD") such that the Department is unable to assist with a transfer of the Title to Evans until the criminal investigation hold is lifted.

9.      In the bankruptcy case, the Debtor's filings admit possession of the Trade-In Vehicle (ECF No. 1 at 14:47.1) and the claim of Evans in an "Unknown" amount (ECF No. 1 at 27:3.41-3.43).  The Debtor disclosed the State Court Case (ECF No. 1 at 43:7.6).  However, the Debtor did not schedule an interest in the Title.  The Debtor summarized the primary reason for the bankruptcy filing as "substantial legal expenses in approximately 8-10 lawsuits" relating to motor vehicles recently obtained by the Debtor (ECF No. 7 at 2).

---

[1] Based on the legal authority cited below, Evans has title to the Vehicle by virtue of possession and the Purchase Agreement, but not marketable title.

## JURISDICTION AND VENUE

10. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334. Venue in this jurisdiction is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b). The statutory basis for the relief sought herein is 11 U.S.C. § 554(b).

## RELIEF REQUESTED

11. Evans seeks an order compelling the abandonment of the marketable Title currently in the name and possession of the Debtor in a manner so as to permit the BRPD and Department to take such actions as they may deem necessary to void the Title and issue a new marketable title in favor of Evans.

## BASIS FOR RELIEF

12. Section 554(b) of the Bankruptcy Code governs abandonment:

> On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

Rule 6007(b) of the Federal Rules of Bankruptcy Procedure also provides that "[a] party in interest may file and serve a motion requiring the trustee or debtor in possession to abandon property of the estate."

13. Here, it is not clear that the Title is property of the estate as it was required to be delivered to Evans with the Purchase Agreement, and was not disclosed as an asset by the Debtor. It was apparently through subsequent actions of the Debtor taken nearly two months after the Purchase Agreement that the bare legal Title was somehow transferred to it. The reason and manner that the Debtor obtained the Title likely need not concern the Court, however, because Evans is afforded the priority protections of Section 672.403 of the Florida Statutes as a good faith

3

purchaser for value. *See also In re Aquamarine USA, Inc.*, 319 B.R. 270, 272-73 (Bankr. M.D. Fla. 2004) (compiling cases holding that a good faith buyer in the ordinary course of business takes priority under Florida law when competing claims to title to a vessel or vehicle are presented); *In re: Chariots of Palm Beach, Inc.*, No. 17-19455-PGH (Bankr. S.D. Fla. 2018) (ECF No. 408) (attached hereto as Exhibit "B"). In addition, Florida law provides that Evans holds title to the Vehicle by virtue of possession and the Purchase Agreement, just not marketable title. *See Correria v. Orlando Bank & Tr. Co.,* 235 So.2d 20 (Fla. 4th DCA 1970) (recognizing that passage of title occurs from the seller to the buyer notwithstanding the fact that a purchaser did not obtain a title certificate (a paper title)); *see also Stroman v. Orlando Bank & Trust Co.*, 239 So.2d 621 (Fla. 4th DCA 1970) ("Fla. Stat. §319.22(1), does not prevent passage of a valid title to a purchaser from a dealer where the purchaser has received possession of the vehicle and in good faith relies on the dealer to perform his statutory duty to secure a proper title certificate in the purchaser's name."). Abandonment, therefore, is the appropriate mechanism for the Debtor to divest itself of any interest in the Title that it failed to disclose as property of the estate.

14. Regardless of whether the estate has an interest, the Title for the Vehicle is otherwise burdensome to the estate – the Debtor admitting that the burden of ongoing litigation caused the bankruptcy filing – and of inconsequential, if any, value and benefit. Mere possession of the bare legal Title, without possession of the Vehicle and subject to the superior title claim of Evans, is certainly property of inconsequential value. *See In re Sunbum5 Enterprises, LLC*, 2011 WL 4529648, 6:10-cv-1268 (M.D. Fla. Sept. 30, 2011) (reversing denial of motion to compel abandonment on appeal noting lack of showing of "value or benefit to the estate which would accrue to it by retention of the property" by trustee opposing abandonment) (citations omitted). Moreover, there is no benefit to the estate for the possession of the Title (which, again, was

undisclosed) subject to ongoing litigation with Evans absent prompt resolution by this Court. Lastly, the Debtor claims possession and title to the Trade-In Vehicle such that the benefit of the bargain of the Purchase Agreement has been realized by the Debtor (remarkably, a non-party to the transaction) leaving only the administrative tasks of cancelling the Title to the Debtor and issuing a new title to Evans.

15.    In addition, Evans requests that the abandonment order include a provision authorizing, but not directing, the BRPD and such other law enforcement agencies as may be involved to remove any holds on the Title so as to allow for the cancellation of the bare legal title interest of the Debtor by the Department.  The collector nature of the Vehicle is such that each transfer of title may affect the value, and given that the Debtor should not have held the Title and abandonment is appropriate, avoidance and cancellation of the current Title is the appropriate remedy to achieve the intent of abandonment.  *See In re Sunbum5 Enterprises, LLC*, 2011 WL 4529648 at *8.

16.    Pursuant to Local Rule 9073-1(D), this Motion seeks relief that is required to be served on all creditors and parties in interest in the case under Rule 6007 of the Federal Rules of Bankruptcy Procedure and, accordingly, is exempt from conferral.  The undersigned counsel, however, attempted to confer with counsel for the Debtor and the Subchapter V Trustee, as well as the BRPD and Department regarding the relief requested herein.  As of this filing, only the Department has responded indicating no position on the relief requested herein due to the law enforcement hold on the Title.

WHEREFORE, Frank A. Evans, III respectfully requests that this Court issue an order compelling the abandonment of the Title currently in possession of the Debtor, authorizing the

BRPD and Department to take such actions as it deems necessary to issue a new title in favor of Evans, and granting such other and further relief as this Court deems just and proper.

Dated: July 27, 2022.

/s/ Ryan C. Reinert
RYAN C. REINERT
Florida Bar No. 81989
BRIDGET M. DENNIS
Florida Bar No. 1024897
SHUTTS & BOWEN LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, Florida 33607
Telephone:   (813) 229-8900
Email:       rreinert@shutts.com
             bdennis@shutts.com
Attorneys for Frank A. Evans, III

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF, and all creditors on the attached matrix and the Boca Raton Police Department c/o Detective Randa White, 100 NW 2nd Avenue, Boca Raton, FL 33432 via U.S. Mail on this July 27, 2022.

