| Car Inventory | Make | Model | Year | VIN |
|---|---|---|---|---|
| 1 | Aston Martin | DB11 Volante | 2019 | SCFRMFCW6KGM07671 |
| 2 | Ferrari | F12 Berlinetta | 2017 | 2FF74UFA7H0221036 |
| 4 | Lamborghini | Urus | 2020 | ZPBUA1ZLXLLA06529 |
| 6 | Mercedes | G63 | 2020 | W1NYC7HJ6LX346462 |
| 11 | BMW | X7 | 2019 | 5UXCX4C56KLS39222 |
| 13 | GMC | Yukon | 2019 | 1GKS1CKJ8KR354378 |
| 16 | Mclaren | 720s | 2018 | SBM14DCA9JW000606 |
| 17 | Mercedes | G Wagon | 2021 | W1NYC7HJ0MX390328 |
| 18 | Mercedes | G63 | 2020 | W1NYC7HJ6LX362080 |
| 20 | Porshe | 911 | 2008 | WP0AD29978S783176 |
| 24 | Mclaren | 720s | 2020 | SBM14FCA5LW004229 |
| 26 | Lamborghini | Urus | 2019 | ZPBUA12LXKLA01961 |
| 27 | Ferrari | 812 Superfast | 2020 | ZFF83CLA1L0254693 |
| 28 | Cadillac | Escalade | 2018 | 1GYS4BKJXJR261612 |
| 29 | Ferrari | 458 Italia | 2013 | ZFF68NHA8D0191526 |
| 31 | Jeep | Gladiator | 2021 | 1C6HJTAG1ML571540 |
| 33 | Lamborghini | Huracan | 2020 | ZHWUT4ZF1LLA14316 |
| 35 | Mclaren | 720s | 2019 | SBM14FCA9KW003714 |
| 36 | Mercedes | G Class | 2020 | WDCYC7HJ9LX334940 |

EXHIBIT D