UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

                                                                    Case No.: 22-15627-EPK
AUTO WHOLESALE OF BOCA LLC.                       Chapter 11 SUB V

        Debtor.

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE

        ALAN R. CRANE, Esq. and the law firm of FURR COHEN, appear a as special counsel

in this bankruptcy proceeding for Chapter7 Trustee, Nicole Testa Mehdipour. As directed by

Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone

number and facsimile are as follows:

                        Alan R. Crane, Esq.
                        FURR COHEN
                        2255 Glades Rd., Ste 419A
                        Boca Raton, FL 33431
                        Telephone: (561) 395-0500
                        Facsimile: (561) 338-7532
                        E-mail: acrane@furrcohen.com

        Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices

given or required to be given in this case and all pleadings, motions, and papers served or required

to be served in this adversary be given to and served upon the undersigned at the address provided.

1

Dated this 29th day of July 2022.

FURR COHEN
*Special Counsel to the Chapter 7 Trustee,*
*Nicole Testa Mehdipour*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561) 395-0500/Fax: 561-338-7532

BY:   */s/ Alan R. Crane*
          Alan R. Crane
          Florida Bar No.: 0963836
          E-mail: acrane@furrcohen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case.

BY:   */s/ Alan R. Crane*
          Alan R. Crane

2