UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

                                                    Case No.: 22-15627-EPK
AUTO WHOLESALE OF BOCA LLC.                          Chapter 11 SUB V

        Debtor.
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE

Jason S. Rigoli, Esq. and the law firm of FURR AND COHEN, P.A., appear as special counsel in this bankruptcy proceeding for Chapter 7 Trustee, Nicole Testa Mehdipour. As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone number and facsimile are as follows:

JASON S. RIGOLI, ESQ.
FURR AND COHEN, P.A.
2255 Glades Rd., Ste 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: jrigoli@furrcohen.com

Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices given or required to be given in this case and all pleadings, motions, and papers served or required to be served in this adversary be given to and served upon the undersigned at the address provided.

Remainder of Page Intentionally Left Blank

1

Dated this 29th day of July 2022.

FURR AND COHEN, P.A.
*Special Counsel to the Chapter 7 Trustee, Nicole Testa Mehdipour*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561) 395-0500/Fax: 561-338-7532

By: */s/ Jason S. Rigoli*
    Jason S. Rigoli
    Florida Bar No. 091990
    Email: jrigoli@furrcohen.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on July 29, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Jason S. Rigoli*
    JASON S. RIGOLI, ESQ.

2