**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 22-15627 EPK
                                                                Chapter 11

AUTO WHOLESALE OF BOCA, LLC

      Debtor.

_____/

**MOTION TO COMPEL ABANDONMENT OF BARE LEGAL TITLE**
**TO 2012 LAMBORGHINI AVENTADOR VIN ZHWUC1ZD2CLA00244**

Movant, GRAVES DIRECTIONAL DRILLING INC. a/k/a GRAVES DIRECTIONAL INC. ("Graves"), by and through its undersigned counsel and pursuant to 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure, hereby moves this Court for the entry of an order compelling the abandonment of bare legal title to its 2012 Lamborghini Aventador VIN ZHWUC1ZD2CLA00244, and in support thereof (the "Motion"), states:

**FACTUAL AND PROCEDURAL POSTURE**

1.      On July 22, 2022, the Debtor Auto Wholesale of Boca, LLC ("Debtor") filed a voluntary petition under the provisions of Chapter 11 Subchapter V of the Bankruptcy Code.

2.      Prior to the bankruptcy case, on March 17, 2022, Graves, acquired a 2012 Lamborghini Aventador VIN ZHWUC1ZD2CLA00244 (the "Vehicle"), from Karma of Broward, Inc., pursuant to that certain Purchase Agreement (collectively, with all other related documentation, the "Purchase Agreement"). A true and correct copy of the Purchase Agreement is attached to the Complaint (as defined herein) as **Exhibit "A."** The Purchase Agreement provided for the trade-in of Graves' 2015 McLaren Spider VIN SBM11FAA4FW003654 (the "Trade-In Vehicle") with the balance paid by Graves via wire transfer. A true and correct copy of the wire transfer confirmation is attached to the Complaint as **Exhibit "B."**

3. The Vehicle was delivered to Graves and has Graves has maintained physical possession of his Vehicle since the time of the Purchase Agreement.

4. However, to date, Graves has not received title to his Vehicle (the "Title").

5. According to information obtained by Graves, on or about March 29, 2022, the Debtor recorded the Title to the Vehicle in its name. Attached hereto as **Exhibit "C"** is the Vehicle Information Check.

6. Graves has been in communication with the Florida Department of Highway Safety and Motor Vehicles (the "Department") regarding the Title. It is the understanding of Graves that a law enforcement hold has been placed on the Title pending an ongoing criminal investigation by the Boca Raton Police Department ("BRPD"), such that the Department is unable to assist with a transfer of the Title to Graves until the criminal investigation hold is lifted.

7. In the bankruptcy case, the Debtor's lists Graves as having a claim against the Debtor in an "Unknown" amount (D.E. #1). The Debtor did not schedule an interest in the title to the Lamborghini. Based on the legal authority cited below, Graves has title to the Vehicle by virtue of possession and the Purchase Agreement, but not marketable title.

## JURISDICTION AND VENUE

8. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334. Venue in this jurisdiction is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b). The statutory basis for the relief sought herein is 11 U.S.C. § 554(b).

## RELIEF REQUESTED

9. Graves seeks an order compelling the abandonment of the marketable Title currently in the name and possession of the Debtor in a manner so as to permit the BRPD and

Department to take such actions as they may deem necessary to void the Title and issue a new marketable title in favor of Graves.

**<u>BASIS FOR RELIEF</u>**

10.     Section 554(b) of the Bankruptcy Code governs abandonment.

> On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. Rule 6007(b) of the Federal Rules of Bankruptcy Procedure also provides that "[a] party in interest may file and serve a motion requiring the trustee or debtor in possession to abandon property of the estate.

