**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**AUTO WHOLESALE OF BOCA, LLC,**                    **CASE NO. 22-15627-EPK**

      Debtor.                                                                        Chapter 11

_____/

### FVP'S JOINDER IN MOTION FOR RELIEF FROM STAY
### (FILED BY HI BAR CAPITAL LLC)

**FVP Opportunity Fund III, LP**, a Delaware limited partnership ("FVP Fund"); FVP Investments, LLC, a Delaware limited liability company ("FVP Investments"); and FVP Servicing, LLC a Delaware limited liability company ("FVP Servicing" and together, for convenience and where the context allows or requires "FVP"), a creditor and interested party herein and pursuant to Bankruptcy Code Section 362 generally, (the "Code") hereby joins in the motion filed by Hi Bar Capital, LLC ("Hi Bar") entitled Verified Motion for Relief from the Automatic Stay (CP # 33, the "MRS") and states:

FVP is similarly situated with Hi Bar (in many, but not all analyses). Both parties claim liens or other interests in the cars purportedly owned by this Debtor, Auto Wholesale of Boca, LLC ("Debtor"). Thus, if and to the extent that this Court grants the MRS, FVP would respectfully request that it be granted the same or similar relief so that its interests can be protected.

**WHEREFORE**, FVP respectfully joins in the MRS and requests that if and to the extent that the Court grants the MRS, that it be afforded the same or similar relief, along with such other and further relief as the Court deems to be just and equitable.

DATED: August 2, 2022

                                  /s/ David R. Softness

CASE NO. 22-15627-EPK
Notice of Appearance by DRSPA for FVP
Page 2 of 2

David R. Softness, Esq.
(FBN:  513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard, Suite 2740
Miami, FL  33131
Tel:          305-341-3111
Email:      david@softnesslaw.com

*Counsel for*
FVP Opportunity Fund III, LP
FVP Investments, LLC
FVP Servicing, LLC