

**ORDERED in the Southern District of Florida on August 3, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                                  **Case No. 22-15627-EPK**
                                                                               **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**


      **Debtor.**
_____/

### ORDER REQUIRING COURT APPROVAL FOR SALE OF CERTAIN VEHICLES

On August 3, 2022, the Court held a hearing in a related adversary proceeding [Case No. 22-01218-EPK] on the *Emergency Motion to Determine that State Court Freeze Order Remains in Effect and that Any Sales of the Disputed Vehicles Are Not Sales in the Ordinary Course* [ECF No. 2, Case No. 22-01218-EPK].  Among other things, the Court determined that any sale of one or more of the vehicles listed on Exhibit A to this order would not be in the "ordinary course of business" of the Debtor as that term is used in 11 U.S.C. § 363.  Even if the vehicles in question are owned by the Debtor, which is disputed, and even if sales of the vehicles were in the ordinary course of business of the Debtor, the Court exercises its discretion under 11 U.S.C. § 363(c) to require that the Debtor seek approval of the Court for any such sales.

For the foregoing reasons, it is ORDERED and ADJUDGED that Auto Wholesale of Boca, LLC shall not sell any of the vehicles listed on Exhibit A without first seeking approval of the Court under 11 U.S.C. § 363.

### 

Copy to:
David R. Softness, Esq.

*David R. Softness, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*