# EXHIBIT A

1.      2017 Ferrari F12 Berlinetta VIN No. 1036

2.      2019 Aston Martin DB11 Volante VIN No. 7671

3.      2020 Lamborghini Urus VIN No. 6529

4.      2020 Mercedes G63 VIN No. 6462

5.      2019 BMW X7 VIN No. 9222

6.      2019 GMC Yukon VIN No. 4378

7.      2018 McLaren 720S VIN No. 0606

8.      2021 Mercedes G Wagon VIN No. 0328

9.      2020 Mercedes G63 VIN No. 2080

10.     2008 Porsche 911 VIN No. 3176

11.     2020 McLaren 720S VIN No. 4229

12.     2019 Lamborghini Urus VIN No. 1961

13.     2020 Ferarri 812 Superfast VIN No. 4693

14.     2018 Cadillac Escalade VIN No. 1612

15.     2013 Ferrari 458 Italia VIN No. 1526

16.     2021 Jeep Gladiator VIN No. 4316

17.     2020 Lamborghini Huracan VIN No. 4316

18.     2019 McLaren 720S VIN No. 3714

19.     2020 Mercedes G Class VIN No. 4840