UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

                                           Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA LLC.,          Chapter 11 SUB V

       Debtor.

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

TO ALL PARTIES, PLEASE TAKE NOTICE that:

NICOLE TESTA MEHDIPOUR, Esq. and he **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.** appear a as counsel in this bankruptcy proceeding for Nicole Testa Mehdipour, as the Chapter7 Trustee of *In re Excell Auto Group, Inc., Case No. 22-12790-EPK*. As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorneys' name, office address, telephone number and facsimile are as follows:

> Nicole Testa Mehdipour, Esquire
> **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
> 6278 North Federal Highway, Suite 408
> Fort Lauderdale, FL 33308
> Tel: (954) 858-5880
> Fax: (954) 208-0888
> Nicole.Mehdipour@ntmlawfirm.com

Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices given or required to be given in this case and all pleadings, motions, and papers served or required to be served in this case be given to and served upon the undersigned at the address provided.

1

Dated this 4th day of August, 2022.

**LAW OFFICE OF**
**NICOLE TESTA MEHDIPOUR, P.A.**
*General Counsel to Chapter 7 Trustee* of
*In re Excell Auto Group, Inc., #22-12790-EPK*

6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
Fax: (954) 208-0888

By: /s/ Nicole Testa Mehdipour
    Nicole Testa Mehdipour
    Florida Bar No. 177271
    Nicole.Mehdipour@ntmlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all parties who are registered CM/ECF users in this case.

BY: */s/ Nicole Testa Mehdipour*
Nicole Testa Mehdipour

2