UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

In re:                                                    Case No. 9:22-bk-15627
                                                          Chapter 11
AUTO WHOLESALE OF BOCA, LLC

          Debtor.
_____/

## NOTICE OF APPEARANCE

Please take notice that C. CORY MAURO AND MAURO LAW P.A. ("Mauro") hereby

enters a Notice of Appearance as Counsel for ARBY LIPMAN, LLC and ARBY LIPMAN,

individually, in the above-styled action and requests that he receive copies of all pleadings,

motions, schedules and notices filed or served in this matter.

## ATTORNEY CERTIFICATION

I hereby certify that I am admitted to the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice

in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted.


**MAURO LAW P.A.**
/s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 202-1992
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com
*Counsel for Arby Lipman, LLC and*
*Arby Lipman*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed with the Court by using the

Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties

registered to receive electronic notices of filing in this case on August 4, 2022.

**MAURO LAW P.A.**

By: */s/ C. Cory Mauro*
             C. Cory Mauro

Mauro Law | 1001 Yamato Road, Suite 401 | Boca Raton, Florida 33431 | 561.202.1992 | www.MauroLawFirm.com