**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                          Chapter 11
                                                                              Subchapter V

        Debtor.

_____/

## NOTICE OF FILING AFFIDAVITS

COMES NOW, Frank A. Evans, III, by and through his undersigned counsel, hereby gives notice of filing the attached Affidavit of Frank Arthur Evans, III and Affidavit of Linda I. McGough.

Dated: August 4, 2022.

                                             */s/ Ryan C. Reinert*
                                             RYAN C. REINERT
                                             Florida Bar No. 81989
                                             BRIDGET M. DENNIS
                                             Florida Bar No. 1024897
                                             SHUTTS & BOWEN LLP
                                             4301 W. Boy Scout Blvd., Suite 300
                                             Tampa, Florida 33607
                                             Telephone:     (813) 229-8900
                                             Email:         rreinert@shutts.com
                                                            bdennis@shutts.com
                                             *Attorneys for Frank A. Evans, III*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF.

                                             */s/ Ryan C. Reinert*
                                             Attorney

2

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- John M Brennan    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- Jerrell A Breslin    jb@richardbaronlaw.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- James B Miller    bkcmiami@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- David R. Softness    david@softnesslaw.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Mark J Wolfson    mwolfson@foley.com, crowell@foley.com

WPBDOCS 11350570 1

2