# EXHIBIT A

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

WOODSIDE CREDIT, LLC,                       CASE NO. 2022-CA-004086-XXXXMB

     Plaintiff,

vs.

EXCELL AUTO SPORT AND
SERVICE, INC., KARMA OF BROWARD, INC.,
AUTO WHOLESALE OF BOCA, LLC, KRISTEN
ZANKL, SCOTT ZANKL, MOSHE FARACHE,
LISA FARACHE, PORSCHE FINANCIAL
SERVICES, INC., FRANK EVANS, OMAR
PERIU, DAVID AMSEL, AMIR ROBERT
WASIULLAH, ROBERT O'CONNELL, JR.,
JAMES ANDREW GORFIN, FREDERICK
WILLIAM HALL, and LESLIE RAMSAMMY, JR.,

     Defendants.

_____/

## AFFIDAVIT OF FRANK ARTHUR EVANS, III

STATE OF FLORIDA

                  ss

COUNTY OF PALM BEACH

BEFORE ME, this day personally appeared, FRANK ARTHUR EVANS, III, who was duly sworn or affirmed before me, and who deposes and says that the following information is true and correct:

1.     I am over the age of 18, am sui juris, and have personal knowledge of the facts contained in this Declaration.

2.     I am an exotic car enthusiast. Towards the end of January 2022, I observed that a 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176 ("Ferrari 812 GTS"), was being advertised on the Autotrader website by Karma of Palm Beach, Inc. d/b/a Karma Palm Beach / Excell Auto Group ("Karma Palm Beach").

3.      On the Autotrader website for the Ferrari 812 GTS there was a CarFax Report provided by Excell Auto Group, Inc. to evidence that the Ferrari 812 GTS only had one prior owner, which also reflected that the CarFax was being "[p]provided free of charge by: Excel Auto Group, Inc. 1001 Clint Moore Rd Ste 101, Boca Raton, FL 33487 561-621-3372", copy of said CarFax Report attached hereto and made a part hereof as Exhibit "A." The Exhibit "1" CarFax Report, page 2, further revealed that as of "11/24/2021 [the vehicle had] a Mileage [of] 534 [the] Source [is] Excel Auto Group, Inc. Boca Raton, FL [and that the] Vehicle [is] offered for sale."

4.      After reviewing the aforesaid Auto Trader advertisement and Exhibit "A" Carfax Report, I went to the showroom of Karma Palm Beach to see the Ferrari 812 GTS in person, which I ultimately purchased on February 2, 2022. There were other vehicles advertised on the Autotrader website, but the Ferrari 812 GTS was of interest to me because of its low mileage, the color red, and because it was advertised by a car dealer from whom I had previously purchased a vehicle.

5.      The person with whom I spoke at Karma Palm Beach was Scott Zankl, whom I understood to be the owner of Karma Palm Beach. Scott Zankl informed me that the aforesaid 2021 Ferrari 812 GTS was for sale and, after speaking with him and evaluating the vehicle, we agreed on a purchase price for the Ferrari 812 GTS.

6.      On February 2, 2022, for the sum of $730,312.88, inclusive of taxes and fees, I purchased from Karma of Palm Beach the Ferrari 812 GTS. Karma Palm Beach was a Florida licensed automotive dealer, license number 1133543-1, and I was a general purchaser. A copy of the purchase agreement and sale documents for the Ferrari 812 GTS is attached hereto and made a part hereof as Exhibit "2".

7. As consideration for the purchase of the Ferrari 812 GTS from Karma Palm Beach, on February 2, 2022, I traded in my free and clear 2017 Ferrari valued at $300,000.00, VIN ZFF74UFA7H0221036, Exhibit "3" attached hereto and made a part hereof, as well as provided $431,00000 in cash in the form of a wire transfer, Exhibit "4" attached hereto. The $431,000.00 wire transfer to Karma Palm Beach was provided on my behalf by Linda I McGough.

8. Contemporaneous with the aforesaid payment, Karma Palm Beach provided me with possession of the Ferrari 812 GTS, which I maintain possession of.

9. Following purchase and possession of the Ferrari 812 GTS, I had it registered into my name, Exhibit "5" attached hereto and made a part hereof.

