# EXHIBIT B

**IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

WOODSIDE CREDIT, LLC,

CASE NO. 2022-CA-004086-XXXXMB

Plaintiff,

vs.

EXCELL AUTO SPORT AND
SERVICE, INC., KARMA OF BROWARD, INC.,
AUTO WHOLESALE OF BOCA, LLC, KRISTEN
ZANKL, SCOTT ZANKL, MOSHE FARACHE,
LISA FARACHE, PORSCHE FINANCIAL
SERVICES, INC., FRANK EVANS, OMAR
PERIU, DAVID AMSEL, AMIR ROBERT
WASIULLAH, ROBERT O'CONNELL, JR.,
JAMES ANDREW GORFIN, FREDERICK
WILLIAM HALL, and LESLIE RAMSAMMY, JR.,

Defendants.

_____/

## **AFFIDAVIT OF LINDA I. MCGOUGH**

STATE OF FLORIDA

ss

COUNTY OF PALM BEACH

BEFORE ME, this day personally appeared, LINDA I. MCGOUGH, who was duly sworn

or affirmed before me, and who Deposes and says that the following information is true and

correct:

1.      I am over the age of 18, am sui juris, and have personal knowledge of the facts

contained in this Declaration.

2.      On February 2, 2022, on behalf of Frank Arthur Evans, III, I wired from my PNC

bank account the sum of $431,000.00 to Karma of Palm Beach, Inc. ("Karma Palm Beach") so

that Frank Arthur Evans, III could purchase from Karma of Palm Beach, Inc. d/b/a Karma Palm

Beach / Excell Auto Group a 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176.

3.      A copy of the aforesaid wire transfer is attached hereto and made a part hereof as Exhibit "1."

4.      The $431,000.00 wire was received by Karma Palm Beach as the $431,000.00 was debited from my account for its benefit.

AFFIANT FURTHER SAYETH NAUGHT

<u>_Linda I. McGough_ (signature)_</u>
LINDA I. MCGOUGH

STATE OF FLORIDA

                                            ss

COUNTY OF PALM BEACH

SWORN TO (OR AFFIRMED) and subscribed before me by means of [X] physical presence or [ ] online notarization, this __6__ day of __July__, 2022, by LINDA I. MCGOUGH, to me known to be the person described in, or produced driver's license as identification.


NOTARY PUBLIC
STATE OF FLORIDA

My Commission Expires: Oct. 9, 2025



DHAMAR PALMA
Notary Public-State of Florida
Commission # HH 183689
My Commission Expires
October 09, 2025

EXHIBIT "1"

PN₵ Payment Systems



| Domestic Transfer | Page 1 of 3 |

## Client Information

| | | |
|---|---|---|
| Individuals Name | : | LINDA I MCGOUGH |
| Client Identification | : | ⬚⬚⬚⬚ |
| ID Type | : | State Driver's License |

Expiration :    12/16/2024

| Client Phone | : | ⬚⬚⬚⬚ |
| Client Alt Phone | : | |
| Client Email Address | : | |
| Payment Initiated From | : | BRN |

Extn :
Extn :

## Payment Instruction

| | | |
|---|---|---|
| Payment Amount | : | 431,000.00 |
| Send Date | : | 02/02/2022 |

Currency :    USD

## Debit Information

| | | |
|---|---|---|
| Account Type | : | S-Savings |
| Account # | : | ⬚⬚⬚⬚ |
| Name | : | LINDA MCGOUGH |
| Address 1 | : | ⬚⬚⬚⬚ |
| Address 2 | : | |
| City | : | DELRAY BEACH |
| State | : | FL |
| Zip | : | 33446 |

*Copy of
wire transfer
for Balance
due on
Sales Agreement

## Beneficiary Information

| | | |
|---|---|---|
| Beneficiary | : | Not on Us |
| Account # | : | ⬚⬚⬚⬚ |
| Name | : | KARMA OF PALM BEACH INC |
| Address 1 | : | 1001 CLINT MOORE RD SUITE 103 |
| Address 2 | : | |
| City | : | BOCA RATON |
| State | : | FL |
| Zip | : | 33487 |

Domestic Transfer

Beneficiary Information

Page 2 of 3

Country : UNITED STATES OF AMERICA - US

Phone :

Beneficiary Bank

Bank Information Type : A-ABA
Bank ABA : [illegible]
Bank Name : JPMORGAN CHASE BANK NA
Address :
:
: NEW YORK
: NY
:
: UNITED STATES OF AMERICA - US

Account # with Intermediary :
Bank

Additional Information

Originator to Beneficiary :

Purpose of Transfer : REFERENCE F EVANS PURCHASE 2021 FERRARI 812 GTS

| Client Signature: | Branch Rep Signature: | Reference Number: |
|---|---|---|
| | | 2222G5243B015V7T |
| | | 02/02/2022       11.52 AM |

## Domestic Transfer

"By signing this document you understand that this funds transfer request is subject to Terms and Conditions stated below."

