**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC

     Debtor.

_____/

Case No. 22-15627-EPK
Chapter 11 SUB V

## NOTICE OF APPEARANCE

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE**, pursuant Rule 9010, Fed. R. Bankr. P. of the appearance in this case of ERIC J. SILVER, of the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. (together, "Stearns Weaver") as counsel of record for BENIDT INVESTMENTS/SLINGER, LLC. Undersigned counsel respectfully requests that copies of all further notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon the following:

ERIC J. SILVER
Florida Bar Number 0057262
esilver@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-4175
Facsimile:  (305) 789-2624

*(signature page follows)*

DATED: August 5, 2022.

Respectfully submitted,

**STEARNS WEAVER MILLER**
 **WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-4175
Facsimile:    (305) 789-2624

By: /s/ *Eric J. Silver*
Eric J. Silver, Esq.
Florida Bar Number 0057262
esilver@stearnsweaver.com
*Counsel for Benidt Investments/Slinger, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those counsel or parties who are registered to receive NEF in this case.

/s/ *Eric J. Silver*
ERIC J. SILVER, Esq.

#10894383 v1

2