UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC                    Case No.: 22-15627-EPK
                                               Chapter 11 (Subchapter V)

        Debtor.

_____/

## MELAND BUDWICK, P.A.'S
## NOTICE OF APPEARANCE AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the law firm of Meland Budwick, P.A. files its appearance as counsel for creditors, CHAPFORD SPECIALTY FINANCE LLC and CHAPFORD CREDIT OPPORTUNITIES FUND LP (collectively, *"Chapford"*), in the above-captioned case. Pursuant to § 1109(b) and all other applicable provisions of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, Chapford requests that all notices and other papers required to be served in this case be given to and served upon the following:

James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

PLEASE TAKE NOTICE that this request includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telefax, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-

1

interest in this case, including Chapford with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property of proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by Chapford.   PLEASE TAKE NOTICE that Chapford intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall affect (1) Chapford's right to have final orders in noncore matters entered only after de novo review by a District Judge, (2) Chapford's right to trial by jury in any proceeding so triable in this case or any case, or proceeding related to this case, (3) Chapford's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which Chapford is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Chapford expressly reserves.

Dated: August 9, 2022.

*/s/James C. Moon*
James C. Moon, Esquire
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

*Attorneys for Chapford Specialty Finance LLC*
*and Chapford Credit Opportunities Fund LP*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 9, 2022, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1**.

*/s/James C. Moon*
James C. Moon, Esquire

3

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**    jb@richardbaronlaw.com
- **Alan R Crane**    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **James B Miller**    bkcmiami@gmail.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Mark J Wolfson**    mwolfson@foley.com, crowell@foley.com

Exhibit 1