UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                Case No.: 22- 15627-EPK
                                            Chapter 11 Subchapter V

_____Debtor-in-Possession._____   /

### DEBTOR'S RESPONSE TO ERIC DORE'S MOTION TO COMPEL TURNOVER OF 2020 LAMBORGHINI URUS

Comes Now, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and serves this instant *Debtor's Response To Eric Dore's Motion To Compel Turnover Of 2020 Lamborghini Urus*, and states –

### I.      PRELIMINARY STATEMENT

1.  The Debtor is a "Debtor-in-Possession" under Title 11, Subchapter V, of the United States Code by virtue of having filed its *Petition* [Parent ECF #1] on July 22nd, 2022, seeking to reorganize itself under the Bankruptcy Code.

2.  As touched upon in the DIP's *Verified Chapter 11 Case Management Summary* [Parent ECF #7] ("Case Management Summary"), the DIP sought relief in bankruptcy based upon the fact that the Debtor had been defrauded out of millions of dollars in assets and monies by other entities and their operators, *i.e.* – Excell Auto Group, Inc. ("Excell"), Karma of Palm Beach ("KPB") and Karma of Broward ("KB") (KPB and KB are collectively "Karma"), operated and owned primarily by Scott and Kristen Zankl (the "Zankls")

3.  This fraud by the Zankls and their entities apparently included the unauthorized repeated reselling and financing of automobiles owned by Debtor and/or liened by Debtor.

4. Shortly after AWB was able to recover some of its property from the Zankls, the Zankls filed bankruptcy for Excell under Chapter 7 in Case No. 22-12790-EPK ("Excell Bankruptcy").

5. The Zankls have falsely led various lenders of Karma, and even Excell, to pursue AWB's automobiles and inventory, as well as other interested parties .

## II.  RELEVANT FACTS

6. On December 2nd, 2021, Excell issued a Wholesale Order (Bill of Sale) to Debtor for the Lamborghini subject of *Eric Dore's Motion To Compel Turnover Of 2020 Lamborghini Urus* [ECF No..13] (the "*Dore Motion*").

7. The subject vehicle ("Urus") was a "swap" for vehicles that Debtor had purchased, (Dodge Charger, Jeep Wrangler and Rolls Royce Dawn); but, were apparently sold by Zankl and the proceeds for which had not been remitted to Debtor.

8. On February 18th, 2022, Zankl's staff advised they had the title to the Urus and had placed it in the name of Karma Palm Beach, and that they were delivering the same to Debtor after first transferring the same title to Excell on even date.

9. Thereupon, Excell endorsed the title to Debtor on February 18th, 2022 and also issued a new Wholesale Order (Bill of Sale) to Debtor for the vehicle as a receipt for the title.

10. After which, as has apparently been discovered post-Excell bankruptcy, Zankl re-sold the Urus to Mr. Dore without notice to, or knowledge of, Debtor.

11. Mr. Dore has apparently paid consideration for the vehicle, and his counsel has provided documentation reflecting the issues between Mr. Dore and Mr. Zankl, along with the many false promises made by Zankl in regards to the vehicle.

12. Unfortunately, this is yet another example of the fraud perpetrated by the Zankls and their related entities upon the public, and upon this Debtor.

13. As this vehicle is subject to the litigation pending before this Court, (*see*, *FVP vs Auto Wholesale of Boca LLC*, Adv. Proc. #22-01218-EPK), and is also subject to allegations of purported lien interests by other parties in the Bankruptcy Case, any ruling by this Court upon the <u>*Dore Motion*</u> may affect the alleged interests of said parties (FVP, Hi-Bar, Franklin Capital, *etc.*).

14. . Additionally, Debtor has expended significant costs relating to the security, storage, insurance, maintenance, and upkeep of said vehicle; and, such costs should be borne by Dore.

WHEREFORE, Debtor requests that, to the extent any relief is granted in favor of Dore, the Court limit the same to ensure that the Debtor does not get exposed to potential litigation with the other parties-in-interest asserting claims to or in said Lamborghini Urus, for payment to the Estate of the aforesaid expenses from Dore, and for such other and further relief which is equitable and just.

Respectfully submitted on August 9th, 2022.

JAMES B. MILLER, P.A.
**Interim Counsel for Debtor-in-Possession**
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F. 305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this pleading was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record who are registered to receive such pleading and filings before this Court.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164