UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                                          Chapter 11 Subchapter V

        Debtor-in-Possession.          /

**DEBTOR'S RESPONSE TO MOTION TO COMPEL ABANDONMENT OF BARE
LEGAL TITLE TO VEHICLE**

Comes Now, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and serves this instant *Debtor's Response To Motion To Compel Abandonment Of Bare legal Title* in response to the *Motion to Compel Abandonment of Bare Legal Title to Vehicle* [ECF No. 31] (the "*Evans Motion*") filed by Frank Evans ("Evans") and states the following –

I.      **PRELIMINARY STATEMENT**

1. The Debtor is a "Debtor-in-Possession" under Title 11, Subchapter V, of the United States Code by virtue of having filed its *Petition* [Parent ECF #1] on July 22nd, 2022, seeking to reorganize itself under the Bankruptcy Code.

2. As touched upon in the DIP's *Verified Chapter 11 Case Management Summary* [Parent ECF #7] ("Case Management Summary"), the DIP sought relief in bankruptcy based upon the fact that the Debtor had been defrauded out of millions of dollars in assets and monies by other entities and their operators, *i.e.* – Excell Auto Group, Inc. ("Excell"), Karma of Palm Beach ("KPB") and Karma of Broward ("KB") (KPB and KB are collectively "Karma"), operated and owned primarily by Scott and Kristen Zankl (the "Zankls")

3. This fraud by the Zankls and their entities apparently included the unauthorized repeated reselling and financing of automobiles owned by Debtor and/or liened by Debtor.

4.  Shortly after AWB was able to recover some of its property from the Zankls, the Zankls filed bankruptcy for Excell under Chapter 7 in Case No. 22-12790-EPK ("Excell Bankruptcy").

5.  The Zankls have falsely led various lenders of Karma, and even Excell, to pursue AWB's automobiles and inventory, as well as other interested parties.

## II.   RELEVANT FACTS

6.  On Saturday, November 13, 2021, Scott Zankl had communicated to Debtor that Zankl had closed a deal on a Ferrari and asked if Debtor would like to purchase the same for $650,000.00.

7.  On November 15th, 2021, Debtor wired (*see* Exhibit "A" hereto) the purchase price of $650,000.00 to Karma of Palm Beach to purchase the Ferrari 812 (VIN#xx1176) and obtained a Wholesale Order (the Bill of Sale) from Karma Palm Beach that same date (November 15, 2021) (*see* Exhibit "B" hereto).

8.  The title to the Ferrari was endorsed to Debtor (*see* Exhibit "C") on November 15th, 2022.

9.  Debtor registered the title in its name, (*see* Exhibit "D").

10. However, unbeknownst to the Debtor, the Zankls pursued personal financing of the Ferrari through Woodside Credit LLC for the sum of $600,000.00 on or about December 30th, 2021 (*see* Exhibit "E" hereto) – thus, obtaining another $600,000.00 for the same vehicle.

11. Apparently the Zankls were not satisfied with their scheme to defraud, as the Zankls took their scheme ever further by then selling the very same vehicle to Frank Evans on or about February 2nd, 2022 for the sum of $705,000.00! *See* Exhibit "F" hereto (the "Evans Purchase Agreement").[1]

12. The Zankls effectively obtained $1,955,000.00 for the same Ferrari by defrauding Debtor, Woodside and Mr. Evans.

13. As a result, the Debtor is out of pocket a substantial sum; and, any aspersions of the Debtor's purported wrongdoing are without merit and false.

---

[1] Mr. Evans apparently paid for the Ferrari by tendering a trade-in and wiring the difference for the Purchase Price to Karma of Palm Beach.

14. As this vehicle may be subject to litigation pending before this Court, (*see*, *FVP vs Auto Wholesale of Boca LLC*, Adv. Proc. #22-01218-EPK), and also may be subject to allegations of purported lien interests by other parties in the Bankruptcy Case, any ruling by this Court upon the <u>Evans Motion</u> may affect the alleged interests of said parties (FVP, Hi-Bar, Franklin Capital, *etc.*).

WHEREFORE, Debtor requests that, to the extent any relief is granted in favor of Evans, the Court limit the same to ensure that the Debtor does not get exposed to potential litigation with the other parties-in-interest asserting claims to or in said Ferrari, and for such other and further relief which is equitable and just.

Respectfully submitted on August 9th, 2022.

JAMES B. MILLER, P.A.
***Interim Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading, with all attachments, was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record who are registered to receive such pleading and filings before this Court.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164