FOR. 2021 FERRARI 261176

## ◢◣ **BankUnited**

### 🔷 Transaction View

**Account Number**
[redacted]

**Account Title/Name**
AUTO WHOLESALE OF BOCA LLC

**Amount**          **Currency**
650,000.00          USD,UNITED STATES DO

**ORIGINATOR INFO**
**Name**
AUTO WHOLESALE OF BOCA LLC

| | |
|---|---|
| **FED Code** | **Special Fee** |
| CTP,1000 | 0.00 |

**Account Number/Identifier**
9854907432

**Originator Address**
6560 W ROGERS CIRCLE APT B27
BOCA RATON FL 33487                US

**Originator Reference**

Waive

**ORIGINATOR TO BENEFICIARY INSTRUCTIONS**
2021 FERRARI
ID NUMBER ZFF97CMA4MO261176

**BENEFICIARY INFO**
**Name**
KARMA OF PALM BEACH INC

**Account Number**
705116603

**Beneficiary Physical Address**
1001 CLINT MOORE RD SUITE 103

BOCA RATON FL 33487                US

**BENEFICIARY BANK**
JPMORGAN CHASE BANK, NA, NEW YORK,

**ABA/SWIFT**
021000021

**Bank Address**

**Account Number**

**Bank Contact Instructions**      **Phone**

US

**INTERMEDIARY BANK OR USA CORRESPONDENT**

**Bank Address**

US

**Test Key/Electronic Signature**

**Preparer ID**          **Authorizer**
EMINTURN

11/15/2021, 10:35:48 AM Posted by EMINTURN      : FLDL F620-540-69-343-0 Issued 7/01/2019 Expires 9/23/2027 no
alerts/memos

Authorizer Signature:                Client Signature:

**EXHIBIT**
"A"