SCAN TRANSACTION NUMBER    6311173756

FCM210608VT

## STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

VEHICLE HISTORY

**AUTOMOBILE**

| VEHICLE ID NUMBER | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|
| ZFF97CMA4M0261176 | 2021 | FERR | 812VS |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| CV | | | G | | NONE | 02/08/2022 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2021 | MA | | 00 | | 06/08/21 |

MOTORCYCLE ENGINE NUMBER

| ODOMETER DATE | ODOMETER READING |
|---|---|
| 02/05/2021 | 50 MI |

ACTUAL MILEAGE

REGISTERED OWNER(S)

FERRARI FNL SVS TTL TRS LSR
MARSTON ERIC LSE
1000 VEREDA DEL CIERVO
GOLETA CA 93117

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. DATE 10/2/21    X _Michael Ciolek_ SIGNATURE OF REGISTERED OWNER

1b. DATE    X    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ 4313 ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE 10/2/21 | TRANSFEROR SELLER SIGNATURE(S) X _Rachael Ciolek_ | 10/2/21 | TRANSFEREE BUYER SIGNATURE(S) X |
|---|---|---|---|

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY
Rachael Ciolek — Title Specialist

PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY
FERRARI WESTLAKE

**IMPORTANT READ CAREFULLY**

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

FERRARI FNL SVS TTL TRST
250 SYLVAN AVE
ENGLEWD CLFS
NJ 07632

2. X _Michael Ciolek_
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date 11/2/21

CA204739286

030282    REG. 17.30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

EXHIBIT "C"

SCAN TRANSACTION NUMBER 631173757

## APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND  ☐ OR  (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER

5. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE    SIGNATURE OF NEW REGISTERED OWNER  X    DRIVER LICENSE OR ID CARD NO.    PURCHASE DATE

9b. DATE    SIGNATURE OF NEW REGISTERED OWNER  X    DRIVER LICENSE OR ID CARD NO.    PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**  10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE 'NONE') DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: |___|___|___|4|3|4| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

DATE 10/18/21    SIGNATURE OF AUTHORIZED AGENT  X _Chris Cam_    PRINTED NAME OF AGENT _RC Milam_  DEALER'S NAME FERRARI WESTLAKE    DEALER NUMBER 7244

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X    PRINTED NAME OF BUYER OR AGENT _DRIV. Inc._    DEALER NUMBER

SOLD THROUGH AUCTION IF APPLICABLE    DATE OF AUCTION    AUCTION NAME

15. Odometer now reads: |___|___|___|___| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    SIGNATURE OF AUTHORIZED AGENT  X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

16. Odometer now reads: |___|___|___|___| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: **WARNING** – Mileage ☐ is not the actual mileage.  ☐ exceeds the odometer mechanical limits.    R/S NUMBER
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE    SIGNATURE OF AUTHORIZED AGENT  X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING  X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

SCAN TRANSACTION NUMBER   631173758

**DMV**
A Public Service Agency

## VEHICLE/VESSEL TRANSFER AND REASSIGNMENT FORM

DEAL# 2155
CUST# 27510

**INSTRUCTIONS ON REVERSE SIDE — ALL SIGNATURES MUST BE IN INK — PHOTOCOPIES NOT ACCEPTED**
This form is not the ownership certificate. It must accompany the titling document or
Application for Duplicate Title. For Car Buyer's Bill of Rights, visit www.dmv.ca.gov.

ACQUISITION NUMBER (DISMANTLER ONLY)

### SECTION 1 — VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF NO. | MOTORCYCLE ENGINE NUMBER |
|---|---|---|---|---|
| ZFF97CMA4M0261176 | 2021 812 GTS | FERRARI | | |

### SECTION 2 — BILL OF SALE

I/We **FERRARI WESTLAKE** _____ sell, transfer, and deliver the above vehicle/vessel
PRINT SELLER'S NAME(S)

to **DRIV. INC.** _____ on **10** **18** **2 0 2 1** for the amount of $ **V/R**
PRINT BUYER'S NAME(S)   MO   DAY   YEAR   (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.)   $ _____ (GIFT VALUE)

### SECTION 3 — ODOMETER DISCLOSURE STATEMENT (Void if Mileage is Altered or Erased)

Federal and State Law requires that you state the mileage upon transfer of ownership. Failure to complete or providing
a false statement may result in fines and/or imprisonment.

