# PURCHASE AGREEMENT

 K A R M A | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557    FAX 561.998.4703

 K A R M A
BROWARD I PALM BEACH
*Excell* AUTO GROUP

SALES PERSON: SCOTT ZANKL

DATE: 2 / 2 / 2022

BUYER  FRANK EVANS

DRIVER'S LICENSE NO. _____

E-MAIL _____

DATE OF BIRTH _____

ADDRESS 4501 N OCEAN BLVD TH #3

CITY & STATE  BOCA RATON    FL  ZIP  33431

CO-BUYER _____

DRIVER'S LICENSE NO. _____

E-MAIL _____

DATE OF BIRTH _____

ADDRESS _____

CITY & STATE _____   ZIP _____

HOME PHONE _____   BUSINESS PHONE _____   CELL PHONE _____

NEW ☐    YEAR 2021    MAKE FERRARI    MODEL 812 GTS    MILEAGE 612

USED ☒    COLOR RED    TRIM _____    BODY TYPE CONVERTIBLE

☐ ID NO. ZFF97CMA4M0261176

STOCK NO.  0261176

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 221036 | | |
|---|---|---|---|
| YEAR 2017  MAKE FERRARI  .  COLOR RED | | | |
| MODEL F12BERLINETTA  BODY TYPE COUPE | | | |
| I.D. NO. ZFF74UFA7H0221036  MILEAGE 3,813 | | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED  ALLOW AMT. 300,000.00 | | | |
| TRADE-IN DESCRIPTION NO. 2  STOCK NO. | | | |
| YEAR  MAKE  COLOR | | | |
| MODEL  BODY TYPE | | | |
| I.D. NO.  MILEAGE | | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED  ALLOW AMT. | | | |
| TRADE-IN DESCRIPTION NO. 3  STOCK NO. | | | |
| YEAR  MAKE  COLOR | | | |
| MODEL  BODY TYPE | | | |
| I.D. NO.  MILEAGE | | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED  ALLOW AMT. | | | |

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | $ | 705,000.00 |
| TRADE ALLOWANCE | − | 300,000.00 |
| DIFFERENCE | = $ | 405,000.00 |
| SERVICE FEES* | + | 498.00 |
| SUB TOTAL | · | 405,498.00 |
| SALES TAX | + | 24,379.88 |
| ESTIMATED TAG, TITLE & REG | + | 275.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | 60.00 |
| EST. BALANCE ON TRADE | + | N/A |
| TOTAL DELIVERY PRICE | = $ | 430,212.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN-STOCK  ☐ SPECIAL ORDER [BUYER] | − | N/A |
| EXTENDED WARRANTY (taxable) | + | N/A |
| *BALANCE DUE ON DELIVERY | = $ | 430,212.88 |
| AMOUNT FINANCED | = $ | |

LIENHOLDER:  NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and Insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 2 / 2, 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature    02/02/2022    Date

Co-Buyer Signature    Date

Accepted By: _____   Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

352065_

**EXHIBIT**

"F"

IOTA CERTIFIED COPY