**Fill in this information to identify the case:**

Debtor name   **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **22-15627-EPK**

■ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
**Florida Department of Revenue**
**5050 W Tennessee Street**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Total claim **$7,691.19**   Priority amount **$7,691.19**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2**
Priority creditor's name and mailing address
**Internal Revenue Service**
**51 S.W. First Ave.**
**Miami, FL 33130**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Total claim **$1.00**   Priority amount **$1.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor __Auto Wholesale of Boca, LLC__      Case number (if known) __22-15627-EPK__
     Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |

**Internal Revenue Service**
**POB 7346**
**Philadelphia, PA 19101-7346**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 | $1.00 |

**Internal Revenue Service**
**P.O. Box 1302**
**Charlotte, NC 28201-1302**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**40 Financial Services**
**1000 Vereda Del Ciervo Goleta**
**Goleta, CA 93117**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**A Car Leasing LTD Inc.**
**PO Box 9000**
**Lutherville Timonium, MD 21094**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allie Bank**
**4515 N. Santa Fe Ave. Dept APS**
**Oklahoma City, OK 73118**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Debtor    **Auto Wholesale of Boca, LLC**                                          Case number (if known)    **22-15627-EPK**
          Name

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ally Financial**
**PO Box 8110**
**Cockeysville, MD 21030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ally Financial**
**PO Box 8110**
**Cockeysville, MD 21030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Amir Robert Wasiullah**
**5662 NW. 30th Ave.,**
**Boca Raton, FL 33496**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Anthony Linden Burnham**
**24204 Calvery Street**
**Woodland Hills, CA 91367**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |

**Antonio Batista**
**1961 Brandywine Road**
**West Palm Beach, FL 33415**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Apple 3 Investments, Inc.**
**1001 Clint Moore Road, Suite 101**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Arby Lipman, LLC and Arby Lipman**
**c/o C. Cory Mauro, Esq.**
**Mauro Law, P.A.**
**1001 Yamato Road, Suite 401**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor  **Auto Wholesale of Boca, LLC**                                    Case number (if known)    **22-15627-EPK**
  Name

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Augusta Audatte**
**1254 NW. 102nd Way**
**Coral Springs, FL 33071**

�forms ☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Auto Sport Group**
**141 NW 20th St., H-13**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Automotive Service Systems, Inc.**
**6023 Town Colony Dr, Suite 223**
**Boca Raton, FL 33433**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bal Investments**
**1114 Ashton Trace**
**Atlanta, GA 30319**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bassem Boutris Maximos**
**2909 N Island Dr.,**
**Seabrook, TX 77586**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benidt Investments/Slinger, LLC**
**c/o Michael J. Harwin, Esq.,**
**Stearns Miller Weissler Alhadeff**
**200 East Las Olas Boulevard, Suite 2100**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**C & K Auto Import South**
**1210 S. Andrews Ave.,**
**Pompano Beach, FL 33069**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Debtor    **Auto Wholesale of Boca, LLC**                                Case number (if known)    **22-15627-EPK**
_____                    _____
Name

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**Calvin Erbstein**
**4318 El Mar Drive**
**Lauderdale By The Lakes, FL 33308**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Carrio Motorcars**
**2300 North State Rd. 7**
**Fort Lauderdale, FL 33313**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chad Scott Zankin**
**9098 Pintura Way**
**Boca Raton, FL 33496**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chapford Credit Opportunities Fund LP**
**c/o James C. Moon, Esq.**
**3200 Southeast Financial Center**
**200 South Biscayne Boulevard**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chapford Specialty Finance LLC**
**c/o James C. Moon**
**3200 Southeast Financial Center**
**200 South Biscayne Boulevard**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Farache**
**270 S Silver Palm Road**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Notice Only**

**Last 4 digits of account number** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daimler Trust LSR Rico Brothers Inc.**
**4911 Mason St.,**
**South Gate, CA 90280**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor     **Auto Wholesale of Boca, LLC**
           _____
           Name

