UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

In re:                                                              Case No. 9:22-bk-15627
                                                                    Chapter 11

AUTO WHOLESALE OF BOCA, LLC

     Debtor.

_____/

## NOTICE OF APPEARANCE

     Please take notice that C. CORY MAURO AND MAURO LAW P.A. hereby enter a Notice

of Appearance as Counsel for DEREK STEPHENS, in the above-styled action and request that

they receive copies of all pleadings, motions, schedules and notices filed or served in this matter.

## ATTORNEY CERTIFICATION

     I hereby certify that I am admitted to the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice

in this Court set forth in Local Rule 2090-1(A).

     Respectfully submitted.


     **MAURO LAW P.A.**
     /s/  C. Cory Mauro
     C. Cory Mauro
     Florida Bar No.:  384739
     Evan D. Appell
     Florida Bar No.:  58146
     1001 Yamato Road, Suite 401
     Boca Raton, FL 33431
     Telephone: (561) 202-1992
     cory@maurolawfirm.com
     service@maurolawfirm.com
     evan@maurolawfirm.com
     *Counsel for Derek Stephens*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed with the Court by using the

Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties

registered to receive electronic notices of filing in this case on August 10, 2022.

**MAURO LAW P.A.**

By: */s/ C. Cory Mauro*
        C. Cory Mauro

Mauro Law | 1001 Yamato Road, Suite 401 | Boca Raton, Florida 33431 | 561.202.1992 | www.MauroLawFirm.com