**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                    CASE NO.: 22-15627 EPK
                                                                              Chapter 11

AUTO WHOLESALE OF BOCA, LLC

      Debtor.

_____/

## NOTICE OF FILING

GRAVES DIRECTIONAL DRILLING INC. a/k/a GRAVES DIRECTIONAL INC. by

and through its undersigned attorney, files this:

1.  Affidavit of Steven Graves – in support of Motion to Compel (ECF #47)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 11th day of August 2022.

KELLEY, FULTON, KAPLAN & ELLER, P.L.
Attorneys for Creditor
1665 Palm Beach Lakes Boulevard
The Forum- Suite 1000
West Palm Beach, Florida  33401
Telephone: (561) 491-1200
Facsimile: (561) 684-3773

By:  /s/ Craig Eller
Craig Eller, Esq.
Florida Bar No.: 767816

Mailing Information for Case 22-15627-EPK

**Electronic Mail Notice List**

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

- **John M Brennan**     jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**     jb@richardbaronlaw.com
- **Heidi A Feinman**     Heidi.A.Feinman@usdoj.gov
- **Linda Marie Leali**     trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- **James B Miller**     bkcmiami@gmail.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **David R. Softness**     david@softnesslaw.com
- **Harry Winderman**     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Mark J Wolfson**     mwolfson@foley.com, crowell@foley.com

**Manual Notice List**

The following is the list of **<u>parties</u>** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). (none listed)