**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                    CASE NO.: 22-15627 EPK
                                          Chapter 11

AUTO WHOLESALE OF BOCA, LLC

        Debtor.

_____/

## <u>AFFIDAVIT OF STEVEN GRAVES</u>

STATE OF GEORGIA

COUNTY OF TOWNS

BEFORE ME, this day personally appeared, STEVEN GRAVES, who was duly sworn or affirmed before me, and who deposes and say the following information is true and correct:

1.     I am over the age of 18, and sui juris, and have knowledge of the facts contained in this affidavit.

2.     I am the president of Graves Directional Drilling, Inc. a/k/a Graves Directional, Inc. ("Graves").

3.     In February 2022, I located a 2012 Lamborghini Aventador VIN ZHWUC1ZD2CLA00244 (the "Lamborghini") being advertised on the Dupont Registry website by Karma of Broward, Inc.

4.     During the week of March 7, 2022, I proceeding to contact Karma of Broward and was connected with Jonathan Martin, a salesperson with Karma of Broward, Inc.  Mr. Martin sent me pictures of the Lamborghini and I sent him pictures of the McLaren. We traded various pieces of information concerning each vehicle.  I was advised by Mr. Martin that the Lamborghini was for sale and after some discussions we agreed upon a transaction which involved the payment of $139,498.00 and the trade in of my 2015 McLaren 650S Spider VIN

1

SBM11FAA4FW003654 which was allowed a trade-in value of $145,000.00 for a total selling price of $284,000.00.  A true and correct copy of the Purchase Agreement is attached hereto as Exhibit "A".

5.    Thus, on March 17, 2022, I purchased from Karma of Broward, Inc. the Lamborghini.   I paid the sum of $139,498.00 via wire transfer on March 17, 2022.  A true and correct copy of the wire transfer confirmation is attached hereto as Exhibit "B".   I have confirmed that these funds were deposited in the bank account of Karma of Broward, Inc. Attached hereto as Exhibit "C" is a true and correct copy of a redacted bank statement of I obtained via subpoena showing the receipt of my payment pursuant to the Purchase Agreement.

6.    On March 24, 2022, Graves delivered to representatives of Karma of Broward, Inc. the McLaren and the paper title to the McLaren. The Lamborghini was delivered to Graves in Young Harris, Georgia by Karma of Broward, Inc. on April 1, 2022.

7.    Graves currently has possession of the Lamborghini.

8.    Thus, on March 17, 2022, Graves purchased the Lamborghini from Karma of Broward, Inc.  Karma of Broward, Inc. was a Florida licensed dealer (License No. 1136529-1) and Graves was a general purchaser in good faith without any knowledge of any claims against the Lamborghini.

9.    Graves never received the paper title to the Lamborghini as promised, so I called Karma of Broward, Inc. and was eventually advised that title to the Lamborghini was tied up in a bankruptcy.  I later learned that Auto Wholesale of Boca, LLC had title to the Lamborghini.

AFFIANT FUTHER SAYETH NAUGHT

2

STEVEN GRAVES

STATE OF GEORGIA

COUNTY OF TOWNS

SWORN TO (OR AFFIRMED) and subscribed before me by means of [ ]physical presence or [ ] online notarization this __11th__ day of August, 2022 by STEVEN GRAVES, to me known to be the person described herein or produced ___drives license___ as identification.

My commission expires: March 23, 2026        _____
                                              NOTARY PUBLIC
                                              STATE OF GEORGIA

BRANDON N SHEFLIN
NOTARY
EXPIRES
GEORGIA
MAR 23, 2026
PUBLIC
UNION COUNTY

3