UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                          CASE NO.: 22-15627 EPK
                                                Chapter 11
AUTO WHOLESALE OF BOCA, LLC

        Debtor.

_____/

## AFFIDAVIT OF STEVEN GRAVES

STATE OF GEORGIA

COUNTY OF TOWNS

        BEFORE ME, this day personally appeared, STEVEN GRAVES, who was duly sworn or affirmed before me, and who deposes and say the following information is true and correct:

        1.      I am over the age of 18, and sui juris, and have knowledge of the facts contained in this affidavit.

        2.      I am the president of Graves Directional Drilling, Inc. a/k/a Graves Directional, Inc. ("Graves").

        3.      In February 2022, I located a 2012 Lamborghini Aventador VIN ZHWUC1ZD2CLA00244 (the "Lamborghini") being advertised on the Dupont Registry website by Karma of Broward, Inc.

        4.      During the week of March 7, 2022, I proceeding to contact Karma of Broward and was connected with Jonathan Martin, a salesperson with Karma of Broward, Inc. Mr. Martin sent me pictures of the Lamborghini and I sent him pictures of the McLaren. We traded various pieces of information concerning each vehicle. I was advised by Mr. Martin that the Lamborghini was for sale and after some discussions we agreed upon a transaction which involved the payment of $139,498.00 and the trade in of my 2015 McLaren 650S Spider VIN

1

SBM11FAA4FW003654 which was allowed a trade-in value of $145,000.00 for a total selling price of $284,000.00. A true and correct copy of the Purchase Agreement is attached hereto as Exhibit "A".

5. Thus, on March 17, 2022, I purchased from Karma of Broward, Inc. the Lamborghini. I paid the sum of $139,498.00 via wire transfer on March 17, 2022. A true and correct copy of the wire transfer confirmation is attached hereto as Exhibit "B". I have confirmed that these funds were deposited in the bank account of Karma of Broward, Inc. Attached hereto as Exhibit "C" is a true and correct copy of a redacted bank statement of I obtained via subpoena showing the receipt of my payment pursuant to the Purchase Agreement.

6. On March 24, 2022, Graves delivered to representatives of Karma of Broward, Inc. the McLaren and the paper title to the McLaren. The Lamborghini was delivered to Graves in Young Harris, Georgia by Karma of Broward, Inc. on April 1, 2022.

7. Graves currently has possession of the Lamborghini.

8. Thus, on March 17, 2022, Graves purchased the Lamborghini from Karma of Broward, Inc. Karma of Broward, Inc. was a Florida licensed dealer (License No. 1136529-1) and Graves was a general purchaser in good faith without any knowledge of any claims against the Lamborghini.

9. Graves never received the paper title to the Lamborghini as promised, so I called Karma of Broward, Inc. and was eventually advised that title to the Lamborghini was tied up in a bankruptcy. I later learned that Auto Wholesale of Boca, LLC had title to the Lamborghini.

AFFIANT FUTHER SAYETH NAUGHT

STEVEN GRAVES

STATE OF GEORGIA

COUNTY OF TOWNS

SWORN TO (OR AFFIRMED) and subscribed before me by means of [ ]physical presence or [ ] online notarization this __11th__ day of August, 2022 by STEVEN GRAVES, to me known to be the person described herein or produced ___drivers license___ as identification.

My commission expires: March 23, 2026      _____

NOTARY PUBLIC
STATE OF GEORGIA

3

3:57 ◄ Phone ••ıl LTE ☐

**Done**    **3 of 3**    🔍



# PURCHASE AGREEMENT

**◉ KARMA | BROWARD**
1717 SE 17TH ST. FORT LAUDERDALE, FL 33316
OFFICE 954.900.1025  FAX 954.900.1753

**KARMA**
BROWARD | PALM BEACH
— EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN    DATE: 3 / 17 / 2022

BUYER GRAVES DIRECTIONAL INC    DRIVER'S LICENSE NO. _____
E-MAIL _____    DATE OF BIRTH _____
ADDRESS 7670 CIRCLE DR    CITY & STATE YOUNG HARRIS   GA   ZIP 30582
CO-BUYER _____    DRIVER'S LICENSE NO. _____
E-MAIL _____    DATE OF BIRTH _____
ADDRESS _____    CITY & STATE _____   ZIP _____
HOME PHONE (706)897-0374   BUSINESS PHONE _____   CELL PHONE _____

NEW ☐   YEAR 2012   MAKE LAMBORGHINI   MODEL AVENTADOR   MILEAGE 12,213
USED ☒   COLOR WHITE   TRIM _____   BODY TYPE 2DR CPE
☐ ID NO. ZHWUC1ZD2CLA00244    STOCK NO. LA00244

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 003654 | | |
|---|---|---|---|
| YEAR 2015 MAKE MCLAREN | COLOR GREY | | |
| MODEL 650S | BODY TYPE 2DR CONV SPIDER | | |
| I.D. NO. SBM11FAA4FW003654 | MILEAGE 24,950 | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | ALLOW AMT. 145,000.00 | | |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | |
| YEAR MAKE | COLOR | | |
| MODEL | BODY TYPE | | |
| I.D. NO. | MILEAGE | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | ALLOW AMT. | | |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | |
| YEAR MAKE | COLOR | | |
| MODEL | BODY TYPE | | |
| I.D. NO. | MILEAGE | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | ALLOW AMT. | | |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | | $ | 284,000 00 |
| TRADE ALLOWANCE | – | | 145,000 00 |
| DIFFERENCE | = | $ | 139,000 00 |
| SERVICE FEES* | + | | 498 00 |
| SUB TOTAL | * | | 139,498 00 |
| SALES TAX | + | | N/A |
| ESTIMATED TAG, TITLE & REG | + | | N/A |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | | N/A |
| EST. BALANCE ON TRADE | + | | N/A |
| TOTAL DELIVERY PRICE | = | $ | 139,498 00 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | – | | N/A |
| EXTENDED WARRANTY (taxable) | + | | N/A |
| *BALANCE DUE ON DELIVERY | = | $ | |
| AMOUNT FINANCED | = | $ | 139,498 00 |

