# EXHIBIT A

IN THE CIRCUIT COURT OF THE
15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO. 50-2022-CA-003759-XXXX
DIVISION AI

ARBY LIPMAN, LLC, and
ARBY LIPMAN, individually,

     Plaintiffs,

v.

AUTO WHOLESALE OF BOCA, LLC,
and MOSHE FARACHE, individually,

     Defendants.

_____/

## DECLARATION OF ARBY LIPMAN

1.     My name is Arby Lipman.

2.     I am over the age of 18, and I make this declaration based on personal knowledge.

3.     The statements made in this declaration are true and correct.

4.     I am the sole member of Arby Lipman, LLC.

5.     In March 2022, a sales person of Karma of Palm Beach, Inc. ("Karma") contacted me about my potential interest in a 2020 Black 812 Superfast Ferrari, VIN ZFF83CLA1L0254693, (the "Vehicle").

6.     I was interested in the Vehicle because of its unique qualities including very low mileage and the upgraded options such as 7-speed F1 dual clutch transmission, custom stitching on the headrests, matte blank paint job, matte black forged racing wheels, ceramic tailpipe tips, and carbon fiber driver

1

zone+LEDS. The Vehicle had no liens, the factory warranty was intact, there was no accident history and the Vehicle was otherwise in excellent condition based on the description on Karma's website.

7.     After discussions with a sales representative from Karma, on March 18, 2022, I entered into an agreement with Karma for the sale and purchase of the Vehicle (the "Agreement"). A true and correct copy of the Agreement is attached as Exhibit 1.

8.     Upon execution of the Agreement, I wired the total purchase price to Karma in the amount of $448,000.00 (the "Funds"). See Exhibit 2 attached.

9.     Karma delivered the Vehicle to me which I drove my home in Fort Myers, Florida upon receipt of the Funds.

10.    Title to the Vehicle transferred to me after the purchase of the Vehicle. See Exhibit 3 attached.

11.    Days later, Karma sent a driver to my home in Fort Myers to transport the Vehicle to Ferrari of Fort Lauderdale for routine maintenance and repair services.

12.    Karma told me that it would deliver the Vehicle back to me in Fort Myers once the maintenance and repairs were completed.

13.    During the purported repair and maintenance work, I contacted the service department of Ferrari of Fort Lauderdale to inquire about the status of the Vehicle. They told me someone already picked up the Vehicle.

14.    I called Karma regarding the whereabouts of the Vehicle, but no one would return my calls.

15. I later learned that a representative of Moshe Farache and AWB took the Vehicle from the service center.

16. I have not seen the Vehicle since Karma transported it to Ferrari of Fort Lauderdale.

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.

_____
ARBY LIPMAN

3

# EXHIBIT 1

# PURCHASE AGREEMENT

 **PALM BEACH**


BROWARD I PALM BEACH
EXCELL AUTO GROUP

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557   **FAX** 561.998.4703

SALES PERSON: OLEG KOUZNETSOV                  DATE: 3 / 18 / 2022

| | |
|---|---|
| BUYER ARBY LIPMAN LLC | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS 124 W PINE ST | CITY & STATE MISSOULA   MT ZIP 59082 |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE   ZIP |

HOME PHONE___ BUSINESS PHONE ___ CELL PHONE (239)229-1519

NEW ☐   YEAR 2020   MAKE FERRARI   MODEL 812 SUPERFAST   MILEAGE 1,315

USED ☐ XX   COLOR BLACK   TRIM ___   BODY TYPE COUPE

☐   ID NO. ZFF83CLA1L0254693   STOCK NO. 0254693

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. |
|---|---|
| YEAR        MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D. NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |
| **TRADE-IN DESCRIPTION NO. 2** | STOCK NO. |
| YEAR        MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D. NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |
| **TRADE-IN DESCRIPTION NO. 3** | STOCK NO. |
| YEAR        MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 447,502.00 |
| TRADE ALLOWANCE − | | N/A |
| DIFFERENCE = | $ | 447,502.00 |
| SERVICE FEES* + | | 498.00 |
| SUB TOTAL * | | 448,000.00 |
| SALES TAX + | | N/A |
| ESTIMATED TAG, TITLE & REG + | | N/A |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | N/A |
| EST. BALANCE ON TRADE + | | N/A |
| TOTAL DELIVERY PRICE = | $ | 448,000.00 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] − | | N/A |
| EXTENDED WARRANTY (taxable) + | | N/A |
| *BALANCE DUE ON DELIVERY = | $ | 448,000.00 |
| AMOUNT FINANCED = | $ | |

LIENHOLDER: NONE

**\*Service Fee:** This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.   [BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3/ 18 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____   Date 03/18/2022

Co-Buyer Signature _____   Date

Accepted By: _____   Dealer Representative

Please read additional terms and conditions on reverse side, before signing.                  352065_07/07/21 MMP

# EXHIBIT 2

11:07

◄ Search

# Transaction Details

## -$448,000.00

WIRE REF# 20220318-00020760 OUTGOING
WIRE TRANSFER

| | |
|---|---|
| Transaction Date | 03/18/2022 |
| Posted Date | 03/18/2022 |
| Transaction Type | Transfer |
| Reference Number | 1405011067 |

**Attach Receipt**

# EXHIBIT 3

**1 Result Found** for vehicles with VIN# **ZFF83CLA1L0254693** in the United States.:

**2020 FERRARI 812 SUPERFAST (Montana, Florida)**

**2020 FERRARI** -Series: **BASE** -Model: **812 SUPERFAST**
VIN: **ZFF83CLA1L0254693**
Body Style: **COUPE** -Vehicle Type: **Passenger Car**
Weight: **3473 lbs** -Length: **183.35"**
Color: **Black**

Most Current Tag #: **FL DDH8316** Valid from: **(03/18/2022 to 03/18/2023)**

Doors: **2**
MSRP: **$335,000**
Plant: **MARANELLO, ITALY**
Restraint Type: **DRIVER AND FRONT PASSENGER FRONT AND SIDE AIRBAGS WITH PASSENGER SENSING DEACTIVATION, AND FRONT SIDE CURTAIN AIRBAGS.**
Height: **50.24**
Width: **83.5**
Wheel Base: **107.1**
Wheel Dimensions: **20.0 X 10.0**
Drive Type: **RWD**
Fuel:**GAS 24.3 Gallon**
Engine:**6.5L V12 NATURALLY ASPIRATED**
Transmission: **7 Speed AUTOMATIC**



**Most CurrentOwner/Registrant/Lien Information- 03/18/2022 to 03/18/2023**

| **Title Holders** | **Registrant** |
|---|---|
| **ARBY MACKENZIE LIPMAN** | **ARBY MACKENZIE LIPMAN** |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | Registered: **03/18/2022 to 03/18/2023** |
| Title Number: **0138228520**  State Titled In: **FL** | **Addresses Registered to While owned by ARBY MACKENZIE LIPMAN** ▓▓▓▓▓▓▓▓▓▓▓ |
| **Lien Holders** **None Found** | **Vehicle Tag History** License Plate: **FL DDH8316** Valid from: **(03/18/2022 to 03/18/2023)** |
| **Lessors** **None Found** | |

