# EXHIBIT B

IN THE CIRCUIT COURT OF THE
15th JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO.

ARBY LIPMAN, LLC,
and ARBY LIPMAN, individually

      Plaintiffs,

v.

AUTO WHOLESALE OF BOCA, LLC,
and MOSHE FARACHE, individually,

      Defendants.

_____/

## COMPLAINT

Plaintiffs, Arby Lipman LLC and Arby Lipman, individually, (collectively with Arby Lipman, LLC, "Lipman"), sue Defendants, Auto Wholesale of Boca, LLC ("AWB"), and Moshe Farache ("Farache"), as follows:

### JURISDICTION, PARTIES AND VENUE

1.   This is an action for damages exceeding the jurisdictional minimum, exclusive of interest, costs, and attorneys' fees, and injunctive relief concerning possession of one of a kind exotic motor vehicle valued in excess of $400,000.

2.   Arby Lipman, LLC is a Montana limited liability company with its principal place of business in Montana.

3.   Arby Lipman is *sui juris* and a resident of Lee County, Florida.

4.   Farache is *sui juris* and a resident of Palm Beach County, Florida.

MAURO LAW | 1001 YAMATO ROAD, SUITE 401 | BOCA RATON, FLORIDA 33431 | 561.202.1992 | WWW.MAUROLAWFIRM.COM

5. AWB is a Florida limited liability company with its principal place of business in Boca Raton, Florida in Palm Beach County.

6. This Court has jurisdiction pursuant to Section 48.193, Florida Statutes, including subject matter jurisdiction concerning the causes of action alleged herein and personal jurisdiction over AWB and Farache.

7. Venue is proper in this Court pursuant to Florida Statutes, Chapter 47, because the causes of action alleged herein accrued in Palm Beach County, Florida.

## GENERAL ALLEGATIONS

8. In March 2022, Lipman contacted Karma of Palm Beach, Inc. ("Karma") to inquire about a 2020 Black 812 Superfast Ferrari, VIN ZFF83CLA1L0254693, (the "Vehicle"), which Karma listed for sale on its website.

9. On March 18, 2022, Lipman entered into an agreement with Karma for the sale and purchase of the Vehicle (the "Agreement"). A true and correct copy of the Agreement is attached as Exhibit A.

10. Upon execution of the Agreement, Lipman wired the total purchase price to Karma in the amount of $448,000.00 the ("Funds"). See Exhibit B attached.

11. Karma delivered the Vehicle to Lipman upon receipt of the Funds.

12. Title to the Vehicle transferred to Lipman after purchase of the Vehicle. See Exhibit C attached.

2

13.     Shortly thereafter, Karma sent a driver to Lipman's residence in Lee County to transport the Vehicle to Ferrari of Fort Lauderdale for routine maintenance and repair services.

14.     While the Vehicle was at Ferrari of Fort Lauderdale, AWB and Farache dispossessed Lipman of the Vehicle, hiding it at an undisclosed location

15.      AWB and Farache illegally dispossessed Lipman of the Vehicle.

16.     All conditions precedent to the filing of this action have been met, excused, or waived.

## COUNT I- CONVERSION

17.      Lipman realleges the allegations in paragraphs 1-16.

18.     Lipman purchased the Vehicle.

19.     After Lipman purchased the Vehicle, AWB and Farache stole the Vehicle, thereby wrongfully asserting dominion and control over the Vehicle.

20.     Lipman made repeated demands for the return of the Vehicle, but all such demands were ignored. Further demand for the return of the Vehicle is unnecessary due to AWB and Farache's improper possession notwithstanding demand.

21.     AWB and Farache's conduct have deprived Lipman of his Vehicle which is inconsistent with Lipman's ownership interest in the Vehicle.

WHEREFORE, Lipman demands judgment against AWB and Farache for return of the Vehicle, an injunction whereby AWB and Farache area precluded from transferring the Vehicle to any other party and required to deliver the Vehicle to Lipman, together with pre-judgment interest, costs, and all other relief

3

the Court deems just and proper.

## COUNT II: REPLEVIN

22. Lipman realleges the allegations in paragraphs 1-16.

23. Lipman is the owner of the Vehicle and entitled to possession.

24. AWB and Farache are wrongfully retaining the Vehicle and, despite demand to release the Vehicle, AWB and Farache refuse to do so.

25. The Vehicle has not been taken for a tax assessment or fine.

26. The Vehicle has not been taken under an execution or attachment against Lipman's property.

27. Lipman is entitled to immediate possession of the Vehicle.

WHEREFORE, Lipman demands a prejudgment writ of replevin for return of the Vehicle pursuant to Florida Statutes, Section 76.086, judgment against AWB and Farache for return of the Vehicle, including any damages caused by AWB and Farache's withholding and unlawful taking of the Vehicle, together with interest and costs and all other relief the court deems just and proper.

Dated:  April 20, 2022.

