# EXHIBIT C

**IN THE CIRCUIT COURT OF THE**
**15th JUDICIAL CIRCUIT IN AND FOR**
**PALM BEACH COUNTY, FLORIDA**

CASE NO. 50-2022-CA-003759-XXXX
DIVISION AI

ARBY LIPMAN, LLC, and
ARBY LIPMAN, individually,

      Plaintiffs,

v.

AUTO WHOLESALE OF BOCA, LLC,
and MOSHE FARACHE, individually,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR PREJUDGMENT WRIT OF REPLEVIN

THIS CAUSE before the Court on June 23, 2022 on Plaintiffs' Motion for Prejudgment Writ of Replevin and the Court having heard argument of counsel, reviewed the pleadings, and being otherwise fully advised in the premises therein, it is:

ORDERED AND ADJUDGED:

1.     Plaintiffs' Motion for Prejudgment Writ of Replevin is hereby **GRANTED.**

2.     The Clerk of Court shall issue a Writ of Replevin providing possession of the Vehicle, as defined in Plaintiffs' Complaint, to Plaintiffs forthwith.

3.     Plaintiffs shall post a bond in accordance with Florida Statues,     § 78.068(3), for twice the approximate value of the Vehicle in the amount of $896,000.00.

DONE AND ORDERED at West Palm Beach, Palm Beach County, Florida, on this *11* day of *July* 2022.

G. JOSEPH CURLEY
CIRCUIT COURT JUDGE

Page 1 of 2

Case No. 50-2022-CA-003759-XXXX-MB

*Copies furnished to all counsel of record*