

**ORDERED in the Southern District of Florida on August 12, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                      Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                Chapter 11
                                                            Subchapter V

     Debtor.

_____/

## ORDER GRANTING ERIC DORE'S MOTION TO COMPEL TURNOVER OF 2020 LAMBORGHINI URUS

THIS MATTER came to be heard on for hearing on August 10, 2022 in West Palm Beach, Florida upon the Motion to Compel Turnover of 2020 Lamborghini Urus [D.E. 13] (the "Motion") filed by Eric Dore and against the Debtor, Auto Wholesale of Boca, LLC (the "Debtor"), and the Court having reviewed the Motion, being otherwise fully advised in the premises, no objection being voiced by the Debtor or any other interested party, and for the reasons stated in open Court, it is:

ORDERED AND ADJUDGED:

1.     The Motion is **GRANTED**.

#48124485 v1

2.       The Debtor is hereby ordered to turnover 2020 Lamborghini Urus VIN ZPBUA1ZLXLLA06529 to Eric Dore forthwith.[1]

3.       The Debtor is further authorized to take such actions as may be necessary to effectuate the intent of the turnover and terms of this Order.

4.       The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order.

# # #

Submitted by:
JOHN M. BRENNAN, JR.
Florida Bar No.: 0098456
Primary E-Mail Address:
jack.brennan@gray-robinson.com
Secondary E-Mail Address:
Jessica.rolon@gray-robinson.com
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Attorneys for Eric Dore

*(Attorney John M. Brennan, Jr. is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court.)*

---

[1] The Debtor shall make the 2020 Lamborghini Urus VIN ZPBUA1ZLXLLA06529 available at the Debtor's location for pick by Eric Dore or his agent.

2