UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                          CHAPTER 11

AUTO WHOLESALE OF BOCA, LLC,          CASE NO. 22-15627-BKC-EPK

     Debtor.

_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that CHRISTIAN SOMODEVILLA, ESQ., of the firm LSS

LAW, the undersigned counsel, hereby enters his appearance on behalf of Creditor Woodside

Credit, LLC, and requests to be served with copies of all pleadings and/or documents.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 12,

2022 by Notice of Electronic Filing to all parties and counsel registered with CM/ECF (which is

incorporated herein by reference).

Dated: August 12, 2022

Respectfully submitted,

**LSS LAW**
Christian Somodevilla, Esq.
Attorneys for Woodside Credit, LLC
2 S. Biscayne Blvd., Suite 2300
Miami, FL 33131
T: (305) 894-6163
F: (305) 503-9447
cs@lss.law

/s/ Christian Somodevilla
Christian Somodevilla, Esq.
Florida Bar No. 59539