UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,          Chapter 11

      Debtor.
_____/

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Zach B. Shelomith, Esq. and the law firm of LSS Law, pursuant to Fed. R. Bankr. P. 9010, hereby enters their appearance as counsel for creditor **WOODSIDE CREDIT, LLC** (the "Creditor"), with regard to all matters and proceedings in the above-captioned bankruptcy proceeding.  The Creditor hereby requests that all notices required to be given under Fed. R. Bankr. P. 2002 be given to it by due service upon its undersigned attorneys.

Dated:  August 12, 2022                    LSS LAW
                                           Counsel for the Creditor
                                           2699 Stirling Road, Suite C401
                                           Ft. Lauderdale, Florida 33312
                                           Telephone: (954) 920-5355
                                           Facsimile: (954) 920-5371

                                           By:_____/s/_____
                                             ZACH B. SHELOMITH
                                             Florida Bar No. 0122548
                                             zbs@lss.law

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on August 12, 2022 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

                                           By:_____/s/_____
                                             Zach B. Shelomith