UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,       Case No.: 22- 15627-EPK
                                    Chapter 11 Subchapter V

      Debtor-in-Possession.     /

**DEBTOR'S RESPONSE TO MOTION TO COMPEL ABANDONMENT OF BARE
LEGAL TITLE TO 2012 LAMBORGHINI AVENTADOR**

Comes Now, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and serves this instant *Debtor's Response To Motion To Compel Abandonment Of Bare Legal Title To 2012 Lamborghini Aventador* in response to the *Motion to Compel Abandonment of Bare Legal Title to 2012 Lamborghini Aventador VIN ZHWUC1ZD2CLA00244* [ECF No. 47] (the "*GDD Motion*") filed by Graves Directional Drilling Inc. ("GDD") and states the following –

I.      **PRELIMINARY STATEMENT**

1. The Debtor is a "Debtor-in-Possession" under Title 11, Subchapter V, of the United States Code by virtue of having filed its *Petition* [Parent ECF #1] on July 22nd, 2022, seeking to reorganize itself under the Bankruptcy Code.

2. As touched upon in the DIP's *Verified Chapter 11 Case Management Summary* [Parent ECF #7] ("Case Management Summary"), the DIP sought relief in bankruptcy based upon the fact that the Debtor had been defrauded out of millions of dollars in assets and monies by other entities and their operators, *i.e.* – Excell Auto Group, Inc. ("Excell"), Karma of Palm Beach ("KPB") and Karma of Broward ("KB") (KPB and KB are collectively "Karma"), operated and owned primarily by Scott and Kristen Zankl (the "Zankls")

3. This fraud by the Zankls and their entities apparently included the unauthorized repeated reselling and financing of automobiles owned by Debtor and/or liened by Debtor.

4. Shortly after AWB was able to recover some of its property from the Zankls, the Zankls filed bankruptcy for Excell under Chapter 7 in Case No. 22-12790-EPK ("Excell Bankruptcy").

5. The Zankls have falsely led various lenders of Karma, and even Excell, to pursue AWB's automobiles and inventory, as well as other interested parties.

## II.    RELEVANT FACTS

6. On February 23rd, 2022, Teddi SoFoul (Comptroller of Excell) advised Debtor that a certain 2012 Lamborghini Aventador (Vin #xx0244) (the "Vehicle") was available for purchase; and thereupon, Debtor remitted, *via* wire (Exhibit "A" hereto), the sum of $265,000.00 to Excell and obtained a Wholesale Order (Bill of Sale) (Exhibit "B" hereto) and awaited the Original Title (Exhibit "C:" hereto) to said vehicle endorsed to Debtor.

7. The Original Title chain reflects that the title was issued by the State of Louisiana in the name of Osvaldo Marin Delgado, reassigned to Lamborghini of Houston, reassigned then to Hitfigure of California, then to Karma of Broward and then to Excell; and, eventually, to Debtor after paying the above-referenced purchase price.

8. Debtor then had the title transferred to Debtor. (*See* Exhibit "D").

9. According to GDD, on or about March 17th, 2022, purportedly entered into a Purchase Agreement whereby GDD traded in a certain McLaren Spider (VIN #xx3654) (credited $145,000.00) and paid the balance ($139,498.00) of the purchase price ($284,000.00) to acquire the Vehicle. *See* ECF No. 47.

10. These payments and transfers effectively gave Zankl $549,000.00 for an automobile purchased by Debtor and wrongfully sold to GDD.

11. GDD paid the wire to Karma of Broward, for a car that was not in the inventory of Karma of Broward and which was then owned by Debtor.

12. Yet again, the Zankl fraud continued.

13. Furthermore, this vehicle was not located at Karma of Broward.

14. In fact, the Vehicle was sitting in Palm Beach at 1001 Clint Moore through March 31st, 2022 – not at Karma of Broward.

15. Additionally, the purported trade-in is currently sitting at the Karma of Broward location and Debtor asserts an interest therein.

WHEREFORE, Debtor requests that, to the extent any relief is granted in favor of GDD, the Court limit the same to ensure that the Debtor does not get exposed to potential litigation with the other parties-in-interest asserting claims to or in said Vehicle, and for such other and further relief which is equitable and just.

Respectfully submitted on August 12th, 2022.

JAMES B. MILLER, P.A.
**Interim Counsel for Debtor-in-Possession**
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F. 305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

\_\_\_\_\_/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading, with all attachments, was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record who are registered to receive such pleading and filings before this Court.

\_\_\_\_\_/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164