# BankUnited

Transaction View

Account Title/Name
AUTO WHOLESALE OF BOCA LLC

Amount          Currency
265,000.00      USD,UNITED STATES DO

ORIGINATOR INFO
Name
AUTO WHOLESALE OF BOCA LLC

Originator Address
6560 W ROGERS CIRCLE APT B27
BOCA RATON FL 33487                      US

Account Number
9854907432

FED Code       Special Fee
CTP,1000        0.00
Account Number/Identifier
9854907432
Originator Reference
                                Waive

ORIGINATOR TO BENEFICIARY INSTRUCTIONS
2012 LAMBO A00244

BENEFICIARY INFO
Name
EXCELL AUTO GROUP INC
Beneficiary Physical Address
1001 CLINT MOORE ROAD STE 101
                                US
BOCA RATON FL 33487
BENEFICIARY BANK
JPMORGAN CHASE BANK, NA, NEW YORK,
Bank Address

Account Number
612283199

ABA/SWIFT
021000021
Account Number

Bank Contact Instructions    Phone

                                US

INTERMEDIARY BANK OR USA CORRESPONDENT

Bank Address

                                US

Test Key/Electronic Signature

Preparer ID          Authorizer
EMINTURN

2/23/2022, 3:03:06 PM Posted by EMINTURN    : FLDL F620-540-69-343-0 Issued 07/01/2019 Expires 9/23/2027 no
alerts/memos funds Verified.

Client Signature:

Authorizer Signature:



February 01, 2022 through February 28, 2022

Account Number:    000000612283199

## DEPOSITS AND ADDITIONS    (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/08 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=Byqe8Kzx Imad: 0208Qmgft013001443 Trn: 0732010039Ff | 4,975.01 |
| 02/09 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Imad: 0209F7B74M2C003121 Trn: 0630350040Ff | 340,000.00 |
| 02/09 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=Yn85Paws Imad: 0209Qmgft014000073 Trn: 0161660040Ff | 16,086.17 |
| 02/09 | Fedwire Credit Via: Cross River Bank/021214891 B/O: Coinbase Inc San Francisco CA 94111 US Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=Ramq6Gg2 Imad: 0209Qmgft005000070 Trn: 0161460040Ff | 4,236.92 |
| 02/09 | Online Transfer From Chk ...5966 Transaction#: 13633442722 | 450,000.00 |
| 02/09 | Wire Reversal B/O: JPMC Cb Funds Transfer Previous Daytampa FL 33610-9128 US Org: Aba/121000248 Wells Fargo Bank, N.A. Ref:/Bnf/Our Ref Jpm220105-004805 Chaseref0545470040Ff Rtn Dtd 01/03/202 2 Trn 3282302003Es As Uta Per Remi Tt Ers Request Less Fees Trn: 7342200040Hh | 22,950.00 |
| 02/09 | Wire Reversal B/O: JPMC Cb Funds Transfer Previous Daytampa FL 33610-9128 US Org: Aba/121000248 Wells Fargo Bank, N.A. Ref:/Bnf/Our Ref Jpm220105-004770 Chaseref0546040040Ff Rtn Dtd 12/30/202 1 Trn 3470361364Es As Uta Per Remi Tt Ers Request Less Fees Trn: 7513000040Hh | 22,950.00 |
| 02/16 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2021 Mercedes Winyc7Hjomx3903 28 Imad: 0216F7B74M2C003105 Trn: 0629470047Ff | 265,000.00 |
| 02/16 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2017 Rolls Sca666D51Hu107006 Imad: 0216F7B74M2C003029 Trn: 0620060047Ff | 244,600.00 |
| 02/16 | Online Transfer From Chk ...8711 Transaction#: 13683084551 | 35,760.00 |
| 02/16 | Online Transfer From Chk ...8711 Transaction#: 13681875525 | 15,000.00 |
| 02/17 | Online Transfer From Chk ...7995 Transaction#: 13691175109 | 229,000.00 |
| 02/18 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Chapford Specialty Finance LLC US 06901 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=1856 Obi=Loan A Dvance Bbi=/Chgs/USD0,00/ Imad: 0218l1B7031R016103 Trn: 0774480049Ff | 970,000.00 |
| 02/18 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2020 Bentley 082455 Imad: 0218F7B74M2C004037 Trn: 0755480049Ff | 245,000.00 |
| 02/18 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Imad: 0218F7B74M2C004030 Trn: 0753240049Ff | 103,000.00 |
| 02/22 | Online Transfer From Chk ...5966 Transaction#: 13719199763 | 490,000.00 |
| 02/22 | Online Transfer From Chk ...8711 Transaction#: 13722831707 | 75,000.00 |
| 02/22 | Online Transfer From Chk ...8711 Transaction#: 13723054339 | 60,000.00 |
| 02/22 | Online Transfer From Chk ...5966 Transaction#: 13723055876 | 42,000.00 |
| 02/23 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2012 Lambo A00244 Imad: 0223F7B74M2C003370 Trn: 0695820054Ff | 265,000.00 |
| 02/23 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Excell Auto Group, Inc. Boca Raton FL 33487-2830 US/Ac-000000006122 Rfb=O/B Bankunited N Obi=2020 Mercedes 346462 Imad: 0223F7B74M2C003419 Trn: 0701650054Ff | 235,000.00 |
| 02/28 | Online Transfer From Chk ...5966 Transaction#: 13770330257 | 100,000.00 |

**Total Deposits and Additions**                                                     **$7,485,363.10**