Case 22-15627-EPK   Doc 78-2   Filed 08/12/22   Page 1 of 1

## WHOLESALE ORDER

### Excell Auto Group, Inc.
*1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487*
*Direct: (561) 998-5557 ▪ Fax: (561) 998-4703*

## (Sold As Is)

DATE: 02/23/2022

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR #B27

City: BOCA RATON          State: FL          Zip: 33487

Contact Name: _____ Tel: _____ Fax: _____

Year: 2012   Make: LAMBORGHINI   Model: AVENTADOR

Color: WHITE                    Body Style: 2DR

I.D. Number: ZHWUC1ZD2CLA00244

Price: $265,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) *Nidia Leiva*

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated: that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads __12,213__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| LAMBORGHINI | 2DR | AVENTADOR |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| ZHWUC1ZD2CLA00244 | |

| COLOR | TRIM | YEAR |
|---|---|---|
| WHITE | BLACK | 2012 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS
**1001 CLINT MOORE ROAD, SUITE 101**

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X *Nidia Leiva* |
|---|---|
| DATE STATEMENT SIGNED 02/23/2022 | PRINTED NAME OF PERSON SIGNING X **Nidia Leiva** |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS
6560 W ROGERS CIR #B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE (BUYER) | DATE SIGNED 02/23/2022 |
|---|---|
| PRINTED NAME OF PERSON SIGNING *MICHELE MARTIN* | |