# STATE OF LOUISIANA

## CERTIFICATE OF TITLE

| VIN | | | | TITLE NUMBER | | DATE ISSUED | |
|---|---|---|---|---|---|---|---|
| ZHWUC1ZD2CLA00844 | | | | F1648872 | | 12/14/2020 | |

| MAKE | MODEL | BODY | COLOR | YR | DATE ACQUIRED | ODOMETER | N/U |
|---|---|---|---|---|---|---|---|
| LAMO | AVE | 2D | WHI/ | 2012 | 11/02/2020 | 10012 | U |

CL

**  MAIL TO  **

OSVALDO MARIN DELGADO

220 CYPRESS BAYOU LANE
KENNER          LA     70065

**  OWNER  **
OSVALDO MARIN DELGADO

220 CYPRESS BAYOU LANE
KENNER          LA     70065

_____
(LIEN)                    DATE

First Lien Released _____
                              Date
By _____ Lienholder
   Authorized Representative

Second Lien Released _____
                              Date
By _____ Lienholder
   Authorized Representative

The undersigned as Vehicle Commissioner of the State of Louisiana, certifies that the applicant named herein has been duly registered in this office as owner of the motor vehicle described, pursuant to the laws of the State of Louisiana subject to the mortgages and encumbrances, if any, herein set forth.

In witness whereof, I have affixed my signature at Baton Rouge.

*Karen G. St Germain*

FORM     2204        A  2204

44971171

DPSMV 1663 (R7/07)   ANY ALTERATION OR ERASURE VOIDS THIS DOCUMENT.

KEEP IN SAFE PLACE

Federal and State Law require that you state the mileage in connection with transfer of ownership. Failure to complete ODOMETER STATEMENT OR providing a FALSE STATEMENT may result in fines and/or imprisonment.
**NOTICE: ANY ALTERATION OR ERASURE VOIDS THE ASSIGNMENT and all assignments that follow. ASSIGNMENT MUST BE EXECUTED BY THE SELLER IN THE PRESENCE OF A NOTARY PUBLIC OR TWO (2) WITNESSES. IF EXECUTED IN THE PRESENCE OF TWO (2) WITNESSES, THE ACKNOWLEDGEMENT OF WITNESS MUST BE SIGNED BY ONE (1) OF THE WITNESSES IN THE PRESENCE OF A NOTARY PUBLIC.**

ASSIGNMENT OF TITLE BY REGISTERED OWNER (not valid unless completed in full) I/we warrant this title and certify that the vehicle described herein has been transferred on: 12/21/21 for the sum of $ _____ to the following:

Name(s)- *Lamborghini Houston*   Address- *13921 North Frwy Houston, TX 77090*

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING *12154* | NO TENTHS | ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY

SIGNATURE(S) of Buyer(s)- *Nichole Ramirez*   of Seller(s)- X
PRINTED NAME(S) of Buyer(s)- X *Nichole Ramirez*   of Seller(s)- *Osvaldo Marin Delgado*

SIGNATURE of Witness- X _____   Sworn to and subscribed by seller before me this
PRINTED NAME of Witness _____   Date _____ Notary No. _____
SIGNATURE of Witness- X _____   SIGNATURE of Notary Public- X _____
PRINTED NAME of Witness _____   PRINTED NAME of Notary Public _____

ACKNOWLEDGEMENT OF WITNESS- STATE OF LOUISIANA - PARISH OF _____
Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed.
DATE _____
SIGNATURE of Witness- X _____   SIGNATURE of Notary Public- X _____
PRINTED NAME of Witness _____   PRINTED NAME of Notary Public _____

FIRST RE-ASSIGNMENT BY LICENSED DEALER   DEALER'S LICENSE NO. _____
I/we warrant this title and certify that the vehicle described herein has been transferred to the following:
Name(s)- _____   Address- _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING _____ | NO TENTHS | ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY | Date of Sale __/__/__

SIGNATURE(S) of Buyer(s)- X   of Seller(s)- X
PRINTED NAME(S) of Buyer(s)- X   of Seller(s)- X

SIGNATURE of Witness- X _____   Name of Dealership- _____
PRINTED NAME of Witness _____   Sworn to and subscribed by seller before me this
SIGNATURE of Witness- X _____   Date _____ Notary No. _____
PRINTED NAME of Witness _____   SIGNATURE of Notary Public- X _____
   PRINTED NAME of Notary Public _____

ACKNOWLEDGEMENT OF WITNESS- STATE OF LOUISIANA - PARISH OF _____
Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed.
DATE _____
SIGNATURE of Witness- X _____   SIGNATURE of Notary Public- X _____
PRINTED NAME of Witness _____   PRINTED NAME of Notary Public _____

SECOND RE-ASSIGNMENT BY LICENSED DEALER   DEALER'S LICENSE NO. _____
I/we warrant this title and certify that the vehicle described herein has been transferred to the following:
Name(s)- _____   Address- _____

I certify to the best of my knowledge that the ODOMETER READING is the ACTUAL MILEAGE of the vehicle unless one of the following statements is checked:

ODOMETER READING _____ | NO TENTHS | ☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is NOT the actual mileage. WARNING-ODOMETER DISCREPANCY | Date of Sale __/__/__

SIGNATURE(S) of Buyer(s)- X   of Seller(s)- X
PRINTED NAME(S) of Buyer(s)- X   of Seller(s)- X

