

**ORDERED in the Southern District of Florida on August 15, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                Chapter 11
                                                                        Subchapter V

     Debtor.

_____/

**ORDER GRANTING MOTION TO COMPEL**
**ABANDONMENT OF BARE LEGAL TITLE TO VEHICLE**

THIS CASE came before the Court for a hearing on August 10, 2022 at 1:30 p.m. (the "Hearing") on the Motion to Compel Abandonment of Bare Legal Title to Vehicle [ECF No. 31] (the "Motion to Compel") filed by Frank A. Evans, III ("Evans"), and the Court having reviewed the Motion to Compel, being otherwise fully advised in the premises, and for the reasons stated in open Court, finds the Motion to be well taken.  Accordingly, it is

    **ORDERED**:

1. The Motion to Compel is **GRANTED** on the terms set forth herein.

2.       Any right, title or interest of the Debtor Auto Wholesale of Boca, LLC (the "Debtor") in the motor vehicle title (the "Title") to the 2021 Ferrari 812 GTS, VIN ZFF97CMA4M0261176 (the "Vehicle") is hereby **ABANDONED**.

3.       The Florida Department of Highway Safety and Motor Vehicles and any other governmental agencies, including but not limited to, the Boca Raton Police Department, are hereby authorized, but not directed, to remove any holds on the Title and take such other actions as may be necessary to allow for the avoidance and cancellation of the existing bare legal title in favor of the Debtor and issuance of a new marketable title to the Vehicle in favor of Evans.

4.       The Debtor is further authorized to take such actions as may be necessary to effectuate the intent of the abandonment and terms of this Order.

5.       The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order.

# # #

Submitted by:

Ryan C. Reinert, Esq.
Shutts & Bowen LLP
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607
Telephone: (813) 229-8900
Email: rreinert@shutts.com
*Counsel for Evans*

Attorney Ryan C. Reinert is directed to serve this order on all non-registered users or registered users who have not yet to appear electronically in this case and file a conforming certificate of service.