

**ORDERED in the Southern District of Florida on August 17, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                          Chapter 11
                                                                          Subchapter V

          Debtor.

_____/

**ORDER GRANTING MOTION TO COMPEL ABANDONMENT OF BARE**
**LEGAL TITLE TO 2012 LAMBORGHINI AVENTADOR VIN ZHWUC1ZD2CLA00244**

THIS MATTER came before the Court for a hearing on August 16, 2022 at 1:30 p.m. (the

"Hearing") on the Motion to Compel Abandonment of Bare Legal Title 2012 Lamborghini

Aventador VIN ZHWUC1ZD2CLA00244 [ECF No. 47] (the "Motion to Compel") filed by

Graves Directional Drilling Inc. ("Graves"), and the Court, having reviewed the Motion to Compel

and Response [ECF No. 78] thereto, heard argument of counsel, being otherwise fully advised in

the premises, and for the reasons stated in open Court, does hereby,

ORDER and ADJUDGE that:

1.        The Motion to Compel is GRANTED on the terms set forth herein.

2.      Any right, title or interest of the Debtor, Auto Wholesale of Boca, LLC (the "Debtor"), in the motor vehicle title (the "Title") to the 2012 Lamborghini Aventador VIN ZHWUC1ZD2CLA00244  (the "Vehicle") is hereby ABANDONED.

3.      The Florida Department of Highway Safety and Motor Vehicles and any other governmental agencies, including but not limited to the Boca Raton Police Department, are hereby authorized, but not directed, to remove any holds on the Title and take such other actions as may be necessary to allow for the avoidance and cancellation of the existing bare legal title in favor of the Debtor and for the issuance of a new marketable title to the Vehicle in favor of Graves.

4.      The Debtor is further authorized to take such actions as may be necessary to effectuate the intent of the abandonment and terms of this Order.

5.      The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order.  Such jurisdiction shall survive dismissal of the Debtor's bankruptcy case.

# # #

Submitted by:

C. Craig Eller, Esq.
Kelley Fulton Kaplan & Eller, P.L.
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL  33401
Telephone: (561) 491-1200
Email: celler@kelleylawoffice.com
*Counsel for Graves*

Attorney Eller is directed to serve this order on all non-registered users or registered users who have not yet to appear electronically in this case and file a conforming certificate of service.