**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Chapter 11

                                               Case No. 22-15627-EPK

    Debtor.

_____/

**MOTION TO ADMIT STEVEN WILLIAM WELLS PRO HAC VICE**

Steven William Wells of Wells Law P.A. moves this Court for an Order authorizing him to appear and represent Hi Bar Capital, LLC, *pro hac vice* in the above-styled bankruptcy case. In support of this motion, it is stated that:

1.    Mr. Wells a member in good standing of the State Bar of New York since 2004 and with the United States District Courts for the Western District of New York and for the Northern District of New York.  His business address and state bar number are as follows:

Steven William Wells (NY 4184792)
Wells Law, P.C.
229 Warner Road
Lancaster, NY 14086
steve@wellspc.com

2.    Mr. Wells has not been denied admission to the courts of any state or to any federal court.

3.    Mr. Wells has never been disbarred, he is not currently suspended from the practice of law in the State of Florida or any other state, territory, or insular possession of the United States, and he is not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

4885-6079-4159.1

3.    Mr. Wells designates Mark J. Wolfson, Esq., an attorney with Foley & Lardner LLP, having an office at 100 North Tampa Street, Suite 2700, Tampa, Florida, 33602, who is qualified to practice in this court and who consented to designation as local counsel.

4.    A proposed Order granting this Motion is being submitted to the Court contemporaneously with the filing of this Motion.

WHEREFORE, Steven William Wells prays that this Court grant his Motion permitting him to represent Hi Bar Capital, LLC, *pro hac vice* in this case and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Steven Williams Wells*
Steven William Wells
WELLS LAW PC
229 Warner Road
Lancaster, NY 14086
Telephone:  716-983-4750
Email:  steve@wellspc.com

*/s/ Mark J. Wolfson*
Mark J. Wolfson, Esquire (FBN 0352756)
Foley & Lardner LLP
100 N. Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: 813-225-4119
Email: mwolfson@foley.com

*Attorneys for Hi Bar Capital, LLC*

4885-6079-4159.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served this 19th day of August, 2022 via the CM-ECF filing system which will send email notification to those registered recipients.

/s/Mark J. Wolfson
Attorney

4885-6079-4159.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

AUTO WHOLESALE OF BOCA, LLC,          Chapter 11

                             Case No. 22-15627-EPK

      Debtor.

_____/

### WRITTEN DESIGNATION AND CONSENT TO ACT

Steven William Wells, of the law firm Wells Law PC pursuant to Local Rules 2090-1(c)(2) of the United States Bankruptcy Court for the Southern District of Florida, hereby submits this Written Designation and Consent to Act in the above styled case for Hi Bar Capital, LLC, on the part of Mark J. Wolfson, and states as follows:

1.      Mark J. Wolfson is an attorney with the firm of Foley & Lardner LLP, 100 North Tampa Street, Suite 2700, Tampa, Florida 33602-5810; telephone number (813) 225-4119 and facsimile number (813) 221-4210.

2.      Mark J. Wolfson is a member of The Florida Bar and has been admitted to practice before this Court. Mr. Wolfson's Florida Bar number is 0352756.

3.      Mr. Wolfson is a resident of Hillsborough County, Florida.

4.      All notices and papers in this action may be served upon Mr. Wolfson.

4885-6079-4159.1

5. Mr. Wolfson will be responsible for the progress of this case for Hi Bar Capital, LLC.

Dated: August 19th, 2022.

*/s/ Steven William Wells*
Steven William Wells
WELLS LAW PC
229 Warner Road
Lancaster, NY 14086
Tel: 716-983-4750
Email: steve@wellspc.com

### **CERTIFICATION:**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

*/s/ Mark J. Wolfson*
Mark J. Wolfson

### **CONSENT OF DESIGNEE**

Dated: August 19th, 2022 .

*/s/ Mark J. Wolfson*
DESIGNEE

4885-6079-4159.1