Fill in this information to identify the case:

Debtor name **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):   **22-15627-EPK**

☑ Check if this is an

amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **40 Financial Services 1000 Vereda Del Ciervo Goleta Goleta, CA 93117** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **A Car Leasing LTD Inc. PO Box 9000 Lutherville Timonium, MD 21094** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Allie Bank 4515 N. Santa Fe Ave. Dept APS Oklahoma City, OK 73118** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Ally Financial PO Box 8110 Cockeysville, MD 21030** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Ally Financial PO Box 8110 Cockeysville, MD 21030** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Amir Robert Wasiullah 5662 NW. 30th Ave., Boca Raton, FL 33496** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |
| **Anthony Linden Burnham 24204 Calvert Street Woodland Hills, CA 91367** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | $0.00 |

Debtor  **Auto Wholesale of Boca, LLC**                                    Case number *(if known)*    **22-15627-EPK**

      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Antonio Batista 1961 Brandywine Road West Palm Beach, FL 33415** | | | **Unliquidated** | | | **$500.00** |
| **Apple 3 Investments, Inc. 1001 Clint Moore Road, Suite 101 Boca Raton, FL 33487** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Arby Lipman, LLC and Arby Lipman c/o C. Cory Mauro, Esq. Mauro Law, P.A. 1001 Yamato Road, Suite 401 Boca Raton, FL 33431** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Augusta Audatte 1254 NW. 102nd Way Coral Springs, FL 33071** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Auto Sport Group 141 NW 20th St., H-13 Boca Raton, FL 33431** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Automotive Service Systems, Inc. 6023 Town Colony Dr, Suite 223 Boca Raton, FL 33433** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$0.00** |
| **Calvin Erbstein 4318 El Mar Drive Lauderdale By The Lakes, FL 33308** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$1,000,000.00** |
| **Florida Department of Revenue 5050 W Tennessee Street Tallahassee, FL 32399** | | | **Contingent Unliquidated** | | | **$7,691.19** |
| **Internal Revenue Service P.O. Box 1302 Charlotte, NC 28201-1302** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **$1.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 2

Debtor   **Auto Wholesale of Boca, LLC**                                    Case number *(if known)*   **22-15627-EPK**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Internal Revenue Service<br>51 S.W. First Ave.<br>Miami, FL 33130** | | **Notice Only** | **Contingent Unliquidated Disputed** | | | **$1.00** |
| **Kukin Forehand Brandes LLP<br>18851 NE 29th Ave<br>Suite 303<br>Aventura, FL 33180** | | | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$21,000.00** |
| **NY Restoration & Remodeling<br>1501 NW 22nd Ct #21-22<br>Pompano Beach, FL 33069** | | | **Contingent Unliquidated** | | | **$3,500.00** |