**United States Bankruptcy Court
Southern District of Florida**

In re   **Auto Wholesale of Boca, LLC** _____      Case No.   **22-15627-EPK** _____

                                          Debtor(s)         Chapter   **11** _____

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ]      The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:

     1.   remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
     2.   provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
     3.   provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
     4.   filed an amended schedule(s) and summary of schedules; and
     5.   filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]      The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted). **I have:**

     1.   remitted the required fee;
     2.   provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
     3.   filed an amended schedule(s) and summary of schedules.

[ ]      The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the <u>attached list</u>. **I have:**

     1.   provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
     2.   filed an amended schedule(s) or other paper.

[ ]      The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**

     1.   remitted the required fee;
     2.   provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
     3.   filed an amended schedule(s) and summary of schedules.

[X]      None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☑ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

LF-4 (rev. 12/01/15)

Dated: **August 23, 2022**

**/s/ James B. Miller, Esq.**
Attorney for Debtor (or Debtor, if pro se)



**James B. Miller, Esq. 0009164**
Print Name & Florida Bar Number

**/s/ Moshe Farache**
**Moshe Farache**
Debtor

**19 West Flagler St.  #416**
**Miami, FL 33130**
Address

**305-374-0200 Fax: 305-374-0250**
**bkcmiami@gmail.com**
Phone Number

LF-4 (rev. 12/01/15)