

**ORDERED in the Southern District of Florida on August 24, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                     Chapter 11
                                                Subchapter V

_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION**
**(I) TO TREAT HEARINGS ON MOTION FOR STAY RELIEF**
**AND MOTION TO DISMISS AS A STATUS CONFERENCE, AND**
**(II) TO REFER MATTER TO JUDICIAL SETTLEMENT CONFERENCE**

**THIS MATTER** came before the without hearing, upon the *Agreed Ex Parte Motion (i)*

*to Treat Hearings on Motion for Stay Relief and Motion to Dismiss as a Status Conference and*

{2425/000/00543740}

*(ii) to Refer Matter to Judicial Settlement Conference* (the "Motion") filed by Franklin Capital Fund, LLC ("Franklin").  ECF No. 87.  The Court, having reviewed the Motion and being otherwise fully advised in the premises, does

**ORDER AND ADJUDGE** that:

1. The Motion [ECF No. 87] is **GRANTED** as set forth herein-below

2. The Court shall treat the hearings on Hi Bar Capital, LLC's ("Hi Bar") *Verified Motion for Relief from the Automatic Stay* [ECF No. 33] and the *Motion to Dismiss* [ECF No. 34] (together, the "Hi Bar Motions"), which are currently scheduled for August 24, 2022, as a status conference.

3. The deadline for any interested party to file a response to the Hi Bar Motions is **EXTENDED** through the period seven days prior to any reset hearing thereon, which date shall be determined at the status conference.

4. The automatic stay shall remain in force and effect pending a final ruling on the Hi Bar Motions; provided, however, that this ruling is without prejudice to any interested party seeking to modify the stay if the current protections established by the Debtor for the Disputed Automobiles in its possession change.

5. This order is without prejudice to the adversary proceeding *FVP Opportunity Fund III, LP et al. v. Auto Wholesale of Boca, LLC*, Adv. Proc. No. 22-01218-EPK, proceeding in the ordinary course in all respects, and is also without prejudice to any interested party engaging in discovery on the Hi Bar Motions.

6. The Court hereby refers (a) Auto Wholesale of Boca, LLC (the "Debtor"), (b) Franklin, (c) FVP Investments, LLC, FVP Opportunity Fund III, LP and FVP Servicing, LLC, and (d) Hi Bar, to a judicial settlement conference.  The judicial settlement conference shall take place

on or before September 30, 2022, or, if no bankruptcy judge is available prior to that date, on the

next available date.

7.    The Subchapter V Trustee shall coordinate the scheduling of the judicial settlement

conference with all parties.

###

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file
a certificate of service with the Court.