

**ORDERED in the Southern District of Florida on August 24, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Chapter 11

                                                Case No. 22-15627-EPK

        Debtor.

_____/

### ORDER ADMITTING STEVEN WILLIAM WELLS
### TO APPEAR PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac

Vice [ECF No. 86].  The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Steven William Wells, Esq. ("Visiting Attorney") may appear before

this court *pro hac vice* as counsel for Hi Bar Capital, LLC ("Client") in this case and in each

adversary proceeding in this case where Visiting Attorney appears on behalf of Client, subject

to the local rules of this court.  Visiting Attorney shall include the certification required by

Local Rule 9011-4(B)(2) in all papers filed with this court.

4862-5866-4495.1

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Mark J. Wolfson, Esquire (FBN 0352756)
Foley & Lardner LLP
100 N. Tampa Street, Suite 2700
Tampa, FL  33602
Telephone: 813-225-4119
Email: mwolfson@foley.com

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s).  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Client(s) in all such proceedings.

### 

4862-5866-4495.1

Submitted by:
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 North Tampa St. #2700
Tampa, FL 33602
Phone: 813-225-4119
Facsimile: 813-221-4210

Steven William Wells shall serve this order upon the United States Trustee, all  parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

4862-5866-4495.1