UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK
                                                Chapter 11
        Debtor.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John E. Page, Esquire of Shraiberg Page, P.A., hereby enters this notice of appearance as counsel for Creditor, Edvard Dessalines, in the above-styled action and requests that he receive copies of all pleadings, motions, schedules and notices filed or served in this matter.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on August 24, 2022.

{2430/000/00543828}

Respectfully submitted,

SHRAIBERG PAGE, P.A.
Attorneys for Creditor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  jpage@slp.law


By:    /s/ John E. Page
          John E. Page
          Fla. Bar No. 0860581

2