UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

IN RE:                                    :          CHAPTER 11
                                          :
AUTO WHOLESALE OF BOCA, LLC               :          CASE NO. 22-15627-EPK
                                          :
        Debtor.                           :

## NOTICE OF CONTINUED §341 MEETING

NOTICE IS HEREBY GIVEN that the § 341 meeting in the above matter has been continued to **8:00 a.m. on the 31st day of October, 2022** VIA TELEPHONE

**CALL IN NUMBER: 1-866-774-1822**
**PARTICIPANT CODE: 4573853**

DATED:   August 26, 2022


_____/s/_____
HEIDI A. FEINMAN
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285
Heidi.A.Feinman@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE OF CONTINUED §341**

**MEETING** was electronically filed with the Court using the CM/ECF system, which sent

notification to all parties of interest participating in the CM/ECF system to the following parties:

**John M Brennan**    jack.brennan@gray-robinson.com,    jessica.rolon@gray-robinson.com
**Jerrell A Breslin**    jb@richardbaronlaw.com
**Alan R Crane**    acrane@furrcohen.com,    rrivera@furrcohen.com;  ltitus@furrcohen.com;
staff1@furrcohen.com
**Patrick R Dorsey**    pdorsey@slp.law,    dwoodall@slp.law;  pmouton@slp.law;
pdorsey@ecf.courtdrive.com
**C Craig Eller**    celler@kelleylawoffice.com,    bankruptcy@kelleylawoffice.com;
scott@kelleylawoffice.com
**Dana L Kaplan**    dana@kelleylawoffice.com,    cassandra@kelleylawoffice.com;
debbie@kelleylawoffice.com; craig@kelleylawoffice.com;
kelleycr75945@notify.bestcase.com; scott@kelleylawoffice.com
**Linda Marie Leali**    trustee@lealilaw.com,    F005@ecfcbis.com; lkennedy@lealilaw.com
**Cory Mauro**    cory@maurolawfirm.com,    paralegal@maurolawfirm.com;
evan@maurolawfirm.com
**Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,    cm_ecf_service@ntmlawfirm.com;
atty_mehdipour@bluestylus.com; cmecfservice@gmail.com;
mehdipournr85783@notify.bestcase.com
**James B Miller**    bkcmiami@gmail.com
**James C. Moon**    jmoon@melandbudwick.com,    ltannenbaum@melandbudwick.com;
mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com;
ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
**John E Page**    jpage@slp.law,    dwoodall@slp.law; pmouton@slp.law;
pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com
**Eric S Pendergraft**    ependergraft@slp.law , dwoodall@slp.law; dlocascio@slp.law;
bshraibergecfmail@gmail.com; pmouton@slp.law
**Ryan C Reinert**    rreinert@shutts.com,    jheard@shutts.com
**Jason S Rigoli**    jrigoli@furrcohen.com,    rrivera@furrcohen.com; staff1@furrcohen.com
**Zach B Shelomith**    zbs@lss.law,    info@lss.law; zshelomith@ecf.inforuptcy.com
**Bradley S Shraiberg**    bss@slp.law,    dwoodall@slp.law; dwoodall@ecf.courtdrive.com;
pmouton@slp.law
**Eric J Silver**    esilver@stearnsweaver.com,    jless@stearnsweaver.com;
fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com;
mfernandez@stearnsweaver.com
**David R. Softness**    david@softnesslaw.com
**Christian Somodevilla**    cs@lss.law,    info@lss.law; cs@ecf.courtdrive.com

2

3

**Harry Winderman**   harry4334@hotmail.com,   lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com

**Mark J Wolfson**   mwolfson@foley.com,   crowell@foley.com

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

DONE this the 26th day of August, 2022.

_____/s/_____
HEIDI A. FEINMAN
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285

3