UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

IN RE:                                          :        CHAPTER 11
                                                :
AUTO WHOLESALE OF BOCA, LLC                     :        CASE NO. 22-15627-EPK
                                                :
        Debtor.                                 :

### CORRECTED NOTICE OF CONTINUED §341 MEETING
### (corrects DATE of meeting)

NOTICE IS HEREBY GIVEN that the § 341 meeting in the above matter has been continued to **8:00 a.m. on the 31st day of August, 2022** VIA TELEPHONE

**CALL IN NUMBER: 1-866-774-1822**
**PARTICIPANT CODE: 4573853**

DATED:   August 26, 2022

_____/s/_____
HEIDI A. FEINMAN
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285
Heidi.A.Feinman@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the **CORRECTED NOTICE OF CONTINUED §341 MEETING** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system to the following parties:

| | |
|---|---|
| **John M Brennan** | jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com |
| **Jerrell A Breslin** | jb@richardbaronlaw.com |
| **Alan R Crane** | acrane@furrcohen.com, rrivera@furrcohen.com; ltitus@furrcohen.com; staff1@furrcohen.com |
| **Patrick R Dorsey** | pdorsey@slp.law, dwoodall@slp.law; pmouton@slp.law; pdorsey@ecf.courtdrive.com |
| **C Craig Eller** | celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com |
| **Dana L Kaplan** | dana@kelleylawoffice.com, cassandra@kelleylawoffice.com; debbie@kelleylawoffice.com; craig@kelleylawoffice.com; kelleycr75945@notify.bestcase.com; scott@kelleylawoffice.com |
| **Linda Marie Leali** | trustee@lealilaw.com, F005@ecfcbis.com; lkennedy@lealilaw.com |
| **Cory Mauro** | cory@maurolawfirm.com, paralegal@maurolawfirm.com; evan@maurolawfirm.com |
| **Nicole Testa Mehdipour** | nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestcase.com |
| **James B Miller** | bkcmiami@gmail.com |
| **James C. Moon** | jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com |
| **John E Page** | jpage@slp.law, dwoodall@slp.law; pmouton@slp.law; pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com |
| **Eric S Pendergraft** | ependergraft@slp.law , dwoodall@slp.law; dlocascio@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law |
| **Ryan C Reinert** | rreinert@shutts.com, jheard@shutts.com |
| **Jason S Rigoli** | jrigoli@furrcohen.com, rrivera@furrcohen.com; staff1@furrcohen.com |
| **Zach B Shelomith** | zbs@lss.law, info@lss.law; zshelomith@ecf.inforuptcy.com |
| **Bradley S Shraiberg** | bss@slp.law, dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law |
| **Eric J Silver** | esilver@stearnsweaver.com, jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com |
| **David R. Softness** | david@softnesslaw.com |
| **Christian Somodevilla** | cs@lss.law, info@lss.law; cs@ecf.courtdrive.com |

2

3

**Harry Winderman**   harry4334@hotmail.com,   lynoramae@gmail.com, lm@whcfla.com,
                      filings@whcfla.com
**Mark J Wolfson**    mwolfson@foley.com,   crowell@foley.com

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

DONE this the 26th day of August, 2022.

_____/s/_____
HEIDI A. FEINMAN
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285