**STATE OF FLORIDA** — **LIEN SATISFACTION**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF83CLA1L0254693 | 2020 | FERR | 2P | | 3473 | 138228520 |

Date of Issue 05/05/2020

Registered Owner:

RICHARD SCOT GREENBERG
7120 LIONS HEAD LN
BOCA RATON FL 33496

Mail To:

RICHARD SCOT GREENBERG
7120 LIONS HEAD LN
BOCA RATON FL 33496-5937

Lien Release
Interest in the described vehicle is hereby released

By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-I-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF83CLA1L0254693 | 2020 | FERR | 2P | | 3473 | 138228520 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | BLK | | | | PRIVATE | |

Lien Release
Interest in the described vehicle is hereby released

By_____
Title_____

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 32 MILES 03/30/2020 ACTUAL | | | 05/05/2020 |

Date_____

Registered Owner

RICHARD SCOT GREENBERG
7120 LIONS HEAD LN
BOCA RATON FL 33496

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES

*Robt R. Kynoch*

Robert R. Kynoch
Director

TALLAHASSEE        FLORIDA

Control Number: 146075583

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Terry L. Rhodes*

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _Karma Palm Beach_   Address: _1001 Clint Moore Rd #103, Boca Raton, FL 33487_

Seller Must Enter Selling Price: _____   Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__||__|_,|__||__||__|.| X | (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _Mayara L. Cardoso by POA_     CO-SELLER Must Sign Here: _____
Print Here: _Richard Scot Greenberg_     Print Here: _____
Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____
Auction Name _____   License Number: _____

PURCHASER Must Sign Here: _[signature]_     CO-PURCHASER Must Sign Here: _____
Print Here: _Alana Bailey_     Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)   **STATE OF FLORIDA**

**EXHIBIT**

"A"

HSMV 82995 (REV. 10/11)S

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
2900 Apalachee Parkway - Tallahassee, 32399-0610
(Instructions on Reverse Side)

## MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisionment.

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| ZFF83CLA1L0254693 | 2020 | FERRARI | 812 SUPERFAST | 2DR | 138228520 |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, RICHARD SCOT GREENBERG appoint KARMA PALM BEACH INC
(Print Seller's Name)            (Print Name of Dealership / Business)

as of _____ (Date) as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisionment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐,☐☐☐ ☐xx (NO TENTHS) MILES, DATE READ __ __/__ __/__ __ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE.
                                                                                                    WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____     Seller's Printed Name     RICHARD SCOT GREENBERG

Co Seller's Signature _____     Co Seller's Printed Name _____

Seller's Street Address  7120 Lions Head Ln     City  Boca Raton     State FL     Zip 33496

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____     Purchaser's Printed Name  Alene Bailey

Purchaser's Dealership Name  KARMA PALM BEACH INC     Dealer License No.  VF/1133543/1
(Print Name of Dealership/Business)

Business Address  1001 Clint Moore Rd Ste 103     City  Boca Raton     State FL     Zip 33487

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ appoint _____
(Print Purchaser's Name)            (Print Name of Dealership / Business)

as of _____ (Date) as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐,☐☐☐ ☐xx (NO TENTHS) MILES, DATE READ __ __/__ __/__ __ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE.
                                                                                                    WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____     Seller's Printed Name _____
(For Dealership / Business)            (For Dealership / Business)

Business Address _____     City _____     State _____     Zip _____

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____     Purchaser's Printed Name _____

Co Purchaser's Signature _____     Co Purchaser's Printed Name _____

Purchaser's Name _____     Street Address _____

City _____     State _____     Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, Mayara Cardoso , hereby certify that the mileage I have disclosed on the title document is
(Print Name of Person exercising above power(s) of attorney)
consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature  Mayara L. Cardoso     Date 3-9-22     Printed Name  Mayara Cardoso     FL     33487

Street Address  1001 Clint Moore Rd Ste 103     City  Boca Raton     State FL     Zip 33487

ORIGINAL:DMS Copy (with Title)     GOLD COPY:Dealer/Business     YELLOW COPY:Part A Seller

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____     Purchaser's DL/ID _____
            First              MI            Last

Address _____     Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____     Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF 11355131    Selling Dealer's Name: Karma Palm Beach    Tax No.: 06-8018195758 0    Tax Collected: R/S

Selling Dealer's Address: 1001 Clint Moore Rd # 103, Boca Raton, FL 33487    Date Sold: 3-9-22

Purchaser's Name(s): Auto Wholesale of Boca LLC    Address: 6560 W Rogers Cir # B27, Boca Raton, FL 33487

I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS 1 3 0 9 [XX] (NO TENTHS) MILES, DATE READ 3,9,22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    [X] 1. REFLECTS ACTUAL MILEAGE    [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    [ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: *Michele Martin*    Co-Purchaser Must Sign Here: _____
Print Here: MICHELE MARTIN    Print Here: _____
Seller/Agent Must Sign Here: *Alana Bailey*    Auction Name (When Applicable): _____
Print Here: Alana Bailey    Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [XX] (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    [ ] 1. REFLECTS ACTUAL MILEAGE    [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    [ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____
Print Here: _____    Print Here: _____
Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____
Print Here: _____    Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [XX] (NO TENTHS) MILES, DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    [ ] 1. REFLECTS ACTUAL MILEAGE    [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    [ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____
Print Here: _____    Print Here: _____
Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____
Print Here: _____    Auction License Number: _____