**BankUnited**

◊ Transaction View

| | |
|---|---|
| **Account Title/Name** | **Account Number** |
| AUTO WHOLESALE OF BOCA LLC | 9854907432 |

**Amount**           **Currency**
425,000.00          USD,UNITED STATES DO

**ORIGINATOR INFO**

**Name**
AUTO WHOLESALE OF BOCA LLC

**FED Code**      **Special Fee**
CTP,1000           0.00

**Originator Address**
6560 W ROGERS CIRCLE APT B27

**Account Number/Identifier**
9854907432

BOCA RATON FL 33487

**Originator Reference**

US

**ORIGINATOR TO BENEFICIARY INSTRUCTIONS**
2020 FERRARI 254693

Waive

**BENEFICIARY INFO**

**Name**
KARMA OF PALM BEACH INC.

**Account Number**
705116603

**Beneficiary Physical Address**
1001 CLINT MOORE ROAD STE 103

BOCA RATON, FL 33487          US

**BENEFICIARY BANK**
JPMORGAN CHASE BANK, NA, NEW YORK,

**ABA/SWIFT**
021000021

**Bank Address**

**Account Number**

**Bank Contact Instructions**      **Phone**

US

**INTERMEDIARY BANK OR USA CORRESPONDENT**

**Bank Address**

US

**Test Key/Electronic Signature**

**Preparer ID**          **Authorizer**
MSIMON

3/9/2022, 3:01:36 PM Posted by MSIMON       : MOSCHE FARACHE FL DL F620540693430 ISS 07/01/2019 EXP 09/23/2027 NO HOLD NO ALERT FUNDS AVAILABLE

Authorizer Signature:                           Client Signature:

https://fedlink.bkuna.com/



EXHIBIT
" B "

3/9/2022