Case 22-15627-EPK   Doc 101-3   Filed 08/29/22   Page 1 of 1

# KARMA PALMBEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.996.5557  FAX 561.996.4703

## (Sold As Is)

DATE: 03/09/2022

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR #B27

City: BOCA RATON    State: FL    Zip: 33487

Contact Name: _____ Tel: _____ Fax: _____

Year: 2020    Make: FERRARI    Model: 812 SUPERFAST

Color: BLACK    Body Style: 2DR

I.D. Number: ZFF83CLA1L0254693

Price: $ 425,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **KARMA PALM BEACH** _____ state that the odometer
   TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads _1309_ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

## VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| FERRARI | 2DR | 812 SUPERFAST |
| VEHICLE ID NUMBER | | STOCK NUMBER |
| ZFF83CLA1L0254693 | | |
| COLOR | TRIM | YEAR |
| BLACK | | 2020 |

## TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
KARMA PALM BEACH

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE ROAD, SUITE 103

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

AUTHORIZED SIGNATURE ► TRANSFEROR'S SIGNATURE (SELLER)  X _____

DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING  X _Alana Bailey_

## TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEREE'S STREET ADDRESS
6560 W ROGERS CIR #B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

TRANSFEREE'S SIGNATURE (BUYER) _____ | DATE SIGNED 03/09/2022

PRINTED NAME OF PERSON SIGNING
MICHELE MARTIN

---

**EXHIBIT**

"C"