**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**AUTO WHOLESALE OF BOCA, LLC,**          **CASE NO. 22-15627-EPK**

    Debtor.          Chapter 7

_____/

### MOTION TO AMEND "ORDER REQUIRING COURT APPROVAL FOR SALE OF CERTAIN VEHICLES" (CP # 50)

**COMES NOW**, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and Hi Bar Capital, LLC, a New York Limited Liability Company, ("Hi Bar") (collectively, the "Plaintiffs").

The Plaintiffs are creditors or otherwise interested parties in this chapter 11 case (the "Case" or the "Bankruptcy") of Auto Wholesale of Boca, LLC ("AWB" or the "Debtor"). The Plaintiffs are also the plaintiffs in the certain adversary proceeding against the Debtor pending before this Court as Case # 22-01218-EPK (the "Adversary").

In the Adversary case, the Court granted the Plaintiff's emergency motion and entered its "Order Granting In Part Emergency Motion To Determine That State Court Freeze Order Remains In Effect And That Any Sales Of The Disputed Vehicles Are Not Sales In The Ordinary Course" (CP # 14, the "Adversary Order"). There, the Court Ruled that ".

2. The Debtor must seek Court approval under 11 U.S.C. § 363(b) to sell any of the Vehicles listed in Exhibit A.

3. The Court will enter an order in the main bankruptcy case providing similar relief.

Thereupon, the Court entered a similar order in this main Case entitled "Order Requiring Court Approval For Sale Of Certain Vehicles" essentially granting the same relief (CP # 50, the "Main Case Order").

Plaintiffs filed a motion on Friday, August 27, 2022 in the Adversary to expand the vehicles (and a trust account) which are subject to the Court's Orders (CP # 26). By this motion, and consistent with the prior Order(s), Plaintiffs seek to have the same relief granted with respect to the Main Case as that sought in the Adversary – which is - expanding the *Order Requiring Court Approval For Sale Of Certain Vehicles* to the additional vehicles in which the Plaintiffs seek protection.

Dated August 26, 2022.

### For the FVP Plaintiffs

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail:  JB@RichardBaronLaw.com
EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel.: (973) 936-2176
E-mails:
jschwartz@jonschwartzlaw.com
JNSEsquire@gmail.com

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 341-3111
E-mail:        david@softnesslaw.com

By:    s/ David R. Softness
        David R. Softness, Esq.
        Florida Bar No. 513229

**For Hi Bar Plaintiff**

Steven William Wells, Esq.
*Admitted Pro Hac Vice*
New York Bar No.: 4184792
Wells Law, P.C.
229 Warner Road
Lancaster, NY 14086
Primary Email: steve@wellspc.com

Mark J. Wolfson, Esq.
FOLEY & LARDNER LLP
100 N. Tampa Street
Suite 2700 Tampa
Florida 33602
(813) 229-2300 (telephone)
(813) 221-4210 (facsimile)
Primary email:  mwolfson@foley.com
Secondary email:    crowell@foley.com

By:    /s/ Mark J. Wolfson
       Mark J. Wolfson, Esq.
       Florida Bar No. 0352756

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter and also served same upon the Debtor, Auto Wholesale of Boca, LLC, by serving  James Miller, Esq., at bkcmiami@gmail.com and jbm@title11law.com, upon Mark Wolfson, Esq., counsel for Hi Bar Capital, LLC, at MWolfson@foley.com upon the US Trustee by serving Heidi Feinman, Esq., at Heidi.A.Feinman@usdoj.gov, upon the SubChapter 5 Trustee, by serving Linda Leali, Esq., at lleali@lealilaw.com, and that I was authorized and directed to do all of the foregoing by Mark J. Wolfson, Esq., counsel for the Hi Bar Plaintiff.

/ s/ David R. Softness
David R. Softness, Esq.