**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                                    Chapter 11

AUTO WHOLESALE OF BOCA, INC.

        Debtor.                                       Case No. 22-15627-EPK

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PAPERS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, D. Brett Marks, Esq. of Akerman LLP, hereby gives notice of his entry of appearance as counsel on behalf of Edward Brown ("Interested Party") and requests all notices, pleadings, motions, applications, and other documents filed and/or served in this case (including, but not limited to, all notices described in Rule 2002 of the Federal Rules of Bankruptcy Procedure, all disclosure statements and plans of reorganization) be sent to the following address:

D. Brett Marks, Esq.
AKERMAN LLP
201 Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone (954) 463-2700
Facsimile (954) 463-2224
Email: brett.marks@akerman.com

Nothing in this *Notice of Appearance* is intended to or shall be construed as a waiver by Interested Party of any objections to the Court's exercise of personal or subject matter jurisdiction herein or in any related matters or proceedings. Nor shall this appearance be deemed as a consent to the Court exercising jurisdiction over Interested Party or any real or personal or other property owned or controlled by Interested Party.

66185515;1

Furthermore, neither this *Notice of Appearance* nor any subsequent appearance, pleading, claim, or suit is intended to waive: *(i)* Interested Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; *(ii)* Interested Party's right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; *(iii)* Interested Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or *(iv)* any other rights claims, actions, defenses, setoffs, or recoupments to which Interested Party is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Interested Party expressly reserves.

Dated: September 2, 2022

Respectfully submitted,

By:  /s/ *D. Brett Marks*
D. Brett Marks, Esq.
Florida Bar No. 099635
brett.marks@akerman.com
**AKERMAN LLP**
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL  33301-2999
Tel: 954-463-2700
Fax: 954-463-2224

*Attorneys for Edward Brown*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ *D. Brett Marks*
D. Brett Marks, Esq.

- 2 -

66185515;1