UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                      Chapter 11 Subchapter V

          Debtor-in-Possession.          /

**DEBTOR'S RESPONSE AND OBJECTION TO
MOTION TO AMEND "ORDER REQUIRING COURT APPROVAL FOR SALE OF
CERTAIN VEHICLES"**

Comes Now, Defendant, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and serves this instant *Debtor's Response And Objection To Motion To Amend "Order Requiring Court Approval For Sale Of Certain Vehicles"*, and states –

1. The FVP entities and Hi Bar have filed yet another salvo in their efforts to prevent the operations of the Debtor and to recover on purported liens alleged to be on the inventory (and now proceeds from sale) of the Debtor. *See* ECF No. 102 (*Motion To Amend "Order Requiring Court Approval For Sale Of Certain Vehicles"* (the "*New Motion*").[1]

2. Debtor adopts herein, in full, its written and filed *Response* [Adv. Proc. ECF No. 30] in the Adversary Proceeding.

3. The Movants bear the burden of establishing entitlement to the relief requested and no relief should be granted to Plaintiffs.

---

[1] FVP and Hi Bar have filed a motion seeking similar relief in the related Adversary Proceeding No. 22-01218-EPK [*see* Adv. Proc. ECF No. 26].

WHEREFORE, Debtor requests the Court deny all relief to the Movants, and for such other and further relief which is equitable and just.

Respectfully submitted on September 2nd, 2022.

JAMES B. MILLER, P.A.
**Interim Counsel for Debtor-in-Possession**
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this pleading, with all attachments, was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said Adversary Proceeding and who are registered with the Court for such service.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164