UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-15627-EPK CHAPTER 11

AUTO WHOLESALE OF BOCA, LLC,

Debtor.

_____/

**DEREK STEPHENS' MOTION TO COMPEL TURNOVER OF 2013 FERRARI 458
SPIDER AND TO ABANDON TITLE**

Derek Stephens ("Stephens") requests that Auto Wholesale of Boca, LLC ("AWB"), be compelled to turn over the 2013 Ferrari 458 Spider owned by Stephens and abandon title, and states as follows:

1.      On March 11, 2022, Stephens entered into a Consignment Agreement (the "Agreement") with Karma of Palm Beach, Inc. ("Karma") for a 2013 Ferrari 458 Spider, VIN ZFF68NHA8D0191526, (the "Vehicle"). *See* Declaration of Derek Stephens attached as Exhibit A at Exhibit 1.

2.      Under the terms of the Agreement, Stephens, as consigner, agreed that Karma "may sell the [Vehicle] on Consigner's behalf…" *Id.*

3.      Karma did not sell the Vehicle. *Id.* at ¶ 6.

4.      AWB unlawfully dispossessed Karma of the Vehicle and was not a purchaser of the Vehicle.

5.      On April 5, 2022, Stephens filed a complaint in Palm Beach County Circuit Court, Case No. 50-2022-CA-003169 XXXXMB (the "State Court Action"), against AWB and Karma.

6.      On July 22, 2022, AWB filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

1

7.    Stephens is the legal owner of the Vehicle, and it should be turned over to Stephens immediately.

8.    Additionally, though Stephens is the title holder of the Vehicle, title is currently listed as "Cancelled" by the Florida Department of Highway Safety and Motor Vehicles (the "DHSMV").

9.    Stephens requests that the Court issue an abandonment order authorizing law enforcement and the DHSMV to remove any holds on the title so as to allow for the cancellation of the title interest of AWB.

10.    The nature of the Vehicle is such that each transfer of title may affect the value, and given that AWB should not have held the title to the Vehicle, and abandonment is appropriate, avoidance and cancellation of the current title is the appropriate remedy to achieve the intent of abandonment. *See In re Sunbum5 Enterprises, LLC*, 2011 WL 4529648, 6:10-cv-1268 (M.D. Fla. Sept. 30, 2011) at *8.

WHEREFORE, Stephens respectfully requests this Court enter an Order directing AWB to turn over the Vehicle to Stephens, abandon Title to the Vehicle, authorizing law enforcement and the DHMSV to issue a new title to Stephens and awarding such other relief as may be just.

**MAURO LAW P.A.**

/s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 202-1922
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/  C. Cory Mauro
C. Cory Mauro

MAURO LAW | 1001 YAMATO ROAD, SUITE 401 | BOCA RATON, FLORIDA 33431 | 561.202.1992 | WWW.MAUROLAWFIRM.COM