# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-15627-EPK CHAPTER 11

AUTO WHOLESALE OF BOCA, LLC,

Debtor.

_____/

**DECLARATION OF DEREK STEPHENS**

1.      My name is Derek Stephens

2.      I am over the age of 18, and I make this declaration based on personal knowledge.

3.      The statements made in this declaration are true and correct.

4.      On March 11, 2022, I entered into a Consignment Agreement (the "Agreement") with Karma of Palm Beach, Inc. ("Karma") for a 2013 Ferrari 458 Spider, VIN ZFF68NHA8D0191526, (the "Vehicle"). *See* Exhibit 1.

5.      Under the terms of the Agreement, Karma agreed to pay me $230,000, less any expenses, if and when the Vehicle was sold.

6.      Karma did not sell the Vehicle.

7.      On or about April 4, 2022, I was notified by Karma that AWB took possession of the Vehicle.

8.      I was also told that title was transferred to AWB and that AWB may sell the Vehicle to a third party.

9.      I never received payment for the Vehicle under the terms of the Agreement nor do I have possession of the Vehicle.

10.     I did not give Karma permission to transfer possession of the Vehicle to AWB or any other third party.

1

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.

_____
DEREK STEPHENS

2

# EXHIBIT 1



# K ∧ R M ∧ | PALM BEACH

O: 561.998.5557
F: 561.998.4703
1001 Clint Moore Rd.  Ste 103
Boca Raton, FL 33487

SALESPERSON: J-Martin

I, Derek Stephens _____ (Consignor) do hereby consign

my 2013 Ferrari 458 Spider _____ with

VIN number ZFF68NHA8D0A/506 _____ to Karma Palm Beach on

_____ with plate No._____ .

**Consignor warrants that he/she is the registered owner of the vehicle described above and that the vehicle is free and clear of any lien or encumbrance unless listed below:**

| BANK NAME: | Ferra Credit Union | PHONE NUMBER: | |
|---|---|---|---|
| ACCOUNT #: | | EST. AMOUNT: | |

Consignor also warrants said vehicle to be held by a good marketable title, which Consignor will freely reassign to Dealer upon purchase or sale of said vehicle. Consignor certifies that the consigned vehicle has never been involved in an accident, has no frame damage, no break contamination and meets all federal emissions and safety standards.

**Consignor agrees to pay Dealer $500.00** at the time of consignment for detail costs, E-bay listing, and other advertisements for the purpose of selling the above referenced vehicle.

Consignor agrees that Dealer may sell the above-mentioned vehicle on Consignor's behalf, and that **Consignor will accept an amount of** $ 230,000 _____ minus expenses, as payment in full. However, Consignor may be presented with an offer for a lesser amount at which time, both parties accept only written offer and written authorization. Consignor may accept a lesser amount as payment in full.

In the event the Consignor removes vehicle from Dealer inventory, Dealer will be reimbursed for expenses including but not limited to: advertising and condition maintenance.

Dealer agrees to keep the vehicle reasonably secure and clean while it is in the Dealer's possession. Consignor agrees to keep above-mentioned vehicle fully insured while on consignment and hold Dealer harmless for any damage while on consignment. Consignor will notify insurance carrier that vehicle is on consignment at Karma Palm Beach and will provide Karma Palm Beach with a copy of valid insurance card. Consignor agrees that the vehicle remains Consignor's sole risk, without liability on the part of the Dealer for loss or damage due to fire, theft, collision or other circumstances. The Dealer will not be responsible for vehicle failures, including but not limited to: mechanical, electrical or apparatuses.

Consignor authorizes Dealer to demonstrate and operate the vehicle. Consignor also authorizes all prospective third-party purchasers to operate the vehicle.

There are no promises, terms, conditions or obligations other than those outlined herein, and this contract shall supersede all previous communications, representations or agreements either verbal or written between Consignor and Dealer.

3/11/22

CONSIGNOR

KARMA PALM BEACH

excellauto.com