UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,        Case No.: 22- 15627-EPK
                                        Chapter 11 Subchapter V

      Debtor-in-Possession.    /

**DEBTOR'S NOTICE OF FILING DOCUMENTS IN SUPPORT OF:
DEBTOR'S RESPONSE AND OBJECTION TO
MOTION TO AMEND "ORDER REQUIRING COURT APPROVAL FOR SALE OF
CERTAIN VEHICLES"**

Comes Now, Defendant, the Debtor-in-Possession, Auto Wholesale of Boca,

LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and

serves this instant *Debtor's Notice Of Filing Documents In Support of: Debtor's*

*Response And Objection To Motion To Amend "Order Requiring Court Approval For*

*Sale Of Certain Vehicles"*, and states –

1. Debtor files the following documents in support of its *Response And*

    *Objection To Motion To Amend "Order Requiring Court Approval For Sale Of*

    *Certain Vehicles"*:[1]

    a. **Amended Affidavit of Moshe Farache** as filed on May 27th, 2022 in

        Broward County Circuit Court Case No. CACE-22-005125 (the "FVP

        State Litigation") identifying vehicles in Debtor's possession at the time

        of FVP State Litigation and noting pre-hearing sale of Jeep Gladiator

        at auction at Manheim Palm Beach; and,

---

[1] FVP and Hi Bar have filed a motion seeking similar relief in the related Adversary Proceeding No. 22-01218-EPK [*see* Adv. Proc. ECF No. 26].

b. **Original Exhibit "B"** attached to FVP's Complaint filed in the FVP State Litigation, identifying FVP's claimed collateral – notably absent from this list are the now-claimed interests in the: i) **2016 Ford Rhino Vin No. xx8666**, ii) **2021 Jeep Gladiator, VIN NO. xx4806** (and sale proceeds therefrom); and, iii) **2015 McLaren VIN No. xx3654**.

2. Debtor adopts herein, in full, its written and filed *Response* [Adv. Proc. ECF No. 30] in the Adversary Proceeding.

3. The Movants bear the burden of establishing entitlement to the relief requested and no relief should be granted to Movants.

WHEREFORE, Debtor requests the Court deny all relief to the Movants, and for such other and further relief which is equitable and just.

Respectfully submitted on September 7th, 2022.

JAMES B. MILLER, P.A.
***Interim Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading, with all attachments, was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said Case and who are registered with the Court for such service.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164