

**ORDERED in the Southern District of Florida on September 9, 2022.**

**Erik P. Kimball, Judge**
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          **Case No.: 22-15627-EPK**

    Debtor.                                          Chapter 11/Subchapter 5

_____/

### <u>ORDER GRANTING – IN PART - PLAINTIFFS' MOTION TO MODIFY ORDER TO ADD ADDITIONAL PROPERTY CLAIMED BY THE DEBTOR AND OTHER PARTIES</u>

**THIS CAUSE** came before the Court on Wednesday, September 7, 2022, at 1:30 p.m. upon the motion of the Plaintiffs, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and Hi Bar Capital, LLC, a New York Limited Liability Company, ("HI BAR") (collectively, the "Plaintiffs"), entitled "Motion To Amend "Order Requiring Court Approval for Sale of Certain Vehicles"" (CP # 102, the "Motion".

The Court previously entered its Order dated August 3, 2022 entitled "Order requiring court approval for sale of certain vehicles Granting In Part Emergency Motion

To Determine That State Court Freeze Order Remains In Effect And That Any Sales Of The Disputed Vehicles Are Not Sales In The Ordinary Course" (CP # 50, the "Ordinary Course Order").  The Motion sought to have the Ordinary Course Order include six (6) additional vehicles identified therein and one fund of money in the amount of $130,000 (the "Jeep Funds").  The Court having considered the Motion and the response filed by the Debtor (CP # 30, the "Response") and arguments of counsel for the Plaintiffs and the Defendant/Debtor, Auto Wholesale Of Boca, LLC ("Debtor"), good cause appearing, and the Court being fully advised, it is

ORDERED and ADJUDGED that the Motion is granted - in part.

The relief sought regarding the Jeep Funds is denied without prejudice, as that relief will be the subject of a separate Order of the Court.

The Motion is granted as to the six (6) vehicles identified in the Motion (and below) all of which are hereby deemed to be subject to the Court's Ordinary Course Order [at ECF. 50 in Case No. 22-15627-EPK and ECF 14 in Case No. 22-01218-EPK].

1. **2016 Ford Rhino Black, VIN 1FDUF4HT8GEB18666.**

2. **2018 Mclaren 720s Black, VIN, SBM14DCA7JW001804**.

3. **2015 Maclaren 650 S Convertible, Grey, VIN: SBM11FAA4FW003654**.

4. **2017 Lamborghini Huracan Red, VIN, ZHWUR2ZF8HLA08121**.

5. **2021 Rolls Royce Cullinan White, VIN: SLATV8C09MU204097**.

6. **2021 Lamborghini Urus White, VIN, ZPBUA1ZL1MLA12270**.

* * *

Order Submitted By;

David R. Softness, Esq.
(FBN:  513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard
Suite 2740
Miami, FL  33131
Tel:            305-341-3111
Email:         david@softnesslaw.com

*Counsel for Plaintiffs*