UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  22-15627-EPK CHAPTER 11 CA

AUTO WHOLESALE OF BOCA, LLC,

    Debtor.

_____/

## NOTICE OF APPEARANCE

The undersigned attorney hereby requests his appearance be entered on the record as Counsel for Claimant, ACE Insurance Company of the Midwest a/s/o Richard Greenberg, and that undersigned counsel be served with all pleadings, motions and other papers filed in the above-captioned action.

**WE HEREBY CERTIFY** that the foregoing was filed electronically with the Clerk of the Court using CM/ECF this 12th day of September 2022.  We also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

KRAMER, GREEN, ZUCKERMAN,
GREENE & BUCHSBAUM, P.A.
Counsel for Claimant, ACE Insurance
Company of the Midwest a/s/o
Richard Greenberg
4000 Hollywood Boulevard, Suite 485-South
Hollywood, FL 33021
Tel: (954) 966-2112; Fax: (954) 981-1605

By:    /s/ Craig M. Greene, Esq.
CRAIG M. GREENE, ESQ.
Fla. Bar No. 618421
cgreene@kramergreen.com