**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,        Case No.: 22-15627-EPK

                                        Chapter: 11

        Debtor.                    WEST PALM BEACH DIVISION

_____/

## DECLARATION OF OMAR PERIU

1.      My name is Omar Periu, and I am over the age of eighteen, of sound mind, not suffering from any disease or defect that would render me incompetent to make this Declaration, and otherwise *sui juris*.  I have personal knowledge of all statements made in this Declaration. I affirm that the facts set forth in this Declaration are true.

2.      On February 14, 2022, I entered into a purchase agreement for a 2021 Mercedes Benz AMG G 63, VIN # W1NYC7HJ0MX390328 (the "Vehicle") with Karma of Broward, Inc. "Karma").

3.      Karma obtained automotive financing for the purchase price of the Vehicle through Woodside Credit, LLC ("Woodside"), who is listed as lienholder on the purchase agreement.

4.      I am the legal owner of the Vehicle.

5.      Debtor, Auto Wholesale Boca, LLC ("AWB"), removed the Vehicle from Karma's possession without the express authorization of Karma, the legal owner, or the lienholder.

6.      On April 29, 2022, Woodside filed a complaint in Palm Beach County Circuit Court, Case No. 50-2022-CA-004086 XXXXMB, against me, the Debtor, and Karma.

7.      On July 22, 2022, AWB filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

EXHIBIT A

2

8.      As of the date of this Declaration, the Vehicle unlawfully remains in the custody of the Debtor.

FURTHER DECLARANT SAYETH NAUGHT.

**<u>VERIFICATION PURSUANT TO FLA. STAT. § 92.525</u>**

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the facts stated in it are true.

Dated: _____9/15/2022_____

_Omar Periu_____
(Signature)

_____Omar Periu_____
(Print Name)