

**ORDERED in the Southern District of Florida on September 20, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22-15627-EPK
                                      Chapter 11     Subchapter V

_____Debtor._____ /

**FINAL ORDER GRANTING**
**DEBTOR'S EMERGENCY APPLICATION FOR (I) APPROVAL, ON AN INTERIM**
**AND FINAL BASIS, FOR EMPLOYMENT OF JAMES B. MILLER AND**
**JAMES B. MILLER, P.A. AS GENERAL BANKRUPTCY COUNSEL FOR THE**
<u>**DEBTOR-IN-POSSESSION, EFFECTIVE AS OF THE PETITION DATE**</u>

This matter came on before the Court on September 14th, 2022, at 1:30 p.m. for

Hearing [*see* ECF No. 26][1] on the *Debtor's Emergency Application For (1) Approval, On An*

---

[1] *Interim Order Approving The Employment Of James B. Miller And James B. Miller, P.A. As Counsel For The Debtor In Possession Effective As Of Petition Date And Setting Final Hearing Thereon.*

*Interim And Final Basis, For Employment Of James B. Miller And James B. Miller, P.A. As General Bankruptcy Counsel For The Debtor-In-Possession, Effective As Of The Petition Date* [ECF No. 5] (the "Application"], seeking employment of James B. Miller, Esq. and James B. Miller, P.A. (collectively, the "Miller Firm"), on notice to all creditors and interested parties, and the Court is satisfied that the Miller Firm represents no interest adverse to the Debtor in the matters upon which they are to be engaged, and that the Miller Firm has disclosed any connections with parties as required by 11 U.S.C §327(a), Fed. R. Bankr. P. 2014, and in the *Rule 2016 Disclosure* [ECF No. 4], that the Miller Firm's employment is necessary and would be in the best interests of the Estate, and that this Case justifies the retention for the purposes specified in the Application.  The Court, having considered the record and the argument of counsel, noting no objections voiced at the Hearing nor any objections filed, and having found that the relief requested in the Application is necessary and in the best interests of the Debtor, its Estate, and its creditors, that proper and adequate notice of the Application and the Hearing thereon has been given, based upon the record herein, and having found good cause therefor, does **ORDER** that:

1. The Application is **APPROVED**, on a **FINAL** basis, as of the Petition Date.

2. The Debtor is authorized to employ and retain the Miller Firm as its bankruptcy counsel in accordance with the terms of the Application and this *Order*.

3. The Miller Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 Case at its ordinary and customary rates, as may be adjusted from time to time, and in compliance with and pursuant to sections 330 and 331 of the Bankruptcy

Code and any order of this Court governing interim and/or final compensation procedures for estate professionals.

4. The Miller Firm's retention during the pendency of this Case in this Court shall be governed by this *Order*, the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and this Court's local rules and guidelines.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this *Order*.

###

Submitted By:

JAMES B. MILLER, P.A.
***Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

(Attorney **Miller** shall serve a conformed copy of this *Order* upon all creditors and interested parties and shall file a certificate of service of this *Order*)