

**ORDERED in the Southern District of Florida on September 29, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                    Case No. 22-15627-EPK
                                                          Chapter 11

**AUTO WHOLESALE OF BOCA, LLC,**


        Debtor.
_____/

**ORDER SETTING EVIDENTIARY HEARING ON**
**MOTION FOR TURNOVER AND TO ABANDON TITLE**

This matter came before the Court for hearing on September 28, 2022, upon the *Derek Stephens' Motion to Compel Turnover of 2013 Ferrari 458 Spider and to Abandon Title* [ECF No. 114] (the "Motion") filed by Derek Stephens. For the reasons stated on the record at the hearing, it is ORDERED and ADJUDGED:

1.      The Court shall hold an evidentiary hearing on the Motion [ECF No. 114] on **November 28, 2022, at 9:30 a.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

2.      Although the Court will conduct the hearing in person, any interested party may choose to observe remotely using the services of Zoom Video Communications, Inc. ("Zoom"). To observe remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143. **Parties may not participate remotely. All parties participating in the hearing and all witnesses must appear in person.**

3.      The parties must exchange exhibits following the procedures set out in Local Rule 9070-1, which is available at this link: https://www.flsb.uscourts.gov/local-rule/exhibits. Failure to timely comply with Local Rule 9070-1 may result in denial of admission of evidence.

###

Copy to:
C. Cory Mauro, Esq.

*C. Cory Mauro, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*