UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,       Case No.: 22- 15627-EPK
                                  Chapter 11 Subchapter V

       Debtor-in-Possession.     /

**DEBTOR'S RESPONSE AND OBJECTION TO
OMAR PERIU'S MOTION TO COMPEL TURNOVER OF 2021 MERCEDES -BENZ
AMG G 63 AND TO ABANDON TITLE**

       Comes Now, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor" or "AWB"), by and through undersigned counsel and files and serves this instant *Debtor's Response And Objection To Omar Periu's Motion To Compel Turnover Of 2021 Mercedes-Benz AMG G 63 And To Abandon Title* in response to *Omar Periu's Motion To Compel Turnover Of 2021 Mercedes-Benz AMG G 63 And To Abandon Title Motion to Compel Abandonment of Bare Legal Title to Vehicle* [ECF No. 127] (the "**Periu Motion**") filed by Omar Periu ("Periu") and states the following –

     **I.**    **PRELIMINARY STATEMENT**

1. The Debtor is a "Debtor-in-Possession" under Title 11, Subchapter V, of the United States Code by virtue of having filed its *Petition* [Parent ECF #1] on July 22nd, 2022, seeking to reorganize itself under the Bankruptcy Code.

2. As touched upon in the DIP's *Verified Chapter 11 Case Management Summary* [Parent ECF #7] ("Case Management Summary"), the DIP sought relief in bankruptcy based upon the fact that the Debtor had been defrauded out of millions of dollars in assets and monies by other entities and their operators, *i.e.* – Excell Auto Group, Inc. ("Excell"), Karma of Palm Beach ("KPB") and Karma of Broward ("KB") (KPB and KB are collectively "Karma"), operated and owned primarily by Scott and Kristen Zankl (the "Zankls")

3.  This fraud by the Zankls and their entities apparently included the unauthorized repeated reselling and financing of automobiles owned by Debtor and/or liened by Debtor.

4.  Shortly after AWB was able to recover some of its property from the Zankls, the Zankls filed bankruptcy for Excell under Chapter 7 in Case No. 22-12790-EPK ("Excell Bankruptcy").

5.  The Zankls have falsely led various lenders of Karma, and even Excell, to pursue AWB's automobiles and inventory, as well as other interested parties.

II.    **RELEVANT FACTS**

   **a.  Debtor's Acquisition**

6.  On or about January 25, 2022, AWB learned that a certain 2021 Mercedes Benz AMG G63 automobile (the "G63"), VIN #xx0328, was available for purchase for the sum of $265,000.00 ("Purchase Price"); and, AWB agreed to purchase the G63.

7.  On February 16th, 2022, AWB wired the Purchase Price ($265,000.00) to acquire the G63. *See* Exhibit "1" hereto, a true and correct copy of the Wire Transfer of $265,000.00 paid to Excell Auto Group by AWB with instructions referencing the G63 therein.

8.  Based upon the agreement to purchase, Excell had already apparently prepared the title endorsement to AWB on January 25th, 2022; and, after payment on February 16th, 2022, delivered the already-endorsed title along with a bill of sale to AWB (*see*, Composite Exhibit "2" – a true and correct copy of the original title, title assignment, and the bill of sale).

9.  AWB is currently in possession of both the G63 and title.

   **b.  Periu's Claim**

10. The **Periu Motion** makes a bold assertion of ownership of the G63, without supporting documents, and with a minimal sworn conclusory statement saying Periu purchased the G63 with financing by Woodside Credit LLC ("Woodside") on February 14, 2022.

11. Woodside does not have a lien on this vehicle, Periu does not have possession of the vehicle nor the title as well.

12. Periu is not an ordinary course buyer.

13. Debtor objects to any relief in favor of Periu.

WHEREFORE, Debtor requests that the **Periu Motion** be **DENIED**, and for such other and further relief which is equitable and just.

Respectfully submitted on September 29th, 2022.

JAMES B. MILLER, P.A.
***Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM


_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading, with all attachments, was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record who are registered to receive such pleading and filings before this Court.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164