**BankUnited**

⊖ Transaction View

◇

**Account Title/Name**
AUTO WHOLESALE OF BOCA LLC

**Account Number**
9854907432

**Amount**     **Currency**
265,000.00     USD,UNITED STATES DO

**ORIGINATOR INFO**
**Name**
AUTO WHOLESALE OF BOCA LLC

**FED Code**     **Special Fee**
CTP,1000          0.00

**Account Number/Identifier**
9854907432

**Originator Address**
6560 W ROGERS CIRCLE APT B27
BOCA RATON FL 33487

**Originator Reference**

US                                    Waive

**ORIGINATOR TO BENEFICIARY INSTRUCTIONS**
2021 MERCEDES
WMNYC7HJOMX390328

**BENEFICIARY INFO**
**Name**
EXCELL AUTO GROUP, INC.

**Account Number**
612283199

**Beneficiary Physical Address**
1001 CLINT MOORE ROAD STE 101

BOCA RATON, FL 33487

US

**BENEFICIARY BANK**
JPMORGAN CHASE BANK, NA, NEW YORK,

**ABA/SWIFT**
021000021

**Bank Address**

**Account Number**

**Bank Contact Instructions**     **Phone**

US

**INTERMEDIARY BANK OR USA CORRESPONDENT**

**Bank Address**

US

**Test Key/Electronic Signature**

**Preparer ID**     **Authorizer**
MSIMON

2/16/2022, 1:56:42 PM Posted by MSIMON     : FL DL ID F620 540 69 343 0 ISS 07012019 EXP 09232027 MOSHE
FARACHE NO HOLDS NO ALERTS FUNDS AVAILAB

Client Signature:

Authorizer Signature: _____

https://fedlink.bkuna.com/                                    2/16/2022