Case 22-15627-EPK Doc 136-2 Filed 09/29/22 Page 1 of 5

## WHOLESALE ORDER
### Excell Auto Group, Inc.
*1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487*
**Direct: (561) 998-5557 • Fax: (561) 998-4703**

# (Sold As Is)           DATE: 2/16/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W. ROGERS CIRCLE B27

City: BOCA RATON     State: FL     Zip: 33487

Contact Name: _____ Tel: _____ Fax: _____

Year: 2021     Make: MERCEDES     Model: G WGN

Color: POLAR WHITE     Body Style: UT

I.D. Number: W1NYC7HJ0MX390328

Price: $265000.00

### REGISTRATION AND TITLE WARRANTY
THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** _____ state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads **8961** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| MERCEDES | UT | G WGN |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| W1NYC7HJ0MX390328 | 107006 |

| COLOR | TRIM | YEAR |
|---|---|---|
| POLAR WHITE | | 2021 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS
**1001 CLINT MOORE ROAD, SUITE 101**

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE ► | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|
| DATE STATEMENT SIGNED 2/16/22 | PRINTED NAME OF PERSON SIGNING X  Terri J SoFoul |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
**AUTO WHOLESALE OF BOCA LLC**

TRANSFEROR'S STREET ADDRESS
**6560 W. ROGERS CIRCLE B27**

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED 2-16-22 |
|---|---|
| PRINTED NAME OF PERSON SIGNING  MICHELE MARTIN | |

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

VEHICLE HISTORY

AND210520BA

AUTOMOBILE

**VEHICLE ID NUMBER**
W1NYC7HJ0MX390328

| YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|
| 2021 | MERZ | 8WFV600 |

**BODY TYPE MODEL** UT

| AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|
| | | G | | NONE | 05/08/2022 |

| YR 1ST SOLD | CLASS | 'YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 2021 | MA | | 00 | | 05/20/21 |

**MOTORCYCLE ENGINE NUMBER**

ODOMETER DATE
05/03/2021
ACTUAL MILEAGE

ODOMETER READING
30 MI

**REGISTERED OWNER(S)**

DAIMLER TRUST LSR
RICO BROTHERS INC
OR HERRERA JESSE LSE
4911 MASON ST
SOUTH GATE CA 90280

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a. 12·16·21 DATE  X _Daimler Trust_ SIGNATURE OF REGISTERED OWNER

1b. DATE  X SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads 8,642 (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

**WARNING** ☐ Odometer reading is not the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

*I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| DATE 12-16-21 | TRANSFEROR SELLER SIGNATURE(S) X _Daimler Trust_ | DATE 12·16·2021 | TRANSFEREE BUYER SIGNATURE(S) X _D Kane_ |
|---|---|---|---|
| PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY | | PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY D. Kane  iLusso #80879 | |

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

**LIENHOLDER(S)**

DAIMLER TITLE CO      _Daimler Title Co_
PO BX 997545
SACRAMENTO CA 95899

2. X
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date   JAN 1 3 2022

028588   CA204324954

REG. 17.30RS (REV.02/2016)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

**APPLICATION FOR TRANSFER BY NEW OWNER** *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) *(LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD*

3b. ☐ AND ☐ OR *(LAST, FIRST, MIDDLE)*

4. RESIDENCE OR BUSINESS STREET ADDRESS — APT./SP./STE. NUMBER

5. CITY — STATE — ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES,ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY — STATE — ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER X — DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY** — 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER — ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

**TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS**

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

R/S NUMBER

DATE 1·25·22 — SIGNATURE OF AUTHORIZED AGENT X *D Kane* — PRINTED NAME OF AGENT *D. Kane* — DEALER NAME *ILusso 880879* — DEALER NUMBER

DATE 1/25/22 — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT *Alana Bailey - Karma Broward* — SALESPERSON'S NUMBER — DEALER NUMBER

SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION — AUCTION NAME

15. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

16. Odometer now reads: ☐☐☐,☐☐☐ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALESPERSON'S NUMBER

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

# MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: __CA204324954__  State of Issue: ____CA____

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?  [ ] Yes   [X] No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| W1NYC7HJ0MX390328 | 2021 | MERCEDES | G63 | UT |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| KARMA BROWARD | | VF/1133543/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 17TH ST | FT LAUDERDALE | FL | 33316 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 16-8018297140-3 |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| EXCELL AUTO GROUP INC | | |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

## ODOMETER DISCLOSURE STATEMENT

**WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][ ],[ ][ ][ ]XX (NO TENTHS) MILES,

DATE READ ___/___/___ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Alana Bowler | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
| TERRI J SOFOUL | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE                    COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

# MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reserve Side)

This reassignment is supplement to: [X] Title No.: CA204324954    State of Issue: CA

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?    [ ] Yes    [X] No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| W1NYC7HJ0MX390328 | 2021 | MERCEDES | G63 | UT |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| EXCELL AUTO GROUP INC | | VI/1014488/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 60-8015033028-0 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| AUTO WHOLESALE OF BOCA LLC | 1-25-22 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

## ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][8],[6][4][9] XX (NO TENTHS) MILES, DATE READ 1 /25 /22 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| TERRI J SOROLL | Terri J. Soroll |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| MICHELE MARTIN | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S