UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                    Chapter 11

      Debtor.

_____/

### WOODSIDE CREDIT LLC'S JOINDER TO OMAR PERIU'S MOTION TO COMPEL TURNOVER OF 2021 MERCEDES-BENZ AMG G 63 AND TO ABANDON TITLE

Creditor Woodside Credit LLC's ("Woodside"), by counsel, hereby joins (the "Joinder") in *Omar Periu's Motion to Compel Turnover of 2021 Mercedes-Benz AMG G 63 and to Abandon Title* (the "Motion to Compel") [ECF # 127]. Specifically regarding Paragraph 10 of the Debtor's *Response and Objection* [ECF # 136], attached as Woodside's Composite Exhibit "A" are the Purchase Agreement and Promissory Note and Security Agreement evidencing the transaction entered into by Karma Broward, Omar Periu ("Periu") and Woodside on February 14, 2022, which lists Woodside as the lienholder on the 2021 Mercedes-Benz AMG G 63 (the "Vehicle"). Furthermore, while not being in possession of the Vehicle, Periu has made all payments due under the terms of the Promissory Note and Security Agreement to Woodside and is current on his obligations.

WHEREFORE, Woodside respectfully requests that the Court grant the Motion to Compel and such other and further relief as the Court deems just and proper.

Dated:  September 29, 2022                LSS LAW
                                         2 S. Biscayne Blvd., Suite 2300
                                         Miami, Florida 33131
                                         Telephone: (305) 894-6163
                                         Facsimile: (305) 503-9447

                                         By:_____/s/_____
                                             CHRISTIAN SOMODEVILLA, ESQ
                                             Florida Bar No. 59539
                                             cs@lss.law

_____

LSS LAW
Miami | Fort Lauderdale

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing joinder was served on September 29, 2022 via the Notice of Electronic Filing (which is incorporated herein by reference).

By:_____/s/_____
Christian Somodevilla