UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,               Chapter 11

     Debtor.

_____/

**WOODSIDE CREDIT LLC'S AMENDED JOINDER TO OMAR PERIU'S MOTION TO
COMPEL TURNOVER OF 2021 MERCEDES-BENZ AMG G 63 AND TO ABANDON TITLE**
*(Amended solely to include missing exhibit from original joinder)*

Creditor Woodside Credit LLC's ("Woodside"), by counsel, hereby joins (the "Joinder") in

*Omar Periu's Motion to Compel Turnover of 2021 Mercedes-Benz AMG G 63 and to Abandon Title* (the

"Motion to Compel") [ECF # 127]. Specifically regarding Paragraph 10 of the Debtor's *Response and*

*Objection* [ECF # 136], attached as Woodside's Composite Exhibit "A" are the Purchase Agreement and

Promissory Note and Security Agreement evidencing the transaction entered into by Karma Broward,

Omar Periu ("Periu") and Woodside on February 14, 2022, which lists Woodside as the lienholder on the

2021 Mercedes-Benz AMG G 63 (the "Vehicle"). Furthermore, while not being in possession of the

Vehicle, Periu has made all payments due under the terms of the Promissory Note and Security

Agreement to Woodside and is current on his obligations.

WHEREFORE, Woodside respectfully requests that the Court grant the Motion to Compel and

such other and further relief as the Court deems just and proper.

Dated:  September 29, 2022                  LSS LAW
                                            2 S. Biscayne Blvd., Suite 2300
                                            Miami, Florida 33131
                                            Telephone: (305) 894-6163
                                            Facsimile: (305) 503-9447

                                            By:_____/s/_____
                                               CHRISTIAN SOMODEVILLA, ESQ
                                               Florida Bar No. 59539
                                             cs@lss.law

_____

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing joinder was served on September 29, 2022 via the Notice of Electronic Filing (which is incorporated herein by reference).

By:_____/s/_____
Christian Somodevilla

# PURCHASE AGREEMENT

**KARMA | BROWARD**

1717 SE 17TH ST. FORT LAUDERDALE, FL 33316
OFFICE 954.900.1025  FAX 954.900.1753

**KARMA**
BROWARD I PALM BEACH
*Ca* EXCELL AUTO GROUP

SALES PERSON: SCOTT ZANKL     DATE: 2 / 14 / 2022

| | |
|---|---|
| BUYER OMAR PERIU | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS 8025 TEXAS TRAIL | CITY & STATE BOCA RATON   FL   ZIP 33487 |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE   ZIP |
| HOME PHONE | BUSINESS PHONE   CELL PHONE |

NEW ☐   YEAR 2021   MAKE MERCEDES-BENZ   MODEL G-CLASS   MILEAGE 8,961

USED ☒   COLOR POLAR WHITE   TRIM   BODY TYPE AMG G 63 4MATIC SUV

☐   ID NO. W1NYC7HJ0MX390328   STOCK NO. 390328

| TRADE-IN DESCRIPTION NO. 1   STOCK NO. A05972 | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | $ | 270,000 | 00 |
| TRADE ALLOWANCE − | | 270,000 | 00 |
| DIFFERENCE = | $ | N/A | |
| SERVICE FEES* + | | 498 | 00 |
| SUB TOTAL * | | 498 | 00 |
| SALES TAX + | | 34 | 86 |
| ESTIMATED TAG, TITLE & REG + | | 275 | 00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60 | 00 |
| EST. BALANCE ON TRADE + | | 270,000 | 00 |
| TOTAL DELIVERY PRICE = | $ | 270,867 | 86 |

YEAR 2019 MAKE LAMBORGHINI   COLOR BLUE

MODEL URUS   BODY TYPE AWD

I.D. NO. ZPBUA1ZL2KLA05972   MILEAGE 22,164

BALANCED OWED TO WOODSIDE CREDIT

EST. AMT. OWED 270,000.00   ALLOW AMT. 270,000.00

**TRADE-IN DESCRIPTION NO. 2**   STOCK NO.

YEAR   MAKE   COLOR

MODEL   BODY TYPE

I.D. NO.   MILEAGE

BALANCED OWED TO

EST. AMT. OWED   ALLOW AMT.

**TRADE-IN DESCRIPTION NO. 3**   STOCK NO.

YEAR   MAKE   COLOR

MODEL   BODY TYPE

I.D NO.   MILEAGE

BALANCED OWED TO

EST. AMT. OWED   ALLOW AMT.

DEPOSIT NON-REFUNDABLE
☐ CAR IN STOCK
☐ SPECIAL ORDER   BUYER   −   54,000.00

EXTENDED WARRANTY (taxable) +   N/A

*BALANCE DUE ON DELIVERY = $ 216,867.86

AMOUNT FINANCED = $ 216,867.86

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

LIENHOLDER: WOODSIDE CREDIT LLC
PO BOX 12379
NEWPORT BEACH, CA 92658

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA BROWARD
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and Insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

☐ BUYER

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 2 / 14 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

02/14/2022

Buyer Signature   Date

Co-Buyer Signature   Date

Accepted By: _____ Dealer Representative

Please read additional terms and conditions on reverse side, before signing.     353567_07/23/21 MMP

NOT A CERTIFIED COPY

Copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

## STATEMENT OF LOAN • FEDERAL DISCLOSURES
### PROMISSORY NOTE AND SECURITY AGREEMENT

| Borrower Name and Address | Lender Name and Address |
|---|---|
| OMAR PERIU<br>8025 TEXAS TR<br>BOCA RATON, FL 33487 | Woodside Credit, LLC<br>895 Dove Street, Suite 100<br>Newport Beach, California 92660 |

| Co-Borrower Name and Address | CFL License No. 603 9423 | |
|---|---|---|
| | Loan No. | 387746 |
| | Agreement Date: | 02/14/2022 |
| | Maturity Date: | 02/16/2037 |

In this Promissory Note and Security Agreement ("Agreement"), Borrower and Co-Borrower are referred to as "you" and "your" and Lender and any assignee is referred to as "we," "us" and "our." The Federal Truth in Lending Act Disclosures are part of this Agreement. On the date shown as the Agreement Date above, we have loaned you money and you have granted to us a security interest in the vehicle described below (the "Vehicle") to secure repayment.

### Description of Vehicle:

| Year: | Make: | Model: | VIN: |
|---|---|---|---|
| 2021 | MERCEDES-BENZ | G-CLASS | W1NYC7HJ0MX390328 |

### Federal Truth in Lending Act Disclosures

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 6.82% | $130,103.74 | $216,867.86 | $346,971.60 |

Your payment schedule will be: "e" means an estimate

| Number of Payments | Amount of Payment(s) | When Payments Are Due |
|---|---|---|
| 180 | $1,927.62 | Monthly, beginning 03/16/2022 |

**Security:** You are giving a security interest in your Vehicle.

**Late Charge:** If any payment is not made within 10 days after it is due, you will be charged $25.00.

**Prepayment:** If you pay off early, you will not have to pay a penalty.

**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to Lender.

You should read all pages of this Agreement for additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

### Itemization of Amount Financed

| | | |
|---|---|---|
| A. Amount Paid to Others on Your Behalf | | $ 216,867.86 |
|   1. Karma Broward | $ 216,867.86 | |
|   2. _____ | $ 0.00 | |
|   3. For Tax, Title, Lien Filing Fees | $ | |
| B. Amount Given Directly to You | | $ 0.00 |
| C. Prepaid Finance Charge | | $ 4,337.36 |
|   1. For Origination Fee | $ 4,337.36 | |
|   2. For Appraisal Fee | $ 0.00 | |
| D. Total Loan Amount | | $ 221,205.22 |
| Amount Financed (D minus C) | | $ 216,867.86 |

**Your Promise to Pay.** For value received, you promise to pay to our order U.S. $ 221,205.22 (the "Principal"), plus interest on the unpaid Principal calculated as described in the "Interest Calculation and Payments" section below at the rate of 6.50%, in monthly installments of Principal and Interest as shown in the payment schedule above, until you have paid us all that you owe us. Any Prepaid Finance Charge shown above is treated as fully earned on the date funds are advanced. If more than one of you signs this Agreement, each of you will be individually and jointly liable to us for repayment.

**Interest Calculation and Payments.** Interest on this Agreement is computed on a 30/360 simple interest basis. In particular, monthly interest is calculated by applying the ratio of the interest rate over a year of 360 days, multiplied by the outstanding Principal balance, multiplied by a month of 30 days, excepting only odd days before the first full month. In the case of odd days before the first full month, interest is calculated based on the actual days elapsed and

a 360-day year. All interest payable under this Agreement is computed using this method. Payments we receive will be applied first to any fees and/or costs incurred as a result of your default of any of your obligations under this Agreement, then to accrued and unpaid interest, then to unpaid Principal, then to other amounts you may owe us. If you make more than one payment before it is due, you will still owe the payments due as scheduled (advance payments are applied to the Principal balance). The Finance Charge, Total of Payments and Payment Schedule disclosed in the Federal Truth in Lending Disclosures may differ from the actual amount you pay if your payments are not received by us on their exact due dates, or we advance amounts under this Agreement to fulfill your obligations, which we may add to the unpaid Principal balance. Your final payment may be different than the amount disclosed under the Payment Schedule if you make your payments after the date they are due, or if we added amounts we advanced to the Principal balance.

The original document is owned by Woodside Credit and this copy was created on Feb 15, 2022 06:25:55 AM.

Copy of the Electronic Original© document managed by the eCore® On Demand (EOD™) Service.

**Late Fee.** You agree to pay a late fee (late charge) for late payment as disclosed on the prior page.

**Returned Payment Item Fee.** If any check, negotiable order of withdrawal or share draft you give us is returned by a depository institution, you agree to pay a returned payment item fee of $15.00 for each such item returned.

**Security Interest.** To secure repayment of this loan and performance of your other obligations under this Agreement, you hereby grant us a security interest in (1) the Vehicle and all parts or accessories attached to the Vehicle, (2) all money or goods received for the Vehicle (proceeds), including insurance proceeds and amounts due from any third party who has damaged or destroyed the Vehicle or any part thereof, and (3) all proceeds or refunded insurance premiums or charges for optional products or services financed in the loan, which secure all sums due or to become due under this loan as well as any modifications, extensions, renewals, amendments or refinancing of this loan. You will do all acts necessary to ensure our lien interest appears on the certificate of ownership to the Vehicle.

**Use of Vehicle.** You agree to keep the Vehicle free of all liens and encumbrances, including tax liens, except the lien in our favor, and to not use the Vehicle or permit the Vehicle to be used illegally, attached, levied upon, seized in any legal proceeding, not sell the Vehicle, pledge it as security for another loan, give it away, encumber it, lease it, use the Vehicle to carry packages, cargo, materials or passengers for hire, or to expose the Vehicle to misuse, seizure, confiscation, forfeiture, abandonment, or other involuntary transfer, even if the Vehicle is not the subject of judicial or administrative proceedings. You agree not to make or allow any material change to be made to the Vehicle. You agree to allow us to inspect the Vehicle at any reasonable time. You will keep the Vehicle at the address(es) shown above, except for routine travel. You agree not to remove the Vehicle, or allow the Vehicle to be removed, from the United States without our express permission for any period of time. You agree not to sell, rent, lease, transfer any interest in the Vehicle, or apply for a certificate of title in another state without our express written consent. If you move, you will give us prior written notice. You agree to keep the Vehicle in good working condition and make all necessary repairs. Although we are not obligated to do so, if we pay any liens, fees, maintenance or taxes in connection with the Vehicle, or advance any other amount to protect our interest in the Vehicle, you will reimburse us, at our option, within five (5) days of our demand upon you to do so, or we may add the amount of any such liens, fees, maintenance or taxes or other charges we pay to the Principal balance. Such amounts will accrue finance charges at the rate set forth above. Unless you have paid us such amounts prior to maturity, they will be due at the maturity of this Agreement.

**Insurance.** You agree to keep the Vehicle insured at all times during the term of this Agreement in our favor or that of our assignee at the address specified from time to time by us or our assignee with a policy and insurance provider satisfactory to us, with comprehensive fire, theft and collision coverage, insuring the Vehicle in an amount sufficient to cover the value of the Vehicle, and providing for a deductible equal to not more than two percent (2%) of the original Principal balance. You may obtain the insurance from any insurer or broker you choose that is reasonably acceptable to us. You agree to obtain and deliver to us a loss payable endorsement on such insurance. You agree that we may (1) contact your insurance agent to verify coverage or to have us added as a loss payee, (2) make any claim under your insurance policy for physical damage or loss to the Vehicle, (3) receive any payment for loss or damage, or return premium, and apply amounts we receive, at our option, to replacement of the Vehicle or to what you owe under this Agreement, including indebtedness not yet due. If you fail to maintain such insurance, we may, at our option, obtain such insurance to protect our interest in the Vehicle. The insurance we purchase may not cover your interests. You understand that the insurance premiums may be higher if we must purchase such insurance than if you had purchased the insurance yourself. Whether the Vehicle is insured, you must pay us all that you owe us if the Vehicle is lost, stolen, damaged or destroyed.

**Default.** If you fail to pay us what you owe when it is due or when we demand you pay, you will be in default of this Agreement. You will also be in default of this Agreement if:

(1) you give us false information in connection with this loan;

(2) you fail to keep your promises or fulfill your obligations under this Agreement;

(3) you die and there is no surviving co-borrower;

(4) you become insolvent or file a petition in bankruptcy, or a petition in bankruptcy is filed against you; or

(5) the Vehicle is used in a manner that is prohibited by this Agreement.

**Failure to Provide Title.** You agree to promptly execute or re-execute all documents we request to name you as owner on the title to the Vehicle and to perfect our lien on the Vehicle, and you authorize us to file such documents, including a UCC financing statement if we deem necessary. You will pay all filing fees, title transfer fees, and other fees and costs involved unless prohibited by law or unless we are required by law to pay such fees and costs. You also agree to promptly provide us with any other executed forms, including proof of any required inspection, we may need under applicable law to complete the registration process. If you fail to do these things to our satisfaction, you will be in default of this Agreement. In addition, if you are responsible for perfecting our security interest, you will be in default of this Agreement if you fail to promptly provide us with a title showing us as the sole lienholder. To the extent permitted by applicable law, you authorize us as your attorney-in-fact to sign your name on any documents necessary to properly record and perfect our security interest should you fail to do so. You agree that we may assign our security interest hereunder without your consent.

**Remedies.** If you are in default, we may: (1) declare all that you owe us to be immediately due and payable; (2) file suit against you for all unpaid sums you owe under this Agreement; (3) take immediate possession of the Vehicle where we may find it, provided we do so peacefully; and (4) exercise any other legal or equitable remedy. If we take possession of the Vehicle, any accessories, equipment or replacement parts will stay with the Vehicle. If any of your personal items are in the Vehicle when we take possession, they will be stored for you at your expense. If you do not ask for these items back within 60 days, we may dispose of them as permitted by law. Upon taking possession of the Vehicle, subject to any right you may have under applicable law to reinstate or redeem, we will sell the Vehicle at a public or private sale. We will give you notice of the sale as required by law. We will add the costs of retaking, holding, preparing for sale, and disposing of the Vehicle to what you owe, as permitted by law. The proceeds of sale will be applied first to these costs, and the remainder will be applied to unpaid sums you owe under this Agreement. If we must pursue collection, or hire an attorney to collect what you owe, you will reimburse us our reasonable collection costs and attorneys' fees when we demand. If there is any money left over (surplus), we will pay it to you unless we must pay it to someone else who has a subordinate lien or encumbrance on the Vehicle, as permitted by law. If a balance remains due us, you promise to pay it when we make demand. After we accelerate the unpaid Principal balance, you will pay interest on what you still owe us at the interest rate shown in this Agreement, until you pay us all that you owe, or until judgment is entered in our favor. Our remedies are cumulative, and our taking any action will not be deemed a waiver of or prohibition against us taking any other action.

**Extensions or Deferrals; Waivers.** We may agree from time to time to extend or defer payments or amounts you owe us. If we do so, such extension or deferral does not mean we must or will extend or defer any other payment and does not affect your liability for what you owe. If we accept money in amounts less than is due, or waive a right we have, our doing so will not be a waiver of any other right or later right to enforce the terms of this Agreement.

The original document is owned by Woodside Credit and this copy was created on Feb 15, 2022 06:25:55 AM.

Copy of the Electronic Original® document managed by the eOriginal® On Demand (EOD™) Service.

**Power of Attorney.** Until you have paid us all that you owe us, you hereby appoint us, and any one of our designated officers or employees, as your attorney-in-fact, with full power of substitution, to sign in your name any and all applications for certificate of ownership to secure our lien in the Vehicle, and any affidavits or the certificate of ownership to transfer and convey the title or our interest in the Vehicle.

**Other Terms.** We have the right to assign this Agreement without your consent, and the terms of this Agreement shall be binding upon you, and your heirs, personal representatives, successors and assigns, and shall inure to our benefit and any successors and assigns. • If any provision of this Agreement is held invalid, the remaining provisions will continue to be valid and enforceable. • You waive the right to presentment, protest, notice of dishonor and notice of protest. • You must notify us of any change of your name, address or employment within 30 days.

**Credit Report.** You authorize us to obtain your credit report for any legal purpose in connection with this Agreement, including any update, extension of credit, review, or collection of this Agreement.

**Confidentiality; Credit Reporting.** You authorize us to provide to any person or company all information we deem appropriate with respect to placing or confirming insurance coverage on the Vehicle. We may report your payment experience with us to credit reporting agencies and others who may lawfully receive that information. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Governing Law and Venue.** This Agreement is governed by federal law applicable to the Lender and, to the extent not preempted by federal law, the laws of the state of California without regard to its conflicts of law provisions. With respect to any claim arising out of this Agreement each party (a) irrevocably submits to the jurisdiction of the courts of Orange County, California, and (b) irrevocably waives (i) any objection which it may have at any time to the laying of venue of any suit, action or proceeding arising out of or relating hereto brought in any such court, (ii) any claim that any such suit, action or proceeding brought in any such court has been brought in any inconvenient forum and (iii) the right to object, with respect to such claim, suit, action or proceeding brought in any such court, that such court does not have jurisdiction over such party.

**Broker.** A broker has not performed any act in connection with the making of this loan unless the following box is checked:

❑ Broker has participated.

**TELEPHONE MONITORING AND CONTACTING YOU.** From time to time we may monitor and record telephone calls regarding your account to assure the quality of our service. You agree, in order for us to service the account or to collect any amounts you may owe, that we may from time to time make calls and/or send e-mails and/or text messages to you, using prerecorded/artificial voice messages and/or through the use of an automatic dialing device, at any telephone number you provide to us, including wireless telephone numbers that could result in charges to you, or at any e-mail address you provide to us.

Prior to signing this Agreement, you have read and understood all the provisions of this Agreement and you agree to the terms of the Agreement. You acknowledge that you have read and received a signed copy of this Agreement.

Borrower Signature X _____ *OMAR PEROU* _____

Co-Borrower Signature X _____

The following notice applies if the loan is being used in whole or in part to purchase the Vehicle:

NOTICE

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES, WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF THE GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

The original document is owned by Woodside Credit and this copy was created on Feb 15, 2022 06:25:55 AM.