**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                  Case No.: 22-15627-EPK
                                              Chapter: 11
    Debtor.                               WEST PALM BEACH DIVISION
_____/

### SHANEANDNINAMT, LLC'S MOTION TO COMPEL TURNOVER OF 2018 LAMBORGHINI PERFORMANTE AND TO ABANDON TITLE

Interested Party, SHANEANDNINAMT, LLC ("SHANEANDNINAMT"), by and through undersigned counsel, requests that Debtor, AUTO WHOLESALE OF BOCA, LLC ("AWB"), be compelled to turn over the 2018 Lamborghini Performante owned by SHANEANDNINAMT and abandon title, and states as follows:

1.    On March 6, 2022, SHANEANDNINAMT entered into a Purchase Agreement (the "Agreement") with Karma of Palm Beach, Inc. ("Karma") for a 2018 Lamborghini Performante, VIN # ZHWUD4ZF0JLA11207 (the "Vehicle"). *See*, Declaration of Shane Pryor attached hereto as **Exhibit A;** Purchase and Sale Agreement attached hereto as **Exhibit B**.

2.    Under the terms of the Agreement, SHANEANDNINAMT, as purchaser, purchased the Vehicle from Karma, paid the purchase price, and complied with all of the terms of the Purchase Agreement.

3.    Karma lawfully sold the Vehicle to SHANEANDNINAMT.

4.    AWB unlawfully dispossessed Karma of the Title and was not a purchaser of the Vehicle.

5.    On July 22, 2022, AWB filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

6.    SHANEANDNINAMT is the legal owner of the Vehicle, and the Title should be turned over to SHANEANDNINAMT immediately.

7.    SHANEANDNINAMT requests that the Court issue an abandonment order authorizing law enforcement and the DHSMV to remove any holds on the title of the Vehicle so as to allow for the cancellation of the title interest of AWB.

9.    The nature of the Vehicle is such that each transfer of title may affect the value and given that AWB should not have held the title to the Vehicle, an abandonment is appropriate; avoidance and cancellation of the current title is the appropriate remedy to achieve the intent of abandonment.  *See, In re Sunbum5 Enter., LLC*, 6:10-cv-1268, 2011 WL 4529648, at *8, (M.D. Fla. Sept. 30, 2011).

WHEREFORE, SHANEANDNINAMT, LLC respectfully requests this Court enter an Order directing AWB to abandon Title to the Vehicle, authorizing law enforcement and the DHMSV to issue a new title to SHANEANDNINAMT, and awarding such other relief as may be just.

Dated: September 30, 2022.           Respectfully submitted,

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Palm Beach, Inc.,*
*Karma of Broward, Inc., Omar Periu, and*
*ShaneAndNinaMT, LLC*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
       HARRY WINDERMAN, ESQ.
       Florida Bar No. 209562
       hw@whcfla.com
       filings@whcfla.com
       gg@whcfla.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on September 30, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

> WEISS, HANDLER & CORNWELL, PA
> *Attorneys for Karma of Palm Beach, Inc.,*
> *Karma of Broward, Inc., Omar Periu, and*
> *ShaneAndNinaMT, LLC*
> One Boca Place, Suite 205-E
> 2255 Glades Road
> Boca Raton, FL 33431
> Telephone: (561) 997-9995
>
> By: /s/ Harry Winderman
>     HARRY WINDERMAN, ESQ.
>     Florida Bar No. 209562
>     hw@whcfla.com
>     filings@whcfla.com
>     gg@whcfla.com

**SERVICE LIST**

**Via ECF:**

**Jeanette Anne Bellon** cgreene@kramergreen.com; jbellon@kramergreen.com; dbirchall@kramergreen.com; jnapoli@kramergreen.com

**Eyal Berger** eyal.berger@akerman.com

**John M. Brennan, Jr.** jack.brennan@gray-robinson.com

**Alan R. Crane** acrane@furrcohen.com

**Patrick R. Dorsey** pdorsey@slp.law

**C. Craig Eller** celler@kelleylawoffice.com; bankruptcy@kelleylawoffice.com

**Heidi A. Feinman** Heidi.A.Feinman@usdoj.gov; USTPRegion21.MM.ECF@usdoj.gov

**Craig M. Greene** cgreene@kramergreen.com; jbellon@kramergreen.com; dbirchall@kramergreen.com; jnapoli@kramergreen.com

**Dana L. Kaplan** dana@kelleylawoffice.com; bankruptcy@kelleylawoffice.com

**Amanda Klopp** amanda.klopp@akerman.com

**Linda Marie Leali** trustee@lealilaw.com

**David B. Marks** brett.marks@akerman.com

**Cory Mauro** cory@maurolawfirm.com

**Nicole Testa Mehdipour** nicolem@ntmlawfirm.com

**James B. Miller** bkcmiami@gmail.com

**James C. Moon** jmoon@melandbudwick.com

**John E. Page** jpage@slp.law

**Eric S. Pendergraft** ependergraft@slp.law

**Ryan C. Reinert** rreinert@shutts.com

**Jason S. Rigoli** jrigoli@furrcohen.com

**Zach B. Shelomith** zbs@lss.law

**Bradley S. Shraiberg** bss@slp.law

**Eric J. Silver** esilver@stearnsweaver.com

**David R. Softness** david@softnesslaw.com

**Christian Somodevilla** cs@lss.law

**Mark J. Wolfson** mwolfson@foley.com

**Via US Mail:**

*See Attached Address Matrix*

Label Matrix for local noticing
113C-9
Case 22-15627-EPK
Southern District of Florida
West Palm Beach
Fri Sep 30 15:52:00 EDT 2022

ACE Insurance Company of the Midwest a/s/o R
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021-6786

Arby Lipman, LLC
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487-2746

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
c/o Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, FL 33602-5810

KARMA OF PALM BEACH, INC.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205E
Boca Raton, FL 33431-7391

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117-5304

5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487-4905

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Anthony Linden Burnham
24204 Calvert Street
Woodland Hills, CA 91367-1111

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o James C. Moon, Esq.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-5340

Chapford Specialty Finance LLC
c/o James C. Moon
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-5340

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Express Emergency Services, Inc
c/o Scott C Gherman P.A.
902 Clint Moore Rd.,
Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130-1699

Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160-5418

Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328-3836

KURKIN FOREHAND BRANDES LLP
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
E-mail:  mbrandes@kfb-law.com 33180-2813

KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446-3693

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316-3013

Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472-4320

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180-2813

Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830

Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719-9437

Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180-2813

Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd.
Ste 120
Boca Raton, FL 33487-2846

Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432

Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446-2215

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069-1301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496-3374

Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065-6600

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432-8602

Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354-1654

Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798-3649

Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483-3223

Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483-4514

Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

Richard Scott Greenberg
7120 Lionshead Ln.,
Boca Raton, FL 33496-5937

Road Rich LLC d/b/a Road Rich Motors
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Road Rich Motors
770 W 17th St, Unit 3
Costa Mesa, CA 92627-4374

Robert O'Connell, Jr.
1160 SW. 20th Ave
Boca Raton, FL 33486-8509

Roman Temkin & Natalia Vlasova
16901 Collins Ave., Apt. 4601
Sunny Isles Beach, FL 33160-5356

Royal Premium Budget Inc
8501 Wade Blvd, Suite 620
Frisco, TX 75034-6268

SC&J II, LLC
6560 West Rogers Circle, Suite 27
Boca Raton, FL 33487-2746

SC&J II, LLC
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Samuel Stephen Pany
1251 SW. 17th St.,
Boca Raton, FL 33486-6628

Santander Bank
101N Melville
Melville, NY 11747

Savannah Row A.k.a. Steven Gelb
30 S. E. 15th Ave.,
Boca Raton, FL 33432

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Stephane Wmile Charles Haddad
480 N. E. 31st St., PH 5402
Miami, FL 33137-5224

Stephen Graves
7670 Circle Dr.,
Young Harris, GA 30582-1531

Stephen Mark Stoliker Jr.
21849 Cypress Palm Court
Boca Raton, FL 33428-2938

Stratford Specialty Finance LLC
c/o James C Moon, Esq.
200 South Biscayne Blvd. Suite 3200
Miami, FL 33131-5323

Tavere St Michael Johnson
10940 Moore Dr.,
Parkland, FL 33076-4849

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo
PO Box 9000
Lutherville Timonium, MD 21094-9000

William John MacFarlane
6780 NW. 81st Terrace
Parkland, FL 33067-1054

William Perry Dilley II, Esq.
Dilley Trial Law, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301-2218

Woodside Credit, LLC
895 Dove St, Suite 100
Newport Beach, CA 92660-2944

World Imports USA Inc.
11650 Beach Blvd.,
Jacksonville, FL 32246-6605

Zachary Scott Nelson
19542 Estuary Dr.,
Boca Raton, FL 33498-6201

Zhao Min Duan
18558 Gale Ave., #338
Rowland Heights, CA 91748-1394

Derek Stephens
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o D. Brett Marks
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Eric Dore
GrayRobinson
301 E. Pine Str
Suite 1400
Orlando, FL 32801-2798

Frank A. Evans, III
c/o Ryan C. Reinert
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

James B Miller
19 W Flagler St #416
Miami, FL 33130-4419

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134-6044

Nicole Mehdipour
6278 N Federal Hwy
1110
Fort Lauderdale, FL 33308-1916

Omar Periu
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Steven William Wells
229 Warner Road
Lancaster, NY 14086-1040

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202


                    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach                         (d)Woodside Credit, LLC                    (d)Arby Lipman
                                           c/o Zach B. Shelomith, Esq.                c/o C. Cory Mauro
                                           2699 Stirling Rd # C401                    1001 Yamato Road, Suite 401
                                           Fort Lauderdale, FL 33312-6598             Boca Raton, FL 33431-4445


End of Label Matrix
Mailable recipients   146
Bypassed recipients     3
Total                 149

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK
                                                Chapter: 11
        Debtor.                                 WEST PALM BEACH DIVISION
_____/

### DECLARATION OF SHANE PRYOR

1.      My name is Shane Pryor, and I am over the age of eighteen, of sound mind, not suffering from any disease or defect that would render me incompetent to make this Declaration, and otherwise *sui juris*.  I have personal knowledge of all statements made in this Declaration. I affirm that the facts set forth in this Declaration are true.

2.      On March 6, 2022, I entered into a purchase agreement for 2018 Lamborghini Performante, VIN # ZHWUD4ZF0JLA11207 (the "Vehicle") with Karma of Palm Beach, Inc. ("Karma").

3.      SHANEANDNINAMT, LLC is the legal owner of the Vehicle.

4.      I am the Authorized Agent of SHANEANDNINAMT, LLC.

5.      Debtor, Auto Wholesale Boca, LLC ("AWB"), removed the Title from Karma's possession without the express authorization of Karma or the legal owner.

6.      On July 22, 2022, AWB filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

7.      As of the date of this Declaration, the Title unlawfully remains in the custody of the Debtor.

Page 1 of 2

EXHIBIT A

FURTHER DECLARANT SAYETH NAUGHT.

## **VERIFICATION PURSUANT TO FLA. STAT. § 92.525**

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the

facts stated in it are true.

Dated: 09/20/2022

SHANEANDNINAMT, LLC

Authorized Agent

Shane Pryor
(Print Name)

2

# PURCHASE AGREEMENT



**KARMA | PALM BEACH**

1001 CLINT MOORE RD. STE 103 BOCA RATON. FL 33487
OFFICE 561.998.5557   FAX 561.998.4703



**KARMA**
BROWARD | PALM BEACH
Ex EXCELL AUTO GROUP

SALES PERSON: OLEG KOUZNETSOV                    DATE: 3 / 6 / 2022

BUYER SHANEANDNINAMT, LLC                    DRIVER'S LICENSE NO. _____

E-MAIL _____                    DATE OF BIRTH _____

ADDRESS 419 SECOND STREET            CITY & STATE DODSON            MT ZIP 59624

CO-BUYER _____                    DRIVER'S LICENSE NO. _____

E-MAIL _____                    DATE OF BIRTH _____

ADDRESS _____                    CITY & STATE _____            ZIP _____

HOME PHONE _____ BUSINESS PHONE _____ CELL PHONE (214)577-7801

NEW ☐  YEAR 2018  MAKE LAMBORGHINI  MODEL HURACAN  MILEAGE 6,457

USED ☒  COLOR BLACK  TRIM _____  BODY TYPE PERFORMANTE COUPE

☐  ID NO. ZHWUD4ZF0JLA11207            STOCK NO. A11207

| | |
|---|---|
| **TRADE-IN DESCRIPTION NO. 1**    STOCK NO. | |
| YEAR        MAKE            COLOR | |
| MODEL            BODY TYPE | |
| I.D. NO.            MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED        ALLOW AMT. | |
| **TRADE-IN DESCRIPTION NO. 2**    STOCK NO. | |
| YEAR        MAKE            COLOR | |
| MODEL            BODY TYPE | |
| I.D. NO.            MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED        ALLOW AMT. | |
| **TRADE-IN DESCRIPTION NO. 3**    STOCK NO. | |
| YEAR        MAKE            COLOR | |
| MODEL            BODY TYPE | |
| I.D. NO.            MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED        ALLOW AMT. | |

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 349,502.00 |
| TRADE ALLOWANCE | − | N/A |
| DIFFERENCE | = $ | 349,502.00 |
| SERVICE FEES* | + | 498 00 |
| SUB TOTAL | = | 350,000.00 |
| SALES TAX | + | N/A |
| ESTIMATED TAG, TITLE & REG | + | N/A |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | N/A |
| EST. BALANCE ON TRADE | + | N/A |
| TOTAL DELIVERY PRICE | = $ | 350,000.00 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER  BUYER | − | N/A |
| EXTENDED WARRANTY (taxable) | + | N/A |
| *BALANCE DUE ON DELIVERY | = $ | 350,000.00 |
| AMOUNT FINANCED | = $ | |

LIENHOLDER:  NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

BUYER

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 6 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____            Date 03/06/2022

Co-Buyer Signature _____            Date

Accepted By: _____  Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

352065_07/07/21 MMP

EXHIBIT B