**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 22-15627 EPK
                                                               Chapter 11

AUTO WHOLESALE OF BOCA, LLC

       Debtor.

_____/

**MOTION TO COMPEL ABANDONMENT OF BARE LEGAL TITLE**
**TO 2019 FERRARI 488 PISTA VIN ZFF90HLA8K0245966**

       Movant, ROAD RICH, LLC d/b/a ROAD RICH MOTORS ("Road Rich"), by and through

its undersigned counsel and pursuant to 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of

Bankruptcy Procedure, hereby moves this Court for the entry of an order compelling the

abandonment of bare legal title to its 2019 Ferrari 488 Pista VIN ZFF90HLA8K0245966, and in

support thereof (the "Motion"), states:

**FACTUAL AND PROCEDURAL POSTURE**

       1.       On July 22, 2022, the Debtor Auto Wholesale of Boca, LLC ("Debtor") filed a

voluntary petition under the provisions of Chapter 11 Subchapter V of the Bankruptcy Code.

       2.       Prior to the bankruptcy case, on March 10, 2022, Road Rich acquired a 2019 Ferrari

488 Pista VIN ZFF90HLA8K0245966 (the "Vehicle") from Karma of Palm Beach, Inc., pursuant

to that certain Purchase Agreement (collectively, with all other related documentation, the

"Purchase Agreement"). A true and correct copy of the Purchase Agreement and the

Affidavit of Richard Taylor is attached hereto as **Exhibit "A."**

       3.       The Vehicle was delivered to Road Rich and Road Rich has maintained physical

possession of his Vehicle since the time of the Purchase Agreement.

       4.       However, to date, Road Rich has not received title to his Vehicle (the "Title").

1

5.      According to information obtained by Road Rich, on or about March 31, 2022, the Debtor recorded the Title to the Vehicle in its name. Attached hereto as **Exhibit "B"** is the Vehicle Information Check.

6.      Road Rich has been in communication with the Florida Department of Highway Safety and Motor Vehicles (the "Department") regarding the Title. It is the understanding of Road Rich that a law enforcement hold has been placed on the Title pending an ongoing criminal investigation by the Boca Raton Police Department ("BRPD"), such that the Department is unable to assist with a transfer of the Title to Road Rich until the criminal investigation hold is lifted.

7.      In the bankruptcy case, the Debtor lists Road Rich as having a claim against the Debtor in an "Unknown" amount (D.E. #1 and #64). The Debtor schedules a nominal ($1.00) interest in the title to the Ferrari. (D.E. # 65, Question #71). Based on the legal authority cited below, Road Rich has title to the Vehicle by virtue of possession and the Purchase Agreement, but not marketable title.

## JURISDICTION AND VENUE

8.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334. Venue in this jurisdiction is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b). The statutory basis for the relief sought herein is 11 U.S.C. § 554(b).

## RELIEF REQUESTED

9.      Road Rich seeks an order compelling the abandonment of the marketable Title currently in the name and possession of the Debtor in a manner so as to permit the BRPD and Department to take such actions as they may deem necessary to void the Title and issue a new marketable title in favor of Road Rich.

**BASIS FOR RELIEF**

10.    Section 554(b) of the Bankruptcy Code governs abandonment.

On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate. Rule 6007(b) of the Federal Rules of Bankruptcy Procedure also provides that "[a] party in interest may file and serve a motion requiring the trustee or debtor in possession to abandon property of the estate.

11.    It is clear that the Title is not property of the estate since it was required to be delivered to Road Rich with the Purchase Agreement and was initially not disclosed as an asset by the Debtor, but when disclosed only claiming a nominal value. Apparently, through subsequent actions of the Debtor shortly after the Purchase Agreement was consummated, the bare legal Title was somehow transferred to the Debtor instead of Road Rich.  The reason and manner upon which the Debtor obtained the Title is of no concern to the Court because Road Rich is afforded the priority protections of Section 672.403 of the Florida Statutes as a good faith purchaser for value. *See also In re Aquamarine USA, Inc.*, 319 B.R. 270, 272-73 (Bankr. M.D. Fla. 2004) (compiling cases holding that a good faith buyer in the ordinary course of business takes priority under Florida law when competing claims to title to a vessel or vehicle are presented); *In re: Chariots of Palm Beach, Inc.*, No. 17-19455-PGH (Bankr. S.D. Fla. 2018) (ECF No. 408) (attached hereto as Exhibit "B").

12.    In addition, Florida law provides that Road Rich holds title to the Vehicle by virtue of possession and the Purchase Agreement, just not marketable title. *See Correria v. Orlando Bank & Tr. Co.*, 235 So.2d 20 (Fla. 4th DCA 1970) (recognizing that passage of title occurs from the seller to the buyer notwithstanding the fact that a purchaser did not obtain a title certificate (a paper title)); *see also Stroman v. Orlando Bank & Trust Co.*, 239 So.2d 621 (Fla. 4th DCA 1970) ("Fla.

Stat. §319.22(1), does not prevent passage of a valid title to a purchaser from a dealer where the purchaser has received possession of the vehicle and in good faith relies on the dealer to perform his statutory duty to secure a proper title certificate in the purchaser's name.").

13.    In this particular matter, abandonment is the appropriate mechanism for the Debtor to divest itself of any interest in the Title that it originally failed to disclose as property of the estate and now only claims nominal value.

14.    Despite the fact that the Vehicle is only listed in the Amended Schedules as an asset of the Estate with a value of $1.00, Road Rich believes that the Debtor incorrectly believes that it somehow has rights in the Vehicle as a result of its substantially contested dispute with the seller Karma of Palm Beach, Inc.  Based upon some of the allegations in other litigation between the Debtor and Karma of Palm Beach, Inc., the subject title may have been transferred to the Debtor by Karma of Palm Beach, Inc. in error or as a result of duress.

15.    Regardless of how the Debtor came into possession of the bare legal title for the Vehicle, the Debtor ignores the applicable law in this area.  Any party entrusting possession of goods to a merchant, who deals in goods of that kind, gives the merchant the power to transfer all rights of the entruster to a good faith buyer in the ordinary course of business.  § 672.403, Florida Statutes.  This has been specifically applied in the case of a motor vehicle sale in the case of *Florida Department of Corrections v. Blount Pontiac-GMC, Inc.*, 411 So.2d 930, (Fla. 2nd DCA 1982).

16.    In the *Blount Pontiac-GMC, Inc* case, Ward LaFrance delivered a fire truck to the Florida Department of Corrections ("DOC") without making any investigation into the state of the fire truck's title.  Blount Pontiac-GMC, Inc. ("Blount") who had delivered the firetruck to Ward LaFrance for modification had not been paid for the vehicle and maintained title for the firetruck

4

because of its retention of the manufacturer's statement of origin. The DOC paid Ward LaFrance, but Ward LaFrance filed for bankruptcy protection before Blount was paid.  Blount sought replevin of the fire truck from the DOC and received it at the trial court level.  On appeal, the First District Court of Appeals reversed finding that the DOC was entitled to both possession and title to the fire truck as it was entitled to rely upon § 672.403 in expecting Ward LaFrance to transfer good title to the fire truck when it paid Ward LaFrance.

17.    In this case, to the extent that the Debtor may claim an ownership interest in the Vehicle, the Debtor entrusted possession of the Vehicle to Karma of Palm Beach, Inc., a merchant who deals in exotic vehicles.  Just as in the *Blount Pontiac-GMC, Inc.* case, Karma of Palm Beach, Inc. passed good title to Road Rich as a good faith purchaser free of any claim of the Debtor because of the straightforward application of the statute.  As stated by the *Blount* court "Blount must be held to this standard.  Indeed, it created the situation by entrusting its cab and chassis to Ward LaFrance and Eagle.   Having done so, it must bear the onus of Ward LaFrance's bankruptcy." *Id.* at 933.

18.    Regardless of whether the estate has an interest, the Title for the Vehicle is otherwise burdensome to the estate and of inconsequential value and benefit, if any at all.  Mere possession of the bare legal title, without possession of the Vehicle and subject to the superior title claim of Road Rich, is certainly property of inconsequential value. *See In re Sunbum Enterprises, LLC*, 2011 WL 4529648, 6:10-cv-1268 (M.D. Fla. Sept. 30, 2011) (reversing denial of motion to compel abandonment on appeal noting lack of showing of "value or benefit to the estate which would accrue to it by retention of the property" by trustee opposing abandonment) (citations omitted).

19.    Moreover, there is no benefit to the estate in claiming possession of the Title

(which, again, is undisclosed) based on the case law cited above, leaving only the administrative tasks of cancelling and/or transferring the Title in the name of the Debtor and issuing a new title to Road Rich.

20.    Further, Road Rich requests that the abandonment Order include a provision authorizing, but not directing, the BRPD and such other law enforcement agencies as may be involved to remove any holds on the Title so as to allow for the cancellation and transfer of the bare legal title interest of the Debtor by the Department.

WHEREFORE, ROAD RICH, LLC d/b/a/ ROAD RICH MOTORS respectfully requests that this Court issue an order (i) compelling the abandonment of the Title currently in possession of the Debtor, (ii) authorizing the BRPD and the Department to take such actions as it deems necessary to issue a new title in favor of Road Rich, and (iii) granting such other relief as this Court deems just and proper.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 3rd day of October, 2022.

KELLEY, FULTON, KAPLAN & ELLER, P.L.
Attorneys for Road Rich
1665 Palm Beach Lakes Boulevard
The Forum- Suite 1000
West Palm Beach, Florida  33401
Telephone: (561) 491-1200
Facsimile: (561) 684-3773

By:  /s/ C. Craig Eller
      C. Craig Eller, Esq.
      Florida Bar No.: 767816

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**    jb@richardbaronlaw.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com
- **James B Miller**    bkcmiami@gmail.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **David R. Softness**    david@softnesslaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Mark J Wolfson**    mwolfson@foley.com, crowell@foley.com

**Manual Notice List**

The following is the list of **<u>parties</u>** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). (none listed)

7

# EXHIBIT A

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:

CASE NO.: 22-15627 EPK
Chapter 11

AUTO WHOLESALE OF BOCA, LLC

Debtor.

_____/

**AFFIDAVIT OF RICHARD TAYLOR**

STATE OF CALIFORNIA

COUNTY OF ORANGE

BEFORE ME, this day personally appeared, RICHARD TAYLOR, who was duly sworn or affirmed before me, and who deposes and say the following information is true and correct:

1.     I am over the age of 18, and sui juris, and have knowledge of the facts contained in this affidavit.

2.     I am the president of Road Rich, LLC d/b/a Road Rich Motors ("Road Rich").

3.     In March 2022, I located a 2019 Ferrari 488 Pista VIN ZFF90HLA8K0245966 (the "Ferrari") being advertised on Autotrader by Karma of Palm Beach, Inc.

4.     During the week of March 10th, 2022, I proceeding to contact Karma of Palm Beach, Inc. and was connected with OLEG KOUZNETSOV, a salesperson with Karma of Palm Beach, Inc. Mr. KOUZNETSOV sent me pictures of the Ferrari. We traded various pieces of information concerning each vehicle. I was advised by Mr. KOUZNETSOV that the Ferrari was for sale and after some discussions we agreed upon a transaction which involved the payment of $508,000.00. A true and correct copy of the Purchase Agreement is attached hereto as Exhibit "A".

5.     Thus, on March 11, 2022, I purchased the Ferrari from Karma of Palm Beach, Inc.

1

I paid the sum of $508,000 via wire transfer on March 10, 2022. A true and correct copy of the wire transfer confirmation is attached hereto as Exhibit "B". I have confirmed that these funds were deposited in the bank account of Karma of Palm Beach, Inc. Attached hereto as Exhibit "C" is a true and correct copy of a redacted bank statement of I obtained via subpoena showing the receipt of my payment pursuant to the Purchase Agreement.

6. On March 18, 2022, the Ferrari was delivered to Road Rich in Costa Mesa, California by Karma of Palm Beach, Inc. on April 1, 2022.

7. Road Rich currently has possession of the Ferrari.

8. Thus, on March 11, 2022, when Road Rich purchased the Ferrari from Karma of Broward, Inc. Karma of Palm Beach Inc. was a Florida licensed dealer (License No. 1133543-1) and Road Rich was a general purchaser in good faith without any knowledge of any claims against the Ferrari.

9. Road Rich never received the paper title to the Ferrari as promised, so I called Karma of Palm Beach, Inc. and was eventually advised that title to the Ferrari was tied up in a bankruptcy. I later learned that Auto Wholesale of Boca, LLC had title to the Ferrari.

AFFIANT FUTHER SAYETH NAUGHT

RICHARD TAYLOR
Road Rich Motors

SWORN TO (OR AFFIRMED) and subscribed before me by means of [ ]physical presence or [ ] online notarization this _____ day of September, 2022 by RICHARD TAYLOR, to me known to be the person described herein or produced _____ as identification.


My commission expires:                          NOTARY PUBLIC
                                                STATE OF
        SEE ATTACHED CALIFORNIA JURAT

2

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Orange_

Subscribed and sworn to (or affirmed) before me on this _30th_ day of _September_ , 20 _22_ , by _Richard Harold Taylor_
_____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

RANDALL STEVEN HAWK
Notary Public · California
Orange County
Commission # 2370176
My Comm. Expires Aug 8, 2025

(Seal)                    Signature_____

Affidavit of Richard Taylor
2 Pages

# EXHIBIT A

**EXHIBIT A**

## KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

# (Sold As Is)

DATE: 03/10/22

Purchaser: ROAD RICH MOTORS

Address: 770 W 17TH ST UNIT 3

City: COSTA MESA   State: CA   Zip: 92626

Contact Name: _____  Tel: _____  Fax: _____

Year: 2019   Make: FERRARI   Model: 488 PISTA

Color: SILVER   Body Style: COUPE

I.D. Number: ZFF90HLA8K0245966

Price: $ 508,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____
DocuSigned by:
Rich Taylor
DDE7A51C832A4C8...

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **KARMA PALM BEACH** state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads _____ 2,666 _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|------|-----------|-------|
| FERRARI | COUPE | 488 PISTA |
| **VEHICLE ID NUMBER** | | **STOCK NUMBER** |
| ZFF90HLA8K0245966 | | K0245966 |

| COLOR | TRIM | YEAR |
|-------|------|------|
| SILVER | | 2019 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
KARMA PALM BEACH

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE ROAD, SUITE 103

| CITY | STATE | ZIP CODE |
|------|-------|----------|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|
| DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING X |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
ROAD RICH MOTORS

TRANSFEREE'S STREET ADDRESS
770 W 17TH ST UNIT 3

| CITY | STATE | ZIP CODE |
|------|-------|----------|
| COSTA MESA | CA | 92626 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED |
|---|---|
| Rich Taylor | 3/10/2022 |
| PRINTED NAME OF PERSON SIGNING | |
| Rich Taylor | |

# EXHIBIT B

**EXHIBIT B**

✓ 1 Payment Approved

ID: 94
To: Karma of Palm Beach Inc ███ 6603
From: Road Rich LLC ███ 2045
Amount: 508,000.00 USD
Value Date: 03/11/2022
Payment Type: Wire – Domestic

# EXHIBIT C

**EXHIBIT C**


## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

March 01, 2022 through March 31, 2022

Account Number:                    6603



00000820 DRE 021 252 09522 NNNNNNNNNNN T  1 000000000 Z9 0000
KARMA OF PALM BEACH, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON FL 33487-2830

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## On June 12, 2022, fees for non-Chase ATM transactions are changing

We're making the following fee changes and, depending on the type of account you have with us, you may be affected.

- **Non-Chase ATM transactions fee\* (Domestic Withdrawal, Domestic & International Balance Inquiry, Domestic & International Balance Transfers):** This fee will increase from $2.50 to $3.00, but you can still avoid it by using Chase ATMs. The International Withdrawal Fee for ATMs outside the U.S., Puerto Rico and the U.S. Virgin Islands remains $5.00 per withdrawal. We'll continue to waive these fees for customers receiving Chase Military Banking benefits on their Chase Business Complete Checking℠ accounts.

Please note: We'll continue to waive these fees for Chase Performance Business Checking® and Chase Platinum Business Checking℠ accounts.

For more information about banking fees, please read the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement, which you can find at **chase.com/business-deposit-disclosures** or visit a branch.

If you have any questions, please call the number on this statement. We accept operator relay calls.

\* Fees from the ATM owner/networks may still apply.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 35 | 7,038,948.57 |
| Electronic Withdrawals | 44 | -6,838,948.57 |
| Other Withdrawals | 1 | -200,000.00 |
| Ending Balance | 80 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.





## DEPOSITS AND ADDITIONS | *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/11 | Fedwire Credit Via: Frost Bank/114000093 B/O: Road Rich LLC Costa Mesa CA 92807 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=1843500 Obi=2 019 Ferrari Pista Vin 245966 Imad: 03 1K4Qla01C002093 Trn: 0945940070Ff | 508,000.00 |

# EXHIBIT B

**EXHIBIT B**



**1 OF 1 RECORD(S)**

# Motor Vehicle Registrations
**This data is for informational purposes only.**

## Florida Motor Vehicle Registration

**Vehicle Information**

| VIN: | ZFF90HLA8K0245966 | Restraint: | | Transmission: | O |
|---|---|---|---|---|---|
| Vehicle Class: | PASSENGER CAR/LIGHT TRUCK | Power Steering: | Unknown | Air Conditioning: | Unknown |
| Model Year: | 2019 | Roof: | Other / unknown | Front Wd: | No |
| Make: | Ferrari | Optional Roof: | | 4WD: | No |
| Model: | 488 | Fuel: | | Anti-Lock Brakes: | 4 wheel standard |
| Series: | PISTA | Tilt Wheel: | Standard | Power Brakes: | Unknown |
| Style: | Coupe | Security System: | Unknown | Power Windows: | Unknown |
| Color: | Silver | Radio: | AM/FM | Daytime Running Lights: | Standard |
| Engine Type: | 8 | Engine Size: | 238 | Base Price: | $345,300 |
| Net Weight: | 3,307 lbs. | | | | |

**Owner Information**

**Company:** AUTO WHLSE. OF BOCA LLC
**Address:** 6560 W ROGERS CIR
BOCA RATON, FL 33487-2746
PALM BEACH COUNTY

**Title Information**

**Title Number:** 0135145711
**Original Title Date:** 03/31/2022
**Title Transfer Date:** 06/12/2019

**Source Information**

**Data Source:** GOVERNMENTAL

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Fraud Prevention or Detection

Copyright© 2022 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**