UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                  Case No. 22-15627-EPK

Auto Wholesale of Boca, LLC,                                Chapter 11

        Debtor.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Ezequiel J. Romero, Esq. appears on behalf of Hi Bar

Capital, LLC and requests that all notices and papers be served upon the undersigned counsel at

the addresses below:

Ezequiel J. Romero, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
E-mail: romeroe@bclplaw.com

Respectfully submitted,

/s/ Ezequiel J. Romero
Ezequiel J. Romero
Florida Bar No. 107216
romeroe@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone:  (786) 322-7500
*Counsel for Hi Bar Capital, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on

October 11, 2022 to all parties and counsel registered with the Court's CM/ECF filing system.

/s/ Ezequiel J. Romero
Ezequiel J. Romero