UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

In re:                                                          Case No. Case No. 9:22-bk-15627
                                                                Chapter 11

AUTO WHOLESALE OF BOCA, LLC

    Debtor.

_____/

### **DEREK STEPHENS NOTICE OF TAKING DEPOSITION DUCES TECUM VIA ZOOM OF KRISTIN ZANKL**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Bankruptcy Procedure

Rule 2004, the undersigned will take the deposition of:


| **DEPONENT:** | KRISTIN ZANKL |
| --- | --- |
| | c/o Henry Handler, Esq. |
| | Weiss, Handler & Cornwell, PA |
| | 2255 Glades Road, Suite 218A |
| | Boca Raton, FL 33431 |
| | Email:  **hbh@whcfla.com** |
| **DATE:** | **November 14, 2022** |
| **TIME:** | **4:00 p.m.** |
| **PLACE:** | Via Zoom – details to follow |


Upon oral examination pursuant to Florida Rules of Civil Procedure, before **PLEASANTON & MARSAA COURT REPORTING**, or any other notary public or officer authorized by law to take depositions. Such oral examination will continue from day to day until completed.  The deposition is for purposes of discovery and for use as evidence at trial, or for such other purposes as are permitted under the Florida Rules of Civil Procedure.  You are hereby notified to appear and take part in said examination as you may be advised, and as shall be fit and proper.

**You are to have with you at that time and place the following**:

1.      All documents relating to, referencing, or discussing the 2013 Ferrari 458 Spider, VIN ZFF68NHA8D0191526, (the "Vehicle").

2.      All correspondence (including, but not limited to, text/SMS messages)  referencing, relating to, or discussing the Vehicle.

Respectfully submitted.

**MAURO LAW P.A.**
 /s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 202-1992
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com
*Counsel for Derek Stephens*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of October, 2022, I have electronically served all parties of record.

**MAURO LAW P.A.**

By: */s/ C. Cory Mauro*
            C. Cory Mauro