UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

In re:                                                    Case No. Case No. 9:22-bk-15627
                                                          Chapter 11

AUTO WHOLESALE OF BOCA, LLC

    Debtor.

_____/

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE**

TO:    KRISTIN ZANKL
       c/o Henry Handler, Esq.
       Weiss, Handler & Cornwell, PA
       2255 Glades Road, Suite 218A
       Boca Raton, FL 33431
       Email:  **hbh@whcfla.com**

       **YOU ARE COMMANDED** to appear at the time, date and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding).  If you are an organization, you must designate one for more officers, directors, or managing agents, or designate other person who consent to testify on your behalf about the following matters, or those set forth in **Exhibit "A"** attached hereto.

| PLACE: VIA ZOOM – DETAILS TO FOLLOW | DATE AND TIME: **November 14, 2022 @ 4:00 p.m.** |
|---|---|

The deposition will be recorded by this method:   PLEASANTON & MARSAA COURT REPORTERS.

*Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material on **Exhibit "A"** attached hereto.

       The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Ruel 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  October 13, 2022.

**MAURO LAW P.A.**
/s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 202-1992
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com
*Counsel for Derek Stephens*

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed.  Fed. R. Civ. P. 45(a)(4).

**EXHIBIT "A"**
**DOCUMENTS REQUESTED**

1.     All documents relating to, referencing, or discussing the 2013 Ferrari 458 Spider, VIN ZFF68NHA8D0191526, (the "Vehicle").

2.     All correspondence (including, but not limited to, text/SMS messages) referencing, relating to, or discussing the Vehicle.