UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  22-15627-EPK CHAPTER 11 CA

AUTO WHOLESALE OF BOCA, LLC,

Debtor.

_____/

## CLAIMANT, ACE INSURANCE COMPANY OF THE MIDWEST A/S/O RICHARD GREENBERG, AND THE LAW FIRM OF KRAMER GREEN'S MOTION TO WITHDRAW LIMITED APPEARANCE

Claimant ACE INSURANCE COMPANY OF THE MIDWEST, a/s/o RICHARD GREENBERG ("ACE"), as well as Kramer, Green, Zuckerman, Greene, & Buchsbaum ("Kramer Green"), pursuant to Federal Rules of Civil Procedure 11 and 55(a), United States Bankruptcy Court, Southern District of Florida Rule 2091-1, and applicable Federal law, hereby move this Court to Withdraw the Limited Appearance of ACE, as well that of its counsel, Craig M. Greene, Esq. and Jeanette Bellon, Esq. from the present case. As grounds, ACE and Kramer Green state:

1.      On August 31, 2022, Kramer Green made an emergency appearance before this Court as attorney for ACE.  The limited appearance was in relation to Arby Lipman and Arby Lipman, LLC's Motion to Compel Turnover of 2020 812 Superfast Ferrari and to Abandon Title ("Motion") [DE 72].[1]

2.      At the August 31, 2022, hearing, Kramer Green explained that ACE insured Greenberg, the prior owner of the Ferrari, who had sold/consigned the Ferrari to a company known as Karma.  When Karma sold the Ferrari, however, it failed to pay

---

[1] The reason for the "emergency" appearance was that Kramer Green learned of the hearing only an hour and a half before the hearing.

Greenberg. Greenberg thereafter filed a claim with ACE, who paid the claim and was thereafter subrogated to Greenberg's rights.

3. ACE respectfully requested the Court continue the August 31, 2022, hearing for two weeks to allow it time to investigate the issue of legal title in the vehicle given what was a complicated series of title transfers, and whether it was appropriate to contest Lipman's claim to possession/legal title of the Ferrari. The Court granted the short continuance and agreed to hear the matter on September 14, 2022.

4. On September 12, 2022, Craig Greene, Esq. and Jeanette Bellon, Esq., of Kramer Green filed limited Notices of Appearance for ACE in this matter solely for the purpose of addressing the issues to be presented to the Court on September 14, 2022. [DE 122 and 123, respectively].

5. At the September 14, 2022, hearing, ACE advised the Court that after investing the issues, ACE was *not* going to contest the claim to possession or legal title to the Ferrari. As such, the reason for Kramer Green and Ace's limited appearance has been resolved and concluded.

6. Based upon the above, both ACE, as the claimant, and Kramer Green, (Craig M. Greene, Esq., and Jeanette Bellon, Esq.), seek leave of Court to withdraw their limited appearances.

7. Granting ACE and Kramer Green leave to withdraw would not cause prejudice to any other party or delay judicial proceedings in any way. Federal law is clear that leave should be liberally granted when it helps facilitate a more expeditious resolution of the proceeding. Robinson v. Johns-Mansville Corp.,45 B.R. 833 (S.D.N.Y. 1984).

WHEREFORE, the undersigned counsel request that the Court enter an Order

2

Granting leave permitting withdrawal of ACE, as well as the undersigned counsel in the above matter.

     **WE HEREBY CERTIFY** that the foregoing was filed electronically with the Clerk of the Court using CM/ECF this 13th day of October 2022. We also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

KRAMER, GREEN, ZUCKERMAN,
GREENE & BUCHSBAUM, P.A.
Counsel for Claimant, ACE Insurance
Company of the Midwest a/s/o
Richard Greenberg
4000 Hollywood Boulevard, Suite 485-South
Hollywood, FL 33021
Tel: (954) 966-2112; Fax: (954) 981-1605

By:     /s/ Craig M. Greene, Esq.
CRAIG M. GREENE, ESQ.
Fla. Bar No. 618421
cgreene@kramergreen.com
JEANETTE A. BELLON, ESQ.
Florida Bar No. 45351
jbellon@kramergreen.com

3