**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,                 Case No.: 22-15627-EPK

      Debtor.

_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company; and HI BAR CAPITAL,
LLC, a New York Limited Liability
Company,

      Adversary Plaintiffs,

vs.                                          Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

      Adversary Defendant.

_____/

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPTCY CASE

<u>**To:**</u>   **DEREK STEPHENS**

     **c/o MAURO LAW P.A.**
     **C. Cory Mauro**
     **Florida Bar No.: 384739**
     **Evan D. Appell**
     **Florida Bar No.: 58146**
     **1001 Yamato Road, Suite 401**
     **Boca Raton, FL 33431**
     **Telephone: (561) 202-1992**
     **cory@maurolawfirm.com**
     **service@maurolawfirm.com**
     **evan@maurolawfirm.com**

CASE NO. 22-15627-EPK
ADVERSARY PROCEEDING
CASE NO.  22-01218-EPK
Subpoena
Page 2 of 4

**Counsel for Derek Stephens**

 YOU ARE COMMANDED to appear at the time, date and place set forth below to testify at a deposition to be taken in this bankruptcy case (or adversary proceeding). If you are an organization, you must designate one for more officers, directors, or managing agents, or designate other person who consent to testify on your behalf about the following matters, or those set forth in Exhibit "A" attached hereto.

**Date and Time: November 16, 2022 – Immediately following the deposition of the Corporate Representative of Adversary Plaintiffs FVP.**

THIS DEPOSITION WILL BE CONDUCTED VIA ZOOM WITH THE COURT REPORTER INFORMATION TO BE PROVIDED IN ADVANCE

*Production*: You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material on **Exhibit "A"** attached hereto

The following provisions of Fed. R. Civ. P. 45 made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated: October 16, 2022.

CLERK OF COURT

Signature of Clerk or Deputy Clerk

OR

Attorney's Signature as follows:

*s/ Jerrell Breslin*

The name, address, email address, and telephone number of the attorney representing the adversary Plaintiffs who issues or requests this subpoena, are:

Dated: October 16, 2022.

David Softness, Esq.                    Jerrell A. Breslin, Esq.
David R. Softness, P.A.                 Baron, Breslin & Sarmiento
201 S. Biscayne Blvd., Ste 2740         169 East Flagler Street, #700
Miami, Florida 33131                    Miami, Florida 33131

CASE NO. 22-15627-EPK
ADVERSARY PROCEEDING
CASE NO.  22-01218-EPK
Subpoena
Page 3 of 4

Phone: (305) 763-8708
E-mail: david@softnesslaw.com

Phone: (305) 577-4626
E-mail: JB@RichardBaronLaw.com
EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111, Doral, FL
E-mail:        jschwartz@jonschwartzlaw.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## YOU ARE COMMANDED TO PRODUCE AND BRING WITH YOU ALL DOCUMENTS LISTED IN
## SCHEDULE "A" ATTACHED TO THIS SUBPOENA

Please provide all documents via email 48 hours in advance of your deposition to the above counsel.

## SCHEDULE "A"

Definitions:
.

A.    "Document" means all writings, written, printed, typed or graphical matter of any kind or nature, however produced or reproduced, whether sent or received, any paper, writing or record of any type or source of authorship in your possession, custody or control, or of which you have knowledge, wherever located, however produced or reproduced, or whether a draft, original or copy. By way of illustration and not limitation, the term "document" shall include contracts whether executed or in draft form, computer records, invoices, purchase orders, agreements, contracts, invoices, bills of lading, lawsuits, demands, claims, depositions, printed matter, publications and any other retrievable intelligence, however recorded, memorialized or preserved.  Any

original or copy containing or having attached thereto any alterations, notes, comments or other material not included in each other original or copy shall be deemed a separate document within the foregoing definition.

B.    Bank Records shall mean shall refer to balance sheets, bank checks, checks, cancelled or deposited checks, bank deposit or withdrawal slips, bank credit or debit memoranda, monthly bank statements, any company or personal checks, bank deposit or withdrawal slips, bank credit or debit memoranda, notices of wire transfer in or out, or receipt of funds, receipts,  statements of account, and any and all other papers similar to any of the foregoing.

C.    The term "Business Records" shall include "Bank Records" as above defined, and shall also include and mean internal or external physical or electronic records whether on a device, server, application, cloud or internet as to: income, receipts, revenue, costs or expenses, accounting journals, accounting ledgers, QuickBooks or other accounting software records, general ledger, general journal, cash receipts journal, accounts receivable or payable ledger, and any and all other records similar to any of the foregoing.

D.    The term "communications" shall mean records of any correspondence or communications including paper copies of mail, e-mail ("e-mail"), text messages, audio recordings and messages, social media messaging in any format, and any notes of conferences or conversations or meetings.  Any email ("e-mail") shall be provided in its original and unedited PST format by delivery flash drive or thumb drive or other electronic transfer of the data in a format that maintains the unrefined and unedited fidelity of the data.

## RECORDS REQUESTED

1. **Any and all documents, bank records, communications, business records, as above defined or evidence of any kind supporting your claim to the 2013 Ferrari 458 Spider, VIN ZFF68NHA8D0191526, (the "Vehicle").**