UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 22-15627-EPK

Auto Wholesale of Boca, LLC,                                    Chapter 11

           Debtor.

_____/

**<u>Affidavit of Proposed Visiting Attorney</u>**

I, **Jarret P. Hitchings**, am a member in good standing of the bar of the State of Delaware and the Commonwealth of Pennsylvania.[1] I am a member in good standing of the bar of the United States District Courts for the District of Delaware, Eastern District of Pennsylvania, and the United States Court of Appeals for the Third Circuit, but I am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of **Hi Bar Capital, LLC** ("Client)"). I designate **Ezequiel J. Romero, Esq.** ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such

---

[1] My application for admission to practice in the State of North Carolina is pending. While not currently licensed in North Carolina, I am practice in the state pursuant to North Carolina Rule of Professional Conduct 5.5(e), and am in compliance therewith.

Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 20, 2022

Respectfully submitted,

/s/ Jarret P. Hitchings
Jarret P. Hitchings, Esq.
Delaware Bar No. 5564
Pennsylvania Bar No. 312254
Bryan Cave Leighton Paisner, LLP
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
E-mail: jarret.hitchings@bclplaw.com
Tel: (704) 749-8965
Fax: (704) 749-8990
*Counsel for Hi Bar Capital, LLC*