UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                            Case No. 22-15627-EPK

Auto Wholesale of Boca, LLC,                       Chapter 11

        Debtor.

_____/

## **Affidavit of Proposed Visiting Attorney**

I, **David Unseth**, am a member in good standing of the bar of the State of Missouri and the State of Illinois. I am a member in good standing of the bar of the United States District Court for the Eastern District of Missouri, Southern District of Illinois, Eastern District of Wisconsin, and the District of Colorado, but I am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of **Hi Bar Capital, LLC** ("Client)"). I designate **Ezequiel J. Romero, Esq.** ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro Hac Vice on my behalf.

I certify that I am familiar with and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: October 20, 2022

Respectfully submitted,

/s/ David Unseth
David Unseth, Esq.
Missouri Bar No. 48086
Bryan Cave Leighton Paisner, LLP
One Metropolitan Square,
211 North Broadway, Suite 3600
St. Louis, MO 63102
E-mail: dmunseth@bclplaw.com
Tel: (314) 259-2595
Mobile: (314) 704-6249
*Counsel for Hi Bar Capital, LLC*

2