UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 22-15627-EPK

Auto Wholesale of Boca, LLC,                              Chapter 11

        Debtor.

_____/

### EX-PARTE MOTION TO APPEAR PRO HAC VICE

1.      I, Ezequiel J. Romero, Esq. ("Movant"), a member in good standing of the bar of

the United States District Court for the Southern District of Florida and qualified to practice in this

Court, request that this Court admit *pro hac vice*  **Jason J. DeJonker** ("Visiting Attorney"), an

attorney admitted to practice in the State of Illinois, and is currently in good  standing in the United

States District Court(s) for the Northern District of Illinois, Western District of Wisconsin, Middle

District of Pennsylvania, and admitted to practice before the United States Court of Appeals for

the Third, Sixth, Seventh, and Ninth Circuit.  Visiting Attorney is qualified to practice in this Court,

and proposes to act as counsel for **Hi Bar Capital, LLC** ("Client") in the case listed above, and

in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such

Client.

2.      I am aware that the local rules of this Court require a member in good standing of

the bar of the United States District Court for the Southern District of Florida and qualified to

practice in this Court to act as local counsel for such Client, unless the Court specifically authorizes

an attorney not so admitted to act as local counsel. I understand that local counsel is required to

participate in the preparation and presentation of, and accept service of all papers in, the case

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

3.      I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, and agree to act as local counsel for the above-referenced Client(s) in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

4.      The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear Pro Hac Vice, and that absent such separate motion and an order of this Court approving the same I will continue to act as local counsel for the Client  in all such proceedings.

5.      The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this Court, in the form attached hereto as **Exhibit B**, authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: October 20, 2022

Respectfully submitted,

/s/ Ezequiel J. Romero
Ezequiel J. Romero
Florida Bar No. 107216
romeroe@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone:  (786) 322-7399
*Counsel for Hi Bar Capital, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Ex-Parte Motion to Appear Pro Hac Vice was furnished on October 20, 2022 to all parties and counsels registered with the Court's CM/ECF filing system.

/s/ Ezequiel J. Romero
Ezequiel J. Romero, Esq.