**Exhibit A - AWB Liquidation Analysis**

**Exhibit A - Liquidation Analysis**

**Debtor's Estimated Liquidation Value of Assets (as of Petition Date):**

| Undisputed Assets: | | Value |
|---|---|---|
| Bank Accounts (Bank United, Synovus Bank & TD Bank) | $ | 232,784.32 |
| Security Deposit with 5471, LLC | $ | 21,289.29 |
| State of Florida Motor Vehicle License | $ | 1.00 |
| Dept. of Finance Motor Vehicle Retail Installment Seller License | $ | 1.00 |
| Legal and Equitable claims remedies | $ | - |
| Kurkin Forehand Brandes LLP - Legal claim | $ | - |
| Office furniture | $ | 9,400.00 |
| Office fixtures | $ | 9,300.00 |
| Office equipment | $ | 9,300.00 |
| Battery Chargers | $ | 200.00 |
| **Total Value of Undisputed Assets:** | $ | 282,275.61 |

**Disputed Assets:**
**(Assets, Subject of of Purported Liens)**

| | | |
|---|---|---|
| Trust account funds at Jay Farrow, P.A. | $ | 129,000.00 |
| FVP vs. AWB - Court Registry for RR Ghost Return | $ | 53,000.00 |
| 2017 Ferrari F12 Berlinetta - VIN No. 1036 | $ | 244,600.00 |
| 2019 Aston Martin DB11 Volante - VIN No. 7671 | $ | 150,000.00 |
| 2020 Lamborghini Urus - VIN No. 6529  *[This vehicle was surrender  to Eric Dore (see ECF No. 73)]* | $ | 185,000.00 |
| 2020 Mercedes G63 - VIN No. 6462 | $ | 175,000.00 |
| 2019 BMW X7 - VIN No. 9222 | $ | 57,100.00 |
| 2019 GMC Yukon - VIN No. 4378 | $ | 100.00 |
| 2018 Mclaren 720S - VIN No. 0506 | $ | 180,000.00 |
| 2021 Mercedes G Wagon - VIN No. 0328  *[This vehicle is subject of Omar Periu's Motion to Compel Turnover  (ECF No. 127) and is set for hearing on Nov. 28, 20222 (see ECF No. 145)]* | $ | 175,000.00 |
| 2020 Mercedes G63 - VIN No. 2080 | $ | 175,000.00 |
| 2008 Porsche 911 - VIN No. 3176 | $ | 37,800.00 |
| 2020 Mclaren 720S - VIN No. 4229 | $ | 273,000.00 |
| 2019 Lamborghini Urus - VIN No. 1961 | $ | 100.00 |
| 2020 Ferrari 812 Superfast - VIN No. 4963 *[This vehicle was abandoned by Lipman per (ECF No. 131)]* | $ | 435,500.00 |
| 2018 Cadillac Escalade - VIN No. 1612 | $ | 32,500.00 |
| 2013 Ferrari 458 Italia - VIN No. 1526  *[This vehicle is subject to a Motion to Compel Abandonment filed by Derek Stephens (see ECF No. 114) and set for hearing on Nov. 28, 2022 (see ECF No. 135)]* | $ | 191,000.00 |
| 2021 Jeep Gladiator - VIN No. 1540 | $ | 39,500.00 |
| 2020 Lamborghini Huracan - VIN No. 4316 | $ | 271,000.00 |
| 2019 Mclaren 720S - VIN No. 3714 | $ | 260,000.00 |
| 2020 Mercedes G Class - VIN No. 4940 | $ | 175,000.00 |
| Automobile titles for missing autos of Debtor - 2018 Mercedes Metris Vin 6588 | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2021 Rolls Royce Cullinan VIN x4097 | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2016 Ford Rhino VIN x8666 | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2021 Lamborghini Urus VIN x2270 | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2012 Lamborghini Aventador VIN x0244 *[This title was abandond to Graves Directional Drilling Inc., per (ECF No. 83)]* | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2018 MClaren 720S VIN x1804 | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2021 Ferrari 812 VIN x1176 *[This title was abandond to Frank Evans per (ECF No. 79)]* | $ | 1.00 |

| | | |
|---|---|---|
| Automobile titles for missing autos of Debtor - 2019 Ferrari 488 Pista VIN x5966  *[This title is subject of a Motion to Compel a Abandonment filed by Road Rich LLC (see ECF No. 143) and is set for hearing on Oct. 26, 2022 (see ECF No. 144)]* | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2018 Lamborghini Huracan VIN x1207  *[This title is subject of a Motion to Compel Turnover (see ECF No. 141) and is set for hearing on Oct. 26, 2022 (see ECF No. 142)]* | $ | 1.00 |
| Automobile titles for missing autos of Debtor - 2017 Lamborghini Huracan VIN x8121 | $ | 1.00 |
| | | |
| **Total Value of Disputed Assets:** | $ | 3,239,210.00 |

**Alleged Secured Claims Against Assets:**

| | | |
|---|---|---|
| Woodside Credit, LLC | $ | 221,205.22 |
| FVP Investments, LLC, FVP Opportunity & FVP Servicing | $ | 7,500,000.00 |
| Franklin Capital Funding, LLC | $ | 6,535,055.13 |
| Edward Brown | $ | 919,870.76 |
| Hi Bar Capital, LLC | $ | 3,125,000.00 |
| Prestige Luxury Cars, LLC | $ | 1,320,000.00 |
| | | |
| **Total Value of Alleged Secured Claims Against Disputed Assets** | $ | (19,621,131.11) |
| | | |
| **Net Value of Disputed Assets:** | | $0 |

| | | |
|---|---|---|
| **Liquidation Value of Assets on Petition Date (Net Value of Undisputed Assets):** | $ | 282,275.61 |

**Administrative Costs:**

| | | |
|---|---|---|
| Est. Chapter 7 Admin - Expenses | $ | (17,500.00) |
| Est. Chapter 11 Admin - Expenses | $ | (200,000.00) |
| Administrative Claim | | $0 |
| | | |
| **Recovery for Unsecured Creditors in Chapter 7:** | | $0 |
| | | |
| **Percentage of Claims Which Unsecured Creditors Would Receive or Retain in a Chapter 7 Liquidation:** | | 0% |
| | | |
| **Percentage of Claims Which Unsecured Creditors Would Receive or Retain under the Plan:** | | Est. 32.6% |