Exhibit B - 5 Year Plan

| | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| Sales | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 |
| **Total Income** | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 | 368,000.00 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| Cars purchased | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 |
| **Total COGS** | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 | 320,000.00 |
| **Gross Profit** | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 |
| **Expense** | | | | | | | | | | | |
| Advertising and Promotion | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| GAS | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| Automobile Expense - Other | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| Bank Service Charges | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Business Licenses and Permits | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 |
| Charitable Contributions | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| COMMISSION | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| Computer and Internet Expenses | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| Dues and Subscriptions | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 | 575.00 |
| EDUCATION | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| FINANCE CHARGES | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Insurance Expense | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 | 4,400.00 |
| Interest Expense | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| Janitorial Expense | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 | 375.00 |
| Meals and Entertainment | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| MEDICAL | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 | 25.00 |
| Office Supplies | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 | 150.00 |
| Postage and Delivery | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Printing and Reproduction | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Legal Fees | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| Rent Expense | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 | 3,700.00 |
| Repairs and Maintenance | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Subcontractors | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 | 15,500.00 |
| Telephone Expense | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Utilities | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 |
| **Total Expense** | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 | 43,250.00 |
| **Net Ordinary Income** | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 | 4,750.00 |

| | MONTH 12 | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| **Sales** | 368,000.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 |
| **Total Income** | 368,000.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 | 397,440.00 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| **Cars purchased** | 320,000.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 |
| **Total COGS** | 320,000.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 | 345,600.00 |
| **Gross Profit** | 48,000.00 | 51,840.00 | 51,840.00 | 51,840.00 | 51,840.00 | 51,840.00 | 51,840.00 | 51,840.00 | 51,840.00 | 51,840.00 | 51,840.00 |
| **Expense** | | | | | | | | | | | |
| **Advertising and Promotion** | 2,500.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| **GAS** | 300.00 | 324.00 | 324.00 | 324.00 | 324.00 | 324.00 | 324.00 | 324.00 | 324.00 | 324.00 | 324.00 |
| **Automobile Expense - Other** | 1,500.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 |
| **Bank Service Charges** | 100.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 |
| **Business Licenses and Permits** | 225.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 | 243.00 |
| **Charitable Contributions** | 50.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 |
| **COMMISSION** | 7,000.00 | 7,560.00 | 7,560.00 | 7,560.00 | 7,560.00 | 7,560.00 | 7,560.00 | 7,560.00 | 7,560.00 | 7,560.00 | 7,560.00 |
| **Computer and Internet Expenses** | 500.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 | 540.00 |
| **Dues and Subscriptions** | 575.00 | 621.00 | 621.00 | 621.00 | 621.00 | 621.00 | 621.00 | 621.00 | 621.00 | 621.00 | 621.00 |
| **EDUCATION** | 100.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 | 108.00 |
| **FINANCE CHARGES** | 50.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 |
| **Insurance Expense** | 4,400.00 | 4,752.00 | 4,752.00 | 4,752.00 | 4,752.00 | 4,752.00 | 4,752.00 | 4,752.00 | 4,752.00 | 4,752.00 | 4,752.00 |
| **Interest Expense** | 1,200.00 | 1,296.00 | 1,296.00 | 1,296.00 | 1,296.00 | 1,296.00 | 1,296.00 | 1,296.00 | 1,296.00 | 1,296.00 | 1,296.00 |
| **Janitorial Expense** | 375.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 | 405.00 |
| **Meals and Entertainment** | 1,500.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 | 1,620.00 |
| **MEDICAL** | 25.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 | 27.00 |
| **Office Supplies** | 150.00 | 162.00 | 162.00 | 162.00 | 162.00 | 162.00 | 162.00 | 162.00 | 162.00 | 162.00 | 162.00 |
| **Postage and Delivery** | 50.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 |
| **Printing and Reproduction** | 50.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 | 54.00 |
| **Legal Fees** | 2,500.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 | 2,700.00 |
| **Rent Expense** | 3,700.00 | 3,996.00 | 3,996.00 | 3,996.00 | 3,996.00 | 3,996.00 | 3,996.00 | 3,996.00 | 3,996.00 | 3,996.00 | 3,996.00 |
| **Repairs and Maintenance** | 200.00 | 216.00 | 216.00 | 216.00 | 216.00 | 216.00 | 216.00 | 216.00 | 216.00 | 216.00 | 216.00 |
| **Subcontractors** | 15,500.00 | 16,740.00 | 16,740.00 | 16,740.00 | 16,740.00 | 16,740.00 | 16,740.00 | 16,740.00 | 16,740.00 | 16,740.00 | 16,740.00 |
| **Telephone Expense** | 250.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 | 270.00 |
| **Utilities** | 450.00 | 486.00 | 486.00 | 486.00 | 486.00 | 486.00 | 486.00 | 486.00 | 486.00 | 486.00 | 486.00 |
| **Total Expense** | 43,250.00 | 46,710.00 | 46,710.00 | 46,710.00 | 46,710.00 | 46,710.00 | 46,710.00 | 46,710.00 | 46,710.00 | 46,710.00 | 46,710.00 |
| **Net Ordinary Income** | 4,750.00 | 5,130.00 | 5,130.00 | 5,130.00 | 5,130.00 | 5,130.00 | 5,130.00 | 5,130.00 | 5,130.00 | 5,130.00 | 5,130.00 |

| | MONTH 23 | MONTH 24 | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 | MONTH 31 | MONTH 32 | MONTH 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| **Sales** | 397,440.00 | 397,440.00 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 |
| **Total Income** | 397,440.00 | 397,440.00 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 | 429,235.20 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| **Cars purchased** | 345,600.00 | 345,600.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 |
| **Total COGS** | 345,600.00 | 345,600.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 | 373,248.00 |
| **Gross Profit** | 51,840.00 | 51,840.00 | 55,987.20 | 55,987.20 | 55,987.20 | 55,987.20 | 55,987.20 | 55,987.20 | 55,987.20 | 55,987.20 | 55,987.20 |
| **Expense** | | | | | | | | | | | |
| **Advertising and Promotion** | 2,700.00 | 2,700.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 |
| **GAS** | 324.00 | 324.00 | 349.92 | 349.92 | 349.92 | 349.92 | 349.92 | 349.92 | 349.92 | 349.92 | 349.92 |
| **Automobile Expense - Other** | 1,620.00 | 1,620.00 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 |
| **Bank Service Charges** | 108.00 | 108.00 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 |
| **Business Licenses and Permits** | 243.00 | 243.00 | 262.44 | 262.44 | 262.44 | 262.44 | 262.44 | 262.44 | 262.44 | 262.44 | 262.44 |
| **Charitable Contributions** | 54.00 | 54.00 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 |
| **COMMISSION** | 7,560.00 | 7,560.00 | 8,164.80 | 8,164.80 | 8,164.80 | 8,164.80 | 8,164.80 | 8,164.80 | 8,164.80 | 8,164.80 | 8,164.80 |
| **Computer and Internet Expenses** | 540.00 | 540.00 | 583.20 | 583.20 | 583.20 | 583.20 | 583.20 | 583.20 | 583.20 | 583.20 | 583.20 |
| **Dues and Subscriptions** | 621.00 | 621.00 | 670.68 | 670.68 | 670.68 | 670.68 | 670.68 | 670.68 | 670.68 | 670.68 | 670.68 |
| **EDUCATION** | 108.00 | 108.00 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 | 116.64 |
| **FINANCE CHARGES** | 54.00 | 54.00 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 |
| **Insurance Expense** | 4,752.00 | 4,752.00 | 5,132.16 | 5,132.16 | 5,132.16 | 5,132.16 | 5,132.16 | 5,132.16 | 5,132.16 | 5,132.16 | 5,132.16 |
| **Interest Expense** | 1,296.00 | 1,296.00 | 1,399.68 | 1,399.68 | 1,399.68 | 1,399.68 | 1,399.68 | 1,399.68 | 1,399.68 | 1,399.68 | 1,399.68 |
| **Janitorial Expense** | 405.00 | 405.00 | 437.40 | 437.40 | 437.40 | 437.40 | 437.40 | 437.40 | 437.40 | 437.40 | 437.40 |
| **Meals and Entertainment** | 1,620.00 | 1,620.00 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 | 1,749.60 |
| **MEDICAL** | 27.00 | 27.00 | 29.16 | 29.16 | 29.16 | 29.16 | 29.16 | 29.16 | 29.16 | 29.16 | 29.16 |
| **Office Supplies** | 162.00 | 162.00 | 174.96 | 174.96 | 174.96 | 174.96 | 174.96 | 174.96 | 174.96 | 174.96 | 174.96 |
| **Postage and Delivery** | 54.00 | 54.00 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 |
| **Printing and Reproduction** | 54.00 | 54.00 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 | 58.32 |
| **Legal Fees** | 2,700.00 | 2,700.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 | 2,916.00 |
| **Rent Expense** | 3,996.00 | 3,996.00 | 4,315.68 | 4,315.68 | 4,315.68 | 4,315.68 | 4,315.68 | 4,315.68 | 4,315.68 | 4,315.68 | 4,315.68 |
| **Repairs and Maintenance** | 216.00 | 216.00 | 233.28 | 233.28 | 233.28 | 233.28 | 233.28 | 233.28 | 233.28 | 233.28 | 233.28 |
| **Subcontractors** | 16,740.00 | 16,740.00 | 18,079.20 | 18,079.20 | 18,079.20 | 18,079.20 | 18,079.20 | 18,079.20 | 18,079.20 | 18,079.20 | 18,079.20 |
| **Telephone Expense** | 270.00 | 270.00 | 291.60 | 291.60 | 291.60 | 291.60 | 291.60 | 291.60 | 291.60 | 291.60 | 291.60 |
| **Utilities** | 486.00 | 486.00 | 524.88 | 524.88 | 524.88 | 524.88 | 524.88 | 524.88 | 524.88 | 524.88 | 524.88 |
| **Total Expense** | 46,710.00 | 46,710.00 | 50,446.80 | 50,446.80 | 50,446.80 | 50,446.80 | 50,446.80 | 50,446.80 | 50,446.80 | 50,446.80 | 50,446.80 |
| **Net Ordinary Income** | 5,130.00 | 5,130.00 | 5,540.40 | 5,540.40 | 5,540.40 | 5,540.40 | 5,540.40 | 5,540.40 | 5,540.40 | 5,540.40 | 5,540.40 |

| | MONTH 34 | MONTH 35 | MONTH 36 | MONTH 37 | MONTH 38 | MONTH 39 | MONTH 40 | MONTH 41 | MONTH 42 | MONTH 43 | MONTH 44 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| **Sales** | 429,235.20 | 429,235.20 | 429,235.20 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 |
| **Total Income** | 429,235.20 | 429,235.20 | 429,235.20 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| **Cars purchased** | 373,248.00 | 373,248.00 | 373,248.00 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 |
| **Total COGS** | 373,248.00 | 373,248.00 | 373,248.00 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 |
| **Gross Profit** | 55,987.20 | 55,987.20 | 55,987.20 | 60,466.18 | 60,466.18 | 60,466.18 | 60,466.18 | 60,466.18 | 60,466.18 | 60,466.18 | 60,466.18 |
| **Expense** | | | | | | | | | | | |
| **Advertising and Promotion** | 2,916.00 | 2,916.00 | 2,916.00 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 |
| **GAS** | 349.92 | 349.92 | 349.92 | 377.91 | 377.91 | 377.91 | 377.91 | 377.91 | 377.91 | 377.91 | 377.91 |
| **Automobile Expense - Other** | 1,749.60 | 1,749.60 | 1,749.60 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 |
| **Bank Service Charges** | 116.64 | 116.64 | 116.64 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 |
| **Business Licenses and Permits** | 262.44 | 262.44 | 262.44 | 283.44 | 283.44 | 283.44 | 283.44 | 283.44 | 283.44 | 283.44 | 283.44 |
| **Charitable Contributions** | 58.32 | 58.32 | 58.32 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 |
| **COMMISSION** | 8,164.80 | 8,164.80 | 8,164.80 | 8,817.98 | 8,817.98 | 8,817.98 | 8,817.98 | 8,817.98 | 8,817.98 | 8,817.98 | 8,817.98 |
| **Computer and Internet Expenses** | 583.20 | 583.20 | 583.20 | 629.86 | 629.86 | 629.86 | 629.86 | 629.86 | 629.86 | 629.86 | 629.86 |
| **Dues and Subscriptions** | 670.68 | 670.68 | 670.68 | 724.33 | 724.33 | 724.33 | 724.33 | 724.33 | 724.33 | 724.33 | 724.33 |
| **EDUCATION** | 116.64 | 116.64 | 116.64 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 | 125.97 |
| **FINANCE CHARGES** | 58.32 | 58.32 | 58.32 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 |
| **Insurance Expense** | 5,132.16 | 5,132.16 | 5,132.16 | 5,542.73 | 5,542.73 | 5,542.73 | 5,542.73 | 5,542.73 | 5,542.73 | 5,542.73 | 5,542.73 |
| **Interest Expense** | 1,399.68 | 1,399.68 | 1,399.68 | 1,511.65 | 1,511.65 | 1,511.65 | 1,511.65 | 1,511.65 | 1,511.65 | 1,511.65 | 1,511.65 |
| **Janitorial Expense** | 437.40 | 437.40 | 437.40 | 472.39 | 472.39 | 472.39 | 472.39 | 472.39 | 472.39 | 472.39 | 472.39 |
| **Meals and Entertainment** | 1,749.60 | 1,749.60 | 1,749.60 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 |
| **MEDICAL** | 29.16 | 29.16 | 29.16 | 31.49 | 31.49 | 31.49 | 31.49 | 31.49 | 31.49 | 31.49 | 31.49 |
| **Office Supplies** | 174.96 | 174.96 | 174.96 | 188.96 | 188.96 | 188.96 | 188.96 | 188.96 | 188.96 | 188.96 | 188.96 |
| **Postage and Delivery** | 58.32 | 58.32 | 58.32 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 |
| **Printing and Reproduction** | 58.32 | 58.32 | 58.32 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 | 62.99 |
| **Legal Fees** | 2,916.00 | 2,916.00 | 2,916.00 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 |
| **Rent Expense** | 4,315.68 | 4,315.68 | 4,315.68 | 4,660.93 | 4,660.93 | 4,660.93 | 4,660.93 | 4,660.93 | 4,660.93 | 4,660.93 | 4,660.93 |
| **Repairs and Maintenance** | 233.28 | 233.28 | 233.28 | 251.94 | 251.94 | 251.94 | 251.94 | 251.94 | 251.94 | 251.94 | 251.94 |
| **Subcontractors** | 18,079.20 | 18,079.20 | 18,079.20 | 19,525.54 | 19,525.54 | 19,525.54 | 19,525.54 | 19,525.54 | 19,525.54 | 19,525.54 | 19,525.54 |
| **Telephone Expense** | 291.60 | 291.60 | 291.60 | 314.93 | 314.93 | 314.93 | 314.93 | 314.93 | 314.93 | 314.93 | 314.93 |
| **Utilities** | 524.88 | 524.88 | 524.88 | 566.87 | 566.87 | 566.87 | 566.87 | 566.87 | 566.87 | 566.87 | 566.87 |
| **Total Expense** | 50,446.80 | 50,446.80 | 50,446.80 | 54,482.54 | 54,482.54 | 54,482.54 | 54,482.54 | 54,482.54 | 54,482.54 | 54,482.54 | 54,482.54 |
| **Net Ordinary Income** | 5,540.40 | 5,540.40 | 5,540.40 | 5,983.63 | 5,983.63 | 5,983.63 | 5,983.63 | 5,983.63 | 5,983.63 | 5,983.63 | 5,983.63 |

| | MONTH 45 | MONTH 46 | MONTH 47 | MONTH 48 | MONTH 49 | MONTH 50 | MONTH 51 | MONTH 52 | MONTH 53 | MONTH 54 | MONTH 55 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | | |
| **Income** | | | | | | | | | | | |
| **Sales** | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 |
| **Total Income** | 463,574.02 | 463,574.02 | 463,574.02 | 463,574.02 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 |
| **Cost of Goods Sold** | | | | | | | | | | | |
| **Cars purchased** | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 |
| **Total COGS** | 403,107.84 | 403,107.84 | 403,107.84 | 403,107.84 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 |
| **Gross Profit** | 60,466.18 | 60,466.18 | 60,466.18 | 60,466.18 | 65,303.47 | 65,303.47 | 65,303.47 | 65,303.47 | 65,303.47 | 65,303.47 | 65,303.47 |
| **Expense** | | | | | | | | | | | |
| **Advertising and Promotion** | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 |
| **GAS** | 377.91 | 377.91 | 377.91 | 377.91 | 408.15 | 408.15 | 408.15 | 408.15 | 408.15 | 408.15 | 408.15 |
| **Automobile Expense - Other** | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 |
| **Bank Service Charges** | 125.97 | 125.97 | 125.97 | 125.97 | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 |
| **Business Licenses and Permits** | 283.44 | 283.44 | 283.44 | 283.44 | 306.11 | 306.11 | 306.11 | 306.11 | 306.11 | 306.11 | 306.11 |
| **Charitable Contributions** | 62.99 | 62.99 | 62.99 | 62.99 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 |
| **COMMISSION** | 8,817.98 | 8,817.98 | 8,817.98 | 8,817.98 | 9,523.42 | 9,523.42 | 9,523.42 | 9,523.42 | 9,523.42 | 9,523.42 | 9,523.42 |
| **Computer and Internet Expenses** | 629.86 | 629.86 | 629.86 | 629.86 | 680.24 | 680.24 | 680.24 | 680.24 | 680.24 | 680.24 | 680.24 |
| **Dues and Subscriptions** | 724.33 | 724.33 | 724.33 | 724.33 | 782.28 | 782.28 | 782.28 | 782.28 | 782.28 | 782.28 | 782.28 |
| **EDUCATION** | 125.97 | 125.97 | 125.97 | 125.97 | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 |
| **FINANCE CHARGES** | 62.99 | 62.99 | 62.99 | 62.99 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 |
| **Insurance Expense** | 5,542.73 | 5,542.73 | 5,542.73 | 5,542.73 | 5,986.15 | 5,986.15 | 5,986.15 | 5,986.15 | 5,986.15 | 5,986.15 | 5,986.15 |
| **Interest Expense** | 1,511.65 | 1,511.65 | 1,511.65 | 1,511.65 | 1,632.59 | 1,632.59 | 1,632.59 | 1,632.59 | 1,632.59 | 1,632.59 | 1,632.59 |
| **Janitorial Expense** | 472.39 | 472.39 | 472.39 | 472.39 | 510.18 | 510.18 | 510.18 | 510.18 | 510.18 | 510.18 | 510.18 |
| **Meals and Entertainment** | 1,889.57 | 1,889.57 | 1,889.57 | 1,889.57 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 |
| **MEDICAL** | 31.49 | 31.49 | 31.49 | 31.49 | 34.01 | 34.01 | 34.01 | 34.01 | 34.01 | 34.01 | 34.01 |
| **Office Supplies** | 188.96 | 188.96 | 188.96 | 188.96 | 204.07 | 204.07 | 204.07 | 204.07 | 204.07 | 204.07 | 204.07 |
| **Postage and Delivery** | 62.99 | 62.99 | 62.99 | 62.99 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 |
| **Printing and Reproduction** | 62.99 | 62.99 | 62.99 | 62.99 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 |
| **Legal Fees** | 3,149.28 | 3,149.28 | 3,149.28 | 3,149.28 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 |
| **Rent Expense** | 4,660.93 | 4,660.93 | 4,660.93 | 4,660.93 | 5,033.81 | 5,033.81 | 5,033.81 | 5,033.81 | 5,033.81 | 5,033.81 | 5,033.81 |
| **Repairs and Maintenance** | 251.94 | 251.94 | 251.94 | 251.94 | 272.10 | 272.10 | 272.10 | 272.10 | 272.10 | 272.10 | 272.10 |
| **Subcontractors** | 19,525.54 | 19,525.54 | 19,525.54 | 19,525.54 | 21,087.58 | 21,087.58 | 21,087.58 | 21,087.58 | 21,087.58 | 21,087.58 | 21,087.58 |
| **Telephone Expense** | 314.93 | 314.93 | 314.93 | 314.93 | 340.12 | 340.12 | 340.12 | 340.12 | 340.12 | 340.12 | 340.12 |
| **Utilities** | 566.87 | 566.87 | 566.87 | 566.87 | 612.22 | 612.22 | 612.22 | 612.22 | 612.22 | 612.22 | 612.22 |
| **Total Expense** | 54,482.54 | 54,482.54 | 54,482.54 | 54,482.54 | 58,841.15 | 58,841.15 | 58,841.15 | 58,841.15 | 58,841.15 | 58,841.15 | 58,841.15 |
| **Net Ordinary Income** | 5,983.63 | 5,983.63 | 5,983.63 | 5,983.63 | 6,462.32 | 6,462.32 | 6,462.32 | 6,462.32 | 6,462.32 | 6,462.32 | 6,462.32 |

|  | MONTH 56 | MONTH 57 | MONTH 58 | MONTH 59 | MONTH 60 | TOTALS |
|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | |
| **Income** | | | | | | |
| **Sales** | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 25,906,909.84 |
| **Total Income** | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 500,659.94 | 25,906,909.84 |
| **Cost of Goods Sold** | | | | | | |
| **Cars purchased** | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 22,527,747.69 |
| **Total COGS** | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 435,356.47 | 22,527,747.69 |
| **Gross Profit** | 65,303.47 | 65,303.47 | 65,303.47 | 65,303.47 | 65,303.47 | 3,379,162.15 |
| **Expense** | | | | | | |
| **Advertising and Promotion** | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 175,998.03 |
| **GAS** | 408.15 | 408.15 | 408.15 | 408.15 | 408.15 | 21,119.76 |
| **Automobile Expense - Other** | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 105,598.82 |
| **Bank Service Charges** | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 | 7,039.92 |
| **Business Licenses and Permits** | 306.11 | 306.11 | 306.11 | 306.11 | 306.11 | 15,839.82 |
| **Charitable Contributions** | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 3,519.96 |
| **COMMISSION** | 9,523.42 | 9,523.42 | 9,523.42 | 9,523.42 | 9,523.42 | 492,794.48 |
| **Computer and Internet Expenses** | 680.24 | 680.24 | 680.24 | 680.24 | 680.24 | 35,199.61 |
| **Dues and Subscriptions** | 782.28 | 782.28 | 782.28 | 782.28 | 782.28 | 40,479.55 |
| **EDUCATION** | 136.05 | 136.05 | 136.05 | 136.05 | 136.05 | 7,039.92 |
| **FINANCE CHARGES** | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 3,519.96 |
| **Insurance Expense** | 5,986.15 | 5,986.15 | 5,986.15 | 5,986.15 | 5,986.15 | 309,756.53 |
| **Interest Expense** | 1,632.59 | 1,632.59 | 1,632.59 | 1,632.59 | 1,632.59 | 84,479.05 |
| **Janitorial Expense** | 510.18 | 510.18 | 510.18 | 510.18 | 510.18 | 26,399.70 |
| **Meals and Entertainment** | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 2,040.73 | 105,598.82 |
| **MEDICAL** | 34.01 | 34.01 | 34.01 | 34.01 | 34.01 | 1,759.98 |
| **Office Supplies** | 204.07 | 204.07 | 204.07 | 204.07 | 204.07 | 10,559.88 |
| **Postage and Delivery** | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 3,519.96 |
| **Printing and Reproduction** | 68.02 | 68.02 | 68.02 | 68.02 | 68.02 | 3,519.96 |
| **Legal Fees** | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 3,401.22 | 175,998.03 |
| **Rent Expense** | 5,033.81 | 5,033.81 | 5,033.81 | 5,033.81 | 5,033.81 | 260,477.08 |
| **Repairs and Maintenance** | 272.10 | 272.10 | 272.10 | 272.10 | 272.10 | 14,079.84 |
| **Subcontractors** | 21,087.58 | 21,087.58 | 21,087.58 | 21,087.58 | 21,087.58 | 1,091,187.78 |
| **Telephone Expense** | 340.12 | 340.12 | 340.12 | 340.12 | 340.12 | 17,599.80 |
| **Utilities** | 612.22 | 612.22 | 612.22 | 612.22 | 612.22 | 31,679.65 |
| **Total Expense** | 58,841.15 | 58,841.15 | 58,841.15 | 58,841.15 | 58,841.15 | 3,044,765.90 |
| **Net Ordinary Income** | 6,462.32 | 6,462.32 | 6,462.32 | 6,462.32 | 6,462.32 | 334,396.25 |