

**ORDERED in the Southern District of Florida on October 24, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                    **Case No. 22-15627-EPK**

**AUTO WHOLESALE OF BOCA, LLC,**              **Chapter 11**

      **Debtor.**
_____/

**ORDER (I) SETTING HEARING ON CONFIRMATION OF SUBCHAPTER V PLAN;**
**(II) SETTING HEARING ON FEE APPLICATIONS;**
**(III) DESCRIBING VARIOUS DEADLINES; AND**
**(IV) DESCRIBING DEBTOR'S OBLIGATIONS**

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

December 7, 2022 at 2:00 p.m.

LOCATION:

United States Bankruptcy Court
Courtroom B, 8th Floor
1515 North Flagler Drive
West Palm Beach, Florida 33401

Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

DEBTOR'S DEADLINE FOR SERVING THIS ORDER, PLAN, AND BALLOT(S):

October 28, 2022

DEADLINE FOR FILING OBJECTIONS TO CLAIMS:

November 23, 2022

DEADLINE FOR FILING FEE APPLICATIONS:

November 23, 2022

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

November 30, 2022

DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION:

December 2, 2022

DEADLINE FOR DEBTOR TO FILE
REPORT OF PLAN PROPONENT(S) AND CONFIRMATION AFFIDAVIT:

December 2, 2022

On October 20, 2022, Auto Wholesale of Boca, LLC (the "Debtor") filed the *Plan of Reorganization of Auto Wholesale of Boca, LLC* [ECF No. 162] (the "Plan") pursuant to 11 U.S.C. § 1189.  With the Court having considered the Plan and the record in this case, it is **ORDERED AND ADJUDGED**, and notice is hereby given, that:

A.     **DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN**

The last day for filing written acceptances or rejections of the Plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN."

**B.      OBLIGATIONS OF DEBTOR**

(1)      On or before the date indicated above as "DEBTOR'S DEADLINE FOR SERVING THIS ORDER, PLAN, AND BALLOT(S)" the Debtor shall serve a copy of this Order and the Plan on all creditors, all equity security holders, the Subchapter V Trustee, the United States Trustee and all other parties in interest, as required by Interim Bankruptcy Rule of Procedure 3017.2 and Federal Rule of Bankruptcy Procedure 2002(b) (including without limitation those listed on the "Master Service List" if required to be filed pursuant to Local Rule 2002-1(H)).  At the time of serving this Order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan," shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the Plan.

(2)      On or before 5:00 p.m. on the date indicated above as "DEADLINE FOR DEBTOR TO FILE REPORT OF PLAN PROPONENT AND CONFIRMATION AFFIDAVIT," the Debtor shall file with the Court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit."   The "Confirmation Affidavit" shall set forth the facts upon which the Debtor will rely to satisfy each of the requirements of 11 U.S.C. § 1191.  The "Confirmation Affidavit" should be prepared so that by reading it the Court can easily understand the significant terms of the Plan and other material facts relating to confirmation of the Plan.  The individual executing the "Confirmation Affidavit" shall be present at the Confirmation Hearing.

(3)      If the Debtor does not timely comply with any of the requirements of this Order, the Court may impose sanctions at the Confirmation Hearing, without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the Plan.  At the Confirmation Hearing, the Court may also consider dismissal or conversion for other cause shown at the request of any party in interest or on the Court's own motion.

**C.      HEARING ON CONFIRMATION OF PLAN**

The hearing on confirmation of the Plan has been set for the date and time indicated above as "CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS."  The Confirmation Hearing may be continued to a future date or dates by notice given in open court at the initial Confirmation Hearing or at any continuance thereof.

**D.      DEADLINE FOR FILING OF OBJECTIONS TO CONFIRMATION OF         PLAN**

The last day for filing and serving objections to confirmation of the Plan is indicated above as "DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION."

**E.      DEADLINE FOR FILING OBJECTIONS TO CLAIMS**

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR FILING OBJECTIONS TO CLAIMS."   All objections to claims must be filed before this date unless the deadline is extended by other or further order of this Court.

## F.  DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FILING FEE APPLICATIONS."  All prospective applicants for compensation, including attorneys, accountants, and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through the date of the Confirmation Hearing.  At or prior to the Confirmation Hearing, each applicant must file a supplement with documentation supporting the estimated time and costs.  Fee applications shall be timely filed with the Court and served (with all exhibits including documentation of estimated time) on (i) the Debtor; (ii) the Subchapter V Trustee; and (iii) the United States Trustee.

Fee applications will be heard at the Confirmation Hearing.

**###**

Copy to:  Debtor(s) by the Clerk