UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                  Case No.: 22- 15627-EPK
                                              Chapter 11 Subchapter V

_____Debtor-in-Possession._____/

**DEBTOR'S OBJECTION TO ROAD RICH, LLC's
MOTION TO COMPEL ABANDONMENT OF BARE LGAL TITLE TO
2019 FERRARI 488 PISTA VIN ZFF90HLA8K0245966**

Comes Now, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and serves this instant *Debtor's Objection To Road Rich Motors, LLC's Motion To Compel Abandonment Of 2019 Ferrari 488 Pista VIN ZFF90HLASK0245966*, objecting to the *Motion To Compel Abandonment Of 2019 Ferrari 488 Pista VIN ZFF90HLASK0245966* [ECF No. 143] (the "RR Motion") filed by Road Rich Motors, LLC d/b/a Road Rich Motors ("Road Rich" or "Movant")), and states –

I.      **PRELIMINARY STATEMENT**

1.  The Debtor is a "Debtor-in-Possession" under Title 11, Subchapter V, of the United States Code by virtue of having filed its *Petition* [Parent ECF #1] on July 22nd, 2022, seeking to reorganize itself under the Bankruptcy Code.

2.  As touched upon in the DIP's *Verified Chapter 11 Case Management Summary* [Parent ECF #7] ("Case Management Summary"), the DIP sought relief in bankruptcy based upon the fact that the Debtor had been defrauded out of millions of dollars in assets and monies by other entities and their operators, *i.e.* – Excell Auto Group, Inc. ("Excell"), Karma of Palm Beach ("KPB") and Karma of Broward ("KB") (KPB and KB are collectively "Karma"), operated and owned primarily by Scott and Kristen Zankl (the "Zankls")

3.  This fraud by the Zankls and their entities apparently included the unauthorized repeated reselling and financing of automobiles owned by Debtor and/or liened by Debtor.

4. Shortly after AWB was able to recover some of its property from the Zankls, the Zankls filed bankruptcy for Excell under Chapter 7 in Case No. 22-12790-EPK ("Excell Bankruptcy").

5. The Zankls have falsely led various lenders of Karma, and even Excell, to pursue AWB's automobiles and inventory, as well as other interested parties

## II.    RELEVANT FACTS

6. Movant has filed the RR Motion to obtain an order of the Court determining that the Debtor is a bare legal title holder in an automobile and otherwise abandon the Estate's interest in the vehicle and its title.

7. Debtor objects to such relief.

8. Scott Zankl ("Zankl") tried selling AWB the subject vehicle, the 2019 Ferrari 488 Pista VIN ZFF90HLASK0245966 ("Ferrari"), in August of 2021, before Zankl had possession of the vehicle; and, AWB was unwilling to purchase and pay for the vehicle until Zankl assured AWB that the vehicle was in transit.

9. AWB finally agreed to purchase the vehicle because Zankl had the title in hand and assured the Debtor that the vehicle was in transit to Florida. AWB purchased said Ferrari from Karma of Palm Beach by KPB assigning title to AWB and AWB paying KPB the sum of $400,000.00 *via* wire transfer on December 23, 2021. *See* Exhibit "1" hereto (a true and correct copy of the Debtor's pre-petition bank statement at Bank United reflecting said wire transfer on December 23rd, 2021).

10. Thus, the Debtor became the legal owner of the Ferrari on December 23rd, 2021 by paying good and valuable consideration and receiving an assigned title for the same.

11. Thereafter, around the beginning of January, 2022, the Ferrari was delivered.

12. In March of 2022 (*see* Exhibit "2" hereto) the Debtor had the previously assigned title transferred into its own name by the Florida Department of Motor Vehicles ("FLDMV").

13. Debtor had no knowledge of the purported sale of this vehicle to Road Rich Motors in March 2022, nor was the sale authorized to Movant.

14. Apparently, Zankl, in his many myriads of selling assets of others, purportedly transferred the Ferrari to the Movant, Road Rich, without the authority of the Debtor. So, if Auto Wholesale paid $400,000.00 for the Ferrari and Road Rich Motors paid $508,000.00 for the same vehicle, then Zankl made almost a million dollars on this car too.

15. AWB has the title and never endorsed it to any of the Zankl entities, let alone Movant.

16. Road Rich is an auto dealer and never took the actual valid title to the vehicle; but, chose to apparently pick up a vehicle without the actual title in hand and only what seems to be a photocopy-- unlike Debtor, who took title in hand when it purchased this, (like others), vehicle.

17. Road Rich is not a buyer in the ordinary course and this vehicle belongs to this Estate.

WHEREFORE, Debtor requests that the Court deny all relief to Road Rich, determine the automobile is property of this Estate and direct the immediate surrender and turnover of the same to the Debtor, and for such other and further relief which is equitable and just.

Respectfully submitted on October 24th, 2022.

JAMES B. MILLER, P.A.
*Counsel for Debtor-in-Possession*
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this pleading was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record who are registered to receive such pleading and filings before this Court.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164