**BankUnited**

P.O. Box 521599    Miami, FL 33152-1599

**Page 3 of 6**

<div style="border:1px solid #000;">

**Statement Date: December 31, 2021**

Account Number: ********7432

</div>



## Activity By Date

| Date | Description | Withdrawals | Deposits | Balance |
|------|-------------|------------:|---------:|--------:|
| 12/16/2021 | OUTGOING DOM WIRE: RELIABLE MO | $22,300.00 | | $249,202.53 |
| 12/16/2021 | OUTGOING DOM WIRE FEE | $25.00 | | $249,177.53 |
| 12/17/2021 | RDC Deposit | | $500.00 | $249,677.53 |
| 12/20/2021 | RDC Deposit | | $9,600.00 | $259,277.53 |
| 12/20/2021 | CHECK #1964 | $400.00 | | $258,877.53 |
| 12/20/2021 | CHECK #1965 | $383.66 | | $258,493.87 |
| 12/20/2021 | CHECK #1969 | $100.00 | | $258,393.87 |
| 12/20/2021 | CHECK #1966 | $13,800.01 | | $244,593.86 |
| 12/20/2021 | CHECK #1967 | $1,500.00 | | $243,093.86 |
| 12/20/2021 | CHECK #1968 | $300.00 | | $242,793.86 |
| 12/22/2021 | RDC Deposit | | $187,500.00 | $430,293.86 |
| 12/22/2021 | RDC Deposit | | $2,000.00 | $432,293.86 |
| 12/22/2021 | RDC Deposit | | $50,000.00 | $482,293.86 |
| 12/23/2021 | WEB TFR FR 009855056363 150130004920 WEB RF#150130004920 | | $2,306.13 | $484,599.99 |
| 12/23/2021 | OUTGOING DOM WIRE: KARMA OF PA | $400,000.00 | | $84,599.99 |
| 12/23/2021 | OUTGOING DOM WIRE FEE | $25.00 | | $84,574.99 |
| 12/23/2021 | CHECK #1977 | $400.00 | | $84,174.99 |
| 12/23/2021 | CHECK #1978 | $400.00 | | $83,774.99 |
| 12/24/2021 | CHECK #1979 | $1,200.00 | | $82,574.99 |
| 12/24/2021 | CHECK #1980 | $1,000.00 | | $81,574.99 |
| 12/24/2021 | CHECK #1981 | $218.48 | | $81,356.51 |
| 12/24/2021 | CHECK #1982 | $2,306.13 | | $79,050.38 |
| 12/27/2021 | INCOMING DOM WIRE: EXCELL AUTO | | $239,500.00 | $318,550.38 |
| 12/27/2021 | INCOMING DOM WIRE FEE | $15.00 | | $318,535.38 |
| 12/27/2021 | Charge Back Item Check 63703 Chargeback Fee Chargeback Fee | $2,000.00 | | $316,535.38 |
| 12/27/2021 | Charge Back Item Check 63698 Chargeback Fee Chargeback Fee | $187,500.00 | | $129,035.38 |
| 12/27/2021 | Charge Back Item Check 63701 Chargeback Fee Chargeback Fee | $50,000.00 | | $79,035.38 |
| 12/27/2021 | Chargeback Fee | $10.00 | | $79,025.38 |
| 12/27/2021 | Chargeback Fee | $10.00 | | $79,015.38 |
| 12/27/2021 | Chargeback Fee | $10.00 | | $79,005.38 |
| 12/29/2021 | OUTGOING DOM WIRE: OFCINA DR A | $10,542.00 | | $68,463.38 |
| 12/29/2021 | OUTGOING DOM WIRE FEE | $25.00 | | $68,438.38 |

**BankUnited, N.A.**