Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Nell Kirkman Building, Tallahassee, FL 32399-0500

T# 1628093999
B# 2793561

| Identification Number | Year | Make | Body | Wt-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF90HLA8K0245966 | 2019 | FERR | 2D | 3307 | | 135145711 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

Date of Issue    03/31/2022

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL /33487

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

LIEN SATISFACTION

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | Wt-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF90HLA8K0245966 | 2019 | FERR | 2D | 3307 | | 135145711 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | SIL | | | | PRIVATE | 04/12/2021 |

By_____
Title_____

| Odometer Status or Vessel Manufacturer or OH Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 1,984 MILES 08/06/2021 ACTUAL | | | | 03/31/2022 |

Date_____

Registered Owner:
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number **156254591**

10 /8   156254591

Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____    Address:_____

Seller Must Enter Selling Price:_____

Seller Must Enter Date Sold:_____

I/We state that this [ ] $ or [ ] 6 digit odometer now reads |__|__|__|__|__| X [ ] (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading [ ] 1. reflects ACTUAL MILEAGE.   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   [ ] 3. IS NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____   CO-SELLER Must Sign Here:_____

Print Here:_____   Print Here:_____

Selling Dealer's License Number:_____   Tax No.:_____   Tax Collected:_____

Auction Name:_____   License Number:_____

PURCHASER Must Sign Here:_____   CO-PURCHASER Must Sign Here:_____

Print Here:_____   Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

## STATE OF FLORIDA