UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,              Case No.: 22- 15627-EPK
                                                                        Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /

**DEBTOR'S OBJECTION TO SHANEANDNINAMT, LLC's
MOTION TO COMPEL TURNOVER OF 2108 LAMBORGHINI PERFORMANTE AND
TO ABANDON TITLE**

Comes Now, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and serves this instant *Debtor's Objection To Shanandninamt, LLC's Motion To Compel Turnover Of 2018 Lamborghini Performante And To Abandon Title* [ECF No. 141] (the "Motion") filed by Shaneandninamt, LLC ("Shaneandninamt" or "Movant"), and states –

I.      **PRELIMINARY STATEMENT**

1.   The Debtor is a "Debtor-in-Possession" under Title 11, Subchapter V, of the United States Code by virtue of having filed its *Petition* [Parent ECF #1] on July 22nd, 2022, seeking to reorganize itself under the Bankruptcy Code.

2.   As touched upon in the DIP's *Verified Chapter 11 Case Management Summary* [Parent ECF #7] ("Case Management Summary"), the DIP sought relief in bankruptcy based upon the fact that the Debtor had been defrauded out of millions of dollars in assets and monies by other entities and their operators, *i.e.* – Excell Auto Group, Inc. ("Excell"), Karma of Palm Beach ("KPB") and Karma of Broward ("KB") (KPB and KB are collectively "Karma"), operated and owned primarily by Scott and Kristen Zankl (the "Zankls")

3.   This fraud by the Zankls and their entities apparently included the unauthorized repeated reselling and financing of automobiles owned by Debtor and/or liened by Debtor.

4. Shortly after AWB was able to recover some of its property from the Zankls, the Zankls filed bankruptcy for Excell under Chapter 7 in Case No. 22-12790-EPK ("Excell Bankruptcy").

5. The Zankls have falsely led various lenders of Karma, and even Excell, to pursue AWB's automobiles and inventory, as well as other interested parties

## II.    RELEVANT FACTS

6. By way of the Motion, Movant seeks this Court's intervention to compel the Debtor to abandon the Estate's interest in a vehicle, along with the title to the same.

7. Debtor objects to such relief.

8.  It cannot go without saying that the Movant is represented by the same attorney, Harry Winderman, who represents (or has represented) Scott Zankl, Excell Auto Group, Karma of Palm Beach and Karma of Broward – the bad actors.

9. On March 1, 2022, Karma of Palm Beach acquired that certain 2018 Lamborghini VIN# ZHWUD4ZFOJLA11207 (the "Lambo") from Augustine Audette (*see* Exhibit "1" the original title to the Lambo).

10. On March 7, 2022, AWB received an offer from Alana Bailey (Manager of Excell Auto Group, Karma of Palm Beach and Karma of Broward) for the purchase of the Lambo.

11. Debtor agreed to the purchase, and a purchase order was issued to Debtor (*see* Exhibit "2") by Karma of Palm Beach; and, Debtor advised it would wire the payment.

12. Thereupon, on March 8, 2022, Debtor paid, *via* wire transfer, the sum of $500,000.00 to Karma of Palm Beach, for the purchase of two (2) automobiles, including the subject vehicle, the Lambo -- the purchase price for which was $330,000.00. *See* Exhibit "3' hereto (the wire transfer confirmation along with the bank statement of the Debtor).

13. AWB received the title to the Lambo reassigned to Auto Wholesale of Boca (see Exhibit "1").

14. AWB had the title issued in its name thereafter (*see* Exhibit "4" hereto); and, the Lambo has been subsequently reported as stolen by both the original seller (Audette)[1] and the Debtor.

15. Debtor is the legal owner of this vehicle.

16. How this Lambo got into the hands of the Movant is unknown, as neither Zankl nor his affiliated entities had authority to sell the same to anyone.

17. Debtor did not authorize the sale of this vehicle.

18. AWB has the title and never endorsed it to any of the Zankl entities, let alone Movant.

19. Movant is an auto dealer and never took the title to the vehicle and in fact the Debtor, AWB, had already paid for the vehicle and otherwise obtained title well -before payment, if any, was made by Movant.

20. Movant is not a buyer in the ordinary course and this vehicle belongs to this Estate.

WHEREFORE, Debtor requests that the Court deny all relief to Road Rich, determine the automobile is property of this Estate and direct the immediate surrender and turnover of the same to the Debtor, and for such other and further relief which is equitable and just.

Respectfully submitted on October 24th, 2022.

JAMES B. MILLER, P.A.
***Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
 T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM


_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

---

[1] Why Auguste Audette reported the Lambo as stolen is unknown, as Audette is the record title owner of the car Audette purchased using this particular Lambo as a trade-in for a 2017 Lamborghini Aventador VIN# ZHWUT3ZD8HLA05533.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record who are registered to receive such pleading and filings before this Court.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164