**LIEN SATISFACTION**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis/No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUD4ZFOJLA11207 | 2018 | LAMO | 2D | 3950 | | 144445306 |

Date of Issue 10/29/2021

Registered Owner:

AUGUSTE AUDATTE
1254 NW 102ND WAY
CORAL SPRINGS   FL 33071

Mail To:

AUGUSTE AUDATTE
1254 NW 102ND WAY
CORAL SPRINGS   FL 33071-3908

**Lien Release**
Interest in the described vehicle is hereby released

By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
   http://www.flhsmv.gov/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis/No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUD4ZFOJLA11207 | 2018 | LAMO | 2D | 3950 | | 144445306 |

**Lien Release**
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| NY | BLK | | | | PRIVATE | |

By_____
Title_____

| Odometer Status or Vessel Manufacturer or OH Use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 5760 MILES   10/19/2021 ACTUAL | | | 10/29/2021 |

Date_____

Registered Owner:

AUGUSTE AUDATTE
1254 NW 102ND WAY
CORAL SPRINGS   FL 33071

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number 154523796

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: *Karma Palm Beach*    Address: *1001 Clint Moore Rd #103, Boca Raton FL 33487*

Seller Must Enter Selling Price:    Seller Must Enter Date Sold: *3-1-22*

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads *6457* x I (no tenths) miles, date read *3-1-22* and I hereby certify that to the best of my knowledge the odometer reading

[X] 1. reflects ACTUAL MILEAGE.    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: *Auguste Audatte*    Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: *Kara Baker*    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV 3/15)    **STATE OF FLORIDA**

# DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## DIVISION OF MOTOR VEHICLES
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
### Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____  Purchaser's DL/ID _____
First                                    MI                          Last

Address _____  Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____  Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

**ODOMETER CERTIFICATION** - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### FIRST REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: VF/11335431    Selling Dealer's Name: Karma Palm Beach    Tax No.: 60-8018195758-0    Tax Collected: 14/5

Selling Dealer's Address: 1001 Clint Moore Rd #103 Boca Raton FL 33487    Date Sold: _____

Purchaser's Name(s): Auto Wholesale of Boca LLC    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ __/__/__ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _(signature)_    Auction Name (When Applicable): _____

Print Here: Alana Bailey    Auction License Number: _____

### SECOND REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ __/__/__ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____

### THIRD REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ __/__/__ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____