**Bank**

# Domestic Wire Transfer

| | | |
|---|---|---|
| Initiator: | Molly I Janki | Date: 03/08/2022 |
| Initiator's Ph #*: | (561) 237-6045 | Reference Number: 0944 |

Approver's Name : Jose A Garces

Wire Status: Pending Branch Approval

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $500,000.00 | 004-TD BANK N.A. | 004-TD BANK N.A. | 1524 |

**Same Day Deposit?***

No

**Wire Type**                                              **Account Type**

Wire Transfer          ☐ Check if Federal Tax Payment          Business

## ORIGINATOR

| Customer Name* | Customer Account Number* |
|---|---|
| Auto Wholesale Of Boca Llc | 4373228886 |

| Beneficiary Name* | Beneficiary Account Number* |
|---|---|
| Karma Of Palm Beach Inc | 705116603 |

| Beneficiary Address 1* | Beneficiary Address 2* |
|---|---|
| 1001 CLINT MOORE ROAD | STE 103 |

| Beneficiary City* | Beneficiary State / Zip Code |
|---|---|
| BOCA RATON | FL 33487 |

| ABA Number* | Receiving Bank Name* |
|---|---|
| 021000021 | JPMORGAN CHASE BANK, NA |

## SPECIAL INSTRUCTIONS

**Further Credit Bank Name**

**Further Credit Comments (Max 140 Characters)**

| CUSTOMER REQUESTING | APPROVED BY |
|---|---|
| (Signature) | (Signature) |
| Auto Wholesale Of Boca Llc | |

Notices & Disclaimers: Placeholder for disclaimer



March 01, 2022 through March 31, 2022

Account Number:    **000000705116603**

## DEPOSITS AND ADDITIONS  *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | Fedwire Credit Via: Bank Hapoalim B.M./026008866 B/O: Lendbuzz Funding LLC-Collections Acboston MA 02110 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=O/B Bk Hapoal Im Obi=177008 5Ymcy0C07M9G95574 Imad: 0304Mmqfmpb4000233 Trn: 0951470063Ff | 62,031.88 |
| 03/07 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=O/B Effingham St Obi=Car 232 2ND Installment 201 6 Mclare N 7675 Sbm11Saa9Gw675669 Imad: 0307Mmqfmpew000056 Trn: 0381360066Ff | 213,000.00 |
| 03/07 | Fedwire Credit Via: Midland States Bank/081204540 B/O: Millco Atwater LLC Chicago IL 60654-0000 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=O/B Effingham St Obi=Car 233 1St Installment 202 1 Rollsr Oyce Ghost - Scatv0C04Mu20 7524 Imad: 0307Mmqfmpew000064 Trn: 0401630066Ff | 162,000.00 |
| 03/07 | Fedwire Credit Via: Manufacturers & Traders Trust CO/022000046 B/O: Luxury Lease Company Trust-Wilmingtmontvale NJ 07645 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=O/B Mfrs Buf Obi=2617 2015 Porsche 911 Turbo Wp0 Ad2A 99Fs166127 Imad: 0307B2Q8921C002589 Trn: 0672570066Ff | 99,835.00 |
| 03/07 | Online Transfer From Chk ...8711 Transaction#: 13828767229 | 20,000.00 |
| 03/08 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Auto Wholesale of Boca LLC Boca Raton, FL 33487-0000 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=Miji-Ccbkaq Imad: 0308Mmqfmpyq002042 Trn: 0293600067Ff | 500,000.00 |
| 03/09 | Fedwire Credit Via: Bankunited N.A/267090594 B/O: Auto Wholesale of Boca LLC Boca Raton FL 33487 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=O/B Bankunite D N Obi=2020 Ferrari 254693 Imad: 0309F7B74M2C003469 Trn: 0694830068Ff | 425,000.00 |
| 03/09 | Online Transfer From Chk ...5966 Transaction#: 13844143761 | 30,000.00 |
| 03/10 | Fedwire Credit Via: Verabank, National Association/111903151 B/O: Els Loans Henderson TX Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=O/B Verabk NA He Obi=Shaneandninamt, LLC Stock N Umber A1 1207 Imad: 0310Mmqfmphd000036 Trn: 0455470069Ff | 299,500.00 |
| 03/11 | Fedwire Credit Via: Frost Bank/114000093 B/O: Road Rich LLC Costa Mesa CA 92807 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=1843500 Obi=2 019 Ferrari Pista Vin 245966 Imad: 0311K4Qla01C002093 Trn: 0945940070Ff | 508,000.00 |
| 03/11 | Online Transfer From Chk ...8711 Transaction#: 13861947240 | 428,000.00 |
| 03/14 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Shane M Pryor TX 76092 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=Ow00002035721 869 Obi=Shane Pryor Deposit Bbi=/Ch Gs/USD0,00/ Imad: 031411B7033R001808 Trn: 0080700073Ff | 45,000.00 |
| 03/15 | Fedwire Credit Via: TD Bank, NA/011103093 B/O: Auto Wholesale of Boca LLC Boca Raton, FL 33487-0000 Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=Miji-Ccjq58 Imad: 0315Mmqfmpyq005577 Trn: 0728680074Ff | 172,000.00 |
| 03/18 | Book Transfer Credit B/O: Truist Bank Charlotte NC 28202-1078 US Org:/1000132139386 Arby M Lipman Ogb: Mbr/0160 Truist Bank Trn: 3463730077Ez | 448,000.00 |
| 03/18 | Chips Credit Via: Bank of America, N.A./0959 B/O: Haley Shay Walker Inc. Boca Raton, FL, 33432 US Ref: Nbnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 US/Ac-00000000 7051 Org=/229056046925 Boca Raton, FL, 33432 US Ogb=Bank of America, N .A. New York NY US Obi=Moke Vin 5Yn Wahbg7Ns083117 Bbi=/Chgs/USD0,/ Ssn: 0192429 Trn: 0446440077Fc | 25,471.88 |
| 03/21 | Fedwire Credit Via: Town Bank, NA/075917843 B/O: Glenn Benidt A Member Slinger, WI 53086- Ref: Chase Nyc/Ctr/Bnf=Karma of Palm Beach, Inc. Boca Raton FL 33487-2830 U S/Ac-000000007051 Rfb=O/B Town Bank NA Obi=2018 Lamborghini Vin Zhwus4 Zf5Jla10 303 Imad: 0321Mmqfmp14001105 Trn: 0827380080Ff | 30,000.00 |