Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1626965665
B# 2792333

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZHWUD4ZF0JLA11207 | 2018 | LAMO | 2D | 3950 | | 144445306 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

Date of Issue   03/29/2022

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

**IMPORTANT INFORMATION**

1.  When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2.  Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3.  Remove your license plate from the vehicle.
4.  See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
    http://www.hsmv.state.fl.us/html/titlinf.html

**LIEN SATISFACTION**

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number | Lien Release |
|---|---|---|---|---|---|---|---|
| ZHWUD4ZF0JLA11207 | 2018 | LAMO | 2D | 3950 | | 144445306 | Interest in the described vehicle is hereby released |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date | By |
|---|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 10/29/2021 | Title |

| Odometer Status or Vessel Manufacturer or OH use | Eng'nd Drive | Hull Material | Prop | Date of Issue | Date |
|---|---|---|---|---|---|
| 6,458 MILES 03/07/2022 ACTUAL | | | | 03/29/2022 | |

Registered Owner:
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director



Terry L. Rhodes
Terry L. Rhodes
Executive Director

Control Number   **156254460**

10 /8   156254460

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____     Address: _____

Seller Must Enter Selling Price: _____     Seller Must Enter Date Sold: _____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |__|__|__|__|__|__| X (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading
[ ] 1. reflects ACTUAL MILEAGE.    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____     CO-SELLER Must Sign Here: _____

Print Here: _____     Print Here: _____

Selling Dealer's License Number: _____     Tax No.: _____     Tax Collected: _____

Auction Name: _____     License Number: _____

PURCHASER Must Sign Here: _____     CO-PURCHASER Must Sign Here: _____

Print Here: _____     Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/15)          **STATE OF FLORIDA**

STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### DIVISION OF MOTOR VEHICLES
2900 Apalachee Parkway   ○   Neil Kirkman Building - Tallahassee, FL 32399-0620
Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____  Purchaser's DL/ID _____
First                    MI                    Last

Address _____  Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____  Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____  Selling Dealer's Name: _____  Tax No.: _____  Tax Collected: _____

Selling Dealer's Address: _____  Date Sold: _____

Purchaser's Name(s): _____  Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   ☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____

Print Here: _____   Print Here: _____

Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____

Print Here: _____   Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____  Selling Dealer's Name: _____  Tax No.: _____  Tax Collected: _____

Selling Dealer's Address: _____  Date Sold: _____

Purchaser's Name(s): _____  Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   ☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____

Print Here: _____   Print Here: _____

Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____

Print Here: _____   Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____  Selling Dealer's Name: _____  Tax No.: _____  Tax Collected: _____

Selling Dealer's Address: _____  Date Sold: _____

Purchaser's Name(s): _____  Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___/___/___ , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   ☐ 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____

Print Here: _____   Print Here: _____

Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____

Print Here: _____   Auction License Number: _____