UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

AUTO WHOLESALE OF BOCA, LLC                    CASE NO. 22-15627-EPK

                Debtor.                              Chapter 11
_____/

## NOTICE OF CHANGE OF ADDRESS

      Undersigned counsel and the law firm of LSS Law, gives notice of their change of business

location for their Miami office[1] and respectfully requests that the Clerk of the Court change the

Court's docket and matrix in this case to reflect their current business address as follows:

**LSS LAW
ONE BISCAYNE TOWER
2 S. BISCAYNE BOULEVARD
SUITE 2200
MIAMI, FLORIDA 33131**

[Remainder of page intentionally left blank]

---

[1] The Notice of Change of Address is only applicable to the Miami Office and any attorney whose address is associated with same. Any attorney whose address is associated with the Fort Lauderdale Office is not to be included.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 25, 2022, by Notice of Electronic Filing to all parties and counsel registered with the CM/ECF system and via U.S. Mail to ACE Insurance Company of the Midwest a/s/o Richard Greenberg, Kramer, Green, Zuckerman, Greene & Buchs, 4000 Hollywood Boulevard, Suite 485-S, Hollywood, FL 33021, Jason J. DeJonker, 161 North Clark Street, Suite 4300, Chicago, IL 60601, Jarret Hitchings, 301 S. College Street, Suite 2150, Charlotte, NC 28202, David Unseth, 211 North Broadway, Suite 3600, St. Louis, MO 63102, and Steven William Wells, 229 Warner Road, Lancaster, NY 14086.

Dated: October 25, 2022

**LSS LAW**
Attorneys for Woodside Credit, LLC
2 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447

By:_____/s/_____
CHRISTIAN SOMODEVILLA
Florida Bar No. 59539
cs@lss.law