UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 22-15627-EPK

Auto Wholesale of Boca, LLC,                              Chapter 11

     Debtor.

_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT David M. Unseth, Esq. appears on behalf of Hi Bar

Capital, LLC and requests that all notices and papers be served upon the undersigned counsel at

the address below:

David M. Unseth, Esq.
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
E-mail: dmunseth@bclplaw.com

Respectfully submitted,

/s/ David M. Unseth
David M. Unseth
(Admitted Pro Hac Vice)
dmunseth@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone:  (314) 259-2000

*Counsel for Hi Bar Capital, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished on

October 25, 2022 to all parties and counsel registered with the Court's CM/ECF filing system.

/s/ David M. Unseth
David M. Unseth