

**ORDERED in the Southern District of Florida on October 27, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                    **Case No. 22-15627-EPK**
                                                                          **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**


        **Debtor.**

_____/

### ORDER DIRECTING BRIEFING ON MOTION TO COMPEL ABANDONMENT

This matter came before the Court on October 26, 2022, upon the *Motion to Compel Abandonment of Bare Legal Tile to 2019 Ferrari 488 Pista VIN ZFF90HLA8K0245966* [ECF No. 143] (the "Motion") filed by Road Rich Motions (the "Movant") and the Response [ECF No. 167] filed by Auto Wholesale of Boca, LLC (the "Debtor"). For the reasons stated on the record, with the Court being fully advised in the premises, it is ORDERED and ADJUDGED:

1.      Not later than November 9, 2022, the Debtor shall file and serve a new response to the Motion. The Debtor's response shall include a legal memorandum in support of the Debtor's position. In a separate section, the Debtor's response shall indicate which facts are disputed.

2.      Not later than November 21, 2022, the Movant may file and serve a reply memorandum.

###

Copy to:
C. Craig Eller, Esq.

*C. Craig Eller, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*