

**ORDERED in the Southern District of Florida on November 8, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No. 22-15627-EPK |
| AUTO WHOLESALE OF BOCA, LLC, | Chapter 11<br>Subchapter V |
| Debtor. | |
| _____/ | |

### AGREED ORDER GRANTING MOTION TO COMPEL ABANDONMENT OF BARE LEGAL TITLE TO 2019 FERRARI 488 PISTA VIN ZFF90HLA8K0245966

THIS MATTER came before the Court upon the Motion to Compel Abandonment of Bare Legal Title to a 2019 Ferrari 488 Pista VIN ZFF90HLA8K0245966 [ECF No. 143](the "Motion to Compel") filed by ROAD RICH, LLC d/b/a ROAD RICH MOTORS ("Road Rich"), and the Court, having reviewed the Motion to Compel [ECF No. 143] and Debtor's Objection [ECF No. 167] thereto, heard argument of respective counsel, noting no other opposition to the requested relief, and being advised of the agreement to the form of this Order by Road Rich and the Debtor, and for the reasons stated in open Court, does hereby:

ORDER and ADJUDGE that:

1.      The Motion to Compel is GRANTED on the terms set forth herein.

2.      Road Rich is a purchaser in the ordinary course of business within the meaning of Section 672.403, Florida Statutes.

3.      Any right, title or interest of the Debtor, Auto Wholesale of Boca, LLC (the "Debtor"), in the motor vehicle title (the "Title") to the 2019 Ferrari 488 Pista VIN ZFF90HLA8K0245966 (the "Vehicle") is hereby ABANDONED.

4.      The Florida Department of Highway Safety and Motor Vehicles and any other governmental agencies, including but not limited to the Boca Raton Police Department, are hereby authorized, but not directed, to remove any holds on the Title and take such other actions as may be necessary to allow for the avoidance and cancellation of the existing bare legal title in favor of the Debtor and for the issuance of a new marketable title to the Vehicle in favor of Road Rich.

5.      The Debtor is further authorized to take such actions as may be necessary to effectuate the intent of the abandonment and terms of this Order.

6.      Road Rich has agreed to, and shall within fourteen (14) days of entry of this Order pay the Debtor the sum of $5,000.00 to compensate the Debtor for insurance expenses related to the Vehicle.

7.      The claim of Road Rich (Claim No. 3) shall be deemed withdrawn upon the entry of this Order.

8.      This Court's Order Directing Briefing on Motion to Compel Abandonment [ECF # 173] is hereby withdrawn.

9.      The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order.  Such jurisdiction shall survive the dismissal, if any, of the Debtor's bankruptcy case.

# # #

Submitted by:

C. Craig Eller, Esq.
Kelley Fulton Kaplan & Eller, P.L.
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL  33401
Telephone: (561) 491-1200
Email: celler@kelleylawoffice.com
*Counsel for Road Rich*

**Attorney Eller** is directed to serve this Order on all non-registered users or registered users who have not yet to appear electronically in this Case and file a conforming certificate of service.