UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /

### BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Plan of Reorganization [ECF No. 162] (the "Plan") filed by AUTO WHOLESALE OF BOCA, LLC. on October 20, 2022, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.*

This   ballot   is   for   creditor   (insert   name)_____ **Lisa   Farache**
for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ General Secured | | $_____ |
| ☐ General Unsecured | | $_____ |
| ☐ Bond Holder | | Amount of Bond/debenture $ _____ |
| ☑ Equity Security Holder | 11 | Number of Shares of Stock ___49%___ |

The undersigned [Check One Box]                    ☑ Accepts          ☐ Rejects

the Plan of Reorganization of the above-named debtor.

Signed: _____

Print Name: Scott C. Gherman, Esq. For Lisa Farache

Address: 902 Clint Moore Rd., Ste 120, Boca Raton, FL 33487

Phone: (561) 251-6625

Date:   November 10, 2022

### ★★★ FILE THIS BALLOT ON OR BEFORE NOVEMBER 30, 2022 ★★★

with:   Clerk of Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Dr., Suite 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**

LF-33 (rev. 10/10/14)