**Exhibit C - List of Creditors to be Paid Pursuant to the Plan**

**General Unsecured Creditors:**

| Claim # | Name of Creditor | Amount of Claim | Proposed Distribution |
|---|---|---|---|
| 1 | Internal Revenue Service | $ 100.00 | $ 32.60 |
| 6 | KURKIN FOREHAND BRANDES LLP | $ 23,740.00 | $ 7,739.24 |
| 16 | Calvin Erbstein | $ 1,000,000.00 | $ 326,000.00 |

| Claim # | Name of Creditor | Amount of Claim | Proposed Distribution |
|---|---|---|---|
| Scheduled | Florida Department of Revenue | $ 7,691.19 | $ 7,691.19 |

| Claim # | Name of Creditor | Amount of Claim | Proposed Disposition |
|---|---|---|---|
| 4 | Woodside Credit, LLC | $ 1,211,066.68 | Will file objection to Claim |
| 5 | Derek Stephens | $ 250,000.00 | Will file objection to Claim |
| 7 | FVP Investments, LLC | $ 7,500,000.00 | Will file objection to Claim |
| 8 | FVP Opportunity Fund III, LP | $ 7,500,000.00 | Will file objection to Claim |
| 2 | Karma of Broward, Inc. | $ 20,000,000.00 | Will file objection to Claim |
| 10 | Franklin Capital Funding, LLC | $ 6,535,055.13 | Will file objection to Claim |
| 18 | Nicole T Mehipour, Trustee of Excell Auto Group, Inc. | $ 30,034,447.89 | Will file objection to Claim |
| 12 | Mazel Tov Inc. | $ 77,838.77 | To be waived per Plan |
| 13 | Express Emergency Services, Inc, | $ 3,000.00 | To be waived per Plan |
| 14 | Farache Enterprises, Inc. | $ 9,059.87 | To be waived per Plan |
| 15 | Moshe Farache | $ 3,321,772.46 | To be waived per Plan |
| 17 | M & M Development Consultants LLC | $ 1,289,168.77 | To be waived per Plan |

| Claim # | Name of Creditor | Amount of Claim | Proposed Distribution |
|---|---|---|---|
| Scheduled | Lisa Farache | $ Unkown | To be waived per Plan |
| Scheduled | Chase Farache | $ Unkown | To be waived per Plan |