**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    CHAPTER 11

                                                Case No.: 22-15627-EPK

            Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Notice is given that the undersigned counsel for the Interested Party, Quad Funding Partners, LLC, enters his appearance as counsel of record in this matter and designates the following email addresses for the purpose of receiving service and notices in this case.  All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Daniel Y. Gielchinsky, Esq.
DGIM Law PLLC
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Email:  dan@dgimlaw.com
colleen@dgimlaw.com
eservice@dgimlaw.com

Date: November 15, 2022.                    Respectfully submitted,

                                            **DGIM Law, PLLC**
                                            *Counsel for Quad Funding Partners, LLC*
                                            2875 NE 191st Street, Suite 705
                                            Aventura, FL 33180
                                            Phone: (305) 763-8708

                                            */s/ Daniel Gielchinsky*
                                            Daniel Y. Gielchinsky, Esq.
                                            Florida Bar No. 0097646
                                            dan@dgimlaw.com

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that, on this November 15, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

                                                    */s/ Daniel Y. Gielchinsky*
                                                    Daniel Y. Gielchinsky