FVP Stephens Bates000947

# PURCHASE AGREEMENT

## KARMA | PALM BEACH

A SUBSIDIARY OF E4 EXCELL AUTO GROUP



1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557  FAX 561.998.4703

SALES PERSON: JONATHAN MARTIN

DATE: 3 / 12 / 2021

| | | |
|---|---|---|
| BUYER DEREK CLAYTON STEPHENS | DRIVER'S LICENSE NO. | |
| E-MAIL | DATE OF BIRTH ▮ | |
| ADDRESS ▮ AVENUE NORTH | CITY & STATE NAPLES | FL  ZIP 34103 |
| CO-BUYER | DRIVER'S LICENSE NO. | |
| E-MAIL | DATE OF BIRTH | |
| ADDRESS | CITY & STATE | ZIP |
| HOME PHONE | BUSINESS PHONE | CELL PHONE |

NEW ☐  YEAR 2013  MAKE FERRARI  MODEL 458 ITALIA  MILEAGE 9,845

USED X ☒  COLOR BLACK  TRIM N/A  BODY TYPE 2DR CONV

☐  ID NO. ZFF68NHA8D0191526  STOCK NO. 191526

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. |
|---|---|
| YEAR        MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D. NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. |
| YEAR        MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D. NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. |
| YEAR        MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | | $ | 185,000.00 |
| TRADE ALLOWANCE | – | | N/A |
| DIFFERENCE | = | $ | 185,000.00 |
| SERVICE FEES* | + | | 498.00 |
| SUB TOTAL | * | | 185,498.00 |
| SALES TAX | + | | 11,179.88 |
| ESTIMATED TAG, TITLE & REG | + | | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | | 60.00 |
| EST. BALANCE ON TRADE | + | | N/A |
| TOTAL DELIVERY PRICE | = | $ | 197,237.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER  [BUYER] | – | | 60,000.00 |
| EXTENDED WARRANTY (taxable) | + | | N/A |
| *BALANCE DUE ON DELIVERY | = | $ | 137,237.88 |
| AMOUNT FINANCED | = | $ | 137,237.88 |

LIENHOLDER: US BANK NA
PO BOX 3427
OSHKOSH, WI 54903

**PLEASE NOTE:**
PAYMENT ON DELIVERY MUST BE CASH, CASHIERS CHECK OR MONEY ORDER. NO PERSONAL CHECKS.
Please bring insurance information at time of delivery.
Vehicle cannot delivered without insurance.
*BALANCE OWING ON TRADE is an estimate.
The Buyer is responsible for the difference  [BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 12 / 2021

If this order and acceptance is contingent upon the arrangement of financing, the purchaser(s) offer is not accepted and the transaction is not consummated until (a) approved in writing by the Dealer and a responsible Bank of Finance Company and (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this offer to purchase and hereby accept its terms and conditions.

Buyer Signature _____  Date 03/12/2021

Co-Buyer Signature _____  Date

Accepted By: _____  Sales Manager

Accepted By: _____  Business Manager

Please read additional terms and conditions on reverse side, before signing.

344177_12/22/20 MMP