
K A R M A | PALM BEACH

O: 561.998.5557
F: 561.998.4703
1001 Clint Moore Rd. Ste 103
Boca Raton, FL 33487

SALESPERSON: _J- Martin_

I, _Derek Stephens_ _____ (Consignor) do hereby consign

my _2013 Ferrari 458 Spider_ _____ with

VIN number _ZFF68NHA8D0A15026_ _____ to Karma Palm Beach on

_____ with plate No. _____ .

**Consignor warrants that he/she is the registered owner of the vehicle described above and that the vehicle is free and clear of any lien or encumbrance unless listed below:**

| BANK NAME: | Teman Credit Union | PHONE NUMBER: | |
|---|---|---|---|
| ACCOUNT #: | | EST. AMOUNT: | |

Consignor also warrants said vehicle to be held by a good marketable title, which Consignor will freely reassign to Dealer upon purchase or sale of said vehicle. Consignor certifies that the consigned vehicle has never been involved in an accident, has no frame damage, no break contamination and meets all federal emissions and safety standards.

**Consignor agrees to pay Dealer $500.00** at the time of consignment for detail costs, E-bay listing, and other advertisements for the purpose of selling the above referenced vehicle.

Consignor agrees that Dealer may sell the above-mentioned vehicle on Consignor's behalf, and that
**Consignor will accept an amount of** $ _230,000_ _____ minus expenses, as payment in full.
However, Consignor may be presented with an offer for a lesser amount at which time, both parties accept only written offer and written authorization. Consignor may accept a lesser amount as payment in full.

In the event the Consignor removes vehicle from Dealer inventory, Dealer will be reimbursed for expenses including but not limited to: advertising and condition maintenance.

Dealer agrees to keep the vehicle reasonably secure and clean while it is in the Dealer's possession. Consignor agrees to keep above-mentioned vehicle fully insured while on consignment and hold Dealer harmless for any damage while on consignment. Consignor will notify insurance carrier that vehicle is on consignment at Karma Palm Beach and will provide Karma Palm Beach with a copy of valid insurance card. Consignor agrees that the vehicle remains Consignor's sole risk, without liability on the part of the Dealer for loss or damage due to fire, theft, collision or other circumstances. The Dealer will not be responsible for vehicle failures, including but not limited to: mechanical, electrical or apparatuses.

Consignor authorizes Dealer to demonstrate and operate the vehicle. Consignor also authorizes all prospective third-party purchasers to operate the vehicle.

There are no promises, terms, conditions or obligations other than those outlined herein, and this contract shall supersede all previous communications, representations or agreements either verbal or written between Consignor and Dealer.

_3/11/22_

CONSIGNOR                                         KARMA PALM BEACH

excellauto.com

STEPHENS 000001