# AGREEMENT TO FURNISH INSURANCE POLICY

Date _____ 03/11/22

To Seller/Lessor _____ KARMA PALM BEACH INC

1001 Clint Moore Rd Ste 103 Boca Raton, FL 33487

The undersigned Buyer/Lessee(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a credit sale contract/lease dated this _____ 11 _____ day of _____ Mar _____, YR _____ 22

The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |
|------|------|-------|-----------|----------------------------|
| 2017 | LAMBORGHINI HURACAN | RWD SYPDER | | ZHWUR2ZF9HLA08239 |

Such Insurance Policy must be delivered to the Seller/Lessor within _____ 1 _____ days from the date of this Agreement. The following is not an acceptable policy: Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller/Lessor does not receive such Policy by the time stated, Seller/Lessor may (but is not required to) procure insurance of the kind and type agreed to be furnished under the terms of the credit sale contract/lease. Such insurance may cover only Seller's/Lessor's interest in the vehicle as the law allows.

Ins.Co. _____  Agent _____

| ADDRESS OF AGENT - STREET | CITY | STATE | ZIP | AGENT'S PHONE NUMBER |
|---|---|---|---|---|
| | | | | |

Policy No. _____  Exp. Date _____ N/A

☐ Fire & Theft - ☐ Additional Coverage - ☐ $ _____ 0 _____ Deductible Comprehensive - ☐ $ _____ 0 _____ Deductible Collision

In the event Buyer/Lessee(s) fail(s) to furnish a valid insurance policy, or written evidence of insurance, of the type required under the credit sale contract/lease, Buyer/Lessee(s) hereby agree(s) to pay to Seller/Lessor or assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the credit sale contract/lease.

Buyer/Lessee(s) further agree(s) to assume any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller/Lessor free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee _____

Loss Payee's Address _____

**NOTICE TO BUYER/LESSEE: This Agreement does not authorize the Seller/Lessor to order Public Liability or Property Damage Insurance. Any insurance ordered by the Seller/Lessor or Seller's/Lessor's Assignee will cover loss of or damage to the vehicle and will not include Public Liability or Property Damage Insurance.**

BUYER'S/LESSEE'S NAME (Printed) _____ DEREK CLAYTON STEPHENS

ADDRESS _____ 1263 28TH AVENUE NORTH NAPLES, FL 34103

HOME PHONE (214) [REDACTED] BUSINESS PHONE _____

X _____ (signature)

BUYER'S/LESSEE'S SIGNATURE

X _____

CO-BUYER'S/CO-LESSEE'S SIGNATURE

**LAW** FORM NO. 228RS-U   REV. 7/17
©2017 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

---

# KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

## WE OWE

004684

| NAME | DEREK CLAYTON STEPHENS | STK. NO. HLA08239 | NEW | USED |
|------|------|------|------|------|
| ADDRESS | [REDACTED] AVENUE NORTH | YEAR 2017 | MAKE | LAMBORGHIN |
| CITY NAPLES | STATE FL | ZIP 34103 | MODEL | HURACAN |
| PHONE (214)250-3040 | | SERIAL NO. ZHWUR2ZF9HLA08239 | | |
| SALESMAN JONATHAN MARTIN | | DEL. DATE 03/11/22 | | |

| QTY. | NAME OF ITEM | PART | LABOR |
|------|--------------|------|-------|
| | VEHICLE SOLD AS-IS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CUSTOMER

I hereby accept this WE-OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

**(FOR APPOINTMENT CALL SERVICE DEPT.)**

DATE _____

APPROVED _____

STEPHENS 000002

# PURCHASE AGREEMENT



KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557   **FAX** 561.998.4703



KARMA
BROWARD | PALM BEACH
*Ea* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN                    DATE: 3 / 11 / 2022

| | |
|---|---|
| BUYER DEREK CLAYTON STEPHENS | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH 01/19/ |
| ADDRESS ▉ AVENUE NORTH | CITY & STATE NAPLES   FL   ZIP 34103 |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE   ZIP |

HOME PHONE ▉-3040        BUSINESS PHONE _____ CELL PHONE _____

NEW ☐   YEAR 2017   MAKE LAMBORGHINI   MODEL HURACAN   MILEAGE 7,485

USED ☒   COLOR WHITE   TRIM _____   BODY TYPE RWD SYPDER

☐   ID NO. ZHWUR2ZF9HLA08239        STOCK NO. HLA08239

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 0191526 | | | |
|---|---|---|---|---|
| YEAR 2013 MAKE FERRARI | COLOR BLACK | TOTAL SELLING PRICE | $ | 250,000.00 |
| | | TRADE ALLOWANCE − | | 230,000.00 |
| MODEL 458 ITALIA BODY TYPE 2DR CONV | | DIFFERENCE = | $ | 20,000.00 |
| I.D. NO. ZFFG8NHA8D0191526 MILEAGE 13,716 | | SERVICE FEES* + | | 498 00 |
| BALANCED OWED TO TEXANS CREDIT UNION | | SUB TOTAL * | | 20,498.00 |
| EST. AMT. OWED 112,317.25 ALLOW AMT. 230,000.00 | | SALES TAX + | | 1,279.88 |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | ESTIMATED TAG, TITLE & REG + | | 500.00 |
| YEAR MAKE | COLOR | THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60.00 |
| MODEL BODY TYPE | | EST. BALANCE ON TRADE + | | 112,317.25 |
| I.D. NO. MILEAGE | | TOTAL DELIVERY PRICE = | $ | 134,655.13 |
| BALANCED OWED TO | | DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER  [BUYER] − | | N/A |
| EST. AMT. OWED ALLOW AMT. | | EXTENDED WARRANTY (taxable) + | | N/A |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | *BALANCE DUE ON DELIVERY = | $ | 134,655.13 |
| YEAR MAKE | COLOR | AMOUNT FINANCED = | $ | |

MODEL BODY TYPE

I.D NO.   MILEAGE

BALANCED OWED TO

EST. AMT. OWED   ALLOW AMT.

LIENHOLDER: TEXANS CREDIT UNION
PO BOX 21867
LEHIGH VALLEY, PA 18002

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11, 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____ 03/11/2022   Date

Co-Buyer Signature _____   Date

Accepted By: _____
Dealer Representative
**STEPHENS 000003**

Please read additional terms and conditions on reverse side, before signing.                    352065 07/07/21 MMP

# PURCHASE AGREEMENT



**KARMA | PALM BEACH**

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703



**KARMA**
BROWARD | PALM BEACH
*Excell* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN                 DATE: 3 / 11 / 2022

BUYER: DEREK CLAYTON STEPHENS          DRIVER'S LICENSE NO. _____

E-MAIL _____                                 DATE OF BIRTH  01 / ▓▓▓

ADDRESS ▓▓▓ AVENUE NORTH          CITY & STATE  NAPLES      FL   ZIP  34103

CO-BUYER _____                              DRIVER'S LICENSE NO. _____

E-MAIL _____                                DATE OF BIRTH _____

ADDRESS _____                          CITY & STATE _____      ZIP _____

HOME PHONE (214)250-3040    BUSINESS PHONE _____    CELL PHONE _____

NEW ☐   YEAR 2017   MAKE LAMBORGHINI   MODEL HURACAN   MILEAGE 7,485

USED ☒   COLOR WHITE   TRIM _____   BODY TYPE RWD SYPDER

☐   ID NO. ZHWUR2ZF9HLA08239 _____   STOCK NO. HLA08239

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 0191526 |
|---|---|
| YEAR 2013  MAKE FERRARI | COLOR BLACK |
| MODEL 458 ITALIA   BODY TYPE 2DR CONV | |
| I.D. NO. ZFF68NHA8D0191526   MILEAGE 13,716 | |
| BALANCED OWED TO | |
| EST. AMT. OWED   ALLOW AMT. 230,000.00 | |

| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. |
|---|---|
| YEAR   MAKE | COLOR |
| MODEL   BODY TYPE | |
| I.D. NO.   MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED   ALLOW AMT. | |

| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. |
|---|---|
| YEAR   MAKE | COLOR |
| MODEL   BODY TYPE | |
| I.D NO.   MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED   ALLOW AMT. | |

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 250,000.00 |
| TRADE ALLOWANCE | − | 230,000.00 |
| DIFFERENCE | = $ | 20,000.00 |
| SERVICE FEES* | + | 498.00 |
| SUB TOTAL | * | 20,498.00 |
| SALES TAX | + | 1,279.88 |
| ESTIMATED TAG, TITLE & REG | + | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | 60.00 |
| EST. BALANCE ON TRADE | + | N/A |
| TOTAL DELIVERY PRICE | = $ | 22,337.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | − | N/A |
| EXTENDED WARRANTY (taxable) | + | N/A |
| *BALANCE DUE ON DELIVERY | = $ | 22,337.88 |
| AMOUNT FINANCED | = $ | |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**LIENHOLDER:** TEXANS CREDIT UNION
PO BOX 21867
LEHIGH VALLEY, PA 18002

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.     [BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

_____   03/11/2022
Buyer Signature        Date

_____
Co-Buyer Signature      Date

Accepted By: _____
            Dealer Representative
            **STEPHENS 000004**

Please read additional terms and conditions on reverse side, before signing.      352065 07/07/21 MMP