# CHASE *for* BUSINESS

Printed from Chase for Business

---

## Deposit checks

✅ We received your deposit. You can print a receipt for your records.

---

| Date | Checks in deposit | Amount | Deposit to | Location | Deposit description |
|---|---|---|---|---|---|
| Mar 11, 2022 | 1 | **$250,000.00** | KARMA PALM BEACH OP (...8711) | KARMA PB MAIN | |

---

| Scan order | | Check # | Amount | Running total | Status | Actions |
|---|---|---|---|---|---|---|
| 1 | | 0109 ▭ | $250,000.00 | $250,000.00 | — | Hide > |

Front



Back



---

©2022 JPMorgan Chase & Co.

STEPHENS 000006  Equal Opportunity Lender