# TRADE PACK™
# FLORIDA

LAW 7002-12 FL

FVP Stephens Bates000953

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
http://www.flhsmv.gov/offices/

## SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGEMENT

### VEHICLE DESCRIPTION

CHECK ONE: ☑ Motor Vehicle    ☐ Mobile Home    ☐ Vessel

| Vehicle Identification Number | Year | Make | Color | Body | Title Number |
|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERRARI | BLACK | 2DR CONV | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THIS ☐ 5 or ☒ 6 DIGIT ODOMETER NOW READS

13 , 716 .xx (NO TENTHS) MILES,

DATE READ 3 / 11 / 22 , AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

**CAUTION:** Read carefully before checking a box.

☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.
(EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

WHO IS AUTHORIZED TO COMPLETE THIS FORM?
ANY PERSON WHO IS BUYING OR SELLING A MOTOR VEHICLE AND WHO MUST MAKE OR ACKNOWLEDGE AN ODOMETER DISCLOSURE, IN ORDER TO COMPLY WITH STATE OR FEDERAL ODOMETER DISCLOSURE LAW.

WHEN SHOULD THIS FORM BE USED?
1. WHEN A MOTOR VEHICLE, FOR WHICH AN ODOMETER DISCLOSURE IS REQUIRED, HAS BEEN SOLD.
2. WHEN A MOTOR VEHICLE, FOR WHICH AN ODOMETER DISCLOSURE IS REQUIRED, HAS BEEN PURCHASED.
3. WHEN AN ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGMENT BETWEEN THE BUYER AND THE SELLER IS REQUIRED, BUT NO ODOMETER DISCLOSURE STATEMENT HAS BEEN MADE ON ANOTHER STATE OR FEDERAL FORM.

WHEN SHOULD THIS FORM NOT BE USED?
1. WHEN A FLORIDA TITLE WHICH WAS ISSUED ON OR AFTER APRIL 29, 1990 IS AVAILABLE.
2. WHEN A FORM HSMV 82994, MOTOR VEHICLE DEALER TITLE REASSIGNMENT SUPPLEMENT, HAS BEEN USED.
3. WHEN A FORM HSMV 82995, MOTOR VEHICLE DEALER POWER OF ATTORNEY/ODOMETER DISCLOSURE, HAS BEEN USED.
4. WHEN AN OUT-OF-STATE TITLE, WHICH CONFORMS TO FEDERAL LAW, IS USED TO TRANSFER A MOTOR VEHICLE.

FILING:
1. COPIES SHOULD BE EXCHANGED BETWEEN THE SELLER AND THE BUYER. DEALERS MUST RETAIN THIS DOCUMENT IN THEIR RECORDS FOR A PERIOD OF FIVE YEARS.
2. IT IS NOT NECESSARY TO FILE THIS FORM OR ANY COPY OF THIS FORM WITH THE STATE OF FLORIDA, UNLESS REQUESTED TO DO SO BY THE DIVISION OF MOTOR VEHICLES.

| Seller's Signature | Seller's Printed Name |
|---|---|
| *[signature]* | DEREK CLAYTON STEPHENS |

| Seller's Street Address | | |
|---|---|---|
| ▓▓▓ AVENUE NORTH | | |
| City NAPLES | State FL | Zip 34103 |

| Buyer's Signature | Buyer's Printed Name |
|---|---|
| *[signature]* | KARMA PALM BEACH INC |

| Buyer's Street Address | | |
|---|---|---|
| 1001 Clint Moore Rd Ste 103 | | |
| City Boca Raton | State FL | Zip 33487 |

HSMV 82203 (Rev. 11/11)
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/

LAW FORM NO. 7002-12-FL (REV. 2/12) ©2012 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ODOMETER DISCLOSURE STATEMENT

---

CUSTOMER'S NAME _____ STOCK NO. 0191526

### TITLE PAYOFF AND GUARANTEE

DO HEREBY AUTHORIZE TEXANS CREDIT UNION TO ACCEPT FROM THE DEALERSHIP NAMED BELOW $ 112,317.25 , BEING THE BALANCE DUE ON MY ACCOUNT AND YOU ARE INSTRUCTED UPON RECEIPT OF THE ABOVE AMOUNT TO SURRENDER TO THEM THE OWNERSHIP CERTIFICATE OF TITLE, PROPERLY ENDORSED AND RELEASED. YOU ARE FURTHER INSTRUCTED TO CANCEL MY INSURANCE POLICY AND PAY ANY UNEARNED INSURANCE PREMIUM, ALSO ALL UNEARNED INTEREST AND BROKERAGE TO THE DEALERSHIP BELOW NAMED AND AUTHORIZED TO MAKE THIS PAYOFF.

### VEHICLE DESCRIPTION

CHECK ONE: ☑ Motor Vehicle    ☐ Mobile Home    ☐ Vessel

| Vehicle Identification Number | Year | Make | Color | Body | Title No. |
|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | F | BLACK | 2 | |

**NOTICE TO OWNER: COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.**

I, (WE) _____ UNDERSTAND THAT MY PAYOFF HAS BEEN ESTIMATED. IF THE PAYOFF BALANCE AND/OR LIEN ON MY VEHICLE TRADED-IN AS DESCRIBED ABOVE ARE IN EXCESS OF $ 112,317.25 , THE ADDITIONAL AMOUNT WILL BE PAID ON DEMAND OR MAY BE ADDED TO MY SECURITY AGREEMENT. SHOULD THE PAYOFF BALANCE BE LOWER THAN THE ABOVE ESTIMATED AMOUNT, THE DEALER AGREES TO PAY ME THE DIFFERENCE.

I (we), _____ , the undersigned, hereby warrant and guarantee that a valid certificate of title to the vehicle described above (the "Vehicle") will be furnished to KARMA PALM BEACH INC (the "Dealer") free and clear of all liens or encumbrances within ten (10) days of the date hereof in consideration of a trade-in allowance of $ 230,000.00 (the "Trade-In Amount").

If the certificate of title is not furnished as required above, I (we) agree to pay the Dealer the Trade-In Amount in cash. Upon my (our) failure (a) to deliver the certificate of title (b) to pay the Trade-In Amount in cash as described above or (c) to furnish additional security satisfactory to the Dealer, then the Trade-In Amount shall become due and payable without benefit of any exemption under any state or federal homestead or bankruptcy exemption laws as to this debt and I (we) agree to all expenses incurred in collecting the Trade-In Amount, including ten percent (10%) attorney's fees and all other reasonable collection expenses and court costs.

KARMA PALM BEACH INC
DEALER

X _____
BUYER(S) SIGNATURE        BUYER(S) PRINTED NAME

X _____
BUYER(S) SIGNATURE        BUYER(S) PRINTED NAME

LAW FORM NO. 7002-12-FL (REV. 2/12) ©2012 The Reynolds and Reynolds Company® Order Toll Free 1-800-344-0996 Fax 1-800-531-9055; www.reysource.com

GUARANTEE OF TITLE

# FLORIDA

FVP Stephens Bates000954

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**DIVISION OF MOTORIST SERVICES**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
http://www.flhsmv.gov/offices/

## SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGEMENT

### VEHICLE DESCRIPTION

**CHECK ONE:** ☐ Motor Vehicle   ☐ Mobile Home   ☐ Vessel

| Vehicle Identification Number | Year | Make | Color | Body | Title Number |
|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERRARI | BLACK | 2DR CONV | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THIS ☐ 5 or ☒ 6 DIGIT ODOMETER NOW READS

**13 , 716** .xx (NO TENTHS) MILES,

DATE READ __3 / 11 / 22__ , AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS ACTUAL MILEAGE

**CAUTION:**
Read carefully before checking a box.

☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.
(EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**WHO IS AUTHORIZED TO COMPLETE THIS FORM?**
ANY PERSON WHO IS BUYING OR SELLING A MOTOR VEHICLE AND WHO MUST MAKE OR ACKNOWLEDGE AN ODOMETER DISCLOSURE, IN ORDER TO COMPLY WITH STATE OR FEDERAL ODOMETER DISCLOSURE LAW.

**WHEN SHOULD THIS FORM BE USED?**
1. WHEN A MOTOR VEHICLE, FOR WHICH AN ODOMETER DISCLOSURE IS REQUIRED, HAS BEEN SOLD.
2. WHEN A MOTOR VEHICLE, FOR WHICH AN ODOMETER DISCLOSURE IS REQUIRED, HAS BEEN PURCHASED.
3. WHEN AN ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGMENT BETWEEN THE BUYER AND THE SELLER IS REQUIRED, BUT NO ODOMETER DISCLOSURE STATEMENT HAS BEEN MADE ON ANOTHER STATE OR FEDERAL FORM.

**WHEN SHOULD THIS FORM NOT BE USED?**
1. WHEN A FLORIDA TITLE WHICH WAS ISSUED ON OR AFTER APRIL 29, 1990 IS AVAILABLE.
2. WHEN A FORM HSMV 82994, MOTOR VEHICLE DEALER TITLE REASSIGNMENT SUPPLEMENT, HAS BEEN USED.
3. WHEN A FORM HSMV 82995, MOTOR VEHICLE DEALER POWER OF ATTORNEY/ODOMETER DISCLOSURE, HAS BEEN USED.
4. WHEN AN OUT-OF-STATE TITLE, WHICH CONFORMS TO FEDERAL LAW, IS USED TO TRANSFER A MOTOR VEHICLE.

**FILING:**
1. COPIES SHOULD BE EXCHANGED BETWEEN THE SELLER AND THE BUYER. DEALERS MUST RETAIN THIS DOCUMENT IN THEIR RECORDS FOR A PERIOD OF FIVE YEARS.
2. IT IS NOT NECESSARY TO FILE THIS FORM OR ANY COPY OF THIS FORM WITH THE STATE OF FLORIDA, UNLESS REQUESTED TO DO SO BY THE DIVISION OF MOTOR VEHICLES.

| Seller's Signature | Seller's Printed Name |
|---|---|
| | DEREK CLAYTON STEPHENS |

| Seller's Street Address |
|---|
| ████ AVENUE NORTH |

| City | State | Zip |
|---|---|---|
| NAPLES | FL | 34103 |

| Buyer's Signature | Buyer's Printed Name |
|---|---|
| | KARMA PALM BEACH INC |

| Buyer's Street Address |
|---|
| 1001 Clint Moore Rd Ste 103 |

| City | State | Zip |
|---|---|---|
| Boca Raton | FL | 33487 |

HSMV 82993 (Rev. 11/11)
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/

**LAW** FORM NO. 7002-12-FL (REV. 2/12)
©2012 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
ODOMETER DISCLOSURE STATEMENT

---

CUSTOMER'S NAME _____   STOCK NO. 0191526

## TITLE PAYOFF AND GUARANTEE

DO HEREBY AUTHORIZE **TEXANS CREDIT UNION** TO ACCEPT FROM THE DEALERSHIP NAMED BELOW $ **112,317.25** , BEING THE BALANCE DUE ON MY ACCOUNT AND YOU ARE INSTRUCTED UPON RECEIPT OF THE ABOVE AMOUNT TO SURRENDER TO THEM THE OWNERSHIP CERTIFICATE OF TITLE, PROPERLY ENDORSED AND RELEASED. YOU ARE FURTHER INSTRUCTED TO CANCEL MY INSURANCE POLICY AND PAY ANY UNEARNED INSURANCE PREMIUM, ALSO ALL UNEARNED INTEREST AND BROKERAGE TO THE DEALERSHIP BELOW NAMED AND AUTHORIZED TO MAKE THIS PAYOFF.

### VEHICLE DESCRIPTION

**CHECK ONE:** ☑ Motor Vehicle   ☐ Mobile Home   ☐ Vessel

| Vehicle Identification Number | Year | Make | Color | Body | Title No. |
|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | F | BLACK | 2 | |

**NOTICE TO OWNER: COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.**

I, (WE) _____ UNDERSTAND THAT MY PAYOFF HAS BEEN ESTIMATED. IF THE PAYOFF BALANCE AND/OR LIEN ON MY VEHICLE TRADED-IN AS DESCRIBED ABOVE ARE IN EXCESS OF $ **112,317.25** , THE ADDITIONAL AMOUNT WILL BE PAID ON DEMAND OR MAY BE ADDED TO MY SECURITY AGREEMENT. SHOULD THE PAYOFF BALANCE BE LOWER THAN THE ABOVE ESTIMATED AMOUNT, THE DEALER AGREES TO PAY ME THE DIFFERENCE.

I (we), _____ , the undersigned, hereby warrant and guarantee that a valid certificate of title to the vehicle described above (the "Vehicle") will be furnished to **KARMA PALM BEACH INC** (the "Dealer") free and clear of all liens or encumbrances within ten (10) days of the date hereof in consideration of a trade-in allowance of $ **230,000.00** (the "Trade-In Amount").

If the certificate of title is not furnished as required above, I (we) agree to pay the Dealer the Trade-In Amount in cash. Upon my (our) failure (a) to deliver the certificate of title (b) to pay the Trade-In Amount in cash as described above or (c) to furnish additional security satisfactory to the Dealer, then the Trade-In Amount shall become due and payable without benefit of any exemption under any state or federal homestead or bankruptcy exemption laws as to this debt and I (we) agree to all expenses incurred in collecting the Trade-In Amount, including ten percent (10%) attorney's fees and all other reasonable collection expenses and court costs.

KARMA PALM BEACH INC
DEALER

X _____
BUYER(S) SIGNATURE          BUYER(S) PRINTED NAME

X _____
BUYER(S) SIGNATURE          BUYER(S) PRINTED NAME

**LAW** FORM NO. 7002-12-FL (REV. 2/12)  ©2012 The Reynolds and Reynolds Company® Order Toll Free 1-800-344-0996 Fax 1-800-531-9055; www.reysource.com
**GUARANTEE OF TITLE**