DocuSign Envelope ID: F2CBC34E-50ED-462A-9E1A-B9B681A74239

# TEXANS CREDIT UNION

P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

**CONSUMER LOAN APPLICATION**

**TotaLoan**™

| Date | Member Number |
|------|---------------|
| 3/11/2022 | 07401▮▮▮▮ |

**APPLICANT INFORMATION. Married Applicants may apply for an individual loan/separate account.**
**Type of Credit. Check the type of credit for which you wish to apply.**

☒ **Individual credit** -- If you are applying for individual credit, complete the Applicant section.

☐ **Joint credit** – If you are applying for joint credit with your spouse or another person, complete the Applicant section and the Spouse/Co-Applicant section.

*You must sign below if you intend to apply for Joint Credit:*

X _____     X _____

**Spouse Information.** You must also complete the Spouse section if any of the following apply: (1) your spouse will use your account; (2) you are relying on your spouse's income as a source of repayment; (3) you live in a community property state (AZ, CA, D, LA, NM, NV, TX, WA, WI or Puerto Rico); or (4) you are an Alaska resident and are currently subject to a community property agreement or community property trust.

**TYPE OF CREDIT APPL ED FOR:**

Loan Type: **Direct Auto**    Payment Method: ☒ Cash ☐ Automatic Payment

Amount Requested: **$135,000.00**    Term (months): **72**

Purpose: **Purchasing from Dealer**

Collateral Offered: **2017 LAMBORGHINI HURACAN**    Payment Frequency: ☒ Monthly ☐ Other _____

**Optional Payment Protection** – If you answer "yes" the Credit Union will disclose the cost of optional payment protection to you. A separate election that discloses the terms and conditions must be signed for protection to become effective.  **Are you interested in having this loan protected?** ☐ Yes ☒ No

| **APPLICANT** | **☐ SPOUSE ☐ CO-APPLICANT** |
|---|---|
| Complete only if: (a) credit will be secured by collateral; or (b) you live in a community property state; or (c) you are an Alaska resident subject to a community property agreement or community property trust:<br>☐ MARRIED ☐ SEPARATED ☒ UNMARRIED (Single, Divorced, Widowed) | Complete only if: (a) credit will be secured by collateral; or (b) you live in a community property state; or (c) you are an Alaska resident subject to a community property agreement or community property trust:<br>☐ MARRIED ☐ SEPARATED ☐ UNMARRIED (Single, Divorced, Widowed) |
| APPLICANT NAME<br><br>**DEREK C STEPHENS** | SPOUSE/CO-APPLICANT NAME |

| SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. & STATE | BIRTH DATE | SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. & STATE | BIRTH DATE |
|---|---|---|---|---|---|
| ▮▮▮▮ | | ▮▮▮▮ | | | |

| HOME PHONE NO. | CELL PHONE* | DO YOU: | HOME PHONE NO. | CELL PHONE* | DO YOU: |
|---|---|---|---|---|---|
| 9▮▮▮▮ | 214-▮▮▮▮ | ☒ OWN ☐ RENT ☐ OTHER | | | ☐ OWN ☐ RENT ☐ OTHER |

| MOTHER'S MAIDEN NAME | E-MAIL ADDRESS | MOTHER'S MAIDEN NAME | E-MAIL ADDRESS |
|---|---|---|---|
| ▮▮▮▮ | derek▮▮▮▮com | | |

| CURRENT STREET ADDRESS | APT. NO. | YRS. | MTHS. | CURRENT STREET ADDRESS | APT. NO. | YRS. | MTHS. |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮ NE | | 17 | 1 | | | | |

| CITY/STATE/ZIP | MONTHLY HOUSING | CITY/STATE/ZIP | MONTHLY HOUSING |
|---|---|---|---|
| **MCKINNEY, TX 75069** | $ ▮▮▮00 | | $ |

| FORMER ADDRESS (if current less than 2 years) | YEARS THERE | FORMER ADDRESS(if current less than 2 years) | YEARS THERE |
|---|---|---|---|
| | | | |

**EMPLOYMENT & INCOME** If you are self-employed, attach a financial statement and your most recent income tax return.

| CURRENT EMPLOYER | HIRE DATE | CURRENT EMPLOYER | HIRE DATE |
|---|---|---|---|
| **Watermark Digital** | ▮▮▮▮ | | |

| WORK PHONE NO. | POSITION | MONTHLY GROSS INCOME | WORK PHONE NO. | POSITION | MONTHLY GROSS INCOME |
|---|---|---|---|---|---|
| 866-▮▮▮▮ | **Managing Partner** | ▮▮▮▮ | | | |

| FORMER EMPLOYER (if current less than 2 years) | FORMER EMPLOYER (if current less than 2 years) |
|---|---|
| | |

**OTHER INCOME** You need not list income from alimony, child support or separate maintenance unless you wish it considered for purposes of granting this credit.

| SOURCE OF OTHER INCOME | MONTHLY GROSS INCOME | SOURCE OF OTHER INCOME | MONTHLY GROSS INCOME |
|---|---|---|---|
| **North Dallas Equestrian/owner** | $ ▮▮▮▮ | | |

Copyright 2011 ConmarSystems, Peachtree City, GA  30269 – EFORM 21334-1 Rev. 1/19    Page 1 of 2

STEPHENS 000122

**FINANCIAL INFORMATION** PLEASE ANSWER THE FOLLOWING QUESTIONS AND IF A "YES" ANSWER IS GIVEN, EXPLAIN ON A SEPARATE SHEET.

| | Applicant | | Co Applicant | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| 1. HAVE YOU EVER FILED FOR BANKRUPTCY OR HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13? | ☐ | ☐ | ☐ | ☐ |
| 2. HAVE YOU HAD PROPERTY FORECLOSED UPON OR GIVEN A DEED IN LIEU OF FORECLOSURE IN THE LAST 7 YEARS? | ☐ | ☐ | ☐ | ☐ |
| 3. ARE YOU A U.S. CITIZEN? | ☐ | ☐ | ☐ | ☐ |
| 4. F YOU ARE NOT A U.S. CITIZEN, ARE YOU A PERMANENT RESIDENT ALIEN? | ☐ | ☐ | ☐ | ☐ |

**CREDIT INFORMATION**     Be sure to list all open accounts with or without a balance. Attach separate sheet if necessary
**A - APPLICANT    C - SPOUSE/CO-APPLICANT    D - DEBTS TO BE PAID OFF IF LOAN IS GRANTED**

| PLEASE CHECK | | | LIST ALL OBLIGATIONS INCLUDING CREDIT UNION LOANS | ACCOUNT NUMBER | BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|
| A | C | D | | | | |
| ☐ | ☐ | ☐ | RENT OR MORTGAGE | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |

**SIGNATURES**

You promise that the information stated in this Loan Application is true and correct to the best of your knowledge. You authorize the Credit Union to obtain credit reports when updating its records in connection with any review, increase, extension or renewal of credit, and in connection with any collection activities involving credit extended to you. The Credit Union may also obtain credit reports to update, increase, extend, renew or collection of the credit received by you. False or misleading statements in your application may cause any loan to be in default. You agree that this application shall be the Credit Union's property whether or not this application is approved. You will notify the Credit Union in writing immediately of any changes in your name, address or employment. You understand that it is a federal crime to willfully and deliberately provide incomplete or incorrect information to obtain credit. If you request, you will be provided the name and address of any credit bureau from which we received a credit report. You understand and agree that if your application is approved, that any collateral described in any security agreement, pledge, advance disbursement voucher or similar document that may be executed, now or in the future, in connection with such credit will secure the Credit Union for repayment of funds advanced to you, subject to the terms and conditions of such security agreement, pledge, advance disbursement voucher or similar document.

**\*Permission to Contact:** By providing the Credit Union with a wireless phone number (cell phone), you consent to receiving calls, including autodialed and prerecorded messages from the Credit Union or its third party debt collector at that number.

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**OHIO RESIDENTS:** The Ohio laws against discrimination requires that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**WISCONSIN RESIDENTS:** For any provision of any marital property agreement, court decree under WI ST § 766.70, or statement under WI ST § 766.59 to adversely affect the rights of the Credit Union, the Credit Union must be provided with a copy of the Agreement, decree or statement or have actual knowledge of its terms before any credit is approved or account opened. Sign if you are NOT applying for this loan account with your spouse. This credit request, if approved, will be incurred in the interest of the marriage or family of the undersigned.

Wisconsin Resident Signature _____ Date _____

DocuSigned by:

03/11/2022

X _____     X _____
E0E273BDCCE2467...
Applicant/Co-Signer **DEREK C STEPHENS**          Date          Spouse/Co-Applicant          Date

**Credit Union Use Only**

Loan Approved ☐ Yes  ☐ No, reason _____     Comments:

Debt Ratio/Score: Before _____ After _____

☐ ECOA Notice and reason for Rejection sent or delivered on _____     X

STEPHENS 000123



# Loan Protection Acknowledgement Form

| 6842 | DEREK C STEPHENS | 0007 | Used Auto |
|---|---|---|---|
| Member Number | Member Name | Loan Number | Loan Type |

## Mechanical Breakdown Protection

✓ Saves money by reducing out of pocket expenses for unexpected repairs.
✓ Offers convenience for repairs and complimentary benefits to help get you back on the road.

Check One:  ☐ **Please Add this Protection**    ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Guaranteed Asset Protection PLUS $2,500

✓ Security in knowing that GAP could eliminate or reduce your remaining loan balance in the event of a total loss.
✓ Flexibility with GAP PLUS which could provide a $2,500 down payment toward your replacement vehicle financed with Texans.
✓ Low monthly cost gives you peace of mind for the life of your loan.

Check One:  ☐ **Please Add this Protection**    ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Payment Protection – Disability Benefit

✓ Helps protect your family & income by making your loan payment (Up to $1,000) in case of injury or illness.
✓ Helps safe guard your credit rating as loan payment obligations are made on your behalf.
✓ Low monthly cost for your peace of mind.

Check One:  ☐ **Please Add this Protection**    ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Payment Protection – Life Benefit

✓ Helps protect your family by paying off your loan (up to $100,000) in the event of your untimely death.
✓ Peace of mind knowing your existing Life Insurance policy can be used for other expenses.
✓ Low monthly cost for your peace of mind.

Check One:  ☐ **Please Add this Protection**    ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Acknowledgement

All of the above listed products have been discussed and offered to me/us to protect my loan. By declining a protection option, I/we agree to hold the Credit Union harmless should an event occur whereby I/we would have benefited from the declined protection. In addition, the information provided is for general informational purposes only and is provided in good faith. All current benefits, rates, terms, and conditions related to products and services offered by Texans Credit Union can be found in the applicable service contracts, agreements, and disclosures.

DocuSigned by:

E0F273BD1CF2467...
_____                    03/11/2022
Member Signature                                    Date

_____                    _____
Joint Signature                                     Date

STEPHENS 000124

CONFIDENTIAL Loan Protection Acknowledgement Form   Revised 03/21   Page 1 of 1

DocuSign Envelope ID: F2CBC34E-50ED-462A-9E1A-B9B681A74239

# TEXANS CREDIT UNION

P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

## PROMISSORY NOTE DISCLOSURE & SECURITY AGREEMENT

Words or phrases preceded by a ☐ are applicable only if the ☐ is marked, e.g., ☒. "n/a" means not applicable.
The terms on all pages are part of the entire Agreement.

**TotaLoan**™

| Primary Borrower Name/Address | Co-Borrower Name/Address | | |
|---|---|---|---|
| DEREK C STEPHENS <br> ███████ LANE <br> MCKINNEY, TX 75069 | | **Date** <br> 3/11/2022 | **Account / Loan Number** <br> 0007 |

| PURPOSE OF LOAN <br> Purchasing from Dealer | Member Number <br> ███842 | Maturity Date <br> 3/15/2028 | Interest Rate <br> 2.34% |
|---|---|---|---|

## FEDERAL TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate. | FINANCE CHARGE <br> The dollar amount the credit will cost you | AMOUNT FINANCED <br> The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS <br> The amount you will have paid when you have made all payments as scheduled. | TOTAL SALE PRICE <br> The total cost of your purchase on credit. |
|---|---|---|---|---|
| **2.362 %** | **$9,928.63** e | **$134,523.75** | **$144,452.38** e | $ <br> Including your down payment of <br> $ |

Your Payment Schedule Will Be

| Number of Payments | Amount Of Payments | | When Payments Are Due | |
|---|---|---|---|---|
| 71 | $2,006.29 | Monthly | Beginning | 4/15/2022 |
| 1 | $2,005.79 | | Ending | 3/15/2028 |

**PREPAYMENT:** If you payoff your loan early, you will not have to pay a penalty.
**REQUIRED DEPOSIT:** The annual percentage rate does not take into account your required deposit, if any.
**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to the Credit Union.
**LATE CHARGE:** If your payment is received 10 days or more after the due date, you will be charged a late fee of 5% of the payment due.

☐ If this box is checked, your loan has a variable interest rate based on the credit union's share dividend rate (index) plus a margin of 2%. The rate may change quarterly (January, April, July and October) on the 1st day after the dividend is officially declared. Any increase will result in more payments of the same amount. For example, if your loan was for $5000 at 4% for 24 months and the rate is increased to 5% after 12 months, you would make one additional payment.

**ASSUMABILITY:** Your loan is not assumable.
**FILING FEES:** $_____ You will be charged lien filing fee if the Credit Union takes a security interest in your collateral.
**SECURITY:** You are giving a security interest in all present and future, individual and joint shares and other accounts you have in the Credit Union and in the following:

☒ The goods or property being purchased
☒ Collateral securing this loan may also secure my other obligations with the Credit Union
☐ Other (Describe)

See your contract documents for any additional information about prepayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties. "e" means an estimate

**ITEMIZATION OF THE AMOUNT FINANCED** The Credit Union or an entity affiliated with the Credit Union will retain a portion of the amount paid to others denoted by asterisk (*).

| temization of amount financed of <br> $134,523.75 | Amount given to you directly <br> $0.00 | Paid on Account <br> $112,185.87 | Prepaid Finance Charge <br> $ |
|---|---|---|---|

Amount paid to others on your behalf:

| To: **Guarantee of Lien** | $75.00 | To: | |
|---|---|---|---|
| To: **Karma Palm Beach** | $22,337.88 | To: | |
| To: | | To: | |
| To: | | To: | |
| To: | | To: | |

**OPTIONAL INSURANCE** –Insurance is not required to obtain credit under this note and will be included only if requested below by the APPLICANT(S). The estimated total premium is shown below. If coverage is selected and you are eligible, you will be charged a premium and given a Certificate of Insurance from the Insurance Company, which provides the important terms of this coverage. Read it carefully. If you do not check "Yes" below, no coverage will be added nor in force.

**Type of Protection**

| Single Credit Life Insurance ☐ YES ☒ NO _____ e | Single Credit Disability Insurance ☐ YES ☒ NO _____ e |
|---|---|
| | Joint Credit Disability Insurance ☐ YES ☒ NO _____ e |
| Joint Credit Life Insurance ☐ YES ☒ NO _____ e | Name of Insured |

| Applicant Signature | Birth date | Co-Applicant Signature | Birth date |
|---|---|---|---|
| ┌ DocuSigned by: ┐ <br> X _[signature]_ | ████████ <br> 03/11/2022 | X | |

**SECURITY:** You grant to the Credit Union a Security Interest in all present and future individual and joint accounts in the Credit Union (other than those accounts that would lose special tax treatment if this security interest applied to them) and the property described below.
**TYPE:** 2017 LAMBORGHINI HURACAN    IDENTIFICATION ZHWUR2ZF9HLA08239

Other:

| Shares | Account No | Shares $ | Account No. |
|---|---|---|---|

☐ If this box is checked, the Consumer Claims and Defenses provision on page 4 is applicable

STEPHENS 000125

BORROWER(S) **DEREK C STEPHENS**    Date: **3/11/2022**    Loan No.: **0007**

**SIGNATURES – CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.**

By authenticating this Promissory Note, Disclosure and Security Agreement, or by endorsing the accompanying loan proceeds check (related to this Agreement), or by accepting funds deposited into your Credit Union share or checking account, you agree to make and be bound by the terms and conditions of this Promissory Note, Disclosure and Security Agreement, including the terms and conditions on all pages of this multi-page document. You acknowledge your responsibility to ensure that the Credit Union is named first lien holder on any certificate of title, if applicable. If you are authenticating as "Owner of Collateral Other than Borrower," you are giving the Credit Union a Security Interest in the property described above and you are bound only by the Security Agreement and you are not obligated to repayment of the note unless you are also a co-borrower or co-signer. You acknowledge that you have read this entire Agreement and have received a copy. If you elected Optional Credit Insurance and/or Single Involuntary Employment Insurance, you acknowledge receipt of a certificate of insurance. If you decide not to enter into this loan agreement, you must return any unendorsed proceeds check to the Credit Union.

In the event the document(s) evidencing or securing your loan misstate or inaccurately reflect the true and correct terms and provisions of the loan and the misstatements or inaccuracy is due to unilateral mistake on the part of the Credit Union, mutual mistake on your part and the Credit Union or clerical error, then in such event you shall upon request of the Credit Union and in order to correct such misstatement for inaccuracy, execute new documents or initial corrected original disclosures as the Credit Union my deem necessary to remedy the inaccuracy or mistake. Your failure to initial or execute such documents as requested shall constitute a default under the Note and Security Agreement evidencing the loan.

**NOTICE TO WISCONSIN RESIDENTS.** NOTICE TO CUSTOMER:  (a) DO NOT SIGN THIS BEFORE YOU READ ALL OF THE SEPARATE PAGES OF THIS AGREEMENT, EVEN IF OTHERWISE ADVISED; (b) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES; (c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN; (d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID PRINCIPAL BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

| Borrower | Date | Co-Borrower  ☐ Owner of Collateral Other than Borrower | Date |
|---|---|---|---|
| DocuSigned by: _(signature)_  X | 03/11/2022 | X | |
| ☐ Owner of Collateral Other than Borrower | Date | Witness/Notary | Date |
| X | | X | |

**NOTICE TO CO-SIGNER**

**SIGNATURE OF CO-SIGNER:** If the borrower fails to repay this debt, you promise to pay the debt to the Credit Union upon demand. The Credit Union can seek immediate payment from you without making prior demand for payment on the borrower. You pledge all shares and/or other funds in any of your individual and joint accounts as security for your promise. The Credit Union has the right to apply your shares and other funds towards what you owe if you are in default. Any account that would lose special tax consideration if given as security is not subject to this pledge or right of offset. The Credit Union can enforce this Agreement against your heirs and legal representatives. You waive notice of acceptance of this guaranty, of any extensions in time of payments, of sale or release of any collateral for this loan and all other notices of which you would otherwise be entitled to receive, if allowed by applicable law.

**Vermont Residents - NOTICE TO CO-SIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

| Co-Signer | Date | Co-Signer | Date | Witness/Notary | Date |
|---|---|---|---|---|---|
| X | | X | | X | |

DocuSign Envelope ID: F2CBC34E-50ED-462A-9F1A-B9B681A74239

BORROWER(S) **DEREK C STEPHENS**                                           Date: **3/11/2022**       Loan No.: **0007**

## PROMISSORY NOTE CONTINUED

**Repayment:** The words "You" and "Your" mean any person authenticating this Agreement as Borrower, Co-Borrower, Co-Signer, or Owner of Collateral Other Than Borrower, whether by affixing their actual signature, or through use of an electronic signature, facsimile signature, or photocopied signature. You promise to pay to the Credit Union or its order, the amount financed plus the finance charge according to the payment schedule as each is set forth in the disclosure on page 1 of this Promissory Note and Disclosure. Your payment amount includes interest computed and payable at the interest rate shown on page 1 on the loan from the date finance charges begin until the loan is paid in full. The amount of your final payment as well as total Finance Charge and the total of payments will be somewhat more or less than the amounts disclosed if payments are not received precisely on the due dates. When received, your payment will be applied in the order chosen by the Credit Union to finance charges, late charges, collection costs, any other charges and to the principal. Unpaid interest will be paid by later payments and will not be added to your principal balance. If a share account is pledged as security for this loan (described in the security section on page 1), you must keep these shares equal to your loan balance until you repay all of what you owe.

**Prepayment:** You may prepay all or part of your loan at anytime without penalty. However, if a balance remains owing, you are still required to make your regular periodic payments. A partial payment will not automatically reduce your periodic payment unless the remaining amount owed is less than the periodic payment.

**Skip Payments:** At the Credit Union's option and on terms we state from time to time, we may allow you to skip payments, which means you may be allowed to skip individual installment payments. If you accept any skip payment, you understand that the Finance Charge (daily interest rate) will continue to be applied. However, no late charges will apply for authorized skip payments. Further, no skip payment will extend the term of any credit insurance and/or Single Involuntary Unemployment Insurance policy you may have obtained through the Credit Union as part of this loan.

**Property Insurance:** You promise to maintain property insurance in an amount necessary to protect our security interest in the collateral, with the credit union named as loss payee for our protection. Such insurance shall protect against loss by fire, theft, and collision and will provide "all risks" hull insurance in the case of aircraft or boats and accessories thereto, if any. You may provide the required property insurance through an existing policy or by a policy you independently obtain and pay for from an insurer that is authorized to do business in the state of Texas or an eligible surplus lines insurer of your own choosing, providing such person is reasonably acceptable to us. You agree to deliver satisfactory evidence of the insurance policy to us within any time period specified in any notice from us or on our behalf. If you do not get or keep this insurance, we may, at our sole option, obtain insurance to protect our interest and add its costs to your loan and you agree to pay for it (by such means as increasing your payment, increasing your loan term, or requiring a final balloon payment). We are under no obligation to obtain insurance on your behalf. If we do obtain insurance, the cost of obtaining that insurance may be added to your loan balance, subject to the applicable interest rate. We have the authority to obtain, adjust, settle or cancel insurance and may endorse any party's name on any draft.

### APPLICABLE TO ALL STATES *OTHER* THAN WISCONSIN

**Default:** To the extent permitted by state law, you will be in default: (1) if you fail to make any payment on time; (2) in the event of your death; (3) in the event of your insolvency or the filing of any requests for relief under the bankruptcy code by or against you; (4) if you are the subject of any legal process which seeks to attach your Credit Union account, any of your property or rights; (5) if you have given the Credit Union false or inaccurate information in obtaining a loan or any other Credit Union services; (6) if you do any act or fail to do any act which the Credit Union believes endangers the collateral, if any, or your ability to repay what you owe, including but not limited to, leaving your current employment; (7) if you break any promise you have made under this or any other agreement with the Credit Union; (8) if you use the collateral in any illegal activity. In the event of a default, you understand that the decision to take action is at the sole discretion of the Credit Union and that the failure to act on one default will not stop action on another. You further agree that the Credit Union does not have to provide you advance notice before taking action on any default, unless required to do so by applicable law. You will be in default if you fail to obtain or maintain the required property insurance, or if you fail to pay all taxes when due. If you are in default, the Credit Union may require that you deliver the collateral to it at a time and place of its choosing. You agree that the Credit Union can take possession of the collateral without judicial process and you authorize a right of entry for that purpose and said repossession may occur without giving you advance notice except when notice is expressly required by applicable law. This Agreement, the Uniform Commercial Code, and other applicable law, authorize the Credit Union to take various actions; and the Credit Union may rely on any or all of those sources.

**Default Interest Rate:** All Borrowers and Owners of collateral agree that the Credit Union will adjust the interest rate on your account if any person fails to undertake any action or undertaking of any kind that the law or we require in order to insure that a lien is properly perfected/recorded with the Credit Union as lienholder with a first priority lien upon any collateral pledged to secure payment of the Note. You will be in default if such actions or undertakings are not performed within 60 days from the date the Note is executed. Upon default we will change your interest rate to a fixed rate of 18% **ANNUAL PERCENTAGE RATE** beginning on the first day of any such default. Upon such default Credit Union will adjust your payments. It will be your obligation to determine the amount of such payments and to make such increased payments according to the remaining terms of the Note. Failure to perform any obligation herein shall constitute an event of default under the Note.

**Right of Offset:** If you are in default, the Credit Union may at any time without demand or notice of any kind, appropriate and apply toward the payment of the unpaid balance due, any unpaid shares, dividends, or other funds that would not have adverse tax consequences if pledged as security. You appoint the Credit Union as your Attorney-in-act to perform any act(s) which it feels are necessary to protect its security interest.

**Acceleration:** If you are in default and to the extent permitted by state law, the Credit Union may call any amounts you owe immediately due and payable plus FINANCE CHARGES which shall continue to accrue until the entire balance owed is paid in full. The undersigned individually and jointly waive presentment, demand, protest, notice of protest, notice of acceleration, and notice of intent to accelerate and any notice that the Credit Union is demanding payment in full of the outstanding balance under the contract because of default or for any other reason. You further understand that if the Credit Union reasonably believes its collateral is threatened, or that your ability to repay what you owe is impaired, it may call any such amounts immediately due and payable including FINANCE CHARGES.

**Remedies:** If you are in default, the Credit Union may, after expiration of any right you have under state law to cure your default, require immediate payment of any or all amounts you owe under this Note or any other loan you have with the Credit Union and take possession of the collateral. You waive any right to demand for payment, notice of intent to accelerate and notice of acceleration. You will continue to pay interest until you repay what you owe at the loan interest rate. The Credit Union can exercise any right given to it by the Uniform Consumer Credit Code or other applicable law. In addition, the Credit Union reserves the right to pursue the remedies outlined in the Termination of Rights and Services section of the Consumer Membership Account Agreement. The Credit Union may delay taking any action to protect its rights as many times as it wants and as long as it wants without losing them.

### WISCONSIN RESIDENTS ONLY

**Default; Acceleration; Remedies:** Your loan shall be in default if: (a) you fail to make payment within 10 days after the scheduled or deferred due date if the interval between payments is 2

months or less, or you fail to pay the first or last payment within 40 days of its scheduled or deferred due date; (b) the interval between scheduled payments is more than 2 months, and if any such scheduled payment is unpaid for more than 60 days after its scheduled or deferred due date; (c) this transaction is scheduled to be repaid in a single payment and that single payment is more than 40 days late: and/or (d) you fail to observe any other covenant of this transaction, breach of which materially impairs the condition, value or protection of the Credit Union's rights or any Collateral securing this transaction, or materially impairs your ability to pay amounts due under this transaction, which includes your death, an action by someone other than the Credit Union to seize your assets, any false or misleading statements made by you, and/or an insolvency, receivership or custodial proceeding brought by or against you, as well as any judgments or tax liens filed against you.

Upon any occurrence of default, and after we have provided you notice of your right, if any, to cure the default as required by applicable law, we may declare the entire balance of your loan immediately due and payable, to the extent permitted by law. If the entire balance is not then paid immediately upon default, the Credit Union may exercise any or all of its rights available by law or equity, or as specified in the Security Agreement, Consumer Membership Account Agreement or similar instrument. If your loan is subject to the right to cure default and the default is not cured within the time provided by applicable law, or if your loan is not subject to the right to cure default and the entire balance is not paid immediately upon default, and if permitted by law, the collateral shall be voluntarily surrendered to the Credit Union at a time and place acceptable to the Credit Union. To the extent permitted by law, the Credit Union shall be reimbursed for all of its costs and expenses, including reasonable attorneys' fees, incurred in the course of collecting any amounts owed under this Agreement or in exercising its rights related to the Collateral. If the collateral is a motor vehicle, trailer, snowmobile, boat, aircraft or mobile home as defined by applicable, law, the Credit Union shall be reimbursed for its reasonable and bona fide expenses in disposing of the collateral, including expenses paid to a third party for taking and holding the collateral, the travel and transportation expenses of the Credit Union incurred in taking possession of the collateral, and, if the collateral is not redeemed pursuant to applicable law, the expenses of cleaning, repairing and restoring the collateral to a condition suitable for sale, to the extent permitted by law.  If this Agreement is subject to the Consumer Claims and Defenses provision as indicated on Page 1 and the unpaid balance of your loan was greater than $1,000 at the time of default, you agree to immediately pay any remaining deficiency balance after disposition of the collateral.

As permitted by law, the Credit Union shall have the right to impress and enforce a statutory lien upon the shares and dividends of any member indebted to it, and we may enforce our right to do so without further notice to you. Additionally, the Credit Union may at any time without demand or notice of any kind, appropriate and apply toward the repayment of the unpaid balance due, any unpaid shares, dividends, or other funds that would not have adverse tax consequences if pledged as security.

**Late Charge:** If any payment is made late, you may be charged a late charge. You agree to pay the late charge if any is disclosed on page 1.

**Co-Borrower or Co-Signer:** If you are authenticating this Note as a co-borrower or co-signer, you waive any right to require the Credit Union to attempt collection of this Note from the primary borrower first. You agree to be equally and severally responsible with the first borrower for all obligations under this Note. You understand that the terms of this Note apply to you as well as to the primary borrower and you waive any requirement that you be notified of changes in the terms of this Note or any Security Agreement for this Note.

**Credit and/or Single Involuntary Unemployment Insurance:** Credit and/or Single Involuntary Unemployment Insurance is not required to obtain credit. If you purchase optional credit insurance from us and finance the total cost of coverage, you authorize us to add the insurance premiums monthly to your loan balance and charge you interest on the entire balance, you understand that coverage is only for the original amount financed as shown on page 1. If the premium is calculated and collected monthly as part of your payment, premium rates are not guaranteed. However, you will be notified in advance if the monthly cost for coverage will increase.

**Treatment of Payments:** Payments must be received at any branch by closing on a business day to be credited to your account as of that same day. If any payments made by you are less than the total payment due, the Credit Union may allocate the payment at its sole discretion.

**Other Terms:** If any part of this Note is determined by court or by law to be invalid or unenforceable, the rest will remain in effect. All the Credit Union's rights shall inure to the benefit of its successors and assigns, and all of your obligations shall bind your heirs or legal representatives or successors. You authorize the use of electronic signatures, facsimile signatures and photocopied signatures for all purposes of authenticating this Note. Said signatures will have the same force in effect as original signings for all transactions included in applications and Agreements with the Credit Union.

**Notice:** You promise that your name and address shown on page 1 are your legal name and place of residence and such place of residence is the proper address for all notice(s) that may be required and you further understand that changes in address must be submitted to the Credit Union in writing to be effective.

**Collection Costs:** If collections efforts are required by the Credit Union, you agree to pay all costs and expenses incurred in the collection of any sum due, and in addition, if the holder hereof, after default, shall place this note in the hands of an attorney or collection agency, for collection, to pay reasonable attorneys' fees, interest and fines due on this note at the time of the employment of such attorney or collection agency to the extent permitted by state law.

**Governing Law:** Except to the extent that Federal Law is applicable, the laws of the state in which this document is written shall govern the validity, construction and enforcement of this Agreement.

**NOTICE TO WISCONSIN RESIDENTS.** By authenticating this Agreement, you acknowledge and agree that this Agreement is controlled and governed by the laws of the State of Wisconsin, including the provisions of the Wisconsin Consumer Act (W.S.A. § 421.101 *et seq*), except to the extent that such laws are inconsistent with controlling federal laws and regulations.

**NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE:** THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**NOTICE FOR ARIZONA OWNERS OF PROPERTY**: It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

**NOTICE TO LOUISIANA BORROWERS**: For loans secured by a motor vehicle, Louisiana law permits repossession of motor vehicles without judicial process.

**SPECIAL NOTICE TO BORROWER(S) AND CO-BORROWER(S)**
By authenticating, endorsing or negotiating ANY Loan proceeds check related to this Agreement, You accept and agree to the terms of this Agreement including the provisions on page 1. You further acknowledge and grant us a security interest in any collateral designated on page 1 and promise to maintain any required property insurance required by the Credit Union. If you decide not to enter into this loan agreement, you must return any unendorsed proceeds check to the Credit Union.

©2011 ConmarSystems, Peachtree City, GA  30269 – EFORM 22640-2 Rev. 12/21          Page 3 of 4

STEPHENS 000127

# TEXANS CREDIT UNION

P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

## SECURITY AGREEMENT
The terms on all pages are part of the entire Agreement



| Primary Borrower Name/Address | Co-Borrower Name/Address | | |
|---|---|---|---|
| **DEREK C STEPHENS**<br><br>█████████ **LANE**<br>**MCKINNEY, TX 75069** | | | |

| Date<br>**3/11/2022** | Account / Loan Number<br>**0007** |
|---|---|
| Maturity Date<br>**3/15/2028** | Interest Rate<br>**2.34%** |

**SECURITY:** You grant to the Credit Union a Security Interest in all present and future individual and joint accounts in the Credit Union (other than those accounts that would lose special tax treatment if this security interest applied to them) and the property described below.

**TYPE:** 2017    LAMBORGHINI    HURACAN       **IDENTIFICATION**   ZHWUR2ZF9HLA08239

**Other:**

| Shares | Account No. | Shares $ | Account No. |
|---|---|---|---|

**Security Interest:** By authenticating the Promissory Note and/or receiving the benefits of your loan described above, you give the Credit Union a Security Interest in the property described in the Note, Disclosure and Security Agreement and present and future individual and joint accounts you have in the Credit Union. You authorize the Credit Union to apply any funds held in such present and future individual and joint accounts to what you owe if you are in default. The Credit Union may, but does not have to allow you to withdraw a portion of your shares or other funds without affecting its Security Interest. You are not giving a Security Interest in any shares or funds in an IRA, SEP, KEOGH, or other account which if pledged as security would result in special tax treatment under the Internal Revenue Code. This Security Interest covers not only the property pledged, but all proceeds, substitutions or replacements, accessions, improvements, all proceeds from insurance and all refunds of unearned premiums. The Security Interest also includes any replacements for the property which you buy within 10 days of this loan or any extensions, renewals, or refinancing of the loan. Anytime this Agreement refers to collateral, it means any or all of the property described in the Note and Security Agreement. You also grant a Security Interest in all assets and property separately pledged to the Credit Union (other than household goods or any collateral that is a dwelling) to secure payment of this loan, and any other amounts you now owe or will owe the Credit Union in the future. The collateral also secures your performance of all other obligations under your loan, this Security Agreement and any other Agreement you have with the Credit Union. If the collateral is household goods as defined in the Federal Trade Commission Fair Credit Practices Rule, it only secures obligations for the purchase money for that collateral or a refinancing or consolidation of such obligations.

**Release of Collateral:** If the Credit Union releases collateral for sale by you, proceeds will be applied to your loan. You understand that if a balance remains owing after sale proceeds are applied to your loan, you are obligated to continue making scheduled periodic payments in accordance with the payment schedule of your loan with the Credit Union.

**Protection of the Collateral:** You promise that you will use the proceeds of the loan to buy the property or that you own the property and that no one else has an interest in it or claim against it. You agree to (1) maintain, protect and to preserve the collateral, (2) not to use or permit anyone to use the collateral in violation of this Agreement, or any statute, regulation or ordinance or any policy or insurance covering the collateral, (3) pay promptly when due all taxes, charges, encumbrances or liens now or later imposed upon or affecting the collateral, (4) promptly notify the Credit Union of change in your name or address on file, (5) help the Credit Union do all that is necessary to protect its Security Interest in the collateral, including giving the Credit Union all endorsements, assignments, financing statements, or other writings necessary to protect the Credit Union's Security Interest and its priority, (6) promptly deliver to the Credit Union in the form received, all proceeds of the collateral you receive, (7) not to sell, lease, encumber, rent, otherwise dispose of, or give the collateral to anyone else other than the Credit Union, (8) at any reasonable time, upon the Credit Union's demand, to exhibit to the Credit Union and allow the Credit Union to inspect the collateral. You promise that any title to the collateral shall only be registered in the name of the borrowers authenticating this Agreement. You promise to have the Credit Union's Security Interest shown on any certificate of title that may be issued. You give the Credit Union authorization to file a financing statement to protect its Security Interest from the claims of others.

**Property Insurance and Taxes:** You are required to fully insure the collateral against loss and damage with deductible amounts satisfactory to the Credit Union. You may obtain this insurance through an insurer that is authorized to do business in the state of Texas or an eligible surplus lines insurer of your own choosing, unless the Credit Union, for good cause, refuses to accept it. If you fail to obtain or maintain the insurance, the Credit Union will buy any type of insurance it feels is necessary to protect its interest in the collateral. THE INSURANCE WILL NOT BE LIABILITY INSURANCE. This could result in less protection for you and at a higher cost. The Credit Union will add the cost of this insurance to the loan and charge you a finance charge at the applicable loan interest rate. If the Credit Union adds this insurance to your loan, you agree that, at the Credit Union's option, your payment may be increased by an amount sufficient to repay any charges added for property insurance, your loan term may increase or a final balloon payment may be required. You promise to have any insurance policy made payable to the Credit Union and, if asked, deliver it to the Credit Union. The policies must say that the Credit Union is to be paid if there is a loss. If the collateral is lost or damaged, the Credit Union can use the insurance proceeds to replace or repair it, or to repay any amounts you owe. You also promise to pay all taxes due on the collateral. If you fail to do so, the Credit Union may, but does not have to, pay the taxes and add the amount to the unpaid principal balance of the loan and charge you a finance charge at the applicable loan rate.

**Default:** You will be in default if you break any promise in this Security Agreement or if you are in default on your loan. If you are pledging property as an Owner of Collateral Other Than Borrower, you will be in default if anyone who signed or otherwise authenticated the Note is in default.

**APPLICABLE TO ALL STATES *OTHER* THAN WISCONSIN**

**Remedies:** When you are in default, the Credit Union can require immediate payment of what you owe and take possession of the property without judicial process. You authorize right of entry (other than to a dwelling) for repossession. If the Credit Union repossesses the collateral, it will not be responsible for personal property not covered by this Agreement that you leave inside the property or that is attached to the property. The Credit Union will try to return that property to you. After the Credit Union takes possession of the property, it can sell it and apply the money to what you owe. You will be given notice of any public sale or the date when a private sale will be held. The Credit Union will deduct its expenses for taking possession of the property and for any commercially reasonable preparation or processing, storage and attorneys' fees to the extent permitted under state law or awarded under the Bankruptcy Code. The rest of the sale money will be applied to what you owe. Each debtor will have to pay any amount remaining unpaid after sale money has been applied to what you owe. You will pay interest on that amount at the applicable rate until the amount has been repaid. The Credit Union reserves the right to pursue any and all of its legal rights and remedies, including those outlined in the Termination of Rights and Services section of the Consumer Membership Account Agreement.

**WISCONSIN RESIDENTS ONLY**

**Remedies:** When you are in default, after providing any applicable notice of your right to cure the default and you fail to cure the default, the Credit Union can require immediate payment of what you owe. If the entire balance is not then immediately paid, the Credit Union may exercise any or all of its rights available by law or equity, or as specified in this Security Agreement, Consumer Membership Account Agreement or any other similar instrument you have executed, including taking possession of and selling the collateral. The collateral shall be voluntarily surrendered to the Credit Union at a time and place acceptable to the Credit Union. If this is not done, you authorize right of entry (other than to a dwelling) for repossession of the collateral. If the Credit Union repossesses the collateral, it will not be responsible for personal property not covered by this Agreement that you leave inside the collateral or that is attached to the collateral. The Credit Union will try to return that property to you. After taking possession of the collateral, and if you fail to redeem the collateral in the time provided by applicable law, the Credit Union may sell the collateral and apply the money to what you owe. To the extent permitted by law, the Credit Union shall be reimbursed for all of its reasonable and bona fide expenses in disposing of the collateral. If the collateral is a motor vehicle, trailer, snowmobile, boat, aircraft or mobile home as defined by applicable, law, the Credit Union shall be reimbursed for its reasonable and bona fide expenses in disposing of the collateral, including expenses paid to a third party for taking and holding the collateral, the travel and transportation expenses of the Credit Union incurred in taking possession of the collateral, and, if the collateral is not redeemed pursuant to applicable law, the expenses of cleaning, repairing and restoring the collateral to a condition suitable for sale, to the extent permitted by law. If this Agreement is subject to the Consumer Claims and Defenses provision as indicated on Page 1 and the unpaid balance of your loan was greater than $1,000 at the time of default, you agree to immediately pay any remaining deficiency balance after disposition of the collateral. You will pay interest on any remaining unpaid balance at the applicable rate until the amount has been repaid.

**Other Terms:** The Credit Union may delay taking action to protect its rights as many times as it wants and as long as it wants without losing them. If any part of this Agreement is determined by court or by law to be invalid or unenforceable, the rest will remain in effect. All the Credit Union's rights shall inure to the benefit of its successors and assigns and all of your obligations shall bind your heir or legal representatives or successors. You authorize the use of electronic signatures, facsimile signatures and photocopied signatures for all purposes of authenticating this Security Agreement. Said signatures will have the same force in effect as original signings for all transactions included in applications and Agreements with the Credit Union. No waiver by Secured Party of any default shall operate as a waiver of any other default or of the same default on a future occasion. If there is more than one Borrower, the obligations hereunder shall be joint and several.

**Notice:** You promise that your name and address shown in this Agreement is your legal name and place of residence and such place is the proper address for all notice(s) that may be required and you further understand that changes in address must be submitted to the Credit Union in writing to be effective.

**NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE:** THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**NOTICE FOR ARIZONA OWNERS OF PROPERTY:** It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

**NOTICE TO LOUISIANA BORROWERS:**

For loans secured by a motor vehicle, Louisiana law permits repossession of motor vehicles without judicial process.

**CONFESSION OF JUDGMENT; WAIVER; KEEPER:** For purposes of foreclosure under the provisions of Louisiana law governing Executory Proceedings (LSA-C.C P. Art. 2631 *et seq*), you acknowledge the debt secured by this Security Agreement (which Security Agreement is subject to the provisions of the Louisiana Commercial Laws (R.S. 10 9-101 *et seq*)), and you confess judgment in favor of Credit Union for the full amount due under the Promissory Note secured hereby. To the extent permitted by applicable law, you also waive: any demand and the three days delay as provided in LSA-C.C.P. Art 2331 and 2722, as well as any rights under other laws related to notice of sale of property; any benefit of appraisal as provided by LSA-C.C.P. Art 2332, 2336, 2723 and 2724, as well as any rights under other laws related to appraisal upon judicial sale; any notice of seizure as provided under LSA-C.C.P. Art 2293; all additional provisions of the Louisiana Code of Civil Procedures related to publication and notice of sale, and advertisement of sale, as well as any other Article not specifically identified herein. You also agree that in the event of foreclosure as set forth above, that Credit Union may appoint a keeper of the property (collateral), which may be Credit Union or another party.

**CONSUMER CLAIMS AND DEFENSES: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN PARTIES.**

STEPHENS 000128

## CENTRAL STATES HEALTH & LIFE CO. OF OMAHA
(A Mutual Legal Reserve Company)

Certificate No.

P.O. Box 34350, Omaha, Nebraska 68134-0350 • 1-800-826-6587    Group Master Policy Form 20188M TX (1153 and 1131)

### SCHEDULE / APPLICATION

| Primary Borrower (Name & Address) | Age | Co-Borrower (Name & Address) | Age |
|---|---|---|---|
| DEREK C STEPHENS<br>████████ LANE<br>MCKINNEY, TX 75069 | 56.1 | | |

| Credit Union / Creditor Beneficiary (Name & Address) | Secondary Beneficiary (Name & Address) (If none, to Your Estate) |
|---|---|
| Texans Credit Union<br>777 E Campbell Rd, Richardson TX 75081 | |

| Account No. / Insured Loan No. | Term of Loan (Months) | Effective Date of Insurance | Termination Date of Insurance | Estimated Total Premium |
|---|---|---|---|---|
| ████████ | 72 | 3/11/2022 | Life: 3/11/2022<br>Disability: 3/11/2022 | Life: $0.00<br>Disability: $0.00 |

### APPLICABLE MAXIMUMS

| | | |
|---|---|---|
| Maximum Monthly Disability Benefit: $1,000 | Maximum Eligible Loan Term:  Life 120 (months)<br>Disability 120 (months) | Maximum Issue Age:  Life 69 (yrs)<br>Disability 65 (yrs) |
| Total Benefit Maximum - Life: $100,000** | | |
| Total Benefit Maximum - Disability: $100,000** | Maximum Term of Insurance:  Life 120 (months)<br>Disability 120 (months) | Termination Age:  Life 70 (yrs)<br>Disability 66 (yrs) |

| Life Insurance* | Life Rate per $1,000 of Your Monthly Loan Balance | Disability Insurance* | Disability Rate per $1,000 of Your Monthly Loan Balance | Waiting Period | Benefits Begin |
|---|---|---|---|---|---|
| ☐ Single | $0.57 | ☐ Single | $2.30 | 14 days | Retroactive |
| ☐ Joint | $0.86 | ☐ Joint | $3.45 | | |

This coverage includes a Terminal Illness benefit.

**\*If single or joint coverage is NOT elected, that coverage and the provisions which relate to it do not apply to You.**

Your signature below means that You understand and agree that the following statements are offered to the Company as consideration for the insurance applied for on the date shown above. Any statements or misrepresentations which affect Our acceptance of You may result in loss of coverage for You during the first two certificate years. For disability coverage, any fraudulent misstatements in Your signed Schedule / Application may be contested at any time. To determine if You are eligible for insurance coverage, the Company requires the following:

1) You are not eligible for insurance if, as of the Effective Date of Insurance You have reached:
   (a) Your 70th birthday for life coverage;
   (b) Your 66th birthday for disability coverage.
2) If the Schedule/Application shows that You have chosen disability insurance, You must be Gainfully Employed, actively working as of the Effective Date of Insurance, on a full-time basis for at least 25 hours per week.

NOTICES TO BORROWER(S):
- You understand that the purchase of credit insurance is optional and not required to obtain credit approval.
- You can cancel this insurance at any time for any reason by written request, and if You cancel within 30 days after the Effective Date of Insurance, You will receive a full return of insurance premium paid.
- Pre-existing conditions are not immediately covered for disability insurance.
- This insurance may not be enough to completely pay off Your Loan. The coverage and benefits available under this insurance are limited by the Applicable Maximums as shown in the Schedule / Application above.
- If a balloon payment is part of Your Loan (a payment that is larger than the other scheduled payments and is scheduled to be paid at the end of the Loan), that payment is not covered under Your disability insurance.
- You understand that this insurance contains limitations and exclusions as outlined in the Certificate of Insurance.

**Your signature below means that You understand and agree with the statements above. If You are unable to agree with the statement(s), You are not eligible for coverage through this Schedule / Application.**

DocuSigned by:

_____    ████████    03/11/2022
E0F273BDCCF2... Signature of Primary Borrower    Date of Birth    Date

_____    _____    _____
Signature of Co-Borrower    Date of Birth    Date
(Only spouse or business partner, who is jointly liable for the loan)

Upon acceptance of this insurance by Us, and not later than 30 days after the date upon which the indebtedness is incurred, We will deliver the Certificate of Insurance to You. If the insurance is not accepted by Us, then any insurance charge made for this insurance shall be fully refunded and the Credit Union shall immediately give notice to You and shall promptly make the appropriate credit to Your account.

### Closed-End Monthly Outstanding Balance
### Credit Life and Disability Insurance with Terminal Illness

Form 20027A **TX** (1153 and 1131)                                          3-19
Texans Credit Union / 1595400OB-CE              **CREDIT UNION'S COPY**              (CU Closed-End MOB)
\*\*There may be coverage limitations or total coverage exceptions based on Your Credit Union's lending limits and other factors.

STEPHENS-000129

## CENTRAL STATES HEALTH & LIFE CO. OF OMAHA

(A Mutual Legal Reserve Company)

Certificate No.

P.O. Box 34350, Omaha, Nebraska 68134-0350 • 1-800-826-6587

Group Master Policy Form 20188M TX (1153 and 1131)

### SCHEDULE / APPLICATION

| Primary Borrower (Name & Address)<br>DEREK C STEPHENS<br><br>MCKINNEY, TX 75069 | Age | Co-Borrower (Name & Address) | Age |
|---|---|---|---|

| Credit Union / Creditor Beneficiary (Name & Address)<br>Texans Credit Union<br>777 E Campbell Rd, Richardson TX  75081 | Secondary Beneficiary (Name & Address) (If none, to Your Estate) |
|---|---|

| Account No. / Insured Loan No. | Term of Loan (Months)<br>72 | Effective Date of Insurance<br>3/11/2022 | Termination Date of Insurance<br>Life:          3/11/2022<br>Disability:  3/11/2022 | Estimated Total Premium<br>Life:          $0.00<br>Disability:  $0.00 |
|---|---|---|---|---|

### APPLICABLE MAXIMUMS

| | | | |
|---|---|---|---|
| Maximum Monthly Disability Benefit:     $1,000 | Maximum Eligible Loan Term:  Life 120 (months)<br>Disability 120  (months) | Maximum Issue Age:  Life 69 (yrs)<br>Disability 65 (yrs) |
| Total Benefit Maximum - Life:          $100,000** | | |
| Total Benefit Maximum - Disability:  $100,000** | Maximum Term of Insurance:  Life  120 (months)<br>Disability 120  (months) | Termination Age:  Life 70 (yrs)<br>Disability 66 (yrs) |

| Life Insurance* | Life Rate per $1,000 of Your Monthly Loan Balance | Disability Insurance* | Disability Rate per $1,000 of Your Monthly Loan Balance | Waiting Period | Benefits Begin |
|---|---|---|---|---|---|
| ☐ Single | $0.57 | ☐ Single | $2.30 | 14 days | Retroactive |
| ☐ Joint | $0.86 | ☐ Joint | $3.45 | | |

This coverage includes a Terminal Illness benefit.

**\*If single or joint coverage is NOT elected, that coverage and the provisions which relate to it do not apply to You.**

Your signature below means that You understand and agree that the following statements are offered to the Company as consideration for the insurance applied for on the date shown above. Any statements or misrepresentations which affect Our acceptance of You may result in loss of coverage for You during the first two certificate years. For disability coverage, any fraudulent misstatements in Your signed Schedule / Application may be contested at any time. To determine if You are eligible for insurance coverage, the Company requires the following:

3)  You are not eligible for insurance if, as of the Effective Date of Insurance You have reached:
   (c)  Your 70th birthday for life coverage;
   (d)  Your 66th birthday for disability coverage.
4)  If the Schedule/Application shows that You have chosen disability insurance, You must be Gainfully Employed, actively working as of the Effective Date of Insurance, on a full-time basis for at least 25 hours per week.

NOTICES TO BORROWER(S):
 •  You understand that the purchase of credit insurance is optional and not required to obtain credit approval.
 •  You can cancel this insurance at any time for any reason by written request, and if You cancel within 30 days after the Effective Date of Insurance, You will receive a full return of insurance premium paid.
 •  Pre-existing conditions are not immediately covered for disability insurance.
 •  This insurance may not be enough to completely pay off Your Loan. The coverage and benefits available under this insurance are limited by the Applicable Maximums as shown in the Schedule / Application above.
 •  If a balloon payment is part of Your Loan (a payment that is larger than the other scheduled payments and is scheduled to be paid at the end of the Loan), that payment is not covered under Your disability insurance.
 •  You understand that this insurance contains limitations and exclusions as outlined in the Certificate of Insurance.

**Your signature below means that You understand and agree with the statements above. If You are unable to agree with the statement(s), You are not eligible for coverage through this Schedule / Application.**

| | 1/19/1966 | |
|---|---|---|
| _____<br>Signature of Primary Borrower | _____<br>Date of Birth | _____<br>Date |

| | | |
|---|---|---|
| _____<br>Signature of Co-Borrower | _____<br>Date of Birth | _____<br>Date |

(Only spouse or business partner, who is jointly liable for the loan)

Upon acceptance of this insurance by Us, and not later than 30 days after the date upon which the indebtedness is incurred, We will deliver the Certificate of Insurance to You. If the insurance is not accepted by Us, then any insurance charge made for this insurance shall be fully refunded and the Credit Union shall immediately give notice to You and shall promptly make the appropriate credit to Your account.

### Closed-End Monthly Outstanding Balance
### Credit Life and Disability Insurance with Terminal Illness

Form 20027A **TX** (1153 and 1131)

Texans Credit Union / 1595400OB-CE

**BORROWER'S COPY**

3-19

(CU Closed-End MOB)

**There may be coverage limitations or total coverage exceptions based on Your Credit Union's lending limits and Underwriting rules.

STEPHENS 000130

## CENTRAL STATES HEALTH & LIFE CO. OF OMAHA

(A Mutual Legal Reserve Company)

Certificate No.

P.O. Box 34350, Omaha, Nebraska 68134-0350 • 1-800-826-6587

Group Master Policy Form 20188M TX (1153 and 1131)

| SCHEDULE | | | |
|---|---|---|---|
| Primary Borrower (Name & Address)<br>DEREK C STEPHENS<br><br>MCKINNEY, TX 75069 | Age<br>[redacted] | Co-Borrower (Name & Address) | Age |
| Credit Union / Creditor Beneficiary (Name & Address)<br>Texans Credit Union<br>777 E Campbell Rd, Richardson TX 75081 | | Secondary Beneficiary (Name & Address) (If none, to Your Estate) | |

| Account No. / Insured Loan No.<br>[redacted] | Term of Loan (Months)<br>72 | Effective Date of Insurance<br>3/11/2022 | Termination Date of Insurance<br>Life: 3/11/2022<br>Disability: 3/11/2022 | Estimated Total Premium<br>Life: $0.00<br>Disability: $0.00 |
|---|---|---|---|---|

### APPLICABLE MAXIMUMS

| | | | |
|---|---|---|---|
| Maximum Monthly Disability Benefit: $1,000 | Maximum Eligible Loan Term: Life 120 (months)<br>Disability 120 (months) | Maximum Issue Age: Life 69 (yrs)<br>Disability 65 (yrs) | |
| Total Benefit Maximum - Life: $100,000** | | | |
| Total Benefit Maximum - Disability: $100,000** | Maximum Term of Insurance: Life 120 (months)<br>Disability 120 (months) | Termination Age: Life 70 (yrs)<br>Disability 66 (yrs) | |

| Life Insurance* | Life Rate per $1,000 of Your Monthly Loan Balance | Disability Insurance* | Disability Rate per $1,000 of Your Monthly Loan Balance | Waiting Period | Benefits Begin |
|---|---|---|---|---|---|
| ☐ Single | $0.57 | ☐ Single | $2.30 | 14 days | Retroactive |
| ☐ Joint | $0.86 | ☐ Joint | $3.45 | | |

This coverage includes a Terminal Illness benefit.

**\*If single or joint coverage is NOT elected, that coverage and the provisions which relate to it do not apply to You.**

## CERTIFICATE OF INSURANCE
## CLOSED-END MONTHLY OUTSTANDING BALANCE
## CREDIT LIFE AND DISABILITY INSURANCE WITH TERMINAL ILLNESS

This certificate summarizes the terms and conditions of coverage for credit life insurance ("life insurance") and credit disability insurance ("disability insurance") as provided in the group credit insurance policy ("group master policy") issued to the Credit Union, which is available for Your review at the Credit Union's main office location. This certificate is subject to that group master policy in every respect. If You meet the eligibility requirements provided on the Schedule/Application and pay the insurance premium, You are insured for the coverage marked in the Schedule/Application, subject to the terms of the group master policy. This certificate does not provide coverage for You unless You are insured. Words that are capitalized in this certificate are either defined terms that always have the meanings explained in the Definitions section below, or they are references to terms provided in the Schedule/Application and have the meanings or values stated in the Schedule/Application.

**PLEASE READ:** Please read this certificate. If You are not satisfied, send it back to the Credit Union within 30 days after You receive it. Any premium You paid will be refunded or credited to Your account. That will mean coverage was never in force.

### DEFINITIONS

**Credit Union.** The "Credit Union" means the creditor that issued the Loan as shown in the Schedule/Application and that is the group master policyholder of this insurance.

**Gainfully Employed.** "Gainfully Employed" means You are actively working as of the Effective Date of Insurance, on a full-time basis for at least 25 hours per week.

**Loan.** A "Loan" means the money lent to You by the Credit Union under a lending agreement, for which You have elected this insurance and have agreed to pay insurance premium.

**Pre-existing Condition.** A "Pre-existing Condition" means a medical condition for which you received medical diagnosis or treatment within the 6 months before the Effective Date of Insurance; **and**, which causes a covered loss within the 6 months after the Effective Date of Insurance.

**Schedule/Application.** The Schedule/Application and the information it shows is a part of this certificate. The terms and provisions in the Schedule/Application have the same meaning when used in this certificate.

**Total Disability.** During the first 12 consecutive months of disability, "Total Disability" means You are unable, because of a medically determined sickness or accidental injury, to perform the essential functions of Your occupation at the time Your disability starts. After the first 12 consecutive months of disability, the definition of "Total Disability" changes to mean You are unable, because of a medically determined sickness or accidental injury, to perform the essential functions required of any occupation for which You are reasonably qualified by education, training or experience. If You are no longer employed when Your disability starts, "Total Disability" always means You are unable, because of a medically determined sickness or accidental injury, to perform the essential functions required of any occupation for which You are reasonably qualified by education, training or experience.

**We, Us and Our.** "We", "Us", and "Our" mean Central States Health & Life Co. of Omaha.

**You and Your.** "You" and "Your" mean the Primary Borrower or Co-Borrower, as listed in the Schedule/Application. Co-Borrower may only be a spouse or business partner, who is jointly liable for the Loan.

### GENERAL PROVISIONS

**What is the insurance contract?** The group master policy issued to the Credit Union, the application on which it is based, Your individual Schedule/Application and Certificate of Insurance, and any endorsements, riders and amendments to the group master policy and/or the certificate make up the entire contract. The group master policy may be amended.

Form 20035C **TX** (1153 and 1131)    Page 1    4-19
Texans Credit Union / 1595400OB-CE    BORROWER'S COPY    (CU Closed-End MOB)

\*\*There may be coverage limitations or total coverage exceptions based on Your Credit Union's lending limits and other factors.

STEPHENS 000131

**When and to whom are benefit payments made?** We will pay any benefits You are owed under Your life or disability insurance to the Credit Union as Creditor Beneficiary to reduce or extinguish Your outstanding Loan balance. A life benefit will be paid no later than 2 months after We determine that You are owed a benefit according to the terms and conditions of this insurance. If You are owed disability benefits under the terms of this insurance for a continuous period of Total Disability that lasts longer than one month, benefit payments will be paid monthly. If the benefits are more than the balance of Your Loan, We will pay the difference by separate check to You if You are living or to the Secondary Beneficiary named in the Schedule/Application, if any, or to Your Estate.

**Does this insurance affect or change Your Loan obligation?** This insurance does not affect, alter, relieve, or otherwise modify Your obligations under Your Loan agreement with the Credit Union. Whether or not You have made a claim for benefits, You remain obligated to the Credit Union to comply with the terms of Your Loan agreement.

**How are insurance premiums calculated and billed?** Your insurance premium is determined by applying the appropriate insurance rate to Your outstanding Loan balance up to the Total Benefit Maximum for life insurance or for disability insurance, depending on the coverage You elected. Insurance premiums will be charged to You on a monthly basis. The Credit Union will furnish You a statement at least quarterly which contains: (a) the amount of the insurance charge; (b) the amount of the indebtedness to which the insurance charge was applied; (c) the date the rate was applied; and (d) the period covered by the monthly insurance charge. Notification of any rate change will be provided at least one billing cycle prior to the effective date of the rate change. If the change is mandated by other legal requirements to take effect prior to the date of the next billing cycle, notice of any rate change will be provided at least 30 days prior to the effective date of the rate change. In addition, notification of any pre-established insurance termination date that is due to underwriting or eligibility guidelines will also be provided at least 30 days prior to the effective date of the change.

**What if You are issued insurance when You should not have been?** If insurance was issued to You in excess of the Total Benefit Maximum or the Maximum Monthly Disability Benefit shown in the Schedule / Application, We have the right, within 90 days from the Effective Date of Insurance, to reduce the excess coverage, provided the adjustment and the refund for the excess coverage are made prior to the date You qualify for benefits; otherwise, the insurance remains in full force. If Your age was misstated on the application and insurance would not have been issued at Your correct age, We may terminate this insurance within 90 days of the Effective Date of Insurance and return all insurance charges, provided the termination and the refund is made prior to the incurred date of a claim; otherwise, the insurance remains in full force. If joint coverage is in effect and We terminate this insurance for only one borrower, insurance will continue on the eligible living borrower and We will return the difference in insurance charges between joint and single coverage.

**What if We overpay benefits?** If We pay more benefits than You are owed, You are obligated to return the overpayment to Us within 30 days of receipt of written notification of the overpayment from Us. We may seek to have the Credit Union return such overpayment on Your behalf.

**Can Your insurance coverage be contested?** Two years after the Effective Date of Insurance, no statement relating to insurability that is made by You in a written application can be used to contest coverage or deny a claim. All statements made by You shall be deemed representations and not warranties. No statement shall be used in any contest unless a signed copy of the instrument containing the statement is or has been furnished to You, or in the case of death to Your beneficiary or personal representative. If insurance is cancelled as a result of contestability, Our liability is limited to a return of any insurance premium paid, provided the termination is accomplished and the appropriate refund is made prior to the incurred date of a claim. Otherwise, this insurance remains in full force. If You have joint coverage, insurance will continue at the single coverage rate.

**When does Your insurance terminate?** This insurance will automatically terminate for all borrowers on the earliest of: (a) the date Your Loan is terminated by any means; (b) the Termination Date of Insurance as shown in the Schedule/Application for life and disability insurance; (c) the date the Maximum Term of Insurance, as stated in the Schedule/Application, has lapsed; (d) the last day of the month in which Your Loan is 90 days delinquent or past due; (e) the date You are no longer obligated to repay the Loan to the Credit Union; (f) the date changes are made in Your Loan terms resulting in refinancing, renewal or consolidation; or (g) the last day of the month during which the group master policy is terminated. This insurance will automatically terminate for each borrower individually on the earliest of: (1) the date We or the Credit Union receive Your written request to terminate the insurance or on a date that You select that is after the date on which We or the Credit Union receive Your written request; (2) the date of Your death; or (3) the last day of the month during which You reach the Termination Age stated in the Schedule/Application. Life and disability insurance may have different Termination Ages or Maximum Terms of Insurance which means one may terminate but the other continues. If joint coverage is in effect and insurance terminates for only one borrower, single coverage will continue for the eligible living borrower until that borrower's insurance terminates as provided in this section. However, life insurance terminates for both borrowers after a life insurance benefit has been paid. Early termination of insurance will be without prejudice to any claim originating prior to such termination.

**When do You get a refund of insurance charges and how is the refund calculated?** If Your insurance stops for any reason, We will refund any insurance charge paid for any period of time after Your insurance stopped. Early termination of insurance will be without prejudice to any claim originating prior to such termination. The Credit Union must notify Us within 60 days of an early payoff of the Loan covered by this insurance. In the event written notice of early termination is not provided to Us within this 60-day period, We are entitled to indemnity from the Credit Union for any claim or action taken for failure to refund any unearned premium. The Credit Union is also required to provide Your name, address and the Loan payoff date. The refund or credit of any unearned premium will be paid or credited promptly to the persons entitled to it no later than 30 days after receipt of the notice of early termination of this insurance. If We pay a life insurance benefit, the life premium will be fully earned and any unearned disability premium will be refunded to Your Secondary Beneficiary, if any, or to Your estate. If We pay the Loan off as a disability insurance benefit, the disability premium will be fully earned and any unearned life premium will be refunded to You, if living, otherwise to Your Secondary Beneficiary, if any, or to Your estate. Refunds or credits for life and disability insurance will be calculated using the Pro Rata method. No charge for insurance will be made for the first 15 days of a Loan month. A full month may be charged if coverage has been provided for 16 days or more of a Loan month. Refunds of less than $3.00 will not be made.

To receive a refund or credit of unearned premium that may be due, You must give Us written notice of the early termination of Your Loan. Notice should be mailed to Us at P.O. Box 34350, Omaha, Nebraska 68134-0350. We have the right to require proof of the date of termination of the Loan. **If You have a question as to how to obtain a refund, call Us at 1-800-826-6587.**

**What if the group master policy terminates?** If the group master policy is terminated for any reason, Your insurance will terminate on the last day of the month during which the group master policy is terminated. You will receive written notice at least 31 days prior to insurance terminating.

**What is the grace period?** A grace period of 31 days will be given for the payment of each insurance premium due after payment of the first insurance premium. During the grace period, coverage will continue in force unless You have given Us written notice of termination in advance of the date of termination and in accordance with the terms of this certificate. If You should die during the grace period, the overdue insurance premium may be deducted in any settlement made under this certificate.

**What if this certificate does not conform to state law?** Any provisions of this certificate which, on the Effective Date of Insurance, are in conflict with the laws of the state in which it has been issued are changed to conform to the minimum standards of those laws.

**What are the deadlines for legal action against Us or the Credit Union?** You cannot start any legal action against Us or the Credit Union until 60 days after We receive proof of Your Total Disability or proof to support a claim for life insurance benefits, and You cannot start any legal action against Us or the Credit Union more than 3 years after the date proof of loss is required.

## LIFE INSURANCE

**What is the life insurance benefit?** The life insurance benefit is the lesser of: (a) the Total Benefit Maximum for life insurance as shown in the Schedule/Application; or (b) the unpaid balance of Your Loan as of the date of Your death or covered life event, under the terms of this insurance. If You have joint life coverage, We will pay a life insurance benefit for either insured borrower that qualifies for a life insurance benefit, but We will pay only one life insurance benefit even if both borrowers qualify for a life insurance benefit.

**When is life insurance payable?** We will pay a life insurance benefit if You die or incur a covered life event while You are insured with this coverage and all other terms and conditions of this insurance are satisfied.

**What is a covered life event?** A covered life event is Your death, or certified diagnosis of a terminal illness.

**What is a certified diagnosis of a terminal illness?** A certified diagnosis of a terminal illness means that a licensed attending physician other than You or an immediate family member certifies that You have been diagnosed with a terminal illness with a life expectancy of 6 months or less. The date of Your covered life event for a terminal illness claim will be the date Your terminal illness diagnosis is certified.

**What events are excluded from benefit payments?** We will not pay benefits if Your death is a result of suicide within 12 months after the Effective Date of Insurance shown in the Schedule/Application, but We will return the life insurance and the unearned disability premium. If You have joint coverage, insurance will continue at the single coverage rate.

**What proof is required to make a claim for life insurance benefits?** For a claim related to a death, We must be given a certified death certificate as proof of a life insurance claim. For a claim related to a terminal illness, We must receive proof certified by a licensed attending physician other than you or an immediate family member that You have been diagnosed with a terminal illness with a life expectancy of 6 months or less. We may also request relevant medical records, Your application for this insurance, and a copy of Your Loan records (We will only request these records in the event they are necessary in the review of Your claim).

**What happens to Your insurance if a life insurance benefit is paid?** If a life insurance benefit is paid for a death or covered life event, all of Your coverage under this insurance will terminate and no additional benefits will be paid. We will return any insurance premium paid for periods after the date of death or Your covered life event. If joint disability coverage is in effect and a balance remains on Your Loan, single disability insurance will continue on the remaining eligible borrower, but life insurance will terminate for all borrowers.

## DISABILITY INSURANCE

**How do You qualify for disability benefits?** You qualify for disability benefits if: (a) You first meet the definition of Total Disability while You are insured; (b) Your Total Disability lasts longer than the Waiting Period shown in the Schedule/Application; (c) You are under the regular medical care and treatment of a licensed medical provider, other than Yourself; and (d) all other terms and conditions of this insurance are satisfied. If You have joint disability coverage and both borrowers qualify for benefits at the same time, only one monthly disability benefit is payable.

**What if Your disabling condition recurs?** If Your disabling condition recurs within 30 calendar days after You have recovered from Your most recent period of Total Disability, We will consider it a continuation of that period of Total Disability and no new Waiting Period will apply. If the disabling condition recurs more than 30 calendar days after You have recovered, We will consider it a new period of Total Disability and a new Waiting Period will apply. If Your Total Disability is based on a new disabling condition, We will consider it a new period of Total Disability. You have "recovered" for purposes of this insurance if either: (a) You are capable of performing the essential functions of the occupation You had at the time Your most recent period of Total Disability started; or (b) if unemployed at the start of Your Total Disability, You are able to perform the essential functions required of any occupation for which You are reasonably qualified by education, training or experience.

**What disabilities are excluded from benefit payments?** We will not pay benefits for a Total Disability that results directly or indirectly from a normal pregnancy, or intentionally self-inflicted injury. We will not pay disability insurance benefits, if Your Total Disability results directly or indirectly from a Pre-existing Condition as defined herein. Benefit payments will not be excluded under the Pre-existing Condition exclusion if Your Total Disability starts more than 6 months after the Effective Date of Insurance shown in the Schedule/Application.

**What do We pay?** For each full month during which You qualify for benefits, We will pay as a monthly disability benefit the lesser of: (a) the minimum monthly Loan payment required for Your Loan as of the date Your Total Disability started; or (b) the Maximum Monthly Disability Benefit shown in the Schedule/Application, under the terms of this insurance. For periods less than a full month, We will pay an amount equal to 1/30th of the monthly disability benefit for each day You qualify for benefits. If Your Loan is not scheduled for monthly Loan payments, We will calculate Your monthly disability benefit by converting Your scheduled Loan payments to a monthly Loan payment equivalent. If Your monthly disability benefit payment, as determined under this section, is less than Your required monthly Loan payment, or monthly Loan payment equivalent, You are responsible to pay the

STEPHENS 000133

difference owed to the Credit Union. Your monthly disability benefit is determined at the start of Your Total Disability and will not change during that period of Total Disability even if the required monthly Loan payment changes. If You have joint disability insurance, We will pay only one monthly disability benefit even if both of You are disabled.

**What do We not pay?** We will not pay benefits to cover late fees, unscheduled or additional finance charges, balloon payments, Advances excluded from benefit payments under the terms of this insurance, or any money added to the principal balance of Your Loan after the date Your Total Disability starts, even if any of those amounts are incurred while a claim is being reviewed. Payment of those amounts will always remain solely Your responsibility.

**How do We calculate the start date for Your benefit payments?** You must meet the definition of Total Disability for a period longer than the Waiting Period to qualify for benefits. The Waiting Period begins on the first day You receive medical treatment and are deemed unable to work due to Total Disability, subject to the terms of the coverage. If the Schedule/Application states that Your benefits begin retroactively, Your benefits will be calculated from the first day You receive medical treatment and are deemed unable to work due to Total Disability. If the Schedule/Application states that Your benefits begin non-retroactively, Your benefits will be calculated from the day after the Waiting Period ends.

**When do Your benefit payments stop?** Your disability benefit payments will stop when any of the following conditions are met: (a) You no longer meet the definition of Total Disability; (b) Your Loan balance (as of the date Your Total Disability started), has been paid in full by any means; (c) the date is reached when Your Loan balance (as of the date Your Total Disability started), should have been paid in full had the required Loan payments been made on time and in accordance with the terms of the Loan agreement on the date of Your disability; (d) the Termination Date of Insurance as shown in the Schedule/Application for disability insurance; (e) this insurance terminates because the Maximum Term of Insurance has lapsed; (f) You are no longer obligated to repay the Loan to the Credit Union; (g) disability benefits have been paid equal to the Total Benefit Maximum for disability insurance as provided on the Schedule/Application; (h) You fail to provide the required proof of Your Total Disability; or (i) You are deceased.

**What proof do You need to provide to make a claim for disability benefits?** You must provide Us proof of Your Total Disability and, upon request, Your application for this insurance. We may also request medical records, relevant employment and income records and We may also request from You or the Credit Union Your Loan records (We will only request these records in the event they are necessary in the review of Your claim). Your proof of Total Disability must contain the date and the cause of Your Total Disability, a statement about the seriousness of the disability and a signature of a licensed medical provider, other than Yourself. Claim forms will be available from the Credit Union or, upon request, will be provided by Us. If We do not send them within 15 days, You can meet the proof of loss requirement by giving Us a written statement of what happened with the required information for proof of Total Disability. The person making such claim shall be deemed to have complied with the requirements. Upon request, You will be required to provide proof of continued Total Disability from time to time, including additional medical proof signed by a licensed medical provider, other than Yourself.

**Can We require a physical examination?** We may require You to participate in an independent medical examination as often as reasonably necessary in order to obtain the proof We require to determine if You qualify for disability benefits. We will pay the cost of any such examination.

**What are the deadlines for providing proof of Total Disability?** You are required to provide Us proof of Total Disability as soon as possible and no later than 15 months from the date Your Total Disability begins. If We request proof of continued Total Disability, You will be required to provide such proof as soon as possible and no later than 15 months from the date of Our first request for such proof. We will not accept proof of Total Disability that is provided after the period in which it is required to be provided, unless You were legally incapable of providing the proof. Regardless of the deadlines for providing proof, if We do not receive requested proof of continued Total Disability, We may suspend or stop benefit payments until the required proof is received.

This certificate is signed for Us by the officers named below.

_Richard T. Kiger_
Chairman

_J. Edward Kiger_
President

**This form cannot be laser printed or reproduced without prior approval from CSO.**

STEPHENS 000134

DocuSign Envelope ID: F2CBC24E-50FB-462A-9F1A-B9B684A74329

## Installment Sales Contract / Loan GAP Waiver Addendum - Election Form

**Effective Date:**  3/11/2022

**Borrower/Debtor Name:**  DEREK C STEPHENS

**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮          **Loan Officer:**

**City, State, Zip:**  MCKINNEY, TX 75069          **Loan Number:** ▮▮▮▮▮▮▮▮▮

**Lending Institution:**  Texans Credit Union

**Vehicle Year/Make/Model:**  2017 LAMBORGHINI HURACAN

**Vehicle ID Number (VIN):**  ZHWUR2ZF9HLA08239

**Amount Financed:**  $134,523.75

**Installment Sales Contract/Loan Term:**  72  **Months**

---

### ☐ YES, I ELECT THE GAP WAIVER.

I understand that the purchase of the GAP Waiver Addendum is voluntary and is not required by the Seller/Lender to obtain credit. I understand that this GAP Waiver Addendum is not an offer of insurance coverage. I may wish to consult an insurance agent to determine whether similar coverage may be obtained and at what cost. I understand that the GAP benefits may decrease over the term of this contract and that GAP is not a substitute for collision or property damage insurance. I understand that by purchasing the GAP Waiver Addendum for my loan or installment sales contract that the Seller/Lender waives*, in the event of a Constructive Total Loss or Unrecovered Theft, its contractual right to hold me liable for the GAP Amount, subject to the provisions and exclusions identified on the reverse side of this election form. I understand that should I decide I do not wish to retain this waiver, I can request cancellation at any time within 60 days from my loan inception date and that I will receive a full refund of the waiver cost. I understand that the Seller/Lender may retain all of the one-time fee, or pay a portion to a third party as a service fee, or for indemnification. I further understand the maximum term for this Addendum shall not exceed 84** months. I understand that I should carefully review all of the terms and conditions of this GAP Waiver Addendum prior to signing.

The one-time cost is $ _____     (full refund if cancelled within 60 days, nonrefundable after 60 days)

GAP Plus Protection: _____ $2,500.00 _____

Signature: _____     Date: _____

Signature: _____     Date: _____

---

### *This Waiver **Does Not** include protection for:

- Any refundable additions to amount financed.
- Delinquent Payments > 60 days past due.
- Lender Deferred Payments > 2 per year up to a maximum of 4.
- Late charges, fees or principal amounts added after installment sales contract/loan inception.
- Primary Insurer's Insurance deductible in excess of $1,000.
- Any portion of installment sales contract/loan that exceeds 125%† of MSRP (new) or J.D. Power retail (used).

† For any installment sales contracts/loans secured by multiple items of collateral, where one item is deemed the covered collateral, the maximum MSRP/JD Power limit will be 100% for that covered collateral and protection for any amount that exceeds the limit is not included in this waiver; no coverage is extended to the other items securing the installment sales contract/loan.

** Terms for Travel Trailers, Motor Homes and Watercraft may extend up to 180 months, but the coverage period will be restricted to the first 84 months.

---

### ☒ NO, I DO NOT ELECT THE GAP WAIVER.

In the event my vehicle is stolen or a total loss and my Primary Insurer pays less than the amount of my installment sales contract/loan, I understand I will be fully responsible for any deficiency balance.

Signature: _[DocuSigned by: E0F273BDCCF2467...]_          Date: 03/11/2022

Signature: _____          Date: _____

---

GAP Administrator:  HUB Financial Services I 750 Canyon Drive, Suite 450 I Coppell, TX  75019 I 866.862.2896, Option 2

STEPHENS 000144

PPNR 2500_ReAm_125.84-1800pt.1000_06.21_60 DF_4skips_125k

## DEFINITIONS

"We", "us", and "our" refer to the seller/lender; "you" and "your" means the borrower/debtor or buyer shown on the reverse side of this form.

For the purposes of this GAP Waiver Addendum, the following words are defined and their meanings will be as follows:

**"Covered Collateral"** is the collateral listed on page one of this GAP Waiver Addendum.

"**Eligible Collateral**" are identified as the following, being principally garaged in the United States and not used for commercial purposes:

- Private Passenger Vehicles with a loan balance not to exceed $125,000: four-wheeled passenger vehicles, vans, pickups, or light trucks not to exceed 1-ton load capacity. Vehicles used for construction, commercial trades, limousine, livery, or "shuttle" service are excluded.
- Miscellaneous Collateral with a loan balance not to exceed $50,000: any motorcycle, all-terrain vehicles (ATV), snowmobiles, personal watercraft (PWC), or equipment found in a published valuation guide, including but not limited to tractors, balers, and lawn mowers.
- Travel Trailers and Motor Homes with a loan balance not to exceed $125,000: conventional trailers and motor homes 12 to 35 feet in length, fifth-wheel travel trailers, folding camping trailers, or truck camper units.
- Watercraft with a loan balance not to exceed $125,000: boats from 7 to 50 feet in length; inboards, outboards, inflatables, jet drives, houseboats, sailboats, stern drives and trailers.

"**GAP Amount**" means the amount obtained by subtracting the Primary Insurance Settlement or, if uninsured, the Covered Collateral's Actual Cash Value, from the Unpaid Net Balance of the installment sales contract/loan. The GAP Amount waived shall not exceed $50,000 in total.

"**Constructive Total Loss**" means a loss where the cost to repair or replace the Covered Collateral would exceed the Actual Cash Value, as determined by the Primary Carrier, or designated appraiser or by Us if the Covered Collateral is not protected by a Primary Insurer.

"**Unrecovered Theft**" means the Covered Collateral has been reported as stolen by you to both the police and Primary Insurer, who have made every effort, yet have failed to find and return the Covered Collateral.

"**Actual Cash Value**" means the amount determined by the Primary Insurer at the time of loss. However, if there is no Primary Insurer at the time of a loss, Actual Cash Value shall mean the retail value of the Covered Collateral using the National Automobile Dealers Association (NADA) Official Used Car Guide with appropriate adjustments for mileage or optional equipment.

"**Primary Insurer**" means the insurance company that: 1) is used by you to provide physical damage insurance on the Covered Collateral for comprehensive and collision for an amount not less than its retail market value, or 2) provides liability coverage, for an amount not less than its retail market value, to any person who has caused the Covered Collateral to incur a Constructive Total Loss, and for which that person is legally liable.

"**Primary Insurance Settlement**" means the amount paid by the Primary Insurer to settle a Constructive Total Loss or Unrecovered Theft plus any amounts deducted by the Primary Insurer for: (1) the Primary Insurer deductible, (2) preexisting damage, and (3) salvage values retained by you.

"**Unpaid Net Balance**" means the amount owed by you, as of the date of loss, to clear the outstanding installment sales contract/loan upon the date of loss. This amount may not include unearned finance charges or interest; loan charges, late charges; Delinquent Payments; uncollected service charges; refundable prepaid taxes and fees; proceeds you may duly recover by canceling insurance coverages, service contracts or warranties; disposition fees, termination fees or penalty fees; other items built into or added to the initial installment sales contract/loan.

"**Delinquent Payments**" means any payment, as described in the installment sales contract/loan instrument, which remains unpaid for a period of more than sixty (60) days after the due date stated in the installment sales contract/loan instrument. Delinquent Payments will also include any late charges or interest that has accrued due to payments being past due.

"**Deferred Payments**" means approved deferred payments for lender programs (i.e. "skip-a-payment", "payment holiday", etc.) not to exceed two (2) payments per year, up to four (4) payments total.

## INSTALLMENT SALES CONTRACT/LOAN GAP WAIVER ADDENDUM

In consideration for the payment of the cost shown on the reverse side of this form, we will waive the GAP Amount due to a Constructive Total Loss or an Unrecovered Theft to the collateral shown on the reverse side of this form "Covered Collateral". To the extent that a Primary Insurance deductible was subtracted from a Primary Insurance Settlement payment made by the Primary Insurer, we shall also waive such amount, subject to a maximum of $1,000, to the extent that a deficiency balance exists under the GAP Amount calculation. If the Covered Collateral is not protected by insurance provided by a Primary Insurer, we will waive only the GAP Amount obtained by subtracting the Actual Cash Value of the Covered Collateral from the Unpaid Net Balance and you will remain responsible for the Actual Cash Value of the Covered Collateral.

For Private Passenger Vehicles we will not waive that portion of the Unpaid Net Balance attributable to the original installment sales contract/loan amount exceeding 125%† of the MSRP on new collateral or 125%† of the J.D. Power retail book value on used collateral. For all other Eligible Collateral, our waiver amount will be based upon 125%† of MSRP (new) or 125%† of the J.D. Power retail book value (used). If the amount financed exceeds the maximum finance amount limitations noted above, for the purpose of this GAP Waiver Addendum, we will calculate the Unpaid Net Balance by reamortizing the installment sales contract/loan/lease using the maximum finance amount allowed, the original term and actual rate of interest; with the Unpaid Net Balance being the reamortized balance for the monthly period that is equivalent to the number of months that have elapsed, and for which you have made full payments, between the origination date of the installment sales contract/loan and the date of loss. For purposes of reamortizing a loan due to the amount financed exceeding the maximum loan to value, referenced above, the Original Loan Amount shall not include the cancelable portion of any insurance coverages, extended service contracts or warranties financed within the installment sales contract/loan/lease

If the installment sales contract/loan term exceeds 84 months for Private Passenger Vehicles and Miscellaneous Collateral or exceeds 180 months for Travel Trailers, Motor Homes, and Watercraft, the installment sales contract/loan will be reamortized using a loan term of 84 months for Private Passenger Vehicles and Miscellaneous Collateral and 180 months for Travel Trailers, Motor Homes, and Watercraft with the unpaid net balance being the reamortized balance for the monthly period that is equivalent to the number of months that have elapsed between the origination date of the installment sales contract/loan and the date of loss.

Any installment sales contract/loan that does not have uniform monthly repayment terms for the full period of the agreement beginning with the origination date of the installment sales contract/loan, the unpaid net balance will be calculated by recalculating to convert the installment sales contract/loan to a uniform monthly repayment for the term of the agreement. The installment sales contract/loan will be reamortized using the balance at origination, the original term and actual rate of interest; with the unpaid net balance being the reamortized balance for the monthly period that is equivalent to the number of months that have elapsed between the origination date of the installment sales contract/loan and the date of loss. These include, but are not limited to, installment sales contract/loans commonly called annual payment loans, balloon loans, or look-like-a-lease loans.

**GAP Plus – No Deficiency Benefit:** In the event of a constructive total loss or unrecovered theft, you may be eligible to receive an additional credit from us in the amount shown on the reverse side of this form. In order for you to receive this additional benefit, you must finance, within ninety (90) days from the date of loss, a replacement vehicle with us and file the GAP Plus claim within ninety (90) days from the date of loss. The GAP Plus Benefit has no cash value and will only be paid by us in the form of a credit towards the amount financed for your replacement vehicle. You are only eligible for the GAP Plus Benefit in the event of a constructive total loss to, or unrecovered theft of, the vehicle listed on the reverse side of this form.

This GAP Waiver Addendum may be canceled for a full refund within sixty (60) days of the Effective Date. However, in the event of a Constructive Total Loss or Unrecovered Theft of the collateral where a deficiency is waived, the GAP Waiver Addendum fee will be deemed as fully earned and therefore, no refund will be due. No refunds will be due after sixty (60) days from the Effective Date. This GAP Waiver Addendum is not transferable if the installment sales contract/loan is refinanced.

## EXCLUSIONS

This GAP Waiver Addendum does not apply when the loss is: (1) resulting directly or indirectly from forgery or any dishonest, fraudulent or criminal act by you; (2) caused intentionally by you; (3) to a vehicle with a 'salvage', 'reconstructed' or 'rebuilt' title; (4) to a vehicle that is part of a fleet that is intended for use as a public or livery conveyance. This GAP Waiver Addendum does not apply to losses resulting from damage occurring prior to the date of loss. If at any time it is found that this GAP Waiver Addendum has been issued on an installment sales contract/loan that contains an exclusion, the GAP Waiver will be declared void and the one-time cost refunded in full.

## NOTICE OF LOSS

You must notify us within 90 days of receiving final settlement from the Primary Insurer or any third party insurance carrier and provide copies of the following: (a) original finance contract and all addenda thereto, (b) Primary Insurer's insurance settlement worksheet and check, (c) full payment history record, (d) police report in the case of an Unrecovered Theft. If primary insurance does not exist, you must notify us within 90 days of the date of loss.

You are reminded that this GAP Waiver is not an Insurance Policy

STEPHENS 000145

PPNR 2500_ReAm_125.84-180opt.1000_06.21_60 DP_4skips_125k

DocuSign Envelope ID: F2CBC24E-50FD-462A-9E1A-B9B681A74329



# Request for Insurance Coverage

DEREK C STEPHENS:

Your loan agreement with Texans Credit Union requires that you fully insure the collateral that is held as security on your loan listed below with an insurer that is authorized to do business in this state or is an eligible surplus lines insurer:

2017 LAMBORGHINI HURACAN
**VIN** ZHWUR2ZF9HLA08239

Please advise your insurance company to mail or fax a copy of your collision/comprehensive/liability insurance policy to the address below within Fifteen (**15**) days:

**Texans Credit Union**
**PO Box 833130**
**Richardson, TX 75083-3130**
**Or**
**FAX# 1-866-266-7898**

Texans cannot use ID cards or premium notices for proof of insurance. We can accept an insurance application, or an insurance binder, temporarily until the policy is produced.

Texans Credit Union must be shown as loss payee on your policy. We require a maximum deductible of $2500 on Collision and comprehensive coverage.

Please be sure that your name or account number appears on the policy. If these items do not appear on the policy, we may be unable to match the policy to your loan records. This may result in our records indicating you have no insurance coverage.

If you fail to obtain or maintain the required insurance, Texans may force place the insurance necessary to protect its interest in the collateral. Texans will add the premium for this insurance to the applicable loan account and assess a finance charge at the applicable rate. This will either increase your payments to collect the funds advanced for the premium, extend the term of the loan or require a balloon payment at maturity. The method of repayment will be determined by the Credit Union in its sole discretion, and you agree to either pay the increased payment amounts, extend the loan term or pay the balloon payment at maturity as required by the Credit Union. This coverage will provide no protection for you.

## Authorizations

*I (we) accept and will comply with all of the above requirements.*

DocuSigned by:

F0E273BDCCE2467

03/11/2022

Borrower:  DEREK C STEPHENS                                     Date

Co-Borrower:                                                    Date

Texans Credit Union
Insurance Department
1-800-635-5142

STEPHENS 000146

**DocuSign®**

## Certificate Of Completion

Envelope Id: F2CBC34E50ED462A9E1AB9B681A74229                                      Status: Completed
Subject: Texans Loan Application Documents
Source Envelope:
Document Pages: 25                          Signatures: 7                          Envelope Originator:
Certificate Pages: 4                        Initials: 0                            Texans Credit Union Lending
AutoNav: Enabled                                                                   777 E Campbell Rd Ste 140
EnvelopeId Stamping: Enabled                                                       Richardson, TX  75081
Time Zone: (UTC-06:00) Central Time (US & Canada)                                  Lending_Docusign@texanscu.org
                                                                                  IP Address: 64.207.219.8

## Record Tracking

Status: Original                            Holder: Texans Credit Union Lending    Location: DocuSign
         3/11/2022 2:54:27 PM                       Lending_Docusign@texanscu.org

| Signer Events | Signature | Timestamp |
|---|---|---|
| DEREK C STEPHENS<br>_____o.com<br>Security Level: Email, Account Authentication (None), Access Code | DocuSigned by:<br>E0F273BDCCF2467...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 174.211.104.136<br>Signed using mobile | Sent: 3/11/2022 2:54:30 PM<br>Viewed: 3/11/2022 3:50:43 PM<br>Signed: 3/11/2022 3:53:16 PM |

**Electronic Record and Signature Disclosure:**
   Accepted: 3/11/2022 3:50:43 PM
   ID: c2a6cc05-1446-43b7-8d1a-279487ee7914
   Company Name: Texans Credit Union

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/11/2022 2:54:30 PM |
| Certified Delivered | Security Checked | 3/11/2022 3:50:43 PM |
| Signing Complete | Security Checked | 3/11/2022 3:53:16 PM |
| Completed | Security Checked | 3/11/2022 3:53:16 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

STEPHENS 000147

**TEXANS CREDIT UNION - ELECTRONIC RECORD AND SIGNATURE DISCLOSURE (DocuSign)**

From time to time, Texans Credit Union (we, us, our or Credit Union) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**To request and receive paper copies from Texans Credit Union**

At any time, you may request from us a paper copy of any record provided or made available electronically to you via DocuSign. You may request a printed copy by calling 972.348.2000 or our toll-free number 800.843.5295 or by sending an e-mail to memberservice@texanscu.org. As long as you are an authorized user of the DocuSign system, you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents, you may be charged a $3.00 per-item fee.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**Notices and disclosures to be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we may provide electronically to you through your DocuSign user account certain required notices, disclosures, authorizations, acknowledgements, and other documents at our discretion that are required to be provided or made available to you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

STEPHENS 000148

**How to contact Texans Credit Union:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically by calling 972.348.2000 or our toll-free number 800.843.5295 or by sending an e-mail to memberservice@texanscu.org.

**To advise Texans Credit Union of your new e-mail address**

It is your responsibility to notify us if you change your email address. You may change your email address in Texans Online Banking, by visiting a Texans branch, by calling 972.348.2000 or our toll-free number 800.843.5295, or by sending an e-mail to memberservice@texanscu.org.

**To advise DocuSign of your new e-mail address**

In addition, you must notify DocuSign, Inc. to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To withdraw your consent with Texans Credit Union**

To inform us that you no longer want to receive future notices and disclosures in electronic format, you may decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent.

**Required hardware and software**

| Operating Systems: | Windows XP, Windows Vista®, Windows ® 7, Windows ® 8, Mac OS® X |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 8.0 |
| Browsers (for SIGNERS): | Chrome 40+, Firefox 35+, Internet Explorer 9+, Safari 7+ |
| Email: | Access to a valid email account |
| Screen Resolution: | 1024 x 768 minimum |
| Enabled Security Settings: | • Allow per session cookies<br>• Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection<br>• Firewall settings must allow access to the following server: https://docucdn-a.akamaihd.net |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

STEPHENS 000149

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify the Credit Union as described above, I consent to receive exclusively through electronic means certain notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by the Credit Union at our discretion.

STEPHENS 000150

**0740166842 STEPHENS,DEREK C Loan 0006: 2013 FERRARI 458SPIDER [20060740166842] Tr11/15/2022**

| Post Date | ID | Eff Date | Transacti... | Trans Amt | Balance ... | Int/... | Fees | New Balance | Description | Prev Availa... |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | PAYOFF FROM 0740166842-0007 | | | | | | | |
| 03/11/20... | L 00... | 03/11/20... | Texans P... | 112,185.... | -112,028... | 157.... | 0.00 | 0.00 | | 0.00 |
| | | | TYPE: ACH ORIG  CO: TEXANS CU LN PMT | | | | | | | |
| 02/15/20... | L 00... | 02/15/20... | ACH Pay... | 2,592.81 | -2,404.95 | 187.... | 0.00 | 112,028.23 | TEXANS CU LN ... | 0.00 |
| | | | TYPE: ACH ORIG  CO: TEXANS CU LN PMT | | | | | | | |
| 01/18/20... | L 00... | 01/18/20... | ACH Pay... | 2,592.81 | -2,359.99 | 232.... | 0.00 | 114,433.18 | TEXANS CU LN ... | 0.00 |
| | | | TYPE: ACH ORIG  CO: TEXANS CU LN PMT | | | | | | | |
| 12/15/20... | L 00... | 12/15/20... | ACH Pay... | 2,592.81 | -2,264.73 | 328.... | 0.00 | 116,793.17 | TEXANS CU LN ... | 0.00 |
| | | | NEW LOAN BALANCE - 0740166842-0006 | | | | | | | |
| 10/29/20... | L 00... | 10/29/20... | Texans N... | 119,057.... | 119,057.... | 0.00 | 0.00 | 119,057.90 | | 0.00 |

STEPHENS 000151