FVP Stephens Bates000956

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles; Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1624877303
B# 2791518

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERR | 2D | 3153 | | 110767661 |

**STATE OF FLORIDA** / **LIEN SATISFACTION**

Registered Owner:

DEREK CLAYTON STEPHENS
1221 HILLSBORO MILE #17C
HILLSBORO BEACH, FL  33062

Date of Issue    07/20/2021

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

TEXANS CU
PO BOX 853912
RICHARDSON, TX  75085

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERR | 2D | 3153 | | 110767661 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 01/19/2021 |

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 9,845 MILES 03/12/2021 ACTUAL | | | | 07/20/2021 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner

DEREK CLAYTON STEPHENS
1221 HILLSBORO MILE #17C
HILLSBORO BEACH, FL  33062

1st Lienholder
ELECTRONIC TITLE PRIOR TO 03/25/2022

DIVISION OF MOTORIST SERVICES     TALLAHASSEE     FLORIDA     DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

Control Number  156254380

10 /8   156254380

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: *Karma Palm Beach*    Address: *1001 Clint Moore Rd # 103, Boca Raton. FL 33487*

Seller Must Enter Selling Price: _____

Seller Must Enter Date Sold: *3-11-22*

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |1|3|7|1|6| X_| (no tenths) miles, date read *3-11-22* and I hereby certify that to the best of my knowledge the odometer reading ☒ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: *by POA*     CO-SELLER Must Sign Here: _____

Print Here: *Derek Clayton Stephens*     Print Here: _____

Selling Dealer's License Number: _____     Tax No: _____     Tax Collected: _____

Auction Name: _____     License Number: _____

PURCHASER Must Sign Here: _____     CO-PURCHASER Must Sign Here: _____

Print Here: *Ciara Bailey*     Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV. 3/15)     **STATE OF FLORIDA**