

**From:** Alana Bailey <alana@excellauto.com>
**Date:** March 15, 2022 at 4:49:11 PM EDT
**To:** Scott Zankl <scott@excellauto.com>
**Cc:** John Martin <jmartin@excellauto.com>, nidia@excellauto.com, teddi@excellauto.com
**Subject: Please read: 2017 Huracan #HLA08239**

On John's Derek Stephens deal, the private lienholder, Texans Credit Union, netted the difference on the trade payoff and the new vehicle purchase.

134,655.13 balance due on delivery – payoff on trade 112,317.25 = 22,337.88.

I'm going to have to list the trade on the bill of sale without the payoff.

Any requests??



*Alana Bailey*

**EXCELL AUTO GROUP, INC.** **|**   **KARMA PALM BEACH** **|** **KARMA BROWARD**
1001 Clint Moore Rd. Ste 101 Boca Raton, FL 33487
**O** 561.998.5557
**F** 561.998.4703
alana@excellauto.com
**EXCELLAUTO.COM**