**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,            Case No.: 22-15627-EPK

      Debtor.

_____/

### ADVERSARY PLAINTIFFS' NOTICE OF INTENT TO RELY ON INFORMATION AND SUMMARIES

COME NOW the Plaintiffs, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, the "Plaintiffs"), by and through their undersigned attorneys pursuant to Fed. R. Evid. 1006 and hereby gives notice of intent to use information within voluminous electronic data files and summaries relating to the data, banking information and other information regarding or relating to financial transactions or other transactions regarding or relating to motor vehicles by and between the Movant Derek Stephens and the Karma Entities and/or Excell Auto Group and, as necessary, by and between MOSHE FARACHE, an individual; AUTO WHOLESALE OF BOCA, LLC, a Florida limited liability company; MMS ULTIMATE SERVICES, INC., a Florida corporation, and/or Excell Auto Group, Inc. or other relevant party as is necessary and material to the transactions at issue in this matter that arise during the Evidentiary Hearing Scheduled for November 28, 2022 on Derek Stephen's Motion to Compel Turnover.

The information and summaries was obtained from business records, automobile transaction files, Dealer Track files, General Ledgers, Bank Records and other business records of the Karma Entities currently in the possession of the Trustee in  Bankruptcy Case 22-12790-EPK and copied or supplied the FVP parties pursuant to subpoena and equally available to the Movant.

All of the raw data and information relating to this notice was supplied to the Movant's counsel on October 12, 2022.

Dated: November 18, 2022.

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 763-8708
E-mail: david@softnesslaw.com

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail: JB@RichardBaronLaw.com
EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111, Doral, FL
E-mail:      jschwartz@jonschwartzlaw.com