# AGREEMENT TO FURNISH INSURANCE POLICY

Date __03/11/22__

To Seller/Lessor __KARMA PALM BEACH INC__

__1001 Clint Moore Rd Ste 103 Boca Raton, FL 33487__

The undersigned Buyer/Lessee(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a credit sale contract/lease dated this __11__ day of __Mar__, YR __22__

The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |
|---|---|---|---|---|
| 2017 | LAMBORGHINI HURACAN | | RWD SYPDER | ZHWUR2ZF9HLA08239 |

Such Insurance Policy must be delivered to the Seller/Lessor within __1__ days from the date of this Agreement. The following is not an acceptable policy: Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller/Lessor does not receive such Policy by the time stated, Seller/Lessor may (but is not required to) procure insurance of the kind and type agreed to be furnished under the terms of the credit sale contract/lease. Such insurance may cover only Seller's/Lessor's interest in the vehicle as the law allows.

Ins.Co. _____ Agent _____

| ADDRESS OF AGENT - STREET | CITY | STATE | ZIP | AGENT'S PHONE NUMBER |
|---|---|---|---|---|

Policy No. _____ Exp. Date __N/A__

☐ Fire & Theft - ☐ Additional Coverage - ☐ $ __0__ Deductible Comprehensive - ☐ $ __0__ Deductible Collision

In the event Buyer/Lessee(s) fail(s) to furnish a valid insurance policy, or written evidence of insurance, of the type required under the credit sale contract/lease, Buyer/Lessee(s) hereby agree(s) to pay to Seller/Lessor or assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the credit sale contract/lease.

Buyer/Lessee(s) further agree(s) to assume any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller/Lessor free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee _____

Loss Payee's Address _____

**NOTICE TO BUYER/LESSEE: This Agreement does not authorize the Seller/Lessor to order Public Liability or Property Damage Insurance. Any insurance ordered by the Seller/Lessor or Seller's/Lessor's Assignee will cover loss of or damage to the vehicle and will not include Public Liability or Property Damage Insurance.**

BUYER'S/LESSEE'S NAME (Printed) __DEREK CLAYTON STEPHENS__    ADDRESS __1263 28TH AVENUE NORTH__

HOME PHONE __(214)250-3040__ BUSINESS PHONE _____    __NAPLES, FL 34103__

X _~~Derek Stephens~~_    X _____
BUYER'S/LESSEE'S SIGNATURE          CO-BUYER'S/CO-LESSEE'S SIGNATURE

**LAW** FORM NO. 228RS-U   REV. 7/17
©2017 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

---

# KARMA | PALM BEACH

004684

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557  FAX 561.998.4703

# WE OWE

| NAME | DEREK CLAYTON STEPHENS | STK. NO. | HLA08239 | NEW | | USED |
|---|---|---|---|---|---|---|
| ADDRESS | 1263 28TH AVENUE NORTH | YEAR | 2017 | MAKE | | LAMBORGHIN |
| CITY | NAPLES  STATE  FL | ZIP | 34103 | MODEL | | HURACAN |
| PHONE | (214)250-3040 | SERIAL NO. | | ZHWUR2ZF9HLA08239 | | |
| | SALESMAN  JONATHAN MARTIN | DEL. DATE | | 03/11/22 | | |

| QTY. | NAME OF ITEM | PART | LABOR |
|---|---|---|---|
| | VEHICLE SOLD AS-IS | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby accept this WE-OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE, and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

**(FOR APPOINTMENT CALL SERVICE DEPT.)**

DATE _____

APPROVED _____

**CUSTOMER**

STEPHENS 000002

# PURCHASE AGREEMENT

 KARMA | PALM BEACH

 KARMA
BROWARD | PALM BEACH
*E4* EXCELL AUTO GROUP

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557  **FAX** 561.998.4703

SALES PERSON: JONATHAN MARTIN

DATE: 3 / 11 / 2022

BUYER: DEREK CLAYTON STEPHENS
DRIVER'S LICENSE NO.

E-MAIL
DATE OF BIRTH: 01/19/1966

ADDRESS: 1263 28TH AVENUE NORTH
CITY & STATE: NAPLES   FL   ZIP: 34103

CO-BUYER
DRIVER'S LICENSE NO.

E-MAIL
DATE OF BIRTH

ADDRESS
CITY & STATE   ZIP

HOME PHONE: (214)250-3040   BUSINESS PHONE   CELL PHONE

NEW ☐   YEAR: 2017   MAKE: LAMBORGHINI   MODEL: HURACAN   MILEAGE: 7,485

USED ☐XX   COLOR: WHITE   TRIM   BODY TYPE: RWD SYPDER

☐   ID NO.: ZHWUR2ZF9HLA08239   STOCK NO.: HLA08239

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 0191526 |
|---|---|
| YEAR 2013 MAKE FERRARI COLOR BLACK | |
| MODEL 458 ITALIA BODY TYPE 2DR CONV | |
| I.D. NO. ZFF68NHA8D0191526 MILEAGE 13,716 | |
| BALANCED OWED TO TEXANS CREDIT UNION | |
| EST. AMT. OWED 112,317.25 ALLOW AMT. 230,000.00 | |

| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. |
|---|---|
| YEAR MAKE COLOR | |
| MODEL BODY TYPE | |
| I.D. NO. MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED ALLOW AMT. | |

| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. |
|---|---|
| YEAR MAKE COLOR | |
| MODEL BODY TYPE | |
| I.D NO. MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED ALLOW AMT. | |

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | | $ | 250,000.00 |
| TRADE ALLOWANCE | − | | 230,000.00 |
| DIFFERENCE | = | $ | 20,000.00 |
| SERVICE FEES* | + | | 498 00 |
| SUB TOTAL | * | | 20,498.00 |
| SALES TAX | + | | 1,279.88 |
| ESTIMATED TAG, TITLE & REG | + | | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | | 60.00 |
| EST. BALANCE ON TRADE | + | | 112,317.25 |
| TOTAL DELIVERY PRICE | = | $ | 134,655.13 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | − | | N/A |
| EXTENDED WARRANTY (taxable) | + | | N/A |
| *BALANCE DUE ON DELIVERY | = | $ | 134,655.13 |
| AMOUNT FINANCED | = | $ | |

**LIENHOLDER:** TEXANS CREDIT UNION
PO BOX 21867
LEHIGH VALLEY, PA 18002

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____ 03/11/2022   Date

Co-Buyer Signature   Date

Accepted By: _____   Dealer Representative

STEPHENS 000003

Please read additional terms and conditions on reverse side, before signing.

352065  07/07/21 MMP

# PURCHASE AGREEMENT



KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557  **FAX** 561.998.4703



KARMA
BROWARD | PALM BEACH
*Ea* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN                     DATE: 3 / 11 / 2022

BUYER DEREK CLAYTON STEPHENS                    DRIVER'S LICENSE NO. _____

E-MAIL _____                              DATE OF BIRTH 01/19/1966

ADDRESS 1263 28TH AVENUE NORTH                  CITY & STATE NAPLES    FL  ZIP 34103

CO-BUYER _____                            DRIVER'S LICENSE NO. _____

E-MAIL _____                              DATE OF BIRTH _____

ADDRESS _____                             CITY & STATE _____  ZIP _____

HOME PHONE (214)250-3040   BUSINESS PHONE _____   CELL PHONE _____

NEW ☐   YEAR 2017   MAKE LAMBORGHINI   MODEL HURACAN   MILEAGE 7,485

USED ☐ XX   COLOR WHITE   TRIM _____   BODY TYPE RWD SYPDER

☐  ID NO. ZHWUR2ZF9HLA08239                     STOCK NO. HLA08239

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 0191526 |
|---|---|
| YEAR 2013  MAKE FERRARI | COLOR BLACK |
| MODEL 458 ITALIA  BODY TYPE 2DR CONV | |
| I.D. NO. ZFF68NHA8D0191526  MILEAGE 13,716 | |
| BALANCED OWED TO | |
| EST. AMT. OWED  ALLOW AMT. 230,000.00 | |

| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. |
|---|---|
| YEAR  MAKE | COLOR |
| MODEL  BODY TYPE | |
| I.D. NO.  MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED  ALLOW AMT. | |

| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. |
|---|---|
| YEAR  MAKE | COLOR |
| MODEL  BODY TYPE | |
| I.D NO.  MILEAGE | |
| BALANCED OWED TO | |
| EST. AMT. OWED  ALLOW AMT. | |

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 250,000.00 |
| TRADE ALLOWANCE | − | 230,000.00 |
| DIFFERENCE | = $ | 20,000.00 |
| SERVICE FEES* | + | 498 00 |
| SUB TOTAL | * | 20,498.00 |
| SALES TAX | + | 1,279.88 |
| ESTIMATED TAG, TITLE & REG | + | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | 60.00 |
| EST. BALANCE ON TRADE | + | N/A |
| TOTAL DELIVERY PRICE | = $ | 22,337.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | − | N/A |
| EXTENDED WARRANTY (taxable) | + | N/A |
| *BALANCE DUE ON DELIVERY | = $ | 22,337.88 |
| AMOUNT FINANCED | = $ | |

LIENHOLDER:  TEXANS CREDIT UNION
             PO BOX 21867
             LEHIGH VALLEY, PA 18002

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.  [BUYER]
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

_____  03/11/2022
Buyer Signature      Date

Accepted By: _____
             Dealer Representative

_____
Co-Buyer Signature   Date

STEPHENS 000004

Please read additional terms and conditions on reverse side, before signing.

352065  07/07/21 MMP