# KARMA | PALM BEACH

CHASE

1001 Clint Moore Rd Suite 101 Boca Raton, FL 33487
Phone: (561) 998-5557

| DATE | CHECK |
|------|-------|
| 4/08/2022 | 5265 |

| AMOUNT |
|--------|
| $ 250,000.00 |

*Pay Two Hundred Fifty Thousand, Dollars and no/Cents*

TO
THE
ORDER
OF

**DEREK CLAYTON STEPHENS**
**1263 28TH AVENUE NORTH**
**NAPLES, FL  34103**

⑈000005265⑈ ⑆267084131⑉659208711⑈

STEPHENS 000010

ENDORSE HERE:

CREDITED TO ACCOUNT O:
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMORGAN CHASE BANK, N.A

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
★ RESERVED FOR FINANCIAL INSTITUTION USE ★

Watermark Digital LLC

STEPHENS 000011

Security features listed below, as well as those listed, exceed industry guidelines.

| Security Features: | Results of document alteration |
|---|---|
| Padlock Icon | • Alerts handler the document contains security features. |
| Chemical Protection | • Stains or spots appear with chemical alteration. |
| Chemical Erasure Protection | • Colored marks appear when chemically altered or erased. |
| Security Screen | • Absence of "Original Document" verbiage on back of check. |
| Microprint | • Small type in check border and back signature lines, readable with a magnifying lens, appears as dots if copied or scanned. |
| Artificial Watermark | • Artificial watermark not visible on back of check when held at 45° angle. |
| Fluorescent Fibers | • Visible under ultraviolet light. Cannot be photocopied or scanned. |
| Colored Pantograph | • The face of this document contains a colored check background. |
| Coin Reactive | • The back of check will not change color when rubbed with a coin. |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC