

STEPHENS 000015



STEPHENS 000016



STEPHENS 000017



STEPHENS 000018



STEPHENS 000019



STEPHENS 000020



STEPHENS 000021



STEPHENS 000022



STEPHENS 000023



STEPHENS 000024



STEPHENS 000025



STEPHENS 000026



STEPHENS 000027



STEPHENS 000028



STEPHENS 000029



STEPHENS 000030



STEPHENS 000031



STEPHENS 000032



STEPHENS 000033



STEPHENS 000034



STEPHENS 000035



STEPHENS 000036



STEPHENS 000037

STEPHENS 000038



STEPHENS 000039



STEPHENS 000040

STEPHENS 000041



STEPHENS 000042

STEPHENS 000043



STEPHENS 000044

STEPHENS 000045



STEPHENS 000046

STEPHENS 000047



STEPHENS 000048



STEPHENS 000049



STEPHENS 000050



STEPHENS 000051