**From:** Kristen <kzankl@att.net>

**Subject: Today's Spreadsheet**

**Date:** April 2, 2022 at 10:20:41 PM EDT

**To:** Michele Martin <michelemartin1010@gmail.com>, Moshe Farache <moshefarache@gmail.com>

Hello,

Just confirming that Mosche will return the key to the black Ferrari Monday, April 4th at 9:00am. This key belongs to Excell Auto Group.
Also, please send over all of your current spreadsheets.

Thank you,
Kristen

STEPHENS 000077