**From:** Derek Stephens <derek.stephens@watermarkdigital.com>
**Date:** Wednesday, March 16, 2022 at 12:39 PM
**To:** Jonathan Martin <jmartin@excellauto.com>
**Subject:** Re: Here it is

Comical, service is not past due, was done late last year….you have that paperwork, why would they say that? Isn't ferrari service all connected (aka, can't they see the WPB location records)?

Those "issues" are exaggerated.   The stickiness was there since I got it.. nothing new.

The rest of the items are so inflated, as you know, no way anyone should have the dealership do those cosmetic items.

Best Wishes,

STEPHENS 000107

Derek

On Mar 16, 2022, at 1:27 PM, Jonathan Martin <jmartin@excellauto.com> wrote:

**Error! Filename not specified.**

**JONATHAN MARTIN**

**EXCELL AUTO GROUP, INC.**
1001 Clint Moore Rd. Ste 101 Boca Raton, FL 33487
**O** 561.998.5557
**C** 401.639.3904
**F** 561.998.4703
jmartin@excellauto.com
**EXCELLAUTO.COM**
Error! Filename not specified. **Error! Filename not specified. Error! Filename not specified.**

---

**From:** charles coulter
**Sent:** Wednesday, March 16, 2022 8:02 AM
**To:** Jmartin@excellauto.com
**Subject:** Here it is

Dr charlie


**RO_6132_144364.pdf**
204K

STEPHENS 000108

# Ferrari Maserati Alfa Romeo of Fort Lauderdale

## VEHICLE HEALTH INSPECTION

## PREPARED FOR: CHARLIE COULTER



Charlie Coulter
12324 Cleghorn Rd
Hunt Valley MD 21030
4437910455

| | |
|---|---|
| DATE | March 15, 2022 |
| VIN | ZFF68NHA8D0191526 |
| YEAR | 2013 |
| MAKE | Ferrari |
| MODEL | 458 SPIDER |
| MILEAGE | 13924 |
| RO # | 144364 |

Ferrari Maserati Alfa Romeo of Fort Lauderdale
http://www.fortlauderdale.ferraridealers.com

Shawn Sosner
ssosner@ferrarifl.com

Mario Bains (tech)

5750 N Federal Hwy
Fort Lauderdale FL 33308

954-889-5919

STEPHENS 000109

# FERRARI MASERATI ALFA ROMEO OF FORT LAUDERDALE

We understand that your knowledge of your vehicle and its necessary repairs is probably not on par with the understanding that your technician has. In order to be sure that his findings and reporting is as clear and concise as possible, we use this Vehicle Information Booklet as a tool to help us communicate your vehicle's condition to you.

Our technicians are the most qualified to work on your vehicle. They have trained extensively, and partake in continuing education regularly to be sure that they are up to date on any changes and improvements handed down from the manufacturer. Our service advisors strive to make your experience with us a pleasant one. They are here to attend to your automotive needs as well as communicate effectively between your technician and you.

Please make yourself comfortable in our waiting area. Watch some TV, use your laptop with our free WI-FI access or just relax and enjoy the dealership.

We appreciate your business and will continue to strive for excellence in everything we do for you.

STEPHENS 000110

## Technician Analysis

## Key Information

| Battery | | | Brakes | | |
|---|---|---|---|---|---|
| Battery | | Passed | LF Brake Lining mm's | 8 | Passed |
| Battery Cables/Connections | | Passed | LR Brake Lining | 8 | Passed |
| Factory Spec Cold Cranking Amps | 760 | CCA | RR Brake Lining | 8 | Passed |
| | | | RF Brake Lining | 8 | Passed |

| Fluids | | Tires & Wheel | | |
|---|---|---|---|---|
| Fuel System and Gas Cap Seating | Good | LF Tire Tread Depth | 5 | Caution |
| Engine, Transmission, Transfer Case, and Brakes | Good | LR Tire Tread Depth | 6 | Caution |
| Engine Cooling System | Full | RR Tire Tread Depth | 4 | Caution |
| Shocks and Struts - leaks and operation | Good | RF Tire Tread Depth | 5 | Caution |
| | | LF Tire Wear | | Normal |
| | | LR Tire Wear | | Normal |
| | | RR Tire Wear | | Normal |
| | | RF Tire Wear | | Normal |

## CONDUCTED BY:

Mario Baines, Mario Bains

## CRITICAL CONCERNS

| Job Description | Observation | Recommendation |
|---|---|---|
| VEHICLE PASS DUE FOR SERVICE | PASS DUE | PERFORMED SPECIFIED SERVICE REQUIRED |
| INTERIOR STICKY | MATERIAL FAILURE | REMOVE COMPLETE STICKY COMPONENTS AND HAVE SUBLET RE-FINISH THEN INSTALL BACK TO VEHICLE |
| ENGINE COMPARTMENT STRUTS WEAK NOT STAY UP BY THEM SELVES | WORN | REMOVE AND INSTALL NEW ENGINE COMPARTMENT STRUTS |
| BOTH DOOR PANELS LEATHER COMING APART | MATERIAL FAILURE | REMOVE DOOR PANELS AND HAVE SUBLET REPAIR LEATHER THEN INSTALL BACK TO VEHICLE |
| REAR PANEL BEHIND DRIVER LEATHER LOOSE AND HANGING | MATERIAL FAILURE | REMOVE COMPLETE REAR TRIM ITEMS REMOVE PANEL AND HAVE SUBLET REPAIR LEATHER THEN INSTALL BACK TO VEHICLE |
| DRIVER SEAT BOLSTER LEFT SIDE FADING | MATERIAL FAILURE | HAVE SUBLET REPAIR |
| CENTER PANEL OF DASH BOARD PANEL PEELING | MATERIAL FAILURE | REMOVE PANEL AND HAVE SUBLET REPAIR LEATHER |
| PERFORM VEHICLE EXTERIOR CERAMIC PAINT PROTECTION TREATMENT | | STEPHENS 000111 |

STEPHENS 000112

## INITIAL CUSTOMER REQUESTS

| Description | Price | Approved |
|---|---|---|
| VEHICLE TOWED IN BY CUSTOMER | 0.00 | ☑ |
| MPI FERRARI OF FT LAUDERDALE WORLD CLASS INSPECTION WITH SAFTEY | 1079.96 | ☑ |

## ADDITIONAL SERVICE RECOMMENDATIONS

### FAILED - CRITICAL CONCERNS

| Description | Price | Approved | INFO |
|---|---|---|---|
| VEHICLE PASS DUE FOR SERVICE | 2950.00 | ☐ | |
| INTERIOR STICKY | 5819.84 | ☐ | |
| ENGINE COMPARTMENT STRUTS WEAK NOT STAY UP BY THEM SELVES | 424.25 | ☐ | |
| BOTH DOOR PANELS LEATHER COMING APART | 3529.96 | ☐ | |
| REAR PANEL BEHIND DRIVER LEATHER LOOSE AND HANGING | 3094.94 | ☐ | |
| DRIVER SEAT BOLSTER LEFT SIDE FADING | 450.00 | ☐ | |
| CENTER PANEL OF DASH BOARD PANEL PEELING | 2929.96 | ☐ | |
| PERFORM VEHICLE EXTERIOR CERAMIC PAINT PROTECTION TREATMENT | 2950.00 | ☐ | |

### CAUTION - NEEDS ATTENTION SOON

| | |
|---|---|
| Subtotal: | 23228.91 |
| ShopFees | 99.00 |
| SalesTax | 1632.95 |
| TOTAL | 24960.86 |

STEPHENS 000113

## KNOW YOUR VEHICLE

Ferrari Maserati Alfa Romeo of Fort Lauderdale wants our customers to have the necessary information to make informed decisions regarding vehicle repair and maintenance. You have numerous references available to assist with this process including your Service Advisor: Shawn Sosner. To help you start, we've included the following information specific to the findings of your vehicle inspection conducted by Mario B. An educated customer is a happier customer and that's our goal at Ferrari Maserati Alfa Romeo of Fort Lauderdale.

View all media for this Repair Order by clicking [here](here)

VEHICLE TOWED IN BY CUSTOMER

MPI FERRARI OF FT LAUDERDALE WORLD CLASS INSPECTION WITH SAFTEY

VEHICLE PASS DUE FOR SERVICE

INTERIOR STICKY

ENGINE COMPARTMENT STRUTS WEAK NOT STAY UP BY THEM SELVES

BOTH DOOR PANELS LEATHER COMING APART

STEPHENS 000114

REAR PANEL BLOWER OR HEATER CORE NOISE RATTLING

DRIVER SEAT BOLSTER LEFT SIDE FADING

CENTER PANEL OF DASH BOARD PANEL PEELING

PERFORM VEHICLE EXTERIOR CERAMIC PAINT PROTECTION TREATMENT

REAR PANEL BLOWER OR HEATER CORE NOISE RATTLING

STEPHENS 000115

CUSTOMER #: 56656

144364

PREWORKORDER



**Ferrari-Maserati**
of Fort Lauderdale



CHARLIE COULTER
12324 CLEGHORN RD
HUNT VALLEY, MD 21030
COULTERDDS@YAHOO.COM

Page 1 of 2

5750 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FLORIDA 33308
TELEPHONE (954) 493-5000

HOME: 4437910455      CONT: 4437910455

BUS:               CELL: 4437910455

SERVICE ADVISOR: Shawn Sosner

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|------------|-----|---------|-----------------|-----|
| BLACK | 2013 | Ferrari 458 SPIDER | ZFF68NHA8D0191526 | | 13924 | 1272 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|------------|------------|----------|--------|------|---------|-----------|
| 06/29/2015 | | | | | | | 03/15/2022 |

| R.O. OPENED | READY | OPTIONS: Sold:STK#NP2709 ENG:4.5_Liter_GDI_DOHC |
|-------------|-------|--------|
| 03/10/2022 | | |

| LINE | OP CODE | DESCRIPTION | DURATION | ESTIMATE |
|------|---------|-------------|----------|----------|
| # A | TOWR | VEHICLE TOWED IN BY CUSTOMER | | 0.00 |
| # B | 01F | MPI FERRARI OF FT LAUDERDALE WORLD CLASS INSPECTION WITH SAFTEY | | 1079.96 |
| | | ADDITIONAL SERVICE RECOMMENDATIONS | | |
| # C | 00 | VEHICLE PASS DUE FOR SERVICE | | 2950.00 |
| # D | 00 | INTERIOR STICKY | | 5819.84 |
| # E | 00 | ENGINE COMPARTMENT STRUTS WEAK NOT STAY UP BY THEM SELVES | | 424.25 |
| # F | 00 | BOTH DOOR PANELS LEATHER COMING APART | | 3529.96 |
| # G | 00 | REAR PANEL BEHIND DRIVER LEATHER LOOSE AND HANGING | | 3094.94 |
| # H | 00 | DRIVER SEAT BOLSTER LEFT SIDE FADING | | 450.00 |
| # I | 00 | CENTER PANEL OF DASH BOARD PANEL PEELING | | 2929.96 |

**PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN: I UNDERSTAND, THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.**

☐ **I REQUEST A WRITTEN ESTIMATE.**

☐ **I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.**

☐ **I DO NOT REQUEST A WRITTEN ESTIMATE.**

**SIGNED:_____          DATE:_____**

**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the Repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges. I understand that a storage charge equal to $50.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**SHOP SUPPLY COSTS:** A charge equal to 10% of the total cost of labor and parts, not to exceed $99.00, will be added to the Repair Order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

**WARRANTY DISCLAIMER:** ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PERFORMED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

I understand that the Dealership is not responsible for any delays caused by unavailability of parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.

I hereby grant the Dealership permission to operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature _____ Date _____

DealerCAP 2014 CDK Global, LLC (03/15) WORKORDER TYPE 2 - 2SW2C - "AS-IS" - FL - 9694593

**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. **All parts installed are new unless otherwise indicated.** You are entitled, upon request, to inspect all parts removed from the vehicle or, provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL)    Save Replaced Parts _____ (INITIAL)

ESTIMATE/DIAGNOSTIC FEE $ 24960.86

You will be notified if the actual charges will exceed an estimate by $10.00 or 10%, whichever is greater, not to exceed $50.00. I hereby designate the individual named below to authorize additional repair work.

Name:_____     Phone: _____

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED OF AND APPROVED THE ABOVE ESTIMATES.

Customer Signature                                          Date

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar to that received, unless I waive reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

CUSTOMER #: 56656                    144364

PREWORKORDER



**Ferrari-Maserati**
of Fort Lauderdale



CHARLIE COULTER
12324 CLEGHORN RD
HUNT VALLEY, MD 21030
COULTERDDS@YAHOO.COM
HOME: 4437910455        CONT: 4437910455

Page 2 of 2

5750 NORTH FEDERAL HIGHWAY
FORT LAUDERDALE, FLORIDA 33308
TELEPHONE (954) 493-5000

BUS:                    CELL: 4437910455        SERVICE ADVISOR: Shawn Sosner

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| BLACK | 2013 | Ferrari 458 SPIDER | ZFF68NHA8D0191526 | | 13924 | 1272 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 06/29/2015 | | | | | | | 03/15/2022 |

| R.O. OPENED | READY | OPTIONS: Sold:STK#NP2709 ENG:4.5_Liter_GDI_DOHC |
|---|---|---|
| 03/10/2022 | | |

| LINE | OP CODE | DESCRIPTION | DURATION | ESTIMATE |
|---|---|---|---|---|
| # J | CERAMIC | PERFORM VEHICLE EXTERIOR CERAMIC PAINT PROTECTION TREATMENT | | 2950.00 |

|  | |
|---|---|
| Subtotal | 23228.91 |
| Shop Charges | 99.00 |

Printed On  03/15/2022 5:24 PM

| Sales Tax | 1632.95 |
|---|---|

Estimate Expires on  04/14/2022

| **Total** | **24960.86** |
|---|---|

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN: I UNDERSTAND, THAT UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE IF MY FINAL BILL WILL EXCEED $100.

☐ I REQUEST A WRITTEN ESTIMATE.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COSTS DO NOT EXCEED $_____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

SIGNED:_____        DATE:_____

**PAYMENT TERMS:** I agree to pay for the inspection and repairs I authorize, along with the necessary materials, in Cash or approved credit card upon completion of the Repairs unless the Dealership agrees to other payment arrangements in advance. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges. I understand that a storage charge equal to $50.00 will be assessed and shall accrue daily if I fail to pick up the vehicle within 3 working days after being notified that the repairs have been completed.

**SHOP SUPPLY COSTS:** A charge equal to 10% of the total cost of labor and parts, not to exceed $99.00, will be added to the Repair Order. This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state [s.403.718], and a $1.50 fee to be collected for each new or remanufactured lead-acid battery sold in the state [s.403.7185].

**WARRANTY DISCLAIMER:** ALL PARTS AND ACCESSORIES ARE SOLD AND ALL REPAIRS ARE PERFORMED BY THE DEALERSHIP AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. THE ONLY WARRANTIES ON PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR DISTRIBUTOR AND ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. CUSTOMER SHALL NOT BE ENTITLED TO RECOVER FROM THE DEALERSHIP ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

I understand that the Dealership is not responsible for any delays caused by unavailability of parts or shipping by the supplier or transporter, nor is it responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft, hail, wind or any other cause beyond its control.

I hereby grant the Dealership permission to operate the vehicle on streets, highways or public roadways for the purpose of testing and/or inspecting the vehicle. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing that data with the vehicle manufacturer for diagnostic and research purposes.

Customer Signature _____ Date _____

DealerCAP 2014 CDK Global, LLC (03/15) WORKORDER TYPE 2 - 2SW2C - "AS-IS" - FL - 9694593

**LABOR AND PARTS COSTS:** Labor charges are based on both a flat rate and an hourly rate unless otherwise indicated. **All parts installed are new unless otherwise indicated.** You are entitled, upon request, to inspect all parts removed from the vehicle or, provided that the Dealership does not have a warranty arrangement or exchange parts program with the manufacturer, supplier or distributor, to have them returned.

Discard Replaced Parts _____ (INITIAL)    Save Replaced Parts _____ (INITIAL)

ESTIMATE/DIAGNOSTIC FEE $ _____
You will be notified if the actual charges will exceed an estimate by $10.00 or 10%, whichever is greater, not to exceed $50.00. I hereby designate the individual named below to authorize additional repair work.
Name:_____        Phone: _____

| | DATE | TIME | BY |
|---|---|---|---|
| REVISED ESTIMATE (1) | | | |
| REVISED ESTIMATE (2) | | | |
| REVISED ESTIMATE (3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED OF AND APPROVED THE ABOVE ESTIMATES.

Customer Signature _____        Date _____

**CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK:** If I authorize diagnostic work to estimate the cost of repair or commencement of repairs, but do not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless I waive reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.