**From:** Kristen ZANKL <kzankl@att.net>
**Date:** Monday, June 20, 2022 at 1:30 PM
**To:** <RWhite@ci.boca-raton.fl.us>
**Cc:** Derek Stephens <derek.stephens@watermarkdigital.com>
**Subject:** Fwd: Today's Spreadsheet

I wrote that it belongs to "Excell Auto Group" as it really belonged to Derek Stephens.