**Fill in this information to identify the case:**

Debtor name   **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **22-15627-EPK**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

  1a. **Real property:**
Copy line 88 from *Schedule A/B*....................................................................................................    $ **0.00**

  1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................................    $ **3,532,664.96**

  1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................................    $ **3,532,664.96**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

  **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $ **7,694.19**

  **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ **5,725,839.97**

4. **Total liabilities** ...............................................................................................................................
Lines 2 + 3a + 3b    $ **5,733,534.16**

Debtor Exhibit 1A
Stephens 11-28-22

**Fill in this information to identify the case:**

Debtor name  **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-15627-EPK**

■ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank United** | **Checking Account** | **7432** | **$216,231.85** |
| 3.2. | **Synovus Bank** | **Checking Account** | **5805** | **$9,900.00** |
| 3.3. | **TD Bank** | **Checking Account** | **8886** | **$6,652.47** |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1. | **Trust account funds at Jay Farrow, P.A.** | **$129,000.00** |
| 4.2. | **FVP Opportunity Fund III, LP et al v. Auto Wholesale of Boca, LLC Court Registry for RR Ghost return.** | **$53,000.00** |

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$414,784.32**

| Part 2: | Deposits and Prepayments |
| --- | --- |

| Debtor | **Auto Wholesale of Boca, LLC** | Case number *(If known)* | **22-15627-EPK** |
|---|---|---|---|
| | Name | | |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **5471, LLC** | |
|---|---|---|
| 7.1. | **Security Deposit** | **$21,289.29** |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **5471, LLC -Warehouse Lease** | **$1.00** |
|---|---|---|
| 8.2. | **SC&J II, LLC -Office Lease** | **$1.00** |
| 8.3. | **Royal Premium Budget, Inc.** | **$4,365.81** |
| 8.4. | **Stonemark Royal Premium Budget Inc.** | **$7,811.54** |

**9.** **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

**$33,468.64**

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **7,500,000.00** | - | **7,500,000.00** | = .... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$0.00**

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes Fill in the information below.

Debtor  **Auto Wholesale of Boca, LLC**                     Case number (If known) **22-15627-EPK**
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** See No. 46 below | | **Unknown** | | **$0.00** |

| 23. | **Total of Part 5.** | **$0.00** |
| --- | --- | --- |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** Funiture | **$9,400.00** | | **$9,400.00** |
| 40. | **Office fixtures** Fixtures | **$9,300.00** | | **$9,300.00** |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Debtor   **Auto Wholesale of Boca, LLC**                                      Case number *(If known)*  **22-15627-EPK**
         Name

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
      **Computer, software and equipment**          $9,300.00                                    $9,300.00

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                       $28,000.00
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Ferrari F12 Berlinetta**<br>**VIN No. 1036** | $244,600.00 | | $244,600.00 |
| 47.2.  **2019 Aston Martin DB11 Volante**<br>**VIN No. 7671** | $150,000.00 | | $150,000.00 |
| 47.3.  **2020 Lamborghini Urus**<br>**VIN No. 6529** | $185,000.00 | | $185,000.00 |
| 47.4.  **2020 Mercedes G63**<br>**VIN No. 6462** | $175,000.00 | | $175,000.00 |
| 47.5.  **2019 BMW X7**<br>**VIN No. 9222** | $57,100.00 | | $57,100.00 |
| 47.6.  **2019 GMC Yukon**<br>**VIN No. 4378** | $100.00 | | $100.00 |
| 47.7.  **2018 MClaren 720S**<br>**VIN No. 0506** | $180,000.00 | | $180,000.00 |

Debtor  **Auto Wholesale of Boca, LLC**                    Case number *(If known)*  **22-15627-EPK**
        Name

| 47.8. | **2021 Mercedes G Wagon** VIN No. 0328 | $175,000.00 | | $175,000.00 |
|---|---|---|---|---|
| 47.9. | **2020 Mercedes G63** VIN No. 2080 | $175,000.00 | | $175,000.00 |
| 47.10 · | **2008 Porsche 911** VIN No. 3176 | $37,800.00 | | $37,800.00 |
| 47.11 · | **2020 MClaren 720S** VIN No. 4229 | $273,000.00 | | $273,000.00 |
| 47.12 · | **2019 Lamborghini Urus** VIN No. 1961 | $100.00 | | $100.00 |
| 47.13 · | **2020 Ferrari 812 Superfast** VIN No. 4963 | $435,500.00 | | $434,500.00 |
| 47.14 · | **2018 Cadillac Escalade** VIN No. 1612 | $32,500.00 | | $32,500.00 |
| 47.15 · | **2013 Ferrari 458 Italia** VIN No. 1526 | $191,000.00 | | $191,000.00 |
| 47.16 · | **2021 Jeep Gladiator** VIN No. 1540 | $39,500.00 | | $39,500.00 |
| 47.17 · | **2020 Lamborghini Huracan** VIN No. 4316 | $271,000.00 | | $271,000.00 |
| 47.18 · | **2019 MClaren 720S** VIN No. 3714 | $260,000.00 | | $260,000.00 |
| 47.19 · | **2020 Mercedes G Class** VIN No. 4940 | $175,000.00 | | $175,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **Battery chargers**                              $200.00                        $200.00

51.  **Total of Part 8.**                                                    $3,056,400.00
     Add lines 47 through 50. Copy the total to line 87.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

| Debtor | Auto Wholesale of Boca, LLC | Case number *(If known)* | 22-15627-EPK |
|---|---|---|---|
| | Name | | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5471, LLC**<br>**5471 North Dixie Highway**<br>**Boca Raton, FL 33487** | **Commercial Lease** | **$0.00** | | **Unknown** |
| 55.2. **SC&J II, LLC**<br>**6560 West Rogers Circle, Suite 27**<br>**Boca Raton, FL 33487** | **Commercial Lease** | **$0.00** | | **Unknown** |

**56.** **Total of Part 9.** $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

| | | | |
|---|---|---|---|
| Debtor | **Auto Wholesale of Boca, LLC** | Case number *(If known)* | **22-15627-EPK** |
| | Name | | |

**61.**    **Internet domain names and websites**

**62.**    **Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| **State of Florida Motor Vehicle License** | **$1.00** | | **$1.00** |
| **Department of Finance Motor Vehicle Retail Installment Seller License** | **$1.00** | | **$1.00** |

**63.**    **Customer lists, mailing lists, or other compilations**

**64.**    **Other intangibles, or intellectual property**

**65.**    **Goodwill**

**66.**    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

       **$2.00**

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.**    **Notes receivable**
Description (include name of obligor)

| | | | | | |
|---|---|---|---|---|---|
| **Automobile Titles for missing autos of Debtor. 2018 Mercedes Metris VIN x6588.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
| **Automobile Titles for missing autos of Debtor. 2021 Rolls Royce Cullinan VIN x4097.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
| **Automobile Titles for missing autos of Debtor. 2016 Ford Rhino VIN x8666.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |

Debtor __Auto Wholesale of Boca, LLC__                  Case number *(If known)* __22-15627-EPK__
        Name

| Automobile Titles for missing autos of Debtor. 2021 Lamborghini Urus VIN x2270. | 2.00<br>Total face amount | - | 1.00<br>doubtful or uncollectible amount | = | $1.00 |
| Automobile Titles for missing autos of Debtor. 2012 Lamborghini Aventador VIN x0244. | 2.00<br>Total face amount | - | 1.00<br>doubtful or uncollectible amount | = | $1.00 |
| Automobile Titles for missing autos of Debtor. 2018 MClaren 720S VIN x1804. | 2.00<br>Total face amount | - | 1.00<br>doubtful or uncollectible amount | = | $1.00 |
| Automobile Titles for missing autos of Debtor. 2021 Ferrari 812 VIN x1176 | 2.00<br>Total face amount | - | 1.00<br>doubtful or uncollectible amount | = | $1.00 |
| Automobile Titles for missing autos of Debtor. 2019 Ferrari 488 Pista VIN x5966. | 2.00<br>Total face amount | - | 1.00<br>doubtful or uncollectible amount | = | $1.00 |
| Automobile Titles for missing autos of Debtor. 2018 Lamborghini Huracan VIN x1207. | 2.00<br>Total face amount | - | 1.00<br>doubtful or uncollectible amount | = | $1.00 |
| Automobile Titles for missing autos of Debtor. 2017 Lamborghini Huracan VIN x8121. | 2.00<br>Total face amount | - | 1.00<br>doubtful or uncollectible amount | = | $1.00 |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Legal and Equitable claims remedies against:**
**Ed Brown, Abby Lippman, Derek Stephens, Frank Evans, Scott Zankl, Kristen Zankl, Karma of Palm Beach, Inc., Karma of Broward, Inc., Excel Auto Group, LLC, Luxury Lease Company, FVP Opportunity Fund III, FVP Servicing, LLC and Hi Bar Capital, LLC.**                          **Unknown**

| Nature of claim | Legal and Equitable claims remedies |
| Amount requested | $0.00 |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property              page 8

Debtor  **Auto Wholesale of Boca, LLC**                                       Case number *(If known)*  **22-15627-EPK**
         Name

**Kurkin Forehand Brandes LLP**                                                                         **Unknown**

| Nature of claim | **Legal Claim** |
|---|---|
| **Amount requested** | **$0.00** |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                                              | $10.00 |

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Debtor **Auto Wholesale of Boca, LLC**
Name

Case number (*If known*) **22-15627-EPK**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $414,784.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,468.64 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $28,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,056,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,532,664.96 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,532,664.96 |

**Fill in this information to identify the case:**

Debtor name   **Auto Wholesale of Boca, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **22-15627-EPK**

■ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other | **$7,323,888.30** |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$41,433,797.82** |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | **$37,374,876.00** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Debtor **Auto Wholesale of Boca, LLC**                    Case number *(if known)* **22-15627-EPK**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Jay L Farrow<br>Farrow Law, P.A.<br>4801 S University Dr Ste 260<br>Davie, FL 33328 | 4/23/2022 to 6/23/2022 | $127,125.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | SC&J II, LLC<br>6560 West Rogers Circle, Suite B27<br>Boca Raton, FL 33487 | July 2022 to July 2023 | $19,170.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Rent** |
| 3.3. | James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130 | 4/5/2022 to 7/20/2022 | $70,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Moshe Farache<br>270 S Silver Palm Road<br>Boca Raton, FL 33432<br>Managing Member | | $425,000.00 | |
| 4.2. | Lisa Farache<br>270 S Silver Palm Road<br>Boca Raton, FL 33432<br>Managing Member | | $95,100.00 | |
| 4.3. | Chase Farache<br>270 S Silver Palm Road<br>Boca Raton, FL 33432<br>Authorized Member | | $21,335.37 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor   **Auto Wholesale of Boca, LLC**                                    Case number *(if known)* **22-15627-EPK**

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Luxury Lease Company c/o Mark Brandes, Esq. Kukin Forehand Brandes LLP 18851 NE 29th Avenue, Suite 303 Aventura, FL 33180** | **2019 - Lamborghini Aventador VIN No. 8766** | **4/4/2022** | **$1,100,000.00** |
| **Roman Temkin 16901 Collins Ave., Apt. 4601 Sunny Isles Beach, FL 33160** | **2021 Rolls Royce Ghost VIN No. 7524** | **5/6/2022** | **$400,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **FVP Opportunity Fund III, LP, et al Plaintiff vs. Scott Zankl, et al Defendant CACE2205125** | **Other - Business Transaction** | **Broward County Clerk of Courts 201 SE 6t St Fort Lauderdale, FL 33301** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **HI Bar Capital, LLC Plaintiff vs. Karma of Palm Beach Inc, et al Defendant CACE22006401** | **Replevin** | **Broward County Clerk of Courts 201 SE 6th St Fort Lauderdale, FL 33301** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **STEPHENS, DEREK V AUTO WHOLESALE OF BOCA LLC 2022CA003169** | **CONTRACT & DEBT** | **Clerk of the Circuit Court & Comptroller 205 N. Dixie Hwy West Palm Beach, FL 33401** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **ARBY LIPMAN LLC V AUTO WHOLESALE OF BOCA LLC 2022CA003759** | **CONTRACT & DEBT** | **Clerk of the Circurt Court & Comptroller 205 N. Dixie Hwy. West Palm Beach, FL 33401** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **AUTO WHOLESALE OF BOCA LLC V EXCEL AUTO GROUP INC 2022CA003358** | **CONTRACT & DEBT** | **Clerk of the Circurt Court & Comptroller 205 N. Dixie Hwy. West Palm Beach, FL 33401** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | Auto Wholesale of Boca, LLC | | Case number *(if known)* | 22-15627-EPK |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **EVANS, FRANK ARTHUR III V AUTO WHOLESALE OF BOCA LLC**<br>**2022CA004107** | **CONTRACT & DEBT** | **Clerk of the Circurt Court & Comptroller**<br>**205 N. Dixie Hwy.**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **WOODSIDE CREDIT LLC V EXCELL AUTO SPORT AND SERVICE INC**<br>**2022CA004086** | **CONTRACT & DEBT** | **Clerk of the Circurt Court & Comptroller**<br>**205 N. Dixie Hwy.**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **BENIDT INVESTMENTS/SLINGER, LLC v. ZAKIN et al**<br>**9:22-cv-80761** | **Contract: Other** | **West Palm Beach Federal Courthouse**<br>**701 Clematis Street, Room 202**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor **Auto Wholesale of Boca, LLC**                  Case number *(if known)* **22-15627-EPK**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **James B. Miller, P.A. 19 West Flagler Street, Suite 416 Miami, FL 33130** | **Bankruptcy Attorney** | **7/20/2022** | **$56,738.00** |
| | **Email or website address bkcmiami@gmail.com** | | | |
| | **Who made the payment, if not debtor? Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

Debtor **Auto Wholesale of Boca, LLC**     Case number *(if known)* **22-15627-EPK**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Driver License, Address, Date of Birth and Social Security Number and Other Private Information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor **Auto Wholesale of Boca, LLC**                Case number *(if known)* **22-15627-EPK**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **TAL BAREKET LLC 7818 NW 44TH STREET Sunrise, FL 33351** | **MANHEIM PALM BEACH 6 00 SANSBURYS WAY West Palm Beach, FL 33411** | **2019 LAMBO - VIN No. 3750** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **TAL BAREKET LLC 7818 NW 44TH STREET Sunrise, FL 33351** | **MANHEIM PALM BEACH 600 SANSBURYS WAY West Palm Beach, FL 33411** | **2017 MCLAREN - VIN No. 2431** | **$0.00** |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**

Debtor **Auto Wholesale of Boca, LLC**      Case number *(if known)* **22-15627-EPK**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Auto Wholesale of Boca, LLC**<br>**Michele Martin**<br>**6560 West Rogers Circle, Suite B27**<br>**Boca Raton, FL 33487** | **Since September of 2013** |
| 26a.2.    **B. Riley Wealth Tax Services**<br>**c/o Steven Z Levy**<br>**2875 NE 191st Street, Suite 601**<br>**Aventura, FL 33130** | **Since September of 2012** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **B. Riley Wealth Tax Services**<br>**c/o Steven Z Levy**<br>**2875 NE 191st Street, Suite 601**<br>**Aventura, FL 33130** | **Since September of 2012** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **B. Riley Wealth Tax Services**<br>**c/o Steven Z Levy**<br>**2875 NE 191st Street, Suite 601**<br>**Aventura, FL 33130** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Chase Farache** | **7/21/2022** | |

| Name and address of the person who has possession of inventory records |
|---|
| **Chase Farache**<br>**6560 West Rogers Circle, Suite B27**<br>**Boca Raton, FL 33487** |

| Debtor | Auto Wholesale of Boca, LLC | Case number *(if known)* | 22-15627-EPK |
|---|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lisa Farache | 270 S Silver Palm Road Boca Raton, FL 33432 | Managing Member | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Moshe Farache | 270 S Silver Palm Road Boca Raton, FL 33432-2000 | Managing Member | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chase Farache | 270 S Silver Palm Road Boca Raton, FL 33432 | Authorized Member | 2% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 · | **Moshe Farache** 270 S Silver Palm Road Boca Raton, FL 33432 | $425,000.00 | | |
| | Relationship to debtor **Managing Member** | | | |
| 30.2 · | **Lisa Farache** 270 S Silver Palm Road Boca Raton, FL 33432 | $95,100.00 | | |
| | Relationship to debtor **Managing Member** | | | |
| 30.3 · | **Chase Farache** 270 S Silver Palm Road Boca Raton, FL 33432 | $21,335.37 | | |
| | Relationship to debtor **Authorized Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **Auto Wholesale of Boca, LLC**                                            Case number *(if known)* **22-15627-EPK**

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■  No
  ☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____

**/s/ Moshe Farache**                                    **Moshe Farache**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor        **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes