Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1624877303
B# 2791518

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERR | 2D | 3153 | | 110767661 |

Registered Owner:

DEREK CLAYTON STEPHENS

Date of Issue    07/20/2021

Mail To:

TEXANS CU
PO BOX 853912
RICHARDSON, TX   75085

**Lien Release**
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERR | 2D | 3153 | | 110767661 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 01/19/2021 |

**Lien Release**
Interest in the described vehicle is hereby released
By _____
Title _____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 9,845 MILES 03/12/2021 ACTUAL | | | | 07/20/2021 |

Date _____

Registered Owner:

DEREK CLAYTON STEPHENS

1st Lienholder

ELECTRONIC TITLE PRIOR TO 03/25/2022

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number   156254380

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

10 /8   156254380

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Karma Palm Beach          Address: 1001 Clint Moore Rd # 103, Boca Raton, FL 33487

Seller Must Enter Selling Price: _____          Seller Must Enter Date Sold: 3-11-22

I/We state that this ☐ 5 or ☑ 6 digit odometer now reads 113716 X (no tenths) miles, date read 3-11-22 and I hereby certify that to the best of my knowledge the odometer reading ☑ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: *by POA*
CO-SELLER Must Sign Here:

Print Here: Derek Clayton Stephens
Print Here:

Selling Dealer's License Number: _____          Tax No.: _____

Auction Name: _____          License Number: _____          Tax Collected: _____

PURCHASER Must Sign Here: *signature*
CO-PURCHASER Must Sign Here:

Print Here: Alana Bailey
Print Here:

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

Debtor Exhibit 2A
Stephens 11-28-22

HSMV 82250 (REV 3/15)          **STATE OF FLORIDA**

## STATE OF FLORIDA
### DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### DIVISION OF MOTOR VEHICLES
2900 Apalachee Parkway ○ Neil Kirkman Building - Tallahassee, FL 32399-0620
### Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
First            MI            Last

Address _____ Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF 1133543 | Selling Dealer's Name: Karma Palm Beach | Tax No.: 00-8018195758-0 | Tax Collected: R/S

Selling Dealer's Address: 1001 Clint Moore Rd # 103, Boca Raton FL 33487 | Date Sold: 4.2.22

Purchaser's Name(s): Auto Wholesale of Boca LLC | Address: 6560 W Rogers Cir # 1527, Boca Raton FL 33487

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ▦▦734 XX (NO TENTHS) MILES, DATE READ 4/2/22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: *Michele Mart*
Print Here: MICHELE MARTIN
Seller/Agent Must Sign Here: *signature*
Print Here: Alane Bailey

Co-Purchaser Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number:

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: | Selling Dealer's Name: | Tax No.: | Tax Collected:

Selling Dealer's Address: | Date Sold:

Purchaser's Name(s): | Address:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ▦▦▦▦▦ XX (NO TENTHS) MILES, DATE READ / /, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Seller/Agent Must Sign Here:
Print Here:

Co-Purchaser Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number:

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: | Selling Dealer's Name: | Tax No.: | Tax Collected:

Selling Dealer's Address: | Date Sold:

Purchaser's Name(s): | Address:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS ▦▦▦▦▦ XX (NO TENTHS) MILES, DATE READ / /, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:
Print Here:
Seller/Agent Must Sign Here:
Print Here:

Co-Purchaser Must Sign Here:
Print Here:
Auction Name (When Applicable):
Auction License Number: