Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1631639119
B# 2796406

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERR | 2D | 3153 | | 110767661 |

Registered Owner:                    X    Date of Issue    04/06/2022

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:    AUTO WHOLESALE OF BOCA LLC
            6560 WEST ROGERS CIRCLE SUITE B27
            BOCA RATON, FL 33487

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERR | 2D | 3153 | | 110767661 |

Lien Release
Interest in the described vehicle is hereby released
By_____

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 07/20/2021 |

Title_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 13,934 MILES 04/02/2022 ACTUAL | | | | 04/06/2022 |

Date_____

Registered Owner
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number 156254913

Terry L. Rhodes
Executive Director

10 /8    156254913

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____

Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |__|__|__|__|__|X| (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
[ ] 1. reflects ACTUAL MILEAGE.    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: _____    Print Here: _____

Selling Dealer's License Number: _____    Tax No: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: _____    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/19)          STATE OF FLORIDA

**Debtor Exhibit 4A**
**Stephens 11-28-22**

## STATE OF FLORIDA
### DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### DIVISION OF MOTOR VEHICLES
**2900 Apalachee Parkway  •  Neil Kirkman Building - Tallahassee, FL 32399-0620**
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____ , _____ , transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____    Purchaser's DL/ID _____
First                              MI                              Last

Address _____    Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____    Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

ODOMETER CERTIFICATION: Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### FIRST REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [‖‖‖‖‖‖‖] XX (NO TENTHS) MILES, DATE READ __/__/__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____

### SECOND REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [‖‖‖‖‖‖‖] XX (NO TENTHS) MILES, DATE READ __/__/__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____

### THIRD REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [‖‖‖‖‖‖‖] XX (NO TENTHS) MILES, DATE READ __/__/__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX    ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____    Co-Purchaser Must Sign Here: _____

Print Here: _____    Print Here: _____

Seller/Agent Must Sign Here: _____    Auction Name (When Applicable): _____

Print Here: _____    Auction License Number: _____