# PURCHASE AGREEMENT

 KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

 KARMA
BROWARD | PALM BEACH
*Ed* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN                    DATE: 3 / 11 / 2022

| BUYER | DEREK CLAYTON STEPHENS | DRIVER'S LICENSE NO. | |
|---|---|---|---|

E-MAIL █████████                        DATE OF BIRTH ████████

ADDRESS ████████        CITY & STATE ████████    ████████

CO-BUYER _____        DRIVER'S LICENSE NO. _____

E-MAIL _____        DATE OF BIRTH _____

ADDRESS _____    CITY & STATE _____    ZIP _____

HOME PHONE ████████    BUSINESS PHONE _____    CELL PHONE _____

NEW ☐    YEAR 2017    MAKE LAMBORGHINI    MODEL HURACAN    MILEAGE 7,485

USED ☒    COLOR WHITE    TRIM _____    BODY TYPE RWD SYPDER

☐    ID NO. ZHWUR2ZF9HLA08239        STOCK NO. HLA08239

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 0191526 | | | | |
|---|---|---|---|---|---|
| YEAR 2013 | MAKE FERRARI | | COLOR BLACK | | |
| MODEL 458 ITALIA | BODY TYPE 2DR CONV | | | | |
| I.D. NO. ZFF68NHA8D0191526 | MILEAGE 13,716 | | | | |
| BALANCED OWED TO | TEXANS CREDIT UNION | | | | |
| EST. AMT. OWED 112,317.25 | ALLOW AMT. 230,000.00 | | | | |

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | $ | 250,000 | 00 |
| TRADE ALLOWANCE − | | 230,000 | 00 |
| DIFFERENCE = | $ | 20,000 | 00 |
| SERVICE FEES* + | | 498 | 00 |
| SUB TOTAL * | | 20,498 | 00 |
| SALES TAX + | | 1,279 | 88 |
| ESTIMATED TAG, TITLE & REG + | | 500 | 00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60 | 00 |
| EST. BALANCE ON TRADE + | | 112,317 | 25 |
| TOTAL DELIVERY PRICE = | $ | 134,655 | 13 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] − | | N/A | |
| EXTENDED WARRANTY (taxable) + | | N/A | |
| *BALANCE DUE ON DELIVERY = | $ | 134,655 | 13 |
| AMOUNT FINANCED = | $ | | |

| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. |
|---|---|
| YEAR | MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D. NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |

| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. |
|---|---|
| YEAR | MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

Debtor Exhibit 5A
Stephens 11-28-22

LIENHOLDER: TEXANS CREDIT UNION
PO BOX 21867
LEHIGH VALLEY, PA 18002

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____    Date 03/11/2022

Co-Buyer Signature _____    Date

Accepted By: _____ Dealer Representative

Please read additional terms and conditions on reverse side, before signing.        352065 07/07/21 MMP

# PURCHASE AGREEMENT

 KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE 561.998.5557   FAX 561.998.4703**

 KARMA
BROWARD | PALM BEACH
*E₄* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN                    DATE: 3 / 11 / 2022

| | |
|---|---|
| BUYER DEREK CLAYTON STEPHENS | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH ▮ |
| ADDRESS ▮ | CITY & STATE ▮   ▮ |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE                    ZIP |
| HOME PHONE ▮ BUSINESS PHONE | CELL PHONE |

NEW ☐   YEAR 2017   MAKE LAMBORGHINI   MODEL HURACAN   MILEAGE 7,485

USED ☐ XX   COLOR WHITE   TRIM ___   BODY TYPE RWD SYPDER

☐   ID NO. ZHWUR2ZF9HLA08239                    STOCK NO. HLA08239

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 0191526 | | TOTAL SELLING PRICE | $ | 250,000.00 |
|---|---|---|---|---|---|
| YEAR 2013 MAKE FERRARI | COLOR BLACK | | TRADE ALLOWANCE − | | 230,000.00 |
| MODEL 458 ITALIA BODY TYPE 2DR CONV | | | DIFFERENCE = | $ | 20,000.00 |
| I.D. NO. ZFF68NHA8D0191526 MILEAGE 13,716 | | | SERVICE FEES* + | | 498 00 |
| BALANCED OWED TO | | | SUB TOTAL * | | 20,498.00 |
| EST. AMT. OWED   ALLOW AMT. 230,000.00 | | | SALES TAX + | | 1,279.88 |
| TRADE-IN DESCRIPTION NO. 2 STOCK NO. | | | ESTIMATED TAG, TITLE & REG + | | 500.00 |
| YEAR MAKE COLOR | | | THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60.00 |
| MODEL BODY TYPE | | | EST. BALANCE ON TRADE + | N/A | |
| I.D. NO. MILEAGE | | | TOTAL DELIVERY PRICE = | $ | 22,337.88 |
| BALANCED OWED TO | | | DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] − | | N/A |
| EST. AMT. OWED ALLOW AMT. | | | EXTENDED WARRANTY (taxable) + | | N/A |
| TRADE-IN DESCRIPTION NO. 3 STOCK NO. | | | *BALANCE DUE ON DELIVERY = | $ | 22,337.88 |
| YEAR MAKE COLOR | | | AMOUNT FINANCED = | $ | |
| MODEL BODY TYPE | | | | | |
| I.D NO. MILEAGE | | | | | |

LIENHOLDER: TEXANS CREDIT UNION
PO BOX 21867
LEHIGH VALLEY, PA 18002

BALANCED OWED TO

EST. AMT. OWED   ALLOW AMT.

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

_____ 03/11/2022
Buyer Signature                    Date

_____
Co-Buyer Signature                    Date

Accepted By: _____
Dealer Representative

Please read additional terms and conditions on reverse side, before signing.                    352065  07/07/21 MMP