HSMV 82995 (REV. 10/11)S

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
2900 Apalachee Parkway - Tallahassee, 32399-0610
**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

(Instructions on Reverse Side)

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| ZFF68NHA8D0191526 | 2013 | FERRARI | 458 ITALIA | 2DR CONV | 110707661 |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, DEREK CLAYTON STEPHENS (Print Seller's Name) appoint KARMA PALM BEACH INC (Print Name of Dealership / Business)
as of 3-11-22 (Date) as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS 13,716 xx (NO TENTHS) MILES, DATE READ 03/11/22, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILEAGE.　　☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.　　☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller)**

Seller's Signature _____　Seller's Printed Name DEREK CLAYTON STEPHENS

Co Seller's Signature _____　Co Seller's Printed Name _____

Seller's Street Address ███████████████

Purchaser's Signature _____　Purchaser's Printed Name Alana Bailey

**TRANSFEREE (Purchaser)**

Purchaser's Dealership Name KARMA PALM BEACH INC (Print Name of Dealership/Business)　Dealer License No. VF/1133543/1

Business Address 1001 Clint Moore Rd Ste 103　City Boca Raton　State FL　Zip 33487

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ (Print Purchaser's Name) appoint _____ (Print Name of Dealership / Business)
as of _____ (Date) as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐,☐☐☐ xx (NO TENTHS) MILES, DATE READ ___/___/___, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.　　☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.　　☒ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller)**

Seller's Signature _____ (For Dealership / Business)　Seller's Printed Name _____ (For Dealership / Business)

Business Address _____　City _____　State _____　Zip _____

**TRANSFEREE (Purchaser)**

Purchaser's Signature _____　Purchaser's Printed Name _____

Co Purchaser's Signature _____　Co Purchaser's Printed Name _____

Purchaser's Name _____　Street Address _____

Debtor Exhibit 6A
Stephens 11-28-22

City _____　State _____　Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, Bianca Carter (Print Name of Person exercising above power(s) of attorney), hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____　Date 4-1-22　Printed Name Bianca Carter

Street Address 1001 Clint Moore Rd Ste 103　City Boca Raton　State FL　Zip 33487

**ORIGINAL:** DMS Copy (with Title)　　**GOLD COPY:** Dealer/Business　　**YELLOW COPY:** Part A Seller

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT