# K A R M A | PALM BEACH

CHASE

1001 Clint Moore Rd Suite 101 Boca Raton, FL 33487
Phone: (561) 998-5557

| DATE | CHECK |
|---|---|
| 4/08/2022 | 5265 |

| AMOUNT |
|---|
| $ 250,000.00 |

*Pay Two Hundred Fifty Thousand, Dollars and no/Cents*

TO
THE
ORDER
OF

**DEREK CLAYTON STEPHENS**

⑈000005265⑈

Debtor Exhibit 7A
Stephens 11-28-22

STEPHENS 000010

ENDORSE HERE:

CREDITED TO ACCOUNT OF:
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMORGAN CHASE BANK, N.A.

☐ CHECK HERE IF MOBILE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
* RESERVED FOR FINANCIAL INSTITUTION USE *

Endorsement Cancelled
JPMorgan Chase Bank, N.A.

Security Feature:
• Padlock Icon

**Results of document alteration**

• Alerts handler the document contains security features
• Stains or spots appear with chemical alteration
• Colored marks appear when chemically altered or erased
• Absence of "Original Document" verbiage on back of check.
• Small type in check border and back signature lines, readable with a magnifying lens, appears as dots if copied or scanned
• Artificial watermark not visible on back of check when held at 45° angle
• Visible under ultraviolet light. Cannot be photocopied or scanned
• The face of this document contains a colored check background.
• The back of check will not change color when rubbed with a coin.

Security features listed below, as well as those listed, exceed industry guidelines.

JPMorganChaseBank

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

STEPHENS 000011