**Checks Related to Derek Stephens**
**Source: Dealertrack Check Registers of Karma Palm Beach**

| Account | Date | Check # | Vendor | Vendor Name | Account | Control # | Ref # | Amount | Void | Description | User | Post Date | Post Time | Status | * for Voided |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KPB Chase Bank | 10/12/2021 | 3259 | *CCARD | STEPHENS, DEREK CLAYTO | 1050 | *CCARD | 300100481 | -250 | | STEPHENS, DEREK CLAY | MCARD9381 | 4/1/2021 | 1434 | Posted | |
| KPB Chase Bank | 10/12/2021 | 3259 | *CCARD | STEPHENS, DEREK CLAYTO | 1018 | 3259 | 3259 | 250 | | VISA/MC/DISC: Deposi | MCARD9381 | 4/1/2021 | 1434 | Posted | |
| KPB Chase Bank | 7/20/2021 | 3929 | | 3929 DEREK CLAYTON STEPHENS | 1018 | 3929 | 3929 | -105.9 | | STEPHENS, DEREK CLAY | NLEIVA | 7/20/2021 | 1400 | Posted | |
| KPB Chase Bank | 7/20/2021 | 3929 | | 3929 DEREK CLAYTON STEPHENS | 2030 | 191526 | 191526 | 105.9 | | TAG REFUND | NLEIVA | 7/20/2021 | 1400 | Posted | |
| KPB Chase Bank | 3/25/2022 | 5247 | STEP001 | DEREK CLAYTON STEPHENS | 1018 | *V STEP001 | 5247 | | -250000 | STEPHENS, DEREK CLAY | MCARD9381 | 3/25/2022 | 1039 | Voided | * |
| KPB Chase Bank | 3/25/2022 | 5247 | STEP001 | DEREK CLAYTON STEPHENS | 1100 | *V HLA08239 | HLA08239 | | 250000 | REFUND FOR OVER PAYM | MCARD9381 | 3/25/2022 | 1039 | Voided | * |
| KPB Chase Bank | 4/8/2022 | 5265 | STEP001 | DEREK CLAYTON STEPHENS | 1018 | STEP001 | 5265 | -250000 | | STEPHENS, DEREK CLAY | MCARD9381 | 4/4/2022 | 1228 | Posted | |
| KPB Chase Bank | 4/8/2022 | 5265 | STEP001 | DEREK CLAYTON STEPHENS | 1100 | HLA08239 | HLA08239 | 250000 | | REFUND FOR OVERPAYME | MCARD9381 | 4/4/2022 | 1228 | Posted | |