**Karma Palm Beach - Capped Deals Data A08239**

**Source: Karma Palm Beach Deal Analysis Report, CAPPED ONLY**

| BO3110 | | KARMA PALM BEACH INC | | | 7/01/22 10:15:51 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SZANK837 | | Deal Analysis | | | Page   1 | | | | | |

| Date | Age | Stock | Vin6 | Vehicle | Trade | SLP | Customer | Gross | FI | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/22 | 12 | HLA08239 | A08239 | 17 HURACAN | Y | A16 | STEPHENS, DEREK CL | 7462.84 | 0 | 7462.84 |