## Karma Palm Beach Dealertrack General Ledger Transactions Related to 191526
### Source: Karma Palm Beach DealerTrack General Ledger

| Co. | TRANS # | SEQ NUMBE | DOC TYPE | RNAL | TRANSACTION DATE | Acct# | FULL ACCOUNT NAME | CONTROL NUMBER | DOCUMENT NUMBER | OUTSIDE DOC# | REFERENCE NUMBER | VENDOR NUMBER | DESCRIPTION | DEBIT (CREDIT) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KPB | 1030960 | 3 I | | PVU | 3/10/2022 | 1450 1450 | USED CARS | 191526 | 191526 | | 191526 | | PACK | 2,450.00 |
| KPB | 1030960 | 4 I | | PVU | 3/10/2022 | 2320 2320 | OTHER RESERVES | CONT001 | 191526 | | 191526 | | PACK | (2,450.00) |
| KPB | 1030960 | 1 I | | PVU | 3/10/2022 | 1450 1450 | USED CARS | 191526 | 191526 | | 191526 | | ZFF68NHA8D0191526 | 230,000.00 |
| KPB | 1030960 | 2 I | | PVU | 3/10/2022 | 2110 2110 | NOTES PAY - USED VEHICLES | 191526 | 191526 | | 191526 | | ZFF68NHA8D0191526 | (230,000.00) |
| KPB | 1030961 | 2 I | | PVU | 3/10/2022 | 1450 1450 | USED CARS | 191526 | 191526 | | 191526 | | FUEL AND PPI | 176.03 |
| KPB | 1030961 | 1 I | | PVU | 3/10/2022 | 1570 1570 | OTHER INVENTORY | 191526 | 191526 | | 191526 | | FUEL AND PPI | (176.03) |