**Karma Palm Beach Dealertrack General Ledger Transactions Related to A08239**

Source: Karma Palm Beach DealerTrack General Ledger

| Co. | TRANS # | SEQ NUMBE | DOC TYPE | RNAL | TRANSACTION DATE | Acct# FULL ACCOUNT NAME | CONTROL NUMBER | DOCUMENT NUMBER | OUTSIDE DOC# | REFERENCE NUMBER | VENDOR NUMBER | DESCRIPTION | DEBIT (CREDIT) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KPB | 1030986 | 3 | I | PVU | 3/11/2022 | 1450 1450 USED CARS | HLA08239 | HLA08239 | | HLA08239 | | PACK | 2,450.00 |
| KPB | 1030986 | 4 | I | PVU | 3/11/2022 | 2320 2320 OTHER RESERVES | CONT001 | HLA08239 | | HLA08239 | | PACK | (2,450.00) |
| KPB | 1030986 | 1 | I | PVU | 3/11/2022 | 1450 1450 USED CARS | HLA08239 | HLA08239 | | A08239 | | ZHWUR2ZF9HLA08239 | 240,000.00 |
| KPB | 1030986 | 2 | I | PVU | 3/11/2022 | 2110 2110 NOTES PAY - USED VEHICLES | HLA08239 | HLA08239 | | A08239 | | ZHWUR2ZF9HLA08239 | (240,000.00) |
| KPB | 1030988 | 2 | R | CRC | 3/11/2022 | 1040 1040 UNDEPOSITED CASH CLEARING | 300100673 | 300100673 | 109 | 0311-1322 | | DEPOSIT FOR HLA08239--STEPHENS | 250,000.00 |
| KPB | 1030988 | 1 | R | CRC | 3/11/2022 | 1100 1100 VEHICLE RECEIVABLES | HLA08239 | 300100673 | | HLA08239 | | DEPOSIT FOR HLA08239--STEPHENS | (250,000.00) |
| KPB | 1030991 | 1 | D | BTD | 3/11/2022 | 1018 1018 CHASE OPERATING | 3389 | 3389 | | 3389 | | 3389 DEPOSIT: Cash Drawer | 250,000.00 |
| KPB | 1030991 | 2 | D | BTD | 3/11/2022 | 1040 1040 UNDEPOSITED CASH CLEARING | 300100673 | 3389 | 109 | 3389 | | DEPOSIT FOR HLA08239--STEPHENS | (250,000.00) |
| KPB | 1031057 | 1 | O | POT | 3/11/2022 | 2000 2000 ACCOUNTS PAYABLE | VALE001 | 844402 | 10571 | 844402 | VALE001 | FUEL | (87.16) |
| KPB | 1031057 | 2 | O | POT | 3/11/2022 | 1450 1450 USED CARS | HLA08239 | 844402 | | 844402 | | FUEL | 87.16 |
| KPB | 1031058 | 2 | R | CRC | 3/15/2022 | 1040 1040 UNDEPOSITED CASH CLEARING | 300100678 | 300100678 | 400833 | 0315-1112 | | DEPOSIT FOR HLA08239--STEPHEN | 22,337.88 |
| KPB | 1031058 | 1 | R | CRC | 3/15/2022 | 1100 1100 VEHICLE RECEIVABLES | HLA08239 | 300100678 | | HLA08239 | | DEPOSIT FOR HLA08239--STEPHEN | (22,337.88) |
| KPB | 1031061 | 1 | D | BTD | 3/15/2022 | 1018 1018 CHASE OPERATING | 3394 | 3394 | | 3394 | | 3394 DEPOSIT: Cash Drawer | 22,337.88 |
| KPB | 1031061 | 2 | D | BTD | 3/15/2022 | 1040 1040 UNDEPOSITED CASH CLEARING | 300100678 | 3394 | 400833 | 3394 | | DEPOSIT FOR HLA08239--STEPHEN | (22,337.88) |
| KPB | 1031236 | 2 | B | VSU | 3/11/2022 | 1450 1450 USED CARS | 191526 | HLA08239 | | HLA08239 | | 2013 FERRARI 458 ITALIA | 230,000.00 |
| KPB | 1031236 | 1 | B | VSU | 3/11/2022 | 1100 1100 VEHICLE RECEIVABLES | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | 22,337.88 |
| KPB | 1031236 | 5 | B | VSU | 3/11/2022 | 1450 1450 USED CARS | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | (242,537.16) |
| KPB | 1031236 | 7 | B | VSU | 3/11/2022 | 2030 2030 LICENSE & REG FEES | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | (500.00) |
| KPB | 1031236 | 8 | B | VSU | 3/11/2022 | 2030 2030 LICENSE & REG FEES | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | (60.00) |
| KPB | 1031236 | 9 | B | VSU | 3/11/2022 | 2240 2240 SALES TAXES PAYABLE | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | (1,229.88) |
| KPB | 1031236 | 10 | B | VSU | 3/11/2022 | 2260 2260 OTHER TAXES PAYABLE | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | (50.00) |
| KPB | 1031236 | 3 | B | VSU | 3/11/2022 | 3500 3500 USED CAR RETAIL SALES | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | (250,000.00) |
| KPB | 1031236 | 4 | B | VSU | 3/11/2022 | 4500 4500 USED CAR RETAIL SALES | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | 242,537.16 |
| KPB | 1031236 | 6 | B | VSU | 3/11/2022 | 9070 9070 OTHER INCOME | HLA08239 | HLA08239 | | HLA08239 | | STEPHENS, DEREK CLAYTON | (498.00) |
| KPB | 1031465 | 1 | C | CDH | 4/8/2022 | 1018 1018 CHASE OPERATING | STEP001 | 5265 | | 5265 | STEP001 | STEPHENS, DEREK CLAYTON | (250,000.00) |
| KPB | 1031465 | 2 | C | CDH | 4/8/2022 | 1100 1100 VEHICLE RECEIVABLES | HLA08239 | 5265 | | HLA08239 | STEP001 | REFUND FOR OVERPAYMENT | 250,000.00 |