**Karma Palm Beach - Data from DealerTrack Vehicle Acquisition Report - A08239 and 191526**

**Source: Karma Palm Beach Vehicle Acquisition Report (USED CARS)**

BO3632R                   KARMA PALM BEACH INC        Stocked Location: ALL                        7/18/22  9:47:25

SZANK837                          Vehicle Acquisition Report                            Page   1

Used Vehicles: From  1/01/21 To  4/08/22

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/11/2022 | HLA0823 | ZHWUR2ZF9HLA08239 | 2017 LAMBORGHINI HURACAN RWD SYPDER WHITE | | 7485 | 3/11/2022 | Curr: STEPHENS, DEREK CLAYTON |

1263 28TH AVENUE NORTH

Naples, FL  34103

Prev: KARMA BROWARD

1717 SE 17TH STREET

Fort Lauderdale, FL  33316

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/23/2022 | 191526 | ZFF68NHA8D0191526 | 2013 FERRARI 458 ITALIA 2DR CONV BLACK | | 13716 | | Curr: In Inventory        463021 |

Prev: STEPHENS, DEREK CLAYTON

1263 28TH AVENUE NORTH

Naples, FL  34103