

THIS CHECK IS VOID WITHOUT A GREEN & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

## TEXANS CREDIT UNION

777 E CAMPBELL RD., RICHARDSON, TEXAS 75081, 972.348.2000

## CASHIERS CHECK

No. 0000400833

NOTICE TO PURCHASER
The purchase of an indemnity bond may be required before any CASHIER'S CHECK of the Credit Union will be replaced or refunded in the event it is lost, misplaced, stolen or mutilated

DATE    88-8778
          3119
03/11/22

PAY   EXACTLY 22,337 Dollars 88 Cents

AMOUNT
$22,337.88

*** Twenty-Two Thousand Three Hundred Thirty-Seven Dollars and 88 Cents ***

KARMA PALM BEACH

TEXANS CREDIT UNION

TO THE
ORDER
OF

AUTHORIZED SIGNATURE

MEMO   STEPHENS 2017 LAMBORGHINI HURACAN A08239

⑈0000400833⑈ ⑆311987786⑆ 10000001310⑈

For Deposit Only - JPMC

PAY TO THE ORDER OF
JP MORGAN CHASE N.A.
26708431
FOR DEPOSIT ONLY
KARMA PALM BEACH
CHECK CASHING/MOBILE DEPOSIT

SB1365930-F1

7683