

For Deposit Only - JPMC

**SB1365930-F1**

7654