

**ORDERED in the Southern District of Florida on November 21, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                          **Case No. 22-15627-EPK**
                                                                    **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**

     **Debtor.**

_____/

**ORDER REGARDING EVIDENTIARY HEARINGS ON MOTIONS TO COMPEL**
**TURNOVER OF MERCEDES-BENZ AMG G 63 AND LAMBORGHINI**
**PERFORMANTE AND CANCELLING HEARING**

These matters came before the Court for hearing on October 26, 2022 and November 16, 2022, upon the *Omar Periu's Motion to Compel Turnover of 2021 Mercedes-Benz AMG G 63 and to Abandon Title* [ECF No. 127] (the "Periu Motion") filed by Omar Periu and the *SHANEANDNINAMT, LLC's Motion to Compel Turnover of 2018 Lamborghini Performante and to Abandon Title* [ECF No. 141] (the "SHANEANDNINAMT Motion"). At the hearings, counsel for the movants requested the Court hold evidentiary hearings at the same time as the trial in the adversary proceeding referenced below. For the reasons stated on the record at the hearings, it is ORDERED and ADJUDGED:

1.      The evidentiary hearing on the Periu Motion [ECF No. 127] currently scheduled for November 28, 2022, at 9:30 a.m. is CANCELLED.

2.      The Court shall hold evidentiary hearings on the Periu Motion [ECF No. 127] and the SHANEANDNINAMT Motion [ECF No. 141] simultaneously with the trial in the adversary proceeding FVP Opportunity Fund III, LP, et al. v. Auto Wholesale of Boca, LLC, et al., Adv. Pro. No. 22-01218-EPK.

3.      The Court will enter a separate order setting the evidentiary hearings when the Court sets trial in the adversary proceeding.

###

Copy to:
Harry Winderman, Esq.

*Harry Winderman, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*