UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,              Chapter 11 (Subch. V)

          Alleged Debtor.
_____/

## DEBTOR'S OBJECTIONS TO CERTAIN EXHIBITS IDENTIFIED BY FVP AND/OR DEREK STEPHENS REGARDING NOVEMBER 28, 2022 HEARING

> **HEARING DATE: November 28, 2022**
> **TIME: 9:30 a.m.**
> **MATTER: ECF No. 114 (Derek Stephens' Motion to Compel)**

Comes Now, Debtor, Auto Wholesale of Boca, LLC, by and through undersigned counsel and pursuant to the Court's *Order Setting Evidentiary Hearing on Motion for Turnover and to Abandon Title* [ECF No. 135] (the "*Scheduling Order*"), and pursuant to Local Rule 9070-1, files and serves this instant *Debtor's Objections to Certain Exhibits Identified by FVP and/or Derek Stephens Regarding November 28, 2022 Hearing*, and states the following objections –

| FVP Exhibit No. | ECF No. | Basis of Objection/Legal Authority |
|---|---|---|
| 8 | 204- | **1. Incomplete. This document is a partial copy of a title which had 2 pages, and FVP seeks to use only one, as the second page reflects endorsement to Debtor. The complete copy of this document is identified as Debtor's Exhibit 2A (at ECF 207-2).**<br><br>Legal Authority:<br>1) *See generally, FTC vs Williams, Scott & Associates, LLC*, 2015 WL 12856779 at *2 (N.D. Ga. Nov. 4, 2015) (partial and incomplete copies do not comply with Fed. Rules of Evidence 1001(e), 1002 and 1003 and cannot be admitted). |
| 9 | 204-9 | Same Objections as above; and, additionally, these Exhibits contain **Hearsay and lack authentication**. |

| | | |
|---|---|---|
| | | This is an email communication by a non-party to a non-party in this contested matter.<br><br>**Legal Authority**:<br>FRE 801 -802 (Hearsay)<br>This Exhibit contains hearsay as it is an out of court statement for which FVP wishes to use for the purpose of establishing the truth of the matters asserted therein. *See U.S. vs Rodriguez*, 524 F.2d 485, 486-87 (5th Cir. 1975) (ruling that testimony by agent of details of informant's tip was hearsay and inadmissible).[1]<br><br>Lack of Authentication per Rule of Evidence 901. |
| 11 | 204-11 | **Hearsay** and **Lack of Authentication**.<br><br>Hearsay per Rule of Evidence 801- 802. These Exhibits contain hearsay as it is an out of court statement for which Petitioners wish to use for the purpose of establishing the truth of the matters asserted therein. *See U.S. vs Rodriguez*, 524 F.2d 485, 486-87 (5th Cir. 1975) (ruling that testimony by agent of details of informant's tip was hearsay and inadmissible).<br><br>Hearsay within Hearsay<br>These text messages are also Hearsay Within Hearsay per Rule of Evidence 805 is inadmissible. See, also, United Technologies Corp. vs Mazer, 556 F.3d 1260, 1278 (11 th Cir. 2009) (hearsay within hearsay subject to an exception is not admissible).<br><br>Lack of Authentication per Rule of Evidence 901. |
| 12-16 | 208-1 through 208-5 | **Hearsay** and **Lack of Authentication**, Lack of Reliability<br><br>Hearsay per Rule of Evidence 802. These Exhibits contain hearsay, are not the records of any partyu in this contested matter, contain false data and unreliable material and is also cumulative in part.<br> *See U.S. vs Rodriguez*, 524 F.2d 485, 486-87 (5th Cir. 1975) (ruling that testimony by agent of details of informant's tip was hearsay and inadmissible).<br><br>Lack of Authentication per Rule of Evidence 901. |

---

[1] The Eleventh Circuit has adopted, as binding precedent, decisions of the Fifth Circuit handed down prior to October 1, 1981. *Bonner v. Prichard*, 661 F.2d 1206 (11th Cir. 1981).

| | | |
|---|---|---|
| | | Fla. Stat. Sect. 201.08 provides that such debt instrument is unenforceable "unless and until the tax due thereon upon each advance that may have been made thereunder has been paid." *See, WRJ Dev., Inc. v. N. Ring Ltd.,* 979 So.2d 1046, 1047 (Fla. 3d DCA 2008) (holding that under Section 201.08(1) "[t]he case law is well established that, in an action to enforce a promissory note, the documentary taxes must be paid in order for the note to be enforceable in court."), *and Somma v. Metra Elecs. Corp.,* 727 So.2d 302, 304 (Fla. 5th DCA 1999) ("Section 201.08(1) ... clearly states that in an action to enforce a promissory note the plaintiff must establish, as a condition precedent to pursuing the action, that the taxes due on the note have been paid."). *Klein v. Royale Group, Ltd.,* 578 So.2d 394, 395 (Fla. 3d DCA 1991); *Silber v. Cn'R Indus., Inc.,* 526 So.2d 974, 977 (Fla. 1st DCA 1988). *But see*, *Glenn Wright Homes (Delray) LLC v. Lowy,* 18 So.3d 693, 696 (Fla. 4th DCA 2009) ("Section 201.08(1) does not prohibit enforcement of an unsecured promissory note in a court of this state for nonpayment of the documentary stamp tax."). |
| Stephens Exhibits | | |
| 6 | 206-6 | **Same as Objection to FVP Ex 11** |
| 7 | 206-7 | **Same as Objection to FVP Ex 9** |
| 8 | 206-8 | **Same as Objection to FVP Ex 11 and 9** |
| 9 | 206-9 | **Same as Objeciton to Stepehens ' Exhibits 6-8** |
| 10 | 206-10 | **Same as Objeciton to Stephens Exhibits 6-9** |
| 11-13 | 206-11 through 206-13 | **Hearsay and same as Obejctiosn to Stephens 6-10** |
| 17 | 206-17 | **Same as FVP Ex 8 objection and Stephens 6-13** |
| | | |
| | | |

I HEREBY CERTIFY that I am admitted to practice before the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of this Pleading has been served *via* email in pdf format via CM/ECF service immediately upon filing same with the Court, this 22nd day of November  2020 upon: those of record via CM/ECF this same date

Respectfully submitted this 22nd  day of November, 2022.

Debtor's counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164