UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

In re:                                               Case No. Case No. 9:22-bk-15627
                                                     Chapter 11
AUTO WHOLESALE OF BOCA, LLC

    Debtor.
_____/

## DEREK STEPHENS' AMENDED TRIAL WITNESS AND EXHIBIT LIST

Derek Stephens, by and through is undersigned counsel, hereby submits his Amended

Trial Witness and Exhibit List pursuant to the Court's September 29, 2022 Order Setting

Evidentiary Hearing on Motion for Turnover and to Abandon Title [D.E. 135] as follows:

## FACT WITNESS:

1. Derek Stephens

2. Scott Zankl

3. Kristin Zankl

4. Jonathan Martin

5. Keith Huston

6. Erik Mintz

7. Corporate Representative of Karma of Palm Beach

8. Corporate Representative of FVP Opportunity Fund, III, LP

9. All witnesses listed on any parties witness list in this case.

Discovery is still ongoing and Derek Stephens reserves the right to amend this Witness List.

## EXHIBIT LIST

| EXHIBIT | Date | DOCUMENT DESCRIPTION | Admitted: |
|---|---|---|---|
| **1.** | 3/11/22 | Consignment Agreement – bates stamped STEPHENS 000001 | |
| **2.** | 3/11/22 | Purchase Agreement – bates stamped STEPHENS 000002-000004 | |

1

| EXHIBIT | Date | DOCUMENT DESCRIPTION | Admitted: |
|---|---|---|---|
| 3. | 3/11/22 | Florida Vehicle Registration – bates stamped STEPHENS 000005 | |
| 4. | 3/11/22 | Chase for Business deposit check – bates stamped STEPHENS 000006 | |
| 5. | 4/8/22 | Karma Check to Derek Clayton Stephens FOR $250,000 (front and back) – bates stamped STEPHENS 000010-000011 | |
| 6. | 4/4/22-4/18/22 | Text messages – bates stamped STEPHENS 000015-000051 | |
| 7. | 6/20/22 | Email from Kristen Zankl to Rwhite@ci.boca-raton.fl.us. and Derek Stephens – bates stamped STEPHENS 000076 | |
| 8. | 4/2/22 | Email from Kristen Zankl to Michele Martin and Moshe Farache – bates stamped STEPHENS 000077 | |
| 9. | 3/16/22 | Email from Derek Stephens to Jonathan Martin with Vehicle Health Inspection– bates stamped STEPHENS 000107-000117 | |
| 10. | 10/29/21 | Email from Derek Stephens to Chad Johnson with Florida Title Documents/Loan Application – bates stamped STEPHENS 000118-000151 | |
| 11. | 4/1/22 | Karma letter regarding titles – bates stamped STEPHENS FVP000365 (Exhibit 2 to Kristen Zankl Deposition) | |
| 12. | 4/2/22 | Email from Kristen Zankl to Michele Martin, Moshe Farache– Subject: "Today's Spreadsheet" – (Exhibit 3 to Kristen Zankl Deposition) | |
| 13. | 6/20/22 | Email from Kristen Zankl to RWhite@ci.boca-raton.fl.us – Subject: "Today's Spreadsheet" – (Exhibit 4 to Kristen Zankl Deposition) | |
| 14. | 4/1/22 | Motor Vehicle Power of Attorney/Odometer Disclosure – bates stamped Stephens FVP000600 – (Exhibit 8 to Scott Zankl Deposition) | |
| 15. | 3/11/22 | Certificate of Title for 2013 Ferrari – (Exhibit 9 to Scott Zankl Deposition) | |
| 16. | 11/11/21 | Unconditional Guarantee between Scott & Kristen Zankl and Karma in favor of AWB – (Exhibit 11 to Scott Zankl Deposition) | |
| 17. | 5/17/22 | FVP's Motion for Order to Show Cause in Replevin Against Farache, AWB and MMS with inventory filed in Broward Case No. CACE 22-05125 | |

2

| EXHIBIT | Date | DOCUMENT DESCRIPTION | Admitted: |
|---|---|---|---|
| 18. | 11/14/22 | Deposition transcript of Scott Zankl | |
| 19. | 4/4-4/18 | Text messages - Exhibit 3 to Deposition of Scott Zankl | |
| 20. | 3/11/22 | Purchase Agreement; Florida Vehicle Registration; Deposit Check to Karma from Stephens $250,000 - Exhibit 7 to Deposition of Scott Zankl | |
| 21. | 4/2/22 | Karma Sold As Is – Odometer Disclosure Statement - Exhibit 10 to Deposition of Scott Zankl | |
| 22. | 11/14/22 | Deposition transcript of Kristin Zankl | |
| 23. | 11/16/22 | Deposition transcript of Keith Lee as Corporate Representative of FVP | |
| 24. | 10/12/22 | Screen Shot of Jerry Brelin Computer Screen – FVP's Exhibit 1 to Deposition of Keith Lee | |
| 25. | | Screen Shot of Computer Screen – FVP's Exhibit 2 to Deposition of Keith Lee | |
| 26. | | Exhibit R Inventory – Stephens Exhibit 1 to Deposition of Keith Lee – bates stamped FVP000386-000389 | |
| 27. | 1/26/22 | Financing Statement Form; Debtor Karma; Stephens Exhibit 3 to Deposition of Keith Lee – bates stamped FVP000344 | |
| 28. | | FVP v Karma et al; Verified Complaint for Injunctive Relief and Monetary Damages – Exhibit 4 to Deposition of Keith Lee | |

In addition to the foregoing, Derek Stephens adds the following:

- Any and all documents produced by any party in response to requests for production herein.

- Any and all exhibits necessary for impeachment or rebuttal purposes.

- Any and all documents produced through or per Subpoenas in this action.

- Any and all exhibits listed by any parties in this case (without waiver of Derek Stephens objections thereto).

- Any and all demonstrative exhibits.

- Any and all photographs.

- Any and all deposition transcripts from depositions taken in this action.

- Any and all exhibits to any deposition taken in this action.

3

As discovery is on-going, Derek Stephens reserves the right to add additional exhibits as they become known or necessary.

Respectfully submitted,

**MAURO LAW P.A.**
/s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com
Telephone: (561) 202-1992
*Counsel for Derek Stephens*

MAURO LAW | 1001 YAMATO ROAD, SUITE 401 | BOCA RATON, FLORIDA 33431 | 561.202.1992 | WWW.MAUROLAWFIRM.COM

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was filed with the Court by using the Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on November 22, 2022.

**MAURO LAW P.A.**

By: */s/ C. Cory Mauro*
C. Cory Mauro

Mauro Law | 1001 Yamato Road, Suite 401 | Boca Raton, Florida 33431 | 561.202.1992 | www.MauroLawFirm.com