10:20 ◀                    ⏸ LTE 🔋

**Scott** ›

iMessage
Mon, Apr 4, 10:50 AM

> Hey scott , you are probably hearing that I am at the dealership physically sitting in the 2013 Ferrari.  Sounds like you are having some cash flow challenges. As a business owner I get it and had to float payroll in years past off my 401k so I feel for you.
>
> I am in the car but blocked in and would hope you can either give the money to the landlord you owe him or give him another car as collateral to the landlord so we can avoid both civil and criminal matters.
>
> The landlord is being reasonable and hopeful you will do the right thing too.
>
> Derek Stephens

Derek

I have this guy
$2,700,000
million as collateral against
$2,000,000
your tile and car was never supposed
to be given
it was a mistake

iMessage



**EXHIBIT**
DEREK STEPHENS' EXHIBIT

**3 - Scott Zankl**

11-14-22      AC

exhibitsticker.com





























































