# PURCHASE AGREEMENT



KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557  **FAX** 561.998.4703



KARMA
BROWARD | PALM BEACH
*Et* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN          DATE: 3 / 11 / 2022

| | |
|---|---|
| BUYER DEREK CLAYTON STEPHENS | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH 01/19/1966 |
| ADDRESS 1263 28TH AVENUE NORTH | CITY & STATE NAPLES    FL   ZIP 34103 |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE    ZIP |

HOME PHONE (214)250-3040    BUSINESS PHONE    CELL PHONE

NEW ☐    YEAR 2017    MAKE LAMBORGHINI    MODEL HURACAN    MILEAGE 7,485

USED ☒    COLOR WHITE    TRIM    BODY TYPE RWD SYPDER

☐    ID NO. ZHWUR2ZF9HLA08239    STOCK NO. HLA08239

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 0191526 | | TOTAL SELLING PRICE | $ | 250,000.00 |
|---|---|---|---|---|---|
| YEAR 2013  MAKE FERRARI | COLOR BLACK | | TRADE ALLOWANCE − | | 230,000.00 |
| MODEL 458 ITALIA  BODY TYPE 2DR CONV | | | DIFFERENCE = | $ | 20,000.00 |
| I.D. NO. ZFFG8NHA8D0191526  MILEAGE 13,716 | | | SERVICE FEES* + | | 498 00 |
| BALANCED OWED TO TEXANS CREDIT UNION | | | SUB TOTAL * | | 20,498.00 |
| EST. AMT. OWED 112,317.25  ALLOW AMT. 230,000.00 | | | SALES TAX + | | 1,279.88 |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | ESTIMATED TAG, TITLE & REG + | | 500.00 |
| YEAR  MAKE | COLOR | | THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60.00 |
| MODEL  BODY TYPE | | | EST. BALANCE ON TRADE + | | 112,317.25 |
| I.D. NO.  MILEAGE | | | TOTAL DELIVERY PRICE = | $ | 134,655.13 |
| BALANCED OWED TO | | | DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] − | | N/A |
| EST. AMT. OWED  ALLOW AMT. | | | EXTENDED WARRANTY (taxable) + | | N/A |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | *BALANCE DUE ON DELIVERY = | $ | 134,655.13 |
| YEAR  MAKE | COLOR | | AMOUNT FINANCED = | $ | |
| MODEL  BODY TYPE | | | | | |
| I.D NO.  MILEAGE | | | | | |

BALANCED OWED TO

EST. AMT. OWED    ALLOW AMT.

**LIENHOLDER:** TEXANS CREDIT UNION
PO BOX 21867
LEHIGH VALLEY, PA 18002

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____    03/11/2022    Date

Co-Buyer Signature _____    Date

Accepted By: _____    Dealer Representative

**EXHIBIT**
DEREK STEPHENS' EXHIBIT
**7 - Scott Zankl**
11-14-22    AC
exhibitsticker.com

Please read additional terms and conditions on reverse side, before signing.

352065 07/07/21 MMP

# PURCHASE AGREEMENT

 **KARMA | PALM BEACH**

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557   **FAX** 561.998.4703

 **KARMA**
BROWARD | PALM BEACH
*Ef* **EXCELL AUTO** GROUP

SALES PERSON: JONATHAN MARTIN          DATE: 3 / 11 / 2022

| | | |
|---|---|---|
| BUYER DEREK CLAYTON STEPHENS | DRIVER'S LICENSE NO. | |
| E-MAIL | DATE OF BIRTH 01/19/1966 | |
| ADDRESS 1263 28TH AVENUE NORTH | CITY & STATE NAPLES | FL  ZIP 34103 |
| CO-BUYER | DRIVER'S LICENSE NO. | |
| E-MAIL | DATE OF BIRTH | |
| ADDRESS | CITY & STATE | ZIP |

HOME PHONE (214)250-3040     BUSINESS PHONE _____ CELL PHONE _____

NEW ☐   YEAR 2017   MAKE LAMBORGHINI   MODEL HURACAN   MILEAGE 7,485

USED ☑ (XX)  COLOR WHITE   TRIM _____ BODY TYPE RWD SYPDER

☐   ID NO. ZHWUR2ZF9HLA08239     STOCK NO. [ HLA08239 ]

| | | |
|---|---|---|
| **TRADE-IN DESCRIPTION NO. 1**    STOCK NO. 0191526 | TOTAL SELLING PRICE | $ 250,000.00 |
| YEAR 2013  MAKE FERRARI    COLOR BLACK | TRADE ALLOWANCE − | 230,000.00 |
| MODEL 458 ITALIA   BODY TYPE 2DR CONV | DIFFERENCE = | $ 20,000.00 |
| I.D. NO. ZFF68NHA8D0191526   MILEAGE 13,716 | SERVICE FEES* + | 498 00 |
| BALANCED OWED TO | SUB TOTAL * | 20,498.00 |
| EST. AMT. OWED         ALLOW AMT. 230,000.00 | SALES TAX + | 1,279.88 |
| **TRADE-IN DESCRIPTION NO. 2**    STOCK NO. | ESTIMATED TAG, TITLE & REG + | 500.00 |
| YEAR      MAKE        COLOR | THIRD PARTY PRIVATE TAG AGENCY'S FEE + | 60.00 |
| MODEL         BODY TYPE | EST. BALANCE ON TRADE + | N/A |
| I.D. NO.         MILEAGE | TOTAL DELIVERY PRICE = | $ 22,337.88 |
| BALANCED OWED TO | DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] − | N/A |
| EST. AMT. OWED        ALLOW AMT. | |
| **TRADE-IN DESCRIPTION NO. 3**    STOCK NO. | EXTENDED WARRANTY (taxable) + | N/A |
| YEAR      MAKE        COLOR | *BALANCE DUE ON DELIVERY = | $ 22,337.88 |
| MODEL        BODY TYPE | AMOUNT FINANCED = | $ |
| I.D NO.         MILEAGE | |
| BALANCED OWED TO | **LIENHOLDER:** TEXANS CREDIT UNION |
| EST. AMT. OWED        ALLOW AMT. | PO BOX 21867  LEHIGH VALLEY, PA 18002 |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.   [BUYER]
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____  03/11/2022  Date _____

Accepted By: _____  Dealer Representative

Co-Buyer Signature _____  Date _____

Please read additional terms and conditions on reverse side, before signing.

352065 07/07/21 MMP

IMPORTANT INFORMATION

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used.

For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F. S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on the roads of this state.

S. 320.02 and 627.733, F. S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:

**DEREK CLAYTON STEPHENS**
**1263 28TH AVENUE NORTH**
**NAPLES, FL 34103**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or by mail to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

| | | | |
|---|---|---|---|
| CO/AGY | 69 / 02 | T# | 1617435517 |
| | | B# | |

# FLORIDA VEHICLE REGISTRATION

| PLATE | **DDF1542** | | DECAL | | Expires | **Midnight Sat 04/09/2022** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YR/MK | **2017/LAMO** | BODY | **CV** | COLOR | **WHI** | Reg. Tax | 2.00 | Class Code | 13 |
| VIN | **ZHWUR2ZF9HLA08239** | | | TITLE | **132910489** | Init Reg. | | Tax Months | 0 |
| Plate Type | **TDL** | NET WT | **3800** | | | County Fee | | Back Tax Mos | |
| | | | | | | Mail Fee | | Credit Class | |
| | | | | | | Sales Tax | | Credit Months | |
| Date Issued | **03/11/2022** | Plate Issued | **03/11/2022** | | | Voluntary Fees | | | |
| | | | | | | Grand Total | 2.00 | | |

IMPORTANT INFORMATION

**DEREK CLAYTON STEPHENS**
**1263 28TH AVENUE NORTH**
**NAPLES, FL 34103**

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**TDL - PRINT ON DEMAND TEMP PLATE**

# CHASE *for* BUSINESS

Printed from Chase for Business

## Deposit checks

✅ We received your deposit. You can print a receipt for your records.

| Date | Checks in deposit | Amount | Deposit to | Location | Deposit description |
|---|---|---|---|---|---|
| Mar 11, 2022 | 1 | **$250,000.00** | KARMA PALM BEACH OP (...8711) | KARMA PB MAIN | |

| Scan order | Check # | Amount | Running total | Status | Actions |
|---|---|---|---|---|---|
| 1 | 0109 ▤ | $250,000.00 | $250,000.00 | — | Hide › |

Front



Back