

All:

The documents responsive to the Stephens Subpoena and Notice of Deposition for the Corp Rep deposition are provided in the below dropbox link.

These are all the relevant documents in the possession of the FVP Plaintiffs responsive to, potentially responsive to, or related to, the requested documents.

https://www.dropbox.com/sh/4qot307nszkn5yb/AACULDJJ5jD_Q7MIZXZPzkroa?dl=0

**Jerry Breslin, Attorney at Law**
**Email: JB@RichardBaronLaw.com**

**From:** Ashlie Stoken-Baring <Paralegal@maurolawfirm.com>
**Sent:** Wednesday, October 12, 2022 1:40 PM
**To:** Jerry Breslin <jb@richardbaronlaw.com>; Henry B. Handler <hbh@whcfla.com>; Harry Winderman <harry4334@hotmail.com>
**Cc:** James Miller <jbm@title11law.com>; David Softness <david@softnesslaw.com>; Brad S. Shraiberg <bss@slp.law>; steve@wellspc.com; Wolfson, Mark J. <mwolfson@foley.com>; Jonathan Schw... <jschwartz@jonschwartzlaw.com>; Cory Mauro <cory.mauro@maurolawfirm.com>; Evan Appell <evan@maurolawfirm.com>; Keith Lee <klee@feenixpartners.com>
**Subject:** Re: Derek Stephens - FVP depositions

Good afternoon everyone.