

FVP's Exhibit
2
KEITH LEE
amp - 11.16.22