FVP Stephens Bates000386

# EXHIBIT R

Stephens' Exhibit
1
KEITH LEE
amp - 11.16.22

**Exhibit R**

Stephens FVP000386

FVP Stephens Bates000387

**Karma of Palm Beach Inventory List**

03/12/22 List

| # | Year | Make | Model | VIN | Color | | Price | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | 2021 | FERRARI | SF90 | ZFF95NLA7M0265077 | BLACK | $ | 865,000 | Jan-22 |
| 2 | 2019 | FERRARI | PISTA | ZFF90HLA8K0245966 | GRAY | $ | 465,000 | Feb-22 |
| 3 | 2021 | lamborghini | URUS | ZPBUA1ZL1MLA12270 | WHITE | $ | 490,000 | Feb-22 |
| 4 | 2021 | rolls royce | CULLINAN | SLATV8C09MU204097 | WHITE | $ | 400,000 | Nov-21 |
| 5 | 2018 | lamborghini | HURICAN | ZHWUS4ZF5JLA10303 | GREEN | $ | 350,000 | Jan-22 |
| 6 | 2020 | MERCEDES | G WAGON | W1NYC7IIJ6LX362080 | BLUE | $ | 340,000 | Jan-22 |
| 7 | 2020 | MCLAREN | 720 | SBM14FCA1LW005247 | ORANGE | $ | 335,000 | Dec-21 |
| 8 | 2014 | lamborghini | AVENTADOR | ZHWUR1ZD7ELA02931 | WHITE | $ | 325,000 | Feb-22 |
| 9 | 2020 | MCLAREN | 720 | SBM14FCA5LW004229 | WHITE | $ | 325,000 | Feb-22 |
| 10 | 2017 | FERRARI | F12 | ZFF74UFA7H0221035 | RED | $ | 300,000 | Feb-22 |
| 11 | 2021 | FERRARI | ROMA | ZFF98RNA3M0263662 | BLACK | $ | 285,000 | Nov-21 |
| 12 | 2018 | MCLAREN | 720 S | SBM14DCA7JW001804 | WHITE | $ | 282,000 | Jul-21 |
| 13 | 2020 | lamborghini | URUS | ZPBUA1ZLXLLA06529 | WHITE | $ | 255,000 | Feb-22 |
| 14 | 2017 | rolls royce | WRAITH | SCA665C51HUX86688 | BLUE | $ | 235,000 | Jan-22 |
| 15 | 2021 | REZVANI | TANK | 1C4HJXDGXMW647833 | GRAY | $ | 200,000 | Feb-22 |
| 16 | 2016 | RHINO | RHINO | 1FDUF4HT2GEB79768 | BLACK | $ | 180,000 | Dec-21 |
| 17 | 2020 | Audi | R8 COUPE | WUAKBAFX5L7900209 | GRAY | $ | 170,000 | Feb-22 |
| 18 | 2016 | FERRARI | CALIFORNIA | ZFF77XJA4G0218626 | GRAY | $ | 168,000 | Feb-22 |
| 19 | 2016 | RHINO | RHINO | 1FDUF4HT0GEC58209 | BLACK | $ | 160,000 | Dec-21 |
| 20 | 2017 | MCLAREN | 570 | SBM13DAAXHW002610 | BLACK | $ | 128,000 | Dec-21 |
| 21 | 2020 | LANDROVER | RANGE ROVER | SALWZ2RE3LA720006 | BLACK | $ | 126,000 | Nov-21 |
| 22 | 2021 | PORSCHE | 718 CAYMAN | WP0AC2A82MK289016 | BLACK | $ | 125,000 | Feb-22 |
| 23 | 2000 | RADICAL | SR8 RX | SR800239 | WHITE | $ | 105,000 | Nov-21 |
| 24 | 2020 | KARMA | REVERO | 50GK43SB7LA000141 | WHITE | $ | 98,000 | Dec-21 |
| 25 | 2020 | KARMA | REVERO | 50GK43SB6LA000129 | WHITE | $ | 98,000 | Dec-21 |
| 26 | 2014 | PORSCHE | 911 | WP0AB2A94ES121195 | BLACK | $ | 95,000 | Jan-22 |
| 27 | 2020 | KARMA | REVERO | 50GK43SB2LA000094 | SILVER | $ | 91,455 | Dec-21 |
| 28 | 2019 | bmw | X7 | 5UXCX4C56KLS39222 | BLUE | $ | 80,000 | Feb-22 |
| 29 | 2018 | bmw | M5 | WBSJF0C57JB282131 | BLACK | $ | 73,000 | Dec-21 |
| 30 | 2018 | bmw | 7 SERIES | WBA7H6C58JG614866 | BLACK | $ | 69,000 | Dec-21 |
| 31 | 2021 | AERO BUILD | TRAILER | 4A9U1E615MN143050 | MULTI | $ | 57,000 | Jul-21 |
| 32 | 2018 | CADILLAC | ESCALADE | 1GYS4BKJXJR261612 | BLUE | $ | 55,000 | Jan-22 |
| 33 | 2019 | GMC | YUKON | 1GKS1CKJ8KR354378 | WHITE | $ | 48,000 | Dec-21 |
| 34 | 2014 | PORSCHE | CAYENNE | WP1AA2A22ELA00731 | BLACK | $ | 30,000 | Feb-22 |
| 35 | 2021 | MOKE | | 71803 | WHITE | $ | 22,000 | Dec-21 |
| 36 | 2021 | MOKE | | 83111 | WHITE | $ | 22,000 | Dec-21 |
| 37 | 2021 | MOKE | | 83112 | WHITE | $ | 22,000 | Dec-21 |
| 38 | 2021 | MOKE | | 83113 | WHITE | $ | 22,000 | Dec-21 |
| 39 | 2022 | MOKE | | 83114 | WHITE | $ | 22,000 | Dec-21 |
| 40 | 2022 | MOKE | | 83115 | BLACK | $ | 22,000 | Dec-21 |
| 41 | 2022 | MOKE | | 83116 | BLACK | $ | 22,000 | Dec-21 |
| 42 | 2022 | MOKE | | 83117 | WHITE | $ | 22,000 | Dec-21 |
| 43 | 2022 | MOKE | | 83118 | WHITE | $ | 22,000 | Dec-21 |
| 44 | 2022 | MOKE | | 83119 | BLACK | $ | 22,000 | Dec-21 |
| 45 | 2022 | MOKE | | 83120 | BLACK | $ | 22,000 | Dec-21 |
| 46 | 2022 | MOKE | | 83121 | BLACK | $ | 22,000 | Dec-21 |
| 47 | 2022 | MOKE | | 83122 | BLACK | $ | 22,000 | Dec-21 |
| 48 | 2022 | MOKE | | 110333 | WHITE | $ | 22,000 | Dec-21 |
| 49 | 2022 | MOKE | | 110334 | WHITE | $ | 22,000 | Dec-21 |
| 50 | 2021 | MOKE | | 120832 | BLUE | $ | 22,000 | Dec-21 |
| 51 | 2021 | MOKE | | 183111 | BLACK | $ | 22,000 | Dec-21 |
| 52 | 2021 | MOKE | | 183112 | BLACK | $ | 22,000 | Dec-21 |
| 53 | 2021 | MOKE | | 183113 | WHITE | $ | 22,000 | Dec-21 |
| 54 | 2021 | MOKE | | 183114 | BLACK | $ | 22,000 | Dec-21 |
| 55 | 2021 | MOKE | | 183115 | WHITE | $ | 22,000 | Dec-21 |
| 56 | 2021 | MOKE | | 183116 | WHITE | $ | 22,000 | Dec-21 |
| 57 | 2021 | MOKE | | 183117 | WHITE | $ | 22,000 | Dec-21 |
| 58 | 2021 | MOKE | | 183118 | WHITE | $ | 22,000 | Dec-21 |

| Number of cars in above list | 58 | Total | $ 7,936,455 |
|---|---|---|---|

Stephens FVP000387

FVP Stephens Bates000388

**Karma Broward**

3/12/2022

| | Year | Make | Model | VIN | Color | | Price |
|---|---|---|---|---|---|---|---|
| 1 | 2019 | ASTON MARTIN | DB 11 CONV | SCFRMFCW6KGMO7671 | TAN | $ | 175,000 |
| 2 | 2019 | BENTLY | BENTAYGA | SJAAM2ZV7KC027489 | WHITE | $ | 160,000 |
| 3 | 2020 | BENTLEY | GT | SCBCG2ZG0LC0LC075842 | WHITE | $ | 230,000 |
| 4 | 2021 | JEEP | GLADIATOR | 1C6HJTAG1ML571540 | BLACK | $ | 107,047 |
| 5 | 2021 | JEEP | GLADIATOR | 1C6HJTAG1ML576110 | SILVER | $ | 99,513 |
| 6 | 2020 | KARMA | REVERO | 50GK43SB9LA000027 | WHITE | $ | 72,000 |
| 7 | 2017 | LAMBORGHINI | HURACAN | ZHWUR2Z8HLA08121 | RED | $ | 240,000 |
| 8 | 2019 | LAMBORGHINI | HURACAN | ZHWUR2ZF5KLA11842 | WHITE | $ | 255,000 |
| 9 | 2020 | LAMBORGHINI | URUS | ZPBUA1ZL6LLA09315 | BLUE | $ | 293,000 |
| 10 | 2019 | MCLAREN | 600lt | SBM13RAA6KW006772 | BLUE | $ | 227,000 |
| 11 | 2018 | MCLAREN | 720s | SBM14DCA8JW000905 | BLACK | $ | 255,000 |
| 12 | 2018 | MCLAREN | 720s | SBM14DCA9JW000606 | WHITE | $ | 255,000 |
| 13 | 2019 | MCLAREN | SPIDER | SBM14FCA9KW003714 | ORANGE | $ | 281,436 |
| 14 | 2019 | MCLAREN | 600lt | SBM13RAA6KW006903 | PURPLE | $ | 230,000 |
| 15 | 2021 | MERCEDES | G63 | W1NYC7H12MX416055 | BLUE | $ | 273,000 |
| 16 | 2021 | MERCEDES | G63 | W1NYC7HJOMX390328 | WHITE | $ | 265,000 |
| 17 | 2020 | MERCEDES | G63 | W1NYC7HJOMX334940 | BLUE | $ | 225,000 |
| 18 | 2021 | MERCEDES | GLE | 4JGFD6BB0MA396703 | WHITE | $ | 103,000 |
| 19 | 2020 | MERCEDES | G WAGON | W1NYC7HJ6LX362080 | BLUE | $ | 340,000 |
| 20 | 2016 | MERCEDES | MAYERBACH | ends 65762 | BLACK | $ | 80,000 |
| 21 | 2018 | MERCEDES | METRIS | WD4PG2EE2J3366588 | BLACK | $ | 90,000 |
| 22 | 2019 | MERCEDES | S63 | ddxk8jb1ka037679 | BLACK | $ | 132,000 |
| 23 | 2021 | REZVANI | TANK | 1c4hjxg9nw139855 | BLACK | $ | 205,736 |
| 24 | 2017 | ROLLS ROYCE | DAWN | SCA666D51HU107006 | WHITE | $ | 240,000 |
| 25 | 2017 | ROLLS ROYCE | WRAITH | SCA665C54HUX86636 | BLUE | $ | 245,000 |
| 26 | 2015 | ROLLS ROYCE | WRAITH | SCA665C52FUX85546 | WHITE | $ | 185,000 |
| 27 | 2019 | RANGE ROVER | SVR | SALWZ2SE8KA817050 | GREY | $ | 115,000 |

Number of cars in the above list    27                      **Total**    **$ 5,378,732**

Stephens FVP000388

FVP Stephens Bates000389

| |
|---|
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |
| Feb-22 |

Stephens FVP000389