UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

     Debtor.                                                    Chapter 11
                                                                          Subchapter V

_____/

## SECOND OMNIBUS OBJECTION TO CLAIMS

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. **PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED**.

If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service stated in this objection, explaining why your claim should be allowed as presently filed or scheduled, and you must serve a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION**.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

Flagler Waterview Building
1515 North Flagler Drive
Suite 801
West Palm Beach, Florida 33401

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Wing Lake Capital Partners a/k/a Franklin Capital management, LLC and Franklin Capital Funding, LLC (together, "<u>Wing Lake</u>"), object to the following claims filed or scheduled in this case. The basis for this objection and the Wing Lake's recommended disposition of the claim(s) are more specifically set forth below:

{2425/001/00547843}

| | Claimants of the Debtor | | |
|---|---|---|---|
| **Claim No.** | **Name of Claimant** | **Claim Amount** | **Basis for Objection and Recommended Disposition** |
| 19-1 | Edward Brown c/o Eyal Berger, Esq. Akerman LLP 201 E. Last Olas Blvd. Ste. 1800 Fort Lauderdale, FL 33301 | $919,870.76 | Claim No. 19-1 (the "Claim"), filed by Edward Brown (the "Creditor"), alleges a secured claim in the approximate amount of $919,870.76. <br><br> Wing Lake has filed Claim Nos. 10-1 and 11-1 and a joint complaint at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "Wing Lake Claims"). For purposes of brevity the Wing Lake Claims are incorporated herein by reference. <br><br> As set forth in the Wing Lake Claims, Wing Lake is a creditor of EXCELL Auto Group, Inc., Karma of Broward, Inc. and Karma of Palm Beach, Inc. (together, the "Borrowers") via loan transactions and UCC-1 and UCC-3 filings that occurred in 2021 and 2022. Upon information and belief the Borrowers transferred property, including luxury automobiles, to Auto Wholesale of Boca, LLC (the "Debtor") such that the Debtor is not a "buyer in the ordinary course of business" under Fla. Stat. §§ 671.201(9) and 679.320 and Wing Lake's security interest attaches to such property. <br><br> In light of the foregoing, Wing Lake objects to the secured portion of the Claim to any extent the Creditor alleges a security interest in property that is senior in priority to that of Wing Lake. |
| 20-1 | Hi Bar Capital, LLC c/o Mark Wolfson, Esq. Foley & Lardner, LLP 100 North Tamp Street Suite 2700 Tampa, FL 33602 | $3,125,000.00 | Claim No. 20-1 (the "Claim"), filed by Hi Bar Capital, LLC ("Hi Bar" or the "Creditor"), alleges a secured claim in the approximate amount of $3,125,000.00. <br><br> Wing Lake has filed Claim Nos. 10-1 and 11-1 and a joint complaint at ECF No. 120 in Adversary Proceeding No. |

22-01218-EPK (together, the "Wing Lake Claims"). For purposes of brevity the Wing Lake Claims are incorporated herein by reference.

As set forth in the Wing Lake Claims, Wing Lake is a creditor of EXCELL Auto Group, Inc., Karma of Broward, Inc. and Karma of Palm Beach, Inc. (together, the "Borrowers") via loan transactions and UCC-1 and UCC-3 filings that occurred in 2021 and 2022. Upon information and belief the Borrowers transferred property, including luxury automobiles, to Auto Wholesale of Boca, LLC (the "Debtor") such that the Debtor is not a "buyer in the ordinary course of business" under Fla. Stat. §§ 671.201(9) and 679.320 and Wing Lake's security interest attaches to such property.

In light of the foregoing, Wing Lake objects to the secured portion of the Claim to any extent the Creditor alleges a security interest in property that is senior in priority to that of Wing Lake.

Additionally, as set forth in the Wing Lake Claims, Hi Bar is merchant cash advance entity that engaged in fraud whereby: (a) a non-party affiliate of Hi Bar, Spin Capital, LLC ("Spin"), transferred to Hi Bar certain receivables owing by the Borrowers, (b) Spin misrepresented to Wing Lake that the Borrowers no long owed any sums to it, while withholding the fact that the debt had merely been rebranded in the name of Hi Bar, (c) based on this misrepresentation, Wing Lake loaned substantial monies to the Borrowers, and (d) Hi Bar continued to engaged in fraud by, *inter alia*, compelling the Borrowers to enter into fraudulent "settlement agreements" to increase

{2425/001/00547843}

| | | | |
|---|---|---|---|
| | | | amounts owing, and misappropriating the collateral of legitimate lenders.  In light of the foregoing, Wing Lake requests that: (a) the Claim be stricken in its entirety on grounds of being illegal, void due to public policy and usurious, and (b) in the alternative, that the claim be equitably subordinated under 11 U.S.C. § 510. |
| 21-1 | Prestige Luxury Cars, LLC c/o Thomas Zeichman, Esq. 2385 Executive Center Drive Boca Raton, FL 33431 | $1,320,000.00 | Claim No. 21-1 (the "Claim"), filed by Prestige Luxury Cars, LLC (the "Creditor"), alleges a secured claim in the approximate amount of $1,320,000.00.<br><br>Wing Lake has filed Claim Nos. 10-1 and 11-1 and a joint complaint at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "Wing Lake Claims").  For purposes of brevity the Wing Lake Claims are incorporated herein by reference.<br><br>As set forth in the Wing Lake Claims, Wing Lake is a creditor of EXCELL Auto Group, Inc., Karma of Broward, Inc. and Karma of Palm Beach, Inc. (together, the "Borrowers") via loan transactions and UCC-1 and UCC-3 filings that occurred in 2021 and 2022.  Upon information and belief the Borrowers transferred property, including luxury automobiles, to Auto Wholesale of Boca, LLC (the "Debtor") such that the Debtor is not a "buyer in the ordinary course of business" under Fla. Stat. §§ 671.201(9) and 679.320 and Wing Lake's security interest attaches to such property.<br><br>In light of the foregoing, Wing Lake objects to the secured portion of the Claim to any extent the Creditor alleges a security interest in property that is senior in priority to that of Wing Lake. |

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case, and by First Class U.S. mail and email to all parties listed below, on November 23, 2022.

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E. Last Olas Blvd.
Ste. 1800
Fort Lauderdale, FL 33301

Hi Bar Capital, LLC
c/o Mark Wolfson, Esq.
Foley & Lardner, LLP
100 North Tampa Street, Ste 2700
Tampa, FL 33602

Prestige Luxury Cars, LLC
c/o Thomas Zeichmann, Esq.
2385 Executive Center Drive, Ste 250
Boca Raton, FL 33431

Respectfully Submitted,

**SHRAIBERG PAGE, P.A.**
Attorneys for Wing Lake
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@slp.law
Email: pdorsey@slp.law

By:    /s/ Bradley Shraiberg
       Bradley S. Shraiberg, Esq.
       Florida Bar. No. 121622
       Patrick Dorsey, Esq.
       Florida Bar. No. 008584

{2425/001/00547843}