UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                     Chapter 11
                                                Subchapter V

_____/

## THIRD OMNIBUS OBJECTION TO CLAIMS

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. **PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED**.

If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service stated in this objection, explaining why your claim should be allowed as presently filed or scheduled, and you must serve a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION**.

If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

Flagler Waterview Building
1515 North Flagler Drive
Suite 801
West Palm Beach, Florida 33401

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Wing Lake Capital Partners a/k/a Franklin Capital management, LLC and Franklin Capital Funding, LLC (together, "<u>Wing Lake</u>"), object to the following claims filed or scheduled in this case. The basis for this objection and the Wing Lake's recommended disposition of the claim(s) are more specifically set forth below:

{2425/000/00547858}

| Claimants of the Debtor | | | |
|---|---|---|---|
| **Claim No.** | **Name of Claimant** | **Claim Amount** | **Basis for Objection and Recommended Disposition** |
| 2-1 | Karma of Broward, Inc. c/o Weiss Handler & Cornell, PA 2255 Glades Road, Ste 205E Boca Raton, FL 33431 | $20,000,000 | Claim No. 2-1 (the "Claim"), filed by Karma of Broward, Inc. ("Karma"), alleges an unsecured claim in the approximate amount of $20,000,000.00.<br><br>Wing Lake has filed Claim Nos. 10-1 and 11-1 and a joint complaint at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "Wing Lake Claims"). For purposes of brevity the Wing Lake Claims are incorporated herein by reference.<br><br>As set forth in the Wing Lake Claims, and upon information and belief, various persons including Karma and Moshe Farache ("Farache") participated in a scheme during the years 2021 and 2022. Through the scheme, Farache created false paperwork to ostensibly show that after Karma or an affiliate, Karma of Palm Beach, Inc., purchased a vehicle, it would then purportedly be sold to third-party, EXCELL Auto Group, Inc. ("Excell"). Excell would then either transfer the car to Auto Wholesale of Boca, LLC (the "Debtor") and/or back to the Karma entities. These transactions occurred without fair market value actually being paid between the parties, and were done at the request of Farache who apparently believed that these transactions would give the Debtor a basis to assert a security interest in the vehicles. For example, at no time in 2021 for the over one hundred fabricated transactions where the Debtor purported to acquire ownership in the Karma entities' inventory, did |

| | | | |
|---|---|---|---|
| | | | the Debtor or Farache ever take possession of any of the vehicles. At all times the vehicles remained on the Karma entities' lots until ultimate customers bought the vehicles by paying funds directly to the Karma entities. In other words, the Karma entities sold the vehicles to the end customer. These transactions continued into 2022. On or about April 1, 2022, numerous vehicles were converted from the Karma entities' lots by the Debtor.<br><br>Upon information and belief, multiple Farache-affiliated entities such as Farache Enterprises, Inc. and M & M Development Consultants, LLC may have participated in and/or received proceeds of the foregoing scheme.<br><br>In light of the foregoing, and based on the factual and legal allegations in the Wing Lake Claims, Wing Lake requests that the Claim: (a) be stricken in its entirety under the theories of setoff, payment, and/or recoupment; unclean hands; unjust enrichment and/or in *pari delicto*; or (b) be equitably subordinated under 11 U.S.C. § 510. |
| 14-1 | Farache Enterprises, Inc. 902 Clint Moore Rd, Ste 120 Boca Raton, FL 33487 | $9,059.87 | Claim No. 14-1 (the "Claim"), filed by Farache Enterprises, Inc., alleges an unsecured claim in the approximate amount of $9,059.87.<br><br>Wing Lake has filed Claim Nos. 10-1 and 11-1 and a joint complaint at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "Wing Lake Claims"). For purposes of brevity the Wing Lake Claims are incorporated herein by reference. |

| | | | As set forth in the Wing Lake Claims, and upon information and belief, various persons including Karma of Broward, Inc. and Moshe Farache ("Farache") participated in a scheme during the years 2021 and 2022. Through the scheme, Farache created false paperwork to ostensibly show that after Karma or an affiliate, Karma of Palm Beach, Inc., purchased a vehicle, it would then purportedly be sold to third-party, EXCELL Auto Group, Inc. ("Excell"). Excell would then either transfer the car to Auto Wholesale of Boca, LLC (the "Debtor") and/or back to the Karma entities. These transactions occurred without fair market value actually being paid between the parties, and were done at the request of Farache who apparently believed that these transactions would give the Debtor a basis to assert a security interest in the vehicles. For example, at no time in 2021 for the over one hundred fabricated transactions where the Debtor purported to acquire ownership in the Karma entities' inventory, did the Debtor or Farache ever take possession of any of the vehicles. At all times the vehicles remained on the Karma entities' lots until ultimate customers bought the vehicles by paying funds directly to the Karma entities. In other words, the Karma entities sold the vehicles to the end customer. These transactions continued into 2022. On or about April 1, 2022, numerous vehicles were converted from the Karma entities' lots by the Debtor.<br><br>Upon information and belief, multiple Farache-affiliated entities |
|---|---|---|---|

{2425/000/00547858}

| | | | |
|---|---|---|---|
| | | | such as Farache Enterprises, Inc. and M & M Development Consultants, LLC may have participated in and/or received proceeds of the foregoing scheme.<br><br>In light of the foregoing, and based on the factual and legal allegations in the Wing Lake Claims, Wing Lake requests that the Claim: (a) be stricken in its entirety under the theories of setoff, payment, and/or recoupment; unclean hands; unjust enrichment and/or in *pari delicto*; or (b) be equitably subordinated under 11 U.S.C. § 510. |
| 15-1 | Moshe Farache<br>270 S. Silver Palm Road<br>Boca Raton, FL 33432 | $3,321,772.46 | Claim No. 15-1 (the "Claim"), filed by Moshe Farache, alleges an unsecured claim in the approximate amount of $3,321,772.46.<br><br>Wing Lake has filed Claim Nos. 10-1 and 11-1 and a joint complaint at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "Wing Lake Claims"). For purposes of brevity the Wing Lake Claims are incorporated herein by reference.<br><br>As set forth in the Wing Lake Claims, and upon information and belief, various persons including Karma of Broward, Inc. and Moshe Farache ("Farache") participated in a scheme during the years 2021 and 2022. Through the scheme, Farache created false paperwork to ostensibly show that after Karma purchased a vehicle, it would then purportedly be sold to third-party, EXCELL Auto Group, Inc. ("Excell"). Excell would then either transfer the car to Auto Wholesale of Boca, LLC (the "Debtor") and/or back to Karma or its affiliate, Karma of Palm Beach, Inc. These transactions occurred without |

| | | | fair market value actually being paid between the parties, and were done at the request of Farache who apparently believed that these transactions would give the Debtor a basis to assert a security interest in the vehicles. For example, at no time in 2021 for the over one hundred fabricated transactions where the Debtor purported to acquire ownership in the Karma entities' inventory, did the Debtor or Farache ever take possession of any of the vehicles. At all times the vehicles remained on the Karma entities' lots until ultimate customers bought the vehicles by paying funds directly to the Karma entities. In other words, the Karma entities sold the vehicles to the end customer. These transactions continued into 2022. On or about April 1, 2022, numerous vehicles were converted from the Karma entities' lost by the Debtor.<br><br>Upon information and belief, multiple Farache-affiliated entities such as Farache Enterprises, Inc. and M & M Development Consultants, LLC may have participated in and/or received proceeds of the foregoing scheme.<br><br>In light of the foregoing, and based on the factual and legal allegations in the Wing Lake Claims, Wing Lake requests that the Claim: (a) be stricken in its entirety under the theories of setoff, payment, and/or recoupment; unclean hands; unjust enrichment and/or in *pari delicto*; or (b) be equitably subordinated under 11 U.S.C. § 510. |
|---|---|---|---|

{2425/000/00547858}

| 17-1 | M & M Development Consultants, LLC 6560 W. Rogers Cir, Ste B27 Boca Raton, FL 33487 | $1,289,168.77 | Claim No. 17-1 (the "Claim"), filed by M & M Development Consultants, LLC, alleges an unsecured claim in the approximate amount of $1,289,168.77. |
|---|---|---|---|

Claim No. 17-1 (the "Claim"), filed by M & M Development Consultants, LLC, alleges an unsecured claim in the approximate amount of $1,289,168.77.

Wing Lake has filed Claim Nos. 10-1 and 11-1 and a joint complaint at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "Wing Lake Claims"). For purposes of brevity the Wing Lake Claims are incorporated herein by reference.

As set forth in the Wing Lake Claims, and upon information and belief, various persons including Karma of Broward, Inc. and Moshe Farache ("Farache") participated in a scheme during the years 2021 and 2022. Through the scheme, Farache created false paperwork to ostensibly show that after Karma purchased a vehicle, it would then purportedly be sold to third-party, EXCELL Auto Group, Inc. ("Excell"). Excell would then either transfer the car to Auto Wholesale of Boca, LLC (the "Debtor") and/or back to Karma or its affiliate, Karma of Palm Beach, Inc. These transactions occurred without fair market value actually being paid between the parties, and were done at the request of Farache who apparently believed that these transactions would give the Debtor a basis to assert a security interest in the vehicles. For example, at no time in 2021 for the over one hundred fabricated transactions where the Debtor purported to acquire ownership in the Karma entities' inventory, did the Debtor or Farache ever take possession of any of the vehicles. At all times the vehicles remained

| | | | on the Karma entities' lots until ultimate customers bought the vehicles by paying funds directly to the Karma entities. In other words, the Karma entities sold the vehicles to the end customer.  These transactions continued into 2022. On or about April 1, 2022, numerous vehicles were converted from the Karma entities' lost by the Debtor.<br><br>Upon information and belief, multiple Farache-affiliated entities such as Farache Enterprises, Inc. and M & M Development Consultants, LLC may have participated in and/or received proceeds of the foregoing scheme.<br><br>In light of the foregoing, and based on the factual and legal allegations in the Wing Lake Claims, Wing Lake requests that the Claim: (a) be stricken in its entirety under the theories of setoff, payment, and/or recoupment; unclean hands; unjust enrichment and/or in *pari delicto*; or (b) be equitably subordinated under 11 U.S.C. § 510. |
|---|---|---|---|

{2425/000/00547858}

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court

for the Southern District of Florida and I am in compliance with the additional qualifications to

practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via

Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case,

and by First Class U.S. mail and email to all parties listed below, on November 23, 2022.

Karma of Broward, Inc.
c/o Weiss Handler & Cornell, PA
2255 Glades Road, Ste 205E
Boca Raton, FL 33431

Farache Enterprises, Inc.
902 Clint Moore Rd, Ste 120
Boca Raton, FL 33487

Moshe Farache
270 S. Silver Palm Road
Boca Raton, FL 33432

M & M Development Consultants, LLC
6560 W. Rogers Cir, Ste B27
Boca Raton, FL 33487

Respectfully Submitted,

**SHRAIBERG PAGE, P.A.**
Attorneys for Wing Lake
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@slp.law
Email: pdorsey@slp.law

By:    /s/ Bradley Shraiberg
        Bradley S. Shraiberg, Esq.
        Florida Bar. No. 121622
        Patrick Dorsey, Esq.
        Florida Bar. No. 008584

{2425/000/00547858}