UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                Chapter 11 (Subch. V)

        Alleged Debtor.

_____/

**DEBTOR'S *EX PARTE* MOTION**
**FOR SHORT EXTNETION TO FILE**
**FEE APPLICATION**

Comes Now, Debtor, Auto Wholesale of Boca LLC, by and through undersigned counsel and files and serves this instant *Debtor's Ex Parte Motion For Short Extension To File Fee Application*, and states the following in support thereof:

1.  Debtor is a Debtor-in-Possession under Chsapter 11 Subchapter V as of iots petition date, July 22, 2022.

2.  Since the commencement of the Case, Debtor has been in litigation mode with various parties-in-interest in both the Parent Case and the related Adversary Proceeding (#22-01218-EPK) regarding, among other things, freezing of Debtor's assets, determination of right, title and interest and priority and extent of liens.

3.  The Debtor is currently preparing for an evidentiary hearing on an interested party's claim as to a certain vehicle [*see* ECF #114] set for Monday, November 8th, 2022.

4.  In the interim the Debtor has timely filed and served its proposed Plan of Reorganization, and this Court has entered its Scheduling Order on the Plan [see ECF No.166] wherein the Court has set certain deadlines, including the deadline to file fee applications as of November 23rd, 2022.

5.  Because this week (the week of November 21, 2022) is shortened due to holiday, and the undersigned has been preparing for the upcoming hearing of November 28th, 2022 (including review of proposed exhibits of all parties,

preparing and filing appropriate objections thereto and conferring with opposing counsel on the matter), as well as reviewing claims and filing appropriate objections thereto, the undersigned is out of town and trying to do all of this remotely with a reduced staff, the undersigned is unable to timely comply with the current deadline of November 23rd, 2022.

6. Therefore, it is requested the Court grant a short extension of two (2) business days, through November 29th, 2022 to timely file the final fee application of the undersigned.

7. As no party-in-interest is prejudiced by this request it is requested the Court grant said extension on an *ex parte* basis.

WHEREFORE, Debtor requests an order granting this Motion and for such other and further relief this Court deems equitable and just.

Dated: November 23rd, 2022.

Debtor's counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

I HEREBY CERTIFY that I am admitted to practice before the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A)

.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

I HEREBY CERTIFY that a true and correct copy of this Pleading has been served *via* email in pdf format via CM/ECF service immediately upon filing same with the Court, this 23rd day of November, 2022, upon those counsel of record *via* CM/ECF this same date and via US Mail upon those named on the attached service list.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164