**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**AUTO WHOLESALE OF BOCA, LLC,**

**CASE NO. 22-15627-EPK**

Debtor.

_____/          Chapter 11 - Subchapter 5

**FIRST OMNIBUS OBJECTIONS TO CLAIMS BY**
**FVP OPPORTUNITY FUND III, LP, FVP INVESTMENTS LLC**
**AND FVP SERVICING, LLC**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. **PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED.**

If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service stated in this objection, explaining why your claim should be allowed as presently filed or scheduled, and you must serve a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name and case number, and must be filed with the Clerk of the United States Bankruptcy Court:

Flagler Waterview Building
1515 North Flagler Drive
Suite 801
West Palm Beach, Florida 33401

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, the "FVP Parties")

object to the following claims filed or scheduled in this case, expressly in addition to joining all other objections made against the claimants listed below. The basis for this objection and the FVP Parties' recommended disposition of the claim(s) are more specifically set forth below:

| Claim No. | Name of Claimant | Claim Amount | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 10-1 | Franklin Capital Funding, LLC c/o Bradley Shraiberg, Esq. SHRAIBERG PAGE, PA 2385 NW Exec. Center Dr. Ste. 300 Boca Raton, FL 33431 | | Claim No. 10-1 (the "First Franklin Claim"), filed by Franklin Capital Funding LLC ("Franklin"), alleges a secured claim in the approximate amount of $ 6,535,055.13.<br><br>The FVP Parties have filed Claim Nos. 7-1, 8-1 and 9-1, along with a joint complaint, pending amendment, at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "FVP Claims"). For purposes of brevity, the FVP Claims are incorporated herein and hereto by reference.<br><br>FVP's objections include that Franklin's loan relationship is with Excell Auto Group Inc., and that the vehicles claimed by FVP to be its collateral for its loan to the Dealerships are owned by the Dealerships and not Excell Auto Group Inc., rendering Franklin to have no interest in same.<br><br>In light of the foregoing, the FVP Parties object to the secured portion of the First Franklin Claim to any extent Franklin alleges a security interest in property that is senior in priority to that of the FVP Parties Claim. |
| 11-1 | Franklin Capital Funding LLC c/o Bradley Shraiberg, Esq. SHRAIBERG PAGE, PA | | Claim No. 11-1 (the "Second Franklin Claim"), filed by Franklin Capital Funding LLC |

| | | | |
|---|---|---|---|
| | 2385 NW Exec. Center Dr. Ste. 300 Boca Raton, FL 3343 | | ("Franklin"), alleges a secured claim in the approximate amount of $ 6,535,055.13.<br><br>The FVP Parties have filed Claim Nos. 7-1, 8-1 and 9-1, along with a joint complaint, pending amendment, at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "FVP Claims"). For purposes of brevity, the FVP Claims are incorporated herein and hereto by reference.<br><br>FVP's objections include that Franklin's loan relationship is with Excell Auto Group Inc., and that the vehicles claimed by FVP to be its collateral for its loan to the Dealerships are owned by the Dealerships and not Excell Auto Group Inc., rendering Franklin to have no interest in same.<br><br>In light of the foregoing, the FVP Parties object to the secured portion of the First Franklin Claim to any extent Franklin alleges a security interest in property that is senior in priority to that of the FVP Parties Claim. |
| 16 | Calvin Erbstein c/o Scott Gherman, Esq. SCOTT C. GHERMAN PA 902 Clint Moore Rd., Ste. 120 Boca Raton, FL 33487 | $1,000,000.00 | Claim No. 16 (the "Erbstein Claim"), filed by Calvin Erbstein ("Erbstein"), alleges an unsecured claim in the approximate amount of $1,000,000.00.<br><br>The FVP Parties have filed Claim Nos. 7-1, 8-1 and 9-1, along with a joint complaint, pending amendment, at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "FVP Claims"). For purposes of brevity, the FVP |

| | | | |
|---|---|---|---|
| | | | Claims are incorporated herein and hereto by reference.<br><br>FVP's objections include that the vehicles unlawfully taken from the Dealerships by the Debtor and its members, which were collateral for FVP's loan to the Dealerships, eclipse the value of the estate, and thus Erbstein's unsecured Claim.<br><br>In light of the foregoing, the FVP Parties object to the unsecured portion of the Erbstein Claim to any extent Erbstein alleges an interest in property that is senior in priority to that of the FVP Parties. |
| 19-1 | Edward Brown<br>c/o Eyal Berger<br>AKERMAN LLP<br>201 E. Las Olas Blvd.<br>Ste. 1800<br>Fort Lauderdale, FL 33301 | $919,870.76 | Claim No. 19-1 (the "Brown Claim"), filed by Edward Brown ("Brown"), alleges a secured claim in the approximate amount of $919,870.76.<br><br>The FVP Parties have filed Claim Nos. 7-1, 8-1 and 9-1, along with a joint complaint, pending amendment, at ECF No. 120 in Adversary Proceeding No. 22-01218-EPK (together, the "FVP Claims"). For purposes of brevity, the FVP Claims are incorporated herein and hereto by reference.<br><br>FVP's objections include that Brown merely had the privilege of driving the cars he claims ownership of as a benefit of his business relationship with Karma of Broward Inc. and Karma of Palm Beach Inc. (the "Dealerships"), which entitled Brown to drive those cars on dealer plates and without paying sales tax as he never purchased the cars. Indeed, these cars all |

| | | | |
|---|---|---|---|
| | | | along were the Dealership's inventory property owned by the Dealership – facilitating their being driven on Dealership dealer plates.<br><br>In light of the foregoing, the FVP Parties object to the secured portion of the Brown Claim to any extent Brown alleges a security interest in property that is senior in priority to that of the FVP Parties. |

Respectfully submitted this November 23, 2022 by:

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mails: JB@RichardBaronLaw.com
          EService@RichardBaronLaw.com

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 341-3111
E-mail: David@SoftnessLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel.: (973) 936-2176
E-mails: jschwartz@jonschwartzlaw.com
          JNSEsquire@gmail.com

*Co-Counsel for*
*FVP Opportunity Fund III, LP, FVP Investments LLC and FVP Servicing, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon: the office of the US Trustee by serving

Case No. 22-15627-EPK
**ADV. PROC. CASE NO. 22-01218-EPK**
FVP's First Omnibus Objections to Claims
Page 6 of 6

Heidi A. Feinman, Esq. at Heidi.A.Feinman@usdoj.gov, upon the Subchapter5 Trustee by serving Linda Leali, Esq. at lleali@lealilaw.com, upon the Debtor/Defendant by serving James B. Miller, Esq. at bkcmiami@gmail.com, upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw, upon the Karmas of Broward and Palm Beach, by serving Harry Winderman, Esq. at harry4334@hotmail.com, upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com, and upon Hi Bar by serving Mark Wolfson, Esq. at MWolfson@foley.com and Jason DeJonker, Esq., at jason.DeJonker@bclplaw.com and Jarrett Hitchings, Esq. at Jarret.hitchings@bclplaw.com, Calvin Erbstein by serving Scott Gherman, Esq., at **sgherman@scottghermanpa.com**; Prestige Luxury Cars, LLC by serving Thomas Zeichman, Esq. at tzeichman@bmulaw.com; Derek Stephens by serving Cory Mauro, Esq. at cory@maurolawfirm.com, and Woodside Credit, LLC by serving Zach Shelomith, Esq. at zbs@lss.law.

/s/ David R. Softness
David R. Softness, Esq.