**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                  **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**                    **Case No.: 22-15627-EPK**

        **Debtor.**

_____/

**SUMMARY OF FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE**

1. Name of Applicant: Linda Leali, Esq.

2. Role of Applicant: Subchapter V Trustee

3. Name of Certifying Professional: Linda M. Leali, Esq.

4. Date case filed: July 22, 2022

5. Date of Retention Order: n/a

   **IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

6. Period for this Application: July 22, 2022 – November 23, 2022

7. Amount of Compensation Sought: $26,562.50

8. Amount of Expense Reimbursement Sought: $0

   **IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

9. Total Amount of Compensation Sought during case: n/a

10. Total Amount of Expense Reimbursement Sought during case: n/a

11. Amount of Original Retainer (s) Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: n/a

12. Current Balance of Retainer(s) remaining: n/a

13. Last monthly operating report filed (Month/Year & ECF No.): Oct. 2022; ECF No. 189

14. If case is Chapter 11, current funds in the Chapter 11 estate: Unknown

15. If case is Chapter 7, current funds held by Chapter 7 trustee: n/a

**Fee Application**

Linda Leali, Subchapter V Trustee, applies for compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016 and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

**Exhibit "1"** – Fee Application Summary Chart NOT APPLICABLE

**Exhibits "2-A" and "2-B"-** Summary of Professional and Paraprofessional Time.

**Exhibit "3**" - Summary of Requested Expenses. NOT APPLICABLE

**Exhibit "4"** - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The applicant believes that the requested fee, of $26,562.50 for 62.5 hours worked is reasonable considering the nature, extent, and the value of such services, taking into account all relevant factors, including:

This case commenced as a voluntary petition pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code, and Linda M. Leali was appointed as the Subchapter V Trustee on July 25, 2022 (the "Trustee"). Upon appointment, the Trustee agreed to compensation for services a discounted hourly rate of $425, in addition to seeking reimbursement for any actual and necessary expenses.

During this interim period, the Trustee spent significant time working with the debtor and creditors in an effort to gain clarity on the state of the Debtor's financial affairs with a goal that the creditors and debtor may reach a consensual resolution in the case. The Trustee reviewed the docket filings; attended various hearings; reviewed pertinent pleadings and corresponded with the

Office of the U.S. Trustee, Debtor's counsel and the attorneys for Debtor's creditors; and reviewed and provided insight on the chapter 11 plan and monthly operating reports. The Trustee spent substantial time on seeking to reach a consensual agreement on a plan among the various interested parties. Trustee participated in three settlement conferences and follow up calls regarding settlement. Attached hereto is a detailed statement of services, time expended, and expenses incurred during the time period from July 22, 2022 through November 23, 2022, with an estimate of 5 hours expected to be incurred from the date on which the fee application is filed through the Confirmation Hearing.

The Trustee has not received any compensation in this case to date. The Trustee confirms that she has no agreement to share compensation in this case.

The time spent on such services was reasonable considering the nature of the case. The time and labor that are required in this case are necessary to the success of this case. The rate charged for such services is reasonable and in line with industry norm. The hourly fee that is being charged by the Trustee is reasonable and compares favorably to the customary fee charged by other attorneys in the local community practicing as Subchapter V Trustees before the Bankruptcy Court. The rates are at or below market for attorneys of similar skills and experience.

The services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of the case. The services rendered by the Trustee were necessary for the successful completion of this case. The professional and efficient services rendered by the Trustee's professionals contributed to the successful result this case. The services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

Linda Leali, Esq. has extensive experience and expertise with bankruptcy reorganizations. She has been involved in some of the largest bankruptcy cases in U.S. history.  In 2018, Ms. Leali was also appointed to the council of the Business Law Section of the American Bar Association. Prior to that time, she served as the Chair and Co-chair, respectively, of the Consumer Bankruptcy Committee and Avoidance Power Sub-committee of the American Bar Association.

The compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11. The amount requested by Trustee is reasonable in comparison to awards in cases of similar nature and complexity. The rated charged by the Trustee are commensurate with the rates charged by similarly skilled practitioners.

The Trustee seeks an award of fees in the amount of $26,562.50 and costs in the amount of $0 and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 23th day of November 2022.

LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL  33134
Telephone:     (305) 341-0671

By:     /s/ Linda Leali
        LINDA LEALI
        lleali@lealilaw.com
        Florida Bar No. 186686
        *Subchapter V Trustee*

## CERTIFICATION

1.    I am responsible (the "Applicant") in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines")

2.    I have read the application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.    The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.    The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None.

I HEREBY CERTIFY that the foregoing is true and correct.

DATED: November 23, 2022.


LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL  33134
Telephone:     (305) 341-0671

By:     */s/ Linda Leali*
        LINDA LEALI
        lleali@lealilaw.com
        Florida Bar No. 186686
        *Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on November 23, 2022, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

By: */s/ Linda Leali*
LINDA LEALI
Florida Bar No. 186686

## FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

**EXHIBIT "1"**

**Summary of Professional Time**
**Total per Individual for this Period Only**

**(EXHIBIT "2-A")**

| Name | Partner, Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate* | Fee |
|------|----------------------------------------|---------------|-------------|----------------------|-----|
| Linda Leali, Esq. | Subchapter V Trustee | 1999 | 62.5 | $425.00 | $26,562.50 |

Total fees:                                                                                          $ 26,562.50

**EXHIBIT "2"**

### Summary of Professional Time by
### Activity Code Category for this Time Period Only

### (EXHIBIT "2-B")

**Activity Code:  <u>Case Administration</u>:**

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Linda Leali | $425.00 | 53.7 | $22,822.50 |

Activity Subtotal: $ 22,822.50

**Activity Code:  <u>Fee Application</u>:**

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Linda Leali | $425.00 | 1.0 | $425.00 |

Activity Subtotal: $ 425.00

**Activity Code:  <u>Plan</u>:**

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Linda Leali | $425.00 | 7.8 | $3,315.00 |

Activity Subtotal: $ 3,315.00

<u>Summary of Requested Reimbursement Of Expenses</u>
<u>for this Time Period Only</u>

1.  Filing Fees                                          $_____

2.  Process Service Fees                                 $_____

3.  Witness Fees                                         $_____

4.  Court Reporter Fees and Transcripts                  $_____

5.  Lien and Title Searches                              $_____

6.  Photocopies

    (a) In-house copies ($_____ at 15¢/page)          $_____

    (b) Outside copies ($_____)                       $_____

7.  Postage                                              $_____

8.  Overnight Delivery Charges                           $_____

9.  Outside Courier/Messenger Services                   $_____

10. Long Distance Telephone Charges                      $_____

11. Long Distance Fax Transmissions

    (copies at $1/page)                                  $_____

12. Computerized Research                                $_____

13. Out-of-Southern-District-of-Florida Travel           $_____

    (a)  Transportation        ($_____)

    (b)  Lodging               ($_____)

    (c)  Meals                 ($_____)

14.   Other Permissible Expenses (must specify and justify)          $_____

     (a) _____          ($_____)

     (b) _____          ($_____)


Total Expense Reimbursement Requested          $_____

**EXHIBIT "3"**

**EXHIBIT "4"**

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/26/2022 | Review various pleadings in case, adversary and state case. | 1.2 | $425.00 | $510.00 |
| 8/2/2022 | Contiued review various pleadings in the cases, calls with David Softness & Alan Crane; attend IDI. | 2.8 | $425.00 | $1,190.00 |
| 8/3/2022 | Review response filed by Debtor; email to J. Moon regarding same. | 0.7 | $425.00 | $297.50 |
| 8/3/2022 | Participate in hearing on freeze order and motion on insurance payments. | 2.1 | $425.00 | $892.50 |
| 8/5/2022 | Review order on selling cars; review affidavits associated with abandonment motion. | 0.3 | $425.00 | $127.50 |
| 8/10/2022 | Review pleadings & response filed (that was stricken); call with J. Miller; call with M. Wolfson; attend hearing. | 1.5 | $425.00 | $637.50 |
| 8/18/2022 | Call with J. Miller regarding potential settlement to sell cars and reach out to Mark Wolfson regarding same. | 0.2 | $425.00 | $85.00 |
| 8/25/2022 | Review pleading sent by Evan Appell re: Lippman. Reach out to debtor's counsel regarding same. | 0.4 | $425.00 | $170.00 |
| 8/30/2022 | Follow up regarding settlement conference; review pleadings ahead of tomorrow's hearing; calls with J. Miller and creditor to resolve motion on return of car. | 1.1 | $425.00 | $467.50 |
| 8/31/2022 | Prepare for and attend 341 meeting (1.2); call with J. Miller regarding dispute with auto owner and counsel to Lippy (.3); call with J. Miller regarding case (.3); call with M. Wolfson regarding discovery needed and case (.3); call with H. Feinman re: case (.1); participate in hearing (.5). | 2.7 | $425.00 | $1,147.50 |
| 9/1/2022 | Confer with j. Miller re matter; review request for information and circulate to group. | 0.7 | $425.00 | $297.50 |
| 9/7/2022 | Attend hearing and follow up with J. Miller and D. Softness regarding settlement. | 1 | $425.00 | $425.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 9/7/2022 | Review motion re: turnover, review state court docket, confer with J. Miller; meeting with FVM group. | 1 | $425.00 | $425.00 |
| 9/8/2022 | Review pleading; confer with participating parties regarding settlement options and recent motion filed; confer with Judge Russin regarding certain timing issues; review proposed orders provided by D. Softness. | 1.6 | $425.00 | $680.00 |
| 9/13/2022 | Initial read of settlement statements; follow-up emails regarding settlement conference; reach out regarding participation in settlement conference. | 1.9 | $425.00 | $807.50 |
| 9/14/2022 | Respond to inquiry from C. Mauro and confer with J. Miller regarding same (.2) call with B. Marks regarding settlement options (.3); participate in hearing (1.5); follow up on letter of credit and settlement agreement in call with J. Miller (.2). | 2.2 | $425.00 | $935.00 |
| 9/14/2022 | Attention to various issues regarding upcoming settlement conference and potential settlement options with J. Miller and M. Wolfson and D. Softness. | 0.8 | $425.00 | $340.00 |
| 9/20/2022 | Update call from J. Miller; call with B. Shraiberg regarding case and potential settlement options. | 0.6 | $425.00 | $255.00 |
| 9/21/2022 | Attend settlement conference. | 7 | $425.00 | $2,975.00 |
| 9/27/2022 | Review pleadings regarding consigned car, including response and documents; email to Jim. | 0.5 | $425.00 | $212.50 |
| 9/27/2022 | Call from J. Miller regarding case (.5); send email to group regarding status of acceptance/counteroffer of Debtor's proposal (.1). | 6 | $425.00 | $2,550.00 |
| 9/28/2022 | Review of pleadings; (.2) participate in hearing (1.3); follow up call with J. Miller (.5). | 2 | $425.00 | $850.00 |
| 10/4/2022 | Prepare for and participate in hearing. | 0.9 | $425.00 | $382.50 |
| 10/6/2022 | Call with B. Shraiberg (.3); call with J. Miller (.1) ahead of continued settlement conference. | 0.4 | $425.00 | $170.00 |

| | | | | |
|---|---|---|---|---|
| 10/7/2022 | Participate in settlement conference; and post calls with B. Shraiberg and J. Miller. | 3.9 | $425.00 | $1,657.50 |
| 10/17/2022 | Call with J. Miller regarding case and plan formulation. | 0.3 | $425.00 | $127.50 |
| 10/24/2022 | Review two motions and objections, review plan projections and liquidation analysis, review Excel document, confer with J Miller regarding comments thereto. | 1.2 | $425.00 | $510.00 |
| 10/26/2022 | Attend hearing in main case and adversary. | 1.2 | $425.00 | $510.00 |
| 11/1/2022 | Calls with multiple parties regarding settlement options; Call with E. Silver regarding client claims and follow up regarding same. | 1 | $425.00 | $425.00 |
| 11/2/2022 | Participate in settlement conference. | 6.5 | $425.00 | $2,762.50 |
| 11/4/2022 | Begin drafting fee application. | 0.4 | $425.00 | $170.00 |
| 11/14/2022 | Call with J. Miller regarding status; review confidentiality agreement/orders in file, clean up and send to Jim. | 1 | $425.00 | $425.00 |
| 11/15/2022 | Call with J. Miller regarding status of depositions and case. | 0.3 | $425.00 | $127.50 |
| 11/17/2022 | Call with J. Miller regarding yesterday's hearing; review plan regarding releases; review law regarding same; send email to  J. Miller regarding releases and recoveries on avoidance actions. | 1.2 | $425.00 | $510.00 |
| 11/21/2022 | Draft NOA in Benidt Investments adv case | 0.2 | $425.00 | $85.00 |
| 11/23/2022 | File NOA | 0.1 | $425.00 | $42.50 |
| 11/23/2022 | Draft Final Fee Application | 0.6 | $425.00 | $255.00 |
| | Estimate of the fees and costs expected to be incurred from the date on which the fee application is filed through the Confirmation Hearing | 5 | $425.00 | $2,125.00 |

**Total**  **62.5**  **$26,562.50**