**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,            Case No.: 22-15627-EPK

      Debtor.

_____/

**ADVERSARY PLAINTIFFS' AMENDED EXHIBITS REGISTER**
**NOVEMBER 28, 2022 EVIDENTIARY HEARING**

COMES NOW, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively, the "Adversary Plaintiffs") and hereby file their Exhibits Register for the Evidentiary Hearing Scheduled for November 28, 2022 on Derek Stephens Motion to Compel Turnover.

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Ferrari Purchase Agreement dated 3/12/2021 | | | |
| 2 | Consignment Agreement dated 3/11/2022 | | | |
| 3 | Two Purchase Agreements dated 3/11/2022 | | | |
| 4 | Check to Karma of Palm Beach from Derek Stephens for $250,000.00 dated March 11, 2022. | | | |
| 5 | Trade In Seller's Paperwork and Odometer Statement for Ferrari 3/11/2022 | | | |
| 6 | Loan Paperwork from Texas Credit Union dated for Lamborghini Loan dated March 11, 2022 | | | |
| 7 | Check from TCU to Karma of Palm Beach for $22,337.88 dated 3/11/2022 | | | |

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 8 | Title Transfer of Ferrari from Derek Stephens to Karma of Palm Beach dated 3/11/2022 | | | |
| 9 | Email from Alana Bailey to Scott Zankl dated March 15, 2022 | | | |
| 10 | Post Dated Check From Karma to Stephens dated April 8, 2022 delivered to Derek Stephens on April 4, 2022 | | | |
| 11 | Text Messages Between Scott Zankl and Derek Stephens April 4, 2022 through April 18, 2022 | | | |
| | Added 11.18.2022 | | | |
| 12 | Check Register Data | | | |
| 13 | Deal Analysis Capped Only | | | |
| 14 | GL Data 191526 | | | |
| 15 | GL Data A08239 | | | |
| 16 | Vehicle Acquisition Report | | | |
| 17 | Pages from SB1365930 Check from TCU | | | |
| 18 | Pages from SB1365930 Check to KPB | | | |
| 19 | Records From Texans Credit Union | | | |
| | | | | |
| | | | | |

Dated: November 26, 2022.

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 763-8708
E-mail: david@softnesslaw.com

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail: JB@RichardBaronLaw.com
EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111, Doral, FL
E-mail:    jschwartz@jonschwartzlaw.com