

## BUSINESS RECORDS AFFIDAVIT

**STATE OF TEXAS**

**COUNTY OF DALLAS**

Before me, the undersigned authority, personally appeared Elizabeth Rance known by me to be the person whose name is subscribed to in this affidavit, who being by me first duly sworn, deposes and states as following:

My name is Elizabeth Rance. I am of sound mind, over the age of 18 and capable of making this affidavit and am personally acquainted with the facts herein stated:

I am the Custodian of Records of Texans Credit Union. In my full capacity as the Senior Manager of Member Connect for Texans Credit Union, I have access to and control and custody of Texans Credit Union records relating to the account of Derek Clayton Stephens.

Attached hereto are 3 pages of business records produced by Texans Credit Union.

All documents attached hereto are true and correct copies and were made or compiled in the regular course of business of Texans Credit Union. It was the regular course of business of Elizabeth Rance or an employee or representative of Texans Credit Union with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record, and such records were made or compiled at or near the time or reasonably soon thereafter. The documents attached hereto are originals or exact duplicates of the originals.

Those documents attached hereto were kept and maintained as described in this affidavit.

Witness my hand and seal this 22nd day of November, 2022.

_____
**Affiant**

Sworn to and subscribed before me this 22nd day of November 2022, by Elizabeth Rance who is personally known to me to be the person named herein, and to whom an oath was administered, for which witness my hand and official seal this day.

_____
**NOTARY PUBLIC**
My Commission Expires: 3/23/2026

Christopher Shell
MY COMMISSION EXPIRES
03/23/2026
NOTARY ID: 133660313

INVOICE



**P.O.Box 853912**
**Richardson, Texas 75085-3912**
**Phone: 972-348-2399**

|  | **Date:** | 11/22/2022 |
|---|---|---|

**To:**
Offices of Jerry Breslin                    **For:**
DuPont Bldg. Ste. 700                              Derek Stephens
169 East Flagler St, Miami FL 33131

| Description | Quantity / Hours | Rate | Amount |
|---|---|---|---|
| Labor - Clerical / Technical | 0 | 22.00 | $0.00 |
| Labor - Manager/ Supervisor | 1.5 | 30.00 | $45.00 |
| 32 document copies | 32 | 0.25 | $3.00 |
| FedEx- Overnight | 1 | TBD | $35.42 |
| Payment(s) Received |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **Total** |  |  | $83.42 |

Texans Credit Union Tax ID: **75-0992590**
Please make all checks payable to Texans Credit Union and mail to my attention at the address above.

Sincerely,
Liz Rance
Manager of Support Services
elizabeth_rance@texanscu.org

 **TEXANS** CREDIT UNION

# New Loan Set-Up

## Member Information

| DEREK C STEPHENS | ██████6842 | 0006 |
|---|---|---|
| Member Name | Member Number | New Loan Account Number |

## Loan Details

| Vehicle/Direct Auto | | Refinance from Other Institution | | 10/29/2021 | 70188 |
|---|---|---|---|---|---|
| Product | | Purpose | | Booked Date | Application ID |
| $119,057.90 | $2,592.81 | Monthly | 48 | 12/15/2021 | ACH Transfer | 0347673101023 |
| Balance/ Credit Limit | Payment Amount | Frequency | Term | 1st Due Date | Payment Method | TCU Transfer Acct# |
| 2.140 | A+ | Voyda, Christine | | | eSign | |
| Interest Rate | Credit Tier | Underwriter | | | Closing Location | |

## Collateral

| 2013 Ferrari 458 | ZFF68NHA8D0191526 |
|---|---|
| Description | VIN |

## Insurance

| No | No | No | No |
|---|---|---|---|
| Single Credit Life | Joint Credit Life | Single Credit Disability | Joint Credit Disability |
| No | No | | |
| GAP | GAP Amount | MMP | MMP Amount |

## Co-Borrower Information

| Name | SSN | Date of Birth | |
|---|---|---|---|
| Address | City | State | Zip |

| Home Phone | Cell Phone | Work Phone | Employer | Job Title |
|---|---|---|---|---|

## Disbursements

| GL Voucher | $75.00 | GL Voucher   Fees: Title Work Processing |
|---|---|---|
| Type | Amount | Funding Information |
| GL Voucher | $77.25 | GL Voucher   Accts Pay: Tax And Title |
| Type | Amount | Funding Information |
| Check | $118,905.65 | Payee   US Bank |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |

## Audit

| Tarrant, Jeffrey | 10/29/2021 |
|---|---|
| Employee | Date |

DocuSign Envelope ID: 5FCE8C69-91A8 4505-B365-B34F7AE9AA2B

## TEXANS CREDIT UNION

P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

**PROMISSORY NOTE DISCLOSURE & SECURITY AGREEMENT**
Words or phrases preceded by a ☐ are applicable only if the ☐ is marked, e.g., ☒. "n/a" means not applicable. The terms on all pages are part of the entire Agreement.

**TotalLoan™**

| Primary Borrower Name/Address | Co Borrower Name/Address | | |
|---|---|---|---|
| **DEREK C STEPHENS** <br> **615 HIGHRIDGE LANE** <br> **MCKINNEY, TX 75069** | | Date <br> **10/29/2021** | Account / Loan Number <br> **0006** |

| PURPOSE OF LOAN <br> **Refinance from Other Institution** | Member Number <br> **6~~~~~842** | Maturity Date <br> **11/15/2025** | Interest Rate <br> **2.14%** |
|---|---|---|---|

### FEDERAL TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE <br> The cost of your credit as a yearly rate. | FINANCE CHARGE <br> The dollar amount the credit will cost you | AMOUNT FINANCED <br> The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS <br> The amount you will have paid when you have made all payments as scheduled. | TOTAL SALE PRICE <br> The total cost of your purchase on credit. |
|---|---|---|---|---|
| **2.14 %** | **$5,396.70** e | **$119,057.90** | **$124,454.60** e | $ <br> Including your down payment of <br> $ |

**Your Payment Schedule Will Be**

| Number of Payments | Amount Of Payments | | When Payments Are Due | |
|---|---|---|---|---|
| 47 | $2,592.81 | **Monthly** | **Beginning** | 12/15/2021 |
| 1 | $2,592.53 | | **Ending** | 11/15/2025 |

**PREPAYMENT:** If you payoff your loan early, you will not have to pay a penalty.
**REQUIRED DEPOSIT:** The annual percentage rate does not take into account your required deposit, if any.
**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to the Credit Union.
**LATE CHARGE:** If your payment is received 10 days or more after the due date, you will be charged a late fee of 5% of the payment due.

☐ If this box is checked, your loan has a variable interest rate based on the credit union's share dividend rate (index) plus a margin of 3%. The rate may change quarterly (January, April, July and October) on the 1st day after the dividend is officially declared. Any increase will result in more payments of the same amount. For example, if your loan was for $5000 at 4% for 24 months and the rate is increased to 5% after 12 months, you would make one additional payment.
**ASSUMABILITY:** Your loan is not assumable.
**FILING FEES:** $_____ You will be charged lien filing fee if the Credit Union takes a security interest in your collateral.
**SECURITY:** You are giving a security interest in all present and future, individual and joint shares and other accounts you have in the Credit Union and in the following:

☐ The goods or property being purchased
☒ Collateral securing this loan may also secure my other obligations with the Credit Union
☐ Other (Describe)

See your contract documents for any additional information about prepayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.

"e" means an estimate

### ITEMIZATION OF THE AMOUNT FINANCED
The Credit Union or an entity affiliated with the Credit Union will retain a portion of the amount paid to others denoted by asterisk (*).

| Itemization of amount financed of <br> **$119,057.90** | Amount given to you directly <br> **$0.00** | Paid on Account | Prepaid Finance Charge <br> $ |
|---|---|---|---|
| Amount paid to others on your behalf: <br> To: **Title Work Processing Fee** | **$75.00** | To: | |
| To: **US Bank** | **$118,905.65** | To: | |
| To: **Tax and Title** | **$77.25** | To: | |
| To: | | To: | |
| To: | | To: | |

**OPTIONAL INSURANCE** –Insurance is not required to obtain credit under this note and will be included only if requested below by the APPLICANT(S). The estimated total premium is shown below. If coverage is selected and you are eligible, you will be charged a premium and given a Certificate of Insurance from the Insurance Company, which provides the important terms of this coverage. Read it carefully. If you do not check "Yes" below, no coverage will be added nor in force.

**Type of Protection**

| | | |
|---|---|---|
| Single Credit Life Insurance ☐ YES ☒ NO _____ e | Single Credit Disability Insurance ☐ YES ☒ NO _____ e | |
| | Joint Credit Disability Insurance ☐ YES ☒ NO _____ e | |
| Joint Credit Life Insurance ☐ YES ☒ NO _____ e | Name of Insured _____ | |

| Applicant Signature <br> DocuSigned by: <br> X ~~~~~~ | Birth date <br> ██████ | Co Applicant Signature <br> X | Birth date |
|---|---|---|---|

**SECURITY:** You grant to the Credit Union a Security Interest in all present and future individual and joint accounts in the Credit Union (other than those accounts that would lose special tax treatment if this security interest applied to them) and the property described below.

**TYPE: 2013 Ferrari 458**    **IDENTIFICATION ZFF68NHA8D0191526**

Other:

| Shares | Account No | Shares $ | Account No. |
|---|---|---|---|
| | | | |

☐ If this box is checked, the Consumer Claims and Defenses provision on page 4 is applicable

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 – EFORM 19958-2 Rev. 10/16       Page 1 of 4

DocuSign Envelope ID: 5FCE8C69 91A8-4505 B365 B34F7AE9AA2B

BORROWER(S) **DEREK C STEPHENS**                    Date: **10/29/2021**     Loan No.: **0006**

---

**SIGNATURES – CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.**

By authenticating this Promissory Note, Disclosure and Security Agreement, or by endorsing the accompanying loan proceeds check (related to this Agreement), or by accepting funds deposited into your Credit Union share or checking account, you agree to make and be bound by the terms and conditions of this Promissory Note, Disclosure and Security Agreement, including the terms and conditions on all pages of this multi-page document. You acknowledge your responsibility to ensure that the Credit Union is named first lien holder on any certificate of title, if applicable. If you are authenticating as "Owner of Collateral Other than Borrower," you are giving the Credit Union a Security Interest in the property described above and you are bound only by the Security Agreement and you are not obligated to repayment of the note unless you are also a co-borrower or co-signer. You acknowledge that you have read this entire Agreement and have received a copy. If you elected Optional Credit Insurance and/or Single Involuntary Employment Insurance, you acknowledge receipt of a certificate of insurance. If you decide not to enter into this loan agreement, you must return any unendorsed proceeds check to the Credit Union.

In the event the document(s) evidencing or securing your loan misstate or inaccurately reflect the true and correct terms and provisions of the loan and the misstatements or inaccuracy is due to unilateral mistake on the part of the Credit Union, mutual mistake on your part and the Credit Union or clerical error, then in such event you shall upon request of the Credit Union and in order to correct such misstatement for inaccuracy, execute new documents or initial corrected original disclosures as the Credit Union my deem necessary to remedy the inaccuracy or mistake. Your failure to initial or execute such documents as requested shall constitute a default under the Note and Security Agreement evidencing the loan.

**NOTICE TO WISCONSIN RESIDENTS.** NOTICE TO CUSTOMER: (a) DO NOT SIGN THIS BEFORE YOU READ ALL OF THE SEPARATE PAGES OF THIS AGREEMENT, EVEN IF OTHERWISE ADVISED; (b) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES; (c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN; (d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID PRINCIPAL BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

| Borrower | Date | Co-Borrower ☐ Owner of Collateral Other than Borrower | Date |
|---|---|---|---|
| DocuSigned by: *[signature]* X —EOE 3B ICCE246T | 10/29/2021 | X | |

| ☐ Owner of Collateral Other than Borrower | Date | Witness/Notary | Date |
|---|---|---|---|
| X | | X | |

---

**NOTICE TO CO-SIGNER**

**SIGNATURE OF CO-SIGNER:** If the borrower fails to repay this debt, you promise to pay the debt to the Credit Union upon demand. The Credit Union can seek immediate payment from you without making prior demand for payment on the borrower. You pledge all shares and/or other funds in any of your individual and joint accounts as security for your promise. The Credit Union has the right to apply your shares and other funds towards what you owe if you are in default. Any account that would lose special tax consideration if given as security is not subject to this pledge or right of offset. The Credit Union can enforce this Agreement against your heirs and legal representatives. You waive notice of acceptance of this guaranty, of any extensions in time of payments, of sale or release of any collateral for this loan and all other notices of which you would otherwise be entitled to receive, if allowed by applicable law.

**Vermont Residents - NOTICE TO CO-SIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

| Co-Signer | Date | Co-Signer | Date | Witness/Notary | Date |
|---|---|---|---|---|---|
| X | | X | | X | |

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 – EFORM 19958-2 Rev. 10/16          Page 2 of 4

DocuSign Envelope ID: 5FCE8C69-91A8-4505-B365-B34F7AE9AA2B

BORROWER(S) **DEREK C STEPHENS**  Date: **10/29/2021**  Loan No.: **0006**

## PROMISSORY NOTE CONTINUED

**Repayment:** The words "You" and "Your" mean any person authenticating this Agreement as Borrower, Co Borrower, Co Signer, or Owner of Collateral Other Than Borrower, whether by affixing their actual signature, or through use of an electronic signature, facsimile signature, or photocopied signature. You promise to pay to the Credit Union or its order, the amount financed plus the finance charge according to the payment schedule as each is set forth in the disclosure on page 1 of this Promissory Note and Disclosure. Your payment amount includes interest computed and payable at the interest rate shown on page 1 on the loan from the date finance charges begin until the loan is paid in full. The amount of your final payment as well as total Finance Charge and the total of payments will be somewhat more or less than the amounts disclosed if payments are not received precisely on the due dates. When received, your payment will be applied in the order chosen by the Credit Union to finance charges, late charges, collection costs, any other charges and to the principal. Unpaid interest will be paid by later payments and will not be added to your principal balance. If a share account is pledged as security for this loan (described in the security section on page 1), you must keep these shares equal to your loan balance until you repay all of what you owe.

**Prepayment:** You may prepay all or part of your loan at anytime without penalty. However, if a balance remains owing, you are still required to make your regular periodic payments. A partial payment will not automatically reduce your periodic payment unless the remaining amount owed is less than the periodic payment.

**Skip Payments:** At the Credit Union's option and on terms we state from time to time, we may allow you to skip payments, which means you may be allowed to skip individual installment payments. If you accept any skip payment, you understand that the Finance Charge (daily interest rate) will continue to be applied. However, no late charges will apply for authorized skip payments. Further, no skip payment will extend the term of any credit insurance and/or Single Involuntary Unemployment Insurance policy you may have obtained through the Credit Union as part of this loan.

**Property Insurance:** You promise to maintain property insurance in an amount necessary to protect our security interest in the collateral, with the credit union named as loss payee for our protection. Such insurance shall protect against loss by fire, theft, and collision and will provide "all risks" hull insurance in the case of aircraft or boats and accessories thereto, if any. You may provide the required property insurance through an existing policy or by a policy you independently obtain and pay for from an insurer that is authorized to do business in the state of Texas or an eligible surplus lines insurer of your own choosing, providing such person is reasonably acceptable to us. You agree to deliver satisfactory evidence of the insurance policy to us within any time period specified in any notice from us or on our behalf. If you do not get or keep this insurance, we may, at our sole option, obtain insurance to protect our interest and add its costs to your loan and you agree to pay for it (by such means as increasing your payment, increasing your loan term, or requiring a final balloon payment). We are under no obligation to obtain insurance on your behalf. If we do obtain insurance, the cost of obtaining that insurance may be added to your loan balance, subject to the applicable interest rate. We have the authority to obtain, adjust, settle or cancel insurance and may endorse any party's name on any draft.

### APPLICABLE TO ALL STATES *OTHER* THAN WISCONSIN

**Default:** To the extent permitted by state law, you will be in default: (1) if you fail to make any payment on time; (2) in the event of your death; (3) in the event of your insolvency or the filing of any requests for relief under the bankruptcy code by or against you; (4) if you are the subject of any legal process which seeks to attach your Credit Union account, any of your property or rights; (5) if you have given the Credit Union false or inaccurate information in obtaining a loan or any other Credit Union services; (6) if you do any act or fail to do any act which the Credit Union believes endangers the collateral, if any, or your ability to repay what you owe, including but not limited to, leaving your current employment; (7) if you break any promise you have made under this or any other agreement with the Credit Union; (8) if you use the collateral in any illegal activity. In the event of a default, you understand that the decision to take action is at the sole discretion of the Credit Union and that the failure to act on one default will not stop action on another. You further agree that the Credit Union does not have to provide you advance notice before taking action on any default, unless required to do so by applicable law. You will be in default if you fail to obtain or maintain the required property insurance, or if you fail to pay all taxes when due. If you are in default, the Credit Union may require that you deliver the collateral to it at a time and place of its choosing. You agree that the Credit Union can take possession of the collateral without judicial process and you authorize a right of entry for that purpose and said repossession may occur without giving you advance notice except when notice is expressly required by applicable law. This Agreement, the Uniform Commercial Code, and other applicable law, authorize the Credit Union to take various actions; and the Credit Union may rely on any or all of those sources.

**Default Interest Rate:** All Borrowers and Owners of collateral agree that the Credit Union will adjust the interest rate on your account if any person fails to undertake any action or undertaking of any kind that the law or we require in order to insure that a lien is properly perfected/recorded with the Credit Union as lienholder with a first priority lien upon any collateral pledged to secure payment of the Note. You will be in default if such actions or undertakings are not performed within 60 days from the date the Note is executed. Upon default we will change your interest rate to a fixed rate of 18% **ANNUAL PERCENTAGE RATE** beginning on the first day of any such default. Upon such default Credit Union will adjust your payments. It will be your obligation to determine the amount of such payments and to make such increased payments according to the remaining terms of the Note. Failure to perform any obligation herein shall constitute an event of default under the Note.

**Right of Offset:** If you are in default, the Credit Union may at any time without demand or notice of any kind, appropriate and apply toward the payment of the unpaid balance due, any unpaid shares, dividends, or other funds that would not have adverse tax consequences if pledged as security. You appoint the Credit Union as your Attorney n-act to perform any act(s) which it feels are necessary to protect its security interest.

**Acceleration:** If you are in default and to the extent permitted by state law, the Credit Union may call any amounts you owe immediately due and payable plus FINANCE CHARGES which shall continue to accrue until the entire balance owed is paid in full. The undersigned individually and jointly waive presentment, demand, protest, notice of protest, notice of acceleration, and notice of intent to accelerate and any notice that the Credit Union is demanding payment in full of the outstanding balance under the contract because of default or for any other reason. You further understand that if the Credit Union reasonably believes its collateral is threatened, or that your ability to repay what you owe is impaired, it may call any such amounts immediately due and payable including FINANCE CHARGES.

**Remedies:** If you are in default, the Credit Union may, after expiration of any right you have under state law to cure your default, require immediate payment of any or all amounts you owe under this Note or any other loan you have with the Credit Union and take possession of the collateral. You waive any right to demand for payment, notice of intent to accelerate and notice of acceleration. You will continue to pay interest until you repay what you owe at the loan interest rate. The Credit Union can exercise any right given to it by the Uniform Consumer Credit Code or other applicable law. In addition, the Credit Union reserves the right to pursue the remedies outlined in the Termination of Rights and Services section of the Consumer Membership Account Agreement. The Credit Union may delay taking any action to protect its rights as many times as it wants and as long as it wants without losing them.

### WISCONSIN RESIDENTS ONLY

**Default; Acceleration; Remedies:** Your loan shall be in default if: (a) you fail to make payment within 10 days after the scheduled or deferred due date if the interval between payments is 2

months or less, or you fail to pay the first or last payment within 40 days of its scheduled or deferred due date; (b) the interval between scheduled payments is more than 2 months, and if any such scheduled payment is unpaid for more than 60 days after its scheduled or deferred due date; (c) this transaction is scheduled to be repaid in a single payment and that single payment is more than 40 days late: and/or (d) you fail to observe any other covenant of this transaction, breach of which materially impairs the condition, value or protection of the Credit Union's rights or any Collateral securing this transaction, or materially impairs your ability to pay amounts due under this transaction, which includes your death, an action by someone other than the Credit Union to seize your assets, any false or misleading statements made by you, and/or an insolvency, receivership or custodial proceeding brought by or against you, as well as any judgments or tax liens filed against you.

Upon any occurrence of default, and after we have provided you notice of your right, if any, to cure the default as required by applicable law, we may declare the entire balance of your loan immediately due and payable, to the extent permitted by law. If the entire balance is not then paid immediately upon default, the Credit Union may exercise any or all of its rights available by law or equity, or as specified in the Security Agreement, Consumer Membership Account Agreement or similar instrument. If your loan is subject to the right to cure default and the default is not cured within the time provided by applicable law, or if your loan is not subject to the right to cure default and the entire balance is not paid immediately upon default, and if permitted by law, the collateral shall be voluntarily surrendered to the Credit Union at a time and place acceptable to the Credit Union. To the extent permitted by law, the Credit Union shall be reimbursed for all of its costs and expenses, including reasonable attorneys' fees, incurred in the course of collecting any amounts owed under this Agreement or in exercising its rights related to the Collateral. If the collateral is a motor vehicle, trailer, snowmobile, boat, aircraft or mobile home as defined by applicable law, the Credit Union shall be reimbursed for its reasonable and bona fide expenses in disposing of the collateral, including expenses paid to a third party for taking and holding the collateral, the travel and transportation expenses of the Credit Union incurred in taking possession of the collateral, and, if the collateral is not redeemed pursuant to applicable law, the expenses of cleaning, repairing and restoring the collateral to a condition suitable for sale, to the extent permitted by law. If this Agreement is subject to the Consumer Claims and Defenses provision as indicated on Page 1 and the unpaid balance of your loan was greater than $1,000 at the time of default, you agree to immediately pay any remaining deficiency balance after disposition of the collateral.

As permitted by law, the Credit Union shall have the right to impress and enforce a statutory lien upon the shares and dividends of any member indebted to it, and we may enforce our right to do so without further notice to you. Additionally, the Credit Union may at any time without demand or notice of any kind, appropriate and apply toward the repayment of the unpaid balance due, any unpaid shares, dividends, or other funds that would not have adverse tax consequences if pledged as security.

**Late Charge:** If any payment is made late, you may be charged a late charge. You agree to pay the late charge if any is disclosed on page 1.

**Co-Borrower or Co-Signer:** If you are authenticating this Note as a co borrower or co signer, you waive any right to require the Credit Union to attempt collection of this Note from the primary borrower first. You agree to be equally and severally responsible with the first borrower for all obligations under this Note. You understand that the terms of this Note apply to you as well as to the primary borrower and you waive any requirement that you be notified of changes in the terms of this Note or any Security Agreement for this Note.

**Credit and/or Single Involuntary Unemployment Insurance:** Credit and/or Single Involuntary Unemployment Insurance is not required to obtain credit. If you purchase optional credit insurance from us and finance the total cost of coverage, you authorize us to add the insurance premiums monthly to your loan balance and charge you interest on the entire balance, you understand that coverage is only for the original amount financed as shown on page 1. If the premium is calculated and collected monthly as part of your payment, premium rates are not guaranteed. However, you will be notified in advance if the monthly cost for coverage will increase.

**Treatment of Payments:** Payments must be received at any branch by closing on a business day to be credited to your account as of that same day. If any payments made by you are less than the total payment due, the Credit Union may allocate the payment at its sole discretion.

**Other Terms:** If any part of this Note is determined by court or by law to be invalid or unenforceable, the rest will remain in effect. All the Credit Union's rights shall inure to the benefit of its successors and assigns, and all of your obligations shall bind your heirs or legal representatives or successors. You authorize the use of electronic signatures, facsimile signatures and photocopied signatures for all purposes of authenticating this Note. Said signatures will have the same force in effect as original signings for all transactions included in applications and Agreements with the Credit Union.

**Notice:** You promise that your name and address shown on page 1 are your legal name and place of residence and such place of residence is the proper address for all notice(s) that may be required and you further understand that changes in address must be submitted to the Credit Union in writing to be effective.

**Collection Costs:** If collections efforts are required by the Credit Union, you agree to pay all costs and expenses incurred in the collection of any sum due, and in addition, if the holder hereof, after default, shall place this note in the hands of an attorney or collection agency, for collection, to pay reasonable attorneys' fees, interest and fines due on this note at the time of the employment of such attorney or collection agency to the extent permitted by state law.

**Governing Law:** Except to the extent that Federal Law is applicable, the laws of the state in which this document is written shall govern the validity, construction and enforcement of this Agreement.

**NOTICE TO WISCONSIN RESIDENTS.** By authenticating this Agreement, you acknowledge and agree that this Agreement is controlled and governed by the laws of the State of Wisconsin, including the provisions of the Wisconsin Consumer Act (W.S.A. § 421.101 *et seq*), except to the extent that such laws are inconsistent with controlling federal laws and regulations.

**NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE:** THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**NOTICE FOR ARIZONA OWNERS OF PROPERTY**: It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

**NOTICE TO LOUISIANA BORROWERS**: For loans secured by a motor vehicle, Louisiana law permits repossession of motor vehicles without judicial process.

**SPECIAL NOTICE TO BORROWER(S) AND CO-BORROWER(S)**
By authenticating, endorsing or negotiating ANY Loan proceeds check related to this Agreement, You accept and agree to the terms of this Agreement including the provisions on page 1. You further acknowledge and grant us a security interest in any collateral designated on page 1 and promise to maintain any required property insurance required by the Credit Union. If you decide not to enter into this loan agreement, you must return any unendorsed proceeds check to the Credit Union.

DocuSign Envelope ID: 5FCE8C69-91A8 4505 B365 B34F7AE9AA2B



P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

**SECURITY AGREEMENT**
The terms on all pages are part of the entire Agreement



| Primary Borrower Name/Address | Co Borrower Name/Address | | |
|---|---|---|---|
| **DEREK C STEPHENS**<br><br>**MCKINNEY, TX 75069** | | Date<br>**10/29/2021** | Account / Loan Number<br>**0006** |
| | | Maturity Date<br>**11/15/2025** | Interest Rate<br>**2.14%** |

**SECURITY:** You grant to the Credit Union a Security Interest in all present and future individual and joint accounts in the Credit Union (other than those accounts that would lose special tax treatment if this security interest applied to them) and the property described below.

TYPE: 2013    Ferrari                    458                                    IDENTIFICATION   ZFF68NHA8D0191526

Other:

| Shares | Account No. | Shares $ | Account No. |
|---|---|---|---|

**Security Interest:** By authenticating the Promissory Note and/or receiving the benefits of your loan described above, you give the Credit Union a Security Interest in the property described in the Note, Disclosure and Security Agreement and present and future individual and joint accounts you have in the Credit Union. You authorize the Credit Union to apply any funds held in such present and future individual and joint accounts to what you owe if you are in default. The Credit Union may, but does not have to allow you to withdraw a portion of your shares or other funds without affecting its Security Interest. You are not giving a Security Interest in any shares or funds in an IRA, SEP, KEOGH, or other account which if pledged as security would result in special tax treatment under the Internal Revenue Code. This Security Interest covers not only the property pledged, but all proceeds, substitutions or replacements, accessions, improvements, all proceeds from insurance and all refunds of unearned premiums. The Security Interest also includes any replacements for the property which you buy within 10 days of this loan or any extensions, renewals, or refinancing of the loan. Anytime this Agreement refers to collateral, it means any or all of the property described in the Note and Security Agreement. You also grant a Security Interest in all assets and property separately pledged to the Credit Union (other than household goods or any collateral that is a dwelling) to secure payment of this loan, and any other amounts you now owe or will owe the Credit Union in the future. The collateral also secures your performance of all other obligations under your loan, this Security Agreement and any other Agreement you have with the Credit Union. If the collateral is household goods as defined in the Federal Trade Commission Fair Credit Practices Rule, it only secures obligations for the purchase money for that collateral or a refinancing or consolidation of such obligations.

**Release of Collateral:** If the Credit Union releases collateral for sale by you, proceeds will be applied to your loan. You understand that if a balance remains owing after sale proceeds are applied to your loan, you are obligated to continue making scheduled periodic payments in accordance with the payment schedule of your loan with the Credit Union.

**Protection of the Collateral:** You promise that you will use the proceeds of the loan to buy the property or that you own the property and that no one else has an interest in it or claim against it. You agree to (1) maintain, protect and to preserve the collateral, (2) not to use or permit anyone to use the collateral in violation of this Agreement, or any statute, regulation or ordinance or any policy or insurance covering the collateral, (3) pay promptly when due all taxes, charges, encumbrances or liens now or later imposed upon or affecting the collateral, (4) promptly notify the Credit Union of change in your name or address on file, (5) help the Credit Union do all that is necessary to protect its Security Interest in the collateral, including giving the Credit Union all endorsements, assignments, financing statements, or other writings necessary to protect the Credit Union's Security Interest and its priority, (6) promptly deliver to the Credit Union in the form received, all proceeds of the collateral you receive, (7) not to sell, lease, encumber, rent, otherwise dispose of, or give the collateral to anyone else other than the Credit Union, (8) at any reasonable time, upon the Credit Union's demand, to exhibit to the Credit Union and allow the Credit Union to inspect the collateral. You promise that any title to the collateral shall only be registered in the name of the borrowers authenticating this Agreement. You promise to have the Credit Union's Security Interest shown on any certificate of title that may be issued. You give the Credit Union authorization to file a financing statement to protect its Security Interest from the claims of others.

**Property Insurance and Taxes:** You are required to fully insure the collateral against loss and damage with deductible amounts satisfactory to the Credit Union. You may obtain this insurance through an insurer that is authorized to do business in the state of Texas or an eligible surplus lines insurer of your own choosing, unless the Credit Union, for good cause, refuses to accept it. If you fail to obtain or maintain the insurance, the Credit Union will buy any type of insurance it feels is necessary to protect its interest in the collateral. THE INSURANCE WILL NOT BE LIABILITY INSURANCE. This could result in less protection for you and at a higher cost. The Credit Union will add the cost of this insurance to the loan and charge you a finance charge at the applicable loan interest rate. If the Credit Union adds this insurance to your loan, you agree that, at the Credit Union's option, your payment may be increased by an amount sufficient to repay any charges added for property insurance, your loan term may increase or a final balloon payment may be required. You promise to have any insurance policy made payable to the Credit Union and, if asked, deliver it to the Credit Union. The policies must say that the Credit Union is to be paid if there is a loss. If the collateral is lost or damaged, the Credit Union can use the insurance proceeds to replace or repair it, or to repay any amounts you owe. You also promise to pay all taxes due on the collateral. If you fail to do so, the Credit Union may, but does not have to, pay the taxes and add the amount to the unpaid principal balance of the loan and charge you a finance charge at the applicable loan rate.

**Default:** You will be in default if you break any promise in this Security Agreement or if you are in default on your loan. If you are pledging property as an Owner of Collateral Other Than Borrower, you will be in default if anyone who signed or otherwise authenticated the Note is in default.

**APPLICABLE TO ALL STATES OTHER THAN WISCONSIN**

**Remedies:** When you are in default, the Credit Union can require immediate payment of what you owe and take possession of the property without judicial process. You authorize right of entry (other than to a dwelling) for repossession. If the Credit Union repossesses the collateral, it will not be responsible for personal property not covered by this Agreement that you leave inside the property or that is attached to the property. The Credit Union will try to return that property to you. After the Credit Union takes possession of the property, it can sell it and apply the money to what you owe. You will be given notice of any public sale or the date when a private sale will be held. The Credit Union will deduct its expenses for taking possession of the property and for any commercially reasonable preparation or processing, storage and attorneys' fees to the extent permitted under state law or awarded under the Bankruptcy Code. The rest of the sale money will be applied to what you owe. Each debtor will have to pay any amount remaining unpaid after sale money has been applied to what you owe. You will pay interest on that amount at the applicable rate until the amount has been repaid. The Credit Union reserves the right to pursue any and all of its legal rights and remedies, including those outlined

in the Termination of Rights and Services section of the Consumer Membership Account Agreement.

**WISCONSIN RESIDENTS ONLY**

**Remedies:** When you are in default, after providing any applicable notice of your right to cure the default and you fail to cure the default, the Credit Union can require immediate payment of what you owe. If the entire balance is not then immediately paid, the Credit Union may exercise any or all of its rights available by law or equity, or as specified in this Security Agreement, Consumer Membership Account Agreement or any other similar instrument you have executed, including taking possession of and selling the collateral. The collateral shall be voluntarily surrendered to the Credit Union at a time and place acceptable to the Credit Union. If this is not done, you authorize right of entry (other than to a dwelling) for repossession of the collateral. If the Credit Union repossesses the collateral, it will not be responsible for personal property not covered by this Agreement that you leave inside the collateral or that is attached to the collateral. The Credit Union will try to return that property to you. After taking possession of the collateral, and if you fail to redeem the collateral in the time provided by applicable law, the Credit Union may sell the collateral and apply the money to what you owe. To the extent permitted by law, the Credit Union shall be reimbursed for all of its reasonable and bona fide expenses in disposing of the collateral. If the collateral is a motor vehicle, trailer, snowmobile, boat, aircraft or mobile home as defined by applicable, law, the Credit Union shall be reimbursed for its reasonable and bona fide expenses in disposing of the collateral, including expenses paid to a third party for taking and holding the collateral, the travel and transportation expenses of the Credit Union incurred in taking possession of the collateral, and, if the collateral is not redeemed pursuant to applicable law, the expenses of cleaning, repairing and restoring the collateral to a condition suitable for sale, to the extent permitted by law. If this Agreement is subject to the Consumer Claims and Defenses provision as indicated on Page 1 and the unpaid balance of your loan was greater than $1,000 at the time of default, you agree to immediately pay any remaining deficiency balance after disposition of the collateral. You will pay interest on any remaining unpaid balance at the applicable rate until the amount has been repaid.

**Other Terms:** The Credit Union may delay taking action to protect its rights as many times as it wants and as long as it wants without losing them. If any part of this Agreement is determined by court or by law to be invalid or unenforceable, the rest will remain in effect. All the Credit Union's rights shall inure to the benefit of its successors and assigns and all of your obligations shall bind your heir or legal representatives or successors. You authorize the use of electronic signatures, facsimile signatures and photocopied signatures for all purposes of authenticating this Security Agreement. Said signatures will have the same force in effect as original signings for all transactions included in applications and Agreements with the Credit Union. No waiver by Secured Party of any default shall operate as a waiver of any other default or of the same default on a future occasion. If there is more than one Borrower, the obligations hereunder shall be joint and several.

**Notice:** You promise that your name and address shown in this Agreement is your legal name and place of residence and such place is the proper address for all notice(s) that may be required and you further understand that changes in address must be submitted to the Credit Union in writing to be effective.

**NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE:** THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**NOTICE FOR ARIZONA OWNERS OF PROPERTY:** It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

**NOTICE TO LOUISIANA BORROWERS:**

For loans secured by a motor vehicle, Louisiana law permits repossession of motor vehicles without judicial process.

**CONFESSION OF JUDGMENT; WAIVER; KEEPER:** For purposes of foreclosure under the provisions of Louisiana laws governing Executory Proceedings (LSA-C.C.P. Art. 2631 et seq), you acknowledge the debt secured by this Security Agreement (which Security Agreement is subject to the provisions of the Louisiana Commercial Laws (R.S. 10:9-101 et seq)), and you confess judgment in favor of Credit Union for the full amount due under the Promissory Note secured hereby. To the extent permitted by applicable law, you also waive: any demand and the three days delay as provided in LSA C.C.P. Art 2331 and 2722, as well as any rights under other laws related to notice of sale of property; any benefit of appraisal as provided by LSA C.C.P. Art 2332, 2336, 2723 and 2724, as well as any rights under other laws related to appraisal upon judicial sale; any notice of seizure as provided under LSA-C.C.P. Art 2293; all additional provisions of the Louisiana Code of Civil Procedures related to publication and notice of sale, and advertisement of sale, as well as any other Article not specifically identified herein. You also agree that in the event of foreclosure as set forth above, that Credit Union may appoint a keeper of the property (collateral), which may be Credit Union or another party.

**CONSUMER CLAIMS AND DEFENSES: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN PARTIES.**

# CENTRAL STATES HEALTH & LIFE CO. OF OMAHA

(A Mutual Legal Reserve Company)

P.O. Box 34350, Omaha, Nebraska 68134-0350 • 1-800-826-6587

Certificate No.

Group Master Policy Form 20188M TX (1153 and 1131)

## SCHEDULE / APPLICATION

| Primary Borrower (Name & Address)<br>DEREK C STEPHENS<br><br>MCKINNEY, TX 75069 | | Age | Co-Borrower (Name & Address) | | Age |
|---|---|---|---|---|---|
| Credit Union / Creditor Beneficiary (Name & Address)<br>Texans Credit Union<br>777 E Campbell Rd, Richardson TX 75081 | | | Secondary Beneficiary (Name & Address) (If none, to Your Estate) | | |

| Account No. / Insured Loan No.<br>0740166842-0006 | Term of Loan (Months)<br>48 | Effective Date of Insurance<br>10/29/2021 | Termination Date of Insurance<br>Life: 10/29/2021<br>Disability: 10/29/2021 | Estimated Total Premium<br>Life: $0.00<br>Disability: $0.00 |
|---|---|---|---|---|

### APPLICABLE MAXIMUMS

| | | | | | |
|---|---|---|---|---|---|
| Maximum Monthly Disability Benefit: | $1,000 | Maximum Eligible Loan Term: | Life 120 (months)<br>Disability 120 (months) | Maximum Issue Age: | Life 69 (yrs)<br>Disability 65 (yrs) |
| Total Benefit Maximum - Life: | $100,000** | | | | |
| Total Benefit Maximum - Disability: | $100,000** | Maximum Term of Insurance: | Life 120 (months)<br>Disability 120 (months) | Termination Age: | Life 70 (yrs)<br>Disability 66 (yrs) |

| Life Insurance* | Life Rate per $1,000 of Your Monthly Loan Balance | Disability Insurance* | Disability Rate per $1,000 of Your Monthly Loan Balance | Waiting Period | Benefits Begin |
|---|---|---|---|---|---|
| ☐ Single | $0.57 | ☐ Single | $2.30 | 14 days | Retroactive |
| ☐ Joint | $0.86 | ☐ Joint | $3.45 | | |

This coverage includes a Terminal Illness benefit.

**\*If single or joint coverage is NOT elected, that coverage and the provisions which relate to it do not apply to You.**

Your signature below means that You understand and agree that the following statements are offered to the Company as consideration for the insurance applied for on the date shown above. Any statements or misrepresentations which affect Our acceptance of You may result in loss of coverage for You during the first two certificate years. For disability coverage, any fraudulent misstatements in Your signed Schedule / Application may be contested at any time. To determine if You are eligible for insurance coverage, the Company requires the following:

1) You are not eligible for insurance if, as of the Effective Date of Insurance You have reached:
   (a) Your 70th birthday for life coverage;
   (b) Your 66th birthday for disability coverage.
2) If the Schedule/Application shows that You have chosen disability insurance, You must be Gainfully Employed, actively working as of the Effective Date of Insurance, on a full time basis for at least 25 hours per week.

NOTICES TO BORROWER(S):
- You understand that the purchase of credit insurance is optional and not required to obtain credit approval.
- You can cancel this insurance at any time for any reason by written request, and if You cancel within 30 days after the Effective Date of Insurance, You will receive a full return of insurance premium paid.
- Pre existing conditions are not immediately covered for disability insurance.
- This insurance may not be enough to completely pay off Your Loan. The coverage and benefits available under this insurance are limited by the Applicable Maximums as shown in the Schedule / Application above.
- If a balloon payment is part of Your Loan (a payment that is larger than the other scheduled payments and is scheduled to be paid at the end of the Loan), that payment is not covered under Your disability insurance.
- You understand that this insurance contains limitations and exclusions as outlined in the Certificate of Insurance.

**Your signature below means that You understand and agree with the statements above. If You are unable to agree with the statement(s), You are not eligible for coverage through this Schedule / Application.**

| | | |
|---|---|---|
| _____<br>Signature of Primary Borrower | _____<br>Date of Birth | 10/29/2021<br>Date |
| _____<br>Signature of Co-Borrower<br>(Only spouse or business partner, who is jointly liable for the loan) | _____<br>Date of Birth | _____<br>Date |

Upon acceptance of this insurance by Us, and not later than 30 days after the date upon which the indebtedness is incurred, We will deliver the Certificate of Insurance to You. If the insurance is not accepted by Us, then any insurance charge made for this insurance shall be fully refunded and the Credit Union shall immediately give notice to You and shall promptly make the appropriate credit to Your account.

## Closed-End Monthly Outstanding Balance
## Credit Life and Disability Insurance with Terminal Illness

Form 20027A **TX** (1153 and 1131)

Texans Credit Union / 1595400OB-CE

**CREDIT UNION'S COPY**

3-19

(CU Closed-End MOB)

\*\*There may be coverage limitations or total coverage exceptions based on Your Credit Union's lending limits and other factors.

DocuSign Envelope ID: 5FCE8C69-91A8-4505-B365 B34F7AE9AA2B

## Installment Sales Contract / Loan GAP Waiver Addendum - Election Form

Effective Date:  10/29/2021

Borrower/Debtor Name:  DEREK C STEPHENS

Address:  615 HIGHRIDGE LANE          Loan Officer:

City, State, Zip:  MCKINNEY, TX 75069          Loan Number:  0740166842-0006

Lending Institution:  Texans Credit Union

Vehicle Year/Make/Model:  2013 Ferrari 458

Vehicle ID Number (VIN):  ZFF68NHA8D0191526

Amount Financed:  $119,057.90

Installment Sales Contract/Loan Term:  48  Months

---

### ☐ YES, I ELECT THE GAP WAIVER.

I understand that the purchase of the GAP Waiver Addendum is voluntary and is not required by the Seller/Lender to obtain credit. I understand that this GAP Waiver Addendum is not an offer of insurance coverage. I may wish to consult an insurance agent to determine whether similar coverage may be obtained and at what cost. I understand that the GAP benefits may decrease over the term of this contract and that GAP is not a substitute for collision or property damage insurance. I understand that by purchasing the GAP Waiver Addendum for my loan or installment sales contract that the Seller/Lender waives*, in the event of a Constructive Total Loss or Unrecovered Theft, its contractual right to hold me liable for the GAP Amount, subject to the provisions and exclusions identified on the reverse side of this election form. I understand that should I decide I do not wish to retain this waiver, I can request cancellation at any time within 60 days from my loan inception date and that I will receive a full refund of the waiver cost. I understand that the Seller/Lender may retain all of the one-time fee, or pay a portion to a third party as a service fee, or for indemnification. I further understand the maximum term for this Addendum shall not exceed 84** months. I understand that I should carefully review all of the terms and conditions of this GAP Waiver Addendum prior to signing.

The one-time cost is $ _____          (full refund if cancelled within 60 days, nonrefundable after 60 days)

GAP Plus Protection:  $2,500.00

Signature: _____          Date: _____

Signature: _____          Date: _____

---

### *This Waiver **Does Not** include protection for:

- Any refundable additions to amount financed.
- Delinquent Payments > 60 days past due.
- Lender Deferred Payments > 2 per year up to a maximum of 4.
- Late charges, fees or principal amounts added after installment sales contract/loan inception.
- Primary Insurer's Insurance deductible in excess of $1,000.
- Any portion of installment sales contract/loan that exceeds 125%† of MSRP (new) or J.D. Power retail (used).

† For any installment sales contracts/loans secured by multiple items of collateral, where one item is deemed the covered collateral, the maximum MSRP/JD Power limit will be 100% for that covered collateral and protection for any amount that exceeds the limit is not included in this waiver; no coverage is extended to the other items securing the installment sales contract/loan.

** Terms for Travel Trailers, Motor Homes and Watercraft may extend up to 180 months, but the coverage period will be restricted to the first 84 months.

---

### ☒ NO, I DO NOT ELECT THE GAP WAIVER.

In the event my vehicle is stolen or a total loss and my Primary Insurer pays less than the amount of my installment sales contract/loan, I understand I will be fully responsible for any deficiency balance.

Signature: _____  (DocuSigned by / E0F273BDCCF2467...)          Date: 10/29/2021

Signature: _____          Date: _____

---

GAP Administrator:  HUB Financial Services I 750 Canyon Drive, Suite 450 I Coppell, TX  75019 I 866.862.2896, Option 2

PPNR 2500  ReAm  125.84  I80opt.I000  06.2I  60 DP  4skips  125k

DocuSign Envelope ID: 5FCE8C69 91A8-4505-B365 B34F7AE9AA2B


**TEXANS**
CREDIT UNION

# Authorization for Direct Payments
## (ACH Debits)

**Email completed form to ACHservices@texanscu.org or fax to 469.624.1715**
*(One request per form)*

## Member Information

**DEREK C STEPHENS**                                           ████6842
Member Name                                                    Member Number

Account Type: ☒Loan ☐ Line of Credit ☐ Mortgage ☐Deposit Account        Account Number  0006

**Choose One From The Following:**        **Note: For loan and mortgage payments, frequency and date must match the loan terms.**

☒ **New**    Check box or a new ACH Debit set up                Effective Date    12/15/2021

☐**Stop/Cancel**   Check box to stop or cancel an existing ACH Debit      Effective Date    _____

## Payment Frequency

| | Monthly | Semi-Monthly | Bi-Weekly | Weekly | Payment Amount | Excess Payment to Principal |
|---|---|---|---|---|---|---|
| **Consumer Loan** | ☒ | ☐ | ☐ | N/A | $2,592.81 | $0.00 |
| **Line of Credit (LOC)** | ☐ | N/A | N/A | N/A | 2% of outstanding balance or $25.00 (whichever is greater) | |
| **Mortgage (Home Improvement & Home Equity)** | ☐ | N/A | N/A | N/A | | |
| **Deposit Account (Must be open minimum of 6 months, MAX deposit allowed $800 total per month)** | ☐ | ☐ | ☐ | ☐ | | If deposit amount request for a Deposit Account is larger than **$800 per month**, and will be applied to loan payments, please call **ACH Services** for approval |

## Financial Institution Information

**Financial Institution Information (TO BE COMPLETED BY ACCOUNT HOLDER ONLY)**

Account Owner(s)     **Derek Stephens**                          Daytime Contact # _____

Financial Institution   **Ithink Financial Credit Union**              Routing Number    267077627

Account Number    ████01023                              ___Account Type  ☐ Savings   ☒Checking

FOR _____
⑆123456780⑆ 000123456⑈ 1001
Routing          Account        Check
Number/ABA       Number         Number

*Business Accounts must be accompanied by a pre-printed document from the financial institution being debited listing all of the account holders. The following will be accepted: pre-printed voided check, copy of a statement or verification letter. The pre-printed document must show the financial institution name, your name and your account number. Please allow 15 working days for processing.*

## Authorization

I (we) authorize Texans Credit Union, herein called the Credit Union, to initiate debit entries to my (our) account indicated at the depository financial institution named above and to debit the same to such account. I further authorize the Credit Union to initiate credit entries or adjustments for any debit entries made in error to such account. I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of U.S. law. I understand that it is my sole responsibility to provide correct account information. Failure to do so may delay the processing of the transaction; and can result in errors which shall be my sole responsibility if I fail to provide correct information. I understand that all funds transferred to the loan I have specified, will be disbursed per the terms disclosed on the Promissory Note & Security Agreement, or Retail Installment Sales Contract. I further understand that this transaction will occur on the payment due date as listed in the transaction, and is a Recurring Payment Authorization.

I agree to have sufficient funds in my deposit account on the date the account is debited. If there are not sufficient funds in my deposit account on the day that the attempt is made to automatically draft funds to pay my loan, I understand that Credit Union may re-attempt to debit my account up to three times. If your payment is returned unpaid, you authorize us to make a one-time electronic fund transfer from your account to collect a fee of $25 or we may assess the fee against any Deposit account(s) held at the Credit Union as further discussed below at our discretion. I further understand that if the account is closed, authorization has been revoked, it is deemed an unauthorized debit, the account is frozen or you provided an incorrect account number that a $25 return payment fee will be assessed by the Credit Union against any Deposit account(s) held at the Credit Union. This could impact your required minimum membership balance. You will be required to deposit additional funds to meet the minimum membership balance requirements. The Credit Union may require an alternative method of payment at any time a debit has been returned unpaid. I understand that my depository financial institution may charge a fee if the attempt to debit my deposit account is unsuccessful. I further acknowledge that I am the owner or an authorized signer on the deposit account I have designated for this Recurring Payment Authorization. I understand and agree that this Authorization is not intended to be an amendment to the Account Agreement with the Credit Union or any Promissory Note & Security Agreement, or Retail Installment Sales Contract.

This authorization is to remain in full force and effect until the Credit Union has received written notification from me (or either of us) of its termination in such time and in such manner as to afford the Credit Union a reasonable opportunity to act upon it or until the loan is paid off. *For Line Of Credit Payments Only:* Monthly payment amounts may vary based on the outstanding LOC balance. A new Authorization is **NOT** required each time I (we) draw additional funds from the LOC or pay the balance in full with the LOC remaining open. I (we) acknowledge that the Credit Union can cancel this authorization without notice to me (us) as permitted by applicable laws and regulations.

DocuSigned by:                                     DocuSigned by:

_[signature]_ E0F273BDCCF2467...        10/29/2021        _[signature]_ E0F273BDCCF2467...        10/29/2021
Member Signature              Date                 Account Holder Signature              Date

| For Branch Use Only | | For ACH Services Use Only | |
|---|---|---|---|
| Employee Name: | Branch/Department: | Employee Name: | Date keyed: |
| ☐ Provided member with a copy of authorization for their records | | Auditor Name: | Date audited: |
| ☐ Verified that payment frequency and payment date on OSI match ACH authorization form Services>Relationships>Maintenance>Loan Accounts>enter loan # and tab>Maintenance>Payment Period) | | Manager Approval: *(if applicable)* | Date keyed: |

Revised 07/2019 Page 1 of 1

DocuSign Envelope ID: 5FCE8C69 91A8 4505 B365 B34F7AE9AA2B

 **TEXANS CREDIT UNION**

P.O. Box 853912
Richardson, T X 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

**CONSUMER LOAN APPLICATION**

**TotalLoan**

| Date | Member Number |
|---|---|
| 10/29/2021 | 0740166842 |

**APPLICANT INFORMATION. Married Applicants may apply for an individual loan/separate account.**
**Type of Credit.** Check the type of credit for which you wish to apply.

- ☒ **Individual credit** -- If you are applying for individual credit, complete the Applicant section.
- ☐ **Joint credit** – If you are applying for joint credit with your spouse or another person, complete the Applicant section and the Spouse/Co-Applicant section.

*You must sign below if you intend to apply for Joint Credit:*

X _____    X _____

**Spouse Information.** You must also complete the Spouse section if any of the following apply: (1) your spouse will use your account; (2) you are relying on your spouse's income as a source of repayment; (3) you live in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA, WI or Puerto Rico); or (4) you are an Alaska resident and are currently subject to a community property agreement or community property trust.

**TYPE OF CREDIT APPLIED FOR:**

Loan Type: **Direct Auto**

Amount Requested: **$118,925.00**    Term (months): **48**

Purpose: **Refinance from Other Institution**

Collateral Offered: **2013 Ferrari 458**

Payment Method:    ☐ Cash  ☒ Automatic Payment

Payment Frequency:  ☒ Monthly  ☐ Other _____

**Optional Payment Protection** – If you answer "yes" the Credit Union will disclose the cost of optional payment protection to you. A separate election that discloses the terms and conditions must be signed for protection to become effective. **Are you interested in having this loan protected?** ☐ Yes ☒ No

| **APPLICANT** | **☐ SPOUSE  ☐ CO-APPLICANT** |
|---|---|
| Complete only if: (a) credit will be secured by collateral; or (b) you live in a community property state; or (c) you are an Alaska resident subject to a community property agreement or community property trust:<br>☐ MARRIED ☐ SEPARATED ☒ UNMARRIED (Single, Divorced, Widowed) | Complete only if: (a) credit will be secured by collateral; or (b) you live in a community property state; or (c) you are an Alaska resident subject to a community property agreement or community property trust:<br>☐ MARRIED ☐ SEPARATED ☐ UNMARRIED (Single, Divorced, Widowed) |
| APPLICANT NAME<br><br>**DEREK C STEPHENS** | SPOUSE/CO-APPLICANT NAME |

| SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. & STATE | BIRTH DATE | SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. & STATE | BIRTH DATE |
|---|---|---|---|---|---|
| ▓▓▓▓ | | ▓▓▓▓ | | | |

| HOME PHONE NO. | CELL PHONE* | DO YOU: | HOME PHONE NO. | CELL PHONE* | DO YOU: |
|---|---|---|---|---|---|
| ▓▓7022 | ▓▓3040 | ☒ OWN ☐ RENT ☐ OTHER | | | ☐ OWN ☐ RENT ☐ OTHER |

| MOTHER'S MAIDEN NAME | E-MAIL ADDRESS | MOTHER'S MAIDEN NAME | E-MAIL ADDRESS |
|---|---|---|---|
| **DEFFEBACH** | ▓▓tephens@yahoo.com | | |

| CURRENT STREET ADDRESS | APT. NO. | YRS. | MTHS. | CURRENT STREET ADDRESS | APT. NO. | YRS. | MTHS. |
|---|---|---|---|---|---|---|---|
| ▓▓LANE | | 16 | 10 | | | | |

| CITY/STATE/ZIP | MONTHLY HOUSING | CITY/STATE/ZIP | MONTHLY HOUSING |
|---|---|---|---|
| **MCKINNEY, TX 75069** | $ **$2,900.00** | | $ |

| FORMER ADDRESS (if current less than 2 years) | YEARS THERE | FORMER ADDRESS (if current less than 2 years) | YEARS THERE |
|---|---|---|---|
| | | | |

**EMPLOYMENT & INCOME** If you are self-employed, attach a financial statement and your most recent income tax return.

| CURRENT EMPLOYER | HIRE DATE | CURRENT EMPLOYER | HIRE DATE |
|---|---|---|---|
| **Watermark Digital** | 10/27/2015 | | |

| WORK PHONE NO. | POSITION | MONTHLY GROSS INCOME | WORK PHONE NO. | POSITION | MONTHLY GROSS INCOME |
|---|---|---|---|---|---|
| 866-962-7540 | **Managing Partner** | 37500.00 | | | |

| FORMER EMPLOYER (if current less than 2 years) | FORMER EMPLOYER (if current less than 2 years) |
|---|---|
| | |

**OTHER INCOME** You need not list income from alimony, child support or separate maintenance unless you wish it considered for purposes of granting this credit.

| SOURCE OF OTHER INCOME | MONTHLY GROSS INCOME | SOURCE OF OTHER INCOME | MONTHLY GROSS INCOME |
|---|---|---|---|
| **North Dallas Equestrian/owner** | **$16,000.00** | | |

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 – EFORM 21334-1 Rev. 1/19

Page 1 of 2

DocuSign Envelope ID: 5FCE8C69-91A8 4505-B365 B34F7AE9AA2B

## FINANCIAL INFORMATION PLEASE ANSWER THE FOLLOWING QUESTIONS AND IF A "YES" ANSWER IS GIVEN, EXPLAIN ON A SEPARATE SHEET.

| | | Applicant | | Co-Applicant | |
|---|---|---|---|---|---|
| | | YES | NO | YES | NO |
| 1. | HAVE YOU EVER FILED FOR BANKRUPTCY OR HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13? | ☐ | ☐ | ☐ | ☐ |
| 2. | HAVE YOU HAD PROPERTY FORECLOSED UPON OR GIVEN A DEED IN LIEU OF FORECLOSURE IN THE LAST 7 YEARS? | ☐ | ☐ | ☐ | ☐ |
| 3. | ARE YOU A U.S. CITIZEN? | ☐ | ☐ | ☐ | ☐ |
| 4. | IF YOU ARE NOT A U.S. CITIZEN, ARE YOU A PERMANENT RESIDENT ALIEN? | ☐ | ☐ | ☐ | ☐ |

## CREDIT INFORMATION

Be sure to list all open accounts with or without a balance. Attach separate sheet if necessary
**A** - APPLICANT   **C** - SPOUSE/CO-APPLICANT   **D** - DEBTS TO BE PAID OFF IF LOAN IS GRANTED

| PLEASE CHECK | | | LIST ALL OBLIGATIONS INCLUDING CREDIT UNION LOANS | ACCOUNT NUMBER | BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|
| A | C | D | | | | |
| ☐ | ☐ | ☐ | RENT OR MORTGAGE | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |

## SIGNATURES

You promise that the information stated in this Loan Application is true and correct to the best of your knowledge. You authorize the Credit Union to obtain credit reports when updating its records in connection with any review, increase, extension or renewal of credit, and in connection with any collection activities involving credit extended to you. The Credit Union may also obtain credit reports to update, increase, extend, renew or collection of the credit received by you. False or misleading statements in your application may cause any loan to be in default. You agree that this application shall be the Credit Union's property whether or not this application is approved. You will notify the Credit Union in writing immediately of any changes in your name, address or employment. You understand that it is a federal crime to willfully and deliberately provide incomplete or incorrect information to obtain credit. If you request, you will be provided the name and address of any credit bureau from which we received a credit report. You understand and agree that if your application is approved, that any collateral described in any security agreement, pledge, advance disbursement voucher or similar document that may be executed, now or in the future, in connection with such credit will secure the Credit Union for repayment of funds advanced to you, subject to the terms and conditions of such security agreement, pledge, advance disbursement voucher or similar document.

**\*Permission to Contact: By providing the Credit Union with a wireless phone number (cell phone), you consent to receiving calls, including autodialed and prerecorded messages from the Credit Union or its third party debt collector at that number.**

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**OHIO RESIDENTS:** The Ohio laws against discrimination requires that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**WISCONSIN RESIDENTS:** For any provision of any marital property agreement, court decree under WI ST § 766.70, or statement under WI ST § 766.59 to adversely affect the rights of the Credit Union, the Credit Union must be provided with a copy of the Agreement, decree or statement or have actual knowledge of its terms before any credit is approved or account opened. Sign if you are NOT applying for this loan account with your spouse. This credit request, if approved, will be incurred in the interest of the marriage or family of the undersigned.

Wisconsin Resident Signature _____   Date _____

X _____   10/29/2021

F0E273BDCCE2467

X _____

Applicant/Co-Signer **DEREK C STEPHENS**          Date          Spouse/Co-Applicant          Date

## Credit Union Use Only

Loan Approved ☐ Yes  ☐ No, reason _____

Debt Ratio/Score: Before _____ After _____

☐ ECOA Notice and reason for Rejection sent or delivered on _____

Comments:

Loan Officer Signature          Date

X

Copyright 2011 ConmarSystems, Peachtree City, GA 30269 – EFORM 21334-1 Rev. 1/19          Page 2 of 2

# Direct Loan Packet Other

Member Number:        740166842

Loan Number:          0006

Application Number:   70188

Funding Date:         10/29/2021

Member Name:          DEREK C STEPHENS

Co-borrower:

Vehicle Information:   2013 Ferrari 458

Processor:            Tarrant, Jeffrey

# Loan Payoff Quote



*Note:  All sections must be completed and sent to Lending_Processors to satify payoff condition.*

### CURRENT LIENHOLDER INFORMATION

| | |
|---|---|
| LENDER NAME | US Bank |
| ATTENTION: | Consumer Loan Servicing - FCPT |
| OVERNIGHT PAYOFF ADDRESS | 1850 Osborn Ave |
| (LINE 2) | Oshkosh WI 54902 |
| C/O (IF ANY) | |
| LENDER PHONE | 8772020043 |
| LENDER CONTACT NAME PROVIDING QUOTE | Automated |

### Member / Customer Information

| | |
|---|---|
| TEMENOS APPLICATION # | **70188** |
| BORROWER NAME | DEREK C STEPHENS |
| Account Number (to be paid off) | 517497641 |
| | |
| PAYOFF AMOUNT | $118,905.65 |
| GOOD THRU DATE | 11/7/21 |
| PER DIEM | $9.72 |

### PAYOFF SCHEDULE

| | | | |
|---|---|---|---|
| 11/8/21 | $118,915.37 | 11/13/21 | $118,963.97 |
| 11/9/21 | $118,925.09 | 11/14/21 | $118,973.69 |
| 11/10/21 | $118,934.81 | 11/15/21 | $118,983.41 |
| 11/11/21 | $118,944.53 | 11/16/21 | $118,993.13 |
| 11/12/21 | $118,954.25 | 11/17/21 | $119,002.85 |

| | | | |
|---|---|---|---|
| COMPLETED BY: | Chad | | |
| BRANCH/DEPARTMENT | e-branch | DATE VERIFIED | 11/2/2021 |

# 2013 Ferrari 458 Spider

**Manufacturer** Ferrari

**Year** 2013

**Model** 458

**Trim** Spider

|  | Suggested List | Low Retail | Average Retail | High Retail |
|---|---|---|---|---|
| **BASE PRICE** | $261,162 | $156,800 | $185,200 | $202,000 |
| **TOTAL PRICE** | $261,162 | $156,800 | $185,200 | $202,000 |

## Vehicle Notes

No notes available

## Value Explanations

### Low Retail Value

This vehicle would be in mechanically functional condition, needing only minor reconditioning. The exterior paint, trim and interior would show normal wear, needing only minor reconditioning. May also be a deteriorated restoration or a very poor amateur restoration. Mostly usable "as-is". This column does +"not"+ represent a "parts car" or a non-running vehicle.

### Note:

Some of the vehicles in this publication could be considered "Daily Drivers" and are not valued as a classic vehicle. When determining a value for a daily driver, it is recommended that the subscriber use the low retail value.

### Average Retail Value

This vehicle would be in good condition overall. It could be an older restoration or a well-maintained original vehicle. Completely operable. The exterior paint, trim and mechanics are presentable and serviceable inside and out. A "20-footer".

### High Retail Value

This vehicle would be in excellent condition overall. It could be a completely restored or an extremely well-maintained original vehicle showing very minimal wear. The exterior paint, trim and mechanics are not in need of reconditioning. The interior would be in excellent condition. Some vehicles may be considered "matching numbers" vehicles.

### Note:

This column does not represent a "100 Point" or "# 1" vehicle.

* A "100 Point" or "# 1" vehicle is not driven. It would generally be in a museum or transported in an enclosed trailer to concours judging and car shows. This type of car would be stored in a climate regulated facility.

## 2013 Ferrari 458 Italia

2dr Convertible
2013 FERRARI 458 SPIDER! HIGHLY OPTIONED WITH CARBON FIBER INTERIOR & MORE!










# Vehicle Overview

Introducing the 2013 Ferrari 458 Spider equipped with the dual clutch paddle shifted F1 transmission. Have you been dreaming of owning a gorgeous Ferrari but did not want to pay the new car price or get haggled at a dealership? Here is your chance to own this Ferrari at a huge discount to a new one and without the stress! This esteemed vehicle is the true definition of power, speed, precision, and dependability.

**Options on this highly loaded, Black/White 2013 Ferrari 458 Spider include:**
- **Yellow Brake Calipers**
- **Scuderia Ferrari Shields**
- **Ferrari Logo on Headrest**
- **Carbon Fiber Ferrari Door Sills**
- **Carbon Fiber Driver Zone w/ LED's**
- **Yellow Odometer Tach**
- **Carbon Fiber Lower Tunnel**
- **Carbon Fiber Upper Tunnel**
- **Reverse Camera**
- **iPod Connectivity**
- **USB**
- **Bluetooth**
- **Power Everything**
- **AND MORE!**

This eye-catching, 2013 Ferrari 458 Spider is an aggresive Black exterior with a White interior! The color combination is stunning, as this vehicle waits to take you anywhere in style.

You will also have a piece of mind as this 2013 Ferrari 458 Spider is a 100% Carfax certified vehicle, with no accident or damage history and extended warranty programs are available.



CL/CD:  Declined          *GAP/MMP: Declined
Term Selected: 48
Payment Amount: $2,591.28
First Payment Due Date: 12/15/2021
Names on vehicle title: Primary

DocuSign Envelope ID: 5FCE8C69-91A8 4505-B365-B34F7AE9AA2B



**T TEXANS**
CREDIT UNION

# Authorization for Direct Payments
## (ACH Debits)

OCT 29

Email completed form to ACHservices@texanscu.org or fax to 469.624.1715
*(One request per form)*

## Member Information

**DEREK C STEPHENS**                                              ████6842
Member Name                                                       Member Number

Account Type: ☒Loan ☐Line of Credit ☐Mortgage ☐Deposit Account    Account Number  0006

**Choose One From The Following:**          Note: For loan and mortgage payments, frequency and date must match the loan terms.

☒ **New** - Check box or a new ACH Debit set up                   Effective Date   12/15/2021

☐ **Stop/Cancel** - Check box to stop or cancel an existing ACH Debit   Effective Date   _____

## Payment Frequency

|  | Monthly | Semi-Monthly | Bi-Weekly | Weekly | Payment Amount | Excess Payment to Principal |
|---|---|---|---|---|---|---|
| **Consumer Loan** | ☒ | ☐ | ☐ | N/A | $2,592.81 | $0.00 |
| **Line of Credit (LOC)** | ☐ | N/A | N/A | N/A | 2% of outstanding balance or $25.00 (whichever is greater) |  |
| **Mortgage (Home Improvement & Home Equity)** | ☐ | N/A | N/A | N/A |  |  |
| **Deposit Account (Must be open minimum of 6 months, MAX deposit allowed $800 total per month)** | ☐ | ☐ | ☐ | ☐ |  | If deposit amount request for a Deposit Account is larger than $800 per month, and will be applied to loan payments, please call ACH Services for approval |

## Financial Institution Information

**Financial Institution Information (TO BE COMPLETED BY <u>ACCOUNT HOLDER</u> ONLY)**

Account Owner(s)       Derek Stephens                          Daytime Contact # _____

Financial Institution  Ithink Financial Credit Union           Routing Number  267077627

Account Number         0347673101023                           Account Type  ☐Savings  ☒Checking

```
FOR
⑈123456780⑆ 000123456⑈ 1001
Routing        Account      Check
Number/ABA     Number       Number
```

*Business Accounts must be accompanied by a pre-printed document from the financial institution being debited listing all of the accountholders. The following will be accepted: pre-printed voided check, copy of a statement or verification letter. The pre-printed document must show the financial institution name, your name and your account number. <u>Please allow 15 working days for processing.</u>*

## Authorization

I (we) authorize Texans Credit Union, herein called the Credit Union, to initiate debit entries to my (our) account indicated at the depository financial institution named above and to debit the same to such account. I further authorize the Credit Union to initiate credit entries or adjustments for any debit entries made in error to such account. I (we) acknowledge that the origination of ACH transactions to my (our) account must comply with the provisions of U.S. law. I understand that it is my sole responsibility to provide correct account information. Failure to do so may delay the processing of the transaction; and can result in errors which shall be my sole responsibility if I fail to provide correct information. I understand that all funds transferred to the loan I have specified, will be disbursed per the terms disclosed on the Promissory Note & Security Agreement, or Retail Installment Sales Contract. I further understand that this transaction will occur on the payment due date as listed in the transaction, and is a Recurring Payment Authorization.

I agree to have sufficient funds in my deposit account on the date the account is debited. If there are not sufficient funds in my deposit account on the day that the attempt is made to automatically draft funds to pay my loan, I understand that Credit Union may re-attempt to debit my account up to three times. If your payment is returned unpaid, you authorize us to make a one-time electronic fund transfer from your account to collect a fee of $25 or we may assess the fee against any Deposit account(s) held at the Credit Union as further discussed below at our discretion. I further understand that if the account is closed, authorization has been revoked, it is deemed an unauthorized debit, the account is frozen or you provided an incorrect account number that a $25 return payment fee will be assessed by the Credit Union against any Deposit account(s) held at the Credit Union. This could impact your required minimum membership balance. You will be required to deposit additional funds to meet the minimum membership balance requirements. The Credit Union may require an alternative method of payment at any time a debit has been returned unpaid. I understand that my depository financial institution may charge a fee if the attempt to debit my deposit account is unsuccessful. I further acknowledge that I am the owner or an authorized signer on the deposit account I have designated for this Recurring Payment Authorization. I understand and agree that this Authorization is not intended to be an amendment to the Account Agreement with the Credit Union or any Promissory Note & Security Agreement, or Retail Installment Sales Contract.

This authorization is to remain in full force and effect until the Credit Union has received written notification from me (or either of us) of its termination in such time and in such manner as to afford the Credit Union a reasonable opportunity to act upon it or until the loan is <u>paid off</u>. For Line Of Credit Payments Only: Monthly payment amounts may vary based on the outstanding LOC balance. A new Authorization is <u>NOT</u> required each time I (we) draw additional funds from the LOC or pay the balance in full with the LOC remaining open. I (we) acknowledge that the Credit Union can cancel this authorization without notice to me (us) as permitted by applicable laws and regulations.

DocuSigned by:                           10/29/2021          DocuSigned by:                        10/29/2021
Member Signature                         Date                Account Holder Signature             Date

| For Branch Use Only | | For ACH Services Use Only | |
|---|---|---|---|
| Employee Name: Jeffrey Tarrant | Branch/Department: Lending | Employee Name: EJ0123 | Date keyed: 11-5-21 |
| ☐ Provided member with a copy of authorization for their records | | Auditor Name: EU017889 | Date audited: 11/17/21 |
| ☐ Verified that payment frequency and payment date on OSI match ACH authorization form Services>Relationships>Maintenance>Loan Accounts>enter loan # and tab>Maintenance>Payment Period) | | Manager Approval: (if applicable) | Date keyed: |

 **TEXANS** CREDIT UNION

# New Loan Set-Up

## Member Information

| DEREK C STEPHENS | 0740166842 | 0007 |
|---|---|---|
| Member Name | Member Number | New Loan Account Number |

## Loan Details

| Vehicle/Direct Auto | Purchasing from Dealer | | | | 3/11/2022 | 88293 |
|---|---|---|---|---|---|---|
| Product | Purpose | | | | Booked Date | Application ID |
| $134,598.75 | $2,006.29 | Monthly | 72 | 4/15/2022 | Coupon   For CNS A | |
| Balance/ Credit Limit | Payment Amount | Frequency | Term | 1st Due Date | Payment Method | TCU Transfer Acct# |
| 2.340 | A+ | Mejia, Ricardo | | | eSign | |
| Interest Rate | Credit Tier | Underwriter | | | Closing Location | |

## Collateral

| 2017 LAMBORGHINI HURACAN | ZHWUR2ZF9HLA08239 |
|---|---|
| Description | VIN |

## Insurance

| No | No | No | No |
|---|---|---|---|
| Single Credit Life | Joint Credit Life | Single Credit Disability | Joint Credit Disability |
| No | | No | |
| GAP | GAP Amount | MMP | MMP Amount |

## Co-Borrower Information

| Name | SSN | Date of Birth |
|---|---|---|
| Address | City | State | Zip |

| Home Phone | Cell Phone | Work Phone | Employer | Job Title |
|---|---|---|---|---|

## Disbursements

| GL Voucher | $75.00 | GL Voucher - Fees: Guarantee Of Lien |
|---|---|---|
| Type | Amount | Funding Information |
| Refinance | $112,185.87 | Loan - 0740166842-0006 |
| Type | Amount | Funding Information |
| Check | $22,337.88 | Payee - Karma Palm Beach |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |
| Type | Amount | Funding Information |

## Audit

| Tarrant, Jeffrey | 3/11/2022 |
|---|---|
| Employee | Date |

DocuSign Envelope ID: F2CBC34E 50ED 462A 9E1A B9B681A74229

# TEXANS CREDIT UNION

P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

## PROMISSORY NOTE DISCLOSURE & SECURITY AGREEMENT

Words or phrases preceded by a ☐ are applicable only if the ☐ is marked, e.g., ☒. "n/a" means not applicable. The terms on all pages are part of the entire Agreement.

**Totaloan**™

| Primary Borrower Name/Address | Co Borrower Name/Address | | |
|---|---|---|---|
| **DEREK C STEPHENS**<br>■■■■■■ LANE<br>**MCKINNEY, TX 75069** | | | |

| | | Date<br>**3/11/2022** | Account/Loan Number<br>**0007** |
|---|---|---|---|

| PURPOSE OF LOAN<br>**Purchasing from Dealer** | Member Number<br>**0740166842** | Maturity Date<br>**3/15/2028** | Interest Rate<br>**2.34%** |
|---|---|---|---|

## FEDERAL TRUTH-IN-LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS<br>The amount you will have paid when you have made all payments as scheduled. | TOTAL SALE PRICE<br>The total cost of your purchase on credit. |
|---|---|---|---|---|
| **2.362 %** | **$9,928.63** e | **$134,523.75** | **$144,452.38** e | $<br>Including your down payment of<br>$ |

### Your Payment Schedule Will Be

| Number of Payments | Amount Of Payments | | When Payments Are Due | |
|---|---|---|---|---|
| 71 | $2,006.29 | Monthly | Beginning | 4/15/2022 |
| 1 | $2,005.79 | | Ending | 3/15/2028 |

**PREPAYMENT:** If you pay off your loan early, you will not have to pay a penalty.
**REQUIRED DEPOSIT:** The annual percentage rate does not take into account your required deposit, if any.
**PROPERTY INSURANCE:** You may obtain property insurance from anyone you want that is acceptable to the Credit Union.
**LATE CHARGE:** If your payment is received 10 days or more after the due date, you will be charged a late fee of 5% of the payment due.

☐ If this box is checked, your loan has a variable interest rate based on the credit union's share dividend rate (index) plus a margin of 2%. The rate may change quarterly (January, April, July and October) on the 1st day after the dividend is officially declared. Any increase will result in more payments of the same amount. For example, if your loan was for $5000 at 4% for 24 months and the rate is increased to 5% after 12 months, you would make one additional payment.
**ASSUMABILITY:** Your loan is not assumable.
**FILING FEES:** $_____ You will be charged lien filing fee if the Credit Union takes a security interest in your collateral.
**SECURITY:** You are giving a security interest in all present and future, individual and joint shares and other accounts you have in the Credit Union and in the following:

☒ The goods or property being purchased
☒ Collateral securing this loan may also secure my other obligations with the Credit Union
☐ Other (Describe)

See your contract documents for any additional information about prepayment, default, any required repayment in full before the scheduled due date, and prepayment refunds and penalties.    "e" means an estimate

## ITEMIZATION OF THE AMOUNT FINANCED
The Credit Union or an entity affiliated with the Credit Union will retain a portion of the amount paid to others denoted by asterisk (*).

| Itemization of amount financed of<br>**$134,523.75** | Amount given to you directly<br>**$0.00** | Paid on Account<br>**$112,185.87** | Prepaid Finance Charge<br>$ |
|---|---|---|---|

| Amount paid to others on your behalf: | | | |
|---|---|---|---|
| To: **Guarantee of Lien** | $75.00 | To: | |
| To: **Karma Palm Beach** | $22,337.88 | To: | |
| To: | | To: | |
| To: | | To: | |
| To: | | To: | |

**OPTIONAL INSURANCE** –Insurance is not required to obtain credit under this note and will be included only if requested below by the APPLICANT(S). The estimated total premium is shown below. If coverage is selected and you are eligible, you will be charged a premium and given a Certificate of Insurance from the Insurance Company, which provides the important terms of this coverage. Read it carefully. If you do not check "Yes" below, no coverage will be added nor in force.

**Type of Protection**

| Single Credit Life Insurance ☐ YES ☒ NO _____ e | Single Credit Disability Insurance ☐ YES ☒ NO ;_____ e |
|---|---|
| | Joint Credit Disability Insurance ☐ YES ☒ NO ;_____ e |
| Joint Credit Life Insurance ☐ YES ☒ NO _____ e | Name of Insured _____ |

| Applicant Signature | Birth date | Co-Applicant Signature | Birth date |
|---|---|---|---|
| DocuSigned by:<br>X ⟨signature⟩ | 03/11/2022 | X | |

SECURITY: ■■■■■ to the Credit Union a Security Interest in all present and future individual and joint accounts in the Credit Union (other than those accounts that would lose special tax treatment if this security interest applied to them) and the property described below.

**TYPE: 2017    LAMBORGHINI    HURACAN    IDENTIFICATION ZHWUR2ZF9HLA08239**

Other:

| Shares | Account No | Shares $ | Account No. |
|---|---|---|---|
| | | | |

☐ If this box is checked, the Consumer Claims and Defenses provision on page 4 is applicable

©2011 ConmarSystems, Peachtree City, GA 30269 – EFORM 22640-2 Rev. 12/21        Page 1 of 4

DocuSign Envelope ID: F2CBC34E 50ED-462A 9E1A B9B681A74229

BORROWER(S) **DEREK C STEPHENS**                    Date: **3/11/2022**        Loan No.: **0007**

---

**SIGNATURES – CAUTION: IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT.**

By authenticating this Promissory Note, Disclosure and Security Agreement, or by endorsing the accompanying loan proceeds check (related to this Agreement), or by accepting funds deposited into your Credit Union share or checking account, you agree to make and be bound by the terms and conditions of this Promissory Note, Disclosure and Security Agreement, including the terms and conditions on all pages of this multi-page document. You acknowledge your responsibility to ensure that the Credit Union is named first lien holder on any certificate of title, if applicable. If you are authenticating as "Owner of Collateral Other than Borrower," you are giving the Credit Union a Security Interest in the property described above and you are bound only by the Security Agreement and you are not obligated to repayment of the note unless you are also a co-borrower or co-signer. You acknowledge that you have read this entire Agreement and have received a copy. If you elected Optional Credit Insurance and/or Single Involuntary Employment Insurance, you acknowledge receipt of a certificate of insurance. If you decide not to enter into this loan agreement, you must return any unendorsed proceeds check to the Credit Union.

In the event the document(s) evidencing or securing your loan misstate or inaccurately reflect the true and correct terms and provisions of the loan and the misstatements or inaccuracy is due to unilateral mistake on the part of the Credit Union, mutual mistake on your part and the Credit Union or clerical error, then in such event you shall upon request of the Credit Union and in order to correct such misstatement for inaccuracy, execute new documents or initial corrected original disclosures as the Credit Union my deem necessary to remedy the inaccuracy or mistake. Your failure to initial or execute such documents as requested shall constitute a default under the Note and Security Agreement evidencing the loan.

**NOTICE TO WISCONSIN RESIDENTS.** NOTICE TO CUSTOMER: (a) DO NOT SIGN THIS BEFORE YOU READ ALL OF THE SEPARATE PAGES OF THIS AGREEMENT, EVEN IF OTHERWISE ADVISED; (b) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES; (c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN; (d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID PRINCIPAL BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

| Borrower | Date | Co-Borrower ☐ Owner of Collateral Other than Borrower | Date |
|---|---|---|---|
| DocuSigned by: *[signature]* **X** E0F273BDGGF2467 | 03/11/2022 | **X** | |
| ☐ Owner of Collateral Other than Borrower | Date | Witness/Notary | Date |
| **X** | | **X** | |

---

**NOTICE TO CO-SIGNER**

**SIGNATURE OF CO-SIGNER:** If the borrower fails to repay this debt, you promise to pay the debt to the Credit Union upon demand. The Credit Union can seek immediate payment from you without making prior demand for payment on the borrower. You pledge all shares and/or other funds in any of your individual and joint accounts as security for your promise. The Credit Union has the right to apply your shares and other funds towards what you owe if you are in default. Any account that would lose special tax consideration if given as security is not subject to this pledge or right of offset. The Credit Union can enforce this Agreement against your heirs and legal representatives. You waive notice of acceptance of this guaranty, of any extensions in time of payments, of sale or release of any collateral for this loan and all other notices of which you would otherwise be entitled to receive, if allowed by applicable law.

**Vermont Residents - NOTICE TO CO-SIGNER: YOUR SIGNATURE ON THIS NOTE MEANS THAT YOU ARE EQUALLY LIABLE FOR REPAYMENT OF THIS LOAN. IF THE BORROWER DOES NOT PAY, THE LENDER HAS A LEGAL RIGHT TO COLLECT FROM YOU.**

| Co-Signer | Date | Co-Signer | Date | Witness/Notary | Date |
|---|---|---|---|---|---|
| **X** | | **X** | | **X** | |

©2011 ConmarSystems, Peachtree City, GA 30269 – EFORM 22640-2 Rev. 12/21          Page 2 of 4

DocuSign Envelope ID: F2CBC34E 50ED 462A-9E1A-B9B681A74229

BORROWER(S) **DEREK C STEPHENS**                    Date: **3/11/2022**        Loan No.: **0007**

## PROMISSORY NOTE CONTINUED

**Repayment:** The words "You" and "Your" mean any person authenticating this Agreement as Borrower, Co Borrower, Co Signer, or Owner of Collateral Other Than Borrower, whether by affixing their actual signature, or through use of an electronic signature, facsimile signature, or photocopied signature. You promise to pay to the Credit Union or its order, the amount financed plus the finance charge according to the payment schedule as each is set forth in the disclosure on page 1 of this Promissory Note and Disclosure. Your payment amount includes interest computed and payable at the interest rate shown on page 1 on the loan from the date finance charges begin until the loan is paid in full. The amount of your final payment as well as total Finance Charge and the total of payments will be somewhat more or less than the amounts disclosed if payments are not received precisely on the due dates. When received, your payment will be applied in the order chosen by the Credit Union to finance charges, late charges, collection costs, any other charges and to the principal. Unpaid interest will be paid by later payments and will not be added to your principal balance. If a share account is pledged as security for this loan (described in the security section on page 1), you must keep these shares equal to your loan balance until you repay all of what you owe.

**Prepayment:** You may prepay all or part of your loan at anytime without penalty. However, if a balance remains owing, you are still required to make your regular periodic payments. A partial payment will not automatically reduce your periodic payment unless the remaining amount owed is less than the periodic payment.

**Skip Payments:** At the Credit Union's option and on terms we state from time to time, we may allow you to skip payments, which means you may be allowed to skip individual installment payments. If you accept any skip payment, you understand that the Finance Charge (daily interest rate) will continue to be applied. However, no late charges will apply for authorized skip payments. Further, no skip payment will extend the term of any credit insurance and/or Single Involuntary Unemployment Insurance policy you may have obtained through the Credit Union as part of this loan.

**Property Insurance:** You promise to maintain property insurance in an amount necessary to protect our security interest in the collateral, with the credit union named as loss payee for our protection. Such insurance shall protect against loss by fire, theft, and collision and will provide "all risks" hull insurance in the case of aircraft or boats and accessories thereto, if any. You may provide the required property insurance through an existing policy or by a policy you independently obtain and pay for from an insurer that is authorized to do business in the state of Texas or an eligible surplus lines insurer of your own choosing, providing such person is reasonably acceptable to us. You agree to deliver satisfactory evidence of the insurance policy to us within any time period specified in any notice from us or on our behalf. If you do not get or keep this insurance, we may, at our sole option, obtain insurance to protect our interest and add its costs to your loan and you agree to pay for it (by such means as increasing your payment, increasing your loan term, or requiring a final balloon payment). We are under no obligation to obtain insurance on your behalf. If we do obtain insurance, the cost of obtaining that insurance may be added to your loan balance, subject to the applicable interest rate. We have the authority to obtain, adjust, settle or cancel insurance and may endorse any party's name on any draft.

## APPLICABLE TO ALL STATES *OTHER* THAN WISCONSIN

**Default:** To the extent permitted by state law, you will be in default: (1) if you fail to make any payment on time; (2) in the event of your death; (3) in the event of your insolvency or the filing of any requests for relief under the bankruptcy code by or against you; (4) if you are the subject of any legal process which seeks to attach your Credit Union account, any of your property or rights; (5) if you have given the Credit Union false or inaccurate information in obtaining a loan or any other Credit Union services; (6) if you do any act or fail to do any act which the Credit Union believes endangers the collateral, if any, or your ability to repay what you owe, including but not limited to, leaving your current employment; (7) if you break any promise you have made under this or any other agreement with the Credit Union; (8) f you use the collateral in any illegal activity. In the event of a default, you understand that the decision to take action is at the sole discretion of the Credit Union and that the failure to act on one default will not stop action on another. You further agree that the Credit Union does not have to provide you advance notice before taking action on any default, unless required to do so by applicable law. You will be in default if you fail to obtain or maintain the required property insurance, or if you fail to pay all taxes when due. If you are in default, the Credit Union may require that you deliver the collateral to it at a time and place of its choosing. You agree that the Credit Union can take possession of the collateral without judicial process and you authorize a right of entry for that purpose and said repossession may occur without giving you advance notice except when notice is expressly required by applicable law. This Agreement, the Uniform Commercial Code, and other applicable law, authorize the Credit Union to take various actions; and the Credit Union may rely on any or all of those sources.

**Default Interest Rate:** All Borrowers and Owners of collateral agree that the Credit Union will adjust the interest rate on your account if any person fails to undertake any action or undertaking of any kind that the law or we require in order to insure that a lien is properly perfected/recorded with the Credit Union as lienholder with a first priority lien upon any collateral pledged to secure payment of the Note. You will be in default if such actions or undertakings are not performed within 60 days from the date the Note is executed. Upon default we will change your interest rate to a fixed rate of 18% **ANNUAL PERCENTAGE RATE** beginning on the first day of any such default. Upon such default Credit Union will adjust your payments. It will be your obligation to determine the amount of such payments and to make such increased payments according to the remaining terms of the Note. Failure to perform any obligation herein shall constitute an event of default under the Note.

**Right of Offset:** If you are in default, the Credit Union may at any time without demand or notice of any kind, appropriate and apply toward the payment of the unpaid balance due, any unpaid shares, dividends, or other funds that would not have adverse tax consequences if pledged as security. You appoint the Credit Union as your Attorney in act to perform any act(s) which it feels are necessary to protect its security interest.

**Acceleration:** If you are in default and to the extent permitted by state law, the Credit Union may call any amounts you owe immediately due and payable plus FINANCE CHARGES which shall continue to accrue until the entire balance owed is paid in full. The undersigned individually and jointly waive presentment, demand, protest, notice of protest, notice of acceleration, and notice of intent to accelerate and any notice that the Credit Union is demanding payment in full of the outstanding balance under the contract because of default or for any other reason. You further understand that if the Credit Union reasonably believes its collateral is threatened, or that your ability to repay what you owe is impaired, it may call any such amounts immediately due and payable including FINANCE CHARGES.

**Remedies:** If you are in default, the Credit Union may, after expiration of any right you have under state law to cure your default, require immediate payment of any or all amounts you owe under this Note or any other loan you have with the Credit Union and take possession of the collateral. You waive any right to demand for payment, notice of intent to accelerate and notice of acceleration. You will continue to pay interest until you repay what you owe at the loan interest rate. The Credit Union can exercise any right given to it by the Uniform Consumer Credit Code or other applicable law. In addition, the Credit Union reserves the right to pursue the remedies outlined in the Termination of Rights and Services section of the Consumer Membership Account Agreement. The Credit Union may delay taking any action to protect its rights as many times as it wants and as long as it wants without losing them.

## WISCONSIN RESIDENTS ONLY

**Default; Acceleration; Remedies:** Your loan shall be in default if: (a) you fail to make payment within 10 days after the scheduled or deferred due date if the interval between payments is 2

months or less, or you fail to pay the first or last payment within 40 days of its scheduled or deferred due date; (b) the interval between scheduled payments is more than 2 months, and if any such scheduled payment is unpaid for more than 60 days after its scheduled or deferred due date; (c) this transaction is scheduled to be repaid in a single payment and that single payment is more than 40 days late; and/or (d) you fail to observe any other covenant of this transaction, breach of which materially impairs the condition, value or protection of the Credit Union's rights or any Collateral securing this transaction, or materially impairs your ability to pay amounts due under this transaction, which includes your death, an action by someone other than the Credit Union to seize your assets, any false or misleading statements made by you, and/or an insolvency, receivership or custodial proceeding brought by or against you, as well as any judgments or tax liens filed against you.

Upon any occurrence of default, and after we have provided you notice of your right, if any, to cure the default as required by applicable law, we may declare the entire balance of your loan immediately due and payable, to the extent permitted by law. If the entire balance is not then paid immediately upon default, the Credit Union may exercise any or all of its rights available by law or equity, or as specified in the Security Agreement, Consumer Membership Account Agreement or similar instrument. If your loan is subject to the right to cure default and the default is not cured within the time provided by applicable law, or if your loan is not subject to the right to cure default and the entire balance is not paid immediately upon default, and if permitted by law, the collateral shall be voluntarily surrendered to the Credit Union at a time and place acceptable to the Credit Union. To the extent permitted by law, the Credit Union shall be reimbursed for all of its costs and expenses, including reasonable attorneys' fees, incurred in the course of collecting any amounts owed under this Agreement or in exercising its rights related to the Collateral. If the collateral is a motor vehicle, trailer, snowmobile, boat, aircraft or mobile home as defined by applicable, law, the Credit Union shall be reimbursed for its reasonable and bona fide expenses in disposing of the collateral, including expenses paid to a third party for taking and holding the collateral, the travel and transportation expenses of the Credit Union incurred in taking possession of the collateral, and, if the collateral is not redeemed pursuant to applicable law, the expenses of cleaning, repairing and restoring the collateral to a condition suitable for sale, to the extent permitted by law. If this Agreement is subject to the Consumer Claims and Defenses provision as indicated on Page 1 and the unpaid balance of your loan was greater than $1,000 at the time of default, you agree to immediately pay any remaining deficiency balance after disposition of the collateral.

As permitted by law, the Credit Union shall have the right to impress and enforce a statutory lien upon the shares and dividends of any member indebted to it, and we may enforce our right to do so without further notice to you. Additionally, the Credit Union may at any time without demand or notice of any kind, appropriate and apply toward the repayment of the unpaid balance due, any unpaid shares, dividends, or other funds that would not have adverse tax consequences if pledged as security.

**Late Charge:** If any payment is made late, you may be charged a late charge. You agree to pay the late charge if any is disclosed on page 1.

**Co-Borrower or Co-Signer:** If you are authenticating this Note as a co borrower or co signer, you waive any right to require the Credit Union to attempt collection of this Note from the primary borrower first. You agree to be equally and severally responsible with the first borrower for all obligations under this Note. You understand that the terms of this Note apply to you as well as to the primary borrower and you waive any requirement that you be notified of changes in the terms of this Note or any Security Agreement for this Note.

**Credit and/or Single Involuntary Unemployment Insurance:** Credit and/or Single Involuntary Unemployment Insurance is not required to obtain credit. If you purchase optional credit insurance from us and finance the total cost of coverage, you authorize us to add the insurance premiums monthly to your loan balance and charge you interest on the entire balance, you understand that coverage is only for the original amount financed as shown on page 1. If the premium is calculated and collected monthly as part of your payment, premium rates are not guaranteed. However, you will be notified in advance if the monthly cost for coverage will increase.

**Treatment of Payments:** Payments must be received at any branch by closing on a business day to be credited to your account as of that same day. If any payments made by you are less than the total payment due, the Credit Union may allocate the payment at its sole discretion.

**Other Terms:** If any part of this Note is determined by court or by law to be invalid or unenforceable, the rest will remain in effect. All the Credit Union's rights shall inure to the benefit of its successors and assigns, and all of your obligations shall bind your heirs or legal representatives or successors. You authorize the use of electronic signatures, facsimile signatures and photocopied signatures for all purposes of authenticating this Note. Said signatures will have the same force in effect as original signings for all transactions included in applications and Agreements with the Credit Union.

**Notice:** You promise that your name and address shown on page 1 are your legal name and place of residence and such place of residence is the proper address for all notice(s) that may be required and you further understand that changes in address must be submitted to the Credit Union in writing to be effective.

**Collection Costs:** If collections efforts are required by the Credit Union, you agree to pay all costs and expenses incurred in the collection of any sum due, and in addition, if the holder hereof, after default, shall place this note in the hands of an attorney or collection agency, for collection, to pay reasonable attorneys' fees, interest and fines due on this note at the time of the employment of such attorney or collection agency to the extent permitted by state law.

**Governing Law:** Except to the extent that Federal Law is applicable, the laws of the state in which this document is written shall govern the validity, construction and enforcement of this Agreement.

**NOTICE TO WISCONSIN RESIDENTS.** By authenticating this Agreement, you acknowledge and agree that this Agreement is controlled and governed by the laws of the State of Wisconsin, including the provisions of the Wisconsin Consumer Act (W.S.A. § 421.101 *et seq*), except to the extent that such laws are inconsistent with controlling federal laws and regulations.

**NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE:** THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**NOTICE FOR ARIZONA OWNERS OF PROPERTY:** It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

**NOTICE TO LOUISIANA BORROWERS:** For loans secured by a motor vehicle, Louisiana law permits repossession of motor vehicles without judicial process.

**SPECIAL NOTICE TO BORROWER(S) AND CO-BORROWER(S)**
By authenticating, endorsing or negotiating ANY Loan proceeds check related to this Agreement, You accept and agree to the terms of this Agreement including the provisions on page 1. You further acknowledge and grant us a security interest in any collateral designated on page 1 and promise to maintain any required property insurance required by the Credit Union. If you decide not to enter into this loan agreement, you must return any unendorsed proceeds check to the Credit Union.

DocuSign Envelope ID: F2CBC34E-50ED-462A-9E1A-B9B681A74229

 **TEXANS CREDIT UNION**

P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

**SECURITY AGREEMENT**
The terms on all pages are part of the entire Agreement

 **TotalLoan**™

| Primary Borrower Name/Address | Co Borrower Name/Address | | |
|---|---|---|---|
| **DEREK C STEPHENS**<br>████ **LANE**<br>**MCKINNEY, TX 75069** | | Date<br>**3/11/2022** | Account / Loan Number<br>**0007** |
| | | Maturity Date<br>**3/15/2028** | Interest Rate<br>**2.34%** |

**SECURITY:** You grant to the Credit Union a Security Interest in all present and future individual and joint accounts in the Credit Union (other than those accounts that would lose special tax treatment if this security interest applied to them) and the property described below.

TYPE: **2017    LAMBORGHINI    HURACAN**    IDENTIFICATION  **ZHWUR2ZF9HLA08239**

Other:

| Shares | Account No. | Shares $ | Account No. |
|---|---|---|---|

**Security Interest:** By authenticating the Promissory Note and/or receiving the benefits of your loan described above, you give the Credit Union a Security Interest in the property described in the Note, Disclosure and Security Agreement and present and future individual and joint accounts you have in the Credit Union. You authorize the Credit Union to apply any funds held in such present and future individual and joint accounts to what you owe if you are in default. The Credit Union may, but does not have to allow you to withdraw a portion of your shares or other funds without affecting its Security Interest. You are not giving a Security Interest in any shares or funds in an IRA, SEP, KEOGH, or other account which if pledged as security would result in special tax treatment under the Internal Revenue Code. This Security Interest covers not only the property pledged, but all proceeds, substitutions or replacements, accessions, improvements, all proceeds from insurance and all refunds of unearned premiums. The Security Interest also includes any replacements for the property which you buy within 10 days of this loan or any extensions, renewals, or refinancing of the loan. Anytime this Agreement refers to collateral, it means any or all of the property described in the Note and Security Agreement. You also grant a Security Interest in all assets and property separately pledged to the Credit Union (other than household goods or any collateral that is a dwelling) to secure payment of this loan, and any other amounts you now owe or will owe the Credit Union in the future. The collateral also secures your performance of all other obligations under your loan, this Security Agreement and any other Agreement you have with the Credit Union. If the collateral is household goods as defined in the Federal Trade Commission Fair Credit Practices Rule, it only secures obligations for the purchase money for that collateral or a refinancing or consolidation of such obligations.

**Release of Collateral:** If the Credit Union releases collateral for sale by you, proceeds will be applied to your loan. You understand that if a balance remains owing after sale proceeds are applied to your loan, you are obligated to continue making scheduled periodic payments in accordance with the payment schedule of your loan with the Credit Union.

**Protection of the Collateral:** You promise that you will use the proceeds of the loan to buy the property that you own that you own and that no one else has an interest in it or claim against it. You agree to (1) maintain, protect and to preserve the collateral, (2) not to use or permit anyone to use the collateral in violation of this Agreement, or any statute, regulation or ordinance or any policy or insurance covering the collateral, (3) pay promptly when due all taxes, charges, encumbrances or liens now or later imposed upon or affecting the collateral, (4) promptly notify the Credit Union of change in your name or address on file, (5) help the Credit Union do all that is necessary to protect its Security Interest in the collateral, including giving the Credit Union all endorsements, assignments, financing statements, or other writings necessary to protect the Credit Union's Security Interest and its priority, (6) promptly deliver to the Credit Union in the form received, all proceeds of the collateral you receive, (7) not to sell, lease, encumber, rent, otherwise dispose of, or give the collateral to anyone else other than the Credit Union, (8) at any reasonable time, upon the Credit Union's demand, to exhibit to the Credit Union and allow the Credit Union to inspect the collateral. You promise that any title to the collateral shall only be registered in the name of the borrowers authenticating this Agreement. You promise to have the Credit Union's Security Interest shown on any certificate of title that may be issued. You give the Credit Union authorization to file a financing statement to protect its Security Interest from the claims of others.

**Property Insurance and Taxes:** You are required to fully insure the collateral against loss and damage with deductible amounts satisfactory to the Credit Union. You may obtain this insurance through an insurer that is authorized to do business in the state of Texas or an eligible surplus lines insurer of your own choosing, unless the Credit Union, for good cause, refuses to accept it. If you fail to obtain or maintain the insurance, the Credit Union will buy any type of insurance it feels is necessary to protect its interest in the collateral. THE INSURANCE WILL NOT BE LIABILITY INSURANCE. This could result in less protection for you and at a higher cost. The Credit Union will add the cost of this insurance to the loan and charge you a finance charge at the applicable loan interest rate. If the Credit Union adds this insurance to your loan, you agree that, at the Credit Union's option, your payment may be increased by an amount sufficient to repay any charges added for property insurance, your loan term may increase or a final balloon payment may be required. You promise to have any insurance policy made payable to the Credit Union and, if asked, deliver it to the Credit Union. The policies must say that the Credit Union is to be paid if there is a loss. If the collateral is lost or damaged, the Credit Union can use the insurance proceeds to replace or repair it, or to repay any amounts you owe. You also promise to pay all taxes due on the collateral. If you fail to do so, the Credit Union may, but does not have to, pay the taxes and add the amount to the unpaid principal balance of the loan and charge you a finance charge at the applicable loan rate.

**Default:** You will be in default if you break any promise in this Security Agreement or if you are in default on your loan. If you are pledging property as an Owner of Collateral Other Than Borrower, you will be in default if anyone who signed or otherwise authenticated the Note is in default.

**APPLICABLE TO ALL STATES** *OTHER* **THAN WISCONSIN**

**Remedies:** When you are in default, the Credit Union can require immediate payment of what you owe and take possession of the property without judicial process. You authorize right of entry (other than a dwelling) for repossession. If the Credit Union repossesses the collateral, it will not be responsible for personal property not covered by this Agreement that you leave inside the property or that is attached to the property. The Credit Union will try to return that property to you. After the Credit Union takes possession of the property, it can sell it and apply the money to what you owe. You will be given notice of any public sale or the date when a private sale will be held. The Credit Union will deduct its expenses for taking possession of the property and for any commercially reasonable preparation or processing, storage and attorneys' fees to the extent permitted under state law or awarded under the Bankruptcy Code. The rest of the sale money will be applied to what you owe. Each debtor will have to pay any amount remaining unpaid after sale money has been applied to what you owe. You will pay interest on that amount at the applicable rate until the amount has been repaid. The Credit Union reserves the right to pursue any and all of its legal rights and remedies, including those outlined

n the Termination of Rights and Services section of the Consumer Membership Account Agreement.

**WISCONSIN RESIDENTS ONLY**

**Remedies:** When you are in default, after providing any applicable notice of your right to cure the default and you fail to cure the default, the Credit Union can require immediate payment of what you owe. If the entire balance is not then immediately paid, the Credit Union may exercise any or all of its rights available by law or equity, or as specified in this Security Agreement, Consumer Membership Account Agreement or any other similar instrument you have executed, including taking possession of and selling the collateral. The collateral shall be voluntarily surrendered to the Credit Union at a time and place acceptable to the Credit Union. If this is not done, you authorize right of entry (other than to a dwelling) for repossession of the collateral. If the Credit Union repossesses the collateral, it will not be responsible for personal property not covered by this Agreement that you leave inside the collateral or that is attached to the collateral. The Credit Union will try to return that property to you. After taking possession of the collateral, and if you fail to redeem the collateral in the time provided by applicable law, the Credit Union may sell the collateral and apply the money to what you owe. To the extent permitted by law, the Credit Union shall be reimbursed for all of its reasonable and bona fide expenses in disposing of the collateral. If the collateral is a motor vehicle, trailer, snowmobile, boat, aircraft or mobile home as defined by applicable, law, the Credit Union shall be reimbursed for its reasonable and bona fide expenses in disposing of the collateral, including expenses paid to a third party for taking and holding the collateral, the travel and transportation expenses of the Credit Union incurred in taking possession of the collateral, and, if the collateral is not redeemed pursuant to applicable law, the expenses of cleaning, repairing and restoring the collateral to a condition suitable for sale, to the extent permitted by law. If this Agreement is subject to the Consumer Claims and Defenses provision as indicated on Page 1 and the unpaid balance of your loan was greater than $1,000 at the time of default, you agree to immediately pay any remaining deficiency balance after disposition of the collateral. You will pay interest on any remaining unpaid balance at the applicable rate until the amount has been repaid.

**Other Terms:** The Credit Union may delay taking action to protect its rights as many times as it wants and as long as it wants without losing them. If any part of this Agreement is determined by court or by law to be invalid or unenforceable, the rest will remain in effect. All the Credit Union's rights shall inure to the benefit of its successors and assigns and all of your obligations shall bind your heir or legal representatives or successors. You authorize the use of electronic signatures, facsimile signatures and photocopied signatures for all purposes of authenticating this Security Agreement. Said signatures will have the same force in effect as original signings for all transactions included in applications and Agreements with the Credit Union. No waiver by Secured Party of any default shall operate as a waiver of any other default or of the same default on a future occasion. If there is more than one Borrower, the obligations hereunder shall be joint and several.

**Notice:** You promise that your name and address shown in this Agreement is your legal name and place of residence and such place is the proper address for all notice(s) that may be required and you further understand that changes in address must be submitted to the Credit Union in writing to be effective.

**NOTICE TO NORTH DAKOTA BORROWERS PURCHASING A MOTOR VEHICLE:** THE MOTOR VEHICLE IN THIS TRANSACTION MAY BE SUBJECT TO REPOSSESSION. IF IT IS REPOSSESSED AND SOLD TO SOMEONE ELSE, AND ALL AMOUNTS DUE TO THE SECURED PARTY ARE NOT RECEIVED IN THAT SALE, YOU MAY HAVE TO PAY THE DIFFERENCE.

**NOTICE FOR ARIZONA OWNERS OF PROPERTY:** It is unlawful for you to fail to return a motor vehicle that is subject to a security interest, within thirty days after you have received notice of default. The notice will be mailed to the address you gave us. It is your responsibility to notify us if your address changes. The maximum penalty for unlawful failure to return a motor vehicle is one year in prison and/or a fine of $150,000.

**NOTICE TO LOUISIANA BORROWERS:**

For loans secured by a motor vehicle, Louisiana law permits repossession of motor vehicles without judicial process.

**CONFESSION OF JUDGMENT; WAIVER; KEEPER:** For purposes of foreclosure under the provisions of Louisiana law governing Executory Proceedings (LSA C.C.P. Art. 2631 *et seq*), you acknowledge the debt secured by this Security Agreement (which Security Agreement is subject to the provisions of the Louisiana Commercial Laws (R.S. 10:9 101 *et seq*)), and you confess judgment in favor of Credit Union for the full amount due under the Promissory Note secured hereby. To the extent permitted by applicable law, you also waive: any demand and the three days delay as provided in LSA C.C.P. Art 2331 and 2722, as well as any rights under other laws related to notice of sale of property; any benefit of appraisal as provided by LSA C.C.P. Art 2332, 2336, 2723 and 2724, as well as any rights under other laws related to appraisal upon judicial sale; any notice of seizure as provided under LSA C.C.P. Art 2293; all additional provisions of the Louisiana Code of Civil Procedures related to publication and notice of sale, and advertisement of sale, as well as any other Article not specifically identified herein. You also agree that in the event of foreclosure as set forth above, that Credit Union may appoint a keeper of the property (collateral), which may be Credit Union or another party.

**CONSUMER CLAIMS AND DEFENSES: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS, OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN PARTIES.**

DocuSign Envelope ID: F2CBC34E-50ED-462A-9E1A-B9B681A74229

## CENTRAL STATES HEALTH & LIFE CO. OF OMAHA

(A Mutual Legal Reserve Company)                     Certificate No.
P.O. Box 34350, Omaha, Nebraska 68134-0350 • 1-800-826-6587   Group Master Policy Form 20188M TX (1153 and 1131)

### SCHEDULE / APPLICATION

| Primary Borrower (Name & Address)<br>DEREK C STEPHENS<br>██████ LANE<br>MCKINNEY, TX 75069 | Age<br>██ | Co-Borrower (Name & Address) | | Age |
|---|---|---|---|---|
| Credit Union / Creditor Beneficiary (Name & Address)<br>Texans Credit Union<br>777 E Campbell Rd, Richardson TX 75081 | | Secondary Beneficiary (Name & Address) (If none, to Your Estate) | | |

| Account No. / Insured Loan No.<br>0740166842-0007 | Term of Loan<br>(Months)<br>72 | Effective Date<br>of Insurance<br>3/11/2022 | Termination Date of Insurance<br>Life:        3/11/2022<br>Disability: 3/11/2022 | Estimated Total Premium<br>Life:        $0.00<br>Disability: $0.00 |
|---|---|---|---|---|

#### APPLICABLE MAXIMUMS

| | | |
|---|---|---|
| Maximum Monthly Disability Benefit:   $1,000 | Maximum Eligible Loan Term:  Life 120 (months)<br>Disability 120 (months) | Maximum Issue Age:   Life 69 (yrs)<br>Disability 65 (yrs) |
| Total Benefit Maximum - Life:   $100,000** | | |
| Total Benefit Maximum - Disability:   $100,000** | Maximum Term of Insurance:  Life 120 (months)<br>Disability 120 (months) | Terminat on Age:   Life 70 (yrs)<br>Disability 66 (yrs) |

| Life Insurance* | Life Rate per $1,000 of Your Monthly Loan Balance | Disability Insurance* | Disability Rate per $1,000 of Your Monthly Loan Balance | Waiting Period | Benefits Begin |
|---|---|---|---|---|---|
| ☐ Single | $0.57 | ☐ Single | $2.30 | 14 days | Retroactive |
| ☐ Joint | $0.86 | ☐ Joint | $3.45 | | |

This coverage includes a Terminal Illness benefit.

**\*If single or joint coverage is NOT elected, that coverage and the provisions which relate to it do not apply to You.**

Your signature below means that You understand and agree that the following statements are offered to the Company as consideration for the insurance applied for on the date shown above. Any statements or misrepresentations which affect Our acceptance of You may result in loss of coverage for You during the first two certificate years. For disability coverage, any fraudulent misstatements in Your signed Schedule / Application may be contested at any time. To determine if You are eligible for insurance coverage, the Company requires the following:

1) You are not eligible for insurance if, as of the Effective Date of Insurance You have reached:
   (a) Your 70th birthday for life coverage;
   (b) Your 66th birthday for disability coverage.
2) If the Schedule/Application shows that You have chosen disability insurance, You must be Gainfully Employed, actively working as of the Effective Date of Insurance, on a full time basis for at least 25 hours per week.

NOTICES TO BORROWER(S):
- You understand that the purchase of credit insurance is optional and not required to obtain credit approval.
- You can cancel this insurance at any time for any reason by written request, and if You cancel within 30 days after the Effective Date of Insurance, You will receive a full return of insurance premium paid.
- Pre existing conditions are not immediately covered for disability insurance.
- This insurance may not be enough to completely pay off Your Loan. The coverage and benefits available under this insurance are limited by the Applicable Maximums as shown in the Schedule / Application above.
- If a balloon payment is part of Your Loan (a payment that is larger than the other scheduled payments and is scheduled to be paid at the end of the Loan), that payment is not covered under Your disability insurance.
- You understand that this insurance contains limitations and exclusions as outlined in the Certificate of Insurance.

**Your signature below means that You understand and agree with the statements above. If You are unable to agree with the statement(s), You are not eligible for coverage through this Schedule / Application.**

| | | 03/11/2022 |
|---|---|---|
| DocuSigned by:<br>━━━━━ E0F273BDCCF2... Signature of Primary Borrower | ██████ Date of Birth | Date |

| | | |
|---|---|---|
| Signature of Co-Borrower | Date of Birth | Date |

(Only spouse or business partner, who is jointly liable for the loan)

Upon acceptance of this insurance by Us, and not later than 30 days after the date upon which the indebtedness is incurred, We will deliver the Certificate of Insurance to You. If the insurance is not accepted by Us, then any insurance charge made for this insurance shall be fully refunded and the Credit Union shall immediately give notice to You and shall promptly make the appropriate credit to Your account.

**Closed-End Monthly Outstanding Balance
Credit Life and Disability Insurance with Terminal Illness**

DocuSign Envelope ID: F2CBC34E 50ED 462A 9E1A-B9B681A74229

## Installment Sales Contract / Loan GAP Waiver Addendum - Election Form

Effective Date:  3/11/2022

Borrower/Debtor Name:  DEREK C STEPHENS

Address: ███████████ LANE     Loan Officer: _____

City, State, Zip:  MCKINNEY, TX 75069     Loan Number:  0740166842-0007

Lending Institution:  Texans Credit Union

Vehicle Year/Make/Model:  2017 LAMBORGHINI HURACAN

Vehicle ID Number (VIN):  ZHWUR2ZF9HLA08239

Amount Financed:  $134,523.75

Installment Sales Contract/Loan Term:  72   Months

---

### ☐ YES, I ELECT THE GAP WAIVER.

I understand that the purchase of the GAP Waiver Addendum is voluntary and is not required by the Seller/Lender to obtain credit. I understand that this GAP Waiver Addendum is not an offer of insurance coverage. I may wish to consult an insurance agent to determine whether similar coverage may be obtained and at what cost. I understand that the GAP benefits may decrease over the term of this contract and that GAP is not a substitute for collision or property damage insurance. I understand that by purchasing the GAP Waiver Addendum for my loan or installment sales contract that the Seller/Lender waives*, in the event of a Constructive Total Loss or Unrecovered Theft, its contractual right to hold me liable for the GAP Amount, subject to the provisions and exclusions identified on the reverse side of this election form. I understand that should I decide I do not wish to retain this waiver, I can request cancellation at any time within 60 days from my loan inception date and that I will receive a full refund of the waiver cost. I understand that the Seller/Lender may retain all of the one-time fee, or pay a portion to a third party as a service fee, or for indemnification. I further understand the maximum term for this Addendum shall not exceed 84** months. I understand that I should carefully review all of the terms and conditions of this GAP Waiver Addendum prior to signing.

The one-time cost is $ _____     (full refund if cancelled within 60 days, nonrefundable after 60 days)

GAP Plus Protection:  $2,500.00

Signature: _____     Date: _____

Signature: _____     Date: _____

---

### *This Waiver **Does Not** include protection for:

- Any refundable additions to amount financed.
- Delinquent Payments > 60 days past due.
- Lender Deferred Payments > 2 per year up to a maximum of 4.
- Late charges, fees or principal amounts added after installment sales contract/loan inception.
- Primary Insurer's Insurance deductible in excess of $1,000.
- Any portion of installment sales contract/loan that exceeds 125%† of MSRP (new) or J.D. Power retail (used).

† For any installment sales contracts/loans secured by multiple items of collateral, where one item is deemed the covered collateral, the maximum MSRP/JD Power limit will be 100% for that covered collateral and protection for any amount that exceeds the limit is not included in this waiver; no coverage is extended to the other items securing the installment sales contract/loan.

** Terms for Travel Trailers, Motor Homes and Watercraft may extend up to 180 months, but the coverage period will be restricted to the first 84 months.

---

### ☒ NO, I DO NOT ELECT THE GAP WAIVER.

In the event my vehicle is stolen or a total loss and my Primary Insurer pays less than the amount of my installment sales contract/loan, I understand I will be fully responsible for any deficiency balance.

Signature: _____ DocuSigned by: _____     Date: 03/11/2022

E0F273BDCCF2467...

Signature: _____     Date: _____

---

GAP Administrator:  HUB Financial Services I 750 Canyon Drive, Suite 450 I Coppell, TX  75019 I 866.862.2896, Option 2

PPNR 2500  ReAm  I25.84 I80opt.I000  06 2I  60 DP  4skips_I25k

 **TEXANS**
CREDIT UNION

# Guarantee of Lien

Date:       3/11/2022
Fax #:           jrmartin411@me.com

To ~~Excell Auto Group~~ _Karma Palm Beach_ and any of its assumed names, dba's or other related entities, referenced herein as "dealership":

Please accept this as notice that our member has been approved for financing from Texans Credit Union for the purchase of the following vehicle:

**Member** DEREK C STEPHENS
**Vehicle** 2017 Lamborghini Huracan
**VIN** ZHWUR2ZF9HLA08239

Once we have received the required documentation, a check will be issued by Texans Credit Union in the amount of **$134,366.11** . It will then be necessary for you to complete the title work to secure our lien. Only the following address for lienholder is acceptable on the documentation you provide us:

**TEXANS CREDIT UNION**
**PO BOX 21867**
**Lehigh Valley, PA 18002-1867**

**Electronic Title Code (if applicable):** 75099250900

The title should appear in the name(s) of   Mahesh & Veena Thakkar                                                            .

If applicable, you will also be mailed a clear title for the trade-in on a Texans' loan for the following vehicle:

**By signing this document and endorsing the check, you, as an agent for the dealership, guarantee that the dealership will file all necessary documents in the state of residence of the purchaser to perfect Texans Credit Union's security interest in the vehicle described herein, and provide evidence of such to Texans Credit union within 20 days of the date of purchase and delivery of the vehicle to the borrower. You further certify that this vehicle and title are not classified as junked, salvage, reconditioned, or branded in any manner, or a non-repairable vehicle.**

**The dealership assumes all liability for any errors or omissions with all required documentation to perfect the lien, and guarantees the re-purchase of the loan associated the vehicle described herein should the lien not be legally perfected.**

_I accept and will comply with the above conditions:_

~~Excell Auto Group~~ _Karma Palm Beach_
Name of Dealer

Name of Agent (Please Print) _Alana Bailey_

Signature of Agent

_Office mgr._
Title of Agent (Please Print)

_3/11/22_
Date

Sincerely,

Chad Johnson
Texans Credit Union

**For Credit Union Use**

Reference Account Number: 0                                        Application 88293

DocuSign Envelope ID: F2CBC34E-50ED-462A-9E1A-B9B681A74229



**TEXANS CREDIT UNION**

P.O. Box 853912
Richardson, TX 75085-3912
Phone: 800-843-5295
https://www.texanscu.org

**CONSUMER LOAN APPLICATION**

**TotalLoan**

| Date | Member Number |
|------|---------------|
| 3/11/2022 | 0740166842 |

---

**APPLICANT INFORMATION. Married Applicants may apply for an individual loan/separate account.**
**Type of Credit.** Check the type of credit for which you wish to apply.

☒ **Individual credit** -- If you are applying for individual credit, complete the Applicant section.

☐ **Joint credit** – If you are applying for joint credit with your spouse or another person, complete the Applicant section and the Spouse/Co-Applicant section.

*You must sign below if you intend to apply for Joint Credit:*

X _____     X _____

**Spouse Information.** You must also complete the Spouse section if any of the following apply: (1) your spouse will use your account; (2) you are relying on your spouse's income as a source of repayment; (3) you live in a community property state (AZ, CA, ID, LA, NM, NV, TX, WA, WI or Puerto Rico); or (4) you are an Alaska resident and are currently subject to a community property agreement or community property trust.

---

**TYPE OF CREDIT APPLIED FOR:**

Loan Type: **Direct Auto**                                    Payment Method:    ☒ Cash  ☐ Automatic Payment

Amount Requested: **$135,000.00**          Term (months): **72**

Purpose: **Purchasing from Dealer**

Collateral Offered: **2017 LAMBORGHINI HURACAN**          Payment Frequency:  ☒ Monthly  ☐ Other _____

**Optional Payment Protection** – If you answer "yes" the Credit Union will disclose the cost of optional payment protection to you. A separate election that discloses the terms and conditions must be signed for protection to become effective.  **Are you interested in having this loan protected?**  ☐ Yes  ☒ No

---

| **APPLICANT** | **☐ SPOUSE  ☐ CO-APPLICANT** |
|---|---|
| Complete only if: (a) credit will be secured by collateral; or (b) you live in a community property state; or (c) you are an Alaska resident subject to a community property agreement or community property trust: | Complete only if: (a) credit will be secured by collateral; or (b) you live in a community property state; or (c) you are an Alaska resident subject to a community property agreement or community property trust: |
| ☐ MARRIED  ☐ SEPARATED  ☒ UNMARRIED (Single, Divorced, Widowed) | ☐ MARRIED  ☐ SEPARATED  ☐ UNMARRIED (Single, Divorced, Widowed) |

| APPLICANT NAME **DEREK C STEPHENS** | SPOUSE/CO-APPLICANT NAME |
|---|---|

| SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. & STATE | BIRTH DATE | SOCIAL SECURITY NO. | DRIVER'S LICENSE NO. & STATE | BIRTH DATE |
|---|---|---|---|---|---|
| ▉▉▉▉ | | ▉▉▉ | | | |

| HOME PHONE NO. | CELL PHONE* | DO YOU: | HOME PHONE NO. | CELL PHONE* | DO YOU: |
|---|---|---|---|---|---|
| ▉-7022 | ▉-3040 | ☒ OWN ☐ RENT ☐ OTHER | | | ☐ OWN ☐ RENT ☐ OTHER |

| MOTHER'S MAIDEN NAME **DEFFEBACH** | E-MAIL ADDRESS ▉phens@yahoo.com | MOTHER'S MAIDEN NAME | E-MAIL ADDRESS |
|---|---|---|---|

| CURRENT STREET ADDRESS ▉ | APT. NO. | YRS. 17 | MTHS. 1 | CURRENT STREET ADDRESS | APT. NO. | YRS. | MTHS. |
|---|---|---|---|---|---|---|---|

| CITY/STATE/ZIP **MCKINNEY, TX 75069** | MONTHLY HOUSING $ **$2,973.00** | CITY/STATE/ZIP | MONTHLY HOUSING $ |
|---|---|---|---|

| FORMER ADDRESS (if current less than 2 years) | YEARS THERE | FORMER ADDRESS (if current less than 2 years) | YEARS THERE |
|---|---|---|---|

---

**EMPLOYMENT & INCOME** If you are self-employed, attach a financial statement and your most recent income tax return.

| CURRENT EMPLOYER **Watermark Digital** | HIRE DATE **10/27/2015** | CURRENT EMPLOYER | HIRE DATE |
|---|---|---|---|

| WORK PHONE NO. **866-962-7540** | POSITION **Managing Partner** | MONTHLY GROSS INCOME **37500.00** | WORK PHONE NO. | POSITION | MONTHLY GROSS INCOME |
|---|---|---|---|---|---|

| FORMER EMPLOYER (if current less than 2 years) | FORMER EMPLOYER (if current less than 2 years) |
|---|---|

---

**OTHER INCOME** You need not list income from alimony, child support or separate maintenance unless you wish it considered for purposes of granting this credit.

| SOURCE OF OTHER INCOME **North Dallas Equestrian/owner** | MONTHLY GROSS INCOME **$16,000.00** | SOURCE OF OTHER INCOME | MONTHLY GROSS INCOME |
|---|---|---|---|

---

DocuSign Envelope ID: F2CBC34E 50ED 462A 9E1A B9B681A74229

| FINANCIAL INFORMATION PLEASE ANSWER THE FOLLOWING QUESTIONS AND IF A "YES" ANSWER IS GIVEN, EXPLAIN ON A SEPARATE SHEET. | Applicant | | Co-Applicant | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| 1.   HAVE YOU EVER FILED FOR BANKRUPTCY OR HAD A DEBT ADJUSTMENT PLAN CONFIRMED UNDER CHAPTER 13? | ☐ | ☐ | ☐ | ☐ |
| 2.   HAVE YOU HAD PROPERTY FORECLOSED UPON OR GIVEN A DEED IN LIEU OF FORECLOSURE IN THE LAST 7 YEARS? | ☐ | ☐ | ☐ | ☐ |
| 3.   ARE YOU A U.S. CITIZEN? | ☐ | ☐ | ☐ | ☐ |
| 4.   IF YOU ARE NOT A U S  CITIZEN, ARE YOU A PERMANENT RESIDENT ALIEN? | ☐ | ☐ | ☐ | ☐ |

## CREDIT INFORMATION

Be sure to list all open accounts with or without a balance. Attach separate sheet if necessary
A - APPLICANT    C - SPOUSE/CO-APPLICANT    D - DEBTS TO BE PAID OFF IF LOAN IS GRANTED

| PLEASE CHECK | | | LIST ALL OBLIGATIONS INCLUDING CREDIT UNION LOANS | ACCOUNT NUMBER | BALANCE | MONTHLY PAYMENTS |
|---|---|---|---|---|---|---|
| A | C | D | | | | |
| ☐ | ☐ | ☐ | RENT OR MORTGAGE | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |
| ☐ | ☐ | ☐ | | | | |

## SIGNATURES

You promise that the information stated in this Loan Application is true and correct to the best of your knowledge. You authorize the Credit Union to obtain credit reports when updating its records in connection with any review, increase, extension or renewal of credit, and in connection with any collection activities involving credit extended to you. The Credit Union may also obtain credit reports to update, increase, extend, renew or collection of the credit received by you. False or misleading statements in your application may cause any loan to be in default. You agree that this application shall be the Credit Union's property whether or not this application is approved. You will notify the Credit Union in writing immediately of any changes in your name, address or employment. You understand that it is a federal crime to willfully and deliberately provide incomplete or incorrect information to obtain credit. If you request, you will be provided the name and address of any credit bureau from which we received a credit report. You understand and agree that if your application is approved, that any collateral described in any security agreement, pledge, advance disbursement voucher or similar document that may be executed, now or in the future, in connection with such credit will secure the Credit Union for repayment of funds advanced to you, subject to the terms and conditions of such security agreement, pledge, advance disbursement voucher or similar document.

**\*Permission to Contact: By providing the Credit Union with a wireless phone number (cell phone), you consent to receiving calls, including autodialed and prerecorded messages from the Credit Union or its third party debt collector at that number.**

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

**OHIO RESIDENTS:** The Ohio laws against discrimination requires that all creditors make credit equally available to all credit worthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**WISCONSIN RESIDENTS:** For any provision of any marital property agreement, court decree under WI ST § 766.70, or statement under WI ST § 766.59 to adversely affect the rights of the Credit Union, the Credit Union must be provided with a copy of the Agreement, decree or statement or have actual knowledge of its terms before any credit is approved or account opened. Sign if you are NOT applying for this loan account with your spouse. This credit request, if approved, will be incurred in the interest of the marriage or family of the undersigned.

Wisconsin Resident Signature _____  Date _____

DocuSigned by:

03/11/2022

X _____    X _____
Applicant/Co-Signer **DEREK C STEPHENS**          Date          Spouse/Co-Applicant          Date

## Credit Union Use Only

Loan Approved ☐ Yes  ☐ No, reason _____

Debt Ratio/Score: Before _____ After _____

☐ ECOA Notice and reason for Rejection sent or delivered on _____

Comments:

Loan Officer Signature          Date

X

Copyright 2011 Conmar Systems, Peachtree City, GA  30269 – EFORM 21334-1 Rev. 1/19          Page 2 of 2

DocuSign Envelope ID: F2CBC34E 50ED 462A 9E1A B9B681A74229



# Loan Protection Acknowledgement Form

| 0740166842 | DEREK C STEPHENS | 0007 | Used Auto |
|---|---|---|---|
| Member Number | Member Name | Loan Number | Loan Type |

## Mechanical Breakdown Protection

- ✓ Saves money by reducing out of pocket expenses for unexpected repairs.
- ✓ Offers convenience for repairs and complimentary benefits to help get you back on the road.

Check One:   ☐ **Please Add this Protection**        ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Guaranteed Asset Protection PLUS $2,500

- ✓ Security in knowing that GAP could eliminate or reduce your remaining loan balance in the event of a total loss.
- ✓ Flexibility with GAP PLUS which could provide a $2,500 down payment toward your replacement vehicle financed with Texans.
- ✓ Low monthly cost gives you peace of mind for the life of your loan.

Check One:   ☐ **Please Add this Protection**        ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Payment Protection – Disability Benefit

- ✓ Helps protect your family & income by making your loan payment (Up to $1,000) in case of injury or illness.
- ✓ Helps safe guard your credit rating as loan payment obligations are made on your behalf.
- ✓ Low monthly cost for your peace of mind.

Check One:   ☐ **Please Add this Protection**        ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Payment Protection – Life Benefit

- ✓ Helps protect your family by paying off your loan (up to $100,000) in the event of your untimely death.
- ✓ Peace of mind knowing your existing Life Insurance policy can be used for other expenses.
- ✓ Low monthly cost for your peace of mind.

Check One:   ☐ **Please Add this Protection**        ☒ **No, I Will Pay Out of Pocket for These Expenses**

## Acknowledgement

All of the above listed products have been discussed and offered to me/us to protect my loan. By declining a protection option, I/we agree to hold the Credit Union harmless should an event occur whereby I/we would have benefited from the declined protection. In addition, the information provided is for general informational purposes only and is provided in good faith. All current benefits, rates, terms, and conditions related to products and services offered by Texans Credit Union can be found in the applicable service contracts, agreements, and disclosures.

DocuSigned by:

E0F273B0CCF2467...

| Member Signature | 03/11/2022 |
|---|---|
|  | Date |

| Joint Signature | Date |
|---|---|

CONFIDENTIAL Loan Protection Acknowledgement Form    Revised 03/21  Page 1 of 1

# Direct Loan Packet Other

Member Number:        740166842

Loan Number:          0007

Application Number:   88293

Funding Date:         3/11/2022

Member Name:          DEREK C STEPHENS

Co borrower:

Vehicle Information:  2017 LAMBORGHINI HURACAN

Processor:            Tarrant, Jeffrey

# PURCHASE AGREEMENT

 KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557    **FAX** 561.998.4703

 KARMA
BROWARD | PALM BEACH
*Ex* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN                    DATE: 3 / 11 / 2022

BUYER DEREK CLAYTON STEPHENS            DRIVER'S LICENSE NO. _____

E MAIL _____                    DATE OF BIRTH 01/19/1966

ADDRESS 1263 28TH AVENUE NORTH        CITY & STATE NAPLES    FL ZIP 34103

CO-BUYER _____                DRIVER'S LICENSE NO. _____

E-MAIL _____                    DATE OF BIRTH _____

ADDRESS _____                    CITY & STATE _____ ZIP _____

HOME PHONE (214)250-3040    BUSINESS PHONE _____ CELL PHONE _____

NEW ☐    YEAR 2017    MAKE LAMBORGHINI    MODEL HURACAN    MILEAGE 7,485

USED ☒    COLOR WHITE    TRIM _____    BODY TYPE RWD SYPDER

☐    ID NO. ZHWUR2ZF9HLA08239    STOCK NO. | HLA08239 |

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. | | | |
|---|---|---|---|---|
| YEAR    MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | | |
| YEAR    MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | | |
| YEAR    MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | | $ | 250,000.00 |
| TRADE ALLOWANCE | − | | 230,000.00 |
| DIFFERENCE | = | $ | 20,000.00 |
| SERVICE FEES* | + | | 498.00 |
| SUB TOTAL | * | | 20,498.00 |
| SALES TAX | + | | 1,279.88 |
| ESTIMATED TAG, TITLE & REG | + | | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | | 60.00 |
| EST. BALANCE ON TRADE | + | | 112,028.23 |
| TOTAL DELIVERY PRICE | = | $ | 134,366.11 |
| DEPOSIT NON REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | − | | N/A |
| EXTENDED WARRANTY (taxable) | + | | N/A |
| *BALANCE DUE ON DELIVERY | = | $ | 134,366.11 |
| AMOUNT FINANCED | = | $ | |

**LIENHOLDER:** NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**

**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 11 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

03/11/2022
_____                        _____
Buyer Signature    Date                Accepted By: _____

_____                        Dealer Representative
Co-Buyer Signature    Date

Please read additional terms and conditions on reverse side, before signing.                    352065_07/07/21 MMP

Please email check copy and fedex tracking to
jrmartin411@me.com & derekstephens@yahoo.com

CL/CD:  Declined          *GAP/MMP: Declined
Term Selected: 72
Payment Amount: 2,003.94
First Payment Due Date: 04/15/2022
Names on vehicle title: Primary