2013 Ferrari 458 Spider

0191526

ZFF68NHA8D0191526

Purch: Stephens

DOWN PYMT REC'D:_____

FUNDED:_____

FINANCED WITH:_____

TAG/TITLE SENT:_____

CF



 Gmail

Mayara Cardoso <mayara@excellauto.com>

## please add to karma o palm beach

Jonathan Martin <jmartin@excellauto.com>
To: Mayara Cardoso <mayara@excellauto.com>

Thu, Mar 10, 2022 at 1:53 PM

Mayara,

Please add to karma of palm beach

ZFF68NHA8D0191526

Color black

Purchasing price $230,000.00

Miles 13,716

2013 ferrair 458 spider

Purchasing from Derek Clayton Stephens

**EXCELL AUTO**
GROUP

KARMA
BROWARD I PALM BEACH

**JONATHAN MARTIN**

**EXCELL AUTO GROUP, INC.**
1001 Clint Moore Rd. Ste 101 Boca Raton, FL 33487
**O** 561.998.5557
**C** 401.639.3904
**F** 561.998.4703
jmartin@excellauto.com
EXCELLAUTO.COM

  

Fill out Form: | **Select Form Type** ▾ | Open PDF Application

 **AutoDataDirect, Inc.**



Scan or visit verify.add123.com to verify

Verification Code: **5LCKEKJ**

# Florida Vehicle Record
Retrieved On: Thu March 10, 2022 01:59:03 PM EST

| *Registration Data* | *Vehicle Data* | *Title Data* |
|---|---|---|
| **Tag:** 48AHTR | **VIN:** ZFF68NHA8D0191526 | **Title:** 0110767661 |
| **Issue Date:** 07/20/2021 | **Year:** 2013 | **Issue Date:** 07/20/2021 |
| **Exp. Date:** 01/19/2022 | **Make:** FERR | **Use:** PRIVATE |
| **Reg/Post Date:** 03/12/2021 | **Body:** 2 DOOR | **Odo Read:** 9845 |
| **Decal No:** 12301969 | **Class Code:** 1 (PASSENGER VEHICLE) | **Odo Status:** ACTUAL |
| **Reg. Use:** PRIVATE | **Weight:** 3153 | **Odo Date:** 03/12/2021 |
| **Reg. Status:** ACTIVE | **Color:** BLACK | **Sales Date:** 03/12/2021 |
| **Decal Type:** MOTOR VEHICLE | **Vehicle Type:** AUTO | **Prev. State:** FL |
| **Initial Reg Fee:** PAID | | **Prev. Issue Date:** 01/19/2021 |
| **Inventory Code:** RGS (SUNSHINE STATE) | | **No. Of Liens:** 0 |
| | | **Title Pending:** false |
| | | **Dealer Lic. No.:** VF11335431 |

## *Additional Record Data*

**Last Title Transaction Type:** LIEN MAINTENANCE ONLY
** THIS VEHICLE HAS AN ELECTRONIC TITLE **

## *Vehicle Interests*

| **Owner 1** DEREK CLAYTON STEPHENS ▮▮▮▮▮▮▮▮▮▮▮ H NAPLES, FL 34103 | **Sex:** M **DOB:** ▮▮▮▮▮▮ |
|---|---|
| **Registrant 1** DEREK CLAYTON STEPHENS ▮▮▮▮▮▮▮▮▮▮▮ NAPLES, FL 34103 | **Sex:** M **DOB:** ▮▮▮▮▮▮ |

(DPPA 3) Verify information submitted by individual; if info not correct, to obtain correct info to prevent fraud, pursue legal remedies against or recovery of debt.

This information is provided by the Florida Department of Highway Safety and Motor Vehicles (DHSMV). Auto Data Direct, Inc. is an authorized provider of real-time Florida motor vehicle and driver license data. Auto Data Direct, Inc. is not responsible for the unauthorized use of the information provided from the DHSMV database.

This Motor Vehicle Record is extracted directly from the State or Jurisdiction's official Motor Vehicle Records database, in real time. The authenticity of these records may be authenticated in real time using the ADD on-line authorization system.

Personal information (including, but not limited to: name, address, date of birth, DL number) appearing on driver and vehicle records is protected by the Driver Privacy Protection Act (DPPA). The use of personal information for reasons not allowed by the DPPA will result in loss of information access privileges and may result in legal action.

**Any person who knowingly discloses any information in violation of the Driver Privacy Protection Act (DPPA) may be subject to criminal sanctions and civil liability specified in law for unauthorized use of the data.**



**This report provided free of charge by:**
Excell Auto Group, Inc.
1001 Clint Moore Rd Ste 101, Boca Raton, FL 33487

561-621-3372

 Vehicle History Report™     US $39.99

## 2013 FERRARI 458 SPIDER

VIN: ZFF68NHA8D0191526
CONVERTIBLE
4.5L V8 F DOHC 32V
GASOLINE
REAR WHEEL DRIVE

This CARFAX Report Provided by:

**Excell Auto Group, Inc.**

| | |
|---|---|
| ✔ | No accidents or damage reported to CARFAX |
| 👥 | **4** Previous owners |
| 🛠 | **21** Service history records |
| 🏠 | Personal vehicle |
| 🌐 | Last owned in Florida |
| 🚗 | **13,434** Last reported odometer reading |



This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 3/10/22 at 12:58:45 PM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

### CARFAX Ownership History
The number of owners is estimated

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Year purchased | 2012 | 2015 | 2018 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 2 yrs. 1 mo. | 6 months | 1 yr. 7 mo. |
| Owned in the following states/provinces | See Details | New York | Florida |
| Estimated miles driven per year | See Details | — | 59/yr |
| Last reported odometer reading | 4,072 | 7,888 | 13,434 |

### CARFAX Title History
CARFAX guarantees the information in this section

| | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem |
| Not Actual Mileage \| Exceeds Mechanical Limits | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem | ✔ Guaranteed No Problem |

 **GUARANTEED** - None of these major title problems were reported by a state Department of Motor Vehicles (DMV). If you find that any of these title problems were reported by a DMV and not included in this report, CARFAX will buy this vehicle back.
Register | View Terms | View Certificate

## CARFAX  Additional History

Not all accidents / issues are reported to CARFAX

|  | Owners 1-2 | Owner 3 | Owner 4 |
|---|---|---|---|
| **Total Loss** <br> No total loss reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Structural Damage** <br> No structural damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Airbag Deployment** <br> No airbag deployment reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Odometer Check** <br> No indication of an odometer rollback. | ✓ No Issues Indicated | ✓ No Issues Indicated | ✓ No Issues Indicated |
| **Accident / Damage** <br> No accidents or damage reported to CARFAX. | ✓ No Issues Reported | ✓ No Issues Reported | ✓ No Issues Reported |
| **Manufacturer Recall** <br> Check with an authorized Ferrari dealer for any open recalls. | ✓ No Recalls Reported | ✓ No Recalls Reported | ✓ No Recalls Reported |
| **Basic Warranty** <br> <u>Original warranty</u> estimated to have expired. | **Warranty Expired** | **Warranty Expired** | **Warranty Expired** |

## CARFAX  Detailed History



**Owner 1**
Purchased: 2012

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
1,582 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 11/14/2012 | 41 | Wide World of Cars <br> Spring Valley, NY <br> 845-425-2600 <br> wideworldofcars.com <br> ⭐ 4.6 / 5.0 <br> 30 Verified Reviews ✓ <br> ♥ 37 Customer Favorites | **Vehicle offered for sale** |
| 11/19/2012 |  | Wide World of Cars <br> Spring Valley, NY <br> 845-425-2600 <br> wideworldofcars.com <br> ⭐ 4.6 / 5.0 <br> 30 Verified Reviews ✓ <br> ♥ 37 Customer Favorites | **Vehicle serviced** <br> - Pre-delivery inspection completed <br> - Induction system serviced <br> - Skid plate installed |
| 12/07/2012 |  | Wide World of Cars <br> Spring Valley, NY <br> 845-425-2600 <br> wideworldofcars.com <br> ⭐ 4.6 / 5.0 <br> 30 Verified Reviews ✓ <br> ♥ 37 Customer Favorites | **Vehicle sold** |
| 12/07/2012 |  | Florida <br> Motor Vehicle Dept. | **Vehicle purchase reported** <br> - Titled or registered as personal vehicle |
| 01/15/2013 |  | Florida <br> Motor Vehicle Dept. <br> North Miami Beach, FL <br> Title #0110767661 | **Title issued or updated** <br> - Registration issued or renewed <br> - First owner reported <br> - Titled or registered as personal vehicle |

| | | | |
|---|---|---|---|
| | | | - Loan or lien reported<br>- Vehicle color noted as Black |
| 01/30/2013 | 366 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ 4.5 / 5.0<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | 🛠️ **Vehicle serviced**<br>- Maintenance inspection completed<br>- Wheel(s) repaired |
| 10/25/2013 | | Florida<br>Motor Vehicle Dept.<br>New York, NY<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Registration updated when owner moved the vehicle to a new location<br>- Vehicle color noted as Black |
| 12/05/2013 | 2,216 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ 4.5 / 5.0<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | 🛠️ **Vehicle serviced**<br>- Maintenance inspection completed<br>- Recommended maintenance performed |
| 01/14/2014 | 2,438 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ 4.5 / 5.0<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | 🛠️ **Vehicle serviced** |
| 01/31/2014 | 2,552 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ 4.5 / 5.0<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | 🛠️ **Vehicle serviced**<br>- Maintenance inspection completed |
| 03/11/2014 | 2,617 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ 4.5 / 5.0<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | 🛠️ **Vehicle serviced**<br>- Maintenance inspection completed |
| 05/23/2014 | 2,704 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ 4.5 / 5.0<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | 🛠️ **Vehicle serviced**<br>- Maintenance inspection completed<br>- Vehicle washed/detailed |
| 06/19/2014 | 2,770 | Ferrari Maserati of Central New Jersey<br>Edison, NJ<br>732-248-9100 | 🛠️ **Vehicle serviced**<br>- Convertible top operation checked |

ferrariofcentralnj.com

⭐ **4.6 / 5.0**

16 Verified Reviews ✅

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 06/30/2014 | 2,777 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ **4.5 / 5.0**<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | **Vehicle serviced** |
| 07/29/2014 | 2,985 | Ferrari Maserati of Central New Jersey<br>Edison, NJ<br>732-248-9100<br>ferrariofcentralnj.com<br>⭐ **4.6 / 5.0**<br>16 Verified Reviews ✅ | **Vehicle serviced** |
| 10/30/2014 | | Florida<br>Motor Vehicle Dept.<br>New York, NY<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 12/24/2014 | 3,238 | Wide World of Cars<br>Spring Valley, NY<br>845-425-2600<br>wideworldofcars.com<br>⭐ **4.6 / 5.0**<br>30 Verified Reviews ✅<br>❤️ **37** Customer Favorites | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Oil and filter changed |

### Owner 2
Purchased: 2015      Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 01/12/2015 | 3,240 | Florida<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 01/21/2015 | | Florida<br>Motor Vehicle Dept.<br>Fort Lauderdale, FL<br>Title #0110767661 | **Title issued or updated**<br>- New owner reported<br>- Vehicle color noted as Black |
| 01/26/2015 | | Florida<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 02/04/2015 | 3,250 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br>⭐ **4.5 / 5.0**<br>124 Verified Reviews ✅<br>❤️ **4,078** Customer Favorites | **Vehicle serviced** |
| 02/13/2015 | 3,255 | Dealer Inventory | **Vehicle offered for sale** |
| 04/02/2015 | | Florida<br>Motor Vehicle Dept.<br>Pompano Beach, FL<br>Title #0110767661 | **Title issued or updated**<br>- Dealer took title of this vehicle while it was in inventory<br>- Vehicle color noted as Black |
| 04/27/2015 | 3,997 | Ferrari of Long Island<br>Plainview, NY<br>516-671-7575 | **Vehicle offered for sale** |



ferrarifl.com

⭐ **4.3 / 5.0**
59 Verified Reviews ✓

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 05/12/2015 | | Ferrari Maserati of Long Island<br>Plainview, NY<br>516-726-1698<br>ferrarili.com<br><br>⭐ 4.3 / 5.0<br>59 Verified Reviews ✓ | **Vehicle serviced**<br>- Vehicle washed/detailed<br>- Steering/suspension checked |
| 06/01/2015 | 3,999 | Ferrari Maserati of Long Island<br>Plainview, NY<br>516-726-1698<br>ferrarili.com<br><br>⭐ 4.3 / 5.0<br>59 Verified Reviews ✓ | **Vehicle serviced**<br>- Vehicle washed/detailed |
| 06/27/2015 | 4,072 | New York<br>Inspection Station | **Dealer had vehicle inspected to prepare it for sale**<br>- Passed safety inspection<br>- Passed emissions inspection |
| 06/29/2015 | | New York<br>Motor Vehicle Dept.<br>East Rockaway, NY | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |
| 07/02/2015 | | Ferrari Maserati of Long Island<br>Plainview, NY<br>516-726-1698<br>ferrarili.com<br><br>⭐ 4.3 / 5.0<br>59 Verified Reviews ✓ | **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Vehicle washed/detailed<br>- Wheel(s) repaired |

## Owner 3
Purchased: 2015

Personal Vehicle

| Date | Mileage | Source | Comments |
|------|---------|--------|----------|
| 09/30/2015 | | New York<br>Motor Vehicle Dept.<br>East Rockaway, NY | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported |
| 02/11/2016 | 4,915 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br><br>⭐ 4.5 / 5.0<br>124 Verified Reviews ✓<br>❤️ 4,078 Customer Favorites | **Vehicle serviced**<br>- Recommended maintenance performed<br>- Electrical system checked |
| 04/01/2016 | | Wide World of Cars<br>Spring Valley, NY<br>845-425-2600<br>wideworldofcars.com<br><br>⭐ 4.6 / 5.0<br>30 Verified Reviews ✓<br>❤️ 37 Customer Favorites | **Vehicle offered for sale** |
| 10/16/2017 | | New York<br>Motor Vehicle Dept.<br>East Rockaway, NY | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Passed safety inspection |
| 11/03/2018 | | New York<br>Motor Vehicle Dept.<br>Boca Raton, FL | **Registration updated when owner moved the vehicle to a new location** |
| 11/07/2018 | 7,882 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL | **Vehicle serviced**<br>- Recommended maintenance performed |

954-493-5000
ferrarifl.com

⭐ **4.5 / 5.0**

124 Verified Reviews ✅

🖤 **4,078** Customer Favorites

| 11/26/2018 | 7,888 | Ferrari Maserati Alfa Romeo of Fort Lauderdale<br>Ft. Lauderdale, FL<br>954-493-5000<br>ferrarifl.com<br><br>⭐ 4.5 / 5.0<br><br>124 Verified Reviews ✅<br><br>🖤 4,078 Customer Favorites | 🛠 **Vehicle serviced**<br>- Maintenance inspection completed<br>- Four wheel alignment performed<br>- Vehicle washed/detailed<br>- Four tires balanced<br>- Four tires mounted<br>- Battery replaced<br>- Battery/charging system checked |
|---|---|---|---|



**Owner 4**
Purchased:
2018

**Low mileage!** This owner drove less than the industry average of 15,000 miles per year.

Personal Vehicle
59 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 12/06/2018 | 7,902 | Florida<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 12/10/2018 | | Florida<br>Motor Vehicle Dept.<br>Boca Raton, FL<br>Title #0110767661 | **Title issued or updated**<br>- Registration issued or renewed<br>- New owner reported<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 02/11/2020 | | Florida<br>Motor Vehicle Dept.<br>Boca Raton, FL<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Loan or lien reported<br>- Vehicle color noted as Black |
| 07/29/2020 | 8,000 | McLaren Charlotte<br>Charlotte, NC<br>704-248-0009<br>charlottemclaren.com<br><br>⭐ 4.7 / 5.0<br><br>15 Verified Reviews ✅<br><br>🖤 1,000 Customer Favorites | **Vehicle offered for sale** |
| 08/11/2020 | | McLaren Charlotte<br>Charlotte, NC<br>704-248-0009<br>charlottemclaren.com<br><br>⭐ 4.7 / 5.0<br><br>15 Verified Reviews ✅<br><br>🖤 1,000 Customer Favorites | 🛠 **Vehicle serviced**<br>- Pre-delivery inspection completed<br>- Safety inspection performed<br>- Vehicle washed/detailed<br>- Oil and filter changed<br>- Tire(s) replaced |
| 08/12/2020 | | McLaren Charlotte<br>Charlotte, NC | **Vehicle offered for sale** |
| 08/24/2020 | 9,212 | McLaren Charlotte<br>Charlotte, NC<br>704-248-0009<br>charlottemclaren.com<br><br>⭐ 4.7 / 5.0<br><br>15 Verified Reviews ✅<br><br>🖤 1,000 Customer Favorites | 🛠 **Vehicle serviced** |
| 09/01/2020 | | Florida<br>Motor Vehicle Dept. | **Registration issued or renewed**<br>- Titled or registered as personal vehicle |

| | | Boca Raton, FL | |
| | | Title #0110767661 | - Vehicle color noted as Black |
| 09/25/2020 | 9,213 | McLaren Charlotte<br>Charlotte, NC<br>704-248-0009<br>charlottemclaren.com<br>⭐ 4.7 / 5.0<br>15 Verified Reviews ✅<br>🖤 1,000 Customer Favorites | **Vehicle sold** |
| 10/01/2020 | 9,278 | Carrio Motor Cars<br>Lauderdale Lakes, FL | **Vehicle offered for sale** |
| 10/21/2020 | | Florida<br>Motor Vehicle Dept.<br>Lebanon, TN<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 11/13/2020 | 9,288 | Excell Auto Group, Inc.<br>Boca Raton, FL<br>561-998-5557<br>excellauto.com | **Vehicle offered for sale** |
| 12/25/2020 | | Carrio Motor Cars<br>Lauderdale Lakes, FL | **Vehicle offered for sale** |
| 01/07/2021 | 9,411 | Excell Auto Group, Inc.<br>Boca Raton, FL | **Vehicle offered for sale** |
| 01/07/2021 | | Florida<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 01/08/2021 | | Florida<br>Motor Vehicle Dept.<br>Delray Beach, FL<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 03/03/2021 | 9,771 | Excell Auto Group, Inc.<br>Boca Raton, FL | **Vehicle offered for sale** |
| 03/12/2021 | | Excell Auto Group, Inc.<br>Boca Raton, FL<br>561-998-5557<br>excellauto.com | **Vehicle sold** |
| 03/12/2021 | | Florida<br>Motor Vehicle Dept.<br>Naples, FL<br>Title #0110767661 | **Vehicle purchase reported**<br>- Registration issued or renewed<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 05/29/2021 | | Florida<br>Motor Vehicle Dept.<br>Naples, FL<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 07/14/2021 | | Florida<br>Motor Vehicle Dept.<br>Naples, FL<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 08/18/2021 | 11,996 | Ferrari Maserati of West Palm Beach<br>West Palm Beach, FL<br>561-615-7222<br>ferrariofpalmbeach.com<br>⭐ 4.7 / 5.0<br>54 Verified Reviews ✅<br>🖤 62 Customer Favorites | **Vehicle serviced**<br>- Oil and filter changed |
| 11/05/2021 | | Florida<br>Motor Vehicle Dept.<br>Naples, FL<br>Title #0110767661 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 12/11/2021 | 13,434 | Excell Auto Group, Inc.<br>Boca Raton, FL | **Vehicle offered for sale** |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## C A R F A X  Glossary

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:**  **facebook.com/CARFAX**  **@CARFAXinc**  **About CARFAX**

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2022 CARFAX, Inc., a unit of IHS Markit Ltd. All rights reserved.
3/10/22 12:58:45 PM (CST)

I have reviewed and received a copy of the CARFAX Vehicle History Report for this 2013 FERRARI 458 vehicle (VIN: ZFF68NHA8D0191526), which is based on information supplied to CARFAX and available as of 3/10/22 at 1:58 PM (EST).

| | | | |
|---|---|---|---|
| Customer Signature | Date | Dealer Signature | Date |