13716

Charles Calter

**Year** 2013    ☐ NEW   ☑ USED

**Make** Ferrari 458     **Stock No.** 191526    **Sold To** ~~Bob Stephens~~

**VIN** ZFF68NHA8D0195 26    **Date Sold** _____    **Address** ▓▓▓▓▓▓▓▓

**Motor No.** _____    **Invoice No.** _____    **City** Hunt Vally

**Key No.** IGN. _____    **Mileage** _____    **State** M.D.   **Zip** ____

TRUNK _____    **Int. R.O. No.** _____    **Phone No.** RES. ____

**Date of Purchase** _____    0191526    BUS. ____

**Purchased from** _____

**Address** _____     **Salesperson** _____

**City** _____

☐ **Bill of Sale**

**State** _____ **Zip** _____    ☐ **Certificate of Title**

**Title No.** _____    ☐ **Odometer Certification**

**License No.** _____    ☐ **Power of Attorney**

☐ **Contract/Order Signed**

**Received Title**

FORM BFA1221 • TO REORDER CALL GREAT AMERICAN 1-800-231-0329
(AVAILABLE COLORS: BLUE, BROWN, BUFF, DARK GREEN, FUCHSIA, GRAY, GREEN, LAVENDER, LIGHT GREEN, ORANGE, PINK, RED, SALMON, TEAL, WHITE, YELLOW)

**Purchaser**

# PURCHASE AGREEMENT



## KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557    **FAX** 561.998.4703



**KARMA**
BROWARD | PALM BEACH
*Ex* EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN                    DATE: 3 / 14 / 2022

| | |
|---|---|
| BUYER: CHARLES OAKLEY COULTER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS ▮▮▮▮▮ | CITY & STATE HUNT VALLEY  MD  ZIP 21030 |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE  ZIP |
| HOME PHONE ▮▮▮▮▮ | BUSINESS PHONE  CELL PHONE |

NEW ☐    YEAR 2013    MAKE FERRARI    MODEL 458 ITALIA    MILEAGE 13,716

USED ☒ XX    COLOR BLACK    TRIM    BODY TYPE 2DR CONV

☐    ID NO. ZFF68NHA8D0191526    STOCK NO. 0191526

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. | | | | |
|---|---|---|---|---|---|
| YEAR | MAKE | | COLOR | | |
| MODEL | | BODY TYPE | | | |
| I.D. NO. | | MILEAGE | | | |
| BALANCED OWED TO | | | | | |
| EST. AMT. OWED | | ALLOW AMT. | | | |

| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | | |
|---|---|---|---|---|
| YEAR | MAKE | | COLOR | |
| MODEL | | BODY TYPE | | |
| I.D. NO. | | MILEAGE | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | | ALLOW AMT. | | |

| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | | |
|---|---|---|---|---|
| YEAR | MAKE | | COLOR | |
| MODEL | | BODY TYPE | | |
| I.D NO. | | MILEAGE | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | | ALLOW AMT. | | |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | | $ | 237,500.00 |
| TRADE ALLOWANCE | − | | N/A |
| DIFFERENCE | = | $ | 237,500.00 |
| SERVICE FEES* | + | | 498.00 |
| SUB TOTAL | * | | 237,998.00 |
| SALES TAX | + | | 14,279.88 |
| ESTIMATED TAG, TITLE & REG | + | | 305.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | | 134.00 |
| EST. BALANCE ON TRADE | + | | N/A |
| TOTAL DELIVERY PRICE | = | $ | 252,716.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | − | | 75,000.00 |
| EXTENDED WARRANTY (taxable) | + | | N/A |
| *BALANCE DUE ON DELIVERY | = | $ | 177,716.88 |
| AMOUNT FINANCED | = | $ | 177,716.88 |

**LIENHOLDER:** BANK OF AMERICA
PO BOX 2759
JACKSONVILLE, FL 32203

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 3 / 14 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

| 03/14/2022 | | |
|---|---|---|
| Buyer Signature            Date | | Accepted By: |
| | | Dealer Representative |
| Co-Buyer Signature            Date | | |

Please read additional terms and conditions on reverse side, before signing.

352065_07/07/21 MMP

## ADDITIONAL TERMS AND CONDITIONS

1. As used in this offer the terms (a) Retailer shall mean the authorized Retailer to whom this Offer is addressed and who shall become a party hereto by its acceptance hereof, (b) Client shall mean the party executing this offer as such on the face hereof, and (c) manufacturer shall mean the Corporation that manufactured the vehicle or chassis, it being understood by Client and Retailer that Retailer is in no respect the agent of Manufacturer, that Retailer and Client are the sole parties to this Offer and that reference to Manufacturer herein is for the purpose of explaining generally certain contractual relationships existing between Retailer and Manufacturer with respect to new motor vehicles.

2. Manufacturer has reserved the right to change the price to Retailer on new motor vehicles without notice. In the event the price to Retailer of the new motor vehicles of the series and body type ordered hereunder is changed by Manufacturer prior to delivery of the new motor vehicle ordered hereunder to Client, Retailer reserves the right to change the cash delivered price of such motor vehicle to Client accordingly. If such cash delivered price is increased by Retailer, Client may, if dissatisfied therewith, cancel this Offer, in which event if a used motor vehicle has been traded in as a part of the consideration for such new motor vehicle, such used motor vehicle shall be returned to Client upon payment of a reasonable charge for storage and repairs (if any) or, if such used motor vehicle has been previously sold by Retailer, the amount received therefore, less a selling commission of 15% and any expenses incurred in storing, insuring, conditioning or advertising said used motor vehicle for sale, shall be returned to Client.

3. If the used motor vehicle which has been traded in as part of the consideration for the new motor vehicle ordered hereunder is not to be delivered to Retailer until delivery to Client of such motor vehicle, the used motor vehicle shall be reappraised at that time and such reappraised value shall determine the allowance made for such used vehicle. If such reappraised value is lower than the original allowance therefor shown on the front of this Offer, Client may, if dissatisfied therewith, cancel this Offer, provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Client and surrender of the used vehicle to Retailer.

4. Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used motor vehicle traded in as a part of the consideration for the motor vehicle ordered hereunder at the time of delivery of such used motor vehicle to Dealer. Purchaser warrants any such used motor vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted herein, and guarantees that his title is good, marketable and free of defects.

5. Unless the order shall have been cancelled by purchaser under and in accordance with the provisions of paragraph 2 or 3 above, Dealer shall have the right, upon failure or refusal of purchaser to accept delivery of the motor vehicle ordered hereunder and to comply with the terms of this Order, to retain as liquidated damages any cash deposit made by the Purchaser, and, in the event a used motor vehicle has been traded in as a part of the consideration for the motor vehicle ordered hereunder, to sell such motor vehicle and reimburse himself out of proceeds of such sale for the expenses specified in paragraph 2 above and for such other expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Purchaser.

6. Manufacturer has reserved the right to change the design of any new motor vehicle, chassis, accessories or parts thereof at any time without notice and without obligation to make the same or any similar change upon any motor vehicle, chassis, accessories or parts thereof previously purchased by or shipped to Dealer or being manufactured or sold in accordance with Dealer's orders. Correspondingly, in event of any such change by Manufacturer, Dealer shall have no obligation to Purchaser to make the same or any similar change in any motor vehicle, chassis, accessories or parts thereof by this Order either before or subsequent to delivery thereof to Purchaser.

7. Dealer shall not be liable for failure to deliver or delay in delivering the motor vehicle covered by this Order where such failure or delay is due, in whole or in part by any cause beyond the control or without the fault or negligence of Dealer.

8. The price for the motor vehicle specified on the face of this order includes reimbursement for Federal Excise taxes, but does not include sales taxes, use taxes or occupational taxes based on sales volume, (Federal, State or Local) unless expressly so stated. Purchaser assumes and agrees to pay, unless prohibited by law, any such sales, use or occupational taxes imposed to the transaction covered by this Order regardless of which party may have primary tax liability therefore.

9. AS IS - THE ONLY WARRANTIES APPLYING TO THIS VEHICLE ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS VEHICLE. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. THE PURCHASER HEREBY ACKNOWLEDGES THAT THE SELLER HAS MADE AVAILABLE WARRANTY PRE-SALE INFORMATION AS DISCLOSED IN WARRANTY BINDERS PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT.

10. The Purchaser, before or at the time of delivery of the motor vehicle covered by this Order will execute such other forms of agreement or documents as may be required by the terms and conditions of payments indicated on the front of this Order.

11. Purchaser grants to dealer a security interest in the vehicle described in this Order to secure payment in full therefore and to secure Purchaser's warranty of title to any trade-in. Without limiting the effect and generality of the foregoing, if any check tendered as part or full payment is not paid on presentation or if it appears Purchaser did not have clear title to any trade-in, Dealer may enter into any premises for the purpose of repossessing the vehicle.

12. MEDIATION/ARBITRATION: If a dispute, controversy or claim, involving any Client, Co-Signer, Co-Client, any Retailer or Assignee, or any employee, agent, surety bonding company or insurer of any of the foregoing persons, arises out of or relates to this Contract, or the breach of this Contract, including the negotiation and provisions of the Contract and the sale, financing and purchase of the Vehicle (each a Dispute) and if the Dispute cannot be settled by the direct discussions, the parties agree to first try to settle the Dispute, in an amicable manner by mediation administered by the American Arbitration Association under its Commercial Mediation Rules, before resorting to arbitration. Thereafter any unresolved Disputes, shall be submitted to arbitration in accordance with the procedures specified in this section. Any party may demand arbitration in writing by notice to the other party, which demand shall include the name of the arbitrator appointed by the party demanding arbitration, together with a statement of the matter in controversy. Within 30 days after such demand, the other party shall name the arbitrator, or if the other party does not name an arbitrator, such arbitrator shall be named immediately by the Arbitrator Committee of the American Arbitration Association, and the two arbitrators so selected shall name a third arbitrator within 15 days or, in lieu of such agreement on the third arbitrator by the two arbitrators so appointed, a third arbitrator shall be appointed by the Arbitration Committee of the American Arbitration Association. The non-prevailing party shall pay, and the arbitrator shall award, to the prevailing party all of the arbitration costs and expenses incurred by the prevailing party. The arbitration hearing shall be held in the country in which the Seller is located, on 30 days notice to the parties, under the Commercial Arbitration Rules of the American Arbitration Association. The arbitration hearing shall be concluded within 120 days unless otherwise ordered by the arbitrators and the award shall be made within 30 days after the close of the submission of evidence. An award rendered by a majority of the arbitrators shall be final and binding on all parties to the proceedings and judgement on such award may be entered by either party in the highest court, state or federal, state or local court or before any administrative tribunal with respect to any Dispute. There arbitration provisions shall, with respect to such Dispute, survive the termination or expiration of this Contract. Nothing in this Contract shall be deemed to give the arbitrators any authority, power or right to alter, change, amend, modify, add or subtract from any of the provisions of the Contract. The provisions of this Section are made pursuant to the provisions of the Florida Arbitration Code (Chapter 682, Florida Statutes as in effect on the date of this Contract) and shall be governed by such code. **I AGREE TO THE JURY TRIAL WAIVER AND MEDIATION/ARBITRATION PARAGRAPHS.**

13. PURCHASER ACKNOWLEDGES that THIS is a NEW/USED CAR ORDER and REPRESENTS merely AN OFFER WHICH SHALL NOT BECOME BINDING UNTIL ACCEPTED: (1) in the case of a cash transaction, by Dealer or his Authorized Representative; or (2) in case of a financed transaction, by Dealer or his Authorized Representative and a responsible Bank or Finance Company and all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and purchaser(s) and Dealer have signed an Installation Sale Contract; if purchase of this vehicle is financed by a third party who requires use of its own Installment Sale Contract Purchaser agrees that the language of this Order shall control over any conflicting provisions relating to representatives, warranties expressed or implied, or any other obligations or liabilities on the part of the manufacturer of this vehicle or the seller; any provision in said Installment Sale Contract to the contrary notwithstanding.

14. Purchaser agrees that this order includes all of the terms and conditions on both the face and reverse side hereof, that this order cancels and supersedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. ANY AND ALL REPRESENTATIONS, PROMISES, WARRANTIES OR STATEMENTS BY SELLER'S AGENT THAT DIFFER IN ANY WAY FROM THE TERMS OF THE WRITTEN AGREEMENT SHALL BE GIVEN NO FORCE OF EFFECT.

FL600671 Q





|  | O: 561.998.5557 |
|---|---|
|  | F: 561.998.4703 |
|  | 1001 Clint Moore Rd. Ste 103 |
|  | Boca Raton, FL 33487 |

Dear Charles,

Enclosed are the documents for the purchase of your vehicle. Please sign these documents and return to us in the envelope provided for you.

Additional forms are included to do tag work in your county:
- **Original Notarized Power of Attorney's** (2 copies) ---*MUST BE NOTARIZED.*
*-Please do not send these back without being notarized---they are null & void without notarization.*
*-If you are unable to have these notarized at this moment: keep the documents, have notarized as soon as possible and send back to me. I must have these in order to complete registration.*
-Gives our titling corporation the authority to complete title work for you--------2 required for each buyer
-Please leave appointment blank; if notary will not notarize a blank appointment, please just write
  "ATC" in the appointment.

**\*PLEASE NOTE:** Any personalized plate requests must be made by you as the customer only; no third party is authorized to do so for you.

## Will need in order to complete registration:
- **VIN/Safety Inspection**
  -NOT DUE ON MSO unless vehicle has 7500 miles or more.
  -Inspections can be completed at a MD authorized Service Station or MD Dealership
  -Some inspection stations complete an ELECTRONIC inspection. Electronic inspections may be a copy
  -All inspections expire after 90 days
- **Proof of Insurance**
  -Copy of the actual ID card or policy page
  -Must be MD insurance and have current effective dates:

Along with all the signed paperwork, please include the following in the return envelope:
- Any payment you may owe, unless other arrangements have been made.

Thank you very much.  Should you have any questions please contact me at the dealership at (561) 998-5557. Best Regards,
*Alana Bailey*
alana@excellauto.com





VIN: ZFF68NHA8D0191526

Required Fees and Taxes for: **COULTER** registering in **HUNT VALLEY, BALTIMORE County, Maryland**

Fees quoted below are ESTIMATES based on the information input by your dealership through the Register a Vehicle data entry form and data collected from State and Local DMV's. This information is time sensitive and can change between entry date and the date the vehicle is actually registered.

| ATC Quote | |
|---|---|
| **Excise Tax** - 6.0000 %<br>0.06 * (( 237500.00 + 0.00 + 498.00 + 0.00 + 0.00) - 0.0)<br>• NOT reciprocal with other States<br>• **Trade credit NOT allowed if not in exact same name** | $14,279.88 |

Total Tax Rate: 6.0000 %

Sales Tax Sub-Total: $14,279.88

Taxable value: ((Base Price + Doc Fees + Dealer Service Fee + Delivery Fees + Additions) - Trade In Amount)

| | |
|---|---|
| **Registration Fee**<br>• Registration fee is based on vehicle weight<br>• If displayed fee is $0 the vehicle weight entered exceeds the amount allowed for the vehicle class entered. Selected class is Passenger Vehicle.<br>• Vehicle will be registered for two years | $135.00 |
| Local Handling Fee | $50.00 |
| Title Fees | $120.00 |
| ATC Service Fee | $85.00 |
| Mailing Expense | $49.00 |
| Check Payable To ATC | $14,718.88 |

**Please note:** All listed items and fees must be complete and received by ATC before accurate processing will begin. Thank you.

Copyright © 2002-2022, All Rights Reserved, Automotive Titling Company, Inc.,
7000 S. Yosemite St, Suite #200, Centennial, Colorado 80112, (303) 267-0779

# To run OUT OF STATE TAXES & FEES quote:

KARMA BROWARD ☐          KARMA PALM BEACH ✓

Buyer First Name: **CHARLES**

Buyer Last Name: **OAKLEY**

Company Name: _____

State of Driver's License: **MD**

Business ☐          Individual ✓

Military?  Yes ☐          No ✓

Street Address ████████████

City: **HUNT VALLEY**

State: **MD**

Zip Code: **21030**

County: **BALTIMORE**

VIN: **ZFF68NHA8D0191526**

Vehicle Curb Weight: **3,274**

Selling Price: **245000**

Purchase ✓          Lease ☐

Lienholder?:  Yes ✓          No ☐

Trade In?:    Yes ☐          No ✓

Trade in amount: _____

Plate Transfer?:  Yes ☐          No ☐


Dealertrack

# Bank of America

Bank of America
Merrill Lynch    ✔ Approved



Karma Palm Beach 445666

*59550490RFL*

## Applicant(s)

| | |
|---|---|
| Applicant Name | CHARLES COULTER |
| Co-Applicant Name | — |

## Financing Information

| | |
|---|---|
| Lender Program | None |
| Approved Product | Retail |
| Amount Approved | $191,085.00 |
| Term | ⚠ 60 mos |
| Dealer Fee | $0.00 |
| Buy Rate | 1.89 % |
| Advance % | 86.86 |
| Max LTV | 110.99 % |

## Reference

| | |
|---|---|
| Name | Julie Burnett |
| Phone Number | (800) 991-1770 |
| Fax | (866) 382-6919 |
| Lender Cust. Service Number | (800) 991-1770 |
| APS # | 59550490 |
| Decision Date | — |

## Loan Options

| Term | Buy Rate |
|---|---|
| 60 | 1.89 |

## Vehicle

| | |
|---|---|
| N/U/D | USED |
| Y/M/M | 2013/FERRARI/458 ITALIA |
| Trim | 2dr Conv |
| VIN # | ZFF68NHA8D0191526 |
| Mileage | 13,000 |

## Stipulations

1. Max advance is $191,085.00

## Additional Information

—

## Comments

 3/9/2022 5:46p.m.
Analyst

Total Approved back-end allowed: See Program Sheet.

3/9/2022 5:46p.m.
Analyst

FedEx Funding Addr: Bank of America 4054 Willow Lake Blvd. Suite 2029 Memphis, TN 38153.

3/9/2022 5:46p.m.
Analyst

Advance, PTI, Term and Mileage changes could impact the buy rate. Please communicate all changes to your underwriter to confirm final buy rate.

## FEDERAL NOTICES

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT If applicable to your credit transaction, to help the government fight the funding of terrorism and money laundering activities, Federal law requires financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, you will be asked for your name, address, date of birth, and other information to identify you. You may also be asked to see your driver's license or other identifying documents.

## STATE NOTICES

**California Residents:** An applicant, if married, may apply for a separate account.

**Maine and Tennessee Residents:** You must have physical damage insurance covering loss or damage to the vehicle for the term of the contract. For a lease, you must also have the liability insurance as described in the lease. You may purchase required insurance through any insurance agent or broker and from any insurance company that is reasonably acceptable to us. You are not required to deal with any of our affiliates when choosing an agent, broker or insurer. Your choice of a particular insurance agent, broker or insurer will not affect our credit decision, so long as the insurance provides adequate coverage with an insurer who meets our reasonable requirements.

**New Hampshire Residents:** If you are applying for a balloon payment contract, you are entitled, if you ask, to receive a written estimate of the monthly payment amount for refinancing the balloon payment in accord with the creditor's existing refinance programs. You would be entitled to receive the estimate before you enter into a balloon payment contract. A balloon contract is an installment sales contract with a final scheduled payment that is at least twice the amount of one of the earlier scheduled equal periodic installment payments.

**New York Residents:** In connection with your application for credit, a consumer report may be obtained from a consumer reporting agency (credit bureau). If credit is extended, the party or parties extending credit or holding such credit may order additional consumer reports in connection with any update, renewal or extension of the credit. If you ask, you will be told whether a consumer report was requested and, if so, the name and address of any consumer reporting agency (credit bureau) from which such credit report was obtained.

**Ohio Residents:** Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Rhode Island Residents:** Consumer reports may be requested in connection with this application. Buyer has the right of free choice in selecting an insurer to provide insurance required in connection with this transaction subject to our reasonable approval in accordance with applicable law.

**Vermont Residents:** You authorize us and any financial institution with which this credit application is shared, and each of their respective employees or agents, to obtain and verify information about you (including one or more credit reports, information about your employment and banking and credit relationships) that they may deem necessary or appropriate in evaluating your credit application. If your credit application is approved and credit is granted, you also authorize the parties granting credit or holding your account, and their respective employees and agents, to obtain additional credit reports and other information about you in connection with reviewing the account, increasing the available credit on the account (if applicable), taking collection on the account, or for any other legitimate purpose.

**Married Wisconsin Residents:** No provision of any marital property agreement, any unilateral statement under Wis. Stat § 766.59 or any court decree under § 766.70 applied to marital property adversely affects our interest unless you furnish a copy of the agreement, statement, or court decree or we have actual knowledge of such adverse provision before credit is granted. If you are making this credit application individually and not jointly with your spouse, complete Section A about yourself and Section B about your non-applicant spouse. Your non-applicant spouse should not sign the credit application if you are applying for individual credit.

© 2017 Dealertrack, Inc. All rights reserved.     DT 6/17     Printed on  03/10/2022 17:31

| FOR | | | USE ONLY | **DEALER SECTION** | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Dealer # | Vehicle Type | Mileage | Product Type | Stock Number | Source | | | Certified Pre Owned ☐ |
|---|---|---|---|---|---|---|---|---|
| 445666 | USED | 13000 | Retail | | | | | |

| Year | Make | | Model | | Trim | | VIN |
|---|---|---|---|---|---|---|---|
| 2013 | Ferrari | | 458 Italia | | 2dr Conv | | ZFF68NHA8D0191526 |

| Term | Cash Selling Price | Sales Tax | T & L | Cash Down | Front-End Fees | Rebate | Net Trade | Acq Fee | Unpaid Balance |
|---|---|---|---|---|---|---|---|---|---|
| 72 | 240,000.00 | 15,148.70 | 937.00 | 65,000.00 | | | | | 191,085.73 |

| Accident/Health Ins. | Credit Life Insurance | Gap | Service Plan | Back-End Fees | Est. Amt. Financed |
|---|---|---|---|---|---|
| | | | | | 191,085.73 |

| MSRP | Invoice/Wholesale Value | Wholesale Source | Retail Value | Retail Source | Estimated Payment | Requested APR |
|---|---|---|---|---|---|---|
| | 220,000.00 | BB | | | | |

| | Bookout Date | Lender Program | |
|---|---|---|---|
| Vehicle Bookout ☐ | | | |

**Vehicle Options**

**TRADE IN Information**

| Year | Make | Model | Trim |
|---|---|---|---|
| | | | |

| Lienholder | Monthly Payment |
|---|---|
| | |





VIN: ZFF68NHA8D0191526

Required Fees and Taxes for: **OAKLEY** registering in **HUNT VALLEY, BALTIMORE County, Maryland**

Fees quoted below are ESTIMATES based on the information input by your dealership through the Register a Vehicle data entry form and data collected from State and Local DMV's. This information is time sensitive and can change between entry date and the date the vehicle is actually registered.

| ATC Quote | |
|---|---|
| **Excise Tax** - 6.0000 %<br>0.06 * (( 245000.00 + 0.00 + 498.00 + 0.00 + 0.00) - 0.0)<br>• NOT reciprocal with other States<br>• **Trade credit NOT allowed if not in exact same name** | $14,729.88 |

Total Tax Rate: 6.0000 %

Sales Tax Sub-Total: <mark>$14,729.88</mark>

Taxable value: ((Base Price + Doc Fees + Dealer Service Fee + Delivery Fees + Additions) - Trade In Amount)

| | |
|---|---|
| **Registration Fee**<br>• Registration fee is based on vehicle weight<br>• If displayed fee is $0 the vehicle weight entered exceeds the amount allowed for the vehicle class entered. Selected class is Passenger Vehicle.<br>• Vehicle will be registered for two years | $135.00 |
| Local Handling Fee | $50.00 |
| Title Fees | $120.00 |
| ATC Service Fee | $85.00 |
| Mailing Expense | $49.00 |
| Check Payable To ATC | $15,168.88 |

*(handwritten: 305.00 reg.)* *(handwritten: 134.00)*

*(handwritten: will need VIN inspection)*

**Please note**: All listed items and fees must be complete and received by ATC before accurate processing will begin. Thank you.

Copyright © 2002-2022, All Rights Reserved, Automotive Titling Company, Inc.,
7000 S. Yosemite St, Suite #200, Centennial, Colorado 80112, (303) 267-0779

| Deal | Business Office | | $232,500 | |
|------|-----------------|---|----------|---|

| Buyer | Home: | | | Stock # |
|-------|-------|---|---|---------|
| | Email: | | | |
| | County: | | | |

## Trades

PDI

**Deal Information**          **Deal Status:**

Disclosure

| Retail | Lease |
|--------|-------|

Recap

| List | | AMO$/Opt | Sale Date |
|------|---|----------|-----------|
| | | | 03/09/22 |

Summary

| Price | APR | Insurance | Deliver |
|-------|-----|-----------|---------|
| 240000.00 | 3.900 | | 03/09/22 |

Commissions

| Down | Term | Days | Accessories | First Payment |
|------|------|------|-------------|---------------|
| 65000.00 | 72 | 30 | | 04/08/22 |

Forms

| Trade | Tax | Serv Cont | Lender |
|-------|-----|-----------|--------|
| | 15148.73 | | US BANK NA |

| Payoff | Tax Group | Fee$/Lender | Discount |
|--------|-----------|-------------|----------|
| | PALM BEACH COUN | 937.00 | |

| Function | | | |
|----------|---|---|---|
| | Payment/Options | 2980.87 | M |

**Other / Salespeople**

| Odometer | Permit#/Exp | Salesperson1 | F&I Manager |
|----------|-------------|--------------|-------------|
| | | | |

| Trade Desc | | Salesperson2 | Sales Manager |
|------------|---|--------------|---------------|
| | | | |

| PDI | | | |
|-----|---|---|---|

CG40000FI0WP40000                    0191085X73A000

Save          Exit          Cancel


Credit App

**Excell Auto Group (811)**

**Received Date:** 03/09/2022

## Vehicle of Interest

**Year/Make/Model:**
**Stock #:**                                   **VIN:**
**Condition:** used                            **Price:**

## Purchase & Trade Information

**Dealership Name:** Excell Auto Group          **Salesperson Name:**
**Loan or Lease:** Purchase                     **Lease Miles per Year:**
**Cash Down Payment:**

Trade-In Information:
**Year/Make/Model:**                            **Mileage:**
**Est. Trade-In Value:**

## Applicant Information

**Applicant Name:** Charles Coulter
▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ID 07/01/2026
▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                  **Cell Phone:**
                                                **Marital Status:** other

Residence Address:                              Previous Address:
**Address Line 1:** ▓▓▓▓▓▓▓▓▓                    **Address Line 1:**
**Address Line 2:**                             **Address Line 2:**
**City / State / Zip:** Hunt valley MD 21030     **City / State / Zip:**
**County:**
**Residence Status:** Own
**Mortgage/Rent Amount:** 8000
**Residence Length:** 3 year(s) 3 month(s)

Current Employment Information                   Previous Employment Information
**Employer Name:** D4C Brands                    **Employer Name:**
**Self Employed:** No                            **Self Employed:** No
**Job Title:** Pediatric dentist                 **Job Title:**
**Work Phone:**                                  **Work Phone:**
**Employment Length:** 10 year(s) month(s)       **Employment Length:** year(s) month(s)
**Gross Income:** 100000 (monthly)
**Address Line 1:** 5225 Wisconsin avenue, NW
**Address Line 2:** Suite 604
**City / State / Zip:** Washington dc DC 20015

Other Income
**Source:**                                      **Other Income:** ()

Bank Information
**Bank Name:**                                   **Account Type:**
**Account Number:**                              **Account Balance:**

Financial History

**First Time Buyer?:** Yes

   **Number of Units:**

   **Number of Trailers:**

**Previously financed a vehicle?:** No

   **Finance Company Name:**

   **Finance Company Phone:**

**Filed for bankruptcy within the last 5 years?:**

## Other Information

Comments

**AGREED TO TERMS & PERMISSION TO RUN A CREDIT CHECK 03/09/2022 11:59 AM PST**

In submitting this credit application, I/We certify that the information provided on this application is, to the best of my/our knowledge, complete and accurate. I/We understand that the Dealer and financial institution(s) will rely on this information to judge my/our credit worthiness, and will retain this application and information about me/us whether or not this application is approved. Further, I/We authorize an investigation of my/our credit and employment history, in conjunction with which my/our credit report(s) may be obtained from one or more consumer credit reporting agencies. I/We understand that false statements may subject me/us to criminal penalties. I/We further understand that the Dealer and/or the financial institution(s) that evaluate my/our application may require additional information.

FAIR CREDIT REPORTING ACT DISCLOSURE: I/We understand that this application for credit will be submitted by the dealer to various financial institutions for evaluation.

**Signed By:** Charles coulter
**Signed Date:** 03/09/2022





12 Month Vehicle Value Trend
2013 Ferrari 458 Spider Convertible

For inquiries or more information or data, email us at support@blackbook.com or call 1-800-554-1026.

Copyright ©2022 Hearst Business Media Corp. ALL RIGHTS RESERVED. — App Version: 1.8.40

CHUBB

# MARYLAND INSURANCE IDENTIFICATION CARD

**COMPANY**
Chubb National Insurance Company

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 14109447-06 | 5/1/22 | 10/31/22 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2022 | LEXUS | 2T2HGMDA2NC076515 |

**AGENCY/COMPANY ISSUING CARD**
STERLING SEACREST PRITCHARD INC

**INSURED**
CHARLES COULTER

SEE IMPORTANT NOTICE OF REVERSE SIDE

227