

**ORDERED in the Southern District of Florida on November 28, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,              Chapter 11 (Subch. V)

     Debtor.

_____/

**ORDER GRANTING**
**DEBTOR'S *EX PARTE* MOTION**
**FOR SHORT EXTENSION TO FILE**
**FEE APPLICATION**

This matter came on before the Court for consideration of the *Debtor's Ex*

*Parte Motion For Short Extension To File Fee Application* [ECF No.228] (the

"**Motion**"), and the Court, considering the **Motion** and the record, finding good

cause shown, does hereby

**ORDER** that:

1. The **Motion** [ECF No. 228] is **GRANTED**; and, Debtor has an extension of

   time through and including November 29th, 2022 to timely file its counsel's

   Fee Application in compliance with this Court's ORDER SETTING HEARING

   ON CONFIRMATION OF SUBCHAPTER V PLAN [ECF No. 166].

###

Submitted by:

James B. Miller, Esq.
Counsel to Debtor
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

(Attorney Miller shall serve a conformed copy of this Order and file a Certificate of Service)