UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,                Case No.: 22- 15627-EPK
                                           Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Plan of Reorganization [ECF No. 162] (the "Plan") filed by AUTO WHOLESALE OF BOCA, LLC. on October 20, 2022, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the Plan if the court finds that the Plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor (insert name)* __**Hi Bar Capital, LLC**_____*for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☒ General Secured | 7 | $ 3,125,000.00 |
| ☐ General Unsecured | | $ |
| ☐ Bond Holder | | Amount of Bond/debenture $ |
| ☐ Equity Security Holder | | Number of Shares of Stock |

The undersigned [Check One Box]          ☐ Accepts          ☒ Rejects

the Plan of Reorganization of the above-named debtor.

Signed:          /s/ Ezequiel J. Romero, Esq.

Print Name:   Jarret P. Hitchings, Esq.          &          Ezequiel J. Romero, Esq.
              Bryan Cave Leighton Paisner LLP              Bryan Cave Leighton Paisner LLP
Address:      One Wells Fargo Center                       200 S. Biscayne Blvd., Suite 400
              301 South College Street, Suite 2150         Miami, Florida 33131
Phone:        Charlotte, North Carolina 28202
              (704) 749-8999                               (786) 322-7399
              jarret.hitchings@bclplaw.com                 romeroe@bclplaw.com
Date:         November 29, 2022                            November 29, 2022

### ★★★ FILE THIS BALLOT ON OR BEFORE NOVEMBER 30, 2022 ★★★

with:   Clerk of Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Dr., Suite 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**

LF-33 (rev. 10/10/14)