| 11/29/2022 | James B. Miller, Esq. | | |
|---|---|---|---|
| 6:04 PM | Bill | Page | 1 |

---

## Selection Criteria

| Clie.Selection | Include: AWB-BKC |
|---|---|
| Slip.Transaction Dat | 7/23/2022 - 12/31/2022 |

---

| Nickname | AWB-BKC | 447 | | |
|---|---|---|
| Full Name | | |
| Address | | |
| Phone | | Fax |
| Home | | Other |
| In Ref To | | |
| Notes | | |
| Sup Attorney | | |
| Billing Atty | | |
| Case Type | Bankruptcy | |
| Client Status | Active | |
| Opened | | |
| Closed | | |
| Est. Billings | | |
| Referred by | | |
| Opp. Counsel | | |
| Paralegal | Jaime; Para; Sabina | |
| Associate | JBM | |
| Fees Arrg. | By billing value on each slip | |
| Expense Arrg. | By billing value on each slip | |
| Tax Profile | | |
| Last bill | | |
| Last charge | | |
| Last payment | | Amount |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

**Activity: 24**

| 7/25/2022 | Jaime, Miriam | 150.00 | 0.40 | 60.00 | Billable |
|---|---|---|---|---|---|
| | Asset Analysis | | | | |
| | Draft Certificate of Service of Notice of Hearing DE#9. | | | | |

| 7/25/2022 | JBM | 550.00 | 6.70 | 3,685.00 | Billable |
|---|---|---|---|---|---|
| | Asset Analysis | | | | |

Review of Dore Motion; conference with Client reps re: same. Review of file re: same. Conferences with Client reps re: adversary proceeding filed by FVP and emergency motion, effects and issues. Reviewing documents, deal jackets and materials re: same. Continue review of adv filed by FVP and initiate research on injunctive relief, effect of non-final state court order.

| 7/26/2022 | Jaime, Miriam | 150.00 | 0.60 | 90.00 | Billable |
|---|---|---|---|---|---|
| | Asset Analysis | | | | |
| | Draft of Certificate of Service Order DE#24. | | | | |
| | Draft of Certificate of Service Re-Notice of Hearing DE#25. | | | | |

EXHIBIT "3"

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/26/2022 | JBM | 550.00 | 4.90 | 2,695.00 | Billable |
| | Asset  Analysis | | | | |
| | Reviewing files and materials (1.1), zoom conference with Client reps (1.2). Researching injunctive relief, effects of same on sale, 363(f) sale (1.9); t/c with Will Dilley and with Jay farrow (.70) | | | | |
| 7/27/2022 | Jaime, Miriam | 150.00 | 0.80 | 120.00 | Billable |
| | Asset  Analysis | | | | |
| | Receipt, review, calendar required deadlines and draft Certificate of Service of Order #26. | | | | |
| 7/27/2022 | JBM | 550.00 | 4.20 | 2,310.00 | Billable |
| | Asset  Analysis | | | | |
| | Researching legal issues on lien interests in inventory  (2.9); t/c's with Client Reps (.70)' t/c with Will Dilly, Esq.(.60). | | | | |
| 7/31/2022 | JBM | 550.00 | 1.90 | 1,045.00 | Billable |
| | Asset  Analysis | | | | |
| | Researching UCC issues | | | | |
| 8/1/2022 | Jaime, Miriam | 150.00 | 3.00 | 450.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM and gather documents for preparation for hearing on our emergency motion. | | | | |
| 8/2/2022 | JBM | 550.00 | 1.70 | 935.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of Graves Motion to Compel;t/c with Craig Ellerr; conferences with client reps. | | | | |
| 8/3/2022 | Jaime, Miriam | 150.00 | 6.00 | 900.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM in hearing. | | | | |
| 8/4/2022 | JBM | 550.00 | 1.20 | 660.00 | Billable |
| | Asset  Analysis | | | | |
| | (RE Derek Stephens) Exchange and review correspondence with Cory Maruo for Derek Stephens; t/c with Jay Farrow. | | | | |
| 8/5/2022 | JBM | 550.00 | 5.30 | 2,915.00 | Billable |
| | Asset  Analysis | | | | |
| | Commence research on:  enforcement of liens; property of estate and turnover re the cars AWB has title to; laches for turnover issues; 544 and 551 issues as to liens (if established);  possessory interest; stay violation in threats to Debtor and counsel. | | | | |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page    3

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/8/2022 | JBM | 550.00 | 0.30 | 165.00 | Billable |
| | Asset  Analysis | | | | |
| | Review hearing notes (8/3/22) and draft correspondence toAttys Wolfson and Softness re: withdrawal of their stay relief motions. | | | | |
| 8/9/2022 | JBM | 550.00 | 1.50 | 825.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c's with Moshe Farache (.70); Scott Gherman (.30) and with Staff and employees (.50) re: automobiles and allegations by FVP. | | | | |
| 8/10/2022 | JBM | 550.00 | 3.30 | 1,815.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of materials and prepare for hearing (1.0); attend hearing (.70); conferences with Client reps (1.1) and exchange correspondence re: proposed orders (.50). | | | | |
| 8/10/2022 | Jaime, Miriam | 150.00 | 0.60 | 90.00 | Billable |
| | Asset  Analysis | | | | |
| | Draft certificate of Service of Order DE#66 ecf nos. 62 & 63 | | | | |
| 8/10/2022 | Jaime, Miriam | 150.00 | 2.60 | 390.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM in preparation for hearing and prepare file. | | | | |
| 8/12/2022 | JBM | 550.00 | 0.10 | 55.00 | Billable |
| | Asset  Analysis | | | | |
| | Conference with State Counsel. | | | | |
| 8/15/2022 | JBM | 550.00 | 1.40 | 770.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c's with Graves' counsel re: lien interests of third parties, claim of Graves, facts surrounding transaction and proposed order. Review of proposed order, and edit same. | | | | |
| 8/16/2022 | JBM | 550.00 | 0.40 | 220.00 | Billable |
| | Asset  Analysis | | | | |
| | Attend hearing (.40) on Graves motion to abandon. | | | | |
| 8/16/2022 | JBM | 550.00 | 2.00 | 1,100.00 | Billable |
| | Asset  Analysis | | | | |
| | Exchange correspondence with Leali re: facts in matter; exchange correspondence with Craig Eller for Graves; exchange correspondence with John Brennan re: Dore order and pickup; t/c's with Client reps re: same; draft proposed release form forDore; exchange correspondence with Jay Farrow. | | | | |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page      4

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/19/2022 | JBM | 550.00 | 3.60 | 1,980.00 | Billable |
| | Asset  Analysis | | | | |
| | Researching Hi Bar issues re: liens. | | | | |
| 8/22/2022 | JBM | 550.00 | 0.20 | 110.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c with Mr. Burnham re: bankruptcy case and filings, we requested evidence of how he obtained possession of the vehicle and where it is. | | | | |
| 8/23/2022 | JBM | 550.00 | 1.10 | 605.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c with Brad Shraiberg re: background info on Spin, Hi Bar and Franklin (.60); T/c with Jay Farrow re: adv proc and AWB interests in other litigation (.5). | | | | |
| 8/24/2022 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
| | Asset  Analysis | | | | |
| | Prepare for (1.0) and attend hearings on Motion to Dismiss, Motion Relief Adv Proc M-Ext. (1.1). | | | | |
| 8/29/2022 | JBM | 550.00 | 2.30 | 1,265.00 | Billable |
| | Asset  Analysis | | | | |
| | Conferences with Client reps re: Arby Lipman relief; reviewing file and materials on Arby Lipman auto; draft response. | | | | |
| 8/30/2022 | JBM | 550.00 | 1.10 | 605.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c with with Client Reps re: history with Leases and Erbstein.  Balance owed by Excell/Karma and vehicles claimed now by FVP. | | | | |
| 8/30/2022 | JBM | 550.00 | 0.80 | 440.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c's with Linda Leali, and Mauro in part, re: agreement on Arby Lipman auto. | | | | |
| 8/30/2022 | JBM | 550.00 | 3.10 | 1,705.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c's with Moshe and with Gherrman re: purported liens and newest motion to extend injunction (1.0); review of motion to extend injunction, review of materials as to each vehicle set forth therein (2.1). | | | | |
| 8/31/2022 | Jaime, Miriam | 150.00 | 0.60 | 90.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM on hearing document preparation. | | | | |
| 8/31/2022 | JBM | 550.00 | 2.80 | 1,540.00 | Billable |
| | Asset  Analysis | | | | |
| | Conferences with Leali and Mauro re: Motion Compel Arby Lipman release; review of documents sent by Maruo re: delivery (.90); conference with | | | | |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page     5

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | Chubb's counsel and exchange correspondence re: Lipman and Greenberg car issues (.40); conferences with Client reps re: same (.50); prepare for and attend hearing on Arby Lipman matter (1.0). | | | | |
| 8/31/2022 | Jaime, Miriam Asset Analysis Research online on Arby Lipman and affiliated entities. | 150.00 | 1.00 | 150.00 | Billable |
| 9/2/2022 | JBM Asset Analysis Reviewing materials and records of Debtor; reviewing state court pleadings; researching issues and drafting response to Motion to Extend injunction terms (4.1). Conferences with Cliient reps re: same (2.3) and conferences with Linda Leali (.80). T/c with Brad Shraiberg re: issues and asset viz-a-viz Franklin (.60).. | 550.00 | 7.80 | 4,290.00 | Billable |
| 9/6/2022 | Jaime, Miriam Asset Analysis Meet and confer with JBM; review and prepare file for hearing. | 150.00 | 1.80 | 270.00 | Billable |
| 9/6/2022 | JBM Asset Analysis T/c with Linda Leali re: Motion to Extend Injunction and proceeds issues (.60). Conferences with Client reps re: same (.90). Reviewing motions filed by FVP/Hi Bar and their cases (1.0). | 550.00 | 2.50 | 1,375.00 | Billable |
| 9/7/2022 | Jaime, Miriam Asset Analysis Draft Certificate of Service of Order RulingECF No.115. | 150.00 | 0.40 | 60.00 | Billable |
| 9/8/2022 | JBM Asset Analysis Review of proposed orders emanating from hearings of Sept 7, 2022; exchange correspondence re: same. | 550.00 | 0.70 | 385.00 | Billable |
| 9/14/2022 | Jaime, Miriam Asset Analysis Assist JBM in preparation of documents for hearings. | 150.00 | 1.50 | 225.00 | Billable |
| 9/14/2022 | JBM Asset Analysis Prepare for and attend hearing onArby Lipman Motion; hearings on status conference and final hearing on employment. Draft order; exchange correspondende with counsel. | 550.00 | 2.70 | 1,485.00 | Billable |

| 11/29/2022 | James B. Miller, Esq. | | |
|---|---|---|---|
| 6:04 PM | Bill | | Page    6 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 9/15/2022 | JBM | 550.00 | 1.90 | 1,045.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of Memo of Law from FVP re: Trust Fund Monies. Conferences with Client reps. | | | | |
| 9/15/2022 | JBM | 550.00 | 0.90 | 495.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of Motion to Compel by Omar Periu. Confer with Client | | | | |
| 9/16/2022 | JBM | 550.00 | 0.90 | 495.00 | Billable |
| | Asset  Analysis | | | | |
| | Review and edit proposed order on Arby Lipman motion; draft release form; exchange correspondence with Mauro; conferences with Client reps. | | | | |
| 9/23/2022 | JBM | 550.00 | 2.50 | 1,375.00 | Billable |
| | Asset  Analysis | | | | |
| | Finalize draft response to Memo of Law; reviewing discovery requests and responses. | | | | |
| 9/25/2022 | JBM | 550.00 | 0.90 | 495.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of FVP response to  Derek Stephens Motion to Compel. | | | | |
| 9/28/2022 | JBM | 550.00 | 3.10 | 1,705.00 | Billable |
| | Asset  Analysis | | | | |
| | Reviewing materials and preparing for hearings on Derek Stephens M-Compel (Parent ECF #s115 and 134) and on FVP Motion (Adv Proc ECF #s 26, 50 and 65); confernces with Clietn Reps and Linda Leali. | | | | |
| 9/29/2022 | JBM | 550.00 | 0.90 | 495.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c with Client  re: Winderman  client seeking to obtain possession of Debtor's autos. T/c's with Mark Perry Eq. (rep Excell Auto Services --repair shop) re: efforts of , confirm with Perry re demands for the autos and wanted them but will not put requests in writing. | | | | |
| 9/29/2022 | JBM | 550.00 | 2.00 | 1,100.00 | Billable |
| | Asset  Analysis | | | | |
| | Review file and jackets, emails and attachments;  t/c's with client reps; draft opposition to Periu Motion. | | | | |
| 9/29/2022 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | Asset  Analysis | | | | |
| | Draft objection to m-enlarge | | | | |

| 11/29/2022 | James B. Miller, Esq. | | |
|---|---|---|---|
| 6:04 PM | Bill | | Page    7 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 9/30/2022 | JBM | 550.00 | 1.10 | 605.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of M-Compel Turnover by Shanandninmt; conference with client reps re: same. | | | | |
| 10/3/2022 | Jaime, Miriam | 150.00 | 1.80 | 270.00 | Billable |
| | Asset  Analysis | | | | |
| | Meet and confer with JBM on documents for upcoming hearings; prepare files for same. | | | | |
| 10/4/2022 | JBM | 550.00 | 0.40 | 220.00 | Billable |
| | Asset  Analysis | | | | |
| | Attend hearing on Motion to Compel [ECF 127] and Response [ECF #136]. | | | | |
| 10/12/2022 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c with Eric Silver for Benidt re: issues and potential settlement | | | | |
| 10/12/2022 | Jaime, Miriam | 150.00 | 2.80 | 420.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of various emails; download discovery; research. | | | | |
| 10/24/2022 | JBM | 550.00 | 2.90 | 1,595.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of motions by Road Rich and Shanandninamt; review our files and materials; exchange correspondence with Client; t/c's with Client reps; draft objections. | | | | |
| 10/24/2022 | Jaime, Miriam | 150.00 | 1.40 | 210.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM in the Debtor's objection to Motion(s) to Compel. | | | | |
| 10/25/2022 | JBM | 550.00 | 1.20 | 660.00 | Billable |
| | Asset  Analysis | | | | |
| | Review of Hi Bar pleading in FVP state court lit (.90); t/c with David Softness re: same (.30). | | | | |
| 10/25/2022 | Jaime, Miriam | 150.00 | 1.80 | 270.00 | Billable |
| | Asset  Analysis | | | | |
| | Communication with client on deadlines and requirements we need to address on certain court Orders; assist JBM with case file for both matter. | | | | |
| 10/26/2022 | JBM | 550.00 | 3.20 | 1,760.00 | Billable |
| | Asset  Analysis | | | | |
| | Prepare for (1.1) and attend hearings on Motions (1.2); t/c with Craig Eller (.40); conferences with Client Reps (.50). | | | | |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page      8

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|-----------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 10/26/2022 | Jaime, Miriam | 150.00 | 2.60 | 390.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM with preparation of hearings on both matter. | | | | |
| 10/28/2022 | JBM | 550.00 | 2.60 | 1,430.00 | Billable |
| | Asset  Analysis | | | | |
| | Prepare for (1.1) and attend hearings (1.50) | | | | |
| 10/31/2022 | JBM | 550.00 | 0.30 | 165.00 | Billable |
| | Asset  Analysis | | | | |
| | T/c with Craig Eller for Road Rich re: settlement of claim on vehicle. | | | | |
| 10/31/2022 | JBM | 550.00 | 0.70 | 385.00 | Billable |
| | Asset  Analysis | | | | |
| | RE: Omar Periu) T/c with Client reps re: facts and issues. | | | | |
| 11/11/2022 | JBM | 550.00 | 2.30 | 1,265.00 | Billable |
| | Asset  Analysis | | | | |
| | Researching Stephens' legal issues. | | | | |
| 11/14/2022 | Jaime, Miriam | 150.00 | 2.00 | 300.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM depositions of Scott and Kristen  Zankl. | | | | |
| 11/14/2022 | JBM | 550.00 | 5.10 | 2,805.00 | Billable |
| | Asset  Analysis | | | | |
| | Prepare for (1.5) and attend (3.5) examinations of Kristin and Scott Zankl re: Derek Stephens matter. T/c with Linda Leali (.10). | | | | |
| 11/16/2022 | Jaime, Miriam | 150.00 | 4.30 | 645.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist JBM in depositions of Karma of Palm Beach; and hearings. | | | | |
| 11/16/2022 | JBM | 550.00 | 4.20 | 2,310.00 | Billable |
| | Asset  Analysis | | | | |
| | (Derek Stephens) Prepare for (.80) and attend examinations of Keith Lee and Derek Stephens re: Derek Stephens Motion (3.4) | | | | |
| 11/18/2022 | JBM | 550.00 | 3.20 | 1,760.00 | Billable |
| | Asset  Analysis | | | | |
| | (vs Derek Stephens #144) Reviewing materials to designate as exhibits, conferences and exchange correspondence with Client reps re: same; draft Exhibit Register for AWB; review of Exhibit Register of FVP and of Stephens and their proposed Exhibits. | | | | |

| 11/29/2022 | James B. Miller, Esq. | | |
| 6:04 PM | Bill | Page | 9 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 11/21/2022 | JBM | 550.00 | 2.20 | 1,210.00 | Billable |
| | Asset Analysis | | | | |
| | Review Transcripts of depositions of Scott Zankl and Kristen Zankl (Excell and AWB matters), identifiy impeachment testimony. | | | | |
| 11/21/2022 | JBM | 550.00 | 3.60 | 1,980.00 | Billable |
| | Asset Analysis | | | | |
| | Hearing Preparation and assembly of. on Stephens' motion. | | | | |
| 11/22/2022 | JBM | 550.00 | 0.80 | 440.00 | Billable |
| | Asset Analysis | | | | |
| | Conferences with Linda Leali (.40); Moshe Farache (.2); and Scott Gherman (.20) re: Stephens' Motion and exhibits. | | | | |
| 11/22/2022 | JBM | 550.00 | 4.20 | 2,310.00 | Billable |
| | Asset Analysis | | | | |
| | Finalize Review of exhibits and exhibit registers of Derek Stephens and FVP re; objections; reeview rules and case law, draft obj to exhibits (2.40); review of transcript of Derek Stephens depo and exhibiits (.90). T/c's with Scott Gherman (.10); Linda Leali (.50); Moshe Farache (.30). | | | | |
| 11/23/2022 | Jaime, Miriam | 150.00 | 6.00 | 900.00 | Billable |
| | Asset Analysis | | | | |
| | Preparing file evidentiary hearing; assist JBM with same; assist JBM with Debtor's objection to certain claims. | | | | |
| 11/23/2022 | JBM | 550.00 | 0.40 | 220.00 | Billable |
| | Asset Analysis | | | | |
| | Zoom conference with opposing counsels in regards to Stephens matter. T/c with David Softness, | | | | |
| 11/23/2022 | JBM | 550.00 | 1.40 | 770.00 | Billable |
| | Asset Analysis | | | | |
| | Receive and review further exhibits by FVP and draft Amended Objections to Exhibits (.40); review Keith Lee depo transcript for hearing (1.0). | | | | |
| 11/25/2022 | JBM | 550.00 | 0.30 | 165.00 | Billable |
| | Asset Analysis | | | | |
| | Hearing Preparation with Moshe Farache. | | | | |
| 11/25/2022 | Jaime, Miriam | 150.00 | 3.00 | 450.00 | Billable |
| | Asset Analysis | | | | |
| | Continue assisting JBM in preparation for Evidentiary hearing; prepare files and binders. | | | | |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page      10

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/27/2022 | JBM | 550.00 | 3.90 | 2,145.00 | Billable |
| | Asset  Analysis | | | | |
| | Preparation for hearing on Stephens' Motion to Compel (doc notations, argument Preparation and witness Preparation. | | | | |
| 11/28/2022 | JBM | 550.00 | 10.70 | 5,885.00 | Billable |
| | Asset  Analysis | | | | |
| | Travel to and fromWPBeach (2.7) (preparing in vehicle as well) and attend hearing on Styehens' Motion to Compel (9:30-12:30, 1:15-6;00)  (8.0). | | | | |
| 11/29/2022 | Paralegal | 150.00 | 10.70 | 1,605.00 | Billable |
| | Asset  Analysis | | | | |
| | Travel to and from (2.7); attend hearing on Stephens' Motion to Compel (9:30-12:30, 1:15-6:15) (8.0) --assist JBM art hearing | | | | |

Total: 24                                                     191.20                $82,880.00

Activity: 25

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/23/2022 | JBM | 550.00 | 0.50 | 275.00 | Billable |
| | Fee App./Employment | | | | |
| | Draft Motion to Extend time to file  FFA and proposed order. | | | | |
| 11/29/2022 | JBM | 550.00 | 2.60 | 1,430.00 | Billable |
| | Fee App./Employment | | | | |
| | Code pre-bills, review file and docket; draft Fee App. | | | | |

Total: 25                                                       3.10                 $1,705.00

Activity: 26

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/24/2022 | JBM | 550.00 | 3.50 | 1,925.00 | Billable |
| | Adversary 1 | | | | |
| | Review of Adv Complaint and attachments; and Emergency Motion.. Conferences re:same. | | | | |
| 7/28/2022 | JBM | 550.00 | 5.90 | 3,245.00 | Billable |
| | Adversary 1 | | | | |
| | Researching Prelim Inj Standards; priority of statutory liens;  possessory lien vs UCC1; the ordinary buyer. Limiting language on loan documents, perfection. Collateral | | | | |
| 7/29/2022 | JBM | 550.00 | 2.70 | 1,485.00 | Billable |
| | Adversary 1 | | | | |
| |  Reviewing materials from state court counsel re: FVP and discovery. | | | | |

James B. Miller, Esq.
Bill

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/30/2022 | JBM<br>Adversary 1<br>Research equity | 550.00 | 2.20 | 1,210.00 | Billable |
| 7/31/2022 | JBM<br>Adversary 1<br>Reviewing research analysis and pleadings, drafting of Verified Response, corresponding and conference with Client Reps and State Court Counsel. | 550.00 | 4.90 | 2,695.00 | Billable |
| 8/1/2022 | JBM<br>Adversary 1<br>Finalise edits and re-drafts of proposed Verified Response. | 550.00 | 1.50 | 825.00 | Billable |
| 8/2/2022 | JBM<br>Adversary 1<br>Preparing for heairngs for 8/3/22 | 550.00 | 3.70 | 2,035.00 | Billable |
| 8/3/2022 | JBM<br>Adversary 1<br>Travel to (1.4) and and attend hearings on M-Injunction and motion to authorize insurance (2.4); post-hearing meeting with Client reps. (1.5); travel back to Miami (1.4) | 550.00 | 6.70 | 3,685.00 | Billable |
| 8/8/2022 | JBM<br>Adversary 1<br>(vs FVP) Review of complaint and materials for t/c with Softness (1.7), conduct conferences with Softness re: liens of FVP, lack of perfection, issues in their documents, and third party interests (i.e. Hi Bar, Dore, Lipman and Evans) (.70). | 550.00 | 2.40 | 1,320.00 | Billable |
| 8/10/2022 | JBM<br>Adversary 1<br>Reviewing materials and rafting disovoery requests. | 550.00 | 2.20 | 1,210.00 | Billable |
| 8/15/2022 | Jaime, Miriam<br>Adversary 1<br>adv. FVP (matter)<br>Receipt, review, calendar required deadlines and draft Certificate of Service of Notice of Hearing DE#18. | 150.00 | 0.40 | 60.00 | Billable |
| 8/22/2022 | JBM<br>Adversary 1<br>T/c with Brad Shraiberg re: Franklin Capital viz-a-viz Hi Bar and Spin. (.10); t/c with Linda Leali re: facts of transactions and Hi Bar's deficiencies (.60) | 550.00 | 0.70 | 385.00 | Billable |
| 8/22/2022 | JBM<br>Adversary 1<br>Reviewing proposed order on status conference request; exchanging correspondence re: same and t/c with Linda Leali re: Judicial Settlement | 550.00 | 0.90 | 495.00 | Billable |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page   12

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | Conference; | | | | |
| 8/23/2022 | JBM Adversary 1 Reviewing HI Bar documents form State Court litigation(s) and other matters | 550.00 | 2.90 | 1,595.00 | Billable |
| 8/25/2022 | Jaime, Miriam Adversary 1 adv. FVP Receipt, review and draft Certificate of Service of Order DE#22. | 150.00 | 0.40 | 60.00 | Billable |
| 9/1/2022 | JBM Adversary 1 Researching UCC issues and blanket lien question. | 550.00 | 2.60 | 1,430.00 | Billable |
| 9/1/2022 | JBM Adversary 1 Review and exchange correspondence with LindaLeali re: her concept of "minimal discovery" needed to properly prepare fro judicial settlement conference; review of notes and draft lists of items requested. | 550.00 | 1.10 | 605.00 | Billable |
| 9/2/2022 | Jaime, Miriam Adversary 1 Assist JBM with Response  to Motion DE#26. | 150.00 | 1.00 | 150.00 | Billable |
| 9/5/2022 | JBM Adversary 1 (vs FVP) Review of Motion for Turnover of Trust Funds (and attachments). Conference re: same. | 550.00 | 2.20 | 1,210.00 | Billable |
| 9/7/2022 | JBM Adversary 1 Reviewing materials and state court litigation file (.80); draft N-Filing Documents (.50); prepare for hearings (1.1). Exchange correspondence with Brad Shraiberg's office (.20).Conferences with Client Reps (.90); with Leali (.40). attend hearings (1.0). | 550.00 | 4.90 | 2,695.00 | Billable |
| 9/7/2022 | Jaime, Miriam Adversary 1 adv. FVP Draft Certificate of Service of OrderStricking ECF No.34. | 150.00 | 0.40 | 60.00 | Billable |
| 9/13/2022 | JBM Adversary 1 T/c's with Atty Dorsey re: Franklin's position. | 550.00 | 0.70 | 385.00 | Billable |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page    13

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/15/2022 | JBM<br>Adversary 1<br>(vs FVP) Review of materials form Franklin re: buyout of Spin Capital;<br>research online cases in New York re: Hi Bar, review of filings | 550.00 | 2.90 | 1,595.00 | Billable |
| 9/18/2022 | JBM<br>Adversary 1<br>Review discovery requests and drafting outline of responses; conferences<br>with client reps. | 550.00 | 3.90 | 2,145.00 | Billable |
| 9/23/2022 | JBM<br>Adversary 1<br>Review of motion to enlarge depo time. | 550.00 | 0.70 | 385.00 | Billable |
| 9/27/2022 | JBM<br>Adversary 1<br>T/c with Client Reps re: discovery (1.3); draft motion to extend response to<br>complaint and correspondence; drafting outline of proposed response to<br>First Req Prod by FVP (2.3). | 550.00 | 3.60 | 1,980.00 | Billable |
| 9/27/2022 | JBM<br>Adversary 1<br>T/c with Linda Leali re: discovery outstanding from FVP and responses by<br>them | 550.00 | 0.60 | 330.00 | Billable |
| 9/27/2022 | JBM<br>Adversary 1<br>Review of MPO [ECF No. 72], conference  re: same. | 550.00 | 0.50 | 275.00 | Billable |
| 9/28/2022 | JBM<br>Adversary 1<br>Review notes and documents, conferences with client reps re: same;  draft<br>R26 Initial Disclosures | 550.00 | 2.10 | 1,155.00 | Billable |
| 9/28/2022 | Jaime, Miriam<br>Adversary 1<br>adv FVP v AWV<br>Draft Certificate of Service of Agreed Order DE#76 - Granting<br>Debtor's/Defendants Unopposed Motion to Extend time to Respond to<br>Third Amended Complaint. | 150.00 | 0.40 | 60.00 | Billable |
| 9/29/2022 | JBM<br>Adversary 1<br>Review ECF 80 disclosures | 550.00 | 0.60 | 330.00 | Billable |
| 9/30/2022 | JBM<br>Adversary 1<br>Reviewing dropbox documents, discovery req #1 of FVP to Debtor,<br>outlining and drafting discovery responses; conferences with client reps re: | 550.00 | 2.70 | 1,485.00 | Billable |

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | same. | | | | |
| 10/3/2022 | JBM Adversary 1 Review of FVP Response [ECF No. 87] to MPO [ECF No. 72]. | 550.00 | 0.60 | 330.00 | Billable |
| 10/4/2022 | JBM Adversary 1 Prepare for hearings on ECF No.'s 56, 66, 72, 74,  84 and 87. Outline arguments and prehearing conference with Gherman, Shraiberg, Leali and Client Reps (separately) (1.1). attend hearing (1.4) | 550.00 | 2.50 | 1,375.00 | Billable |
| 10/4/2022 | JBM Adversary 1 T/c with Scott Gherman re: MPO and Response, lack of timeliness for Response by FVP, and violation of rules (ie R7030 vs R2004) and scope. | 550.00 | 0.90 | 495.00 | Billable |
| 10/6/2022 | JBM Adversary 1 Finalizing response to Req Prod; correspond with client reps re: same; conferences with Atty Gherman re:  discovery documents; review multiple correspondences with attachments form client rep in response to discovery. | 550.00 | 2.90 | 1,595.00 | Billable |
| 10/7/2022 | JBM Adversary 1 Exchange correspondence re: extension to FVP; draft Agreed motion and order. | 550.00 | 0.70 | 385.00 | Billable |
| 10/10/2022 | JBM Adversary 1 Reviewing proposed discovery responses; editing. | 550.00 | 1.60 | 880.00 | Billable |
| 10/12/2022 | Jaime, Miriam Adversary 1 adv FVP Receipt, review and calendar all deadlines from Order DE#95; draft Certificate of Service of same. | 150.00 | 0.40 | 60.00 | Billable |
| 10/12/2022 | JBM Adversary 1 (FVP) Reviewing  proposed response to First Req Prod, and documents in files (dropbox) proposed (1.1); t/c's with Scot Gherman re: same (.80). T/c with Linda Leali re: settlement options and exchange correspondence with Breslin re: settlement (.30) | 550.00 | 2.20 | 1,210.00 | Billable |
| 10/13/2022 | JBM Adversary 1 Review and exchange discovery correspondence (.30). | 550.00 | 0.30 | 165.00 | Billable |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page     15

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 10/14/2022 | JBM<br>Adversary 1<br>(vs FVP) Review of R 26 expert disclosures by Hi Bar and FVP. | 550.00 | 0.80 | 440.00 | Billable |
| 10/18/2022 | Jaime, Miriam<br>Adversary 1<br>adv FVP<br>Receipt, review, calendar required deadlines of Order DE#101; draft<br>Certificate of same. | 150.00 | 0.40 | 60.00 | Billable |
| 10/27/2022 | JBM<br>Adversary 1<br>(vs FVP) Review of FVP Initial Disclosures | 550.00 | 0.90 | 495.00 | Billable |
| 11/4/2022 | JBM<br>Adversary 1<br>Review CP118 (Motion to Amend); Joint Jury Consent and latest Amended<br>Complaint and attachments. Conferences with Client reps. | 550.00 | 1.70 | 935.00 | Billable |
| 11/10/2022 | JBM<br>Adversary 1<br>Review answers by FVP. | 550.00 | 0.80 | 440.00 | Billable |
| 11/16/2022 | JBM<br>Adversary 1<br>Attend hearings on Shaneandninamt matter and adv complaints. | 550.00 | 1.10 | 605.00 | Billable |
| 11/16/2022 | JBM<br>Adversary 1<br>T/c with Amanda Klopp re: amended complaints, liens and issues re: Ed<br>Brown. | 550.00 | 0.80 | 440.00 | Billable |
| 11/17/2022 | JBM<br>Adversary 1<br>T/c's with Client Rep (Moshe) re; autos and adv proc (.60); zoom<br>conference with David Softness and Jerry Breslin re: concepts of<br>settlement, Derek Stephens matter and adv proceeding issues (1.0); t/c<br>with Linda Leali re: plan (.60); review issues re: release (1.10) in Plan. | 550.00 | 3.30 | 1,815.00 | Billable |
| 11/21/2022 | Sabina<br>Adversary 1<br>Preparing exhibits and binder on Derek Stevens and FVP Opportunity<br>Fund. | 150.00 | 2.80 | 420.00 | Billable |
| 11/22/2022 | Sabina<br>Adversary 1<br>Preparing Debtor's exhibits and binders for the evidentiary hearing. | 150.00 | 1.60 | 240.00 | Billable |

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/23/2022 | Sabina | 150.00 | 1.60 | 240.00 | Billable |
| | Adversary 1 | | | | |
| | Preparing Debtor's exhibits and binders for the evidentiary hearing. | | | | |
| 11/25/2022 | Sabina | 150.00 | 2.80 | 420.00 | Billable |
| | Adversary 1 | | | | |
| | Preparing Debtor's exhibits, transcripts and binders for the evidentiary hearing. | | | | |
| Total: 26 | | | 102.60 | | $51,550.00 |
| Activity: 30 | | | | | |
| 7/24/2022 | JBM | 550.00 | 0.60 | 330.00 | Billable |
| | Settlement | | | | |
| | Conferences with David Soiftness re: FVP bankruptcy pleadings and settlement discussions. | | | | |
| 8/17/2022 | JBM | 550.00 | 2.40 | 1,320.00 | Billable |
| | Settlement | | | | |
| | Settlement conference with Shraiberg re: Franklin Capital; research various liens historically against Karma and Excell. | | | | |
| 9/12/2022 | JBM | 550.00 | 3.90 | 2,145.00 | Billable |
| | Settlement | | | | |
| | Reviewing files and materials, drafting Settlement Statement, conferences with Client Reps re: same. | | | | |
| 9/13/2022 146363 | JBM Settlement | 550.00 | 2.20 | 1,210.00 | Billable |
| | Review Settlement Statements (with attachments) of Franklin, and of FVP/Hi Bar. | | | | |
| 9/16/2022 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
| | Settlement | | | | |
| | Prepare for (1.0) and attend (.90) pre-settlement conference meeting; post-settlement conference with Brad Shraiberg (.20). | | | | |
| 9/20/2022 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
| | Settlement | | | | |
| | Zoom conference with client regarding upcoming judicial settlement conference. | | | | |
| 9/20/2022 | JBM | 550.00 | 2.90 | 1,595.00 | Billable |
| | Settlement | | | | |
| | Preparing for Judicial Settlement Conference | | | | |

| 11/29/2022 | | James B. Miller, Esq. | | | | |
| 6:04 PM | | Bill | | | Page | 17 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 9/21/2022 | JBM | 550.00 | 9.10 | 5,005.00 | Billable |
| | Settlement | | | | |
| | Pre-settlement conference zoom meeting with Client (.70); attend Settlement Conference (8.0); | | | | |
| 9/21/2022 | Jaime, Miriam | 150.00 | 8.00 | 1,200.00 | Billable |
| | Settlement | | | | |
| | Assist JBM in mediation preparation and execution. | | | | |
| 10/7/2022 | JBM | 550.00 | 5.00 | 2,750.00 | Billable |
| | Settlement | | | | |
| | Continued settlement conference (4.0); prepare for and attend; post-conf with Client Reps (.40); post conference with Linda Leali (.50) and with Brad Shraiberg (.10) | | | | |
| 10/13/2022 | JBM | 550.00 | 0.70 | 385.00 | Billable |
| | Settlement | | | | |
| | Settlement correspondence with FVP and t/c with Client rep. | | | | |
| 10/31/2022 | JBM | 550.00 | 0.60 | 330.00 | Billable |
| | Settlement | | | | |
| | T/c's with Linda Leali and David Softness re: settlement | | | | |
| 11/2/2022 | JBM | 550.00 | 8.00 | 4,400.00 | Billable |
| | Settlement | | | | |
| | Attend continued judicial settlement conference (10 am - 6 pm) | | | | |

| Total: 30 | | | 47.60 | | $22,980.00 |

Activity: 32

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 8/24/2022 | JBM | 550.00 | 1.70 | 935.00 | Billable |
| | 341 Meeting | | | | |
| | Commence Preparing Client for 341 Meeting. | | | | |
| 8/25/2022 | Jaime, Miriam | 150.00 | 3.00 | 450.00 | Billable |
| | 341 Meeting | | | | |
| | Assist JBM with preparation of documents for the 341 meeting; and, take notes at the 341 meeting. | | | | |
| 8/25/2022 | JBM | 550.00 | 3.20 | 1,760.00 | Billable |
| | 341 Meeting | | | | |
| | Preparing Client for 341 (1.5); attend 341 (1.5); t/c with Clients afterward (.20). | | | | |

| 11/29/2022 | James B. Miller, Esq. | | |
|---|---|---|---|
| 6:04 PM | Bill | | Page    18 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 8/31/2022 | JBM | 550.00 | 2.70 | 1,485.00 | Billable |
| | 341 Meeting | | | | |
| | Prepare for (.90) and attend cointiued 341 Meeting (.7); post 341 t/c's with Linda Leali and with client reps (1.1). | | | | |
| 8/31/2022 | Jaime, Miriam | 150.00 | 1.50 | 225.00 | Billable |
| | 341 Meeting | | | | |
| | Assist JBM on 341 continued meeting. | | | | |
| Total: 32 | | | 12.10 | | $4,855.00 |

Activity: 33

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 8/2/2022 | JBM | 550.00 | 2.00 | 1,100.00 | Billable |
| | AUST Requirements | | | | |
| | Prepare for and attend IDI; conferences with Yevgeny Sulsky of US Trustee's office. | | | | |
| 8/22/2022 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | AUST Requirements | | | | |
| | Reviewing proposed initial MOR and conferences with Client reps re: preparation of same. | | | | |
| 8/23/2022 | JBM | 550.00 | 0.30 | 165.00 | Billable |
| | AUST Requirements | | | | |
| | Review proposed MOR re: July 2022, exchange correspondence re: same (.30); | | | | |
| Total: 33 | | | 3.30 | | $1,815.00 |

Activity: 34

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 8/17/2022 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | PLAN | | | | |
| | T/c's with Linda Leali re: attempting agreement to sell and issues, funding payments for sales and commissions, refusal of Hi Bar and FVP to agree on sale; conferences with Debtor reps. | | | | |
| 8/25/2022 | JBM | 550.00 | 0.70 | 385.00 | Billable |
| | PLAN | | | | |
| | T/c with Lisa Farache re; business records (.10); T/C with Moshe Farache re: Plan (.6). | | | | |
| 9/1/2022 | JBM | 550.00 | 0.50 | 275.00 | Billable |
| | PLAN | | | | |
| | Conference with Moshe Farache re: plan and sale of autos. | | | | |

11/29/2022                                James B. Miller, Esq.
6:04 PM                                          Bill                                      Page     19

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/8/2022 | JBM | 550.00 | 0.30 | 165.00 | Billable |
| | PLAN | | | | |
| | T/c with Moshe Farache re: police reports being filed; and hyperbolic allegations of FVP | | | | |
| 9/14/2022 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | PLAN | | | | |
| | Conferences with client reps and review of memos re: proposed Plan. | | | | |
| 10/14/2022 | JBM | 550.00 | 5.00 | 2,750.00 | Billable |
| | PLAN | | | | |
| | Reviewing files, pleadings, dockets, and documents for plan; conferences with Client reps.. | | | | |
| 10/17/2022 | JBM | 550.00 | 4.70 | 2,585.00 | Billable |
| | PLAN | | | | |
| | Conferences with Client reps re: plan formulation (1.5); and continue drafting of Plan (3.2) | | | | |
| 10/18/2022 | JBM | 550.00 | 4.20 | 2,310.00 | Billable |
| | PLAN | | | | |
| | Plan research, document review, outline; conferences re: same. Conferences with Linda Leali | | | | |
| 10/19/2022 | Jaime, Miriam | 150.00 | 3.00 | 450.00 | Billable |
| | PLAN | | | | |
| | Preparation of spreadsheets for Chapter 11 Small Business Subchapter V Plan purposes; confer with JBM on same. | | | | |
| 10/19/2022 | JBM | 550.00 | 5.30 | 2,915.00 | Billable |
| | PLAN | | | | |
| | Conferences with Linda Leali (.80); with Debtor's reps (.,60); continue drafting proposed Plan (3.9) | | | | |
| 10/19/2022 | Jaime, Miriam | 150.00 | 4.00 | 600.00 | Billable |
| | PLAN | | | | |
| | Assist JBM with liquidations analysis for purposes of chapter 11 plan filing. | | | | |
| 10/20/2022 | JBM | 550.00 | 7.60 | 4,180.00 | Billable |
| | PLAN | | | | |
| | Plan drafting and negotiations; t/c with clients and Scott Gherrman . | | | | |
| 10/20/2022 | Jaime, Miriam | 150.00 | 7.00 | 1,050.00 | Billable |
| | PLAN | | | | |
| | Prepare exhibit a and c spreadsheets; assist JBM in the Preparation and assembly of Chapter 11 Small Business Subchapter V Plan. | | | | |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 10/21/2022 | JBM<br>PLAN<br>T/c's with Atty Schraiberg (.20); with Linda Leali (.20); and with client reps (1.0) re: plan and issues in adv proc. Draft correspondence re: Rich Roads' Motion and Samenina Motion for abandonment (.40). | 550.00 | 1.80 | 990.00 | Billable |
| 10/28/2022 | Jaime, Miriam<br>PLAN<br>Certificate of Service of Plan, Order and Ballots. | 150.00 | 1.30 | 195.00 | Billable |
| 10/28/2022 | Jaime, Miriam<br>PLAN<br>Complete preparation and fileing of Plan, Order Setting Deadlines and Ballots | 150.00 | 6.00 | 900.00 | Billable |
| 11/7/2022 | Jaime, Miriam<br>PLAN<br>Amending of Plan. | 150.00 | 1.60 | 240.00 | Billable |
| 11/8/2022 | Jaime, Miriam<br>PLAN<br>Continue editing Chapter 11 Plan per client request. | 150.00 | 1.00 | 150.00 | Billable |
| 11/9/2022 | JBM<br>PLAN<br>Telephone and Zoom conferences with Clientreps. re: Plan and motions to compel. | 550.00 | 1.30 | 715.00 | Billable |
| 11/9/2022 | JBM<br>PLAN<br>Reviewing plan for corrections. | 550.00 | 1.10 | 605.00 | Billable |
| 11/11/2022 | Jaime, Miriam<br>PLAN<br>Assist JBM in filing of the first amended plan; draft Certificate of Service of same. | 150.00 | 2.60 | 390.00 | Billable |
| 11/11/2022 | JBM<br>PLAN<br>Finalize edits to Plan, t/c's with Client reps re: same. | 550.00 | 1.20 | 660.00 | Billable |
| Total: 34 | | | 62.20 | | $23,610.00 |

Activity: 36

| | | | | | |
|---|---|---|---|---|---|
| 8/9/2022 | Jaime, Miriam<br>SCHEDULES/SOFA<br>Amendment of schedules and review same with client. | 150.00 | 3.00 | 450.00 | Billable |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page    21

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/23/2022 | Jaime, Miriam<br>SCHEDULES/SOFA<br>Prepare  Amended Debtor's 20  largest creditors. Conferences with JBM<br>and Client Reps. | 150.00 | 1.00 | 150.00 | Billable |

|  |  |  | 4.00 |  | $600.00 |
|---|---|---|---|---|---|
| Total: 36 |  |  |  |  |  |

Activity: 38

| 7/25/2022 | Jaime, Miriam<br>Case Administration<br>Receipt, review and calendar all required deadlines in parent case and adv. | 150.00 | 1.20 | 180.00 | Billable |
|---|---|---|---|---|---|
| 7/25/2022 | Jaime, Miriam<br>Case Administration<br>Assist JBM case management, download all filed efc's; monitor adv<br>proceeding filings. | 150.00 | 2.50 | 375.00 | Billable |
| 7/26/2022 | JBM<br>Case Administration<br>T/c's with Linda Leali re: case issues, status and potential plan concepts. | 550.00 | 0.70 | 385.00 | Billable |
| 7/26/2022 | Jaime, Miriam<br>Case Administration<br>Continue Assist JBM with case management. | 150.00 | 2.00 | 300.00 | Billable |
| 8/4/2022 | JBM<br>Case Administration<br>Review of Hi Bar Motion to Dismiss and Motion for Stay Relief, and<br>attachments. Conference with State Court counsel re: Hi Bar. | 550.00 | 1.90 | 1,045.00 | Billable |
| 9/12/2022 | JBM<br>Case Administration<br>Correspond and communicate with Trustee re: taxes and issues. | 550.00 | 0.50 | 275.00 | Billable |
| 11/9/2022 | Jaime, Miriam<br>Case Administration<br>Assist zoom meeting with client regarding upcoming deadlines and<br>procedures to be done in the next couple of weeks. | 150.00 | 1.00 | 150.00 | Billable |
| 11/9/2022 | JBM<br>Case Administration<br>Conference with potential co-counsel (interview). | 550.00 | 0.90 | 495.00 | Billable |

|  |  |  | 10.70 |  | $3,205.00 |
|---|---|---|---|---|---|
| Total: 38 |  |  |  |  |  |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page    22

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

**Activity: 39**

| 7/25/2022 | JBM | 550.00 | 0.70 | 385.00 | Billable |
|---|---|---|---|---|---|
| | Claims | | | | |

Conferences with Jay Farrow  re: state court litigation with  FVP, and various other parties in other lawsuits

| 8/17/2022 | JBM | 550.00 | 4.70 | 2,585.00 | Billable |
|---|---|---|---|---|---|
| | Claims | | | | |

T/c with Linda Leali re: trying to get together with Hi Bar and  FVP on agreement to sell cars (.40); conferences and correspondence with Client reps re: same, and insurance and other issues (1.20); researching UCC lien issues a to "merchant-to-merchant" (3.,1).

| 8/18/2022 | JBM | 550.00 | 2.40 | 1,320.00 | Billable |
|---|---|---|---|---|---|
| | Claims | | | | |

T/c with Leali re: selling cars, liens and trust account, as well as historical insurance (.2); t.c with Brad Shraiberg re: settlement negotiations (.30); researching Hi Bar litigation in NY State, reviewing docket re: Hi Bar vs Excell in Kings County (1.9)..

| 8/31/2022 | JBM | 550.00 | 0.70 | 385.00 | Billable |
|---|---|---|---|---|---|
| | Claims | | | | |

Conference with John Page re: Franklin Capital.

| 9/29/2022 | Jaime, Miriam | 150.00 | 3.00 | 450.00 | Billable |
|---|---|---|---|---|---|
| | Claims | | | | |

Research West Palm Beach Clerks of Courts -  Woodside Lawsuits .

| 10/28/2022 | Jaime, Miriam | 150.00 | 1.80 | 270.00 | Billable |
|---|---|---|---|---|---|
| | Claims | | | | |

Spreadsheet of creditors who filed secured and unsecured claims; meet wit JBM and discuss same.

| 11/23/2022 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
|---|---|---|---|---|---|
| | Claims | | | | |

Reviewing claims and schedules; draft mutliple claims objections; review of claims objection by Franklin and by  FVP.

| Total: 39 | | | 15.40 | | $6,550.00 |
|---|---|---|---|---|---|

**Activity: 41**

| 8/24/2022 | JBM | 550.00 | 0.30 | 165.00 | Billable |
|---|---|---|---|---|---|
| | Sale | | | | |

T/c with Linda Leali re: sale issues (.30)

| Total: 41 | | | 0.30 | | $165.00 |
|---|---|---|---|---|---|

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page    23

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |

**Activity: 5**

| 11/29/2022 | Paralegal | 150.00 | 40.00 | 6,000.00 | Billable |
| | Closing | | | | |
| | Anticipated PARA time through Confirmation. | | | | |

| 12/7/2022 | JBM | 550.00 | 40.00 | 22,000.00 | Billable |
| | Closing | | | | |
| | Anticipated Confirmation Time (preparation, witness(es), exhibits, etc, attendance and drafting). | | | | |

| Total: 5 | | | 80.00 | | $28,000.00 |

| TOTAL | Billable Fees | | 532.50 | | $227,915.00 |

| Date | Timekeeper | Price | Quantity | Amount | Total |
|---|---|---|---|---|---|
| ID | Expense | Markup % | | | |

**Activity: 26**

| 7/23/2022 | Jaime, Miriam | 0.15 | 1624.000 | 243.60 | Billable |
| | Photocopies | | | | |
| | Copying cost | | | | |
| | Postage Motion DE#5 and #6 and Notice of Hearing DE#9. | | | | |

| 7/26/2022 | Jaime, Miriam | 0.15 | 504.000 | 75.60 | Billable |
| | Photocopies | | | | |
| | Copying cost | | | | |
| | Amended Order DE#24 and Re-Notice of Hearing DE#25. | | | | |

| 7/27/2022 | Jaime, Miriam | 0.15 | 504.000 | 75.60 | Billable |
| | Photocopies | | | | |
| | Copying cost | | | | |
| | Order DE#26. | | | | |

| 8/2/2022 | Jaime, Miriam | 0.15 | 1000.000 | 150.00 | Billable |
| | Photocopies | | | | |
| | Copying cost | | | | |
| | Hearing documents. | | | | |

| 8/5/2022 | Jaime, Miriam | 0.15 | 62.000 | 9.30 | Billable |
| | Photocopies | | | | |
| | Copying cost | | | | |
| | Petition | | | | |

11/29/2022                              James B. Miller, Esq.
6:04 PM                                        Bill                                    Page     24

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/8/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Order D#59 | 0.15 | 524.000 | 78.60 | Billable |
| 8/10/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost - hearing documents | 0.15 | 600.000 | 90.00 | Billable |
| 8/16/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost - hearing documents. | 0.15 | 28.000 | 4.20 | Billable |
| 8/24/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost hearing documents. | 0.15 | 250.000 | 37.50 | Billable |
| 8/31/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Hearing documents | 0.15 | 60.000 | 9.00 | Billable |
| 9/7/2022 | Jaime, Miriam<br>Photocopies<br>adv.<br>Copying cost - hearing documents. | 0.15 | 300.000 | 45.00 | Billable |
| 9/7/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost - hearing documents. | 0.15 | 60.000 | 9.00 | Billable |
| 9/14/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Hearing documents for matters. | 0.15 | 300.000 | 45.00 | Billable |
| 9/21/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost - Mediation settlement conference documents. | 0.15 | 1000.000 | 150.00 | Billable |
| 9/28/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Hearing documents | 0.15 | 100.000 | 15.00 | Billable |
| 10/4/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost - hearing documents. | 0.15 | 590.000 | 88.50 | Billable |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page    25

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/18/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Dockets printing. | 0.15 | 28.000 | 4.20 | Billable |
| 10/27/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>hearing documents. | 0.15 | 165.000 | 24.75 | Billable |
| 10/28/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Order DE#166; Plan DE#162 and Ballots | 0.15 | 5775.000 | 866.25 | Billable |
| 11/21/2022 | Sabina<br>Photocopies<br>Copying cost | 0.15 | 404.000 | 60.60 | Billable |
| 11/22/2022 | Sabina<br>Photocopies<br>Copying cost | 0.15 | 159.000 | 23.85 | Billable |
| 11/23/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Motion to Extend DE#228 | 0.15 | 330.000 | 49.50 | Billable |
| 11/23/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>1st, 2nd & 3rd Debtor's Objection to Claims. | 0.15 | 100.000 | 15.00 | Billable |
| 11/28/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Hearing documents | 0.15 | 1605.000 | 240.75 | Billable |
| 11/29/2022 | JBM<br>Photocopies<br>Anticipated  Copying costs post -Fee App through closure. | 0.15 | 3000.000 | 450.00 | Billable |
| 11/29/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost | 0.15 | 1200.000 | 180.00 | Billable |

Total: 26

$3,040.80

11/29/2022            James B. Miller, Esq.
6:04 PM                  Bill                           Page    26

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| **Activity: 34** | | | | | |
| 7/23/2022 | Jaime, Miriam | 1.90 | 116.000 | 220.40 | Billable |
| | Postage | | | | |
| | Postage Motion DE#5 and #6 and Notice of Hearing DE#9. | | | | |
| 7/26/2022 | Jaime, Miriam | 1.60 | 126.000 | 201.60 | Billable |
| | Postage | | | | |
| | Postage | | | | |
| | Amended Order DE#24 and Re-Notice of Hearing DE#25. | | | | |
| 7/27/2022 | Jaime, Miriam | 1.60 | 126.000 | 201.60 | Billable |
| | Postage | | | | |
| | Postage Order DE#26. | | | | |
| 8/8/2022 | Jaime, Miriam | 1.61 | 131.000 | 210.91 | Billable |
| | Postage | | | | |
| | Postage | | | | |
| | Order D#59 | | | | |
| 10/28/2022 | Jaime, Miriam | 3.95 | 170.000 | 671.50 | Billable |
| | Postage | | | | |
| | Postage | | | | |
| | Order DE#166; Plan DE#162 and Ballots | | | | |
| 11/11/2022 | Jaime, Miriam | 3.95 | 165.000 | 651.75 | Billable |
| | Postage | | | | |
| | Postage | | | | |
| | First Amended Plan | | | | |
| 11/23/2022 | Jaime, Miriam | 1.60 | 10.000 | 16.00 | Billable |
| | Postage | | | | |
| | Postage | | | | |
| | 1st, 2nd & 3rd Debtor's Objection to Claims. | | | | |
| 11/23/2022 | Jaime, Miriam | 1.60 | 165.000 | 264.00 | Billable |
| | Postage | | | | |
| | Postage | | | | |
| | Motion to Extend DE#228 | | | | |
| 11/29/2022 | JBM | 225.00 | 1.000 | 225.00 | Billable |
| | Postage | | | | |
| | Post Fee App anticipated Postage | | | | |
| 11/29/2022 | Jaime, Miriam | 2.50 | 20.000 | 50.00 | Billable |
| | Postage | | | | |
| | Postage | | | | |

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| **Total: 34** | | | | | $2,712.76 |
| **Activity: 47** | | | | | |
| 11/11/2022 | Jaime, Miriam<br>Photocopies-Outside<br>Offsite Photocopies or Subpoena Compliance Expense<br>First Amended Plan | 498.96 | 1.000 | 498.96 | Billable |
| **Total: 47** | | | | | $498.96 |
| **Activity: 48** | | | | | |
| 8/9/2022 | Jaime, Miriam<br>FilingFees<br>Amended Schedules | 32.00 | 1.000 | 32.00 | Billable |
| **Total: 48** | | | | | $32.00 |
| **Activity: 49** | | | | | |
| 7/26/2022 | Jaime, Miriam<br>PACER Service<br>Matrix | 0.10 | 5.000 | 0.50 | Billable |
| 7/27/2022 | Jaime, Miriam<br>PACER Service<br>adv Docket | 0.10 | 2.000 | 0.20 | Billable |
| 8/2/2022 | Jaime, Miriam<br>PACER Service<br>adv. FVP<br>Adv Docket | 0.10 | 7.000 | 0.70 | Billable |
| 8/5/2022 | Jaime, Miriam<br>PACER Service<br>Docket | 0.10 | 4.000 | 0.40 | Billable |
| 8/10/2022 | Jaime, Miriam<br>PACER Service<br>adv docket | 0.10 | 4.000 | 0.40 | Billable |
| 8/10/2022 | Jaime, Miriam<br>PACER Service<br>Hearing docket | 0.10 | 7.000 | 0.70 | Billable |

11/29/2022                              James B. Miller, Esq.
6:04 PM                                        Bill                                    Page    28

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/16/2022 | Jaime, Miriam<br>PACER Service<br>Hearing docket | 0.10 | 8.000 | 0.80 | Billable |
| 8/24/2022 | Jaime, Miriam<br>PACER Service<br>Adv - hearing docket and parent case docket. | 0.10 | 14.000 | 1.40 | Billable |
| 8/31/2022 | Jaime, Miriam<br>PACER Service<br>Docket. | 0.10 | 10.000 | 1.00 | Billable |
| 8/31/2022 | Jaime, Miriam<br>PACER Service<br>Hearing docket | 0.10 | 10.000 | 1.00 | Billable |
| 8/31/2022 | Jaime, Miriam<br>PACER Service<br>Claims Register | 0.10 | 1.000 | 0.10 | Billable |
| 8/31/2022 | Jaime, Miriam<br>PACER Service<br>Adv Docket. | 0.10 | 5.000 | 0.50 | Billable |
| 9/7/2022 | Jaime, Miriam<br>PACER Service<br>adv hearing docket | 0.10 | 6.000 | 0.60 | Billable |
| 9/7/2022 | Jaime, Miriam<br>PACER Service<br>Hearing docket | 0.10 | 11.000 | 1.10 | Billable |
| 9/14/2022 | Jaime, Miriam<br>PACER Service<br>Hearing dockets for both matter. | 0.10 | 24.000 | 2.40 | Billable |
| 9/21/2022 | Jaime, Miriam<br>PACER Service<br>Parent Case Docket 12<br>Ad Docket 9 | 0.10 | 21.000 | 2.10 | Billable |
| 9/28/2022 | Jaime, Miriam<br>PACER Service<br>Hearings docket<br>Parent Case & Adversary | 0.10 | 24.000 | 2.40 | Billable |

11/29/2022
6:04 PM

James B. Miller, Esq.
Bill

Page    29

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/4/2022 | Jaime, Miriam PACER Service Hearing docket | 0.10 | 14.000 | 1.40 | Billable |
| 10/4/2022 | Jaime, Miriam PACER Service Adv hearing docket | 0.10 | 12.000 | 1.20 | Billable |
| 10/18/2022 | Jaime, Miriam PACER Service Parent Case Docket Adv Case Docket | 0.10 | 28.000 | 2.80 | Billable |
| 10/18/2022 | Jaime, Miriam PACER Service Claims Register | 0.10 | 2.000 | 0.20 | Billable |
| 10/26/2022 | Jaime, Miriam PACER Service Hearing dockets Parent Case Adv. | 0.10 | 30.000 | 3.00 | Billable |
| 11/2/2022 | Jaime, Miriam PACER Service Claims Register | 0.10 | 2.000 | 0.20 | Billable |
| 11/28/2022 | Jaime, Miriam PACER Service Hearing docket | 0.10 | 21.000 | 2.10 | Billable |

Total: 49                                                                                                      $27.20

TOTAL       Billable Costs                                                                            $6,311.72