**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**In re:**                                                    **CASE NO. 22-15627-EPK**
**Auto Wholesale of Boca, LLC,**

                                                                    **CHAPTER 11**

   _____**Debtor.**_____/

**REPORT OF MEDIATOR**

The undersigned court-appointed mediator, reports to the court as follows:

    A. A mediation conference was Scheduled on <u>September 21, 2022</u> and

       continued to <u>October 7, 2022</u>.

    B. <u>  X  </u> The parties reached an impasse.

    C. _____ The parties settled all issues.

    D. _____ The conference was continued and an additional mediation

       conference will be scheduled.

    E. _____ The matter settled after the Pre-Settlement Conference Call but

       prior to mediation conference.

    F. _____ Other:


<u>Attendance:</u>

Parties and Counsel present:  All that were required except as provided above.

Dated: <u>11/29/2022</u>

/s/ Peter D. Russin
_____
signature of mediator
Hon. Peter D. Russin
_____
print name
299 E. Broward Blvd.  Suite 303
_____
address
Ft. Lauderdale, FL  33301
_____
city, state, zip code
954-769-5770
_____
telephone

Copies to:  Attorney Linda Marie Leali, Esq. is hereby directed to serve a copy of this Report of Mediator on all interested parties and file a Certificate of Service thereof.