**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**AUTO WHOLESALE OF BOCA, LLC,**          **CASE NO. 22-15627-EPK**

   Debtor.                                                  Chapter 11/Subchapter 5

_____/

## JOINT UNOPPOSED  MOTION TO CONTINUE CONFIRMATION HEARING

**COMES NOW**, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and the Debtor, Auto Wholesale of Boca, LLC ("Debtor")[1] and  jointly move the Court (the "Motion") to continue the confirmation hearing presently set in this chapter 11 case (the "Case" or the "Bankruptcy"), and state the following.

1.      This Case was filed under subchapter 5 of chapter 11 (generally, "Sub5") on July 22nd, 2022 ("Petition Date").

2.      Sub5 has tight time frames, with which Debtor has complied.

3.      The Debtor filed its plan or reorganization on October 20, 2022 [ECF #162].

4.      The Court set confirmation and the usual panoply of deadlines by its Order dated October 24, 2022 [ECF #166] (the "Scheduling Order").

5.      The Debtor filed its First Amended Plan on November 11, 2022 [ECF #196] (as amended, the "Plan").

---

[1]      Hi Bar Capital and Franklin Capital are in agreement with the relief sought in this Motion.

6. As the Court is aware, FVP and other parties filed an adversary proceeding (Case No. 22-01218-EPK, the "Adversary") against the Debtor which has morphed – and continues to morph – into a much larger, more complicated (and well attended) matter.

7. Confirmation of the Plan is presently set for December 7, 2022 at 3:00 p.m. (the "Confirmation Hearing").

8. By this Motion, FVP and the Debtor seek to continue the Confirmation Hearing into mid-January, 2023, along with all related deadlines, *etc.*

9. Given the current status of the Adversary Proceeding, intervening holidays, briefing schedule, complexity of this Case and other matters in this Case it is requested that the Confirmation Hearing be continued and reset.

10. Further, it is believed that some matters may be streamlined if the Confirmation Hearing is continued.

11. This Motion does not seek to reset all matters in the Scheduling Order [ECF #166], and only seeks the continuance of the Confirmation Hearing and the coinciding deadlines for filing objections to confirmation and for the Debtor to file the Report of Plan Proponents and Confirmation Affidavit.

12. The hearings currently scheduled on the Fee Applications [ECF #'s 231 and 237] for December 7th, 2022 are not affected by this Motion and it is requested these fee application hearings stay on schedule for December 7th, 2022 at 2:00 p.m.

13. A proposed Agreed Order is submitted herewith should the Court grant the requested relief.

**WHEREFORE**, FVP and the Debtor respectfully move the Court to continue the Confirmation Hearing into January 2023, along with all attendant deadlines set forth above, and for such other and further relief as the Court deems to be just and equitable.

Dated November 30, 2022.

Respectfully submitted,

James B. Miller, PA
19 West Flagler Street, Suite 416
Miami, Florida 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
jbm@titlel1Law.com
bkcmiami@gmail.com

By:    /s/ James B. Miller
       James B. Miller, Esq.
       Florida Bar No. 0122548

*Attorneys for the Debtor*

David R. Softness, P.A.
201 S. Biscayne Blvd.
Ste 2740
Miami, Florida 33131
Phone: (305) 341-3111
E-mail:david@softnesslaw.com

By:    s/ David R. Softness
       David R. Softness, Esq.
       Florida Bar No. 513229

*Attorneys for FVP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter and also served same upon the US Trustee by serving Heidi A. Feinman, Esq. at Heidi.A.Feinman@usdoj.gov; upon the Subchapter5 Trustee by serving Linda Leali, Esq. at lleali@lealilaw.com; upon the Debtor/Defendant by serving James B. Miller, Esq. at bkcmiami@gmail.com and jbm@title11law.com; upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com and Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com and David Unseth, Esq. at dmunseth@bclplaw.com, upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com, upon the Faraches by serving Scott Gherman, Esq. at sgherman@scottghermanpa.com and *via* U.S. Mail on November 30, 2022, upon those identified on the attached service list.

/ s/ David R. Softness
David R. Softness, Esq.

## US Mail Service List

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Karma of Broward, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd #C401
Fort Lauderdale, FL 33312

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton FL 33431

Marc E Brandes, Esq.
Kurkin Forehand Brandes LLP
18851 NE 29th Ave., Suite 303
Aventura, FL 33180

FVP Opportunity Fund III, LP,
FVP Investments LLC and FVP
Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, # 2740
Miami, FL 33131

Franklin Capital Funding, LLC
c/o Bradley Shraiberg, Esq.
Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

Mazel Tov, Inc.
c/o Scott Gherman, P.A.
902 Clint Moore, Rd, Suite 120
Boca Raton, FL 33487

Express Emergency Services, Inc.
c/o Scott Gherman, P.A.
902 Clint Moore, Rd, Suite 120
Boca Raton, FL 33487

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432

*Heidi A. Feinman*
Assistant United States Trustee
U.S. Trustee's Office
51 SW First Avenue, #1204
Miami, FL  33130

Linda Leali, Trustee
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL  33134

Prestige Luxury Cars, LLC
Thomas Zeichman, Esq.
2385 Executive Center Dr.
Boca Raton, FL 33431

Hi Bar Capital, LLC
c/o Mark Wolfson, Esq.
100 N. Tampa St., Suite 2700
Tampa, FL 33602

Edward Brown
c/o Eyal Berger, Esq.
Akerman LP
201 E Las Olas Blvd. Suite 1800
Ft. Lauderdale, FL 33301

Nicole Testa Mehdipour. Trustee of
Excel Auto Group Inc.
6278 N. Federal Highway, Suite 408
Ft. Lauderdale, FL 33308

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432

Farache Enterprises, Inc.
902 Clint Moor Road
Suite 120
Boca Raton, FL 33487

Auto Wholesale of Boca, LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487