UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                          Case No.  22-15627-EPK
                                                                Chapter 11

AUTO WHOLESALE OF BOCA, LLC

        Debtor.
_____/

### NICOLE TESTA MEHDIPOUR'S JOINDER IN JOINT
### UNOPPOSED MOTION TO CONTINUE CONFIRMATION HEARING

Nicole Testa Mehdipour (the "***Trustee***"), chapter 7 trustee for the bankruptcy estate of Excell Auto Group, Inc. and creditor in the above captioned bankruptcy case, by and through undersigned counsel, files this joinder in the *Joint Unopposed Motion to Continue Confirmation Hearing* [ECF No. 239].

1.      The Trustee's only request is that in addition to the deadlines sought to be extended by FVP and the Debtor in the motion, the deadline for objecting to claims be extended as well.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order: (i) granting the Joint Unopposed Motion to Continue Confirmation Hearing [ECF No. 239]; (ii) continuing the Confirmation Hearing and the coinciding deadlines for filing objections to confirmation, for the Debtor to file the Report of Plan Proponents and Confirmation Affidavit, and deadline to object to claims; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 1ˢᵗ day of December2022.

FURR AND COHEN, P.A.
*Special Counsel for Chapter 7 Trustee,*
*Nicole Testa Mehdipour*
2255 Glades Road, Suite 419A
Boca Raton, Fl 33431

1

Telephone: (561) 395-0500
Facsimile: (561) 338-7532

By: */s/ Alan R. Crane*
Alan R. Crane
Florida Bar No.: 0963836
E-Mail: Acrane@Furrcohen.com
Jason S. Rigoli, Esq.
Florida Bar No. 91990
E-mail: jrigoli@furrcohen.com

-and-

**LAW OFFICE OF**
**NICOLE TESTA MEHDIPOUR, P.A.**

*Counsel for Chapter 7 Trustee*
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
Fax: (954) 208-0888

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour
Florida Bar No. 177271
Nicole.Mehdipour@ntmlawfirm.com