

**ORDERED in the Southern District of Florida on December 2, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### PALM BEACH DIVISION

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

      Debtor.

_____/

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
### FOR HI BAR CAPITAL, LLC

This matter came before the court for hearing on November 30, 2022 at 1:30 p.m. on the Motion to Withdraw as Counsel for Hi Bar Capital, LLC in this main bankruptcy case (the "Main Case Motion to Withdraw") [ECF No. 202].  The court having reviewed the Main Case Motion to Withdraw, the records reflects that the law firms of Bryan Cave Leighton Paisner LLP, 211 North Broadway, Suite 3600, St. Louis, MO 63102, and Wells Law P.C., 229 Warner

4883-7775-4431.1

Road, Lancaster, NY 14086, have made appearances in this case on behalf of Hi Bar Capital, and

good cause appearing, it is

**ORDERED** that:

1) The Motion is Granted.

2) Accordingly, Foley & Lardner LLP and Mark J. Wolfson are permitted to withdraw as counsel for Hi Bar Capital, LLC and both are discharged from any further responsibility as counsel for Hi Bar Capital, LLC in this matter.

3) The Clerk is hereby authorized to remove Mark J. Wolfson and Foley & Lardner LLP from the service list in the main bankruptcy case 22-15627-EPK.

###

Submitted by:
Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 North Tampa St. #2700
Tampa, FL 33602
Phone: 813-225-4119
Facsimile: 813-221-4210


Mark J. Wolfson shall serve this order upon the United States Trustee, all parties who have filed appearances in this case, and all parties who have appeared in each applicable adversary proceeding, and shall file a certificate of service thereof.

4883-7775-4431.1