

**ORDERED in the Southern District of Florida on December 2, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| **AUTO WHOLESALE OF BOCA, LLC**, | **CASE NO. 22-15627-EPK** |
| | Chapter 11/Subchapter 5 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING JOINT UNOPPOSED MOTION**
**TO CONTINUE CONFIRMATION HEARING**
**AND**
**RESETTING CONFIRMATION HEARING**

**THIS CAUSE**, came before the Court, without hearing, for consideration of

the Joint Motion [ECF #239] (the "Motion")[1] of FVP Opportunity Fund III, LP, a

Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware

---

[1]    Defined terms in the Motion shall have the same meaning in this Order, unless otherwise indicated.

limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and the Debtor, Auto Wholesale of Boca, LLC ("Debtor") seeking to continue the confirmation hearing presently set in this chapter 11 case (the "Case" or the "Bankruptcy") for December 7, 2022, and it appearing that relief sought is agreed to by numerous parties and that the United States Trustee and the Subchapter 5 trustee are in agreement, good cause appearing and the Court being fully advised, it is

**ORDERED** that:

1.      The Motion is granted as set forth herein.

2.      The Confirmation Hearing is continued to <u>Wednesday, January 18, 2023, at 2:00 p.m. at the United States Bankruptcy Court Courtroom B, 8th Floor ,1515 North Flagler Drive, West Palm Beach, Florida 33401</u>.

3.      Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone.  To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

4.      The following related deadlines regarding Confirmation and the Confirmation Hearing are continued and shall coincide with the new Confirmation Hearing date set forth above. Specifically, the following deadlines shall apply:

- Deadline For Filing Ballots: January 4, 2023.

- Deadline For Filing Objections To Confirmation: January 12, 2023.

- Deadline For Debtor To File Report Of Plan Proponent(s) And Confirmation Affidavit: January 13, 2023.

5.      Any other matters presently set in this Case – specifically including fee applications – shall go forward as scheduled.

\* \* \*

Order Submitted By:

David R. Softness, Esq.
(FBN:  513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard
Suite 2740
Miami, FL  33131
Tel:              305-341-3111
Email:              david@softnesslaw.com

*Counsel for FVP*

*Attorney* <u>*Softness*</u> *is directed to serve this Order in the same manner as the Motion was served.*