**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,               Case No.: 22-15627-EPK

      Debtor.

_____/

**NOTICE OF ISSUANCE OF SUBPOENAS**

**SUBPOENAS TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A
BANKRUPTCY CASE**

      **COME NOW**, the Plaintiffs, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and hereby give notice of the issuance of Subpoenas pursuant to Local Rule 2004-1(D) (attached hereto and incorporated herein as Exhibit A).

      Dated: December 5, 2022

**For the FVP Plaintiffs**

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail:  JB@RichardBaronLaw.com
EService@RichardBaronLaw.com

s/ Jerrell Breslin
Jerrell Breslin, Esq.

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 341-3111

E-mail:        david@softnesslaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel.: (973) 936-2176
E-mails:       jschwartz@jonschwartzlaw.com
               JNSEsquire@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon: the office of the US Trustee by serving Heidi A. Feinman, Esq. at Heidi.A.Feinman@usdoj.gov, upon the Subchapter 5 Trustee by serving Linda Leali, Esq. at lleali@lealilaw.com, upon the Debtor/Defendant by serving James B. Miller, Esq. at bkcmiami@gmail.com, upon Karma or Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com, upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com, and upon Hi Bar by serving Jarret P. Hitchings, Esq., atjarret.hitchings@bclplaw.com for Hi Bar.

By:    s/ Jerrell Breslin
       Jerrell Breslin, Esq

# EXHIBIT A

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**     Case No.: 22-15627-EPK

     Debtor.

_____/

**SUBPOENA *DUCES TECUM* WITHOUT DEPOSITION**
**(*To Third Party*)**

**To:**   **Chase Farache**
     **270 South Silver Palm Drive**
     **Boca Raton, Fl 33432**

     **YOU ARE COMMANDED** to produce records for the undersigned attorneys at the Offices of Jerrell Breslin, Esq., Baron, Breslin & Sarmiento, The DuPont Building, Suite 700, 169 East Flagler Street, Miami, Florida 33131, Tel: **305-577-4626**, Fax: 305-577-4630; Email: JB@RichardBaronLaw.com on or before **Friday, December 16, 2022** as follows:

The following provisions of Fed. R. Civ. P. 45 made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated: December 5, 2022.

CLERK OF COURT

Signature of Clerk or Deputy Clerk

OR

Attorney's Signature as follows:

**s/ Jerrell Breslin**,

The name, address, email address, and telephone number of the attorney representing the adversary Plaintiffs who issues or requests this subpoena, are:

Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Dated: December 1, 2022

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 763-8708
E-mail: david@softnesslaw.com

Jerrell Breslin, Esq.
Baron, Breslin & Sarmiento
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail: JB@RichardBaronLaw.com
          EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111, Doral, FL
E-mail: jschwartz@jonschwartzlaw.com

## YOU ARE COMMANDED TO PRODUCE ALL DOCUMENTS LISTED IN SCHEDULE "A" ATTACHED TO THIS SUBPOENA

You are subpoenaed to produce financial documents and information because you have been listed as a party who is seeking to be released from various lawsuits and obligations as part of the proceedings in the above styled Bankruptcy. This subpoena seeks documents relevant to the legal requirements for such a release under existing law as promulgated by the United States Court of Appeals for the Eleventh Circuit. *See SE Prop. Holdings, LLC v. Seaside Eng'g & Surveying, Inc.*, 780 F.3d 1070, 1079 (11th Cir. 2015) (quoting *In re Downing Corp.*, 280 F.3d 648, 658 (6th Cir. 2002)).

You may comply with this subpoena by providing legible copies of the items to be produced to the attorneys whose names appear on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copes to the attorneys whose names appear on this subpoena and thereby eliminate your

appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorneys whose names appear on this subpoena. If you fail to: (1) appear as specified; or (2) **furnish the records instead of appearing as provided above;** or (3) object to this subpoena, you may be in contempt of court. You are subpoenaed to appear by the aforementioned attorneys and unless excused from this subpoena by these attorneys or the court, you shall respond to this subpoena as directed:

## SCHEDULE "A"

### DEFINITIONS:

As used herein:

1.    You and Your shall mean Chase Farache.

2.    The Debtor shall mean Auto Wholesale of Boca, LLC, a Florida Limited Liability Company.

3.    "Person" means any natural person or entity, including, without limitation, any individual, firm, corporation, company, association, partnership, business, public agency, department, bureau, board commission, or any other form of public, private or legal entity.

4.    "Document" means any written or graphic matter including, but not limited to, contracts, agreements, correspondence, memoranda, notes, ledgers, messages, letters, a complete copy of all records in your possession or control of the following papers, accounts including records of all bank, brokerage, investment or other accounts of any description, deposits, withdrawals, copies of any and all canceled checks, statements, ending balance statements, notes, and data pertaining to any and all including without limitation all signature cards, or any other bank or financial institution documents regarding creation of the account, balances and transactions, persons authorized to make deposits or withdrawals, trusts or "in trust for" or "in care of" or "for the benefit of" or third party benefit accounts by any description, financial statements, or other financial information or data.

5.    "Communication" means any oral or written statement, dialogue, colloquialism, discussion, conversation or agreement.

6.    "Relating to" shall be intended to mean: containing, constituting, showing, mentioning, reflecting, or pertaining or referring in any way, directly or indirectly, to and is mean to include, among other documents, documents underlying, supporting, now or previously attached or appended to, or used in the preparation of any documents called for by each request below

7.    "Representative" used with referenced to a person means (a) officers, directors, partners, associates, employees, servants, agents, subsidiaries, and affiliates of such person; (b) other persons or legal or business entities acting on behalf of, or in concert with such a person.

8.    The masculine includes the feminine; and the feminine, the masculine, except where circumstances clearly make it inappropriate.

9.    The singular includes the plural; and, the plural, the singular, except where circumstances clearly make it inappropriate.

10.    The use of any tense or any verb includes all other tenses of the verb so used, except where circumstances clearly make it inappropriate.

## <u>INSTRUCTIONS</u>

11.    Unless otherwise indicated, the documents covered by this Subpoena include all documents and information that have come into existence for the past four (4) years.

12.    If you withhold any documents covered by this Subpoena by reason of a claim of privilege, a list is to be furnished identifying each documents for which the privilege is claimed together with (a) the name of its author or preparer and identification by employment and title of each such person; (b) the name of each person who was sent or furnished with the document or who has received, viewed or has had custody of the document; together with an identification of each such person; (c) a brief description of the document; (d) a statement of the basis for the claim of privilege; and (e) the paragraph of this Subpoena to which the document relates. In the case of any document relating in any way to a meeting or to any other conversation, all participants in the meeting or conversation are to be identified.

13.    In the event that any documents called for by this Subpoena has been discarded or destroyed, that document is to be identified as follows: Preparer(s); addressee(s), recipients of indicated or blind copies, date, subject matter, number of pages, identity or attachments or appendices, all persons to whom distributed, shown or explained, date of disposal or destruction, reason for disposal or destruction, persons authorizing disposal or destruction and persons discarding or destroying the document.

14.    Please organize and label documents produced to correspond with the numbered paragraph in this Subpoena or produce all requested documents in the manner in which they are regularly maintained in your files or the files of the appropriate entity.

15.    You are subpoenaed to produce documents and things under your control, whether currently in your possession or not.

**If any of the following documents requested are not in your custody/care, possession and/or control but in the hands of third parties; please provide the name, address and telephone number of the individual/entity having possession of those**

**documents. You are obligated to obtain any documents requested herein that are available to you upon request.**

## SPECIFIC REQUESTS

1. All federal and state income tax returns for you for the last four (4) years and any requests for extensions thereto, including all schedules and amendments thereto. Any and all pending extension and requests for extensions filed for any year requested herein. Any and all IRS audit reports including, but not limited to, debt report and debt repayment reports or plans.

2. All documents evidencing the payment of salary, benefits, dividends, interest or other distributions to you during the past four (4) years preceding this Subpoena up to and including the day of production as a result of any ownership interest in any business entity or enterprise.

3. All documents evidencing the amounts given by you to, or invested by you in, the Debtor for the last four (4) years.

4. All documents or other evidence in your possession that establishes or refers to the time spent by you working for the Debtor for the last four (4) years.

5. All documents or other evidence in your possession that establishes or refers to the time to be spent by you working for the Debtor should it be reorganized under the current Reorganization Plan submitted by the Debtor.

6. All documents or other evidence in your possession that establishes the time spent by you working for any entity other than the Debtor for the last four (4) years.

7. All documents or other evidence in your possession that establishes the time spent by you working for the Debtor subsequent to its filing for bankruptcy.

8. A copy of your employment contract(s) (including your resume, employment contract, work schedule) and any and all documents, including records or benefit plan documents, relating to the receipt, entitlement or promise to pay or make available to you at any time wages; salaries; bonuses; stock options; commissions; pay raises; promotions; payroll deductions or other deductions of any kind; credit union accounts; pension plans; pension funds; retirement plans; retirement funds; employee loans; stock plans or funds; loans received by you and any in-kind payments or reimbursements received by you since you commenced employment during the past four (4) years up to and including the day of production.

9. All documents relating to any mortgages, notes, receivables or other evidence of all refunds, monies, debts or services owed to you, whether the same was satisfied or remains unpaid, in the past four (4) years preceding this Subpoena up to and including the day of production.

10. All loan applications and statements of loan accounts for all loans applied for by you (whether or not taken or approved) for the past four (4) years preceding this Subpoena up to and including the day of production.

11. All documents relating to any guaranties of indebtedness given by you.

12. All documents evidencing the participation or ownership of a greater than five (5%) interest by you in any business enterprise located anywhere in the world by any description operating or formerly operating in any country or jurisdiction, including any or all of the following within the last four (4) years up to and including the day of production:

    A. Proprietorships;

    B. Partnerships of any nature or description including but not limited to Limited Partnerships and General Partnerships;

    C. Joint ventures;

    D. Associations;

    E. Corporate entities of any description including Limited Liability Companies;

    F. Other legal entities of any description wherever located capable of holding title to property or earning income.

13. With respect to any entity in which you have or have had a greater than five (5%) interest at any time during the past four (4) years, provide the following documents for the past four (4) years preceding this Subpoena up to and including the day of production:

    A. All Federal and State tax returns filed or to be filed for the entity;

    B. Any Financial statements, whether rendered by an accountant or not;

    C. All statements of net profit and loss issued by the entity;

    D. All balance sheets issued by the entity;

    E. General Ledgers;

    F. All business plans prepared by or for the entity.

    G. Accounts receivable and accounts payable list or ledgers.

    H. All buy/sell agreements, partnership agreements, joint venture agreements, shareholder agreements or any other contract affecting the value or transferability of ownership interests in the entity.

    I. All documents relating to the formation or maintenance of the legal form of the entity.

    J. All employment agreements with employees of the entity.

K. All bank statements including savings account, credit union or other passbooks and records of deposits with any banking institution and/or federal savings and loan associations for the entity.

L. All lines of credit or letters of credit for the entity.

M. Customer invoices;

N. Bills and invoices to support the following expenditures: accounting, auto, insurance, meals, entertainment, rent, employee benefits, taxes, and licenses.

O. Insurance policies.

P. Real estate records including leases and buy / sell agreements.

Q. Minute books.

R. Stock, membership interest, equity or ownership transfer ledgers.

S. Stock, membership interest, equity or ownership certificates.

T. All contracts for the purchase or sale of anything of value held by the company over the amount of $5,000.00 for the past four (4) years.

14. All leases for real property to which you are or were an owner or a party of interest during the past four (4) years up to and including the day of production.

15. All documents relating to any income received by you from any interest in any real property for the past four (4) years preceding this Subpoena up to and including the day of production.

16. With respect to any account, deposit, safe deposit box, certificate of deposit or relationship anywhere in the world with any banking institution, financial institution, investment or brokerage institution, federal savings and loan association or credit union in which you have or have had any interest, access or control (regardless of whether or not the account or accounts have been closed), produce the following for the past four (4) years preceding this Subpoena up to and including the day of production (this Subpoena includes foreign and domestic bank accounts):

A. All documents evidencing deposits and withdrawals of money, including accounts statements, wire transfer documentation, cancelled checks, check registers, passbooks, deposit slips and withdrawal slips.

B. All documents evidencing your ownership of the same, including any savings certificates, deposit agreements, rental statements for any safety deposit boxes which you have, had or used, or signature cards.

C. All items contained in any safe deposit box, including cash.

17. All certificates, securities, account records or brokerage account statements with respect to any stock, bond, option, note, debenture or other security owned by you within the past four (4) years, including all documents evidencing your ownership of, date(s) of purchase and amounts paid for the same.

18. All documents relating to any other investment in intangible personal property owned by you which is not reflected by certificate or in any stock brokerage account records or statements owned by you within the past four (4) years preceding this Subpoena up to and including the day of production.

19. All documents relating to the ownership or interest of you in the following described personal property during the past three (3) years up to and including the day of production:

　　A. Equipment of any kind, including that used for commercial purposes;

　　B. Inventory of any stock of goods, equipment or property of any kind;

　　C. Livestock or farm products;

　　D. Natural resources including but not limited to timber, minerals or products of mining operations;

　　E. Tangible personal property or real property over the amount of $10,000.00.

20. All contracts to which you are or were a party during the past four (4) up to and including the day of production, including but not limited to any employment, shareholder, purchase and sale, buy-sell, option and/or business agreements.

21. All documents, including appraisals, establishing or estimating the value of any real or personal property owned by you prepared in the past four (4) years preceding this Subpoena up to and including the day of production.

22. All documents evidencing any agreement, offer or option to buy or purchase real property prepared by or delivered to you within the past three (3} years up to and including the day of production.

23. All documents evidencing any agreement, offer or option to sell real property within the past three (3} years up to and including the day of production.

24. All records that relate to any secured or unsecured loans made by or to you during the past four (4) years preceding this Subpoena up to and including the day of production.

25. All documents relating to the transfer by sale, gift or otherwise of any real or personal property exceeding $10,000.00 in value by you during the past four (4) years preceding this Subpoena up to and including the day of production.

26. All documents relating to any charitable donations made by you for the past four (4) years preceding this Subpoena up to and including the day of production.

27. All documents relating to any interest of you in any patent, trademark, copyright or other intellectual property right, including but not limited to documents relating to the payment or receipt of royalties or the licensing of such rights.

28. All records relative to all inter vivos trusts from which benefits have been received, are being received or will be received by you, whether such trusts are revocable or irrevocable.

29. All declarations of trust, and minute books for all trusts, to which you are a party.

30. All documents relating to the estates of decedents from which you have received, are receiving or anticipate receiving any inheritance of property, whether outright, in trust or otherwise.

31. If you are the beneficiary of an estate or trust, all documents relating to the assets of the estate or trust, including any inventory with respect to same.

32. All documents relating to any judgments against you or any entity in which you have greater than a five (5%) interest entered during this marriage or up to the date of your response to this Subpoena, including but not limited to copies of the judgment, any satisfaction of the judgment, or any documents relating to the collection or enforcement of the judgment.

33. All documents relating to any bankruptcy proceeding or assignment for the benefit of creditors filed by you, including but not limited to all petitions, schedules and orders of discharge.

34. All documents relating to any ownership or interest by you in any safe deposit box, vault, or storage facility, as well as any inventory of the contents thereof and/or the contents themselves.

35. All deeds to all real estate which you presently own or in which you have had an interest or in which any company you have had an interest in in the past four (4) years.

36. Any and all documentation evidencing the parties' receipt of any support, gifts, compensation, money, assets, whether loaned, gifted or transferred from any family member, relative and/or friend.

37. With reference to all lawyers, accountants, appraisers, and other experts (including their firms) you have retained, hired, used or of whom you have availed yourself for services directly or indirectly with reference to these proceedings, all retainer agreements, engagement arrangements or contracts, and all statements, bills, invoices, cancelled checks and other documents representing services rendered from any of the foregoing lawyers, accountants, appraisers and other experts and any documents evidencing the source of funds for the payment of all fees and costs by you or on your behalf.

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 3)

## Federal Rule of Civil Procedure 45(c), (d), (e), and (g) (Effective 12/1/13)
### (made applicable in bankruptcy cases by Rule 9016, Federal Rules of Bankruptcy Procedure)

**(c) Place of compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
  (A) production of documents, or electronically stored information, or things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises, at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections*. A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or

    (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.
…
**(g) Contempt.** The court for the district where compliance is required – and also, after a motion is transferred, the issuing court – may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013)