UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

_____Debtor-in-Possession_____          /

## AUTO WHOLESALE OF BOCA, LLC.'s FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO WOODSIDE CREDIT, LLC

COMES NOW, Debtor, Auto Wholesale of Boca, LLC ("Debtor"), by and through undersigned counsel, and hereby serves the following First Request for Production of Documents pursuant to the Federal Rules of Civil Procedure as adopted by the Federal Rules of Bankruptcy Procedure. In accordance with those Rules, the Debtor requests that Woodside Credit, LLC serve a written response to these requests and produce to the Debtor, or permit the Debtor to inspect and copy, each of the following documents in your possession, custody or control, including all documents in the possession, custody or control of any agent or representative within the time frame provided by the applicable Federal Rule or Court Order (whichever is sooner).

## DEFINITIONS

1.    "Woodside" shall mean Woodside Credit, LLC, its agents, officers, directors, employees and all others acting for or on behalf of Woodside.

2.    "PERIU" shall mean Omar Periu its agents, officers, directors, employees and all others acting for or on behalf of Periu.

3.    "AWB" shall mean Auto Wholesale of Boca, LLC, its agents, officers, directors, employees and all others acting for or on behalf of AWB

4.    "KPB" shall mean Karma of Palm Beach its agents, officers, directors, employees and all others acting for or on behalf of KPB

5.    "KB" shall mean Karma of Broward its agents, officers, directors, employees and all others acting for or on behalf of KB.

6.      "EAG" shall mean Excell Auto Group its agents, officers, directors, employees and all others acting for or on behalf of KB.

7.      "Scott Zankl" shall mean and refer to Scott Zankl, his agents, officers, directors, employees and all others acting for or on behalf of Scott Zankl.

8.      "Kristen Zankl" shall mean and refer to Kristen Zankl, her agents, officers, directors, employees and all others acting for or on behalf of Kristen Zankl.

9.      "Zankls" shall mean and refer to both Scott Zankl and Krsten Zankl.

10.      "Document" means the original and a copy of any document or thing subject to production under the Federal Rules of Civil Procedure, that is or has been in your possession, custody or control, including any written, printed record, typed, mechanical, electronic, computer stored or graphic matter of any kind, photographs, sound recordings, images, and other data and data compilations, including electronically stored information ("ESI") and shall include all correspondence, communications and bank records and any other documents referencing the requested production.  Any copy containing thereon or attached thereto any alterations, notes, comments, or other material not included in any original or other copy shall not be deemed an identical copy but shall be deemed a separate document within the foregoing definition.

11.      "Communication" means any correspondence, contact, discussion or exchange between two persons or parties.  "Communication" shall include, without limitation, letters, writings, memorandum, emails, text messages, ESI, telephone calls, telephonic transmissions and verbal discussions or statements.

12.      "Electronically Stored Information" or "ESI" means and refers to computer generated information or data, of any kind, stored on computers, files servers, disks, tape or other devices or media, or otherwise evidenced by recording on some storage media, whether real, virtual, or cloud based.

13.      "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

14.      The terms "relating to" or "reflecting" means and includes: referring to, evidencing, embodied by, connected with, commenting on, responding to, identifying, describing, concerning, analyzing, supporting, showing, proving, demonstrating, pertaining to, reflecting or constituting.

15.      The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope.

16.      Terms in the plural include the singular and terms in the singular include the plural.

17.     "Identify" in addition to any meaning given within an interrogatory, when used in reference to:

(a)     An individual shall mean to state his or her full name, present or last known address, occupation, business position held, and present or last known business telephone number;

(b)     A firm, partnership, corporation, proprietorship, association, trust, or other organization or entity shall mean to state its full name, its principal place of business, and present or last known address and telephone number;

(c)     An act, action, omission, meeting, communication, contact, or discussion shall mean to state the nature, date, and place of the act, meeting, communication, contact, or discussion (or, in the case of an omission, the person or persons failing to act), the name of the person or persons attending, participating, performing, or joining therein (or, in the case of an omission, the person or persons failing to act), and the names of all persons witnessing or otherwise having knowledge thereof, when the act, omission, meeting, communication, contact, or discussion first occurred or became known to you, and the circumstances and manner in which you first obtained such knowledge;

(d)     A document shall mean to state for each document:  the type of document (e.g., letter or memorandum); the title, date, number, or other identifying information appearing on the face of the document; the date of the document or, if it has no date, the date the document was prepared; the author or creator of the document; the person or persons to whom the document was addressed; any other person or persons who received the document or a copy of the document; the date(s) the document was sent to or received by any other person or persons; the present or last known location of the document and each copy of the document; and the present or last known custodian of the document and each copy thereof.

18.     "Describe" shall mean to provide a narrative statement of the matter in question; identify all documents that relate or refer thereto; identify all persons having knowledge thereof; state the subject matter of each person's knowledge and how that knowledge was obtained; and state what acts were done by each person who in any way participated in the matter in question.

19.     "Contracts" means all contracts or other types of agreements, in whatever form.

20.      "Bank Records" shall refer to balance sheets, bank checks, checks, cancelled or deposited checks, bank deposit or withdrawal slips, bank credit or debit memoranda, monthly bank statements, personal checks, notices of wire transfers or receipt of funds, receipts, statements of account, and any and all other papers similar to any of the foregoing.

21.      "Entities" means any person or entity with which or in which Omar Periu has an ownership interest, directly or indirectly, or other relationship or position of control, be it formally or informally, of any kind or nature.

22.     The term "Motion" shall refer to Omar Periu's Motion to Compel Turnover of 2021 Mercedes-Benz AMG G 63 and to Abandon Title [ECF No. 127] filed in Case 22-15627-EPK.

23.     The "State Court Action" shall mean the lawsuit filed by Woodside in Palm Beach County Circuit Court Case No.: 50-2022-CA-004086 XXXXMB against AWB, Periu, and KB.

## INSTRUCTIONS

1.     If any documents requested are not produced but are withheld on a claim of privilege or work product, identify in writing each document withheld.  If only a portion of a document is privileged or work product, then redact and identify the portion being withheld.  With regard to all documents or portions of documents withheld, providing the following information:

(a)     the reason for withholding the document;
(b)     the date of the document;
(c)     the number of pages, attachments, and appendices;
(d)     the names of its author(s) or preparer(s) and identification by employment and title of each such person;
(e)     the present custodian; and
(f)     the subject matter of the document, and in the case of any document relating or referring to a meeting or conversation, identification of such meeting or conversation.

2.     If any requested document was at one time in existence but has been lost, discarded or destroyed, identify such document as completely as possible, providing as much of the following information as possible:

(a)     the type of document;
(b)     its date;
(c)     the date or approximate date it was lost, discarded or destroyed;
(d)     the circumstances and manner in which it was lost, discarded or destroyed;
(e)     the reason or reasons for disposing of the document (if discarded or destroyed);
(f)     the identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal of the document;
(g)     the identity of the person(s) who lost, discarded or destroyed the document; and
(h)     the identity of all persons having knowledge of the contents of the document.

3.     Documents produced shall be segregated and marked according to the request(s) in response to which they are produced or as they are kept in the ordinary course of business.

## DOCUMENTS TO BE PRODUCED

1.     Any and all Documents, Bank Records, Contracts and Communications Related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

2. Any and all Documents, Contracts and Communications by and between Woodside and Periu, including any Entities, related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

3. Any and all Documents, Contracts and Communications by and between Woodside and Periu, including any Entities, KB, KPB, EAG, Scott Zankl and/or Kristen Zankl for the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

4. Any and all Documents, including Bank Records, reflecting payments made by or for Periu to KB, KPB, EAG, Scott Zankl and/or Kristen Zankl related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

5. Any and all Documents, including Bank Records, reflecting payments made by or for Periu to Woodside relating to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

6. Any and all Documents, Bank Records, Communications, and Contracts referencing or reflecting that certain 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

7. Any and all Bank Records Reflecting and/or referencing payments to Woodside from or on behalf of Periu, including any Entities regarding the 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

8. Any and all Documents, Contracts and Communications by and between Woodside and EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

9. Any and all Documents, Contracts and Communications by and between Woodside and EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

10. Any and all Documents, Contracts and Communications by and between AWB and Woodside with regards to the 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

11. Any and all documents regarding any and all automobiles financed, or attempted to be financed, by Woodside in favor of Periu.

12. Any and all documents reflecting Woodside's knowledge of any floor financing of, or lien interest in, the inventory of EAG.

13. Any and all documents reflecting Woodside's knowledge of any floor financing of, or lien interest in, the inventory of KPB

14.     Any and all documents reflecting Woodside's knowledge of any floor financing of, or lien interests in, the inventory of KB

15.     All documents, communications and/or correspondence between Woodside and FVP Opportunity Fund III, LP, FVP Investments, LLC and/or FVP Servicing, LLC.

16.     All documents, communications and/or correspondence between Woodside and Hi Bar Capital, LLC.

17.     All documents, communications and/or correspondence between Woodside and Wing Lake Partners f/k/a Franklin Capital, LLC.

18.     All documents, communications and/or correspondence between Woodside and Spin Capital, LLC.

19.     All documents, communications and/or correspondence between Woodside and Nicole Testa Mehdipour, whether individually and/or as Chapter 7 Trustee of the Bankruptcy Estate of EAG.

20.     All documents, communications and/or correspondence between Woodside and Kenneth ("Kenny" or "Ken") Goodman.

21.     All documents, communications and/or correspondence between Woodside and Izaak Nakash.

22.     All documents, communications and/or correspondence between Woodside and Edward Brown.

23.     All documents regarding the proof of claim filed by Woodside in the Bankruptcy Case of AWB.

24.     All statements of account for Periu relating to any and all automobiles Periu has financed with Woodside.

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of this pleading was served *via* CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record who are registered to receive such pleading and filings before this Court.

        _____/s/_____
        JAMES B. MILLER, ESQ.
        Fla. Bar no. 9164

       **I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated: December 5th, 2022        JAMES B. MILLER, P.A.
                                  James B. Miller, Esq.
                                  Counsel to Debtor
                                  19 West Flagler Street, Suite 416
                                  Miami, FL 33130
                                  Tel. No. (305) 374-0200
                                  Fax. No. (305) 374-0250

                                  \_/s/ James B. Miller_____
                                  JAMES B. MILLER, ESQ.
                                  Florida Bar No. 0009164