Exhibit 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                          Chapter 11

AUTO WHOLESALE OF BOCA, INC.

                                                               Case No. 22-15627-EPK
            Debtor.

_____/

**Declaration of Edward Brown Concerning 2021 Rolls Royce Cullinan VIN# Ending in 4097**

1.      My name is Edward Brown.  I am over the age of eighteen years old and am competent to testify.

2.      All statements in this Declaration are based on my personal knowledge.

3.      If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge.

4.      I bought a 2019 Cullinan VIN #SLA689X57KU113682 ("2019 Cullinan") for the use of my wife, Ashley Brown.  Attached as **Exhibit A** is a copy of the title to the 2019 Cullinan in my name.  Sometime between late June 2020 and early July 2020, I permitted Excell Auto Group, Inc. ("Excell") to take possession of the 2019 Cullinan to market it for sale, and requested that the 2019 Cullinan be traded in for another Cullinan for my wife.

5.      On March 26, 2021, Scott Zankl, the owner of Excell, texted me pictures of a 2021 Black Badge Rolls Royce Cullinan that was available with 173 miles, and asked me if I wanted to buy it for my wife.  My wife wanted the vehicle, and I texted him back and agreed to buy it.  Zankl confirmed by reply text message that he had acquired the 2021 Rolls Royce Cullinan to make it available for sale to my wife.

67290049;1

6.      On or around March 31, 2021, my wife and I took delivery of the 2021 Rolls Royce Cullinan VIN # SLATV8C09MU204097 ("2021 Cullinan").  Attached as **Exhibit B** is the picture of my wife in the vehicle on April 4, 2021, after it was delivered.

7.      On or around the time we took delivery of the vehicle, a purchase agreement between Excell Auto Group, Inc., as Seller, and me and my wife, as Buyers, was executed.  A copy of the purchase agreement is attached as **Exhibit C**.  The agreement reflected that the 2019 Cullinan was traded for the 2021 Cullinan, and an additional balance of $122,812.88 was due. I understood that the additional balance was paid by money owed to me by Excell from prior vehicles that Excell had sold for me and not paid me for yet, including a million dollars owed by Excell from selling my La Ferrari Aperta.

8.      I believed there were sales tax credits from my trade-ins, and that no sales tax would be due with the purchase of the 2021 Cullinan.  To the extent that any sales tax was due, I expected the dealership to pay it or tell me that I needed to pay it.

9.      I immediately obtained Florida registration for the 2021 Cullinan, and put my personal Florida license plate on the car, plate number JC257Q.  A copy of the registration issued on March 31, 2021 is attached as **Exhibit D**, and a copy of my Florida plate that was put on the 2021 Cullinan is attached as **Exhibit E**.

10.     I also immediately put the 2021 Cullinan on our car insurance.  Shortly after purchasing the 2021 Cullinan, my car insurance changed from Pure to Chubb.  A copy of the Chubb insurance card reflecting the policy covering the 2021 Cullinan is attached as **Exhibit F**.

11.     Just as with the 2019 Cullinan, I expected that the dealership would ensure that the certificate of title for the 2021 Cullinan would be properly issued to me and my wife.  The

2

dealership had me and my wife sign an application for a Florida certificate of title to be issued in our names, attached as **Exhibit G.**

12.     After taking delivery of the 2021 Cullinan, neither me or my wife returned it to the dealership, nor we did not authorize Zankl or Excell, to hold it out for sale, otherwise to sell it, or hold it in their inventory.

13.     Without my knowledge or authorization, Excell failed to properly title the 2021 Cullinan in either my or my wife's name.  I only found out when I went to renew my tag and registration on April 29, 2022, and the DMV responded that there was a problem with the title.

14.     By the time I determined there was a problem with the title, it was after Excell had filed for bankruptcy and I was not able to get the title corrected.

15.     My wife and I own the 2021 Cullinan, have owned it since March 31, 2021, and are entitled to have the certificate of title issued to us.

### 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct. Executed on 11/30/2022
_____.

DocuSigned by:

DD41B4F3476E483...

Edward Brown

67290049;1

# Exhibit A

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SLA689X57KU113682 | 2019 | ROL | UT | 6069 | | 133115600 |

Date of Issue 12/17/2018

Registered Owner:

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062

Mail To:

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062-2001

**LIEN SATISFACTION**

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SLA689X57KU113682 | 2019 | ROL | UT | 6069 | | 133115600 |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | WHI | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 11 MILES   12/03/2018 ACTUAL | | | 12/17/2018 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number 139088167

Terry L. Rhodes
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Excell Auto Group Inc          Address: 1001 Clint Moore Rd # 101, Boca Raton,

Seller Must Enter Selling Price: _____          Seller Must Enter Date Sold: 7-31-20          FL 33487

I/We state that this ☐5 or ☐6 digit odometer now reads | 1 | 1 | 9 | 7 | 9 | 6 | x | (no tenths) miles, date read 7-31-20 and I hereby certify that to the best of my knowledge the odometer reading

☒ 1. Reflects ACTUAL MILEAGE.          ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.          ☐ 3. is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here: _____          CO-SELLER Must Sign Here: _____

Print Here: Edward M Brown          Print Here: _____

Selling Dealer's License Number: _____          Tax No.: _____          Tax Collected: _____

Auction Name _____          License Number: _____

PURCHASER Must Sign Here: _____          CO-PURCHASER Must Sign Here: _____

Print Here: Karl J Sofoul          Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)          STATE OF FLORIDA

# Exhibit B

DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBDA0E7D45D



# Exhibit C

DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBDA0E7D45D

# PURCHASE AGREEMENT

# EXCELL AUTO GROUP, INC.

1001 CLINT MOORE RD. STE 101 BOCA RATON, FL 33487
561-998-5557 FAX: 561-998-4703

SALES PERSON: _____     DATE: 4 / 1 / 21

BUYER ____ ASHLEY BROWN _____     DRIVER'S LICENSE NO. _____

E-MAIL _____     DATE OF BIRTH ████████

ADDRESS 152 BEARS CLUB DR _____     CITY & STATE JUPITER FL ____ ZIP 33477

CO-BUYER ____ EDWARD BROWN _____     DRIVER'S LICENSE NO. _____

E-MAIL _____     DATE OF BIRTH ████████

ADDRESS 152 BEARS CLUB DR _____     CITY & STATE JUPITER FL ____ ZIP 33477

HOME PHONE_____ BUSINESS PHONE _____ CELL PHONE _____

USED ☒  YEAR 2021  MAKE ROLLS-ROYCE  MODEL CULLINAN  MILEAGE 175

*white*  ☐  COLOR BLACK  TRIM _____  BODY TYPE SPORT UTILITY _____

☐  ID NO. SLATV8C09MU204097 _____  STOCK NO. 204097

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 113682 |
|---|---|

YEAR 2019 MAKE ROLLS-ROYCE  COLOR WHITE

MODEL CULLINAN  BODY TYPE SPORT UTILITY

I.D. NO. SLA689X57KU113682  MILEAGE 9,796

BALANCED OWED TO N/A

EST. AMT. OWED N/A  ALLOW AMT. 285,000.00

| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. |
|---|---|

YEAR  MAKE  COLOR

MODEL  BODY TYPE

I.D. NO.  MILEAGE

BALANCED OWED TO

EST. AMT. OWED  ALLOW AMT.

| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. |
|---|---|

YEAR  MAKE  COLOR

MODEL  BODY TYPE

I.D NO.  MILEAGE

BALANCED OWED TO

EST. AMT. OWED  ALLOW AMT.

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | | $ | 400,000.00 |
| TRADE ALLOWANCE | − | | 285,000.00 |
| DIFFERENCE | = | $ | 115,000.00 |
| SERVICE FEES* | + | | 498 00 |
| SUB TOTAL | * | | 115,498.00 |
| SALES TAX | + | | 6,979.88 |
| ESTIMATED TAG, TITLE & REG | + | | 275.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | | 60.00 |
| EST. BALANCE ON TRADE | + | | N/A |
| TOTAL DELIVERY PRICE | = | $ | 122,812.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | − | | N/A |
| EXTENDED WARRANTY (taxable) | + | | N/A |
| *BALANCE DUE ON DELIVERY | = | $ | 122,812.88 |
| AMOUNT FINANCED | = | $ | |

LIENHOLDER: NONE

**PLEASE NOTE:**
PAYMENT ON DELIVERY MUST BE CASH, CASHIERS CHECK OR MONEY ORDER. NO PERSONAL CHECKS.
Please bring insurance information at time of delivery.
Vehicle cannot delivered without insurance.
*BALANCE OWING ON TRADE is an estimate.
The Buyer is responsible for the difference     [BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 04/01/21

If this order and acceptance is contingent upon the arrangement of financing, the purchaser(s) offer is not accepted and the transaction is not consummated until (a) approved in writing by the Dealer and a responsible Bank of Finance Company and (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this offer to purchase and hereby accept its terms and conditions.

Buyer Signature _____  Date 04/01/21     Accepted By: _____  Sales Manager

Co-Buyer Signature _____  Date 04/01/21     Accepted By: _____  Business Manager

Please read additional terms and conditions on reverse side, before signing.     333602_04/16/20 MMP

## ADDITIONAL TERMS AND CONDITIONS

1. As used in this offer the terms (a) Retailer shall mean the authorized Retailer to whom this Offer is addressed and who shall become a party hereto by its acceptance hereof, (b) Client shall mean the party executing this offer as such on the face hereof, and (c) manufacturer shall mean the Corporation that manufactured the vehicle or chassis, it being understood by Client and Retailer that Retailer is in no respect the agent of Manufacturer, that Retailer and Client are the sole parties to this Offer and that reference to Manufacturer herein is for the purpose of explaining generally certain contractual relationships existing between Retailer and Manufacturer with respect to new motor vehicles.

2. Manufacturer has reserved the right to change the price to Retailer on new motor vehicles without notice. In the event the price to Retailer of the new motor vehicles of the series and body type ordered hereunder is changed by Manufacturer prior to delivery of the new motor vehicle ordered hereunder to Client, Retailer reserves the right to change the cash delivered price of such motor vehicle to Client accordingly. If such cash delivered price is increased by Retailer, Client may, if dissatisfied therewith, cancel this Offer, in which event if a used motor vehicle has been traded in as a part of the consideration for such new motor vehicle, such used motor vehicle shall be returned to Client upon payment of a reasonable charge for storage and repairs (if any) or, if such used motor vehicle has been previously sold by Retailer, the amount received therefore, less a selling commission of 15% and any expenses incurred in storing, insuring, conditioning or advertising said used motor vehicle for sale, shall be returned to Client

3. If the used motor vehicle which has been traded in as part of the consideration for the new motor vehicle ordered hereunder is not to be delivered to Retailer until delivery to Client of such motor vehicle, the used motor vehicle shall be reappraised at that time and such reappraised value shall determine the allowance made for such used vehicle. If such reappraised value is lower than the original allowance therefor shown on the front of this Offer, Client may, if dissatisfied therewith, cancel this Offer, provided, however, that such right to cancel is exercised prior to the delivery of the motor vehicle ordered hereunder to the Client and surrender of the used vehicle to Retailer.

4. Purchaser agrees to deliver to Dealer satisfactory evidence of title to any used motor vehicle traded in as a part of the consideration for the motor vehicle ordered hereunder at the time of delivery of such used motor vehicle to Dealer. Purchaser warrants any such used motor vehicle to be his property free and clear of all liens and encumbrances except as otherwise noted herein, and guarantees that his title is good, marketable and free of defects.

5. Unless the order shall have been cancelled by purchaser under and in accordance with the provisions of paragraph 2 or 3 above, Dealer shall have the right, upon failure or refusal of purchaser to accept delivery of the motor vehicle ordered hereunder and to comply with the terms of this Order, to retain as liquidated damages any cash deposit made by the Purchaser, and, in the event a used motor vehicle has been traded in as a part of the consideration for the motor vehicle ordered hereunder, to sell such motor vehicle and reimburse himself out of proceeds of such sale for the expenses specified in paragraph 2 above and for such other expenses and losses as Dealer may incur or suffer as a result of such failure or refusal by Purchaser.

6. Manufacturer has reserved the right to change the design of any new motor vehicle, chassis, accessories or parts thereof at any time without notice and without obligation to make the same or any similar change upon any motor vehicle, chassis, accessories or parts thereof previously purchased by or shipped to Dealer or being manufactured or sold in accordance with Dealer's orders. Correspondingly, in event of any such change by Manufacturer, Dealer shall have no obligation to Purchaser to make the same or any similar change in any motor vehicle, chassis, accessories or parts thereof by this Order either before or subsequent to delivery thereof to Purchaser.

7. Dealer shall not be liable for failure to deliver or delay in delivering the motor vehicle covered by this Order where such failure or delay is due, in whole or in part by any cause beyond the control or without the fault or negligence of Dealer.

8. The price for the motor vehicle specified on the face of this order includes reimbursement for Federal Excise taxes, but does not include sales taxes, use taxes or occupational taxes based on sales volume, (Federal, State or Local) unless expressly so stated. Purchaser assumes and agrees to pay, unless prohibited by law, any such sales, use or occupational taxes imposed to the transaction covered by this Order regardless of which party may have primary tax liability therefore.

9. AS IS - THE ONLY WARRANTIES APPLYING TO THIS VEHICLE ARE THOSE OFFERED BY THE MANUFACTURER. THE SELLING DEALER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THIS VEHICLE. BUYER SHALL NOT BE ENTITLED TO RECOVER FROM THE SELLING DEALER ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. THE PURCHASER HEREBY ACKNOWLEDGES THAT THE SELLER HAS MADE AVAILABLE WARRANTY PRE-SALE INFORMATION AS DISCLOSED IN WARRANTY BINDERS PURSUANT TO THE MAGNUSON-MOSS WARRANTY ACT.

10. The Purchaser, before or at the time of delivery of the motor vehicle covered by this Order will execute such other forms of agreement or documents as may be required by the terms and conditions of payments indicated on the front of this Order.

11. Purchaser grants to dealer a security interest in the vehicle described in this Order to secure payment in full therefore and to secure Purchaser's warranty of title to any trade-in. Without limiting the effect and generality of the foregoing, if any check tendered as part or full payment is not paid on presentation or if it appears Purchaser did not have clear title to any trade-in, Dealer may enter into any premises for the purpose of repossessing the vehicle.

12. MEDIATION/ARBITRATION: If a dispute, controversy or claim, involving any Client, Co-Signer, Co-Client, any Retailer or Assignee, or any employee, agent, surety bonding company or insurer of any of the foregoing persons, arises out of or relates to this Contract, or the breach of this Contract, including the negotiation and provisions of the Contract and the sale, financing and purchase of the Vehicle (each a Dispute) and if the Dispute cannot be settled by the direct discussions, the parties agree to first try to settle the Dispute, in an amicable manner by mediation administered by the American Arbitration Association under its Commercial Mediation Rules, before resorting to arbitration. Thereafter any unresolved Disputes, shall be submitted to arbitration in accordance with the procedures specified in this section. Any party may demand arbitration in writing by notice to the other party, which demand shall include the name of the arbitrator appointed by the party demanding arbitration, together with a statement of the matter in controversy. Within 30 days after such demand, the other party shall name the arbitrator, or if the other party does not name an arbitrator, such arbitrator shall be named immediately by the Arbitrator Committee of the American Arbitration Association, and the two arbitrators so selected shall name a third arbitrator within 15 days or, in lieu of such agreement on the third arbitrator by the two arbitrators so appointed, a third arbitrator shall be appointed by the Arbitration Committee of the American Arbitration Association. The non-prevailing party shall pay, and the arbitrator shall award, to the prevailing party all of the arbitration costs and expenses incurred by the prevailing party. The arbitration hearing shall be held in the country in which the Seller is located, on 30 days notice to the parties, under the Commercial Arbitration Rules of the American Arbitration Association. The arbitration hearing shall be concluded within 120 days unless otherwise ordered by the arbitrators and the award shall be made within 30 days after the close of the submission of evidence. An award rendered by a majority of the arbitrators shall be final and binding on all parties to the proceedings and judgement on such award may be entered by either party in the highest court, state or federal, state or local court or before any administrative tribunal with respect to any Dispute. There arbitration provisions shall, with respect to such Dispute, survive the termination or expiration of this Contract. Nothing in this Contract shall be deemed to give the arbitrators any authority, power or right to alter, change, amend, modify, add or subtract from any of the provisions of the Contract. The provisions of this Section are made pursuant to the provisions of the Florida Arbitration Code (Chapter 682, Florida Statutes as in effect on the date of this Contract) and shall be governed by such code. I AGREE TO THE JURY TRIAL WAIVER AND MEDIATION/ARBITRATION PARAGRAPHS.

13. PURCHASER ACKNOWLEDGES that THIS is a NEW/USED CAR ORDER and REPRESENTS merely AN OFFER WHICH SHALL NOT BECOME BINDING UNTIL ACCEPTED: (1) in the case of a cash transaction, by Dealer or his Authorized Representative; or (2) in case of a financed transaction, by Dealer or his Authorized Representative and a responsible Bank or Finance Company and all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and purchaser(s) and Dealer have signed an Installation Sale Contract: if purchase of this vehicle is financed by a third party who requires use of its own Installment Sale Contract Purchaser agrees that the language of this Order shall control over any conflicting provisions relating to representatives, warranties expressed or implied, or any other obligations or liabilities on the part of the manufacturer of this vehicle or the seller; any provision in said Installment Sale Contract to the contrary notwithstanding.

14. Purchaser agrees that this order includes all of the terms and conditions on both the face and reverse side hereof, that this order cancels and supercedes any prior agreement and as of the date hereof comprises the complete and exclusive statement of the terms of the agreement relating to the subject matters covered hereby. ANY AND ALL REPRESENTATIONS, PROMISES, WARRANTIES OR STATEMENTS BY SELLER'S AGENT THAT DIFFER IN ANY WAY FROM THE TERMS OF THE WRITTEN AGREEMENT SHALL BE GIVEN NO FORCE OF EFFECT.

FL606571 Q

# Exhibit D

DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBDA0E7D45D

IMPORTANT INFORMATION

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used.

For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F. S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on the roads of this state.

S. 320.02 and 627.733, F. S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:

**EDWARD MAX BROWN**
**1115 HILLSBORO MILE**
**HILLSBORO BEACH, FL  33062**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or by mail to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

CO/AGY  69 / 02       T#    1436388805
                      B#

# FLORIDA VEHICLE REGISTRATION

PLATE  **JC257Q**          DECAL  **04261357**       Expires   **Midnight Tue 01/18/2022**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YR/MK | **2021/ROL** | BODY | **4D** | | COLOR | **WHI** | Reg. Tax | 2.00 | Class Code | 13 |
| VIN | **SLATV8C09MU204097** | | | | TITLE | | Init Reg. | | Tax Months | 0 |
| Plate Type | **GOR** | NET WT | **6069** | | | | County Fee | | Back Tax Mos | |
| | | | | | | | Mail Fee | | Credit Class | |
| DL/FEID | **B650233630180** | | | | | | Sales Tax | | Credit Months | |
| Date Issued | **03/31/2021** | Plate Issued | **05/17/2018** | | | | Voluntary Fees | | | |
| | | | | | | | Grand Total | 2.00 | | |

IMPORTANT INFORMATION

**EDWARD MAX BROWN**
**1115 HILLSBORO MILE**
**HILLSBORO BEACH, FL  33062**

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

GOR - GOLF CAPITAL OF THE WORLD

DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBDA0E7D45D

# Exhibit E



DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBDA0E7D45D

# Exhibit F

CHUBB

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**
Federal Insurance Company

POLICY NUMBER
15045723-10          01295

EFFECTIVE DATE
5/10/21

[X] Personal Injury Protection Benefits/Property Damage Liability

[X] Bodily Injury Liability

NAMED INSURED
**EDWARD M BROWN**
**ASHLEY BROWN**

YEAR    VEHICLE DESCRIPTIONVIN NO.
2021    **ROLLS ROYCE**    SLATV8C09MU204097

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

(TO INSERT IN WALLET, FOLD OR CUT ALONG DOTTED LINES)

DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBDA0E7D45D

# Exhibit G

DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBDA0E7D45D

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☐ ORIGINAL ☐ TRANSFER  VEHICLE TYPE: ☑ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL  OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

### 1 — OWNER / APPLICANT INFORMATION

| Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | | Owner | Co-Owner | Unit Number | Fleet Number |
|---|---|---|---|---|---|---|
| | | Are you a Florida resident? | ☐ yes ☐ no | ☐ yes ☐ no | | |
| | | Are you an alien? | ☐ yes ☐ no | ☐ yes ☐ no | | |

☐ OR ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship ☐ Owner's County of Residence: _____

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth ▉ | Sex F | FL Driver License or FEID/Suffix # ▉ |
|---|---|---|---|---|
| ASHLEY BROWN | | | | |
| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's/Lessee's Email Address | Date of Birth ▉ | Sex M | FL Driver License or FEID/Suffix # ▉ |
| EDWARD BROWN | | | | |

| Owner's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |
| Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |
| Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military) | City | State | Zip |
| | | | |
| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. ☐ | City | State | Zip |
| | | | |

| Mail To Customer Name (If different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| | | | | |
| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
| | | | |

### 2 — MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| SLATV8C09MU204097 | ROLLS ROYCE | 2021 | UT | WHITE | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length Ft. In. | BHP/CC | GVW/LOC | VAN USE, IF APPLICABLE ☐ PASSENGER ☐ OTHER |
|---|---|---|---|---|---|---|
| | | | | | | |

| TYPE | | | HULL MATERIAL | | PROPULSION | | FUEL | | *DRAFT OF VESSEL (The depth of water a vessel draws) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ Open Motorboat | ☐ Houseboat | ☐ Personal Watercraft | ☐ Wood | ☐ Aluminum | ☐ Outboard | ☐ Sail | ☐ Gas | | |
| ☐ Cabin Motorboat | ☐ Pontoon | ☐ Canoe | ☐ Fiberglass | ☐ Steel | ☐ Inboard | ☐ Air Propelled | ☐ Diesel | | |
| ☐ Auxiliary Sailboat | ☐ Airboat | ☐ Other ____ | ☐ Wood/Fiberglass | | ☐ Inboard/Outboard | | ☐ Electric | | FT. ____ IN. ____ |
| ☐ Inflatable | ☐ Sailboat | Specify | ☐ Other____ Specify | | ☐ Other____ Specify | | ☐ Other____ Specify | | *For all vessels 26' or more in length and all sailboats |

| USE OF VESSEL | | | | | PREVIOUS OUT-OF-STATE REGISTRATION NUMBER: |
|---|---|---|---|---|---|
| ☐ Recreational (Pleasure) | ☐ Commercial Blue Crab | ☐ Commercial Stone Crab | ☐ Government | ☐ Commercial Sponge | |
| ☐ Dealer/Manuf. ☐ Commercial Fish | ☐ Commercial Live Bait | ☐ Commercial Shrimp Recip. | ☐ Commercial Charter | ☐ Commercial Other ____ | |
| ☐ Exempt ☐ Hire (Livery) | ☐ Commercial Mackerel | ☐ Commercial Shrimp Non-Recip. | ☐ Commercial Oyster | ☐ Commercial Spiney Lobster | |

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers   State of Principal Use ____

### 3 — BRANDS, USAGE AND TYPE (Check Applicable Boxes)

| ☐ SHORT TERM LEASE | ☐ LONG TERM LEASE | ☐ REBUILT | ☐ POLICE VEHICLE | ☐ PRIVATE USE | ☐ TAXI CAB | ☐ FLOOD | ☐ ILEV | ☐ CUSTOM |
|---|---|---|---|---|---|---|---|---|
| ☐ ASSEMBLED FROM PARTS | ☐ BONDED TITLE | ☐ KIT CAR | ☐ GLIDER KIT | ☐ MANUF. BUY BACK | ☐ REPLICA | ☐ AUTONOMOUS | ☐ ELECTRIC | ☐ STREET ROD |

### 4 — LIENHOLDER INFORMATION

| CHECK IF ELT CUSTOMER ☐ | ☐ FEID # | ☐ DL # and Sex and Date of Birth | ☐ DMV Account # | Date of Lien | Lienholder's Name NONE |
|---|---|---|---|---|---|
| Lienholder's Email Address | | Lienholder's Address | | City | State | Zip |

☐ If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: ____
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.   (Signature of Lienholder's Representative)

### 5 — TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☐ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) ____   DATE ACQUIRED __/__/__

### 6 — ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ][ ][ ] , [1][7][5] .XX (NO TENTHS) MILES, DATE READ 04/01/2021 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.

### 7 — DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 60-8015033028-0 | 04/01/2021 | VI/1014488/1 | 6979.88 | |
| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN | |
| 2019 | ROLLS ROYCE | | SLA689X57KU113682 | |

HSMV 82040 – REV. 12/12          www.flhsmv.gov

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) **(OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955)** OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. **IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY.** COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be:

_____ (Vehicle Identification Number)

DATE          SIGNATURE                                    PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____    Badge # or Florida Dealer # _____    Notary Stamp or Seal

FL DMV/Tax Collector Employee _____    Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____    NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN HUSBAND AND WIFE ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER)          Date          SIGNATURE OF APPLICANT (CO-OWNER)          Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |

The undersigned person(s) state(s) as follows: That _____ died on _____
(Name of Deceased)                                                                    (Date)

☐ testate (with a will)          ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)          Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 12/12