Composite Exhibit 3

## AUTO WHOLESALE OF BOCA, LLC.

6560 West Rogers Circle, Suite 27, Boca Raton, FL 33487
Direct: (561) 771-3272   Fax: (561) 241-2334

**(SOLD AS IS)**                                                                                      DATE: _____

PURCHASER:    EXCELL AUTO GROUP, INC.

ADDRESS:    1001 CLINT MOORE ROAD, SUITE 101        CITY:  BOCA RATON    STATE:    FL      ZIP: 33487

CONTACT NAME: TEDDI SOFOUL        TEL:    561-998-5557     FAX:    561-998-5640

YEAR: 2021    MAKE: ROLLS ROYCE    MODEL: CULLINAN    COLOR: BLACK BODY STYLE: UT

VIN # SLATV8C09MU204097

PRICE: $ 413,500.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers – no warranty on mechanical or physical condition of car.

Seller (Sign Here)    X _____

Buyer (Sign Here)    X _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction.  The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

### ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle.  Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **AUTO WHOLESALE OF BOCA, LLC.** state that the odometer of the vehicle described below now reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

○ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its     mechanical limits.

○ (2) I hereby certify that the odometer reading is NOT the actual mileage – WARNING – ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

MAKE  ROLLS ROYCE    BODY TYPE  UT    MODEL  CULLINAN

VIN #  SLATV8C.09MU204097    STOCK #  204897

COLOR  BLACK    TRIM  WHITE    YEAR  2021

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER):  AUTO WHOLESALE OF BOCA, LLC.  ADDRESS:  WEST ROGERS CIRCLE, SUITE 27, BOCA RATON, FL, 33487

AUTHORIZED SIGNATURE OF SELLER: X _____    PRINT NAME:  MICHELE MARTIN    DATE: _____

TRANSFEREE'S PRINTED NAME (BUYER)  EXCELL AUTO GROUP, INC.  ADDRESS:  1001 CLINT MOORE RD. STE 101  CITY:  BOCA RATON  STATE:  FL  ZIP: 33487

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

TRANSFEREE'S SIGNATURE – (BUYER): X _____    DATE SIGNED: _____

PRINTED NAME OF PERSON SIGNING: _____



# INVOICE

| DATE | INVOICE # |
|---|---|
| 5/18/2021 | 1370 |

6560 WEST ROGERS CIRCLE, SUITE 27
BOCA RATON, FL 33487
561-771-3272

**INVOICE TO:**

EXCELL AUTO GROUP INC
1001 CLINT MOORE ROAD
BOCA RATON FL 33487

| TERMS |
|---|
| DUE UPON RECEIPT |

| QUANITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | 2021 ROLLS 204097 | 413,500.00 |

| | |
|---|---|
| TOTAL DUE | **$413,500.00** |
| Payments/Credits | $0.00 |
| **Balance Due** | $413,500.00 |

Case 22-15627-EPK   Doc 252-3   Filed 12/07/22   Page 4 of 6

## WHOLESALE ORDER

# EXCELL AUTO GROUP, INC.

1001 CLINT MOORE RD. STE 101 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

# (Sold As Is)

DATE: 11/01/21

Purchaser: KARMA PALM BEACH

Address: 1001 CLINT MOORE RD STE 103

City: BOCA RATON     State: FL     Zip: 33487

Contact Name: _____ Tel: _____ Fax: _____

Year: 2021   Make: ROLLS-ROYCE   Model: CULLINAN

Color: WHITE     Body Style: SPORT UTILITY

I.D. Number: SLATV8C09MU204097

Price: $ 415,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads ___175___ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| ROLLS-ROYCE | SPORT UTILITY | CULLINAN |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| SLATV8C09MU204097 | 204097 |

| COLOR | TRIM | YEAR |
|---|---|---|
| WHITE | | 2021 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS
**1001 CLINT MOORE ROAD, SUITE 101**

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE | ► | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|---|
| DATE STATEMENT SIGNED | | PRINTED NAME OF PERSON SIGNING X |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
KARMA PALM BEACH

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE RD STE 103

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED |
|---|---|
| PRINTED NAME OF PERSON SIGNING | |

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reservse Side)

This reassignement is supplement to: [X] Title No.: __AA5669751__   State of Issue: ____MT____

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?   [ ] Yes   [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SLATV8C09MU204097 | 2021 | ROLLS ROYCE | CULLINAN | UT |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| EXCELL AUTO GROUP INC | | VI/1014488/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 60-8015033028-0 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| KARMA PALM BEACH | 11-01-2021 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 103 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][ ],[1][7][5] XX (NO TENTHS) MILES, DATE READ 11/01/21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Anna Bailey | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| | |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| | |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
| Nidia Leiva | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
Neil Kirkman Building - Tallahassee, FL 32399-0500

# MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reservse Side)

This reassignement is supplement to: [X] Title No.: **AA5669751**    State of Issue: **MT**

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic? [ ] Yes    [X] No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SLATV8C09MU204097 | 2021 | ROLLS ROYCE | CULLINAN | UT |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| KARMA PALM BEACH | | VF/1133543/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 103 | BOCA RATON | FL | 33487 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 60-8018195758-0 |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| AUTO WHOLESALE OF BOCA LLC | | |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

## ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][ ],[ ][ ][ ] XX (NO TENTHS) MILES,

DATE READ ___/___/___, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| *Sandra Guerrero* | *Sandra Guerrero* |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
|---|---|
| | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE    COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S