

**ORDERED in the Southern District of Florida on December 8, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                Chapter 11

**AUTO WHOLESALE OF BOCA, LLC,**                    **Case No.: 22-15627-EPK**

            Debtor.
_____/

### ORDER APPROVING INTERIM COMPENSATION OF LINDA LEALI

THIS CASE came before the Court for hearing on December 7, 2022 at 9:00 a.m. (the "Hearing") upon the *Summary of Final Fee Application of Subchapter v Trustee filed by Linda Leali* (the "Application") (ECF No. 231). The Application seeks the following amount for the time period covered: fees of $26,562.50 and costs of $0, for which no previous awards have been made.

The Application sought $24,437.50 in worked performed and $2,125.00 for an estimate of fees and costs expected to be incurred from the date on which the fee application was filed through the Confirmation Hearing.  The Court has examined the Application and has considered the arguments of the Applicant and other counsel appearing at the hearing. The Court finds that the compensation sought in the application appears to be for actual, necessary services rendered by the applicant. For the reasons stated on the record, it is **ORDERED** that:

1.      The Application is APPROVED as provided herein.

2.      Linda Leali is awarded interim compensation in the amount of $24,437.50 and may receive $24,437.50, which represents 100% of the amount for services rendered to the estate from July 26, 2022 through November 23, 2022, and $0 for costs associated with those services.

3.      Debtor is authorized and directed to immediately remit the sum of $24,437.50 to Linda Leali as payment of the balance of this Interim Award.

4.      In allowing the compensation, the Court has considered the factors set forth in 11 U.S.C. § 330(a)(3) and *Johnson v. Georgia Hwy. Express*, 488 F. 2d 714 (5th Cir. 1974).

5.      The Court is authorizing the payment of compensation equal to 100% of the amount for services rendered to the estate from July 26, 2022 through November 23, 2022, and reimbursement of 100% of the amount sought for expenses.

6.      All objections to the application are preserved for the hearing on final fees and expenses.

7.      The entry of this Order is without prejudice to the right of the Applicant to make application to the Court at a future date for payment of any amounts requested and not yet awarded.

### 

Trustee Linda Leali shall serve a copy of the signed order on all parties of record and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Submitted by:  Linda Leali, Esq.
            LINDA LEALI, P.A.
            2525 Ponce De Leon Blvd., Suite 300
            Coral Gables, FL  33134
            lleali@lealilaw.com