

**ORDERED in the Southern District of Florida on December 8, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                                                  Chapter 11 Subchapter V

      Debtor-in-Possession.          /

### ORDER APPROVING FIRST INTERIM APPLICATION
### FOR COMPENSATION OF COUNSEL TO DEBTOR-IN-POSSESSION

THIS MATTER came before the Court on December 7th, 202 at 2:00 p.m. for hearing on the *Summary of Fee Application of Chapter 11 (Subchapter V) Debtor's-in-Possession Counsel* [ECF No. 237] (the "Application"). The Application seeks the following amount for the time period covered: fees of $227,915.00 and costs of $6,311.72, for a total interim award of $234,226.72, for which no previous awards have been made. However, the Applicant (James B. Miller, P.A.) has agreed in open court to reduce the

interim request by the sum of $28,000.00 as the Applicant had not yet filed an updated fee application for the actual hours billed during the period between the filing of the Application and the time of this Hearing. Therefore, the fees sought have been adjusted by Applicant to $199,915.00 in "Adjusted Interim Fees", and $6,6311.72 in interim costs for an adjusted sum total of $206,226.72 sought as an interim award.

The Court has examined the Application and has considered the arguments of the Applicant and other counsel appearing at the hearing.  The Court finds that the compensation sought in the Application appears to be for actual, necessary services rendered by the applicant.  For the reasons stated on the record, it is **ORDERED** that:

1.      The Application is APPROVED as set forth herein.

2.      James B. Miller, P.A. is awarded interim compensation of $159,932.00 (reflecting the standard 20% holdback of fees requested for the Adjusted Interim Fees) for services rendered to the estate from July 23, 2022 through November 29th, 2022, and $6,311.92 for expenses/costs associated with those services, for the combined sum of $166,243.92 (the "Interim Award").

3.      In allowing the compensation, the Court has considered the factors set forth in 11 U.S.C. § 330(a)(3) and *Johnson v. Georgia Hwy. Express*, 488 F. 2d 714 (5th Cir. 1974).

4.      Because this is an interim compensation application, these fees are approved on an interim basis, with a 20% holdback as set forth above.

5.      The Court is authorizing the payment of compensation equal to 80% of the amount sought for Adjusted Interim Fees and reimbursement of 100% of the amount sought for expenses/costs. Applicant is authorized to immediately apply the $41,880.00

from its trust account (representing the prepaid retainer balance) to this Interim Award, and Debtor is authorized and directed to immediately remit the sum of $124,363.92 to James B. Miller, P.A. as payment of the balance of this Interim Award.

6.     All objections to the Application are preserved for the hearing on final fees and expenses.

7.     The entry of this Order is without prejudice to the right of the Applicant to make application to the Court at a future date for payment of any amounts requested and not yet awarded.

### ###

Attorney James Miller shall serve a copy of the signed order on all parties of record and file with the court a certificate of service conforming with Local Rule 2002-1(F).