| MAKE | MODEL | YEAR | VIN | TITLE Y/N | LOW VALUE | HIGH VALUE |
|---|---|---|---|---|---|---|
| ASTON MARTIN | DB11 VOLANTE | 2019 | SCFRMFCW6KGM07671 | Y | $119,250.00 | $132,500.00 |
| FERRARI | F12 BERLINETTA | 2017 | ZFF74UFA7H0221036 | Y | $235,350.00 | $261,500.00 |
| MERCEDES | G63 | 2020 | W1NYC7HJ6LX346462 | Y | $153,900.00 | $171,000.00 |
| BMW | X7 | 2019 | 5UXCX4C56KLS39222 | Y | $53,100.00 | $59,000.00 |
| GMC | YUKON | 2019 | 1GKS1CKJ8KR354378 | N | $45,000.00 | $50,000.00 |
| MCLAREN | 720S | 2018 | SBM14DCA9JW000606 | Y | $211,500.00 | $235,000.00 |
| MERCEDES | G63 | 2020 | W1NYC7HJ6LX362080 | Y | $155,700.00 | $173,000.00 |
| PORSCHE | 911 | 2008 | WP0AD29978S783176 | Y | $58,500.00 | $65,000.00 |
| MCLAREN | 720S | 2020 | SBM14FCA5LW004229 | Y | $247,500.00 | $275,000.00 |
| CADILLAC | ESCALADE | 2018 | 1GYS4BKJXJR261612 | Y | $41,850.00 | $46,500.00 |
| JEEP | GLADIATOR | 2021 | 1C6HJTAG1ML571540 | Y | $90,000.00 | $100,000.00 |
| MCLAREN | 720S | 2019 | SBM14FCA9KW003714 | Y | $220,500.00 | $245,000.00 |
| MERCEDES | G CLASS | 2020 | WDCYC7HJ9LX334940 | Y | $153,900.00 | $171,000.00 |
| | | | | | $1,786,050.00 | $1,984,500.00 |

Exhibit "A"