## ECF SERVICE LIST

Eyal Berger, Esq. on behalf of Defendant Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Marc E Brandes on behalf of Creditor Marc Brandes
mbrandes@kfb-law.com, bvillalobos@kfb-law.com

John M Brennan, Jr on behalf of Creditor Eric Dore
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

Jerrell A Breslin on behalf of Creditor FVP Investments, LLC
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC
jb@richardbaronlaw.com

Alan R Crane on behalf of Creditor Nicole Mehdipour
acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Debtor Auto Wholesale of Boca, LLC
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Jay L Farrow on behalf of Defendant Auto Wholesale of Boca, LLC
jay@farrowlawfirm.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Scott C Gherman on behalf of Creditor Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Farache Enterprises, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Mazel Tov, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Calvin Erbstein
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Moshe Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Farache Enterprises Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party MMS Ultimate Services Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Mazel Tov Inc
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Pompano 2009 LLC
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Moshe Farache
sgherman@scottghermanpa.com

Daniel Gielchinsky on behalf of Interested Party Quad Funding Partners, LLC
dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Linda Marie Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Linda Marie Leali on behalf of Interested Party Linda Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Linda Marie Leali on behalf of Trustee Linda Marie Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

David B Marks on behalf of Interested Party Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

Cory Mauro on behalf of Interested Party Arby Lipman, LLC
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Arby Lipman
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Derek Stephens
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Debtor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Ryan C Reinert on behalf of Creditor Frank A. Evans, III
rreinert@shutts.com, jheard@shutts.com

Jason S Rigoli, Esq. on behalf of Creditor Nicole Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

Ezequiel Joseph Romero on behalf of Creditor Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Plaintiff Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric J Silver on behalf of Plaintiff Benidt Investments/Slinger, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R. Softness on behalf of Creditor FVP Investments, LLC
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Servicing, LLC
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Investments, LLC
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Servicing, LLC
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

Harry Winderman on behalf of Interested Party KARMA OF PALM BEACH, INC.
harry4334@hotmail.com, lynoramae@gmail.com;lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com;lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com;lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Shaneandninamt, LLC

harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Omar Periu
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Mark J Wolfson, Esq on behalf of Interested Party KARMA OF PALM BEACH, INC.
mwolfson@foley.com, crowell@foley.com