UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 22-15627-EPK
                                                                Chapter 11, Subchapter V

AUTO WHOLESALE OF BOCA, LLC

        Debtor.
_____/

## MOTION TO COMPEL TURNOVER OF ORIGINAL TITLE FOR
## 2018 MERCEDES METRIS PASSENGER (VIN # WD4PG2EE2J3366588)

Interested Party, QUAD FUNDING PARTNERS, LLC ("Quad Funding"), by and through undersigned counsel, and hereby moves the Court for entry of an Order compelling the Debtor, Auto Wholesale of Boca, LLC (the "Debtor") to turn over the original Title to the 2018 Mercedes Metris Passenger (VIN # WD4PG2EE2J3366588) which is in the possession of the Debtor.

On February 23, 2022, Quad Funding purchased a 2018 Mercedes Metris Passenger Van from the Debtor. A copy of the Purchase Agreement is attached as **Exhibit A.** Quad Funding has insured and is in possession of the vehicle.

The original certificate of title, assignment of title, and related documents were in the Debtor's office and are now in the possession of the Debtor [*see* Schedule of Assets, DE 65, page 8]. A copy of the relevant portions of the Schedule of Assets [DE 65] is attached as **Exhibit B.** The title is in the name of Quad Funding, is the property of Quad Funding, and Quad Funding is entitled to its return.

**WHEREFORE,** Interested Party, QUAD FUNDING PARTNERS, LLC., respectfully requests this Court enter an Order granting this Motion, directing the Debtor to turn over the Title to Quad Funding, without further delay, and awarding such other relief as may be just.

Dated: December 12, 2022.                          Respectfully submitted,

DGIM Law, PLLC
Counsel for Quad Funding Partners, LLC
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

/s/ Daniel Gielchinsky
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 0097646
dan@dgimlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this December 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

/s/ Daniel Y. Gielchinsky
Daniel Y. Gielchinsky

# EXHIBIT A

# PURCHASE AGREEMENT



**KARMA | BROWARD**

1717 SE 17TH ST. FORT LAUDERDALE, FL 33316
OFFICE 954.900.1025  FAX 954.900.1753



**KARMA**
BROWARD | PALM BEACH
*Excell Auto Group*

SALES PERSON: JONATHAN MARTIN                    DATE: 2 / 23 / 2022

| | |
|---|---|
| BUYER QUAD FUNDING PARTNERS LLC | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS 3303 W. COMMERCIAL BLVD STE 190 | CITY & STATE FORT LAUDERDALE  FL  ZIP 33309 |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE  ZIP |

HOME PHONE (414)748-1009   BUSINESS PHONE _____ CELL PHONE _____

NEW ☐   YEAR 2018   MAKE MERCEDES-BENZ   MODEL METRIS PASSENGER MILEAGE 241

USED ☒   COLOR BLACK   TRIM _____   BODY TYPE STANDARD ROOF 126" WHEELB

☐  ID NO. WD4PG2EE2J3366588 _____   STOCK NO. 366588

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. | | | |
|---|---|---|---|---|
| YEAR | MAKE | COLOR | | |
| MODEL | | BODY TYPE | | |
| I.D. NO. | | MILEAGE | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | | ALLOW AMT. | | |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | | |
| YEAR | MAKE | COLOR | | |
| MODEL | | BODY TYPE | | |
| I.D. NO. | | MILEAGE | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | | ALLOW AMT. | | |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | | |
| YEAR | MAKE | COLOR | | |
| MODEL | | BODY TYPE | | |
| I.D NO. | | MILEAGE | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | | ALLOW AMT. | | |

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 105,000.00 |
| TRADE ALLOWANCE − | | N/A |
| DIFFERENCE = | $ | 105,000.00 |
| SERVICE FEES* + | | 498.00 |
| SUB TOTAL * | | 105,498.00 |
| SALES TAX + | | 6,379.88 |
| ESTIMATED TAG, TITLE & REG + | | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60.00 |
| EST. BALANCE ON TRADE + | | N/A |
| TOTAL DELIVERY PRICE = | $ | 112,437.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] − | | N/A |
| EXTENDED WARRANTY (taxable) + | | N/A |
| *BALANCE DUE ON DELIVERY = | $ | 112,437.88 |
| AMOUNT FINANCED = | $ | 112,437.88 |

LIENHOLDER: NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA BROWARD**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 2 / 23 / 2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____  Date 02/23/2022

Co-Buyer Signature _____  Date

Accepted By: _____ Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

353567_07/23/21 MMP

# EXHIBIT B

| Debtor | Auto Wholesale of Boca, LLC | Case number (If known) | 22-15627-EPK |
|---|---|---|---|
| | Name | | |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| **State of Florida Motor Vehicle License** | $1.00 | | $1.00 |
| **Department of Finance Motor Vehicle Retail Installment Seller License** | $1.00 | | $1.00 |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $2.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

| | | | |
|---|---|---|---|
| **Automobile Titles for missing autos of Debtor.** **2018 Mercedes Metris VIN x6588.** | 2.00 <br> Total face amount | − 1.00 <br> doubtful or uncollectible amount | = <br> $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2021 Rolls Royce Cullinan VIN x4097.** | 2.00 <br> Total face amount | − 1.00 <br> doubtful or uncollectible amount | = <br> $1.00 |
| **Automobile Titles for missing autos of Debtor.** **2016 Ford Rhino VIN x8666.** | 2.00 <br> Total face amount | − 1.00 <br> doubtful or uncollectible amount | = <br> $1.00 |

Debtor **Auto Wholesale of Boca, LLC**     Case number *(If known)* **22-15627-EPK**
Name

| **Automobile Titles for missing autos of Debtor.** **2021 Lamborghini Urus VIN x2270.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
|---|---|---|---|---|---|
| **Automobile Titles for missing autos of Debtor.** **2012 Lamborghini Aventador VIN x0244.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
| **Automobile Titles for missing autos of Debtor.** **2018 MClaren 720S VIN x1804.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
| **Automobile Titles for missing autos of Debtor.** **2021 Ferrari 812 VIN x1176** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
| **Automobile Titles for missing autos of Debtor.** **2019 Ferrari 488 Pista VIN x5966.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
| **Automobile Titles for missing autos of Debtor.** **2018 Lamborghini Huracan VIN x1207.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |
| **Automobile Titles for missing autos of Debtor.** **2017 Lamborghini Huracan VIN x8121.** | **2.00** Total face amount | − | **1.00** doubtful or uncollectible amount | = | **$1.00** |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Legal and Equitable claims remedies against:**
**Ed Brown, Abby Lippman, Derek Stephens, Frank Evans, Scott Zankl, Kristen Zankl, Karma of Palm Beach, Inc., Karma of Broward, Inc., Excel Auto Group, LLC, Luxury Lease Company, FVP Opportunity Fund III, FVP Servicing, LLC and Hi Bar Capital, LLC.**     **Unknown**

| **Nature of claim** | **Legal and Equitable claims remedies** |
|---|---|
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**