**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC.,[1]          Chapter 11

                          Debtor.            Subchapter V

_____/

### HI BAR CAPITAL, LLC' CONSENT MOTION TO CONTINUE HEARING

**COMES NOW**, Hi Bar Capital, LLC ("***Hi Bar***") and, with the consent of the above-captioned debtor (the "***Debtor***"), hereby moves the Court (this "***Motion***") to continue the status conference and hearing presently set in this chapter 11 case (the "***Case***" or the "***Bankruptcy***") on each of Hi Bar's (i) *Verified Motion for Relief from the Automatic Stay* [ECF #33] (the "***Motion for Stay Relief***") and (ii) *Motion to Dismiss* the Case [ECF #34] (the "***Motion to Dismiss***"). In support of this Motion, Hi Bar states the following:

1.      On July 22, 2022, the Debtor filed this Case under subchapter 5 of chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "***Bankruptcy Code***").

2.      On July 27, 2022, Hi Bar filed its Motion for Stay Relief and Motion to Dismiss.

3.      A status hearing (the "***Status Hearing***") is set for December 14, 2022 at 9:30 a.m. regarding each of the Motion for Stay Relief and the Motion to Dismiss.

4.      As the Court is aware, Hi Bar is party to an adversary proceeding (Adv. Case No. 22-01218-EPK, the "***Adversary Proceeding***") against the Debtor which, among other things, seeks

---

[1] The last four digits of the Debtor's taxpayer identification number is 5162.  The Debtor's noticing address in this Chapter 11 case is 6560 West Rogers Circle, Suite B-27, Boca Raton, Florida 33487.

to determine the Debtor's interest in certain property claimed by the Debtor's estate (which Hi Bar asserts does not belong to the estate) and to confirm the extent, validity and priority of Hi Bar's senior secured position in such property.

5.    The Adversary Proceeding considers, and will necessarily need to determine, many of the same facts and legal issues raised by the Motion for Stay Relief and the Motion to Dismiss. Accordingly, Hi Bar respectfully requests that the Status Hearing be continued and reset to the date that is eventually set for the hearing on the Adversary Proceeding.

6.    Counsel for Hi Bar have discussed the relief requested in this Motion with counsel for the Debtor. The Debtor does not oppose the relief requested herein.

7.    Hi Bar will upload a proposed form of order contemporaneously herewith.

*[Remainder of Page Left Intentionally Blank]*

**WHEREFORE**, Hi Bar respectfully moves the Court to continue the Status Hearing to the date that is eventually set for the evidentiary hearing on the Adversary Proceeding, and for such other and further relief as the Court deems to be just and reasonable.

Dated: December 13, 2022

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ Ezequiel J. Romero
Ezequiel J. Romero (Florida Bar No. 107216)
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131-5354
Telephone      (786) 322-7500
Facsimile:      (786) 322-7501
Email: ezequiel.romero@bclplaw.com

Jarret P. Hitchings (*Admitted pro hac vice*)
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202-6002
Telephone:      (704) 749-8999
Facsimile:      (704) 749-8990
Email: jarret.hitchings@bclplaw.com

*Counsel for Hi Bar Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, I caused the foregoing *Hi Bar Capital, LLC Motion to Continue Hearing* (the "**Motion**") to be electronically filed with the Court using the Court's CM/ECF filing system, which generated an email notice of the filing, linked to this document, to those parties who receive electronic notices in the bankruptcy case captioned above.

I further certify that on this same date, I caused the *Motion* to be served, via electronic mail and United States Mail with postage prepaid, as noted, upon the parties listed below.

C. Craig Eller
1665 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, FL 33401

Via electronic mail to:
celler@kelleylawoffice.com

*Counsel for the Debtor*

James B. Miller
19 West Flagler Street
Suite 416
Miami, FL 33130

Via electronic mail to:
bkcmiami@gmail.com

*Counsel for the Debtor*

Auto Wholesale of Boca, LLC
6560 West Rogers Circle
Suite B-27
Boca Raton, FL 33487

Via United States Mail to: the address listed above

*The Debtor*

Linda Marie Leali
2525 Ponce De Leon Boulevard
Suite 300
Coral Gables, FL 33134

Via electronic mail to:
trustee@lealilaw.com

*The Trustee*

Heidi A Feinman
Office of the US Trustee
51 SW 1 Avenue
Suite 1204
Miami, FL 33130

Via electronic mail to:
Heidi.A.Feinman@usdoj.gov

*Office of the United States Trustee*

4

Dated: December 13, 2022          **BRYAN CAVE LEIGHTON PAISNER LLP**

    */s/ Ezequiel J. Romero*
Ezequiel J. Romero (Florida Bar No. 107216)
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131-5354
Telephone     (786) 322-7500
Facsimile:     (786) 322-7501
Email:          ezequiel.romero@bclplaw.com

*Counsel for Hi Bar Capital, LLC*