**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                      Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC.,[1]          Chapter 11

                              Debtor.          Subchapter V

_____/

**ORDER GRANTING HI BAR CAPITAL, LLC'S**
**CONSENT MOTION TO CONTINUE HEARING**

**THIS CAUSE**, came before the Court, without hearing, for consideration of the consent motion [ECF #___] (the "*Motion*") of Hi Bar Capital, LLC ("*Hi Bar*") seeking to continue the status conference hearing (the "*Status Hearing*") presently set in this chapter 11 case (the "*Case*" or the "*Bankruptcy*") for December 14, 2022 at 9:30 a.m., on each of Hi Bar's (i) *Verified Motion for Relief from the Automatic Stay* [ECF #33] (the "*Motion for Stay Relief*") and (ii) *Motion to Dismiss* the Case [ECF #34] (the "*Motion to Dismiss*"), and good cause appearing and the Court being fully advised, and with the consent of the above-captioned debtor, it is

**ORDERED** that:

1.      The Motion is granted as set forth herein.

2.      The Status Hearing is continued to a date and time to be determined in connection with adversary proceeding *FVP Opportunity Fund III, LP, et* al. v. *Auto Wholesale of Boca, LLC, et al.,* Adv. Pro. No. 22-01218-EPK.

---

[1] The last four digits of the Debtor's taxpayer identification number is 5162.  The Debtor's noticing address in this Chapter 11 case is 6560 West Rogers Circle, Suite B-27, Boca Raton, Florida 33487.

3.    The Court will enter a separate order setting the Status Hearing when the Court sets trial in the adversary proceeding.

* * *

<u>Order Submitted By</u>:

Ezequiel J. Romero (Florida Bar No. 107216)
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131-5354
Telephone:    (786) 322-7500
Facsimile:    (786) 322-7501
Email: ezequiel.romero@bclplaw.com

Jarret P. Hitchings (*Admitted pro hac vice*)
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202-6002
Telephone:    (704) 749-8999
Facsimile:    (704) 749-8990
Email: jarret.hitchings@bclplaw.com

*Counsel for Hi Bar Capital, LLC*

*Attorney <u>Romero</u> is directed to serve this Order in the same manner as the Motion was served.*