

**ORDERED in the Southern District of Florida on December 14, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC.,[1]          Chapter 11

                            Debtor.          Subchapter V

_____/

**ORDER GRANTING HI BAR CAPITAL, LLC'S**
**CONSENT MOTION TO CONTINUE HEARING**

**THIS CAUSE**, came before the Court, without hearing, for consideration of the consent

motion [ECF # 271] (the "***Motion***") of Hi Bar Capital, LLC ("***Hi Bar***") seeking to continue the

---

[1] The last four digits of the Debtor's taxpayer identification number is 5162. The Debtor's noticing address in this Chapter 11 case is 6560 West Rogers Circle, Suite B-27, Boca Raton, Florida 33487.

status conference hearing (the "***Status Hearing***") presently set in this chapter 11 case (the "***Case***" or the "***Bankruptcy***") for December 14, 2022 at 9:30 a.m., on each of Hi Bar's (i) *Verified Motion for Relief from the Automatic Stay* [ECF #33] (the "***Motion for Stay Relief***") and (ii) *Motion to Dismiss* the Case [ECF #34] (the "***Motion to Dismiss***"), and good cause appearing and the Court being fully advised, and with the consent of the above-captioned debtor, it is

**ORDERED** that:

1.      The Motion is granted as set forth herein.

2.      The Status Hearing set for December 14, 2022 is continued to **January 18, 2023 at 1:30 p.m.** at the United States Bankruptcy Court, The Flagler Waterview Building, Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

3.      Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

* * *

Order Submitted By:

Ezequiel J. Romero (Florida Bar No. 107216)
200 South Biscayne Boulevard, Suite 400

Miami, Florida 33131-5354
Telephone:     (786) 322-7500
Facsimile:     (786) 322-7501
Email: ezequiel.romero@bclplaw.com

Jarret P. Hitchings (*Admitted pro hac vice*)
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202-6002
Telephone:     (704) 749-8999
Facsimile:     (704) 749-8990
Email: jarret.hitchings@bclplaw.com

*Counsel for Hi Bar Capital, LLC*

*Attorney* <u>*Romero*</u> *is directed to serve this Order in the same manner as the Motion was served.*