UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

_____Debtor-in-Possession_____/

**AUTO WHOLESALE OF BOCA, LLC.'s FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO SHANEANDNINAMT**

COMES NOW, Debtor, Auto Wholesale of Boca, LLC ("Debtor"), by and through undersigned counsel, and hereby serves the following First Request for Production of Documents pursuant to the Federal Rules of Civil Procedure as adopted by the Federal Rules of Bankruptcy Procedure. In accordance with those Rules, the Debtor requests that ShaneandNinaMT serve a written response to these requests and produce to the Debtor, or permit the Debtor to inspect and copy, each of the following documents in your possession, custody or control, including all documents in the possession, custody or control of any agent or representative within the time frame provided by the applicable Federal Rule or Court Order (whichever is sooner).

**DEFINITIONS**

1. "Woodside" shall mean Woodside Credit, LLC, its agents, officers, directors, employees and all others acting for or on behalf of Woodside.

2. "ShaneandNinaMT" shall mean ShaneandNinaMT its agents, officers, directors, employees and all others acting for or on behalf of ShaneandNinaMT.

3. "AWB" shall mean Auto Wholesale of Boca, LLC, its agents, officers, directors, employees and all others acting for or on behalf of AWB

4. "KPB" shall mean Karma of Palm Beach its agents, officers, directors, employees and all others acting for or on behalf of KPB

5. "KB" shall mean Karma of Broward its agents, officers, directors, employees and all others acting for or on behalf of KB.

6.    "EAG" shall mean Excell Auto Group its agents, officers, directors, employees and all others acting for or on behalf of KB.

7.    "Scott Zankl" shall mean and refer to Scott Zankl, his agents, officers, directors, employees and all others acting for or on behalf of Scott Zankl.

8.    "Kristen Zankl" shall mean and refer to Kristen Zankl, her agents, officers, directors, employees and all others acting for or on behalf of Kristen Zankl.

9.    "Zankls" shall mean and refer to both Scott Zankl and Krsten Zankl.

10.    "Document" means the original and a copy of any document or thing subject to production under the Federal Rules of Civil Procedure, that is or has been in your possession, custody or control, including any written, printed record, typed, mechanical, electronic, computer stored or graphic matter of any kind, photographs, sound recordings, images, text messages, correspondence, communications, and other data and data compilations, including electronically stored information ("ESI").  Any copy containing thereon or attached thereto any alterations, notes, comments, or other material not included in any original or other copy shall not be deemed an identical copy but shall be deemed a separate document within the foregoing definition.

11.    "Communication" means any correspondence, contact, discussion or exchange between two persons or parties.  "Communication" shall include, without limitation, letters, writings, memorandum, emails, text messages, ESI, telephone calls, telephonic transmissions and verbal discussions or statements.

12.    "Electronically Stored Information" or "ESI" means and refers to computer generated information or data, of any kind, stored on computers, files servers, disks, tape or other devices or media, or otherwise evidenced by recording on some storage media, whether real, virtual, or cloud based.

13.    "Person" means any natural person, corporation, partnership, company, sole proprietorship, association, institute, joint venture, firm, governmental body, or other legal entity, whether privately or publicly owned or controlled, for profit or not-for-profit, or partially or fully government owned or controlled.

14.    The terms "relating to" or "reflecting" means and includes: referring to, evidencing, embodied by, connected with, commenting on, responding to, identifying, describing, concerning, analyzing, supporting, showing, proving, demonstrating, pertaining to, reflecting or constituting.

15.    The connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope.

16.    Terms in the plural include the singular and terms in the singular include the plural.

17.     "Identify" in addition to any meaning given within an interrogatory, when used in reference to:

(a)     An individual shall mean to state his or her full name, present or last known address, occupation, business position held, and present or last known business telephone number;

(b)     A firm, partnership, corporation, proprietorship, association, trust, or other organization or entity shall mean to state its full name, its principal place of business, and present or last known address and telephone number;

(c)     An act, action, omission, meeting, communication, contact, or discussion shall mean to state the nature, date, and place of the act, meeting, communication, contact, or discussion (or, in the case of an omission, the person or persons failing to act), the name of the person or persons attending, participating, performing, or joining therein (or, in the case of an omission, the person or persons failing to act), and the names of all persons witnessing or otherwise having knowledge thereof, when the act, omission, meeting, communication, contact, or discussion first occurred or became known to you, and the circumstances and manner in which you first obtained such knowledge;

(d)     A document shall mean to state for each document:  the type of document (e.g., letter or memorandum); the title, date, number, or other identifying information appearing on the face of the document; the date of the document or, if it has no date, the date the document was prepared; the author or creator of the document; the person or persons to whom the document was addressed; any other person or persons who received the document or a copy of the document; the date(s) the document was sent to or received by any other person or persons; the present or last known location of the document and each copy of the document; and the present or last known custodian of the document and each copy thereof.

18.     "Describe" shall mean to provide a narrative statement of the matter in question; identify all documents that relate or refer thereto; identify all persons having knowledge thereof; state the subject matter of each person's knowledge and how that knowledge was obtained, and state what acts were done by each person who in any way participated in the matter in question.

19.     "Contracts" means all contracts or other types of agreements, in whatever form.

20.      "Bank Records" shall refer to balance sheets, bank checks, checks, cancelled or deposited checks, bank deposit or withdrawal slips, bank credit or debit memoranda, monthly bank statements, personal checks, notices of wire transfers or receipt of funds, receipts, statements of account, and any and all other papers similar to any of the foregoing.

21.     "Entities" means any person or entity with which or in which ShaneandNinaMT has an ownership interest, directly or indirectly, or other relationship or position of control, be it formally or informally, of any kind or nature.

22.     The term "Motion" shall refer to ShaneandNinaMT's Motion to Compel Turnover

of the 2018 Lamborghini Performante and to Abandon Title [ECF No. 141] filed in Case 22-15627-EPK.

## INSTRUCTIONS

1.    If any documents requested are not produced but are withheld on a claim of privilege or work product, identify in writing each document withheld.  If only a portion of a document is privileged or work product, then redact and identify the portion being withheld.  With regard to all documents or portions of documents withheld, providing the following information:

   (a)    the reason for withholding the document;
   (b)    the date of the document;
   (c)    the number of pages, attachments, and appendices;
   (d)    the names of its author(s) or preparer(s) and an identification by employment and title of each such person;
   (e)    the present custodian; and
   (f)    the subject matter of the document, and in the case of any document relating or referring to a meeting or conversation, identification of such meeting or conversation.

2.    If any requested document was at one time in existence but has been lost, discarded or destroyed, identify such document as completely as possible, providing as much of the following information as possible:

   (a)    the type of document;
   (b)    its date;
   (c)    the date or approximate date it was lost, discarded or destroyed;
   (d)    the  circumstances and manner in which it was lost, discarded or destroyed;
   (e)    the reason or reasons for disposing of the document (if discarded or destroyed);
   (f)    the identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal of the document;
   (g)    the identity of the person(s) who lost, discarded or destroyed the document; and
   (h)    the identity of all persons having knowledge of the contents of the document.

3.    Documents produced shall be segregated and marked according to the request(s) in response to which they are produced or as they are kept in the ordinary course of business.

## DOCUMENTS TO BE PRODUCED

1.    Any and all Documents, Contracts and Communications Related to the 2018 Lamborghini Performante referenced in ShaneandNinaMT's Motion.

2.      Any and all Documents, including Bank Records, Reflecting payments made by or for ShaneandNinaMT to KB, KPB, EAG, Scott Zankl and/or Kristen Zankl for the 2018 Lamborghini Performante referenced in ShaneandNinaMT's Motion.

3.      Any and all Documents, including Bank Records, Reflecting payments made by or for ShaneandNinaMT towards the 2018 Lamborghini Performante referenced in ShaneandNinaMT's Motion.

4.      Any and all Documents, including Bank Records, Reflecting the sales tax paid related to ShaneandNinaMT's purported purchase of the 2018 Lamborghini Performante referenced in the Motion.

5.      Any and all maintenance and/or service records regarding the 2018 Lamborghini Performante.

6.      Any and all Documents, Communications, and Contracts Referencing or Reflecting the 2018 Lamborghini Performante (Vin# ZHWUD4ZF0JLA11207).

7.      Any and all Documents, Contracts, and Communications by and between ShaneandNinaMT including any Entities, and EAG, KB, KPB, Scott Zankl, and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

8.      Any and all Documents, including Bank Records, reflecting payments to ShaneandNinaMT, including to any Entities, from EAG, KB, KPB, Scott Zankl, and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

9.      Any and all Documents, including Bank Records, reflecting payments from ShaneandNinaMT, including from any Entities, to EAG, KB, KPB, Scott Zankl, or Kristen Zankl.

10.     Any and all photos and/or video showing ShaneandNinaMT with vehicles known to be owned by AWB, EAG, KB, KPB, Scott Zankl, and/or Kristen Zankl, or taken at 1001 Clint Moored Rd., Boca Raton, FL 33487.

11.     Any and all documents ShaneandNinaMT intends to rely on or utilize at the evidentiary hearing on the Motion.

12.     Any and all documents reflecting ShaneandNinaMT's knowledge of any floor financing of, or lien interest in, the inventory of EAG.

13.     Any and all documents reflecting ShaneandNinaMT's knowledge of any floor financing of, or lien interest in, the inventory of KPB

14.     Any and all documents reflecting ShaneandNinaMT's knowledge of any floor financing of, or lien interests in, the inventory of KB

15. All documents, communications, and/or correspondence between ShaneandNinaMT and FVP Opportunity Fund III, LP, FVP Investments, LLC, and/or FVP Servicing, LLC.

16. All documents, communications, and/or correspondence between ShaneandNinaMT and Hi Bar Capital, LLC.

17. All documents, communications, and/or correspondence between ShaneandNinaMT and Wing Lake Partners f/k/a Franklin Capital, LLC.

18. All documents, communications, and/or correspondence between ShaneandNinaMT and Spin Capital, LLC.

19. All documents, communications, and/or correspondence between ShaneandNinaMT and Nicole Testa Mehdipour, whether individually and/or as Chapter 7 Trustee of the Bankruptcy Estate of EAG.

20. All documents, communications, and/or correspondence between ShaneandNinaMT and Kenneth ("Kenny" or "Ken") Goodman.

21. All documents, communications, and/or correspondence between ShaneandNinaMT and Izaak Nakash.

22. All documents, communications, and/or correspondence between ShaneandNinaMT and Edward Brown.

23. All documents, communications, and/or correspondence between ShaneandNinaMTand AWB.

24. All documents referring or relating to ShaneandNinaMT's purchase and/or funding of the 2018 Lamborghini Performante.

25. All documents referring or relating to ShaneandNinaMT's possession of the 2018 Lamborghini Performante.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this pleading was served *via* CM/ECF simultaneously with the filing of the same with the Court on this 14th day of December 22022, upon all parties-in-interest of record in said Bankruptcy Case and who are registered with the Court for such service; and via United States Mail, first-class postage prepaid, upon WEISS, HANDLER & CORNWELL, PA, Attn: Harry Winderman, Esq., One Boca Place, Suite 205-E, 2255 Glades Road, Boca Raton, FL 33431.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## <u>ECF SERVICE LIST</u>

Eyal Berger, Esq. on behalf of Defendant Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Marc E Brandes on behalf of Creditor Marc Brandes
mbrandes@kfb-law.com, bvillalobos@kfb-law.com

John M Brennan, Jr on behalf of Creditor Eric Dore
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

Jerrell A Breslin on behalf of Creditor FVP Investments, LLC
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC
jb@richardbaronlaw.com

Alan R Crane on behalf of Creditor Nicole Mehdipour
acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC

pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Debtor Auto Wholesale of Boca, LLC
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Jay L Farrow on behalf of Defendant Auto Wholesale of Boca, LLC
jay@farrowlawfirm.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Scott C Gherman on behalf of Creditor Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Farache Enterprises, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Mazel Tov, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Calvin Erbstein
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Moshe Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Farache Enterprises Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party MMS Ultimate Services Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Mazel Tov Inc
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Pompano 2009 LLC
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Moshe Farache
sgherman@scottghermanpa.com

Daniel Gielchinsky on behalf of Interested Party Quad Funding Partners, LLC
dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Linda Marie Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Linda Marie Leali on behalf of Interested Party Linda Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Linda Marie Leali on behalf of Trustee Linda Marie Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

David B Marks on behalf of Interested Party Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

Cory Mauro on behalf of Interested Party Arby Lipman, LLC
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Arby Lipman
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Derek Stephens
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Debtor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Ryan C Reinert on behalf of Creditor Frank A. Evans, III
rreinert@shutts.com, jheard@shutts.com

Jason S Rigoli, Esq. on behalf of Creditor Nicole Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

Ezequiel Joseph Romero on behalf of Creditor Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Plaintiff Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric J Silver on behalf of Plaintiff Benidt Investments/Slinger, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R. Softness on behalf of Creditor FVP Investments, LLC
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Servicing, LLC
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Investments, LLC
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Servicing, LLC
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

Harry Winderman on behalf of Interested Party KARMA OF PALM BEACH, INC.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Shaneandninamt, LLC
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Omar Periu
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Mark J Wolfson, Esq on behalf of Interested Party KARMA OF PALM BEACH, INC.
mwolfson@foley.com, crowell@foley.com


**I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Dated: December 14th, 2022        JAMES B. MILLER, P.A.
James B. Miller, Esq.
Counsel to Debtor
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

 /s/ James B. Miller_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164