UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                      Chapter 11 Subchapter V

____Debtor-in-Possession.____  /

**DEBTOR'S AGREED *EX PARTE* MOTION TO RESET HEARINGS SCHEDULED FOR <u>DECEMBER 28, 2022</u>**

Comes Now, Debtor, Auto Wholesaler of Boca, LLC, by and through undersigned counsel, and files and serves the instant *Debtor's Agreed Ex Parte Motion to Reset Hearings Scheduled for December 28th, 2022* (the "Motion"), and states the following in support thereof:

1.      On December 7th, 2022, Edward Brown ("Brown") filed and served *his Motion to Compel Abandonment and Turnover of Title to 2021 Rolls Royce Cullinan VIN# Ending in 4097* [ECF No. 252] (the "Brown Motion") and the same is set for hearing on December 28th, 2022 at 1:30 p.m. [*see* ECF No. 269]; and, on December 13th, 2022, Quad Funding Partners, LLC ("QFP") filed its *Motion to Compel Turnover of Original Title for 2018 Mercedes Metris Passenger (VIN# WD4PG2EE2J3366588)* [ECF No. 268] (the "QFP Motion") and set the same for hearing as well on December 28th, 2022 at 1:30 p.m. [*see* ECF No. 269].

2.      The undersigned had previously scheduled pre-planned family time for the last week of December, 2022, and the first week of January 2023.

3.      Therefore, it is requested that the Court reset and continue these two (2) above-referenced hearings for a date in January 2023.

4.      The undersigned has conferred with the respective Movants' counsel and both counsels have agreed to the matters being reset; therefore, a proposed agreed

order is submitted herewith should the Court grant the instant Motion and reset the above-referenced hearings.

**WHEREFORE**, Debtor respectfully requests that the Court enter an Order, substantially in the form submitted herewith: (i) granting this Motion; (ii) resetting the Hearings; and, (iii) granting such other and further relief as the Court deems just and proper.

Dated:  December 14th, 2022.

Respectfully submitted,

ATTORNEY FOR DEBTOR
**JAMES B. MILLER, P.A.**
Biscayne Building, Suite 416
19 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 374-0200
Facsimile:     (305) 374-0250

By:____*/s/ James B. Miller*_____
      JAMES B. MILLER
      Florida Bar No. 0009164
      jbm@title11law.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the transmission of Notices of Electronic Filing generated by CM/ECF to all parties entitled to receive electronic notices of filing in this case on December 14th, 2022 and *via* U.S. Mail upon those named on the attached service list this 14th day of December, 2022.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164