

**ORDERED in the Southern District of Florida on December 14, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                       Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /

**AGREED ORDER GRANTING**
**DEBTOR'S AGREED *EX PARTE* MOTION TO RESET HEARINGS SCHEDULED FOR**
**DECEMBER 28, 2022**

This matter came on before the Court for consideration of the *Debtor's Agreed Ex Parte*

*Motion to Reset Hearings Scheduled for December 28th, 2022* (the "Motion") [ECF No. 274],

seeking to continue and reset the currently-scheduled hearing(s) on the *Motion to Compel*

*Abandonment and Turnover of Title to 2021 Rolls Royce Cullinan VIN# Ending in 4097* [ECF

No. 252] (the "Brown Motion") filed by Edward Brown ("Brown") and the *Motion to Compel*

*Turnover of Original Title for 2018 Mercedes Metris Passenger (VIN# WD4PG2EE2J3366588)* [ECF No. 268] (the "QFP Motion") filed by Quad Funding Partners, LLC ("QFP"). Both the Brown Motion and the QFP Motion are currently set for hearing December 28th, 2022 at 1:30 p.m. [*see* ECF No.'s 255 and 269]. The Court, finding good cause shown, noting agreement by the Brown and QFP parties, and for good cause shown, does hereby

**ORDER** that:

1. The Motion [ECF No.274] is GRANTED; and the hearings [*see* ECF No.'s 255 and 269] on both the Brown Motion [ECF No.252] and the QFS Motion [ECF No. 268] are continued and reset to be heard on January 11th, 2023 at 1:30 p.m. at the U.S. Bankruptcy Court, Courtroom B, 8th Floor, 1515 N. Flagler Dr., West Palm Beach, FL 33401.

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely *via* Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one (1) business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95

3. Debtor shall serve this *Order* immediately upon its entry, and such notice shall be deemed good and sufficient service.

4.      The Court retains jurisdiction to enforce and interpret the terms of this

*Order*.

### 

Submitted By:
James B. Miller, Esq.
James B. Miller, P.A.
Counsel to Chapter 7 Trustee
19 West Flagler St., Suite 416
Miami, FL 33130
Tel. (305) 374-0200
Fax. (305) 374-0250
Email: jbm@title11law.com; bkcmiami@gmail.com

(Attorney **Miller** shall file a certificate of service of this *Order* in conformity with Local Rule 5005-1(G)(2) and Local Rule 2002-1(F)).