

**ORDERED in the Southern District of Florida on December 15, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,      Case No.: 22- 15627-EPK
                                        Chapter 11 Subchapter V

      Debtor-in-Possession.      /

**ORDER GRANTING**
***EX PARTE* MOTION TO (1) SHORTEN NOTICE FOR HEARING ON**
**DEBTOR'S EXPEDITED MOTION TO SELL INVENTORY, AND (2) SCHEDULE**
**EMERGENCY HEARING ON OR BEFORE DECEMBER 21, 2022**

THIS MATTER came before the Court, without hearing, upon Debtor's *Ex*

*Parte Motion To (1) Shorten Notice or Hearing On Debtor's Expedited Motion To Sell*

*Inventory, And (2) Schedule Emergency Hearing On Or Before December 21, 2022* [ECF No.

266] (the "**Motion**").

The **Motion** requests the Court to consider the *Debtor's Expedited Motion To Sell Inventory* [ECF No. 261] (the "Sale Motion"), and schedule an expedited hearing on shortened notice on or before December 21st, 2022. As represented in the **Motion**, Debtor will serve this *Order* on all creditors and interested parties, and thereby shorten the requisite notice period pursuant to Rules 2002 and 6004, Fed. R. Bankr.P., by seven (7) days.

The Court has considered the **Motion**, is fully advised as to the record in this Case, and finds that the relief requested in the **Motion** is in the best interests of the Debtor's Estate, its creditors, and all interested parties.

Accordingly, it is ORDERED as follows:

1. The **Motion** [ECF No. 266] is GRANTED.

2. The twenty-one (21) day period established by Fed.R. Bankr.P. 2002 to provide notice of the Sale Motion is shortened as set forth herein-below.

3. The Court will consider approval of the Sale Motion [ECF No. 261] on an emergency basis on December 21st, 2022, 1:30 p.m., at the U.S. Bankruptcy Court, Courtroom B, 8th Floor, 1515 N. Flagler Dr., West Palm Beach, FL 33401.

4. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely *via* Zoom (whether by video or by telephone), you must register in advance no later

than 3:00 p.m., one (1) business day before the date of the hearing. To

register, click on or enter the following registration link in a browser:

**https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E**

5. Debtor shall serve this *Order* immediately upon its entry, and such notice

shall be deemed good and sufficient service.

6. The Court retains jurisdiction to enforce and interpret the terms of this

*Order*.

###

<u>Submitted By:</u>
James B. Miller, Esq.
James B. Miller, P.A.
Counsel to Chapter 7 Trustee
19 West Flagler St., Suite 416
Miami, FL 33130
Tel. (305) 374-0200
Fax. (305) 374-0250
Email: jbm@title11law.com; bkcmiami@gmail.com

(Attorney **Miller** shall file a certificate of service of this *Order* in conformity with Local Rule 5005-1(G)(2) and Local Rule 2002-1(F)).