UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

_____Debtor_____/

## MOSHE FARACHE, LISA FARACHE, AND CHASE FARACHE'S MOTION FOR AN EXTENSION OF TIME TO RESPOND SUBPOENA DUCES TECUM

Comes Now, Moshe Farache, Lisa Farache and Chase Farache, by and through undersigned counsel, and move for an extension of time to respond to certain subpoenas *duces tecum*, and in support state:

1.      Moshe Farache (49%), Lisa Farache (49%) and Chase Farache (2%) are the shareholders of the Debtor.

2.      On December 2, 2022, FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (hereinafter, collectively, "FVP") filed copies of  certain subpoenas *duces tecum* without deposition as to Moshe Farache, and Lisa Farache (see Doc 245), with a deadline to respond and produce documents on or before December 16th, 2022.

3.      . Thereafter, on December 5, 2022, FVP filed an additional subpoena *duces tecum* without deposition as to Chase Farache (Doc 249) requiring a document production on or before December 16th, 2022.

4.      The subpoenas seek voluminous documents and information, the relevance of which may be suspect, and further cannot be gathered, reviewed and produced within a few days time, as mandated by FVP.

5.      Each subpoena contains at least thirty-seven (37) requests for documents and commands responses by December 16, 2022.

**1 |** P a g e

6.      Although the subpoenas as to Moshe and Lisa Farache were filed on December 2nd and as to Chase Farache on December 5th, service of process of the subpoenas was not made until December 8, 2022, when the undersigned, as professional courtesy, agreed to accept service and in the good faith belief that extensions of time would be worked out and granted as a matter of professional courtesy.

7.      On December 14, 2022, on a Zoom conference call with FVP's counsel and the Debtor's counsel (amongst other counsel), the undersigned requested an extension of time to respond to the subpoenas.

8.      Although it was the undersigned's belief that an agreement was reached with FVP's counsel to extend the deadline to respond to the subpoenas until January 9, 2023, the following day FVP's counsel sent emails that seemed to waiver from that agreement.

9.      Specifically, FVP's counsel indicated that their agreement was conditioned on the confirmation hearing, currently set for January 18, 2023, being continued to a later date, even though the Debtor's counsel had already confirmed his agreement to a continuance of the same on the Zoom conference and then again in a subsequent email to FVP's counsel the following day.

As FVP will not confirm the extension, and instead is making demand for less than a single day's notice of their change of mind for the deadline to respond, Moshe Farache, Lisa Farache and Chase Farache are compelled to file this Motion in an abundance of caution and seek the Court's granting an extension to timely respond to the subpoenas subject of this Motion through and including no sooner than January 9, 2023.WHEREFORE, Moshe Farache, Lisa Farache and Chase Farache request that the Court enter an order granting them an extension of time until January 9, 2023, to timely respond to the  subpoenas *duces tecum* (identified above) and granting such other relief that the Court deems appropriate.

**2 |** P a g e

**3 |** P a g e

Respectfully submitted on December 15, 2022.

SCOTT C. GHERMAN, P.A.
902 Clint Moore Road
Suite 120
Boca Raton, Florida 33487
(561) 757-6266
sgherman@scottghermanpa.com

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said adversary and bankruptcy proceedings and who are registered with the court for such service.

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653