UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,       CASE NO. 22-15627-EPK

     Debtor.                          Chapter 11/Subchapter 5

_____/

## SECOND JOINT  MOTION TO CONTINUE CONFIRMATION HEARING

**COMES NOW**, Debtor, Auto Wholesale of Boca, LLC, by and through undersigned counsel, and files and FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP")[1] and  jointly move the Court (the "Motion") to continue the confirmation hearing presently set in this Chapter 11 case (the "Case" or the "Bankruptcy"), and state the following.

     1.     This Case was filed under subchapter 5 of chapter 11 (generally, "Sub5") on July 22nd, 2022 ("Petition Date").

     2.     The Debtor filed its Plan of reorganization on October 20, 2022 [ECF #162] and amended same on November 11, 2022 [ECF #196] (the "Plan").

     3.     The Court set confirmation and the usual panoply of deadlines by its Order dated October 24, 2022 [ECF #166] (the "Scheduling Order").

---

[1] Hi Bar Capital and Franklin Capital are in agreement with the relief sought in this Motion.

4.      As the Court is aware, FVP and other parties filed an adversary proceeding (Case No. 22-01218-EPK, the "Adversary") against the Debtor which has morphed – and continues to morph – into a much larger, more complicated matter.

5.      Confirmation of the Plan was originally set for December 7, 2022 at 3:00 p.m.; and, has been continued to January 18th, 2023 at 2:00 p.m. (the "Confirmation Hearing").

6.      By this Motion, FVP and the Debtor seek to continue the Confirmation Hearing into March, 2023, along with all related deadlines, *etc.*

7.      Given the current status of the Adversary Proceeding, intervening holidays, briefing schedules on matters, complexity of this Case and other matters in this Case it is requested that the Confirmation Hearing be continued and reset.

8.      Further, it is believed that some matters may be streamlined if the Confirmation Hearing is continued.

9.      This Motion does not seek to reset all matters in the Scheduling Order [ECF #166][2], and only seeks the continuance of the Confirmation Hearing and the coinciding deadlines for filing ballots, objections to confirmation and for the Debtor to file the Report of Plan Proponents and Confirmation Affidavit.

10.      A proposed Agreed Order is submitted herewith should the Court grant the requested relief.

---

[2] The Motion only seeks to reset the Confirmation hearing date, the deadline to file ballots accepting or rejecting the plan, the deadline to file objections to confirmation and the deadline to file the report of plan proponent and confirmation affidavit. The deadlines to serve the Scheduling Order, Plan and Ballot(s), object to claims and file fee applications are not sought to be extended herein.

**WHEREFORE**, FVP and the Debtor respectfully move the Court to continue the

Confirmation Hearing into March, 2023, along with all attendant deadlines set forth above,

and for such other and further relief as the Court deems to be just and equitable.

Dated December 19, 2022.


Respectfully submitted,

| | |
|---|---|
| James B. Miller, PA | David R. Softness, P.A. |
| 19 West Flagler Street, Suite 416 | 201 S. Biscayne Blvd. |
| Miami, Florida 33130 | Ste 2740 |
| Telephone: (305) 374-0200 | Miami, Florida 33131 |
| Facsimile: (305) 374-0250 | Phone: (305) 341-3111 |
| jbm@titlel1Law.com | E-mail:david@softnesslaw.com |
| bkcmiami@gmail.com | |

By: /s/ James B. Miller   By:   s/ David R. Softness
James B. Miller, Esq.         David R. Softness, Esq.
Florida Bar No. 0009164       Florida Bar No. 513229


*Attorneys for the Debtor*          *Attorneys for FVP*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was

served via CM/ECF electronic transmission upon those parties who are registered with

the Court to receive notifications in this matter and *via* U.S. Mail on December 19th,, 2022,

upon those identified on the attached service list.

/ s/ James B. Miller
JAMES B. MILLER, ESQ.
Fla. Bar. No. 0009164