UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,　　　　　Case No.: 22- 15627-EPK
　　　　　　　　　　　　　　　　　　　　　Chapter 11 Subchapter V

_____Debtor-in-Possession._____/

### AFFIDAVIT OF MOSHE FARACHE IN SUPPORT OF DEBTOR'S EXPEDITED MOTION TO SELL INVENTORY

I, Moshe Farache, Pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, I swear to the truth of the facts stated herein below.

1. I am a co-owner with my wife and son of the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP") and the facts I state herein are based upon my personal knowledge.

2. Each of the cars identified in the Debtor's Expedited Motion To Sell Inventory [ECF No. 261] (the "Sale Motion") are owned by the Debtor and are property of the Debtor.

3. Attached hereto are documents relating to each of the vehicles reflecting that the Debtor owns these vehicles.

4. Some of these vehicles were purchased outright by Debtor for cash via wire or check; and, some were accepted by Debtor as payment/credit for then-existing debt owed to Debtor by the entity which transferred the vehicle in partial payment toward the debt owed to Debtor by said entity.

5. Exhibits 1 through 13, attached hereto,[1] reflect that the Debtor is the owner of these vehicles.

FURTHER AFFIANT SAYETH NAUGHT

_____
MOSHE FARACHE

---

[1] *See also,* ECF #65.

Respectfully submitted on December 19, 2022.

>JAMES B. MILLER, P.A.
>**Counsel for Debtor-in-Possession**
>19 West Flagler St., Suite 416
>Miami, Florida 33130
>T. 305.374.0200
>F. 305.374.0250
>EMAIL: BKCMIAMI@GMAIL.COM
>
>_____/s/_____
>JAMES B. MILLER, ESQ.
>Fla. Bar no. 9164

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading, with all attachments, was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said Adversary Proceeding and who are registered with the Court for such service; and via US Mail upon those identified on the attached service list this December 19th, 2022.

>_____/s/_____
>JAMES B. MILLER, ESQ.
>Fla. Bar no. 9164