**1**

**YEAR** 2019

**MAKE** ASTON MARTIN

**MODEL** DB11

**VIN** M07671

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL. 32399-0500

T# 1626956483
B# 2792309

| Identification Number | Year | Make | Body | WFL-DHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SCFRMFCW6KGM07671 | 2019 | ASTO | CV | 4307 | | 146170034 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

Date of Issue    03/29/2022

Lien Release
Interest in the described vehicle is hereby released

By _____

Title _____

Date _____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WFL-DHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SCFRMFCW6KGM07671 | 2019 | ASTO | CV | 4307 | | 146170034 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Title Date |
|---|---|---|---|---|---|---|
| CA | BGR | | | | PRIVATE | |

By _____

| Odometer Status or Vessel Manufacturer or Off Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 13,340 MILES 02/28/2022 ACTUAL | | | | 03/29/2022 |

Title _____

Date _____

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

**Control Number 156254452**

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

10 /0    156254452

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____

Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |_|_|_|_|_|_| X (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading
[ ] 1. reflects ACTUAL MILEAGE    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS    [ ] 3. is NOT THE ACTUAL MILEAGE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: _____    Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: _____    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV 3/16)    **STATE OF FLORIDA**

## WHOLESALE ORDER

# EXCELL AUTO GROUP, INC.

1001 CLINT MOORE RD. STE 101 BOCA RATON. FL 33487
OFFICE 561.998.5557  FAX 561.998.4703

# (Sold As Is)

DATE: 02/28/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR B27

City: BOCA RATON     State: FL     Zip: 33487

Contact Name: _____ Tel: (561)716-0164 Fax: _____

Year: 2019   Make: ASTON MARTIN   Model: DB11

Color: BEIGE                Body Style: VOLANTE

I.D. Number: SCFRMFCW6KGM07671

Price: $ 175.000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers – no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, _____ EXCELL AUTO GROUP, INC. _____ state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads _____ 13.000 _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| ASTON MARTIN | VOLANTE | DB11 |

| VEHICLE ID NUMBER | | STOCK NUMBER |
|---|---|---|
| SCFRMFCW6KGM07671 | | M07671 |

| COLOR | TRIM | YEAR |
|---|---|---|
| BEIGE | | 2019 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)

EXCELL AUTO GROUP, INC.

TRANSFEROR'S STREET ADDRESS

1001 CLINT MOORE ROAD, SUITE 101

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|
| DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING X _Alana Bailey_ |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)

AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS

6560 W ROGERS CIR B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED |
|---|---|
| PRINTED NAME OF PERSON SIGNING | |

Case 22-15627-EPK   Doc 290-1   Filed 12/19/22   Page 3 of 7



## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

VEHICLE HISTORY

X211A040524

AUTOMOBILE

SCFRMFCULKGM07671          2019 ASTO          BUXZ180

CV                                    NONE          03/26/2020

2019 MA          AD          04/05/19

03/25/2019          26 MI
ACTUAL MILEAGE

VAULT FOR ALLY OR COLT LSR
COHEN JULIA IRENE LSE
2825 VINEYARD RD
NOVATO CA 94947

VAULT FOR ALLY Financial or OR COLT LSR

ALLY FNCL
PO BX 8128
COCKEYSVILLE
MD 21030

DEVON ERTEL

Ferrari of San Francisco

ALLY FINANCIAL

CA188059020
026869

KEEP IN A SAFE PLACE - VOID IF ALTERED

**APPLICATION FOR TRANSFER BY NEW OWNER**      *(Please print or type.)*

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND   ☐ OR   (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS         APT/SP/STE. NUMBER

5. CITY      STATE      ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY      STATE      ZIP CODE

**OWNER**

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE     SIGNATURE OF NEW REGISTERED OWNER  X     DRIVER LICENSE OR ID CARD NO.     PURCHASE DATE

9b. DATE     SIGNATURE OF NEW REGISTERED OWNER  X     DRIVER LICENSE OR ID CARD NO.     PURCHASE PRICE OR IF GIFT SO STATE

**LEASED VEH. ONLY**  10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER - FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY      STATE      ZIP CODE

**TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS**

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: |1|5|2|5|3| (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.     R/S NUMBER

DATE 1·13·22 X *Mike Keret*   SIGNATURE OF AUTHORIZED AGENT   PRINTED NAME OF AGENT Tracy Kovaly   DEALER NAME Ferrari of San Francisco   DEALER NUMBER 44871N

DATE 1·13·22 X   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   PRINTED NAME OF BUYER OR AGENT bbartlett   HITFIGURE 1100079   SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE   DATE OF AUCTION   AUCTION NAME

15. Odometer now reads: | | | | | | | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.     R/S NUMBER

DATE 2·1·22 X   SIGNATURE OF AUTHORIZED AGENT   PRINTED NAME OF AGENT bbartlett   HITFIGURE 1100079   DEALER NUMBER

DATE 2/1/22 X   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   PRINTED NAME OF BUYER OR AGENT Alana Bailey - Karma Broward   SALESPERSON'S NUMBER

16. Odometer now reads: | | | | | | | (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.     R/S NUMBER

DATE X   SIGNATURE OF AUTHORIZED AGENT   PRINTED NAME OF AGENT   DEALER NAME   DEALER NUMBER

DATE X   BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING   PRINTED NAME OF BUYER OR AGENT   SALESPERSON'S NUMBER

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: __CA180059020__   State of Issue: __CA__

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?   [ ] Yes   [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SCFRMFCW6KGM07671 | 2019 | ASTON MARTIN | DB11 | CV |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| KARMA BROWARD | | VF/1133543/1 | |
| Street Address | City | State | Zip |
| 1717 SE 17TH ST | FT LAUDERDALE | FL | 33316 |
| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) | |
| | RESALE | 16-8018297140-3 | |
| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale | |
| EXCELL AUTO GROUP INC | | 02/28/2022 | |
| Purchaser's Address | City | State | Zip |
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |
| Co-Purchaser's Address (if applicable) | City | State | Zip |
| | | | |
| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
| | | | |
| Street Address | City | State | Zip |
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][ ],[ ][ ][ ] XX (NO TENTHS) MILES,
DATE READ _2/28/22_, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING -- ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s) Agent Signature |
|---|---|
| Alina Bailey | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| | |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| | |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
| Nidia Leiva | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: CA188059020 State of Issue: CA

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic? [ ] Yes [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SCFRMFCW6KGM07671 | 2019 | ASTON MARTIN | DB11 | CV |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (If applicable) | |
|---|---|---|---|
| EXCELL AUTO GROUP INC | | VI/1014408/1 | |
| Street Address | City | State | Zip |
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |
| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) | |
| | RESALE | 60-8015033028-0 | |
| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale | |
| AUTO WHOLESALE OF BOCA LLC | | 02/28/2022 | |
| Purchaser's Address | City | State | Zip |
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |
| Co-Purchaser's Address (If applicable) | City | State | Zip |
| | | | |
| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
| | | | |
| Street Address | City | State | Zip |
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ].[ ][ ],[ ][ ][ ] XX (NO TENTHS) MILES, DATE READ 2/28/22 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1 REFLECTS ACTUAL MILEAGE
[ ] 2 IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3 IS NOT THE ACTUAL MILEAGE WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name (if seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| | Nidia Leiva |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| | |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| | |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
| | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE                    COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT