2

YEAR          2017

MAKE          FERRARI

MODEL         F12 BERLINETTA

VIN           221036

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1628089697
B# 2793552

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF74UFA7H0221036 | 2017 | FERR | 2D | 3593 | | 135425644 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

Date of Issue     03/31/2022

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF74UFA7H0221036 | 2017 | FERR | 2D | 3593 | | 135425644 |

Lien Release
Interest in the described vehicle is hereby released
By

| Prev. State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | RED | | | | PRIVATE | 07/10/2019 |

Title

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop. | Date of Issue |
|---|---|---|---|---|
| 3,813 MILES 02/22/2022 ACTUAL | | | | 03/31/2022 |

Date

Registered Owner
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number  **156254587**

10 /8   156254587

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____   Address: _____

Seller Must Enter Selling Price: _____   Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__| X (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading

☐ 1, reflects ACTUAL MILEAGE    ☐ 2, is IN EXCESS OF ITS MECHANICAL LIMITS    ☐ 3, is NOT THE ACTUAL MILEAGE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____   CO-SELLER Must Sign Here: _____

Print Here: _____   Print Here: _____

Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____

Auction Name: _____   License Number: _____

PURCHASER Must Sign Here: _____   CO-PURCHASER Must Sign Here: _____

Print Here: _____   Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/15)        STATE OF FLORIDA

## WHOLESALE ORDER
*Excell Auto Group, Inc.*
1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487
Direct: (561) 998-5557 • Fax: (561) 998-4703

# (Sold As Is)

DATE: 2/2/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W. ROGERS CIRCLE B27

City: BOCA RATON                 State: FL          Zip: 33487

Contact Name: _____ Tel: _____ Fax: _____

Year: 2017     Make: FERRARI          Model: 2D

Color: RED                    Body Style: 2D

I.D. Number: ZFF74UFA7H0221036

Price: $ 300000.00

### REGISTRATION AND TITLE WARRANTY
THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before selling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT
(of the vehicle described below) now reads _3813_ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|------|-----------|-------|
| FERRARI | 2D | 2D F12 Berlinette. |

| VEHICLE ID NUMBER | STOCK NUMBER |
|-------------------|--------------|
| ZFF74UFA7H0221036 | 221036 |

| COLOR | TRIM | YEAR |
|-------|------|------|
| RED | | 2017 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE ROAD, SUITE 101

| CITY | STATE | ZIP CODE |
|------|-------|----------|
| BOCA RATON | FLORIDA | 33487 |

AUTHORIZED SIGNATURE ▶ TRANSFEROR'S SIGNATURE (SELLER)  X _____

DATE STATEMENT SIGNED
2/2/22

PRINTED NAME OF PERSON SIGNING
X NIDIA LEIVA

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS
6560 W. ROGERS CIRCLE B27

| CITY | STATE | ZIP CODE |
|------|-------|----------|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

TRANSFEREE'S SIGNATURE - (BUYER) _____  DATE SIGNED  02.02.22

PRINTED NAME OF PERSON SIGNING
MICHELE MARTIN

## Check Details

Show full image*                    🖨 Print

| | |
|---|---|
| Check Number | 12632 |
| Date Posted | 02/02/22 |
| Check Amount | $300,000.00 |



‹ Previous      Flip    🔎 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF74UFA7H0221036 | 2017 | FERR | 2D | 3593 | | 135425644 |

Date of Issue 07/10/2019

Registered Owner:

FRANK ARTHUR EVANS III
1800 NW CORPORATE BLVD #310
BOCA RATON  FL 33431

Mail To:

FRANK ARTHUR EVANS    III
1800 NW CORPORATE BLVD #310
BOCA RATON  FL 33431-7336

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF74UFA7H0221036 | 2017 | FERR | 2D | 3593 | | 135425644 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| PA | RED | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 2371 MILES    06/28/2019 ACTUAL | | | 07/10/2019 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner

FRANK ARTHUR EVANS III
1800 NW CORPORATE BLVD #310
BOCA RATON  FL 33431

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number 142093737

Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _Karma Palm Beach_    Address: _1001 Clint Moore Rd #103, Boca Raton_

Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _2-2-22_    _FL 33487_

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |_1_|_3_|_,_|_8_|_1_|_3_| X | (no tenths) miles, date read _2-2-22_ and I hereby certify that to the best of my knowledge the odometer reading

[X] 1. reflects ACTUAL MILEAGE.    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _[signature]_          CO-SELLER Must Sign Here: _____

Print Here: _Frank Arthur Evans III_          Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _[signature]_          CO-PURCHASER Must Sign Here: _____

Print Here: _[signature]_          Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)          **STATE OF FLORIDA**

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____ , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____ Purchaser's DL/ID _____
First            MI            Last

Address _____ Selling Price $_____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

**ODOMETER CERTIFICATION**

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF/1133543/1  Selling Dealer's Name: Kanna Palm Beach  Tax No.: 60-8018185188-0  Tax Collected: R/S

Selling Dealer's Address: 1001 Clint Moore Rd #108, Boca Raton, FL 33187   Date Sold:

Purchaser's Name(s): Excell Auto Group Inc   Address: 100 Clint Moore Rd #101, Boca Raton FL 33187

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS: [   ] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[ ] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____
Print Here: Teddi J. Soopal

Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____
Print Here: Kana Bailey

Auction Name (When Applicable): _____
Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____  Selling Dealer's Name: _____  Tax No.: _____  Tax Collected: _____

Selling Dealer's Address: _____   Date Sold: _____

Purchaser's Name(s): _____   Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS: [   ] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[ ] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____
Print Here: _____

Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____
Print Here: _____

Auction Name (When Applicable): _____
Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____  Selling Dealer's Name: _____  Tax No.: _____  Tax Collected: _____

Selling Dealer's Address: _____   Date Sold: _____

Purchaser's Name(s): _____   Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS: [   ] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[ ] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____
Print Here: _____

Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____
Print Here: _____

Auction Name (When Applicable): _____
Auction License Number: _____