3

YEAR          2020

MAKE          MERCEDES

MODEL         G 63

VIN           346462

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1626962227
B# 2792326

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| W1NYC7HJ6LX346462 | 2020 | MERZ | UT | 5845 | | 146178123 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

Date of Issue    03/29/2022

**Lien Release**
Interest in the described vehicle is hereby released

By_____

Title_____

Date____/____/____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

**LIEN SATISFACTION**

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| W1NYC7HJ6LX346462 | 2020 | MERZ | UT | 5845 | | 146178123 |

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| CA | GRN | | | | PRIVATE | |

**Lien Release**
Interest in the described vehicle is hereby released.

By_____

Title_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 10,274 MILES 02/23/2022 ACTUAL | | | | 03/29/2022 |

Date____/____/____

Registered Owner
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number  **156254456**

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

10  /8   156254456

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____   Address:_____

Seller Must Enter Selling Price:_____   Seller Must Enter Date Sold:_____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |__|__|__|__|__|__| X | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:

[ ] 1. reflects ACTUAL MILEAGE.     [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.     [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____   CO-SELLER Must Sign Here:_____

Print Here:_____   Print Here:_____

Selling Dealer's License Number:_____   Tax No.:_____   Tax Collected:_____

Auction Name:_____   License Number:_____

PURCHASER Must Sign Here:_____   CO-PURCHASER Must Sign Here:_____

Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/16)          **STATE OF FLORIDA**

Case 22-15627-EPK    Doc 290-3    Filed 12/19/22    Page 3 of 8

## WHOLESALE ORDER
### Excell Auto Group, Inc.
1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487
Direct: (561) 998-5557 • Fax: (561) 998-4703

(Sold As Is)                              DATE: 02/23/2022

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR #B27

City: BOCA RATON        State: FL        Zip: 33487

Contact Name: _____   Tel: _____   Fax: _____

Year: 2020    Make: MERCEDES    Model: G63

Color: GREEN                Body Style: 2DR

I.D. Number: W1NYC7HJ6LX346462

Price: $235000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) *Nidia Leiva*

Buyer (Sign Here) *Michele Martin*

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** _____ state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT
(of the vehicle described below) now reads 10,274 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| MERCEDES | 2DR | G63 |

| VEHICLE ID NUMBER | | STOCK NUMBER |
|---|---|---|
| W1NYC7HJ6LX346462 | | |

| COLOR | TRIM | YEAR |
|---|---|---|
| GREEN | BLACK | 2020 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
EXCELL AUTO GROUP, INC.

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE ROAD, SUITE 101

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X *Nidia Leiva* |
|---|---|
| DATE STATEMENT SIGNED 02/23/2022 | PRINTED NAME OF PERSON SIGNING X *Nidia Leiva* |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS
6560 W ROGERS CIR #B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) *Michele Martin* | DATE SIGNED 02/23/2022 |
|---|---|
| PRINTED NAME OF PERSON SIGNING *MICHELE MARTIN* | |

Page 1 of 1

# BankUnited

Transaction View

| | |
|---|---|
| **Account Title/Name** | **Account Number** |
| AUTO WHOLESALE OF BOCA LLC | 9854907432 |
| **Amount**    **Currency** | |
| 235,000.00    USD,UNITED STATES DO | |

**ORIGINATOR INFO**

**Name**
AUTO WHOLESALE OF BOCA LLC

**FED Code    Special Fee**
CTP,1000        0.00

**Originator Address**
6560 W ROGERS CIRCLE APT B27
BOCA RATON FL 33487

**Account Number/Identifier**
9854907432

**Originator Reference**

US

**ORIGINATOR TO BENEFICIARY INSTRUCTIONS**
2020 MERCEDES 346462

Waive

**BENEFICIARY INFO**

**Name**
EXCELL AUTO GROUP INC

**Account Number**
612283199

**Beneficiary Physical Address**
1001 CLIENT MOORE ROAD STE 101

BOCA RATON FL 33487                  US

**BENEFICIARY BANK**
JPMORGAN CHASE BANK, NA, NEW YORK,

**ABA/SWIFT**
021000021

**Bank Address**

**Account Number**

**Bank Contact Instructions      Phone**

US

**INTERMEDIARY BANK OR USA CORRESPONDENT**

**Bank Address**

US

**Test Key/Electronic Signature**

**Preparer ID      Authorizer**
EMINTURN

| |
|---|
| 2/23/2022, 3:00:01 PM Posted by EMINTURN    : FLDL F620-540-69-343-0 Issued 7/01/2019 Expires 9/23/2027 no alerts/memos funds verified |

Authorizer Signature: _____           Client Signature: _____



## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

VC020041HGC

AUTOMOBILE

VEHICLE HISTORY

VEHICLE ID NUMBER: WJNYC7H16LX346462

YR MODEL: 2020    MAKE: MERZ    PLATE NUMBER: 8PYY443

BODY TYPE MODEL: UT    MAX UNLADEN WEIGHT    FUEL: G    TRANSFER DATE    FEES PAID: #1508    REGISTRATION EXPIRATION DATE: 03/12/2021

YR 1ST SOLD: 2020    CLASS: MA    YR    MO: BD    EQUIPMT/TRUST NUMBER    ISSUE DATE: 04/14/20

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE: 03/11/2020    ODOMETER READING: 19 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)

ORANGE SPORTS MOTORS LLC
OR TREVINO HELADIO EDGAR
PO BX 675823
RCHO SANTA FE CA 92067

I certify (or declare) under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE

1a DATE: 01/12/22    X    SIGNATURE OF REGISTERED OWNER

1b DATE:    X    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [    101,144    ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING    ☐ Odometer reading is not the actual mileage.    ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 1/12/22    X TRANSFEROR/SELLER SIGNATURE(S)    DATE: 1/12/22    X TRANSFEREE/BUYER SIGNATURE(S)

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY
Orange Sports motors LLC or bbartlett

PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

IMPORTANT READ CAREFULLY
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

Signature releases interest in vehicle. (Company names must be countersigned)
Release Date

CA195942230
002400    REG. 17.30RS (REV 02/2016)

KEEP IN A SAFE PLACE - VOID IF ALTERED

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.

## APPLICATION FOR TRANSFER BY NEW OWNER    (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND    ☐ OR    (LAST, FIRST, MIDDLE)

4. RESIDENCE OR BUSINESS STREET ADDRESS    APT./SP./STE. NUMBER

5. CITY    STATE    ZIP CODE

6. COUNTY OF RESIDENCE OR COUNTY WHERE VEHICLE IS PRIMARILY GARAGED-OR-FOR TRAILER COACHES, ADDRESS OR LOCATION WHERE KEPT

7. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

8. CITY    STATE    ZIP CODE

If there is a mailing address entered on this form it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Code of Civil Procedure Sections 415.20(b), 415.30(a) and 416.90.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.

9a. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE DATE

9b. DATE    SIGNATURE OF NEW REGISTERED OWNER    X    DRIVER LICENSE OR ID CARD NO.    PURCHASE PRICE OR IF GIFT, SO STATE

**LEASED VEH. ONLY**

10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER – FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE 'NONE') DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE ELECTRONIC LIENHOLDER ID    ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY    STATE    ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.
The signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies to the odometer reading entered above my signature in compliance with Federal law.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: 110 074 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I declare under penalty of perjury under the laws of the State of California that the information entered on this application is true and correct.    R/S NUMBER

DATE 2·18·22    SIGNATURE OF AUTHORIZED AGENT X    PRINTED NAME OF AGENT bbartlett    DEALER NAME HITFIGURE #80879    DEALER NUMBER

DATE 2-18·22    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X    PRINTED NAME OF BUYER OR AGENT Sandra Guerrero    Karma Broward    SALESPERSON'S NUMBER

SOLD THROUGH AUCTION IF APPLICABLE    DATE OF AUCTION    AUCTION NAME    DEALER NUMBER

15. Odometer now reads: (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    R/S NUMBER

DATE    SIGNATURE OF AUTHORIZED AGENT X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

16. Odometer now reads: (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.
I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.    R/S NUMBER

DATE    SIGNATURE OF AUTHORIZED AGENT X    PRINTED NAME OF AGENT    DEALER NAME    DEALER NUMBER

DATE    BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X    PRINTED NAME OF BUYER OR AGENT    SALESPERSON'S NUMBER

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reserve Side)

This reassignement is supplement to: [X] Title No.: __CA195942230__   State of Issue: ___CA___

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?   [ ] Yes   [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| W1NYC7HJ6LX346462 | 2020 | MERCEDES | G63 | UT |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| KARMA BROWARD | | VF/1133543/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 17TH ST | FT LAUDERDALE | FL | 33316 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 16-8018297140-3 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| EXCELL AUTO GROUP INC | 02/23/2022 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, | |1|0|,|2|7|4| XX (NO TENTHS) MILES,

DATE READ __02/23/22__, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1.  REFLECTS ACTUAL MILEAGE
[ ] 2.  IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3.  IS NOT THE ACTUAL MILEAGE  WARNING -- ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Sandra Guerrero | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| | |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| | |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
| Alana Bailey | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV.  04/14) S

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: CA195942230    State of Issue: CA

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?    [ ] Yes    [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| W1NYC7HJ6LX346462 | 2020 | MERCEDES | G63 | UT |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| EXCELL AUTO GROUP INC | | VI/1014488/1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 60-8015033028-0 |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| AUTO WHOLESALE OF BOCA LLC | | 02/23/2022 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][1][0],[2][7][4] XX (NO TENTHS) MILES,
DATE READ 02/23/22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Alana Bailey | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE      COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT