4

YEAR          2019

MAKE          BMW

MODEL         X7

VIN           S39222

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1626957955
B# 2792313

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 5UXCX4C56KLS39222 | 2019 | BMW | UT | 5617 | | 135665582 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

Date of Issue   03/29/2022

**Lien Release**
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 5UXCX4C56KLS39222 | 2019 | BMW | UT | 5617 | | 135665582 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 08/10/2020 |

| Odometer Status or Vessel Manufacturer or OH Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 26,517 MILES 12/29/2021 ACTUAL | | | | 03/29/2022 |

Registered Owner:
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number  **156254453**
10 /8  156254453

Terry L. Rhodes
Executive Director

STATE OF FLORIDA

## WHOLESALE ORDER

**Excell Auto Group, Inc.**
1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487
Direct: (561) 998-5557 • Fax: (561) 998-4703

# (Sold As Is)

DATE: 12/29/21

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W. ROGERS CIRCLE B27

City: BOCA RATON State: FL Zip: 33487

Contact Name: _____ Tel: _____ Fax: _____

Year: 2019 Make: BMW Model: X7

Color: BLUE Body Style: SPORT

I.D. Number: 5UXCX4C56KLWS39222

Price: $75000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers – no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT
(of the vehicle described below) now reads **26517** (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| BMW | SPORT | X7 |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| 5UXCX4C56KLWS39222 | S39222 |

| COLOR | TRIM | YEAR |
|---|---|---|
| BLUE | | 2019 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE ROAD, SUITE 101

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

AUTHORIZED SIGNATURE ▶ TRANSFEROR'S SIGNATURE (SELLER) X

DATE STATEMENT SIGNED 12/29/21

PRINTED NAME OF PERSON SIGNING X NIDIA LEIVA

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS
6560 W. ROGERS CIRCLE B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

TRANSFEREE'S SIGNATURE (BUYER) _____ DATE SIGNED 12-29-21

PRINTED NAME OF PERSON SIGNING
MICHAELE MARTIN

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, Fl. 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 5UXCX4C56KLS39222 | 2019 | BMW | UT | 5617 | | 135665582 |

Date of Issue 08/10/2020

Registered Owner:

SCOTT THOMAS ZANKL
16937 PIERRE CIR
DELRAY BEACH FL 33446-3693

Mail To:

07/17/2020
ALLY FINANCIAL
PO BOX 8110
COCKEYSVILLE MD 21030-8110

**LIEN SATISFACTION**

**ALLY FINANCIAL**

Lien Release
Interest in the above described vehicle is hereby released
By
Title
Date 11/3/22

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 5UXCX4C56KLS39222 | 2019 | BMW | UT | 5617 | | 135665582 |

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 09/06/2019 |

| Odometer Status or Vessel Manufacturer of CH Use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 6870 MILES 07/17/2020 ACTUAL | | | 08/10/2020 |

Registered Owner
SCOTT THOMAS ZANKL
16937 PIERRE CIR
DELRAY BEACH FL 33446-3693

VOID VOID VOID

1st Lienholder

ALLY FINANCIAL 07/17/2020
PO BOX 8110
COCKEYSVILLE MD 21030-8110

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Terry L. Rhodes
Executive Director

Control Number 153545320

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Karma Palm Beach    Address: 1001 Clint Moore Rd #105, Boca Raton FL 33487

Seller Must Enter Selling Price:    Seller Must Enter Date Sold: 12-23-21

If this vehicle title is 5 or 6 digit odometer now reads: 12657.7 x (no tenths) miles, date read: 12-23-21 and I hereby certify that to the best of my knowledge the odometer reading:
☑ 1 is ACTUAL MILEAGE    ☐ 2 is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3 is NOT THE ACTUAL MILEAGE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: Scott    CO-SELLER Must Sign Here:
Print Here: Scott Thomas Zankl    Print Here:
Selling Dealer's License Number:    Tax No.:    Tax Collected:
Auction Name:    License Number:

PURCHASER Must Sign Here:    CO-PURCHASER Must Sign Here:
Print Here:    Print Here:

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

## STATE OF FLORIDA