5

YEAR          2019

MAKE          GMC

MODEL         YUKON

VIN           354378

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GKS1CKJ8KR354378 | 2019 | GMC | UT | | 5387 | 136134618 |

Lien Release
Interest in the described vehicle is hereby released

By

Title

Date FEB 14 2022

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| | WHI | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH Use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 8 MILES   09/05/2019 ACTUAL | | | 09/18/2019 |

Registered Owner

ACAR LEASING LTD INC
PO BOX 9000
LUTHERVILLE    MD 21094

WELLS FARGO AS CTL AGENT

1st Lienholder

09/05/2019

WELLS FARGO AS CTL AGT
PO BOX 9000
LUTHERVILLE    MD 21094

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VE

Control Number    145393343

Robert R. Kynoch
Director

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to

Seller Must Enter Purchaser's Name: _Karma Palm Beach_

Seller Must Enter Selling Price: _____

Seller Must Enter Date Sold: 10/1/21

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads | 26,580 | X | (no tenths) miles, date read 10/1/21 and I hereby certify that to the best of my knowledge the odo

☐ 1. reflects ACTUAL MILEAGE    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: Joey Gilliam    ACAR    Print Here: _____
Leasing LTD INC

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: _____    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV 3/15)    **STATE OF FLORIDA**

**ODOMETER CERTIFICATION** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: VF/1335413/1

Selling Dealer's Name: Karma Palm Beach

Tax No.: 60-8018195758-0

Tax Collected: R/S

Selling Dealer's Address: 1001 Clint Moore Rd #103 Boca Raton FL 33487

Purchaser's Name(s): Auto Wholesale of Boca LLC

Address: 10560 W Rogers Cir #327, Boca Raton, FL 33487

I/WE STATE THAT THIS [ ] 5 OR [x] 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

[ ] 1. REFLECTS ACTUAL MILEAGE

[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _Michelle Martin_

Print Here: MICHELE MARTIN

Seller/Agent Must Sign Here: _____

Print Here: Aaron Bailey

Co-Purchaser Must Sign Here: _____

Print Here: _____

Auction Name (When Applicable): _____

Auction License Number: _____

## SECOND REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____

Selling Dealer's Name: _____

Tax No.: _____

Tax Collected: _____

Selling Dealer's Address: _____

Date Sold: _____

Purchaser's Name(s): _____

Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

[ ] 1. REFLECTS ACTUAL MILEAGE

[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____

Print Here: _____

Seller/Agent Must Sign Here: _____

Print Here: _____

Co-Purchaser Must Sign Here: _____

Print Here: _____

Auction Name (When Applicable): _____

Auction License Number: _____

## THIRD REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____

Selling Dealer's Name: _____

Tax No.: _____

Tax Collected: _____

Selling Dealer's Address: _____

Date Sold: _____

Purchaser's Name(s): _____

Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ XX (NO TENTHS) MILES, DATE READ ___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX

[ ] 1. REFLECTS ACTUAL MILEAGE

[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

[ ] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____

Print Here: _____

Seller/Agent Must Sign Here: _____

Print Here: _____

Co-Purchaser Must Sign Here: _____

Print Here: _____

Auction Name (When Applicable): _____

Auction License Number: _____

 **Bank**

# Domestic Wire Transfer

| | | |
|---|---|---|
| Initiator: | Molly I Jankl | Date: 03/15/2022 |
| Initiator's Ph #*: | (561) 237-6045 | Reference Number: 0251 |
| Approver's Name : Zhanna Forkosh | | Wire Status: Pending Branch Approval |

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $172,000.00 | 004-TD BANK N.A. | 004-TD BANK N.A. | 1524 |

**Same Day Deposit?***
No

| Wire Type | Account Type |
|---|---|
| Wire Transfer | ☐ Check If Federal Tax Payment    Business |

## ORIGINATOR

| Customer Name* | Customer Account Number* |
|---|---|
| Auto Wholesale Of Boca Llc | 4373228886 |

| Beneficiary Name* | Beneficiary Account Number* |
|---|---|
| Karma Of Palm Beach Inc | 705116603 |

| Beneficiary Address 1* | Beneficiary Address 2* |
|---|---|
| 1001 CLINT MOORE ROAD | STE 103 |

| Beneficiary City* | Beneficiary State / Zip Code |
|---|---|
| BOCA RATON | FL 33487 |

| ABA Number* | Receiving Bank Name* |
|---|---|
| 021000021 | JPMORGAN CHASE BANK, NA |

## SPECIAL INSTRUCTIONS

---

AUTO WHOLESALE OF BOCA LLC
6560 W ROGERS CIRCLE SUITE 27
BOCA RATON, FL 33487

TD BANK
63-1482/670

1019

*For bookkeeping records only
paid by wire*

3/15/2022

PAY TO THE ORDER OF    KARMA PB                                    $ **57,000.00

Fifty-Seven Thousand and 00/100**************************************************************************

KARMA PB                                                                                      DOLLARS

MEMO    2019 GMC 354378

*VOID*
AUTHORIZED SIGNATURE

⑈00⑆0⑆9⑈ ⑆0670⑆48⑆2⑈ 4373228886⑈

---

*WIRE FOR:    GMC 354378 - 57,000
PORSCHE A00731 - 30,000        = 172,000
PORSCHE 78316 - 85,000        3 cars on 1 wire*