6

YEAR          2018

MAKE          MCLAREN

MODEL         720S

VIN           000606

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1626964165
B# 2792329

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14DCA9JW000606 | 2018 | MCLA | 2D | 3128 | | 135603764 |

**Registered Owner:**

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

Date of Issue    03/29/2022

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**Mail To:**

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

**LIEN SATISFACTION**

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14DCA9JW000606 | 2018 | MCLA | 2D | 3128 | | 135603764 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| MT | SIL | | | | PRIVATE | 08/08/2019 |

| Odometer Status or Vessel Manufacturer or OH Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 6,746 MILES 03/01/2022 ACTUAL | | | | 03/29/2022 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**Registered Owner**
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

**1st Lienholder**
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number 156254458

10 /8   156254458

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____     Address:_____

Seller Must Enter Selling Price:_____     Seller Must Enter Date Sold:_____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__|X| (no tenths) miles, date read_____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____     CO-SELLER Must Sign Here:_____

Print Here:_____     Print Here:_____

Selling Dealer's License Number:_____     Tax No:_____     Tax Collected:_____

Auction Name:_____     License Number:_____

PURCHASER Must Sign Here:_____     CO-PURCHASER Must Sign Here:_____

Print Here:_____     Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)          **STATE OF FLORIDA**

# WHOLESALE ORDER
# EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD. STE 101 BOCA RATON. FL 33487
OFFICE 561.998.5557  FAX 561.998.4703

## (Sold As Is)

DATE: 02/28/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR B27

City: BOCA RATON          State: FL          Zip: 33487

Contact Name: _____ Tel: (561)715-0164 Fax: _____

Year: 2018   Make: MCLAREN   Model: 720S

Color: WHITE          Body Style: COUPE

I.D. Number: SBM14DCA9JW000606

Price: $ 255,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** _____ state that the odometer

TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads _____ 6,746 _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

## VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| MCLAREN | COUPE | 720S |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| SBM14DCA9JW000606 | W000606 |

| COLOR | TRIM | YEAR |
|---|---|---|
| WHITE | | 2018 |

## TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)

**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS

**1001 CLINT MOORE ROAD, SUITE 101**

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|
| DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING X Alan Bailey |

## TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)

AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS

6560 W ROGERS CIR B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

## RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED 3-1-22 |
|---|---|
| PRINTED NAME OF PERSON SIGNING MICHELE MARTIN | |

Case 22-15627-EPK   Doc 290-6   Filed 12/19/22   Page 3 of 9

 **Bank**

# Domestic Wire Transfer

*Initiator:* **Jose A Garces**
*Initiator's Ph #\*:* (561) 237-6045

*Date:* **03/01/2022**
*Reference Number:* 0354

Approver's Name : Molly I Janki

Wire Status: Pending Branch Approval

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $430,000.00 | 004-TD BANK N.A. | 018-TD BANK NY | 1524 |

**Same Day Deposit?\***

No

| Wire Type | | Account Type |
|---|---|---|
| Wire Transfer | ☐ Check if Federal Tax Payment | Business |

## ORIGINATOR

| Customer Name\* | Customer Account Number\* |
|---|---|
| Auto Wholesale Of Boca Llc | 4373228886 |

| Beneficiary Name\* | Beneficiary Account Number\* |
|---|---|
| Excell Auto Group Inc | 612283199 |

| Beneficiary Address 1\* | Beneficiary Address 2\* |
|---|---|
| 1001 Clint Moore Road Ste 101 | |

| Beneficiary City\* | Beneficiary State / Zip Code |
|---|---|
| Boca Raton | FL 33487 |

| ABA Number\* | Receiving Bank Name\* |
|---|---|
| 021000021 | JPMORGAN CHASE BANK, NA |

## SPECIAL INSTRUCTIONS

**Further Credit Bank Name**

**Further Credit Comments (Max 140 Characters)**

| CUSTOMER REQUESTING | APPROVED BY |
|---|---|

| (Signature) | (Signature) |
|---|---|
| Auto Wholesale Of Boca Llc | |

Notices & Disclaimers: Placeholder for disclaimer

 **Bank**

# Domestic Wire Transfer

| Initiator: | Jose A Garces | Date: 03/01/2022 |
| --- | --- | --- |
| Initiator's Ph #*: | (561) 237-6045 | Reference Number: 0354 |

Approver's Name : Molly I Janki

Wire Status:  Pending Branch Approval

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch #. |
| --- | --- | --- | --- |
| $430,000.00 | 004-TD BANK N.A. | 018-TD BANK NY | 1524 |

**Same Day Deposit?***

No

**Wire Type**

Wire Transfer    ☐ Check if Federal Tax Payment    **Account Type**    Business

## ORIGINATOR

| Customer Name* | Customer Account Number* |
| --- | --- |
| Auto Wholesale Of Boca Llc | 4373228886 |

| Beneficiary Name* | Beneficiary Account Number* |
| --- | --- |
| Excell Auto Group Inc | 612283199 |

| Beneficiary Address 1* | Beneficiary Address 2* |
| --- | --- |
| 1001 Clint Moore Road Ste 101 | |

| Beneficiary City* | Beneficiary State / Zip Code |
| --- | --- |
| Boca Raton | FL 33487 |

| ABA Number* | Receiving Bank Name* |
| --- | --- |
| 021000021 | JPMORGAN CHASE BANK, NA |

## SPECIAL INSTRUCTIONS

AUTO WHOLESALE OF BOCA LLC
6560 W ROGERS CIRCLE SUITE 27
BOCA RATON, FL 33487

TD BANK
63-1482/670

1012

2/28/2022

PAY TO THE
ORDER OF .    EXCELL AUTO GROUP

$  **255,000.00

Two Hundred Fifty-Five Thousand and 00/100*********************************************************************************    DOLLARS

EXCELL AUTO GROUP S
1001 CLINT MOORE RD
BOCA RATON, FL 33487

MEMO

2018 MCLAREN 000606

AUTHC

⑈00⑈0⑈2⑈  ⑆067011822⑆  4373228886⑈

## STATE OF MONTANA

### DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
### CERTIFICATE OF TITLE

CJB031

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA6692761 | 2018 | Mclaren | 720S | | CP | PC | 3128 |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | Vehicle Nbr |
|---|---|---|---|---|---|
| SBM14DCA9JW000606 | | | 4997 Miles Actual as of 09/16/2021 | | 5105077 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 09/24/2021 | 09/16/2021 | OOS Title Transfer | | | |

**Owner Name and Address**

Hydr8M8 LLC
419 Second Street
Dodson, MT 59524
Customer Number: 4038295

**Mail To:**
Hydr8M8 LLC
PO Box 4191
Helena MT 59604-4191

This Vehicle/vessel is subject to the following security interest(s):

The vehicle/vessel may be subject to other security interests.

As the Registered Owner of the above vehicle, I transfer all right, title and interest in the vehicle to the following person, as of the date below:

Print name of buyer, whether individual or business
**HITFIGURE**

Date of Transfer (delivery of vehicle)
1/24/22

Buyer's Street Address
2115 Harbor Bl.
Costa Mesa, CA 92627

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) __6746__ miles, date read __1/24/22__ and to the best of my knowledge it reflects the actual mileage unless one of the following statements is checked:

DO NOT CHECK UNLESS APPLICABLE: ☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy

ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge, that I am the same person named above, and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

**ALL OWNERS MUST SIGN**

Signature of First Owner or Agent of Owner (Transferor)
x _____ President

Printed name - must be the same as signature (do not type)
Hydr8M8 LLC - T mullenaux

Signature of Additional Owner or Agent of Owner (if more than one)
x

Printed name - must be the same as signature (do not type)

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

| State of | County of | Signed before me on (date) | Notary Stamp/Seal |
|---|---|---|---|

By (Clearly print name of person requesting notary service)

Notary signature

ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.

Signature of Buyer - only one signature is required
x _____ HITFIGURE 1180070

Printed name - must be the same as signature (do not type)
bbartlett

VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431





CONTROL NO. 16792628
(This is not a title number)

(REV. 1/2017)

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

KEEP IN A SAFE PLACE. ANY ALTERATION, USE OF CORRECTION FLUID OR ERASURE VOIDS THIS CERTIFICATE.

### INSTRUCTIONS – READ CAREFULLY

- Purchaser applying for title is required to complete and sign Section D. The purchaser must include their dealer license number, driver license (DL), federal tax identification number (FEIN), tribal identification number (Tribal ID) or corporate identification number (Corp ID). The title must be submitted to the County Treasurer within 40 days of purchase – failure to do so is a violation of MCA 61-3-220 and will result in a $10.00 penalty.
- The secured party must include their driver license, federal tax identification number, tribal identification number or corporate identification number.
- Licensed dealers may execute up to three transfers by completing Dealer Reassignment Sections A, B, and C. Insurance companies may execute one transfer by completing Section A. WARNING: Federal and state law requires that you transfer ownership to your purchaser and enter the mileage in connection with the transfer – failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.
- Any alteration – use of correction fluid/erasure – voids this certificate.

**FIRST DEALER/INSURER REASSIGNMENT**

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _Karma Broward_    Address _1717 SE 17th St, Ft. Lauderdale, FL 33487_

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _67460_ miles, date read _1·25 22_ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.* |
| | ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) _____    Printed name _bbartlett_

Name of dealership/insurer _HITFIGURE #80070_    Dealer license number or DL/FEIN/Tribal ID/Corp ID _____

**A**    I am aware of the above odometer certification made by the dealer or insurer. Print business name _Karma Broward_

Date of sale _1·25·22_ Signature of purchaser _____ Printed name (do not type) _Alana Bailey_

**SECOND DEALER REASSIGNMENT**

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s)_____    Address_____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.* |
| | ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____    Printed name _____

Name of dealership _____    Dealer license number _____

**B**    I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____    Printed name (do not type) _____

**THIRD DEALER REASSIGNMENT**

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s)_____    Address_____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.* |
| | ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____    Printed name _____

Name of dealership _____    Dealer license number _____

**C**    I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____    Printed name (do not type) _____

**TITLE APPLICATION – SECURITY INTEREST ACKNOWLEDGMENT**

I state that I have compared the manufacturer's vehicle/vessel identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular. This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: _____

First Secured Party _____    Security Interest Date _____

Address _____    DL/FEIN/Tribal ID/Corp ID _____

Second Secured Party _____    Security Interest Date _____

Address _____    DL/FEIN/Tribal ID/Corp ID _____

I certify under penalty of law (MCA 45-7-203, Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity or trust, I have full authority to do so.

Printed or typed name of purchaser/owner/business (1) _____    Printed or typed name of purchaser/owner (2) _____

Mailing address – purchaser 1 _____  Residence address – purchaser 1 (must be street or rural route)  City or town  State  Zip

Mailing address – purchaser 2 _____  Residence address – purchaser 2 (must be street or rural route)  City or town  State  Zip

**D**    Legal signature of purchaser/owner    Dealer License Number    DL/FEIN/Tribal ID/Corp ID purchaser (1)    DL/FEIN/Tribal ID/Corp ID purchaser (2)    Date
(sign in ink, only one signature required)

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee. FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: __AA5692761__   State of Issue: ____MT____

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?   [ ] Yes   [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SBM14DCA9JW000606 | 2018 | MCLAREN | 720S | 2DR |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| KARMA BROWARD | | VF/1133543/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 17TH ST | FT LAUDERDALE | FL | 33316 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 16-8018297140-3 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| EXCELL AUTO GROUP INC | 02/28/2022 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][ ],[ ][ ][ ] XX (NO TENTHS) MILES,

DATE READ 2 /28/22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1   REFLECTS ACTUAL MILEAGE
[ ] 2   IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3   IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Alana Bailey | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| | |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| | |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
| Nidia Leiva | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE                    COPY SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee. FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reserse Side)

This reassignement is supplement to: [X] Title No.: _____AA5692761_____ State of Issue: _____MT_____

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?  [ ] Yes    [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SBM14DCA9JW000606 | 2018 | MCLAREN | 720S | 2DR |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#. FEID# | DEALER/AUCTION LICENSE (if applicable) | |
|---|---|---|---|
| EXCELL AUTO GROUP INC | | VI/1014488/1 | |
| Street Address | City | State | Zip |
| 1001 CLINT MOORE RD STE 101 | BOCA RATON | FL | 33487 |
| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg No. (If Applicable) | |
| | RESALE | 60-8015033028-0 | |
| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale | |
| AUTO WHOLESALE OF BOCA LLC | | 02/28/2022 | |
| Purchaser's Address | City | State | Zip |
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |
| Co-Purchaser's Address (If applicable) | City | State | Zip |
| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
| Street Address | City | State | Zip |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][ ],[ ][ ][ ]XX (NO TENTHS) MILES, DATE READ __2/28/22__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1  REFLECTS ACTUAL MILEAGE
[ ] 2  IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING -- ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Nidia Leiva | |
| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
| Purchaser(s) Signature | Co-Purchaser(s) Signature |
| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL. SUBMIT WITH APPLICATION FOR TITLE                COPY- SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT