7

YEAR          2020

MAKE          MERCEDES

MODEL         G 63

VIN           362080

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1626952455
B# 2792307

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| W1NYC7HJ6LX362080 | 2020 | MERZ | UT | 3200 | | 145611563 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

Date of Issue    03/29/2022

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

**LIEN SATISFACTION**

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| W1NYC7HJ6LX362080 | 2020 | MERZ | UT | 3200 | | 145611563 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLU | | | | PRIVATE | 02/09/2022 |

| Odometer Status or Vessel Manufacturer or Off Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 6,690 MILES 02/09/2022 ACTUAL | | | | 03/29/2022 |

Registered Owner:
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Terry L. Rhodes
Executive Director

Control Number **156254450**

10 / 8   156254450

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____

Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__| X | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading

☐ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: _____    Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: _____    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/15)          **STATE OF FLORIDA**

Case 22-15627-EPK   Doc 290-7   Filed 12/19/22   Page 3 of 4

## WHOLESALE ORDER
### Excell Auto Group, Inc.
*1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487*
*Direct: (561) 998-5557 • Fax: (561) 998-4703*

## (Sold As Is)

DATE: 02/09/2022

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR #B27

City: BOCA RATON   State: FL   Zip: 33487

Contact Name: _____   Tel: _____   Fax: _____

Year: 2020   Make: MERCEDES   Model: G63

Color: BLUE   Body Style: UT

I.D. Number: W1NYC7HJ6LX362080

Price: $ 340000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) *Nidia Leiva*

Buyer (Sign Here) *[signature]*

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, EXCELL AUTO GROUP, INC. state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads 6690 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| MERCEDES | UT | G63 |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| W1NYC7HJ6LX362080 | |

| COLOR | TRIM | YEAR |
|---|---|---|
| BLUE | | 2020 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
EXCELL AUTO GROUP, INC.

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE ROAD, SUITE 101

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X *Nidia Leiva* |
|---|---|
| DATE STATEMENT SIGNED 02/09/2022 | PRINTED NAME OF PERSON SIGNING X *Nidia Leiva* |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS
6560 W ROGERS CIR #B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) *[signature]* | DATE SIGNED 02/09/2022 |
|---|---|

PRINTED NAME OF PERSON SIGNING
MICHELE MARTIN

 **BankUnited**

⚙ Transaction View

◇

**Account Title/Name**
AUTO WHOLESALE OF BOCA LLC

**Account Number**
9854907432

**Amount**
340,000.00

**Currency**
USD,UNITED STATES DO

**ORIGINATOR INFO**
**Name**
AUTO WHOLESALE OF BOCA LLC

**FED Code**    **Special Fee**
CTP,1000       0.00

**Originator Address**
6560 W ROGERS CIRCLE APT B27

**Account Number/Identifier**
9854907432

BOCA RATON FL 33487

**Originator Reference**

US

**ORIGINATOR TO BENEFICIARY INSTRUCTIONS**

Waive

**BENEFICIARY INFO**
**Name**
EXCELL AUTO GROUP INC

**Account Number**
612283199

**Beneficiary Physical Address**
1001 CLINT MOORE ROAD STE 101

BOCA RATON FL 33487        US

**BENEFICIARY BANK**
JPMORGAN CHASE BANK, NA, NEW YORK,

**ABA/SWIFT**
021000021

**Bank Address**

**Account Number**

**Bank Contact Instructions**    **Phone**

US

**INTERMEDIARY BANK OR USA CORRESPONDENT**

**Bank Address**

US

**Test Key/Electronic Signature**

**Preparer ID**    **Authorizer**
EMINTURN

2/9/2022, 2:20:22 PM Posted by EMINTURN    : FLDL F620-540-69-343-0 Issued 07/01/2019 Expires 09/23/2027 no
alerts/memos

∧
∨

**Authorizer Signature:**                    **Client Signature:**