8

YEAR        2008

MAKE        PORSCHE

MODEL       911

VIN         783176

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1628092671
B# 2793555

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WP0AD29978S783176 | 2008 | PORS | 2D | 3494 | | 99145008 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

Date of Issue 03/31/2022

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WP0AD29978S783176 | 2008 | PORS | 2D | 3494 | | 99145008 |

Lien Release
Interest in the described vehicle is hereby released
By

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | RED | | | | PRIVATE | 03/07/2022 |

Title

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 32,317 MILES 03/15/2022 ACTUAL | | | | 03/31/2022 |

Date

Registered Owner
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number 156254589

10/8 156254589

Terry L. Rhodes
Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____     Address:_____

Seller Must Enter Selling Price:_____     Seller Must Enter Date Sold:_____

I/We state that this [ ] 5 or [ ] 6 digit odometer now reads |__|__|__|__|__|__| X-| (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading
[ ] 1. reflects ACTUAL MILEAGE.     [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.     [ ] 3. is NOT THE ACTUAL MILEAGE.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____     CO-SELLER Must Sign Here:_____

Print Here:_____     Print Here:_____

Selling Dealer's License Number:_____     Tax No.:_____     Tax Collected:_____

Auction Name:_____     License Number:_____

PURCHASER Must Sign Here:_____     CO-PURCHASER Must Sign Here:_____

Print Here:_____     Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV 3/15)          STATE OF FLORIDA

Case 22-15627-EPK   Doc 290-8   Filed 12/19/22   Page 3 of 7

# KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

## (Sold As Is)

DATE: 03/15/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 WEST ROGERS CIR #627

City: BOCA RATON       State: FL       Zip: 33487

Contact Name: _____   Tel: _____   Fax: _____

Year: 2008   Make: PORSCHE   Model: 911

Color: RED                Body Style: 2DR CPE TURBO

I.D. Number: WP0AD29978S783176

Price: $ 85,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

# ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **KARMA PALM BEACH** state that the odometer
(TRANSFEROR'S NAME - SELLER - PRINT)

(of the vehicle described below) now reads 82,317 (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

## VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| PORSCHE | 2DR CPE TURBO | 911 |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| WP0AD29978S783176 | 783176 |

| COLOR | TRIM | YEAR |
|---|---|---|
| RED | | 2008 |

## TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
KARMA PALM BEACH

TRANSFEROR'S STREET ADDRESS
1001 CLINT MOORE ROAD, SUITE 103

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

| AUTHORIZED SIGNATURE ► | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|
| DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING X Alana Bailey |

## TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEREE'S STREET ADDRESS
6560 WEST ROGERS CIR #627

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

## RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED 3-15-22 |
|---|---|
| PRINTED NAME OF PERSON SIGNING MICHELE MARTIN | |

 **Bank**

# Domestic Wire Transfer

| | | |
|---|---|---|
| Initiator: | Molly I Jankl | Date: 03/15/2022 |
| Initiator's Ph #*: | (561) 237-6045 | Reference Number: 0251 |

Approver's Name : Zhanna Forkosh

Wire Status: Pending Branch Approval

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $172,000.00 | 004-TD BANK N.A. | 004-TD BANK N.A. | 1524 |

**Same Day Deposit?***

No

| Wire Type | Account Type |
|---|---|
| Wire Transfer ☐ Check If Federal Tax Payment | Business |

## ORIGINATOR

| Customer Name* | Customer Account Number* |
|---|---|
| Auto Wholesale Of Boca Llc | 4373228886 |

| Beneficiary Name* | Beneficiary Account Number* |
|---|---|
| Karma Of Palm Beach Inc | 705116603 |

| Beneficiary Address 1* | Beneficiary Address 2* |
|---|---|
| 1001 CLINT MOORE ROAD | STE 103 |

| Beneficiary City* | Beneficiary State / Zip Code |
|---|---|
| BOCA RATON | FL 33487 |

| ABA Number* | Receiving Bank Name* |
|---|---|
| 021000021 | JPMORGAN CHASE BANK, NA |

## SPECIAL INSTRUCTIONS

Further Credit Bank Name

Further Credit Comments (Max 140 Characters)

| CUSTOMER REQUESTING | APPROVED BY |
|---|---|
| (Signature) | (Signature) |
| Auto Wholesale Of Boca Llc | |

Notices & Disclaimers: Placeholder for disclaimer

WIRE FOR: GMC 354378 ~ 57,000
PORSCHE A00731 ~ 30,000
PORSCHE ~ 0316 ~ 85,000 283171

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Nell Kirkman Building, Tallahassee, FL. 32399-0500

T# 1614071275
B# 2783237

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WP0AD29978S783176 | 2008 | PORS | 2D | 3494 | | 99145008 |

Registered Owner:

AUGUSTE AUDATTE
1254 NW 102ND WAY
CORAL SPRINGS, FL  33071

Date of Issue    03/07/2022

Mail To:

AUGUSTE AUDATTE
1254 NW 102ND WAY
CORAL SPRINGS, FL  33071

**LIEN SATISFACTION**

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.hsmv.state.fl.us/html/titinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| WP0AD29978S783176 | 2000 | PORS | 2D | 3494 | | 99145008 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | RED | | | | PRIVATE | 10/26/2021 |

| Odometer Status or Vessel Manufacturer or OH Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 32,317 MILES 03/01/2022 ACTUAL | | | | 03/07/2022 |

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Registered Owner
AUGUSTE AUDATTE
1254 NW 102ND WAY
CORAL SPRINGS, FL  33071

DUPLICATE

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*                                                                                  *Terry L. Rhodes*
Robert R. Kynoch                                                                                   Terry L. Rhodes
Director                                                                                            Executive Director

Control Number    155159311

10 /8   155159311

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: *Karma Palm Beach*          Address: *1001 Clint Moore Rd #103, Boca Raton, FL 33487*

Seller Must Enter Selling Price: ____    Seller Must Enter Date Sold: *3-1-22*

I/We state that this ☑ 5 or ☐ 6 digit odometer now reads *1312131* |X| (no tenths) miles, date read *3-1-22* and I hereby certify that to the best of my knowledge the odometer reading

☒ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: *Mariana C. Cardero by POA*          CO-SELLER Must Sign Here: _____

Print Here: *Auguste Audatte*          Print Here: _____

Selling Dealer's License Number: ____    Tax No.: ____    Tax Collected: ____

Auction Name: ____    License Number: ____

PURCHASER Must Sign Here: *[signature]*          CO-PURCHASER Must Sign Here: _____

Print Here: *Mariana Cardero*          Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/15)          **STATE OF FLORIDA**

## STATE OF FLORIDA
### DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### DIVISION OF MOTOR VEHICLES
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
### Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, , _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____     Purchaser's DL/ID _____
First            MI            Last

Address _____     Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____ Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD", HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

**ODOMETER CERTIFICATION:** Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### FIRST REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: VF/1133543    Selling Dealer's Name: Karma Palm Beach    Tax No.: 60-8018145758 0    Tax Collected: R15

Selling Dealer's Address: 1001 Clint Moore Rd #103, Boca Raton, FL 33187    Date Sold: 03/18/2022

Purchaser's Name(s): Auto Wholesale of Boca LLC    Address: 6500 W Rogers Cir #BZ7, Boca Raton FL 33187

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS 153,417 XX (NO TENTHS) MILES, DATE READ 03/15/2022 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE    ☑ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: *Michele Martin*    Co-Purchaser Must Sign Here:
Print Here: MICHELE MARTIN    Print Here:
Seller/Agent Must Sign Here: *RGB*    Auction Name (When Applicable):
Print Here: Rena Bailey    Auction License Number:

### SECOND REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.:    Selling Dealer's Name:    Tax No.:    Tax Collected:

Selling Dealer's Address:    Date Sold:

Purchaser's Name(s):    Address:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS _____ XX (NO TENTHS) MILES, DATE READ _____ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:    Co-Purchaser Must Sign Here:
Print Here:    Print Here:
Seller/Agent Must Sign Here:    Auction Name (When Applicable):
Print Here:    Auction License Number:

### THIRD REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.:    Selling Dealer's Name:    Tax No.:    Tax Collected:

Selling Dealer's Address:    Date Sold:

Purchaser's Name(s):    Address:

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS _____ XX (NO TENTHS) MILES, DATE READ _____ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here:    Co-Purchaser Must Sign Here:
Print Here:    Print Here:
Seller/Agent Must Sign Here:    Auction Name (When Applicable):
Print Here:    Auction License Number:

 **Bank**

# Domestic Wire Transfer

| | | |
|---|---|---|
| Initiator: | Molly I Jankl | Date: 03/15/2022 |
| Initiator's Ph #*: | (561) 237-6045 | Reference Number: 0251 |
| Approver's Name : Zhanna Forkosh | | Wire Status: Pending Branch Approval |

| Wire Amount | Customer's Bank Code | Branch Bank Code | Branch # |
|---|---|---|---|
| $172,000.00 | 004-TD BANK N.A. | 004-TD BANK N.A. | 1524 |

**Same Day Deposit?***
No

| Wire Type | Account Type |
|---|---|
| Wire Transfer    ☐ Check if Federal Tax Payment | Business |

## ORIGINATOR

| Customer Name* | Customer Account Number* |
|---|---|
| Auto Wholesale Of Boca Llc | 4373228886 |

| Beneficiary Name* | Beneficiary Account Number* |
|---|---|
| Karma Of Palm Beach Inc | 705116603 |

| Beneficiary Address 1* | Beneficiary Address 2* |
|---|---|
| 1001 CLINT MOORE ROAD | STE 103 |

| Beneficiary City* | Beneficiary State / Zip Code |
|---|---|
| BOCA RATON | FL 33487 |

| ABA Number* | Receiving Bank Name* |
|---|---|
| 021000021 | JPMORGAN CHASE BANK, NA |

## SPECIAL INSTRUCTIONS

Further Credit Bank Name

Further Credit Comments (Max 140 Characters)

---

**AUTO WHOLESALE OF BOCA LLC**
6560 W ROGERS CIRCLE SUITE 27
BOCA RATON, FL 33487

**TD BANK**
63-1482/670

1020

3/15/2022

PAY TO THE
ORDER OF     KARMA PB                                    $ **85,000.00

Eighty-Five Thousand and 00/100************************************************************************************

DOLLARS

KARMA PB

MEMO    2008 PORSCHE 783176                                    AUTHORIZED SIGNATURE

⑈0010201⑈  ⑆06701482⑆  43732BBBB6⑈