9

YEAR        2020

MAKE        MCLAREN

MODEL       720S

VIN         004229

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1626963103
B# 2792327

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14FCA5LW004229 | 2020 | MCLA | CV | 3236 | ( | 136678371 |

Registered Owner:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

Date of Issue    03/29/2022

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

LIEN SATISFACTION

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14FCA5LW004229 | 2020 | MCLA | CV | 3236 | | 136678371 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 11/19/2021 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

| Odometer Status or Vessel Manufacturer or OH Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 4,926 MILES 01/19/2022 ACTUAL | | | | 03/29/2022 |

Registered Owner:
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL 33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*

Robert R. Kynoch
Director

Control Number **156254457**

10 /8   156254457

*Terry L. Rhodes*

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warrated to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____

Seller Must Enter Selling Price: _____

I/We state that this: ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__|X | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: _____    Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: _____    Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)    **STATE OF FLORIDA**

Case 22-15627-EPK   Doc 290-9   Filed 12/19/22   Page 3 of 7

## WHOLESALE ORDER

# EXCELL AUTO GROUP, INC.

1001 CLINT MOORE RD. STE 101 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

# (Sold As Is)

DATE: 01/19/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR B27

City: BOCA RATON          State: FL          Zip: 33487

Contact Name: _____ Tel: (561) 716-0164 Fax: _____

Year: 2020   Make: MCLAREN   Model: 720S

Color: WHITE          Body Style: SPIDER

I.D. Number: SBM14FCA5LW004229

Price: $ 315,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _Mayara R. Cardoso_

Buyer (Sign Here) _Michele Mart_

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, ___EXCELL AUTO GROUP, INC.___ state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads ___4,925___ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| MCLAREN | SPIDER | 720S |
| VEHICLE ID NUMBER | | STOCK NUMBER |
| SBM14FCA5LW004229 | | 004229 |
| COLOR | TRIM | YEAR |
| WHITE | | 2020 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)

**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS

1001 CLINT MOORE ROAD, SUITE 101

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FLORIDA | 33487 |

AUTHORIZED SIGNATURE ▶ TRANSFEROR'S SIGNATURE (SELLER)
x _Mayara L. Cardoso_

DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING
x _Mayara Cardoso_

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)

AUTO WHOLESALE OF BOCA LLC

TRANSFEROR'S STREET ADDRESS

6560 W ROGERS CIR B27

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

TRANSFEREE'S SIGNATURE (BUYER) | DATE SIGNED
_Michele Mart_ | 1-19-22

PRINTED NAME OF PERSON SIGNING
MICHELE MARTIN

**BankUnited**

Transaction View

| | |
|---|---|
| **Account Title/Name** | **Account Number** |
| AUTO WHOLESALE OF BOCA LLC | 9854907432 |
| **Amount**      **Currency** | |
| 315,000.00      USD,UNITED STATES DO | |
| **ORIGINATOR INFO** | |
| **Name** | **FED Code**    **Special Fee** |
| AUTO WHOLESALE OF BOCA LLC | CTP,1000        0.00 |
| **Originator Address** | **Account Number/Identifier** |
| 6560 W ROGERS CIRCLE APT B27 | 9854907432 |
| BOCA RATON FL 33487 | **Originator Reference** |
| US | |

ORIGINATOR TO BENEFICIARY INSTRUCTIONS                              Waive

| | |
|---|---|
| **BENEFICIARY INFO** | |
| **Name** | **Account Number** |
| EXCELL AUTP GROUP INC | 612283199 |
| **Beneficiary Physical Address** | |
| 1001 CLINT MOORE RD SUITE 101 | |
| BOCA RATON FL 33487            US | |
| **BENEFICIARY BANK** | **ABA/SWIFT** |
| JPMORGAN CHASE BANK, NA, NEW YORK, | 021000021 |
| **Bank Address** | **Account Number** |
| | **Bank Contact Instructions**    **Phone** |
| US | |

INTERMEDIARY BANK OR USA CORRESPONDENT

**Bank Address**

US

Test Key/Electronic Signature

Preparer ID         Authorizer
EMINTURN

1/19/2022, 11:38:25 AM Posted by EMINTURN    : FLDL F620-540-69-343-0 Issued 07/01/2019 Expires 09/23/2027 no
alerts/memos funds verified

Authorizer Signature:                                    Client Signature:

---

AUTO WHOLESALE OF BOCA LLC
6560 W ROGERS CIRCLE SUITE 27
BOCA RATON, FL 33487

BANK UNITED
63-9059/2670

2025

1/19/2022

PAY TO THE
ORDER OF      EXCELL AUTO GROUP                                  $  **315,000.00

Three Hundred Fifteen Thousand and 00/100************************************************************************ DOLLARS

EXCELL AUTO GROUP S
1001 CLINT MOORE RD
BOCA RATON, FL 33487

MEMO

2020 MCLAREN 004229

⑈002025⑈ ⑆267090594⑆ 9854907432⑈

AUTHORIZED SIGNATURE

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14FCA5LW004229 | 2020 | MCLA | CV | 3236 | | 136678371 |

Date of Issue 11/18/2021

Registered Owner:

SAMUEL STEPHEN PANY
1251 SW 17 ST
BOCA RATON FL 33486

Mail To:

SAMUEL STEPHEN PANY
1251 SW 17 ST
BOCA RATON FL 33486-6628

**LIEN SATISFACTION**

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

IMPORTANT INFORMATION
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14FCA5LW004229 | 2020 | MCLA | CV | 3236 | | 136678371 |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | WHI | | | | PRIVATE | 11/07/2019 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

| Odometer Status or Vessel Manufacturer or OH Use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 3138 MILES  11/10/2021 ACTUAL | | | 11/18/2021 |

Registered Owner

SAMUEL STEPHEN PANY
1251 SW 17 ST
BOCA RATON FL 33486

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number **154825073**

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: **Karma Palm Beach**
Address: 1001 Clint Moore Rd #103, Boca Raton FL 33487

Seller Must Enter Selling Price: _____
Seller Must Enter Date Sold: 1-17-22

I/We state that this ☐ 5 or ☒ 6 digit odometer now reads | 1 | 4 | 9 | 2 | 9 | 1 | x | (no tenths) miles, date read 1-17-22 and I hereby certify that to the best of my knowledge the odometer reading
☒ 1. reflects ACTUAL MILEAGE.      ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.      ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: *Mariana L. Cordoso by POA*          CO-SELLER Must Sign Here:
Print Here: *Samuel Stephen Pany*          Print Here:
Selling Dealer's License Number:          Tax No.:          Tax Collected:
Auction Name:          License Number:

PURCHASER Must Sign Here: *[signature]*          CO-PURCHASER Must Sign Here:
Print Here: *Adam Biller*          Print Here:

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

**STATE OF FLORIDA**

HSMV 82250 (REV. 3/15)

# STATE OF FLORIDA
## DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
## DIVISION OF MOTOR VEHICLES
2900 Apalachee Parkway  ∘  Nell Kirkman Building - Tallahassee, FL 32399-0620
### Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____    Purchaser's DL/ID _____
First               MI              Last

Address _____    Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____    Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

**ODOMETER CERTIFICATION** - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

### FIRST REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: VF/1335431    Selling Dealer's Name: Karma Palm Beach    Tax No.: 60-8018195158-0    Tax Collected: R/S

Selling Dealer's Address: 1001 Clint Moore Rd #103, Boca Raton FL 33487    Date Sold: 1-19-22

Purchaser's Name: Excell Auto Group Inc    Address: 1001 Clint Moore Rd #101, Boca Raton, FL 33487

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ 812 ] XX (NO TENTHS) MILES, DATE READ 1-19-22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Mayara L. Cardoso
Print Here: Mayara Cardoso
Seller/Agent Must Sign Here: _____
Print Here: Alan Boylen

Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____

### SECOND REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: VI/014881    Selling Dealer's Name: Excell Auto Group, Inc.    Tax No.: 60-8015033028-0    Tax Collected: R/S

Selling Dealer's Address: 1001 Clint Moore Rd #101, Boca Raton, FL 33487    Date Sold: 1-19-22

Purchaser's Name(s): Auto Wholesale of Boca LLC    Address: 6560 W Rogers Cir #B27 Boca Raton, FL 33487

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ 812 ] XX (NO TENTHS) MILES, DATE READ 1-19-22, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX ☒ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: Michele Mart
Print Here: MICHELE MARTIN
Seller/Agent Must Sign Here: Mayara L. Cardoso
Print Here: Mayara Cardoso

Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____

### THIRD REASSIGNMENT BY LICENSED DEALER

Selling Dealer's License No.: _____    Selling Dealer's Name: _____    Tax No.: _____    Tax Collected: _____

Selling Dealer's Address: _____    Date Sold: _____

Purchaser's Name(s): _____    Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [     ] XX (NO TENTHS) MILES, DATE READ __/__/__ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX ☐ 1. REFLECTS ACTUAL MILEAGE    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)    ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____
Print Here: _____
Seller/Agent Must Sign Here: _____
Print Here: _____

Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
2900 Apalachee Parkway - Tallahassee, 32399-0610
MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE

HSMV 82095 (REV. 10/11)S   (Instructions on Reverse Side)

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| SBM14FCA5LW004229 | 2020 | MCLAREN | 720S | CV | 136678371 |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, SAMUEL STEPHEN PANY (Print Seller's Name) appoint KARMA PALM BEACH INC (Print Name of Dealership / Business)

as of 1-17-22 (Date) as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle described above, exactly as stated in the following disclosure.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS [ ][4].[9][2][6] xx (NO TENTHS) MILES,
DATE READ 01/17/22, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature ____   Seller's Printed Name SAMUEL STEPHEN PANY
Co Seller's Signature ____   Co Seller's Printed Name ____
Seller's Street Address 1251 SW 17th St   City Boca Raton State FL Zip 33487
Purchaser's Signature ____   Purchaser's Printed Name Aiara Bailey
Purchaser's Dealership Name KARMA PALM BEACH INC   Dealer License No. Vf/1133543/1
Business Address 1001 Clint Moore Rd Ste 103   City Boca Raton State FL Zip 33487

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, ____ (Print Purchaser's Name) appoint ____ (Print Name of Dealership / Business)
as of ____ (Date) as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS [ ][ ][ ],[ ][ ][ ] xx (NO TENTHS) MILES,
DATE READ __/__/__, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature ____ (For Dealership / Business)   Seller's Printed Name ____ (For Dealership / Business)
Business Address ____   City ____ State ____ Zip ____
Purchaser's Signature ____   Purchaser's Printed Name ____
Co Purchaser's Signature ____   Co Purchaser's Printed Name ____
Purchaser's Name ____   Street Address ____
City ____ State ____ Zip ____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, Mayara Cardoso (Print Name of Person exercising above power(s) of attorney), hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature Mayara L. Cardoso Date ____ Printed Name Mayara Cardoso
Street Address 1001 Clint Moore Rd Ste 103 City Boca Raton State FL Zip 33487

ORIGINAL:DMS Copy (with Title)   GOLD COPY:Dealer/Business   YELLOW COPY:Part A Seller