11

YEAR          2021

MAKE          JEEP

MODEL         GLADIATOR

VIN           571540

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, Fl. 32399-0500

T# 1631641931
B# 2796412

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1C6HJTAG1ML571540 | 2021 | JEEP | PK | 4439 | | 143481462 |

Registered Owner:

Date of Issue    04/06/2022

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

**LIEN SATISFACTION**

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1C6HJTAG1ML571540 | 2021 | JEEP | PK | 4439 | | 143481462 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brends | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 07/23/2021 |

By

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 1,132 MILES 04/02/2022 ACTUAL | | | | 04/06/2022 |

Title

Date

Registered Owner:
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES          TALLAHASSEE          FLORIDA          DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

Control Number **156254916**

10 /8  156254916

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____     Address: _____

Seller Must Enter Selling Price: _____     Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|X (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading ☐ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____     CO-SELLER Must Sign Here: _____

Print Here: _____     Print Here: _____

Selling Dealer's License Number: _____     Tax No.: _____     Tax Collected: _____

Auction Name: _____     License Number: _____

PURCHASER Must Sign Here: _____     CO-PURCHASER Must Sign Here: _____

Print Here: _____     Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

(HSMV 82250 (REV. 3/0)

**STATE OF FLORIDA**

Case 22-15627-EPK    Doc 290-11    Filed 12/19/22    Page 3 of 7

# KARMA | BROWARD

1717 SE 17TH ST. FORT LAUDERDALE. FL 33316
OFFICE 954.900.1025  FAX 954.900.1753

## (Sold As Is)

DATE: 04/02/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR #627

City: BOCA RATON          State: FL          Zip: 33487

Contact Name: _____  Tel: _____  Fax: _____

Year: 2021  Make: JEEP  Model: GLADIATOR

Color: BLACK          Body Style: SPORT S 4X4

I.D. Number: 1C6HJTAG1ML571540

Price: $ 138,607.60

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here): _____

Buyer (Sign Here): _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, __KARMA BROWARD__ state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads __4132__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| JEEP | SPORT S 4X4 | GLADIATOR |

| VEHICLE ID NUMBER | STOCK NUMBER |
|---|---|
| 1C6HJTAG1ML571540 | 571540 |

| COLOR | TRIM | YEAR |
|---|---|---|
| BLACK | | 2021 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
KARMA BROWARD

TRANSFEROR'S STREET ADDRESS
1717 SE 17TH STREET

| CITY | STATE | ZIP CODE |
|---|---|---|
| FORT LAUDERDALE | FLORIDA | 33316 |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|
| DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING X |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEREE'S STREET ADDRESS
6560 W ROGERS CIR #627

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED 4-2-22 |
|---|---|
| PRINTED NAME OF PERSON SIGNING MICHELE MARTIN | |

A03201

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1C6HJTAG1ML571540 | 2021 | JEEP | PK | 4439 | | 143481462 |

Date of Issue 07/23/2021

Registered Owner:

EMC AUTO PARTS CORP.
5722 NW 27TH AVE
MIAMI   FL 33142

Mail To:

EMC AUTO PARTS CORP.
5722 NW 27TH AVE
MIAMI   FL 33142-2202

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1C6HJTAG1ML571540 | 2021 | JEEP | PK | 4439 | | 143481462 |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | BLK | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 25 MILES   07/08/2021 ACTUAL | | | 07/23/2021 |

Lien Release
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Registered Owner:

EMC AUTO PARTS CORP.
5722 NW 27TH AVE
MIAMI   FL 33142

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number 153221604

Terry L. Rhodes
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: ELITE MOTOR CARS OF MIAMI, LLC        Address: 5700 NW 27TH AVE, MIAMI, FL 33142

Seller Must Enter Selling Price: _____        Seller Must Enter Date Sold: 8-26-21

I/We state that this [ ] 5 or [x] 6 digit odometer now reads |__|__|__|_4_|3_|1_| x | (no tenths) miles, date read 8-26-21 and I hereby certify that to the best of my knowledge the odometer reading:
[x] 1. reflects ACTUAL MILEAGE        [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS:        [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT, AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____        CO-SELLER Must Sign Here: _____

Print Here: Simmalew G.        Print Here: _____

Selling Dealer's License Number: _____        Tax No.: _____        Tax Collected: _____

Auction Name: _____        License Number: _____

PURCHASER Must Sign Here: Edgar Guarumo        CO-PURCHASER Must Sign Here: _____

Print Here: Edgar Guarumo        Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/16)        **STATE OF FLORIDA**

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTOR VEHICLES
2900 Apalachee Parkway ○ Neil Kirkman Building - Tallahassee, FL 32399-0620
Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, ____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____   Purchaser's DL/ID _____

First                          MI                     Last

Address _____   Selling Price $_____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____   Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

ODOMETER CERTIFICATION: Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI/1123077/1
Selling Dealer's Name: ELITE MOTOR CARS OF MIAMI, LLC
Selling Dealer's Address: 5700 NW 27TH AVE, MIAMI, FL 33142
Tax No.:
Tax Collected: R/S
Date Sold: 8.26.21

Purchaser's Name(s): Carrio Motor Cars   Address: 2300 N State Road 7, Fort Lauderdale Fl 33313

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS [_____43] XX (NO TENTHS) MILES, DATE READ 8,26,21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY (APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must Sign Here: _____
Print Here: Carrio
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____
Print Here: Edgar Garruma
Auction Name (When Applicable): _____
Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI-1011314-1
Selling Dealer's Name: Carrio Motor Cars
Selling Dealer's Address: 2300 N. St. Rd. 7 Ft. Laud. Fc. 33313
Tax No.:
Tax Collected: R/S
Date Sold: 8-28-21

Purchaser's Name(s): Excell Auto Group Inc.   Address: 1001 Clint Moore Rd Suite 101 Boca Raton Fc. 33486

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS [_____7/8] XX (NO TENTHS) MILES, DATE READ 8,28,21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY (APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must Sign Here: _____
Print Here: Sandra Guerrero
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____
Print Here: Carrio
Auction Name (When Applicable): _____
Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI/1014488/1
Selling Dealer's Name: Excell Auto Group Inc.
Selling Dealer's Address: 1001 Clint Moore Rd #101, Boca Raton, FL 33487
Tax No.: 60-8015033028-0
Tax Collected: R/S
Date Sold: 11-1-21

Purchaser's Name(s): Karma Palm Beach   Address: 1001 Clint Moore Rd #103, Boca Raton, Fl 33487

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [_____5] XX (NO TENTHS) MILES, DATE READ 11,1,21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☑ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY (APPLIES TO 5 DIGIT ODOMETERS)

Purchaser Must Sign Here: _____
Print Here: Alena Brill
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _____
Print Here: Sandra Guerrero
Auction Name (When Applicable): _____
Auction License Number: _____

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: _143481462_    State of Issue: ___FL___

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?    [ ] Yes    [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 1C6HJTAG1ML571540 | 2021 | JEEP | GLADIATOR | PK |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| KARMA PALM BEACH | | VF/1133543/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1001 CLINT MOORE RD STE 103 | BOCA RATON | FL | 33487 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 60-8018195758-0 |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| KARMA BROWARD | | 1/31/22 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 17TH ST | FORT LAUDERDALE | FL | 33316 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ][1],[0][4][2] XX (NO TENTHS) MILES,
DATE READ _1/31/22_ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| *Alana Bailey* | *[signature]* |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| *Mayara I Cordoso* | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
|---|---|
| Mayara Cardoso | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE         COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

## MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No.: __143481462__    State of Issue: ____FL____

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?    [ ] Yes    [X] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 1C6HJTAG1ML571540 | 2021 | JEEP | GLADIATOR | PK |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| KARMA BROWARD | | VF/1136529/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 17TH ST | FT LAUDERDALE | FL | 33316 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | RESALE | 16-8018297140-3 |

| Purchaser and Co-Purchaser's Printed Name(s) | Date of Sale |
|---|---|
| AUTO WHOLESALE OF BOCA LLC | 04/02/22 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 6560 W ROGERS CIR #B27 | BOCA RATON | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (if applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS, [ ][ ]1,[ ]32 XX (NO TENTHS) MILES,
DATE READ __04/02/22__, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3. IS NOT THE ACTUAL MILEAGE  WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Bianca Carter | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| Michele Martin | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name  First, Full Middle or Maiden, Last |
|---|---|
| MICHELE MARTIN | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE          COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT