12

YEAR        2019

MAKE        MCLAREN

MODEL       720S

VIN         003714

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1631643093
B# 2796414

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14FCA9KW003714 | 2019 | MCLA | CV | 3236 | | 137552003 |

Registered Owner:

Date of Issue   04/06/2022

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

Mail To:

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SBM14FCA9KW003714 | 2019 | MCLA | CV | 3236 | | 137552003 |

Lien Release
Interest in the described vehicle is hereby released
By_____

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | ONG | | | | PRIVATE | 02/17/2020 |

Title_____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 14,161 MILES 04/02/2022 ACTUAL | | | | 04/06/2022 |

Date_____

Registered Owner
AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE SUITE B27
BOCA RATON, FL  33487

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES      TALLAHASSEE      FLORIDA      DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Terry L. Rhodes
Executive Director

Control Number  **156254917**

10 /8   156254917

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name:_____   Address:_____

Seller Must Enter Selling Price:_____   Seller Must Enter Date Sold:_____

I/We state that this: ☐ 5 or ☐ 6 digit odometer now reads |__|__|__||__|__|__| X | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading
☐ 1. reflects ACTUAL MILEAGE. ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:_____   CO-SELLER Must Sign Here:_____

Print Here:_____   Print Here:_____

Selling Dealer's License Number:_____   Tax No.:_____   Tax Collected:_____

Auction Name:_____   License Number:_____

PURCHASER Must Sign Here:_____   CO-PURCHASER Must Sign Here:_____

Print Here:_____   Print Here:_____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)      STATE OF FLORIDA

Case 22-15627-EPK    Doc 290-12    Filed 12/19/22    Page 3 of 8

# K A R M A | BROWARD

1717 SE 17TH ST. FORT LAUDERDALE. FL 33316
OFFICE 954.900.1025    FAX 954.900.1753

## (Sold As Is)

DATE: 04/02/22

Purchaser: AUTO WHOLESALE OF BOCA LLC

Address: 6560 W ROGERS CIR #627

City: BOCA RATON          State: FL          Zip: 33487

Contact Name: _____ Tel: _____ Fax: _____

Year: 2019    Make: MCLAREN    Model: 720S

Color: ORANGE          Body Style: LUXURY SPIDER

I.D. Number: SBM14FCA9KW003714

Price: $ 295,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **KARMA BROWARD** _____ state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads __14,161__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| MCLAREN | LUXURY SPIDER | 720S |

| VEHICLE ID NUMBER | | STOCK NUMBER |
|---|---|---|
| SBM14FCA9KW003714 | | 003714 |

| COLOR | TRIM | YEAR |
|---|---|---|
| ORANGE | | 2019 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**KARMA BROWARD**

TRANSFEROR'S STREET ADDRESS
**1717 SE 17TH STREET**

| CITY | STATE | ZIP CODE |
|---|---|---|
| FORT LAUDERDALE | FLORIDA | 33316 |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X _____ |
|---|---|
| DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING X Alana Butler |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
AUTO WHOLESALE OF BOCA LLC

TRANSFEREE'S STREET ADDRESS
6560 W ROGERS CIR #627

| CITY | STATE | ZIP CODE |
|---|---|---|
| BOCA RATON | FL | 33487 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) _____ | DATE SIGNED 4-2-22 |
|---|---|
| PRINTED NAME OF PERSON SIGNING MICHELE MARTIN | |

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-Length | Vessel Regis. No. | Title Number | Lien Release |
|---|---|---|---|---|---|---|---|
| SBM14FCA9KW003714 | 2019 | MCLA | CV | 3236 | | 137552003 | Interest in the described vehicle is hereby released |

| Prev. State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev. Issue Date | By |
|---|---|---|---|---|---|---|---|
| | ONG | | | | PRIVATE | | |

| Odometer Status or Vessel Manufacturer or Off Use | Hull Material | Prop | Date of Issue | Date |
|---|---|---|---|---|
| 1402 MILES 01/25/2020 ACTUAL | | | 02/17/2020 | |

**Registered Owner**
VAULT AS NOM. (FOR ALLY OR COLT REG DLR)
PO BOX 8110
COCKEYSVILLE, MD 21030-8110

ALLY FINANCIAL

**1st Lienholder**
01/25/2020
ALLY FINANCIAL
PO BOX 8110
COCKEYSVILLE, MD 21030-8110

DIVISION OF MOTORIST SERVICES    TALLAHASSEE, FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR V

Robert R. Kynoch
Robert R. Kynoch
Director

Control Number 145188919

Terry L. Rhodes
Executive Director

PROID SBM14FCA9KW003714
FILE

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: *Marino Performance Motors*   Address: *4196 Okeechobee Blvd*
Seller Must Enter Selling Price:    Seller Must Enter Date Sold: *8/16/21*   *Suite4 WPB FL 33409*

I/We further that I (☐ 5 or ☑ 6 digit) odometer now reads) _113289_ X I (no travel) miles, date read _8/16/21_ and I hereby certify that to the best of my knowledge the odometer reading:
☑ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here:
Print Here:
VAULT as Nominee for ALLY Financial or COLT, Reg Dealer

CO-SELLER Must Sign Here:
Print Here:
Tax No.:    Tax Collected:
License Number:

Auction Name:

PURCHASER Must Sign Here: *Buoka strato*
Print Here: *Christen Strato*

CO-PURCHASER Must Sign Here:
Print Here:

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/15)    **STATE OF FLORIDA**

ODOMETER CERTIFICATION: Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI-102500121
Selling Dealer's Name: Marino Performance Motors
Tax No.:
Selling Dealer's Address: 4190 Okeechobee Blvd. W. Palm Bch. FL 33409
Date Sold: 9.2.21
Purchaser's Name(s): DRX INC
Address: 1617 W McNab Rd. Pompano Bch. FL 33069

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS: [1 7 3 9 8 9] XX (NO TENTHS) MILES, DATE READ 9.2.21 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY.

Purchaser Must Sign Here: _(signature)_
Print Here: Anthony Romeo
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: Kristen Stratis
Print Here: Kristen Stratis
Auction Name (When Applicable): _____
Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI-1126275-1
Selling Dealer's Name: DRX Inc
Tax No.:
Tax Collected:
Selling Dealer's Address: 1617 W McNab Rd Pompano Beach FL 33069
Date Sold: 9.2.21
Purchaser's Name(s): Cannis Motor Cars
Address: 2300 N. State Rd. 7 Laud. Lakes FL

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS: [1 7 3 9 8 9] XX (NO TENTHS) MILES, DATE READ 9.12.21 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _(signature)_
Print Here: _(signature)_
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _(signature)_
Print Here: DRX Inc
Auction Name (When Applicable): _____
Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VI-1011314-1
Selling Dealer's Name: Cannis Motor Cars
Tax No.:
Tax Collected:
Selling Dealer's Address: 2300 N. St. Rd. 7 Laud. Lakes FL 33313
Date Sold: 10.29.21
Purchaser's Name(s): Givemethevin LLC
Address: 8721 Airport Frwy. NRH TX 76180

I/WE STATE THAT THIS ☐ 5 OR ☒ 6 DIGIT ODOMETER NOW READS: [1 8 1 0 8 6] XX (NO TENTHS) MILES, DATE READ 10.29.21 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☒ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _(signature)_
Print Here: _(signature)_
Co-Purchaser Must Sign Here: _____
Print Here: _____

Seller/Agent Must Sign Here: _(signature)_
Print Here: _(signature)_
Auction Name (When Applicable): MANHEIM ORLANDO VA/1004789/13
Auction License Number: _____

## Dealer's Reassignment of Title for a Motor Vehicle

TxDMV

Federal and state law require that you state the mileage upon transfer of ownership. Providing a false statement or failure to comply with this form may result in fines and/or imprisonment.

### Vehicle Information

| Vehicle Identification Number | Year | Make | Body Style | Model |
|---|---|---|---|---|
| 5BM4FCA91KW003219 | 2019 | Mela | CV | |
| Title/Document Number | | State or County Where Last Registered | | |
| 31552005 | | TX | | |

**Reassignment (by Dealer Only)**

**Seller**

| Dealership Name | Dealer License Number |
|---|---|
| GIVEMETHEVIN | P163842W |

Authorized Agent First Name: O.Owus  Middle Name  Last Name  Suffix (if any)

Address: 8721 AIRPORT FRWY  NRH, TX 76180  City  State  Zip

**Purchaser**

First Name (or Entity Name): Carmio Motor Cars  Middle Name  Last Name  Suffix (if any)

Entity's Authorized Agent's Name (If applicable)  Dealer License Number (If applicable)

Address: 2300 N. State Rd 4  City: Land Lakes  State: FL  Zip: 33311

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths): 15118  ☐ Mileage Exceeds Mechanical Limits  ☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)  I am aware of the odometer certification made by the seller/agent.

Signature of Seller/Agent  Date: 1/3/21  Signature of Purchaser/Agent  Date: 11·3·21

**Reassignment (by Dealer Only)**

**Seller**

| Dealership Name | Dealer License Number |
|---|---|

Authorized Agent First Name  Middle Name  Last Name  Suffix (if any)

Address  City  State  Zip

**Purchaser**

First Name (or Entity Name)  Middle Name  Last Name  Suffix (If any)

Entity's Authorized Agent's Name (If applicable)  Dealer License Number (If applicable)

Address  City  State  Zip

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  ☐ Mileage Exceeds Mechanical Limits  ☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)  I am aware of the odometer certification made by the seller/agent.

Signature of Seller/Agent  Date  Signature of Purchaser/Agent  Date

**Reassignment (by Dealer Only)**

**Seller**

| Dealership Name | Dealer License Number |
|---|---|

Authorized Agent First Name  Middle Name  Last Name  Suffix (if any)

Address  City  State  Zip

**Purchaser**

First Name (or Entity Name)  Middle Name  Last Name  Suffix (if any)

Entity's Authorized Agent's Name (If applicable)  Dealer License Number (If applicable)

Address  City  State  Zip

I, the above listed seller, certify the vehicle described above is free and clear of all liens, except as noted in the lien section below, and has been transferred to the purchaser listed above. I, the above listed seller, certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

Odometer Reading (no tenths)  ☐ Mileage Exceeds Mechanical Limits  ☐ Not Actual Mileage (WARNING – ODOMETER DISCREPANCY)  I am aware of the odometer certification made by the seller/agent.

Signature of Seller/Agent  Date  Signature of Purchaser/Agent  Date

**Lien** | Lien Date | Lienholder Name | Mailing Address | City | State | Zip |

VTR-41-A (Rev 09/18)    THIS DOCUMENT IS VOID IF ALTERED.    25825456

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
**MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT**

(Instructions on Reverse Side)

This reassignment is supplement to: ☑ Title No. 137552003    State of Issue FL
☑ Manufacturer's Statement or Certificate of Origin

Is the title electronic?  ☐ Yes  ☑ No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SBM14FCA9KW003714 | 2019 | Melmen | 720S | CV |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE# (If applicable) |
|---|---|---|
| Cunio Motor Cars | | VI-1011314 |

Street Address: 2300 N State Road 7   City: Lauril Lakes   State: FL   Zip: 33311

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|

Purchaser and Co-Purchaser's Printed Name(s): Kuma Bruard    Date of Sale: 11-9-21

Purchaser's Address: 1717 SE 17th St   City: Ft. Lauderdale   State: FL   Zip: 33487

Co-Purchaser's Address (If applicable)   City   State   Zip

Auction Name (If applicable)   Auction License Number   State of License   Date of Auction

Street Address   City   State   Zip

## ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS ☐ 5 OR ☑ 6 DIGIT ODOMETER NOW READS [ 0 1 8 7 0 8 ] XX (NO TENTHS) MILES, DATE READ 11-9-21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

☐ 1. REFLECTS ACTUAL MILEAGE
☑ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Printed Name of seller(s)/Agent: Duaa Abu-Ghalia    Seller(s)/Agent Signature: _____

Printed Name of Co-seller (If applicable)    Co-Seller Signature (If applicable)

Purchaser(s) Signature: _____    Co-Purchaser(s) Signature

Purchaser(s) Printed Name First, Full Middle or Maiden, Last: Cathy Bolivar    Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE    COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500
MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT

(Instructions on Reverse Side)

This reassignment is supplement to: [X] Title No: 137552003    State of Issue: FL

[ ] Manufacturer's Statement or Certificate of Origin

Is the title electronic?    [ ] Yes    [X] No

## VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| SBM14FCA9KW003719 | 2019 | McLaren | 720S | CV |

## REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (If applicable) |
|---|---|---|
| Karma Broward | | VF/1136529/1 |

| Street Address | City | State | Zip |
|---|---|---|---|
| 1717 SE 7th Street | Ft. Lauderdale | FL | 33316 |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | | 16-8018297140-3 |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| Auto Wholesale of Boca LLC | | 11-9-21 |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| 6560 W. Rogers Cir. #B27 | Boca Raton | FL | 33487 |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

## ODOMETER DISCLOSURE STATEMENT

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

I/WE STATE THAT THIS [X] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [ ][1][3][7][1][8]XX (NO TENTHS) MILES,

DATE READ 11/9/21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX

[X] 1. REFLECTS ACTUAL MILEAGE
[X] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS
[X] 3. IS NOT THE ACTUAL MILEAGE. WARNING – ODOMETER DISCREPANCY

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Cathy Dolivar | Catalina Reeris |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| Michele Martin | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name First, Full Middle or Maiden, Last |
|---|---|
| MICHELE MARTIN | |

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

ORIGINAL: SUBMIT WITH APPLICATION FOR TITLE    COPY: SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S