<u>Fee Application U.S. Mail Service List:</u>

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Karma of Broward, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd #C401
Fort Lauderdale, FL 33312

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton FL 33431

Kurkin Forehand Brandes LLP
c/o Marc E Brandes, Esq.
18851 NE 29th Ave., Suite 303
Aventura, FL 33180

FVP Opportunity Fund III, LP,
FVP Investments LLC and FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, # 2740
Miami, FL 33131

Franklin Capital Funding, LLC
c/o Bradley Shraiberg, Esq. - Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

Mazel Tov, Inc.
c/o Scott Gherman, P.A.
902 Clint Moore, Rd, Suite 120
Boca Raton, FL 33487

Express Emergency Services, Inc.
c/o Scott Gherman, P.A.
902 Clint Moore, Rd, Suite 120
Boca Raton, FL 33487

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432

*Heidi A. Feinman*
Assistant United States Trustee
U.S. Trustee's Office
51 SW First Avenue, #1204
Miami, FL  33130


Linda Leali, Trustee
 2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL  33134


Prestige Luxury Cars, LLC
Thomas Zeichman, Esq.
2385 Executive Center Dr.
Boca Raton, FL 33431


Hi Bar Capital, LLC
c/o Mark Wolfson, Esq.
100 N. Tampa St., Suite 2700
Tampa, FL 33602


Edward Brown
c/o Eyal Berger, Esq.
Akerman LP
201 E Las Olas Blvd. Suite 1800
Ft. Lauderdale, FL 33301


Nicole Testa Mehdipour. Trustee of Excel Auto Group Inc.
6278 N. Federal Highway, Suite 408
Ft. Lauderdale, FL 33308


M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487


Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308


Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487


Auto Wholesale of Boca, LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487