

**ORDERED in the Southern District of Florida on December 21, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,       CASE NO. 22-15627-EPK

    Debtor.                        Chapter 11/Subchapter 5

_____/

### ORDER GRANTING SECOND JOINT MOTION
### <u>TO CONTINUE CONFIRMATION HEARING</u>

**THIS CAUSE**, came before the Court, without hearing, for consideration of the

Second Joint Motion [ECF No. 289] (the "Motion") of FVP Opportunity Fund III, LP, a

Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited

liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited

liability company ("FVP Servicing"), (collectively "FVP") and the Debtor, Auto Wholesale

of Boca, LLC ("Debtor") seeking to continue the Confirmation Hearing presently set in this

Chapter 11 case (the "Case" or the "Bankruptcy") for January 18, 2023, along with certain deadlines relating thereto; and, it appearing that the relief sought is agreed to by numerous parties-in-interest, good cause appearing based upon the record, and the Court being otherwise fully advised, does hereby

ORDER that:

1.      The Motion [ECF No. 289] is granted as set forth herein.

2.      The Confirmation Hearing is continued to Wednesday, March 8, 2023, at 2:00 p.m. at the United States Bankruptcy Court Courtroom B, 8th Floor ,1515 North Flagler Drive, West Palm Beach, Florida 33401.

3.      Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely *via* Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

4.      Further, the following related deadlines regarding Confirmation and the Confirmation Hearing are continued and shall coincide with the new Confirmation Hearing date set forth above. Specifically, the following deadlines shall apply:

**CASE NO. 22-15627-EPK**
Order Granting Joint Motion to Continue Confirmation
Page 3 of 3

- Deadline For Filing Ballots Accepting Or Rejecting Plan: March 1, 2023

- Deadline For Filing Objections To Confirmation: March 1, 2023

- Deadline For Debtor To File Report Of Plan Proponent(s) And Confirmation

   Affidavit: March 3, 2023

###

Order Submitted By:

James B. Miller, PA
19 West Flagler Street, Suite 416
Miami, Florida 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
jbm@titlel1Law.com
bkcmiami@gmail.com
By: /s/ James B. Miller
James B. Miller, Esq.
Florida Bar No. 0009164

Attorneys for the Debtor

*Attorney Miller is directed to serve this Order in the same manner as the Motion was served.*