# Exhibit D

# EXCELL AUTO GROUP | KARMA | DELIVERY CHECKLIST

FILLED OUT BY SALESPERSON

## VEHICLE INFO

YEAR 2021

MAKE Lambo

MODEL Urus

VIN A12270

DELIVERY DATE/TIME 08/16/21 at 11:00

CUSTOMER LAST NAME Brown

SALESPERSON Scott

## SALE TYPE

[X] RETAIL
[ ] WHOLESALE

## LICENSE PLATE INFO

[ ] LICENSE PLATE TRANSFER
[ ] LOANER/DEALER TAG
[ ] TEMP TAG
[X] Mike said no tag

## TRANSPORT INFORMATION

[ ] LOCAL DELIVERY
[X] OUT OF STATE SHIPPING
[ ] CUSTOMER PICKUP (EXCELL)

## FEDEX ADDRESS for Books and Keys (If applicable):

Charger +
Cargo set
2 floor mats
Car cover
seat covers
steering wheel cover

### THIS SECTION MUST BE FILLED OUT BY MATHEUS

[ ] Full tank of Gas [X] Mike said to take it with half tank
[X] Mileage 49
[X] Books 1
[X] Keys ( 2 ) +2 Exhaust keys
[ ] Full detail
[ ] Registration in Vehicle
[ ] Gift bag in Vehicle
[ ] Dealer Tag # _____
[ ] Full Service

Car arrived and was transported
Mike said to send it the
way we got it

### PAPER WORK

[ ] Sent with Carlos or Easton for customer to sign at delivery.

### DELIVERY METHOD

(Circle whichever applies)

Excell Truck   Carlos / Easton

Transport / Driver's name:
Jenilee Martinez

Driver's Phone Number:
602 810 7385

Customer Pick Up
Matt

Inspection completed by: _____

Date: 08/16/21          Time: 11:00am