**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:                                                    Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,            Chapter 11

     Debtor.

_____/

## <u>NOTICE OF APPEARANCE OF COUNSEL FOR</u>
## <u>PARTY-IN-INTEREST OMAR PERIU</u>

Pursuant to Federal Rule of Bankruptcy Procedure 9010 and Local Rule 9010-1, undersigned counsel and the law firm of SARDI LAW, PLLC (collectively, "Sardi Law") enter their appearance in this case as counsel for party-in-interest OMAR PERIU.  As directed by Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone number and facsimile are as follows:

> CARLOS E. SARDI, ESQ.
> Email: carlos@sardilaw.com
> Sardi Law, PLLC
> 225 Alcazar Avenue
> Coral Gables, FL 33134
> Tel.: (305) 697-8690
> Fax.: (305) 697-8691

Pursuant to Federal Rules of Bankruptcy Procedure Rules 2002 and 3017 and Local Rules 2002-1 and 3017-1, Creditor requests that the Clerk of this Court and all other parties-in- interest in this proceeding, provide notice of, and where applicable, service of, including, without limitation to, all pleadings, motions, objections, orders, notices, applications, petitions, responses, opposition papers, answering papers, reply papers, demands, plans, disclosure statements, reports and statements submitted to the United States Trustee and any other papers, documents or communications pertaining to this case or any adversary proceeding, contested or uncontested matter relating to this case, whether written, oral, formal, informal, by hand- delivery, mail, telephone, facsimile, electronic filing, or in any other manner whatsoever, to the above listed attorney.

In addition, Sardi Law requests that it be added to the Clerk's mailing matrix list of creditors on behalf of Creditor, to the special mailing matrix for all counsel of record, to the master service list pursuant to Local Rule 2002-1(K), if one is created, and to the CM/ECF registry for electronic notices in this case.

Please take notice that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall: (i) by itself, subject him to the jurisdiction of this Court or waive any objection to the jurisdiction of the Bankruptcy Court; (ii) waive any objection to whether any specific adversary matter or contested proceeding is a core proceeding; (iii) waive his right to have final orders in non-core matters entered only after de novo review by a district court judge; (iv) waive his right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (v) waive his right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (vi) waive jurisdiction or any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which he is or may be entitled under agreements, in law or in equity, all of which jurisdiction, rights, claims, actions, defenses, setoffs, recoupments and remedies he expressly reserves; or (vii) or waive any other right possessed by him not expressly included above.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A)

Dated on this 22nd day of December, 2022.

> SARDI LAW, PLLC
> *Counsel for Party-in-Interest*
>   *Omar Periu*
> 225 Alcazar Avenue
> Coral Gables, FL 33134
> Tel.: (305) 697-8690
> Fax.: (305) 697-8691
>
>
> By: /s/ Carlos E. Sardi
>     Carlos E. Sardi, Esq.
>     Florida Bar No. 781401
>     Email: carlos@sardilaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ Carlos E. Sardi
Carlos E. Sardi, Esq.

3