# EXHIBIT B

**Exhibit B**

## David Softness

**From:**      David Softness
**Sent:**      Thursday, December 22, 2022 3:26 PM
**To:**        David Softness
**Subject:**   FW: Farache / Corp Rep Depo and FVP Discovery

**From:** James Miller <jbm@title11law.com>
**Date:** Tuesday, December 13, 2022 at 5:05 PM
**To:** Jonathan Schwartz, Esq. <jschwartz@jonschwartzlaw.com>
**Cc:** Brad S. Shraiberg <bss@slp.law>, David Softness <david@softnesslaw.com>, Harry4334@hotmail.com <harry4334@hotmail.com>, Hitchings, Jarret <jarret.hitchings@bclplaw.com>, Jerry Breslin <jb@richardbaronlaw.com>, Scott Gherman <sgherman@scottghermanpa.com>
**Subject:** Re: Farache / Corp Rep Depo and FVP Discovery

Finally, I also requested your client withdraw the Motion to plead an alter ego action in state court as it is a clear violation of the automatic stay.

1