| Debtor | **Auto Wholesale of Boca, LLC** | Case number *(If known)* **22-15627-EPK** |
|---|---|---|
| | Name | |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Computer, software and equipment** | $9,300.00 | | $9,300.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| $28,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2017 Ferrari F12 Berlinetta**<br>**VIN No. 1036** | $244,600.00 | | $244,600.00 |
| 47.2. **2019 Aston Martin DB11 Volante**<br>**VIN No. 7671** | $150,000.00 | | $150,000.00 |
| 47.3. **2020 Lamborghini Urus**<br>**VIN No. 6529** | $185,000.00 | | $185,000.00 |
| 47.4. **2020 Mercedes G63**<br>**VIN No. 6462** | $175,000.00 | | $175,000.00 |
| 47.5. **2019 BMW X7**<br>**VIN No. 9222** | $57,100.00 | | $57,100.00 |
| 47.6. **2019 GMC Yukon**<br>**VIN No. 4378** | $100.00 | | $100.00 |
| 47.7. **2018 MClaren 720S**<br>**VIN No. 0506** | $180,000.00 | | $180,000.00 |

Debtor **Auto Wholesale of Boca, LLC**   Case number *(If known)* **22-15627-EPK**
Name

| | | | | |
|---|---|---|---|---|
| 47.8. | **2021 Mercedes G Wagon** **VIN No. 0328** | $175,000.00 | | $175,000.00 |
| 47.9. | **2020 Mercedes G63** **VIN No. 2080** | $175,000.00 | | $175,000.00 |
| 47.10. | **2008 Porsche 911** **VIN No. 3176** | $37,800.00 | | $37,800.00 |
| 47.11. | **2020 MClaren 720S** **VIN No. 4229** | $273,000.00 | | $273,000.00 |
| 47.12. | **2019 Lamborghini Urus** **VIN No. 1961** | $100.00 | | $100.00 |
| 47.13. | **2020 Ferrari 812 Superfast** **VIN No. 4963** | $435,500.00 | | $434,500.00 |
| 47.14. | **2018 Cadillac Escalade** **VIN No. 1612** | $32,500.00 | | $32,500.00 |
| 47.15. | **2013 Ferrari 458 Italia** **VIN No. 1526** | $191,000.00 | | $191,000.00 |
| 47.16. | **2021 Jeep Gladiator** **VIN No. 1540** | $39,500.00 | | $39,500.00 |
| 47.17. | **2020 Lamborghini Huracan** **VIN No. 4316** | $271,000.00 | | $271,000.00 |
| 47.18. | **2019 MClaren 720S** **VIN No. 3714** | $260,000.00 | | $260,000.00 |
| 47.19. | **2020 Mercedes G Class** **VIN No. 4940** | $175,000.00 | | $175,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Battery chargers**                    $200.00                    $200.00

51.   **Total of Part 8.**                              | $3,056,400.00 |

Add lines 47 through 50. Copy the total to line 87.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 5