**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**AUTO WHOLESALE OF BOCA, LLC,**

    Debtor.

**CASE NO. 22-15627-EPK**

_____/

Chapter 11 - Subchapter 5

### FVP's OMNIBUS RESPONSE TO THE OBJECTION TO ITS CLAIMS

FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, "FVP"), through undersigned counsel and pursuant to Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007 hereby responds to the several objections to its claims, and states:

1.    FVP timely filed three claims in this Bankruptcy Case (the "Case") of the debtor Auto Warehouse of Boca, LLC (the "Debtor"), i.e., Claims # 7,  8, and 9 (as to each a "Claim" and as to one or more, the "Claims").

2.    Each Claim indicates it is unliquidated and asserts a lien (a "Lien" or the "Liens") on - without limitation – all of the property which the Debtor purports to own or otherwise claim an interest in (generally the Disputed Vehicles as outlined in the Adversary Complaint [CP. 145] in the Adversary) (generally, the "Cars").

3.    Each Claim annexes nearly 300 pages of documents which support its Lien(s).

4.    Numerous parties allege similar liens or other interests in – without limitation – the Cars.

5.    FVP initiated an adversary proceeding (the "Adversary") immediately upon the filing of the Case, which remains pending as Case No. 22-01218-EPK.  Put most simply, the issues in the Adversary are who owns the Cars, who has a lien or other interest, and if so, which liens or interests are superior.

6.    FVP adopts and incorporates by reference all the allegations and exhibits filed of record at [CP. 145] in the Adversary as if fully restated herein for all purposes as to all Objections.

7.    At # 219 on the Court's docket is an objection to FVP's Claims.  It is signed by counsel for and on behalf of Wing Lake Capital Partners, f/k/a Franklin Capital ("Wing Lake" and the "Wing Lake Objection").

8.    The basis for the Wing Lake Objection is that it believes its alleged lien(s) are superior to the Liens of FVP.

9.    At # 226 on the Court's docket is an objection to FVP's Claims by the Debtor (the "Debtor's Objection").

10.    The sum and substance of the Debtor's Objection is that it disputes FVP's Liens.

11.    The Wing Lake Objection and the Debtor's Objection (for ease, the "Objections") are the precise same issues which the Court is to address in the Adversary.

12.    The notion of having parallel litigations in the same Court addressing the same issues is beyond wasteful.

13. Thus, FVP – having duly and timely responded to the Wing Lake Objection and the Debtor's Objection - respectfully requests that the Objections be denied in their entirety.

14. Failing that, FVP respectfully requests that the Objections be stayed pending the Court's full consideration of (the same issues) in the Adversary.

15. Failing that, FVP stands on its Claims and attachments thereto and if need be, will proceed to litigate these Objections.

**WHEREFORE**, FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC, respectfully request that the Court deny the Wing Lake Objection and the Debtor's Objection, or stay same pending the results of the Adversary, and for such other and further relief as the Court deems to be just and equitable.

Respectfully submitted this December 23, 2022 by:

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mails: JB@RichardBaronLaw.com
        EService@RichardBaronLaw.com

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 341-3111
E-mail: David@SoftnessLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel.: (973) 936-2176
E-mails: jschwartz@jonschwartzlaw.com
        JNSEsquire@gmail.com

*Co-Counsel for*
*FVP Opportunity Fund III, LP, FVP Investments LLC and FVP Servicing, LLC*

Case No. 22-15627-EPK
**ADV. PROC. CASE NO. 22-01218-EPK**
FVP's Omnibus Response to Objections to Its Claims
Page 4 of 5

Case No. 22-15627-EPK
**ADV. PROC. CASE NO. 22-01218-EPK**
FVP's Omnibus Response to Objections to Its Claims
Page 5 of 5

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on Friday, December 23, 2022 (if not served previously), the foregoing pleading was/were filed electronically - on the date(s) indicated - and served via CM/ECF upon all parties entitled to electronic notice and by email upon: the US Trustee, by serving Heidi Feinman, Esq. at <u>Heidi.A.Feinman@usdoj.gov</u>, upon the Subchapter5 Trustee by serving Linda Leali, Esq. at <u>lleali@lealilaw.com</u>; upon the Debtor/Defendant by serving James B. Miller, Esq. at <u>bkcmiami@gmail.com and jbm@title11law.com;</u> upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at <u>harry4334@hotmail.com</u>; upon Ed Brown by serving Brett Marks, Esq., at <u>brett.marks@akerman.com</u> and Amanda Klopp, Esq., at <u>amanda.klopp@akerman.com</u> and Eyal Berger, Esq., at <u>eyal.berger@akerman.com</u>; and upon Hi Bar by serving Steven Wells at <u>Steve@wellspc.com</u>, Jason DeJonker, Esq. at <u>Jason.DeJonnker@bclplaw.com</u> and Jarret Hitchings, Esq. at <u>jarret.hitchings@bclplaw.com</u> and David Unseth, Esq. at <u>dmunseth@bclplaw.com</u>, upon Derek Stephens by serving Cory Mauro, Esq. at <u>cory.mauro@maurolaw.com</u>, upon the Faraches by serving Scott Gherman, Esq. at <u>sgherman@scottghermanpa.com</u> and upon Woodside Credit by serving Zach Shelomith, Esq. at zbs@lsaslaw.com.

/s/ David R. Softness
David R. Softness, Esq.