UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

_____Debtor_____/

CALVIN ERBSTEIN'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST
OMNIBUS OBJECTION TO CLAIMS FILED BY FVP INVESTMENTS, LLC, FVP
OPPORTUNITY FUND III, LP, AND FVP SERVICING, LLC

Comes Now, Calvin Erbstein, by and through undersigned counsel, and move for an extension of time to file a response to the First Omnibus Objection to Claims filed by FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (hereinafter, collectively, "FVP") (see Doc 229).

1.     On November 23, 2022, FVP filed its First Omnibus Objections to Claims, including the claim of Calvin Erbstein (Claim No. 16), with a deadline to respond by December 23, 2022.

2.     . Due to other work-related matters, personal obligations, and the holidays, the undersigned is need of an extension of time to consult with his clients and file a response to the Objection.

WHEREFORE, Calvin Erbstein requests that the Court enter an order granting a twenty-one (21) day extension of time to timely respond to Objection to Claim (identified above) and granting such other relief that the Court deems appropriate.

Respectfully submitted on December 23, 2022.

SCOTT C. GHERMAN, P.A.
902 Clint Moore Road
Suite 120
Boca Raton, Florida 33487
(561) 757-6266
sgherman@scottghermanpa.com

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said bankruptcy proceedings and who are registered with the court for such service.

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653