UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

_____Debtor_____/

**FARACHE ENTERPRISES, INC.'S, MOSHE FARACHE'S, AND M & M
DEVELOPMENT CONSULTANTS, LLC'S OMNIBUS MOTION FOR EXTENSION OF
TIME TO RESPOND TO THIRD OMNIBUS OBJECTION TO CLAIMS FILED BY
WING LAKE CAPITAL PARTNERSA/K/A FRANKLIN CAPITAL MANAGEMENT,
LLC AND FRANKLIN CAPITAL FUNDING, LLC**

Comes Now, Farache Enterprises, Inc., Moshe Farache, and M & M Development

Consultants, Inc., by and through undersigned counsel, and move for an extension of time to file

a response to the Third Omnibus Objection to Claims filed by Wing Lake Capital Partners a/k/a

Franklin Capital management, LLC and Franklin Capital Funding, LLC (together, "Wing Lake")

(see Doc 224).

1.      On November 23, 2022, Wing Lake filed its Third Omnibus Objections to Claims,

including the claims of Farache Enterprises, Inc. (Claim No. 14-1), Moshe Farache (Claim No. 15-

1),, and M & M Development Consultants, Inc., (Claim No. 17-1), with a deadline to respond by

December 23, 2022.

2.      . Due to other work-related matters, personal obligations, and the holidays, the

undersigned is need of an extension of time to consult with his clients and file a response to the

Objection.

WHEREFORE, Farache Enterprises, Inc., Moshe Farache, and M & M Development

Consultants, Inc., request that the Court enter an order granting a twenty-one (21) day extension

**1 |** P a g e

of time to timely respond to Objection to Claim (identified above) and granting such other relief that the Court deems appropriate.

Respectfully submitted on December 23, 2022.

SCOTT C. GHERMAN, P.A.
902 Clint Moore Road
Suite 120
Boca Raton, Florida 33487
(561) 757-6266
sgherman@scottghermanpa.com

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said bankruptcy proceedings and who are registered with the court for such service.

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653