

**ORDERED in the Southern District of Florida on December 27, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                          **Case No. 22-15627-EPK**

**AUTO WHOLESALE OF BOCA, LLC,**                    **Chapter 11**

      **Debtor.**
_____/

### ORDER DENYING MOTION TO SELL INVENTORY

      This matter came before the Court for hearing on December 21, 2022 upon the *Debtor's Motion to Sell Inventory* [ECF No. 261] (the "Motion") filed by Auto Wholesale of Boca, LLC (the "Debtor").  For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 261] is DENIED without prejudice.

###

Copy to:

James B. Miller, Esq.

*James B. Miller, Esq. shall serve a copy of this order on all appropriate parties and file a certificate of service with the Court.*