**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                        Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,                Chapter 11, Subchapter V

     Debtor.

                                 /

### PARTY-IN-INTEREST OMAR PERIU'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEBTOR'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Party-in-interest, OMAR PERIU ("Mr. Periu"), by and through undersigned counsel, hereby files this *Motion for Extension of Time to Respond to Debtor's First Request for Production of Documents* ("Motion"), and, in support thereof states the following:

1. By this Motion, Mr. Periu seeks the entry of an Order, extending the time to respond to First Request for Production of Documents [ECF 251] ("Document Request") propounded by Debtor, Auto Wholesale of Boca, LLC ("Debtor"), on December 5, 2022.

2. Mr. Periu retained undersigned counsel on December 22, 2022 to represent his interest in this case in connection with the prosecution of his *Motion to Compel Turnover of 2021 Mercedes-Benz AMG G 63 and to Abandon Title* [ECF 127].

3. The Debtor's Document Requests seeks broad and extensive information on 32 different categories of documents.

4. The deadline to respond to the Document Request is January 4, 2022.

5. Due to other work-related matters, personal obligations, and the intervening holiday season, undersigned counsel requires an extension of time to adequately consult with Mr. Periu and timely prepare and file a response to the Debtor's Document Request and produce responsive documents.

- 1 -

6. Undersigned counsel conferred with Debtor's counsel who would not agree to the relief requested in this Motion.

WHEREFORE, Mr. Periu respectfully requests that the Court enter an order granting a 21-day extension of time to respond to the Debtor's Document Requests (identified above), through and including January 26, 2022, and granting any such other and further relief that the Court deems just and appropriate.

Dated on this 31st day of December, 2022.

SARDI LAW, PLLC
*Counsel for Party-in-Interest*
  *Omar Periu*
225 Alcazar Avenue
Coral Gables, FL 33134
Tel.: (305) 697-8690
Fax.: (305) 697-8691


By: /s/ Carlos E. Sardi
     Carlos E. Sardi, Esq.
     Florida Bar No. 781401
     Email: carlos@sardilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document on December 31, 2022 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ Carlos E. Sardi
Carlos E. Sardi, Esq.

- 2 -