## <u>RETURN OF SERVICE</u>
### UNITED STATES BANKRUPTCY COURT
Southern District of Florida

Case Number: 22-15627-EPK

Plaintiff: **IN RE: AUTO WHOLESALE OF BOCA, LLC**
vs.
Defendant: **FVP OPPORTUNITY III, LP, A DELAWARE LIMITED PARTNERSHIP; FVP INVESTMENTS, LLC A DELAWARE LIMITED LIABILITY COMPANY; AND FVP SERVICING, LLC , A DELAWARE LIMITED LIABILITY COMPANY; AND HI BAR CAPITAL, LLC A NEW YORK LIMITED LIABILITY COMPANY,**

For:
Jerry Breslin, Esq.
BARON, BRESLIN & SARMENTO
169 East Flagler Street
Miami, FL 33131

Received by Lindsay Legal Services, Inc on the 3rd day of January, 2023 at 8:38 am to be served on **GARY SCOTT DUNAY, ESQ. DUNAY, MISKEL AND BACKMAN, LLP, 14 SE 4TH STREET, SUITE 36, BOCA RATON, FL 33432**.

I, ROBERTO LINDSAY, do hereby affirm that on the **3rd day of January, 2023** at **11:25 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE** with the date and hour of service endorsed thereon by me, to: **ELENA PAINTER** as **ASSISTANT** at the address of: **14 SE 4TH STREET, SUITE 36, BOCA RATON, FL 33432**, who stated they are authorized to accept service for **GARY SCOTT DUNAY, ESQ.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'4, Weight: 170, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service, and that the facts stated in it are true.
NO NOTARY REQUIRED PURSUANT TO F.S.92.525(2)

_____
**ROBERTO LINDSAY**
C.P.S. 1094

**Lindsay Legal Services, Inc**
**7105 SW 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2023000001

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i