UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                    Chapter 11

     Debtor.

_____/

## CREDITOR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEBTOR'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Creditor, Woodside Credit, LLC ("Creditor"), by counsel, requests the Court enter an order extending the deadline for the Creditor to respond to the Debtor's Document Request (as identified below), and states:

1.     The Creditor seeks the entry of an order extending the deadline to respond to the First Request for Production of Documents [ECF 250] ("Document Request") propounded by Debtor, Auto Wholesale of Boca, LLC ("Debtor") on December 5, 2022.

2.     The Debtor's Document Request seeks broad and extensive information on 16 different categories of documents.

3.     The deadline to respond to the Document Request is January 4, 2022.

4.     Although the Creditor is in the process of assembling the documentation necessary to properly respond to the Document Request, due to the intervening holiday season and other work obligations, the Creditor requires a brief extension of time to adequately consult with undersigned counsel and timely prepare and submit a response to the Debtor's Document Request and produce responsive documents.

5.     The office of undersigned counsel attempted to confer with Debtor's counsel, who did not respond to the relief requested in this motion.

WHEREFORE, the Creditor respectfully request that the Court enter an order granting a 21-day extension of time to respond to the Debtor's Document Requests (identified above), through and including January 25, 2022, and granting any such other and further relief that the Court deems just and appropriate.

Dated:  January 4, 2023

LSS Law
Attorneys for the Creditor
2 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447


By:_____/s/_____
CHRISTIAN SOMODEVILLA
Florida Bar No. 59539
cs@lss.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2023, a true copy of this response was served by electronic mail to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to ACE Insurance Company of the Midwest a/s/o Richard Greenberg, Kramer, Green, Zuckerman, Greene & Buchs, 4000 Hollywood Boulevard, Suite 485-S, Hollywood, FL 33021, Jason J. DeJonker, 161 North Clark Street, Suite 4300, Chicago, IL 60601, Michael J. Harwin, 150 W Flagler St. Suite 2200, Miami, FL 33130, Jarret Hitchings, 301 S. College Street, Suite 2150, Charlotte, NC 28202, Alan Lester Raines, 2500 N. Military Trail, Suite 303, Boca Raton, FL 33431, John R. Schreiber, 111 E. Wisconsin Ave. Suite 1400, Milwaukee, WI 53202, Vanessa Dawn Sloat-Rogers, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487, Steven William Wells, 229 Warner Road, Lancaster, NY 14086, Harry Winderman, One Boca Place, Suite 218A, 2255 Glades Road, Boca Raton, FL 33431, and Ryan Mitchell Wolis, 200 E Las Olas Blvd Suite 2100, Fort Lauderdale, FL 33301.


By:_____/s/_____
Christian Somodevilla