Case 22-15627-EPK    Doc 340-2    Filed 01/09/23    Page 1 of 2

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

| | |
|---|---|
| **FVP OPPORTUNITY FUND III, LP, ET AL** | **CASE NO.:  CACE-22-005125** |
| **Plaintiff,** | **Judge:  Michele Towbin Singer (21)** |
| vs. | |
| **SCOTT ZANKL, ET AL** | |
| **Defendant.** | |
| _____/ | |

**NOTICE OF REMOTE HEARING**
*(Motion Calendar)*

YOU ARE HEREBY NOTIFIED that the undersigned has called up for hearing the following:

**MOTION FOR LEAVE TO AMEND AND FILE AMENDED COMPLAINT**
*Filing # 161575550 E-Filed 11/18/2022 09:19:28 PM*

DATE:          Monday, December 12th, 2022 @ 8:45 A.M.

BEFORE:     The Honorable Judge Michele Towbin Singer (21)

ZOOM:        https://zoom.us/j/91926028850

**Certificate of Service**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of the Courts and served via email through the Florida Courts eFiling Portal in accordance with Rule 2.516 of the Florida Rules of Judicial Administration upon all counsel of record.
On November 23, 2022.

Respectfully submitted,

**Baron, Breslin & Sarmiento**
**Primary email: EService@RichardBaronLaw.com**
**Secondary Email: JB@RichardBaronLaw.com**

**s/ Jerry Breslin**

Jerrell A. Breslin, Esq.
Fla. Bar # 269573
Email: JB@RichardBaronLaw.com
Baron, Breslin & Sarmiento, Attorneys at Law
169 E. Flagler Street
Suite 700
Miami, Fl 33131
Tel.: 305-577-4626
 Fax: 305 577-4630