**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                                    Chapter 11

AUTO WHOLESALE OF BOCA, INC.

                                                       Case No. 22-15627-EPK

          Debtor.

_____/

**NOTICE OF FILING DOCUMENT IN FURTHER SUPPORT OF MOTION TO**
**COMPEL ABANDONMENT AND TURNOVER OF TITLE TO**
**2021 ROLLS ROYCE CULLINAN VIN# ENDING IN 4097 (ECF NO. 252)**

Edward Brown, by and through undersigned counsel, files the attached document in further support of the Motion, indicating that sales taxes were paid on the subject 2021 Cullinan and the sale to the Browns was reported by Excell to the State of Florida.

Dated: January 9, 2023               Respectfully submitted,

                                       By:   /s/ *Amanda Klopp*
                                       D. Brett Marks, Esq.
                                       Florida Bar Number: 099635
                                       Email: brett.marks@akerman.com
                                       Eyal Berger, Esq.
                                       Florida Bar Number:  011069
                                       Email:  eyal.berger@akerman.com
                                       Amanda Klopp, Esq.
                                       Florida Bar Number: 124156
                                       Email: amanda.klopp@akerman.com
                                       **AKERMAN LLP**
                                       201 East Las Olas Boulevard, Suite 1800
                                       Fort Lauderdale, FL  33301-2999
                                       Tel:: 954-463-2700
                                       Fax: 954-463-2224

                                       *Counsel for Edward Brown*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/ Amanda Klopp*
Amanda Klopp, Esq.



## State of Florida
# Department of Revenue

| DOR Home | e-Services Home | Print Page | Contacts | Logout |
|---|---|---|---|---|

**Sales Tax -** Click for Help    NODE: 4

*POSTED*

**User ID: AF1503302801**

**Original Return**

### FOR YOUR RECORDS ONLY - DO NOT MAIL

Cancellations must be done before 5:00 p.m. ET on the submission date. If the submission is completed after 5:00 p.m. ET on the submission date, weekend, or holiday the cancellation must be done before 5:00 p.m. ET the next business day. All cancellations are permanently deleted from our database.

# Access Source:   AF1503302801

# Confirmation Number:  210519838084

DR-15

| Certificate Number | Collection Period | Confirm Date and Time |
|---|---|---|
| 60-8015033028-0 | 04/2021 | 05/19/2021 3:55:38 PM ET |

## Location Address

**1001 CLINT MOORE RD STE 101**
**BOCA RATON, FL 33487-2830**

**EXCELL AUTO GROUP INC**
**TEYA DAWSON**
**1001 CLINT MOORE RD STE 101**
**BOCA RATON, FL 33487-2830**

| Contact Information | |
|---|---|
| Name | SCOTT ZANKL |
| Phone | ( 561 ) 998 - 5557 |
| Email | NIDIA@EXCELLAUTO.COM |

| | |
|---|---|
| Debit Date: | 5/20/2021 |
| Amount for Check: | $2077.09 |
| Bank Routing Number: | ███4131 |
| Bank Account Number: | ███3181 |
| Bank Account Type: | Checking |
| Corporate/Personal: | Corporate |
| Name on Bank Account: | EXCELL AUTO GROUP INC |

Due to federal security requirements, we can not process international ACH transactions. If any portion of the money used in the payment you may be making today came from a financial institution located outside of the US or its territories for the purpose of funding this payment, please do not proceed and contact the Florida Department of Revenue at 850-488-6800 to make other payment arrangements. By continuing, you are confirming that this payment is not an international ACH transaction. If you are unsure, please contact your financial institution.

I hereby authorize the Department of Revenue to process this ACH transaction and to debit the checking account identified above. I understand there may be service charges assessed on any transactions not honored by my bank.

| Signature: | SCOTT ZANKL |
| Phone Number: | 561-998-5557 |
| EMail Address: | NIDIA@EXCELLAUTO.COM |

| Florida | | 1. Gross Sales | | 2. Exempt Sales | | 3. Taxable Amount | | 4. Tax Due |
|---|---|---|---|---|---|---|---|---|
| A. Sales/Services/Electricity | $ | 1763962.00 | $ | 1613966.00 | $ | 149996.00 | $ | 9099.76 |
| B. Taxable Purchases | | | | | $ | 0.00 | $ | 0.00 |
| C. Commercial Rentals | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| C(a). Less Sales Tax Scholarship Credits | | | | | | | $ | 0.00 |
| D. Transient Rentals | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| E. Food & Beverage Vending | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

| | | |
|---|---|---|
| 5. Total Amount of Tax Due | $ | 9099.76 |
| 6. Less Lawful Deductions | $ | 0.00 |
| 7. Net Tax Due | $ | 9099.76 |
| 8. Less Est Tax Pd/DOR Cr Memo | $ | 111769.80 |
| 9. Plus Est. Tax Due Current Month | $ | 104777.13 |
| 10. Amount Due | $ | 2107.09 |
| 11. Less Collection Allowance | $ | 30.00 |
| 12. Plus Penalty | $ | 0.00 |
| 13. Plus Interest | $ | 0.00 |
| 14. Amount Due with Return | $ | 2077.09 |

**You have chosen not to donate your collection allowance to education.**

| | | |
|---|---|---|
| **Payment you have authorized** | | 2077.09 |
| 15(a). Exempt Amount of Items Over $5000 (included in Column 3) | 15(a). $ | 139996.00 |
| 15(b). Other Taxable Amounts **NOT** Subject to Surtax (included in Column 3) | 15(b). $ | 0.00 |
| 15(c). Amounts Subject to Surtax at a Rate Different than Your County Surtax Rate (included in Column 3) | 15(c). $ | 10000.00 |
| 15(d). Total Amount of Discretionary Sales Surtax Due (included in Column 4) | 15(d). $ | 100.00 |
| 16. Hope Scholarship Credits (included in Line 6) | 16. $ | 0.00 |
| 17. Taxable Sales/Untaxed Purchases or Uses of Electricity (included in Line A) | 17. $ | 0.00 |
| 18. Taxable Sales/Untaxed Purchases of Dyed Diesel Fuel (included in Line A) | 18. $ | 0.00 |
| 19. Taxable Sales from Amusement Machines (included in Line A) | 19. $ | 0.00 |
| 20. Rural or Urban High Crime Area Job Tax Credits | 20. $ | 0.00 |
| 21(a). Scholarship Funding Tax Credit | 21(a). $ | 0.00 |
| 21(b). Film and Entertainment Industry Credit | 21(b). $ | 0.00 |
| 21(c). Economic Energy Zone Credit | 21(c). $ | 0.00 |
| 21  Other Authorized Credits | 21. $ | 0.00 |

**APRIL 2021 SALES TAX FORM**

EXCELL AUTO GROUP INC.

LINE

| | | 1. GROSS SALES | 2. EXEMPT SALES | 3. TAXABLE AMOUNT | 4. TAX COLLECTED |
|---|---|---|---|---|---|
| A | SALES | 1,763,962.00 | 1,613,966.00 | 149,996.00 | 9,099.76 |
| B | TAXABLE PURCH | | | 0.00 | 0.00 |
| C | SERVICES | | | | |
| D | TRANSIENT RENTALS | | | | |
| E | FOOD/BEV VEND | 0.00 | | 0.00 | 0.00 |

| | |
|---|---|
| 5.TOTAL COLLECTED | 9,099.76 |
| 6.LESS LAW DED | 0.00 |
| 7.TOTAL TAX DUE | 9,099.76 |
| 8. LESS EST TAX | 111769.80 |
| 9. PLUS EXT TAX | 104777.13 |
| 10. AMT DUE | 2107.09 |
| 11.LESS COLL ALLOW | 30.00 |
| 12.PLUS PENALTY | 0.00 |
| 13. PLUS INT | 0.00 |
| 14. AMOUNT DUE | 2077.09 |

| | |
|---|---|
| 15a.EXEMPT AMT OVER 5K | 139,996.00 |
| 15b.OTH AMTS NOT SUB SURTAX | 0.00 |
| 15c.AMTS SUB TO DIFF SURTAX | 10,000.00 |
| 15d.TOTAL SURTAX AMTS COLL | 100.00 |

| | | |
|---|---|---|
| FORMULA | SURTAX AMOUNT | 10,000.00 |
| | 100 | |
| ACCT | | |
| F/S | TOTAL SALES F/S | 1,763,962.00 |
| | VENDING CHECK | 0.00 |
| | TAX ON VENDING CK | 0.00 |
| | TAXBLE PURCH TAX | 0.00 |
| | TAXBLE PURCH AMT | 0.00 |
| | TAX COLL W/DED | 8,999.76 |
| | WARR REF/LAW DED | 0.00 |
| | COUNTY TAX @ .5% | |
| | COUNTY TAX @ 1% | 100.00 |
| | COUNTY TAX @ 1.5% | |
| | EXEMPT SURTAX AMT | 0.00 |

ONLY OV 5K ITEMS
SUBJECT TO SURTAX
EXCESS COLUMN

| JOURNAL ENTRY: | STAXAPR2021 | |
|---|---|---|
| A/C NUMBER | DR/CR | |
| 2240 | | 8999.76 |
| 2260 | | 100.00 |
| 9070 | | (30.00) |
| | | |
| 1018 | | (2077.09) |
| 1620/STAXRSV | | 6992.67 |
| CHECK DIGIT= | | 0.00 |

**EXCELL AUTO GROUP**
1001 Clint Moore Rd. Ste 101
Boca Raton, FL 33487

| DATE | RTL/WHLS | STK # | CUSTOMER | MAKE | PACK | GROSS | F&I GROSS | SALE PRICE | TAX a/c 2240 | COUNTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/2021 | R | 204097 | BROWN | ROLLS | 1950.00 | (14967.50) | 0.00 | 400000.00 | 6929.88 | 50.00 |
| 04/22/2021 | R | 274539 | ANTHRACITE LEASIN | MERCEDES | 1950.00 | (4325.23) | 0.00 | 190000.00 | 0.00 | 0.00 |
| 04/12/2021 | R | LA05972 | PERIU | LAMBO | 500.00 | 23500.00 | 3000.00 | 249000.00 | 2069.88 | 50.00 |
| 04/13/2021 | W | 051817 | KARMA PB | MOKE | 1950.00 | 39.50 | 0.00 | 21000.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 100117 | KARMA PB | MOKE | 500.00 | (5.00) | 0.00 | 19510.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 100118 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 19015.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 100136 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 18510.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 111312 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18715.00 | 0.00 | 0.00 |
| 04/23/2021 | W | 113001 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18585.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 113010 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 113026 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 22475.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 113027 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 2475.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 113028 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 22475.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 113029 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 22475.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120832 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18410.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120833 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120834 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120835 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/03/2021 | W | 120836 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/23/2021 | W | A04350 | KARMA PB | LAMBO | 0.00 | 0.00 | 0.00 | 200000.00 | 0.00 | 0.00 |
| 04/08/2021 | W | LA12577 | KARMA PB | LAMBO | 1950.00 | (2935.05) | 0.00 | 130000.00 | 0.00 | 0.00 |
| 04/05/2021 | W | R00022 | KARMA PB | ASTON MARTI | 1950.00 | (16759.23) | 0.00 | 233665.00 | 0.00 | 0.00 |

**PREV MONTH CARRYOVER ITEMS WITH SALES TAX DUE:**

| DATE | RTL/WHLS | STK # | CUSTOMER | MAKE | PACK | GROSS | F&I GROSS | SALE PRICE | TAX a/c 2240 | COUNTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/26/2021 | R | 798089 | CAPRILES | PORSCHE RAC | 1950.00 | (34951.47) | 0.00 | 39502.00 | 0.00 | 0.00 |
| 03/10/2021 | W | U2645565 | DC DISTI INC | MERCEDES | 500.00 | 565.00 | 0.00 | 25100.00 | 0.00 | 0.00 |

| | GROSS | F&I GROSS | SALE PRICE | TAX a/c 2240 | PB COUNTY |
|---|---|---|---|---|---|
| TOTAL | (51838.98) | 3000.00 | 1763962.00 | 8999.76 | 100.00 |
| ADJUSTMENTS | 0.00 | | | | |
| GP LESS ADJUSMENTS | (51838.98) | | | | |

| RTL | 3 |
|---|---|
| WHSL | 19 |
| TOTAL | 22 |

| DLR FEE | | | |
|---|---|---|---|
| 3 | 498.00 | $ | 1,494.00 |
| | | $ | 1,494.00 |

| OVERPAYMENT | (6992.67) |
|---|---|
| OOS TAGS | 0.00 |

| FL TAX DUE | 2007.09 | 100.00 |
|---|---|---|

```
GL4031R                              Excell Auto Group Inc                                    5/13/21  14:28:01
NLEIVA                             Vehicle Sales Tax Report                                    Page   1
From  4/01/21 to  4/30/21               Company  EG1
```

| Tax Group | Date | Sale Type | Stock# | Sale Price | Trade Allowance | Service Contract | Aftermarket Options | Fees | Rebate | Insurance | Taxable | Tax 1 | Tax 2 | Other Taxes | Total Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PALM BEACH COUNTY | | | | | | | | | | | | | | | |
| KARMA PALM BEACH | 4/23/21 | W | A04350 | 200000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/06/21 | W | R00022 | 233665.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 051817 | 21000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 100117 | 19510.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 100118 | 19015.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 100136 | 18510.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 111312 | 18715.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/26/21 | W | 113001 | 18585.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/28/21 | W | 113009 | 18510.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 113010 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 113026 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 113028 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 113029 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 113207 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120832 | 18410.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120833 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120834 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120835 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120836 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| BROWN, ASHLEY | 4/01/21 | R | 204097 | 400000.00 | 285000.00 | .00 | .00 | 498.00 | .00 | .00 | 115498.00 | 6929.88 | 50.00 | .00 | 6979.88 |
| ANTHRACITE LEASING | 4/22/21 | W | 274539 | 190000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| PERIU, OMAR | 4/12/21 | R | LA05972 | 249000.00 | 215000.00 | .00 | .00 | 498.00 | .00 | .00 | 34498.00 | 2069.88 | 50.00 | 710.85 | 2830.73 |
| KARMA PALM BEACH | 4/08/21 | W | LA12577 | 130000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Retail Taxable | | | | 649000.00 | 500000.00 | .00 | .00 | 996.00 | .00 | .00 | 149996.00 | 8999.76 | 100.00 | 710.85 | 9810.61 |
| Wholesale Non-Taxable | | | | 1088870.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | 1737870.00 | 500000.00 | .00 | .00 | 996.00 | .00 | .00 | 149996.00 | 8999.76 | 100.00 | 710.85 | 9810.61 |
| Total All Tax Groups | | | | 1737870.00 | 500000.00 | .00 | .00 | 996.00 | .00 | .00 | 149996.00 | 8999.76 | 100.00 | 710.85 | 9810.61 |