**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC.,[1]          Chapter 11

                                    Debtor.          Subchapter V

_____/

**HI BAR CAPITAL, LLC'S JOINDER**
**TO FVP'S RESPONSE TO EDWARD BROWN'S MOTION TO COMPEL**
**ABANDONMENT AND TURNOVER OF TITLE TO ROLLS CULLINAN, VIN 4097**

Hi Bar Capital, LLC ("***Hi Bar***"), by and through undersigned counsel, hereby joins the *Response* [Docket No. 339] (the "***FVP Response***") filed by FVP Opportunity Fund III, LP and its affiliates (the "***FVP Parties***") to the *Motion for Abandonment and Turnover of Title to 2021 Rolls Royce Cullinan VIN # Ending in 4097* [Docket No. 252] filed by Edward Brown (the "***Brown Motion***"), and in support thereof states as follows:

1.      The referenced and relevant Rolls Royce Cullinan is one of the vehicles at issue in the pending Adversary Proceeding No. 22-01218-EPK (the "***Adversary Proceeding***"). Indeed, by the Adversary proceeding, several parties, including Hi Bar and the FVP Parties, seek to determine the ownership of such vehicles and the extent, validity and priority of various security interests and liens asserted therein.

2.      Hi Bar thus agrees and joins the FVP Response, inasmuch as the issues raised in the Brown Motion are already before the Court and should be determined in and through the Adversary Proceeding. For the avoidance of doubt, Hi Bar does not join or agree with paragraph

_____

[1] The last four digits of the Debtor's taxpayer identification number is 5162. The Debtor's noticing address in this Chapter 11 case is 6560 West Rogers Circle, Suite B-27, Boca Raton, Florida 33487.

36 of the FVP Response to the extent that Hi Bar maintains that it – and not FVP – is entitled to the subject vehicle as its collateral.

3.    Hi Bar reserves its rights with respect to all other matters, including with respect to the subject vehicles and all other issues presently before the Count in this matter or the Adversary Proceeding.

WHEREFORE, Hi Bar respectfully requests this Court deny the Brown Motion and otherwise provide for such matters to be determined in connection with the Adversary Proceeding.

Respectfully submitted,

Dated: January 11, 2023

/s/ Ezequiel J. Romero
Ezequiel J. Romero
Florida Bar No. 107216
romeroe@bclplaw.com
Bryan Cave Leighton Paisner, LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
Telephone:  (786) 322-7500

Local Counsel for Hi Bar Capital, LLC

| | |
|---|---|
| Jason J. DeJonker, Esq. | /s/ Jarret P. Hitchings |
| Illinois Bar No. 6272128 | Jarret P. Hitchings, Esq. |
| Bryan Cave Leighton Paisner, LLP | Delaware Bar No. 5564 |
| 161 North Clark Street, Suite 4300 | Pennsylvania Bar No. 312254 |
| Chicago, Illinois 60601-3315 | Bryan Cave Leighton Paisner, LLP |
| E-mail: Jason.dejonker@bclplaw.com | One Wells Fargo Center |
| Tel: (312) 602-5005 | 301 S. College Street, Suite 2150[2] |
| | Charlotte, North Carolina 28202 |
| *Admitted Pro Hace Vice* | E-mail: jarret.hitchings@bclplaw.com |
| *Counsel for Hi Bar Capital, LLC* | Tel: (704) 749-8965 |
| | Fax: (704) 749-8990 |

*Admitted Pro Hac Vice*
*Counsel for Hi Bar Capital, LLC*

---

[2] Application for admission to practice in the State of North Carolina pending. While not currently licensed in North Carolina, practicing in the state pursuant to North Carolina Rule of Professional Conduct 5.5(e), and in compliance therewith.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2023, I caused the foregoing *Joinder* to be electronically filed with the Court using the Court's CM/ECF filing system, which generated an email notice of the filing, linked to this document, to those parties who receive electronic notices in the bankruptcy case captioned above.

Dated: January 11, 2023                   **BRYAN CAVE LEIGHTON PAISNER LLP**

                                          */s/ Ezequiel J. Romero*
                                          Ezequiel J. Romero (Florida Bar No. 107216)
                                          200 South Biscayne Boulevard, Suite 400
                                          Miami, Florida 33131-5354
                                          Telephone     (786) 322-7500
                                          Facsimile:    (786) 322-7501
                                          Email:        ezequiel.romero@bclplaw.com

                                          *Counsel for Hi Bar Capital, LLC*

3