

**ORDERED in the Southern District of Florida on January 12, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                    **Case No. 22-15627-EPK**
                                                              **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

### <u>ORDER DENYING MOTION FOR RELIEF FROM STAY</u>

        This matter came before the Court for hearing on January 11, 2023, upon the *Motion for Order that Stay is Not Applicable to State Court Amended Complaint, or, Alternatively, Motion to Modify the Automatic Stay to the Extent Applicable* [ECF No. 303] (the "Motion") filed by FVP Investments, LLC, FVP Servicing, LLC, and FVP Opportunity Fund III, LP.

        For the reasons stated on the record, it is ORDERED and ADJUDGED that the Motion [ECF No. 303] is DENIED.

###

Copy to:
Jerrell A. Breslin, Esq.

*Jerrell A. Breslin, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*