

**ORDERED in the Southern District of Florida on January 12, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,              Chapter 11
                                                              Subchapter V

    Debtor.

_____/

**ORDER SUSTAINING-IN-PART**
**DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS**

This matter came on before the Court on January 11th, 2023 at 1:30 p.m. for

a Hearing on the *Debtor's First Omnibus Objection To Claims* [ECF No. 225] (the

"**First Objection**"), and the Court, having considered the record, heard argument

of counsel, and based upon the record, finding good cause shown, does hereby

    **ORDER** and **ADJUDGE** that

1. The **First Objection** is **SUSTAINED** as set forth herein-below.

2. **Claim No. 4** filed by Woodside Credit, LLC in the sum of $1,211,066.68 is

    disallowed and stricken in its entirety.

3. **Claim No. 5** filed by Derek Stephens in the sum of $250,000.00 is

   disallowed and stricken in its entirety.

4. **Claim No. 21** filed by Prestige Luxury Cars, LLC in the sum of

   $1,320,000.00 is disallowed and stricken in its entirety.

*###*

Submitted by:
James B. Miller, Esq.
Counsel to Debtor
19 West Flagler St., Suite 416
Miami, FL 33130
Tel. (3050 374-0200
Fax. (305) 374-0250
Email: bkcmiami@gmail.com

**Attorney Miller** is directed to serve this *Order* and file a conforming certificate of service.