

**ORDERED in the Southern District of Florida on January 12, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                                 **Case No. 22-15627-EPK**
                                                                                **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

**ORDER GRANTING MOTION TO EXTEND TIME AND SETTING**
**HEARING ON OBJECTION TO CLAIM OF CALVIN ERBSTEIN**

This matter came before the Court for hearing on January 11, 2023, upon the *Calvin Erbstein's Motion for Extension of Time to Respond to First Omnibus Objection to Claims filed by FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC* [ECF No. 308] (the "Motion") filed by Calvin Erbstein. For the reasons stated on the record, it is ORDERED and ADJUDGED:

1.        The Motion [ECF No. 308] is GRANTED as provided herein.

2.        The deadline for Calvin Erbstein to respond to the Objection to Claim of Calvin Erbstein [ECF No. 229] filed by the FVP Parties is extended to January 23, 2023.

3.        The Court will hold a hearing on the Objection to Claim of Calvin Erbstein [ECF No. 229] at **1:30 p.m. on February 8, 2023**. The hearing will be held at the United

States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

###

Copy to:
Scott C. Gherman, Esq.

*Scott C. Gherman, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*