

**ORDERED in the Southern District of Florida on January 12, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                         **Case No. 22-15627-EPK**
                                                                   **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**

     **Debtor.**

_____/

**ORDER SETTING STATUS CONFERENCE ON**
**OBJECTION TO CLAIM OF KARMA OF BROWARD AND**
**DIRECTING FILING OF AMENDED PROOF OF CLAIM**

This matter came before the Court for hearing on January 11, 2023, upon the Objections to Claim of Karma of Broward, Inc. filed by the debtor Auto Wholesale of Boca, LLC at ECF No. 225 and by Wing Lake Capital Partners at ECF No. 224 (together, the "Objections") and the Responses [ECF No. 292, 293] filed by Karma of Broward, Inc. ("Karma"). For the reasons stated on the record, it is ORDERED and ADJUDGED:

1.  The Court will hold a status conference on the Objections [ECF Nos. 224, 225] at **1:30 p.m. on May 10, 2023**. The status conference will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the status

conference in person, any interested party may choose to attend the status conference remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the status conference remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the status conference. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

2.    Karma is directed to file an amended proof of claim no later than January 25, 2023.

###

Copy to:
James B. Miller, Esq.

*James B. Miller, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*