

**ORDERED in the Southern District of Florida on January 13, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                    Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,                             Chapter 11, Subchapter V

    Debtor.

_____/

**AGREED ORDER GRANTING PARTY-IN-INTEREST OMAR PERIU'S MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO DEBTOR'S FIRST REQUEST FOR**
**PRODUCTION OF DOCUMENTS**

THIS MATTER came before the Court upon the *Motion for Extension of Time to Respond to Debtor's First Request for Production of Document* ("Motion") [ECF No. 315] filed by party-in-interest, OMAR PERIU ("Mr. Periu").  The Court, having reviewed the Motion, finding good cause for the relief requested therein, noticing the agreement of the parties, and being otherwise duly advised in the premises,

ORDERS AND ADJUDGES as follows:

1.      The Motion is GRANTED.

2.	Mr. Periu shall respond to the *Debtor's First Request for Production of Document* [ECF No. 251] by January 26, 2023.

3.	The hearing set in this matter for the Motion on January 18, 2023 at 1:30 p.m. is CANCELLED.

###

**Submitted by**:

Carlos E. Sardi, Esq.
**SARDI LAW, PLLC**
225 Alcazar Avenue
Coral Gables, FL 33134
Telephone: 305-697-8690
Email: carlos@sardilaw. com

*(Attorney Sardi shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*

2