**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

                                                                Chapter: 11

       Debtor.                                              WEST PALM BEACH DIVISION

_____/

**<u>AMENDED DECLARATION OF SHANE PRYOR</u>**

1.      My name is Shane Pryor, and I am over the age of eighteen, of sound mind, not suffering from any disease or defect that would render me incompetent to make this Declaration, and otherwise *sui juris*. I have personal knowledge of all statements made in this Declaration. I affirm that the facts set forth in this Declaration are true.

2.      On March 9, 2022, I entered into a purchase agreement for 2018 Lamborghini Performante, VIN # ZHWUD4ZF0JLA11207 (the "Vehicle") with Karma of Palm Beach, Inc. ("Karma").

3.      SHANEANDNINAMT, LLC is the legal owner of the Vehicle.

4.      I am the Authorized Agent of SHANEANDNINAMT, LLC.

5.      Debtor, Auto Wholesale Boca, LLC ("AWB"), removed the Title from Karma's possession without the express authorization of Karma or the legal owner.

6.      On July 22, 2022, AWB filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code.

7.      As of the date of this Declaration, the Title unlawfully remains in the custody of the Debtor.

FURTHER DECLARANT SAYETH NAUGHT.

**<u>VERIFICATION PURSUANT TO FLA. STAT. § 92.525</u>**

Under penalties of perjury, I declare that I have read the foregoing Declaration and that the

facts stated in it are true.

Dated: 01/13/2023 _____

SHANEANDNINAMT, LLC

_____
Authorized Agent

Shane Pryor
_____
(Print Name)