

**ORDERED in the Southern District of Florida on January 17, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                             Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                       Chapter 11
                                                   Subchapter V

      Debtor.

_____/

**ORDER GRANTING MOSHE FARACHE, LISA FARACHE, AND CHASE
FARACHE'S MOTION FOR AN EXTENSION OF TIME TO RESPOND SUBPOENA
<u>DUCES TECUM</u>**

THIS MATTER came before the Court for a hearing on **January 11th, 2023 at
1:30 p.m**. (the "Hearing") on the *Moshe Farache, Lisa Farache and Chase Farache's
Motion for an Extension of Time to Respond to Subpoena Duces Tecum* [ECF No. 268]
filed by FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC [ECF
No. 245], and the Court, having reviewed the Motion, heard argument of respective
counsel,  noting no other opposition to the requested relief , and for the reasons stated
in open Court, does hereby:

ORDER and ADJUDGE that the Motion is GRANTED.  Moshe Farache, Lisa

Farache, and Chase Farache will have until January 9, 2023, to respond to the

*Subpoena Duces Tecum* [ECF No. 268] filed by FVP Investments, LLC, FVP Opportunity

Fund III, LP, and FVP Servicing, LLC.

# # #

Submitted by:

Scott C Gherman, Esq.
Counsel to Moshe, Lisa and Chase Farache
902 Clint Moore Rd, Ste 120
Boca Raton, FL 33487
Tel. (561) 757-6266
Email: sgherman@scottghermanpa.com

(Attorney Gherman is directed to serve this Order on all non-registered users who have not yet
appeared electronically in this Case and file a conforming certificate of service.)