

**ORDERED in the Southern District of Florida on January 17, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                Chapter 11
                                                          Subchapter V

          Debtor.

_____/

### AGREED ORDER GRANTING MOTION TO COMPEL TURNOVER OF ORIGINAL TITLE FOR 2018 MERCEDES METRIS PASSENGER (VIN#WD4PG2EE2J3366588)

THIS MATTER came before the Court for a hearing on **January 11th, 2023**

**at 1:30 p.m**. (the "Hearing") on the *Motion to Compel Turnover of Original Title for*

*2018 Mercedes Metris Passenger (VIN# WD4PG2EE2J3366588)* [ECF No. 268] (the

"QFP Motion") filed by Quad Funding Partners, LLC ("QFP"), and the Court, having

reviewed the QFP Motion [ECF No. 268] and noting no written objections to the

requested relief, heard argument of respective counsel,  noting no other opposition

to the requested relief and agreement by Debtor to the relief and the form of this

Order, and for the reasons stated in open Court, does hereby:

ORDER and ADJUDGE that:

1.      The Quad Motion is GRANTED on the terms set forth herein.

2.      Quad Funding Partners, LLC is a purchaser in the ordinary course of business within the meaning of Section 672.403, Florida Statutes.

3.      Any right, title or interest of the Debtor, Auto Wholesale of Boca, LLC (the "Debtor"), in the motor vehicle title (the "Title") to the 2018 Mercedes Metris Passenger (VIN# WD4PG2EE2J3366588) is abandoned.

4.      The Florida Department of Highway Safety and Motor Vehicles and any other governmental agencies, including but not limited to the Boca Raton Police Department, are hereby authorized, but not directed, to remove any holds on the Title and take such other actions as may be necessary to allow for the avoidance and cancellation of the existing bare legal title in favor of the Debtor and for the issuance of a new marketable title to the Vehicle in favor of Quad Funding Partners, LLC.

5.      The Debtor and Quad are further authorized to take such actions as may be necessary to effectuate the intent of the abandonment and terms of this Order.

6.      Upon entry of this Order, Quad shall have no claims in this Estate against the Debtor and shall and does hereby release Debtor, its owners, officers and directors of any claims, causes and/or liability arising out of or relating to the Vehicle, Title and/or ownership.

7.      The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken

2

in respect of this Order.  Such jurisdiction shall survive the dismissal, if any, of the Debtor's bankruptcy case.

# # #

Submitted by:

James B. Miller, Esq.
Counsel to Debtor
19 West Flagler St., Suite 416
Miami, FL 33130
Tel. (3050 374-0200
Fax. (305) 374-0250
Email: bkcmiami@gmail.com

**Attorney Gielchinsky** is directed to serve this Order on all non-registered users who have not yet appeared electronically in this Case and file a conforming certificate of service.

3