

**ORDERED in the Southern District of Florida on January 23, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                                                    Case No. 22-15627-EPK
                                                                                               Chapter 11
**AUTO WHOLESALE OF BOCA, LLC,**

    Debtor.

_____/

### ORDER ABATING OBJECTIONS TO CLAIMS

This matter came before the Court for hearing on January 18, 2023, upon the Objections to Claims filed by Wing Lake Capital Partners [ECF Nos. 219, 220], Auto Wholesale of Boca [ECF Nos. 226, 227], and the FVP Entities [ECF No. 230]. For the reasons stated on the record, it is ORDERED and ADJDUGED that the Objections to Claims [ECF Nos. 219, 220, 226, 227, 230] are hereby ABATED pending resolution of the adversary proceeding *FVP Opportunity Fund III, LP et al. v. Auto Wholesale of Boca, LLC et al.* Adv. Pro. No. 22-01218-EPK and the related motions for turnover in the above-captioned case.

###

Copy to:
James B. Miller, Esq.
*James B. Miller, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*

Page 1 of 1