UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.　　　　　　Case No.: 22- 15627-EPK
　　　　　　　　　　　　　　　　　　　　　Chapter 11 Subchapter V

　　　　Debtor　　　　　/

### SCOTT C GHERMAN, ESQ AND SCOTT C GHERMAN, P.A.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SUBPOENA

Comes Now, Scott C. Gherman, Esq. and Scott C. Gherman P.A. and Move For An Extension Of Time To Respond To Subpoena to Produce Documents, Information, Or Objects, Or To Permit Inspection Of Premises, In A Bankruptcy Case, And In Support States:

1.　　On January 3, 2023, FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (hereinafter "FVP") served a subpoena to Produce Documents, Information, Or Objects, Or to Permit Inspection Of Premises (Doc #318) on the undersigned and his firm.

2.　　In view of the sensitive nature of the information requested in the Subpoena and due to other work-related matters and personal obligations that have hindered the undersigned's ability to respond appropriately to the same, the undersigned is need of an extension of time to consult with his clients and file a response to the Objection.

WHEREFORE, Scott C. Gherman, Esq. and Scott C. Gherman request that the Court enter an order granting them an extension of time until February 10, 2023, to respond subpoena served by FVP and granting such other relief that the Court deems appropriate.

Respectfully submitted on January 23, 2022.

**1 |** P a g e

**2 |** P a g e

SCOTT C. GHERMAN, P.A.
902 Clint Moore Road
Suite 120
Boca Raton, Florida 33487
(561) 757-6266
sgherman@scottghermanpa.com

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said adversary and bankruptcy proceedings and who are registered with the court for such service, along with a courtesy copy of the same served via email in PDF format to Linda Leali, Trustee.

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653