UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                Chapter 11 Subchapter V

            Debtor                    /

**CALVIN ERBSTEIN'S RESPONSE IN OPPOSITION OMNIBUS OBJECTION TO
CLAIMS FILED BY FVP INVESTMENTS, LLC, FVP OPPORTUNITY FUND III, LP,
AND FVP SERVICING, LLC**

Calvin Erbstein (hereinafter "Erbstein"), by and through undersigned counsel, hereby responds to the Omnibus Objection to Claim No. 16 ("Claim") filed by FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC (hereinafter, collectively, "FVP") (ECF #229), and states as follows:

1.      Claim 16 is based on a loan Erbstein made to the Debtor, AUTO WHOLESALE OF BOCA, LLC., ("AWB") in the total amount of $1,000,000.00.

2.      The loan was made to AWB through four separate payments in the amount of $250,000.00 each.  Under the terms of the loan AWB agreed to pay Erbstein interest at a rate of 11% per annum.  The promissory notes, wire transfers and escrow agreements evidencing the loans are attached hereto as Exhibit "A".

3.      FVP objects to the unsecured portion of Erbstein's claim to any extent Erbstein alleges an interest in property that is senior in priority to FVP.

4.      However, on information and belief, FVP has no interest in any of the property of AWB.  FVP has produced no documents evidencing any loan to AWB, or any documents to support its claim as to any interest in any vehicles to which AWB has title and/or possession.

**1 |** P a g e

WHEREFORE, Calvin Erbstein requests that the Court enter an order overruling FVP's

Objection to his Claim, and award any and all other relief that is just and proper.

Respectfully submitted on January 23, 2023.

> SCOTT C. GHERMAN, P.A.
> 902 Clint Moore Road
> Suite 120
> Boca Raton, Florida 33487
> (561) 757-6266
> sgherman@scottghermanpa.com
>
> /S/ Scott Gherman
> SCOTT C. GHERMAN, ESQ.,
> Florida Bar No. 0180653

### CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF

simultaneously with the filing of the same with the Court this even date upon all parties-in-interest

of record in said bankruptcy proceedings and who are registered with the court for such service.

> /S/ Scott Gherman
> SCOTT C. GHERMAN, ESQ.,
> Florida Bar No. 0180653