UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                 Chapter 11 Subchapter V

      Debtor           /

**FARACHE ENTERPRISES, INC.'S, MOSHE FARACHE'S, AND M & M DEVELOPMENT CONSULTANTS, LLC'S OMNIBUS RESPONSE TO THIRD OMNIBUS OBJECTION TO CLAIMS FILED BY WING LAKE CAPITAL PARTNERS A/K/A FRANKLIN CAPITAL MANAGEMENT, LLC AND FRANKLIN CAPITAL FUNDING, LLC**

Farache Enterprises, Inc., Moshe Farache, and M & M Development Consultants, Inc., by and through undersigned counsel, responds to the Third Omnibus Objection to Claims filed by Wing Lake Capital Partners a/k/a Franklin Capital management, LLC and Franklin Capital Funding, LLC (together, "Wing Lake") (see Doc 224).

1.     On November 23, 2022, Wing Lake filed its Third Omnibus Objections to Claims, including the claims of Farache Enterprises, Inc. (Claim No. 14-1), Moshe Farache (Claim No. 15-1), and M & M Development Consultants, Inc., (Claim No. 17-1).

2.     The claims of Farache Enterprises, Inc., Moshe Farache, and M & M Development Consultants, Inc. are based on loans to the Debtor that the Debtor has declared to be liquated undisputed non-contingent unsecured debt under penalty of perjury of the law.

WHEREFORE, Farache Enterprises, Inc., Moshe Farache, and M & M Development Consultants, Inc., requests that the Court enter an order overruling the Third Omnibus Objection to Claims filed by Wing Lake, and award any and all other relief that is just and proper.

Respectfully submitted on January 23, 2023.

**2 |** P a g e

SCOTT C. GHERMAN, P.A.
902 Clint Moore Road
Suite 120
Boca Raton, Florida 33487
(561) 757-6266
sgherman@scottghermanpa.com

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said bankruptcy proceedings and who are registered with the court for such service.

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653