UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                              Chapter 11 Subchapter V

          Debtor-in-Possession

_____/

### CREDITOR'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEBTOR'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Creditor, Woodside Credit, LLC ("Creditor"), by and through undersigned counsel, files this Motion for Extension of Time to Respond to Debtor's First Request for Production of Documents ("Motion"), and, in support thereof states the following:

1.      By this Motion, Creditor seeks the entry of an Order, extending the time to respond to First Request for Production of Documents [ECF 250] ("Document Request") propounded by Debtor, Auto Wholesale of Boca, LLC ("Debtor") on December 5, 2022.

2.      The Debtor's Document Request seeks broad and extensive information on 16 different categories of documents.

3.      The current deadline to respond to the Document Request is January 25, 2023.

4.      Undersigned counsel has obtained documents from Creditor pursuant to the Document Request, however, upon review of the documents produced, Creditor has realized there was a miscommunication regarding the documents needed from Creditor. Therefore, undersigned counsel requires an extension of time to obtain outstanding documents from Creditor and timely prepare and file a response to the Debtor's Document Request and produce responsive documents.

5.      Undersigned counsel conferred with Debtor's counsel, who did not respond to the relief requested in this Motion.

WHEREFORE, Creditor respectfully request that the Court enter an order granting a 14-day extension of time to respond to the Debtor's Document Requests (identified above), through and including February 8, 2023, and granting any such other and further relief that the Court deems just and appropriate.

Dated:  January 25, 2023

LSS Law
Attorneys for the Creditor
2 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447

By:_____/s/_____
CHRISTIAN SOMODEVILLA
Florida Bar No. 59539
cs@lss.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2023, a true copy of this response was served by electronic mail to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to ACE Insurance Company of the Midwest a/s/o Richard Greenberg, Kramer, Green, Zuckerman, Greene & Buchs, 4000 Hollywood Boulevard, Suite 485-S, Hollywood, FL 33021, Jason J. DeJonker, 161 North Clark Street, Suite 4300, Chicago, IL 60601, Michael J. Harwin, 150 W Flagler St. Suite 2200, Miami, FL 33130, Jarret Hitchings, 301 S. College Street, Suite 2150, Charlotte, NC 28202, Alan Lester Raines, 2500 N. Military Trail, Suite 303, Boca Raton, FL 33431, John R. Schreiber, 111 E. Wisconsin Ave. Suite 1400, Milwaukee, WI 53202, Vanessa Dawn Sloat-Rogers, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487, Steven William Wells, 229 Warner Road, Lancaster, NY 14086, Harry Winderman, One Boca Place, Suite 218A, 2255 Glades Road, Boca Raton, FL 33431, and Ryan Mitchell Wolis, 200 E Las Olas Blvd Suite 2100, Fort Lauderdale, FL 33301.

By:_____/s/_____
Christian Somodevilla