**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                    Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,          Chapter 11, Subchapter V

    Debtor.

_____/

**PARTY-IN-INTEREST OMAR PERIU'S RESPONSE AND OBJECTIONS TO**
**DEBTOR'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Party-in-interest, OMAR PERIU ("**Mr. Periu**"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 34 as made applicable to this matter by Fed. R. Bankr. P. 7034, hereby provides the responses and objections to the First Request for Production of Documents ("**Requests**") [ECF No. 251] propounded to him by Debtor AUTO WHOLESALE OF BOCA, INC. ("**Debtor**") on December 5, 2022.

**GENERAL OBJECTIONS AND RESPONSES**

1.      Mr. Periu objects to the Requests, including the Definitions and Instructions thereto, to the extent they seek to impose obligations on Mr. Periu beyond those required by the Rules of Court and beyond the scope of permissible discovery.

2.      Mr. Periu objects to the Requests to the extent they seek privileged information or documents, including, but not limited to, information and documents protected by the attorney/client privilege, the work product doctrine, the accountant/client privilege, the self-evaluation or the self-critical analysis privilege, or any other applicable privilege, rule of privacy or confidentiality, immunity, protection, or restriction that makes such information otherwise non-discoverable. The production, inadvertently or otherwise, of any document or information subject to such privilege, protection or doctrine will not constitute or be deemed to constitute a waiver of any privilege or other immunity from production.

3.      Mr. Periu objects to the Requests to the extent they seek documents not in its possession custody or control, and/or documents more readily available from other parties to this lawsuit or from other non-party and third-party witnesses.

- 1 -

4.      Mr. Periu responds to the Requests based on information available as of the date hereof and reserves the right to supplement its objections or responses to any of the Requests pursuant to all appropriate rules, laws, statutes and regulations. Mr. Periu further objects because it has not yet obtained full discovery in this matter and anticipates discovering facts and information that are in the possession of Debtor and/or other parties in this case or available from other sources.

5.      Mr. Periu objects to the Requests to the extent they seek "all" information concerning certain subjects and to the extent such Requests seek redundant or duplicative information.

6.      In these responses, whenever Mr. Periu employs the phrase "subject to and without waiving his objections," he is responding to the particular Request as it may be narrowed by the general and specific objections and without waiver thereof.

7.      Mr. Periu objects to the Requests to the extent they seek electronic information that is not readily accessible and available.

8.      By serving these Responses and Objections to Debtor, Mr. Periu does not waive any objections available to him at trial regarding this or any other discovery served on Mr. Periu by any other party in this case, and Mr. Periu's Responses and Objections to the Requests are made without in any way waiving or intending to waive, but rather, to the contrary, preserving and intending to preserve the right to raise all questions as to competence, relevance, materiality, privilege and admissibility as evidence for any purpose, including trial.

9.      Because discovery remains ongoing in this matter, Mr. Periu reserves the right to amend the responses to any of the Requests to the extent additional responsive information becomes available.

10.     Mr. Periu incorporates these General Objections and Responses as part of each individual response to the Requests as if these were fully set forth in each such response.  Each of the following specific responses is subject to and without waiver of these General Objections and Responses.  Further, nothing herein shall be construed as an admission by Mr. Periu regarding the competence, admissibility or relevance of any document, or as an admission of the truth or accuracy of any characterization or document of any kind sought by Debtor's Requests. Mr. Periu further reserves his right to challenge the competency, relevance, materiality and/or admissibility

of any documents produced in response to any Request at trial of this or any other action, or at any subsequent proceeding pertaining to this action or of any other action.

## SPECIFIC RESPONSES AND OBJECTIONS TO THE REQUESTS

**Request No. 1:**
Any and all Documents, Contracts and Communications Related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Mr. Periu objects to this request for being overly broad and vague.  The request has no time limit. Further the terms "document" and "communication" are broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

**Request No. 2:**
Any and all Documents, Bank Records, Contracts and Communications by and between Woodside and Periu, including any Entities, Related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Mr. Periu objects to this request for being overly broad and vague.  The request has no time limit. Further the terms "document" and "communication" are broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to the production of confidential banking and financial information, which is completely irrelevant to the Motion. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

**Request No. 3:**
Any and all Documents, including Bank Records, Reflecting payments made by or for Periu to KB, KPB, EAG, Scott Zankl and/or Kristen Zankl for the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Mr. Periu objects to this request for being overly broad and vague.  The request has no time limit. Further the term "document" is broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to the production of confidential banking and financial information, which is completely irrelevant to the Motion. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, KB, KPB, EAG, Scott Zankl and/or Kristen Zankl. Mr. Periu further objects to this request to the extent Debtor seeks

documents already in its possession. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control in response to Request No. 1 above.

**Request No. 4:**
Any and all Documents, including Bank Records, Reflecting payments made by or for Periu to Woodside for the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Mr. Periu objects to this request for being overly broad and vague.  The request has no time limit. Further the term "document" is broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to the production of confidential banking and financial information, which is completely irrelevant to the Motion. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, Woodside. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control in response to Request No. 1 above.

**Request No. 5:**
Any and all Documents, including Bank Records, Reflecting that sales tax was paid related to Periu's purported purchase of the 2021 Mercedes-Benz AMG G 63 referenced in the Motion.

Response:
Mr. Periu objects to this request for being overly broad and vague.  The request has no time limit. Further the term "document" is broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to the production of confidential banking and financial information, which is completely irrelevant to the Motion.  Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, KB, KPB, EAG, and Scott Zankl.  Subject to the above general and specific responses and objections, Mr. Periu has no responsive documents in connection with the payment of sales taxes other than what he was charged and directs Debtor to the February 14, 2022 purchase agreement for the 2021 Mercedes-Benz AMG G 63, a copy of which is being produced in response to Request No. 1.

**Request No. 6:**
Any and all maintenance and/or service records regarding the 2021 Mercedes-Benz AMG G 63.

Response:
Mr. Periu objects to this request for being overly broad and vague.  The request has no time limit. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, KB, KPB, EAG, and Scott Zankl.  Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession. Subject to the above general and specific responses and objections, Mr. Periu states that he has no responsive documents.

**Request No. 7:**
Any and all Documents, Communications, and Contracts Referencing or Reflecting the 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

Response:
Mr. Periu objects to this request for being overly broad, vague, and irrelevant. The request has no time limit. Further the terms "document" and "communication" are broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Documents related to the 2019 Blue Lamborghini Urus are irrelevant to the Motion. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, KB, KPB, EAG, and Scott Zankl. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

**Request No. 8:**
Any and all Bank Records Reflecting and/or Referencing payments to or from Periu regarding the 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

Response:
Mr. Periu objects to this request for being overly broad and vague. The request has no time limit. Further the term "document" is broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to the production of confidential banking and financial information, which is completely irrelevant to the Motion. Documents related to the 2019 Blue Lamborghini Urus are also irrelevant to the Motion. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, Woodside, KB, KPB, EAG, and Scott Zankl. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

**Request No. 9:**
Any and all Documents, Contracts and Communications by and between Periu including any Entities, and EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

Response:
Mr. Periu objects to this request for being overly broad, vague, and irrelevant. The request has no time limit. Further the terms "documents" and "communications" are broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, KB, KPB, EAG, and Scott Zankl. Mr. Periu further objects to the extent the request is duplicative of other requests. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its

possession. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

**Request No. 10:**
Any and all Documents, including Bank Records, reflecting payments to Periu, including to any Entities, from EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

Response:
Mr. Periu objects to this request for being overly broad, vague, and irrelevant. The request has no time limit. Further the terms "documents" and "communications" are broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to the production of confidential banking and financial information, which is completely irrelevant to the Motion. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, KB, KPB, EAG, and Scott Zankl. Mr. Periu further objects to the extent the request is duplicative of other requests. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

**Request No. 11:**
Any and all Documents, including Bank Records, reflecting payments from Periu, including from any Entities, to EAG, KB, KPB, Scott Zankl or Kristen Zankl.

Response:
None.

**Request No. 12:**
Any and all Documents, including Bank Records, showing payments from Periu, including any Entities, to Woodside.

Response:
Mr. Periu objects to this request for being overly broad, vague, and irrelevant. The request has no time limit. Further the terms "documents" and "communications" are broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition. Mr. Periu further objects to the production of confidential banking and financial information, which is completely irrelevant to the Motion. Mr. Periu also objects to this request to the extent Debtor can obtain responsive documents from other third parties, including, but not limited to, Woodside. Mr. Periu further objects to the extent the request is duplicative of other requests. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

- 6 -

**Request No. 13:**
All Bank Records of Periu, including any Entities, from January 2020 through October 2022.

Response:
Mr. Periu objects to this request for being overly broad and irrelevant. The request is nothing more than a fishing expedition with no relevancy to the Motion, and sought by Debtor purely to harass. Mr. Periu further objects to the production of confidential banking and financial information. Debtor has no legal right to obtain such information.

**Request No. 14:**
Any and all videos of Periu and Scott Zankl discussing or involving vehicles or the automobile industry in general.

Response:
Mr. Periu objects to this request for being overly broad and irrelevant.  The request is nothing more than a fishing expedition with no relevancy to the Motion, and sought by Debtor purely to harass. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession.  Further, Mr. Periu objects to the extent the information sought is more readily available from other parties, including Scott Zankl, or other readily available public sources on the internet, including YouTube (https://www.youtube.com/@varoomtv9774).

**Request No. 15:**
Any and all photos and/or video showing Periu with vehicles known to be owned by AWB, EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, or taken at 1001 Clint Moored Rd., Boca Raton, FL 33487.

Response:
None.

**Request No. 16:**
Any and all documents Periu intends to rely on or utilize at the evidentiary hearing on the Motion.

Response:
Mr. Periu objects to this request to the extent Debtor seeks documents covered by the attorney work product doctrine or mental impression of Mr. Periu's counsel. Mr. Periu further objects to this request for being premature. Mr. Periu will, at the appropriate time, disclose such documents to Debtor and its counsel when mandated by the Court for the eventual evidentiary hearing on the Motion.

**Request No. 17:**
Any and all documents regarding any and all automobiles financed, or attempted to be financed, by Periu with Woodside.

Response:
Mr. Periu objects to this request for being overly broad and irrelevant. The time frame is not limited. Further, the request is nothing more than a fishing expedition with no relevancy to the

Motion, and sought by Debtor purely to harass. Further, Mr. Periu objects to the extent the information sought is more readily available from other parties, including Woodside.

**Request No. 18:**
Any and all documents reflecting Periu's knowledge of any floor financing of, or lien interest in, the inventory of EAG.

Response:
None.

**Request No. 19:**
Any and all documents reflecting Periu's knowledge of any floor financing of, or lien interest in, the inventory of KPB.

Response:
None.

**Request No. 20:**
Any and all documents reflecting Periu's knowledge of any floor financing of, or lien interests in, the inventory of KB.

Response:
None.

**Request No. 21:**
All documents, communications and/or correspondence between Periu and FVP Opportunity Fund III, LP, FVP Investments, LLC and/or FVP Servicing, LLC.

Response:
None.

**Request No. 22:**
All documents, communications and/or correspondence between Periu and Hi Bar Capital, LLC.

Response:
None.

**Request No. 23:**
All documents, communications and/or correspondence between Periu and Wing Lake Partners f/k/a Franklin Capital, LLC.

Response:
None.

**Request No. 24:**
All documents, communications and/or correspondence between Periu and Spin Capital, LLC.

- 8 -

Response:
None.

**Request No. 25:**
All documents, communications and/or correspondence between Periu and Nicole Testa Mehdipour, whether individually and/or as Chapter 7 Trustee of the Bankruptcy Estate of EAG.

Response:
None.

**Request No. 26:**
All documents, communications and/or correspondence between Periu and Kenneth ("Kenny" or "Ken") Goodman.

Response:
None.

**Request No. 27:**
All documents, communications and/or correspondence between Periu and Izaak Nakash.

Response:
None.

**Request No. 28:**
All documents, communications and/or correspondence between Periu and Edward Brown.

Response:
None.

**Request No. 29:**
All documents, communications and/or correspondence between Periu and AWB.

Response:
Mr. Periu objects to this request for being overly broad. The time frame is not limited. Mr. Periu further objects to this request to the extent Debtor seeks documents already in its possession, or otherwise more readily available from other third parties, including, but not limited to, Debtor's principal and agents. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged responsive documents in his possession, custody, or control.

**Request No. 30:**
All statements of account for Periu relating to any and all automobiles Periu has financed with Woodside.

Response:
Mr. Periu objects to this request for being overly broad and irrelevant. The time frame is not limited. Mr. Periu further objects to this request to the extent responsive documents are more readily available from third parties, including, but not limited to, Woodside. Further, the request is nothing more than a fishing expedition with no relevancy to the Motion, and sought by Debtor purely to harass.

**Request No. 31:**
All documents referring or relating to Periu's purchase and/or funding of the 2021 Mercedes-Benz AMG G 63.

Response:
Mr. Periu objects to this request to the extent is repetitive of other requests above, particularly Request No. 1. Subject to the above general and specific responses and objections, Mr. Periu will, as noted in Request No. 1, produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

**Request No. 32:**
All documents referring or relating to Periu's possession of the 2021 Mercedes- Benz AMG G 63..

Response:
Mr. Periu objects to this request for being overly broad and vague. The time frame is not limited. Further the terms "documents" is broadly defined, encompassing verbal discussions or statements unable to be produced and which are more suitable to elicit in a deposition.  Mr. Periu further objects to this request to the extent is repetitive of other requests. Subject to the above general and specific responses and objections, Mr. Periu will produce non-privileged, non-confidential responsive documents in his possession, custody, or control.

Dated on this 26th day of January, 2023.

SARDI LAW, PLLC
*Counsel for Party-in-Interest*
*Omar Periu*
225 Alcazar Avenue
Coral Gables, FL 33134
Tel.: (305) 697-8690
Fax.: (305) 697-8691


By:  /s/ Carlos E. Sardi
    Carlos E. Sardi, Esq.
    Florida Bar No. 781401
    Email: carlos@sardilaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I electronically filed the foregoing document on on this 26th day of January, 2023 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.


              /s/ Carlos E. Sardi
              Carlos E. Sardi, Esq.