# EXHIBIT 5

**Exhibit 5**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

          Debtor.
_____/

FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware limited
liability company; and FVP SERVICING,
LLC, a Delaware limited liability company,
          Plaintiffs,

vs.                                             Adversary Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

          Defendant.
_____/

## AFFIDAVIT OF BRIAN ROHL

I, Brian Rohl, the undersigned affiant, hereby declare, verify and state under penalties of perjury under the laws of the United States of America and the State of Florida that:

1. The undersigned affiant is Brian Rohl. I am a Certified Public Accountant, Accredited in Business Valuation and Certified in Financial Forensics. My CV is attached hereto for reference.

2. I have been employed in the capacity of my license and education background with Fiske Been with Fiske &Company (Fiske) since September 2017. Established in 1972, Fiske is one of South Florida's highly respected CPA firms and consistently ranked as one of the Top 25 Litigation Support Accounting Firms. Fiske is an independent member of the BDO Alliance USA,

1

a nationwide association of independently owned local and regional accounting, consulting and professional service firms.

3. I am a Manager in the Forensics and Valuation Department at Fiske.

4. Fiske was retained in this matter in June of 2022 to do a forensic analysis of the vehicle transactions and bank and accounting records regarding the alleged purchase of numerous vehicles from KARMA OF BROWARD, INC., KARMA OF PALM BEACH, INC., and EXCELL AUTO GROUP, INC. (the Karma companies) by Defendants MOSHE FARACHE, AUTO WHOLESALE OF BOCA, LLC, and MMS ULTIMATE AUTO SERVICES, INC., (the Farache Defendants). I was assigned to this matter.

5. In researching and conducting the forensic analysis in this matter I have reviewed:

    a. Approximately 182 deal jackets from that were provided by the Farache Defendants. (the "Farache deal jackets"). "Deal Jackets" are folders that contain the transactional documents for a particular vehicle.

    b. Over 200 deal jackets that were copied from the files of the Chapter 7 Trustee in the Excell Auto Group, Inc., bankruptcy which addressed the same vehicles that were referenced in the Farache deal jackets.

    c. Bank records from the Karma companies and the Farache Defendants.

    d. The *Dealertrack* records and transactions from the Karma companies. *Dealertrack* is a normal and accepted software in the automobile industry.

    e. Emails and communications between the Karma companies and the Farache Defendants.

    f. Vendor records.

    g. Pleadings and exhibits filed of record.

2

(Collectively the "Transactional and Financial Information")

6.      I have been asked to render a preliminary opinion if the Transactional and Financial Information support the contention made by the Farache Defendants that the Farache Defendants purchased numerous vehicles from the Karma companies in both 2021 and 2022 as reflected in the Farache deal jackets.

7.      Based on my analysis of the Transactional and Financial Information supplied to me to date, it is my opinion that based on the alleged transactions in the paperwork supplied by the Farache Defendants, is not supported.

8.      There is no month from January 2021 to April 2022 where the bank records support the purchase of multiple vehicles by the Farache companies from the Karma companies as reflected in the Farache transactional paperwork.

9.      In 2021, for example, if all the purchase transactions reflected in the Farache deal jackets occurred and were funded, over $24 million dollars would be expected to be reflected in the bank records as payments to the Karma companies. Those payments are not reflected in the bank records. In 2021 the Karma companies paid a net amount of over $1.7 million dollars to the Farache companies.

10.      In 2022, if all the purchase transactions reflected in the Farache deal jackets occurred and were funded, over $6.5 million dollars as payments would be expected to be reflected in the bank records to the Karma companies. Those payments are not reflected in the bank records. In 2022, the Karma companies paid a net amount of over $1.4 million dollars to the Farache companies.

11.      It is my opinion that the Transactional and Financial Information do not support the proposition that the Farache companies engaged in any arms length and good faith purchases of

3

any vehicles from any of the Karma companies at anytime in 2021 or 2022.

12. The opinion stated herein is based on the Transactional and Financial Information that has been supplied to me and additional information is being provided on a daily basis. As such, I reserve the right to amend this preliminary opinion as new documents, records and/or information are provided.

Further affiant sayeth naught.

I affirm, under the penalties for perjury, that the foregoing representations are true.

Signed this the 26 day of July, 2022.

_____
Brian Rohl

STATE OF Nevada )

COUNTY OF Clark )

The foregoing instrument was acknowledged before me remotely on July 26th, 2022, by Brian Rohl, who is personally known to me ( ) or (X) who produced a Florida drivers license as identification, and who did take an oath and having acknowledged that each has executed this document for the purposes stated therein.

_____
Notary Public

Notary Number: 21-4441-01

My commission expires: 11/27/2022

NORMA JEAN BECKER
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 21-4441-01
Expires November 27, 2022
Online Notary Center

Notarial Act performed by Audio-Video Communication

4

## STATEMENT OF QUALIFICATIONS

# BRIAN ROHL, CPA/ABV/CFF

*Professional History*

Fiske & Company

*Manager, Forensic, Litigation & Valuation Services, (September 2017 – Present)*

- Provides Litigation Support and Forensic Accounting related to Economic Damages, Shareholder Disputes, Lost Profits, Business Interruption Claims, Breach of Contract, Marital Disputes, Personal Injury, Patent and Trademark Infringement, Product Liability, Fraud and Professional Negligence, and Eminent Domain.
- Assists in performance of Business Valuations of entities in a variety of industries for Estate and Gift Tax purposes, Buy/Sell engagement, Shareholder Dispute, Intellectual Property valuation, and other valuation and litigation purposes.

Deloitte

*Senior Audit Assistant (September 2015 – July 2017)*

- Responsible for the planning and execution of independent financial statement audits for public and non-public companies and organizations. Client industries included power & utilities, consumer & industrial products, and agriculture

*Education*

University of South Florida

*B.S. Accounting and Finance*
*Magna Cum Laude*

Participated in Fall 2013 – Spring 2014 Applied Securities Analysis program as one of eight Student Equity Analysts. Program involved continuous evaluation of current equity holdings and regular presentation of prospective equity holdings of the USF Student Managed Investment Fund.

*Professional Licenses & Affiliations*

Certified Public Accountant, Florida
ABV, Accredited in Business Valuation by the AICPA
CFF, Certified in Financial Forensics by the AICPA
American Institute of Certified Public Accountants, Member
Florida Institute of Certified Public Accountants
Member of FICPA committees for the 2021 – 2022 and 2022 – 2023 years: Valuation, Forensic Accounting & Litigation Services Committee; Young CPAs Committee

*Contact Information*

Fiske & Company
1250 S. Pine Island Road | Suite 300
Plantation, Florida 33324

Phone: 954 361 0468 | Fax:  954 236 8603 | Email: brian@fiskeco.com

STATEMENT OF QUALIFICATIONS

# BRIAN ROHL, CPA/ABV/CFF

*Representative Engagements Assisting Other Fiske & Company Experts*
*Litigation Support*

- Calculation of individual claimant settlements pursuant to settlement agreement between employer and class of employees in Wage and Hour Division action (Consulting expert of Defendant/employer client)
- Lost wages/earnings analysis for personal injury claims (Various engagements assisting either Plaintiff or Defendant counsel)
- Lost wages/earnings analysis of a highly compensated business executive in a defamation case (Testifying expert of Defendant counsel)
- Contractual profit sharing 'accounting'/forensic accounting of single-family housing development joint venture (Consulting expert of Plaintiff counsel)
- Forensic accounting and evaluation of acquired insurance agency earnings utilized in purchase price determination (Testifying expert assisting Plaintiff counsel)
- Economic damages calculation for home health agency acquisition (Testifying expert of Defendant counsel)
- Economic damages calculation of partner in restaurant joint venture (Testifying expert of Plaintiff counsel)
- Equitable distribution and alimony calculation, including valuation of closely held paving contractor business in divorce matter (Testifying expert of payor spouse counsel)
- Lost profits calculation for defamation and tortious interference claim of drug addiction treatment provider (Testifying expert of Defendant counsel)
- Economic damages analysis for trademark infringement case involving broadcast equipment company (Testifying expert of Plaintiff counsel)
- Lost profits analysis for family medicine partnership practitioner (Testifying expert of Plaintiff counsel)
- Economic damages analysis for trademark infringement involving restaurant (Testifying expert of Defendant counsel)
- Economic damages analysis including business valuation for breach of contract involving hair treatment services entity (Testifying expert of Plaintiff counsel)

*Investigative Accounting/Consulting Engagements*

- Investigative accounting for various commercial real estate joint ventures on behalf of several of the partners [acting as the direct and primary consultant independent of other Fiske & Company experts]
- Investigative accounting for various industrial manufacturing entities on behalf of a departed owners' assignee

*Valuation Services of the following concerns, among others:*

- A group of five South Florida restaurants (buy/sell purposes)
- An architectural practice (neutral appraiser for buy/sell purposes)
- Purchase price allocation of a digital advertising entity (ASC 805 purposes)
- Goodwill impairment analysis for an acquired technology company (Financial reporting purposes)
- Personal goodwill allocation analysis of an industrial manufacturing company (Tax purposes)
- Specialty internet marketing agency (privately held securities purposes)
- Retail wholesaler of HVAC supplies (Tax purposes)
- Holding company for a marina business (Tax purposes)
- Specialized construction staffing company, including consideration of COVID-19 pandemic and its economic impacts, as well as valuation implications of forgivable Paycheck Protection Program loans (Shareholder buyout purposes)

*Other Engagements [Performed as the Direct and Primary Consultant]*

- **Provided lost profits damages opinion and trial testimony as direct expert witness in federal court case and business dispute involving alleged DMCA misrepresentation/tortious interference**
- Outsourced CFO for an outsourced customer acquisition company for several years, including during financial due diligence in connection with its eventual acquisition [purchase price exceeding $30 million]
- Assisted with CARES Act SBA Paycheck Protection Program loan initial applications and forgiveness applications [loans totaling approx. $1.2 million collectively]