**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                        Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,                    Chapter 11, Subchapter V

    Debtor.

_____/

**PARTY-IN-INTEREST OMAR PERIU'S MOTION TO COME UNTO LAND OF**
**DEBTOR AUTOWHOLESALE TO INSPECT MERCEDES-BENZ AMG G 63**

Party-in-interest, OMAR PERIU ("Mr. Periu"), by and through undersigned counsel, pursuant to Fed, R, Civ. P. 34 as made applicable to this contested matter, hereby moves this Court for entry of an Order to allow Mr. Periu and his professionals entry upon the land of Debtor, AUTO WHOLESALE OF BOCA, INC. ("Debtor"), wherever located, for the purpose of conducting, testing and inspecting the 2021 Mercedes-Benz AMG G 63 white sport utility vehicle with VIN W1NYC7HJ0MX390328 ("Vehicle") which is the subject of his *Motion to Compel Turnover of 2021 Mercedes-Benz AMG G 63 and to Abandon Title* ("Turnover Motion") [ECF 127], and, in support thereof, states:

1.       On September 15, 2022, Mr. Periu filed the Turnover Motion, seeking the return of his duly owned Vehicle.

2.       Rule 34(a)(2), as made applicable to this contested matter by Fed. R. Bankr. P. 7034, "permit[s] entry onto designated land or other property possessed or controlled by the responding party, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it" Fed. R. Civ. P. 34(a)(2).

3.       Mr. Periu does not know the location or whereabout of the Vehicle.

4.       Given the contested issues in this case and mobile nature of the Vehicle, Mr. Periu, by this Motion, requests that he and his professionals be allowed to enter onto Debtor's land, wherever it is that the Vehicle is located, within a period of seven (7) days from the entry of an Order for the purpose of conducting, testing and inspecting the condition of the Vehicle thereon, including, but not limited to, opening up all compartments, turning on the engine, test driving and taking photographs of the same.

WHEREFORE, Mr. Periu respectfully requests that the Court enter an Order granting the relief requested herein, and awarding any further and other relief as the Court deems just and appropriate.

Dated on this 1st day of February, 2023.

SARDI LAW, PLLC
*Counsel for Party-in-Interest*
  *Omar Periu*
225 Alcazar Avenue
Coral Gables, FL 33134
Tel.: (305) 697-8690
Fax.: (305) 697-8691

By: /s/ Carlos E. Sardi
      Carlos E. Sardi, Esq.
      Florida Bar No. 781401
      Email: carlos@sardilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document on this 1st day of February, 2023 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to Debtor's counsel, James Miller, Esq., James B. Miller, P.A., 19 W. Flagler St., Suite 416, Miami, FL 33130, Woodside Credit, LLC's counsel, Zach Shelomith, LSS Law, 2699 Stirling Road, Suite C401, Ft. Lauderdale, Florida 33312 and all those parties registered to receive electronic notices of filing in this case.

/s/ Carlos E. Sardi
Carlos E. Sardi, Esq.

2