

**ORDERED in the Southern District of Florida on February 2, 2023.**



**Erik P. Kimball, Judge**
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          **CASE NO.: 22-15627-EPK**

Debtor.                                            Chapter 11/SubChapter 5

_____/

**ORDER GRANTING FVP'S MOTION FOR AN ORDER**
**SHORTENING NOTICE PERIOD RELATIVE TO**
**FVP'S MOTION TO DISMISS OR CONVERT**

**THIS CAUSE** came before the Court without hearing upon the motion of FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC, (collectively, "FVP") (CP # 391, the "Motion") seeking pursuant to Rules 2002, 9006(c), 9014, and 1019 of the Bankruptcy Rules, along with Local Rule 9013-1, this Court's entry of an Order shortening the notice period in connection with FVP's "Motion to Dismiss or Convert to Chapter 7" (CP # 390, the "Motion to Convert/Dismiss")[1] and the Court having considered the Motion the Motion to Convert/Dismiss and the Court's entire file, good cause

_____

[1]      All defined terms in the Motion shall be used in this Order with the same meaning unless expressly indicated otherwise.

Case No. 22-15627-EPK
Order Granting Motion To Reduce Notice Time Re Motion To Convert/Dismiss
Page 1 of 4

appearing, and the Court being fully advised, does hereby Find and Order as follows:

1.      The Motion is granted.  The notice is shortened  and the hearing on the Motion to Convert/Dismiss Hearing is set for Wednesday, February 15, 2023, at 1:30 p.m.

2.      The Hearing will be held at the Flagler Waterview Building, 1515 North Flagler Drive, Room 801 Courtroom B, West Palm Beach, FL 33401.

3.      Although the Court will conduct the Hearing in person, any interested party may choose to attend the Hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

4.      All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

5.      As soon as practicable, FVP shall serve the Motion, this Order and the Motion to Convert/Dismiss in accord with Rule 2002 and file a certificate of such service.

*   *   *

Case No. 22-15627-EPK
Order Granting Motion To Reduce Notice Time Re Motion To Convert/Dismiss
Page 1 of 4

Order Submitted By;

David R. Softness, Esq.
(FBN:  513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard
Suite 2740
Miami, FL  33131
Tel:          305-341-3111
Email:        david@softnesslaw.com

*Counsel for FVP*

Attorney Softness is directed to serve this Order pursuant to Paragraph 5, above.