UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,

       Debtor.

_____/

Case No. 22-15627-EPK
Chapter 11, Subchapter 5

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as Counsel for Interested Party, Michael Halperin, in the above-captioned case, and requests pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given and all papers served in this case be delivered to and served upon:

> **LANDAU LAW, PLLC**
> Counsel for Michael Halperin
> 3010 N. Military Trail, Suite 318
> Boca Raton, Florida 33431
> Telephone:  561-443-0802
> Email:  phil@landau.law

**PLEASE TAKE FURTHER NOTICE**, that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, the internet, or otherwise filed or made with regard to this case, which affects or seeks to affect in any way any rights or interests of the Creditor or any party in interest in this case.

{5009 / 001 /00540934}

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

**LANDAU LAW, PLLC**
Counsel for Michael Halperin
3010 N. Military Trail, Suite 318
Boca Raton FL 33431
Telephone: 561-443-0802
Email:  phil@landau.law

By: */s/ Philip Landau*
         Philip Landau
         Florida Bar No. 0504017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the court's CM/ECF system to all parties registered to receive such notice on the 2nd  day of February 2023.

By:  */s/ Philip Landau*
         Philip Landau

{5009 / 001 /00540934}