**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                              Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,                   Chapter 11, Subchapter V

    Debtor.

_____/

## PARTY-IN-INTEREST OMAR PERIU'S NOTICE OF WITHDRAWAL OF MOTION TO COME UNTO LAND OF DEBTOR AUTOWHOLESALE TO INSPECT MERCEDES-BENZ AMG G 63

Party-in-interest, OMAR PERIU ("Mr. Periu"), by and through undersigned counsel, hereby gives notice of withdrawing his *Motion to Come unto Land of Debtor Autowholesale to Inspect 2021 Mercedes-Benz AMG G 63* [ECF 393].   The parties have reached an agreement regarding the relief requested in the same.

Dated on this 3rd day of February, 2023.


SARDI LAW, PLLC
*Counsel for Party-in-Interest*
  *Omar Periu*
225 Alcazar Avenue
Coral Gables, FL 33134
Tel.: (305) 697-8690
Fax.: (305) 697-8691


By: /s/ Carlos E. Sardi _____
    Carlos E. Sardi, Esq.
    Florida Bar No. 781401
    Email: carlos@sardilaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document on this 3rd day of February, 2023 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to Debtor's counsel, James Miller, Esq., James B. Miller, P.A., 19 W. Flagler St., Suite 416, Miami, FL 33130, Woodside Credit, LLC's counsel, Zach Shelomith, LSS Law, 2699 Stirling Road, Suite C401, Ft. Lauderdale, Florida 33312 and all those parties registered to receive electronic notices of filing in this case.

/s/ Carlos E. Sardi
Carlos E. Sardi, Esq.

2