**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22- 15627-EPK
                                                               Chapter 11 Subchapter V

       Debtor

_____/

**DEBTOR'S NOTICE OF TAKING EXAMINATION *(DUCES TECUM)* OF <u>EDWARD BROWN PURSUANT TO FRBP 7030 (RE: ECF No. 252)</u>**

NOTICE IS HEREBY Debtor, Auto wholesale of Boca LLC, ("Debtor") herein, by and through undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 7030, will conduct an examination of:

    EXAMINEE:  **EDWARD BROWN**
                 **(via ZOOM)**

    PLACE:     James Miller, P.A.
                19 West Flagler Street, Suite 416
                Miami, FL 33130

    DATE:      **February 10th 2023 at 8:00 A.M.**

This examination will be performed by video conference. The examinee will be provided with instructions on how to appear by video conference in advance. This examination may continue from day to day until completed. If the Examinee receives this Notice less than seven (7) days prior to the scheduled examination (or less than 10 days if the examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time. The examination is pursuant to FRBP 7030 and applicable Local Rule, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FBRP 7030.

The Examinee is further requested to produce **on or before February 8<u>th</u>, 2023**, prior to the examination, all of the documents described on the attached Schedule "A".

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of this Notice has been served *via* **ECF Service** this 3rd day of February, 2023 upon: Amanda Klopp, Esq. and all CM ECF compliant attorneys.

**CERTIFICATE OF ADMISSION**

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 3rd day of February 2023.

Debtor/Defendant's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
jbm@title11law.com

_____/s/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

cc:    Ouellette & Mouldin Court Reporter

2

## EXHIBIT "A"

### INSTRUCTIONS AND DEFINITIONS

1.      The term "**Debtor**" shall mean the Debtor in Bankruptcy Case No. 22-15627-EPK.

2.      "**You**" and "**Your**" means  Edward Brown.

3.      Unless otherwise instructed, the **"relevant time period**" for all responsive documents shall be the time period commencing the first date of the first transaction sued upon in the Complaint.

4.      The term **"Representative"** shall mean any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on your behalf.

5.      The term "**Person(s)**" shall mean the plural as well as the singular and shall include any natural person, corporation, partnership, joint venture, association, government agency, and every other form of entity cognizable at law.

6.      The term **"Document"** shall mean the original and any copy whether different from the original by reason of any notation made on such copies or otherwise, regardless of the origin or location, of any written, recorded, transcribed, punched, taped, e-mailed, scanned, downloaded, filmed or graphic matter, however produced or reproduced, including, but not limited to, any correspondence, notes, logs, journals, e-mail, reports, letter, memoranda, notes, diaries, statistics, minutes, contracts, studies, checks, statements, receipts, returns, summaries, pamphlets, prospectuses, interoffice and intraoffice telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, telecopies, telefax, invoices, worksheets (and all drafts, alterations, modifications or changes to any of the foregoing); graphic and oral record or representations of any kind, including without limitation, photographs, charts, graphs, diagrams, illustrations, drawings, microfiche, microfilm, video tape recordings, motion pictures, electronic, mechanical or electrical records or representations of any kind, including without limitation, tapes, cassettes, discs and recordings.

7.      The term **"All Documents"** shall mean any document as above-defined known to you and every such document which can be located or discovered by reasonably diligent efforts.

8.      The term **"Communication"** shall mean any oral or written utterance, notation or statement of any nature whatsoever, by and to whosoever made, including, but not limited to, correspondence, e-mail, blogs, conversations, dialogues, discussions, interviews, conferences, meetings, consultations, agreements and the understandings between or among two or more people.

9.      The terms **"Identification," "Identify,"**  and/or **"Identity,"** when used is reference to (a) a natural individual, require you to state his or her full name and residential and business addresses: (b) a corporation, require you to state its full corporate name and any names under which it does business, its state of incorporation, the address of its principal place of businesses, and the addresses of all of its offices in the State of Florida; (c) a business, require you to state the full name or style under which the business is conducted, its business address or addresses, the types of businesses in which it is engaged, the geographic areas in which it conducts those business, and the identity of the person or persons who own, operate, and

3

control the business; (d) a document, require you to state the number of pages and the nature of the document (e.g., letter or memorandum), its title, its date, the name or names of its authors and recipients, and its present location and custodian; (e) a communication, require you, if any part of the communication was written, to identify the document or documents which refer to or evidence the communication, and, to the extent that the communication was non-written, to identify the persons participating in the communication and to state the date, manner, place and substance of the communication.

10.     The term **"Describe in Detail"** shall mean to recite the information in your possession for each separate and distinct act, instance, occurrence, or communication, including the date, location and identity of each and every person present or involved, and the identity of each and every communication and each and every document which related to the act, instance, occurrence or communication.

11.     The term **"Referring to"** or **"Relating to"** means in any way directly or indirectly, concerning, referring to, disclosing, describing, confirming, supporting, evidencing or representing.

12.     The term **"And"** and **"Or"**, as used herein, are both conjunctive and disjunctive.

13.     All singular words include the plural, and all plural words include the singular.

14.     All works in the present tense include the past, and all works in the past tense include the present.

15.     Each paragraph herein shall be construed independently and not by reference to any other paragraph for the purpose of limitation.

## CONTINUING REQUEST

This is a continuing request for the production of documents.  At such time as you become aware of the existence of any additional documents responsive to this Request, you are hereby requested to produce such documents.

## DESTROYED DOCUMENTS

If any document responsive to this Request was at one time in existence, but has been lost or destroyed, a list should be provided of the document(s) so lost or destroyed stating the following information for each such document: (a) the type of document; (b) the date on which it ceased to exist; (c) the circumstances of its loss or destruction, (d) the identity of all persons having knowledge of the reasons for its loss or destruction, and (e) the identity of all persons having knowledge of its contents.

**<u>DUCES TECUM</u>**

A. All documents referring or relating to the 2021 Rolls Royce Cullinan ("Cullinan") which is the subject of ECF #252.

B. All communications between you and Scott ZankL since January 2020 relating to the Cullinan.

C. All communications between you and Kristen Zankl since January 2020 relating to the Cullinan.

D. All communications between you and the Florida Department of Motor Vehicles relating to the 2021 Rolls Royce Cullinan.

E. Any and all documents reflecting any loans (all accounting information relating thereto) made by You to:

    a. Excell Auto Group
    b. Karma Palm Beach
    c. Karma Broward

F. All communications between you and Seaside Bank and Trust regarding that certain loan made on or about June 13th, 2017, between Seaside Bank and Trust and Excell Auto Group and/or Kristen Zankl and/or Scott Zankl, which You guaranteed which is the subject of Case No. 2020-CA-00894 in West Palm Circuit Court.

G. All documents relating  or referring to any ownership interest or joint venture agreement between Ed Brown and:

    a. Excell Auto Group
    b. Karma Palm Beach
    c. Karma Broward
    d. Kristen Zankl
    e. Scott Zankl

H. Any and all documents reflecting any and all investments made by You in:

    a. Excell Auto Group

5

  b. Karma Palm Beach
  c. Karma Broward
  d. Kristen Zankl
  e. Scott Zankl

I. All documents and exhibits you will use at the hearing on ECF #252.