UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                              Case No.  22-15627-EPK
                                                                    Chapter 11

AUTO WHOLESALE OF BOCA, LLC

     Debtor.

_____/

### *EX PARTE* MOTION TO SHORTEN NOTICE PERIOD FOR HEARING ON NICOLE TESTA MEHDIPOUR'S EXPEDITED (I) MOTION TO CONVERT TO A CASE UNDER CHAPTER 7, OR, IN THE ALTERNATIVE, MOTION TO DISMISS

Nicole Testa Mehdipour (the "***Excell Trustee***"), chapter 7 trustee for the bankruptcy estate of Excell Auto Group, Inc. and creditor in this bankruptcy case, by and through undersigned counsel, files this *ex parte* motion to shorten notice period for hearing on *Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case Under Chapter 7, or, In the Alternative, Motion to Dismiss* [ECF No. 403] and states:

1.      On January 31, 2023, creditor FVP filed *FVP's Motion to Dismiss or Convert to Chapter 7* [ECF No. 390] and a *Motion for an Order Shortening Notice Period Relative to FVP's Motion to Dismiss or Convert and Holding a Hearing on February 13, 2023* [ECF No. 391], which this Court granted by the Order entered at ECF No. 396, setting the hearing on February 15, 2023 at 1:30 p.m.

2.      Pursuant to Federal Rule of Bankruptcy Procedure 2002, the Motion requires 21-days' notice.  Pursuant to Federal Rules of Bankruptcy Procedure 9006(c), when an act is required to be done within a specified time, the Court for cause shown may order the period reduced.

3.      In the Motion, pursuant to Local Rule 9075-1, the Excell Trustee requests to shorten

1

the notice period on the motion to approximately 9-days and to have the motion heard on February 15, 2023 along with *FVP's Motion to Dismiss or Convert* to avoid duplicating efforts and wasting judicial and estate resources.

4.      The Excell Trustee is seeking this relief in good faith and no parties in interest are prejudiced by the requested relief.

**WHEREFORE**, the Excell Trustee respectfully requests that this Court enter an order: (i) granting this Motion: (ii) shortening the notice period for a hearing on the *Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case Under Chapter 7, or, In the Alternative, Motion to Dismiss* [ECF No. 403]  to nine days and setting hearing on the Motion for February 15, 2023 at 1:30 p.m. to coincide with the hearing on FVP's Motion to Dismiss or Convert; and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 6th day of February 2023.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, Fl 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

By: */s/ Alan R. Crane*
Alan R. Crane
Florida Bar No.: 0963836
E-Mail: Acrane@Furrcohen.com
Jason S. Rigoli, Esq.
Florida Bar No. 91990
E-mail: jrigoli@furrcohen.com