

**ORDERED in the Southern District of Florida on February 7, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                                    Case No.  22-15627-EPK
                                                                               Chapter 11

AUTO WHOLESALE OF BOCA, LLC

        Debtor.

_____/

**ORDER GRANTING *EX PARTE* MOTION TO SHORTEN**
**NOTICE PERIOD FOR HEARING ON NICOLE TESTA MEHDIPOUR'S**
**EXPEDITED (I) MOTION TO CONVERT TO A CASE UNDER CHAPTER 7,**
**OR, IN THE ALTERNATIVE, MOTION TO DISMISS**

THIS CAUSE having come before the Court without a hearing upon the *Ex Parte Motion to Shorten Notice Period for Hearing on Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case Under Chapter 7, or, In the Alternative, Motion to Dismiss* [ECF No. 404] (the "**Motion**").  The Court has considered the Excell Trustee's position and the record in this case.  The Court finds that the reasons articulated in the Motion are compelling and the relief is warranted.  Accordingly, it is,

1

**ORDERED** that:

1.      The Trustee's Motion is **GRANTED**.

2.      The time to notice the hearing on *Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case Under Chapter 7, or, In the Alternative, Motion to Dismiss* [ECF No. 403] is shortened to nine days.

3.      The hearing on *Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case Under Chapter 7, or, In the Alternative, Motion to Dismiss* [ECF No. 403] will be set on February 15, 2023 at 1:30 P.M. The Court will issue a separate Notice of Hearing.

###

**Submitted by:**

Alan R. Crane, Esquire
FURR & COHEN, P.A.
One Boca Place, Suite 419A
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: acrane@furrcohen.com

*Attorney, ALAN R. CRANE, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*

2