UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,                       Case No.: 22-15627-EPK
                                                   Chapter 11 (Subchapter V)

        Debtor.

_____/

**HI BAR CAPITAL, LLC'S JOINDER TO (A) FVP'S MOTION TO
DISMISS OR COVERT TO CHAPTER 7 [ECF No. 390] AND (B) NICOLE TESTA
MEHDIPOUR'S EXPEDITED (I) MOTION TO CONVERT TO A CASE UNDER
CHAPTER 7, OR, IN THE ALTERNATIVE, MOTION TO DISMISS [ECF No. 403]**

Hi Bar Capital, LLC ("***Hi Bar***") hereby joins in the arguments and reasons set forth in

(A) *FVP's Motion to Dismiss or Convert to Chapter 7* ("***FVP Motion***") [ECF No. 390] and (B)

*Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case Under Chapter 7, or, in the*

*Alternative, Motion to Dismiss* ("***EAG Trustee Motion***") [ECF No. 403] to the extent applicable

to Hi Bar. Further, Hi Bar hereby incorporates and renews its Motion to Dismiss ("***Hi Bar***

***Motion to Dismiss***") [ECF No. 34] and includes the arguments and reasons set forth therein as if

fully set forth herein. However, in light of the allegations set forth in the FVP Motion and the

EAG Trustee Motion, Hi Bar now primarily seeks conversion of the Debtor's case to Chapter 7,

and only seeks dismissal of the Debtor's Chapter 11 case in the alternative. In addition, Hi Bar

states as follows.

1.      On December 13, 2022, Hi Bar filed its *Consent Motion to Continue Hearing*

("***Consent Motion***") [ECF No. 271] pursuant to which Hi Bar requested that the "Status

Hearing" (as defined in the Consent Motion) be continued and reset to the date that is eventually

set for the hearing on the Adversary Proceeding (Case No. 22-01218). The rationale for the

requested continuance of the Status Hearing was that the Adversary Proceeding considers, and

1

will necessarily determine many of the same facts and legal issues raised by Hi Bar's Motion for Stay Relief [ECF No. 33] and Motion to Dismiss.

2.      On December 14, 2022, the Court entered its Order Granting the Consent Motion [ECF No. 272] and continued the Status Hearing to January 18, 2023. The Court further announced on the record in open court on January 18, 2023, that the Status Hearing is continued to May 10, 2023. *See* ECF No. 367.

3.      However, in light of the credible allegations raised by the EAG Trustee in its amended proof of claim no. 18-2, and in the EAG Trustee Motion – arguments foreshadowed by Hi Bar in its Motion to Dismiss[1] – Hi Bar respectfully submits that the Court should consider Hi Bar's Motion to Dismiss in conjunction with the FVP Motion and the EAG Trustee Motion. Considering the information revealed by the EAG Trustee, Hi Bar renews its Motion to Dismiss but additionally, and primarily, seeks conversion of the Debtor's case to a case under Chapter 7, and in the alternative seeks dismissal of the Debtor's case based on the arguments and reasons set forth in Hi Bar's Motion to Dismiss as well as the FVP Motion and the EAG Trustee Motion.

## CONCLUSION

WHEREFORE, Hi Bar respectfully requests that this Court enter an order: (i) granting Hi Bar's Motion to Dismiss (modified to seek conversion principally, and dismissal in the alternative); (ii) converting this case from a case under subchapter V of Chapter 11 to a case under Chapter 7 of the Bankruptcy Code; and (iii) granting such other and further relief as the Court deems just and proper.

[Remainder of page intentionally left blank. Next page is signature page.]

---

[1] *See* Hi Bar Motion to Dismiss at ¶¶ 17-18.

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on February 7, 2023, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1**.

Respectfully submitted:

*/s/James C. Moon*
James C. Moon, Esq.
Florida Bar No. 938211
jmoon@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

***Co-Counsel for Hi Bar Capital, LLC***

3

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**    jb@richardbaronlaw.com
- **Alan R Crane**    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Exhibit 1

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com