UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                                  Chapter 11 Subchapter V

      Debtor.

_____/

**CREDITOR'S RESPONSE AND OBJECTIONS TO DEBTOR'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

Creditor, Woodside Credit, LLC (the "Creditor") by and through undersigned counsel, pursuant to Fed. R. Civ. P. 34 as made applicable to this matter by Fed. R. Bankr. P. 7034, hereby provides the responses and objections to the First Response for Production of Documents ("Requests") [ECF No. 250] propounded to him by Debtor, Auto Wholesale of Boca, LLC ("Debtor") on December 5, 2022.

**GENERAL OBJECTIONS**

A.      Creditor objects to the Debtor's requests for production to the extent that they seek the disclosure of information protected by the attorney-client privilege, the work-product doctrine, accountant-client privilege, constitutes confidential information or any other applicable privilege doctrine.

B.      Creditor objects to the Debtor's requests for documents to the extent that they seek information that is readily available to the Debtor from a review of documents already in the Debtor's possession.

C.      Creditor objects to the Debtor's requests for production to the extent that they seek documents that are readily available to the Debtor from other sources informally or through the use of subpoenas for Rule 2004 Examination Duces Tecum to other parties.

1

D.      Creditor objects to the Debtor's requests for production to the extent that they seek information which is not relevant and is not likely or reasonably calculated to lead to discovery of relevant or admissible information.

E.      Creditor objects to the Debtor's requests for production to the extent that they seek information that is not independently known by Creditor and/or is not in Creditor's possession.

F.      Creditor objects to the Debtor's requests for production to the extent that they are vague, confusing, ambiguous, overbroad and unduly burdensome, and specifically, without limitation, request for production that is overbroad in scope of the time period for the documents requested and not related to the Creditor.

G.      Creditor reserves the right to supplement or amend its responses to the Debtor's requests for production as new or additional information is revealed during the course of this case.

H.      The inadvertent production of any privileged document shall not be deemed a waiver of any applicable privilege with respect to that document or any other document or the subject matter of that or any other document. Similarly, the inadvertent production of any confidential document shall not be deemed a waiver of that document's confidential nature. The recipient of such document(s) shall return such documents to Creditor, without copying, immediately upon request and/or discovery.

Subject to, and without waiving the forgoing general objections, Creditor specifically responds as follows:

### SPECIFIC RESPONSES AND OBJECTIONS TO THE REQUESTS

**Request No. 1:**
Any and all Documents, Bank Records, Contracts and Communications Related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:

Any and all Documents, Contracts and Communications Related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion have been provided. Creditor objects to the request for Bank Records for being overly broad.

**Request No. 2:**
Any and all Documents, Contracts and Communications by and between Woodside and Periu, including any Entities, related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Any and all Documents, Contracts and Communications by and between Woodside and Periu, including any Entities, related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion have been provided.

**Request No. 3:**
Any and all Documents, Contacts and Communications by and between Woodside and Periu, including any Entities, KB, KPB, EAG, Scott Zankl and/or Kristen Zankl for the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Any and all Documents, Contacts and Communications by and between Woodside and Periu, including any Entities, KB, KPB, EAG, Scott Zankl and/or Kristen Zankl for the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion have been provided.

**Request No. 4:**
Any and all Documents, including Bank Records, reflecting payments made by or for Periu to KB, KP, EAG, Scott Zankl and/or Kristen Zankl related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Any and all Documents reflecting payments made by or for Periu to KB, KP, EAG, Scott Zankl and/or Kristen Zankl related to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion have been provided. Creditor objects to the request for Bank Records for being overly broad.

**Request No. 5:**
Any and all Documents, including Bank Records, reflecting payments made by or for Periu to Woodside relating to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion.

Response:
Any and all Documents reflecting payments made by or for Periu to Woodside relating to the 2021 Mercedes-Benz AMG G 63 referenced in Periu's Motion have been provided. Creditor objects to the request for Bank Records for being overly broad.

**Request No. 6:**
Any and all Documents, Bank Records, Communications, and Contracts referencing or reflecting that certain 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

Response:
Any and all Documents, Communications, and Contracts referencing or reflecting that certain 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972) have been provided. Creditor objects to the request for Bank Records for being overly broad.

**Request No. 7:**
Any and all Bank Records Reflecting and/or referencing payments to Woodside from or on behalf of Periu, including any Entities regarding the 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

Response:
Documents referencing payments to Woodside from or on behalf of Periu, including any Entities regarding the 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972) have been provided. Creditor objects to the request for Bank Records for being overly broad.

**Request No. 8:**
Any and all Documents, Contracts and Communications by and between Woodside and EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

Response:
Creditor objects to the request for Any and all Documents, Contracts and Communications by and between Woodside and EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in for being overly broad.

**Request No. 9:**
Any and all Documents, Contracts and Communications by and between Woodside and EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in.

Response:
Request 9 is a duplicate of request 8. Creditor objects to the request for Any and all Documents, Contracts and Communications by and between Woodside and EAG, KB, KPB, Scott Zankl and/or Kristen Zankl, including any other Entities the Zankls are known or believed to have an interest in for being overly broad.

**Request No. 10:**
Any and all Documents, Contracts and Communications by and between AWB and Woodside with regards to the 2019 Blue Lamborghini Urus (Vin# ZPBUA1ZL2KLA05972).

Response:
None.

**Request No. 11:**
Any and all documents regarding any and all automobiles financed, or attempted to be financed, by Woodside in favor of Periu.

Response:
Any and all documents regarding any and all automobiles financed, or attempted to be financed, by Woodside in favor of Periu have been provided.

**Request No. 12:**
Any and all documents reflecting Woodside's knowledge of any floor financing of, or lien interest in, the inventory of EAG.

Response:
None.

**Request No. 13:**
Any and all documents reflecting Woodside's knowledge of any floor financing or, or lien interest in the inventory of KPB.

Response:
None.

**Request No. 14:**
Any and all documents reflecting Woodside's knowledge of any floor financing or, or lien interest in the inventory of KB.

Response:
Any and all documents reflecting Woodside's knowledge of any floor financing or, or lien interest in the inventory of KB has been provided.

**Request No. 15:**
All documents, communications and/or correspondence between Woodside and FVP Opportunity Fund III, LP, FVP Investments, LLC and/or FVP Servicing, LLC.

Response:
None.

**Request No. 16:**
All documents, communications and/or correspondence between Woodside and Hi Bar Capital, LLC.

Response:
None.

**Request No. 17:**
All documents, communications and/or correspondence between Woodside and Wing Lake Partners f/k/a Franklin Capital, LLC.

Response:
None.

**Request No. 18:**
All documents, communications and/or correspondence between Woodside and Spin Capital, LLC.

Response:
None.

**Request No. 19:**
All documents, communications and/or correspondence between Woodside and Nicole Testa Mehdipour, whether individually and/or as Chapter 7 Trustee of the Bankruptcy Estate of EAG.

Response:
None.

**Request No. 20:**
All documents, communications and/or correspondence between Woodside and Kenneth ("Kenny" or "Ken") Goodman.

Response:
None.

**Request No. 21:**
All documents, communications and/or correspondence between Woodside and Izaak Nakash.

Response:
None.

**Request No. 22:**
All documents, communications and/or correspondence between Woodside and Edward Brown.

Response:
None.

**Request No. 23:**
All documents regarding the proof of claim filed by Woodside in the Bankruptcy Case of AWB.

Response:
All documents regarding the proof of claim filed by Woodside in the Bankruptcy Case of AWB have been provided.

6

**Request No. 24:**

All statements of account for Periu relating to any and all automobiles Periu has financed with Woodside.

Response:

All statements of account for Periu relating to any and all automobiles Periu has financed with Woodside provided.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served on February 7, 2023, to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

Dated: February 7, 2023

LSS LAW
Attorneys for Creditor
2 South Biscayne Blvd, Suite 2200
Miami, FL 33131
Telephone: (305) 894-6163
Facsimile: (305) 503-9447

By: _____/s/_____
CHRISTIAN SOMODEVILLA
Florida Bar No. 59539
cs@lss.law