UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC.                    Case No.: 22- 15627-EPK
                                                                              Chapter 11 Subchapter V

_____Debtor_____/


**NOTICE OF TAKING DEPOSITION OF THE CORPORATE REPRESENTATIVE, KEITH LEE, OF FVP INVESTMENTS, LLC, FVP OPPORTUNITY FUND III, LP, AND FVP SERVICING, LLC**

PLEASE TAKE NOTICE that on **February 13, 2023, beginning at 1:00 p.m.** *via Zoom Video Conference (link to be provided via email, please request prior to deposition),* interested party Calvin Erbstein and M & M Development Consultant LLC, by and through the undersigned counsel, will take the deposition upon oral examination of the individual or individual, KEITH LEE, designated by FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC ("FVP") to testify on its behalf about the information known or reasonably available to FVP concerning the matters described in the attached **Schedule "A."**

The deposition will be taken before a court reporter, or any other authorized to take depositions in Florida, and will be recorded stenographically. The oral examination will continue day to day until completed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as is permitted by the Florida Rules of Civil Procedure.

SCOTT C. GHERMAN, P.A.
902 Clint Moore Road
Suite 120
Boca Raton, Florida 33487
(561) 757-6266
sgherman@scottghermanpa.com

/S/ Scott Gherman_____

1

SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653

## CERTIFICATE OF SERVICE

I hereby certified that a true and correct copy of the foregoing was served via CM/ECF simultaneously with the filing of the same with the Court this even date upon all parties-in-interest of record in said bankruptcy proceedings and who are registered with the court for such service.

/S/ Scott Gherman
SCOTT C. GHERMAN, ESQ.,
Florida Bar No. 0180653

cc: **Court Reporter**

2

3

**<u>SCHEDULE "A"</u>**

1.  All matters concerning or pertaining to FVP's claim No's 7-1, 8-1 and 9-1.