## RETURN OF SERVICE

### UNITED STATES BANKRUPTCY COURT
Southern District of Florida

Case Number: 22-15627-EPK

IN RE::
**AUTO WHOLESALE OF BOCA, LLC**
Debtor



LTN2023000581

For:
CARLOS E. SARDI, ESQUIRE
SARDI LAW PLLC
225 ALCAZAR AVENUE
CORAL GABLES, FL 33134

Received by LIGHTNING LEGAL on the 31st day of January, 2023 at 12:39 pm to be served on **DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES BY SERVING: RECORDS CUSTODIAN/MOTOR VEHICLE RECORDS, 2900 APALACHEE PARKWAY, A432, TALLAHASSEE, FL 32399.**

I, Wyatt Kady, do hereby affirm that on the **6th day of February, 2023** at **10:40 am, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **Subpoena for Rule 2004 Examination (Duces Tecum Only)** to: Jeanette Combs  as Records, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **2900 APALACHEE PARKWAY, ROOM B239, MS-52, TALLAHASSEE, FL 32399.** on behalf of **DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 46, Sex: F, Race/Skin Color: Black, Height: 5'11", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**Wyatt Kady**
Process Server 249

**LIGHTNING LEGAL**
**Lightning Legal Couriers & Process**
9280 Sw 64th St.
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2023000581

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1z

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In re AUTO WHOLESALE OF BOCA, LLC
                                    Debtor.

Case No. 22-15627-EPK
Chapter 11, Subchapter V

## SUBPOENA FOR RULE 2004 EXAMINATION
### (DUCES TECUM ONLY)

To:     Department of Highway Safety & Motor Vehicles
        By Serving: Records Custodian / Motor Vehicle Records
        2900 Apalachee Parkway, A432, Tallahassee, Florida 32399

*WM 249*
*2/6/2023*
*10:40am*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure and Local Rule 2004-1.

| PLACE | DATE AND TIME |
|-------|---------------|
|       |               |

The examination will be recorded by this method: _____

☒ *Production:* **YOU ARE COMMANDED** to produce the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material at the time, date, and place set forth below (if different from that of the examination): **SEE EXHIBIT "A"**

| PLACE | DATE AND TIME |
|-------|---------------|
| Sardi Law, PLLC | February 17, 2023 |
| 225 Alcazar Ave., Coral Gables, FL 33134 | 5:00 p.m. (EST) |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: January 31, 2023

CLERK OF COURT

OR

_____        _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing **OMAR PERIU**, a party in interest in the above bankruptcy case, who issues or requests this subpoena, is: **Carlos E. Sardi, Esq., Fla. Bar No. 781401, Sardi Law, PLLC 225 Alcazar Ave., Coral Gables, FL 33134, Tel: 305-697-8690**

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

1