

**ORDERED in the Southern District of Florida on February 9, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

**AUTO WHOLESALE OF BOCA, LLC,**

     Debtor.

_____/

Case No. 22-15627-EPK
Chapter 11

**ORDER CONTINUING HEARING ON OBJECTIONS TO CLAIMS OF MOSHE**
**FARACHE, FARACHE ENTERPRISES, AND M&M DEVELOPMENT**
**CONSULTANTS**

     This matter came before the Court for hearing on February 8, 2023, upon the *Order Granting Motion to Extend Time and Setting Continued Hearing on Objections to Claims of Farache Parties* [ECF No. 349] (the "Continuation Order") to consider Wing Lake's objections to the claims of Moshe Farache, Farche Enterprises, Inc., and M&M Development Consultants, LLC. Counsel for Wing Lake did not appear at the hearing on February 8. For the reasons stated on the record, it is ORDERED that the hearing set by the Continuation Order [ECF No. 349] is CONTINUED to **February 15, 2023, at 1:30 p.m.** The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court

will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

 https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.

If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

###

Copy to:
Bradley S. Shraiberg, Esq.

*Bradley S. Shraiberg, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*