

**ORDERED in the Southern District of Florida on February 9, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                  **Case No. 22-15627-EPK**
                                               **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

### ORDER OVERRULING IN PART FVP'S
### FIRST OMNIBUS OBJECTION TO CLAIMS

This matter came before the Court for hearing on February 8, 2023, First Omnibus Objections to Claims [ECF No. 229] filed by the FVP Parties. For the reasons stated on the record, it is ORDERED and ADJUDGED:

1. The Objection First Omnibus Objections to Claims [ECF No. 229] is OVERRULED in part as set forth herein.

2. The Objection to the claim of Calvin Erbstein [POC #16-1] is OVERRULED.

###

Copy to:
David R. Softness, Esq.

*David R. Softness, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*