**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,        Case No.: 22-15627-EPK

     Debtor.

_____/

## CROSS - NOTICE OF TAKING DEPOSITION
## (EDWARD BROWN)

**COME NOW,** the FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and hereby give this cross-notice of the taking of the deposition of Edward Brown at 8:00 a.m. on Friday, February 10, 2023 (by Zoom) and as otherwise indicated in the "Debtor's Notice of Taking Examination (*Duces Tecum*) of Edward Brown Pursuant to FRBP 7030" (CP # 402).

     Dated: February 9, 2023.

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail:  JB@RichardBaronLaw.com
EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel.: (973) 936-2176
E-mails:
     jschwartz@jonschwartzlaw.com
       JNSEsquire@gmail.com

CASE NO. 22-15627-EPK
Cross Notice of Taking Deposition (Edward Brown)
Page 2 of 3

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 341-3111
E-mail:          david@softnesslaw.com

By:     s/ David R. Softness
David R. Softness, Esq.
Florida Bar No. 513229

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that the foregoing pleading(s) was/were filed electronically - on the date(s) indicated - and served via CM/ECF upon all parties entitled to electronic notice and by email on this date and/or the dates indicated - upon: the Subchapter5 Trustee by serving Linda Leali, Esq. at <u>lleali@lealilaw.com</u>; upon the Debtor/Defendant by serving James B. Miller, Esq. at <u>bkcmiami@gmail.com and jbm@title11law.com;</u> upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at <u>harry4334@hotmail.com</u>; upon Ed Brown by serving Brett Marks, Esq., at <u>brett.marks@akerman.com</u> and Amanda Klopp, Esq., at <u>amanda.klopp@akerman.com</u> and Eyal Berger, Esq., at <u>eyal.berger@akerman.com</u>; and upon Hi Bar by serving Steven Wells at <u>Steve@wellspc.com</u>, Jason DeJonker, Esq. at <u>Jason.DeJonnker@bclplaw.com,</u> Jarret Hitchings, Esq. at <u>jarret.hitchings@bclplaw.com,</u> David Unseth, Esq. at <u>dmunseth@bclplaw.com</u>, and James Moon, Esq., at <u>Jmoon@melandbudwick.com</u>; upon

CASE NO. 22-15627-EPK
**ADVERSARY PROCEEDING**
**CASE NO.  22-01218-EPK**
Request for Production of Documents to Defendant
Page 3 of 3

Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com, upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com, and upon Michael Halperin by serving Phil Landau at phil@landaulaw.com.

/ s/ David Softness
David Softness, Esq.