UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

                                                Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,          Chapter 11, Subchapter 5

      Debtor.

_____/

## CROSS-NOTICE OF TAKING DEPOSITION OF EDWARD BROWN

COMES NOW, Interested Party, Michael Halperin,  by and through undersigned counsel, and hereby gives this Cross-Notice of the taking of the deposition of Edward Brown at 8:00 a.m. on Friday, February 10, 2023 (by Zoom), and as otherwise indicated in the *Debtor's Notice of Taking Deposition Duces Tecum* of Edward Brown pursuant to Federal Rule of Bankruptcy Procedure 7030.  ECF No. 402.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                  Respectfully submitted,

                                  **LANDAU LAW, PLLC**
                                  Counsel for Michael Halperin
                                  3010 N. Military Trail, Suite 318
                                  Boca Raton FL 33431
                                  Telephone: 561-443-0802
                                  Email:  phil@landau.law

                                  By: */s/ Philip Landau*
                                      Philip Landau
                                      Florida Bar No. 0504017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the court's CM/ECF system to all parties registered to receive such notice on the 9th  day of February 2023.

By:   /s/ Philip Landau

Philip Landau