**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                    Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,              Chapter 11, Subchapter V

        Debtor.

_____/

**PARTY-IN-INTEREST OMAR PERIU'S JOINDER TO (A) FVP'S MOTION TO DISMISS OR COVERT TO CHAPTER 7 [ECF No. 390] AND (B) NICOLE TESTA MEHDIPOUR'S EXPEDITED (I) MOTION TO CONVERT TO A CASE UNDER CHAPTER 7, OR, IN THE ALTERNATIVE, MOTION TO DISMISS [ECF No. 403]**

Party-in-interest, OMAR PERIU ("Mr. Periu"), by and through undersigned counsel, hereby joins in the relief requested in (i) *FVP's Motion to Dismiss or Convert to Chapter 7* [ECF No. 390] (the "FVP Motion") filed by Creditors, FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC, and (ii) *Nicole Testa Mehdipour's Expedited (i) Motion to Convert to a Case under Chapter 7, or, in the Alternative, Motion to Dismiss* (the "Excell Trustee Motion") [ECF No. 403] filed by Nicole Testa Mehdipour, in her capacity as the duly acting and appointed Chapter 7 trustee for the bankruptcy estate of Excell Auto Group, Inc.  Particularly, the Debtor's alleged criminally usurious loans, financial fraud, and concealment and secretion of estate assets alone warrant such relief.  This is separate and apart from the alleged perjurious testimony by the Debtor's principal and owner, and the Debtor's lack of business operations since the filing of the bankruptcy and apparent unfeasibility of the Debtor's *First Amended Plan of Reorganization of Auto Wholesale of Boca, LLC* [ECF No. 196].  Adequate and sufficient reason therefore exists to convert this case from a case under Subchapter V of Chapter 11 of the Bankruptcy Code to a case under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112(b)(1) ("court **_shall_** convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause….") (emphasis added). *Piazza v. Nueterra Healthcare Physical therapy, LLC (In re Piazza)*, 719 F.3d 1253, 1261 (11th Cir. 2013) (explaining that Section 1112(b)(4) of the Bankruptcy Code provides a non-exhaustive list of examples of "cause" and that the term "cause" as used in Section 1112(b)(1) is simply good or sufficient reason to convert or dismiss a Chapter 11 case).

- 1 -

WHEREFORE, Mr. Periu respectfully requests that the Court enter an Order granting the relief requested in the FVP Motion and Excell Trustee Motion to convert this case from a case under Subchapter V of Chapter 11 of the Bankruptcy Code to a case under Chapter 7 of the Bankruptcy Code, and granting any such other and further relief that the Court deems just and appropriate.

Dated on this 9th day of February, 2022.

SARDI LAW, PLLC
*Counsel for Party-in-Interest*
  *Omar Periu*
225 Alcazar Avenue
Coral Gables, FL 33134
Tel.: (305) 697-8690
Fax.: (305) 697-8691


By: /s/ Carlos E. Sardi
      Carlos E. Sardi, Esq.
      Florida Bar No. 781401
      Email: carlos@sardilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document on this 9th day of February, 2022 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.


/s/ Carlos E. Sardi
Carlos E. Sardi, Esq.

- 2 -