**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                                Chapter 11
AUTO WHOLESALE OF BOCA, INC.

                                                                          Case No. 22-15627-EPK

            Debtor.

_____/

**EDWARD BROWN'S JOINDER TO FVP'S MOTION TO DISMISS OR**
**CONVERT TO CHAPTER 7 (ECF NO. 390)**

EDWARD BROWN, through undersigned counsel, hereby joins solely in the legal relief

sought in FVP's Motion to Dismiss or Convert to Chapter 7 (ECF No. 390) (the "FVP Motion"),

filed by Creditors, FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing,

LLC.  Edward Brown preserves all rights to contest all allegations and legal theories interposed

by the FVP Parties against Mr. Brown and his *in rem* interests related to certain vehicles as Mr.

Brown has interposed in the Adversary Proceeding pending as Adv. Proceeding No. 22-01218-

EPK.

WHEREFORE, the Edward Brown respectfully request that the Court grant the FVP

Motion, and for such other and further relief as the Court deems just and proper.

Dated: February 10, 2023                        Respectfully submitted,

                                                            By:    /s/ *Eyal Berger*
                                                            Eyal Berger, Esq.
                                                            Florida Bar Number:  011069
                                                            Email:  eyal.berger@akerman.com
                                                            Amanda Klopp, Esq.
                                                            Florida Bar Number: 124156
                                                            Email: amanda.klopp@akerman.com
                                                            **AKERMAN LLP**
                                                            201 East Las Olas Boulevard, Suite 1800
                                                            Fort Lauderdale, FL  33301-2999
                                                            Tel:: 954-463-2700 /Fax: 954-463-2224
                                                            *Counsel for Edward Brown*

68613297;2

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on February 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/ Eyal Berger*
Eyal Berger, Esq.

68613297;2