**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**AUTO WHOLESALE OF BOCA, LLC,**                   **CASE NO. 22-15627-EPK**

    Debtor.                                                  Chapter 11 - Subchapter 5
_____/

**WITHDRAWAL OF RESPONSE TO EDWARD BROWN'S MOTION TO COMPEL**
**ABANDONMENT AND TURNOVER OF TITLE TO ROLLS CULLINAN**

    **COME NOW** FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), the Adversary Plaintiffs in Adversary Proceeding Case No. 22-01218-EPK and withdraw their response in opposition (at CP # 339) to Edward Brown's Motion for Abandonment And Turnover Of Title To 2021 Rolls Royce Cullinan VIN # Ending in 4097 (the "Cullinan") (CP # 252, the "Motion ") (Edward Brown's "Motion").

    This withdrawal is without prejudice and reserves al rights as to all claims and defenses in all matters involving or relating to Mr. Brown, including, without limitation, the Adversary Proceeding and any pending, or to be filed, state court or Federal actions.

Dated: February 10, 2023

For the FVP Plaintiffs

| | |
|---|---|
| Jerrell A. Breslin, Esq.<br>Baron, Breslin & Sarmiento<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail: JB@RichardBaronLaw.com | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |

| EService@RichardBaronLaw.com | /s/ David R. Softness<br>David R. Softness, Esq. |
|---|---|
| Jonathan Noah Schwartz, Esq.<br>Florida Bar No. 1014596<br>Jonathan Schwartz Law PLLC<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Tel.: (973) 936-2176<br>E-mails:jschwartz@jonschwartzlaw.com<br>JNSEsquire@gmail.com | |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that the pleading(s) below was/were filed electronically - on the date(s) indicated - and served via CM/ECF upon all parties entitled to electronic notice and by email on this date and/or the dates indicated - upon: the Subchapter5 Trustee by serving Linda Leali, Esq. at lleali@lealilaw.com; upon the Debtor/Defendant by serving James B. Miller, Esq. at bkcmiami@gmail.com and jbm@title11law.com; upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com, Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com, David Unseth, Esq. at dmunseth@bclplaw.com, and James Moon, Esq., at Jmoon@melandbudwick.com; upon

Derek Stephens by serving Cory Mauro, Esq. at <u>cory.mauro@maurolaw.com</u>, and upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at <u>Sgherman@Scottghermanpa.Com</u> and upon Michael Halperin by serving his counsel, Phil Landau at phil@landaulaw.com.

<u>/s/ David R. Softness</u>
David R. Softness, Esq.