**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22-15627-EPK

        Debtor.
_____/


**THE FVP PARTIES EXHIBITS REGISTER IN SUPPORT OF HEARING ON MOTION**
**TO DISMISS OR CONVERT TO CHAPTER 7**

Claimants / Adversary Plaintiffs FVP OPPORTUNITY FUND III, LP, a Delaware limited partnership; FVP INVESTMENTS, LLC, a Delaware limited liability company; and FVP SERVICING, LLC, a Delaware limited liability company; and HI BAR CAPITAL, LLC, a New York Limited Liability Company, hereby file their Exhibits Register in support of the FVP Plaintiffs Motion to Dismiss or Convert [C. P. 390] as follows:

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 Composite | Proof of Claim filed by Excell Trustee on January 23, 2023 | | | |
| 2 Composite | Emails and Inventory Reports sent by Michele Martin for the Debtor in 2021 and 2022 | | | |
| 3 Composite | Lawsuit with Verified Complaint signed by Moshe Farache: *Moshe Farache and Auto Wholesale of Boca, Inc. v Scott Zankl, et al.*, Case No: 50 2022 CA 3358XXXXMB | | | |
| 4 Composite | Transcript Excerpts of Deposition of Moshe Farache taken January 12 and 13, 2023. | | | |
| 5 Composite | Affidavit of Brian Rohl, to be supplemented by Affidavit and Preliminary Report of Richard Gray | | | |
| 6 | Verified Chapter 11 Case Management Summary [C. P. 7] filed 07/07/2022 | | | |

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 7  Composite | Amended Schedules of Debtor AWB filed of 8/9/2022. Schedules B and SOFA | | | |
| 8 | July 2022, Debtor Monthly Operating Report, [C. P. 117] | | | |
| 9 | August 2022, Debtor Monthly Operating Report, [C. P. 95] | | | |
| 10 | September 2022, Debtor Monthly Operating Report, [C. P. 158] | | | |
| 11 | October 2022, Debtor Monthly Operating Report, [C. P. 189] | | | |
| 12 | November 2022, Debtor Monthly Operating Report, [C. P. 275] | | | |
| 13 | December 2022, Debtor Monthly Operating Report, [C. P. 258] | | | |
| 14 | Full Deposition Transcript of Moshe Farache taken January 12 and 13, 2023 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated February 11, 2023.

For the FVP Plaintiffs

| | |
|---|---|
| Jerrell A. Breslin, Esq.<br>Baron, Breslin & Sarmiento<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@RichardBaronLaw.com<br>EService@RichardBaronLaw.com<br><br>By:     s/ Jerrell Breslin, Esq.<br>        Jerrell Breslin, Esq.<br>         Fla Bar No: 269573 | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |
| Jonathan Noah Schwartz, Esq. | |

<table>
<tr><td>

Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel.: (973) 936-2176
E-mails:jschwartz@jonschwartzlaw.com
JNSEsquire@gmail.com

</td><td></td></tr>
</table>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon:

- **Eyal Berger**, eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Patrick R Dorsey** pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

- **Scott C Gherman** sgherman@scottghermanpa.com

- **Amanda Klopp** amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Linda Marie Leali** trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

- **James B Miller** bkcmiami@gmail.com

- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- **Ezequiel Joseph Romero** romeroe@bryancave.com, zeke.romero30@gmail.com

- **Bradley S Shraiberg** bss@slp.law,

dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

- **David R. Softness** david@softnesslaw.com

- **David M Unseth** dmunseth@bclplaw.com

- **Harry Winderman** harry4334@hotmail.com,

  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- **Brett Marks**, Esq., at brett.marks@akerman.com,

- **Jarret P. Hitchings**, Esq., at jarret.hitchings@bclplaw.com

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.