# EXHIBIT 2

**Exhibit 2**

**Jerry Breslin**

| | |
|---|---|
| **From:** | Scott Zankl <scott@excellauto.com> |
| **Sent:** | Thursday, July 21, 2022 4:38 PM |
| **To:** | gsarbino@gmail.com |
| **Subject:** | Fwd: UPDATED INVENTORY REPORT |
| **Attachments:** | INVENTORY REPORT 09.01.21.xlsx |

---------- Forwarded message ---------
From: **Michele Martin** <michelemartin1010@gmail.com>
Date: Wed, Sep 1, 2021 at 1:05 PM
Subject: UPDATED INVENTORY REPORT
To: TEDDI SOFOUL <teddi@excellauto.com>, Nidia Leiva <nidia@excellauto.com>, Excell Auto Scott <scott@excellauto.com>, moshe Farache <moshefarache@gmail.com>

Attached is the updated inventory report.

Please let me know when I can pick up the rent checks.

Thank you,

Michele Martin

Auto Wholesale of Boca

561-372-9001



1

9.1.2021 Email and Spreadsheet date

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES |
|---|---|---|---|---|---|---|---|---|---|
| AUTO WHOLESALE INVENTORY | | | | 09/01/21 | | | | | |
| FIRST LINE | | | | | | | | | |
| ASTON MARTIN | DBX | 2021 | GRAY | 07/01/21 | 09/01/21 | 62 | SCFVUJAW7MTV01976 | Y | 1789 |
| BENTLEY | BENTAYGA | 2018 | WHITE | 07/06/21 | 09/01/21 | 57 | SJAAC2ZV1JC019549 | N | 13295 |
| FERRARI | 458 | 2014 | RED | 08/04/21 | 09/01/21 | 28 | ZFF68NHA4E0202653 | N | 12988 |
| JEEP | WRANGLER | 2021 | GRAY | 07/21/21 | 09/01/21 | 42 | 1C4HJXDGXMW647833 | N | |
| KARMA | REVERO | 2020 | GRAY | 06/07/21 | 09/01/21 | 86 | 50GK43SB6LA000129 | Y | 6346 |
| LAMBORGHINI | AVENTADOR SV | 2017 | ORANGE | 08/13/21 | 09/01/21 | 19 | ZHWUT3ZD1HLA05499 | N | 5758 |
| MERCEDES | METRIS | 2020 | BLACK | 05/18/21 | 09/01/21 | 106 | W1WV0FEY8L3760563 | N | 5 |
| MERCEDES | METRIS | 2020 | BLACK | 07/06/21 | 09/01/21 | 57 | W1WV0FEY5L3757703 | Y | 18 |
| PORSCHE | 911 | 2018 | GRAY | 08/20/21 | 09/01/21 | 12 | WP0AA2A98JS105207 | N | 23247 |
| | | | | | | | TOTAL INVENTORY | | |

# AUTO WHOLESALE INVENTORY

01/28/23    This is the printing date, the original has the date of 9.1.2021

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES | PURCHASED FROM | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FIRST LINE** | | | | | | | | | | | | |
| ASTON MARTIN | DBX | 2021 | GRAY | 07/01/21 | 01/28/23 | 576 | SCFVUJAW7MTV01976 | Y | 1789 | EXCELL AUTO GROUP | $185,000.00 | sold 7/26 |
| BENTLEY | BENTAYGA | 2018 | WHITE | 07/06/21 | 01/28/23 | 571 | SJAAC2ZV1JC019549 | N | 13295 | EXCELL AUTO GROUP | $8,500.00 | CAR IS 84,000 GAVE 8,500 FROM 1ST AND 75,500 FROM 1001 |
| FERRARI | 458 | 2014 | RED | 08/04/21 | 01/28/23 | 542 | ZFF68NHA4E0202653 | N | 12988 | EXCELL AUTO GROUP | $7,000.00 | CAR IS 227,000 GAVE 7,000 FROM 1ST AND 220,000 FROM 2ND |
| JEEP | WRANGLER | 2021 | GRAY | 07/21/21 | 01/28/23 | 556 | 1C4HJXDGXMW647833 | N | | EXCELL AUTO GROUP | $121,450.00 | CAR IS 200,000 GAVE 121,450 FROM 1ST AND 78,550 FROM 2ND |
| KARMA | REVERO | 2020 | GRAY | 06/07/21 | 01/28/23 | 600 | 50GK43SB6LA000129 | Y | 6346 | EXCELL AUTO GROUP | $90,000.00 | |
| LAMBORGHINI | AVENTADOR SV | 2017 | ORANGE | 08/13/21 | 01/28/23 | 533 | ZHWUT3ZD1HLA05499 | N | 5758 | EXCELL AUTO GROUP | $336,000.00 | CAR IS 526,000 GAVE 336,000 1ST, 15,770 2ND, 1,500 MM, 105,500 4TH AND 67,230 1001 |
| MERCEDES | METRIS | 2020 | BLACK | 05/18/21 | 01/28/23 | 620 | W1WV0FEY8L3760563 | N | 5 | EXCELL AUTO GROUP | $129,000.00 | |
| MERCEDES | METRIS | 2020 | BLACK | 07/06/21 | 01/28/23 | 571 | W1WV0FEY5L3757703 | Y | 18 | EXCELL AUTO GROUP | $100,000.00 | |
| PORSCHE | 911 | 2018 | GRAY | 08/20/21 | 01/28/23 | 526 | WP0AA2A98JS105207 | N | 23247 | EXCELL AUTO GROUP | $23,050.00 | CAR IS 49,450 GAVE 23,050 FROM 1ST AND 26,400 FROM 4TH |
| | | | | | | | TOTAL INVENTORY | | | | $1,000,000.00 | |
| | | | | | | | TOTAL FIRST CREDIT LINE | | | | $1,000,000.00 | |
| | | | | | | | OPEN FIRST LINE OF CREDIT | | | | $0.00 | |
| **SECOND LINE** | | | | | | | | | | | | |
| BENTLEY | CONTINENTAL | 2020 | BLACK | 07/30/21 | 01/28/23 | 547 | SCBCG2ZG8LC079654 | N | 2752 | EXCELL AUTO GROUP | $210,000.00 | |
| FERRARI | 458 | 2014 | RED | 08/04/21 | 01/28/23 | 542 | ZFF68NHA4E0202653 | N | 12988 | EXCELL AUTO GROUP | $220,000.00 | CAR IS 227,000 GAVE 7,000 FROM 1ST AND 220,000 FROM 2ND |
| FORD | F-150 XL | 2019 | BLACK | 07/14/21 | 01/28/23 | 563 | 1FTMF1C54KKE07498 | N | 920 | EXCELL AUTO GROUP | $225,000.00 | |
| JEEP | WRANGLER | 2021 | GRAY | 07/21/21 | 01/28/23 | 556 | 1C4HJXDGXMW647833 | N | | EXCELL AUTO GROUP | $78,550.00 | CAR IS 200,000 GAVE 121,450 FROM 1ST AND 78,550 FROM 2ND |
| KARMA | REVERO | 2020 | WHITE | 08/20/21 | 01/28/23 | 526 | 50GK43SB7LA000141 | Y | 638 | EXCELL AUTO GROUP | $95,130.00 | CAR IS 120,000 GAVE 95,130 FROM 2ND, 10,000 FROM MM AND 14,870 FROM 4TH |
| LAMBORGHINI | AVENTADOR SV | 2017 | ORANGE | 08/13/21 | 01/28/23 | 533 | ZHWUT3ZD1HLA05499 | N | 5758 | EXCELL AUTO GROUP | $15,770.00 | CAR IS 526,000 GAVE 336,000 1ST, 15,770 2ND, 1,500 MM, 105,500 4TH AND 67,230 1001 |
| MERCEDES | G63 | 2013 | BLACK | 07/30/21 | 01/28/23 | 547 | WDCYC7DF7DX209244 | N | 39689 | EXCELL AUTO GROUP | $6,000.00 | CAR IS 95,000 GAVE 6,000 FROM 2ND, 39,000 FROM MM AND 50,000 FROM 1001 |
| | | | | | | | TOTAL INVENTORY | | | | $850,450.00 | |
| | | | | | | | TOTAL SECOND CREDIT LINE | | | | $850,450.00 | |
| | | | | | | | OPEN SECOND LINE OF CREDIT | | | | $0.00 | |
| | | | | | | | TOTAL CREDIT LINE BALANCE | | | | $0.00 | |
| | | | | | | | TOTAL CREDIT LINE | | | | $2,664,450.00 | |
| | | | | | | | TOTAL CREDIT OUT | | | | $2,664,450.00 | |
| | | | | | | | TOTAL OPEN CREDIT | | | | $0.00 | |
| **MM** | | | | | | | | | | | | |
| FORD | RHINO | 2016 | BLACK | 06/11/21 | 01/28/23 | 596 | 1FDUF4HT8GEB18666 | N | 36479 | EXCELL AUTO GROUP | $173,500.00 | CAR IS 190,000 GAVE 173,500 FROM MM, 3,230 FROM 4TH AND 13,270 FROM 1001 |
| KARMA | REVERO | 2020 | WHITE | 08/20/21 | 01/28/23 | 526 | 50GK43SB7LA000141 | Y | 638 | EXCELL AUTO GROUP | $10,000.00 | CAR IS 120,000 GAVE 95,130 FROM 2ND, 10,000 FROM MM AND 14,870 FROM 4TH |
| MERCEDES | G63 | 2013 | BLACK | 07/30/21 | 01/28/23 | 547 | WDCYC7DF7DX209244 | N | 39689 | EXCELL AUTO GROUP | $39,000.00 | CAR IS 95,000 GAVE 6,000 FROM 2ND, 39,000 FROM MM AND 50,000 FROM 1001 |
| LAMBORGHINI | AVENTADOR SV | 2017 | ORANGE | 08/13/21 | 01/28/23 | 533 | ZHWUT3ZD1HLA05499 | N | 5758 | EXCELL AUTO GROUP | $1,500.00 | CAR IS 526,000 GAVE 336,000 1ST, 15,770 2ND, 1,500 MM, 105,500 4TH AND 67,230 1001 |
| | | | | | | | TOTAL M & M CREDIT OUT | | | | $224,000.00 | |
| | | | | | | | TOTAL M & M CREDIT LINE | | | | $224,000.00 | |
| | | | | | | | OPEN MM CREDIT LINE | | | | $0.00 | |
| **FOURTH LINE** | | | | | | | | | | | | |
| FORD | RHINO | 2016 | BLACK | 06/11/21 | 01/28/23 | 596 | 1FDUF4HT8GEB18666 | N | 36479 | EXCELL AUTO GROUP | $3,230.00 | CAR IS 190,000 GAVE 173,500 FROM MM, 3,230 FROM 4TH AND 13,270 FROM 1001 |
| KARMA | REVERO | 2020 | WHITE | 08/20/21 | 01/28/23 | 526 | 50GK43SB7LA000141 | Y | 638 | EXCELL AUTO GROUP | $14,870.00 | CAR IS 120,000 GAVE 95,130 FROM 2ND, 10,000 FROM MM AND 14,870 FROM 4TH |
| LAMBORGHINI | AVENTADOR SV | 2017 | ORANGE | 08/13/21 | 01/28/23 | 533 | ZHWUT3ZD1HLA05499 | N | 5758 | EXCELL AUTO GROUP | $105,500.00 | CAR IS 526,000 GAVE 336,000 1ST, 15,770 2ND, 1,500 MM, 105,500 4TH AND 67,230 1001 |
| PORSCHE | 911 | 2018 | GRAY | 08/20/21 | 01/28/23 | 526 | WP0AA2A98JS105207 | N | 23247 | EXCELL AUTO GROUP | $26,400.00 | CAR IS 49,450 GAVE 23,050 FROM 1ST AND 26,400 FROM 4TH |

|  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  | $150,000.00 |  |

| | | | | |
|---|---|---|---|---|
| **TOTAL FOURTH LINE** | | | | **$150,000.00** |
| **OPEN MM CREDIT LINE** | | | | **$0.00** |

## 1001 LINE

| Make | Model | Year | Color | Date 1 | Date 2 | # | VIN | Y/N | Mileage | Group | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENTLEY | BENTAYGA | 2018 | WHITE | 07/06/21 | 01/28/23 | 571 | SJAAC2ZV1J0C19549 | N | 13295 | EXCELL AUTO GROUP | $75,500.00 | CAR IS 84,000 GAVE 8,500 FROM 1ST AND 75,500 FROM 1001 |
| FORD | RHINO | 2016 | BLACK | 06/11/21 | 01/28/23 | 596 | 1FDUF4HT8GEB18666 | N | 36479 | EXCELL AUTO GROUP | $13,270.00 | CAR IS 190,000 GAVE 173,500 FROM MM, 3,230 FROM 4TH AND 13,270 FROM 1001 |
| KARMA | G5 | 2021 | ORANGE | 08/20/21 | 01/28/23 | 526 | 50G6E4SSXMA000060 | N | 25 | EXCELL AUTO GROUP | $100,000.00 | |
| LAMBORGHINI | AVENTADOR SV | 2017 | ORANGE | 08/13/21 | 01/28/23 | 533 | ZHWUT3ZD1HLA05499 | N | 5758 | EXCELL AUTO GROUP | $67,230.00 | CAR IS 526,000 GAVE 336,000 1ST, 15,770 2ND, 1,500 MM, 105,500 4TH AND 67,230 1001 |
| LAND ROVER | RANGE ROVER | 2021 | WHITE | 07/06/21 | 01/28/23 | 571 | SALWZ2RE1MA762689 | Y | 1103 | EXCELL AUTO GROUP | $134,000.00 | |
| MERCEDES | G63 | 2013 | BLACK | 07/30/21 | 01/28/23 | 547 | WDCYC7DF7DX209244 | N | 39689 | EXCELL AUTO GROUP | $50,000.00 | CAR IS 95,000 GAVE 6,000 FROM 2ND, 39,000 FROM MM AND 50,000 FROM 1001 |
|  |  |  |  |  |  |  |  |  |  |  | $440,000.00 | |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL 1001 CREDIT LINE** | | | | **$440,000.00** | WAS 490,000 REDUCED AT RENEWAL OF LOAN |
| **OPEN 1001 CREDIT LINE** | | | | **$0.00** | |

| | | | |
|---|---|---|---|
| **TOTAL AW OPEN CREDIT** | **$0.00** | $2,500,000.00 | EXCELL LINE |
| TOTAL EX OPEN CREDIT | $0.00 | $2,664,450.00 | MOSHE LINE |
| TOTAL NEXTGEAR OPEN CREDIT | $0.00 | $0.00 | NEXTGEAR |
| | $0.00 | | |
| | | $2,664,450.00 | MOSHE LINE |
| | | TOTAL CREDIT OUT | |
| | | $2,664,450.00 | MOSHE LINE |
| | | $2,500,000.00 | MOSHE/CALVIN |
| | | $1,080,000.00 | MMS LINE |
| | | $300,000.00 | AW/EES LINE |
| | | $0.00 | SERVPRO TEMP LINE   250000 PAID BACK |
| | | $170,000.00 | SHORT TERM LOAN FROM MAZEL TOV |
| | | $0.00 | TEMP LOAN AW PAID BACK 200000 TO MM |
| | | $0.00 | TEMP LOAN FROM MILES PERSONAL 200,000 AND 135,000 FROM M & M |
| | | $505,000.00 | SHORT TERM LOAN FROM M & M |
| | | $200,000.00 | SHORT TERM LOAN FROM JANE EARLY |
| | | $0.00 | $505,000 MM SHORT TERM LOAN  PAID BACK 6/16/21 |
| | | $0.00 | $455,000 TEMP LOAN FROM SP PAID 05.25.21 |
| | | $7,419,450.00 | |

**EXCELL AUTO GROUP INVENTORY**

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES | PURCHASED FROM | PURCHASE PRICE | COMMENTS |
|------|-------|------|-------|---------------|-------------|---------------|-----|-----------|-------|----------------|----------------|----------|
| ASTON MARTIN | VANQUISH | 2014 | GRAY | 05/27/21 | 01/28/23 | 611 | SCFLDCFP4EGJ00898 | Y | 19414 | AUTO WHOLESALE OF BOCA | $110,000.00 | |
| BENTLEY | CONTINENTAL | 2017 | WHITE | 07/28/21 | 01/28/23 | 549 | SCBGT3ZA5HC065779 | N | 11388 | AUTO WHOLESALE OF BOCA | $145,000.00 | |
| KARMA | REVERO | 2020 | RED | 07/06/21 | 01/28/23 | 571 | 50GK43SBXLA000070 | N | 20 | AUTO WHOLESALE OF BOCA | $145,000.00 | |
| KARMA | REVERO | 2020 | WHITE | 07/06/21 | 01/28/23 | 571 | 50GK43SB4LA000114 | N | 20 | AUTO WHOLESALE OF BOCA | $130,000.00 | |
| LAMBORGHINI | HURACAN | 2018 | YELLOW | 08/11/21 | 01/28/23 | 535 | ZHWUR2ZF2JLA09447 | N | 3307 | AUTO WHOLESALE OF BOCA | $247,000.00 | |
| LAMBORGHINI | URUS | 2021 | WHITE | 08/20/21 | 01/28/23 | 526 | ZPBUA1ZL1MLA12270 | Y | 48 | AUTO WHOLESALE OF BOCA | $435,000.00 | |
| MERCEDES | S63 | 2017 | BLACK | 07/28/21 | 01/28/23 | 549 | WDDXK7JB4HA027571 | N | 28246 | AUTO WHOLESALE OF BOCA | $110,790.00 | |
| MERCEDES | G63 | 2018 | BLACK | 07/01/21 | 01/28/23 | 576 | WDCYC7DH8JX295077 | N | 16463 | AUTO WHOLESALE OF BOCA | $110,000.00 | |
| MERCEDES | METRIS | 2019 | SILVER | 07/06/21 | 01/28/23 | 571 | WD4PG2EE4K3515326 | Y | 616 | AUTO WHOLESALE OF BOCA | $115,000.00 | |
| MERCEDES | METRIS | 2020 | BLACK | 07/06/21 | 01/28/23 | 571 | W1WC0DWY4L3746997 | Y | 18 | AUTO WHOLESALE OF BOCA | $105,000.00 | |
| MERCEDES | SL65 | 2005 | BLACK | 08/11/21 | 01/28/23 | 535 | WDBSK79F05F095391 | N | 12445 | AUTO WHOLESALE OF BOCA | $40,000.00 | |
| PORSCHE | PANAMERA | 2020 | BLUE | 06/14/21 | 01/28/23 | 593 | WP0AH2A70LL153114 | N | 1271 | AUTO WHOLESALE OF BOCA | $172,000.00 | |
| PORSCHE | 911 | 2018 | RED | 07/12/21 | 01/28/23 | 565 | WP0CD2A93JS162124 | N | 4639 | AUTO WHOLESALE OF BOCA | $167,000.00 | |
| ROLLS ROYCE | GHOST | 2020 | SILVER | 08/05/21 | 01/28/23 | 541 | SCAFK4C04LUX54806 | N | 12988 | AUTO WHOLESALE OF BOCA | $273,210.00 | |
| ROLLS ROYCE | WRAITH | 2016 | BLACK | 07/19/21 | 01/28/23 | 558 | SCA665C55GUX86367 | N | 8684 | AUTO WHOLESALE OF BOCA | $195,000.00 | |
| | | | | | | | | | | TOTAL | $2,500,000.00 | |

TOTAL INVENTORY          $2,500,000.00

CREDIT LINE          $2,500,000.00

**OPEN LINE OF CREDIT          $0.00**

| | SOLD | |

| MONTHLY INTEREST | | CREDIT AMOUNT |
|---|---|---|
| $18,750.00 | MOSHE LINE | $1,500,000.00 |
| $12,500.00 | CALVIN LINE | $1,000,000.00 |
| $31,250.00 | TOTAL LINE | $2,500,000.00 |

15% INTEREST          $31,250.00

| | | | | | COST | SALE | PROFIT | PROFIT SPLIT | |
|---|---|---|---|---|---|---|---|---|---|
| LOAN FOR 505,000 | | 7/23/2021 | 875000 | NEW LOAN | | | | | |
| LOAN FOR 170,000 | | | | TO BE PAID ON 8/20 | | | | | |
| LAMBO | URUS | 2019 | JANE | | $220,000.00 | $232,000.00 | $12,000.00 | | $6,000.00 |
| ROLLS | WRAITH | 2017 | MAZEL | | $235,000.00 | $249,000.00 | $14,000.00 | | $7,000.00 |
| BENTLEY | MUSANNE | 2020 | MM | | $265,000.00 | $285,000.00 | $20,000.00 | | $10,000.00 |
| BENTLEY | FLYING SPUR | 2021 | MM | | $240,000.00 | $255,000.00 | $15,000.00 | | $7,500.00 |
| | | | | | $960,000.00 | $1,021,000.00 | $61,000.00 | | $30,500.00 |

| | | | |
|---|---|---|---|
| $200,000.00 | JANE EARLY | 07.20.21 JANE GAVE A CASHIERS CHECK TO EXCELL 400073092 | |
| $505,000.00 | M & M | CHECK 1055 | 7/23/2021 |
| $170,000.00 | JAKE & CHASE | PROFIT 8,000 | 7/23/2021 |
| $875,000.00 | | | |

# DOCUMENT SEPARATOR

**Document Seperator**

## Jerry Breslin

| | |
|---|---|
| **From:** | Scott Zankl <scott@excellauto.com> |
| **Sent:** | Monday, July 18, 2022 3:23 PM |
| **To:** | Brian Rohl |
| **Subject:** | Fwd: AW vs. EX credit lines |
| **Attachments:** | INVENTORY POST WALK THROUGH  02.15.22.xlsx; INVENTORY 02.15.22.2.xlsx |

You don't often get email from scott@excellauto.com. Learn why this is important

---------- Forwarded message ---------
From: **Scott Zankl** <scott@excellauto.com>
Date: Mon, Jul 18, 2022 at 12:45 PM
Subject: Fwd: AW vs. EX credit lines
To: <zanklscott3@gmail.com>

---------- Forwarded message ---------
From: **Michele Martin** <michelemartin1010@gmail.com>
Date: Tue, Feb 15, 2022 at 10:47 AM
Subject: AW vs. EX credit lines
To: Excell Auto Scott <scott@excellauto.com>
Cc: moshe Farache <moshefarache@gmail.com>, Chase Farache <chase.autowholesale@gmail.com>, TEDDI SOFOUL <teddi@excellauto.com>, Nidia Leiva <nidia@excellauto.com>, Alana Bailey <alana@excellauto.com>

Per our meeting this morning; on February 4th 2022 the 2014 Rolls Ghost was added to the Auto Wholesale line inventory.  At that time the Excell line did not have any funds available.

The Excell line did not have funds available until February 8, 2022 when the cars listed below were sold.

2020 Lambo Huracan sold 02.08.22
2020 Land Rover sold 02.08.22
2020 Bentley GTC sold on 02.09.22
2018 Ferrari 488 sold on 02.09.22
2021 Ferrari Roma sold on 02.09.22

The next, and only, car that was funded after 02.08.22 was the 2020 Mercedes G63 which was put on the Excell line on 02.09.22.

At this time the Excell line has $840,000.00 open credit and the AW line has $297,000.00 open credit.

I am attaching the current inventory report and the post walk through report.

Please let me know if you have any questions.

1

Thank you,


Michele Martin

Auto Wholesale of Boca

561-372-9001

2

## AUTO WHOLESALE INVENTORY                02/15/22

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | DAYS ON FLOOR | VIN | TITLE Y/N | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| BMW | M5 | 2018 | BLACK | 11/02/21 | 104 | WBSJF0C57JB282131 | Y | $85,000.00 | P |
| FERRARI | F12 BERLINETTA | 2017 | RED | 02/02/22 | 12 | ZFF74UFA7H0221036 | Y | $300,000.00 | P |
| LAMBORGHINI | AVENTADOR | 2017 | GRAY | 12/17/21 | 59 | ZHWUG4ZD6HLA06402 | N | $420,000.00 | PAYOFF BY 02.23 |
| LAMBORGHINI | URUS | 2020 | WHITE | 12/02/21 | 74 | ZPUA1ZLXLLLA06529 | N | $185,000.00 | P SCOTT CHECKING ON TITLE |
| MCLAREN | 600LT | 2019 | PURPLE | 12/17/21 | 59 | SBM13RAA6KW006903 | N | $225,450.00 | AT MCLAREN/TITLE BY 02.18 |
| MERCEDES | METRIS | 2018 | BLACK | 12/29/21 | 47 | WD4PG2EE2J3366588 | N | $100,000.00 | P TITLE BY 02.16 |
| PORSCHE | 718 | 2021 | BLACK | 12/17/21 | 59 | WP0AC2A82MK289016 | N | $120,000.00 | P TITLE BY 02.16 |
| ROLLS ROYCE | GHOST | 2014 | BLACK | 02/04/22 | 10 | SCA664S54EUX52672 | Y | $135,000.00 | TEST DRIVE |
| ROLLS ROYCE | WRAITH | 2017 | SILVER | 11/02/21 | 104 | SCA665CS51HUX86688 | Y | $240,000.00 | SELLING TO WHOLESALER |
| ROLLS ROYCE | DAWN | 2016 | WHITE | 12/28/21 | 48 | SCA666D52GU102136 | N | $157,000.00 | PAYOFF BY 02.18 |
| ROLLS ROYCE | CULLINAN | 2021 | WHITE | 12/28/21 | 48 | SLATV8C09MU204097 | Y | $400,000.00 | PAYOFF BY 02.23 |
| | | | | | | | | $2,367,450.00 | |

## EXCELL AUTO GROUP INVENTORY

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | DAYS ON FLOOR | VIN | TITLE Y/N | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| BMW | X7 | 2019 | BLUE | 12/29/21 | 47 | 5UXCX4C56KLWS39222 | Y | $75,000.00 | SHOULD BE BACK TODAY |
| FERRARI | 488 | 2017 | RED/GRAY | 10/26/21 | 111 | ZFF80AMA5H0226981 | N | $263,000.00 | PAYOFF BY 02.18.22 |
| FORD | RHINO | 2016 | BLACK | 09/29/21 | 138 | 1FDUF4HT8GEB18666 | Y | $190,000.00 | BODY SHOP |
| LAMBORGHINI | URUS | 2021 | WHITE | 08/20/21 | 178 | ZPBUA1ZL1MLA12270 | Y | $435,000.00 | PAYOFF BY 02.23 |
| MCLAREN | 720S | 2019 | ORANGE | 11/24/21 | 82 | SBM14FCA9KW003714 | Y | $290,000.00 | P |
| MERCEDES | G63 | 2020 | BLUE | 02/09/22 | 5 | W1NYC7HJ6LX362080 | Y | $340,000.00 | P |
| TESLA | MODEL X | 2018 | BLACK | 12/16/21 | 60 | 5YJXCBE29JF141471 | N | $67,000.00 | PAYOFF BY 02.16 |
| | | | | | | | | $1,660,000.00 | |

## SHORT TERM LOAN

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | DAYS ON FLOOR | VIN | TITLE Y/N | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| FERRARI | 812 | 2021 | RED | 11/15/21 | 91 | ZFF97CMA4M0261176 | Y | $650,000.00 | ROBS |
| FERRARI | 488 PISTA | 2019 | SILVER | 12/23/21 | 53 | ZFF90HLA8K0245966 | Y | $400,000.00 | P |
| MCLAREN | 720S | 2020 | WHITE | 01/19/22 | 26 | SBM14FCA5LW004229 | Y | $315,000.00 | P |
| | | | | | | | | $1,365,000.00 | |
| | | | | | | | | | |
| ROLLS ROYCE | DAWN | 2020 | BLUE | 11/30/21 | 77 | SCAZ8C02LU201949 | | | PAYOFF 02.16 |

Email and Attachments 2.15.2022

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES | P |
|---|---|---|---|---|---|---|---|---|---|---|
| **AUTO WHOLESALE INVENTORY** | | | | 02/15/22 | | | | | | |
| **FIRST LINE** | | | | | | | | | | |
| LAMBORGHINI | URUS | 2020 | WHITE | 12/02/21 | 02/15/22 | 75 | ZPUA1ZLXLLLA06529 | N | 20786 | E) |
| MCLAREN | 600LT | 2019 | PURPLE | 12/17/21 | 02/15/22 | 60 | SBM13RAA6KW006903 | N | 7601 | E) |
| MERCEDES | METRIS | 2018 | BLACK | 12/29/21 | 02/15/22 | 48 | WD4PG2EE2J3366588 | N | | E) |
| PORSCHE | 718 | 2021 | BLACK | 12/17/21 | 02/15/22 | 60 | WP0AC2A82MK289016 | N | 8874 | E) |
| ROLLS ROYCE | DAWN | 2016 | WHITE | 12/28/21 | 02/15/22 | 49 | SCA666DE2GU102136 | N | 30854 | E) |

## AUTO WHOLESALE INVENTORY

01/28/23    Print Date see previous page for date of PST

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES | PURCHASED FROM | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FIRST LINE** | | | | | | | | | | | | |
| LAMBORGHINI | URUS | 2020 | WHITE | 12/02/21 | 01/28/23 | 422 | ZPUA1ZLXLLLA06529 | N | 20786 | EXCELL AUTO GROUP | $63,050.00 | CAR IS 185,000 GAVE 63050 FROM 1ST AND 121950 FROM 2ND |
| MCLAREN | 600LT | 2019 | PURPLE | 12/17/21 | 01/28/23 | 407 | SBM13RAA6KW006903 | N | 7601 | EXCELL AUTO GROUP | $225,450.00 | |
| MERCEDES | METRIS | 2018 | BLACK | 12/29/21 | 01/28/23 | 395 | WD4PG2EE2J3366588 | N | | EXCELL AUTO GROUP | $100,000.00 | |
| PORSCHE | 718 | 2021 | BLACK | 12/17/21 | 01/28/23 | 407 | WP0AC2A82MK289016 | N | 8874 | EXCELL AUTO GROUP | $70,000.00 | CAR IS 120,000 GAVE 70,000 FROM 1ST AND 50,000 FROM 2ND |
| ROLLS ROYCE | DAWN | 2016 | WHITE | 12/28/21 | 01/28/23 | 396 | SCA666D52GU102136 | N | 30854 | EXCELL AUTO GROUP | $150,000.00 | CAR IS 157,000 GAVE 150,00 FROM 1ST AND 7,000 FROM 2ND |
| ROLLS ROYCE | GHOST | 2014 | BLACK | 02/04/22 | 01/28/23 | 358 | SCA664S54EUX52672 | Y | 11045 | EXCELL AUTO GROUP | $135,000.00 | |
| | | | | | | | | | | **TOTAL INVENTORY** | **$743,500.00** | |
| | | | | | | | | | | **TOTAL FIRST CREDIT LINE** | **$1,000,000.00** | |
| | | | | | | | | | | **OPEN FIRST LINE OF CREDIT** | **$256,500.00** | |
| **SECOND LINE** | | | | | | | | | | | | |
| BMW | M5 | 2018 | BLACK | 11/02/21 | 01/28/23 | 452 | WBSJF0C57JB282131 | Y | 19468 | EXCELL AUTO GROUP | $85,000.00 | |
| FERRARI | F12 BERLINETTA | 2017 | RED | 02/02/22 | 01/28/23 | 360 | ZFF74UFA7H0221036 | Y | | EXCELL AUTO GROUP | $300,000.00 | |
| LAMBORGHINI | AVENTADOR | 2017 | GRAY | 12/17/21 | 01/28/23 | 407 | ZHWUG4ZD6HLA06402 | N | 5868 | EXCELL AUTO GROUP | $420,000.00 | |
| LAMBORGHINI | URUS | 2020 | WHITE | 12/02/21 | 01/28/23 | 422 | ZPUA1ZLXLLLA06529 | N | 20786 | EXCELL AUTO GROUP | $121,950.00 | CAR IS 185,000 GAVE 63050 FROM 1ST AND 121950 FROM 2ND |
| PORSCHE | 718 | 2021 | BLACK | 12/17/21 | 01/28/23 | 407 | WP0AC2A82MK289016 | N | 8874 | EXCELL AUTO GROUP | $50,000.00 | CAR IS 120,000 GAVE 70,000 FROM 1ST AND 50,000 FROM 2ND |
| ROLLS ROYCE | WRAITH | 2017 | SILVER | 11/02/21 | 01/28/23 | 452 | SCA665CS51HUX86688 | Y | 7706 | EXCELL AUTO GROUP | $240,000.00 | |
| ROLLS ROYCE | DAWN | 2016 | WHITE | 12/28/21 | 01/28/23 | 396 | SCA666D52GU102136 | N | 30854 | EXCELL AUTO GROUP | $7,000.00 | CAR IS 157,000 GAVE 150,00 FROM 1ST AND 7,000 FROM 2ND |
| ROLLS ROYCE | CULLINAN | 2021 | WHITE | 12/28/21 | 01/28/23 | 396 | SLATV8C09MU204097 | Y | 175 | EXCELL AUTO GROUP | $400,000.00 | |
| | | | | | | | | | | | **$1,623,950.00** | |
| | | | | | | | | | | **TOTAL 2ND CREDIT LINE** | **$1,664,450.00** | |
| | | | | | | | | | | **OPEN 2ND CREDIT LINE** | **$40,500.00** | |

| | | | |
|---|---|---|---|
| **TOTAL AW OPEN CREDIT** | **$297,000.00** | $2,500,000.00 EXCELL LINE | |
| **TOTAL EX OPEN CREDIT** | **$840,000.00** | $2,664,450.00 MOSHE LINE | |
| | **$1,137,000.00** | $1,365,000.00 SHORT TERM LOAN | |
| | | TOTAL CREDIT OUT | $2,664,450.00 MOSHE LINE |
| AW CREDIT USED | $2,367,450.00 | | $2,500,000.00 MOSHE/CALVIN |
| EX CREDIT USED | $1,660,000.00 | | $1,080,000.00 MMS LINE |
| | $4,027,450.00 | | $300,000.00 AW/EES LINE |
| | | | $650,000.00 SHORT TERM LOAN - 2021 FERRARI 261176  $400,000 FROM JANE AND250,000 FROM AW 11.15.21 |
| | | | $315,000.00 SHORT TERM LOAN 2020 MCLAREN 004229 AW WIRE 01.19.22 |
| | | | $400,000.00 SHORT TERM LOAN FERRARI PISTA FROM AW BU WIRE 12.23.21 TO KARMA PB |
| | | | $71,655.00 SHORT TERM 2022 BENTLEY CAR IS 368,655 GAVE 256,500 FROM 1ST, 40,500 FROM 2ND AND 71,655 FROM SHORT TERM WIRE ON 02.07.22 |
| | | | $7,981,105.00 |
| | | | -$440,000.00 STILL IN CARS 2ND LINE FOR PROFIT TO BE PAID |
| | | | $7,541,105.00 |

| | |
|---|---|
| **EXCELL LINE** | **$2,500,000.00** |
| **AW LINE** | **$2,224,450.00** |
| **440 LOAN** | **$440,000.00** |
| **SHORT TERM LOAN** | **$1,436,655.00** |
| **MMS** | **$1,080,000.00** |
| **AW.EES** | **$300,000.00** |
| **440 LOAN REPAYMENT** | **-$440,000.00** |
| | **$7,541,105.00** |

**EXCELL AUTO GROUP INVENTORY**

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES | PURCHASED FROM | PURCHASE PRICE | COMMENTS |
|------|-------|------|-------|---------------|-------------|---------------|-----|-----------|-------|----------------|----------------|----------|
| BMW | X7 | 2019 | BLUE | 12/29/21 | 01/28/23 | 395 | 5UXCX4C56KLWS39222 | Y | 26517 | AUTO WHOLESALE OF BOCA | $75,000.00 | |
| FERRARI | 488 | 2017 | RED/GRAY | 10/26/21 | 01/28/23 | 459 | ZFF80AMA5H0226981 | N | 1429 | AUTO WHOLESALE OF BOCA | $263,000.00 | |
| FORD | RHINO | 2016 | BLACK | 09/29/21 | 01/28/23 | 486 | 1FDUF4HT8GEB18666 | Y | 36479 | AUTO WHOLESALE OF BOCA | $190,000.00 | |
| LAMBORGHINI | URUS | 2021 | WHITE | 08/20/21 | 01/28/23 | 526 | ZPBUA1ZL1MLA12270 | Y | 48 | AUTO WHOLESALE OF BOCA | $435,000.00 | |
| MCLAREN | 720S | 2019 | ORANGE | 11/24/21 | 01/28/23 | 430 | SBM14FCA9KW003714 | Y | 13489 | AUTO WHOLESALE OF BOCA | $290,000.00 | |
| MERCEDES | G63 | 2020 | BLUE | 02/09/22 | 01/28/23 | 353 | W1NYC7HJ6LX362080 | Y | 6690 | AUTO WHOLESALE OF BOCA | $340,000.00 | |
| TESLA | MODEL X | 2018 | BLACK | 12/16/21 | 01/28/23 | 408 | 5YJXCBE29JF141471 | N | 24456 | AUTO WHOLESALE OF BOCA | $67,000.00 | |
| | | | | | | | | | | TOTAL | $1,660,000.00 | |

| SOLD |
|------|

| | |
|---|---|
| TOTAL INVENTORY | $1,660,000.00 |
| CREDIT LINE | $2,500,000.00 |
| OPEN LINE OF CREDIT | $840,000.00 |

| MONTHLY INTEREST | | CREDIT AMOUNT |
|------------------|--|---------------|
| $18,750.00 | MOSHE LINE | $1,500,000.00 |
| $12,500.00 | CALVIN LINE | $1,000,000.00 |
| $31,250.00 | TOTAL LINE | $2,500,000.00 |

| 15% INTEREST | $31,250.00 |
|--------------|------------|

## SHORT TERM LOAN EXCELL AUTO GROUP INVENTORY

FUNDS FROM M & M

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES | PURCHASED FROM | PURCHASE PRICE | COMMENTS |
|------|-------|------|-------|---------------|-------------|---------------|-----|-----------|-------|----------------|----------------|----------|
| FERRARI | 812 | 2021 | RED | 11/15/21 | 01/28/23 | 439 | ZFF97CMA4M0261176 | Y | 442 | KARMA | $650,000.00 | TEMP LOAN GAVE 400,000 FROM JANE AND 250,000 FROM AW |
| FERRARI | 488 PISTA | 2019 | SILVER | 12/23/21 | 01/28/23 | 401 | ZFF90HLA8K0245966 | Y | 1984 | KARMA | $400,000.00 | CAR IS 450,000 GAVE 400,000 - MAY GIVE BALANCE NEXT WEEK |
| MCLAREN | 720S | 2020 | WHITE | 01/19/22 | 01/28/23 | 374 | SBM14FCA5LW004229 | Y | 4925 | EXCELL | $315,000.00 | TEMP LOAN WIRE FROM AW |

# DOCUMENT SEPARATOR

**Document Seperator**

**Jerry Breslin**

| | |
|---|---|
| **From:** | Scott Zankl <scott@excellauto.com> |
| **Sent:** | Monday, July 18, 2022 12:12 PM |
| **To:** | zanklscott3@gmail.com; Brian Rohl; jb@richardaronlaw.com |
| **Subject:** | Fwd: NOTES FROM INVENTORY 03.08.21 |
| **Attachments:** | INVENTORY 03.08.22.xlsx |

You don't often get email from scott@excellauto.com. Learn why this is important

---------- Forwarded message ---------
From: **Michele Martin** <michelemartin1010@gmail.com>
Date: Tue, Mar 8, 2022 at 1:08 PM
Subject: NOTES FROM INVENTORY 03.08.21
To: Excell Auto Scott <scott@excellauto.com>, TEDDI SOFOUL <teddi@excellauto.com>, Nidia Leiva <nidia@excellauto.com>, moshe Farache <moshe.farache@gmail.com>, Chase Farache <chase.autowholesale@gmail.com>

**PLEASE LET ME KNOW WHAT TIME TO COME OVER FOR THE ITEMS THAT ARE DUE TODAY.  THANKS**

**PROFIT**

2018 BMW M5 282131    - $2,000.00 **TODAY 03.08.22**
2016 ROLLS DAWN 102136  - $4,755.00 **TODAY 03.08.22**

**TITLES**

2018 Mercedes Metris 366588  ALANA WAITING ON POA FROM SELLER
2019 McLaren 600LT 006903  - TITLE ANY DAY AT 81 DAYS
2012 Lambo Aventador A00244 - **TITLE TODAY 03.08.22**
2020 Mercedes G63 346462 - **TITLE TODAY 03.08.22**
2020 LAMBO URUS A01961 - **TITLE TODAY 03.08.22**
2020 LAMBO URUS A06529 - **?**

**PAYOFFS**

**AW**
2017 Lambo Aventador A06402 - PAY BY FRIDAY $420,000.00 PLUS PROFIT **03.11.22**
2020 LAMBO URUS A06529 - DELIVER THIS WEEK PAYOFF?  $185,000.00 PLUS PROFIT ??
2021 PORSCHE 718 289016 - $120,000.00 PLUS PROFIT PAYOFF BY FRIDAY **03.11.22**
2014 ROLLS GHOST X52672 - $135,000.00 PLUS PROFIT PAYOFF TOMORROW **03.09.22**
2021 ROLLS CULLINAN 204097 - $400,000.00 PLUS PROFIT PAYOFF BY MONDAY **03.14.22**

**EXCELL**
2021 Lambo Urus A12270 – $435,000.00 PAYOFF MONDAY OR TUESDAY **03.14.22 OR 03.15.22**
2021 MERCEDES GLE 396703 - $103,000.00 PAYOFF BY FRIDAY **03.11.22**

**SHORT TERM LOAN**
    2021 FERRARI 812 - $650,000.00 PLUS PROFIT PAYOFF WEDNESDAY OR THURSDAY **03.16.22 OR 03.17.22**

*Thank you,*

*Michele Martin*

*Auto Wholesale of Boca*

*561-372-9001*



3.8.2022 Email and Spreadsheet

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | DAYS ON FLOOR | VIN | TITLE Y/N | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| **AUTO WHOLESALE INVENTORY** | | | | 03/08/22 | | | | | |
| ASTON MARTIN | DB11 VOLANTE | 2019 | BEIGE | 03/01/22 | 7 | SCFRMFCW6KGM07671 | Y | $175,000.00 | SERVICE |
| FERRARI | F12 BERLINETTA | 2017 | RED | 02/02/22 | 34 | ZFF74UFA7H0221036 | Y | $300,000.00 | P |
| LAMBORGHINI | AVENTADOR | 2017 | GRAY | 12/17/21 | 81 | ZHWUG4ZD6HLA06402 | N | $420,000.00 | PAYOFF BEFORE 03.11.22 |
| LAMBORGHINI | URUS | 2020 | WHITE | 12/02/21 | 96 | ZPUA1ZLXLLLA06529 | Y | $185,000.00 | CHANGING WHEELS |
| MCLAREN | 600LT | 2019 | PURPLE | 12/17/21 | 81 | SBM13RAA6KW006903 | N | $225,450.00 | WAITING ON TITLE |
| MERCEDES | G63 | 2020 | GREEN | 02/23/22 | 13 | W1NYC7HJ6LX346462 | N | $235,000.00 | COMING BACK TODAY/TITLE TODAY |
| MERCEDES | METRIS | 2018 | BLACK | 12/29/21 | 69 | WD4PG2EE2J3366588 | N | $100,000.00 | DEPOSIT |
| PORSCHE | 718 | 2021 | BLACK | 12/17/21 | 81 | WP0AC2A82MK289016 | Y | $120,000.00 | SOLD 03.08.22/PAYOFF BY FRIDAY |
| ROLLS ROYCE | GHOST | 2014 | BLACK | 02/04/22 | 32 | SCA664S54EUX52672 | Y | $135,000.00 | DELIVERING 03.03.22/PAYOFF 03.09.22 |
| ROLLS ROYCE | CULLINAN | 2021 | WHITE | 12/28/21 | 70 | SLATV8C09MU204097 | Y | $400,000.00 | DELIVERED 03.04.22 PAYOFF 03.09.22 |
| | | | | | | | | $2,295,450.00 | |
| **EXCELL AUTO GROUP INVENTORY** | | | | | | | | | |
| BENTLEY | FLYING SPUR | 2020 | BLACK | 02/18/22 | 18 | SCBBB6ZG4LC082455 | Y | $245,000.00 | P |
| BMW | X7 | 2019 | BLUE | 12/29/21 | 69 | 5UXCX4C56KLWS39222 | Y | $75,000.00 | BMW SERVICE |

## AUTO WHOLESALE INVENTORY

01/28/23    Print date see previous page for date of PST

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | DAYS ON FLOOR | VIN | TITLE Y/N | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| ASTON MARTIN | DB11 VOLANTE | 2019 | BEIGE | 03/01/22 | 7 | SCFRMFCW6KGM07671 | Y | $175,000.00 | SERVICE |
| FERRARI | F12 BERLINETTA | 2017 | RED | 02/02/22 | 34 | ZFF74UFA7H0221036 | Y | $300,000.00 | P |
| LAMBORGHINI | AVENTADOR | 2017 | GRAY | 12/17/21 | 81 | ZHWUG4ZD6HLA06402 | N | $420,000.00 | PAYOFF BEFORE 03.11.22 |
| LAMBORGHINI | URUS | 2020 | WHITE | 12/02/21 | 96 | ZPUA1ZLXLLLA06529 | Y | $185,000.00 | CHANGING WHEELS |
| MCLAREN | 600LT | 2019 | PURPLE | 12/17/21 | 81 | SBM13RAA6KW006903 | Y | $225,450.00 | WAITING ON TITLE |
| MERCEDES | G63 | 2020 | GREEN | 02/23/22 | 13 | W1NYC7HJ6LX346462 | N | $235,000.00 | COMING BACK TODAY/TITLE TODAY |
| MERCEDES | METRIS | 2018 | BLACK | 12/29/21 | 69 | WD4PG2EE2J3366588 | N | $100,000.00 | DEPOSIT |
| PORSCHE | 718 | 2021 | BLACK | 12/17/21 | 81 | WP0AC2A82MK289016 | Y | $120,000.00 | SOLD 03.08.22/PAYOFF BY FRIDAY |
| ROLLS ROYCE | GHOST | 2014 | BLACK | 02/04/22 | 32 | SCA664S54EUX52672 | Y | $135,000.00 | DELIVERING 03.03.22/PAYOFF 03.09.22 |
| ROLLS ROYCE | CULLINAN | 2021 | WHITE | 12/28/21 | 70 | SLATV8C09MU204097 | Y | $400,000.00 | DELIVERED 03.04.22 PAYOFF 03.09.22 |
| | | | | | | | | $2,295,450.00 | |

## EXCELL AUTO GROUP INVENTORY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BENTLEY | FLYING SPUR | 2020 | BLACK | 02/18/22 | 18 | SCBBB6ZG4LC082455 | Y | $245,000.00 | P |
| BMW | X7 | 2019 | BLUE | 12/29/21 | 69 | 5UXCX4C56KLWS39222 | Y | $75,000.00 | BMW SERVICE |
| FORD | RHINO | 2016 | BLACK | 09/29/21 | 160 | 1FDUF4HT8GEB18666 | Y | $190,000.00 | RETURNING DEPOSIT |
| LAMBORGHINI | URUS | 2021 | WHITE | 08/20/21 | 200 | ZPBUA1ZL1MLA12270 | Y | $435,000.00 | PAYOFF 03.04.22 PAYOFF NEXT MON OR TUES |
| LAMBORGHINI | AVENTADOR | 2012 | WHITE | 02/23/22 | 13 | ZHWUC1ZD2CLA00244 | N | $265,000.00 | P   PICKING UP TITLE TODAY |
| MCLAREN | 720S | 2018 | WHITE | 03/01/22 | 7 | SBM14DCA9JW000606 | Y | $255,000.00 | BE BACK TODAY |
| MERCEDES | GLE | 2021 | WHITE | 02/18/22 | 18 | 4JGFD6BBMA396703 | Y | $103,000.00 | PAYOFF BEFORE FRIDAY |
| MERCEDES | G WAGON | 2021 | WHITE | 02/16/22 | 20 | W1NYC7HJ0MX390328 | Y | $265,000.00 | TEST |
| MERCEDES | G63 | 2020 | BLUE | 02/09/22 | 27 | W1NYC7HJ6LX362080 | Y | $340,000.00 | P |
| ROLLS ROYCE | DAWN | 2017 | WHITE | 02/16/22 | 20 | SCA666D51HU107006 | Y | $244,600.00 | P |
| | | | | | | | | $2,417,600.00 | |

## SHORT TERM LOAN

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FERRARI | 812 | 2021 | RED | 11/15/21 | 113 | ZFF97CMA4M0261176 | Y | $650,000.00 | PAYOFF NEXT WED OR THUR |
| FERRARI | 488 PISTA | 2019 | SILVER | 12/23/21 | 75 | ZFF90HLA8K0245966 | Y | $400,000.00 | P |
| MCLAREN | 720S | 2020 | WHITE | 01/19/22 | 48 | SBM14FCA5LW004229 | Y | $315,000.00 | P |
| | | | | | | | | $1,365,000.00 | |

## KARMA INVENTORY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LAMBORGHINI | HURICAN | 2018 | BLACK | 03/07/22 | 1 | ZHWUD4ZF0JLA11207 | N | $330,000.00 | P |
| LAMBORGHINI | URUS | 2019 | BLUE | 03/07/22 | 1 | ZPBUA1ZLXKLA01961 | N | $238,000.00 | P |
| | | | | | | | | $568,000.00 | |
| | | | | | | | | $6,646,050.00 | TOTAL CREDIT OUT |

**EXCELL AUTO GROUP INVENTORY**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BENTLEY | FLYING SPUR | 2020 | BLACK | 02/18/22 | 01/28/23 | 344 | SCBBB6ZG4LC082455 | Y | 2300 | AUTO WHOLESALE OF BOCA | $245,000.00 | |
| BMW | X7 | 2019 | BLUE | 12/29/21 | 01/28/23 | 395 | 5UXCX4C56KLWS39222 | Y | 26517 | AUTO WHOLESALE OF BOCA | $75,000.00 | |
| FORD | RHINO | 2016 | BLACK | 09/29/21 | 01/28/23 | 486 | 1FDUF4HT8GEB18666 | Y | 36479 | AUTO WHOLESALE OF BOCA | $190,000.00 | |
| LAMBORGHINI | URUS | 2021 | WHITE | 08/20/21 | 01/28/23 | 526 | ZPBUA1ZL1MLA12270 | Y | 48 | AUTO WHOLESALE OF BOCA | $435,000.00 | |
| LAMBORGHINI | AVENTADOR | 2012 | WHITE | 02/23/22 | 01/28/23 | 339 | ZHWUC1ZD2CLA00244 | N | 12213 | AUTO WHOLESALE OF BOCA | $265,000.00 | |
| MCLAREN | 720S | 2018 | WHITE | 03/01/22 | 01/28/23 | 333 | SBM14DCA9JW000606 | Y | 6746 | AUTO WHOLESALE OF BOCA | $255,000.00 | |
| MERCEDES | GLE | 2021 | WHITE | 02/18/22 | 01/28/23 | 344 | 4JGFD6BBMA396703 | Y | 10660 | AUTO WHOLESALE OF BOCA | $103,000.00 | |
| MERCEDES | G WAGON | 2021 | WHITE | 02/16/22 | 01/28/23 | 346 | W1NYC7HJ0MX390328 | Y | 8961 | AUTO WHOLESALE OF BOCA | $265,000.00 | |
| MERCEDES | G63 | 2020 | BLUE | 02/09/22 | 01/28/23 | 353 | W1NYC7HJ6LX362080 | Y | 6690 | AUTO WHOLESALE OF BOCA | $340,000.00 | |
| ROLLS ROYCE | DAWN | 2017 | WHITE | 02/16/22 | 01/28/23 | 346 | SCA666D51HU107006 | Y | 22196 | AUTO WHOLESALE OF BOCA | $244,600.00 | TITLE NOT YET AVAILABLE - OK WITH MOSHE 02.16.22. |
| | | | | | | | | | | TOTAL | $2,417,600.00 | |

TOTAL INVENTORY        **$2,417,600.00**

CREDIT LINE        **$2,500,000.00**

**OPEN LINE OF CREDIT**        **$82,400.00**

SOLD

| MONTHLY INTEREST | | CREDIT AMOUNT |
|---|---|---|
| $18,750.00 | MOSHE LINE | $1,500,000.00 |
| $12,500.00 | CALVIN LINE | $1,000,000.00 |
| $31,250.00 | TOTAL LINE | $2,500,000.00 |

15% INTEREST        $31,250.00

## SHORT TERM LOAN EXCELL AUTO GROUP INVENTORY

FUNDS FROM M & M

| MAKE | MODEL | YEAR | COLOR | PURCHASE DATE | TODAYS DATE | DAYS ON FLOOR | VIN | TITLE Y/N | MILES | PURCHASED FROM | PURCHASE PRICE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FERRARI | 812 | 2021 | RED | 11/15/21 | 01/28/23 | 439 | ZFF97CMA4M0261176 | Y | 442 | KARMA | $650,000.00 | TEMP LOAN GAVE 400,000 FROM JANE AND 250,000 FROM AW |
| FERRARI | 488 PISTA | 2019 | SILVER | 12/23/21 | 01/28/23 | 401 | ZFF90HLA8K0245966 | Y | 1984 | KARMA | $400,000.00 | CAR IS 450,000 GAVE 400,000 - MAY GIVE BALANCE NEXT WEEK |
| MCLAREN | 720S | 2020 | WHITE | 01/19/22 | 01/28/23 | 374 | SBM14FCA5LW004229 | Y | 4925 | EXCELL | $315,000.00 | TEMP LOAN WIRE FROM AW |

# DOCUMENT SEPARATOR

**Document Seperator**

## Jerry Breslin

| | |
|---|---|
| **From:** | Scott Zankl <scott@excellauto.com> |
| **Sent:** | Wednesday, August 10, 2022 2:34 PM |
| **To:** | Brian Rohl |
| **Subject:** | Fwd: COLLATERAL |

Scott Zankl

Begin forwarded message:

> **From:** Michele Martin <michelemartin1010@gmail.com>
> **Date:** April 1, 2022 at 1:56:16 PM EDT
> **To:** Excell Auto Scott <scott@excellauto.com>, KZANKL@att.net
> **Cc:** moshe Farache <moshe.farache@gmail.com>, Teddi Powlen <teddi@excellauto.com>, Alana Bailey <alana@excellauto.com>
> **Subject: COLLATERAL**

Yesterday you promised Moshe titles for cars, by 3:30PM that you have that are not on our line as collateral. As you know Moshe is waiting at the store for you to give them to him.

We received $115,000 as partial payment for the Bentley Flying Spur. We are waiting for the collateral of $130,000.00 to release the car. The car can't leave the showroom until you get with Moshe.

We will also need a bill of sale for the new car.

Thank you,

Michele Martin

Auto Wholesale of Boca

561-372-9001



1