# EXHIBIT 4

**Exhibit 4**

Page 86

Q    Okay.  So you never leant any money to Excell or Scott Zankl?

A    AWB?  You're talking about AWB or Moshe Farache?

Q    I'm talking about AWB.

A    Can you repeat yourself.

Q    Yes.

Did AWB ever have any discussions with Scott Zankl about loaning Scott Zankl money?

A    We purchase vehicle.

Q    Did AWB ever loan any money to either Scott Zankl or any of his companies?  And by his companies we mean Excell Auto Group or the Karma entities.  Okay?  Do you understand that?

A    We purchased vehicle.

Q    So my question to you is:  Did AWB ever loan money to Excell Auto Group, Inc.?

A    We purchased vehicle.

Q    Sir, I'm asking you a yes-or-no question.

Did AWB ever loan money to Excell Auto Group?

A    When you're looking at -- when you say we loan money, we bought vehicle from AWB.  We purchased vehicle.

Q    So is your answer to my very simple direct question a no?

Page 87

A    Say it again.

Q    Did AWB ever loan money to Excell Auto Group, Inc.?

A    Short-term loan.  We lent money, but it's short-term loan because he has a buyer for specific vehicle.

Q    Okay.  Now, who did you just look to when you changed your answer?

A    Nobody.

Q    So you just told me several times that you purchased vehicles and there was no loan and now you're saying that there was, in fact, a loan.  Which is it?

A    We purchased -- every vehicle we purchased, but we have a short-term loan what he use it for relocation.

Q    So let me go back to my question.

Did AWB ever loan money to Excell Auto Group, Inc.?

A    For short-term loan.

Q    All right.  So the answer is yes?

A    For a short-term loan.

Q    When is the first time that AWB loaned money to the Excell Auto Group?

A    I'm not sure.

Q    How much money did AWB lend to the Excell Auto

Group?

A    In the millions.

Q    You don't know?

A    Approximately always between seven and 10 million.

Q    So this is a little different than what you've just said.  So now you're saying that AWB, in fact, loaned money to Excell Auto Group, correct?

A    No.  We have short-term loan, small amount of money what we lend them to purchase specific vehicle.

Q    All right.  So let's just talk about the loans.  Okay.  When was the first time that AWB loaned money to Excell Auto Group?

A    For the short-term loan?

Q    Yes, for whatever you're talking about.

A    The short-term loan, we did it just around the Corona time.

Q    I'm sorry.  I didn't hear what you said.

A    We did it during the Corona time.

Q    Okay.  So tell me about that.  How did that happen?  Tell me about the conversations that were had and how that loan came into being.

A    He basically has clients he give to them deposit to purchase a specific vehicle, and he approach me and he say, I can buy this vehicle and I have a buyer

for it.  I just need the loan for two or three weeks,
and if you lend to me the money, I can do this
transaction and you can make that much money.

Q     So that was a conversation that Scott Zankl
had with you, correct?

A     Yes.

Q     All right.  So when Scott Zakle had that
conversation with you, was he speaking about his company
borrowing money?

A     Excell Auto?

Q     You tell me.  I mean, tell me what the
conversation was.

A     We don't have this conversation.  We have
relationship.

Q     Okay.  But I need to know when he approached
you for this loan, what he said and what you said, if
you can remember.

A     I don't remember.

Q     Okay.  But you do recall that he approached
you and wanted to borrow money, correct?

A     For specific deals.

Q     Right.

He wanted to borrow money for certain business
transactions that he described to you, correct?

A     For the relocation, yes.

Q    And when he approached you, did he ask you or did he ask for a specific amount of money?

A    For the borrowing money?  Can you be more specific please.

Q    Yeah.  I want to know how much you loaned him and when and why?

A    I mean, you know, it all depends.  You know, he called me and he say, I have this car.  I can buy it and I have a buyer.  He already give me deposit.  And he sent to me the information.  And, you know, sometimes I have the money sitting and I did it.

Q    Did there ever come a time when you loaned Excell Auto Group a large amount of money in the millions?

A    In one time?

Q    Yeah.

A    One time?  I no lend money.  I purchase car. So it's not one time.

Q    So there was never a time that AWB loaned millions of dollars to Excell Auto Group, correct?

A    You mean in one like -- can you be more specific.

Q    Okay.  I don't know how I could be more specific, but I'll try.

You say that there was a short-term small loan

that you would give to either Zankl or Excell from time to time.

My question to you is:  Was there ever a large loan in the millions of dollars between AWB and Excell Auto Group?

A    You mean in one large point like I wrote for a million dollars in one shot?

Q    Yes.

A    I don't think so.

Q    Was there ever a time when AWB loaned $2 and-a-half million to Excell Auto Group?

A    I no loan to him $2 and-a-half million.  I purchased vehicle with excess of 2 and-a-half million.

Q    And when he came to you with this business transaction, was it your understanding that you were actually buying cars?

A    Always I'm buying cars.

Q    All right.  So it was never a loan?

A    The loan document is just to protect my family God forbid something happened to them.

Q    What loan document?

A    What we have with them.

Q    Well, tell me what you have.

A    We have some documents.

Q    What do those documents say?

A    I'm not sure.

Q    Well, did you sign them?

A    Yes.

Q    Did someone explain to you what those documents meant before you signed them?

A    Just to make sure that God forbid something happened to me so my family know where is the money.

Q    Okay.  Tell me when you first signed the document and how much you're talking about.

A    I'm not sure.

Q    Okay.  Now, what's the largest amount of money that you gave to Excell Auto Group ever?

A    In one check?

Q    Yeah, one shot.

A    I'm not sure.

Q    So you just said a little earlier that there was between 7 and $10 million dollars in loans that went from AWB to Excell Auto Group over some period of time. Was that an accurate statement?

A    It's not a loan.  It's purchasing of vehicle.

Q    Okay.  Now, have you ever borrowed money in your life?

A    Mortgage, yes.

Q    Do you know what a -- so you know what a mortgage is, right?

Page 93

A    Yes.

Q    Now, do you know what a Promissory Note is?

A    Yes.

Q    What's a Promissory Note?

A    When you owe somebody money.

Q    And so is it your understanding that a Promissory Note is a piece of paper that shows how much money you borrowed from someone?

A    Can you repeat yourself.

Q    Yes.

Is it your understanding that a Promissory Note states how much money that someone borrows from the holder of the note?

A    One more time.  I'm sorry.

Q    Have you ever signed a Promissory Note?

A    Myself?

Q    Yeah.

A    Personal?

Q    Either for AWB or personally.

A    For AWB, yes.

Q    So when you signed that Promissory Note for AWB, what did that mean to you?  What do you think that meant?

A    We borrowed the money and we got to pay it back.

Page 94

Q    Now, did Excell Auto Group ever give AWB a Promissory Note for any of the money that it borrowed?

A    We can't.  We don't borrow money from Excell. How he going to give us a Promissory Note?

Q    So Excell Auto Group never gave you a Promissory Note for millions of dollars for moneys that you loaned them, correct?

A    We no borrow money from Excell.

Q    What?

A    We no borrow money from Excell.

Q    No, no.  I'm saying that you loaned money to Excell Auto Group.

A    I purchased vehicle with Excell Auto Group.

Q    Okay.

A    From Excell Auto Group.

Q    All right.  I just want the record to be very clear.  AWB never loaned $2 and-a-half million to Excell Auto Group and in return got a Promissory Note, correct?

A    I'm trying to understand what exactly you're trying to get out of me answering the question, and that's what I'm going to -- I just want to understand exactly specific.

Q    And that's where the problem is.  Because you're trying to figure out where I'm going as opposed to just listening to my question and answering.  Okay.

So I simply am asking you whether or not AWB loaned Excell Auto Group $2 and-a-half million, and in return for that $2 and-a-half million got a Promissory Note saying that Excell owed AWB that money.

A     AWB purchased vehicle with $2 and-a-half million.

Q     Okay.  So there was never a Promissory Note, correct?

A     It is a Promissory Note if God forbid it's a problem, so we have a Promissory Note for the amount of the vehicle.

Q     So now you're saying that there is a Promissory Note?

A     If we have a problem like we have.

Q     Is there a Promissory Note or not?

A     It is a Promissory Note.

Q     And who signed this Promissory Note?

A     Excell Auto and Scott and Kristen.

Q     And how much was that -- what was the amount of that Promissory Note?

A     Two and-a-half million.

Q     And who told you that answer?

A     Nobody.  I'm looking in the eye.

Q     Because just a couple minutes ago, you said that there was never a transaction for $2 and-a-half

# DOCUMENT SEPARATOR

**Document Seperator**

Page 120

question before.

Q    Okay.  My question to you is:  These two documents talk about the same $2 and-a-half million.

Are there other documents showing more money that's owed?

A    Yes.

Q    And what are those documents and where are they?

A    They should be with your filing.

Q    Why don't you describe them for me.  What are they?

A    They basically very similar, but it's just more money.

Q    All right.  So you're saying that there is more Promissory Notes out there?

A    When you say it's a Promissory Note, it's just if God forbid something happen, we own the car.  AWB own the car.  If God forbid we don't get paid for the vehicle or somebody stealing our vehicle, Mr. Zankl's family owes us the money.

Q    All right.  I understand what you're saying.

My question to you is:  Are there any other papers that you're aware of that show an amount in addition to this $2 and-a-half million that is owed or was ever owed to AWB?

# DOCUMENT SEPARATOR

**Document Seperator**

Page 230

Gherman.  You imagine I use him?

Q   So you have a specific recollection that Mr. Gherman counseled you and reviewed these documents before you signed it.  Is that correct?

A   As much as he can, yes.

Q   Now, this document talks about --

Well, while we're talking about Mr. Gherman, I asked you yesterday whether or not you relied upon him to explain legal documents to you.  Mr. Miller objected. They have since withdrawn the objection.

Is it safe to say that you used your attorney Mr. Gherman to explain legal documents that you didn't understand?

A   Most of the time.  You know, he read and write in English, so even if he read to me anything, it's help.

Q   Okay.  Now, this particular Note says, "Lender and Borrower agree to split the profits 50/50 on all vehicle sales funded by this Note."  Do you see that?

A   Yes.

Q   Did that happen?

A   Yes.

Q   And how were profits determined?

A   Can you repeat your question.

Q   Yeah.

Page 231

How did you figure out the profits?

A    I relied on my -- Mr. Zankl, Excell, Karma Palm Beach, Karma Broward paperwork.

Q    So you relied on the paperwork of Karma of Palm Beach to determine what the profits were on the sales?

A    Depends -- you know, you're very specific. Depends which company the transaction happened.  You know, if it's happened from Karma Broward or Karma -- it depends on which entity.  You know, Mr. Zankl has three dealerships.

Q    Well, this Note is to Excell Auto Group, isn't it?  This says that Excell owes you the money, right?

A    Yes.

Q    Now, in your mind did you believe that this Note entitled you to 50 percent of the profits from not only Excell but from the Karma Palm Beach company as well as the Karma Broward company?

A    No.

Q    So this would only be profits on an Excell transaction?

A    As long as the car got bought by Excell. I'm sorry.  As long as the car sold to AWB.

Q    I don't understand.  As long as the car was sold to AWB?

Page 232

A    Yes.  If I bought it from AWB, I'm entitled for profit.  If the vehicle got bought by Zankl and his wife and they make profit, it's nothing to do with me.

Q    So are you saying that if AWB bought a car, then AWB would be entitled to a profit on that car?

A    If Excell sold it.  If AWB sold the car without Excell, Excell not entitled for profit from that.  If Excell bought a car with his own money, his own company money, and he's buying and selling it, then it's nothing to do with AWB.  I don't deserve to have the profit.

Q    Okay.

A    It's nothing to do with my house.

Q    All right.  So what you're saying is that this Note, this agreement in this Promissory Note, entitled AWB to half of the profits on any vehicles that Excell purchased with moneys given to Excell by AWB, correct?

A    Can you repeat yourself because this is a tricky one.

Q    Yes.

So what this document says is that if AWB gave money to Excell and if Excell purchased a car with that money and if Excell sold that car for a profit, that AWB would be entitled to half of the profit?

A    You're a little bit -- you know, I think if

Page 233

AWB bought the car, it's no such thing as giving the money to Excell to buy the car.  We buy the vehicle, AWB buy the vehicle, and then Excell sell it, we're entitled for 50 percent of the profit from this particular transaction.  AWB buy the car, it doesn't giving the money to Excell to buy the car.

Q    All right.  So you've made it very clear now that AWB was not a lender.  It was a purchaser of cars.  Correct?

MR. MILLER:  Objection.  Calls for a legal conclusion.

BY MR. BRESLIN:

Q    Is that correct, sir?

A    I don't know.  How do you look at it?

Q    All right.  And it says, "A guaranteed payment of $10,000 due on the first of each month shall be paid by Borrower to Lender in the event the profit to split does not equal 10,000."

Was that money paid?

A    It's all depends.  It got to go back to my records.  And I can tell you most of the time we are successful, so this is waived.

Q    Was interest due on this loan, on this Note?

A    Not really.  It's not interest.

Q    So you're saying that on this debt that's

# DOCUMENT SEPARATOR

**Document Seperator**

Page 248

know whether or not there were any other invoices sent to Excell that was charging for interest?

A    I'm not sure.  You know, it's not -- you know, you got to look in the whole month of October and see how many transactions happened, how many invoices going -- you know, you've got to look at, you know, the whole months.  I can't answer you that.  I apologize.

Q    Well, take a look at the screen, and do you see where it says, "Description"?

A    Yes.

Q    Do you see those words under, "Description"?

A    Yes.

Q    It says, "November 2021 Interest."

Do you see where it says that?

A    Yes.

Q    So what this invoice would seem to suggest is that in October, you're sending a bill for November's interest.  Would you agree with that?

A    Yes.

Q    So this would be an invoice for interest payable in advance, right?

A    That's what I see, yes.

Q    Okay.  But your testimony, sir, is that this had nothing to do with any of the Promissory Notes that I showed you or any of the loans that were made to

Page 249

Excell, correct?

A        No.

MR. BRESLIN:  All right.  I'm going to take one minute here and switch gears.  Ms. Court Reporter, this is going to be --

MR. MILLER:  Jerry, did you mark that last invoice as an exhibit?

MR. BRESLIN:  I am right now.  I'm going to mark this one as A-012.

(FVP Exhibit A-012 was marked for Identification.)

THE WITNESS:  Can we take five or ten minutes?

MR. BRESLIN:  Yeah, absolutely.  It's 10:23. Let's come back at 10:35.  That will give me a chance to do this and Bates number it and start back up with our next section.

Off the record.

(Discussion off the record.)

MR. BRESLIN:  We're back on the record.

Now, this is the shared folder.  We go to B. This is now different than yesterday.  So I'm only going to talk about these folders.  Then we have not used -- these are ones in the folder yesterday that I'm not going to use with the witness or otherwise introduce.