# EXHIBIT 6

**Exhibit 6**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK
                                                Chapter 11
                                                Subchapter V

_____Debtor._____ /

## **VERIFIED CHAPTER 11 CASE MANAGEMENT SUMMARY**

In compliance with Local Rule 2081-1(B), the above-captioned debtor-in-possession, AUTO WHOLESALE OF BOCA, LLC ("AWB" or the "Debtor"), by and through undersigned proposed counsel,[1] files this *Verified Chapter 11 Case Management Summary* and states:

**The following data represents approximations for background information only and the information may represent the Debtor's best estimate as of the date herein.**

1.      **Filing of Petition:**  On July 22, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Subchapter V of Chapter 11 of the Bankruptcy Code initiating the above-captioned case.

2.      **Related debtors**:  NONE.

3.      **Description of Debtor's business**: AWB is a licensed automobile dealer under Florida Law, and maintains two (2) separate premises -- one is the main office and the other is the warehouse facility. AWB buys and sells high-end luxury automobiles. Debtor currently owns in its inventory nineteen (19) automobiles, and also has two (2) additional automobiles in its possession, recently acquired, belonging to third parties.

4.      **Locations of debtor's operations and whether the business premises are leased or owned:** On the Petition Date, the Debtor leased its office space (located

---

[1] The Debtor has filed, or will shortly file, the *Debtor's Emergency Application for Approval, in an Interim and Final Basis, of Employment of James B. Miller, Esq. and the law firm of James B. Miller, P.A. as General Bankruptcy Counsel for the Debtor-In-Possession Effective as of the Petition Date.* [ECF #--]

at 6560 West Rogers Circle, Suite B27, Boca Raton, FL 33487) (the "Office") and a separate air-conditioned warehouse (located at 5471 N. Dixie Hwy, Boca Raton, FL 33487) (the "Warehouse") (together, the Office and the Warehouse are the "Property") to maintain its automobile inventory.

5. **Reasons for filing Chapter 11:** Debtor was defrauded out of millions of dollars in automobiles and monies by other entities and their operators. Specifically, Excell Auto Group, Inc. ("Excell"), Karma of Palm Beach and Karma of Broward, operated and owned primarily by Scott and Kristen Zankl (the "Zankls"), through manipulation of records and financials defrauded, among others, AWB. This fraud by the Zankls and their entities apparently included the reselling and triple financing of automobiles owned by AWB, paid for by AWB and/or financed by AWB. Shortly after AWB was able to recover much of its property from the Zankls, the Zankls filed bankruptcy for Excell under Chapter 7 in Case No. 22-12790-EPK. The Zankls have falsely led various lenders of Karma of Palm Beach and Karma of Broward to pursue AWB's automobiles and inventory. This multiplication of litigation has led to substantial legal expenses in approximately 8-10 lawsuits, with the potential for conflicting decisions and has also effectively shut down AWB's operations.

6. **List of officers and directors, and their salaries and benefits at the time of filing and during the year prior to the filing:**

| Officer/Director | Annual Compensation | Benefits at Filing | Benefits for Prior Year |
|---|---|---|---|
| Moshe Farache | $ 100,000.00+ | $ | $ |
| Lisa Farache | $100,000.00+ | $ | $ |
| Chase Farache | $40,000.00 | $ | $ |

7. **Debtor's fiscal or calendar year to date gross income and Debtor's gross income for the calendar or fiscal year prior to the filing of the petition:**

2022 Year-to-Date Gross Income: **$7,323,888.30**

2021 Gross Income: **$41,433,797.82**

8. **Amounts owed to various creditors:**

   a. Obligations owed to priority creditors, including priority tax obligations: **$7,694.19 (Fla. Dept Rev.)**

b.   With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **NONE.**

c.   Amount of undisputed general unsecured claims: approximately **$ 3,000,000.00+.**

9.   **General description and approximate value of the Debtor's assets:** The Debtor currently owns and holds nineteen (19) high-end automobiles valued at $3,056,200.00 and holds titles to automobiles it owns and will need to recover from parties wrongfully retaining – the values for which are unknown at this time. Debtor has substantial booked receivables, but, the likelihood of recovery is not very high based upon the bankruptcy filing of Excell Auto Group and the litigious nature of parties-in-interest and the hiding of several automobiles by the parties who have possession of certain automobiles owned and/or financed by AWB

10.   **List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due, and date the policy expires:**

| Policy# | Type | Current/Past Due | Annual Premium Due | Expires |
|---|---|---|---|---|
| QCA 4AA0005352 - 15 | Commercial Lines/Garage | Current | $13,269.90 | 03/13/2023 |
| TBD93470512 GP8526496 | Garage Car Dealer | Current | $48,676.95 | 5/13/2023 |

11.   **Number of employees, independent contractors, and amounts of wages owed as of petition date:** 8-10 Employees and independent contractors. $0 owed.

12.   **Status of Debtor's payroll and sales tax obligations:** Debtor is current on all payroll tax obligations and sales taxes; but, a minor sum is likely due to the Florida Dept of Revenue (as this is a quarterly payment), and is identified in the Schedules.

13.     **Anticipated emergency or expedited relief to be requested within 14 days of the Petition Date:**

a.     Application for Approval, on an Interim and Final Basis, of Employment of James B. Miller and the law firm of James B Miller, P.A. as General Bankruptcy Counsel for the Debtor-In-Possession as of the Petition Date; and,

b.     Debtor's Expedited Motion Pursuant To 11 U.S.C. Sect. 364(c) For Authorization To Make Payments Under Insurance Premium Finance Agreements.

I HEREBY CERTIFY that the foregoing is true and correct to the best of knowledge a. information and belief as of the date herein.

AUTO WHOLESALE of BOCA, LLC

_____     ꓴꓴ

MOSHE FARACHE
Managing Member

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served *via* transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on this 22nd day of July, 2022.

Respectfully submitted on July 22nd, 2022.

JAMES B. MILLER, P.A.
*Proposed Counsel for Debtor-in-Possession*
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F. 305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164