UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                Chapter 11

     Debtor.

_____/

**WOODSIDE CREDIT LLC'S JOINDER TO (A) FVP'S MOTION TO DISMISS OR CONVERT CASE TO CHAPTER 7 [ECF # 390] AND (B) NICOLE TESTA MEHDIPOUR'S EXPEDITED (I) MOTION TO CONVERT TO A CASE UNDER CHAPTER 7, OR, IN THE ALTERNATIVE, MOTION TO DISMISS [ECF # 403]**

Creditor Woodside Credit LLC's ("Woodside"), by counsel, hereby joins (the "Joinder") in the arguments and reasons set forth in (A) *FVP's Motion to Dismiss or Convert to Chapter 7* (the "FVP Motion") [ECF # 390] and (B) *Nicole Testa Mehdipour's Expediated (I) Motion to Convert to a Case Under Chapter 7, or, in the Alternative, Motion to Dismiss* (the "Mehdipour Motion") [ECF # 403]. Specifically, taking notice of the allegations set forth in the FVP Motion and Mehdipour Motion, Woodside would strongly urge the Court to convert the Debtor's case to Chapter 7 and would only request dismissal of the case in the alternative.

WHEREFORE, Woodside respectfully requests that the Court enter an order granting the relief requested in the FVP Motion and Mehdipour Motion to convert this case from a case under Subchapter V of Chapter 11 of the Bankruptcy Code to a case under Chapter 7, and further relief as the Court deems just and proper.

Dated:  February 13, 2023

    LSS LAW
Counsel for Woodside Credit, LLC
2 S. Biscayne Blvd., Suite 2200
Miami, Florida 33131
Telephone: (305) 894-6163
Facsimile: (305) 503-9447

By:_____/s/_____
    CHRISTIAN SOMODEVILLA, ESQ
    Florida Bar No. 59539
    cs@lss.law

_____

LSS LAW
Miami | Fort Lauderdale

## __CERTIFICATE OF SERVICE__

I hereby certify that a true and correct copy of the foregoing joinder was served on February 13, 2023 via the Notice of Electronic Filing (which is incorporated herein by reference).

By:_____/s/_____
Christian Somodevilla