**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:

Chapter 11

AUTO WHOLESALE OF BOCA, INC.

Case No. 22-15627-EPK

                    Debtor.

_____/

**MOVANT EDWARD BROWN'S EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff   [ ] Defendant   [ ] Debtor   [ X ] Other  - Movant Edward Brown

Submitted by:          Counsel for Edward Brown
                       Amanda Klopp, Esq.
                       AKERMAN LLP
                       777 S. Flagler Drive, Suite 1100
                       West Palm Beach, FL 33401
                       Tel: (561) 273-5526

Date of Hearing/Trial:     February 17, 2023 at 9:30 a.m.

Type of Hearing/Trial:     Evidentiary Hearing on Edward Brown's *Motion To Compel Abandonment And Turnover Of Title To 2021 Rolls Royce Cullinan VIN# Ending In 4097* (ECF 252)

68695202;1

| Movant's Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | Purchase Agreement for 2021 Rolls Royce Cullinan VIN ending in 4097 between Browns and Excell Auto Group, Inc. [EXCELL_TRUSTEE_000017-18] | | | |
| 2. | Application for Certificate of Title With/Without Registration for 2021 Rolls Royce Cullinan VIN ending in 4097 by Browns [EXCELL_TRUSTEE_000033-34] | | | |
| 3. | Power of Attorney for a Motor Vehicle, Mobile Home, or Vessel by Browns for 2021 Rolls Royce Cullinan VIN ending in 4097 [EXCELL_TRUSTEE_000047] | | | |
| 4. | Sales Tax Return for Excell Auto Group, Inc. for Collection period 04/2021 [EXCELL_TRUSTEE_001174-78] | | | |
| 5. | Florida Vehicle Registration in name of Edward Max Brown for 2021 Rolls Royce Cullinan VIN ending in 4097 [EXCELL_TRUSTEE_000031] | | | |
| 6. | Florida Vehicle Registration in name of Edward Max Brown for 2021 Rolls Royce Cullinan VIN ending in 4097 (Note: physical copy of registration will be produced in Court) [BROWN_AWB_000063] | | | |
| 7. | License plate JC257Q [BROWN_AWB_000002] | | | |
| 8. | Chubb Insurance card for 2021 Rolls Royce Cullinan VIN ending in 4097 with effective date 5/10/21 [BROWN_AWB_000037] | | | |

- 2 -

| Movant's Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 9. | Chubb Insurance Policy Update for 2021 Rolls Royce Cullinan VIN ending in 4097 with effective date 5/10/22 [BROWN_AWB_000167-171] | | | |
| 10. | Photograph of 2021 Rolls Royce Cullinan VIN ending in 4097 dated April 4, 2021 [BROWN_AWB_000001] | | | |
| 11. | [Reserved] | | | |
| 12. | Text messages between Edward Brown and Scott Zankl concerning 2021 Rolls Royce Cullinan VIN ending in 4097 [BROWN_AWB_000101-117] | | | |
| 13. | Certificate of Title to 2021 Rolls Royce Cullinan VIN ending in 4097 [EXCELL_TRUSTEE_000059-60] | | | |
| 14. | Text message between Edward Brown and insurance agent Keri Depaul on April 3, 2021 concerning 2021 Rolls Royce Cullinan VIN ending in 4097 [EXCELL_TRUSTEE_000099] | | | |
| 15. | [Reserved] | | | |
| 16. | [Reserved] | | | |
| 17. | Maintenance records for 2021 Rolls Royce Cullinan VIN ending in 4097 [BROWN_AWB_000055-62, 66-71] | | | |
| 18. | Title of 2019 Rolls Royce Cullinan VIN ending in 3682 in name of Edward Max Brown [EXCELL_TRUSTEE_000716] | | | |

| Movant's Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 19. | Composite Exhibit of documents concerning 2019 Rolls Royce Cullinan VIN ending in 3682 [EXCELL_TRUSTEE_000736-38, 716-17] | | | |
| 20. | Composite Exhibit of documents concerning 2017 Ferrari LaFerrari Aperta VIN ending in 3885 [EXCELL_TRUSTEE_001406, 1428-29] | | | |
| 21. | Manual for 2021 Rolls Royce Cullinan VIN ending in 4097 [BROWN_AWB_000064] (Physical manual will be produced in Court) | | | |
| 22. | Declaration of Ed Brown Concerning 2021 Rolls Royce Cullinan VIN# Ending in 4097 [BROWN_AWB_000022-40] | | | |
| 23. | Declaration of Jonathan C. Eargle, CPA, regarding documents batestamped EXCELL_TRUSTEE | | | |

In addition to the foregoing exhibits, Movant Edward Brown reserves the right to introduce rebuttal exhibits, and exhibits for impeachment purposes, at the evidentiary hearing.

- 5 -

Dated: February 13, 2023

Respectfully submitted,

By: /s/ Amanda Klopp
Eyal Berger, Esq.
Florida Bar Number:  0011069
Email:  eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar Number:  124156
Email:  amanda.klopp@akerman.com
AKERMAN LLP
777 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Tel: (561) 653-5000
Fax:  (561) 659-6313
*Counsel for Edward Brown*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Amanda Klopp*
Amanda Klopp, Esq.