FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

# APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☐ ORIGINAL ☐ TRANSFER VEHICLE TYPE: ☑ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL OFF-HIGHWAY VEHICLE: ☐ ATV ☐ ROV ☐ MC

## 1 OWNER / APPLICANT INFORMATION

Customer Number

Check this box if you are requesting the certificate of title to be printed. ☐

| | Owner | Co-Owner |
|---|---|---|
| Are you a Florida resident? | ☐ yes ☐ no | ☐ yes ☐ no |
| Are you an alien? | ☐ yes ☐ no | ☐ yes ☐ no |

Unit Number

Fleet Number

☐ OR ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person ☐ Tenancy By the Entirety ☐ With Rights of Survivorship ☐ Owner's County of Residence: _____

Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name)
**ASHLEY BROWN**

Owner's Email Address

Date of Birth

Sex F

FL Driver License or FEID/Suffix #

Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name)
**EDWARD BROWN**

Co-Owner's/Lessee's Email Address

Date of Birth

Sex M

FL Driver License or FEID/Suffix #

Owner's Mailing Address (Mandatory unless a member of the Military)
**152 BEARS CLUB DR**

City **JUPITER**

State **FL**

Zip **33477**

Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military)
**152 BEARS CLUB DR**

City **JUPITER**

State **FL**

Zip **33477**

Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military)

City

State

Zip

Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots.

City

State

Zip

Mail To Customer Name (If different From Above Owner)

Mail To Customer's Email Address

Date of Birth

Sex

FL Driver License or FEID/Suffix #

Mail To Customer Address (If different From Above Mailing Address)

City

State

Zip

## 2 MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION

Vehicle/Vessel Identification Number
**SLATV8C09MU204097**

Make/Manufacturer **ROLLS ROYCE**

Year **2021**

Body **UT**

Color **WHITE**

Florida Title Number

Previous State of Issue

License Plate or Vessel Registration Number

Weight

Length Ft.  In.

BHP/CC

GVW/LOC

VAN USE, IF APPLICABLE
☐ PASSENGER ☐ OTHER

### TYPE
☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft
☐ Cabin Motorboat ☐ Pontoon ☐ Canoe
☐ Auxiliary Sailboat ☐ Airboat ☐ Other ____
☐ Inflatable ☐ Sailboat  Specify

### HULL MATERIAL
☐ Wood ☐ Aluminum
☐ Fiberglass ☐ Steel
☐ Wood/Fiberglass
☐ Other____  Specify

### PROPULSION
☐ Outboard ☐ Sail
☐ Inboard ☐ Air Propelled
☐ Inboard/Outboard
☐ Other_____  Specify

### FUEL
☐ Gas
☐ Diesel
☐ Electric
☐ Other____  Specify

*DRAFT OF VESSEL
(The depth of water a vessel draws)
FT. ____ IN. ____
*For all vessels 26' or more in length and all sailboats

### USE OF VESSEL
☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge
☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Live Bait ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other ____
☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release From Documentation Form; or ☐ Copy of Canceled Documentation Papers

State of Principal Use

## 3 BRANDS, USAGE AND TYPE (Check Applicable Boxes)

☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☐ PRIVATE USE ☐ TAXI CAB ☐ FLOOD ☐ ILEV ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

## 4 LIENHOLDER INFORMATION

CHECK IF ELT CUSTOMER ☐ FEID # ☐ DL # and Sex and Date of Birth ☐ DMV Account #

Date of Lien

Lienholder's Name **NONE**

Lienholder's Email Address

Lienholder's Address

City

State

Zip

If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: ____ ☐
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.

(Signature of Lienholder's Representative)

## 5 TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☐ SALE ☐ GIFT ☐ REPOSSESSION ☐ COURT ORDER ☐ OTHER (SPECIFY) ____

DATE ACQUIRED ___/___/___

## 6 ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ][ ][ ],[1][7][5] .XX (NO TENTHS) MILES, DATE READ 04/01/2021 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. IS NOT THE ACTUAL MILEAGE.

## 7 DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 60-8015033028-0 | 04/01/2021 | VI/1014488/1 | 6979.88 | |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| 2019 | ROLLS ROYCE | | SLA689X57KU113682 |

HSMV 82040 – REV. 12/12

www.flhsmv.gov

**Movant's Exhibit 2**

**EXHIBIT 2**

EXCELL_TRUSTEE_000033

| 8 | | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION | |
|---|---|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be:

(Vehicle Identification Number)

DATE                SIGNATURE                PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____        Badge # or Florida Dealer # _____        Notary Stamp or Seal

FL DMV/Tax Collector Employee _____        Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____        NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | | SALES TAX EXEMPTION CERTIFICATION | |
|---|---|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE        CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL        SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE ☐ TRANSFER BETWEEN HUSBAND AND WIFE ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | | REPOSSESSION DECLARATION | |
|---|---|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | | NON-USE AND OTHER CERTIFICATIONS | |
|---|---|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN) _____

| 12 | | APPLICATION ATTESTMENT AND SIGNATURES | |
|---|---|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER)        Date                SIGNATURE OF APPLICANT (CO-OWNER)        Date

| 13 | | RELEASE OF SPOUSE OR HEIRS INTEREST | |
|---|---|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____
(Name of Deceased)                (Date)

☐ testate (with a will)        ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)        Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 12/12

EXCELL_TRUSTEE_000034