STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES – DIVISION OF MOTORIST SERVICES**

SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

# POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME OR VESSEL

04/01/2021
_____
(Date)

I/We hereby name and appoint, _____, to be my/our
(Full Legibly Printed Name is Required)

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home or vessel described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

**CHECK ONE:**     ☑ Motor Vehicle     ☐ Mobile Home     ☐ Vessel

| Year | Make/Manufacturer | Body Type | Title Number |
|---|---|---|---|
| 2021 | ROLLS ROYCE | UT | |

Vehicle/Vessel Identification Number

SLATV8C09MU204097

**NOTICE TO OWNER(S):  COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.**

UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____
(Signature of Owner "Grantor")

ASHLEY BROWN
_____
(Legibly Printed Name of Owner "Grantor")

_____
(Driver License, Identification Card or FEID Number for Owner)

_____
(Date of Birth for Owner, if applicable)

152 BEARS CLUB DR             JUPITER             FL        33477
(Owner's Address)             (City)             State)     (Zip)

_____
(Signature of Co-Owner "Grantor," if applicable)

EDWARD BROWN
_____
(Legibly Printed Name of Co-Owner "Grantor," if applicable)

_____
(Driver License, Identification Card or FEID Number for Co-Owner)

_____
(Date of Birth for Co-Owner, if applicable)

152 BEARS CLUB DR             JUPITER             FL        33477
(Co-Owner's Address)             (City)             (State)     (Zip)

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the **buyer only** or the **seller only.**  However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer <u>and</u> seller for the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of attorney (HSMV 82995) when:

(a)      the title is physically being held by the lienholder; **or**

(b)      the title is lost.

**NOTE:**  A licensed dealer and his/her employees are considered a single entity.

Check your local phone book government pages or visit the following website for current mailing addresses:
http://www.flhsmv.gov/offices/

HSMV 82053 (Rev. 12/11) S                         www.flhsmv.gov

**EXHIBIT**

**3**

**Movant's Exhibit 3**

EXCELL_TRUSTEE_000047