

MyFlorida.com

State of Florida
## Department of Revenue

DOR Home        e-Services Home        Print Page        Contacts        Logout

Sales Tax -  Click for Help    NODE: 4

POSTED

User ID: AF1503302801

Original Return

### FOR YOUR RECORDS ONLY - DO NOT MAIL

Cancellations must be done before 5:00 p.m. ET on the submission date. If the submission is completed after 5:00 p.m. ET on the submission date, weekend, or holiday the cancellation must be done before 5:00 p.m. ET the next business day. All cancellations are permanently deleted from our database.

## Access Source:   AF1503302801

## Confirmation Number: 210519838084

DR-15

| Certificate Number | Collection Period | Confirm Date and Time |
|---|---|---|
| 60-8015033028-0 | 04/2021 | 05/19/2021 3:55:38 PM ET |

**Location Address**

1001 CLINT MOORE RD STE 101
BOCA RATON, FL 33487-2830

EXCELL AUTO GROUP INC
TEYA DAWSON
1001 CLINT MOORE RD STE 101
BOCA RATON, FL 33487-2830

| Contact Information | |
|---|---|
| Name | SCOTT ZANKL |
| Phone | ( 561 ) 998 - 5557 |
| Email | NIDIA@EXCELLAUTO.COM |

| | |
|---|---|
| Debit Date: | 5/20/2021 |
| Amount for Check: | $2077.09 |
| Bank Routing Number: | ████4131 |
| Bank Account Number: | ████3181 |
| Bank Account Type: | Checking |
| Corporate/Personal: | Corporate |
| Name on Bank Account: | EXCELL AUTO GROUP INC |

Due to federal security requirements, we can not process international ACH transactions. If any portion of the money used in the payment you may be making today came from a financial institution located outside of the US or its territories for the purpose of funding this payment, please do not proceed and contact the Florida Department of Revenue at 850-488-6800 to make other payment arrangements. By continuing, you are confirming that this payment is not an international ACH transaction. If you are unsure, please contact your financial institution.

I hereby authorize the Department of Revenue to process this ACH transaction and to debit the checking account identified above. I understand there may be service charges assessed on any transactions not honored by my bank.

**Movant's Exhibit 4**

**EXHIBIT 4**

EXCELL_TRUSTEE_001174

| Signature: | SCOTT ZANKL |
|---|---|
| Phone Number: | 561-998-5557 |
| EMail Address: | NIDIA@EXCELLAUTO.COM |

| Florida | | 1. Gross Sales | | 2. Exempt Sales | | 3. Taxable Amount | | 4. Tax Due |
|---|---|---|---|---|---|---|---|---|
| A. Sales/Services/Electricity | $ | 1763962.00 | $ | 1613966.00 | $ | 149996.00 | $ | 9099.76 |
| B. Taxable Purchases | | | | | $ | 0.00 | $ | 0.00 |
| C. Commercial Rentals | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| C(a). Less Sales Tax Scholarship Credits | | | | | | | $ | 0.00 |
| D. Transient Rentals | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |
| E. Food & Beverage Vending | $ | 0.00 | $ | 0.00 | $ | 0.00 | $ | 0.00 |

| | | |
|---|---|---|
| 5. Total Amount of Tax Due | $ | 9099.76 |
| 6. Less Lawful Deductions | $ | 0.00 |
| 7. Net Tax Due | $ | 9099.76 |
| 8. Less Est Tax Pd/DOR Cr Memo | $ | 111769.80 |
| 9. Plus Est. Tax Due Current Month | $ | 104777.13 |
| 10. Amount Due | $ | 2107.09 |
| 11. Less Collection Allowance | $ | 30.00 |
| 12. Plus Penalty | $ | 0.00 |
| 13. Plus Interest | $ | 0.00 |
| 14. Amount Due with Return | $ | 2077.09 |

**You have chosen not to donate your collection allowance to education.**

**Payment you have authorized**                    2077.09

| | | |
|---|---|---|
| 15(a). Exempt Amount of Items Over $5000 (included in Column 3) | 15(a). $ | 139996.00 |
| 15(b). Other Taxable Amounts **NOT** Subject to Surtax (included in Column 3) | 15(b). $ | 0.00 |
| 15(c). Amounts Subject to Surtax at a Rate Different than Your County Surtax Rate (included in Column 3) | 15(c). $ | 10000.00 |
| 15(d). Total Amount of Discretionary Sales Surtax Due (included in Column 4) | 15(d). $ | 100.00 |
| 16. Hope Scholarship Credits (included in Line 6) | 16. $ | 0.00 |
| 17. Taxable Sales/Untaxed Purchases or Uses of Electricity (included in Line A) | 17. $ | 0.00 |
| 18. Taxable Sales/Untaxed Purchases of Dyed Diesel Fuel (included in Line A) | 18. $ | 0.00 |
| 19. Taxable Sales from Amusement Machines (included in Line A) | 19. $ | 0.00 |
| 20. Rural or Urban High Crime Area Job Tax Credits | 20. $ | 0.00 |
| 21(a). Scholarship Funding Tax Credit | 21(a). $ | 0.00 |
| 21(b). Film and Entertainment Industry Credit | 21(b). $ | 0.00 |
| 21(c). Economic Energy Zone Credit | 21(c). $ | 0.00 |
| 21  Other Authorized Credits | 21. $ | 0.00 |

EXCELL_TRUSTEE_001175

APRIL 2021 SALES TAX FORM

EXCELL AUTO GROUP INC.

LINE

| | | 1. GROSS SALES | 2. EXEMPT SALES | 3. TAXABLE AMOUNT | 4. TAX COLLECTED |
|---|---|---|---|---|---|
| A | SALES | 1,763,962.00 | 1,613,966.00 | 149,996.00 | 9,099.76 |
| B | TAXABLE PURCH | | | 0.00 | 0.00 |
| C | SERVICES | | | | |
| D | TRANSIENT RENTALS | | | | |
| E | FOOD/BEV VEND | 0.00 | | 0.00 | 0.00 |

| | |
|---|---|
| 5. TOTAL COLLECTED | 9,099.76 |
| 6. LESS LAW DED | 0.00 |
| 7. TOTAL TAX DUE | 9,099.76 |
| 8. LESS EST TAX | 111769.80 |
| 9. PLUS EXT TAX | 104777.13 |
| 10. AMT DUE | 2107.09 |
| 11. LESS COLL ALLOW | 30.00 |
| 12. PLUS PENALTY | 0.00 |
| 13. PLUS INT | 0.00 |
| 14. AMOUNT DUE | 2077.09 |

| | |
|---|---|
| 15a. EXEMPT AMT OVER 5K | 139,996.00 |
| 15b. OTH AMTS NOT SUB SURTAX | 0.00 |
| 15c. AMTS SUB TO DIFF SURTAX | 10,000.00 |
| 15d. TOTAL SURTAX AMTS COLL | 100.00 |

| FORMULA | SURTAX AMOUNT | 10,000.00 |
|---|---|---|
| | 100 | |

| ACCT | | |
|---|---|---|
| F/S | TOTAL SALES F/S | 1,763,962.00 |
| | VENDING CHECK | 0.00 |
| | TAX ON VENDING CK | 0.00 |
| | TAXBLE PURCH TAX | 0.00 |
| | TAXBLE PURCH AMT | 0.00 |
| | TAX COLL W/DED | 8,999.76 |
| | WARR REF/LAW DED | 0.00 |
| | COUNTY TAX @ .5% | |
| | COUNTY TAX @ 1% | 100.00 |
| | COUNTY TAX @ 1.5% | |
| | EXEMPT SURTAX AMT | 0.00 |

ONLY OV 5K ITEMS
SUBJECT TO SURTAX
EXCESS COLUMN

| JOURNAL ENTRY: | STAXAPR2021 |
|---|---|
| A/C NUMBER | DR/CR |
| 2240 | 8999.76 |
| 2260 | 100.00 |
| 9070 | (30.00) |
| | |
| 1018 | (2077.09) |
| 1620/STAXRSV | 6992.67 |
| | |
| CHECK DIGIT= | 0.00 |

EXCELL_TRUSTEE_001176

EXCELL AUTO
GROUP
1001 Clint Moore Rd. Ste 101
Boca Raton, FL 33487

| DATE | RTL/WHLS | STK # | CUSTOMER | MAKE | PACK | GROSS | F&I GROSS | SALE PRICE | TAX a/c 2240 | COUNTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/2021 | R | 204097 | BROWN | ROLLS | 1950.00 | (14967.50) | 0.00 | 400000.00 | 6929.88 | 50.00 |
| 04/22/2021 | R | 274539 | ANTHRACITE LEASIN | MERCEDES | 1950.00 | (4325.23) | 0.00 | 190000.00 | 0.00 | 0.00 |
| 04/12/2021 | R | LA05972 | PERIU | LAMBO | 500.00 | 23500.00 | 3000.00 | 249000.00 | 2069.88 | 50.00 |
| 04/13/2021 | W | 051817 | KARMA PB | MOKE | 1950.00 | 39.50 | 0.00 | 21000.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 100117 | KARMA PB | MOKE | 500.00 | (5.00) | 0.00 | 19510.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 100118 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 19015.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 100136 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 18510.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 111312 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18715.00 | 0.00 | 0.00 |
| 04/23/2021 | W | 113001 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18585.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 113010 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/13/2021 | W | 113026 | KARMA PB | MOKE | 500.00 | (500.00) | 0.00 | 22475.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 113027 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 2475.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 113028 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 22475.00 | 0.00 | 0.00 |
| 04/29/2021 | W | 113029 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 22475.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120832 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18410.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120833 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120834 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/30/2021 | W | 120835 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/03/2021 | W | 120836 | KARMA PB | MOKE | 0.00 | 0.00 | 0.00 | 18610.00 | 0.00 | 0.00 |
| 04/23/2021 | W | A04350 | KARMA PB | LAMBO | 0.00 | 0.00 | 0.00 | 200000.00 | 0.00 | 0.00 |
| 04/08/2021 | W | LA12577 | KARMA PB | LAMBO | 1950.00 | (2935.05) | 0.00 | 130000.00 | 0.00 | 0.00 |
| 04/05/2021 | W | R00022 | KARMA PB | ASTON MARTI | 1950.00 | (16759.23) | 0.00 | 233665.00 | 0.00 | 0.00 |

PREV MONTH CARRYOVER ITEMS WITH SALES TAX DUE:

| DATE | RTL/WHLS | STK # | CUSTOMER | MAKE | PACK | GROSS | F&I GROSS | SALE PRICE | TAX a/c 2240 | COUNTY |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/26/2021 | R | 798089 | CAPRILES | PORSCHE RAC | 1950.00 | (34951.47) | 0.00 | 39502.00 | 0.00 | 0.00 |
| 03/10/2021 | W | U2645565 | DC DISTI INC | MERCEDES | 500.00 | 565.00 | 0.00 | 25100.00 | 0.00 | 0.00 |

|  | GROSS | F&I GROSS | SALE PRICE | TAX a/c 2240 | PB COUNTY |
|---|---|---|---|---|---|
| TOTAL | (51838.98) | 3000.00 | 1763962.00 | 8999.76 | 100.00 |
| ADJUSTMENTS | 0.00 |  |  |  |  |
| GP LESS ADJUSMENTS | (51838.98) |  |  |  |  |

| RTL | 3 |
|---|---|
| WHSL | 19 |
| TOTAL | 22 |

| DLR FEE | | | |
|---|---|---|---|
| 3 | 498.00 | $ | 1,494.00 |
|  |  | $ | 1,494.00 |

| OVERPAYMENT | (6992.67) |
|---|---|

| OOS TAGS |  | 0.00 |
|---|---|---|

| FL TAX DUE | 2007.09 | 100.00 |
|---|---|---|

EXCELL_TRUSTEE_001177

GL4031R                    Excell Auto Group Inc.                   5/13/21   14:28:01
NLEIVA                     Vehicle Sales Tax Report                       Page   1
From 4/01/21 to 4/30/21               Company   EG1

| Tax Group | Date | Sale Type | Stock# | Sale Price | Trade Allowance | Service Contract | Aftermarket Options | Fees | Rebate | Insurance | Taxable | Tax 1 | Tax 2 | Other Taxes | Total Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PALM BEACH COUNTY | | | | | | | | | | | | | | | |
| KARMA PALM BEACH | 4/23/21 | W | A04350 | 200000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/06/21 | W | R00022 | 233665.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 051817 | 21000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 100117 | 19510.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 100118 | 19015.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 100136 | 18510.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 111312 | 18715.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/26/21 | W | 113001 | 18585.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/28/21 | W | 113009 | 18510.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 113010 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/13/21 | W | 113026 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 113028 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 113029 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/29/21 | W | 113207 | 22475.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120832 | 18410.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120833 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120834 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120835 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| KARMA PALM BEACH | 4/30/21 | W | 120836 | 18610.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| BROWN, ASHLEY | 4/01/21 | R | 204097 | 400000.00 | 285000.00 | .00 | .00 | 498.00 | .00 | .00 | 115498.00 | 6929.88 | 50.00 | .00 | 6979.88 |
| ANTHRACITE LEASING | 4/22/21 | W | 274539 | 190000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| PERIU, OMAR | 4/12/21 | R | LA05972 | 249000.00 | 215000.00 | .00 | .00 | 498.00 | .00 | .00 | 34498.00 | 2069.88 | 50.00 | 710.85 | 2830.73 |
| KARMA PALM BEACH | 4/08/21 | W | LA12577 | 130000.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| Retail Taxable | | | | 649000.00 | 500000.00 | .00 | .00 | 996.00 | .00 | .00 | 149996.00 | 8999.76 | 100.00 | 710.85 | 9810.61 |
| Wholesale Non-Taxable | | | | 1088870.00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| | | | | 1737870.00 | 500000.00 | .00 | .00 | 996.00 | .00 | .00 | 149996.00 | 8999.76 | 100.00 | 710.85 | 9810.61 |
| Total All Tax Groups | | | | 1737870.00 | 500000.00 | .00 | .00 | 996.00 | .00 | .00 | 149996.00 | 8999.76 | 100.00 | 710.85 | 9810.61 |

Case 22-15627-EPK   Doc 429-4   Filed 02/13/23   Page 5 of 5

EXCELL_TRUSTEE_001178