IMPORTANT INFORMATION

SECTION 316.613, Florida Statutes, requires every operator of a motor vehicle transporting a child in a passenger car, van, autocycle or pickup truck registered in this state and operated on the highways of this state, shall, if the child is 5 years of age or younger, provide the protection of the child by properly using a crash-tested, federally approved child restraint device. For children aged through 3 years, such restraint device must be a separate carrier or a vehicle manufacturer's integrated child seat. For children aged 4 through 5 years, a separate carrier, an integrated child seat, or a child booster seat may be used.

For limited exceptions, see s. 316.613, F.S.

S. 320.0605, F. S., requires the registration certificate, or true copy of a rental or lease agreement, issued for any motor vehicle to be in the possession of the operator or carried in the vehicle while the vehicle is being used or operated on the roads of this state.

S. 320.02 and 627.733, F. S., requires personal injury protection and property damage liability to be continuously maintained throughout the registration period. Failure to maintain the mandatory coverage may result in the suspension of your driver license and registration.

Mail To:

**EDWARD MAX BROWN**
**1115 HILLSBORO MILE**
**HILLSBORO BEACH, FL 33062**

Important note: If you cancel the insurance for this vehicle, immediately return the license plate from this registration to a Florida driver license or tax collector office or by mail to: DHSMV, Return Tags, 2900 Apalachee Parkway, Tallahassee, FL 32399. Surrendering the plate will prevent your driving privilege from being suspended.

| | | |
|---|---|---|
| CO/AGY | 69 / 02 | T# 1436388805 |
| | | B# |

# FLORIDA VEHICLE REGISTRATION

PLATE **JC257Q**      DECAL **04261357**      Expires **Midnight Tue 01/18/2022**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| YR/MK | **2021/ROL** | BODY | **4D** | COLOR | **WHI** | Reg. Tax | 2.00 | Class Code | | 13 |
| VIN | **SLATV8C09MU204097** | | | TITLE | | Init Reg. | | Tax Months | | 0 |
| Plate Type | **GOR** | NET WT | **6069** | | | County Fee | | Back Tax Mos | | |
| | | | | | | Mail Fee | | Credit Class | | |
| DL/FEID | ▓▓▓▓▓▓ | | | | | Sales Tax | | Credit Months | | |
| Date Issued | **03/31/2021** | Plate Issued | **05/17/2018** | | | Voluntary Fees | | | | |
| | | | | | | Grand Total | 2.00 | | | |

IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

**EDWARD MAX BROWN**
**1115 HILLSBORO MILE**
**HILLSBORO BEACH, FL 33062**

**GOR - GOLF CAPITAL OF THE WORLD**

*"My WIFES"*

Movant's Exhibit 6

BROWN_AWB_000063