

Movant's
Exhibit
7

BROWN_AWB_000002