DocuSign Envelope ID: 9A38C7A2-3138-487E-A9F3-CEBBA0E7D45D

CHUBB

**FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD**
Federal Insurance Company

POLICY NUMBER
15045723-10          01295

EFFECTIVE DATE
5/10/21

[X] Personal Injury Protection Benefits/Property Damage Liability

[X] Bodily Injury Liability

NAMED INSURED
**EDWARD M BROWN**
**ASHLEY BROWN**

YEAR   VEHICLE DESCRIPTION   VIN NO.
2021   **ROLLS ROYCE**          SLATV8C09MU204097

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

(TO INSERT IN WALLET, FOLD OR CUT ALONG DOTTED LINES)

**Movant's Exhibit 8**

BROWN_AWB_000037