

# Masterpiece®

## CHUBB®

### Vehicle Detail Premium Update

**Name and address of Insured**

EDWARD M BROWN
ASHLEY BROWN
152 BEARS CLUB DRIVE
JUPITER, FL 33477

**Page** 1
**Effective date** 5/10/22
**Policy no.** 15045723-10
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 5/10/22 to 5/10/23

**If you have any questions, please contact**
ALLIANT INSURANCE SERVICES INC
32 OLD SLIP 29T FLOOR
NEW YORK, NY  10005
561.273.2323

---

A detailed inventory of the components of your vehicle premiums is shown below. For more specific information and explanations of your coverage, please refer to your policy, including your Coverage Update.

The premium for your vehicle coverage is based on information we have received from you, your agent or broker, or other sources. If you feel that the information below is not correct, wish to make changes to your policy, or want more specific details, please contact your agent or broker.

Vehicles that have changes are designated with an asterisk (*).

| COVERAGE PREMIUMS | 2021 ROLLS ROYCE CULLINAN * SLATV8C09MU204097 Comp Symbol 106 Coll Symbol 106 | 2021 FERRARI SF90 * ZFF95NLA7M0265077 Comp Symbol 107 Coll Symbol 107 | 2021 LAMBORGHINI URUS * ZPBUA1ZL1MLA12270 Comp Symbol 77 Coll Symbol 77 |
|---|---|---|---|
| Comprehensive | $1,049.00 | $761.00 | $638.00 |
| Collision | $2,133.00 | $1,735.00 | $1,329.00 |
| Vehicle Liability | $927.00 | $772.00 | $1,073.00 |
| UM | $387.00 | $343.00 | $343.00 |
| PIP | $86.00 | $68.00 | $105.00 |
| Total | +$4,582.00 | +$3,679.00 | +$3,488.00 |
| Adjustment to annual premium (included in premiums above) | -$910.00 | +$3,679.00 | +$3,488.00 |
| Pro rata factor | 1.000 | 1.000 | 1.000 |
| Net premium | -$910.00 | +$3,679.00 | +$3,488.00 |

Movant's
Exhibit
9

© Chubb.2016.  All rights reserved.      Form no.  Q8020000

*Reference Copy*    BROWN_AWB_000167

# *Vehicle Detail Premium Update*

**Page** 2
**Effective date** 5/10/22
**Policy no.** 15045723-10
**Name** EDWARD M BROWN
       ASHLEY BROWN

| COVERAGE PREMIUMS | 2021  FERRARI ROMA * ZFF98RNA3M0263662 Comp Symbol 78 Coll Symbol 78 |
|---|---|
| Comprehensive | $460.00 |
| Collision | $958.00 |
| Vehicle Liability | $668.00 |
| UM | $343.00 |
| PIP | $58.00 |
| **Total** | **+$2,487.00** |
| Adjustment to annual premium (included in premiums above) | +$2,487.00 |
| Pro rata factor | 1.000 |
| Net premium | +$2,487.00 |
| **Total net premium** | **$8,744.00** |

## *Policy credits*

The premiums shown above include the following credits:

| 2021  ROLLS ROYCE CULLINAN * SLATV8C09MU204097 | 2021  FERRARI SF90 * ZFF95NLA7M0265077 | 2021  LAMBORGHINI URUS * ZPBUA1ZL1MLA12270 |
|---|---|---|
| $215 Anti-lock braking system credit | $174 Anti-lock braking system credit | $170 Anti-lock braking system credit |
| $31 Air bag credit | $23 Air bag credit | $39 Air bag credit |
| $116 Anti-theft credit | $221 Vehicle ownership discount | $209 Vehicle ownership discount |
| $287 Vehicle ownership discount | | |

© Chubb.2016.  All rights  reserved.       Form no.  Q8020000

Reference Copy

BROWN_AWB_000168



**CHUBB®**

**Page** 3
**Effective date** 5/10/22
**Policy no.** 15045723-10
**Name**  EDWARD M BROWN
        ASHLEY BROWN

## Policy credits

**2021  FERRARI
ROMA ***
**ZFF98RNA3M0263662**

$121 Anti-lock braking system
credit
$23 Air bag credit
$150 Vehicle ownership discount

Your vehicle premium has been reduced due to the following characteristics:
- There are two or more private passenger vehicles listed on your policy.
- You have homeowners coverage with us.

## Tiers

The tier of each vehicle is shown in the following chart. Rest assured, your policy receives the best tier and premium you are eligible for based on the characteristics of your policy.

## Vehicle details

|  | 2021  ROLLS ROYCE CULLINAN * SLATV8C09MU204097 | 2021  FERRARI SF90 * ZFF95NLA7M0265077 | 2021  LAMBORGHINI URUS * ZPBUA1ZL1MLA12270 |
|---|---|---|---|
| **Type of vehicle** | PRIVATE PASSENGER | PRIVATE PASSENGER | PRIVATE PASSENGER |
| **Garage location** | JUPITER , FL 33477 PALM BEACH | JUPITER , FL 33477 PALM BEACH | JUPITER , FL 33477 PALM BEACH |
| **Agreed value** | $553,750 | $507,000 | $218,000 |

© Chubb.2016. All rights reserved.      Form no. Q8020000

*Reference Copy*

BROWN_AWB_000169

# *Vehicle Detail Premium Update*

**Page** 4
**Effective date** 5/10/22
**Policy no.** 15045723-10
**Name** EDWARD M BROWN
ASHLEY BROWN

## *Vehicle details*

|  | 2021 ROLLS ROYCE CULLINAN * SLATV8C09MU204097 | 2021 FERRARI SF90 * ZFF95NLA7M0265077 | 2021 LAMBORGHINI URUS * ZPBUA1ZL1MLA12270 |
|---|---|---|---|
| **Deductibles:** |  |  |  |
| **Comprehensive** | $5,000 | $5,000 | $5,000 |
| **Collision** | $5,000 | $5,000 | $5,000 |
| **Lease gap coverage** | NO | NO | NO |
| **Road service coverage** | YES | YES | YES |
| **Driver** | EDWARD M BROWN | NONE | ASHLEY BROWN |
| **Driver group** | AGE 55-59 | NO DRIVER | AGE 30-34 |
| **Driven to work or school:** |  |  |  |
| **Miles one way** | 0 | NOT APPLICABLE | 0 |
| **Days per week** | 0 | NOT APPLICABLE | 0 |
| **Business use** | NO | NO | NO |
| **Tier** | 15 | 15 | 15 |

|  | 2021 FERRARI ROMA * ZFF98RNA3M0263662 |
|---|---|
| **Type of vehicle** | PRIVATE PASSENGER |
| **Garage location** | JUPITER , FL 33477 PALM BEACH |
| **Agreed value** | $222,625 |

© Chubb.2016. All rights reserved.   Form no. Q8020000

*Reference Copy*

BROWN_AWB_000170

# Vehicle Detail Premium Update

**CHUBB®**

**Page** 5
**Effective date** 5/10/22
**Policy no.** 15045723-10
**Name** EDWARD M BROWN
         ASHLEY BROWN

---

## Vehicle details

|  | 2021  FERRARI<br>ROMA *<br>ZFF98RNA3M0263662 |
|---|---|
| **Deductibles:** | |
| Comprehensive | $5,000 |
| Collision | $5,000 |
| **Lease gap coverage** | NO |
| **Road service coverage** | YES |
| **Driver** | NONE |
| **Driver group** | NO DRIVER |
| **Driven to work or school:** | |
| Miles one way | NOT APPLICABLE |
| Days per week | NOT APPLICABLE |
| **Business use** | NO |
| **Tier** | 15 |

> **The above information is not your actual insurance policy.**
> **You must read the terms and conditions of your Masterpiece policy**
> **for the precise coverage afforded.**

© Chubb.2016.  All rights reserved.    Form no.  Q8020000

Reference Copy

BROWN_AWB_000171