

Movant's
Exhibit
10

BROWN_AWB_000001