Messages - Scott Zankl

3/15/21, 6:34 PM

Ed

I owe you for the
bus $275,000
Rolls Cullinan $300,000
$1,600,000 left on the
La Ferrari which I will
be sending you tomorrow another $600,000
and the balance wednesday or thursday

the Bus i will send to you as well this week $275,000 and the Rolls I was
holding because that was ashley car and I was holding it for tax
purposes when she wants the new rolls because you have always put
her cars in her name. but let me know
on that one

when are you available to
meet to go over everything
and my plans and the forecast numbers I have.

Ok great just hold Ashley's so when we buy her something new you have it.

I think I can meet Wednesday or Friday.

I'm not mad at you I love you just want to make sure everything is good.

Find me a Ferrari yet🤣🤣🤣

love you
can we do wednesday?
Friday I can't

Let me find out

3/17/21, 12:29 PM

Can we come about 1:30

I mean me

yes sir sorry
dealing with a client

3/17/21, 7:33 PM

So the boss want a white RR

EXHIBIT
12

Movant's
Exhibit
12

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when
extracted: 11/14/22, 2:55 PM

BROWN_AWB_000101

Messages - Scott Zankl

3/18/21, 6:17 PM

okay
now or wait until house is done

Whenever because I will give you the lambo

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1298 of 1402

BROWN_AWB_000102

Messages - Scott Zankl

3/26/21, 12:13 PM



Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

BROWN_AWB_000103

Messages - Scott Zankl







Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1300 of 1402

BROWN_AWB_000104

Messages - Scott Zankl







Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM                                                    Page 1301 of 1402

BROWN_AWB_000105

Messages - Scott Zankl

How many miles

it's a black badge

173

Nice let me show the boss

How's the Ferrari search going

working a couple

She's on the phone I will let you know in a few on the RR

The boss says yes but it please

buy it ?

Yessir

it's a 2021

Perfect where is it

california

Cool

donnie

👍

3/26/21, 5:25 PM

BROWN_AWB_000106

Messages - Scott Zankl



Like it

3/26/21, 9:35 PM

dude

sorry watching a movie with my daughter and kris
came down to get popcorn
are you okay ?

Just wondering if you bought the 812

i am close
i bought the cullinan for Ashley

it looks
like the matt finish like your old 812

Text message
3/26/21, 9:49 PM

Let's get the 812

iMessage
3/26/21, 9:49 PM

i am
trying

3/29/21, 10:43 AM

boughy both the
812 and cullinan for you

BROWN_AWB_000107

Messages - Scott Zankl

3/31/21, 7:25 AM

Good morning homo, did Ashley's truck come in

Good morning
it will be in this morning
they could not make it
before 6pm last night
so they are delivering this am
also I am taking care of Charl

The 812. should be in this weekend

I'm trying to figure out my day what time do you think I can get her truck

Do you want the windows tinted?

Thanks on Charl he called me whining.

Yes on the windows but if you can't get it done she can bring back

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1304 of 1402

BROWN_AWB_000108

Messages - Scott Zankl

if we do the windows
late today if we wait on windows the truck will be ready after 12 noon

> It looked like they were tinted plus we leave to the Bahamas on Tuesday so you guys could do it next week

okay perfect

heading to the store now
the truck should
be the store 8:30
or 9 today and my guys have to go through it and clean it

3/31/21, 1:12 PM

> If I come around 4 is that good

yes

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1305 of 1402

BROWN_AWB_000109

Messages - Scott Zankl

4/1/21, 6:28 AM

Good morning Lil one. Ashley loves the truck but she'd like the fancy lamb floor mats can you order?

4/1/21, 7:57 AM

good morning

yes will order this am

BROWN_AWB_000110

Messages - Scott Zankl

4/2/21, 11:12 AM

what's your address

430 Via Del Orso
Jupiter 33477

Why

paperwork cullinan

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1307 of 1402

BROWN_AWB_000111

Messages - Scott Zankl

4/5/21, 9:48 AM

good morning Little Homo
yes I am on it

also want to pick
up Cullinan and turbo tomorrow when you leave

Why the turbo I need a car

4/5/21, 6:21 PM

can you send me your porsche contact that we bought your car from

Why are you picking up my car when I don't have a new one

4/6/21, 8:00 AM

good morning little homo

need to pick up the rolls today for service and the turbo just to show my client that's wants it
and will bring the turbo back tomorrow

Ok anything on a 812

I am hoping to get billed out this am on the black one

We need to leave Monday about 12am

11am

what ?

For Naples

okay Homo
what time are you leaving today

In 15 minutes we're headed to the airport

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1308 of 1402

BROWN_AWB_000112

Messages - Scott Zankl

have a great time !!!
be safe

who should my driver contact to pick up the cars

need the name and contact phone number for the porsche guy we bought your turbo
i want to see if he has any stock

Celine is here just call her.

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1309 of 1402

BROWN_AWB_000113

Messages - Scott Zankl

4/18/21, 8:52 AM

Homo good morning ,

did not get your text until
now,  had dinner with kids and my wife and 3 more kids friends and left
my phone home.
yes will go through the accounting monday and send you over the
breakdown Homo

You still owe me on that car

4/19/21, 2:14 PM

Did you figure out the LaFerrari

4/19/21, 3:45 PM

yes

Teddi just gave me,
i am sending everything over to you in 20 min
just make sure my girls are correct

4/19/21, 7:38 PM

Did you get the info

yes

La Ferrari
$1,000,000
bus $275,000
cullinan $300,000

just bought
cullinan
$400,000

812
$535,000

you have $640,000
coming which i will get you
wired this week
and the porsche Turbo
we sold for $249,000
which I will be funded friday or monday and wire that to you as well.

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when
extracted: 11/14/22, 2:55 PM

Page 1318 of 1402

BROWN_AWB_000114

Messages - Scott Zankl

1/19/22, 9:15 AM

homo

can I use the SF90
and white Rolls for a photo shoot for advertising this friday  for Dupont
add we are doing ?
pick the cars up friday am
and bring them back late friday afternoon?

Let me check with Ashley I don't know her plans

okay thank you

1/19/22, 6:44 PM

You can shoot our cars

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1389 of 1402

BROWN_AWB_000115

Messages - Scott Zankl

1/25/22, 4:09 PM

Homo what's up with our cars?

coming back

When

tomorrow am

1/26/22, 1:23 PM

Dude your guys took my charger for my car and didn't bring it back

fuck

hold
on

I think it might be in the trunk standby

please check
I just fucking screamed at my guys

It's in the trunk

Exported from iPhone (175) (GXWV63G9DP) on 12/5/22, 10:53 AM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

Page 1390 of 1402

BROWN_AWB_000116

Messages - Scott Zankl

4/3/22, 11:49 AM

The RR isn't the issue:

SF90
Roma
Lambo Truck

i will
have the SF90 and the Roma and lambo truck
for you tomorrow

BROWN_AWB_000117