# DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION
## CERTIFICATE OF TITLE

CJB287

| Title Nbr | Year | Make | Model | Extended Model | Style | NCIC Vehicle Type | Unladen Weight/Material |
|---|---|---|---|---|---|---|---|
| AA5669751 | 2021 | Rolls-royce | Cullinan | | UT | LL | 6069 |

| VIN/HIN | MT Boat Nbr | Ton Code/Propulsion Type | Odometer | | | | Vehicle Nbr |
|---|---|---|---|---|---|---|---|
| SLATV8C09MU204097 | | | 5 Miles Actual as of 03/04/2021 | | | | 4941403 |

| Brand | Title Issue Date | Vehicle Sale Date | Transfer Reason | Attribute | Owner Tracking Nbr | Fleet Nbr |
|---|---|---|---|---|---|---|
| | 09/02/2021 | 03/04/2021 | OOS Title Transfer | | | |

**Owner Name and Address**

Stryker Auto LLC
419 Second Street
Dodson MT 59524
Customer Number: 4025916

Mail To:

**Stryker Auto LLC**
**PO Box 4191**
**Helena MT 59604-4191**

**This vehicle/vessel is subject to the following security interest(s):**

The vehicle/vessel may be subject to other security interests.

---

As the Registered Owner of the above vehicle, I transfer all right, title and interest to the vehicle to the following person, as of the date below:

**SELLER COMPLETES IN INK**

Print name of buyer, whether individual or business: *iLusso*

Date of Transfer (delivery of vehicle): *3-15-21*

Buyer's Street Address: *2115 Harbor Blvd.*  City: *Costa Mesa*  State: *CA*  Zip: *92627*

Federal and state law require that the owner state the mileage of a vehicle upon transfer of ownership. If you fail to complete this disclosure or provide a false statement, you may be subject to fines and/or imprisonment.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) *171* miles, date read *3-15-21* and to the best of my knowledge it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE:
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. Warning - odometer discrepancy.

ALL OWNERS MUST SIGN - Additional owners are listed to the right of the first owner above.

Under penalty of law, I certify the above odometer disclosure and transfer of ownership information is correct to the best of my knowledge; that I am the same person named above; and if signing for a business entity or trust, I have full authority to act upon behalf of the owner, whose name appears on the upper left side of this Title.

**ALL OWNERS MUST SIGN.**

Signature of First Owner or Agent of Owner (Transferor): X *(signature)*
Printed name - must be the same as signature (do not type): *Stryker Auto LLC*

Signature of Additional Owner or Agent of Owner (if more than one): X
Printed name - must be the same as signature (do not type):

Notice: notarization is only required for private sales from an individual to an individual. Vehicles sold to licensed dealerships are not required to be notarized.

**NOTARY**

State of _____  County of _____  Signed before me on (date): _____  Notary Stamp/Seal

by (Clearly print name of person requesting notary service): _____

Notary signature: _____

**BUYER**

ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE: I am aware of the above odometer certification made by the seller.

Signature of Buyer - only one signature is required: X *(signature)*
Printed name - must be the same as signature (do not type): *B Bartlett iLusso*

VEHICLE SERVICES BUREAU
P.O. BOX 201431
HELENA MT 59620-1431

CONTROL NO. L6621613
(This is not a title number)

(REV. 11/2017)

EXHIBIT 13

Movant's Exhibit 13

EXCELL_TRUSTEE_000059

### INSTRUCTIONS -- READ CAREFULLY

- Purchaser applying for title is required to complete and sign Section D. The purchaser must include their dealer license number, driver license (DL), federal tax identification number (FEIN), tribal identification number (Tribal ID) or corporate identification number (Corp ID). The title must be submitted to the County Treasurer within 40 days of purchase -- failure to do so is a violation of MCA 61-3-220 and will result in a $10.00 penalty.
- The secured party must include their driver license, federal tax identification number, tribal identification number or corporate identification number.
- Licensed dealers may execute up to three transfers by completing Dealer Reassignment Sections A, B, and C. Insurance companies may execute one transfer by completing Section A. **WARNING: Federal and state law requires that you transfer ownership to your purchaser and enter the mileage in connection with the transfer -- failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration -- use of correction fluid/erasure -- voids this certificate.

**FIRST DEALER/INSURER REASSIGNMENT — A**

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) **Excell Auto Group, Inc.** Address 1001 Clint Moore Rd #101, Boca Raton, Fl.

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) 173 miles, date read 3/26/21 and to the best of my 33184 knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning -- odometer discrepancy.*

I certify under penalty of law (**MCA 45-7-203, Unsworn Falsification to Authorities**) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) _____ Printed name bbartlett
Name of dealership/insurer ILUSSO Dealer license number or DL/FEIN/Tribal ID/Corp ID 80879

I am aware of the above odometer certification made by the dealer or insurer. Print business name Excell Auto Group Inc

Date of sale 3·26·21 Signature of purchaser _____ Printed name (do not type) Anna Builer

**SECOND DEALER REASSIGNMENT — B**

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning -- odometer discrepancy.*

I certify under penalty of law (**MCA 45-7-203, Unsworn Falsification to Authorities**) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____
Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

**THIRD DEALER REASSIGNMENT — C**

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) _____ Address _____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) _____ miles, date read _____ and to the best of my knowledge that it reflects the actual mileage *unless one of the following statements is checked:*

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning -- odometer discrepancy.*

I certify under penalty of law (**MCA 45-7-203, Unsworn Falsification to Authorities**) that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) _____ Printed name _____
Name of dealership _____ Dealer license number _____

I am aware of the above odometer certification made by the dealer. Print business name _____

Date of sale _____ Signature of purchaser _____ Printed name (do not type) _____

**TITLE APPLICATION -- SECURITY INTEREST ACKNOWLEDGMENT — D**

I state that I have compared the manufacturer's vehicle/vessel Identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular. This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: _____

First Secured Party _____ Security Interest Date _____
Address _____ DL/FEIN/Tribal ID/Corp ID _____
Second Secured Party _____ Security Interest Date _____
Address _____ DL/FEIN/Tribal ID/Corp ID _____

I certify under penalty of law (**MCA 45-7-203, Unsworn Falsification to Authorities**) that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity or trust, I have full authority to do so.

Printed or typed name of purchaser/owner/business (1) _____ Printed or typed name of purchaser/owner (2) _____

| Mailing address - purchaser 1 | Residence address - purchaser 1 (must be street or rural route) | City or town | State | Zip |
|---|---|---|---|---|
| Mailing address - purchaser 2 | Residence address - purchaser 2 (must be street or rural route) | City or town | State | Zip |

| Legal signature of purchaser/owner (sign in ink, only one signature required) | Dealer License Number | DL/FEIN/Tribal ID/Corp ID purchaser (1) | DL/FEIN/Tribal ID/Corp ID purchaser (2) | Date |
|---|---|---|---|---|

EXCELL_TRUSTEE_000060