Messages - Keri Depaul

4/3/21, 12:28 PM

Happy Easter!!

On our jewelry insurance you have us at ███ t's more like ██████

Also we got rid of the Lambo SUV and replaced it with a 2021 RR Cullian.

Happy Easter! I have a few options to increase that jewelry for you at renewal.  Should I call Excel for the new RR info?

Yes please

Movant's
Exhibit
14

Exported from iPhone (175) (GXWV63G9DP) on 11/17/22, 4:32 PM with iMazing by DigiDNA. Database date when extracted: 11/14/22, 2:55 PM

BROWN_AWB_000099