CUSTOMER #: 9546041002                    **228526**

# BRAMAN MOTORCARS | PALM BEACH

www.bramanmotorcars.com

INVOICE

2901 Okeechobee Blvd.
West Palm Beach, FL 33409

ASHLEY BROWN
152 BEARS CLUB DRIVE
JUPITER, FL 33477
Brownpropertymanager@gmail.com
HOME:954-604-1002 CONT:954-604-1002
BUS:            CELL:954-604-1002

DUPLICATE 1
PAGE 1

SERVICE: (561) 640-2900
FAX: (561) 640-4409
STATE REGISTRATION: MV 45536

**SERVICE ADVISOR:** 520 PATTI RENNIE

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| WHITE | 21 | ROLLS ROYCE CULLINAN | SLATV8C09MU204097 | | 3066/3067 | T2517 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|----------|-----------|-----------|----------|--------|------|---------|-----------|
| 25JAN21 DD | | | 17:00 27DEC21 | | | CASH | 29DEC21 |

| R.O. OPENED | READY | OPTIONS: | DLR:1 ENG:6.8_Liter_Twin_Turbo |
|-------------|-------|----------|--------------------------------|
| 13:56 27DEC21 | 07:30 29DEC21 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

```
A PICK UP AND DELIVER CLIENT'S ROLLS-ROYCE VIA FLATBED
      PUDRF PICK UP AND DELIVER CLIENT'S ROLLS-ROYCE
            VIA FLATBED
            80  IRT                                              (N/C)
SUBL BRAMAN TOWING INVOICE #15256
                IRT                                              (N/C)
SUBL BRAMAN TOW INVOICE 15289
                IRT                                              (N/C)
      *****************************************************
B CLIENT DECLINES ALTERNATE TRANSPORTATION
      CDATR CLIENT DECLINES ALTERNATE TRANSPORTATION
            80  IRT                                              (N/C)
      *****************************************************
C PERFORM A COMPLIMENTARY ROLLS-ROYCE VEHICLE HEALTH CHECK
CAUSE: INSPECTION
      RVHC PERFORM A COMPLIMENTARY ROLLS-ROYCE VEHICLE
            HEALTH CHECK
            80  IRSP                                             (N/C)
  3067 PERFORMED VEHICLE INSPECTION PERFORMED VEHICLE INSPECTION
      *****************************************************
D PERFORM STANDARD SCOPE INSPECTION AS PER CBS DATA
CAUSE: CONDITION BASED SERVICE
      0000105 Service - Standard Scope
            80  WRR                                              (N/C)
      FC: 8700030000
      PART#:
      COUNT:
      CLAIM TYPE:
      AUTH CODE:

  3067 STANDARD SCOPE DUE PER CBS DATA PERFORMED STANDARD SCOPE.
      *****************************************************
E PERFORM ENGINE OIL SERVICE AS PER CBS DATA
CAUSE: CONDITION BASED SERVICE
```

**Movant's Exhibit 17**

THE SELLER, BRAMAN MOTORCARS, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRAMAN MOTORCARS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE OR PRODUCT. (P.L. 93-637). CUSTOMER SHALL NOT BE ENTITLED TO RECOVER ANY CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, DAMAGES TO PROPERTY, OR DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. LIMITED WARRANTY: THE ONLY WARRANTIES APPLYING TO THE PART(S) INSTALLED ARE THOSE THAT MAY BE OFFERED BY THE MANUFACTURER. REFER TO MANUFACTURER'S LIMITED WARRANTY FOR DETAILS.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |

**I have read and agree to all terms on both the front and reverse side of this document.**

X
SIGNATURE

**PLEASE PAY THIS AMOUNT**

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

**CUSTOMER COPY**

BROWN_AWB_000055

ARBITRATION PROVISION: The parties agree that any dispute, controversy, or claim arising out of or related to this Agreement, or breach thereof, or arising out of or related to any inspection, diagnosis, repair made, or parts supplied to or for the motor vehicle described on this or any other repair order, shall be submitted to binding arbitration. If any dispute, controversy, or claim described in this Agreement is determined for any reason to be ineligible for arbitration, and for controversies, claims, or disputes specifically exempted from arbitration, then those controversies, claims, or disputes shall instead be decided by a judge of a court of competent jurisdiction, without a jury. **The parties knowingly and voluntarily waive their right to a trial by jury for all such controversies, claims and disputes. The parties also knowingly and voluntarily waive all rights to bring or participate in any class action or multi-plaintiff action in court or through arbitration.** All arbitration shall proceed in accordance with the Commercial Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final and binding on all parties. Any court having competent jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. The parties agree that the arbitration proceeding to resolve all disputes shall be conducted in the county where the dealership is located.

PRE-SUIT NOTICE: Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

WARRANTY DISCLAIMER: ALL PARTS, ACCESSORIES AND REPAIRS ARE SOLD AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. The only warranties on parts and accessories or repairs are those which may be offered by the Manufacturer or Distributor, and only such Manufacturer or Distributor shall be liable for performance under such warranties.

EXCLUSIVE REMEDY: In the event of a breach of this contract by the Dealership or defects in the specific repair work performed, Customer s sole and exclusive remedy shall be the return of the amounts paid for the specific repair. THE DEALERSHIP IS NOT LIABLE OR RESPONSIBLE FOR CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF USE OF THE VEHICLE OR FOR LOST PROFITS.

RESPONSIBILITY OF PERSONAL PROPERTY IN VEHICLE: CUSTOMER IS RESPONSIBLE FOR REMOVAL OF ALL PERSONAL PROPERTY FROM VEHICLE. THE DEALERSHIP IS NOT LIABLE FOR ANY LOSS OF OR DAMAGE TO PERSONAL PROPERTY INSIDE THE VECHILE.

PARTS INSTALLED: All parts installed are new or factory rebuilt unless specified otherwise. ALL PARTS USED ARE SUBJECT TO THE MAGNUSSON MOSS ACT AND THE MANUFACTURER'S LIMITED WARRANTY. THE TERMS OF THIS WARRANTY ARE AVAILABLE FOR CUSTOMER S INSPECTION

ESTIMATE: Estimate amounts are based on initial inspection only. Additional parts and labor may be required. Customer will be notified upon completion of any diagnostic work necessary to estimate the cost of repair, or if the actual charges will exceed the written estimate, including any additional authorized charges. If Customer is so notified, Customer may orally or in writing authorize, modify or cancel the order for repair.

ELECTRONIC COMMUNICATIONS: Customer consents and agrees that the Dealership, as well as any third party vendors acting on the Dealership s behalf, may contact the Customer by telephone, text message, email, and any other electronic communication at any of the numbers and/or e-mail addresses provided or listed hereon, including prerecorded, artificial voice or automatic telephone dialing systems. Customer consents and agrees that the Dealership may leave a message with the person answering or on a voicemail or other answering machine device or system. Customer consents and agrees that the Dealership may send to Customer text messages and mobile service commercial messages to Customer s wireless device. Customer grants this permission with respect to the telephone numbers and e-mail addresses provided to the Dealership or that are listed hereon. Customer consents and agrees that Customer may be charged by a wireless service provider in connection with receipt of telephone calls, text messages, mobile service commercial messages, or other types of messages to Customer s mobile telephone and/or wireless device. Customer may revoke authorization to receive these calls or messages at any time.

CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK: If Customer authorizes diagnostic work to estimate the cost of repair or commencement of repairs, but does not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless Customer waives reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

MINIMUM SHOP CHARGE: There is a minimum labor charge for inspection, diagnostic, or written estimate service of one flat rate hour.

SHOP SUPPLY CHARGES: Dealer uses miscellaneous standard shop supplies in connection with many vehicle repairs, which would be impractical to itemize. This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (S.403.718) and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S.403.7185). This will not be charged if no repairs are performed.

PAYMENT TERMS: Customer agrees to pay for the inspection and repairs authorized, along with the necessary materials, in cash or approved credit card upon completion of the repairs. All charges for repairs, including labor and materials, are due and payable simultaneously with the delivery of the vehicle, or prior to delivery, upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be given to the customer using the contact information provided to the dealership. Interest charges will accrue on the unpaid balance of this account at the rate of 1.5% per month. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of three (3) working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $100.00 per day.

ATTORNEYS FEES: If either party institutes any legal proceeding to enforce any terms of this agreement, the prevailing party in such proceeding will be entitled to their reasonable attorneys fees and costs, up to and including all levels, up through appeal.

BROWN_AWB_000056

CUSTOMER #: 9546041002

**228526**

**BRAMAN** MOTORCARS
PALM BEACH

www.bramanmotorcars.com

INVOICE

ASHLEY BROWN
152 BEARS CLUB DRIVE
JUPITER, FL 33477
Brownpropertymanager@gmail.com
HOME:954-604-1002 CONT:954-604-1002
BUS:            CELL:954-604-1002

DUPLICATE 1
PAGE 2

2901 Okeechobee Blvd.
West Palm Beach, FL 33409
SERVICE: (561) 640-2900
FAX: (561) 640-4409
STATE REGISTRATION: MV 45536

**SERVICE ADVISOR:** 520 PATTI RENNIE

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ROLLS ROYCE CULLINAN | SLATV8C09MU204097 | | 3066/3067 | T2517 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25JAN21 DD | | | 17:00 27DEC21 | | | CASH | 29DEC21 |

| R.O. OPENED | READY | OPTIONS: | DLR:1 ENG:6.8_Liter_Twin_Turbo |
|---|---|---|---|
| 13:56 27DEC21 | 07:30 29DEC21 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| 0000610 ENGINE OIL SERVICE | | | |
|      80  WRR | | | (N/C) |
| 1 7711-42-7-583-220 SET OIL-FILTER ELEMENT | | | (N/C) |
| 1 857RR WASHER FLUID | | | (N/C) |
| 7 7783-21-2-431-039 ROLLS-ROYCE GENUINE OIL | | | |
| LL-01 FE 0W30 | | | (N/C) |

FC: 8700030000
PART#:
COUNT:
CLAIM TYPE:
AUTH CODE:

  3067 ENGINE OIL SERVICE DUE PER CBS DATA PERFORMED ENGINE OIL
  SERVICE. RESET CBS DATA.
          ******************************************************
F CLIENT ADVISED PLEASE CHECK FRONT WIPERS FOR STREAKING AND REPLACE AS
        NEEDED
CAUSE: MAINTENANCE

| 6161541 Replacing both windshield wiper blades | | | |
|---|---|---|---|
|      80  WRR | | | (N/C) |
| 1 7761-61-9-498-108 SET OF WIPER BLADES | | | (N/C) |

FC: 8700030000
PART#:
COUNT:
CLAIM TYPE:
AUTH CODE:

  3067 FRONT WIPERS STREAKING REMOVED AND REPLACED FRONT WIPER
  BLADES.
          ******************************************************
G CLIENT ADVISED PLEASE CHECK REAR WIPER FOR STREAKING AND REPLACE AS
        NEEDED
CAUSE: MAINTENANCE
    6162520 REPLACE REAR WIPER BLADE

THE SELLER, BRAMAN MOTORCARS, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRAMAN MOTORCARS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE OR PRODUCT. (P.L. 93-637). CUSTOMER SHALL NOT BE ENTITLED TO RECOVER ANY CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, DAMAGES TO PROPERTY, OR DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. LIMITED WARRANTY: THE ONLY WARRANTIES APPLYING TO THE PART(S) INSTALLED ARE THOSE THAT MAY BE OFFERED BY THE MANUFACTURER. REFER TO MANUFACTURER'S LIMITED WARRANTY FOR DETAILS.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |

**I have read and agree to all terms on both the front and reverse side of this document.**

X _____
SIGNATURE

**PLEASE PAY
THIS AMOUNT**

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

**CUSTOMER COPY**

BROWN_AWB_000057

ARBITRATION PROVISION: The parties agree that any dispute, controversy, or claim arising out of or related to this Agreement, or breach thereof, or arising out of or related to any inspection, diagnosis, repair made, or parts supplied to or for the motor vehicle described on this or any other repair order, shall be submitted to binding arbitration. If any dispute, controversy, or claim described in this Agreement is determined for any reason to be ineligible for arbitration, and for controversies, claims, or disputes specifically exempted from arbitration, then those controversies, claims, or disputes shall instead be decided by a judge of a court of competent jurisdiction, without a jury. **The parties knowingly and voluntarily waive their right to a trial by jury for all such controversies, claims and disputes. The parties also knowingly and voluntarily waive all rights to bring or participate in any class action or multi-plaintiff action in court or through arbitration.** All arbitration shall proceed in accordance with the Commercial Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final and binding on all parties. Any court having competent jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. The parties agree that the arbitration proceeding to resolve all disputes shall be conducted in the county where the dealership is located.

PRE-SUIT NOTICE: Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

WARRANTY DISCLAIMER: ALL PARTS, ACCESSORIES AND REPAIRS ARE SOLD AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. The only warranties on parts and accessories or repairs are those which may be offered by the Manufacturer or Distributor, and only such Manufacturer or Distributor shall be liable for performance under such warranties.

EXCLUSIVE REMEDY: In the event of a breach of this contract by the Dealership or defects in the specific repair work performed, Customer s sole and exclusive remedy shall be the return of the amounts paid for the specific repair. THE DEALERSHIP IS NOT LIABLE OR RESPONSIBLE FOR CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF USE OF THE VEHICLE OR FOR LOST PROFITS.

RESPONSIBILITY OF PERSONAL PROPERTY IN VEHICLE: CUSTOMER IS RESPONSIBLE FOR REMOVAL OF ALL PERSONAL PROPERTY FROM VEHICLE. THE DEALERSHIP IS NOT LIABLE FOR ANY LOSS OF OR DAMAGE TO PERSONAL PROPERTY INSIDE THE VECHILE.

PARTS INSTALLED: All parts installed are new or factory rebuilt unless specified otherwise. ALL PARTS USED ARE SUBJECT TO THE MAGNUSSON MOSS ACT AND THE MANUFACTURER'S LIMITED WARRANTY. THE TERMS OF THIS WARRANTY ARE AVAILABLE FOR CUSTOMER S INSPECTION

ESTIMATE: Estimate amounts are based on initial inspection only. Additional parts and labor may be required. Customer will be notified upon completion of any diagnostic work necessary to estimate the cost of repair, or if the actual charges will exceed the written estimate, including any additional authorized charges. If Customer is so notified, Customer may orally or in writing authorize, modify or cancel the order for repair.

ELECTRONIC COMMUNICATIONS: Customer consents and agrees that the Dealership, as well as any third party vendors acting on the Dealership s behalf, may contact the Customer by telephone, text message, email, and any other electronic communication at any of the numbers and/or e-mail addresses provided or listed hereon, including prerecorded, artificial voice or automatic telephone dialing systems. Customer consents and agrees that the Dealership may leave a message with the person answering or on a voicemail or other answering machine device or system. Customer consents and agrees that the Dealership may send to Customer text messages and mobile service commercial messages to Customer s wireless device. Customer grants this permission with respect to the telephone numbers and e-mail addresses provided to the Dealership or that are listed hereon. Customer consents and agrees that Customer may be charged by a wireless service provider in connection with receipt of telephone calls, text messages, mobile service commercial messages, or other types of messages to Customer s mobile telephone and/or wireless device. Customer may revoke authorization to receive these calls or messages at any time.

CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK: If Customer authorizes diagnostic work to estimate the cost of repair or commencement of repairs, but does not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless Customer waives reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

MINIMUM SHOP CHARGE: There is a minimum labor charge for inspection, diagnostic, or written estimate service of one flat rate hour.

SHOP SUPPLY CHARGES: Dealer uses miscellaneous standard shop supplies in connection with many vehicle repairs, which would be impractical to itemize. This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (S.403.718) and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S.403.7185). This will not be charged if no repairs are performed.

PAYMENT TERMS: Customer agrees to pay for the inspection and repairs authorized, along with the necessary materials, in cash or approved credit card upon completion of the repairs. All charges for repairs, including labor and materials, are due and payable simultaneously with the delivery of the vehicle, or prior to delivery, upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be given to the customer using the contact information provided to the dealership. Interest charges will accrue on the unpaid balance of this account at the rate of 1.5% per month. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of three (3) working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $100.00 per day.

ATTORNEYS FEES: If either party institutes any legal proceeding to enforce any terms of this agreement, the prevailing party in such proceeding will be entitled to their reasonable attorneys fees and costs, up to and including all levels, up through appeal.

BROWN_AWB_000058

CUSTOMER #: 9546041002    **228526**

# BRAMAN MOTORCARS | PALM BEACH

www.bramanmotorcars.com

INVOICE

2901 Okeechobee Blvd.
West Palm Beach, FL 33409

ASHLEY BROWN
152 BEARS CLUB DRIVE
JUPITER, FL 33477
Brownpropertymanager@gmail.com
HOME:954-604-1002 CONT:954-604-1002
BUS:           CELL:954-604-1002

DUPLICATE 1
PAGE 3

SERVICE: (561) 640-2900
FAX: (561) 640-4409
STATE REGISTRATION: MV 45536

**SERVICE ADVISOR:** 520 PATTI RENNIE

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ROLLS ROYCE CULLINAN | SLATV8C09MU204097 | | 3066/3067 | T2517 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25JAN21 DD | | | 17:00 27DEC21 | | | CASH | 29DEC21 |

| R.O. OPENED | READY | OPTIONS: | DLR:1 ENG:6.8_Liter_Twin_Turbo |
|---|---|---|---|
| 13:56 27DEC21 | 07:30 29DEC21 | | |

```
LINE OPCODE TECH TYPE HOURS                          LIST      NET      TOTAL
            80   WRR                                                    (N/C)
     1 7767-63-7-483-470 WIPER BLADE                                   (N/C)
  FC: 8700030000
  PART#:
  COUNT:
  CLAIM TYPE:
  AUTH CODE:

  3067 REAR WIPER STREAKING REPLACED REAR WIPER BLADE.
        ************************************************
H CLIENT ADVISED PLEASE CHECK KEY FOB BATTERY FOR REMOTED DISTANCE ANS
        REPLACE AS NEEDED / /
CAUSE: MAINTENANCE
     6199000 REPLACED KEY BATTERY
            80   WRR                                                   (N/C)
     1 7766-12-6-912-985 BATTERY                                       (N/C)
  FC: 8700050000
  PART#:
  COUNT:
  CLAIM TYPE:
  AUTH CODE:

  3067 REMOTE KEY BATTERY DISCHARGED REMOVED AND REPLACED THE REMOTE
  KEY BATTERY.
        ****************************************************
I YOUR ROLLS-ROYCE NEW CAR WARRANTY ENDS ON THE FOLLOWING DATE. SPEAK
        TO YOUR SERVICE ADVISOR ABOUT AN EXTENDED SERVICE CONTRACT
        TODAY!
     NCWR YOUR ROLLS-ROYCE NEW CAR WARRANTY ENDS ON
         THE FOLLOWING DATE. SPEAK TO YOUR SERVICE
         ADVISOR ABOUT AN EXTENDED SERVICE CONTRACT
         TODAY!
            80  IRSP                                                   (N/C)
        ****************************************************
```

THE SELLER, BRAMAN MOTORCARS, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRAMAN MOTORCARS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE OR PRODUCT. (P.L. 93-637).   CUSTOMER SHALL NOT BE ENTITLED TO RECOVER ANY CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, DAMAGES TO PROPERTY, OR DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. LIMITED WARRANTY:  THE ONLY WARRANTIES APPLYING TO THE PART(S) INSTALLED ARE THOSE THAT MAY BE OFFERED BY THE MANUFACTURER. REFER TO MANUFACTURER'S LIMITED WARRANTY FOR DETAILS.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |

**I have read and agree to all terms on both the front and reverse side of this document.**

X
SIGNATURE

**PLEASE PAY THIS AMOUNT**

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

**CUSTOMER COPY**

BROWN_AWB_000059

ARBITRATION PROVISION: The parties agree that any dispute, controversy, or claim arising out of or related to this Agreement, or breach thereof, or arising out of or related to any inspection, diagnosis, repair made, or parts supplied to or for the motor vehicle described on this or any other repair order, shall be submitted to binding arbitration. If any dispute, controversy, or claim described in this Agreement is determined for any reason to be ineligible for arbitration, and for controversies, claims, or disputes specifically exempted from arbitration, then those controversies, claims, or disputes shall instead be decided by a judge of a court of competent jurisdiction, without a jury. **The parties knowingly and voluntarily waive their right to a trial by jury for all such controversies, claims and disputes. The parties also knowingly and voluntarily waive all rights to bring or participate in any class action or multi-plaintiff action in court or through arbitration.** All arbitration shall proceed in accordance with the Commercial Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final and binding on all parties. Any court having competent jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. The parties agree that the arbitration proceeding to resolve all disputes shall be conducted in the county where the dealership is located.

PRE-SUIT NOTICE: Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

WARRANTY DISCLAIMER: ALL PARTS, ACCESSORIES AND REPAIRS ARE SOLD AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. The only warranties on parts and accessories or repairs are those which may be offered by the Manufacturer or Distributor, and only such Manufacturer or Distributor shall be liable for performance under such warranties.

EXCLUSIVE REMEDY: In the event of a breach of this contract by the Dealership or defects in the specific repair work performed, Customer s sole and exclusive remedy shall be the return of the amounts paid for the specific repair. THE DEALERSHIP IS NOT LIABLE OR RESPONSIBLE FOR CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF USE OF THE VEHICLE OR FOR LOST PROFITS.

RESPONSIBILITY OF PERSONAL PROPERTY IN VEHICLE: CUSTOMER IS RESPONSIBLE FOR REMOVAL OF ALL PERSONAL PROPERTY FROM VEHICLE. THE DEALERSHIP IS NOT LIABLE FOR ANY LOSS OF OR DAMAGE TO PERSONAL PROPERTY INSIDE THE VECHILE.

PARTS INSTALLED: All parts installed are new or factory rebuilt unless specified otherwise. ALL PARTS USED ARE SUBJECT TO THE MAGNUSSON MOSS ACT AND THE MANUFACTURER'S LIMITED WARRANTY. THE TERMS OF THIS WARRANTY ARE AVAILABLE FOR CUSTOMER S INSPECTION

ESTIMATE: Estimate amounts are based on initial inspection only. Additional parts and labor may be required. Customer will be notified upon completion of any diagnostic work necessary to estimate the cost of repair, or if the actual charges will exceed the written estimate, including any additional authorized charges. If Customer is so notified, Customer may orally or in writing authorize, modify or cancel the order for repair.

ELECTRONIC COMMUNICATIONS: Customer consents and agrees that the Dealership, as well as any third party vendors acting on the Dealership s behalf, may contact the Customer by telephone, text message, email, and any other electronic communication at any of the numbers and/or e-mail addresses provided or listed hereon, including prerecorded, artificial voice or automatic telephone dialing systems. Customer consents and agrees that the Dealership may leave a message with the person answering or on a voicemail or other answering machine device or system. Customer consents and agrees that the Dealership may send to Customer text messages and mobile service commercial messages to Customer s wireless device. Customer grants this permission with respect to the telephone numbers and e-mail addresses provided to the Dealership or that are listed hereon. Customer consents and agrees that Customer may be charged by a wireless service provider in connection with receipt of telephone calls, text messages, mobile service commercial messages, or other types of messages to Customer s mobile telephone and/or wireless device. Customer may revoke authorization to receive these calls or messages at any time.

CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK: If Customer authorizes diagnostic work to estimate the cost of repair or commencement of repairs, but does not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless Customer waives reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

MINIMUM SHOP CHARGE: There is a minimum labor charge for inspection, diagnostic, or written estimate service of one flat rate hour.

SHOP SUPPLY CHARGES: Dealer uses miscellaneous standard shop supplies in connection with many vehicle repairs, which would be impractical to itemize. This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (S.403.718) and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S.403.7185). This will not be charged if no repairs are performed.

PAYMENT TERMS: Customer agrees to pay for the inspection and repairs authorized, along with the necessary materials, in cash or approved credit card upon completion of the repairs. All charges for repairs, including labor and materials, are due and payable simultaneously with the delivery of the vehicle, or prior to delivery, upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be given to the customer using the contact information provided to the dealership. Interest charges will accrue on the unpaid balance of this account at the rate of 1.5% per month. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of three (3) working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $100.00 per day.

ATTORNEYS FEES: If either party institutes any legal proceeding to enforce any terms of this agreement, the prevailing party in such proceeding will be entitled to their reasonable attorneys fees and costs, up to and including all levels, up through appeal.

BROWN_AWB_000060

CUSTOMER #: 9546041002                    **228526**          **BRAMAN** | MOTORCARS
                                                                         | PALM BEACH
                                                          www.bramanmotorcars.com

                                          INVOICE            2901 Okeechobee Blvd.
ASHLEY BROWN                                                West Palm Beach, FL 33409
152 BEARS CLUB DRIVE                      DUPLICATE 1       SERVICE: (561) 640-2900
JUPITER, FL 33477                           PAGE 4          FAX: (561) 640-4409
Brownpropertymanager@gmail.com                             STATE REGISTRATION: MV 45536
HOME:954-604-1002 CONT:954-604-1002
BUS:              CELL:954-604-1002   **SERVICE ADVISOR:** 520 PATTI RENNIE

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ROLLS ROYCE CULLINAN | SLATV8C09MU204097 | | 3066/3067 | T2517 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25JAN21 DD | | | 17:00 27DEC21 | | | CASH | 29DEC21 |

| R.O. OPENED | READY | OPTIONS: | DLR:1 ENG:6.8_Liter_Twin_Turbo |
|---|---|---|---|
| 13:56 27DEC21 | 07:30 29DEC21 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

J PERFORM ANTIMICROBIAL PROTECTION TREATMENT
    BIOM PERFORM ANTIMICROBIAL PROTECTION TREATMENT
        80 IRSP                                                          (N/C)
  3067 PERFORMED ANTIMICROBIAL PROTECTION TREATMENT
        ************************************************

          We value you as a loyal customer and strive
          to deliver TRULY EXCEPTIONAL personal service
          You may receive a survey via email
          Your score is a direct reflection of the
          service your Advisor provided to you.

THE SELLER, BRAMAN MOTORCARS, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRAMAN MOTORCARS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE OR PRODUCT. (P.L. 93-637). CUSTOMER SHALL NOT BE ENTITLED TO RECOVER ANY CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, DAMAGES TO PROPERTY, OR DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. LIMITED WARRANTY: THE ONLY WARRANTIES APPLYING TO THE PART(S) INSTALLED ARE THOSE THAT MAY BE OFFERED BY THE MANUFACTURER. REFER TO MANUFACTURER'S LIMITED WARRANTY FOR DETAILS.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |

**I have read and agree to all terms on both the front and reverse side of this document.**

X _____
SIGNATURE

| PLEASE PAY THIS AMOUNT | 0.00 |
|---|---|

Copyright 2014 CDK Global, LLC SERVICE INVOICE TYPE 2 - SI2C - IMAGING          **CUSTOMER COPY**          BROWN_AWB_000061

ARBITRATION PROVISION: The parties agree that any dispute, controversy, or claim arising out of or related to this Agreement, or breach thereof, or arising out of or related to any inspection, diagnosis, repair made, or parts supplied to or for the motor vehicle described on this or any other repair order, shall be submitted to binding arbitration. If any dispute, controversy, or claim described in this Agreement is determined for any reason to be ineligible for arbitration, and for controversies, claims, or disputes specifically exempted from arbitration, then those controversies, claims, or disputes shall instead be decided by a judge of a court of competent jurisdiction, without a jury. **The parties knowingly and voluntarily waive their right to a trial by jury for all such controversies, claims and disputes. The parties also knowingly and voluntarily waive all rights to bring or participate in any class action or multi-plaintiff action in court or through arbitration.** All arbitration shall proceed in accordance with the Commercial Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final and binding on all parties. Any court having competent jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. The parties agree that the arbitration proceeding to resolve all disputes shall be conducted in the county where the dealership is located.

PRE-SUIT NOTICE: Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

WARRANTY DISCLAIMER: ALL PARTS, ACCESSORIES AND REPAIRS ARE SOLD AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. The only warranties on parts and accessories or repairs are those which may be offered by the Manufacturer or Distributor, and only such Manufacturer or Distributor shall be liable for performance under such warranties.

EXCLUSIVE REMEDY: In the event of a breach of this contract by the Dealership or defects in the specific repair work performed, Customer s sole and exclusive remedy shall be the return of the amounts paid for the specific repair. THE DEALERSHIP IS NOT LIABLE OR RESPONSIBLE FOR CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF USE OF THE VEHICLE OR FOR LOST PROFITS.

RESPONSIBILITY OF PERSONAL PROPERTY IN VEHICLE: CUSTOMER IS RESPONSIBLE FOR REMOVAL OF ALL PERSONAL PROPERTY FROM VEHICLE. THE DEALERSHIP IS NOT LIABLE FOR ANY LOSS OF OR DAMAGE TO PERSONAL PROPERTY INSIDE THE VECHILE.

PARTS INSTALLED: All parts installed are new or factory rebuilt unless specified otherwise. ALL PARTS USED ARE SUBJECT TO THE MAGNUSSON MOSS ACT AND THE MANUFACTURER'S LIMITED WARRANTY. THE TERMS OF THIS WARRANTY ARE AVAILABLE FOR CUSTOMER S INSPECTION

ESTIMATE: Estimate amounts are based on initial inspection only. Additional parts and labor may be required. Customer will be notified upon completion of any diagnostic work necessary to estimate the cost of repair, or if the actual charges will exceed the written estimate, including any additional authorized charges. If Customer is so notified, Customer may orally or in writing authorize, modify or cancel the order for repair.

ELECTRONIC COMMUNICATIONS: Customer consents and agrees that the Dealership, as well as any third party vendors acting on the Dealership s behalf, may contact the Customer by telephone, text message, email, and any other electronic communication at any of the numbers and/or e-mail addresses provided or listed hereon, including prerecorded, artificial voice or automatic telephone dialing systems. Customer consents and agrees that the Dealership may leave a message with the person answering or on a voicemail or other answering machine device or system. Customer consents and agrees that the Dealership may send to Customer text messages and mobile service commercial messages to Customer s wireless device. Customer grants this permission with respect to the telephone numbers and e-mail addresses provided to the Dealership or that are listed hereon. Customer consents and agrees that Customer may be charged by a wireless service provider in connection with receipt of telephone calls, text messages, mobile service commercial messages, or other types of messages to Customer s mobile telephone and/or wireless device. Customer may revoke authorization to receive these calls or messages at any time.

CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK: If Customer authorizes diagnostic work to estimate the cost of repair or commencement of repairs, but does not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless Customer waives reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

MINIMUM SHOP CHARGE: There is a minimum labor charge for inspection, diagnostic, or written estimate service of one flat rate hour.

SHOP SUPPLY CHARGES: Dealer uses miscellaneous standard shop supplies in connection with many vehicle repairs, which would be impractical to itemize. This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (S.403.718) and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S.403.7185). This will not be charged if no repairs are performed.

PAYMENT TERMS: Customer agrees to pay for the inspection and repairs authorized, along with the necessary materials, in cash or approved credit card upon completion of the repairs. All charges for repairs, including labor and materials, are due and payable simultaneously with the delivery of the vehicle, or prior to delivery, upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be given to the customer using the contact information provided to the dealership. Interest charges will accrue on the unpaid balance of this account at the rate of 1.5% per month. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of three (3) working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $100.00 per day.

ATTORNEYS FEES: If either party institutes any legal proceeding to enforce any terms of this agreement, the prevailing party in such proceeding will be entitled to their reasonable attorneys fees and costs, up to and including all levels, up through appeal.

BROWN_AWB_000062

CUSTOMER #: 9546041002

**270716**

**BRAMAN** MOTORCARS
PALM BEACH
www.bramanmotorcars.com

INVOICE

ASHLEY BROWN
152 BEARS CLUB DR
JUPITER, FL 33477-4203
Brownpropertymanager@gmail.com
HOME:954-604-1002 CONT:954-604-1002
BUS:            CELL:954-604-1002

DUPLICATE 1
PAGE 1

2901 Okeechobee Blvd.
West Palm Beach, FL 33409
SERVICE: (561) 640-2900
FAX: (561) 640-4409
STATE REGISTRATION: MV 45536

**SERVICE ADVISOR:** 200 Bill Richter

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ROLLS ROYCE CULLINAN | SLATV8C09MU204097 | | 6428/6430 | T2912 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25JAN21 DD | | | 12:00 28JAN23 | 0 | | CASH | 23JAN23 |

| R.O. OPENED | READY | OPTIONS: | DLR:1 ENG:6.8_Liter_Twin_Turbo |
|---|---|---|---|
| 14:43 17JAN23 | 13:25 21JAN23 | | |

LINE OPCODE TECH TYPE HOURS                                    LIST      NET     TOTAL
A PICK UP AND DELIVER CLIENT'S ROLLS-ROYCE VIA FLATBED
     PUDRF PICK UP AND DELIVER CLIENT'S ROLLS-ROYCE
          VIA FLATBED
             80   IRT                                                       (N/C)
PARTS:       0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE A:       0.00
          *******************************************************
B CLIENT DECLINES ALTERNATE TRANSPORTATION
     CDATR CLIENT DECLINES ALTERNATE TRANSPORTATION
             80   IRSP                                                      (N/C)
PARTS:       0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE B:       0.00
          *******************************************************
C PERFORM A COMPLIMENTARY ROLLS-ROYCE VEHICLE HEALTH CHECK
CAUSE: INSPECTION
     RVHC PERFORM A COMPLIMENTARY ROLLS-ROYCE VEHICLE
          HEALTH CHECK
             80   IRSP                                                      (N/C)
PARTS:       0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE C:       0.00
 PERFORMED VEHICLE INSPECTION PERFORMED VEHICLE INSPECTION
          *******************************************************
D PERFORM STANDARD SCOPE INSPECTION AS PER CBS DATA
CAUSE: CONDITION BASED SERVICE
     0000105 Service - Standard Scope
             80   WRR                                                       (N/C)
     FC: 8700030000
     PART#:
     COUNT:
     CLAIM TYPE:
     AUTH CODE:

PARTS:       0.00  LABOR:       0.00  OTHER:       0.00   TOTAL LINE D:       0.00
 STANDARD SCOPE INSPECTION DUE PER CBS DATA PERFORMED STANDARD SCOPE
 INSPECTION
          *******************************************************
E PERFORM ENGINE OIL SERVICE AS PER CBS DATA

THE SELLER, BRAMAN MOTORCARS, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRAMAN MOTORCARS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE OR PRODUCT. (P.L. 93-637).  CUSTOMER SHALL NOT BE ENTITLED TO RECOVER ANY CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, DAMAGES TO PROPERTY, OR DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.  LIMITED WARRANTY:  THE ONLY WARRANTIES APPLYING TO THE PART(S) INSTALLED ARE THOSE THAT MAY BE OFFERED BY THE MANUFACTURER. REFER TO MANUFACTURER'S LIMITED WARRANTY FOR DETAILS.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |

**I have read and agree to all terms on both the front and reverse side of this document.**

X
SIGNATURE

**PLEASE PAY THIS AMOUNT**

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

**CUSTOMER COPY**

BROWN_AWB_000066

ARBITRATION PROVISION: The parties agree that any dispute, controversy, or claim arising out of or related to this Agreement, or breach thereof, or arising out of or related to any inspection, diagnosis, repair made, or parts supplied to or for the motor vehicle described on this or any other repair order, shall be submitted to binding arbitration. If any dispute, controversy, or claim described in this Agreement is determined for any reason to be ineligible for arbitration, and for controversies, claims, or disputes specifically exempted from arbitration, then those controversies, claims, or disputes shall instead be decided by a judge of a court of competent jurisdiction, without a jury. **The parties knowingly and voluntarily waive their right to a trial by jury for all such controversies, claims and disputes. The parties also knowingly and voluntarily waive all rights to bring or participate in any class action or multi-plaintiff action in court or through arbitration.** All arbitration shall proceed in accordance with the Commercial Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final and binding on all parties. Any court having competent jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. The parties agree that the arbitration proceeding to resolve all disputes shall be conducted in the county where the dealership is located.

PRE-SUIT NOTICE: Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

WARRANTY DISCLAIMER: ALL PARTS, ACCESSORIES AND REPAIRS ARE SOLD AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. The only warranties on parts and accessories or repairs are those which may be offered by the Manufacturer or Distributor, and only such Manufacturer or Distributor shall be liable for performance under such warranties.

EXCLUSIVE REMEDY: In the event of a breach of this contract by the Dealership or defects in the specific repair work performed, Customer s sole and exclusive remedy shall be the return of the amounts paid for the specific repair. THE DEALERSHIP IS NOT LIABLE OR RESPONSIBLE FOR CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF USE OF THE VEHICLE OR FOR LOST PROFITS.

RESPONSIBILITY OF PERSONAL PROPERTY IN VEHICLE: CUSTOMER IS RESPONSIBLE FOR REMOVAL OF ALL PERSONAL PROPERTY FROM VEHICLE. THE DEALERSHIP IS NOT LIABLE FOR ANY LOSS OF OR DAMAGE TO PERSONAL PROPERTY INSIDE THE VECHILE.

PARTS INSTALLED: All parts installed are new or factory rebuilt unless specified otherwise. ALL PARTS USED ARE SUBJECT TO THE MAGNUSSON MOSS ACT AND THE MANUFACTURER'S LIMITED WARRANTY. THE TERMS OF THIS WARRANTY ARE AVAILABLE FOR CUSTOMER S INSPECTION

ESTIMATE: Estimate amounts are based on initial inspection only. Additional parts and labor may be required. Customer will be notified upon completion of any diagnostic work necessary to estimate the cost of repair, or if the actual charges will exceed the written estimate, including any additional authorized charges. If Customer is so notified, Customer may orally or in writing authorize, modify or cancel the order for repair.

ELECTRONIC COMMUNICATIONS: Customer consents and agrees that the Dealership, as well as any third party vendors acting on the Dealership s behalf, may contact the Customer by telephone, text message, email, and any other electronic communication at any of the numbers and/or e-mail addresses provided or listed hereon, including prerecorded, artificial voice or automatic telephone dialing systems. Customer consents and agrees that the Dealership may leave a message with the person answering or on a voicemail or other answering machine device or system. Customer consents and agrees that the Dealership may send to Customer text messages and mobile service commercial messages to Customer s wireless device. Customer grants this permission with respect to the telephone numbers and e-mail addresses provided to the Dealership or that are listed hereon. Customer consents and agrees that Customer may be charged by a wireless service provider in connection with receipt of telephone calls, text messages, mobile service commercial messages, or other types of messages to Customer s mobile telephone and/or wireless device. Customer may revoke authorization to receive these calls or messages at any time.

CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK: If Customer authorizes diagnostic work to estimate the cost of repair or commencement of repairs, but does not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless Customer waives reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

MINIMUM SHOP CHARGE: There is a minimum labor charge for inspection, diagnostic, or written estimate service of one flat rate hour.

SHOP SUPPLY CHARGES: Dealer uses miscellaneous standard shop supplies in connection with many vehicle repairs, which would be impractical to itemize. This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (S.403.718) and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S.403.7185). This will not be charged if no repairs are performed.

PAYMENT TERMS: Customer agrees to pay for the inspection and repairs authorized, along with the necessary materials, in cash or approved credit card upon completion of the repairs. All charges for repairs, including labor and materials, are due and payable simultaneously with the delivery of the vehicle, or prior to delivery, upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be given to the customer using the contact information provided to the dealership. Interest charges will accrue on the unpaid balance of this account at the rate of 1.5% per month. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of three (3) working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $100.00 per day.

ATTORNEYS FEES: If either party institutes any legal proceeding to enforce any terms of this agreement, the prevailing party in such proceeding will be entitled to their reasonable attorneys fees and costs, up to and including all levels, up through appeal.

BROWN_AWB_000067

CUSTOMER #: 9546041002      **270716**     **BRAMAN** MOTORCARS PALM BEACH

www.bramanmotorcars.com

INVOICE

2901 Okeechobee Blvd.
West Palm Beach, FL 33409

ASHLEY BROWN
152 BEARS CLUB DR
JUPITER, FL 33477-4203
Brownpropertymanager@gmail.com
HOME:954-604-1002 CONT:954-604-1002
BUS:        CELL:954-604-1002

DUPLICATE 1
PAGE 2

SERVICE: (561) 640-2900
FAX: (561) 640-4409
STATE REGISTRATION: MV 45536

**SERVICE ADVISOR:** 200 Bill Richter

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ROLLS ROYCE CULLINAN | SLATV8C09MU204097 | | 6428/6430 | T2912 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25JAN21 DD | | | 12:00 28JAN23 | 0 | | CASH | 23JAN23 |

| R.O. OPENED | READY | OPTIONS: | DLR:1 ENG:6.8_Liter_Twin_Turbo |
|---|---|---|---|
| 14:43 17JAN23 | 13:25 21JAN23 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

CAUSE: CONDITION BASED SERVICE
    0000610 ENGINE OIL SERVICE
          80  WRR                                            (N/C)
       1 7711-42-7-583-220 SET OIL-FILTER ELEMENT     (N/C)
       1 857RR WASHER FLUID                    (N/C)
       7 7783-21-2-431-039 ROLLS-ROYCE GENUINE OIL
       LL-01 FE 0W30                              (N/C)
       1 7766-12-6-912-985 BATTERY           (N/C)
    FC: 8700030000
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE E:     0.00
ENGINE OIL SERVICE DUE PER CBS DATA PERFORMED ENGINE OIL SERVICE.
RESET CBS DATA.
                  ************************************************
F PERFORM MICROFILTER SERVICE AS PER CBS DATA
CAUSE: CONDITION BASED SERVICE
    0000616 MICROFILTER SERVICE
          80  WRR                                          (N/C)
       1 7764-11-5-A1B-DB7 SET, FINE DUST FILTER     (N/C)
    FC: 8700050000
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:     0.00  LABOR:     0.00  OTHER:     0.00   TOTAL LINE F:     0.00
MICROFILTER SERVICE DUE PER CBS DATA REPLACED MICROFILTERS.
               ************************************************
G CLIENT REQUEST TELEMATICS CONTROL PROGRAMMING CAMPAIGN
CAUSE: TCB

THE SELLER, BRAMAN MOTORCARS, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRAMAN MOTORCARS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE OR PRODUCT. (P.L. 93-637).  CUSTOMER SHALL NOT BE ENTITLED TO RECOVER ANY CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, DAMAGES TO PROPERTY, OR DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.  LIMITED WARRANTY:  THE ONLY WARRANTIES APPLYING TO THE PART(S) INSTALLED ARE THOSE THAT MAY BE OFFERED BY THE MANUFACTURER. REFER TO MANUFACTURER'S LIMITED WARRANTY FOR DETAILS.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |

**I have read and agree to all terms on both the front and reverse side of this document.**

X

SIGNATURE

**PLEASE PAY THIS AMOUNT**

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

**CUSTOMER COPY**        BROWN_AWB_000068

ARBITRATION PROVISION: The parties agree that any dispute, controversy, or claim arising out of or related to this Agreement, or breach thereof, or arising out of or related to any inspection, diagnosis, repair made, or parts supplied to or for the motor vehicle described on this or any other repair order, shall be submitted to binding arbitration. If any dispute, controversy, or claim described in this Agreement is determined for any reason to be ineligible for arbitration, and for controversies, claims, or disputes specifically exempted from arbitration, then those controversies, claims, or disputes shall instead be decided by a judge of a court of competent jurisdiction, without a jury. **The parties knowingly and voluntarily waive their right to a trial by jury for all such controversies, claims and disputes. The parties also knowingly and voluntarily waive all rights to bring or participate in any class action or multi-plaintiff action in court or through arbitration.** All arbitration shall proceed in accordance with the Commercial Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final and binding on all parties. Any court having competent jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. The parties agree that the arbitration proceeding to resolve all disputes shall be conducted in the county where the dealership is located.

PRE-SUIT NOTICE: Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

WARRANTY DISCLAIMER: ALL PARTS, ACCESSORIES AND REPAIRS ARE SOLD AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. The only warranties on parts and accessories or repairs are those which may be offered by the Manufacturer or Distributor, and only such Manufacturer or Distributor shall be liable for performance under such warranties.

EXCLUSIVE REMEDY: In the event of a breach of this contract by the Dealership or defects in the specific repair work performed, Customer s sole and exclusive remedy shall be the return of the amounts paid for the specific repair. THE DEALERSHIP IS NOT LIABLE OR RESPONSIBLE FOR CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF USE OF THE VEHICLE OR FOR LOST PROFITS.

RESPONSIBILITY OF PERSONAL PROPERTY IN VEHICLE: CUSTOMER IS RESPONSIBLE FOR REMOVAL OF ALL PERSONAL PROPERTY FROM VEHICLE. THE DEALERSHIP IS NOT LIABLE FOR ANY LOSS OF OR DAMAGE TO PERSONAL PROPERTY INSIDE THE VECHILE.

PARTS INSTALLED: All parts installed are new or factory rebuilt unless specified otherwise. ALL PARTS USED ARE SUBJECT TO THE MAGNUSSON MOSS ACT AND THE MANUFACTURER'S LIMITED WARRANTY. THE TERMS OF THIS WARRANTY ARE AVAILABLE FOR CUSTOMER S INSPECTION

ESTIMATE: Estimate amounts are based on initial inspection only. Additional parts and labor may be required. Customer will be notified upon completion of any diagnostic work necessary to estimate the cost of repair, or if the actual charges will exceed the written estimate, including any additional authorized charges. If Customer is so notified, Customer may orally or in writing authorize, modify or cancel the order for repair.

ELECTRONIC COMMUNICATIONS: Customer consents and agrees that the Dealership, as well as any third party vendors acting on the Dealership s behalf, may contact the Customer by telephone, text message, email, and any other electronic communication at any of the numbers and/or e-mail addresses provided or listed hereon, including prerecorded, artificial voice or automatic telephone dialing systems. Customer consents and agrees that the Dealership may leave a message with the person answering or on a voicemail or other answering machine device or system. Customer consents and agrees that the Dealership may send to Customer text messages and mobile service commercial messages to Customer s wireless device. Customer grants this permission with respect to the telephone numbers and e-mail addresses provided to the Dealership or that are listed hereon. Customer consents and agrees that Customer may be charged by a wireless service provider in connection with receipt of telephone calls, text messages, mobile service commercial messages, or other types of messages to Customer s mobile telephone and/or wireless device. Customer may revoke authorization to receive these calls or messages at any time.

CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK: If Customer authorizes diagnostic work to estimate the cost of repair or commencement of repairs, but does not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless Customer waives reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

MINIMUM SHOP CHARGE: There is a minimum labor charge for inspection, diagnostic, or written estimate service of one flat rate hour.

SHOP SUPPLY CHARGES: Dealer uses miscellaneous standard shop supplies in connection with many vehicle repairs, which would be impractical to itemize. This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (S.403.718) and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S.403.7185). This will not be charged if no repairs are performed.

PAYMENT TERMS: Customer agrees to pay for the inspection and repairs authorized, along with the necessary materials, in cash or approved credit card upon completion of the repairs. All charges for repairs, including labor and materials, are due and payable simultaneously with the delivery of the vehicle, or prior to delivery, upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be given to the customer using the contact information provided to the dealership. Interest charges will accrue on the unpaid balance of this account at the rate of 1.5% per month. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of three (3) working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $100.00 per day.

ATTORNEYS FEES: If either party institutes any legal proceeding to enforce any terms of this agreement, the prevailing party in such proceeding will be entitled to their reasonable attorneys fees and costs, up to and including all levels, up through appeal.

BROWN_AWB_000069

CUSTOMER #: 9546041002                    **270716**

# BRAMAN
MOTORCARS | PALM BEACH
www.bramanmotorcars.com

INVOICE

ASHLEY BROWN
152 BEARS CLUB DR
JUPITER, FL 33477-4203
Brownpropertymanager@gmail.com
HOME:954-604-1002 CONT:954-604-1002
BUS:            CELL:954-604-1002

DUPLICATE 1
PAGE 3

2901 Okeechobee Blvd.
West Palm Beach, FL 33409
SERVICE: (561) 640-2900
FAX: (561) 640-4409
STATE REGISTRATION: MV 45536

**SERVICE ADVISOR:** 200 Bill Richter

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|---|---|---|---|---|---|---|
| WHITE | 21 | ROLLS ROYCE CULLINAN | SLATV8C09MU204097 | | 6428/6430 | T2912 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 25JAN21 DD | | | 12:00 28JAN23 | 0 | | CASH | 23JAN23 |

| R.O. OPENED | READY | OPTIONS: | DLR:1 ENG:6.8_Liter_Twin_Turbo |
|---|---|---|---|
| 14:43 17JAN23 | 13:25 21JAN23 | | |

```
LINE OPCODE TECH TYPE HOURS                          LIST      NET     TOTAL
    0062784 PROGRAM THE CONTROL UNITS
            80  WRR                                                    (N/C)
    FC: 0084090200
    PART#:
    COUNT:
    CLAIM TYPE:
    AUTH CODE:

PARTS:      0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE G:      0.00
 OPEN CAMPAIGN RR31 PROGRAM CONTROL UNITS (TELEMATICS CONTROL UNIT)
 PERFORMED PROGRAMMING AND ENCODING OF THE VEHICLE CONTROL UNITS
 INCLUDING THE TCB. VERIFIED REPAIRS - OK.
        ****************************************************
H FACTORY WARRANTY EXPIRES 1/28/25
    NCWR YOUR ROLLS-ROYCE NEW CAR WARRANTY ENDS ON
         THE FOLLOWING DATE. SPEAK TO YOUR SERVICE
         ADVISOR ABOUT AN EXTENDED SERVICE CONTRACT
         TODAY!
         80 IRSP                                                      (N/C)
PARTS:   0.00  LABOR:   0.00  OTHER:      0.00  TOTAL LINE H:      0.00
        ****************************************************
I PERFORM POST-REPAIR ROLLS-ROYCE QUALITY CONTROL INSPECTION
CAUSE: QUALITY CONTROL
     QCR PERFORM POST-REPAIR ROLLS-ROYCE QUALITY
         CONTROL INSPECTION
         80 IRSP                                                      (N/C)
PARTS:   0.00  LABOR:   0.00  OTHER:      0.00  TOTAL LINE I:      0.00
        ****************************************************
```

We value you as a loyal customer and strive
to deliver TRULY EXCEPTIONAL personal service
You may receive a survey via email
Your score is a direct reflection of the
service your Advisor provided to you.

THE SELLER, BRAMAN MOTORCARS, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND BRAMAN MOTORCARS NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF THE VEHICLE OR PRODUCT. (P.L. 93-637).  CUSTOMER SHALL NOT BE ENTITLED TO RECOVER ANY CONSEQUENTIAL DAMAGES, PUNITIVE DAMAGES, DAMAGES TO PROPERTY, OR DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFITS OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES. LIMITED WARRANTY:  THE ONLY WARRANTIES APPLYING TO THE PART(S) INSTALLED ARE THOSE THAT MAY BE OFFERED BY THE MANUFACTURER. REFER TO MANUFACTURER'S LIMITED WARRANTY FOR DETAILS.

**I have read and agree to all terms on both the front and reverse side of this document.**

X _____
SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - SI2C - IMAGING

**CUSTOMER COPY**

BROWN_AWB_000070

ARBITRATION PROVISION: The parties agree that any dispute, controversy, or claim arising out of or related to this Agreement, or breach thereof, or arising out of or related to any inspection, diagnosis, repair made, or parts supplied to or for the motor vehicle described on this or any other repair order, shall be submitted to binding arbitration. If any dispute, controversy, or claim described in this Agreement is determined for any reason to be ineligible for arbitration, and for controversies, claims, or disputes specifically exempted from arbitration, then those controversies, claims, or disputes shall instead be decided by a judge of a court of competent jurisdiction, without a jury. **The parties knowingly and voluntarily waive their right to a trial by jury for all such controversies, claims and disputes. The parties also knowingly and voluntarily waive all rights to bring or participate in any class action or multi-plaintiff action in court or through arbitration.** All arbitration shall proceed in accordance with the Commercial Rules of the American Arbitration Association then in effect. The award rendered by the arbitrator shall be final and binding on all parties. Any court having competent jurisdiction may enter judgment on the arbitrator's award. If any part of this Arbitration Agreement is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. The parties agree that the arbitration proceeding to resolve all disputes shall be conducted in the county where the dealership is located.

PRE-SUIT NOTICE: Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

WARRANTY DISCLAIMER: ALL PARTS, ACCESSORIES AND REPAIRS ARE SOLD AS-IS. THE DEALERSHIP HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS AND IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PARTS OR ACCESSORIES OR ANY REPAIRS PERFORMED TO THE VEHICLE. The only warranties on parts and accessories or repairs are those which may be offered by the Manufacturer or Distributor, and only such Manufacturer or Distributor shall be liable for performance under such warranties.

EXCLUSIVE REMEDY: In the event of a breach of this contract by the Dealership or defects in the specific repair work performed, Customer s sole and exclusive remedy shall be the return of the amounts paid for the specific repair. THE DEALERSHIP IS NOT LIABLE OR RESPONSIBLE FOR CONSEQUENTIAL, INCIDENTAL OR PUNITIVE DAMAGES OF ANY KIND, OR FOR LOSS OF USE OF THE VEHICLE OR FOR LOST PROFITS.

RESPONSIBILITY OF PERSONAL PROPERTY IN VEHICLE: CUSTOMER IS RESPONSIBLE FOR REMOVAL OF ALL PERSONAL PROPERTY FROM VEHICLE. THE DEALERSHIP IS NOT LIABLE FOR ANY LOSS OF OR DAMAGE TO PERSONAL PROPERTY INSIDE THE VECHILE.

PARTS INSTALLED: All parts installed are new or factory rebuilt unless specified otherwise. ALL PARTS USED ARE SUBJECT TO THE MAGNUSSON MOSS ACT AND THE MANUFACTURER'S LIMITED WARRANTY. THE TERMS OF THIS WARRANTY ARE AVAILABLE FOR CUSTOMER S INSPECTION

ESTIMATE: Estimate amounts are based on initial inspection only. Additional parts and labor may be required. Customer will be notified upon completion of any diagnostic work necessary to estimate the cost of repair, or if the actual charges will exceed the written estimate, including any additional authorized charges. If Customer is so notified, Customer may orally or in writing authorize, modify or cancel the order for repair.

ELECTRONIC COMMUNICATIONS: Customer consents and agrees that the Dealership, as well as any third party vendors acting on the Dealership s behalf, may contact the Customer by telephone, text message, email, and any other electronic communication at any of the numbers and/or e-mail addresses provided or listed hereon, including prerecorded, artificial voice or automatic telephone dialing systems. Customer consents and agrees that the Dealership may leave a message with the person answering or on a voicemail or other answering machine device or system. Customer consents and agrees that the Dealership may send to Customer text messages and mobile service commercial messages to Customer s wireless device. Customer grants this permission with respect to the telephone numbers and e-mail addresses provided to the Dealership or that are listed hereon. Customer consents and agrees that Customer may be charged by a wireless service provider in connection with receipt of telephone calls, text messages, mobile service commercial messages, or other types of messages to Customer s mobile telephone and/or wireless device. Customer may revoke authorization to receive these calls or messages at any time.

CHARGES FOR DIAGNOSTIC/PARTIALLY COMPLETED WORK: If Customer authorizes diagnostic work to estimate the cost of repair or commencement of repairs, but does not authorize completion of a repair or service, a charge will be imposed for disassembly, reassembly or partially completed work. The vehicle shall be reassembled to a condition reasonably similar as when received, unless Customer waives reassembly or the reassembled vehicle would be unsafe. Any charges will be directly related to the actual amount of labor or parts involved in the inspection, repair or service.

MINIMUM SHOP CHARGE: There is a minimum labor charge for inspection, diagnostic, or written estimate service of one flat rate hour.

SHOP SUPPLY CHARGES: Dealer uses miscellaneous standard shop supplies in connection with many vehicle repairs, which would be impractical to itemize. This charge represents costs and profits to the motor repair facility for miscellaneous shop supplies or waste disposal. The State of Florida requires a $1.00 fee to be collected for each new tire sold in the state (S.403.718) and a $1.50 fee to be collected for each new or remanufactured battery sold in the state (S.403.7185). This will not be charged if no repairs are performed.

PAYMENT TERMS: Customer agrees to pay for the inspection and repairs authorized, along with the necessary materials, in cash or approved credit card upon completion of the repairs. All charges for repairs, including labor and materials, are due and payable simultaneously with the delivery of the vehicle, or prior to delivery, upon the expiration of three (3) days after notice that the repairs have been completed. Notice shall be given to the customer using the contact information provided to the dealership. Interest charges will accrue on the unpaid balance of this account at the rate of 1.5% per month. An express lien is hereby acknowledged to secure the cost of labor, materials, and any other authorized charges.

STORAGE CHARGES: No storage charges shall accrue or be due and payable for a period of three (3) working days from the date you are notified that the work on your vehicle has been completed. After that date, the daily charge for storage of your vehicle will be $100.00 per day.

ATTORNEYS FEES: If either party institutes any legal proceeding to enforce any terms of this agreement, the prevailing party in such proceeding will be entitled to their reasonable attorneys fees and costs, up to and including all levels, up through appeal.

BROWN_AWB_000071