A02930

Mail Lien Satisfaction to: Dept of Highway Sa...nd Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0...

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SLA689X57KU113682 | 2019 | ROL | UT | | 6069 | 133115600 |

Date of Issue 12/17/2018

**Registered Owner:**

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062

Mail To:

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062-2001

**LIEN SATISFACTION**

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

---

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SLA689X57KU113682 | 2019 | ROL | UT | | 6069 | 133115600 |

| Prev. State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | WHI | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 11 MILES   12/03/2018 ACTUAL | | | 12/17/2018 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**Registered Owner**

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062

1st Lienholder

**NONE**

DIVISION OF MOTORIST SERVICES    TALLAHASSEE  FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robt R. Kynoch*
Robert R. Kynoch
Director

Control Number 139088167

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Excell Auto Group Inc

Address: 1001 Clint moore Rd #101, Boca Raton,

Seller Must Enter Selling Price: _____

Seller Must Enter Date Sold: 7-31-20    FL 33487

I/We state that this [ ] 5 [ ] 6 digit odometer now reads | 1 | 1 | 9 | 1 | 7 | 9 | 6 | x | 1 | (no tenths) miles, date read 7-31-20 and I hereby certify that to the best of my knowledge the odometer reading:

[x] 1. Reflects ACTUAL MILEAGE.    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _(signature)_
Print Here: Edwin Brown

CO-SELLER Must Sign Here: _____
Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name _____    License Number: _____

PURCHASER Must Sign Here: _(signature)_
Print Here: Todd J Sofoul

CO-PURCHASER Must Sign Here: _____
Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)    STATE OF FLORIDA

**Movant's Exhibit 18**

EXCELL_TRUSTEE_000716