## WHOLESALE ORDER

**Excell Auto Group, Inc.**
1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487
Direct: (561) 998-5557 • Fax: (561) 998-4703

# (Sold As Is)

DATE: 07/31/20

Purchaser: FORT LAUDERDALE COLLECTION

Address: 500 N FEDERAL HIGHWAY

City: POMPANO BEACH  State: FL  Zip: 33062

Contact Name: _____ Tel: (954)788-9600  Fax: _____

Year: 2019  Make: ROLLS-ROYCE  Model: CULLINAN

Color: WHITE  Body Style: SPORT UTILITY

I.D. Number: SLA689X57KU113682

Price: $ 295,000.00

### REGISTRATION AND TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE ABOVE AND THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WILL WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSONS.

This sale is solely a transaction between the buying and selling dealers - no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended; that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and with the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of his check shall be honored; and any stop payment order of a check or giving a check which is returned marked "Insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time of the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

**Movant's Exhibit 19**

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **EXCELL AUTO GROUP, INC.** _____ state that the odometer
TRANSFEROR'S NAME - SELLER - PRINT

(of the vehicle described below) now reads _____ 9,796 _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage WARNING - ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | BODY TYPE | MODEL |
|---|---|---|
| ROLLS-ROYCE | SPORT UTILITY | CULLINAN |
| VEHICLE ID NUMBER | | STOCK NUMBER |
| SLA689X57KU113682 | | 113682 |
| COLOR | TRIM | YEAR |
| WHITE | | 2019 |

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**EXCELL AUTO GROUP, INC.**

TRANSFEROR'S STREET ADDRESS
**1001 CLINT MOORE ROAD, SUITE 101**

| CITY | STATE | ZIP CODE |
|---|---|---|
| **BOCA RATON** | **FLORIDA** | **33487** |

| AUTHORIZED SIGNATURE ▶ | TRANSFEROR'S SIGNATURE (SELLER) X |
|---|---|
| DATE STATEMENT SIGNED | PRINTED NAME OF PERSON SIGNING X Alana Bailey |

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER)
FORT LAUDERDALE COLLECTION

TRANSFEROR'S STREET ADDRESS
500 N FEDERAL HIGHWAY

| CITY | STATE | ZIP CODE |
|---|---|---|
| POMPANO BEACH | FL | 33062 |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE (BUYER)

| TRANSFEREE'S SIGNATURE - (BUYER) | DATE SIGNED |
|---|---|
| PRINTED NAME OF PERSON SIGNING C-Dolivar, Agent | |

Case 22-15627-EPK  Doc 429-16  Filed 02/13/23  Page 1 of 5

EXCELL_TRUSTEE_000736

# Excell Auto Group

1001 Clint Moore Road  Suite 101
Boca Raton, FL 33487
(561) 998-5557
Fax: (561) 998-4703

RECEIPT

| CUSTOMER | RECEIPT # |
|---|---|
| | 10009123 |
| | DATE |
| | 8/03/20 11:34 |
| | AMOUNT |
| | 295000.00 |

FORT LAUDERDALE COLLECTION
500 N FEDERAL HIGHWAY
POMPANO BEACH, FL 33062

```
Payment Received:
        Check  1691                                                    295000.00
                                        Total Received:                295000.00

Payment Applied To: PAYMENT FOR 113682--FORT LAUDE
                                        Total Applied:                 295000.00
```

(C) 2009 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group (800)945-1028

EXCELL_TRUSTEE_000737

8/3/2020                                    Deposit checks - chase.com

# CHASE *for* BUSINESS

Printed from Chase for Business

---

## Deposit checks

✓ We received your deposit. You can print a receipt for your records.

---

| Date | Checks in deposit | Amount | Deposit to | Location | Deposit description |
|------|-------------------|--------|-----------|----------|---------------------|
| AUG 3, 2020 | 1 | **$295,000.00** | EAG Operating (...3181) | WORK | 113682 |

| Scan order | Check # | Amount | Running total | Status | Actions |
|------------|---------|--------|---------------|--------|---------|
| 1 | 001691 ▭ | $295,000.00 | — | — | Hide > |

Front



Back



---

JPMorgan Chase Bank, N.A. Member FDIC        ©2020 JPMorgan Chase & Co.        Equal Opportunity Lender ⌂

https://secure05b.chase.com/web/auth/dashboard#/dashboard/quickDeposit/deposit/confirm                                    1/1

EXCELL_TRUSTEE_000738

A02930

Mail Lien Satisfaction to: Dept of Highway Sa[___]nd Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0[_]

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SLA689X57KU113682 | 2019 | ROL | UT | 6069 | | 133115600 |

Date of Issue 12/17/2018

Registered Owner:

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062

**Lien Release**
Interest in the described vehicle is hereby released

By_____
Title_____
Date_____

Mail To:

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062-2001

..I..II..II.II....II...I.I.I.I.II...II.....II....II.I.I.I....II

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

## CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| SLA689X57KU113682 | 2019 | ROL | UT | 6069 | | 133115600 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | WHI | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 11 MILES   12/03/2018 ACTUAL | | | 12/17/2018 |

**Lien Release**
Interest in the described vehicle is hereby released

By_____
Title_____
Date_____

Registered Owner

EDWARD MAX BROWN
1115 HILLSBORO MILE
HILLSBORO BEACH  FL 33062

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES       TALLAHASSEE       FLORIDA       DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*
Robert R. Kynoch
Director

Control Number 139088167



*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Excell Auto Group Inc
Address: 1001 Clint moore Rd #101, Boca Raton,
Seller Must Enter Selling Price:
Seller Must Enter Date Sold: 7-31-20     FL 33487
I/We state that this [ ] 5 [ ] 6 digit odometer now reads 11 9 7 9 6 .X (no tenths) miles, date read 7-31-20 and I hereby certify that to the best of my knowledge the odometer reading:
[X] 1. reflects ACTUAL MILEAGE.    [ ] 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    [ ] 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: _____        CO-SELLER Must Sign Here: _____
Print Here: Edward Brown        Print Here: _____
Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____
Auction Name _____        License Number: _____

PURCHASER Must Sign Here: _____        CO-PURCHASER Must Sign Here: _____
Print Here: Teddi J Sofoul        Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

HSMV 82250 (REV. 3/15)       STATE OF FLORIDA

EXCELL_TRUSTEE_000716

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____ _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____   Purchaser's DL/ID _____
First                    MI              Last

Address _____   Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____   Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

ODOMETER CERTIFICATION. Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

Selling Dealer's License No.: VI/1014488/1   Selling Dealer's Name: Excell Auto Group Inc   Tax No.: [redacted] 3028-0   Tax Collected: R/S

Selling Dealer's Address: 1001 Clint Moore Rd #101, Boca Raton, FL 33487   Date Sold: 7-31-20

Purchaser's Name(s): Fort Lauderdale Collection   Address: 500 N Federal Hwy, Pompano Beach, FL 33062

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [ 9,796 ] XX (NO TENTHS) MILES, DATE READ 7/31/20 AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX   [X] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____

Print Here: _____   Print Here: _____

Seller/Agent Must Sign Here: _Alana Bailey_   Auction Name (When Applicable): _____

Print Here: Alana Bailey   Auction License Number: _____

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____

Selling Dealer's Address: _____   Date Sold: _____

Purchaser's Name(s): _____   Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [ ] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX   [ ] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____

Print Here: _____   Print Here: _____

Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____

Print Here: _____   Auction License Number: _____

Selling Dealer's License No.: _____   Selling Dealer's Name: _____   Tax No.: _____   Tax Collected: _____

Selling Dealer's Address: _____   Date Sold: _____

Purchaser's Name(s): _____   Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS [ ] XX (NO TENTHS) MILES, DATE READ ___/___/___ AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX   [ ] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____   Co-Purchaser Must Sign Here: _____

Print Here: _____   Print Here: _____

Seller/Agent Must Sign Here: _____   Auction Name (When Applicable): _____

Print Here: _____   Auction License Number: _____

EXCELL_TRUSTEE_000717