Movant's
Exhibit
21

# CULLINAN

## Rolls-Royce Owner's Manual



BROWN_AWB_000064