**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                          Chapter 11

AUTO WHOLESALE OF BOCA, INC.

                                                               Case No. 22-15627-EPK

            Debtor.

_____/

### DECLARATION OF JONATHAN C. EARGLE, CPA

1.      My name is Jonathan C. Eargle.

2.      I am over the age of 18 and am competent to testify.

3.      I am a Director in the financial advisory and consulting firm of GlassRatner Advisory & Capital Group, d/b/a B. Riley Advisory Services ("B. Riley Advisory"), with offices at 1400 Centrepark Boulevard, Suite 860, West Palm Beach, FL 33401. I have personal knowledge of the matter set forth herein.

4.      B. Riley Advisory was employed to serve as an accountant and financial advisor to Nicole Testa Mehdipour, Chapter 7 Trustee in the case of Excell Auto Group, Inc. ("Excell"), Case No. 22-12790-EPK. In the course of the employment, B. Riley Advisory became the custodian of records of Excell, which records the Trustee obtained directly from Excell's place of business. The records are kept at 1400 Centrepark Boulevard, Suite 860, West Palm Beach, FL 33401 and Life Storage, 1520 Belvedere Road, West Palm Beach, FL 33406 .

5.      I do hereby certify that the records batestamped as EXCELL_TRUSTEE_000001 to EXCELL_TRUSTEE_002380, ("Excell Records"), were provided to B. Riley Advisory by the Trustee, and that the Trustee obtained such records directly from the place of business of Excell.

68532481;1

Movant's
Exhibit
23

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2023.

_____
Jonathan C. Eargle, CPA

68532481;1