UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-15627-EPK CHAPTER 11

AUTO WHOLESALE OF BOCA, LLC,

Debtor.

_____/

### ARBY LIPMAN AND ARBY LIPMAN, LLC'S MOTION FOR AMENDED ORDER GRANTING MOTION TO COMPEL TURNOVER OF 2020 812 SUPERFAST FERRARI AND TO ABANDON TITLE

Arby Lipman, LLC and Arby Lipman, individually (collectively "Lipman"), request that this Court enter an order amending the order granting Lipman's Motion to Compel Turnover of 2020 812 Superfast Ferrari and To Abandon Title and state as follows:

1.    On September 20, 2022, this Court entered an order granting Lipman's Motion to Compel Turnover of 2020 812 Superfast Ferrari and To Abandon Title (the "Order")(ECF No. 131).

2.    In paragraph 4 of the Order, the Court permitted "the issuance of a new marketable title to the Vehicle in favor of Arby Lipman, LLC."

3.    However, the Order inadvertently excluded Arby Lipman, individually, as a party to whom title could be issued.

4.    As a result, Lipman requests that this Court enter an order which permits title to be issued to Arby Lipman, individually in addition to Arby Lipman, LLC. A proposed order is attached as Exhibit A.

WHEREFORE, Lipman respectfully requests this Court enter an amended order granting Lipman's Motion to Compel Turnover of 2020 812 Superfast Ferrari and To Abandon Title,

Mauro Law | 1001 Yamato Road, Suite 401 | Boca Raton, Florida 33431 | 561.202.1992 | www.MauroLawFirm.com

permitting title to be issued to Arby Lipman, individually, and awarding such other relief as may be just.

**MAURO LAW P.A.**

/s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 202-1922
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 14, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/  C. Cory Mauro
C. Cory Mauro
