**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,

Chapter 11

Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT the attorney listed below hereby appears as counsel for

Benidt Investments/Slinger, LLC ("**Benidt**") in the above-captioned matter.  Pursuant to Rules

2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy

Code sections 342 and 1109(b), Benidt requests that copies of any and all notices, pleadings,

motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits,

declarations, orders, and plan(s) of reorganization, or other documents, filed or entered in this case,

be transmitted to:

> PATRICIA A. REDMOND, ESQ.
> STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
> *Counsel for Benidt Investments/Slinger, LLC.*
> Museum Tower, Suite 2200, 150 West Flagler Street
> Miami, Florida 33130
> Email:  predmond@stearnsweaver.com
> Telephone: (305) 789-3200

PLEASE TAKE FURTHER NOTICE THAT this request includes, without limitation, not

only the notices and papers referred to in the provisions specified above, but also includes orders

and notices of any application, motion, petition, pleading, request, complaint, or demand, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier

service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that (1)

affects or seeks to affect in any way the rights or interests of Benidt or any other party in interest

1

in this case, including (a) the Debtor, (b) property of the Debtor or the Debtor's estate, or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody, or control of Benidt or others that the Debtor may seek to use or (2) requires or prohibits, or seeks to require or prohibit, any act, delivery of any property, payment or other conduct by Benidt or any other party in interest.

PLEASE TAKE FURTHER NOTICE THAT neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of Benidt (1) to have final orders in non-core matters entered only after de novo review by a higher court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 14, 2023

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:     (305) 789-3200
Facsimile:     (305) 789-3395

By:     */s/  Patricia A. Redmond*
         PATRICIA A. REDMOND, ESQ.
         Florida Bar No. 303739
         predmond@stearnsweaver.com
         *Counsel for Benidt Investments/Slinger, LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case, and (b) by First Class Mail on February 14, 2023 to those parties who are not registered to receive NEF in this case, as indicated on the Service List attached hereto.

By: */s/ Patricia A. Redmond*
PATRICIA A. REDMOND, ESQ.

<u>**SERVICE LIST**</u>
**Case No.: 22-15627-EPK**
**United States Bankruptcy Court, Southern District of Florida**

(a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Marc E Brandes    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- John M Brennan    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- Jerrell A Breslin    jb@richardbaronlaw.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    jay@farrowlawfirm.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Scott C Gherman    sgherman@scottghermanpa.com
- Daniel Gielchinsky    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- Travis A Harvey    tharvey@bakerdonelson.com
- Michael J. Harwin    mharwin@stearnsweaver.com
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Cory Mauro    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- John E Page     jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft     ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Ryan C Reinert     rreinert@shutts.com, jheard@shutts.com
- Jason S Rigoli     jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Ezequiel Joseph Romero     romeroe@bryancave.com, zeke.romero30@gmail.com
- Carlos E. Sardi     carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- Zach B Shelomith     zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg     bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver     esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness     david@softnesslaw.com
- Christian Somodevilla     cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- David M Unseth     dmunseth@bclplaw.com
- Harry Winderman     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

(b)  The following parties were served via First Class Mail on February 14, 2023.

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Harry Winderman
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

Benidt Investments/Slinger, LLC
Ryan Mitchell Wolis
200 E Las Olas Blvd Suite 2100
Fort Lauderdale, FL 33301

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin
150 W Flagler St. Suite 2200
Miami, FL 33130

6