

**ORDERED in the Southern District of Florida on February 15, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,          Chapter 11

     Debtor.

_____/

**AGREED ORDER GRANTING CREDITOR'S MOTION FOR EXTENSION**
**OF TIME TO REPSOND TO DEBTOR'S FIRST REQUEST**
**FOR PRODUCTION OF DOCUMENTS**
*(Cancels hearing scheduled for February 15, 2023 at 1:30 p.m.)*[1]

THIS CAUSE came on before the Court upon Creditor Woodside Credit, LLC's *Motion*

*for Extension of Time to Respond to Debtor's First Request for Production of Documents* [ECF

No. 381] (the "Motion"), and the Court, having reviewed the Motion and the file, noting that both

the Creditor and the Debtor agree to the relief granted herein, and being otherwise duly advised in

---

[1] The hearing currently scheduled on the Motion is cancelled upon entry of this Order.

the matter, it is

      **ORDERED** as follows:

    1.      The Motion is **GRANTED**.

    2.      Woodside Credit, LLC's deadline to respond to the Debtor's Request for Production of Documents [ECF #250], shall be extended, up to and including February 8, 2023.

###

**Submitted by:**

Christian Somodevilla, Esq.
LSS Law
2 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447
cs@lss.law

**Copies to:**

Christian Somodevilla, Esq.

Attorney Somodevilla is directed to serve copies of this order on all interested parties and to file a certificate of service