

**ORDERED in the Southern District of Florida on February 16, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                              **Case No. 22-15627-EPK**
                                                                         **Chapter 11**

**AUTO WHOLESALE OF BOCA, LLC,**

         **Debtor.**

_____/

**ORDER SETTING EVIDENTIARY HEARING ON**
**MOTIONS TO DISMISS OR CONVERT**

This matter came before the Court for hearing on February 15, 2023, upon *FVP's Motion to Dismiss or Convert to Chapter 7* [ECF No. 390] and *Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case under Chapter 7, or, in the Alternative, Motion to Dismiss* [ECF No. 403] (together, the "Motions"). For the reasons stated on the record, it is

ORDERED and ADJUDGED that the Court will hold an evidentiary hearing on the Motions [ECF Nos. 390, 403] on **March 27 and 28, 2023** commencing at **9:30 a.m. on each day.** The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.

###

Copy to:
David S. Softness, Esq.

*David S. Softness, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*