**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    CHAPTER 11

                                                 Case No.: 22-15627-EPK

      Debtor.

_____/

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 2091-1(A), Daniel Y. Gielchinsky, Esq. and DGIM Law, PLLC

("DGIM") hereby give notice of withdrawal as counsel for Quad Funding Partners, LLC, a

creditor, or party in interest to this case who is no longer a party to any pending contested matter

or adversary proceeding. Any future case filings may be served by U.S. Mail to:

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309

Date: February 17, 2023.                    Respectfully submitted,

                                    **DGIM Law, PLLC**
                                    2875 NE 191st Street, Suite 705
                                    Aventura, Florida 33180
                                    Phone: (305) 763-8708

                                By: /s/*Daniel Y. Gielchinsky*_____
                                    Daniel Y. Gielchinsky, Esq.
                                    Florida Bar No. 97646
                                    dan@dgimlaw.com
                                    Isaac M. Marcushamer, Esq.
                                    Florida Bar No. 60373
                                    isaac@dgimlaw.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all parties registered to receive electronic notice on this 17<u>th</u> day of February, 2023.

By: /s/*Daniel Y. Gielchinsky*
      Daniel Y. Gielchinsky, Esq.
      Florida Bar No. 97646
      dan@dgimlaw.com