UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,          CASE NO. 22-15627-EPK

　　　Debtor.                                                Chapter 11/Subchapter 5
_____/

**DEBTOR'S**
**UNOPPOSED *EX PARTE* MOTION TO CONTINUE CONFIRMATION HEARING**

**COMES NOW**, the Debtor, Auto Wholesale of Boca, LLC ("Debtor")[1], moves the

Court (the "Motion") to continue the confirmation hearing presently set in this chapter 11

case (the "Case" or the "Bankruptcy") for March 8th, 2023, and states the following.

1.　　This Case was filed under subchapter 5 of chapter 11 on July 22nd, 2022

("Petition Date").

2.　　Sub5 has tight time frames, with which Debtor has complied.

3.　　The Debtor filed its initial plan of reorganization on October 20, 2022 [ECF

#162].

4.　　The Court initially set confirmation and the usual panoply of deadlines by its

Order dated October 24, 2022 [ECF #166] (the "Scheduling Order").

5.　　The Debtor then filed its *First Amended Plan* on November 11, 2022 [ECF

#196] (as amended, the "Plan").

---

[1]　　FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP"), Hi Bar Capital and Franklin Capital are in agreement with the relief sought in this Motion.

6.      Subsequently, the ongoing litigation between and among the Debtor, FVP, Franklin, Hi Bar and Ed Brown in an adversary proceeding (Case No. 22-01218-EPK, the "FVP Adversary") has morphed – and continues to morph – into a much larger, more complicated matter.

7.      Given the complexity of the FVP Adversary and substantial discovery and deadlines related thereto, the Debtor and FVP sought to continue and reset the Plan Confirmation Hearing thereon, along with certain deadlines, to a later date. *See* ECF No. 239 (the "*First Motion to Continue*").

8.      The Court entered an agreed order granting the *First Motion to Continue* and reset the Confirmation Hearing, and certain related deadlines to coincide therewith, to January 18, 2023 [*see* ECF No. 247].

9.      However, given the complexity of the FVP Adversary and motion practice in both the Adversary Proceeding and Parent Case, the Parties (FVP and Debtor) agreed that the Confirmation Hearing needed to be continued and reset again; and, FVP and Debtor sought a continuance of the January 2023 Confirmation Hearing, along with certain associated deadlines. *See* ECF No. 289 (the "*Second Motion to Continue*").

10.     The Court granted the *Second Motion to Continue* and reset the Confirmation Hearing to March 8, 2023, at 2:00 p.m. (also continuing the deadlines for Filing Ballots, Objections to Confirmation and Filing of the Report of Plan Proponent to coincide therewith).  *See* ECF No. 297.

11.     In the interim, the FVP Adversary has continued to require the substantial commitment of time and effort by the parties (and their counsel) therein; and, the Court has entered a Pretrial Order which requires the matters in the FVP Adversary to be tried

in two (2) separate parts: a) ownership/property of estate determination; and, b) priority and extent of liens and encumbrances.

12.    Part 1 of the FVP Adversary is scheduled for Pretrial Conference on March 8th, 2023; and Part 2 of the FVP Adversary is set for Pretrial Conference on May 10th, 2023 – both Part 1 and part 2 have scheduled concomitant deadlines.

13.    The Court has also recently set a two-day hearing for March 27-28, 2023 [*see* ECF No. 439], on various *Motions to Dismiss/Joinders* [*see* ECF No.'s 390 and 403] filed in the Parent Case.

14.    The Debtor has also advised the parties-in-interest that Debtor intends to amend the *First Amended Plan*.

15.    The SubChapter V Trustee does not oppose resetting the Confirmation Hearing.

16.    By this Motion, the Debtor seeks to continue the Confirmation Hearing into June, 2023, along with certain related deadlines (*i.e.* -- continuing the deadlines for Filing Ballots, Objections to Confirmation and Filing of the Report of Plan Proponent to coincide therewith).

17.    Given the current status of the FVP Adversary[2] and the Parent Case, the scheduled hearings in the FVP Adversary and in the Parent Case (*i.e.* – *Motions to Dismiss/Joinders* as well as certain objections to claims (most of which have been abated pending the Court's ruling in the FVP Adversary)), and considering the complexity of this

---

[2] There is also a second adversary proceeding, (the "Benidt Adversary"), pending in Adv. Proc. No. 22-01424-EPK relating to a single vehicle in the possession of the Debtor and also claimed by the various litigants in the FVP Adversary.

Case and other matters relating to this Case it is requested that the March Confirmation Hearing be continued and reset (along with certain other deadlines) to June 2023.

18.    A proposed Order is submitted herewith should the Court grant the requested relief.

**WHEREFORE**, the Debtor respectfully moves this Court to continue the Confirmation Hearing into June 2023, and continue certain deadlines set forth above, and for such other and further relief as the Court deems to be just and equitable.

Dated February 17, 2023.


Respectfully submitted,


James B. Miller, PA
19 West Flagler Street, Suite 416
Miami, Florida 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
jbm@titlel1Law.com
bkcmiami@gmail.com

By:    /s/ James B. Miller
       James B. Miller, Esq.
       Florida Bar No. 0122548


*Attorney for the Debtor*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 2002-1(H), **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served *via* CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter which includes all creditors and parties-in-interest who have filed claims (which have not been stricken) in the Case, creditors and parties-in-interest who are represented by legal counsel and have appeared electronically in the Case, the US Trustee and the Subchapter V Trustee and *via* US Mail (first class postage prepaid upon Debtor this even date.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 9164

## Certificate of Admission

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 9164