

**ORDERED in the Southern District of Florida on February 22, 2023.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov**

In re:

AUTO WHOLESALE OF BOCA, LLC

Debtor.

_____/

Case No. 22-15627-EPK

Chapter 11

**AGREED ORDER GRANTING MOTION
TO COMPEL ABANDONMENT AND TURNOVER OF TITLE TO
2021 ROLLS ROYCE CULLINAN VIN# ENDING IN 4097 (ECF NO. 252)**

**THIS MATTER** came before the Court upon the *Motion to Compel Abandonment and Turnover of Title to 2021 Rolls Royce Cullinan VIN# Ending in 4097* (ECF No. 252) (the "Motion") filed by Edward Brown, which requested that this Court enter an Order directing the Debtor to abandon the title to a certain 2021 Rolls Royce Cullinan VIN #SLATV8C09MU204097, and turn over such abandoned title to Edward and Ashley Brown.  The Court held a preliminary hearing on the

Motion on January 11, 2023 at 1:30 p.m. (ECF No. 276), at which time the FVP Parties[1] (ECF No. 339), Hi Bar Capital, LLC (ECF No. 344), and the Debtor, Auto Wholesale of Boca, LLC, *ore tenus*, interposed objections to the relief sought by the Motion. The Court set an evidentiary hearing on the Motion for February 17, 2023 at 9:30 a.m. ("Evidentiary Hearing") (ECF No. 352). Prior to the Evidentiary Hearing, FVP withdrew its objection to the relief sought in the Motion, without prejudice. (ECF No. 421). At a hearing on February 15, 2023 at 1:30 p.m., the Debtor and Hi Bar Capital, LLC both announced the withdrawal of their objections to the relief sought in the Motion, and the Debtor requested that the evidentiary hearing be cancelled and the relief sought by Edward Brown in the Motion be granted. Therefore, there being no remaining objections to the relief sought in the Motion, and the Court, having reviewed the Motion and the *Notice of Filing Document in Further Support of Motion to Compel Abandonment and Turnover of Title to 2021 Rolls Royce Cullinan VIN# Ending in 4097 (ECF No. 252)* (ECF No. 341), having found proper and sufficient notice of the Motion was given to all interested parties (ECF Nos. 252, 354), and being otherwise fully advised in the premises, finds good cause to grant the relief requested, it is **ORDERED AND ADJUDGED** that:

1. The Motion (ECF No. 252) is **GRANTED**.

2. Any and all right, title, and interest of the Debtor, Auto Wholesale of Boca, LLC, in the 2021 Rolls Royce Cullinan VIN #SLATV8C09MU204097 (the

---

[1] The term "FVP Parties" shall refer to FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC.

"2021 Cullinan"), including the Debtor's certificate of title to the 2021 Cullinan, is **ABANDONED** by the Debtor.

3.      The Debtor shall mark "void" on its certificate of title to the 2021 Cullinan.

4.      The Florida Department of Highway Safety and Motor Vehicles, and any other governmental agencies are hereby authorized, but not directed, to remove any holds on the title to the 2021 Cullinan and to take any actions as may be necessary to allow for the avoidance and cancellation of the existing bare legal title in favor of the Debtor, Auto Wholesale of Boca, LLC, and for the issuance of a new marketable certificate of title to the 2021 Cullinan in favor of Edward and Ashley Brown.

5.      The Debtor, the Browns, and the Florida Department of Highway Safety and Motor Vehicles are authorized to take any such actions as may be necessary to effectuate the intent of the turnover and terms of this Order.

6.      The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order.  Such jurisdiction shall survive dismissal of the Debtor's bankruptcy case.

7.      This Order shall not affect the rights of any third parties, including but not limited to, FVP Parties and Hi Bar Capital, LLC, to claim any right, title, or interest in the 2021 Cullinan.

8.     Due to the abandonment by the Debtor of all right, title, and interest in the 2021 Cullinan, the Court declines to assert jurisdiction over the claims relating to the 2021 Cullinan in the Adversary Proceeding No. 22-01218-EPK, and all such claims relating to the 2021 Cullinan are denied, without prejudice to the non-Debtor parties seeking a determination of their respective interests in the 2021 Cullinan in an appropriate forum.

9.     The Clerk of Court shall also docket this Order in the Adversary Proceeding.

###

Submitted by:

Amanda Klopp, Esq.
**AKERMAN LLP**
777 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: amanda.klopp@akerman.com

Attorney Klopp is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.