UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                              Case No. 22-15627-EPK
                                                    Chapter 11 Subchapter V

AUTO WHOLESALE OF BOCA, LLC,

_____Debtor._____ /
FVP OPPORTUNITY FUND III, LP, a
Delaware limited partnership; FVP
INVESTMENTS, LLC, a Delaware
limited liability company; and FVP
SERVICING, LLC, a Delaware limited
liability company,

Plaintiffs,

vs.                                                 Adv Case No.: 22-01218-EPK

AUTO WHOLESALE OF BOCA, LLC,

Defendant.

_____/

**DEBTOR'S EMERGENCY APPLICATION FOR
EMPLOYMENT OF BERKOWITZ POLLACK BRANT (AND
JOEL GLICK) AS FORENSIC AND ACCOUNTING EXPERT**

Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor"), applies (the "Application")

for authorization and approval of the employment of JOEL GLICK ("Glick") and the accounting

firm of Berkowitz Pollack Brant ("BPB") as forensic and accounting expert for the Debtor, *Effective*

February 21, 2023, and respectfully represents:

1.     The Debtor is the Debtor-in-Possession in the Case of Auto Wholesale of Boca, LLC
       (Case No. 22-15627_EPK ("Parent Case")) based upon the filing of the Petition
       [Parent ECF No. 1] on July 22, 2022.

2.     Debtor is a Defendant as well in Adv. Proc. No. 22-15627 (the "FVP Adv. Proc.").

3.     Furthermore, Debtor is also subject of motions to dismiss, which have been set for

1

evidentiary hearings March 27-28, 2023.

4. Given the allegations of financial impropriety in the Parent Case relating to the Motions to Dismiss (filed by FVP and the Chapter 7 Trustee of the Bankruptcy Estate of Excell Auto Group Inc.), as well as the late filed expert report in the FVP Adv. Proc. by FVP, Debtor believes it is in the best interests of the estate to employ a forensic/accounting expert to assist in the two (2) adversary proceedings and the parent case.

5. Joel Glick is a partner at BPB, a certified public accountant and a Director of Forensic Advisory Services at BPB. Glick's Curriculum Vitae is attached hereto as Exhibit "2".

6. Furthermore, Glick has also served as an accounting and forensic expert in numerous cases, including federal district court and bankruptcy court over the years of his practice.

7. In order for the Debtor to better be able to defend itself in regards to the two adversary proceedings and the related motions to dismiss, it is essential that Debtor employ BPB and Glick as accounting and forensic experts to assist in these matters.

8. The Debtor wishes to enter into a retainer agreement (see Exhibit "3" hereto), and advance the initial retainer of $5,000.00 as well as remit the sums due thereunder as invoiced to the Debtor and after approval by the Court.

9. The scope of the employment will relate to the need for forensic and accounting expert analysis, issuance of reports for trial/evidentiary purposes, and review of all financial information relating thereto.

2

10. BPB and Glick neither hold nor represent any interests adverse to the estate in the matters upon which it is to be employed, is a "disinterested person" as that term is defined by 11 U.S.C.§ 101(14) and § 327(a) and (d), and their employment would be in the best interests of the estate and its creditors. An affidavit in support of this application is attached hereto as Exhibit "!".

11. BPB and Glick have agreed to perform the foregoing services at the ordinary and usual hourly billing rates of its members who will perform services in this matter as set forth in Exhibit "3". BPB/Glick will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement as well.

12. BPB/Glick recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. § 330.

13. BPB/Glick are otherwise well-qualified to serve as forensic and accounting experts for the Debtor for the purposes required.

14. BPB/Glick has been retained as accountants, forensic experts and financial consultants to render professional services to trustees, debtors, creditors, plaintiffs and defendants and others in numerous state, federal and bankruptcy court matters. Glick is also a Certified Public Accountant (CPA), a Certified Fraud Examiner (CFE) and Certified in Financial Forensics (CFF).

**WHEREFORE**, the Debtor respectfully requests that this Court enter an order approving the selection and employment by the Debtor of BPB/Glick as their forensic experts and accountants to perform the services set forth in this Application and related matters, upon the terms and conditions set forth herein.

I HEREBY CERTIFY that a true copy of the Application (with attachments) was served by transmission of Notices of Electronic Filing generated by CM/ECF to this parties registered to receive electronic notices of filing in the Parent Case and in the FVP Adv. Proceeding this 23rd day of February, 2023.

Dated: February 23, 2023

JAMES B. MILLER, P.A.
James B. Miller, Esq.
Counsel to Debtor
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250

 /s/ James B. Miller
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

### Certificate of Admission

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

 /s/ James B. Miller
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164