

# CURRICULUM VITAE

## JOEL D. GLICK

**Joel D. Glick**, CPA/CFF, CFE is a Director of the Forensic Advisory Services practice for Berkowitz Pollack Brant Advisors + CPAs, LLP.

Mr. Glick has extensive experience providing forensic and litigation support services in a wide array of matters, as both an expert and a consultant. He has testified as an expert in both Federal and State matters and has been qualified as an expert in U.S. Bankruptcy Court.

**Practice areas include:**

- Fraud and forensic accounting investigations
    - Ponzi schemes
    - Embezzlement
    - Construction cost investigations
- Bankruptcy, receivership and other insolvency matters
    - Fraudulent transfer and preference analysis
    - Tracing
- Calculation of economic damages
    - Breach of contract
    - Shareholder disputes
    - Non-compete covenants
    - Business interruption
- Litigation support services
- Preparation of prospective financial information, financial forecasts
- Financial consulting and business advisory services

**Business Background:**

| | |
|---|---|
| Berkowitz Pollack Brant, Advisors and CPAs, LLP, *Miami and Ft. Lauderdale, FL* | 1997 – Present |
| Mallah, Furman & Company, P.A., *Miami, FL* | 1991 – 1997 |
| Dohan, Simon & Company, P.A., *Kendall, FL* | 1990 – 1991 |

**Qualifications**

Certified Public Accountant (CPA), 1994 (Florida)
American Institute of Certified Public Accountants



**EXHIBIT**

"2"

*Joel D. Glick*                         *Curriculum Vitae*                         *Page 2*

Certified in Financial Forensics (CFF), 2008
  American Institute of Certified Public Accountants

Certified Fraud Examiner (CFE), 2010
  Association of Certified Fraud Examiners

## Educational Background

University of Florida, 1989
  Fisher School of Accounting
  Bachelor of Science in Accounting

Nova Southeastern University, 1992

## Publications and Articles

"Do You Need A Construction Overrun Investigation?", *BPB Advisory Flash*, Miami, Fl; Berkowitz Pollack Brant Advisors +CPAs, August 17, 2022

"Avoiding Usury Traps in Business Lending Arrangements", *BPB Advisory Flash*, Miami, Fl; Berkowitz Pollack Brant Advisors +CPAs, July 12, 2022.

"Is Your Loan in Violation of Florida Usury Law?", *BPB Advisory Flash*, Miami, Fl; Berkowitz Pollack Brant Advisors + CPAs, April 25, 2022.

"Lessons in Bankruptcy for Struggling Business Owners", *BPB Advisory Flash*, Miami, Fl; Berkowitz Pollack Brant Advisors + CPAs, August 20, 2020.

"Small and Mid-Size Businesses to Receive More Relief Under Main Street Lending Program", *BPB Advisory Flash*, Miami, Fl; Berkowitz Pollack Brant Advisors +CPAs, June 15, 2020.

"Do You Need a Construction Overrun Investigation?" *Success Magazine, Berkowitz Pollack Brant Year in Review: Volume 3*, 2015

"Is Your Loan in Violation of State Usury Laws?" BPB Firm Article, Miami, FL Berkowitz Pollack Brant Advisors and Accountants, October 2014

## Professional Memberships

American Institute of Certified Public Accountants

Florida Institute of Certified Public Accountants

Association of Certified Fraud Examiners

**Joel Glick**
**Listing Of Cases Testified In**
**As An Expert Witness**

| COURT | JUDGE | CASE NAME/SUBJECT MATTER | REPRESENTED | YEAR |
|---|---|---|---|---|
| In The United States District Court For the Eastern District of Texas | Hon. Robert W. Schroeder III | TIGI Linea Corp., f/k/a TIGI Linea, L.P., Plaintiff/Counter-Defendant vs. Professional Products Group, LLC, Defendant/Counter-Plaintiff Case No. 4:19-CV-840 **(Deposition)** | Professional Products Group, LLC | 2021 |
| In The United States District Court Southern District of Florida | Hon. Aileen M. Cannon | JUST PLAY, LLC, Plaintiff, vs. FITZMARK, INC., Defendant. Case No. 20-80663-CIV **(Trial)** | JUST PLAY, LLC | 2021 |
| In The United States District Court Southern District of Florida | Hon. Rodolfo A. Ruiz II | SECURITIES AND EXCHANGE COMMISSION, vs. COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a PAR FUNDING, et al., Defendants. CASE NO. 20-CV-81205-RAR **(Deposition)** | Complete Business Solutions Group, INC. d/b/a PAR Funding | 2021 |
| In The Circuit Court of the Twentieth Judicial Circuit In And For Lee County, Florida | Hon. Keith R. Kyle | A&E Adventures, LLC, a Florida limited liability company, Plaintiff v. GCTC Holdings, LLC, a Delaware limited liability company, Defendant Case No. 19-CA-8510 **(Trial)** | A&E Adventures, LLC | 2021 |
| In The United States District Court Southern District of Florida | Hon. Rodolfo A. Ruiz II | SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. COMPLETE BUSINESS SOLUTIONS GROUP, INC. d/b/a/ PAR FUNDING. Et. Al. Case No.9:20-cv-81205 **(Deposition)** | Complete Business Solutions Group, Inc. dba Par Funding, et al | 2021 |
| In The United States District Court Southern District of Florida | Hon. Aileen M. Cannon | JUST PLAY, LLC, Plaintiff, vs. FITZMARK, INC., Defendant. Case No. 20-80663-CIV **(Deposition)** | JUST PLAY, LLC | 2021 |
| In The United States District Court Middle District Of Tennessee Nashville Division | Hon. Eli J. Richardson | AUTOMOTIVE EXPERTS, INC. Plaintiff, vs. KEITH KALLBERG, KATHRYN KALLBERG, KALLBERG EMERGENCY MANAGEMENT, INC., MATTHEW KALLBERG, and LISA KALLBERG Defendants Case No. 19-CA-8510 **(Deposition)** | Keith Kallberg, Kathryn Kallberg, Kallberg Emergency Management, Inc., Matthew Kallberg, and Lisa Kallberg | 2020 |
| In The Circuit Court of the Twentieth Judicial Circuit In And For Lee County, Florida | Hon. Keith R. Kyle | A&E Adventures, LLC, a Florida limited liability company, Plaintiff v. GCTC Holdings, LLC, a Delaware limited liability company, Defendant Case No. 19-CA-8510 **(Deposition)** | A&E Adventures, LLC | 2020 |
| American Arbitration Association | Hon. Joshua W. Martin, III | U.S. ECOGEN POLK, LLC, a Delaware limited liability company, Claimant and Counterclaim Respondent, vs. DUKE ENERGY FLORIDA, LLC (f/k/a Florida Power Corporation, Inc., a Florida limited liability company), Respondent and Counterclaimant. Case No. 01-19-0001-0249 **(Trial)** | U.S. ECOGEN POLK, LLC | 2020 |
| In The United States District Court Southern District of Florida | Hon. Donald M. Middlebrooks | LB Pharma Serves, LLC v KrunchCash, LLC and Jeffrey Hackman 9:20-cv-80141-DMM **(Deposition)** | LB Pharma Service, LLC | 2020 |
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | Honorable William Thomas | D.P. Monaco, LLC, a Florida limited liability company, Plaintiff, vs. Chateau Beach, LLC, a Florida limited liability company, and Coastal Construction Group of South Florida, Inc., a Florida corporation, Defendants **(Deposition)** | D.P. Monaco, LLC | 2019 |

1

## Joel Glick
## Listing Of Cases Testified In
## As An Expert Witness

| COURT | JUDGE | CASE NAME/SUBJECT MATTER | REPRESENTED | YEAR |
|---|---|---|---|---|
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | Honorable Jacqueline Hogan Scola | SBM ACQUISITION 2, LLC, a Florida limited liability company, as substituted Party Plaintiff to METROPOLITAN MTG. CO. OF MIAMI, a Florida Corporation, Plaintiff, vs. IVOR HANO ROSE and RITA STARR, his wife, MICHAEL A. STERN, an individual; 900 COLLINS 10 AVE., LLC, a dissolved Florida limited liability company; CITY OF MIAMI BEACH, FLORIDA, CITY OF MIAMI, FLORIDA, Defendants **(Deposition)** | METROPOLITAN MTG. CO. OF MIAMI | 2018 |
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | Honorable William Thomas | CRAIG A. FINGOLD, individually and as TRUSTEE of the FINGOLD FAMILY 2004 TRUST u/a/d JUNE 10, 2004, individually and derivatively in the right and for the benefit of KF PROPERTY HOLDINGS, LLC, a Florida Limited Liability Company Plaintiffs, vs. R. LEE KRELSTEIN, an Individual, R. LEE KRELSTEIN, as TRUSTEE of the R. LEE KRELSTEIN DECLARATION OF TRUST DATED SEPTEMBER 13, 2007, and L & L INTERNATIONAL I, L.L.C., a Florida Limited Liability Company, Defendants. **(Deposition)** | Craig Fingold | 2018 |
| In The Circuit Court, Seventh Judicial Circuit, In And For Volusia County, Florida | None assigned at time of deposition | Exxelia Usa Holding, Inc. And Exxelia-RAF Tabtronics, LLC, Plaintiffs, v. Robert Malkani, James Tabbi, RBM Technologies, Inc., Attractive Technologies, Inc., Defendants. **(Deposition)** | Exxelia Usa Holding, Inc. And Exxelia-RAF Tabtronics, LLC | 2018 |
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | Hon. John W. Thornton | JEANETTE RAIJMAN BIBLIOWICZ, Individually and derivatively as Co-Trustee of the 2003 Waserstein Family Trust in the Right of and for the Benefit of the Miami Lakes Office Center, Inc, v. RICHARD WASERSTEIN, and individual, ALAN WASERSTEIN, an individual and as Trustee of the ATS TRUST; CHARLES WASERSTEIN, an individual; MARTA WASERSTEIN, an individual, et al., **(Deposition)** | Jeanette Raijman Bibliowicz | 2017 |
| United States District Court Southern District of Florida Miami Division | Hon. Marcia G. Cooke /Hon. Edwin G. Torres | Jonathan B. Kling v. Jon Bourbeau, P.A. and Jon Bourbeau Case no. 15-22439-CIV-Cooke/Torres **(Deposition)** | Jon Bourbeau, P.A. and Jon Bourbeau | 2016 |
| In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL | Honorable Rosa I. Rodriguez | Matthew Rocca v. Victor Rones individually, as Co-Personal Representative of the Estate of Sidney Boyansky, etc., Irene Boyansky, individually, and as Co-Personal Representatives of the Estate of Sidney Boyansky, etc., and Emile Martin, individually, and as successor Co-Trustee of the Second Restated Sidney Boyansky Revocable Trust, et al Local Case No.11-596-CP-02 **(Deposition)** | Rones, Boyansky & Martin | 2015 |
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Adv. No 11-03014-BKC-RBR-A RRA, Stettin as Trustee v Frank Preve et al [ECF No. 67] **(Deposition)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2013 |

**Joel Glick**
**Listing Of Cases Testified In**
**As An Expert Witness**

| COURT | JUDGE | CASE NAME/SUBJECT MATTER | REPRESENTED | YEAR |
|---|---|---|---|---|
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Hearing on Motion to Approve Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors **(Deposition)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2013 |
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Hearing on Motion to Approve Second Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code Proposed Jointly by the Trustee and the Official Committee of Unsecured Creditors **(Hearing)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2013 |
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Motion to Approve Settlement and Compromise with (i) Centurion Structured Growth LLC, Platinum Partners Credit Opportunities Master Fund LP, Platinum Partners Value Arbitrage Fund LP, and Level 3 Capital Fund LP (the "Funds"); and (ii) Regent Capital Partners LLC, Mark Nordlicht and his wife Dahlia Kalter Nordlicht, Murray Huberfeld and his wife Laura Huberfeld, David Bodner and his wife Naomi Bodner, and the Bodner Family Foundation [ECF No. 3185] **(Deposition)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2012 |
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Hearing on Motion to Approve Settlement and Compromise with (i) Centurion Structured Growth LLC, Platinum Partners Credit Opportunities Master Fund LP, Platinum Partners Value Arbitrage Fund LP, and Level 3 Capital Fund LP (the "Funds"); and (ii) Regent Capital Partners LLC, Mark Nordlicht and his wife Dahlia Kalter Nordlicht, Murray Huberfeld and his wife Laura Huberfeld, David Bodner and his wife Naomi Bodner, and the Bodner Family Foundation [ECF No. 3185] **(Hearing)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2012 |
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Motion to Substantively Consolidate Alleged Debtor Banyon 1030-32, LLC with and Into the Debtor's Bankruptcy Estate Nunc Pro Tunc to November 30, 2009 **(Deposition)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2011 |
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Hearing on Motion to Substantively Consolidate Alleged Debtor Banyon 1030-32, LLC with and Into the Debtor's Bankruptcy Estate Nunc Pro Tunc to November 30, 2009 **(Hearing)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2011 |

## Joel Glick
## Listing Of Cases Testified In
## As An Expert Witness

| COURT | JUDGE | CASE NAME/SUBJECT MATTER | REPRESENTED | YEAR |
|---|---|---|---|---|
| United States Bankruptcy Court Southern District of Florida, Ft. Lauderdale Division | Honorable Raymond B. Ray | Rothstein Rosenfeldt Adler, P.A., Debtor Chapter 11 Bankruptcy  Case No.09-34791-BKC-RBR Hearing on Emergency Verified Motion and Supporting Memorandum of Law of the Plaintiff, Chapter 11 Trustee Herbert Stettin, for Entry of Preliminary Injunction and for other Relief and Request for Judicial Notice [D.E. 47] **(Hearing)** | The Honorable Herbert Stettin as Chapter 11 Trustee | 2010 |