

**Berkowitz Pollack Brant** Advisors +CPAs

February 21, 2023

James B. Miller, Esquire
James B. Miller, P.A.
19 W. Flagler Street, Suite 416
Miami, Florida 33130

Re: Auto Wholesale of Boca, LLC v. Edward Brown, et al.

Dear Mr. Miller:

This is an agreement between Berkowitz Pollack Brant Advisors + CPAs ("BPB", "Firm" or "We") and James B. Miller, P.A. (the "Client" or "you") to provide the Services ("the Services" or "Engagement") described below. The purpose of this letter (the "Services Letter"), including Attachment A, (collectively, the "Agreement"), is to confirm the scope and terms of our Services Engagement. You and BPB both understand that our retention in this matter is subject to Bankruptcy Court approval pursuant to 11 U.S.C. §327.

## Our Services:

The Firm will provide forensic consulting support services as requested by a representative of the firm of James B. Miller, P.A., pertaining to the matter of Auto Wholesale of Boca, LLC v. Edward Brown, Franklin Capital Funding LLC, FVP Opportunity Fund III LP, FVP Investments LLC, FVP Servicing LLC, Karma of Palm Beach Inc., Karma of Broward Inc., Excel Auto Group Inc and Hi Bar Capital LLC.

The Firm will consult with a representative of James B. Miller, P.A. with a view toward a member of the Firm appearing as an expert witness.

The Firm's Services may include investigatory accounting services, forecasts, advice on the accounting aspects of litigation matters, tax considerations, valuations and other services as required. The Services do not include an audit, review or compilation in accordance with Generally Accepted Auditing Standards of any financial statements.

Client will advise the Firm, with sufficient notice, of the work to be performed by the Firm and the requirement for appearance in court.

MIAMI  |  FT. LAUDERDALE  |  BOCA RATON  |  WEST PALM BEACH  |  NEW YORK CITY



**EXHIBIT**
" 3 "

James B. Miller, Esquire
James B. Miller, P.A.
February 21, 2023
Page 2

## Our Fees:

Our fees for the Services will be billed at our standard hourly rates in effect at the time Services are rendered, plus travel and other out-of-pocket costs (see Attachment A). Auto Wholesale of Boca, LLC (hereinafter the "Party Responsible for Payment") will be solely responsible for the payment of our professional fees and other out-of-pocket costs.

It is agreed that with the execution of this Agreement, a Five Thousand and 00/100 Dollar ($5,000.00) retainer will be paid to the Firm and applied against the final billing for services rendered.

Attachment A is an integral part of this Agreement. By signing this package, you confirm that you had read and agree to the terms and conditions as specified in Attachment A.

Please confirm your acceptance of this Agreement including Attachment A by signing below and returning it to us. We have enclosed an extra copy of this letter and Attachment A for your records.

We are grateful for the opportunity to assist you and look forward to working with you. In the event you have any questions or comments, please contact me.

Very truly yours,

Joel D. Glick
For the Firm

BPB/bc

Enclosure

James B. Miller, Esquire
James B. Miller, P.A.
February 21, 2023
Page 3

ACCEPTED AND AGREED:


_____       _____   _____
James B. Miller, P.A.                         Title                      Date

Regarding the Fees, Billing Policy and Other Service Terms and Conditions as specified in Attachment A ("Party Responsible for Payment"):


_____       _____
Auto Wholesale of Boca, LLC                  Date



Please include the following information regarding the Party Responsible for Payment representative to whom the Firm will send its invoices:


_____
Name

_____
Title

_____
Company

_____
Address

_____
Phone Number

_____
Fax Number

_____
E-mail Address

<u>James B. Miller, P.A.</u>

**Attachment A**
**Berkowitz Pollack Brant**
**Advisors + CPAs**
**Service Terms and Conditions**
**February 21, 2023**

It is understood and agreed that the terms and conditions in this Attachment A are incorporated into the Berkowitz Pollack Brant Advisors + CPAs ("BPB") Services Letter ("Services Letter") to which it is attached.   The addressee of the Services Letter, (referred to herein as "You," "Client," "Party and Parties," "Your," or "Parties Responsible for Payment"), by signing the Services Letter, agrees to all of the terms and conditions in this Attachment A.  In the event that there is a conflict between this Attachment A and the letter, including any other attachments, or amendments to the Agreement, the terms of Attachment A shall control. All capitalized and/or defined terms in the Services Letter shall have the same meaning herein.

1.        <u>Payment and Invoices</u>

BPB will submit applications for compensation and reimbursement of expenses, pursuant to Sections 328, 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules of the Southern District of Florida, and the terms of any order entered in these cases governing interim compensation for services rendered and costs incurred on behalf of the Debtor. To the extent approved by the Court, the parties agree that Moshe Farache shall guarantee payment of any shortfall that may exist between the amounts included in the aforementioned applications and the amount received by the Debtor (as awarded/ordered by the Court).

Our current hourly rates are as follows:

| | |
|---|---|
| Directors | $500 - $560 |
| Associate Directors | $420 - $495 |
| Senior Managers | $340 - $420 |
| Managers | $260 - $300 |
| Senior Associates | $200 - $250 |
| Associates | $155 - $190 |
| Paraprofessionals | $100 - $150 |

_____
Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 2

2.    Term

a. This engagement may be terminated by either party at any time by giving written notice within thirty (30) days.

b. The Firm requires payment on all outstanding invoices prior to a member of the Firm appearing as an expert witness and providing testimony in any forum.

c. The Firm may, in its sole discretion, suspend services to be provided pursuant to this agreement if an invoice becomes 30 days overdue or if all outstanding invoices are not paid prior to a Firm member appearing as an expert witness and providing testimony.  We may cease all work until outstanding invoices are paid and/or withdraw from this engagement.  If the Firm elects to terminate its services for nonpayment, the engagement will be deemed to have been completed and the Firm shall be compensated for all time expended and reimbursed for all out-of-pocket expenditures through the date of termination.

3.    Data Security

BPB and you shall each comply with privacy laws, to the extent applicable to such party's performance of its respective obligations under this Agreement.  BPB shall use commercially reasonable efforts to provide a secure environment for receipt and transmission of information.  A summary of BPB's data security policies and procedures will be made available upon request.  In no event shall BPB have any liability for damages relating solely to a breach of data security to the extent arising from the failure of services provided by third parties (e.g., telecommunications carriers), including but not limited to delays or errors related to the third-party software providers caused by systems or components outside of the BPB network, including but not limited to client hardware, software and/or networking systems, telecommunications systems, Internet access, telephone access lines and telephone and communications equipment.

In providing services under this agreement, BPB will not be the sole host or custodian of your original records. If you request at the conclusion of this engagement, all original records will be returned you and you should safeguard them as they be required at a future date. Nonetheless we may make copies for our records at our discretion.

_____
Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 3

4. **<u>INDEMNITY FOR CLAIMS ALLEGED OR THREATENED AGAINST BPB</u>**

In the event you provide information that is false or incomplete as set forth below, Client and Party Responsible for Payment shall, upon of receipt of written notice, indemnify-defend and hold harmless BPB and its personnel, including, but not limited to partners, principals, directors, employees, agents and contractors (collectively the "Indemnified Party"), from and against any liability, damages, fees, expenses, losses, demands and costs incurred in connection with the investigation of, preparation for or defense of any pending or threatened claim or action or proceeding against BPB, whether or not BPB is a party and whether or not asserted by Client or a third party arising from or relating to: (i) your intentional or knowing misrepresentations; (ii) knowingly false or incomplete information provided to us by you or your agents; (iii) any third-party claims resulting from (i) above or (ii) above related to the Services provided under this Agreement, even if BPB has been negligent in performing its duties.

However, this indemnity shall not apply to gross negligence or intentional misconduct by BPB.

**CLIENT AND PARTY RESPONSIBLE FOR PAYMENT READ AND AGREED TO THIS SECTION 4 INDEMNITY FOR CLAIMS ALLEGED OR THREATENED AGAINST BPB.** _____(Party Responsible for Payment initials)

5. <u>Services Rendered by BPB in Connection with Proceedings involving Client, Party Responsible for Payment or other Third Parties Not Alleged or Threatened Against BPB</u>

Our costs, expenses and time spent in legal and regulatory matters or proceedings in which we are not a party, such as subpoenas, testimony, bankruptcy filings or proceedings, consultation involving private litigation, arbitration, government or industry regulation inquiries, whether made at your request, the request of a third party or by subpoena or equivalent, will be billed to you separately at our current rates. The terms of this paragraph shall also apply to any third-party proceedings that arise after the termination of this Agreement.

_____
Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 4

6.      Dispute Resolution

Any dispute arising under this agreement (including but not limited to the scope, nature and quality of services performed by the Firm, the Firm's fees and other terms of the engagement) shall be submitted to mediation.  A competent and impartial third party, acceptable to the parties, shall be appointed to mediate, and the parties shall pay equal amounts of the mediator's fees and expenses.  If the dispute is not resolved in mediation, the mediation shall terminate and the dispute shall be settled by arbitration.  No arbitration proceedings shall be commenced under this agreement until at least 60 days after the first joint meeting among the parties and the mediator.

**THE CLIENT AND PARTY RESPONSIBLE FOR PAYMENT AGREE THAT ANY DISPUTE ARISING OUT OF OR RELATING IN ANY WAY TO THIS AGREEMENT SHALL BE SUBMITTED TO, AND RESOLVED EXCLUSIVELY AND FINALLY THROUGH, BINDING ARBITRATION CONDUCTED UNDER THE RULES OF THE AMERICAN ARBITRATION ASSOCIATION WHICH PERTAIN TO THE RESOLUTION OF CLAIMS AGAINST ACCOUNTANTS.  THE ARBITRATION PANEL SHALL BE VESTED WITH THE FULLEST AUTHORITY PERMITTED UNDER APPLICABLE LAW TO DECIDE ANY AND ALL ISSUES, INCLUDING BUT NOT LIMITED TO THE EXISTENCE, SCOPE, VALIDITY, AND/OR ENFORCEABILITY OF THIS AGREEMENT AND THE ARBITRABILITY OF ANY AND ALL DISPUTES.**  The three-person arbitration panel shall include a certified public accountant who is currently practicing public accountancy and who has at least 10 years of experience in public accountancy outside of any county in which we have an office location.  The Client and Party Responsible for Payment shall select one arbitrator and the Firm shall select one arbitrator.

The third person of the panel will be mutually agreed upon by the Client, Party Responsible for Payment and the Firm. In the event that the Client, Party Responsible for Payment and the Firm are unable to agree upon a third arbitrator, the two arbitrators selected shall select a third arbitrator within 30 days of the latest of their appointment.  The Parties shall pay equal amounts of the fees and expenses of arbitration, exclusive of their own representation.

Discovery shall be permitted in connection with the arbitration only to the extent, if any,

_____
Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 5

expressly authorized by the arbitrators upon a showing of substantial need by the party seeking discovery.

The arbitration proceeding and all information disclosed during the arbitration shall be maintained as confidential, except as may be required for disclosure to professional or regulatory bodies or in a related confidential mediation or arbitration.  The arbitrators shall be neutral and all communications with the arbitrators must be fully disclosed. The standard award issued by the arbitration panel may be confirmed by any federal or Florida state court of competent jurisdiction. **THE CLIENT AND RESPONSIBLE FOR PAYMENT HEREBY IRREVOCABLY WAIVE, TO THE FULLEST EXTENT PERMITTED BY LAW, ALL RIGHTS TO TRIAL BY JURY IN ANY ACTION PROCEEDING OR COUNTERCLAIM RELATING TO THIS ENGAGEMENT.**

7.    Recruiting of Professional/Business Staff

Should an employee of the Firm be hired by a client or party responsible for payment, the Firm would not only incur significant costs of recruiting/placement fees to replace the professional but also a loss of revenue for an indefinite period of time. Given this, by executing this engagement letter, the Client and Party Responsible for Payment agree not to solicit Firm employees and agree that if a Firm employee is hired during the term of this engagement letter or for a period of six months thereafter, the hiring party will pay a fee equal to 100% of the annual compensation offered to the individual hired. This fee will be due upon the date of hire of the employee.

8.    Other Provisions

a.    Client and/or Party Responsible for Payment Responsibilities

By signing this agreement, the Party Responsible for Payment agrees that it and its staff shall provide complete and accurate information to BPB, and further agrees that it will provide BPB with reasonable facilities and timely access to data, information and personnel.  The Party Responsible for Payment shall be responsible for the performance of your personnel and agents and for the accuracy and completeness of all data and information they provide to us.  The Party Responsible for Payment acknowledges and agrees that our performance is dependent upon the

_____
Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 6

timely and effective satisfaction of its responsibilities hereunder and timely decisions and approvals in connection with the Services.

b.      Use of Name

Client hereby grants to BPB the limited, royalty-free, non-exclusive and non-transferrable right and license to list the name of client in the marketing materials of BPB for the sole purpose of informing the public that client is a client of BPB.

This right and license shall not enable BPB to describe any information regarding the purpose for which BPB is retained by client without the prior written consent of client.

c.      Force Majeure

Except for the payment of money,  no party shall be liable for any delays or nonperformance resulting from circumstances or causes beyond its reasonable control, including, without limitation, acts or omissions or the failure to cooperate by the other party (including, without limitation, entities or individuals under its control, or any of their respective officers, directors, employees, other personnel and agents) acts or omissions or the failure to cooperate by any third party, fire, epidemic or other casualty, act of God, strike or labor dispute, war or other violence; or any law, order, or requirement of any governmental agency or authority.

d.      Independent Contractor

It is understood and agreed that the parties hereto are independent contractors and that neither party is, nor shall be considered to be, the other's agent, distributor, partner, fiduciary, joint venture, co-owner, or representative.   No party shall act or represent itself, directly or by implication, in any such capacity or in any manner assume or create any obligation on behalf of, or in the name of, the other.

e.      Electronic Communications

The parties agree to the use of electronic methods, including our online portal, to transmit and receive information, including confidential information, between the parties and between BPB and outside specialists or other entities engaged by either us or you.  We shall not be liable for any loss, damage, expense, inconvenience or harm resulting from the loss, delay, interception, corruption or alteration of any electronic communication due to any reason beyond our reasonable

_____
Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 7

control.

    f.    <u>Third-Party Beneficiaries</u>

No third-party beneficiaries are intended under this agreement.

    g.    <u>Trademarks</u>

No party shall use the other's name, service marks or trademarks without prior written consent, or as provided for in Section 7.b.

    h.    <u>Governing Law, Venue, Jurisdiction and Severability</u> ***[For those clients domiciled outside the state of Florida, contact BPB CFO to discuss jurisdiction of governing law.]***

These terms, the Services described in the attached letter, including any other attachments or amendments to the agreement and all matters relating to this engagement shall be governed by, and construed in accordance with, the laws of the State of Florida.  Any action based on or arising out of this engagement or the services provided or to be provided hereunder shall be brought and maintained exclusively in accordance with Paragraph 6 of this Attachment A and if there is an appeal or other action necessitating any proceeding in court, then such proceeding shall be exclusively maintained in any court of the State of Florida or any federal court of the United States, in each case located in Miami-Dade County, the State of Florida. Each of the parties hereby expressly and irrevocably submits to the jurisdiction of such courts for the purposes of any such action and expressly and irrevocably waives, to the fullest extent permitted by law, any objection which it may have to the laying of venue of any such action brought in any such court and any claim that any such action has been brought in an inconvenient forum.  If any provision of such terms or the Services Letter is found by a court of competent jurisdiction to be unenforceable, such provision shall not affect the other provisions, but such unenforceable provision shall be deemed modified to the extent necessary to render it enforceable preserving to the fullest extent permissible the intent of the parties set forth herein.

    9.    <u>Workpapers</u>

The workpapers and other materials created by BPB during this Engagement are the property of the Firm. All documents provided by the Client and/or Party Responsible for Payment

_____<br>Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 8

in our possession will be returned upon written request, to the extent that they remain in BPB's possession.

10.    Conflicts of Interest

The Firm has undertaken a reasonable review of its records to determine its professional relationships with the persons or entities you identified.  We are not aware of any conflicts of interest or relationships that would, in our sole discretion, preclude us from performing the aforementioned Services for the Client or the Party Responsible for Payment.  If additional parties are named in the suit, the Client or Party Responsible for Payment are obligated to inform us of such.  BPB reserves the right to discontinue providing Services if a conflict of interest is discovered subsequent to commencement of its work.

11.    Termination of Litigation Services

In addition to the provisions above in paragraph two, the Firm may terminate this Agreement in the event that: (a) we are asked to reach conclusions that we are in disagreement with; (b) critical information previously unavailable becomes known to us that impacts our conclusions; (c) it becomes known that information that was expected becomes unavailable; (d) a party or parties to the litigation hire alternate counsel; (e) we are asked to perform tasks conflict with the AICPA Code of Professional Conduct.

12.    Challenges to Exclude Expert Testimony

The parties agree that it is common for litigants to challenge the basis, experience and credentials of opposition experts.  The admissibility of testimony is a legal matter and we make no warranties that our testimony or work product will be admitted into evidence by the court or trier of fact.  Prior to the release of any opinions to the opposition, and the rendering of any testimony, the parties will review the facts and circumstances surrounding the expert's work and opinions.  Further, the parties will review and agree, prior to the release of any expert opinion and the rendering of any expert testimony, that the anticipated testimony has a basis in fact and such

_____
Initials

Attachment A
James B. Miller, P.A. / Auto Wholesale of Boca, LLC v. Edward Brown, et al.
Berkowitz Pollack Brant
Advisors + CPAs
Service Terms and Conditions
February 21, 2023
Page 9

testimony is both relevant and reliable.  Attorney, as counsel, retains sole responsibility for assessing other factors that may bear upon the question of admissibility.  As such, should testimony be excluded as a result of any evidentiary challenge (e.g., a "Daubert" or similar challenge), Client (*and party responsible for payment of our fees*) agree to hold the Firm harmless for any damages, losses or negative results in the Engagement unless incurred because of gross negligence or willful misconduct on the part of the Firm.  Any and all professional fees and expenses are still due and owed upon presentation of the Firm's invoice(s) and the Party Responsible for Payment of our fees is not relieved of liability of such fees and expenses.

_____
Initials