UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-15627-EPK


In re:

AUTO WHOLESALE OF BOCA, LLC

     Debtor.

_____/

### NOTICE OF APPEAL AND STATEMENT OF ELECTION


**Part 1: Identify the appellant(s)**

Name(s) of appellant(s): Derek Stephens

Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:  Creditor

**Part 2:  Identify the subject of this appeal**

Describe the judgment, order, or decree appealed from: Order Denying Motion for Turnover

State the date on which the judgment, order, or decree was entered:  February 10, 2023


**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Party:       **Debtor**

Attorney:    James B Miller
           19 W Flagler St #416

1

Miami, FL 33130
(305) 374-0200
Fax: (305) 374-0250
Email: bkcmiami@gmail.com

Party:      **FVP Opportunity Fund III LP**

Attorneys:  Jerrell A. Breslin
            Baron, Breslin & Sarmiento
            The DuPont Building
            169 East Flagler Street, #700 Miami, Florida 33131
            Phone: (305) 577-4626
            E-mail: JB@RichardBaronLaw.com

            David Softness
            David R. Softness, P.A.
            201 S. Biscayne Blvd., Ste 2740 Miami, Florida 33131
            Phone: (305) 341-3111 E-mail:david@softnesslaw.com

            Jonathan Noah Schwartz
            Jonathan Schwartz Law PLLC
            10200 NW 25th Street, Suite 111 Doral, FL 33172
            Phone: (973) 936-2176
            E-mail:jschwartz@jonschwartzlaw.com

Party:      **FVP Investments, LLC**

Attorneys:  Jerrell A. Breslin
            Baron, Breslin & Sarmiento
            The DuPont Building
            169 East Flagler Street, #700 Miami, Florida 33131
            Phone: (305) 577-4626
            E-mail: JB@RichardBaronLaw.com

            David Softness
            David R. Softness, P.A.
            201 S. Biscayne Blvd., Ste 2740 Miami, Florida 33131
            Phone: (305) 341-3111 E-mail:david@softnesslaw.com

            Jonathan Noah Schwartz
            Jonathan Schwartz Law PLLC
            10200 NW 25th Street, Suite 111 Doral, FL 33172
            Phone: (973) 936-2176
            E-mail:jschwartz@jonschwartzlaw.com

Party:        **FVP Servicing, LLC**

Attorneys:    Jerrell A. Breslin
              Baron, Breslin & Sarmiento
              The DuPont Building
              169 East Flagler Street, #700 Miami, Florida 33131
              Phone: (305) 577-4626
              E-mail: JB@RichardBaronLaw.com

              David Softness
              David R. Softness, P.A.
              201 S. Biscayne Blvd., Ste 2740 Miami, Florida 33131
              Phone: (305) 341-3111 E-mail:david@softnesslaw.com

              Jonathan Noah Schwartz
              Jonathan Schwartz Law PLLC
              10200 NW 25th Street, Suite 111 Doral, FL 33172
              Phone: (973) 936-2176
              E-mail:jschwartz@jonschwartzlaw.com

Party:        **Trustee**

Attorney:     Linda Marie Leali
              2525 Ponce De Leon Blvd., Suite 300
              Coral Gables, FL 33134
              954-271-0009
              Fax: 786-294-6671
              Email: trustee@lealilaw.com

Party:        **U.S. Trustee**

Attorney:     Heidi A Feinman
              Office of the US Trustee
              51 SW 1 Ave #1204
              Miami, FL 33130
              (305) 536-7285
              Fax: (305) 536-7360
              Email: Heidi.A.Feinman@usdoj.gov

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C.

3

§ 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑      Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/C. Cory Mauro                                              Date: February 23, 2023

C. Cory Mauro, Esq.
MAURO LAW, P.A.
Florida Bar No. 384739
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
cory@maurolawfirm.com
service@maurolawfirm.com
Tel. 561-202-1992
*Counsel for Appellant*