UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 22-15627-EPK
                                                          Chapter 11
                                                          Subchapter V

AUTO WHOLESALE OF BOCA, LLC,

_____Debtor._____ /

### DEBTOR'S NOTICE OF TAKING RICHARD GRAY ("FVP'S EXPERT") EXAMINATION  PURSUANT TO FRBP 7030

NOTICE IS HEREBY GIVEN that Debtor Auto Wholesale of Boca, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 7030 , will conduct an examination, of:

EXAMINEE:   **Richard Gray as FVP's Expert**

PLACE:      James Miller, P.A.
            19 West Flagler Street, Suite 416
            Miami, FL 33130

            *Via* Zoom technology (to be provided to attendees before the commencement of the Examination

DATE:       **March 2nd, 2023 at 2:30 P.M.**

This examination may continue from day to day until completed.  If the Examinee receives this Notice less than seven (7) days prior to the scheduled examination (or less than 10 days if the examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time.  The examination is pursuant to FRBP 7030 and applicable Local Rules, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FBRP 7030.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice has been served *via* CM/**ECF Service** this 24th day of February 2023 upon all parties of record with CM/ECF as of the date and time of filing this Notice, and *via* US Mail upon Richard Gray, 7632 Charing Cross Lane, Delray Beach, Florida, 33446-3654.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am duly qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 24th day of February 2023.

Debtor's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
jbm@title11law.com


_____/s/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

cc:    Ouellette & Mauldin Court Reporter