UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                          Case No.  22-15627-EPK
                                                                Chapter 11

AUTO WHOLESALE OF BOCA, LLC

    Debtor.

_____/

## EX PARTE MOTION TO SHORTEN TIME TO PRODUCE
## DOCUMENTS RESPONSIVE TO SUBPOENAS

Nicole Testa Mehdipour, Chapter 7 Trustee of the estate of Excell Auto Group, LLC and creditor in this bankruptcy case, by and through undersigned counsel, pursuant to Rules 7034(b)(2)(A) and 9006 of the Federal Rules of Bankruptcy Procedure and 9013-1(C)(7), files this *Ex Parte Motion to Shorten Time to Produce Documents Responsive to Notices of 2004 Examination*, requesting the time be shortened from 30-days to 21-days, making production due on or before 5:00 p.m. on March 21, 2023, and in support respectfully states as follows:

1.      Concurrently with this Motion the Trustee filed Subpoenas on BankUnited, Inc., Bank of America, N.A., Truist Bank fka SunTrust Bank, and TD Bank, N.A. [ECF No. 462]. These are the first subpoena duces tecum under Fed. R. Bankr. P. 9016, that the Excell Trustee served on these banking institutions in this bankruptcy case.

2.      The Excell Trustee and other parties in this case have moved to dismiss or convert this subchapter V case to a case under Chapter 7.  The evidentiary hearing to determine whether to continue as a subchapter V or convert or dismiss the case is

scheduled for March 27 and 28, 2023.  The shortened return date is necessary so that the Trustee can review the records prior to the evidentiary hearing.

3. The subpoenas request the production of documents, communications, and electronically stored information related to certain accounts of the Debtor or related to the Debtor.  The requests are not substantial.

4. The Debtor, and related entities, did their banking at each of these institutions during the four years prior to the petition date.

5. The Excell Trustee's request is to shorten the notice period by only 9-days from 30 to 21-days.

6. Fed. R. Bankr. P. 9006(c) authorizes the Court to shorten the time for response to request for production. Local Rule 9013-1(C)(7) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida provides that the Court may enter an Order shortening the time to respond to production request without noticing a hearing.

7. No party in interest will be prejudiced by the granting of this request.

8. Trustee requests that the Court shorten the time for BankUnited, Inc., Bank of America, N.A., Truist Bank fka SunTrust Bank, and TD Bank, N.A. to respond to each of the respective subpoenas and produce all responsive documents, communications, or electronically stored information requested therein within to twenty-one (21) days from the filing of this motion, specifically by 5:00 p.m. (prevailing eastern time) on March 21, 2023.

**WHEREFORE**, the Trustee respectfully request that this Honorable Court enter an order: (i) granting this motion; (ii) shortening the time for BankUnited, Inc., Bank of America, N.A., Truist Bank fka SunTrust Bank, and TD Bank, N.A. to respond to the respective Subpoenas duces tecum to twenty-one (21) days from the date of filing this motion, specifically by 5:00 p.m. (prevailing eastern time) on March 21, 2023; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 28th day of February 2023.

FURR AND COHEN, P.A.
*Special Counsel to the Excell Trustee*
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
(561) 395-0500
(561) 338-7532 - facsimile

By */s/ Jason S. Rigoli*
    Alan R. Crane, Esq.
    Florida Bar No. 963836
    E-mail: acrane@furrcohen.com
    Jason S. Rigoli, Esq.
    Florida Bar No. 91990
    E-mail:    jrigoli@furrcohen.com