

**ORDERED in the Southern District of Florida on February 28, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,         CASE NO. 22-15627-EPK

      Debtor.                                    Chapter 11/Subchapter 5
_____/

**ORDER GRANTING DEBTOR'S UNOPPOSED *EX PARTE* MOTION**
**TO CONTINUE CONFIRMATION HEARING**

**THIS CAUSE**, came before the Court, without hearing, for consideration of the *Debtor's Unopposed Ex Parte Motion To Continue Confirmation Hearing* [ECF #445] (the "**Motion**")[1] filed by Auto Wholesale of Boca, LLC (the "Debtor") seeking to

---

[1] Defined terms in the **Motion** shall have the same meaning in this *Order*, unless otherwise indicated.

continue the Confirmation Hearing presently set in this Chapter 11 case (the "Case"

or the "Bankruptcy Case") for March 8th, 2023, and it appearing that relief sought is

agreed to by numerous parties and that the United States Trustee and the

Subchapter V Trustee have indicated no opposition, good cause appearing and the

Court, being otherwise fully advised, does hereby

> **ORDER** that:

> 1.      The **Motion** [ECF No. 445] is granted as set forth herein.

> **2.**      The Confirmation Hearing is continued to **Wednesday, June 14th,**

**2023, at 2:00 p.m. at the United States Bankruptcy Court Courtroom B, 8th**

**Floor, 1515 North Flagler Drive, West Palm Beach, Florida 33401.**

> 3.      Although the Court will conduct the hearing in person, any interested

party may choose to attend the hearing remotely using the services of Zoom Video

Communications, Inc. ("Zoom"), which permits remote participation by video or by

telephone.  To participate in the hearing remotely via Zoom (whether by video or by

telephone), you must register in advance no later than 3:00 p.m., one business day

before the date of the hearing.  To register, click on or enter the following

registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

If a party is unable to register online, please call Dawn Leonard, Courtroom
Deputy, at 561-514-4143.

4.      The following related deadlines regarding Confirmation and the Confirmation Hearing are continued and shall coincide with the new Confirmation Hearing date set forth above. Specifically, the following deadlines shall apply:

- Deadline For Filing Objections To Confirmation: June 7th, 2023;

- Deadline For Filing Ballots Accepting Or Rejecting Plan: June 7th, 2023;

- Deadline For Debtor To File Report Of Plan Proponent(s) And Confirmation Affidavit: June 9th, 2023.

*###*

Order Submitted By:
James B. Miller, Esq.
(FBN:  0009164)
**JAMES B. MILLER, P.A.**
19 West Flagler St.
Suite 416
Miami, FL  33130
Tel:     305-374-0200
Email: jbm@title11law.com, bkcmiami@gmail.com

*Counsel for Debtor-in-Possession*

*Attorney Miller is directed to serve this Order in the same manner as the Motion was served and file a certificate of service.*