

**ORDERED in the Southern District of Florida on February 28, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                                          Case No.  22-15627-EPK
                                                                                Chapter 11

AUTO WHOLESALE OF BOCA, LLC

        Debtor.

_____/

### ORDER GRANTING EX PARTE MOTION TO SHORTEN TIME
### TO PRODUCE DOCUMENTS RESPONSIVE TO SUBPOENAS

THIS CASE having come before the Court without a hearing upon the *Ex Parte Motion to Shorten Time to Produce Documents Responsive to Subpoenas* [ECF No. 463] (the "**Motion**"), filed by Nicole Testa Mehdipour (the "**Excell Trustee**"), Chapter 7 Trustee of the estate of Excell Auto Group, LLC and creditor in this bankruptcy case.  The Court has considered the position of the Trustee and the record in this case.  The Court finds that the reasons articulated in the Motion are compelling and the relief is warranted.  Accordingly, it is

1

**ORDERED** that:

1.      The Excell Trustee's Motion is **GRANTED**.

2.      The deadline for BankUnited, Inc., Bank of America, N.A., Truist Bank fka SunTrust Bank, and TD Bank, N.A.  to respond to the subpoenas served on February 28, 2023 is shortened to twenty-one (21) days, and BankUnited, Inc., Bank of America, N.A., Truist Bank fka SunTrust Bank, and TD Bank, N.A. shall produce to the Excell Trustee all responsive documents by 5:00 p.m. (prevailing eastern time) March 21, 2023.

###

**Submitted by**:

Jason S. Rigoli, Esquire
*Special Counsel to the Excell Trustee, Nicole Testa Mehdipour*
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
T: (561) 395-0500
F: (561) 338-7532
Email: jrigoli@furrcohen.com

*Jason S. Rigoli, Esquire is directed to serve a copy of this Order on all required parties and file a Certificate of Service with the Court.*

2