

**ORDERED in the Southern District of Florida on March 1, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,               Chapter 11

     Debtor.

_____/

### ORDER GRANTING CREDITOR'S MOTION FOR REHEARING AND/OR RECONSIDERATION OF ORDER SUSTAINING-PART DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS

THIS CAUSE came before the Court on February 15, 2023 at 1:30 p.m. upon the

*Creditor's Motion for Rehearing and/or Reconsideration of Order Sustaining-In-Part Debtor's*

*First Omnibus Objection to Claims* [ECF No. 385] (the "Motion"), and the Court, having reviewed

the Motion and the file, noting that there were no objections to the Motion, for the reasons stated

on the record at the hearing on the Motion, and being otherwise duly advised in the matter, it is

**ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      Paragraph 2 of the *Order Sustaining-In-Part Debtor's First Omnibus Objection to Claims* [ECF No. 347] as it applies to Claim No. 4 filed by Woodside Credit, LLC ("Woodside") is hereby **VACATED**.

3.      The *Debtor's First Omnibus Objection to Claims* [ECF No. 225] as it applies to Claim No. 4 filed by Woodside is hereby **ABATED** along with the Objections to Claims filed by Wing Lake Capital Partners [ECF Nos. 219, 220], Auto Wholesale of Boca [ECF Nos. 226, 227], and the FVP Entities [ECF No. 230] pending resolution of the adversary proceeding FVP Opportunity Fund III, LP et al. v. Auto Wholesale of Boca, LLC et al. Adv. Pro. No. 22-01218-EPK and the related motions for turnover in the above-captioned case.

###

**Submitted by:**

Christian Somodevilla, Esq.
LSS Law
2 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447
cs@lss.law

**Copies to:**

Christian Somodevilla, Esq.

Attorney Somodevilla is directed to serve copies of this order on all interested parties and to file a certificate of service