

**ORDERED in the Southern District of Florida on March 1, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                      Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,          Chapter 11

        Debtor.

_____/

### AMENDED ORDER ABATING OBJECTIONS TO CLAIMS[1]

This matter came before the Court for hearing January 18, 2023 and February 15, 2023 upon the Objections to Claims filed by Wing Lake Capital Partners [ECF Nos. 219, 220], Auto Wholesale of Boca [ECF Nos. 225, 226, 227], and the FVP Entities [ECF No. 230]. For the reasons stated on the record, it is ORDERED and ADJUDGED that the Objections to Claims [ECF Nos. 219, 220, 225, 226, 227, 230] are hereby ABATED pending resolution of the adversary proceeding

---

[1] Amended to include Auto Wholesale of Boca's Objection to Claim of Woodside Credit, LLC Claim No. 4 [ECF No. 225] pursuant to the Court's ruling on February 15, 2023

FVP Opportunity Fund III, LP et al. v. Auto Wholesale of Boca, LLC et al. Adv. Pro. No. 22-

01218-EPK and the related motions for turnover in the above-captioned case.

### 

**Submitted by:**

Christian Somodevilla, Esq.
LSS Law
2 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447
cs@lss.law

**Copies to:**

Christian Somodevilla, Esq.

Attorney Somodevilla is directed to serve copies of this order on all interested parties and to file a certificate of service