UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,　　　　CASE NO. 22-15627-EPK

　　　　Debtor.　　　　　　　　　Chapter 11/Subchapter 5

_____/

### DEBTOR'S UNOPPOSED AGREED MOTION TO EXTEND TIME TO RESPOND TO OMAR PERIU'S NOTICE OF ISSUING RULE 2004 EXAMINATION DUCES TECUM OF DEBTOR WITHOUT EXAMINATION

**COMES NOW**, the Debtor, Auto Wholesale of Boca, LLC ("Debtor"), by and through undersigned counsel and files and serves this instant *Debtor's Agreed Unopposed Motion To Extend Time To Respond To Omar Periu's Notice Of Issuing Rule 2004 Examination Duces Tecum OF Debtor Without Examination*, and states following –

1.　　This Case was filed under subchapter 5 of chapter 11 on July 22nd, 2022 ("Petition Date").

2.　　On January 31st, 2023, Party-in-interest, Omar Periu ("Mr. Periu"), filed a Notice of Issuing Rule 2004 Examination Duces Tecum of Debtor Without Examination [*see* ECF No. 388].

3.　　However, the current deadline for the Debtor to respond requested documents is March 1, 2023.

4.　　In the interim, Debtor's counsel has been addressing multiple matters in this and related adversary proceedings and has not been able to timely address the Periu's request and need further time.

5.　The undersigned has conferred with Mr. Periu's counsel regarding an agreed extension of time, and the parties (Mr. Periu and Debtor) have

agreed to an extension through March 17th, 2023, for the Debtor to timely respond to Mr. Periu's Notice.

6. Should the Court grant the requested relief, a proposed agreed order is submitted herewith.

**WHEREFORE**, Debtor requests the Court grant the requested relief in this Motion, and such other and further relief which is equitable and just.

Dated: March 1st, 2023.

Respectfully submitted,

ATTORNEY FOR DEBTOR
**JAMES B. MILLER, P.A.**
Biscayne Building, Suite 416
19 West Flagler Street
Miami, Florida 33130
Telephone:   (305) 374-0200
Facsimile:     (305) 374-0250

By:___*/s/ James B. Miller*_____
        JAMES B. MILLER
        Florida Bar No. 0009164
        jbm@title11law.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by the transmission of Notices of Electronic Filing generated by CM/ECF to all parties entitled to receive electronic notices of filing in this case on this 1st day of March, 2023.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164