UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 22-15627-EPK


AUTO WHOLESALE OF BOCA, LLC,


_____Debtor._____ /

**NOTICE OF CANCELLATION OF DEBTOR'S NOTICE OF TAKING RICHARD GRAY ("FVP'S EXPERT") EXAMINATION PURSUANT TO FRBP 7030**[1]

**Come Now**, Debtor, Auto Wholesale of Boca LLC, ("Debtor") herein, by and through undersigned counsel, and files this Notice of Cancellation of Debtor's Notice of Taking Richard Gray ("FVP's Expert") Examination Pursuant to FRBP 7030, scheduled for March 2nd, 2023, commencing at 2:30 p.m. (*see* ECF No. 459).

Dated: March 1st, 2023

Debtor's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone:  (305) 374-0200
Facsimile:  (305) 374-0250
Email: jbm@title11law.com
By:_____/s/_____
JAMES B. MILLER
Fla. Bar No. 0009164


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that; I electronically filed the foregoing and the same was served this 1st day of March 2023 upon all parties of record with CM/ECF as of the date and time of filing this Notice, and via US Mail upon Richard Gray, 7632 Charing Cross Lane, Delray Beach, Florida, 33446-3654.

By:_____/s/_____
JAMES B. MILLER
Fla. Bar No. 0009164

---

[1] Debtor has been advised that the witness is unavailable by FVP's counsel; but will be made available the following week.