

**ORDERED in the Southern District of Florida on March 2, 2023.**

UNITED STATES BAN[...]
SOUTHERN DISTR[...]
WEST PALM BE[...]

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

In re:

_____

AUTO WHOLESALE OF BOCA, LLC,        CASE NO. 22-15627-EPK

CHAPTER 11 Subchapter V

Debtor.

_____/

### ORDER GRANTING ARBY LIPMAN AND ARBY LIPMAN, LLC'S MOTION FOR AMENDED ORDER GRANTING MOTION TO COMPEL TURNOVER OF 2020 812 SUPERFAST FERRARI AND TO ABANDON TITLE [1]

THIS MATTER came on before the Court on March 1, 2023, at 1:30 p.m. for hearing on

*Arby Lipman and Arby Lipman, LLC's Motion For Amended Order Granting Motion to Compel*

*Turnover of 2020 Superfast Ferrari and to Abandon Title* (the "**Motion**") filed by Arby Lipman

and Arby Lipman, LLC (collectively "Lipman"), and the Court, being otherwise fully advised in

the premises, noting no objection being raised at the hearing or in the papers, and for the reasons

stated in open Court, it is

ORDERED AND ADJUDGED that:

1.      The **Motion** is hereby **GRANTED** as set forth herein-below.

---

[1] This Order is being amended solely to permit title to be issued to Arby Lipman, individually, as set forth in paragraph 5.

2.      This Order shall replace the Order entered by the Court on September 20, 2022 (ECF No. 131).

3.      The Debtor has surrendered the 2020 Black 812 Superfast Ferrari, VIN ZFF83CLA1L0254693 (the "Vehicle"), to Lipman.

4.      Any right, title or interest of the Debtor in the title (the "Title") to the Vehicle is hereby ABANDONED.

5.      The Florida Department of Highway Safety and Motor Vehicles and any other governmental agencies, including, but not limited to, the Boca Raton Police Department, are hereby authorized, but not directed, to remove any holds on the Title and take such other actions as may be necessary to allow for the avoidance and cancellation of the existing bare legal title in favor of the Debtor and for the issuance of a new marketable title to the Vehicle in favor of Arby Lipman, LLC or Arby Lipman, individually.

6.      The Debtor and Lipman are further authorized to take such actions as may be necessary to effectuate the intent of the turnover and terms of this Order.

7.      The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order. Such jurisdiction shall survive dismissal of the Debtor's bankruptcy case.

###

Submitted by:
C. Cory Mauro
Florida Bar No.: 384739
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
Telephone: (561) 202-1922
cory@maurolawfirm.com
service@maurolawfirm.com
Attorney for Arby Lipman and Arby Lipman, LLC

(Attorney C. Cory Mauro is directed to serve a signed copy of this Order upon all interested parties and to file a Certificate of Service with the Court.)