

**ORDERED in the Southern District of Florida on March 2, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,      Case No.: 22- 15627-EPK
                                  Chapter 11 Subchapter V

_____Debtor-in-Possession._____/

### ORDER GRANTING
### DEBTOR'S UNOPPOSED AGREED MOTION TO EXTEND TIME TO RESPOND TO OMAR PERIU'S NOTICE OF ISSUING RULE 2004 EXAMINATION DUCES TECUM OF <u>DEBTOR WITHOUT EXAMINATION</u>

This matter came on before the Court for consideration of the *Debtor's Unopposed Agreed Motion To Extend Time To Respond To Omar Periu's Notice Of Issuing Rule 2004 Examination Duces Tecum OF Debtor Without Examination,* [ECF No. 469], (the "***Motion***") and the Court, noting agreement to the requested relief,

finding good cause shown, and based upon the record, does hereby

ORDER and ADJUDGE that:

1. The **Motion** [ECF No. 469] is **GRANTED**; and, Debtor, Auto Wholesale of Boca, LLC, has an extension of time through and including March 17th, 2023, to timely respond to Mr. Periu's Notice.

### 

Submitted by:
JAMES B. MILLER, P.A.
James B. Miller, Esq.
Debtor's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250


(Attorney **Miller** shall file a certificate of service as to this *Order*)