

**ORDERED in the Southern District of Florida on March 2, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,      CASE NO. 22-15627-EPK

     Debtor.      Chapter 11/Subchapter 5

_____/

## ORDER GRANTING DEBTOR'S EMERGENCY APPLICATION FOR EMPLOYMENT OF BERKOWITZ POLLACK BRANT (AND JOEL GLICK) AS FORENSIC AND <u>ACCOUNTING EXPERT</u>

THE MATTER came before the Court on March 1st, 2023, at 1:30 p.m. for

hearing on the *Debtor's Emergency Application For Employment Of Berkowitz Pollack*

*Brant (and Joel Glick) As Forensic And Accounting Expert* [ECF No. 448] (the

"Motion"), and objections thereto [ECF No. 452] (the "Objections") filed by FVP

Opportunity Fund III, LP, FVP Investments, LLC and FVP Servicing, LLC (collectively, "FVP"), and the Court, hearing argument of counsel, being familiar with the record and finding good cause shown, does hereby

**ORDER and ADJUDGE** as follows:

1.      The Motion seeks employment of Joel Glick and the accounting firm of Berkowitz Pollack Brant (collectively, "Accountant") as expert for the Debtor-in-Possession ("Debtor"), Auto Wholesale of Boca, LLC in regards to forensic and accounting expertise as set forth in the Motion.

2.      Accountant is disinterested as defined in the Bankruptcy Code pursuant to the Declaration of Joel D. Glick (Exhibit "1" to the Motion).

3.      The retention of Accountant is APPROVED with compensation to be based upon the billing rates set forth in the Motion (at Exhibit "3") and awardable after seeking approval from the Court in fee application(s) and subject to 11 U.S.C. Sect's 328, 330 and 331.

4.      Furthermore, Accountant has agreed to waive the initial retainer sum of $5,000.00 identified in the Motion, so said initial retainer sum will not be advanced, and the retainer agreement is approved subject to the terms and conditions of this Order. The retainer shall not be interpreted or otherwise considered an "evergreen" retainer, as all fees and costs requested shall be made *via* fee applications filed with the Court, and awardable only after notice and hearing. Any disputes arising out of

or relating to the employment of the Accountant shall be solely addressed before this Court and not an arbitration panel nor in any other forum. Any terms in the retainer agreement which conflict with the terms of this Order are void.

5.      This Court reserves jurisdiction over this Order and the parties (Debtor and Accountant) for all matters arising out of or relating to this Order and/or employment of Accountant herein.

####

Order Submitted By:
James B. Miller, Esq.
(FBN:  0009164)
**JAMES B. MILLER, P.A.**
19 West Flagler St., Suite 416
Miami, FL  33130
Tel:          305-374-0200
Email:        jbm@title11law.com

*Counsel for Debtor-in-Possession*

**Attorney Miller** is directed to serve this Order on all appropriate parties and to file a certificate of such service.