# Ewing Insurance Services

14312 Home Trail
Roanoke  TX  76262

| Phone: | E-Mail: | Fax: |
|---|---|---|
| (817) 442-8822 | info@ewinginsagency.com | (817) 840-7504 |

# INDICATION

**PER YOUR SUBMISSION FOR INSURANCE, WE ARE PLEASED TO OFFER THE FOLLOWING:**

**INDICATION  WITH:** Amguard Insurance                     **QUOTE NUMBER:  9347-3453**

**PRODUCER:**  Chuck Candler                          **NAME OF INSURED:**  Auto Wholesale of Boca Raton

**VALID UNTIL**

**PROGRAM**                   Preferred Auto Dealership
**PREMIUM BASIS**             values, rating units
**NOTICE TO COMPANY**

**TOTAL PREMIUM**

| SUBJECT  OF INSURANCE | DED | LIMITS | TOTAL |
|---|---|---|---|
| Liability Insurance* | $500 | $500,000/1,500,000 | $11,911 |
| Dealers Open Lot** | n/a | not quoted | n/a |
| Personal Injury Prot. | $0 | state mandatory | inc |
| Uninsured Motorist | $250(pd) | $100,000 | inc |
| Garage Keepers | $500/2,500 | $50,000 | inc |
| Medical Payments | $0 | $5,000 | inc |

**CONDITIONS**
*Symbol 21 (any auto)
*Includes Broad Form Liability

Options (included in Total Premium)

Truth in Lending E & O, $50,000 coverage
Federal Odometer E & 0, $50,000 coverage
Title E & O, $50,000 coverage

Drive other car - Moshe

---

**IMPORTANT NOTE**

PLEASE READ CAREFULLY AS THE INDICATION MAY NOT INCLUDE ALL
THE CONDITIONS, TERMS OR COVERAGES REQUESTED.  NO FLAT
CANCELLATIONS.

**BY:**      Chuck Candler

**DATE:**  February 28, 2023