UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627
                                                Chapter 11
        Debtor.                                 Subchapter V

_____ /

**DECLARATION OF JONATHAN S. FELDMAN IN SUPPORT OF
DEBTOR'S APPLICATION TO RETAIN PHANG & FELDMAN P.A. AS COUNSEL**


1.      I am an attorney admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida and am qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2.      I am a partner at the law firm of Phang & Feldman, P.A. ("Applicant") with offices located at 1125 N.E. 125th Street, Ste. 303, Miami, Florida. I am experienced in handling civil litigation and bankruptcy matters.

3.      I am familiar with the matters set forth herein and submit this affidavit in support of the Debtor's application to retain my firm.

4.      To the best of my knowledge, neither my firm nor I hold or represent any interest materially adverse to the Debtor, its creditors, their respective attorneys, the U.S. Trustee or any person employed in the Office of the U.S. Trustee, or any other interested parties, and we are "disinterested person[s]" within the scope and meaning of as required by 11 U.S.C. §§ 101(14) and 327.

Exhibit "A"

1

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 3, 2023

_____
Jonathan S. Feldman, Esq.
Florida Bar No. 12682