UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK
                                                                             Chapter 11
                                                                             Subchapter V

                    Debtor.                                    /

### NOTICE OF FILING ENGAGEMENT LETTER

> **Pursuant to Local 5005-1(F)(2), Debtor requests the Court consider the attached Engagement Agreement for purposes of the hearing (Wednesday, March 8th, 2023) on the *Debtor's Emergency Application For (I) Approval, On An Interim And Final Basis, For Employment Of Jonathan S. Feldman, And Phang & Feldman, P.A. As Special Litigation Counsel For The Debtor-In-Possession, Effective As Of March 3, 2023 And Approval Of Contingency Fee Agreement* [ECF No. 482], as it is necessary for the Court's consideration.**

AUTO WHOLESALE OF BOCA, LLC, (the "Debtor"), as debtor-in-possession, by and through undersigned counsel, files this *Notice of Filing Engagement Letter*, and served this *Notice* with the attached Engagement of Phang & Feldman, PA in support of the *Debtor's Emergency Application For (I) Approval, On An Interim And Final Basis, For Employment Of Jonathan S. Feldman, And Phang & Feldman, P.A. As Special Litigation Counsel For The Debtor-In-Possession, Effective As Of March 3, 2023 And Approval Of Contingency Fee Agreement*, set for hearing Wednesday, March 8th, 2023.

Submitted on March 7th, 2023.

JAMES B. MILLER, P.A.
***Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM
      /s/
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing (with attached Affidavit) was served *via* transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and *via* US Mail upon Debtor, the Office of the United States Trustee and Jonathan Feldman, Esq. this 7th day of March, 2023.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164