March 7, 2023

<u>Via e-mail</u>
Auto Wholesale of Boca LLC
c/o Moshe Farache

     *Re:*    *Engagement of Phang & Feldman, P.A.*

Dear Mr. Farache,

We are pleased to confirm your decision to engage our law firm to act as counsel on behalf of Auto Wholesale of Boca LLC ("AWB"). You have requested that we represent AWB in connection with Adversary Case Nos. 22-1218-EPK 22-1424-EPK (the "Matter"). We have agreed that our engagement is limited to our performance of services directly related to the Matter.

Our acceptance of this engagement does not involve an undertaking to represent AWB in any other matter.

1.    **Fees.** We will represent AWB on a contingency basis. Our contingency fee will be 10% of the gross sales proceeds realized from the sale of any vehicle that is determined to be property of the Debtor and not subject to any lien interest asserted by any party in the Matter.

2.    **Costs.** We may advance costs in connection with the Matter, including court reporter fees, transcript fees and copying costs. In such event, we will seek reimbursement from the bankruptcy estate of AWB for the actual out of pocket amount of such costs.

3.    **Security Retainer.** We are not requesting a security retainer in connection with this matter.

After You have had an opportunity to review this engagement letter, including the enclosed Standard Terms of Engagement, please do not hesitate to call me with any questions or comments You may have. We do not assume any professional responsibilities to You until this engagement letter has been fully executed by You and us, and we have received any requested security retainer. If this engagement letter meets with Your approval, please sign in the space provided and return via e-mail.

We look forward to representing You in this Matter.

Sincerely,

PHANG & FELDMAN, P.A.

Katie S. Phang

Agreed to, and Accepted by Moshe Farache

_____