

**ORDERED in the Southern District of Florida on March 8, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,                Case No.: 22-15627-EPK
                                            Chapter 11/Subchapter V

_____Debtor._____ /

**ORDER GRANTING DEBTOR'S EMERGENCY APPLICATION FOR (I) APPROVAL, ON AN INTERIM AND FINAL BASIS, FOR EMPLOYMENT OF JONATHAN S. FELDMAN AND PHANG & FELDMAN, P.A. AS SPECIAL LITIGATION COUNSEL FOR THE DEBTOR-IN-POSSESSION, EFFECTIVE AS OF MARCH 3, 2023 AND APPROVAL OF CONTINGENCY <u>FEE AGREEMENT</u>**

This matter came on before the Court on March 8th, 2023 at 9:30 a.m., for

hearing on the Debtor's-in-Possession, Auto Wholesale of Boca LLC ("<u>AWB</u>" or the

"<u>Debtor</u>"), *Emergency Application For (I) Approval, On An Interim And Final Basis,*

*For Employment Of Jonathan S. Feldman And Phang & Feldman, P.A. As Special*

*Litigation Counsel For The Debtor-In-Possession, Effective March 3, 2023 And*

*Approval of Contingency Fee Agreement* [ECF No. 482] (the "**Motion**"), and the

Court, having considered the **Motion**, and attachments thereto, heard argument of

counsel, and based upon the record, having found good cause shown, does hereby

**ORDER** and **ADJUDGE** that:

1. The **Motion** [ECF No. 482] is **GRANTED** as set forth herein-below.

2. The **Motion** seeks employment of Jonathan Feldman, Esq., and Phang & Feldman, P.A. (collectively "Applicant") as special counsel regarding litigation in Adversary proceeding No. 22-01218-EPK (the "FVP Adv. Proceeding").

3. Applicant is disinterested as defined in the Bankruptcy Code pursuant to the Declaration of Jonathan S. Feldman (Exhibit "A" to the Motion).

4. The retention of Applicant is APPROVED with compensation to be based upon the requested contingency fee of Ten Percent (10%) of the gross sales proceeds realized from the sale of any vehicle that is determined to be property of the Debtor and not subject to any lien interest asserted by any party in the Adversary Case.

5. Any disputes arising out of or relating to the employment of the Applicant shall be solely addressed before this Court and not an arbitration panel nor in any other forum. Any terms in any retainer agreement which conflict with the terms of this Order are void.

6. This Court reserves jurisdiction over this Order and the parties (Debtor and Applicant) for all matters arising out of or relating to this Order and/or employment of Applicant herein.

####

Order Submitted By:
JAMES B. MILLER, P.A.
***Counsel for Debtor-in-Possession***
19 West Flagler St., Suite 416
Miami, FL 33130
Tel. (305) 374-0200
Fax. (305) 374-0350
Email: bkcmiami@gmail.com

(Attorney **James B. Miller** is directed to serve a copy of this *Order* upon those parties-in-interest not receiving a copy *via* CM/ECF, within the timeframe established by Local Rule 5005-1 (G)(1)(c), and to file a certificate of service conforming with the requirements of Local Rule 2002-1(f))