**James B. Miller Esq.**

title11law.com

James Miller <jbm@title11law.com>

## Motion to Dismiss Auto Wholesale

1 message

**James Miller** <jbm@title11law.com>                              Wed, Mar 8, 2023 at 4:37 PM
To: Alan Crane <acrane@furrcohen.com>, Jason Rigoli <jrigoli@furrcohen.com>
Cc: Jonathan Feldman <feldman@katiephang.com>
Bcc: James Miller <jbm@title11law.com>, Scott Gherman <sgherman@scottghermanpa.com>

Alan and Jason,

Please provide dates of availability of your witnesses (please identify them as well) that you intend to call  (and client rep
re: issues raised in the Motion) for purposes of the upcoming hearing on the FVP Motion to Dismiss.


--
James B. Miller
James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
email: jbm@title11law.com

Exhibit "1"

**James B. Miller Esq.**

title11law.com

James Miller <jbm@title11law.com>

## FVP Motion to Dismiss

1 message

**James Miller** <jbm@title11law.com>                                       Wed, Mar 8, 2023 at 4:37 PM
To: Jerry Breslin <jb@richardbaronlaw.com>, David Softness <David@softnesslaw.com>
Cc: Jonathan Feldman <feldman@katiephang.com>
Bcc: James Miller <jbm@title11law.com>, Scott Gherman <sgherman@scottghermanpa.com>

Jerry

Please provide dates of availability of your witnesses (please identify them as well) that you intend to call  (and client rep re: issues raised in the Motion) for purposes of the upcoming hearing on the FVP Motion to Dismiss.

--
James B. Miller
James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
email: jbm@title11law.com