UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                       Chapter 11 Subchapter V

        Debtor-in-Possession.     /

**DEBTOR'S INTERROGATORIES TO NICOLE TESTA MEHDIPOUR AS CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF EXCELL AUTO <u>GROUP, INC.</u>**

        COMES NOW, Debtor, Auto Wholesale of Boca, LLC ("Debtor"), by and through undersigned counsel, and hereby serves the following *Interrogatories* pursuant to the Federal Rules of Civil Procedure as adopted by the Federal Rules of Bankruptcy Procedure.  In accordance with those Rules, the Debtor requests that Nicole Testa Mehdipour as Chapter 7 Trustee of the Bankruptcy Estate of Excell Auto Group, Inc., serve a written response to these Interrogatories.

        Dated: March 9th, 2023.

        I HEREBY CERTIFY THAT I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am in compliance with the additional qualifications as set forth in Local Rule 2090-1(A).

                                        By:   /s/James B. Miller
                                              JAMES B. MILLER
                                              Fla. Bar No. 0009164

                                              Defendant's counsel
                                              James Miller, Esquire
                                              Fla. Bar No. 0009164
                                              416 Biscayne Building
                                              19 West Flagler Street
                                              Miami, FL 33130
                                              Tel. 305-374-0200
                                              email: jbm@title11law.com

                                        Composite Exhibit "2"

I HEREBY CERTIFY that a true and correct copy of these Interrogatories was served this 9th day of March, 2023 *via* email, in pdf format, upon: Alan Crane, Esq. counsel to the Excell Trustee, and all counsel of record with CM/ECF this even date.

By: ___/s/James B. Miller_____
James Miller, Esquire
Fla. Bar No. 0009164

## INSTRUCTIONS AND DEFINITIONS

(a)     This Document Requests are continuing in character, so as to require you to promptly file supplemental responses if you obtain other responsive documents or information prior to trial.

(b)     Your written response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, the part shall be specified.

(c)     The documents shall be produced as they are kept in the usual course of business, or you shall organize and label them to correspond with the categories in the request.

(d)     These requests encompass all items within your possession, custody or control.

(e)     Where a document or documents in the possession of a party is requested, such request includes documents in the possession of the party's agents, representatives, and, unless privileged, the party's attorneys or accountants.

(f)     If in responding to these requests you encounter any ambiguity in construing any request, instruction or definition, set forth the matter deemed ambiguous and the construction used in responding.

(g)     The term "**Plaintiff**" refers jointly and severally to each Plaintiff in the above-styled matter, and any agents and employees of said Plaintiff.

(h)     The term "**AWB Trustee**" shall refer to Linda Leali, the trustee in the Chapter 11 case of Auto Wholesale of Boca LLC, in Case No. 22-15627-EPK, and all of the AWB Trustee's staff, employees, agents,

(i)     The term "**Excell Trustee**" shall refer to Nicole Testa Mehdipour as Trustee in the Chapter 7 Bankruptcy Case of Excell Auto Group, Inc., in Case No. 22-12790-EPK, and all of the Excell Trustee's

staff, employees and agents,

(j)     The term **"You"** and **"Your"** mean the Excell Trustee, and any agents and employees of said Excell Trustee.

(k)     The terms **"and"** and **"or"** shall be construed either disjunctively or conjunctively as necessary to bring the greatest number and type of documents within the scope of these Interrogatories.

(l)     As used herein, the terms **"relate"**, **"relating to"**, **"referring to"** and/or **"reflecting"** mean constituting, comprising, containing, setting forth, showing, disclosing, describing, explaining, evidencing, summarizing, concerning, or referred to, directly or indirectly.

(m)     The word **"document(s)"** in this request shall be construed in its broadest and most liberal sense and includes, but is not limited to, written, typed, printed, recorded, graphic or tangible matter, emails, correspondence, communications, electronic communications, however produced or reproduced of any kind or description, whether an original, master duplicate, or copy and includes, but is not limited to memoranda, reports, books, manuals, instructions, financial reports, price books, records, notes, letters, notices, confirmations, telegrams, receipts, pamphlets, magazines, newspapers, inventory books, prospectuses, inter-office and intra-office communications, contracts, invoices, bills, permits, licenses, cables, notations or memoranda of any sort of conversation, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, invoices, transcriptions, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, worksheets (and all drafts, preliminary versions, alterations, modifications, revisions, changes or amendments of

any of the foregoing), graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings and motion pictures), electronic and mechanical records of representations of any kind (including, without limitation, tapes, cassettes, disks and recordings) and other written, printed, typed or other graphic or recorded matter of any kind or nature however produced or reproduced from which information can be obtained or translated, if necessary, through detection devices or transcription devices into usable form.

(n)     In accordance with the definition of "documents" you are required to produce printouts of any data stored by any computer, cloud service or any other language or data storage system.

## **INTERROGATORIES**

These interrogatories are for the purposes of the upcoming hearing(s) on the *Motion to Dismiss* [*see* ECF# 403].

1) Please provide the names, addresses, phone numbers and email addresses of the fact witnesses you intend to call at the hearing on the *Motion to Dismiss*.

2) Please provide the names, addresses, phone numbers and email addresses of the witnesses you intend to call on as expert witnesses at the hearing on the *Motion to Dismiss*.

3) As to each witness identified in response to Interrogatory Number 1 above, state with specificity the facts which they will be testifying the basis for their knowledge of such facts.

4) As to each expert witness identified in response to Interrogatory Number 2 above, state with specificity the facts and opinions which they will be testifying and the basis for their knowledge of such facts and opinions.

5) As to each expert witness identified in response to Interrogatory Number 2 above, state their areas of expertise and detail their *curriculum vitae* and history of testimony as well as the information mandated of experts under Fed. Rule of Civil Procedure 26(a)(2)(B)(i)-(vi).

**VERIFICATION OF INTERROGATORIES**

BEFORE ME this day personally appeared _____ who, being first duly sworn, deposes and says that the answers to the foregoing Interrogatories are true and correct to the best of his/her knowledge and belief.

_____

Name: _____

Sworn to and subscribed before me this _____ day of March, 2023.

_____ Personally known or _____Produced Identification, Type of identification produced

_____

_____

Notary Public
State of Florida at Large

My Commission Expires:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                       Chapter 11 Subchapter V

_____Debtor-in-Possession._____ /

**DEBTOR'S INTERROGATORIES TO FVP OPPORTUNITY FUND III, LP; FVP
INVESTMENTS, LLC; AND, FVP SERVICING, LLC**

COMES NOW, Debtor, Auto Wholesale of Boca, LLC ("Debtor"), by and through undersigned counsel, and hereby serves the following *Interrogatories* pursuant to the Federal Rules of Civil Procedure as adopted by the Federal Rules of Bankruptcy Procedure.  In accordance with those Rules, the Debtor requests that FVP Opportunity Fund III, LP**;** FVP Investments, LLC; and, FVP Servicing, LLC (collectively, "FVP"), serve a written response to these Interrogatories.

Dated: March 9th, 2023.

I HEREBY CERTIFY THAT I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am in compliance with the additional qualifications as set forth in Local Rule 2090-1(A).

By: ___/s/James B. Miller_____
      JAMES B. MILLER
      Fla. Bar No. 0009164

      Defendant's counsel
      James Miller, Esquire
      Fla. Bar No. 0009164
      416 Biscayne Building
      19 West Flagler Street
      Miami, FL 33130
      Tel. 305-374-0200
      email: jbm@title11law.com

I HEREBY CERTIFY that a true and correct copy of these Interrogatories was served this 9th day of March, 2023 *via* email, in pdf format, upon: David Softness and Jerry Breslin as counsels to FVP, and all counsel of record with CM/ECF this even date.

By: __/s/James B. Miller_____
James Miller, Esquire
Fla. Bar No. 0009164

## INSTRUCTIONS AND DEFINITIONS

(a)     This Document Requests are continuing in character, so as to require you to promptly file supplemental responses if you obtain other responsive documents or information prior to trial.

(b)     Your written response shall state, with respect to each item or category, that inspection and related activities will be permitted as requested, unless the request is refused, in which event the reasons for refusal shall be stated. If the refusal relates to part of an item or category, the part shall be specified.

(c)     The documents shall be produced as they are kept in the usual course of business, or you shall organize and label them to correspond with the categories in the request.

(d)     These requests encompass all items within your possession, custody or control.

(e)     Where a document or documents in the possession of a party is requested, such request includes documents in the possession of the party's agents, representatives, and, unless privileged, the party's attorneys or accountants.

(f)     If in responding to these requests you encounter any ambiguity in construing any request, instruction or definition, set forth the matter deemed ambiguous and the construction used in responding.

(g)     The term "**Plaintiff**" refers jointly and severally to each Plaintiff in the above-styled matter, and any agents and employees of said Plaintiff.

(h)     The term "**AWB Trustee**" shall refer to Linda Leali, the trustee in the Chapter 11 case of Auto Wholesale of Boca LLC, in Case No. 22-15627-EPK, and all of the AWB Trustee's staff, employees, agents,

(i)     The term "**Excell Trustee**" shall refer to Nicole Testa Mehdipour as Trustee in the Chapter 7 Bankruptcy Case of Excell Auto Group, Inc., in Case No. 22-12790-EPK, and all of the Excell Trustee's

staff, employees and agents,

(j)     The terms **"You"**, **"Your"** and "**FVP**" shall mean and refer to FVP Opportunity Fund III, LP, FVP Investments, LLC and FVP Servicing, LLC, and their agents, counsel and employees.

(k)     The terms "**and**" and "**or**" shall be construed either disjunctively or conjunctively as necessary to bring the greatest number and type of documents within the scope of these Interrogatories.

(l)     As used herein, the terms "**relate**", "**relating to**", **"referring to"** and/or "**reflecting**" mean constituting, comprising, containing, setting forth, showing, disclosing, describing, explaining, evidencing, summarizing, concerning, or referred to, directly or indirectly.

(m)     The word "**document(s)**" in this request shall be construed in its broadest and most liberal sense and includes, but is not limited to, written, typed, printed, recorded, graphic or tangible matter, emails, correspondence, communications, electronic communications, however produced or reproduced of any kind or description, whether an original, master duplicate, or copy and includes, but is not limited to memoranda, reports, books, manuals, instructions, financial reports, price books, records, notes, letters, notices, confirmations, telegrams, receipts, pamphlets, magazines, newspapers, inventory books, prospectuses, inter-office and intra-office communications, contracts, invoices, bills, permits, licenses, cables, notations or memoranda of any sort of conversation, telephone calls, meetings or other communications, bulletins, printed matter, computer printouts, teletypes, invoices, transcriptions, diaries, analyses, returns, summaries, minutes, bills, accounts, estimates, projections, comparisons, messages, correspondence, press releases, circulars, financial statements, reviews, opinions, offers, studies and investigations, questionnaires and surveys, worksheets (and all drafts, preliminary versions,

alterations, modifications, revisions, changes or amendments of any of the foregoing), graphic or oral records or representations of any kind (including without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings and motion pictures), electronic and mechanical records of representations of any kind (including, without limitation, tapes, cassettes, disks and recordings) and other written, printed, typed or other graphic or recorded matter of any kind or nature however produced or reproduced from which information can be obtained or translated, if necessary, through detection devices or transcription devices into usable form.

(n)     In accordance with the definition of "documents" you are required to produce printouts of any data stored by any computer, cloud service or any other language or data storage system.

## **INTERROGATORIES**

These interrogatories are for the purposes of the upcoming hearing(s) on the *Motion to Dismiss* [*see* ECF#390].

1) Please provide the names, addresses, phone numbers and email addresses of the fact witnesses you intend to call at the hearing on the *Motion to Dismiss*.

2) Please provide the names, addresses, phone numbers and email addresses of the witnesses you intend to call on as expert witnesses at the hearing on the *Motion to Dismiss*.

3) As to each witness identified in response to Interrogatory Number 1 above, state with specificity the facts which they will be testifying the basis for their knowledge of such facts.

4) As to each expert witness identified in response to Interrogatory Number 2 above, state with specificity the facts and opinions which they will be testifying and the basis for their knowledge of such facts and opinions.

5) As to each expert witness identified in response to Interrogatory Number 2 above, state their areas of expertise and detail their *curriculum vitae* and history of testimony as well as the information mandated of experts under Fed. Rule of Civil Procedure 26(a)(2)(B)(i)-(vi).

**VERIFICATION OF INTERROGATORIES**

BEFORE ME this day personally appeared _____ who, being first duly sworn, deposes and says that the answers to the foregoing Interrogatories are true and correct to the best of his/her knowledge and belief.

_____

Name: _____

Sworn to and subscribed before me this _____ day of March, 2023.

_____ Personally known or _____Produced Identification, Type of identification produced

_____

_____
Notary Public
State of _____

My Commission Expires: