**James B. Miller Esq.**

title11law.com

James Miller <jbm@title11law.com>

## In re Auto Wholesale (FVP Motion to Dismiss)
3 messages

---

**James Miller** <jbm@title11law.com>                                          Thu, Mar 9, 2023 at 3:39 PM
To: Jerry Breslin <jb@richardbaronlaw.com>, David Softness <David@softnesslaw.com>
Cc: Jonathan Feldman <feldman@katiephang.com>, Linda Leali <lleali@lealilaw.com>
Bcc: James Miller <jbm@title11law.com>, Scott Gherman <sgherman@scottghermanpa.com>, moshe Farache <moshefarache@gmail.com>

Jerry and David,

I am attaching a very short and simple set of Interrogatories for your client to fill out and execute as I did not hear back from you in response to my email yesterday to identify the witnesses (fact and expert) you intend to call at the hearing on your Motion to Dismiss. Can we agree to a response by Monday (March 13th, 2023)?

--
James B. Miller
James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
email: jbm@title11law.com

📄 **Interrogatories- FVP FV 3-9-23.pdf**
250K

---

**Jerry Breslin** <jb@richardbaronlaw.com>                                          Thu, Mar 9, 2023 at 3:46 PM
To: James Miller <jbm@title11law.com>, David Softness <David@softnesslaw.com>
Cc: Jonathan Feldman <feldman@katiephang.com>, Linda Leali <lleali@lealilaw.com>, "Jonathan Schwartz, Esq." <jschwartz@jonschwartzlaw.com>, Alan Crane <acrane@furrcohen.com>, Jason Rigoli <jrigoli@furrcohen.com>, "Brad S. Shraiberg" <bss@slp.law>, "James C. Moon" <jmoon@melandbudwick.com>, "amanda.klopp@akerman.com" <amanda.klopp@akerman.com>

No, we do not agree.

**Jerry Breslin, Attorney at Law**

**Email: JB@RichardBaronLaw.com**

Composite Exhibit "3"

[Quoted text hidden]

---

**James Miller** <jbm@title11law.com>                                          Thu, Mar 9, 2023 at 3:48 PM
To: Jerry Breslin <jb@richardbaronlaw.com>
Cc: David Softness <David@softnesslaw.com>, Jonathan Feldman <feldman@katiephang.com>, Linda Leali <lleali@lealilaw.com>, "Jonathan Schwartz, Esq." <jschwartz@jonschwartzlaw.com>, Alan Crane <acrane@furrcohen.com>, Jason Rigoli <jrigoli@furrcohen.com>, "Brad S. Shraiberg" <bss@slp.law>, "James C. Moon" <jmoon@melandbudwick.com>, "amanda.klopp@akerman.com" <amanda.klopp@akerman.com>

How much time would you need?
[Quoted text hidden]

**James B. Miller Esq.**

title11law.com

James Miller <jbm@title11law.com>

## In re Auto Whoelsale of Boca
1 message

**James Miller** <jbm@title11law.com>                                    Thu, Mar 9, 2023 at 3:16 PM
To: Jason Rigoli <jrigoli@furrcohen.com>
Cc: Alan Crane <acrane@furrcohen.com>, Jonathan Feldman <feldman@katiephang.com>
Bcc: Scott Gherman <sgherman@scottghermanpa.com>, James Miller <jbm@title11law.com>, moshe Farache <moshefarache@gmail.com>

Jason and Alan,

I am attaching a very short and simple set of Interrogatories for your client to fill out and execute as I did not hear back from you in response to my email yesterday to identify the witnesses (fact and expert) you intend to call at the hearing on your Motion to Dismiss. Can we agree to a response by Monday (March 13th, 2023)?

--
James B. Miller
James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
email: jbm@title11law.com

📄 **Interrogatories- Mehdipour FV.pdf**
253K