UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

In re:                                                    Case No. Case No. 9:22-bk-15627
                                                                  Chapter 11
AUTO WHOLESALE OF BOCA, LLC

        Debtor.
_____/

## APPELLANT STEPHENS' DESGINATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

Appellant, Derek Stephens ("Stephens") designates the following items to be included in the record on appeal:

1.      Derek Stephens' Motion to Compel Turnover of 2013 Ferrari 458 Spider and to Abandon Title (DE 114).

2.      Declaration of Derek Stephens (DE 114-1).

3.      Response to Derek Stephens' Motion to Compel Turnover of 2013 Ferrari 458 Spider and to Abandon Title and Request for Order to Show Cause under Fed. R. Bankr. P. 9011 (DE 134).

4.      The transcript from September 28, 2022 (DE 157).

5.      Notice of Hearing (DE 119).

6.      Derek Stephens' Trial Witness and Exhibit List (DE 206)

7.      Derek Stephens' Trial Exhibits (DE 206-1 through 206-16)

8.      Debtor's Exhibit Register and Witness List for Evidentiary Hearing on ECF No. 114 (DE 207).

9.      Debtor's Exhibits (DE 207-1 through 207-7).

10.     Adversary Plaintiffs' Exhibits Register November 20, 2022 Evidentiary Hearing (DE 208).

11.     Adversary FVP's Exhibits (DE 208–1 through 208-7).

12.     Debtor's Objections to Certain Exhibits Identified by FVP and/or Derek Stephens Regarding November 28, 2022 Hearing (DE 210).

13.     Derek Stephens' Amended Trial Witness and Exhibit List (DE 217).

14.     Derek Stephens' Trial Exhibits (DE 217–1 through 217-2).

15.     Derek Stephens' Amended Trial Witness and Exhibit List (DE 218).

16.     Derek Stephens' Trial Exhibits (DE 218-1 through 218-9).

17.     Amended Debtor's Objections to Certain Exhibits Identified by FVP and/or Derek Stephens regarding November 28, 2022 hearing (DE 221).

18.     Debtor's First Omnibus Objection to Claims (DE 225).

19.     Adversary Plaintiffs' Amended Exhibit Register November 28, 2022 Evidentiary Hearing (DE 232).

20.     Adversary Plaintiffs' Exhibit (DE 232-1)

21.     Adversary Plaintiffs' Supplemental Exhibits Register November 28, 2022 Evidentiary Hearing (DE 233).

22.     Adversary Plaintiffs Exhibits (DE 233-1 and 233-2).

23.     Order Setting Briefing Schedule on Motion for Turnover of Ferrari 458 Spider (DE 240).

24.     The trial transcript from November 28, 2022 (DE 277-1).

MAURO LAW | 1001 YAMATO ROAD, SUITE 401 | BOCA RATON, FLORIDA 33431 | 561.202.1992 | WWW.MAUROLAWFIRM.COM

25.     The FVP Parties' Supplemental Hearing Memorandum On November 28, 2022 Evidentiary Hearing (DE 277)

26.     Derek Stephens' Post-Trial Brief (DE 284).

27.     Debtor's Memorandum on Ferrari 458 Spider (DE 285).

28.     Derek Stephens' Response to FVP Parties' Supplemental Hearing Memorandum (DE 335).

29.     Derek Stephens' Response to Auto Wholesale of Boca, LLC's Memorandum on Ferrari 458 Spider (DE 336).

30.     Debtor's Limited Response to Derek Stephens Post-Trial Brief (DE 337).

31.     Order Denying Motion for Turnover (DE 422).

Respectfully submitted,

**MAURO LAW P.A.**

/s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com
Telephone: (561) 202-1992
*Counsel for Derek Stephens*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Court by using the Notice of Electronic Mail through the Case Management/Electronic Case

Filing to those parties registered to receive electronic notices of filing in this case on March 9, 2022.

**MAURO LAW P.A.**

By: */s/ C. Cory Mauro*
C. Cory Mauro

Mauro Law | 1001 Yamato Road, Suite 401 | Boca Raton, Florida 33431 | 561.202.1992 | www.MauroLawFirm.com