UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

In re:                                                    Case No. Case No. 9:22-bk-15627
                                                                    Chapter 11
AUTO WHOLESALE OF BOCA, LLC

      Debtor.

_____/

## **APPELLANT STEPHENS' STATEMENT OF ISSUES TO BE PRESENTED**

Appellant, Derek Stephens' ("Stephens") hereby files his statement of issues to be presented as follows:

1.      Whether the District Court erred in denying Stephens' Motion to Compel Turnover of 2013 Ferrari 458 Spider and to Abandon Title (DE 114 and DE 114-1).

2.      Whether the District Court erred in concluding that a consignment relationship did not coalesce between Stephens and Karma.

3.      Whether the District Court erred in concluding that Martin lacked authority to bind Karma to the consignment agreement.

4.      Whether the District Court erred in relying on the testimony of Scott Zankl in reaching the decision under review, having stated at the conclusion of trial that his testimony was not believable.

5.      Whether the District Court erred by ruling in direct contradiction with its oral pronouncements at the conclusion of trial relative to witness credibility and apparent authority.

MAURO LAW | 1001 YAMATO ROAD, SUITE 401 | BOCA RATON, FLORIDA 33431 | 561.202.1992 | WWW.MAUROLAWFIRM.COM

Respectfully submitted,

**MAURO LAW P.A.**
 /s/  C. Cory Mauro
C. Cory Mauro
Florida Bar No.:  384739
Evan D. Appell
Florida Bar No.:  58146
1001 Yamato Road, Suite 401
Boca Raton, FL 33431
cory@maurolawfirm.com
service@maurolawfirm.com
evan@maurolawfirm.com
Telephone: (561) 202-1992
*Counsel for Derek Stephens*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed with the Court by using the Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on March 9, 2023.

**MAURO LAW P.A.**

By: */s/ C. Cory Mauro*
        C. Cory Mauro