UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,              Chapter 11 (Subchapter V)

        Debtor.

_____/

**DEBTOR'S EXHIBIT REGISTER AND WITNESS LIST**
**FOR EVIDENTIARY HEARING ON ECF NO. 114**

Exhibits Submitted on behalf of:  [ x ] Debtor

Date of Hearing/Pretrial:  November 28th, 2022 @ 9:30 a.m.

Type of Hearing/Pretrial:    Derek Stephens' *Motion to Compel Turnover of 2013*
*Ferrari 458 Spider*

SUBMITTED BY:    James B. Miller, Esq.
Counsel for Debtor
19 West Flagler Street, Suite 416
Miami, Florida 33256
(Tel.)  305-374-0200

| EXHIBIT | DESCRIPTION | ADMITTED | REFUSED | NOT INTRO'D |
|---------|-------------|----------|---------|-------------|
| 1A | Debtor's Schedules ECF No. 65 | ad | | |
| 2A | Original Endorsed Title to Debtor | ad | | |
| 3A | Bill of Sale from Karma to Debtor, dated 4/2/22 | ad | | |
| 4A | Florida Title naming Debtor as Owner | ad | | |
| 5A | Purchase Agreement(s) between Derek Stephens and Karma | ad | | |
| 6A | Executed Power of Attorney by Derek Stephens | ad | | |
| 7A | $250,000 Check from KPB to Derek Stephens | ad | | |
| 8A | Sworn Affidavit of Debtor's Corporate Representative | | | |
| -- | Exhibits utilized or referred to by FVP (subject to any objections of | | | |

| | Debtor) | | | |
|---|---|---|---|---|
| -- | Exhibits utilized or referred to by Derek Stephens (subject to any objections by Debtor) | | | |
| -- | Impeachment and Rebuttal Exhibits | | | |

Debtor reserves the right to use and submit rebuttal and impeachment documents and/or utilize any exhibits and/or witnesses of the parties-opponent at the hearing.

**WITNESSES**:

1. Derek Stephens.
2. Corporate Representative of FVP.
3. Corporate Representative(s) of Debtor.
4. Rebuttal and Impeachment Witnesses.
5. Any party-opponent's witnesses, subject to Debtor's objections.

I HEREBY CERTIFY that I am admitted to practice before the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of this Pleading has been served *via* email in pdf format via CM/ECF service immediately upon filing same with the Court this 18th day of November 2022 upon those named on the attached ECF Service List.

Respectfully submitted this 18th day of November, 2022.

Debtor's counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250


_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar No. 0009164

2

## ECF SERVICE LIST

-Eyal Berger, Esq. on behalf of Defendant Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
-Eyal Berger, Esq. on behalf of Interested Party Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
-Marc E Brandes on behalf of Creditor Marc Brandes mbrandes@kfb-law.com, bvillalobos@kfb-law.com
-John M Brennan, Jr on behalf of Creditor Eric Dore jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
-Jerrell A Breslin on behalf of Creditor FVP Investments, LLC jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC  jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC  jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP jb@richardbaronlaw.com
-Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC  jb@richardbaronlaw.com
-Alan R Crane on behalf of Creditor Nicole Mehdipour  acrane@furrcohen.com, rrivera@furrcohen.com;
ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
-Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
-Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
-C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
-C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
-C Craig Eller, Esq on behalf of Debtor Auto Wholesale of Boca, LLC
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
-Jay L Farrow on behalf of Defendant Auto Wholesale of Boca, LLC jay@farrowlawfirm.com
-Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov
-Scott C Gherman on behalf of Creditor Express Emergency Services, Inc  sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Farache Enterprises, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor M & M Development Consultants LLC. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Mazel Tov, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Calvin Erbstein sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Chase Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Lisa Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Moshe Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Express Emergency Services, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Farache Enterprises Inc. sgherman@scottghermanpa.com
Scott C Gherman on behalf of Interested Party M & M Development Consultants LLC.
sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party MMS Ultimate Services Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Mazel Tov Inc sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Pompano 2009 LLC sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Chase Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Lisa Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Moshe Farache sgherman@scottghermanpa.com
-Daniel Gielchinsky on behalf of Interested Party Quad Funding Partners, LLC dan@dgimlaw.com,
colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
-Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
-Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Amanda Klopp on behalf of Interested Party Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Linda Marie Leali trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
-Linda Marie Leali on behalf of Interested Party Linda Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
-Linda Marie Leali on behalf of Trustee Linda Marie Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

-David B Marks on behalf of Interested Party Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com
-Cory Mauro on behalf of Interested Party Arby Lipman, LLC
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
-Cory Mauro on behalf of Interested Party Arby Lipman
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
-Cory Mauro on behalf of Interested Party Derek Stephens
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
-Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.
com;mehdipournr85783@notify.bestcase.com
-James B Miller on behalf of Debtor Auto Wholesale of Boca, LLC bkcmiami@gmail.com
-James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC bkcmiami@gmail.com
-James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lt
annenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
-James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lt
annenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
-Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
-John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
-Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
-Ryan C Reinert on behalf of Creditor Frank A. Evans, III rreinert@shutts.com, jheard@shutts.com
-Jason S Rigoli, Esq. on behalf of Creditor Nicole Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
-Ezequiel Joseph Romero on behalf of Creditor Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com
-Ezequiel Joseph Romero on behalf of Plaintiff Hi Bar Capital, LLC
 romeroe@bryancave.com, zeke.romero30@gmail.com
-Zach B Shelomith on behalf of Creditor Woodside Credit, LLC zbs@lss.law,
info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
-Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC bss@slp.law,
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
-Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com,  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;
cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
-David R. Softness on behalf of Creditor FVP Investments, LLC david@softnesslaw.com
-David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP david@softnesslaw.com
-David R. Softness on behalf of Creditor FVP Servicing, LLC david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Investments, LLC david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Servicing, LLC david@softnesslaw.com
-Christian Somodevilla on behalf of Creditor Woodside Credit, LLC cs@lss.law,
info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
-David M Unseth on behalf of Creditor Hi Bar Capital, LLC dmunseth@bclplaw.com
-David M Unseth on behalf of Plaintiff Hi Bar Capital, LLC dmunseth@bclplaw.com
-Harry Winderman on behalf of Interested Party KARMA OF PALM BEACH, INC.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Shaneandninamt, LLC
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Omar Periu
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Mark J Wolfson, Esq on behalf of Creditor Hi Bar Capital, LLC mwolfson@foley.com, crowell@foley.com
-Mark J Wolfson, Esq on behalf of Interested Party KARMA OF PALM BEACH, INC.
mwolfson@foley.com, crowell@foley.com
-Mark J Wolfson, Esq on behalf of Plaintiff Hi Bar Capital, LLC mwolfson@foley.com, crowell@foley.com