

**ORDERED in the Southern District of Florida on March 13, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,        Case No.: 22- 15627-EPK
                                      Chapter 11 (Subchapter V)

       Debtor-in-Possession.       /

**ORDER GRANTING DEBTOR'S _EX PARTE_ MOTION TO**
**SHORTEN TIME FOR INTERROGATORY RESPONSES**

This matter came on before the Court for consideration of _Debtor's Ex Parte_

_Motion To Shorten Time For Interrogatory Responses_ [ECF No.493] (the "**Motion**"), and

the Court, being familiar with the record and finding good cause shown, does hereby

**ORDER** that:

1. The **Motion** [ECF No.493] is **GRANTED**; and, FVP Opportunity Fund III, LP**,**

   FVP Investments, LLC and FVP Servicing, LLC (collectively, "FVP") and

Nicole Testa Mehdipour as Chapter 7 Trustee of the Bankruptcy Estate of Excell Auto Group, Inc shall serve their respective responses to the Debtor's Interrogatories [ECF No's 491 and 492] by Wednesday, March 15th, 2023.

###

Submitted by:
James B. Miller, Esq.
Defendant's counsel
416 Biscayne Building
19 West Flagler Street
Miami, FL 33130
Tel. 305-374-0200
email: bkcmiami@gmail.com, jbm@title11law.com

(Attorney **Miller** shall file a certificate of service as to this *Order*)