CGFD71 (12/1/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** Auto Wholesale of Boca, LLC

**Case Number:** 22–15627–EPK

Chapter: 11

County of Residence or Place of Business: West Palm Beach

U.S. District Court Case Number: 9:23–cv–80281–WPD

# TRANSMITTAL TO DISTRICT COURT

☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal and Statement of Election filed on 2/23/2023

☐ Motion for Leave to Appeal (copy of appeal attached)

☐ Request to Expedite Appeal attached.

☐ Motion to Withdraw Reference pursuant to Local Rule 5011–1(C):

    ☐ Contested     ☐ Uncontested

☐ Withdrawal of Reference granted by U.S. District Court

☐ Report and Recommendation (Motion to Withdraw Reference)

## The Party or Parties Included in the Record to District Court:

**Appellant/Movant:** Derek Stephens

**Attorney:** C. Cory Mauro, Esq.
1001 Yamato Rd, Ste 401
Boca Raton, FL 33431

**Attorney:**

**Appellee/Respondent:** Auto Wholesale of Boca, LLC; FVP Opportunity Fund III, LP; FVP Investments, LLC; FVP Servicing, LLC; Linda Marie Leali, Trustee; and U.S. Trustee

**Attorney:** James B. Miller, Esq for Auto Wholesale of Boca, LLC

19 W Flagler St #416
Miami, FL 33130

**Attorney:** David R. Softness, Esq for FVP parties

201 S Biscayne Blvd, #2740
Miami, FL 33131

**Title and Date of Order Appealed**, if applicable: Order Denying Motion For Turnover, 2/10/2023

**Entered on Docket Date:** 2/10/2023

**Docket Number:** 422

☑ Designation in Appeal (See Attached)

☐ Designation in Cross Appeal (See Attached)

☑ Copy of Docket

☐ Exhibits:

☐ Copies of Transcript(s) of Hearing(s) on:

☐ Respondent's Answer and/or Movant's Reply

☑ Other: Additional Party/Attorney Information: Jerrell A. Breslin, Esq for FVP Parties, 169 E Flagler St, #700, Miami, FL 33131 and 401 NW 1st Ave #201, Miami, FL 33132; Jonathan Noah Schwartz for FVP Parties, 10200 NW 25th St, #111, Doral, FL 33172; Linda Marie Leali, Trustee, 2525 Ponce De Leon Blvd, #300, Coral Gables, FL 33134; Heidi Feinman, Esq, Office of the US Trustee, 51 SW 1st Ave #1204, Miami, FL 33130.

**Dated:** 3/24/23

**CLERK OF COURT**
By: Martha Ortman

Deputy Clerk   (561) 514–4100