UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                        Case No.  22-15627-EPK
                                                              Chapter 11

AUTO WHOLESALE OF BOCA, LLC

        Debtor.

_____/

**SUPPLEMENTAL EXHIBIT REGISTER REGARDING NICOLE TESTA
MEHDIPOUR'S EXPEDITED (I) MOTION TO CONVERT TO A CASE UNDER
CHAPTER 7, OR, IN THE ALTERNATIVE, MOTION TO DISMISS [ECF NO. 403]**


Exhibits Submitted on behalf of:

[] Trustee     [  ] Defendant     [  ] Debtor      [X ] Other:  Creditor-Movant

Date of Hearing: March 27, 2023, beginning at 09:30 a.m. and March 28, 2023, beginning at 9:30
a.m.

Type of Hearing and Trial: *Nicole Testa Mehdipour's Expedited (I) Motion To Convert To A Case
Under Chapter 7, Or, In The Alternative, Motion To Dismiss* [ECF No. 403] and Omnibus
Response filed by the Debtor [ECF No. 426].

SUBMITTED BY:

                                        FURR AND COHEN, P.A.
                                        *Special Counsel to the Excell Trustee*
                                        2255 Glades Road, Suite 419A
                                        Boca Raton, Florida 33431
                                        (561) 395-0500
                                        (561) 338-7532 - facsimile

                                        By */s/ Jason S. Rigoli*
                                              Alan R. Crane, Esq.
                                              Florida Bar No. 963836
                                              E-mail: acrane@furrcohen.com
                                              Jason S. Rigoli, Esq.
                                              Florida Bar No. 91990
                                              E-mail:  jrigoli@furrcohen.com


1

**Nicole Testa Mehdipour, as chapter 7 trustee of the bankruptcy estate of Excell Auto Group, Inc., creditor in this bankruptcy case, and one of multiple movants, in an effort to avoid duplication, adopts and incorporate by reference all exhibits submitted by the FVP Parties at ECF Nos. 521, 522, 523, 524, 525, 526, 529, and 531 and accordingly begins numbering at Exhibit 122.**

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 122 | Deposition Transcript of Auto Wholesale of Boca, LLC (Moshe Farache as Designated Representative) dated March 23, 2023 | | | |
| 123 Identification Only | Expert Report of Alan R. Barbee, CPA/ABV, B. Riley Advisory Services dated March 22, 2023 (previously provided to counsel for Auto Wholesale of Boca, LLC) | | | |