**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**  Case No.: 22-15627-EPK

  Debtor.

_____/

**NOTICE OF SUBPOENA**

**SUBPOENA TO APPEAR AT EVIDENTIARY HEARING**

  **COME NOW**, the Claimants  and Adversary Plaintiffs, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), (collectively "FVP") and hereby give notice of the issuance of Subpoenas pursuant to Local Rule 2004-1(D) (attached hereto and incorporated herein as Exhibit A Composite).

  Dated: March 26, 2023

**For the FVP Plaintiffs**

Jerrell A. Breslin, Esq.
Baron, Breslin & Sarmiento
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail:  JB@RichardBaronLaw.com
EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.   E-mails:jschwartz@jonschwartzlaw.com
Florida Bar No. 1014596       JNSEsquire@gmail.com
Jonathan Schwartz Law PLLC
169 East Flagler Street, #700
Miami, Florida 33131
Tel.: (973) 936-2176

| David Softness, Esq. | E-mail: | david@softnesslaw.com |
|---|---|---|
| David R. Softness, P.A. | | |
| 201 S. Biscayne Blvd., Ste 2740 | By: | s/ Jerrell Breslin |
| Miami, Florida 33131 | | Jerrell Breslin, Esq. |
| Phone: (305) 341-3111 | | Florida Bar No. 269573 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon:

- **Eyal Berger**, eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Patrick R Dorsey** pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

- **Scott C Gherman** sgherman@scottghermanpa.com

- **Amanda Klopp** amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Linda Marie Leali** trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

- **James B Miller** bkcmiami@gmail.com

- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- **Ezequiel Joseph Romero** romeroe@bryancave.com, zeke.romero30@gmail.com

- **Bradley S Shraiberg** bss@slp.law,

dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

- **David R. Softness** david@softnesslaw.com
- **David M Unseth** dmunseth@bclplaw.com
- **Harry Winderman** harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Brett Marks**, Esq., at brett.marks@akerman.com,
- **Jarret P. Hitchings**, Esq., at jarret.hitchings@bclplaw.com

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          Case No.: 22-15627-EPK

      Debtor.

_____/

**SUBPOENA TO APPEAR AND TESTIFY AT A HEARING**
**OR TRIAL IN A CIVIL ACTION**

**To:**  **Alan Barbee**
**ALAN R. BARBEE, CPA/ABV**
**B Riley Advisory Services**
**1400 Centrepark Boulevard, Suite 860**
**West Palm Beach, FL 33401**

YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. Time and Place.

**FVP's Motion to Dismiss or Convert to Chapter 7 [ECF No. 390] and Nicole Testa Mehdipour's Expedited (I) Motion to Convert to a Case under Chapter 7, or, in the Alternative, Motion to Dismiss [ECF No. 403] March 27 and 28, 2023 commencing at 9:30 a.m. on each day. The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.**

The following provisions of Fed. R. Civ. P. 45 made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Dated: March 26, 2023.

CLERK OF COURT

Signature of Clerk or Deputy Clerk

OR

Attorney's Signature as follows:

**s/ Jerrell Breslin**,

The name, address, email address, and telephone number of the attorney representing the adversary Plaintiffs who issues or requests this subpoena, are:

<u>Notice to the person who issues or requests this subpoena</u>

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Dated: December 1, 2022

David Softness, Esq.
David R. Softness, P.A.
201 S. Biscayne Blvd., Ste 2740
Miami, Florida 33131
Phone: (305) 763-8708
E-mail: david@softnesslaw.com

Jerrell Breslin, Esq.
Baron, Breslin & Sarmiento
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail: JB@RichardBaronLaw.com
              EService@RichardBaronLaw.com

Jonathan Noah Schwartz, Esq.
Florida Bar No. 1014596
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111, Doral, FL
E-mail: jschwartz@jonschwartzlaw.com