UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,        Chapter 11 (Subch. V)

     Debtor.

_____/

**SUPPLEMENT TO THE FIRST AMENDED PLAN OF REORGANIZATION OF AUTO WHOLESALE OF BOCA, LLC**

Comes Now, Debtor, Auto Wholesale of Boca, LLC, by and through undersigned counsel and files and serves this instant *Supplement To The First Amended Plan Of Reorganization Of Auto Wholesale Of Boca, LLC* and states the following –

1. Debtor herein formally deletes, from the *First Amended Plan Of Reorganization Of Auto Wholesale Of Boca, LLC* [ECF No. 196] (the "Plan"), Section 8.05 of Article VIII of the Plan entitled "Non-Debtor Releases"; and, Section 8.05 shall have no further force nor effect in the Plan.

    I HEREBY CERTIFY that a true and correct copy of this Pleading has been served *via* email in pdf format *via* CM/ECF service upon those of record (all participants/creditors in the Plan are already represented by Counsel in this matter) with CM/ECF in this Case as of the date and time of the filing herein on March 26th, 2023.

    I HEREBY CERTIFY that I am admitted to practice before the District Court in and for the Southern District of Florida and am in compliance with the additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

                        Debtor's counsel
                        19 West Flagler Street, Suite 416
                        Miami, FL 33130
                        Tel. No. (305) 374-0200
                        Fax. No. (305) 374-0250

                        _____/s/_____

                        JAMES B. MILLER, ESQ.
                        Fla. Bar No. 0009164