**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22-15627-EPK

      Debtor.

_____/


**THE FVP PARTIES EXHIBITS REGISTER IN SUPPORT OF HEARING ON MOTION**
**TO DISMISS OR CONVERT TO CHAPTER 7**

**PART 8 – Corrected Exhibit 39**

Claimants / Adversary Plaintiffs FVP OPPORTUNITY FUND III, LP, a Delaware limited partnership; FVP INVESTMENTS, LLC, a Delaware limited liability company; and FVP SERVICING, LLC, a Delaware limited liability company; and HI BAR CAPITAL, LLC, a New York Limited Liability Company, hereby file their Exhibits Register in support of the FVP Plaintiffs Motion to Dismiss or Convert [C. P. 390] to be held on March 27 and March 28, 2023.

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 Composite | Proof of Claim filed by Excell Trustee on January 23, 2023 | | | |
| 2 Composite | Emails and Inventory Reports sent by Michele Martin for the Debtor in 2021 and 2022 | | | |
| 3 Composite | Lawsuit with Verified Complaint signed by Moshe Farache: *Moshe Farache and Auto Wholesale of Boca, Inc. v Scott Zankl, et al.*, Case No: 50 2022 CA 3358XXXXMB | | | |
| 4 Composite | Transcript Excerpts of Deposition of Moshe Farache taken January 12 and 13, 2023. | | | |
| 5 Composite | Excell Lease Agreement for 1001 Clint Moore Road | | | |

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|:---:|:---|:---:|:---:|:---:|
| 6 | Verified Chapter 11 Case Management Summary [C. P. 7] filed 07/07/2022 | | | |
| 7  Composite | Amended Schedules of Debtor AWB filed of 8/9/2022. Schedules B and SOFA | | | |
| 8 | July 2022, Debtor Monthly Operating Report, [C. P. 117] | | | |
| 9 | August 2022, Debtor Monthly Operating Report, [C. P. 95] | | | |
| 10 | September 2022, Debtor Monthly Operating Report, [C. P. 158] | | | |
| 11 | October 2022, Debtor Monthly Operating Report, [C. P. 189] | | | |
| 12 | November 2022, Debtor Monthly Operating Report, [C. P. 275] | | | |
| 13 | December 2022, Debtor Monthly Operating Report, [C. P. 258] | | | |
| 14 | January 2023, Debtor Monthly Operating Report, [C. P. 258] | | | |
| 15 | Amended Plan of Reorganization [C. P. 186] | | | |
| 16 | Full Deposition Transcript of Moshe Farache taken January 12 and 13, 2023 [C. P. 435] | | | |
| 17 | Full Deposition Transcript of Moshe Farache taken March 3, 2023 | | | |
| 18 | Transcript Excerpts of Deposition of Moshe Farache taken March 3 | | | |
| 19 | Full Deposition Transcript of Michele Martin taken February 14, 2023 | | | |
| 20 | Transcript Excerpts of Deposition of Michele Martin taken February 14, 2023 | | | |
| 21 | AWB Tax Return 2017 | | | |
| 22 | AWB Tax Return 2018 | | | |
| 23 | AWB Tax Return 2019 | | | |
| 24 | AWB Tax Return 2020 | | | |
| 25 | AWB Tax Return 2021 | | | |
| 26 | AWB General Ledger 2018 | | | |
| 27 | AWB General Ledger 2019 | | | |
| 28 | AWB General Ledger 2020 | | | |
| 29 | AWB General Ledger 2021 | | | |

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 30 | Summaries to Prove Content Schedules 1 through 7 | | | |
| 31 | AWB Karma of Palm Beach, Inc., UCC filing and termination | | | |
| 32 | Farache Email and Agreement to Zankl 1.18.2022 | | | |
| 33 Composite | FVP Loan / Security Agreement and UCC Filings | | | |
| 34 | 4.1.2022 Collateral Letter | | | |
| 35 | Breslin Brandes Email 1.13.2022 with vehicles | | | |
| 36 | Crispin Report 4.12.2022 | | | |
| 37 | Farache State Court Affidavit 4.14.2022 | | | |
| 38 | Crispin Inspection  4.14.2022 | | | |
| **39** | **Farache State Court Amended Affidavit 5.26.2022** | | | |
| 40 | Promissory Note AWB - Excell 11.5.2017 - $2.5 million | | | |
| 41 | Promissory Note AWB - Excell 12.31.2018 - $500,000 | | | |
| 42 | Promissory Note MMS Farache - Excell 7.7.2021 - $500,000 | | | |
| 43 | Promissory Note AWB - Excell 11.11.2021 - $2,664,450 | | | |
| 44 | Promissory Note AWB Excell 11.11.2021 - $2.5 million | | | |
| 45 Composite | AWB to Excell Interest Invoices – Sample of numerous invoices | | | |
| 46 | Sample 2021 AWB Excell Transaction Mercedes 277603 | | | |
| 47 | Sample 2021 AWB Excell Transaction Alpha Romeo C83628 | | | |
| 48 | Sample 2021 AWB Excell Transaction Lambo A07128 | | | |
| 49 | Sample 2021 AWB Excell Transaction Ferrari 226981 | | | |
| 50 | Sample 2021 AWB Excell Transaction Porsche 1214 | | | |
| 51 | Sample 2021 AWB Excell Transaction Porsche 6822 | | | |
| 52 | Sample 2021 AWB Excell Transaction Dodge 0680 | | | |
| 53 | Sample 2021 AWB Excell Transaction Dodge 9244 | | | |

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 54 | Sample 2021 AWB Excell Transaction Porsche 9039 | | | |
| 55 | Car 1 Ferrari 1036 | | | |
| 56 | Car 2 Aston Martin 7671 | | | |
| 57 | Car 3 Mercedes 6462 | | | |
| 58 | Car 4 BMW 9222 | | | |
| 59 | Car 5 Yukon 4378 | | | |
| 60 | Car 6 McClaren 0606 | | | |
| 61 | Car 7 Mercedes 0328 | | | |
| 62 | Car 8 Mercedes 2080 | | | |
| 63 | Car 9 Porsche 3176 | | | |
| 64 | Car 10 McClaren 4229 | | | |
| 65 | Car 11 Lambo 1961 | | | |
| 66 | Car 12 Cadillac 1612 | | | |
| 67 | Car 14 Jeep 1540 | | | |
| 68 | Car 15 Lambo 4316 | | | |
| 69 | Car 16 McClaren 3714 | | | |
| 70 | Car 17 Mercedes 4940 | | | |
| 71 | Car 18 McClaren 1804 | | | |
| 72 | Car 19 McClaren 3654 | | | |
| 73 | Car 20 Lambo 8121 | | | |
| 74 | Car 22 Lambo Urus 2270 (Brown) | | | |
| 75 | Car 23 Jeep 4806  Funds | | | |
| 76 | 2022 KB and KPB Sales | | | |
| 77 | Transcript of Hearing November 28, 2022 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dated March 28, 2023.

For the FVP Plaintiffs

| Jerrell A. Breslin, Esq. | David Softness, Esq. |
|---|---|
| Baron, Breslin & Sarmiento | David R. Softness, P.A. |
| The DuPont Building | 201 S. Biscayne Blvd., Ste 2740 |
| 169 East Flagler Street, #700 | Miami, Florida 33131 |

| | |
|---|---|
| Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@RichardBaronLaw.com<br>EService@RichardBaronLaw.com<br><br>By:      s/ Jerrell Breslin, Esq.<br>         Jerrell Breslin, Esq.<br>          Fla Bar No: 269573 | Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |
| Jonathan Noah Schwartz, Esq.<br>Florida Bar No. 1014596<br>Jonathan Schwartz Law PLLC<br>10200 NW 25th Street, Suite 111<br>Doral, FL 33172<br>Tel.: (973) 936-2176<br>E-mails:jschwartz@jonschwartzlaw.com<br>JNSEsquire@gmail.com | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon:

- **Eyal Berger**, eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Patrick R Dorsey** pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

- **Scott C Gherman** sgherman@scottghermanpa.com

- **Amanda Klopp** amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Linda Marie Leali** trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

- **James B Miller** bkcmiami@gmail.com

- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- **Ezequiel Joseph Romero** romeroe@bryancave.com, zeke.romero30@gmail.com

- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

- **David R. Softness** david@softnesslaw.com

- **David M Unseth** dmunseth@bclplaw.com

- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- **Brett Marks**, Esq., at brett.marks@akerman.com,

- **Jarret P. Hitchings**, Esq., at jarret.hitchings@bclplaw.com

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.