# EXHIBIT 39

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.: CACE-22-005125

FVP OPPORTUNITY FUND III, LP, a
Delaware Limited Partnership; FVP
INVESTMENTS, LLC, a Delaware Limited
Liability Company; AND FVP SERVICING,
LLC, a Delaware Limited Liability Company,

     Plaintiffs,

vs.

KARMA OF BROWARD, INC., a Florida corporation;
KARMA OF PALM BEACH, INC., a Florida corporation;
SCOTT ZANKL, an individual; KRISTEN ZANKL, an individual;
MOSHE FARACHE, an individual; AUTO WHOLESALE
OF BOCA, LLC, a Florida limited liability company; MMS
ULTIMATE SERVICES, INC., a Florida corporation;
EXCELL AUTO SPORT AND SERVICE, INC., a Florida
Corporation; and EXCELL AUTO FINANCE, LLC, a
Florida Limited liability company,

     Defendants.

_____/

## NOTICE OF FILING

    Defendant, MOSHE FARACHE, by and through undersigned counsel, hereby files this

Notice of Filing of *Amended Affidavit of Moshe Farache* attached hereto.

    Dated this 27th day of May, 2022.

**FARROW LAW, P.A.**
*Attorneys for Defendants*
4801 S. University Drive Suite 260
Davie, FL 33328
Telephone: (954) 252-9818
Facsimile: (954) 252-9821
jay@farrowlawfirm.com
BY:**/s/Jay Lewis Farrow, Esq.,**
    Jay Lewis Farrow, Esq.
    Florida Bar Number: 625213

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that the foregoing document was electronically filed with the Clerk of the Court using the Florida Courts E-Filing Portal and that a true and correct copy of this document has been served electronically or via-email in compliance with Florida Rule of Judicial Administration 2.516(b)(l)(E) to all persons on the following service list on May 27, 2022.

BY:**/s/Jay Lewis Farrow, Esq.,**
Jay Lewis Farrow, Esq.
Florida Bar Number: 625213

**SERVICE LIST**

Jerry Breslin, Esq.
Baron, Breslin & Sarmiento The DuPont Building
169 East Flagler Street, Suite 700
Miami, FL 33131
Tel: (305) 577-4626
Fax: (305) 577-4630
Email:  jb@richardbaronlaw.com

Jonathan N. Schwartz, Esq.
Jonathan Schwartz Law PLLC
10200 NW 25th Street, Suite 111
Doral, FL 33172
Tel: (973) 936-2176
Fax: (786) 338-7435
Email:  jschwartz@jonschwartzlaw.com
jnsesquire@gmail.com

Michael J. McMullen, Esq.
Cohen & McMullen, P.A.
Counsel for Plaintiff(s)
1132 SE 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone:  (954) 523-7774
Facsimile: (954) 523-2656
Email: service@floridajusticefirm.com

Henry B. Handler, Esq.
Weiss, Handler, Angelos & Cornwell, P.A.
2255 Glades Road, Suite 218-A
Boca Raton, Florida 33431
Office: (561)997-9995
hbh@whcfla.com

Mark C. Perry, Esq.
*Counsel for Excell Auto Sport and Service, Inc.*
2400 E Commercial Blvd., Ste. 511
Fort Lauderdale, Florida 33308
Office: (954) 351-2601
mark@markperrylaw.com

Thomas U Graner, Esq.
*Counsel for Excell Auto Finance, LLC*
Graner Law Group, P.A.
1699 S Federal Hwy
Boca Raton, Florida 33432
Office: (561)750-2445
tom@granerlaw.com

Jose Teurbe-Tolon, Esq.
*Counsel for Woodside Credit, LLC*
Xander Law Group, P.A.
1 NE 2nd Avenue, Ste. 200
Miami, Florida 33132
jose@xanderlaw.com

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN
AND FOR BROWARD COUNTY, FLORIDA

FVP OPPORTUNITY FUND III, LP,
a Delaware limited partnership, FVP INVESTMENTS,
LLC, a Delaware limited liability company, and FVP
SERVICING, LLC, a Delaware limited
limited liability company,

                                    CASE NO.: CACE-22-005125 (21)

        Plaintiffs,

vs.

KARMA OF BROWARD, INC., a Florida
corporation, KARMA OF PALM BEACH,
INC., a Florida corporation, SCOTT ZANKL,
An individual, MOSHE FARACHE, an
individual, AUTO WHOLESALE OF BOCA,
LLC., a Florida limited liability company, MMS
ULTIMATE SERVICES, INC., a Florida
corporation, EXCELL AUTO SPORT AND
SERVICE INC., a Florida corporation, and
EXCELL AUTO FINANCE,
LLC, a Florida limited liability company,

        Defendants.

_____/

## AMENDED AFFIDAVIT OF MOSHE FARACHE

**Comes Now,** MOSHE FARACHE, pursuant to 28 U.S.C. § 1746(2), under penalty of

perjury and states the following to be true:

1. My name is Moshe Farache.  I am over the age of eighteen (18) years of age; and, I have

   personal knowledge of the facts stated herein.

2. I am a managing member of Auto Wholesale of Boca, LLC ("AWB").

3. AWB's principal address is located at 6560 West Rogers Circle, Suite B-27, Boca Raton,

   FL 33487 (the "AWB Business Location").

4. AWB is a duly-licensed motor vehicle dealer in the State of Florida; and, has been in business for over nine (9) years.

5. AWB's primary business is to buy and sell automobiles.

6. I am submitting this Amended Affidavit to clarify my April 14, 2022 Affidavit ("April 14 Affidavit") filed by my former counsel, Marc Brandes ("Brandes").

7. On Sunday, April 10, 2022, the FVP Plaintiffs filed a Verified Complaint (the "Complaint") along with an Emergency Ex Parte Motion for Appointment of Receiver and for Temporary and Permanent Injunction (the "Ex Parte Motion").

8. On Wednesday, April 13, 2022, the FVP Plaintiffs filed a Notice of Hearing [at 12:34 p.m.] for purposes of scheduling the Ex Parte Motion for the following day, April 14, 2022 at 3:30 p.m. (the "TRO Hearing").

9. I have since discovered that the FVP Plaintiffs unilaterally scheduled the TRO Hearing without consulting my attorneys for their availability or mine. Apparently, my previous counsel, Brandes, had accepted service of process via email on April 11, 2022 on behalf of AWB.

10. It wasn't until April 14, 2022 at or about 1:54 p.m. that AWB's then-attorney, Brandes, sent me an email with the April 14 Affidavit, drafted by Brandes, attached (in pdf format) for the very first time, which also referenced Exhibits that were not attached to the email containing the April 14 Affidavit.

11. Given the extremely tight time frame between receiving the April 14 Affidavit at 1:54 p.m. and the time to travel to the TRO Hearing from Boca Raton to Fort Lauderdale, I was relying upon my memory as to the automobiles AWB had in its possession and was trying to get the information relating to the inventory while *en route*. Further, I did not see any

exhibits for the Affidavit, as they were apparently in Brandes' possession without my having seen them.

12. I must also mention that my native language is Hebrew; and, while I can speak English conversationally, I neither read nor write it fluently -- which further challenged my abilities to understand the April 14 Affidavit.  In fact, I only had time for my wife, Lisa Farache, to read to me the first few paragraphs before it was signed. Note, this Amended Affidavit has been read to me by my family so I could properly understand its contents.

13. If the Court would recall, I stood up at the back of the Courtroom at the TRO Hearing indicating that the number of automobiles referenced by my attorneys were not correct; as AWB did not have in its possession twenty-seven (27) automobiles. Even my counsel, had indicated the same at the conclusion of the TRO Hearing, and, the Court, to me, appeared to note there was disagreement with the number of automobiles and appeared to direct the parties to confer regarding the inventory.

14. Therefore, I want to clarify the automobiles in AWB's possession as of the TRO Hearing.

15. For example, although Exhibit 1 to the April 14 Affidavit referenced a list of automobiles between numbers 1 through 36, certain consecutive numbers are omitted therein; and, there were not twenty-seven (27) automobiles referenced on Exhibit 1, but rather twenty-two (22) automobiles were referenced therein.

16. Exhibit 1 was not provided to me at the time I received the April 14 Affidavit at 1:54 p.m. on April 14 2022 nor was it provided to me prior to the TRO Hearing (which commenced at 3:30 p.m.); and, Exhibit 1 was not an accurate representation of the vehicles in AWB's then-current possession at the time of the TRO Hearing.

17. At the commencement of the TRO Hearing, AWB was in possession of twenty (20) automobiles which are accounted for in Exhibit "A" hereto.   AWB continues to be in possession of nineteen (19) of these automobiles, as AWB released a certain Rolls Royce Ghost pursuant to this Court's order.

18. At the time of the TRO Hearing, Exhibit "A" hereto represents all of the automobiles in AWB's then-possession.

19. Of the twenty-two (22) automobiles identified in the original Exhibit 1 to the April 14 Affidavit, three (3) of these automobiles were not in AWB's possession as of the commencement of the TRO Hearing as a result of sales prior to the TRO Hearing.

20. One (1) of these automobiles set forth on Exhibit 1, -- the Bentley Flying Spur (identified as #10 on Exhibit 1) --, was sold at Manheim Palm Beach on April 7, 2022.

21. Another automobile, a Jeep Gladiator (identified as #30 on Exhibit 1), was sold at Manheim Palm Beach prior to the TRO Hearing.

22. As such, these two (2) automobiles (Bentley Flying Spur and Jeep Gladiator) were sold before this Court's verbal Freeze Order; and, these two (2) automobiles should not have been on Exhibit "1" to the originally-filed Affidavit.

23. There was a third automobile listed on Exhibit 1 to the April 14 Affidavit that was also not in AWB's possession at the time of the TRO Hearing, and still is not. Specifically, that certain Lamborghini Huracan (identified as #32 on Exhibit "1"), was not in AWB's possession; but, was observed at Karma of Broward as recently as May 4, 2022. It should be noted that this automobile was listed as being black in color; however, when I recently saw it at Karma of Broward, it was wrapped in the color red.

24. Although omitted from Exhibit 1 to the Affidavit, the automobile identified as #4 on the attached Exhibit "A", (a Lamborghini Urus), was in AWB's possession, and said Lamborghini Urus continues to be held by AWB per the Court's verbal Freeze Order. And, the automobile identified as #33 on Exhibit "A" hereto, a Lamborghini Huracan, was also in AWB's possession at the time of the TRO Hearing (even though it was not listed on Exhibit 1 to the April 14 Affidavit) and continues to be held by AWB per this Court's verbal Freeze Order.

25. The confusion about the number and types of automobiles that AWB possessed at the time of the TRO Hearing was a function of limited information relating to the number and type of automobiles being available, the lack of time I had to confirm AWB's inventory count, that I did not receive any of the Exhibits from my attorney to review, and the miscommunication between myself and AWB's former attorneys.

26. Additionally, at the TRO Hearing, when my former counsel advised this Court that there were twenty-seven (27) automobiles in AWB's possession, I immediately attempted to and did tell him that the information  my counsel was referencing regarding the number of automobiles currently in AWB's possession was not accurate and needed to be verified and corrected.

27. Respectfully, the Court may recall that, at the end of the TRO Hearing, after I spoke to Mr. Brandes in open court, Mr. Brandes advised this Court that he needed to be sure of the number of automobiles; and, the Court appeared to understand that the number had to be addressed between the Parties to this litigation.

28. As a result of this Court's verbal Freeze Order, the remaining nineteen (19) automobiles are being housed, and insured by AWB, at its expense; and, unfortunately, the Freeze Order

has effectively shut down AWB's business operations and caused AWB to sustain damages, financial and otherwise on a continuing basis.

29. In conclusion, I did not intend to mislead the Court in any way; and, to the extent confusion was created and mistakes were made, I believe the same was the function of what I have stated above.

FURTHER AFFIANT SAYETH NAUGHT.

BY: _____

MOSHE FARACHE

COUNTY OF PALM BEACH      )
                                              )SS:
STATE OF FLORIDA               )

BEFORE ME, the undersigned authority, personally appeared, _Moshe Farache, who is personally known to me or who has produced _____ as personal identification and who first by me being duly sworn, says that it is the Plaintiff in the above-styled cause, that he/she has read the foregoing and has personal knowledge of the facts and matters set forth and alleged in it; and that each of the facts and matters are true and correct.

The foregoing instrument was acknowledged before me by means of ( ✓ ) physical presence or ( ) online notarization, this 26 day of _May_ 2022.

_____
Notary Public
My Commission Expires:

MICHELE A. MARTIN
Commission # GG 942844
Expires April 27, 2024
Bonded Thru Troy Fain Insurance 800-385-7019

# EXHIBIT "A"

## VEHICLES IN AWB POSSESSION   UPDATED 05.26.22   4:07PM

| AWB INVENTORY # | MAKE | MODEL | YEAR | VIN | TITLE Y/N | LOCATION | ESTIMATED DATE OF RETRIEVAL |
|---|---|---|---|---|---|---|---|
| 1 | ASTON MARTIN | DB11 VOLANTE | 2019 | SCFRMFCW6KGM07671 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 2 | FERRARI | F12 BERLINETTA | 2017 | ZFF74UFA7H0221036 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 4 | LAMBORGHINI | URUS | 2020 | ZPBUA1ZLXLLA06529 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 6 | MERCEDES | G63 | 2020 | W1NYC7HJ6LX346462 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/05/22 OR 04/06/22 |
| 11 | BMW | X7 | 2019 | 5UXCX4C56KLS39222 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - OUTSIDE | 04/07/22 |
| 13 | GMC | YUKON | 2019 | 1GKS1CKJ8KR354378 | N | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - OUTSIDE | 04/01/22 |
| 16 | MCLAREN | 720S | 2018 | SBM14DCA9JW000606 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 17 | MERCEDES | G WAGON | 2021 | W1NYC7HJ0MX390328 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 18 | MERCEDES | G63 | 2020 | W1NYC7HJ6LX362080 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 20 | PORSCHE | 911 | 2008 | WP0AD29978S783176 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 24 | MCLAREN | 720S | 2020 | SBM14FCA5LW004229 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/01/22 |
| 26 | LAMBORGHINI | URUS | 2019 | ZPBUA1ZLXKLA01961 | N | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/05/22 |
| 27 | FERRARI | 812 SUPERFAST | 2020 | ZFF83CLA1L0254693 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/02/22 |
| 28 | CADILLAC | ESCALADE | 2018 | 1GYS4BKJXJR261612 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - OUTSIDE | 04/07/22 |
| 29 | FERRARI | 458 ITALIA | 2013 | ZFF68NHA8D0191526 | Y | 6560 W ROGERS CIRCLE B 27 BOCA RATON FL 33487 - INSIDE (INJUNCTION FILED) | 04/04/22 |
| 31 | JEEP | GLADIATOR | 2021 | 1C6HJTAG1ML571540 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - OUTSIDE | 04/04/22 |
| 33 | LAMBORGHINI | HURACAN | 2020 | ZHWUT4ZF1LLA14316 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/04/22 |
| 35 | MCLAREN | 720S | 2019 | SBM14FCA9KW003714 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/04/22 |
| 36 | MERCEDES | G CLASS | 2020 | WDCYC7HJ9LX334940 | Y | 5471 N DIXIE HIGHWAY SUITE 1 & 2 BOCA RATON FL 33487 - INSIDE | 04/02/22 |
| 8 | ROLLS ROYCE | GHOST | 2021 | SCATV0C04MU207524 | | PICKED UP BY OWNER  BY COURT ORDER ON 05.06.22 | 04/01/22 |