UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                    Case No. 22-15627-EPK
                                                          Chapter 11

AUTO WHOLESALE OF BOCA, LLC,

     Debtor.

_____/

### NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE THAT effective immediately PHANG & FELDMAN, P.A. has

changed its physical address, as follows:

**PHANG & FELDMAN, P.A.**
**One Biscayne Tower, Suite 1600**
**2 South Biscayne Boulevard**
**Miami, Florida 33131**
**Telephone: (305) 614-1223**
**Facsimile: (305) 614-1187**
**E-mail: service@katiephang.com**

Dated:  April 3, 2023

PHANG & FELDMAN, P.A.
*Special Counsel for Debtor-In-Possession*
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1187
E-mail: service@katiepang.com

By: */s/ Jonathan S. Feldman*
    JONATHAN S. FELDMAN, ESQ.
    Florida Bar No. 12682
    Email: feldman@katiephang.com



## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served based on

the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF

to those parties registered to receive NEF in this case.

/s/ *Jonathan S. Feldman*
Jonathan S. Feldman (12682)
feldman@katiephang.com

