**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**                    **Case No. 22-15627-EPK**

    Debtor.                                                   Chapter 11/Subchapter 5

_____/

**<u>NOTICE OF CHANGE OF ADDRESS - EMAIL</u>**

    **COME NOW** the undersigned attorney Jerrell Andrew Breslin, Esq., counsel for the FVP

Plaintiffs pursuant to SDFL LR 11.1(g) and CM/ECF Administrative Procedures 3D, compliance

which is mandated pursuant to SDFL LR 5.1. and hereby notifies this Honorable Court and the

Clerk of Court and all parties of a change of address and email to the following firm name, address

and email as follows:

Jerrell A. Breslin, Esq.
Schwartz | Breslin, PLLC.
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail:  JB@JSJB.Law
EService@JSJB.Law


    Please direct future correspondence to undersigned counsel at the above firm, address and

email.

Dated April 8, 2023.

<u>For FVP</u>

| | |
|---|---|
| Jerrell A. Breslin, Esq. | David Softness, Esq. |
| Schwartz \| Breslin, PLLC. | David R. Softness, P.A. |
| The DuPont Building | 201 S. Biscayne Blvd., Ste 2740 |
| 169 East Flagler Street, #700 | Miami, Florida 33131 |

| | |
|---|---|
| Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@JSJB.Law<br>EService@JSJB.Law | Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |
| Jonathan Noah Schwartz, Esq.<br>Florida Bar No. 1014596<br>Schwartz \| Breslin, PLLC.<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JS@JSJB.Law<br>EService@JSJB.Law | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon:

- **Eyal Berger**, eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Patrick R Dorsey** pdorsey@slp.law,

  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

- **Scott C Gherman** sgherman@scottghermanpa.com

- **Amanda Klopp** amanda.klopp@akerman.com,

  jeanette.martinezgoldberg@akerman.com

- **Linda Marie Leali** trustee@lealilaw.com,

  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

- **James B Miller** bkcmiami@gmail.com

- **James C. Moon** jmoon@melandbudwick.com,

  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- **Eric S Pendergraft** ependergraft@slp.law,

  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- **Ezequiel Joseph Romero** romeroe@bryancave.com, zeke.romero30@gmail.com

- **Bradley S Shraiberg** bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

- **David R. Softness** david@softnesslaw.com

- **David M Unseth** dmunseth@bclplaw.com

- **Harry Winderman** harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- **Brett Marks**, Esq., at brett.marks@akerman.com,

- **Jarret P. Hitchings**, Esq., at jarret.hitchings@bclplaw.com

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.