UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

      Debtor.                                   Chapter 11
                                                     Subchapter V

_____/

### AGREED *EX PARTE* MOTION TO CONTINUE CLOSING ARGUMENT ON MOTION TO DISMISS OF CONVERT

Franklin Capital Funding, LLC ("Franklin"), respectfully requests that the Court continue closing argument regarding the *Motion to Dismiss or Convert to Chapter 7* (the "Motion") filed by FVP Opportunity Fund III, LP, FVP Investments LLC and FVP Servicing, LLC (together, "FVP").  ECF No. 390.  In support of this request Franklin states:

1. Following trial on March 27 and 28, 2023, the Court scheduled closing argument on the Motion for April 13, 2023.  ECF No. 563.

2. In light of: (a) the parties requiring approximately one week to obtain the trial transcript, (b) the holidays of Passover and Easter, which occurred during the week of April 3, 2023, and (c) scheduling conflicts on April 13, Franklin respectfully requests that closing argument be continued to May 1, 2023.

3. This continuance is not being sought for purposes of delay and will not prejudice any other party.  Franklin avers that FVP and Auto Wholesale of Boca, LLC, the other parties to the trial, do not oppose the requested continuance.

4. A proposed order granting this motion shall be uploaded to the Court contemporaneously herewith.

{2425/000/00553484}

**WHEREFORE**, the Franklin requests entry of an order continuing closing argument on the Motion to May 1, 2023, and granting any such other and further relief as the Court deems necessary and appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on April 11, 2023.

**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By:    /s/ Patrick Dorsey
         Patrick Dorsey
         Fla. Bar No. 0085841
         pdorsey@slp.law

{2425/000/00553484}