

**ORDERED in the Southern District of Florida on April 12, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                                   Chapter 11
                                                              Subchapter V

_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION TO CONTINUE
CLOSING ARGUMENT ON MOTION TO DISMISS OR CONVERT**

**THIS MATTER** came before the Court without hearing, upon the *Agreed Ex Parte Motion to Continue Closing Argument on Motion to Dismiss or Convert* (the "Agreed Motion") [ECF No. 568], filed by Franklin Capital Funding, LLC.  The Court, having reviewed the Agreed Motion and being otherwise advised in the premises, and upon the agreement of Franklin Capital Funding, LLC, FVP Opportunity Fund III, LP, FVP Investments LLC, FVP Servicing, LLC, and Auto Wholesale of Boca, LLC, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Agreed Motion [ECF No. 568] is **GRANTED**.

2.      Closing argument on the *Motion to Dismiss or Convert to Chapter 7* [ECF No. 390] is CONTINUED to **May 1, 2023 at 9:30 A.M.** at the United States Bankruptcy Court, Courtroom B, 8th Floor, 1515 North Flagler Drive West Palm Beach, Florida 33401.

# # #

Submitted by:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

*Attorney Dorsey is directed to serve a copy of this order upon all interested parties and to file a certificate of service with the Court.*