**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                Chapter 11

      Debtor.

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Melissa A. Campbell, Esquire of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, hereby appears as counsel of record on behalf of BAL INVESTMENTS, LLC ("BAL"), a party-in-interest in the above-referenced case. Such counsel hereby enters her appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, inter alia, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and §342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given to and served upon the undersigned:

Melissa A. Campbell, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
200 South Orange Avenue, Suite 2900
Orlando, Florida 32802-1549
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
*mcampbell@bakerdonelson.com*
*cranderson@bakerdonelson.com*
*bkcts@bakerdonelson.com*

4871-4769-3407

Further, the undersigned consents to service of papers and notices via electronic mail, facsimile, or other electronic means at the fax number or electronic mail address shown above.

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein.

This Notice of Appearance of Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of BAL's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case, controversy, or proceedings related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Dated: April 26, 2023.

**BAKER, DONELSON, BEARMAN,**
**CALDWELL & BERKOWITZ, PC**
200 South Orange Avenue, Suite 2900
Post Office Box 1549
Orlando, Florida 32802-1549
Telephone: (407) 422-6600
Facsimile: (407) 841-0325
Counsel for First Horizon Bank

By: /s/ *Melissa A. Campbell*
     Melissa A. Campbell
     Florida Bar No. 0032090
     *mcampbell@bakerdonelson.com*
     *achentnik@bakerdonelson.com*
     *bkcts@bakerdonelson.com*

4871-4769-3407

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, including the office of the U.S. Trustee and all other parties in interest, as per the Master Address List.

By: */s/ Melissa A. Campbell*
Melissa A. Campbell

4871-4769-3407