**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                      Chapter 11

AUTO WHOLESALE OF BOCA, LLC

                                                            Case No. 22-15627-EPK

       Debtor.

_____/

**EDWARD BROWN'S MOTION TO COMPEL ABANDONMENT**
**AND TURNOVER OF TITLE TO**
**2021 LAMBORGHINI URUS VIN#ZPBUA1ZL1MLA12270**