**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                          Chapter 11

AUTO WHOLESALE OF BOCA, LLC

                                                            Case No. 22-15627-EPK

        Debtor.

_____/

## NOTICE OF WITHDRAWAL OF DOCUMENT (ECF NO. 576)

Undersigned counsel for Edward Brown hereby gives notice of the withdrawal, without prejudice, of *Edward Brown's Motion to Compel Abandonment and Turnover of Title to 2021 Lamborghini Urus VIN#ZPBUA1ZL1MLA12270* (ECF No. 576) due to a technical malfunction which occurred when the document was filed.

Dated: April 28, 2023        Respectfully submitted,

                                  By: */s/ Amanda Klopp* _____
                                  Eyal Berger, Esq.
                                  Florida Bar Number: 0011069
                                  Email: eyal.berger@akerman.com
                                  Amanda Klopp, Esq.
                                  Florida Bar Number: 124156
                                  Email: amanda.klopp@akerman.com
                                  **AKERMAN LLP**
                                  201 East Las Olas Blvd., Suite 1800
                                  Fort Lauderdale, Florida 33301
                                  Tel: 954-463-2700
                                  Fax: 954-463-2224
                                  *Counsel for Edward Brown*

1

70186746;1

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on April 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By:  */s/ Amanda Klopp*
Amanda Klopp, Esq.

2

70186746;1