**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                                    Chapter 11

AUTO WHOLESALE OF BOCA, LLC

                                                                          Case No. 22-15627-EPK

              Debtor.

_____/

### EDWARD BROWN'S MOTION TO COMPEL ABANDONMENT AND TURNOVER OF TITLE TO 2021 LAMBORGHINI URUS VIN#ZPBUA1ZL1MLA12270

Edward Brown, by and through undersigned counsel, and pursuant to 11 U.S.C. § 554 and the Court's *Order Granting Edward Brown's Motion for Partial Summary Judgment* (Adv. Pro. No. 22-01218-EPK, ECF 407) ("SJ Order"), files this motion for the Debtor's abandonment of the title as to 2021 Lamborghini Urus VIN#ZPBUA1ZL1MLA12270 (the "Vehicle").   In support of this Motion, Brown states as follows:

### BACKGROUND

1.      Debtor claims to own the Vehicle and listed the certificate of title for the Vehicle as an asset. (ECF No. 65, p. 9).

2.      As further detailed in *Edward Brown's Motion for Partial Summary Judgment* (Adv. Pro. No. 22-01218-EPK, ECF No. 310) ("MSJ"), Brown paid Karma of Palm Beach the exact value for the Vehicle on August 6, 2021, and has been in possession of the Vehicle since it was delivered to him on August 18, 2021.  In the MSJ, Brown sought that the Court determine that Debtor has no legal or equitable interest in the Vehicle, but only bare legal title.

3.    On April 26, 2023, the Court entered the SJ Order granting Brown's MSJ. *See* SJ Order.

4.    In the SJ Order, the Court held that Debtor has no legal or equitable interest in the Vehicle, and holds only bare legal title. *See id.*, p. 7–8.  Among other things, the Court held that Debtor could not have bought the Vehicle from Excell Auto Group, Inc. (as Debtor alleged) since Excell did not own the Vehicle, and that Debtor could not have bought the Vehicle from Karma of Palm Beach after it was delivered to Brown.

5.    Pursuant to the SJ Order, the Court found that the Debtor "holds only bare title to, and no other legal or equitable interest in, the 2021 Lamborghini Urus bearing the vehicle identification number ZPBUA1ZL1MLA12270." *See id.*, p. 7–8.

6.    The Court further held that "Mr. Brown may file a motion to compel abandonment of the 2021 Lamborghini Urus in the main bankruptcy case." *See id.*, p. 8.

7.    Accordingly, Brown files this Motion to compel abandonment of all of Debtor's right, title, and interest to the Vehicle, and for the certificate of title to be turned over to Brown.

**ARGUMENT AND MEMORANDUM OF LAW**

Under 11 U.S.C. § 554, the Court should compel Debtor to abandon the Vehicle, and turnover the Vehicle title to Brown.  The Court has already held that the Debtor "holds only bare title to, and no other legal or equitable interest in" the Vehicle. *See* SJ Order, p. 7-8.  The Court has further found that the Vehicle was

2

"delivered to Brown on August 18, 2021," "Brown paid the exact value of the Vehicle to the then owner, Karma of Palm Beach, shortly before delivery," and "Brown has been in possession of the Vehicle since August 18, 2021." *See* SJ Order, p. 3, 5. Because Brown is in possession of the Vehicle, and the Debtor has only bare legal title, with no beneficial interest, the Court should compel Debtor to abandon the bare legal title to Brown.

Where prepetition, the debtor only holds only bare legal title to property, the estate only acquires bare legal title without any equitable interest in the property. *In re Halabi*, 184 F.3d 1335, 1337 (11th Cir. 1999). *See also United States v. Whiting Pools, Inc.*, 462 U.S. 198, 205 n.8, 103 S. Ct. 2309, 2314, 76 L. Ed. 2d 515 (1983) ("The legislative history indicates that Congress intended to exclude from the estate property of others in which the debtor had some minor interest such as a lien or bare legal title.")

In the context of vehicles specifically, "if a debtor has only bare legal title to a vehicle, then such vehicle is not property of the estate." *In re Petersen*, 323 B.R. 512, 517 (Bankr. N.D. Fla. 2005) (Killian, Jr., J.) (citing *In re Smith,* 73 B.R. 211 (Bankr. N.D. Fla. 1986)). A certificate of title, without beneficial ownership of the vehicle, is of inconsequential value to an estate and subject to abandonment, under 11 U.S.C. § 554, to the true owner of the vehicle. *In re Crabtree*, 39 B.R. 713, 718 (Bankr. E.D. Tenn. 1984) (Bare, J.). "The legislative history of § 554(a) explains that this section authorizes abandonment to 'any party with a possessory interest in the property abandoned.'" *In re Serv.*, 155 B.R. 512,

514 (Bankr. E.D. Mo. 1993). *See also In re Mejia*, 576 B.R. 464, 470 (Bankr. S.D.N.Y. 2017).

This Court has already found that the Debtor "holds only bare title to, and no other legal or equitable interest in" the Vehicle. *See* SJ Order, p. 7–8. Therefore, the Debtor's certificate of title for the Vehicle is of inconsequential value to the estate and should be abandoned under 11 U.S.C. § 554. The Court also has found that Brown has a possessory interest in the Vehicle. Brown received possession of the Vehicle after paying Karma of Palm Beach, Inc. for the Vehicle, and has had possession of the Vehicle since August 18, 2021. *See id.*, p. 3, 6 ("Brown obtained possession of the Vehicle on August 18, 2021 and retains possession now . . . Brown paid the exact value of the Vehicle to the then owner, Karma of Palm Beach, shortly before delivery . . . even if Karma of Palm Beach had endorsed the certificate of title for the Vehicle in favor of the debtor on August 20, 2021, Mr. Brown was already in possession of the vehicle having paid Karma of Palm Beach . . ."

Since Brown has a possessory interest in the Vehicle, the Court should order that the title to the Vehicle be abandoned, and turned over to Brown. Moreover, practical reasons militate in favor of such relief. Brown has been insuring, maintaining and storing the Vehicle at his expense, and such benefits inure to any other party who claims an interest in the Vehicle. The turnover of the certificate of title to Brown will preclude any future issues with obtaining maintenance for the Vehicle (which may be difficult or impossible to procure if the certificate of title is not in Brown's name), while all interested non-Debtor parties resolve whatever

claims they may have to the Vehicle.  Moreover, this relief results in no prejudice to any other party who may claim an interest in the Vehicle, to the extent that such parties decide to challenge Brown's right, title, interest or possession in another appropriate venue.

**WHEREFORE**, Edward Brown requests this Court enter an Order in the form attached as **Exhibit A** hereto, directing the Debtor to abandon the title to the Vehicle, turn over such abandoned title to Brown, and for all other relief that is just and proper.

Dated: April 28, 2023

Respectfully submitted,

By:   /s/ *Amanda Klopp*
D. Brett Marks, Esq.
Florida Bar Number: 099635
Email: brett.marks@akerman.com
Eyal Berger, Esq.
Florida Bar Number:  011069
Email:  eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar Number: 124156
Email: amanda.klopp@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301-2999
Tel:: 954-463-2700
Fax: 954-463-2224

*Counsel for Edward Brown*

70176522;1

6

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and by U.S. Mail to the creditor matrix attached.

*/s/ Amanda Klopp*
Amanda Klopp, Esq.

6

70176522;1

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                                  Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC

                                                                            Chapter 11

         Debtor.

_____/

**ORDER GRANTING EDWARD BROWN'S MOTION**
**TO COMPEL ABANDONMENT AND TURNOVER OF TITLE TO**
**2021 LAMBORGHINI URUS VIN#ZPBUA1ZL1MLA12270 (ECF NO.____)**

**THIS MATTER** came before the Court upon *Edward Brown's Motion to Compel Abandonment and Turnover of Title to 2021 Lamborghini Urus VIN#ZPBUA1ZL1MLA12270* (ECF No. ___) (the "Motion"), which requested that this Court enter an Order directing the Debtor to abandon the title to a certain 2021

Lamborghini Urus VIN#ZPBUA1ZL1MLA12270 (the "Vehicle"), and turn over such abandoned title to Edward Brown ("Brown"). The Court previously entered the *Order Granting Edward Brown's Motion for Partial Summary Judgment* (Adv. Pro. No. 22-01218-EPK, ECF 407) ("SJ Order"), in which the Court found that the Debtor "holds only bare title to, and no other legal or equitable interest in, the 2021 Lamborghini Urus bearing the vehicle identification number ZPBUA1ZL1MLA12270" and that Edward Brown "paid the exact value of the Vehicle to the then owner [of the Vehicle]" and "has been in possession of the Vehicle since August 18, 2021." *See* SJ Order, p. 5, 7-8. In the SJ Order, the Court further held that "Mr. Brown may file a motion to compel abandonment of the 2021 Lamborghini Urus in the main bankruptcy case." *Id.*, p. 8. The Court, having reviewed the Motion, having found proper and sufficient notice of the Motion was given to all interested parties, and being otherwise fully advised in the premises, finds good cause to grant the relief requested, it is **ORDERED AND ADJUDGED** that:

1. The Motion (ECF No. ___) is **GRANTED**.

2. Any and all right, title, and interest of the Debtor, Auto Wholesale of Boca, LLC, in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270, including the Debtor's certificate of title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270, is **ABANDONED** by the Debtor.

3.      The Debtor shall mark "void" on its certificate of title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 and turn over the voided title to Brown.

4.      The Florida Department of Highway Safety and Motor Vehicles, and any other governmental agencies are hereby authorized, but not directed, to remove any holds on the title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 and to take any actions as may be necessary to allow for the avoidance and cancellation of the existing bare legal title in favor of the Debtor, Auto Wholesale of Boca, LLC, and for the issuance of a new marketable certificate of title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 in favor of Edward Brown.

5.      The Debtor, Brown, and the Florida Department of Highway Safety and Motor Vehicles are authorized to take any such actions as may be necessary to effectuate the intent of the turnover and terms of this Order.

6.      The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order.  Such jurisdiction shall survive dismissal of the Debtor's bankruptcy case.

7.      This Order shall not affect the rights of any third parties, including but not limited to, FVP Parties[1] and Hi Bar Capital, LLC, to claim any right, title, or interest in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270.

---

[1] The term "FVP Parties" shall refer to FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC.

8.      Due to the abandonment by the Debtor of all right, title, and interest in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270, the Court declines to assert jurisdiction over the claims relating to any non-Debtor parties' interests in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 in the Adversary Proceeding No. 22-01218-EPK, and all such currently unadjudicated claims relating to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 are denied, without prejudice to the non-Debtor parties seeking a determination of their respective interests in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 in an appropriate forum.

9.      The Clerk of Court shall also docket this Order in the Adversary Proceeding No. 22-01218-EPK.

###

Submitted by:

Amanda Klopp, Esq.
**AKERMAN LLP**
777 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: amanda.klopp@akerman.com

Attorney Klopp is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.

4

Label Matrix for local noticing
113C-9
Case 22-15627-EPK
Southern District of Florida
West Palm Beach
Fri Apr 28 14:59:19 EDT 2023

ACE Insurance Company of the Midwest a/s/o R
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021-6786

Arby Lipman, LLC
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BAL INVESTMENTS, LLC
c/o Travis Harvey, Esq.
Baker Donelson, et al.
100 S.E> Third Ave., Ste 1620
Fort Lauderdale, FL 33394

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Express Emergency Services, Inc.
Scott C Gherman P.A.
c/o Scott C Gherman P.A.
902 Clint Moore Rd. Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Farache Enterprises, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
c/o Ezequiel J. Romero
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131-5354

KARMA OF PALM BEACH, INC.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205-E
Boca Raton, FL 33431-7391

M & M Development Consultants LLC.
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Mazel Tov, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Shaneandninamt, LLC
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Wing Lake Capital Partners f/k/a Franklin Ca
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117-5304

5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487-4905

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Anthony Linden Burnham
24204 Calvert Street
Woodland Hills, CA 91367-1111

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Express Emergency Services, Inc
c/o Scott C Gherman P.A.
902 Clint Moore Rd.,
Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Farache Enterprises, Inc.
902 CLINT MOORE RD, STE 120
Boca Raton, FL 33487-2846

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130-1699

Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160-5418

Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328-3836


KURKIN FOREHAND BRANDES LLP
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
E-mail:  mbrandes@kfb-law.com 33180-2813

KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446-3693

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316-3013


Karma of Broward, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472-4320


Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180-2813

Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830


Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719-9437

Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180-2813


Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746


Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432

Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446-2215


Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069-1301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496-3374

Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065-6600

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432-8602


Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354-1654

Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798-3649

Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483-3223

Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483-4514

Prestige Luxury Cars LLC
c/o Thomas Zeichmann, Esq.
2385 Executive Center Drive
Boca Raton, FL 33431-8579

Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

Richard Scott Greenberg
7120 Lionshead Ln.,
Boca Raton, FL 33496-5937

Road Rich LLC d/b/a Road Rich Motors
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Road Rich Motors
770 W 17th St, Unit 3
Costa Mesa, CA 92627-4374

Robert O'Connell, Jr.
1160 SW. 20th Ave
Boca Raton, FL 33486-8509

Roman Temkin & Natalia Vlasova
16901 Collins Ave., Apt. 4601
Sunny Isles Beach, FL 33160-5356

Royal Premium Budget Inc
8501 Wade Blvd, Suite 620
Frisco, TX 75034-6268

SC&J II, LLC
6560 West Rogers Circle, Suite 27
Boca Raton, FL 33487-2746

SC&J II, LLC
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Samuel Stephen Pany
1251 SW. 17th St.,
Boca Raton, FL 33486-6628

Santander Bank
101N Melville
Melville, NY 11747

Savannah Row A.k.a. Steven Gelb
30 S. E. 15th Ave.,
Boca Raton, FL 33432

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Stephane Wmile Charles Haddad
480 N. E. 31st St., PH 5402
Miami, FL 33137-5224

Stephen Graves
7670 Circle Dr.,
Young Harris, GA 30582-1531

Stephen Mark Stoliker Jr.
21849 Cypress Palm Court
Boca Raton, FL 33428-2938

Stratford Specialty Finance LLC
c/o James C Moon, Esq.
200 South Biscayne Blvd. Suite 3200
Miami, FL 33131-5323

Tavere St Michael Johnson
10940 Moore Dr.,
Parkland, FL 33076-4849

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo
PO Box 9000
Lutherville Timonium, MD 21094-9000

William John MacFarlane
6780 NW. 81st Terrace
Parkland, FL 33067-1054

William Perry Dilley II, Esq.
Dilley Trial Law, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301-2218

Woodside Credit, LLC
895 Dove St, Suite 100
Newport Beach, CA 92660-2944

Woodside Credit, LLC
c/o Christian Somodevilla
2 South Biscayne Boulevard,
Suite 2200
Miami, FL 33131-1804

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd #C401
Ft. Lauderdale, FL 33312-6598

World Imports USA Inc.
11650 Beach Blvd.,
Jacksonville, FL 32246-6605

Zachary Scott Nelson
19542 Estuary Dr.,
Boca Raton, FL 33498-6201

Zhao Min Duan
18558 Gale Ave., #338
Rowland Heights, CA 91748-1394

Calvin Erbstein
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Chase Farache
c/o Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Derek Stephens
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o D. Brett Marks
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Eric Dore
GrayRobinson
301 E. Pine Str
Suite 1400
Orlando, FL 32801-2798

Frank A. Evans, III
c/o Ryan C. Reinert
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

James B Miller
19 W Flagler St #416
Miami, FL 33130-4419

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202-6000

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131-2310

Jonathan S. Feldman
Phang & Feldman, P.A.
2 South Biscayne Blvd., Ste. 1600
One Biscayne Tower
Miami, FL 33131-1803

Linda Marie Leali
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134-6044

Lisa Farache
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Marc Brandes
Kurkin Forehand Brandes LLP
18851 NE 29 Avenue
Suite303
Suite303
Aventura, FL 33180-2808

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Moshe Farache
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Moshe Farache
Scott C Gherman P.A.
c/o Scott C Gherman P.A.
90
Boca Raton, FL 33487 United States

Nicole Mehdipour
6278 N Federal Hwy
1110
Fort Lauderdale, FL 33308-1916

Omar Periu
c/o Carlos E. Sardi
225 Alcazar Avenue
Coral Gables, FL 33134-4401

SCOTT C. GHERMAN
Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Steven William Wells
229 Warner Road
Lancaster, NY 14086-1040

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)Express Emergency Services, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332


(d)FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd.
Ste 120
Boca Raton, FL 33487-2846


(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598


(d)Arby Lipman
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

(d)Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

End of Label Matrix
Mailable recipients    172
Bypassed recipients     11
Total                  183