UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,        Case No.: 22- 15627-EPK
                                    Chapter 11 Subchapter V

        Debtor-in-Possession.     /

## DEBTOR'S NOTICE OF RECOVERY OF PROPERTY OF ESTATE AND REQUEST FOR REIMBURSEMENT

Comes Now, the Debtor-in-Possession, Auto Wholesale of Boca, LLC ("Debtor", "AWB" or "DIP"), by and through undersigned counsel and files and serves this instant *Debtor's Notice of Recovery of Property of Estate and Request for Reimbursement*, and states –

1. Debtor filed its petition [ECF No. 1] (the "Petition") in Bankruptcy under Chapter 11, Subchapter V, of Title 11 of the United States Code on July 22nd, 2022 (the "Petition Date").

2. In Debtor's Schedules (as amended) [*see* ECF No. 65] Debtor identified its ownership interest in various automobiles, including, but not limited to a certain **2016 Ford Rhino Black, VIN 1FDUF4HT8GEB18666** (the "Rhino").

3. Specifically, Debtor identified that it was in possession of the Rhino Title [*see* ECF No. 65, p.8, #71) and indicated that the Rhino itself was one of many "missing autos of Debtor".

4. While trying to locate the Rhino, on or about March 28, 2023, Debtor was contacted *via* certified mail by a towing service in North Las Vegas, Nevada, and advised that the Rhino was in their possession in a secured storage lot.

5. However, failure to timely retrieve the Rhino and remit the expenses to the towing company, would result in the Rhino and its contents being sold at auction. *See* Exhibit "1" hereto, a true and correct copy of the letter from Quality Towing (with envelope).

6. Thereupon, the Debtor, through its principals, Lisa and Moshe Farache, made urgent plans to travel to Las Vegas and recover the Rhino.[1]

7. Upon arrival in Las Vegas, the Debtor learned that the Rhino was damaged and Debtor had nowhere to store the Rhino while trying to find a transporter to pick up the vehicle in a timely manner.

8. The Rhino was in bad condition, the batteries were dead, the key was broken off in the ignition, and significant damage, both internally and externally, was observed.

9. Debtor remitted the sum of $1,575.08 to Quality Towing to release the Rhino to Debtor. *See* Exhibit "3".

10. Debtor eventually found a company that was willing to pick up this oversized vehicle, (which requires a special flatbed to transport it across the country), and utilized Car Delivery USA to transport the Rhino  -- a deposit of $450.00 *via* Moshe Farache's American Express credit card was made to the transport company (*see* Exhibit "4"), and a cash-on-delivery remittance of $3,500.00 made to the trucker/operator, Luis Torres, upon delivery of the Rhino in Boca Raton, FL (see Exhibit "5").[2]

11. Therefore, Debtor has transported the Rhino back to South Florida at this time, and is obtaining repair estimates, while the Rhino has been placed in outside storage at Debtor's warehouse at Dixie Highway in Boca Raton, Florida.

12. Further, it is requested that the Court authorize Debtor to reimburse Mr. and Mrs Farache for their expenses (*see* Exhibit 2) in recovering the Rhino, as well as reimburse Farache Enterprises for the $3,500.00 cash advanced for the benefit of the Debtor to recover the Rhino.

---

[1] The cost of the flight to and from Las Vegas and the accommodations were advanced by Moshe Farache and Lisa Farache. Attached hereto as Exhibit "2" is a breakdown of the expenses to recover the Rhino.

[2] The source of the $3500 cash was Farache Enterprises (*see* Exhibit "6" hereto), as Debtor did not want to be out of compliance with US Trustee guidelines, and the Driver of the Transport would not take a check.

Wherefore, Debtor requests authority to reimburse the Faraches and Farache Enterprises for these expenses, and for such other and further relief this Court deems equitable and just.

Respectfully submitted on April 28th, 2023.

JAMES B. MILLER, P.A.
**Counsel for Debtor-in-Possession**
19 West Flagler St., Suite 416
Miami, Florida 33130
T. 305.374.0200
F.  305.374.0250
EMAIL: BKCMIAMI@GMAIL.COM
_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of this Pleading and attachments was served *via* CM/ECF simultaneously with the filing of the same with the Court on this even date upon all parties-in-interest of record who are registered with the Court for such service.

_____/s/_____
JAMES B. MILLER, ESQ.
Fla. Bar no. 9164