March 24, 2023
Barcode #959774
VIN: 1FDUF4HT8GEB18666
FL CE98T31
Year: 2016
Make: FORD
Model: F450
Color: BLACK

Quality Towing
CPCN 3069
2024 Losee Rd.
N Las Vegas, NV 89030
702-649-5711



7190 0006 6410 0143 1926

REF #959774
AUTO WHOLESALE OF BOCA LLC
6560 W ROGERS CIR STE B27
BOCA RATON, FL 33487

Notice is hereby given that the described vehicle has remained unclaimed on our Secured Storage Lot located at:
2024 Losee Road, North Las Vegas, NV 89030
From: 01:45PM Date: March 17, 2023
And has accrued the following charges:

| | | |
|---|---|---|
| Medium Duty Towing Charge | $ | 543.79 |
| Medium Duty Mileage Charge | $ | 0.00 |
| Secured Storage | $ | 420.00 |
| Lien Processing | $ | 120.00 |
| **TOTAL:** | | **$1,083.79** |

Charges shown above are accurate through the date of this letter.  Additional fees are added daily.  To avoid the accrual of additional charges, i.e. daily storage, administrative fees, lien fees, and auction preparation fees, we recommend that you recover your vehicle as soon as possible.  Or contact our office for other options.

You may rebut the presumptions that you are responsible for charges accrued as the result of the vehicle being towed by providing documents that establish your release of liability to the vehicle.

Demand is hereby made upon you for the above amount and for such other amounts as may accrue.  If satisfactory arrangements are not made within 15 days from the date of this letter, this vehicle and its contents will be advertised for sale, and sold by auction at the hour of 10:00 a.m. On May 10, 2023 or later at 2024 Losee Road, North Las Vegas, NV 89030. In accordance with Nevada Revised Statutes 108, 484, and 487, should the proceeds of this sale not satisfy the charges and accrual, Nevada law obligates the registered owners to pay any unpaid charges.

In accordance with Nevada Revised Statutes 108.267 through 108.360, 487 through 487.270, 706.4477, and 706.4479, 108.670 through 108.760, notice is directed to the registered and legal owner of the vehicle described.



US POST

quadient
FIRST-CLASS MAIL
IMI
$004.75 °
03/24/2023 ZIP 89030
043M31242603

CERTIFIED MAIL™ LAS VEGAS NV 890

24 MAR 2023PM 5 L