Case 22-15627-EPK   Doc 579-2   Filed 04/28/23   Page 1 of 1

| Date | Description | | Card Member | Amount | |
|------|-------------|--|-------------|--------|--|
| 04/02/2023 | FLL VALET PARKING 00FORT LAUDERDA | FL | LISA FARACHE | $75.00 | AIRPORT PARKING |
| 03/31/2023 | AIRFLIGHT INSURANCE PREMIUM 800-228-6855 | | MOSHE FARACHE | $14.99 | AIR TRAVEL |
| 03/31/2023 | AIRFLIGHT INSURANCE PREMIUM 800-228-6855 | | MOSHE FARACHE | $14.99 | AIR TRAVEL |
| 03/31/2023 | ARCO #42588 ARCO4258NORTH LAS VEG | NV | MOSHE FARACHE | $100.00 | GAS FOR RHINO |
| 03/31/2023 | BAGGAGE INSURANCE PREMIUM 800-228-6855 | | MOSHE FARACHE | $4.00 | AIR TRAVEL |
| 03/31/2023 | BAGGAGE INSURANCE PREMIUM 800-228-6855 | | MOSHE FARACHE | $4.00 | AIR TRAVEL |
| 03/31/2023 | JETBLUE GATE RETAIL RESTON | VA | LISA FARACHE | $6.00 | AIR TRAVEL |
| 03/31/2023 | WYNN LAS VEGAS HOTEL WynnLasVegas.COM | | LISA FARACHE | $564.49 | MEALS |
| 03/29/2023 | AMEX ASSURANCE TRAVEPHOENIX | AZ | MOSHE FARACHE | $92.44 | AIR TRAVEL |
| 03/29/2023 | FHR Redeem Cred | | MOSHE FARACHE | ($961.84) | HOTEL AMEX POINTS |
| 03/29/2023 | JETBLUE AIRWAYS 9010JETBLUE | NY | MOSHE FARACHE | $293.00 | AIR TRAVEL |
| 03/29/2023 | JETBLUE AIRWAYS 9010JETBLUE | NY | MOSHE FARACHE | $293.00 | AIR TRAVEL |
| 03/29/2023 | Points for Amex Trvl | | MOSHE FARACHE | ($1,608.04) | AIR TRAVEL AMEX POINTS |
| 03/29/2023 | PwP   AMERICAN EXPRSEATTLE | WA | MOSHE FARACHE | $757.80 | AIR TRAVEL |
| 03/29/2023 | PwP   AMERICAN EXPRSEATTLE | WA | MOSHE FARACHE | $757.80 | AIR TRAVEL |
| 03/29/2023 | PwP   AMEX FINE HOT800-297-2977 | WA | MOSHE FARACHE | $961.84 | HOTEL |
| | | | EXPENSES WITHOUT POINTS | $1,369.47 | |
| | | | POINTS USED | $2,569.88 | |
| | | | TOTAL TRAVEL EXPENSE | $3,939.35 | |

| Date | Description | Amount | |
|------|-------------|--------|--|
| 03/31/23 | QUALITY TOWING | $1,575.08 | RHINO TOW STORAGE |
| 04/02/23 | CAR DELIVERY USA | $450.00 | RHINO TRANSPORT VEGAS TO BOCA |
| 04/10/23 | CASH TO LUIS TORRES | $3,500.00 | RHINO DELIVERY COD |
| | | $5,525.08 | |
| | | $9,464.43 | TOTAL COST TO RETRIEVE RHINO |