**Quality Towing**
2024 Losee Rd.
North Las Vegas, NV 89030
Phone: 702-649-5711
CPCN 3069

# Call Receipt

Tow Ticket #: 1409522C
Completion Date: 3/31/2023
Stock #: 959774

---

Year: 2016    Make: Ford    Model: F-450 Black Chassis

License: CE98T31  State: FL

Vehicle Identification No.: 1FDUF4HT8GEB18666

Registered Owner Name/Address:

Towed From: 3305 W SPRING MOUNTAIN RD

Towed To: 2024 Losee Road,North Las Vegas,NV

Storage Start: 3/17/2023 13:45          Storage End: 3/31/2023 09:37

Stored At: North Las Vegas - QH/QH (Secured Storage)

Control Customer: PPI - Generic.

**Call Taken/Appointment**

3/17/2023 11:00

Stop Billing: 3/31/2023 09:37

Released By: rh

Tow Car Unit #: 370

| Request | Tow Car Sent | Arrived on Scene | Depart Scene | Arrived at Drop Location |
|---|---|---|---|---|
| Date/Time: 03/17/23 11:00 | Date/Time: 03/17/23 11:00 | Date/Time: 03/17/23 11:30 | Date/Time: 03/17/23 12:35 | Date/Time: 03/17/23 13:45 |
| | Odometer: 412829 | Odometer: 412829 | Odometer: 412830 | Odometer: 412840 |
| | | Total Time on Site: 64 | | |

---

**Tow Charges**

| | |
|---|---:|
| Medium Duty Towing Charge | 543.79 |
| Jump Start - MD | 50.00 |
| First Lot Visit - RO 3/31/23 @ 9.10 AM | 63.74 |
| First Lot Visit Discount | -63.74 |

**Storage Charges**

| | |
|---|---:|
| Secured Storage | 910.00 |
| 1 Day(s) @ $0.00/Day plus 13 Day(s) @ $70.00/Day | |
| Lien Processing | 120.00 |
| $120.00 | |

|  |  |
|---|---:|
| Sub Total($): | 1,623.79 |
| Tax($): | 0.00 |
| Discount($): | (48.71) |
| Total Price($): | 1,575.08 |
| Cash Payment($): | (1,575.08) |
| Amount Due($): | 0.00 |

3/31/2023 09:37

Released To: MOSHE FARACHE, 6560 W ROGERS CIRCLE, SUITE B27, BOCA RATON, FL 33487

**Registered Owner Information:**

AUTO WHOLESALE OF BOCA LLC, 6560 W ROGERS CIR STE B27, BOCA RATON, FL 33487

Disclaimer: I hereby state that I am legally entitled to the above described vehicle and its contents and assume all responsibility for same. Quality Towing will not assume any liability for a vehicle prior to their physical possession or after their release of the vehicle. I have read and understand this statement. I, owner/agent and/or authorized signer, have been given all documents that substantiate the forgoing charges listed on this Call Receipt.

This tow car company's service practices are regulated by the Nevada Transportation Authority. It is required to have available for your inspection a copy of the regulations it operates under and the rates the Authority has authorized it to charge. If you believe that any practices of this company in towing your vehicle, including the charges assessed for that tow, are not in accordance with the published rules and charges you may, after paying the charges assessed, file a complaint with the Authority's Consumer Division by writing Consumer Division, Nevada Transportation Authority, 3300 W. Sahara Ave. Suite 200, Las Vegas, Nevada 89102.

IMPORTANT:
You have secured the services of Quality Towing. If you have any questions concerning the services provided or wish to file a commendation or complaint, you may contact the Nevada Transportation Authority at (702) 486-3303 or through its website at http://www.nta.nv.gov.

---

Printed Name:
3/31/2023 09:37:51

Signature:
Page #1