

ACCOUNT ENDING - 73005

CARD MEMBER

Business Centurion® Card

MOSHE FARACHE

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| Apr 2 | **CAR DELIVERY USA**<br>12135 NORTH WEST 57TH ST<br><br>CORAL SPRINGS<br>FL<br>33076<br>(954) 242-8084<br>http://www.usacardelivery.com | **CAR DELIVERY USA INCCORAL SPRINGS FL**<br><br>Will appear on your Apr 24, 2023 statement as CAR DELIVERY USA INCCORAL SPRINGS FL<br><br>CARD<br>MOSHE FARACHE<br><br>MEMBERSHIP REWARDS POINTS<br>1X on Other purchases     450<br><br>ADDITIONAL INFORMATION<br>00676125 GARY 33076<br>OTHER TRANSPORTATION | $450.00 |