# BILL OF LADING

Driver: _Luis Torres_

| Work Order #'s. | |
|---|---|
| 1 | 991444 |
| 2 | |
| 3 | |

| | |
|---|---|
| 4 | |
| 5 | |
| 6 | |

## PICKUP

Name: Moshe Farache
Address: 3418 Artmist ST
City/St/Zip: Las Vegas, NV 89117
Phone:
Contact: 561-716-0164

## DELIVERY

Name: Moshe Farache
Address: 6560 Rogers Circle
City/St/Zip: Boca Raton, FL 33487
Phone:
Contact:

## VEHICLES

| | STOCK # | YEAR | MAKE | MODEL | VIN | MILEAGE | PRICE |
|---|---|---|---|---|---|---|---|
| 1 | | 2016 | Ford | F-450 | — | — | — |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |

### CODE / LETTER CODE

- (A) Broken
- B - Bent
- C - Chipped
- (D) Dented
- E - Defective
- F - Scuffed
- G - Gouged
- H - Stained
- J - Cut
- (K) Cracked
- L - Loose
- (M) Missing
- (N) - Painted over
- P - Paint defect
- O - Hail damage
- R - Punctured
- S - Scratched
- T - Torn
- W - Wavy
- X - Present
- Z - Other

**TOTAL**
$ 3,500

Terms: Net C.O.D.

REMARKS _Private To Private_

4/10/23
DeLivBi 5471 N DIXE
— BOCA RATON —

Receiving agent must have driver Sign here acknowledging damages

**\* NOTE - No claims will be honored unless noted on this Bill of Lading at time of delivery**

PRINTED NAME AND SIGNATURE MUST ACCOMPANY DELIVERY X

| n/a | 4/5/23 | X | X |
|---|---|---|---|
| Shipper's agent at pick up | Pick up date | Shipper's agent at delivery | Delivery date |

Printed Name