Wells Fargo Bank
Transaction Receipt

Branch #0066398 04                          Cash Chk

                                      Check Amount(s)

                                        $3,500.00

        Check(s) Total              $3,500.00

             Fee Total                  $0.00

Loose Currency
  $100                      $3,500.00
       Sub total            $3,500.00

        Cash Paid to Customer
                          $3,500.00
Transaction # 003 2005
 09:16AM 04/10/23

Thank you,NED

FARACHE ENTERPRISES, INC.

12460

CASH

RHINO

4/10/2023

3,500.00

WELLS FARGO       RHINO

3,500.00