**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22-15627-EPK

      Debtor.

_____/


**THE FVP PARTIES SUPPLEMENTAL EXHIBITS REGISTER OF EXHIBITS**
**INTRODUCED INTO EVIDENCE IN SUPPORT MOTION TO DISMISS OR**
**CONVERT TO CHAPTER 7 HELD ON MARCH 27, 2023 AND MARCH 28, 2023**

Come now the Claimants / Adversary Plaintiffs FVP OPPORTUNITY FUND III, LP, a Delaware limited partnership; FVP INVESTMENTS, LLC, a Delaware limited liability company; and FVP SERVICING, LLC, a Delaware limited liability company and hereby supplement the record with their Supplemental Exhibits Register of exhibits introduced and admitted into evidence at the hearing on March 27 and 28, 2023 in support of the FVP Plaintiffs Motion to Dismiss or Convert [C. P. 390] as follows:

| Exhibit Number | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 82 | Debtor's General Ledger 2022a | X | | |
| 83 | Proof of Claim No. 55 filed by Auto Wholesale of Boca, LLC in Excell Auto Group, Inc., Bankruptcy Case 22-12790-EPK | X | | |
| 105 | February 2023 Monthly Operating Report | X | | |
| 122 | Deposition Transcript of Auto Wholesale of Boca, LLC (Moshe Farache as Designated Representative) dated March 23, 2023 | X | | |
| 123 | Rebuttal Exhibit Amendment to Operating Agreement dated October 18, 2018 | X | | |

Dated April 29, 2023.

For the FVP Parties

| | |
|---|---|
| Jerrell A. Breslin, Esq.<br>Jonathan Noah Schwartz, Esq.<br>Schwartz Breslin PLLC<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@JSJB.Law<br>EService@JSJB.law<br><br>By:     s/ Jerrell Breslin<br>Jerrell Breslin, Esq.<br>Fla Bar No: 269573 | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served with the foregoing Motion by electronic service via EM/ECF and by email as follows: the Subchapter 5 Trustee by serving Linda Leali, Esq. at lleali@lealilaw.com; upon the Debtor/Defendant by serving James B. Miller, Esq. at bkcmiami@gmail.com and jbm@title11law.com; upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com, Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com, David Unseth, Esq. at dmunseth@bclplaw.com, and James Moon, Esq., at Jmoon@melandbudwick.com; upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com, upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com and upon Michael Halperin by serving Phil Landau, Esq. at phil@landaulaw.com.

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.