# EXHIBIT 126

# AMENDMENT TO THE

# OPERATING AGREEMENT

# OF

# EXCELL AUTO SPORT AND SERVICE, LLC

**THIS AMENDMENT OT THE OPERATING AGREEMENT** (hereinafter referred to as the "Amendment") is made and entered into as of the ___18___ day of ___October 2018___, 2018, and effective as of said date ("Effective Date"), by and among MOSHE FARACHE, SCOTT ZANKL, ROBERT O'CONNELL, JR., and CHARLES HEALEY (referred to from time-to-time herein collectively as the "Members" and each individually as a "Member").

## WITNESSETH:

**WHEREAS**, on or about the ___18___ day of ___October___, 2018, the Members entered into an Operating Agreement (hereinafter the "Operating Agreement") for the entity known as Excell Auto Sport and Service, LLC (hereinafter the "Company");

**WHEREAS**, the parties desire to add ~~JAY~~ Charles HEALEY as a Member to the Operating Agreement;

**WHEREAS**, the parties further desire to enter into this Amendment to amend certain provisions contained therein as more fully set forth herein; and

**WHEREAS**, all sections, terms and/or conditions contained in the Operating Agreement not referenced in this Amendment shall remain in full force and effect.

**NOW, THEREFORE**, in consideration of the mutual covenants set forth herein and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the parties agree as follows:

**Section 4. Place of Business**. Section 4 shall be amended to reflect that the address of the Company is 1000 Clint Moore Road, Boca Raton, FL 33487.

**Section 6.  Capital Contributions**. Section 6, Capital Contributions, shall be deleted in its entirety and amended to read as follows: Including,Tools,expertise,time,computer hardware,and software, and any other capital contributions on which the business was started with.

As initial contributions to the Limited Liability Company, MOSHE FARACHE shall contribute $525,736 to the Limited Liability Company upon execution of this Agreement; and SCOTT ZANKL shall contribute $545,823 to the Limited Liability Company upon execution of this Agreement; ROBERT O'CONNELL, JR. shall contribute his technical expertise, time and labor, tools, computer hardware and software, and such other equipment as is necessary to further the intended business of the Limited Liability Company, and that ROBERT O'CONNELL, JR.

1

shall receive salary compensation $2,000 per week for his services as provided in Article 11; and CHARLES HEALEY shall contribute his technical expertise, time and labor, tools, computer hardware and software, and such other equipment as is necessary to further the intended business of the Limited Liability Company, and that CHARLES HEALEY shall receive salary compensation $2,000 per week for his services. As referenced herein, it is expressly understood that in consideration of the issuance of the membership interests to ROBERT O'CONNELL, JR. and CHARLES HEALEY, and other good and valuable consideration, that the tools and equipment each of them brought into the Company are property of the Company. In exchange for the foregoing initial contributions ("Capital Contributions"), the Members shall receive Percentage Interests in the Limited Liability Company in the amounts and percentages set forth on Exhibit "A" attached hereto. Each Member's initial Capital Contributions plus any additional Capital Contributions, less any distributions made to a Member pursuant to Article 8(g) and Article 20 shall be referred to as each Member's "Contribution Account."

The capital of the Limited Liability Company shall be the amount noted in the company records, which shall consist of the aggregate of the Capital Contributions made by the Members in accordance with this Agreement and applicable law.

Except as specifically provided in this Agreement or required by law, no Member shall have the right to withdraw or reduce its contributions to the capital of the Limited Liability Company until the termination of the Limited Liability Company. No Member shall have the right to demand and receive any distribution from the Limited Liability Company in any form other than cash, regardless of the nature of such Member's Capital Contribution. No Member shall be paid interest on such Member's Capital Contributions to the Limited Liability Company.

The liability of any Member for the losses, debts, liabilities and obligations of the Limited Liability Company shall be limited to: the Capital Contribution of such Member when due under this Agreement; such Member's share of any undistributed assets of the Limited Liability Company; and (only if and to the extent at any time required by applicable law) any amounts previously distributed to such Member by the Limited Liability Company.

For purposes of this Article 6, the term "Members" shall also include "Interest Holders," except with respect to any matter requiring the consent or vote of the Members.

**Section 7. Loans and Advances by Members**. Section 7 shall be amended as follows:

If any Member shall loan or advance any funds to the Limited Liability Company in excess of the Capital Contribution of such Member prescribed herein, such loan or advance shall not be deemed a Capital Contribution to the Limited Liability Company and shall not in any respect increase such Member's interest in the Limited Liability Company. .

For purposes of this Article 7, the term "Members" shall also include "Interest Holders."

2

**Section 8.  Allocations and Distributions**.  Sub-Section 8(c), shall be amended as follows:

(c)     Profits for each fiscal year (and each item of income and gain entering into the computation thereof) shall be allocated among the Members (and credited to their respective Capital Accounts) in the following order and priority:

(i)     FIRST, to the Members, based on the amount of Losses being offset, until the cumulative Profits allocated pursuant to this Article 8(c)(i) are equal to the cumulative Losses, if any, previously allocated to the Members pursuant to Article 8(d)(v) for all prior periods in proportion to the Members' respective shares of the Losses being offset;

SECOND, to the Members, based on the amount of Losses being offset, until the cumulative Profits allocated pursuant to this Article 8(c)(ii) are equal to the cumulative Losses, if any, previously allocated to the Members pursuant to Article 8(d)(iv) for all prior periods in proportion to the Members' respective shares of the Losses being offset;

THIRD, to the Members, based on the amount of Losses being offset, until the cumulative Profits allocated pursuant to this Article 8(c)(iii) are equal to the cumulative Losses, if any, previously allocated to the Members pursuant to Article 8(d)(iii) for all prior periods in proportion to the Members' respective shares of the Losses being offset;

FOURTH, to the Members, based on the amount of Losses being offset, until the cumulative Profits allocated pursuant to this Article 8(c)(iv) are equal to the cumulative Losses, if any, previously allocated to the Members pursuant to Article 8(d)(ii) for all prior periods in proportion to the Members' respective shares of the Losses being offset; and

(ii)     FITH, to the Members, in accordance with their Percentage Interests.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

**IN WITNESS WHEREOF**, the parties hereto have executed this Agreement effective as of the date first above written.

**MEMBERS:**

WITNESSES:

_Noshu FARACHe_
Print Name: __Mos__

_Noshu dARACHe_
**MOSHE FARACHE**, Individually

_Scott Zankl_
Print Name: _____

_Scott_
**SCOTT ZANKL**, Individually

_Robert O'Connell Jr_
Print Name: _____

_Robert O'Connell Jr_
**ROBERT O'CONNELL, JR.**, Individually

_Print Name: Charles Healy_

**JAY HEALEY**, Individually

4

# OPERATING AGREEMENT

## OF

## EXCELL AUTO SPORT AND SERVICE, LLC

### EXHIBIT "A"

Percentage Interest of each Member in Limited Liability Company.

| MEMBER | PERCENTAGE INTEREST IN THE LLC |
| --- | --- |
| MOSHE FARACHE | 25% |
| SCOTT ZANKL | 25% |
| ROBERT O'CONNELL, JR. | 25% |
| JAY HEALEY | 25% |

5