# EXHIBIT 83

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Excell Auto Group, Inc. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number | 22-12790-EPK |

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

Auto Wholesale of Boca, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

James B. Miller, Esq.
Name

19 West Flagler Street, Suite 416
Number      Street

Miami                    FL           33130
City                   State         ZIP Code

Contact phone   305-374-0200

Contact email   bkcmiami@gmail.com

**Where should payments to the creditor be sent?** (if different)

Name

Number      Street

City                   State         ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____      Filed on ____ / ____ / _____
                                                                            MM  /  DD  /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410                                         Proof of Claim

Movant's Trial Exhibit 83

page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$_____ 7,115,550.11 . Does this amount include interest or other charges?

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Purchase, sale and financing.

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☑ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** Possession, Secuirty Agreement, UCC1, Note and PMSI.

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____ 3,500,000.00

Amount of the claim that is secured: $_____ 3,500,000.00

Amount of the claim that is unsecured: $_____ 3,615,550.11 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) 25.00 %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   06/27/2022
MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

Name        James        B.        Miller
First name        Middle name        Last name

Title        Attorney

Company        James B. Miller, P.A.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address        19 West Flagler Street, Suite 416
Number        Street

Miami        FL        33130
City        State        ZIP Code

Contact phone   305-374-0200        Email   bkcmiami@gmail.com

## Summary[1]

| | |
|---|---|
| Principal as of April 8th, 2022, | $6,745,050.00 |
| Accrued interest through April 8th, 2022, | $339,750.11[2] |
| Total = | $7,084,800.11 |
| | |
| Pre-Petition Attorney Fees | $30,000.00 est. |
| Pre-Petition Cost | $750.00 est. |
| | |
| Grand  Total | $7,115,550.11 |

## **RESERVATION OF RIGHTS[3]**

Claimant reserves the right to amend this Proof of Claim and to file further pleadings and documents from time to time to (i) restate liquidated and unliquidated components of the Claim, (ii) update the total estimated exposure with respect to any unliquidated claims asserted herein, (iii) request payment of administrative expenses (whether in respect of claims asserted herein or otherwise), (iv) reflect additional claims to the extent discovered after the filing hereof, or (v) for any other reason should it deem it appropriate, including, without limitation, to claim all amounts due in respect of any prepetition or postpetition professional fees and/or expenses and interest.

This Proof of Claim is filed under the compulsion of the bar date established by this Court and is filed to protect Claimant from forfeiture of claims by reason of said bar date. Filing of this Proof of Claim is not and shall not be deemed or construed as (a) an election of remedies, (b) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(b) or otherwise, (c) a waiver of the right of Claimant to a trial by jury in any

---

[1] Given the volume of the documents this summary is attached to the proof of claim.
[2] Post-petition per diem is $5,830.34.
[3] Credit for language herein is given to James Moon, Esq.

proceeding so triable herein or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant 28 U.S.C. § 157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution, (d) a waiver of the right of Claimant to have final orders in non-core proceedings entered only after de novo review by a District Court, (e) a waiver of the right of Claimant to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, (f) a waiver of any past, present or future event of default, (g) a waiver or limitation of any rights of Claimant, including without limitation, a waiver of rights, claims, actions, defenses, set-offs or recoupments to which Claimant is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments are expressly reserved by Claimant, or (h) an admission by Claimant that any property held by the Debtor (or any Debtor affiliate) is property of the estate.