**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                    Case No.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, INC,          Chapter 11, Subchapter V

    Debtor.

_____/

**PARTY-IN-INTEREST OMAR PERIU'S NOTICE OF WITHDRAWAL OF HIS**
**JOINDER TO (A) FVP'S MOTION TO DISMISS OR COVERT TO CHAPTER 7 [ECF**
**No. 390] AND (B) NICOLE TESTA  MEHDIPOUR'S EXPEDITED (I) MOTION TO**
**CONVERT TO A CASE UNDER  CHAPTER 7, OR, IN THE ALTERNATIVE, MOTION**
**TO DISMISS [ECF No. 403]**

Party-in-interest, OMAR PERIU, by and through undersigned counsel, hereby gives notice of withdrawal of his joinder [ECF No. 418]  to (i) *FVP's Motion to Dismiss or Convert to Chapter 7* [ECF No. 390] filed by Creditors, FVP Investments, LLC, FVP Opportunity Fund III, LP, and FVP Servicing, LLC, and (ii) *Nicole Testa Mehdipour's Expedited (i) Motion to Convert to a Case under Chapter 7, or, in the Alternative, Motion to Dismiss* [ECF No. 403].

Dated on this 1st day of May, 2023.

SARDI LAW, PLLC
*Counsel for Party-in-Interest*
  *Omar Periu*
225 Alcazar Avenue
Coral Gables, FL 33134
Tel.: (305) 697-8690
Fax.: (305) 697-8691

By: /s/ Carlos E. Sardi
    Carlos E. Sardi, Esq.
    Florida Bar No. 781401
    Email: carlos@sardilaw.com

- 1 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document on this 1st day of May, 2023 with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ Carlos E. Sardi
Carlos E. Sardi, Esq.