

**ORDERED in the Southern District of Florida on May 1, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                     Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                               Chapter 11
                                                           Subchapter V

    Debtor.

_____/

### AGREED ORDER GRANTING MOTION TO COMPEL TURNOVER OF 2021 MERCEDES-BENZ AMG G 63 AND TO ABANDON TITLE

THIS MATTER came before the Court, on an agreed basis, for consideration of the *Motion to Compel Turnover of 2021 Mercedes-Benz AMG G 63 and to Abandon Title* [ECF No. 127] ("Motion") filed by Omar Periu ("Mr. Periu"). The Court, having reviewed the record in this case, the Motion and the objection to the same [ECF No. 136][1] filed by the Debtor, Auto Wholesale of Boca, LLC ("Debtor"), setting a preliminary hearing on the matter and a further evidentiary

---

[1] No other objections were filed in response to the Motion; other than "Joinder(s)" [*see* ECF No.'s 137-138] by Woodside Credit LLC in support of the Motion.

thereon, and being advised of the agreement to the form of this Order by Periu and the Debtor, and finding otherwise good cause shown, hereby:

**ORDERS and ADJUDGES** that:

1. The Motion is GRANTED on the terms set forth herein.

2. Omar Periu is a purchaser in the ordinary course of business within the meaning of Section 672.403, Florida Statutes, as to that certain 2021 Mercedes Benz AMG G 63 (VIN # W1NYC7HJ0MX390328) ("Vehicle").

3. Any and all right, title or interest of the Debtor in the Vehicle, including the certificate of title to the Vehicle ("Title") is ABANDONED by the Debtor, and is not the property of the Debtor's bankruptcy estate.

4. The Debtor shall mark the certificate of title it holds as "**void**" and turn the voided certificate of title over to Mr. Periu and/or his representatives.

5. The Debtor and Mr. Periu shall make arrangements for Mr. Periu and/or his representatives to pick up and remove the Vehicle from the Debtor's premises.

6. The Florida Department of Highway Safety and Motor Vehicles, and any other governmental agencies, including but not limited to the Boca Raton Police Department, are hereby authorized, but not directed, to remove any holds on the Title to the Vehicle and take any such other actions as may be necessary to allow for the avoidance and cancellation of the existing certificate of title in favor and in the name of the Debtor and for the issuance of a new marketable certificate of title to the Vehicle in favor and in the name of Omar Periu.

7. The Debtor, Mr. Periu, and the Florida Department of Highway Safety and Motor Vehicles are further authorized to take any and all actions as may be necessary to effectuate the intent of the abandonment and terms of this Order.

8. Mr. Periu has agreed to, and shall (within fourteen (14) days of the entry of this *Order*), pay the Debtor the sum of $70,000.00 to compensate the Debtor for insurance, storage, maintenance, care, legal fees and expenses.

9. Upon entry of this Order, Mr. Periu waives and releases any and all claims and causes, arising out of or relating to the Vehicle and/or Title, as and against the Debtor and its owners, officers, employees and/or professionals; and the Debtor also waives and releases any and all claims and causes, arising out of or relating to the Vehicle and/or Title, as and against Mr. Periu, individually, and Omar Periu International, Inc. and/or any of its professionals. However, nothing in this paragraph, shall directly or indirectly inure to the benefit of Scott Zankl, Kristen Zankl, their heirs, children, family members, assignees, or any of their corporate and business interests of any nature or sort.

10. The Bankruptcy Court shall retain jurisdiction to enforce this Order, and such jurisdiction shall survive the conversion or dismissal, if any, of the Debtor's bankruptcy case.

# # #

Submitted by:

Carlos Sardi, Esq.
*Counsel for Omar Periu*

**Attorney Sardi** is directed to serve this Order on all non-registered users or registered users who have not yet to appear electronically in this Case and file a conforming certificate of service.