UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

                                          CASE NO.: 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC          CHAPTER 7

         Debtor.
_____/

NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee for Region 21, Mary Ida Townson, through her

undersigned counsel, pursuant to Title 11, United States Code, Section 701, has appointed:

CHAD PAIVA

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under

the general blanket bond heretofore approved.

Dated:  May 2, 2023

MARY IDA TOWNSON
UNITED STATES TRUSTEE
REGION 21

By: /s/ Heidi A. Feinman
Heidi A. Feinman, Assistant United States Trustee
Office of the United States Trustee
51 SW First Avenue, Ste. 1204
Miami, Florida 33130
Tel: (305) 536-7285
Fax: (305) 536-7360
Email: Heida.A.Feinman@usdoj.gov