**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:

                                              CASE NO.:  22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC

                                              CHAPTER 7

           Debtor.

_____/

### NOTICE OF APPOINTMENT OF SUCCESSOR CHAPTER 7 TRUSTEE

It appearing that Chad Paiva has resigned as Trustee in the above referenced case, the United States Trustee for Region 21, Mary Ida Townson, through her undersigned counsel, pursuant to Title 11, United States Code, Section 321, has appointed:

**MICHAEL BAKST**

as Trustee of the Estate of the above-styled Debtor(s). The Trustee's bond is fixed under the general blanket bond heretofore approved.  The meeting of creditors will be held **by telephone** on **June 8, 2023 at 1:30 p.m.**   To appear by phone, use call-in number: **877−768−7989** and participant code: **7929334.**

Dated:  May 2, 2023

                                   Mary Ida Townson
                                   United States Trustee, Region 21

                                By: /s/ Heidi A. Feinman_____
                                 Heidi A. Feinman, Assistant United States Trustee
                                 Office of the United States Trustee
                                 51 SW First Avenue, Ste. 1204
                                 Miami, Florida 33130
                                 Tel: (305) 536-7285
                                 Fax: (305) 536-7360
                                 Email:  Heidi.A.Feinman@usdoj.gov

cc:    Chad Paiva
        Michael Bakst
        All creditors and parties in interest by United States Bankruptcy Court