UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,           Case No.: 22- 15627-EPK
                                                        Chapter 7

_____Debtor._____ /

**FORMER CHAPTER 11 COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY**

Comes Now, undersigned counsel, and files and serves this instant *Former Chapter 11 Counsel's Motion To Withdraw As Attorney* and states the following:

1. The Debtor, AUTO WHOELSALE OF BOCA, LLC, filed a voluntary petition [ECF No.1] (the "Petition") under Chapter 11 of Title 11 of the United States Code, Subchapter V, on July 22nd, 2022 (the "Petition Date"), commencing the instant bankruptcy case under Case No. 22-15627-EPK.

2. The undersigned was retained to file this Case as a Chapter 11, Subchapter V, and to represent the former Debtor-in-Possession.

3. The Chapter 11 Proceeding was converted to one under Chapter 7 on May 1, 2023. *See* ECF No.584.

4. The undersigned was not retained to represent the Chapter 7 Debtor (formerly a Debtor-in-Possession) in a Chapter 7 Proceeding.

5. As the undersigned has not been retained for the instant bankruptcy matter for representation in this Chapter 7 proceeding, and has concluded his services in the Chapter 11 proceeding, it is requested the undersigned be discharged in this matter (and any related adversary proceedings) forthwith.

**WHEREFORE**, Counsel respectfully requests this Court enter an order granting this Motion and allowing Counsel to withdraw as attorney of record.

Respectfully submitted on May 2nd, 2023.

James B. Miller, P.A.
James B. Miller, Esq.
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
Email:  jbm@title11law.com

By: _____/s/_____
          JAMES B. MILLER
          Fla. Bar No. 0009164

**I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

By: _____/s/_____
          JAMES B. MILLER
          Fla. Bar No. 0009164

I HEREBY CERTIFY that a true and correct copy of this pleading was served *via* CM/ECF in pdf format upon filing same with the Court on May 2nd, 2023, upon those named below; and, *via* U.S. mail upon those named on the attached U.S. mail service list.

By: _____/s/_____
          JAMES B. MILLER
          Fla. Bar No. 0009164

2

## CM/ECF Recipients:

Michael R Bakst
efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

Eyal Berger, Esq. on behalf of Defendant Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Interested Party Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Marc E Brandes on behalf of Creditor Marc Brandes
mbrandes@kfb-law.com, bvillalobos@kfb-law.com

John M Brennan, Jr on behalf of Creditor Eric Dore
jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

Jerrell A Breslin on behalf of Counter-Defendant FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Counter-Defendant FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Counter-Defendant FVP Servicing, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Intervenor-Defendant FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Intervenor-Defendant FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Intervenor-Defendant FVP Servicing, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC
jb@jsjb.law, eservice@jsjb.law

Melissa A. Campbell on behalf of Creditor BAL INVESTMENTS, LLC
mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

Alan R Crane on behalf of Creditor Nicole Mehdipour
acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

Patrick R Dorsey on behalf of Counter-Defendant Franklin Capital Funding, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

Patrick R Dorsey on behalf of Defendant Franklin Capital Funding, LLC
pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Jay L Farrow on behalf of Defendant Auto Wholesale of Boca, LLC
jay@farrowlawfirm.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Jonathan S. Feldman on behalf of Cross Defendant Auto Wholesale of Boca, LLC
feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman on behalf of Debtor Auto Wholesale of Boca, LLC
feldman@katiephang.com, service@katiephang.com

Jonathan S. Feldman on behalf of Defendant Auto Wholesale of Boca, LLC
feldman@katiephang.com, service@katiephang.com

Scott C Gherman on behalf of Creditor Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Farache Enterprises, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Mazel Tov, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Calvin Erbstein
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Moshe Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Farache Enterprises Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party MMS Ultimate Services Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Mazel Tov Inc
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Pompano 2009 LLC
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Moshe Farache
sgherman@scottghermanpa.com
Scott C Gherman on behalf of Interested Party SCOTT C. GHERMAN
sgherman@scottghermanpa.com

Daniel Gielchinsky on behalf of Interested Party Quad Funding Partners, LLC
dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Travis A Harvey on behalf of Attorney BAL INVESTMENTS, LLC
tharvey@bakerdonelson.com

Michael J. Harwin on behalf of Intervenor-Plaintiff Benidt Investments/Slinger, LLC
mharwin@stearnsweaver.com

Michael J. Harwin on behalf of Plaintiff Benidt Investments/Slinger, LLC
mharwin@stearnsweaver.com

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.
bestcase.com;scott@kelleylawoffice.com

Amanda Klopp on behalf of Counter-Claimant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Cross-Claimant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Interested Party Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Philip J Landau on behalf of Interested Party Michael Halperin
phil@landau.law, plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.courtdrive.com

Linda Marie Leali on behalf of Interested Party Linda Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

Linda Marie Leali on behalf of Trustee Linda Marie Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

David B Marks on behalf of Interested Party Edward Brown

brett.marks@akerman.com, charlene.cerda@akerman.com

Cory Mauro on behalf of Interested Party Arby Lipman, LLC
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Arby Lipman
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Derek Stephens
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Cross Defendant Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Debtor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Counter-Defendant Hi Bar Capital, LLC
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

Chad S. Paiva
trustee.paiva@gmail.com, simone@fenderbollingpaiva.com;ecf.alert+Paiva@titlexi.com

Eric S Pendergraft on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Patricia A Redmond on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond on behalf of Intervenor-Plaintiff Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond on behalf of Plaintiff Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Ryan C Reinert on behalf of Creditor Frank A. Evans, III
rreinert@shutts.com, jheard@shutts.com

Jason S Rigoli, Esq. on behalf of Creditor Nicole Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

Jason S Rigoli, Esq. on behalf of Interested Party Nicole Testa Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

Ezequiel Joseph Romero on behalf of Creditor Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Defendant Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Ezequiel Joseph Romero on behalf of Plaintiff Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Carlos E. Sardi, Esq on behalf of Interested Party Omar Periu
carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Bradley S Shraiberg on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric J Silver on behalf of Plaintiff Benidt Investments/Slinger, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R. Softness on behalf of Creditor FVP Investments, LLC
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Servicing, LLC
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Investments, LLC
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Plaintiff FVP Servicing, LLC
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

David M Unseth on behalf of Creditor Hi Bar Capital, LLC
dmunseth@bclplaw.com

David M Unseth on behalf of Plaintiff Hi Bar Capital, LLC
dmunseth@bclplaw.com

8

Harry Winderman on behalf of Counter-Defendant Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Counter-Defendant Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Defendant Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party KARMA OF PALM BEACH, INC.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Shaneandninamt, LLC
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Scott Zankl
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Ryan Mitchell Wolis on behalf of Plaintiff Benidt Investments/Slinger, LLC
rwolis@stearnsweaver.com, valfonso@stearnsweaver.com