**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                    CASE NO.:22-15627-EPK
                                                          Chapter 7

**AUTO WHOLESALE OF BOCA LLC**

             **Debtor.**
_____/

## TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT OF ATTORNEY

Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca LLC respectfully requests an Order of the Court authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP, in this case and states:

### A.  THE SPECIFIC FACTS NECESSITATING EMPLOYMENT:

It will be necessary for the Trustee to retain counsel to pursue the recovery of assets of the estate and to possibly take Rule 2004 Examinations, as well as potential contested matters and/or adversary proceedings to be pursued.

### B.  THE NAME OF THE PERSON TO BE EMPLOYED:

Attached to this application is the proposed attorney's affidavit demonstrating Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP, are disinterested parties as required by 11 U.S.C. § 327(a) and a verified statement as required under FRBP 2014.

### C.  THE REASON FOR SELECTING THE FIRM OR INDIVIDUAL:

The Trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the Trustee on its relations with and responsibilities to the Debtor, creditors and other parties.

### D. THE PROFESSIONAL SERVICES TO BE RENDERED

All anticipated services normally performed by counsel for a Chapter 7 Trustee, including the bringing of adversary proceedings and taking the Rule 2004 examination.

**E.  THE PROPOSED ARRANGEMENTS FOR COMPENSATION:**

There is no separate written retainer agreement between the Trustee and prospective counsel.  Counsel's compensation shall be determined pursuant to the provisions of 11 U.S.C. §330. As to the attorneys working on this matter, the hourly rate for Michael Bakst, Esq., is $655.00 and the hourly rate for Rilyn Carnahan, Esq., is $540.00. These hourly rates are subject to review and increases at the beginning of each calendar year.

**F.  THE PROFESSIONAL'S CONNECTIONS WITH THE TRUSTEE, DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:**

The attorney has stated that he has run a conflict check through a computerized data base maintained by his law firm and has made every effort to input the names of any known potentially adverse party, including the debtors, as well as known insiders of the debtors whom he believes could potentially be adverse to the Trustee. The data base includes names of current and previous clients of the firm, current and previous adverse parties of such clients, and names of related parties within such matters. Where any potential names come up which indicate a possible conflict, he has reviewed the specifics of the matter to verify that any such involvement of his law firm or himself does not present any facts that would render himself or his firm to not be disinterested or create a conflict of interest.  In appropriate situations he has also communicated with other attorneys at his law firm that may be more familiar with such client or matter in order to confirm that representation by himself and his law firm complies with §327.

The law firm of Greenspoon Marder LLP. has several offices throughout the State of Florida and the United States with more than 200 lawyers practicing in various legal fields. Among the firm's clients includes several banking institutions, some of which could be creditors in this estate.  However, neither the attorney nor his law firm would be representing any such banking institution within this estate, and if it becomes necessary for the Trustee to be adverse to any such entity, neither the attorney nor his law firm would handle such matter, but instead the Trustee would obtain special counsel for pur poses of handling such contested matter.

The attorney does not hold or represent any interest adverse to the estate, and the Trustee believes that the employment of this attorney would be in the best interest of the estate.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP, to represent the Trustee on

a general retainer, pursuant to 11 U.S.C. **§**327 and 330.

        **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by via the attached service list, on this the 2nd day of May 2023.

                                **MICHAEL R. BAKST, TRUSTEE**

                                **/s/ MICHAEL R. BAKST**

                                Michael R. Bakst, Trustee
                                P.O. Box 407
                                West Palm Beach, FL 33402
                                Telephone:  (561) 838-4539

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**   jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**   mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**   pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**   feldman@katiephang.com, service@katiephang.com

- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Chad S. Paiva**    trustee.paiva@gmail.com, simone@fenderbollingpaiva.com;ecf.alert+Paiva@titlexi.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

- **Zach B Shelomith**  zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**  bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**  esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**  david@softnesslaw.com
- **Christian Somodevilla**  cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**  dmunseth@bclplaw.com
- **Harry Winderman**  harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**  rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**Harry Winderman**
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

**Auto Wholesale of Boca, LLC**
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487

29110-0867/ jmr