**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                          CASE NO.:   **22-125627-EPK**
                                                                      Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**

          **Debtor**

_____/

### <u>SWORN DECLARATION</u>

STATE OF FLORIDA
COUNTY OF PALM BEACH

Pursuant to 28 U.S.C. §1746, I, Michael R. Bakst, Esq., hereby declare under penalty of perjury:

1.      I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and am qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

2.      I am employed by the law firm of Greenspoon Marder LLP, with offices located at 525 Okeechobee Blvd, Suite 900, West Palm Beach, Florida 33401.

3.      I have run a conflict check through a computerized database maintained by this law firm where I have made every effort to input the names of any known potentially adverse party, including the debtor, as well as known insiders of the debtor whom I believe could potentially be adverse to the Trustee. The database includes names of current and previous clients of the firm, current and previous adverse parties of such clients, and names of related parties within such matters. Where any potential names come up which indicate a possible conflict, I have reviewed the specifics of the matter to verify that any such involvement of this law firm or myself does not present any facts that would render myself or the firm to not be disinterested or create a conflict of interest.  In appropriate situations, I have also communicated with other attorneys at this law firm that may be more familiar with such client or matter in order to confirm that representation by myself and this law firm complies with §327.

4. The law firm of Greenspoon Marder, LLP has several offices throughout the State of Florida with more than 200 lawyers practicing in various legal fields.  Among the firm's clients includes several banking institutions, some of which could be creditors in this estate. However, neither I nor this firm would be representing any such banking institution within this estate, and if it becomes necessary for the Trustee to be adverse to any such entity, neither I nor this firm would handle such matter, but instead the Trustee would obtain special counsel for purposes of handling such contested matter.

5. There is no separate written retainer agreement between the Trustee and prospective counsel.  Counsel's compensation shall be determined pursuant to the provisions of 11 U.S.C. §330. As to the attorneys working on this matter, the hourly rate for Michael Bakst, Esq., is $655.00 and the hourly rate for Rilyn Carnahan, Esq., is $540.00. These hourly rates are subject to review and increases at the beginning of each calendar year.

6. The law firm of Greenspoon Marder, LLP, nor any of its attorneys hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C.  §327(a).

This concludes my Declaration.

### 28 U.S.C § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct; executed on May 2, 2023.

GREENSPOON MARDER, LLP

*/s/ MICHAEL R. BAKST*

_____

Michael R. Bakst Esq.

29110-0867 jmr