

**ORDERED in the Southern District of Florida on May 3, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                    CASE NO.:   **22-15627-EPK**
                                                          Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**

         **Debtor**

_____/

### EX PARTE  ORDER APPROVING EMPLOYMENT OF TRUSTEE'S ATTORNEY

THIS CAUSE came on before the Court upon the Trustee's Application for Employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder LLP in this case (the "Application") (ECF# 594). Upon the representations that Michael R. Bakst, Esq., and Greenspoon Marder LLP, hold no interest adverse to the estate in the matters upon which they are engaged, that Michael R. Bakst, Esq., and Greenspoon Marder LLP, are disinterested persons as required by U.S.C. §327(a) and have disclosed any connections with parties as set forth in FRBP 2014, and that their employment is necessary and would be in the best interests of the estate, it

ORDERED AND ADJUDED as follows:

1.     Application is GRANTED.

2.     The employment of the Michael R. Bakst and Greenspoon Marder LLP by the Trustee is APPROVED pursuant to 11 U.S.C § 327(a).

3.     The Trustee is authorized to employ Michael R. Bakst and Greenspoon Marder

LLP to perform the services enumerated in the Application, along with other tasks involved in the administration of a Chapter 7 case for which the assistance or advice of an attorney is necessary, at the following hourly rates:

> Michael Bakst, Esq. $655.00/hour
> Rilyn Carnahan, Esq. $540.00/hour

4.      Michael R. Bakst and Greenspoon Marder LLP shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C §§ 330 and 331, at their standard rates, set forth above, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

###

Submitted by:
Michael R. Bakst, Trustee
P.O. Box 407
West Palm Beach, FL 33402
Telephone:  (561) 838-4539

 **(Michael R. Bakst, Trustee is directed to serve copies of this order on all interested parties and file a certificate of service with the Court)**