UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                  Case No. 22-15627-EPK
                                                                        Chapter 7

AUTO WHOLESALE OF BOCA, LLC,

        Debtor.

_____/

### PHANG & FELDMAN, P.A.'S MOTION TO WITHDRAW AS SPECIAL LITIGATION COUNSEL FOR AUTO WHOLESALE OF BOCA, LLC

Jonathan S. Feldman, Esq. and Phang & Feldman, P.A. (together, "***Movant***"), pursuant to Local Rule 2091-1, seek entry of an order approving their withdrawal as special litigation counsel of record for Debtor/Defendant Auto Wholesale of Boca, LLC ("***AWB***") in the Adversary Proceedings (as defined below), and in support states:

1.      On March 6, 2023, AWB filed *Debtor's Emergency Application for (I) Approval, on an Interim Basis, for Employment of Jonathan S. Feldman and Phang & Feldman, P.A. as Special Litigation Counsel for the Debtor-In-Possession, Effective as of March 3, 2023 and Approval of Contingency Fee Agreement* (the "***Employment Application***")(DE 482), and on March 7, 2023, filed *Notice of Filing Engagement Letter* of Movant (DE 486) in support of the Employment Application.

2.      Upon notice and hearing, on March 8, 2023, the Court entered its *Order Granting the Employment Application* (the "***Employment Order***") (DE 488).

3.      At the time of Movant's employment, AWB was and remains an active Defendant in Adversary Proceeding No. 22-01218-EPK and Adversary Proceeding No. 22-01424-EPK (the "***Adversary Proceedings***").  Movant filed appearances on behalf of AWB in the Main Case and both Adversary Proceedings, and by this motion seeks an Order approving withdrawal in same.

4.      On May 1, 2023, the Court entered an Order converting this case to a case under Chapter 7 (DE 584).

5.      Movant seeks entry of an Order granting withdrawal in the Main Case and both Adversary Proceedings.

6.      No parties to this action will be prejudiced by Movant's withdrawal as special litigation counsel for AWB in the Main Case or either of the Adversary Proceedings.

7.      Further, Movant seeks to be removed from all service lists in this case.

WHEREFORE, Jonathan S. Feldman, Esq. and Phang & Feldman, P.A. request entry of an Order approving their withdrawal as special litigation counsel for Debtor/Defendant Auto Wholesale of Boca, LLC (1) in the Main Case, (2) in Adversary Proceeding No. 22-01218-EPK, and (3) in Adversary Proceeding No. 22-01424-EPK, and (4) for such other relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send a notice of electronic filing (and a copy of the forgoing) to all parties registered to receive e-service in this case.

Dated:  May 3, 2023

PHANG & FELDMAN, P.A.
*Special Counsel for Debtor-In-Possession*
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1187
E-mail: service@katiepang.com

By: */s/ Jonathan S. Feldman*
    JONATHAN S. FELDMAN, ESQ.
    Florida Bar No. 12682
    Email: feldman@katiephang.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 3, 2023, true and correct copy of the foregoing was served based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case.

By: */s/ Jonathan S. Feldman*
JONATHAN S. FELDMAN, ESQ.
Florida Bar No. 12682
Email: feldman@katiephang.com