**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

Re:                                                    Case No.:  22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC               Chapter 7

          Debtor.

_____/

**NOTICE OF APPEARANCE**

Undersigned counsel for shareholders, MOSHE FARACHE AND LISA BETH

FARACHE, files this Notice of Appearance as counsel for them and requests Notice of

all papers filed in this case be sent to:

**Moffa Law Partners, P.A. dba Moffa & Bierman**
**John A. Moffa, Esq.**
**2598 East Sunrise Boulevard**
**Suite 2104 - #7734**
**Ft. Lauderdale, FL 33304**
**Telephone: 954-634-4733**
**Email:  john@moffa.law**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance

was served on May 4, 2023, via the Court's CM/ECF Electronic Service.

*/s/ John A. Moffa*
FBN 0932760
Moffa & Bierman
2598 E Sunrise Blvd.
Suite 2104 - #7734
Fort Lauderdale, FL 33304
Telephone:  954-634-4733
Fax:  954-337-0637
Email:  john@moffa.law