**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In Re:**                                              **CASE NO.:  22-15627-EPK**
                                                        **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

**EX-PARTE APPLICATION OF TRUSTEE FOR EMPLOYMENT**
**OF SONEET R. KAPILA, CPA AND KAPILAMUKAMAL AS ACCOUNTANTS**
**DEEMED EFFECTIVE MAY 2, 2023**

        Michael R. Bakst, as Trustee (the "Trustee") for the estate of the above-captioned Debtor applies to the Court for authorization and approval of the employment of Soneet R. Kapila, CPA, and the accounting firm of KapilaMukamal, Certified Public Accounts ("KapilaMukamal") as accountants for the Trustee deemed effective as of May 2, 2023, being the date when the prospective accountant began providing services on behalf of the estate, and respectfully represents:

        **A.  THE SPECIFIC FACTS NECESSITATING EMPLOYMENT:**

        Michael R. Bakst is the duly appointed, qualified and acting Trustee in this case. It will be necessary for the Trustee to retain an accountant to advise and assist him in regard to all tax related matters, and perform forensic accounting analysis of the Debtor's finances and assets.

        **B.  THE NAME OF THE PERSON TO BE EMPLOYED:**

        KapilaMukamal as accountants, neither holds nor represents any interest adverse to the estate in the matters upon which it is to be employed, and its employment would be in the best interest of the estate and its creditors.  Attached to this application is the proposed accountant's affidavit demonstrating KapilaMukamal are disinterested parties as required by 11 U.S.C. §327(a) and a verified statement as required under FRBP 2014.

        **C.  THE REASON FOR SELECTING THE FIRM OR INDIVIDUAL:**

        In order for the Trustee to properly discharge his duties in this case, it is essential that he

employ accountants to assist him in tax compliance filings and other financial matters.  The Trustee has selected KapilaMukamal, because of its extensive experience and expertise in bankruptcy and other matters.

### D. <u>THE PROFESSIONAL SERVICES TO BE RENDERED</u>

The accountant will be preparing the necessary tax returns to be filed with the Internal Revenue Service, as well as various forensic accounting services as may become necessary during the case, including, but not limited to, preference and fraudulent transfer analysis, litigation support and expert testimony for purposes of contested hearings and trials.

### E. <u>THE PROPOSED ARRANGEMENTS FOR COMPENSATION:</u>

There is an Annual Blanket Retainer Contract between the Trustee and prospective accountants KapilaMukamal which is consistent with the requirements of 11 U.S.C §327 and §330, whereas KapilaMukamal has agreed to perform the foregoing services at the ordinary and usual hourly billing rates of its members who will perform services in this matter.  The firm will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement.

### F. <u>THE PROFESSIONAL'S CONNECTIONS WITH THE TRUSTEE, DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:</u>

KapilaMukamal, does not hold or represent any interest adverse to the estate and the Trustee believes that the employment would be in the best interest of the estate.

**WHEREFORE**, the Trustee respectfully requests an Order authorizing the employment of KapilaMukamal, deemed effective as of May 2, 2023, to perform the services set forth in this application, upon the terms and conditions set forth herein.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by via the attached service list, on this the 4th day of May 2023

**MICHAEL R. BAKST, TRUSTEE**

**/s/ MICHAEL R. BAKST**

Michael R. Bakst, Trustee
P.O. Box 407
West Palm Beach, FL 33402
Telephone:  (561) 838-4539

The following is the list of **<u>parties</u>** who are currently on the list to receive e-mail notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Alan R Crane**    acrane@furrcohen.com,
  rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**    pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com,
  jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.courtdrive.com

- **Linda Marie Leali** trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro** cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai
  l.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution
  s.net;BCasey@ntmlawfirm.com
- **James B Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lta
  nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdriv
  e.com
- **Eric S Pendergraft** ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond** predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;m
  fernandez@stearnsweaver.com
- **Ryan C Reinert** rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero** romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi** carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith** zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mf
  ernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Christian Somodevilla** cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth** dmunseth@bclplaw.com
- **Harry Winderman** harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis** rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> **ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
> Kramer, Green, Zuckerman, Greene & Buchs
> 4000 Hollywood Boulevard
> Suite 485-S
> Hollywood, FL 33021
>
> **Chapford Credit Opportunities Fund LP**
> c/o Scott Rose
> 200 South Biscayne Blvd., Ste 3200
> Miami, FL 33131
>
> **Chapford Specialty Finance LLC**
> c/o Scott Rose
> 200 South Biscayne Blvd., Ste 3200
> Miami, FL 33131
>
> **Jason J. DeJonker**
> 161 North Clark Street, Suite 4300
> Chicago, IL 60601
>
> **Joel D. Glick**
> Berkowitz Pollack Advisors and CPA
> 200 S Biscayne Blvd., 7 floor
> Miami, FL 33131
>
> **Jarret Hitchings**
> 301 S. College Street, Suite 2150
> Charlotte, NC 28202
>
> **Alan Lester Raines**
> 2500 N. Military Trail, Suite 303
> Boca Raton, FL 33431
>
> **John R. Schreiber**
> 111 E. Wisconsin Ave. Suite 1400
> Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**Harry Winderman**
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

**Auto Wholesale of Boca, LLC**
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487

**Soneet R. Kapila, CPA**
KapilaMukamal, LLP
1000 South Federal Highway, Suite 200
Fort Lauderdale, FL 33316

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:                                              Case No. 22-15627-BKC-EPK
                                                    Chapter 7
Auto Wholesale Of Boca, LLC,

_____Debtor. /

**AFFIDAVIT OF ACCOUNTANT**

STATE OF FLORIDA       )
COUNTY OF BROWARD )

        SONEET R. KAPILA, being duly sworn, states:

        1.    I am a duly licensed certified public accountant in the State of Florida and a partner in the independent public accounting firm of KapilaMukamal ("KM"), 1000 South Federal Highway, Suite 200, Fort Lauderdale, FL 33316.  I am familiar with the matters set forth herein and make this affidavit in support of the application for approval of KM as accountants for the Trustee.

        2.    I am a founding partner of KM, together with Barry E. Mukamal.

        3.    The Trustee has requested KM to represent him for the reasons stated in the said application.

        4.    While employed by the Trustee, KM will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. § 327(a).  To the best of my knowledge, KM does not have nor has it had any connection with the Debtors, their affiliates, creditors and any of their attorneys or accountants in matters related to this case or with any person employed in the office of the U.S. Trustee, as required by Fed. R. Bank, § 2014 except as set forth below.

5.    Soneet R. Kapila and Barry E. Mukamal, both partners of the accounting firm of KM, are both members of the Chapter 7 Panel of Trustees in the Southern District of Florida.    Soneet R. Kapila is also in the pool of the Sub Chapter V Trustees.  Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

6.    As part of its practice, KM appears in numerous cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case.   KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case.   In addition, KM has in the past and will likely in the future be working with or against other professionals involved in this case in matters unrelated to the Debtor and this case.  However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

7.    KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required.  KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters.  Soneet R. Kapila is also a Certified Insolvency & Restructuring Advisor (CIRA), a Certified Fraud Examiner (CFE) and Certified in Financial Forensics (CFF).  Barry E. Mukamal is

a CPA, CIRA, CFE, and CFF. He is also Accredited in Business Valuation (ABV) and a Personal Financial Specialist (PFS).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SONEET R. KAPILA, CPA, CFF, CIRA, CFE

STATE OF FLORIDA
COUNTY OF BROWARD

THE FOREGOING INSTRUMENT was acknowledged before me via ☐ physical presence OR ☐ online notarizations this 4th day of May, 2023.

By Soneet R. Kapila

☑ personally known OR ☐ produced identification

Type of identification produced _____

My commission expires: 03/20/2027

_____
Notary Public, State of Florida

JANE PACHECO SILVA
Commission # HH 361705
Expires March 20, 2027