

**ORDERED in the Southern District of Florida on May 4, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                              CASE NO.:   22-15627-EPK
                                                    Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

**EX-PARTE ORDER GRANTING EX-PARTE APPLICATION OF TRUSTEE**
**FOR EMPLOYMENT OF SONEET R. KAPILA, CPA AND KAPILAMUKAMAL**
**AS ACCOUNTANTS DEEMED EFFECTIVE AS OF MAY 2, 2023**

THIS CAUSE came on before the Court upon the *Ex-Parte Application of Trustee for Employment of Soneet R. Kapila, CPA and KapilaMukamal as Accountants Deemed  Effective as of  May 2, 2023*[ECF No. 605] (the "Application"), filed by Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC (the "Trustee") and the Court believing it to be in the best interest of the estate and no adverse interest being represented, it is thereupon

ORDERED AND ADJUDGED as follows:

1.      The Application is hereby GRANTED.

2.      The Trustee is authorized to employ Soneet R. Kapila, CPA and KapilaMukamal pursuant to the terms and conditions set forth in Application, deemed effective as of May 2, 2023, with compensation subject to further order by this Court.

###

Submitted by:
Michael R. Bakst, Trustee
Post Office Box 407
West Palm Beach FL 33402
Telephone:     (561) 838-4539
Facsimile:     (561) 514-3439

**(Michael R. Bakst, Trustee is directed to serve copies of this order on all interested parties and file a certificate of service with the Court)**