**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                          Case No.: 22-15627-EPK
                                                Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

      **Debtor.**

_____/

## TRUSTEE'S EX PARTE MOTION FOR ORDER ALLOWING THE TRUSTEE TO PAY INSURANCE PREMIUM INSTALLMENT ON THE DEBTOR'S INSURANCE LIABILITY POLICY

The Trustee, Michael R. Bakst**,** Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, hereby files this Ex Parte Motion for Order Allowing the Trustee to Pay Insurance Premium Installment on The Debtor's Insurance Liability Policy and states:

### Procedural History

1.      On July 22, 2023, Auto Wholesale of Boca, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11, subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.

2.      On May 1, 2023, the case was converted to a Chapter 7 [ECF No. 584].

3.      On May 2, 2023, Michael R. Bakst was appointed as the Chapter 7 Trustee [ECF No. 589].

4.      The Debtor's §341 Meeting of Creditors is scheduled to be held on June 8, 2023.

5.      The Debtor has a liability insurance policy with Amguard Insurance Company, which is financed with Stonemark, Royal Premium Budget Inc to pay the premiums payments. The Declaration of Amguard Insurance Company is attached hereto as **Exhibit "1"**.

6.       It will be necessary for the Trustee to continue the insurance policy at the current time.

7.      Attached hereto as **Exhibit "2"** is the billing statement from Stonemark Royal Premium Budget, Inc., who financed the liability policy with Amguard Insurance Company on behalf of the Debtor. The financing terms included a down payment of $3,730.80 and eight (8) installment payments of $1,104.05. The Debtor has paid the down payment of $3,730.80 and the initial installment of $1,104.05. There are seven (7) remaining installments of $1,104.05.

8.      Accordingly, the Trustee is seeking an ex-parte order from the Court allowing the Trustee to pay the insurance premium installment on the Debtor's insurance liability policy to Stonemark Royal Premium Budget, Inc for May 13, 2023, in the amount of $1,104.05.

**WHEREFORE**, the Trustee, Michael R. Bakst**,** Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, respectfully requests that the Court enter an ex-parte order allowing the Trustee to pay the insurance premium installment on the Debtor's insurance liability policy, due May 13, 2023, in the amount of $1,104.05 plus grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties listed below in the manner indicated on the 9th day of May 2023.

Respectfully Submitted,

**GREENSPOON MARDER LLP**

/s/ MICHAEL R. BAKST
MICHAEL R. BAKST, ESQ.
Florida Bar No. 866377
Attorney for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523  F: (561) 514-3423
Email: michael.bakst@gmlaw.com

*Mailing Information for Case 22-15627-EPK*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**   efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**   jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**   mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Alan R Crane**   acrane@furrcohen.com,
  rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**   pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**   feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**   sgherman@scottghermanpa.com
- **Daniel Gielchinsky**   dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Michael J. Harwin**   mharwin@stearnsweaver.com
- **Dana L Kaplan**   dana@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**   phil@landau.law,
  plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**   trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**   cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com

- **John A. Moffa**   john@moffa.law,
  atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,johnm@ecf.courtdrive.com
- **James C. Moon**   jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**   predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**   rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**   carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**   dmunseth@bclplaw.com
- **Harry Winderman**   harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**   rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> ACE Insurance Company of the Midwest a/s/o Richard Greenberg
> Kramer, Green, Zuckerman, Greene & Buchs
> 4000 Hollywood Boulevard
> Suite 485-S
> Hollywood, FL 33021
>
> Chapford Credit Opportunities Fund LP
> c/o Scott Rose
> 200 South Biscayne Blvd., Ste 3200
> Miami, FL 33131
>
> Chapford Specialty Finance LLC
> c/o Scott Rose
> 200 South Biscayne Blvd., Ste 3200
> Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Harry Winderman
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

Chuck Candler
Ewing Insurance
14312 Home Trail
Roanoke, TX  76262

Stonemark Royal Premium Budget, Inc.
8501 Wade Blvd Suite 620
Frisco, TX 75034


Berkshire Hathaway
**GUARD** Insurance Companies

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** ****2683                    **PREVIOUS POLICY NUMBER:** NEW

| COMPANY NAME | PRODUCER NAME |
|---|---|
| AmGUARD Insurance Company - A Stock Company<br>P.O. Box A-H<br>16 S. River Street<br>Wilkes-Barre, PA 18703-0020<br>(800) 673-2465 | KBK Insurance Group, a Division of NSM Insurance Group<br>1425 Sams Avenue, Suite 201<br>Harahan, LA 70123-5553 |

**NAMED INSURED:** Auto Wholesale of Boca, LLC

**MAILING ADDRESS:** 6560 West Rogers Circle, #27
Boca Raton, FL  33487

**POLICY PERIOD:  FROM**   03/13/2023   **TO**   03/13/2024
**AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.**

| BUSINESS DESCRIPTION | Used Car Dealer |
|---|---|

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

|  | PREMIUM |
|---|---|
| AUTO DEALERS COVERAGE FORM | $11,686.00 |
| **TOTAL PAYABLE:** | $11,686.00 |

# EXHIBIT 1

IL DS 00 09 08                    © ISO Properties, Inc.,  2007                    **Page  1  of  2**

**POLICY NUMBER:** ****2683

| FORMS APPLICABLE TO ALL COVERAGE PARTS (SHOW NUMBERS): |
|---|
| See Schedule of Forms and Endorsements. |

| Countersigned | By: |
|---|---|
| **(Date)** | **(Authorized Representative)** |

**IL DS 00 09 08**                    ISO Properties, Inc.,  2007                    **Page  2  of  2**     ☐

**Berkshire Hathaway**
**GUARD** Insurance Companies

# AUTO DEALERS DECLARATIONS

POLICY NUMBER: ****2683

**COMMERCIAL AUTO**
**CA DS 26 10 13**

**ITEM ONE**

| | |
|---|---|
| **Company Name:** AmGUARD Insurance Company – A Stock Company<br>P.O. Box A-H<br>16 S. River Street<br>Wilkes-Barre, PA 18703-0020<br>(800)673-2465 | **Producer Name:** KBK Insurance Group, a Division of NSM Insurance Group<br>1425 Sams Avenue, Suite 201<br>Harahan, LA 70123-5553 |
| **Named Insured:**  Auto Wholesale of Boca, LLC | |
| **Mailing Address:** 6560 West Rogers Circle, #27<br>Boca Raton, FL 33487 | |

| Policy Period | |
|---|---|
| **From:** 03/13/2023 | |
| **To:** 03/13/2024 | At 12:01 AM Standard Time at your mailing address shown above |
| **Previous Policy Number:** NEW | |

**Form Of Business:**
- ☐ Corporation
- ☒ Limited Liability Company
- ☐ Individual
- ☐ Partnership
- ☐ Other:

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

**Premium Shown Is Payable At Inception:** $11,686.00

**Audit Period (if applicable):**   ☐ Annually   ☐ Semiannually   ☐ Quarterly   ☐ Monthly

| Endorsements Attached To This Policy |
|---|
| **IL 00 17 -** Common Policy Conditions (**IL 01 46** in Washington) |
| **IL 00 21 -** Broad Form Nuclear Exclusion (Not applicable in New York) (**IL 01 98** in Washington) |
| See Schedule of Forms and Endorsements. |
| |

| Countersignature Of Authorized Representative |
|---|
| **Name:** |
| **Title:** |
| **Signature:** |
| **Date:** |

**NOTE**

Officers' facsimile signatures may be inserted here, on the policy cover or elsewhere at the company's option.

**ITEM TWO**

**Schedule Of Coverages And Covered Autos**

This policy provides only those coverages where a charge and limit, if applicable, are shown in the columns below. Each of the "auto"-related coverages will apply only to those "autos" shown as covered "autos". **"Autos" are shown as covered "autos" for the applicable coverages by the entry of one or more of the symbols from Section I - Covered Autos Coverages of the Auto Dealers Coverage Form next to the name of the "auto"-related coverage.**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Covered Autos Liability** | 21 | $500,000 <br> **Each Accident** | |
| **General Liability Bodily Injury And Property Damage Liability** | | $500,000 <br><br> **Each Accident** | |
| **Damage To Premises Rented To You** | | $100,000 <br> **Any One Premises** | |
| **Personal And Advertising Injury Liability** | | $500,000 <br> **Any One Person Or Organization** | $9,758 |
| | | $1,500,000 <br> **General Liability Aggregate** | |
| | | $1,500,000 <br> **Products And Work You Performed Aggregate** | |
| **Locations And Operations Medical Payments** | | $5,000 <br> **Any One Person** | $78 |
| **Personal Injury Protection (Or Equivalent No-fault Coverage)** | 25 | Separately Stated In Each Personal Injury Protection Endorsement Minus <br> $500      **Deductible** | $104 |

**ITEM TWO**

**Schedule Of Coverages And Covered Autos (Cont'd)**

| Coverages | Covered Autos | Limit | Premium |
|---|---|---|---|
| **Added Personal Injury Protection (Or Equivalent Added No-fault Coverage)** | | **Separately Stated In Each Added Personal Injury Protection Endorsement** | |
| **Property Protection Insurance (Michigan Only)** | | **Separately Stated In The Property Protection Insurance Endorsement Minus** <br><br> **Deductible** <br><br> **For Each Accident** | |
| **Auto Medical Payments** | | **Each Insured** <br> See Item Seven For Covered Autos Insured On A Specified Car Basis. | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | | **Separately Stated In The Medical Expense And Income Loss Benefits Endorsement** | |
| **Uninsured Motorists** | 22 | $100,000 | $494 |
| **Underinsured Motorists (When Not Included In Uninsured Motorists Coverage)** | | | |
| **Garagekeepers Comprehensive Coverage** | 30 | **Separately Stated For Each Location In Item Five** | $358 |
| **Garagekeepers Specified Causes Of Loss Coverage** | | | |
| **Garagekeepers Collision Coverage** | 30 | | $234 |
| **Physical Damage Comprehensive Coverage** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** <br><br> **Deductible** <br> **For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning** <br><br> See Item Six For Dealers Autos. | |

**ITEM TWO**
**Schedule Of Coverages And Covered Autos (Cont'd)**

| Coverages | Covered Autos | Limit | | Premium |
|---|---|---|---|---|
| **Physical Damage Specified Causes Of Loss Coverage** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** | **Deductible** | |
| | | **For Each Covered Auto For Loss Caused By Mischief Or Vandalism** See Item Six For Dealers Autos. | | |
| **Physical Damage Collision Coverage** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** | **Deductible** | |
| | | **For Each Covered Auto** See Item Six For Dealers Blanket Collision Autos. | | |
| **Acts, Errors Or Omissions Liability** | | $50,000 | **Aggregate** | $376 |
| | | $1,000 | **Per Claim Deductible** | |
| | | | **Premium For Endorsements** | $284 |
| | | | **Estimated Total Premium\*** | $11,686.00 |
| *This policy may be subject to final audit. | | | | |

**ITEM THREE**
**Locations Where You Conduct Auto Dealer Operations**

| Location Number | ADDRESS<br>(State your main business location first.) |
|---|---|
| 001 | 6560 West Rogers Circle<br>Boca Raton, FL  33487 |
| 002 | 5471 N Dixie Highway<br>Boca Raton, FL  33487 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**CA DS 26 10 13**                      ᶜ Insurance Services Office, Inc., 2011                      **Page  5  of  17** ☐

**ITEM FOUR**

**Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) - Premiums**

**Location Number:** 001

| Classes Of Operators | Number Of Persons | Rating Units |
|---|---|---|
| **Class I - Employees Regular Operators** | 2.75 | 2.75 |
| **Class I - Employees All Others** | 0.00 | 0.00 |
| **Class II - Non-employees Under Age 25** | 0.00 | 0.00 |
| **Class II - Non-employees Age 25 Or Over** | 0.00 | 0.00 |
| **All Employees (Only For Trailer Dealers)** | | |
| **Total Rating Units** | | 2.75 |
| **Premiums** | | |
| **Covered Autos Liability and General Liability Premium** | | $5,649 |
| **Personal Injury Protection Premium** | | $60 |
| **Property Protection Insurance Premium (Michigan Only)** | | |
| **Medical Expense Benefits Premium (Virginia Only)** | | |
| **Income Loss Benefits Premium (Virginia Only)** | | |
| **Acts, Errors Or Omissions Liability Premium** | | $218 |

**Location Number:** 002

| Classes Of Operators | Number Of Persons | Rating Units |
|---|---|---|
| **Class I - Employees Regular Operators** | 2.00 | 2.00 |
| **Class I - Employees All Others** | 0.00 | 0.00 |
| **Class II - Non-employees Under Age 25** | 0.00 | 0.00 |
| **Class II - Non-employees Age 25 Or Over** | 0.00 | 0.00 |
| **All Employees (Only For Trailer Dealers)** | | |
| **Total Rating Units** | | 2.00 |
| **Premium** | | |
| **Covered Autos Liability and General Liability Premium** | | $4,109 |
| **Personal Injury Protection Premium** | | $44 |
| **Property Protection Insurance Premium (Michigan Only)** | | |
| **Medical Expense Benefits Premium (Virginia Only)** | | |
| **Income Loss Benefits Premium (Virginia Only)** | | |
| **Acts, Errors Or Omissions Liability Premium** | | $158 |

**ITEM FOUR**

**Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) - Premiums (Cont'd)**

| | |
|---|---|
| **Total Liability and Liability And Personal Injury Protection (Or Equivalent Or Similar No-fault Coverages) - Premiums For All Locations** | $10,238 |

**DEFINITIONS**

**Class I - Employees**

**Regular Operator:**   Proprietors, partners and officers active in the "auto dealer operations", salespersons, general managers, service managers, any "employee" whose principal duty involves the operation of covered "autos" or who is furnished a covered "auto"

**All Others:**   All other "employees"

**NOTE:**

**1.** Part-time "employees" working an average of at least 20 hours a week for the number of weeks worked are to be counted as one rating unit each.

**2.** Part-time "employees" working an average of less than 20 hours a week for the number of weeks worked are to be counted as 1/2 rating unit each.

**Class II - Non-employees**

Any of the following persons who are regularly furnished with a covered "auto": inactive proprietors, partners or officers and their relatives and the relatives of any person described in Class I.

**CA DS 26 10 13**                    c Insurance Services Office, Inc., 2011                    **Page  7  of  17** ☐

**ITEM FIVE**

**Garagekeepers Coverages And Premiums**

| Location Number: 001 | | | |
|---|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | | **Premium** |
| **Comprehensive** | | **Limit Of Insurance** | Included |
| | | **Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism** | |
| | | **Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event** | |
| | | **OR** | |
| | $50,000 | **Limit Of Insurance** | |
| | $1,000 | **Deductible For All Perils For Each Customer's Auto** | |
| | $5,000 | **Maximum Deductible For All Loss In Any One Event** | |
| **Specified Causes Of Loss** | | **Limit Of Insurance** | |
| | | **Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism** | |
| | | **Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event** | |
| | | **OR** | |
| | | **Limit Of Insurance** | |
| | | **Deductible For All Perils For Each Customer's Auto** | |
| | | **Maximum Deductible For All Loss In Any One Event** | |
| **Collision** | $50,000 | **Limit Of Insurance** | Included |
| | $500 | **Deductible For Each Customer's Auto** | |

| Location Number: 002 | | | |
|---|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | | **Premium** |
| **Comprehensive** | | **Limit Of Insurance** | Included |
| | | **Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism** | |
| | | **Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event** | |
| | | **OR** | |
| | $50,000 | **Limit Of Insurance** | |
| | $1,000 | **Deductible For All Perils For Each Customer's Auto** | |
| | $5,000 | **Maximum Deductible For All Loss In Any One Event** | |
| **Specified Causes Of Loss** | | **Limit Of Insurance** | |
| | | **Deductible For Each Customer's Auto For Loss Caused By Theft Or Mischief Or Vandalism** | |
| | | **Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event** | |
| | | **OR** | |
| | | **Limit Of Insurance** | |
| | | **Deductible For All Perils For Each Customer's Auto** | |
| | | **Maximum Deductible For All Loss In Any One Event** | |
| **Collision** | $50,000 | **Limit Of Insurance** | Included |
| | $500 | **Deductible For Each Customer's Auto** | |

**CA DS 26 10 13**      <sup>c</sup> Insurance Services Office, Inc., 2011      **Page  8  of  17 □**

**ITEM FIVE**

**Garagekeepers Coverages And Premiums (Cont'd)**

| | |
|---|---|
| **Total Garagekeepers Premium For All Locations** | $592 |

**Direct Coverage Options**

Indicate below with an "X" which, if any, Direct Coverage Option is selected.

☐ **Excess Insurance**

If this box is checked, Garagekeepers Coverage remains applicable on a legal liability basis. However, coverage also applies without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" on an excess basis over any other collectible insurance regardless of whether the other insurance covers your or any other "insured's" interest or the interest of the "customer's auto's" owner.

☐ **Primary Insurance**

If this box is checked, Garagekeepers Coverage is changed to apply without regard to your or any other "insured's" legal liability for "loss" to a "customer's auto" and is primary insurance.

**ITEM SIX**

**Physical Damage Coverage - Types Of Covered Autos And Interests In These Autos - Premiums - Reporting Or Nonreporting Basis**

Each of the following Physical Damage Coverages that is indicated in Item Two applies only to the types of "autos" and interests indicated below by "X".

| Coverages | Types Of Autos | | Interests Covered | | | |
|---|---|---|---|---|---|---|
| | New Autos | Used Autos, Demonstrators And Service Vehicles | Your Interest In Covered Autos You Own | Your Interest Only In Financed Covered Autos | Your Interest And The Interest Of Any Creditor Named As A Loss Payee | All Interests In Any Auto Not Owned By You Or Any Creditor While In Your Possession On Consignment For Sale |
| **Comprehensive** | | | | | | |
| **Specified Causes Of Loss** | | | | | | |
| **Collision** | | | | | | |

**ITEM SIX**

**Physical Damage Coverage - Types Of Covered Autos And Interests In These Autos - Premiums - Reporting Or Nonreporting Basis (Cont'd)**

| Location Number: | | |
|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | **Premium** |
| **Comprehensive** | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| **Specified Causes Of Loss** | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |

| Location Number: | | |
|---|---|---|
| **Coverages** | **Limit Of Insurance And Deductible** | **Premium** |
| **Comprehensive** | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |
| **Specified Causes Of Loss** | Limit Of Insurance | |
| | Deductible For Each Covered Auto For Loss Caused By Theft Or Mischief Or Vandalism | |
| | Maximum Deductible For Loss Caused By Theft Or Mischief Or Vandalism In Any One Event | |
| | OR | |
| | Limit Of Insurance | |
| | Deductible For All Perils For Each Covered Auto | |
| | Maximum Deductible For All Loss In Any One Event | |

**ITEM SIX**

**Physical Damage Coverage - Types Of Covered Autos And Interests In These Autos - Premiums - Reporting Or Nonreporting Basis (Cont'd)**

| Coverages | Limit Of Insurance And Deductible | Premium |
|---|---|---|
| Blanket Collision (All Locations) | **Limit Of Insurance** | |
| | **Deductible For Each Covered Auto** | |

| | |
|---|---|
| **Total Premium For All Locations** | |

| |
|---|
| **Our Limit Of Insurance For "Loss" At Locations Other Than Those Stated In Item Three:**<br>**Additional Locations Where You Store Covered Autos**<br>**In Transit** |

**Premium Basis -** Reporting (Quarterly or Monthly) or Nonreporting (Indicate Basis Agreed Upon by "X".)

☐ **Reporting Basis** (Quarterly or Monthly as indicated below by "X")

You must report to us on our form the location of your covered "autos" and their total value at each such location. For your main sales location identified as location Number **1**, you must include the total value of all covered "autos" you have furnished or made available to yourself, your executives, your "employees" or family members and other Class II - Nonemployees, and covered "autos" that are temporarily displayed or stored at locations other than those stated in Item Three. For your main sales location, you must include the total value of all service vehicles.

**Your Reporting Basis Is:**

☐ **Quarterly**

You must give us your first report by the 15th of the fourth month after the policy begins. Your subsequent reports must be given to us by the 15th of every third month. Your reports must contain the value for the last business day of every third month coming within the policy period.

☐ **Monthly**

You must give us your reports by the 15th of every month. Your reports will contain the total values you had on the last business day of the preceding month.

Premiums will be calculated pro rata of the annual premium for the exposures contained in each report. At the end of each policy year, we will add the monthly premiums or the quarterly premiums to determine your final premium due for the entire policy year. The estimated total premiums shown above will be credited against the final premium due.

☐ **Nonreporting Basis**

Stated limit of insurance shown above applies.

| |
|---|
| **Loss Payee -** Any loss is payable as interest may appear to you and:<br><br><br><br><br> |

**ITEM SEVEN**

**Schedule Of Covered Autos Which Are Furnished To Someone Other Than A Class I Or Class II Operator Or Which Are Insured On A Specified Car Basis**

| | |
|---|---|
| **Covered Auto Number:** | |

| |
|---|
| **Town And State Where The Covered Auto Will Be Principally Garaged:** |
| |

| **Covered Auto Description** | | |
|---|---|---|
| **Year:** | **Model:** | **Trade Name:** |
| **Body Type:** | | **Serial Number(s):** |
| **Vehicle Identification Number (VIN):** | | |
| **Original Cost New:** | | |

| **Classification** | | | | | |
|---|---|---|---|---|---|
| **Radius Of Operation** | **Business Use s=service r=retail c=commercial** | **Size GVW, GCW Or Vehicle Seating Capacity** | **Age Group** | **Secondary Rating Classification** | **Code** |
| | | | | | |

All Physical Damage loss is payable to you and the loss payee named below according to their interests in the auto at the time of the loss:

| **Coverages - Premiums, Limits And Deductibles** | | |
|---|---|---|
| (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding Item Two column applies instead.) | | |
| **Coverages** | **Limit** | **Premium** |
| **Covered Autos Liability** | | |
| **Personal Injury Protection** | **Stated In Each Personal Injury Protection Endorsement Minus** <br> **Deductible** | |
| **Added Personal Injury Protection** | **Stated In Each Added Personal Injury Protection Endorsement** | |
| **Property Protection Insurance (Michigan Only)** | **Stated In The Property Protection Insurance Endorsement Minus** <br> **Deductible** | |
| **Auto Medical Payments** | | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | **Stated In The Medical Expense And Income Loss Benefits Endorsement For Each Person** | |
| **Uninsured Motorist** | | |
| **Underinsured Motorist** | | |
| **Comprehensive** | **Stated In Item Two Minus** <br> **Deductible** | |
| **Specified Causes Of Loss** | **Stated In Item Two Minus** <br> **Deductible** | |
| **Collision** | **Stated In Item Two Minus** <br> **Deductible** | |

**ITEM SEVEN**

**Schedule Of Covered Autos Which Are Furnished To Someone Other Than A Class I Or Class II Operator Or Which Are Insured On A Specified Car Basis (Cont'd)**

| Total Premiums For All Specified Autos | |
|---|---|
| **Covered Autos Liability** | |
| **Personal Injury Protection** | |
| **Added Personal Injury Protection** | |
| **Property Protection Insurance (Michigan Only)** | |
| **Auto Medical Payments** | |
| **Medical Expense And Income Loss Benefits (Virginia Only)** | |
| **Uninsured Motorist** | Included |
| **Underinsured Motorist** | |
| **Comprehensive** | |
| **Specified Causes Of Loss** | |
| **Collision** | |

| Covered Auto Number | Person Or Organization To Which The Covered Auto Has Been Furnished (Do not include Covered Autos which have been furnished to Class I or Class II operators.) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**CA DS 26 10 13**      c Insurance Services Office, Inc., 2011      **Page 13 of 17** ☐

**ITEM EIGHT**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums**

| Covered Autos Liability Coverage - Cost Of Hire Rating Basis (Other Than Mobile Or Farm Equipment) | | | |
|---|---|---|---|
| **Covered Autos Liability Coverage** | **State** | **Estimated Annual Cost Of Hire For Each State** | **Premium** |
| **Primary Coverage** | | | |
| **Excess Coverage** | | | |
| **Total Hired Auto Premium** | | | |

Cost of hire means the total amount you incur for the hire  of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their  family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Physical Damage Coverages - Cost Of Hire Rating Basis For All Autos (Other Than Mobile Or Farm Equipment) | | | | |
|---|---|---|---|---|
| **Coverage** | **State** | **Limit Of Insurance** | **Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver)** | **Premium** |
| **Comprehensive** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** Deductible **For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning** | | |
| **Specified Causes Of Loss** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** Deductible **For Each Covered Auto For Loss Caused By Mischief Or Vandalism** | | |
| **Collision** | | **Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus** Deductible **For Each Covered Auto** | | |
| **Total Hired Auto Premium** | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented or borrowed with a driver.

**CA DS 26 10 13**          © Insurance Services Office, Inc., 2011          **Page  14  of  17** □

**ITEM EIGHT**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment -Other Than Physical Damage Coverages | | | | | |
|---|---|---|---|---|---|
| | | Estimated Annual Cost Of Hire For Each State | | Premium | |
| **Coverage** | **State** | **Mobile Equipment** | **Farm Equipment** | **Mobile Equipment** | **Farm Equipment** |
| **Covered Autos Liability - Primary Coverage** | | | | | |
| **Covered Autos Liability - Excess Coverage** | | | | | |
| **Personal Injury Protection** | | | | | |
| **Medical Expense Benefits (Virginia Only)** | VA | | | | |
| **Income Loss Benefits (Virginia Only)** | VA | | | | |
| **Auto Medical Payments** | | | | | |
| **Total Hired Auto Premium** | | | | | |

Cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

**ITEM EIGHT**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Cost Of Hire Rating Basis For Mobile Or Farm Equipment - Physical Damage Coverages | | | | | | |
|---|---|---|---|---|---|---|
| Coverage | State | Limit Of Insurance | Estimated Annual Cost Of Hire For Each State (Excluding Autos Hired With A Driver) | | Premium | |
| | | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Compre-hensive | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Ded. For Each Covered Auto, But No Deductible Applies To Loss Caused By Fire Or Lightning | | | | |
| Specified Causes Of Loss | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Ded. For Each Covered Auto For Loss Caused By Mischief Or Vandalism | | | | |
| Collision | | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus Ded. For Each Covered Auto | | | | |
| Total Hired Auto Premium | | | | | | |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any auto that is leased, hired, rented or borrowed with a driver.

**ITEM EIGHT**

**Schedule Of Hired Or Borrowed Covered Auto Coverage And Premiums (Cont'd)**

| Rental Period Rating Basis For Mobile Or Farm Equipment | | | | | |
|---|---|---|---|---|---|
| Coverage | Town And State Where The Job Site Is Located | Estimated Number Of Days Equipment Will Be Rented | | Premium | |
| | | Mobile Equipment | Farm Equipment | Mobile Equipment | Farm Equipment |
| Covered Autos Liability - Primary Coverage | | | | | |
| Covered Autos Liability - Excess Coverage | | | | | |
| Personal Injury Protection | | | | | |
| Medical Expense Benefits (Virginia Only) | | | | | |
| Income Loss Benefits (Virginia Only) | | | | | |
| Auto Medical Payments | | | | | |
| Total Hired Auto Premiums | | | | | |

**ITEM NINE**

**Liability Premium For Pickup And Delivery Of Autos - Nonfranchised Dealers Only**

| | Number Of Driver Trips | Premium |
|---|---|---|
| 51-200 Miles | | |
| Over 200 Miles | | |
| Total Premium | | |

**CA DS 26 10 13**          ᶜ Insurance Services Office, Inc., 2011          **Page  17  of  17**  ☐



STONEMARK, ROYAL PREMIUM BUDGET INC
8501 Wade Blvd, Suite 620
Frisco, TX 75034
Phone: (800) 955-0083 / Fax: (214) 618-5802

**BILLING STATEMENT**

| Statement Date |
| --- |
| **4/21/2023** |

Account Number
********6988**

| | |
| --- | --- |
| Installment Due Date: | **5/13/2023** |
| Installment Amount: | **1,104.05** |
| Previous amounts due as a result of short payment, late and/or other fees (as of 4/21/2023): | **0.00** |
| Amount Due if we receive your payment on or before 5/13/2023: | **1,104.05** |
| Amount Due if we receive your payment after 5/18/2023 (includes a late charge of 55.20): | **1,159.25** |

AUTO WHOLESALE OF BOCA LLC
6560 WEST ROGERS CIRCLE #27
BOCA RATON, FL 33487



**RETURN THIS PORTION
WITH YOUR PAYMENT**

---

# BILLING STATEMENT

(11571820)



**RETAIN THIS PORTION
FOR YOUR RECORDS**

STONEMARK, ROYAL PREMIUM BUDGET INC
8501 Wade Blvd, Suite 620
Frisco, TX 75034
Phone: (800) 955-0083 / Fax: (214) 618-5802

| | |
| --- | --- |
| Installment Due Date: | **5/13/2023** |
| Installment Amount: | **1,104.05** |
| Previous amounts due as a result of short payment, late and/or other fees (as of 4/21/2023): | **0.00** |
| Amount Due if we receive your payment on or before 5/13/2023: | **1,104.05** |
| Amount Due if we receive your payment after 5/18/2023 (includes a late charge of 55.20): | **1,159.25** |

*www.stonemarkinc.com*
*Check your account online: Your username is ******6988. Your password is _____ unless you have changed it.*

Agent/Broker:  EWING INSURANCE SERVICES INC (F)

- **If you mail your payment please allow 7-10 days mailing time to ensure timely application of your payment.**
- **For immediate credit to your account you may make your payment on the internet at the website shown above.**
- **Failure to pay past due amounts and your current installment may result in cancellation of your insurance.**

- **Payments received after 2:00pm CST will be credited to the account the next business day.**

## RECENT ACCOUNT ACTIVITY

| Activity Date | Description of Activity | New Charges/Credits |
| --- | --- | --- |
| 4/12/2023 | Payment - Check | (1,104.05) |
| **\*\*\*\* to view more activity on your account, please visit the website shown above.** | | |

## INSURANCE POLICIES RELATING TO THIS ACCOUNT

| Eff. Date | Insurance Carrier | Type of Coverage | Premium |
| --- | --- | --- | --- |
| 3/13/2023 | AmGuard Insurance * Company | AL | 11,686.00 |

# EXHIBIT 2