/s/ Ryan C. Reinert
Attorney

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John M Brennan    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- Jerrell A Breslin    jb@richardbaronlaw.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- James B Miller    bkcmiami@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- David R. Softness    david@softnesslaw.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Mark J Wolfson    mwolfson@foley.com, crowell@foley.com

WPBDOCS 11337935 3

# EXHIBIT A

Filing # 148734996 E-Filed 05/02/2022 10:19:14 AM

NOT A CERTIFIED COPY

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

FRANK ARTHUR EVANS, III,

        Plaintiff,

vs.

AUTO WHOLESALE OF BOCA, LLC,
a Florida limited liability company

        Defendant.

_____/

CASE NO.

## COMPLAINT

COMES NOW the Plaintiff, FRANK ARTHUR EVANS, III, by and through his undersigned attorney, and sues the Defendant, AUTO WHOLESALE OF BOCA LLC, a Florida limited liability company ("AWB"), and as grounds therefore, asserts as follows:

## GENERAL ALLEGATIONS

1. The Plaintiff, FRANK ARTHUR EVANS, III ("Evans"), at all material times herein, was and is a resident of Palm Beach County, Florida, and was and is sui juris.

2. The Defendant, AUTO WHOLESALE OF BOCA, LLC, ("AWB"), at all material times herein, was and is a Florida limited liability company authorized to transact business in the State of Florida with its principal place of business and headquarters in Palm Beach County, Florida.

3. On February 2, 2022, EVANS purchased from Karma of Palm Beach, Inc. d/b/a Karma Palm Beach and/or Karma Broward / Palm Beach / Excell Auto Group ("Karma Palm Beach") a 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, hereinafter referred to as the "Ferrari 812 GTS". At all material times herein, Karma Palm Beach was a Florida licensed automotive dealer, license number 1133543-1, and EVANS was a general purchaser. A copy of

1

the purchase agreement and sale documents for the Ferrari 812 GTS is attached hereto and made a part hereof as Exhibit "1".

4.     In exchange for the purchase of the Ferrari 812 GTS, of which EVANS took possession of on February 2, 2022, EVANS paid to Karma Palm Beach consideration in the amount of $705,000.00 consisting of a $431,00000 cash in the form of a wire transfer, Exhibit "2" attached hereto, and a trade-in, which was free and clear or any liens and encumbrances, of his now previously owned 2017 Ferrari, VIN ZFF74UFA7H0221036, Exhibit "3" attached hereto and made a part hereof.

5.     In accordance with section 319.23(6)(a), Florida Statutes, following EVANS' purchase of the Ferrari 812 GTS from Karma Palm Beach, Karma in connection with a motor vehicle purchase by a licensed dealer to a general purchaser, the "title must be obtained in the name of the purchaser by the dealer upon application signed by the purchaser; the "application for a certificate of title [required] to be filed within 30 days after the delivery of the motor vehicle."

6.     Following the purchase of the Ferrari 812 GTS by EVANS and his taking possession of same, Karma Palm Beach and AWB became embroiled in a legal dispute regarding sales of vehicles, the payment therefore, and being "out of trust." As opposed to the certificate of title for the  Ferrari 812 GTS being placed in the name of EVANS, the title to the Ferrari 812 GTS, as evidenced by Exhibit "4" attached hereto, ended up in the name of AWB, free and clear of liens and encumbrances, who now possesses same.

7.     Informal demand was made by EVANS upon AWB  for the title to the Ferrari 812 GTS, and discussions for the retitling of same did occur, however, efforts to resolve the matter fell silent.  On April 15, 2022, Exhibit "5" attached hereto and made a part hereof, formal

2

demand was made upon AWB for the title to the Ferrari 812 GTS, however, to date, the title has not been transferred or otherwise provided.

8.     EVANS possesses the Ferrari 812 GTS and was a bona fide good faith purchaser for value and Karma Palm Beach was a merchant dealing in goods of that kind.  In accordance with section 627.403, Florida Statutes, EVANS is entitled to the title to the Ferrari 812 GTS.

9.     In accordance with *Correria v. Orlando Bank & Tr. Co.*, 235 So.2d 20 (Fla. 4th DCA 1970), notwithstanding the fact that a purchaser did not obtain a title certificate (a paper title) as the time of sale does not prevent the passage of title from the seller to the buyer.  In accordance with *Stormsn v. Orlando Bank & Trust Co.*, 239 So.2d 621 (Fla. 4th DCA 1970), "Fla. Stat. §319.22(1), does not prevent passage of a valid title to a purchaser from a dealer where the purchaser has received possession of the vehicle and in good faith relies on the dealer to perform his statutory duty to secure a proper title certificate in the purchaser's name." Following purchase and possession of the Ferrari 812 GTS, EVANS even had said vehicle registered in his name, Exhibit "6"attached hereto and made a part hereof.

10.     EVANS has complied with all conditions precedent prior to the filing of this action, or, in the alternative, same have been performed, satisfied, or otherwise waived.

COUNT I: VERIFIED ACTION FOR REPLEVIN

11.     This is an action for replevin of personal property in accordance with Chapter 78, Florida Statutes.

12.     EVANS hereby realleges and adopts herein each and every allegation set forth in paragraphs 1 - 10 above.

13.     The personal property that is the subject of this action for replevin is the title to a 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176.  To the best knowledge, information, and

3

belief of EVANS, the value of the is in excess of Thirty Thousand ($30,000.00) Dollars and its present location to the title may be in Palm Beach County, Florida, however, EVANS is not certain.

14.    EVANS owns and possesses the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176 and is entitled to the certificate of title.

15.    The certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, is wrongfully detained by AWB.   Upon information and belief, AWB came into possession of the certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, as a result of a dispute with Karma Palm Beach. Karma Palm Beach and AWB have become embroiled in a legal dispute regarding sales of vehicles, the payment therefore, and being "out of trust." According to EVANS' best knowledge, information, and belief, the dispute between Karma Palm Beach and AWB is the cause of such detention of the certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176.

16.    The certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, has not been taken for a tax, assessment, or fine pursuant to law.

17.    The certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, has not been taken under an execution or attachment against any property of EVANS.

18.    To the extent the certificate of title  2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176 was retained, or redelivered to Defendant, in accordance with section 78.19, Florida Statutes, Plaintiff further seeks judgment for said certificate of title on any bond issued for the value of it or, alternatively, for the certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, by way of writ of possession, however, if said certificate of title is unable to be located and returned then, judgment for the value of it, together with costs.

4

WHEREFORE, the Plaintiff, FRANK ARTHUR EVANS III, seeks entry of a pre-judgment writ, as well as final writ, of replevin against the Defendant, AUTO WHOLESALE OF BOCA, LLC, followed by judgment for the certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, as well as on any bond issued for the value of it or, alternatively, for the certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, by way of writ of possession, however, if said certificate of title is unable to be located and returned then judgment for the value of it.  Plaintiff further seeks all costs of litigation together with any and all other relief that this Court deems just and equitable.

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct to the best of my knowledge and belief.

_____
FRANK ARTHUR EVANS III

STATE OF FLORIDA

        ss

COUNTY OF PALM BEACH

SWORN TO (OR AFFIRMED) and subscribed before me by means of [✓] physical presence or [ ] online notarization, this 28 day of April, 2022, by FRANK ARTHUR EVANS III, to me known to be the persons described in, or produced Valid Drivers License as identification.

WITNESS my hand and official seal in the County and State last aforesaid this 28 day of April, 2022.

_____
NOTARY PUBLIC
STATE OF FLORIDA

My Commission Expires:



**TRACI ANN LLOYD**
Commission # HH 135931
Expires May 31, 2025
Bonded Thru Budget Notary Services

5

## COUNT II:  DECLARATORY RELIEF

19.    EVANS hereby realleges and adopts herein each and every allegation contained in paragraphs 1 through 10 above.

20.    This is an action for declaratory relief pursuant to section 86.011, Florida Statutes. In accordance with section 86.011, Florida Statutes, "The circuit and county courts have jurisdiction within their respective jurisdictional amounts to declare rights, status, and other equitable or legal relations whether or not further relief is or could be claimed."

21.    EVANS is in doubt as to who is the free, clear, and marketable title holder and owner of the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176

22.    The purpose of a declaratory judgment is to afford parties relief from insecurity and uncertainty with respect to rights, status, and other equitable or legal remedies.  Pursuant to section 86.021, Florida Statutes, "Any person claiming to be interested or who may be in doubt about his or her rights under a deed, will, contract, or other article, memorandum, or instrument in writing or whose rights, status, or other equitable or legal relations are affected by a statute, or any regulation made under statutory authority, or by municipal ordinance, contract, deed, will, franchise, or other article, memorandum, or instrument in writing may have determined any question of construction or validity arising under such statute, regulation, municipal ordinance, contract, deed, will, franchise, or other article, memorandum, or instrument in writing, or any part thereof, and obtain a declaration of rights, status, or other equitable or legal relations thereunder."

23.    The allegations alleged show and evidence that there is a bona fide, actual, present practical need for the declaration sought herein; that the facts and circumstances alleged deal

6

with a present, ascertained state of facts or present controversy as to a state of facts and that the rights of Plaintiff are dependent upon the facts or the law applicable to said facts.

24.     The rights of EVANS is dependent upon the facts or the laws applicable to the facts, to wit, EVANS right to the ownership, free and clear of any liens and encumbrances, of the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176

25.     The parties hereto, and the claim asserted, create an actual, present, adverse and antagonistic interest  as to free and clear, marketable, title ownership of the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176.

26.     All parties to this action are before this Court.

27.     The relief being sought by EVANS is not merely for the receipt of legal advice by the court, or for an answer to a question propounded from curiosity. The relief being sought is for a conclusive determination of EVANS' ownership, with free, clear, and marketable title, to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176

28     As a result of the above and foregoing, EVANS has retained undersigned counsel to represent him in the above styled cause and has agreed to pay him a reasonable attorney's fee for his services. Plaintiff is entitled to recover his costs of litigation in accordance with section 86.081, Florida Statutes.

WHEREFORE, the Plaintiff,  FRANK ARTHUR EVANS III demands the following relief:

A.     A determination that Plaintiff is the free, clear, and marketable owner and title holder to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176

7

B.    Based upon the aforesaid determination, a declaration that Defendant, AUTO WHOLESALE OF BOCA, LLC, must transfer free, clear, and marketable title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176 to Plaintiff.

C.    Should this Court declare that Plaintiff is the free, clear, and marketable owner and title holder to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, and should Defendant fail to transfer free, clear, and marketable title to Plaintiff, Plaintiff seeks supplemental relief in accordance with section 86.061, Florida Statutes.

D.    Awarding to Plaintiff costs pursuant to 86.081, Florida Statutes.

E.    Awarding any and all other relief that this Court deems just and equitable.

COUNT III:  CONVERSION

29.    EVANS hereby realleges and adopts herein each and every allegation contained in paragraphs 1 and 10 above.

30.    This is an action for damages in excess of Thirty ($30,000.00) Dollars, exclusive of costs, interest, and attorney's fees.

31.    The personal property that is the subject of this action is a free, clear, and marketable certificate of title to a 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176.  EVANS is the owner of the Ferrari 812 GTS that said certificate of title represents.

32.    The free, clear, and marketable certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, is wrongfully detained by AWB.   Upon information and belief, AWB came into possession of the certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, as a result of a dispute with Karma Palm Beach. Karma Palm Beach and AWB have become embroiled in a legal dispute regarding sales of vehicles, the payment therefore, and being "out of trust."   According to EVANS' best knowledge, information, and

8

belief, the dispute between Karma Palm Beach and AWB is the cause of such detention of the certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, however, said dispute does not involve EVANS.

33.    Prior to filing action, EVANS informally demanded from AWB the free, clear, and marketable certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, with formal demand being made on April 15, 2022, Exhibit "5", however, AWB refuses to comply.

34.    AWB has asserted a right of dominion over the free, clear, and marketable certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, which is inconsistent with the right of EVANS, who is the owner, and has deprived EVANS of the right of possession.

35.    Evans has incurred compensatory damages, as well as consequential / special damages.  In addition to attorney's fees and costs incurred to obtain the free, clear, and marketable certificate of title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176, EVANS is incurring costs for storing the vehicle, has an issue of risk or loss from theft or damage inasmuch as the vehicle is unable to be insured without title, and is being prevented from use and enjoyment of the vehicle due to the lack of title.

WHEREFORE, the Plaintiff, FRANK ARTHUR EVANS III, seeks judgment in excess of Thirty Thousand ($30,000.00) Dollars against the Defendant, AUTO WHOLESALE OF BOCA, LLC, for compensatory and consequential damages, together with pre-judgment interests and costs of litigation.  Plaintiff further seeks any and all other relief that this Court deems just and equitable.

NOT A CERTIFIED COPY

9

DATED this 2nd day of May, 2022

s/ Howard Poznanski, Esquire
HOWARD POZNANSKI, ESQUIRE
Florida Bar No.: 0814946
Attorney for Plaintiff
P.O. Box 970094
Coconut Creek, Florida 33097
E-mail: howardwpoznanski@bellsouth.net
          hpoznanski@ymail.com
Tel: (561) 417-9294

NOT A CERTIFIED COPY

10

NOT A CERTIFIED COPY

EXHIBIT "1"

## PURCHASE AGREEMENT

 KARMA | PALM BEACH

 KARMA
BROWARD | PALM BEACH
*Excell* AUTO GROUP

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

SALES PERSON: SCOTT ZANKL                                      DATE: 2 / 2 / 2022

BUYER __FRANK EVANS__                          DRIVER'S LICENSE NO. _____
E-MAIL _____                                  DATE OF BIRTH _____
ADDRESS __4501 N OCEAN BLVD TH #3__   CITY & STATE __BOCA RATON__  FL  ZIP __33431__
CO-BUYER _____                                DRIVER'S LICENSE NO. _____
E-MAIL _____                                  DATE OF BIRTH _____
ADDRESS _____                                 CITY & STATE _____  ZIP _____
HOME PHONE_____ BUSINESS PHONE _____ CELL PHONE _____

NEW ☐   YEAR __2021__   MAKE __FERRARI__   MODEL __812 GTS__   MILEAGE __612__
USED ☒   COLOR __RED__   TRIM _____   BODY TYPE __CONVERTIBLE__
☐   ID NO. __ZFF97CMA4M0261176__                      STOCK NO. __0261176__

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 221036 | | | |
|---|---|---|---|---|
| YEAR 2017  MAKE FERRARI   COLOR RED | | TOTAL SELLING PRICE | $ | 705,000.00 |
| MODEL F12BERLINETTA BODY TYPE COUPE | | TRADE ALLOWANCE − | | 300,000.00 |
| I.D. NO. ZFF74UFA7H0221036  MILEAGE 3,813 | | DIFFERENCE = | $ | 405,000.00 |
| BALANCED OWED TO | | SERVICE FEES* + | | 498 00 |
| EST. AMT. OWED   ALLOW AMT. 300,000.00 | | SUB TOTAL · | | 405,498.00 |
| TRADE-IN DESCRIPTION NO. 2  STOCK NO. | | SALES TAX + | | 24,379.88 |
| YEAR  MAKE   COLOR | | ESTIMATED TAG, TITLE & REG + | | 275.00 |
| MODEL   BODY TYPE | | THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 50.00 |
| I.D. NO.   MILEAGE | | EST. BALANCE ON TRADE + | | N/A |
| BALANCED OWED TO | | TOTAL DELIVERY PRICE = | $ | 430,212.88 |
| EST. AMT. OWED   ALLOW AMT. | | DEPOSIT NON-REFUNDABLE ☐ CAR IN-STOCK ☐ SPECIAL ORDER [BUYER] − | | N/A |
| TRADE-IN DESCRIPTION NO. 3  STOCK NO. | | EXTENDED WARRANTY (taxable) + | | N/A |
| YEAR  MAKE   COLOR | | *BALANCE DUE ON DELIVERY = | $ | 430,212.88 |
| MODEL   BODY TYPE | | AMOUNT FINANCED = | $ | |
| I.D. NO.   MILEAGE | | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED   ALLOW AMT. | | | | |

LIENHOLDER:   NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and Insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 2 / 2, 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

_____  02/03/2022
Buyer Signature      Date

Accepted By: _____
Dealer Representative

_____
Co-Buyer Signature      Date

Please read additional terms and conditions on reverse side, before signing.

352065_07/07/21 MMP

NOT A CERTIFIED COPY

DIVISION OF MOTORIST SERVICES
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

## SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGEMENT
(Instructions on Reverse Side)

### VEHICLE DESCRIPTION

| CHECK ONE: | ☒ Motor Vehicle | | ☐ Mobile Home | | ☐ Vessel | |
|---|---|---|---|---|---|---|
| Vehicle Identification Number | Year | Make | Color | Body | Title Number | |
| ZFF97CMA4M0261176 | 2021 | FERRARI | RED | CONVERTIBLE | | |

### ODOMETER DISCLOSURE STATEMENT

**WARNING:** Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THIS ☐ 5 or ☒ 6 DIGIT ODOMETER NOW READS

☐ , 612 .xx (NO TENTHS) MILES,
DATE READ 2 / 2 / 22 , AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

**CAUTION:**
Read carefully before checking a box.

☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Seller's Signature | Seller's Printed Name |
|---|---|
| | KARMA PALM BEACH INC |
| Seller's Street Address | |
| 1001 Clint Moore Rd Ste 103 | |
| City | State | Zip |
| Boca Raton | FL | 33487 |

| Buyer's Signature | Buyer's Printed Name |
|---|---|
| | FRANK EVANS |
| Buyer's Street Address | |
| 4501 N OCEAN BLVD TH #3 | |
| City | State | Zip |
| BOCA RATON | FL | 33431 |

Check your local phone book government pages or visit the following website for current mailing addresses:
http://www.flhsmv.gov/offices/

**LAW® FORM NO. 7001-12-FL** (REV. 2/12)
©2012 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
ODOMETER DISCLOSURE STATEMENT

---

FRANK EVANS
CUSTOMER'S NAME

0261176
STOCK NO.

## VEHICLE AIR POLLUTION CONTROL STATEMENT

FLORIDA LAW PROHIBITS THE OPERATION, SALE, LEASE, OR TRANSFER OF TITLE OF ANY AUTOMOBILE OR LIGHT DUTY TRUCK (1975 OR NEWER, 10,000 POUNDS GROSS VEHICLE WEIGHT OR LESS) THAT HAS BEEN TAMPERED WITH. "TAMPERING" MEANS THE DISMANTLING, REMOVAL, OR RENDERING INEFFECTIVE OF ANY AIR POLLUTION CONTROL DEVICE OR SYSTEM WHICH HAS BEEN INSTALLED ON THE VEHICLE BY THE VEHICLE MANUFACTURER EXCEPT TO REPLACE SUCH DEVICE OR SYSTEM WITH A DEVICE OR SYSTEM EQUIVALENT IN DESIGN AND FUNCTION TO THE PART THAT WAS ORIGINALLY INSTALLED ON THE MOTOR VEHICLE (316.2935, FLORIDA STATUTES)

### VEHICLE DESCRIPTION

| CHECK ONE: | ☐ Motor Vehicle | | ☐ Mobile Home | | ☐ Vessel | |
|---|---|---|---|---|---|---|
| Vehicle Identification Number | Year | Make/Model | Color | Body | Title No. | |
| ZFF97CMA4M0261176 | 2021 | FERRARI 812 GTS | RED | CONVERTIBLE | | |

### RULE 62-242.700 FLORIDA ADMINISTRATIVE CODE

AS A MOTOR VEHICLE DEALER LICENSED TO CONDUCT BUSINESS IN THE STATE OF FLORIDA, I HEREBY CERTIFY THAT THE FOLLOWING AIR POLLUTION EMISSION CONTROL DEVICES AND SYSTEM OF THIS VEHICLE, IF INSTALLED BY THE VEHICLE MANUFACTURER OR IMPORTER, HAVE NOT BEEN TAMPERED WITH BY ME OR BY MY AGENTS, EMPLOYEES, OR OTHER REPRESENTATIVES.

I ALSO HEREBY CERTIFY THAT I OR PERSONS UNDER MY SUPERVISION HAVE INSPECTED THIS MOTOR VEHICLE AND, BASED ON SAID INSPECTION, HAVE DETERMINED THAT THE AIR POLLUTION CONTROL DEVICES AND SYSTEMS LISTED BELOW, IF INSTALLED BY THE VEHICLE MANUFACTURER OR IMPORTER, ARE IN PLACE AND APPEAR PROPERLY CONNECTED AND UNDAMAGED AS DETERMINED BY VISUAL OBSERVATION.

THIS CERTIFICATION SHALL NOT BE DEEMED OR CONSTRUED AS A WARRANTY THAT ANY AIR POLLUTION CONTROL DEVICE OR SYSTEM OF THE VEHICLE IS IN FUNCTIONAL CONDITION, NOR DOES THE EXECUTION OF DELIVERY OF THIS CERTIFICATION CREATE BY ITSELF GROUNDS FOR A CAUSE OF ACTION BETWEEN THE PARTIES TO THIS TRANSACTION.

X _____
TRANSFEROR'S (SELLER'S) SIGNATURE

KARMA PALM BEACH INC
TRANSFEROR'S (SELLER'S) PRINTED NAME

1001 Clint Moore Rd Ste 103
TRANSFEROR'S (SELLER'S) STREET ADDRESS

Boca Raton, FL 33487
CITY                    STATE                    ZIP CODE

02/02/22
DATE OF STATEMENT

X _____
TRANSFEREE'S (BUYER'S) SIGNATURE

FRANK EVANS
TRANSFEREE'S (BUYER'S) PRINTED NAME

4501 N OCEAN BLVD TH #3
TRANSFEREE'S (BUYER'S) STREET ADDRESS

BOCA RATON, FL 33431
CITY                    STATE                    ZIP CODE

**1975 TO 1980 MODEL YEAR:**
CATALYTIC CONVERTER
FUEL INLET RESTRICTOR
UNVENTED FUEL CAP

**1981 OR NEWER MODEL YEAR:**
CATALYTIC CONVERTER
FUEL INLET RESTRICTOR
UNVENTED FUEL CAP
EXHAUST GAS RECIRCULATION SYSTEM (EGR)
AIR PUMP AND/OR AIR INJECTION SYSTEM (AIS)
FUEL EVAPORATION EMISSIONS SYSTEM (EVP)

HSMV 84058 (6/10)    0261176
STOCK NO.

Form approved by the Department of Environmental Protection

**LAW® FORM NO. 7001-12-FL** (REV. 2/12) ©2012 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-90
VEHICLE AIR POLL

# AGREEMENT TO FURNISH INSURANCE POLICY

Date: 02/02/22

To Seller/Lessor: **KARMA PALM BEACH INC**

1001 Clint Moore Rd Ste 103 Boca Raton, FL 33487

The undersigned Buyer/Lessee(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a credit sale contract/lease dated this ___2___ day of ___Feb___, YR ___22___

The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |
|---|---|---|---|---|
| 2021 | FERRARI 812 GTS | | CONVERTIBLE | ZFF97CMA4N0261176 |

Such Insurance Policy must be delivered to the Seller/Lessor within ___1___ days from the date of this Agreement. The following is not an acceptable policy: Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller/Lessor does not receive such Policy by the time stated, Seller/Lessor may (but is not required to) procure insurance of the kind and type agreed to be furnished under the terms of the credit sale contract/lease. Such insurance may cover only Seller's/Lessor's interest in the vehicle as the law allows.

Ins. Co. _____ Agent _____

ADDRESS OF AGENT - STREET _____ CITY ____ STATE ____ ZIP ____ AGENT'S PHONE NUMBER _____

Policy No. _____ Exp. Date ___N/A___

☐ Fire & Theft - ☐ Additional Coverage - ☐ $ ___0___ Deductible Comprehensive - ☐ $ ___0___ Deductible Collision

In the event Buyer/Lessee(s) fail(s) to furnish a valid insurance policy, or written evidence of insurance, of the type required under the credit sale contract/lease, Buyer/Lessee(s) hereby agree(s) to pay to Seller/Lessor or assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the credit sale contract/lease.

Buyer/Lessee(s) further agree(s) to assume any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller/Lessor free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee _____

Loss Payee's Address _____

**NOTICE TO BUYER/LESSEE:** This Agreement does not authorize the Seller/Lessor to order Public Liability or Property Damage Insurance. Any insurance ordered by the Seller/Lessor or Seller's/Lessor's Assignee will cover loss of or damage to the vehicle and will not include Public Liability or Property Damage Insurance.

BUYER'S/LESSEE'S NAME (Printed): FRANK EVANS

ADDRESS: 4501 N OCEAN BLVD TH #3 BOCA RATON, FL 33431

HOME PHONE _____ BUSINESS PHONE _____

X _____
BUYER'S/LESSEE'S SIGNATURE

X _____
CO-BUYER'S/CO-LESSEE'S SIGNATURE

FORM NO. 226RS-U   REV. 7/17
©2017 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

NOT A CERTIFIED COPY

---

## PRIVACY NOTICE

**KARMA | PALM BEACH**

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 334
OFFICE 561.998.5557 FAX 561.998.4703

Karma Palm Beach

In connection with this transaction, _____ may acquire information about you as described in this notice, which we hand stated in this notice.

1. We collect *nonpublic* personal information about you from the following sour
   - Information we receive from you on applications and other forms;
   - Information about your transactions with us; and,
   - Information we receive from a consumer reporting agency.

2. We do not disclose nor do we reserve the right to disclose, any *nonpublic* p sonal information about our consumers, customers or former customers to one, except as permitted by law. We may disclose *nonpublic*, personal information about you, as a consumer, customer or former customer, to non-affiliated third parties as permitted by law.

3. We restrict access to your *nonpublic* personal information to employees who to provide products or services to you. We maintain electronic, physical and cedural safeguards that comply with *federal regulations* to guard your *nonp* personal information.

**CUSTOMER ACKNOWLEDGEMENT:** I (we) acknowledge that I (we) received a of this notice on the date indicated below.

X _____
Customer's Signature

Today's Date: 2/2/22

Customer's Name (printed) _____

X _____
Co-Customer's Signature

Today's Date _____

Co-Customer's Name (printed) _____

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| FERRARI | 812 GTS | 2021 | ZFF97CMA4M0281176 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

## WARRANTIES FOR THIS VEHICLE:

☐ **AS IS - NO DEALER WARRANTY**

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

-------------------------------------------------------------------

☐ **DEALER WARRANTY**

☐ FULL WARRANTY.

☐ LIMITED WARRANTY. The dealer will pay _____ % of the labor and _____ % of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**                                **DURATION:**

BALANCE OF FACTORY WARRANTY

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☑ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☐ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

NOT A CERTIFIED COPY

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks-bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

NOT A CERTIFIED COPY

DEALER NAME          K A R M A | PALM BEACH

ADDRESS          1001 Clint Moore Rd. Ste 103
Boca Raton, FL 33487

TELEPHONE                              EMAIL

FOR COMPLAINTS AFTER SALE, CONTACT:

I HEREBY ACKNOWLEDGE RECEIPT OF THE BUYERS GUIDE AT THE CLOSING OF THIS SALE.
BUYER'S SIGNATURE

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

NOT A CERTIFIED COPY

EXHIBIT "2"

PN⁴ Payment Systems



| | Domestic Transfer | Page 1 of 3 |

## Client Information

| | | |
|---|---|---|
| Individuals Name | : | LINDA I MCGOUGH |
| Client Identification | : | ▓▓▓▓▓▓ |
| ID Type | : | State Driver's License    Expiration : 12/16/2024 |
| Client Phone | : | ▓▓▓▓▓    Extn : |
| Client Alt Phone | : | Extn : |
| Client Email Address | : | |
| Payment Initiated From | : | BRN |

## Payment Instruction

| | | | | |
|---|---|---|---|---|
| Payment Amount | : | 431,000.00 | Currency : | USD |
| Send Date | : | 02/02/2022 | | |

## Debit Information

| | | |
|---|---|---|
| Account Type | : | S-Savings |
| Account # | : | ▓▓▓▓▓▓ |
| Name | : | LINDA MCGOUGH |
| Address 1 | : | ▓▓▓ CASTLEBROOK WAY |
| Address 2 | : | |
| City | : | DELRAY BEACH |
| State | : | FL |
| Zip | : | 33446 |

*# Copy of wire transfer for Balance due on Sales Agreement*

## Beneficiary Information

| | | |
|---|---|---|
| Beneficiary | : | Not on Us |
| Account # | : | ▓▓▓▓▓ |
| Name | : | KARMA OF PALM BEACH INC |
| Address 1 | : | 1001 CLINT MOORE RD SUITE 103 |
| Address 2 | : | |
| City | : | BOCA RATON |
| State | : | FL |
| Zip | : | 33487 |

NOT A CERTIFIED COPY

Domestic Transfer                                          Page 2 of 3

## Beneficiary Information

Country        :    UNITED STATES OF AMERICA - US

Phone          :

## Beneficiary Bank

Bank Information Type    :    A-ABA

Bank ABA       :    ▮▮▮▮▮▮▮▮

Bank Name      :    JPMORGAN CHASE BANK NA

Address        :
               :
               :    NEW YORK
               :    NY
               :
               :    UNITED STATES OF AMERICA - US

Account # with Intermediary :
Bank

## Additional Information

Originator to Beneficiary    :

Purpose of Transfer          :    REFERENCE F EVANS PURCHASE 2021 FERRARI 812 GTS

| Client Signature: | Branch Rep Signature: | Reference Number: |
|---|---|---|
| | | 2222G5243B015V7T |
| | | 02/02/2022        11.52 AM |

NOT A CERTIFIED COPY

## Domestic Transfer

"By signing this document you understand that this funds transfer request is subject to Terms and Conditions stated below."

"Pease refer to your Current Schedule of Service Charges and Fees to determine the appropriate wire fee for this transaction."

| Client Signature: | Branch Rep Signature: | Reference Number: |
|---|---|---|
| | | ▓▓▓▓▓15V7T |
| | | 02/02/2022　　11.52 AM |

### Terms and Conditions
### Domestic and International Wire Transfer

Please read the following terms carefully because, where indicated below, the type of transaction you conduct may change the way the following terms apply to you. For purposes of these Terms and Conditions, a "Consumer International Transfer" is an electronic transfer of funds requested by an individual (non-corporate) sender, for personal, family or household purposes, to be received by designated recipient outside the United States of America.

1) **Documentation:**

 (a) *For Consumer International*   we will provide a pre-payment disclosure and a receipt. Alternatively, we may provide a combined disclosure with payment at the time of the

 (b) *For all other*   we will not, unless otherwise agreed, send written advice of this payment order executed by us or issue any receipt or other than as required by law for your affected account

2) **Cancellation:**

 (a) *For Consumer International*   you have the right to cancel a transaction within 30 minutes of payment, as long as (i) the funds have not yet up or deposited and (ii) you provide specified recipient contact information and enough information for us to identify the

 (b) *For all other*   you shall have no absolute right to cancel or amend this payment order after we have received it from you. We shall, when reasonable effort to act on your request for cancellation or amendment of this payment order prior to the time we execute it, but we shall have cancellation or amendment is not

3) **Preventing**

 (a) *For all transfers except Consumer International*   you understand that banks routinely rely on account numbers in executing payment orders. the name and account number of the named beneficiary on this payment order are different, we and all intermediary and beneficiary banks may rely upon the account number as the proper designation of the beneficiary and your payment of this payment order will remain final.

 (b) *For Consumer International*   you understand that banks routinely rely on account numbers in executing payment orders. Accordingly, you transfer amount if you provide us an incorrect account number or recipient institution identifier.

4) **Error**
  accounts   You agree to promptly examine any confirmations of payment orders which we or other banks send or make available to you, and all periodic statements of the by this payment order and to promptly notify us of any discrepancies between your records and ours.

 (a) *For Consumer International*   you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after we receive your notice and we will correct any error promptly. We will tell you the results within three business days after completing our investigation.

 (b) *For all other*   (1) If you fail to notify us within 30 days of your receipt of such confirmation or periodic statement, whichever is earlier, then precluded from asserting the discrepancy or error against us, and we shall have no liability to you of any kind for the discrepancy or error; (2) in the event this payment order is not executed by us for any reason, we will refund to you the U.S. dollar amount of this payment order, less all of our wire and other costs and expenses associated with this payment order. Except for the payment of such refund, we shall not be liable to you for any loss or damage which you may suffer or incur by reason of this payment order not being executed by us.

5) **Liability:**

 (a) *For Consumer International*   you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after we receive your notice and we will

 (b) *For all other*   we shall be liable only for our own gross negligence or willful misconduct and shall not be responsible for (a) any loss or or in connection with any error, failure or delay in execution of this payment order resulting from circumstances beyond our reasonable control including, but not limited to, any inoperability of communications facilities or (b) any loss or damage arising from or in connection with any inaccuracy, act or failure to act on the part of any person not within our reasonable control.

 (c) *For all*   except as otherwise provided by applicable law, we shall not be liable for any consequential, incidental, special or indirect losses, dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this payment order or the services provided by us here under, whether or not the likelihood of such losses or damages was known by us.

6)   **Payment**   We may exercise our discretion in using any payment system appropriate to execute the payment orders.

7)   **Governing**   This payment order shall be governed by the laws of the Commonwealth of Pennsylvania, including its Uniform Commercial Code Article order is executed utilizing the communications network of the Federal Reserve System, Subpart B of Regulation J of the Federal Reserve System. Terms used and undefined herein which are defined in the Uniform Commercial Code shall have the meanings set forth in the Uniform Commercial Code. This agreement shall also be governed by the rules and regulations of the Office of Foreign Asset Control (OFAC), and where applicable, Regulation E of the Bureau of Consumer Financial Protection. This payment order is also subject to the rules of any payment network or clearinghouse through which the payment order is

8)   **Recordkeeping and**   You acknowledge that we may have certain legal recordkeeping and reporting requirements with respect to services to you to our disclosure to government authorities of information concerning this or any previous funds transfer which we believe to be appropriate or necessary to fulfill such legal requirements. You agree to cooperate fully with us to enable us to fulfill such requirements as may exist from time to time.

9)   **Currency**   *For International funds transfers made by business*   In the event this payment order is an international payment order expressed in U.S. execute this payment order in U.S. dollars or we may, in our sole discretion, convert such U.S. dollars into the applicable foreign currency (at an exchange rate determined by us at the time of such conversion) before we execute this payment order.

10)   **Delay**   In some instances, your transfer may not be completed until the business day after you request it, which could be the following Monday or later, request falls before a holiday weekend. If completion of your request would cause your account to be overdrawn, we reserve the right to cancel the transaction and notify you accordingly. We will not be liable for any consequential, incidental, special or indirect losses, damages (including dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this cancellation, whether or not the likelihood of

NOT A CERTIFIED COPY



EXHIBIT "3"

NOT A CERTIFIED COPY

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500                    A04121

| Identification Number | Year | Make | Body | VCL-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF74UFA7H0221030 | 2017 | FERR | 2D | 3593 | | 135425844 |

Date of Issue: 07/10/2018

**Registered Owner**

FRANK ARTHUR EVANS III
1800 NW CORPORATE BLVD #310
BOCA RATON  FL 33431

Mail To:

FRANK ARTHUR EVANS   III
1800 NW CORPORATE BLVD #310
BOCA RATON   FL 33431-7338

**STATE OF FLORIDA**

**LIEN SATISFACTION**

Lien Release

**IMPORTANT INFORMATION**

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | VCL-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF74UFA7H0221030 | 2017 | FERR | 2D | 3593 | | 135425844 |

| Prev State | Color | Primary Brand | Secondary Brand | AM Brand | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| PA | RED | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or Dealer | Net Material | Prog | Date of Issue |
|---|---|---|---|
| 2371 MILES    06/28/2018 ACTUAL | | | 07/10/2018 |

**Registered Owner**

FRANK ARTHUR EVANS III
1800 NW CORPORATE BLVD #310
BOCA RATON  FL 33431

1st Lienholder

NONE

*Copy of Title
signed over
for the trade.*

*Was free & clear*

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoski
Director

Control Number: 142093737

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

NOTICE: PENALTY IS IMPOSED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

**STATE OF FLORIDA**

NOT A CERTIFIED COPY

EXHIBIT "4"

## RE: 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176

From:   Marc Brandes (mbrandes@kfb-law.com)

To:      howardwpoznanski@bellsouth.net

Cc:      bvillalobos@kfb-law.com; sgherman@scottghermanpa.com; moshefarache@gmail.com

Date:   Monday, April 11, 2022, 03:06 PM EDT

Howard:

The title is in Auto Wholesale of Boca, LLC. It is a clear title. I have no information about prior titling of this vehicle.

Regards,

Marc

**Marc E. Brandes, Esq.**



**KURKIN FOREHAND BRANDES LLP**

**Harbour Centre**

**18851 N.E. 29th Avenue, Suite 303**

**Aventura, Florida 33180**

mbrandes@kfb-law.com

www.kfb-law.com

**Tele: 305.929.8500**

**Direct: 954.357.3961**

**Fax: 305.675.0564**

**Toll Free: 866.252.7888**

NOT A CERTIFIED COPY

NOT A CERTIFIED COPY

EXHIBIT "5"

**HOWARD W. POZNANSKI**
**ATTORNEY AT LAW**
P.O. Box 970094
Coconut Creek, Florida 33097
Tel: (561) 417-9294
Email: howardwpoznanski@bellsouth.net

*Admitted to practice in Florida,*
*Colorado & Washington, D.C.*

April 15, 2022

Marc E. Brandes, Esquire
Kurkin Forehand Brandes, LLP
18851 NE 29th Avenue
Suite 303
Aventura, Florida 33180

Via Email: mbrandes@kfb-law.com and US Mail, First Class

RE:   2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176

Dear Mr. Brandes:

I know today is Good Friday, and this evening begins the Passover holiday.  But I was hoping to hear from you regarding my last email that I sent, on April 14, 2022, at 5:52 PM, which we thereafter verbally discussed.

Since I have had no follow-up, at this time, on behalf of Frank Arthur Evans III, formal notice demanding the title to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176 ("title") is hereby made.  Mr. Evans previously offered to your clients, Auto Wholesale of Boca, LLC, MMS Ultimate Services, Inc., and Mr. Moshe Farache (collectively "Auto Wholesale"), in exchange for the title, a buyer's affidavit, together with a release, hold harmless, and indemnification agreement. The documents were provided on April 13, 2022, and, thus far, nothing has resulted.

I do not know if Auto Wholesale had knowledge that the above referenced Ferrari was sold by Karma Palm Beach / Excell Auto Group to my client on February 2, well in advance of the re-titling of the title by Auto Wholesale, however, I did provide the purchase documents to you on April 8, 2022, reflecting that my client was a bona fide purchaser for value of the Ferrari, in the ordinary course of business.  The continued possession of the title by Auto Wholesale, to the detriment and prejudice of Mr. Evans, is tantamount to conversion, and demand is hereby made that the title be forthwith surrendered to Mr. Evans; that Auto Wholesale forthwith and immediately retitle the Ferrari in the name of Mr. Evans.

Page 2 of 2 of letter to
Marc E. Brandes, Esquire
Dated April 15, 2022

Failure to forthwith comply with the demand made herein will result in an action for replevin being filed, together with a claim for damages and any other appropriate claims under law.

Very truly yours,
*Howard Poznanski, Esq.*
Howard Poznanski, Esquire

HWP/mp

cc:    Mr. Frank Arthur Evans III

NOT A CERTIFIED COPY

## 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176

From: howard poznanski (howardwpoznanski@bellsouth.net)

To: mbrandes@kfb-law.com

Cc: bvillalobos@kfb-law.com; sgherman@scottghermanpa.com

Date: Friday, April 15, 2022, 04:50 PM EDT

Marc:

Please see my formal letter that is attached and dated April 15, 2022. Thank you.

Howard Poznanski, Esquire
P.O. Box 970094
Coconut Creek, Florida 33097
Tel: (561) 417-9294

 letter Marc E Brandes Esq.pdf
83kB

NOT A CERTIFIED COPY

1/1

NOT A CERTIFIED COPY

EXHIBIT "6"

IMPORTANT INFORMATION

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used.

For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F. S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on the roads of this state.

S. 320.02 and 627.733, F. S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:

**FRANK ARTHUR EVANS III**
**4501 N OCEAN BLVD TH #3**
**BOCA RATON, FL 33431-2456**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or by mail to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

| | | CO/AGY | 69 / 02 | T# | 1613416345 |
| | | | | B# | |

# FLORIDA VEHICLE REGISTRATION

| PLATE | **F12HP** | DECAL | **18075683** | Expires | **Midnight Thu 12/22/2022** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YR/MK | **2021/FERR** | BODY | **CV** | COLOR | **RED** | | Reg. Tax | 2.00 | Class Code | 13 |
| VIN | **ZFF97CMA4M0261176** | | | TITLE | | | Init Reg. | | Tax Months | 0 |
| Plate Type | **BBP** | NET WT | **3900** | | | | County Fee | | Back Tax Mos | |
| | | | | | | | Mail Fee | | Credit Class | |
| DL/FEID | **E152261504620** | | | | | | Sales Tax | | Credit Months | |
| Date Issued | **03/04/2022** | Plate Issued | **09/16/2019** | | | | Voluntary Fees | | | |
| | | | | | | | Grand Total | 2.00 | | |

IMPORTANT INFORMATION

**FRANK ARTHUR EVANS III**
**4501 N OCEAN BLVD TH #3**
**BOCA RATON, FL 33431-2456**

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**BBP - TAMPA BAY BUCCANEERS**

NOT A CERTIFIED COPY

# EXHIBIT B



**ORDERED in the Southern District of Florida on January 10, 2018.**

Paul G. Hyman, Jr., Judge
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | Case No. 17-19455-PGH |
| | Jointly Administered with |
| CHARIOTS OF PALM BEACH, INC. | Case No. 17-19458-PGH |
| Debtor. | Chapter 7 |
| _____/ | |

**AGREED ORDER GRANTING *IBMSECU'S MOTION TO COMPEL
ABANDONMENT OR ISSUANCE OF TITLES FOR FINANCED VEHICLES* [ECF NO. 367]**

THIS CASE came before the Court for a continued hearing on January 9, 2018 at 9:30 am on *IBMSECU's Motion to Compel Abandonment or Issuance of Titles for Financed Vehicles* [ECF No. 367] (the "Motion") filed by IBM Southeast Employees' Credit Union ("IBMSECU"), and the Court, having considered the Motion and record in the case, noting the agreement of the parties, being otherwise duly advised in the premises and for the reasons set forth in open court, finds the Motion to be well taken. Accordingly, it is

**ORDERED** and **ADJUDGED**:

1.      The Motion is **GRANTED** on the terms set forth herein.

2.      Nicole Testa Mehdipour, as Chapter 7 Trustee of the Bankruptcy Estate of Chariots of Palm Beach, Inc. (the "Trustee") is in physical possession of only one (1) motor vehicle title from the list of Vehicles (as defined in the Motion) set forth in the Motion – the title for the 2013 Porsche 991 911, VIN WP0CB2A93DS155751 (the "Barrett Porsche Title"). The Barrett Porsche Title shall be delivered by the Trustee to IBMSECU for the benefit of Peter Barrett within ten (10) days of the Trustee's receipt of consent from Peter Barrett to such issuance.

3.      The Trustee and IBMSECU agree to continue to work toward resolution of any other issues that may arise with respect to any other Titles (as defined in the Motion) not specifically addressed herein.

4.      In addition, Flagler Bank is in physical possession of the motor vehicle title for the 2013 Porsche 991 911, VIN WP0CA2A95DS140140 (the "Walker Porsche Title"). The Walker Porsche Title shall be delivered by Flagler Bank to IBMSECU's counsel within ten (10) days of the entry of this Order. This Order supersedes Flagler Bank's obligations under Paragraph 10 of this Court's prior Order [ECF No. 348] in relation to Flagler Bank's obligation to release the Walker Porsche Title directly to purchaser David Walker.

# # #

Submitted by:

Harris J. Koroglu, Esq.
Shutts & Bowen LLP
200 S. Biscayne Blvd.
Suite 4100
Miami, FL 33131
Email: hkoroglu@shutts.com
*Counsel for IBMSECU*

Attorney Koroglu shall serve a conformed copy of this Order upon receipt of same on all parties in interest and shall file a Certificate of Service with the Court.