11.     It is clear that the Title is not property of the estate since it was required to be delivered to Graves with the Purchase Agreement and was not disclosed as an asset by the Debtor. Apparently, through subsequent actions of the Debtor shortly after the Purchase Agreement was consummated, the bare legal Title was somehow transferred to the Debtor instead of Graves.  The reason and manner upon which the Debtor obtained the Title is of no concern to the Court because Graves is afforded the priority protections of Section 672.403 of the Florida Statutes as a good faith purchaser for value. *See also In re Aquamarine USA, Inc.*, 319 B.R. 270, 272-73 (Bankr. M.D. Fla. 2004) (compiling cases holding that a good faith buyer in the ordinary course of business takes priority under Florida law when competing claims to title to a vessel or vehicle are presented); *In re: Chariots of Palm Beach, Inc.*, No. 17-19455-PGH (Bankr. S.D. Fla. 2018) (ECF No. 408) (attached hereto as Exhibit "B").

12.     In addition, Florida law provides that Graves holds title to the Vehicle by virtue of possession and the Purchase Agreement, just not marketable title. *See Correria v. Orlando Bank & Tr. Co.*, 235 So.2d 20 (Fla. 4th DCA 1970) (recognizing that passage of title occurs from the seller to the buyer notwithstanding the fact that a purchaser did not obtain a title certificate (a paper title)); *see also Stroman v. Orlando Bank & Trust Co.*, 239 So.2d 621 (Fla. 4th DCA 1970) ("Fla.

Stat. §319.22(1), does not prevent passage of a valid title to a purchaser from a dealer where the purchaser has received possession of the vehicle and in good faith relies on the dealer to perform his statutory duty to secure a proper title certificate in the purchaser's name.").

13.     In this particular matter, abandonment is the appropriate mechanism for the Debtor to divest itself of any interest in the Title that it failed to disclose as property of the estate and to which it is not entitled.

14.     Despite the fact that the Vehicle is not listed in the Schedules as an asset of the Estate, Graves believes that the Debtor incorrectly believes that it somehow has rights in the Vehicle as a result of its substantially contested dispute with the seller Karma of Broward, Inc. Based upon some of the allegations in other litigation between the Debtor and Karma of Broward, Inv., the subject title may have been transferred to the Debtor by Karma of Broward, Inc. in error or as a result of duress.

15.     Regardless of how the Debtor came into possession of the bare legal title for the Vehicle, the Debtor ignores the applicable law in this area.   Any party entrusting possession of goods to a merchant, who deals in goods of that kind, gives the merchant the power to transfer all rights of the entruster to a good faith buyer in the ordinary course of business.  § 672.403, Florida Statutes.  This has been specifically applied in the case of a motor vehicle sale in the case of *Florida Department of Corrections v. Blount Pontiac-GMC, Inc.*, 411 So.2d 930, (Fla. 2nd DCA 1982).

16.     In the *Blount Pontiac-GMC, Inc* case, Ward LaFrance delivered a fire truck to the Florida Department of Corrections ("DOC") without making any investigation into the state of the fire truck's title.  Blount Pontiac-GMC, Inc. ("Blount") who had delivered the firetruck to Ward LaFrance for modification had not been paid for the vehicle and maintained title for the firetruck

because of its retention of the manufacturer's statement of origin. The DOC paid Ward LaFrance, but Ward LaFrance filed for bankruptcy protection before Blount was paid.  Blount sought replevin of the fire truck from the DOC and received it at the trial court level.  On appeal, the First District Court of Appeals reversed finding that the DOC was entitled to both possession and title to the fire truck as it was entitled to rely upon § 672.403 in expecting Ward LaFrance to transfer good title to the fire truck when it paid Ward LaFrance.

17.     In this case, to the extent that the Debtor may claim an ownership interest in the Vehicle, the Debtor entrusted possession of the Vehicle to Karma of Broward, Inc., a merchant who deals in exotic vehicles.  Just as in the *Blount Pontiac-GMC, Inc.* case, Karma of Broward, Inc. passed good title to Graves as a good faith purchaser free of any claim of the Debtor because of the straightforward application of the statute.  As stated by the *Blount* court "Blount must be held to this standard.  Indeed, it created the situation by entrusting its cab and chassis to Ward LaFrance and Eagle.  Having done so, it must bear the onus of Ward LaFrance's bankruptcy." *Id.* at 933.

18.     Regardless of whether the estate has an interest, the Title for the Vehicle is otherwise burdensome to the estate and of inconsequential value and benefit, if any at all.  Mere possession of the bare legal Title, without possession of the Vehicle and subject to the superior title claim of Graves, is certainly property of inconsequential value. *See In re Sunbum Enterprises, LLC*, 2011 WL 4529648, 6:10-cv-1268 (M.D. Fla. Sept. 30, 2011) (reversing denial of motion to compel abandonment on appeal noting lack of showing of "value or benefit to the estate which would accrue to it by retention of the property" by trustee opposing abandonment) (citations omitted).

19.     Moreover, there is no benefit to the estate in claiming possession of the Title

(which, again, is undisclosed) based on the case law cited above, leaving only the administrative tasks of cancelling and/or transferring the Title in the name of the Debtor and issuing a new title to Graves.

20.     Accordingly, Graves requests that the Debtor be compelled to abandon the Title and further requests that the abandonment Order direct the Debtor to execute a Power of Attorney (Florida DHSMV Form 82053) in substantially the form attached as **Exhibit "D"** authorizing Graves to transfer title on behalf of the Debtor to Graves.

21.     Further, Graves requests that the abandonment Order include a provision authorizing, but not directing, the BRPD and such other law enforcement agencies as may be involved to remove any holds on the Title so as to allow for the cancellation and transfer of the bare legal title interest of the Debtor by the Department.

WHEREFORE, GRAVES DIRECTIONAL DRILLING INC. a/k/a GRAVES DIRECTIONAL INC. respectfully requests that this Court issue an order (i) compelling the abandonment of the Title currently in possession of the Debtor, (ii) requiring the Debtor to execute a Power of Attorney (Florida DHSMV Form 82053) in substantially the form attached as hereto authorizing transfer title on behalf of the Debtor to Graves, (iii) authorizing the BRPD and the Department to take such actions as it deems necessary to issue a new title in favor of Graves, and (iv) granting such other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 1st day of August, 2022.

KELLEY, FULTON, KAPLAN & ELLER, P.L.
Attorneys for GRAVES
1665 Palm Beach Lakes Boulevard

The Forum- Suite 1000
West Palm Beach, Florida  33401
Telephone: (561) 491-1200
Facsimile: (561) 684-3773

By: /s/ Dana Kaplan
Dana Kaplan, Esq.
Florida Bar No.: 44315

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**    jb@richardbaronlaw.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- **James B Miller**    bkcmiami@gmail.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **David R. Softness**    david@softnesslaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Mark J Wolfson**    mwolfson@foley.com, crowell@foley.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). (none listed)

4/26/22, 4:00 PM

3:57

◄ Phone

**Done**   3 of 3

## PURCHASE AGREEMENT

**◉ KARMA | BROWARD**
1717 SE 17TH ST. FORT LAUDERDALE, FL 33316
OFFICE 954.900.1025 FAX 954.900.1753

**KARMA**
BROWARD | PALM BEACH
*Ĝ* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN          DATE: 3 / 17 / 2022

BUYER GRAVES DIRECTIONAL INC          DRIVER'S LICENSE NO.
E-MAIL          DATE OF BIRTH
ADDRESS 7670 CIRCLE DR          CITY & STATE YOUNG HARRIS          GA          ZIP 30582
CO-BUYER          DRIVER'S LICENSE NO.
E-MAIL          DATE OF BIRTH
ADDRESS          CITY & STATE          ZIP
HOME PHONE (706)897-0374          BUSINESS PHONE          CELL PHONE

NEW ☐   YEAR 2012   MAKE LAMBORGHINI   MODEL AVENTADOR   MILEAGE 12,213
USED X☒   COLOR WHITE   TRIM          BODY TYPE 2DR CPE
☐ ID NO. ZHWUC1ZD2CLA00244          STOCK NO. LA00244

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 003654 | | | |
|---|---|---|---|---|
| YEAR 2015 MAKE MCLAREN | COLOR GREY | | | |
| MODEL 650S | BODY TYPE 2DR CONV SPIDER | | | |
| I.D. NO. SBM11FAA4FW003654 | MILEAGE 24,950 | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. 145,000.00 | | | |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | | |
| YEAR MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | | |
| YEAR MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | $ | 284,000 | 00 |
| TRADE ALLOWANCE | – | 145,000 | 00 |
| DIFFERENCE | = $ | 139,000 | 00 |
| SERVICE FEES* | + | 498 | 00 |
| SUB TOTAL | * | 139,498 | 00 |
| SALES TAX | + | N/A | |
| ESTIMATED TAG, TITLE & REG | + | N/A | |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | N/A | |
| EST. BALANCE ON TRADE | + | N/A | |
| TOTAL DELIVERY PRICE | = $ | 139,498 | 00 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER BUYER | – | N/A | |
| EXTENDED WARRANTY (taxable) | + | N/A | |
| *BALANCE DUE ON DELIVERY | = $ | | |
| AMOUNT FINANCED | = $ | 139,498 | 00 |

LIENHOLDER: NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA BROWARD
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[ ] BUYER

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 17 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature     03/17/2022     Date
Co-Buyer Signature          Date

Accepted By: _____ Dealer Representative

Please read additional terms and conditions on reverse side, before signing.          353567_07/23/21 MMP

## 082907273  BANK OZK
### Outgoing Wire Detail

#### General Information

| | |
|---|---|
| Wire Number | 568954 |
| Type of Wire | New Domestic |
| Originating Branch | Internet Banking TMS Customer 9997 |
| Source | WIRE MANAGER |
| External Reference | 5484530a37 |
| Wire Status | Complete |
| OFAC Status | OFAC Passed |
| Fraud Analysis | Scan Results: Passed |
| | Analysis Decision: |
| | Final Decision: |

#### Core Information

| | |
|---|---|
| Debit Account | Checking██1773 |
| Fee Account | Checking██1773 |
| Credit Account | Federal Reserve GL ██9997 |
| Debit Tran Code | 41 |
| Statement Description | Wire Out██8954 EXCELL AUTO GROUP, INC |
| Reference Number | 92769023 |
| Override Flag | No |
| Wire Amount / Currency | $139,498.00 USD |
| Wire Fee | $0.00 Analysis Fee |

#### Audit Trail

| | |
|---|---|
| Entered | 03/17/2022 02:35 PM by System |
| | PHOEBE DYE |
| Verified | 03/17/2022 02:44 PM by Evan Nelson |
| | NCBR |
| Posted | 03/17/2022 02:52 PM by Kyra Bryson |
| Posted | 03/17/2022 02:52 PM by System |
| Forwarded to Fed | 03/17/2022 02:52 PM by System |
| Completed | 03/17/2022 02:53 PM by System |

#### Basic Settlement Information

| | |
|---|---|
| Effective Date | 03/17/2022 |
| Sending FI | ██7273 BANK OZK |
| Receiving FI | ██00021 JPMCHASE |
| Fedwire Type | CTR 1000 |
| IMAD | ██2117 |
| OMAD | ██FT 01 |

#### Originator Instructions

| | |
|---|---|
| Originating FI | Bank OZK<br>F 082907273<br>18000 Cantrell Road<br>Little Rock AR 72223 |
| Originator | GRAVES DIRECTIONAL DRILLING INC<br>D 9041773<br>7670 CIRCLE DR<br>YOUNG HARRIS GA 30582 |

#### Beneficiary Instructions

| | |
|---|---|
| Beneficiary FI | JPMORGAN CHASE BANK, NA<br>F ██21<br>240 E PALMETTO PARK RD<br>BOCA RATON, FL 33432 |
| Beneficiary | EXCELL AUTO GROUP, INC<br>D██7995<br>1001 CLINT MOORE RD<br>STE 101<br>BOCA RATON, FL 33487 |
| Originator To Beneficiary | 2012 LAMBORGHINI AVENTADOR<br>ZHWUC1ZD2CLA00244 |

1

# Vehicle Information Check

There is an administrative vehicle stop on the record found for the title or vehicle identification number that was entered. For more information, please contact the Customer Service Center at 850/617-2000. Hours of operation are Monday through Friday, 8 a.m. - 5 p.m. Eastern Standard Time. Please have the title or vehicle identification number available when you call.

| Vehicle Information: | | | |
|---|---|---|---|
| **Vehicle Identification Number:** | ZHWUC1ZD2CLA00244 | **Year/Make:** | 2012 AUTOMOBILI LAMBORGHINI AMERICA LLC |
| **Previous Title State:** | LOUISIANA | **Registration Expiration Date:** | |
| **Title:** | 117548238 | **Title Issue Date:** | 3/29/2022 |
| **Title Status:** | ACTIVE | **Title Print Date:** | 3/29/2022 |
| **Odometer Reading/Status:** | 12,213 ACTUAL MILEAGE | **Odometer Date:** | 2/23/2022 |
| **Color:** | WHITE | **Vehicle Type:** | AUTO |
| **Net Weight:** | 4,085 | **Owner Information:** | 1 owner |
| Paper Title | | **Salvage:** | |
| **Brands:** | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected**, please contact your <u>tax collector</u> and complete appropriate paperwork to update the record.
**If you have lost or misplaced your title** and need to apply for a duplicate, <u>click here</u> for the form and instructions.

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**

**POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME, VESSEL or VESSEL with TRAILER**

**Please submit this form to your local tax collector office or license plate agent.**

http://www.flhsmv.gov/locations/

As of today, ____/____/_____, I/we hereby name and appoint, _____,

(Full Legibly Printed Name is Required)

to be my/our lawful attorney-in-fact to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home, vessel, or vessel with a trailer described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we or myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

Please check <u>only one</u> of the following options:

☐ Motor Vehicle        ☐ Mobile Home        ☐ Vessel        ☐ **Vessel with an Untitled Trailer**        ☐ **Vessel with a Titled Trailer**
***(Trailers less than 2,000 pounds)***        ***(Trailers  2,000 pounds or more)***

| Year | Make/Manufacturer | Body Type | Title Number | Vehicle Identification Number (VIN)/ Hull Identification Number (HIN) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

**NOTICE TO OWNER(S):**  Please complete this form in its entirety prior to signing.

**Under penalties of perjury, I/we declare that I/we have read the foregoing document and that the facts stated in it are true.**

| Legibly Printed Name of Owner ("Grantor") | Signature of Owner ("Grantor") | | |
|---|---|---|---|
| Driver License, Identification Card or FEID Number of Owner | Date of Birth of Owner, if applicable | | |
| Owner's Address | City | State | Zip Code |
| Legibly Printed Name of Co-Owner ("Grantor"), if applicable | Signature of Co-Owner ("Grantor") | | |
| Driver License, Identification Card or FEID Number of Co-Owner | Date of Birth of Co-Owner, if applicable | | |
| Co-Owner's Address | City | State | Zip Code |

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the buyer only or the seller only.  However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer and seller for the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of attorney (HSMV 82995) when:

> (a)    the title is physically being held by the lienholder; or
> (b)    the title is lost.

A licensed dealer and his/her employees are considered a single entity. The Owner and/or Co-owner must be the same for ALL vehicles, mobile homes, vessels, or vessels with a trailer listed above.

HSMV 82053 (Rev. 06/16/22)