10. In March of 2022, as I never received the title to the Ferrari 812 GTS, I called Karma Palm Beach to inquire as to the status of the title to only learn of its legal woes and that the title to the Ferrari 812 GTS was now in the possession of Auto Wholesale of Boca, LLC with others claiming an interest in it.

AFFIANT FURTHER SAYETH NAUGHT

_____
FRANK ARTHUR EVANS III

STATE OF FLORIDA

COUNTY OF PALM BEACH

ss

SWORN TO (OR AFFIRMED) and subscribed before me by means of [✓] physical presence or [ ] online notarization, this 6ᵀᴴ day of July, 2022, by FRANK ARTHUR EVANS III, to me known to be the person described in or produced Personally Known as identification.

CHERYL ALGERIA
MY COMMISSION # HH13188
EXPIRES: August 24, 2024

_____
NOTARY PUBLIC
STATE OF FLORIDA

CHERYL ALGERIA

My Commission Expires:

EXHIBIT "1"



This report provided free of charge by:
Excell Auto Group, Inc.
1001 Clint Moore Rd Ste 101, Boca Raton, FL 33487

561-621-3372



## 2021 FERRARI 812 GTS

VIN: ZFF97CMA4M0261176
CONVERTIBLE
6.5L V12
GASOLINE
REAR WHEEL DRIVE

  No accidents or damage reported to CARFAX

  CARFAX 1-Owner vehicle

  1 Service history record

  Personal lease vehicle

  Last owned in California

This CARFAX Report Provided by:

**Excell Auto Group, Inc.**

   534 Last reported odometer reading



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 2/7/22 at 4:42:38 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.



| | |
|---|---|
| Year purchased | 2021 |
| Type of owner | Personal lease |
| Estimated length of ownership | 9 months |
| Owned in the following states/provinces | California |
| Estimated miles driven per year | — |
| Last reported odometer reading | 534 |





Salvage | Junk | Rebuilt | Fire | Flood | Hail | Lemon      Guaranteed No Problem

Not Actual Mileage | Exceeds Mechanical Limits      Guaranteed No Problem

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
View Certificate

**CARFAX**

Total Loss
No total loss reported to CARFAX.                                    ☑ No Issues Reported

Structural Damage
No structural damage reported to CARFAX.                             ☑ No Issues Reported

Airbag Deployment
No airbag deployment reported to CARFAX.                             ☑ No Issues Reported

Odometer Check
No indication of an odometer rollback.                              ☑ No Issues Indicated

Accident / Damage
No accidents or damage reported to CARFAX.                          ☑ No Issues Reported

Manufacturer Recall
Check with an authorized Ferrari dealer for any open recalls.       ☑ No Recalls Reported

Basic Warranty
Original warranty estimated to have 25 months or unlimited mileage remaining.   ☑ Warranty Active

**CARFAX**

### Owner 1
Purchased: 2021                                                     Personal Lease Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 02/05/2021 | 50 | California Motor Vehicle Dept. Goleta, CA | Odometer reading reported |
| 02/15/2021 | | California Motor Vehicle Dept. Goleta, CA | Title issued or updated - First owner reported - Titled or registered as personal lease vehicle - Loan or lien reported |
| 06/08/2021 | | California Motor Vehicle Dept. Goleta, CA | Title issued or updated - Loan or lien reported |
| 11/20/2021 | 480 | Service Facility | Vehicle reconditioned |
| 11/24/2021 | 534 | Excell Auto Group, Inc. Boca Raton, FL | Vehicle offered for sale |

Have Questions? Please visit our Help Center at www.carfax.com.

**CARFAX**

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**

A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

Follow Us:     facebook.com/CARFAX        @CARFAXinc    About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

SYSTEMATIC RETRIEVAL OF THE CONTENT OR OTHER DATA FROM THIS SITE TO CREATE OR COMPILE, DIRECTLY OR INDIRECTLY, IN WHOLE OR IN PART, A COLLECTION, COMPILATION, DATABASE OR DIRECTORY WITHOUT THE EXPRESS WRITTEN PERMISSION OF CARFAX IS STRICTLY PROHIBITED. THE CARFAX VEHICLE HISTORY REPORT IS SUBJECT TO THE CARFAX.COM TERMS OF USE.

© 2022 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
2/7/22 4:42:38 PM (CST)

EXHIBIT "2"

## PURCHASE AGREEMENT

**KARVA | PALM BEACH**

1003 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

**KARMA**
BROWARD | PALM BEACH
EXCELL AUTO GROUP

SALES PERSON: SCOTT ZANKL

DATE: 2 / 2 / 2022

BUYER FRANK EVANS

DRIVER'S LICENSE NO.

E-MAIL

ADDRESS 4501 N OCEAN BLVD TH #3

DATE OF BIRTH

CITY & STATE BOCA RATON   FL   ZIP 33431

CO-BUYER

DRIVER'S LICENSE NO.

E-MAIL

DATE OF BIRTH

ADDRESS

CITY & STATE   ZIP

HOME PHONE   BUSINESS PHONE   CELL PHONE

NEW ☐   YEAR 2021   MAKE FERRARI   MODEL 812 GTS   MILEAGE 612

USED ☒   COLOR RED   TRIM   BODY TYPE CONVERTIBLE

☐   ID NO. ZFF97CMA4M0261176   STOCK NO. 0261176

**TRADE-IN DESCRIPTION NO. 1**   STOCK NO. 221036

YEAR 2017   MAKE FERRARI   COLOR RED

MODEL F12BERLINETTA   BODY TYPE COUPE

I.D. NO. ZFF74UFA7H0221036   MILEAGE 3,813

BALANCED OWED TO

EST. AMT. OWED   ALLOW AMT. 300,000.00

**TRADE-IN DESCRIPTION NO. 2**   STOCK NO.

YEAR   MAKE   COLOR

MODEL   BODY TYPE

I.D. NO.   MILEAGE

BALANCED OWED TO

EST. AMT. OWED   ALLOW AMT.

**TRADE-IN DESCRIPTION NO. 3**   STOCK NO.

YEAR   MAKE   COLOR

MODEL   BODY TYPE

I.D NO.   MILEAGE

BALANCED OWED TO

EST. AMT. OWED   ALLOW AMT.

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 705,000.00 |
| TRADE ALLOWANCE | − | 300,000.00 |
| DIFFERENCE | = $ | 405,000.00 |
| SERVICE FEES* | + | 498.00 |
| SUB TOTAL | | 405,498.00 |
| SALES TAX | + | 24,375.88 |
| ESTIMATED TAG, TITLE & REG | + | 275.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | 60.00 |
| EST. BALANCE ON TRADE | + | N/A |
| TOTAL DELIVERY PRICE | = $ | 430,212.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN-STOCK ☐ SPECIAL ORDER [BUYER] | − | N/A |
| EXTENDED WARRANTY (taxable) | + | N/A |
| *BALANCE DUE ON DELIVERY | = $ | 430,212.88 |
| AMOUNT FINANCED | = $ | |

LIENHOLDER: NONE

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and Insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 2 / 2, 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature   02/02/2022   Date

Co-Buyer Signature   Date

Accepted By:   Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

352065_07/07/21 MMP

Case 22-15627-EPK    Doc 57-1    Filed 08/04/22    Page 11 of 22

SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

## SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGEMENT
(Instructions on Reverse Side)

### VEHICLE DESCRIPTION

CHECK ONE: ☒ Motor Vehicle    ☐ Mobile Home    ☐ Vessel

| Vehicle Identification Number | Year | Make | Color | Body | Title Number |
|---|---|---|---|---|---|
| ZFF97CMA4M0261176 | 2021 | FERRARI | RED | CONVERTIBLE | |

### ODOMETER DISCLOSURE STATEMENT

**WARNING:** Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THIS ☐ 5 or ☒ 6 DIGIT ODOMETER NOW READS

| | 612 | .XX (NO TENTHS) MILES,

DATE READ __2__ / __2__ / __22__ , AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

**CAUTION:** Read carefully before checking a box.

☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Seller's Signature | Seller's Printed Name |
|---|---|
| | KARMA PALM BEACH INC |

| Seller's Street Address | | |
|---|---|---|
| 1001 Clint Moore Rd Ste 103 | | |
| City | State | Zip |
| Boca Raton | FL | 33487 |

| Buyer's Signature | Buyer's Printed Name |
|---|---|
| | FRANK EVANS |

| Buyer's Street Address | | |
|---|---|---|
| 4501 N OCEAN BLVD TH #3 | | |
| City | State | Zip |
| BOCA RATON | FL | 33431 |

Check your local phone book government pages or visit the following website for current mailing addresses:
http://www.flhsmv.gov/offices/

**LAW** FORM NO. 7001-12-FL (REV. 2/12)
©2012 The Reynolds and Reynolds Company TO ORDER: www.raysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL

ODOMETER DISCLOSURE STATEMENT

---

ERMNA EVANS

| CUSTOMER'S NAME | | 0261176 STOCK NO. |
|---|---|---|

## VEHICLE AIR POLLUTION CONTROL STATEMENT

FLORIDA LAW PROHIBITS THE OPERATION, SALE, LEASE, OR TRANSFER OF TITLE OF ANY AUTOMOBILE OR LIGHT DUTY TRUCK (1975 OR NEWER, 10,000 POUNDS GROSS VEHICLE WEIGHT OR LESS) THAT HAS BEEN TAMPERED WITH. "TAMPERING" MEANS THE DISMANTLING, REMOVAL, OR RENDERING INEFFECTIVE OF ANY AIR POLLUTION CONTROL DEVICE OR SYSTEM WHICH HAS BEEN INSTALLED ON THE VEHICLE BY THE VEHICLE MANUFACTURER EXCEPT TO REPLACE SUCH DEVICE OR SYSTEM WITH A DEVICE OR SYSTEM EQUIVALENT IN DESIGN AND FUNCTION TO THE PART THAT WAS ORIGINALLY INSTALLED ON THE MOTOR VEHICLE (316.2935, FLORIDA STATUTES)

### VEHICLE DESCRIPTION

CHECK ONE: ☐ Motor Vehicle    ☐ Mobile Home    ☐ Vessel

| Vehicle Identification Number | Year | Make/Model | Color | Body | Title No. |
|---|---|---|---|---|---|
| ZFF97CMA4M0261176 | 2021 | FERRARI 812 GTS | RED | CONVERTIBLE | |

RULE 62-242.700 FLORIDA ADMINISTRATIVE CODE

AS A MOTOR VEHICLE DEALER LICENSED TO CONDUCT BUSINESS IN THE STATE OF FLORIDA, I HEREBY CERTIFY THAT THE FOLLOWING AIR POLLUTION EMISSION CONTROL DEVICES AND SYSTEM OF THIS VEHICLE, IF INSTALLED BY THE VEHICLE MANUFACTURER OR IMPORTER, HAVE NOT BEEN TAMPERED WITH BY ME OR BY MY AGENTS, EMPLOYEES, OR OTHER REPRESENTATIVES.

I ALSO HEREBY CERTIFY THAT I OR PERSONS UNDER MY SUPERVISION HAVE INSPECTED THIS MOTOR VEHICLE AND, BASED ON SAID INSPECTION, HAVE DETERMINED THAT THE AIR POLLUTION CONTROL DEVICES AND SYSTEMS LISTED BELOW, IF INSTALLED BY THE VEHICLE MANUFACTURER OR IMPORTER, ARE IN PLACE AND APPEAR PROPERLY CONNECTED AND UNDAMAGED AS DETERMINED BY VISUAL OBSERVATION.

THIS CERTIFICATION SHALL NOT BE DEEMED OR CONSTRUED AS A WARRANTY THAT ANY AIR POLLUTION CONTROL DEVICE OR SYSTEM OF THE VEHICLE IS IN FUNCTIONAL CONDITION, NOR DOES THE EXECUTION OF DELIVERY OF THIS CERTIFICATION CREATE BY ITSELF GROUNDS FOR A CAUSE OF ACTION BETWEEN THE PARTIES TO THIS TRANSACTION.

X _____
TRANSFEROR'S (SELLER'S) SIGNATURE

KARMA PALM BEACH INC
TRANSFEROR'S (SELLER'S) PRINTED NAME

1001 Clint Moore Rd Ste 103
TRANSFEROR'S (SELLER'S) STREET ADDRESS

Boca Raton, FL 33487

| CITY | STATE | ZIP CODE |
|---|---|---|

02/02/22
DATE OF STATEMENT

X _____
TRANSFEREE'S (BUYER'S) SIGNATURE

FRANK EVANS
TRANSFEREE'S (BUYER'S) PRINTED NAME

4501 N OCEAN BLVD TH #3
TRANSFEREE'S (BUYER'S) STREET ADDRESS

BOCA RATON, FL 33431

| CITY | STATE | ZIP CODE |
|---|---|---|

**1975 TO 1980 MODEL YEAR:**
CATALYTIC CONVERTER
FUEL INLET RESTRICTOR
UNVENTED FUEL CAP

**1981 OR NEWER MODEL YEAR:**
CATALYTIC CONVERTER
FUEL INLET RESTRICTOR
UNVENTED FUEL CAP
EXHAUST GAS RECIRCULATION SYSTEM (EGR)
AIR PUMP AND/OR AIR INJECTION SYSTEM (AIS)
FUEL EVAPORATION EMISSIONS SYSTEM (EVP)

HSMV 84058 (6/10)    0261176 STOCK NO.

Form approved by the Department of Environmental Protection

**LAW** FORM NO. 7001-12-FL (REV. 2/12)    ©2012 The Reynolds and Reynolds Company TO ORDER: www.raysource.com; 1-800-344-0996

# AGREEMENT TO FURNISH INSURANCE POLICY

Date: 02/02/22

To Seller/Lessor: KARMA PALM BEACH INC

1001 Clint Moore Rd Ste 103 Boca Raton, FL 33487

The undersigned Buyer/Lessee(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a credit sale contract/lease dated this ____ 2 ____ day of ____ Feb ____, YR ____ 22

The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |
|---|---|---|---|---|
| 2021 | FERRARI 812 GTS | | CONVERTIBLE | ZFF97CMA4M0261176 |

Such Insurance Policy must be delivered to the Seller/Lessor within ____ 1 ____ days from the date of this Agreement. The following is not an acceptable policy: Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller/Lessor does not receive such Policy by the time stated, Seller/Lessor may (but is not required to) procure insurance of the kind and type agreed to be furnished under the terms of the credit sale contract/lease. Such insurance may cover only Seller's/Lessor's interest in the vehicle as the law allows.

Ins. Co. _____  Agent _____

ADDRESS OF AGENT - STREET _____ CITY ____ STATE ____ ZIP ____ AGENT'S PHONE NUMBER

Policy No. _____ Exp. Date ____ N/A ____

☐ Fire & Theft -  ☐ Additional Coverage -  ☐ $ ____ 0 ____ Deductible Comprehensive -  ☐ $ ____ 0 ____ Deductible Collision

In the event Buyer/Lessee(s) fail(s) to furnish a valid insurance policy, or written evidence of insurance, of the type required under the credit sale contract/lease, Buyer/Lessee(s) hereby agree(s) to pay to Seller/Lessor or assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the credit sale contract/lease.

Buyer/Lessee(s) further agree(s) to assume any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller/Lessor free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee _____
Loss Payee's Address _____

NOTICE TO BUYER/LESSEE: This Agreement does not authorize the Seller/Lessor to order Public Liability or Property Damage Insurance. Any insurance ordered by the Seller/Lessor or Seller's/Lessor's Assignee will cover loss of or damage to the vehicle and will not include Public Liability or Property Damage Insurance.

BUYER'S/LESSEE'S NAME (Printed): FRANK EVANS

HOME PHONE _____ BUSINESS PHONE _____

ADDRESS: 4601 N OCEAN BLVD TH #3 BOCA RATON, FL 33431

X _____
BUYER'S/LESSEE'S SIGNATURE

X _____
CO-BUYER'S/CO-LESSEE'S SIGNATURE

FORM NO. 228RS-U   REV. 7/17
©2017 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-0055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

---

# PRIVACY NOTICE

## KARMA PALM BEACH

Karma Palm Beach
1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 334
OFFICE 561.999.5557  FAX 561.999.4703

In connection with this transaction, ____ may acquire information about you as described in this notice, which we hand stated in this notice.

1. We collect *nonpublic* personal information about you from the following sou
   - Information we receive from you on applications and other forms;
   - Information about your transactions with us; and,
   - Information we receive from a consumer reporting agency.

2. We do not disclose nor do we reserve the right to disclose, any *nonpublic* personal information about our consumers, customers or former customers to any one, except as permitted by law. We may disclose *nonpublic*, personal information about you, as a consumer, customer or former customer, to non-affiliated third parties as permitted by law.

3. We restrict access to your *nonpublic* personal information to employees who to provide products or services to you. We maintain electronic, physical and cedural safeguards that comply with *federal* regulations to guard your *nonp*

CUSTOMER ACKNOWLEDGEMENT: I (we) acknowledge that I (we) received a of this notice on the date indicated below.

X _____
Customer's Signature

Today's Date: 2/2/22

Customer's Name (printed)

X _____
Co-Customer's Signature

Co-Customer's Name (printed)

Today's Date

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| FERRARI | 812 GTS | 2021 | ZFF97CMA4M0281176 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

## WARRANTIES FOR THIS VEHICLE:

☐ **AS IS - NO DEALER WARRANTY**
THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

☐ **DEALER WARRANTY**

☐ FULL WARRANTY.

☐ LIMITED WARRANTY. The dealer will pay _____ % of the labor and _____ % of the parts for the covered systems that fall during the warranty period. Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations. *Implied warranties* under your state's laws may give you additional rights.

SYSTEMS COVERED:                    DURATION:

BALANCE OF FACTORY WARRANTY

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

☑ MANUFACTURER'S WARRANTY STILL APPLIES. The manufacturer's original warranty has not expired on some components of the vehicle.

☐ MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

☐ OTHER USED VEHICLE WARRANTY APPLIES.
Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

☐ SERVICE CONTRACT. A service contract on this vehicle is available for an extra charge. Ask for details about coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.** For information on how to obtain a vehicle history report, visit ftc.gov/usedcars. To check for open safety recalls, visit safercar.gov. You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks-bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

---

DEALER NAME    KARMA / PALM BEACH

ADDRESS    1001 Clint Moore Rd. Ste 103
Boca Raton, FL 33487

TELEPHONE    EMAIL

FOR COMPLAINTS AFTER SALE, CONTACT:

I HEREBY ACKNOWLEDGE RECEIPT OF THE BUYERS GUIDE AT THE CLOSING OF THIS SALE.
BUYER'S SIGNATURE

IMPORTANT: The information on this form is part of any contract to buy this vehicle. Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).

EXHIBIT "3"

STATE OF FLORIDA

A04121

ZFF74UFA7HO221030    2017 FERR 2D    3593    135425844

Date of Issue 07/10/2018

FRANK ARTHUR EVANS III
1800 NW CORPORATE BLVD #310
BOCA RATON FL 33431

FRANK ARTHUR EVANS III
1800 NW CORPORATE BLVD #310
BOCA RATON FL 33431-7938

## CERTIFICATE OF TITLE

ZFF74UFA7HO221030    2017 FERR 2D    3593    135025844

PA RED    PRIVATE

2371 MILES    08/28/2018 ACTUAL    07/10/2018

Registered Owner
FRANK ARTHUR EVANS III
1800 NW CORPORATE BLVD #310
BOCA RATON FL 33431

Copy of Title
Signed over
for the trade.

was free & clear

Lienholder
NONE

TALLAHASSEE    FLORIDA

142093737

STATE OF FLORIDA

EXHIBIT "4"

PNC  Payment Systems



| Domestic Transfer | Page 1 of 3 |
| --- | --- |

## Client Information

| | | |
| --- | --- | --- |
| Individuals Name | : | LINDA I MCGOUGH |
| Client Identification | : | |
| ID Type | : | State Driver's License |
| Client Phone | : | |
| Client Alt Phone | : | |
| Client Email Address | : | |
| Payment Initiated From | : | BRN |

Expiration : 12/16/2024
Extn :
Extn :

## Payment Instruction

| | | |
| --- | --- | --- |
| Payment Amount | : | 431,000.00 |
| Send Date | : | 02/02/2022 |

Currency : USD

## Debit Information

| | | |
| --- | --- | --- |
| Account Type | : | S-Savings |
| Account # | : | |
| Name | : | LINDA MCGOUGH |
| Address 1 | : | |
| Address 2 | : | |
| City | : | DELRAY BEACH |
| State | : | FL |
| Zip | : | 33446 |

*Copy of
wire transfer
for Balance
due on
Sales Agreement

## Beneficiary Information

| | | |
| --- | --- | --- |
| Beneficiary | : | Not on Us |
| Account # | : | |
| Name | : | KARMA OF PALM BEACH INC |
| Address 1 | : | 1001 CLINT MOORE RD SUITE 103 |
| Address 2 | : | |
| City | : | BOCA RATON |
| State | : | FL |
| Zip | : | 33487 |

Domestic Transfer

## Beneficiary Information

Country  : UNITED STATES OF AMERICA - US

Phone  :

## Beneficiary Bank

Bank Information Type : A-ABA

Bank ABA  : ~~[redacted]~~

Bank Name  : JPMORGAN CHASE BANK NA

Address  :

     :

     : NEW YORK

     : NY

     : UNITED STATES OF AMERICA - US

Account # with Intermediary :
Bank

## Additional Information

Originator to Beneficiary :

Purpose of Transfer : REFERENCE F EVANS PURCHASE 2021 FERRARI 812 GTS

| Client Signature: | Branch Rep Signature: | Reference Number: |
| --- | --- | --- |
| | | 2222G5243B015V7T |
| | | 02/02/2022  11.52 AM |

## Domestic Transfer

" By signing this document you understand that this funds transfer request is subject to Terms and Conditions stated below."

" Please refer to your Current Schedule of Service Charges and Fees to determine the appropriate wire fee for this transaction."

| Client Signature: | Branch Rep Signature: | Reference Number: |
|---|---|---|
| | | ...........15V7T |
| | | 02/02/2022            11.52 AM |

## Terms and Conditions
## Domestic and International Wire Transfer

Please read the following terms carefully because, where indicated below, the type of transaction you conduct may change the way the following terms apply to you. For purposes of these Terms and Conditions, a "Consumer International Transfer" is an electronic transfer of funds requested by an individual (non-corporate) sender, for personal, family or household purposes, to be received by designated recipient outside the United States of America.

1) **Documentation:**
   (a) *For Consumer International* — we will provide a pre-payment disclosure and a receipt. Alternatively, we may provide a combined disclosure with payment at the time of the
   (b) *For all other* — we will not, unless otherwise agreed, send written advice of this payment order executed by us or issue any receipt or other than as required by law for your affected account

2) **Cancellation:**
   (a) *For Consumer International* — you have the right to cancel a transaction within 30 minutes of payment, as long as (i) the funds have not yet up or deposited and (ii) you provide specified recipient contact information and enough information for us to identify the
   (b) *For all other* — you shall have no absolute right to cancel or amend this payment order after we have received it from you. We shall, when reasonable effort to act on your request for cancellation or amendment of this payment order prior to the time we execute it, but we shall have cancellation or amendment is not

3) **Preventing**
   (a) *For all transfers except Consumer International* — you understand that banks routinely rely on account numbers in executing payment orders, the name and account number of the named beneficiary on this payment order are different, we and all intermediary and beneficiary banks may rely upon the account number as the proper designation of the beneficiary and your payment of this payment order will remain final.
   (b) *For Consumer International* — you understand that banks routinely rely on account numbers in executing payment orders. Accordingly, you transfer amount if you provide us an incorrect account number or recipient institution identifier.

4) **Error**
   accounts — You agree to promptly examine any confirmations of payment orders which we or other banks send or make available to you, and all periodic statements of the by this payment order and to promptly notify us of any discrepancies between your records and ours.
   (a) *For Consumer International* — you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after we receive your notice and we will correct any error promptly. We will tell you the results within three business days after completing our investigation.
   (b) *For all other* — (1) If you fail to notify us within 30 days of your receipt of such confirmation or periodic statement, whichever is earlier, then precluded from asserting the discrepancy or error against us, and we shall have no liability to you of any kind for the discrepancy or error; (2) In the event this payment order is not executed by us for any reason, we will refund to you the U.S. dollar amount of this payment order, less all of our wire and other costs and expenses associated with this payment order. Except for the payment of such refund, we shall not be liable to you for any loss or damage which you may suffer or incur by reason of this payment order not being executed by us.

5) **Liability:**
   (a) *For Consumer International* — you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after we receive your notice and we will
   (b) *For all other* — we shall be liable only for our own gross negligence or willful misconduct and shall not be responsible for (a) any loss or or in connection with any error, failure or delay in execution of this payment order resulting from circumstances beyond our reasonable control including, but not limited to, any inoperability of communications facilities or (b) any loss or damage arising from or in connection with any inaccuracy, act or failure to act on the part of any person not within our reasonable control.
   (c) *For all* — except as otherwise provided by applicable law, we shall not be liable for any consequential, incidental, special or indirect losses, dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this payment order or the services provided by us here under, whether or not the likelihood of such losses or damages was known by us.

6) **Payment** — We may exercise our discretion in using any payment system appropriate to execute the payment orders.

7) **Governing** — This payment order shall be governed by the laws of the Commonwealth of Pennsylvania, including its Uniform Commercial Code Article order is executed utilizing the communications network of the Federal Reserve System, Subpart B of Regulation J of the Federal Reserve System. Terms used and undefined herein which are defined in the Uniform Commercial Code shall have the meanings set forth in the Uniform Commercial Code. This agreement shall also be governed by the rules and regulations of the Office of Foreign Asset Control (OFAC), and where applicable, Regulation E of the Bureau of Consumer Financial Protection. This payment order is also subject to the rules of any payment network or clearinghouse through which the payment order is

8) **Recordkeeping and** — You acknowledge that we may have certain legal recordkeeping and reporting requirements with respect to services to you to our disclosure to government authorities of information concerning this or any previous funds transfer which we believe to be appropriate or necessary to fulfill such legal requirements. You agree to cooperate fully with us to enable us to fulfill such requirements as may exist from time to time.

9) **Currency.** *For International funds transfers made by business* — In the event this payment order is an International payment order expressed in U.S. execute this payment order in U.S. dollars or we may, in our sole discretion, convert such U.S. dollars into the applicable foreign currency (at an exchange rate determined by us at the time of such conversion) before we execute this payment order.

10) **Delay** — In some instances, your transfer may not be completed until the business day after you request it, which could be the following Monday or later, request falls before a holiday weekend. If completion of your request would cause your account to be overdrawn, we reserve the right to cancel the transaction and notify you accordingly. We will not be liable for any consequential, incidental, special or indirect losses, damages (including dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this cancellation, whether or not the likelihood of

EXHIBIT "5"

IMPORTANT INFORMATION

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used.

For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F. S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on the roads of this state.

S. 320.02 and 627.733, F. S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:

FRANK ARTHUR EVANS III
4501 N OCEAN BLVD TH #3
BOCA RATON, FL 33431-2456

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or by mail to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

|  |  | CO/AGY | 69 / 02 | T# | 1613416345 |
|  |  |  |  | B# |  |

# FLORIDA VEHICLE REGISTRATION

PLATE    F12HP              DECAL 18075683        Expires    Midnight Thu 12/22/2022

| YR/MK | 2021/FERR | BODY | CV | COLOR | RED | | Reg. Tax | 2.00 | Class Code | 13 |
| VIN | ZFF97CMA4M0261176 | | | TITLE | | | Init Reg. | | Tax Months | 0 |
| Plate Type | BBP | NET WT | 3900 | | | | County Fee | | Back Tax Mos | |
| DL/FEID | E152261504620 | | | | | | Mail Fee | | Credit Class | |
| Date Issued | 03/04/2022 | Plate Issued | 09/16/2019 | | | | Sales Tax | | Credit Months | |
| | | | | | | | Voluntary Fees | | | |
| | | | | | | | Grand Total | 2.00 | | |

IMPORTANT INFORMATION

FRANK ARTHUR EVANS III
4501 N OCEAN BLVD TH #3
BOCA RATON, FL 33431-2456

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

BBP - TAMPA BAY BUCCANEERS