"Pease refer to your Current Schedule of Service Charges and Fees to determine the appropriate wire fee for this transaction."

| Client Signature: | Branch Rep Signature: | Reference Number: |
|---|---|---|
| | | 15V7T |
| | | 02/02/2022          11.52 AM |

## Terms and Conditions
### Domestic and International Wire Transfer

Plea se read the following terms carefully because, where indicated below, the type of transaction you conduct may change the way the following terms apply to you. For purposes of these Terms and Conditions, a "Consumer International Transfer" is an electronic transfer of funds requested by an individual (non-corporate) sender, for personal, family or household purposes, to be received by designated recipient outside the United States of America.

1) **Documentation:**
   (a) *For Consumer International* payment at the time of the — we will provide a pre-payment disclosure and a receipt. Alternatively, we may provide a combined disclosure with
   (b) *For all other* — we will not, unless otherwise agreed, send written advice of this payment order executed by us or issue any receipt or other than as required by law for your affected account

2) **Cancellation:**
   (a) *For Consumer International* — you have the right to cancel a transaction within 30 minutes of payment, as long as (i) the funds have not yet up or deposited and (ii) you provide specified recipient contact information and enough information for us to identify the
   (b) *For all other* — you shall have no absolute right to cancel or amend this payment order after we have received it from you. We shall, when reasonable effort to act on your request for cancellation or amendment of this payment order prior to the time we execute it, but we shall have cancellation or amendment is not

3) **Processing**
   (a) *For all transfers except Consumer International* — you understand that banks routinely rely on account numbers in executing payment orders, the name and account number of the named beneficiary on this payment order are different, we and all intermediary and beneficiary banks may rely upon the account number as the proper designation of the beneficiary and your payment of this payment order will remain final.
   (b) *For Consumer International* — you understand that banks routinely rely on account numbers in executing payment orders. Accordingly, you transfer amount if you provide us an incorrect account number or recipient institution identifier.

4) **Error accounts**
   You agree to promptly examine any confirmations of payment orders which we or other banks send or make available to you, and all periodic statements of the by this payment order and to promptly notify us of any discrepancies between your records and ours.
   (a) *For Consumer International* — you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after we receive your notice and we will correct any error promptly. We will tell you the results within three business days after completing our investigation.
   (b) *For all other* — (1) if you fail to notify us within 30 days of your receipt of such confirmation or periodic statement, whichever is earlier, then precluded from asserting the discrepancy or error against us, and we shall have no liability to you of any kind for the discrepancy or error; (2) in the event this payment order is not executed by us for any reason, we will refund to you the U.S. dollar amount of this payment order, less all of our wire and other costs and expenses associated with this payment order. Except for the payment of such refund, we shall not be liable to you for any loss or damage which you may suffer or incur by reason of this payment order not being executed by us.

5) **Liability:**
   (a) *For Consumer International* — you may notify us of errors you believe occurred in your transfer no later than 180 days after the date we the transfer will be available to the recipient. We will determine whether an error occurred within 90 days after the date
   (b) *For all other* — we shall be liable only for our own gross negligence or willful misconduct and shall not be responsible for (a) any loss or or in connection with any error, failure or delay in execution of this payment order resulting from circumstances beyond our reasonable control including, but not limited to, any inoperability of communications facilities or (b) any loss or damage arising from or in connection with any inaccuracy, act or failure to act on the part of any person not within our reasonable control.
   (c) *For all* — except as otherwise provided by applicable law, we shall not be liable for any consequential, incidental, special or indirect losses, dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this payment order or the services provided by us here under, whether or not the likelihood of such losses or damages was known by us.

6) **Payment** — We may exercise our discretion in using any payment system appropriate to execute the payment orders.

7) **Governing** — This payment order shall be governed by the laws of the Commonwealth of Pennsylvania, including its Uniform Commercial Code Article order is executed utilizing the communications network of the Federal Reserve System, Subpart B of Regulation J of the Federal Reserve System. Terms used and undefined herein which are defined in the Uniform Commercial Code shall have the meanings set forth in the Uniform Commercial Code. This agreement shall also be governed by the rules and regulations of the Office of Foreign Asset Control (OFAC), and where applicable, Regulation E of the Bureau of Consumer Financial Protection. This payment order is also subject to the rules of any payment network or clearinghouse through which the payment order is

8) **Recordkeeping and** — You acknowledge that we may have certain legal recordkeeping and reporting requirements with respect to services to you to our disclosure to government authorities of information concerning this or any previous funds transfer which we believe to be appropriate or necessary to fulfill such legal requirements. You agree to cooperate fully with us to enable us to fulfill such requirements as may exist from time to time.

9) **Currency** *For International funds transfers made by business* — In the event this payment order is an International payment order expressed in U.S. execute this payment order in U.S. dollars or we may, in our sole discretion, convert such U.S. dollars into the applicable foreign currency (at an exchange rate determined by us at the time of such conversion) before we execute this payment order.

10) **Delay** — In some instances, your transfer may not be completed until the business day after you request it, which could be the following Monday or later, request falls before a holiday weekend. If completion of your request would cause your account to be overdrawn, we reserve the right to cancel the transaction and notify you accordingly. We will not be liable for any consequential, incidental, special or indirect losses, damages (including dishonor of checks or other items), or expenses (including counsel fees) which you may incur or suffer by reason of this cancellation, whether or not the likelihood of