The odometer now reads **0 0 0 , 4 3 4** /10 ths **(no tenths)** miles, and to the best of my knowledge
reflects the **ACTUAL** mileage *unless one of the following statements is checked.*

**WARNING—ODOMETER DISCREPANCY**

☐ Odometer reading is **NOT** the actual mileage     ☐ Mileage **EXCEEDS** the odometer mechanical limits

Explain odometer discrepancy: _____

### SECTION 4 — BUYER AND SELLER (MUST hand print his or her name, date and sign this section.)

**BUYER'S SECTION**

I acknowledge the odometer reading and the facts of the transfer. I certify (or declare) under penalty of perjury under
the laws of the State of California that the foregoing is true and correct.

| PRINT BUYER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| Drive INC | X | 10/18/2021 | |
| PRINT BUYER'S NAME | X N/A | N/A | N/A |
| PRINT BUYER'S NAME | X | | |

| BUYER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 1617 W MCNAB RD | POMPANO BEACH | FL. | 33069 | |

**SELLER'S SECTION**

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and
correct.

| PRINT SELLER'S NAME | SIGNATURE | DATE | DL/ID OR DEALER/DISM # |
|---|---|---|---|
| FERRARI WESTLAKE | X | 10/18/2021 | 92441 |
| PRINT SELLER'S NAME | X | | |
| PRINT SELLER'S NAME | X | | |

| SELLER'S MAILING ADDRESS | CITY | STATE | ZIP CODE | DAYTIME TELEPHONE NO. |
|---|---|---|---|---|
| 3195 WILLOW LN | THOUSAND OAKS | CA | 91361 | 805-601-7140 |

### SECTION 5 — POWER OF ATTORNEY

I/We **DRIV. INC.** _____ appoint **FERRARI WESTLAKE**
PRINT NAME(S)                                           PRINT NAME(S)

as my attorney in fact, to complete all necessary documents, as needed, to transfer ownership as required by law.

| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
|---|---|
| X | 10/18/2021 |
| SIGNATURE REQUIRED BY PERSON APPOINTING POWER OF ATTORNEY | DATE |
| X N/A | N/A |

REG 262 (REV. 10/2011)

51688*1*WL-FI

SCAN TRANSACTION NUMBER    631173759



A Public Service Agency

# VEHICLE/VESSEL TRANSFER
# AND REASSIGNMENT FORM INSTRUCTIONS

*THIS FORM IS NOT THE OWNERSHIP CERTIFICATE. IT MUST ACCOMPANY THE TITLE OR APPLICATION FOR A DUPLICATE TITLE. PHOTOCOPIES OF THE FORM MAY BE RETAINED FOR YOUR RECORDS.*

Know your rights before you sign. Read the *Car Buyer's Bill of Rights* (FFVR 35) and *What you Need to Know Before Buying a Vehicle* (FFVR 26) brochures and other brochures available at *www.dmv.ca.gov.*

## SECTION 1 — VEHICLE/VESSEL IDENTIFICATION
This section must be completed.

## SECTION 2 — BILL OF SALE
To be completed by the seller of the vehicle/vessel, identifying the buyer and/or gift recipient, the purchase price or gift value, and date of sale and/or gift.

## SECTION 3 — ODOMETER DISCLOSURE STATEMENT
To be completed by the seller disclosing the mileage at the time of sale. Any alteration (write-over, cross-out, erasure, deletion, etc.), made to the reported mileage will VOID the odometer disclosure section of this document and a new odometer statement (including the signature of both parties) is mandatory. Photocopies may be retained for personal record. Dealers and Auto Auctions are required to retain a photocopy of the odometer disclosure for 5 years.

Federal law requires the hand printed name, date and signature of the buyer and seller when disclosing and acknowledging the odometer reading.

## SECTION 4 — BUYER/SELLER INFORMATION (*Individual[s], Company, Dealership, Lessor/Lessee or Trust*)
To be completed by the buyer to provide name and address, accept the responsibility of ownership, and/or acknowledge mileage reported. To be completed by the seller to provide name and address, release ownership, and/or disclose mileage to the buyer.

**NOTE:** Co-owners joined by "**AND**" (shown by "/" on DMV records) require the signature of **EACH** owner; co-owners joined by "**OR**" require the signature of at least **ONE** owner. The signature for a company or business **MUST** include the printed name of the company/business and an authorized representative's countersignature on the signature line (*e.g., ABC CO., by JOHN SMITH - or - JOHN SMITH for ABC CO.*).

## SECTION 5 — POWER OF ATTORNEY
To be completed when appointing a person or company to act as an attorney-in-fact, to sign papers and documents that may be necessary in order to secure California registration of or to transfer my/our interest in the identified vehicle or vessel. The odometer disclosure statement cannot be completed by power of attorney.

# INSTRUCCIONES PARA COMPLETAR ESTE FORMULARIO

*ESTE FORMULARIO NO ES EL CERTIFICADO DE PROPIEDAD. ÉSTE DEBERÁ ACOMPAÑAR AL TÍTULO O LA SOLICITUD PARA DUPLICADO DE TÍTULO. PUEDE GUARDAR FOTOCOPIAS DE ESTE FORMULARIO PARA SU ARCHIVO PERSONAL.*

Conozca sus derechos antes de firmar. Lea los folletos "*Declaración de Derechos del Comprador de Vehículos*" (FFVR 35) y "*Qué Necesita Saber Antes de Comprar un Vehículo*" (FFVR 26) y otros folletos disponibles en *www.dmv.ca.gov.*

## SECCIÓN 1 — IDENTIFICACIÓN DE VEHÍCULO/BARCO
Esta sección deberá completarse.

## SECCIÓN 2 — FACTURA DE VENTA
Para completarse por el vendedor del vehículo/barco, para identificar al comprador y/o receptor del regalo, el precio de compra o valor del regalo y la fecha de la venta y/o regalo.

## SECCIÓN 3 — DECLARACIÓN DEL RECORRIDO EN MILLAS DEL ODÓMETRO
Para completarse por el vendedor declarando el millaje al momento de la venta. Cualquier alteración (escribir sobre el texto, tachar texto, borraduras, omisiones, etc.) que se haga al millaje reportado ANULARÁ la sección de la declaración del odómetro de este documento y será obligatorio presentar una nueva declaración (incluyendo la firma de ambas partes). Puede conservar fotocopias para su archivo personal. A los concesionarios y subastadores de autos se les exige conservar una fotocopia de la declaración del odómetro por cinco (5) años.

La ley federal exige que el nombre sea escrito a mano así como la fecha y la firma del vendedor y del comprador cuando se declare y confirme la lectura del millaje del odómetro.

## SECCIÓN 4 — INFORMACIÓN SOBRE EL COMPRADOR/VENDEDOR (*Indivivduo[s], Compañía, Concesionario, Arrendatario/ Arrendador o Fideicomiso*)
El comprador deberá llenar esta sección a fin de proveer su nombre y dirección, aceptar responsabilidad del vehículo/barco y/o reconocer el millaje reportado. El vendedor deberá llenar esta sección a fin de proveer al comprador su nombre y dirección, relevar la responsabilidad del vehículo/barco y/o declarar el millaje al comprador.

**NOTA:** Para los co-propietarios unidos por la letra "**Y**" (mostrado en el título con una barra "/") se exige la firma de **CADA** propietario; los co-propietarios unidos por la letra "**O**" exige la firma de por lo menos **UN** propietario. La firma de una compañía o negocio **DEBE** incluir el nombre impreso de la compañía o negocio y la contra-firma de un agente autorizado en el renglón de la firma (ejemplo: *ABC CO, por JOHN SMITH - o bien - JOHN SMITH por ABC CO.*).

## SECCIÓN 5 — PODER LEGAL
Esta sección deberá llenarse cuando se asigna una persona o compañía para actuar como apoderado para firmar papeles y documentos que puedan ser necesarios para asegurar la matrícula de California o para traspasar mi/nuestro interés en el vehículo o barco identificado.

Esta sección de poder legal no puede usarse para la declaración del odómetro.

REG 262 (REV. 10/2011)
OSP 19 147257 VO

SCAN TRANSACTION NUMBER 631173760

## STATE OF FLORIDA
### DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [ ] Title No.: _____ State of Issue: CA

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic? [ ] Yes [✓] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ZFF97CMA4M0261776 | 2021 | Ferrari | 812GTS | CV |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| DRIV INC | | VI/1126275/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1417 W McNab Road | Pompano Beach | FL | 33069 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | | |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| Carrig Motor cars | | |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 2300 N State Road 7 | Lauderdale Lakes | FL | 33313 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5, OR [ ] 6 DIGIT ODOMETER NOW READS [ ] 4 3 4 XX (NO TENTHS) MILES,
DATE READ 10/18/21 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION;
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[ ] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING — ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Anthony Rumeo | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| **Duaa Abu-Ghalia** | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE       COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1.  with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used;

Or

2.  with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3.  with conforming MCO, when the MCO is not available at the time of sale;

Or

4.  with all out-of state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5.  when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE:  This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title.  If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years.  It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (HSMV #04-03)

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: ☐  Title No.: _____  State of Issue: CA

☐ Manufacturer's Statement or Certificate of Origin

Is the title electronic?  ☐ Yes   ☑ No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ZFF97CMA4M0261176 | 2021 | Ferrari | 812GTS | CV |

### REASSIGNMENT INFORMATION

Name of Seller(s)/Agent (Print): Carrio Motor Cars

DL/ID#, DMS ACCT#, FEID#: 

DEALER/AUCTION LICENSE (if applicable): VI-1011314

Street Address: 2300 N State Road 7   City: Lauderdale Lakes   State: FL   Zip: 33313

Selling Price (If Applicable):          Sales Tax Collected (If Applicable):          Sales Tax Reg. No. (If Applicable):

Purchaser and Co-Purchaser's Printed Name(s): Karma Palm Beach          Date of Sale: 11-13-21

Purchaser's Address: 1001 Clint Moore Rd   City: Ste 103 Boca Raton   State: FL   Zip: 33487

Co-Purchaser's Address (If applicable):   City:   State:   Zip:

Auction Name (If applicable):   Auction License Number:   State of License:   Date of Auction:

Street Address:   City:   State:   Zip:

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS, [ ][ ][ ][4][4][1] XX (NO TENTHS) MILES, DATE READ 11 / 13 / 21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Printed Name of seller(s)/Agent: Duaa Abu-Ghalia          Seller(s)/Agent Signature:

Printed Name of Co-seller (If applicable):          Co-Seller Signature (if applicable):

Purchaser(s) Signature:          Co-Purchaser(s) Signature:

Purchaser(s) Printed Name First, Full Middle or Maiden, Last: Alana Bailey          Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last:

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

SCAN TRANSACTION NUMBER    631173763

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1. with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used:

Or

2. with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3. with conforming MCO, when the MCO is not available at the time of sale;

Or

4. with all out-of-state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5. when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE: This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

SCAN TRANSACTION NUMBER    6311773764

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignement is supplement to: [X] Title No.: CA204739286    State of Issue: CA

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic? [ ] Yes    [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ZFF97CMA4M0261176 | 2021 | FERRARI | 812 GTS | CV |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| KARMA PALM BEACH | | VF/1133543/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 103 | BOCA RATON | FL | 33487 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) | |
|---|---|---|---|
| | RESALE | 60-8018195758-0 | |

| Purchaser and Co-Purchaser's Printed Name(s) | | | Date of Sale |
|---|---|---|---|
| AUTO WHOLESALE OF BOCA LLC | | | 11-15-21 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][ ],[4][4][2] XX (NO TENTHS) MILES,
DATE READ 11/15/21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE.
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING -- ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Alena Briley | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
| MICHELE MARTIN | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY. SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

SCAN TRANSACTION NUMBER    6311173765

## WHEN SHOULD THIS FORM BE USED?

FORM HSMV 82994, MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT, MUST BE USED:

1.   with conforming Florida Certificate(s) of Title to make additional dealer reassignments and odometer disclosures when all reassignment and odometer disclosure spaces on the reverse side of the Certificate of Title have been used:

Or

2.   with a non-conforming Certificate(s) of Title to make reassignments and odometer disclosures;

Or

3.   with conforming MCO, when the MCO is not available at the time of sale;

Or

4.   with all out-of-state non-conforming Certificate(s) of Title to make dealer reassignments and odometer disclosures;

Or

5.   when ownership is being transferred on an Electronic Certificate(s) of Title.

NOTE: This form should NOT be used when the owner is transferring ownership on a vehicle that does not have an electronic Certificate of Title. If the Certificate of Title is NOT electronic, the "Transfer of Title By Seller" section must be completed by the seller(s)/agent.

## FILING:

1. The original HSMV 82994 is to be surrendered with the application for title.

2. The copy of the HSMV 82994 is to be retained by the dealer in his/her records for a period of five (5) years. It is recommended that the individual seller(s) retain a copy of this form for their records.

HSMV 82994 (REV. 04/14) S

SCAN TRANSACTION NUMBER  631173766

*title only*
※ *FAST* ※

# FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
### SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☑ ORIGINAL  ☐ TRANSFER  VEHICLE TYPE: ☐ MOTOR VEHICLE  ☐ MOBILE HOME  ☑ VESSEL  OFF-HIGHWAY VEHICLE: ☐ ATV  ☐ ROV  ☐ MC

## 1 OWNER / APPLICANT INFORMATION

Customer Number

Check this box if you are requesting the certificate of title to be printed. ☑

Are you a Florida resident? Owner ☑ yes ☐ no  Co-Owner ☐ yes ☐ no
Are you an alien? Owner ☐ yes ☐ no  Co-Owner ☐ yes ☐ no

Unit Number

Fleet Number

☐ OR  ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person  ☐ Tenancy By the Entirety  ☐ With Rights of Survivorship  ☐ Owner's County of Residence: _____

Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name)
**AUTO WHOLESALE OF BOCA LLC**

Owner's Email Address
MOSHEFARACHE@GMAIL.COM
Date of Birth 030  Sex C  FL Driver License or FEID/Suffix #

Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name)
Co-Owner's/Lessee's Email Address
Date of Birth  Sex  FL Driver License or FEID/Suffix #

Owner's Mailing Address (Mandatory unless a member of the Military)
6560 W ROGERS CIRCLE B27
City BOCA RATON
State FL  Zip 33487

Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military)
City
State  Zip

Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military)
City
State  Zip

Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. ☐
City
State  Zip

Mail To Customer Name (If different From Above Owner)
Mail To Customer's Email Address
Date of Birth  Sex  FL Driver License or FEID/Suffix #

Mail To Customer Address (If different From Above Mailing Address)
City
State  Zip

## 2 MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION

Vehicle/Vessel Identification Number
ZFF97CMA4M0261176
Make/Manufacturer FERRARI  Year 2021  Body CV  Color RED  Florida Title Number CA204739286

Previous State of Issue CA  License Plate or Vessel Registration Number  Weight  Length FT. In.  BHP/CC  GVW/LOC  VAN USE, IF APPLICABLE ☐ PASSENGER  ☐ OTHER

**TYPE**
☐ Open Motorboat  ☐ Houseboat  ☐ Personal Watercraft
☐ Cabin Motorboat  ☐ Pontoon  ☐ Canoe
☐ Auxiliary Sailboat  ☐ Airboat  ☐ Other _____
☐ Inflatable  ☐ Sailboat  Specify

**HULL MATERIAL**
☐ Wood  ☐ Aluminum
☐ Fiberglass  ☐ Steel
☐ Wood/Fiberglass
☐ Other _____ Specify

**PROPULSION**
☐ Outboard  ☐ Sail
☐ Inboard  ☐ Air Propelled
☐ Inboard/Outboard
☐ Other _____ Specify

**FUEL**
☐ Gas
☐ Diesel
☐ Electric
☐ Other _____ Specify

**DRAFT OF VESSEL** (The depth of water a vessel draws)
FT. _____ IN. _____
*For all vessels 26' or more in length and all sailboats

**USE OF VESSEL**
☐ Recreational (Pleasure)  ☐ Commercial Blue Crab  ☐ Commercial Stone Crab  ☐ Government  ☐ Commercial Sponge
☐ Dealer/Manuf.  ☐ Commercial Fish  ☐ Commercial Live Bait  ☐ Commercial Shrimp Recip.  ☐ Commercial Charter  ☐ Commercial Other _____
☐ Exempt  ☐ Hire (Livery)  ☐ Commercial Mackerel  ☐ Commercial Shrimp Non-Recip.  ☐ Commercial Oyster  ☐ Commercial Spiney Lobster

State of Principal Use

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release From Documentation Form; or
☐ Copy of Canceled Documentation Papers

## 3 BRANDS, USAGE AND TYPE (Check Applicable Boxes)

☐ SHORT TERM LEASE  ☐ LONG TERM LEASE  ☐ REBUILT  ☐ POLICE VEHICLE  ☑ PRIVATE USE  ☐ TAXI CAB  ☐ FLOOD  ☐ ILEV  ☐ CUSTOM
☐ ASSEMBLED FROM PARTS  ☐ BONDED TITLE  ☐ KIT CAR  ☐ GLIDER KIT  ☐ MANUF. BUY BACK  ☐ REPLICA  ☐ AUTONOMOUS  ☐ ELECTRIC  ☐ STREET ROD

## 4 LIENHOLDER INFORMATION

CHECK IF ELT CUSTOMER ☐  ☐ FEID #  ☐ DL # and Sex and Date of Birth  ☐ DMV Account #  Date of Lien  Lienholder's Name  *NONE*

Lienholder's Email Address  Lienholder's Address  City  State  Zip

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____
(Does not apply to vessels.) If box is not checked, title will be mailed to the first lienholder.
(Signature of Lienholder's Representative)

## 5 TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☑ SALE  ☐ GIFT  ☐ REPOSSESSION  ☐ COURT ORDER  ☑ OTHER (SPECIFY) DEALER PURCHASE
DATE ACQUIRED 11 , 15 21

## 6 ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☑ 5 OR ☐ 6 DIGIT ODOMETER NOW READS 442  XX (NO TENTHS) MILES, DATE READ 11 , 15 , 2021 AND I/WE HEREBY CERTIFY
THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:
☑ 1. REFLECTS ACTUAL MILEAGE.  ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.  ☐ 3. IS NOT THE ACTUAL MILEAGE.

## 7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

FLORIDA SALES TAX REGISTRATION NUMBER 60-8016020955-0  DATE OF SALE 11-15-21  DEALER LICENSE NUMBER VI/1056558/1  AMOUNT OF TAX 0-RESALE  DEALER / AGENT SIGNATURE

YEAR OF TRADE IN  MAKE OF TRADE IN  TITLE NUMBER OF TRADE IN (IF KNOWN)  VEHICLE IDENTIFICATION NUMBER OF TRADE IN

HSMV 82040 – REV. 11/15  RULE 15C-21.001, FAC  www.flhsmv.gov  1661

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be:  ZFF97CMA4M0261176
(Vehicle Identification Number)

11/15/21
DATE        SIGNATURE        MICHELE MARTIN        PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name  Auto Wholesale of Boca Raton    Badge # or Florida Dealer #  VI/1056558/1        Notary Stamp or Seal

FL DMV/Tax Collector Employee _____    Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____    NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE _____

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL _____
SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE  ☐ TRANSFER BETWEEN A MARRIED COUPLE  ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

11/15/21

SIGNATURE OF APPLICANT (OWNER)        Date        SIGNATURE OF APPLICANT (CO-OWNER)        Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |

The undersigned person(s) state(s) as follows: That _____ died on _____
(Name of Deceased)        (Date)

☐ testate (with a will)        ☐ Intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)        Signature of Spouse, Co-owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 11/15        RULE 15C-21.001, FAC