Case number (if known)    **22-15627-EPK**

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Amsel**
**9712 Palma Vista Way**
**Boca Raton, FL 33428**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dealer Souq USA LLC**
**1001 Clint Moore RD, Suite 101**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derek Clayton Stevens**
**1221 Hillsboro Mile 17 C**
**Hillsboro, FL 33062**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derek Stephens**
**c/o Allison B. Duffie, Esq.**
**Darin Wade Mellinger, Esq.,**
**12020 N. Federal Hwy, Suite 200**
**Boca Raton, FL 33432-2000**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Driv Inc**
**1617 W. McNab Rd.,**
**Pompano Beach, FL 33069**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EAG Wholesale, LLC**
**1001 Clint Moore Rd, Suite 101**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ed Brown**
**152 Bears Club Dr.,**
**Jupiter, FL 33477**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor   **Auto Wholesale of Boca, LLC**                    Case number (if known)   **22-15627-EPK**
         Name

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Brown**
**c/o Eyal Berger, Esq.**
**Akerman LLP**
**201 E Las Olas Blvd Ste 1800**
**Fort Lauderdale, FL 33301**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**EEP Investments LLC**
**c/o David R Softness, Esq.**
**20 one S. Biscayne Blvd., Suite 2740**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elite Motorcars of Miami LLC**
**5700 NW. 27th Ave.,**
**Miami, FL 33142**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elite Motors**
**1887 Whitney Mesa Dr., #4095**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Dore**
**c/o Jack Brennan, Esq.**
**Gray Robinson, P.A.**
**301 East Pine Street, Suite 1400**
**Orlando, FL 32801**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Excell Auto Finance, LLC**
**N/K/A Columbus Day Finance, LLC**
**1699 S Federal Highway, Suite 300**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor    **Auto Wholesale of Boca, LLC**                                   Case number (if known)    **22-15627-EPK**
_____Name_____

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Excell Auto Group, Inc.**
**c/o Nicole Testa Mehdipour, Trustee**
**Law Office of Nicole Testa Mehdipour, PA**
**6278 North Federal Highway, Suite 408**
**Fort Lauderdale, FL 33308**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Excell Auto Sport and Service, Inc.**
**5471 N. Dixie Hwy, Suite 5**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Express Emergency Services Inc**
**5050 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,059.87** |
|---|---|---|---|

**Farache Enterprises Inc**
**6560 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Arthur Evans III**
**c/o Howard Poznanski, Esq.**
**PO Box 970094**
**Coconut, FL 33097**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Arthur Evans III**
**4501 N Ocean Blvd, TH #3**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Arthur Evans III**
**1800 Northwest Corporate Blvd., #310**
**Boca Raton, FL 33431**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | Auto Wholesale of Boca, LLC | | Case number (if known) | 22-15627-EPK |
|---|---|---|---|---|
| | Name | | | |

**3.45**

**Nonpriority creditor's name and mailing address**

**Franklin Capital**
**c/o Schraiberg Page, PA**
**Schraiberg Page, Suite 300**
**Boca Raton, FL 33431**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Franklin Capital Group, LLC**
**One Market Square Center**
**151 N. Delaware Street, Suite 1510**
**Indianapolis, IN 46204**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Franklin Capital Management, LLC**
**P.O. Box 7642**
**Jupiter, FL 33468-7642**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Frederick Hall**
**c/o Richard Corey, Esq.**
**The Law Offices of Richard Corey, PLLC**
**915 Middle Rover Drive, Suite 414**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.49**

**Nonpriority creditor's name and mailing address**

**FVP Investments, LLC**
**1201 Broadway, FL 7**
**New York, NY 10001-5656**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.50**

**Nonpriority creditor's name and mailing address**

**FVP Opportunity Fund III, LP**
**325 Hudson Street, 4th Floor**
**New York, NY 10013**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.51**

**Nonpriority creditor's name and mailing address**

**FVP Servicing, LLC**
**777 Third Avenue, 17th Floor**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

| Debtor | Auto Wholesale of Boca, LLC | Case number (if known) | 22-15627-EPK |
|---|---|---|---|
| | Name | | |

**3.52**

**Nonpriority creditor's name and mailing address**

**Genco Auto Sales**
**7436 NW. 55th St.,**
**Miami, FL 33166**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Graves Directional Drilling Inc.**
**7670 Circle Dr.,**
**Young Harris, GA 30582**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Gustavo Henrique Sampson Couto**
**22312 Whistling Pines Ln.,**
**Boca Raton, FL 33428**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Hi Bar Capital, LLC**
**c/o Mark J. Wolfson, Esq.**
**Foley & Larder, LLP**
**100 North Tampa Street, Suite 2700**
**Tampa, FL 33602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**Hitfigure, LLC dba iLusso (Hitfigure)**
**2115 Harbor Blvd.,**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Israel Hechter**
**16699 Collins Ave., Apt. 2303**
**Sunny Isles, FL 33160**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Jay L Farrow, Esq.**
**Farrow Law, P.A.**
**4801 S University Dr Ste 260**
**Davie, FL 33328**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No  ■ Yes

**Unknown**

---

Debtor    **Auto Wholesale of Boca, LLC**                                  Case number (if known)    **22-15627-EPK**
_____Name_____

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karma of Broward, Inc.**
**1717 SE 17th St**
**Fort Lauderdale, FL 33316**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karma of Palm Beach, Inc.**
**1001 Clint Moore Rd, Suite 101**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kimberly Siobhan Edwards and**
**Gregory di Maria**
**9938 Equys Circle**
**Boynton Beach, FL 33472**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kristen Zankl**
**16937 Pierre Circle**
**Delray Beach, FL 33433**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,000.00** |
|---|---|---|---|

**Kukin Forehand Brandes LLP**
**18851 NE 29th Ave Suite 303**
**Aventura, FL 33180**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**KZ Consultants, Inc.**
**16937 Pierre Cir**
**Delray Beach, FL 33446**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lavish Hero Fund, Inc.**
**1001 Clint Moore Road**
**Boca Raton, FL 33487**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Auto Wholesale of Boca, LLC**                   Case number (if known)   **22-15627-EPK**
        Name

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Leslie Ramsammy Jr**
**8 Jareds Path**
**Brookhaven, NY 11719**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Lisa Farache**
**270 S Silver Palm Road**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Luxury Lease Company**
**c/o Mark Brandes, Esq.**
**Kukin Forehand Brandes LLP**
**18851 NE 29th Avenue, Suite 303**
**Aventura, FL 33180**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Luxury Lease Partners LLC**
**c/o Chris Moscatello**
**210 Summit Ave, Suite C4**
**Montvale, NJ 07645**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,289,168.77**

**M & M Development Consultants LLC**
**6560 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$77,838.87**

**Mazel Tov Inc**
**6560 W Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Michael Halperin**
**c/o Phillip Landau, Esq.**
**3010**
**N Military Trail, Suite 318**
**Boca Raton, FL 33432**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☑ Yes

---

| Debtor | Auto Wholesale of Boca, LLC | Case number (if known) | 22-15627-EPK |
|---|---|---|---|
| | Name | | |

**3.73** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Milko Atwater**
**c/o D Brett Marks, Esq.**
**201 E. Las Olas Blvd., Suite 1800**
**Fort Lauderdale, FL 33301**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Miss Kriss, LLC**
**7349 Serrano Terrance**
**Delray Beach, FL 33446**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | **$3,321,772.46**

**Moshe Farache**
**270 S Silver Palm Road**
**Boca Raton, FL 33432**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | **$3,500.00**

**NY Restoration & Remodeling**
**1501 NW 22nd Ct #21-22**
**Pompano Beach, FL 33069**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Omar Peru**
**6178 NW. 31st Ave.,**
**Boca Raton, FL 33496**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Osvaldo Marin Delgado & Nicole Ramir**
**220 Cypress Bayou Lane**
**Kenner, LA 70065**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **Unknown**

**Phil Gorey**
**195 W. Alexander Palm Rd.,**
**Boca Raton, FL 33432**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor  **Auto Wholesale of Boca, LLC**  Case number (if known) **22-15627-EPK**
_____Name_____

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Porsche Financial Services, Inc.**
**One Porsche Drive**
**Atlanta, GA 30354**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Premier Financial Services LLC**
**47 Sherman Hill Rd.,**
**Woodbury, CT 06798**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Presidential Leasing Inc.**
**3201 S. Federal Highway**
**Delray Beach, FL 33483**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Prestige Luxury Cars LLC**
**70 SE. 4th Ave.,**
**Delray Beach, FL 33483**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Richard Applegate**
**c/o Jordan L Rappaport, Esq.**
**Squires Building**
**1300 N. Federal Highway, Suite 203**
**Boca Raton, FL 33432**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Richard Scott Greenberg**
**7120 Lionshead Ln.,**
**Boca Raton, FL 33496**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Road Rich Motors**
**770 W 17th St, Unit 3**
**Costa Mesa, CA 92626**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor  **Auto Wholesale of Boca, LLC**
　　　　　Name

Case number (if known)   **22-15627-EPK**

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Robert O'Connell, Jr.**
**1160 SW. 20th Ave**
**Boca Raton, FL 33486**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Roman Temkin & Natalia Vlasova**
**16901 Collins Ave., Apt. 4601**
**Sunny Isles Beach, FL 33160**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Royal Premium Budget Inc**
**8501 Wade Blvd, Suite 620**
**Frisco, TX 75034**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Samuel Stephen Pany**
**1251 SW. 17th St.,**
**Boca Raton, FL 33486**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Santander Bank**
**101N Melville**
**Melville, NY 11747**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Savannah Row A.k.a. Steven Gelb**
**30 S. E. 15th Ave.,**
**Boca Raton, FL 33432**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**SC&J II, LLC**
**6560 West Rogers Circle, Suite B27**
**Boca Raton, FL 33487**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

Debtor    **Auto Wholesale of Boca, LLC**                                    Case number (if known)    **22-15627-EPK**
_____
Name

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Scott Zankl**
**16937 Pierre Circle**
**Delray Beach, FL 33433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Shrayber Land**
**15700 Dallas Parkway, Suite 11**
**Dallas, TX 75248**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Stephane Wmile Charles Haddad**
**480 N. E. 31st St., PH 5402**
**Miami, FL 33137**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Stephen Graves**
**7670 Circle Dr.,**
**Young Harris, GA 30582**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Stephen Mark Stoliker Jr.**
**21849 Cypress Palm Court**
**Boca Raton, FL 33428**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Stratford Specialty Finance LLC**
**c/o James C Moon, Esq.**
**200 South Biscayne Blvd. Suite 3200**
**Miami, FL 33131**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tavere St Michael Johnson**
**10940 Moore Dr.,**
**Parkland, FL 33076**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| Debtor | **Auto Wholesale of Boca, LLC** | Case number (if known) | **22-15627-EPK** |
|---|---|---|---|
| | Name | | |

---

**3.101** | **Nonpriority creditor's name and mailing address**

**U.S. Bank National Association**
**425 Walnut Street**
**Cincinnati, OH 45202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.102** | **Nonpriority creditor's name and mailing address**

**Wells Fargo**
**PO Box 9000**
**Lutherville Timonium, MD 21094**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.103** | **Nonpriority creditor's name and mailing address**

**William John MacFarlane**
**6780 NW. 81st Terrace**
**Parkland, FL 33067**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.104** | **Nonpriority creditor's name and mailing address**

**William Perry Dilley II, Esq.**
**Dilley Trial Law, PLLC**
**401 E Las Olas Blvd Ste 1400**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.105** | **Nonpriority creditor's name and mailing address**

**Woodside Credit, LLC**
**895 Dove St, Suite 100**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.106** | **Nonpriority creditor's name and mailing address**

**World Imports USA Inc.**
**11650 Beach Blvd.,**
**Jacksonville, FL 32246**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

**3.107** | **Nonpriority creditor's name and mailing address**

**Zachary Scott Nelson**
**19542 Estuary Dr.,**
**Boca Raton, FL 33498**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

**Unknown**

---

Debtor **Auto Wholesale of Boca, LLC**  
Name

Case number (if known) **22-15627-EPK**

| 3.108 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Zhao Min Duan**  
**18558 Gale Ave., #338**  
**Rowland Heights, CA 91748**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

■ Contingent

■ Unliquidated

■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ■ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 7,694.19 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,725,839.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,733,534.16 |