LIENHOLDER: NONE

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA BROWARD
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 17 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

03/17/2022
Buyer Signature                Date

Accepted By: _____
                Dealer Representative

Co-Buyer Signature            Date

Please read additional terms and conditions on reverse side, before signing.    353567_07/23/21 MMP

## 082907273  BANK OZK
### Outgoing Wire Detail

#### General Information

| | |
|---|---|
| Wire Number | 568954 |
| Type of Wire | New Domestic |
| Originating Branch | Internet Banking TMS Customer 9997 |
| Source | WIRE MANAGER |
| External Reference | 5484530a37 |
| Wire Status | Complete |
| OFAC Status | OFAC Passed |
| Fraud Analysis | Scan Results: Passed |
| | Analysis Decision: |
| | Final Decision: |

#### Core Information

| | |
|---|---|
| Debit Account | Checking 9041773 |
| Fee Account | Checking 9041773 |
| Credit Account | Federal Reserve GL 1005079997 |
| Debit Tran Code | 41 |
| Statement Description | Wire Out 568954 EXCELL AUTO GROUP, INC |
| Reference Number | 92769023 |
| Override Flag | No |
| Wire Amount / Currency | $139,498.00 USD |
| Wire Fee | $0.00 Analysis Fee |

#### Audit Trail

| | |
|---|---|
| Entered | 03/17/2022 02:35 PM by System |
| | PHOEBE DYE |
| Verified | 03/17/2022 02:44 PM by Evan Nelson |
| | NCBR |
| Posted | 03/17/2022 02:52 PM by Kyra Bryson |
| Posted | 03/17/2022 02:52 PM by System |
| Forwarded to Fed | 03/17/2022 02:52 PM by System |
| Completed | 03/17/2022 02:53 PM by System |

#### Basic Settlement Information

| | |
|---|---|
| Effective Date | 03/17/2022 |
| Sending FI | 082907273 BANK OZK |
| Receiving FI | 021000021 JPMCHASE |
| Fedwire Type | CTR 1000 |
| IMAD | 20220317GMQFMP01022117 |
| OMAD | 20220317B1QGC01R07471803171553FT 01 |

#### Originator Instructions

| | |
|---|---|
| Originating FI | Bank OZK<br>F 082907273<br>18000 Cantrell Road<br>Little Rock AR 72223 |
| Originator | GRAVES DIRECTIONAL DRILLING INC<br>D 9041773<br>7670 CIRCLE DR<br>YOUNG HARRIS GA 30582 |

#### Beneficiary Instructions

| | |
|---|---|
| Beneficiary FI | JPMORGAN CHASE BANK, NA<br>F 021000021<br>240 E PALMETTO PARK RD<br>BOCA RATON, FL 33432 |
| Beneficiary | EXCELL AUTO GROUP, INC<br>D 705157995<br>1001 CLINT MOORE RD<br>STE 101<br>BOCA RATON, FL 33487 |
| Originator To Beneficiary | 2012 LAMBORGHINI AVENTADOR<br>ZHWUC1ZD2CLA00244 |

1



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2022 through March 31, 2022
Account Number: **7995**



00000821 DRE 021 252 09522 NNNNNNNNNNN T  1 000000000 Z9 0000
KARMA OF BROWARD, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487-2830

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected:

- **Non-Chase ATM transactions fee\* (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers)**: This fee will increase from S2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking$^{SM}$ accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking$^{SM}$ accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures**, or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

*\* Fees from the ATM owner/networks may still apply.*

## CHECKING SUMMARY — Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 7 | 846,311.88 |
| Electronic Withdrawals | 6 | -846,311.88 |
| **Ending Balance** | **13** | **$0.00** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

**SB1329679-F2**

5304

CHASE ○

March 01, 2022 through March 31, 2022

Account Number:          **7995**

## DEPOSITS AND ADDITIONS

| | | |
|---|---|---|
| 03/17 | Fedwire Credit Via: Bank Ozk/082907273 B/O: Graves Directional Drilling Inc Young Harris GA 30582 Ref: Chase Nyc/Ctr/Bnf=Karma of Broward, Inc. Boca Raton FL 33487-2830 US/A C-000000007051 Rfb=O/B Bank Ozk Obi =2012 Lamborghini Aventador Zhwuc1Z D 2Cla00244 Imad: 0317Gmqfmp01022117 Trn: 0747180076Ff | 139,498.00 |

SB1329679-F2                5305



March 01, 2022 through March 31, 2022

Account Number:                              **7995**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A.  Member FDIC

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 3 of 4

**SB1329679-F2**                                                                 **5306**

**CHASE** ⬡

March 01, 2022 through March 31, 2022

Account Number: **7995**

This Page Intentionally Left Blank

Page 4 of 4

**SB1329679-F2**

**5307**