**MAURO LAW P.A.**

/s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 202-1922
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com

4

# EXHIBIT A

# PURCHASE AGREEMENT

 **KARMA | PALM BEACH**

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557   **FAX** 561.998.4703

 **KARMA**
BROWARD I PALM BEACH
EXCELL AUTO GROUP

SALES PERSON: OLEG KOUZNETSOV          DATE: 3 / 18 / 2022

BUYER ARBY LIPMAN LLC          DRIVER'S LICENSE NO. _____

E-MAIL _____          DATE OF BIRTH _____

ADDRESS 124 W PINE ST          CITY & STATE MISSOULA     MT   ZIP 59082

CO-BUYER _____          DRIVER'S LICENSE NO. _____

E-MAIL _____          DATE OF BIRTH _____

ADDRESS _____          CITY & STATE _____   ZIP _____

HOME PHONE _____    BUSINESS PHONE _____    CELL PHONE (239)229-1519

NEW ☐   YEAR 2020   MAKE FERRARI   MODEL 812 SUPERFAST   MILEAGE 1,315

USED ☐ XX   COLOR BLACK   TRIM _____   BODY TYPE COUPE

☐   ID NO. ZFF83CLA1L0254693          STOCK NO. 0254693

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. | | |
|---|---|---|---|
| YEAR | MAKE | | COLOR |
| MODEL | | BODY TYPE | |
| I.D. NO. | | MILEAGE | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | | ALLOW AMT. | |
| **TRADE-IN DESCRIPTION NO. 2** | STOCK NO. | | |
| YEAR | MAKE | | COLOR |
| MODEL | | BODY TYPE | |
| I.D. NO. | | MILEAGE | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | | ALLOW AMT. | |
| **TRADE-IN DESCRIPTION NO. 3** | STOCK NO. | | |
| YEAR | MAKE | | COLOR |
| MODEL | | BODY TYPE | |
| I.D NO. | | MILEAGE | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | | ALLOW AMT. | |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 447,502.00 |
| TRADE ALLOWANCE − | | N/A |
| DIFFERENCE = | $ | 447,502.00 |
| SERVICE FEES* + | | 498.00 |
| SUB TOTAL * | | 448,000.00 |
| SALES TAX + | | N/A |
| ESTIMATED TAG, TITLE & REG + | | N/A |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | N/A |
| EST. BALANCE ON TRADE + | | N/A |
| TOTAL DELIVERY PRICE = | $ | 448,000.00 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] − | | N/A |
| EXTENDED WARRANTY (taxable) + | | N/A |
| *BALANCE DUE ON DELIVERY = | $ | 448,000.00 |
| AMOUNT FINANCED = | $ | |

**LIENHOLDER:** NONE

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3/ 18 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____   Date 03/18/2022

Co-Buyer Signature _____   Date _____

Accepted By: _____
Dealer Representative

Please read additional terms and conditions on reverse side, before signing.          352065_07/07/21 MMP

# EXHIBIT B



# EXHIBIT C

**1 Result Found**   for vehicles with VIN# **ZFF83CLA1L0254693** in the United States.:

**2020 FERRARI 812 SUPERFAST (Montana, Florida)**

**2020 FERRARI** -Series: **BASE**   -Model: **812 SUPERFAST**
VIN: **ZFF83CLA1L0254693**
Body Style: **COUPE** -Vehicle Type: **Passenger Car**
Weight: **3473 lbs** -Length: **183.35"**
Color: **Black**

Most Current Tag #: **FL DDH8316** Valid from: **(03/18/2022 to 03/18/2023)**

Doors: **2**
MSRP: **$335,000**
Plant: **MARANELLO, ITALY**
Restraint Type: **DRIVER AND FRONT PASSENGER FRONT AND SIDE AIRBAGS WITH PASSENGER SENSING DEACTIVATION, AND FRONT SIDE CURTAIN AIRBAGS.**
Height: **50.24**
Width: **83.5**
Wheel Base: **107.1**
Wheel Dimensions: **20.0 X 10.0**
Drive Type: **RWD**
Fuel:**GAS 24.3 Gallon**
Engine:**6.5L V12 NATURALLY ASPIRATED**
Transmission: **7 Speed AUTOMATIC**



**Most CurrentOwner/Registrant/Lien Information- 03/18/2022 to 03/18/2023**

| Title Holders | Registrant |
|---|---|
| **ARBY MACKENZIE LIPMAN** | **ARBY MACKENZIE LIPMAN** |
| ▇▇▇▇▇▇▇▇▇▇ | Registered: **03/18/2022 to 03/18/2023** |
| Title Number: **0138228520** | **Addresses Registered to While owned by ARBY MACKENZIE LIPMAN** |
| State Titled In: **FL** | ▇▇▇▇▇▇▇▇▇▇ |
| **Lien Holders** | **Vehicle Tag History** |
| **None Found** | License Plate: **FL DDH8316** Valid from: **(03/18/2022 to 03/18/2023)** |
| **Lessors** | |
| **None Found** | |