SIGNATURE of Witness- X _____   Name of Dealership- _____
PRINTED NAME of Witness _____   Sworn to and subscribed by seller before me this
SIGNATURE of Witness- X _____   Date _____ Notary No. _____
PRINTED NAME of Witness _____   SIGNATURE of Notary Public- X _____
   PRINTED NAME of Notary Public _____

ACKNOWLEDGEMENT OF WITNESS- STATE OF LOUISIANA - PARISH OF _____
Before me, Notary, personally came and appeared the undersigned, who, after being duly sworn, said that he subscribed his name to the assignment above as a witness to the signature(s) of seller(s) and he saw seller(s) sign his name as his voluntary act and deed.
DATE _____
SIGNATURE of Witness- X _____   SIGNATURE of Notary Public- X _____
PRINTED NAME of Witness _____   PRINTED NAME of Notary Public _____

THIS TITLE MUST BE SURRENDERED BY DISMANTLER TO THE OFFICE OF MOTOR VEHICLES WHEN VEHICLE IS JUNKED



# Dealer's Reassignment of Title for a Motor Vehicle

Federal and state law require that you state the mileage upon transfer of ownership. Providing a false statement or failure to complete this form may result in fines and/or imprisonment.

**TxDMV**

## Vehicle Information

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| ZHWUC7ZD2CLAW244 | 2012 | Lamb. | 2D | Ave |

| Title/Document Number | State or County Where Last Registered |
|---|---|
| F1048872 | Louisiana |

### Reassignment (by Dealer Only)

**Seller**

| Dealership Name | Dealer License Number |
|---|---|
| Lamborghini Houston | P114116 |

| Authorized Agent First Name | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Hilary Kohlschmidt | | | |

| Address | City | State | Zip |
|---|---|---|---|
| 13921 North Fwy. | Houston, | TX | 77090 |

**Purchaser**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Hitfigure | | | |

| Entity's Authorized Agent's Name (if applicable) | Dealer License Number (if applicable) |
|---|---|
| | 80879 |

| Address | City | State | Zip |
|---|---|---|---|
| 2115 Harbor Blvd | Costa Mesa | CA | 92627 |

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the Lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): 12213

☐ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)

I am aware of the odometer certification made by the seller/agent.

| Signature of Seller/Agent | Date | Signature of Purchaser/Agent | Date |
|---|---|---|---|
| Mary Kohlschmidt  12/21/21 | | HITFIGURE #80879 | 12/21/21 |

### Reassignment (by Dealer Only)

**Seller**

| Dealership Name | Dealer License Number |
|---|---|
| Hitfigure | 80879 |

| Authorized Agent First Name | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Address | City | State | Zip |
|---|---|---|---|
| 2115 Harbor Blvd | Costa Mesa | CA | 92627 |

**Purchaser**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| Karma Broward | | | |

| Entity's Authorized Agent's Name (if applicable) | Dealer License Number (if applicable) |
|---|---|
| | VF/1136529/1 |

| Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 17th St | Ft. Lauderdale | FL | 33316 |

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the Lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): 12213

☐ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)

I am aware of the odometer certification made by the seller/agent.

| Signature of Seller/Agent | Date | Signature of Purchaser/Agent | Date |
|---|---|---|---|
| HITFIGURE #80879  bbartlett  2/18/22 | | | 2.18.22 |

### Reassignment (by Dealer Only)

**Seller**

| Dealership Name | Dealer License Number |
|---|---|
| | |

| Authorized Agent First Name | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**Purchaser**

| First Name (or Entity Name) | Middle Name | Last Name | Suffix (if any) |
|---|---|---|---|
| | | | |

| Entity's Authorized Agent's Name (if applicable) | Dealer License Number (if applicable) |
|---|---|
| | |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the Lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths):

☒ Mileage Exceeds Mechanical Limits
☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)

I am aware of the odometer certification made by the seller/agent.

| Signature of Seller/Agent | Date | Signature of Purchaser/Agent | Date |
|---|---|---|---|
| | | | |

| Lien | Lien Date | Lienholder Name | Mailing Address | City | State | Zip |
|---|---|---|---|---|---|---|
| | | | | | | |

VTR-41-A (Rev 09/18)      **THIS DOCUMENT IS VOID IF ALTERED.**      27224203

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reserve Side)

This reassignement is supplement to: [X] Title No.: F1648872   State of Issue: LA

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic? [ ] Yes   [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ZHWUC1ZD2CLA00244 | 2012 | LAMBORGHINI | AVENTADOR | 2DR |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| KARMA BROWARD | | VF/1133543/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 17TH ST | FT LAUDERDALE | FL | 33316 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 16-8018297140-3 |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| EXCELL AUTO GROUP INC | | 02/23/2022 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ] [1] [2], [2] [1] [3] XX (NO TENTHS) MILES,

DATE READ 02/ 23/ 22 , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Sandra Guerrero | *(signature)* |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| *(signature)* | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last |
|---|---|
| Alana Bailey | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV.  04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reservse Side)

This reassignement is supplement to: [X] Title No.: _____F1648872_____  State of Issue: _____LA_____

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?    [ ] Yes    [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| ZHWUC1ZD2CLA00244 | 2012 | LAMBORGHINI | AVENTADOR | 2DR |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|---|
| EXCELL AUTO GROUP INC | | | VI/1014488/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 60-8015033028-0 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| AUTO WHOLESALE OF BOCA LLC | 02/23/2022 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [1][2],[2][1][3] XX (NO TENTHS) MILES, DATE READ _02/23/22_, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| *Alana Briley* | *signature* |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| *signature* | |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
| MICHELE MARTIN | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE               COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV.  04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT