**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                Chapter 11

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

                  Debtor.

_____/

**SUMMARY OF FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE**

1. Name of Applicant: Linda Leali, P.A.

2. Role of Applicant: Subchapter V Trustee

3. Name of Certifying Professional: Linda M. Leali, Esq.

4. Date case filed: July 22, 2022

5. Date of Retention Order: n/a

   **IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

6. Period for this Application: 11/28/2022 – 5/1/2023

7. Amount of Compensation Sought: $26,945.00

8. Amount of Expense Reimbursement Sought: 0

   **IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

9. Total Amount of Compensation Sought during case: $51,382.50

10. Total Amount of Expense Reimbursement Sought during case: $0

11. Amount of Original Retainer (s) Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: n/a

12. Current Balance of Retainer(s) remaining: n/a

13. Last monthly operating report filed (Month/Year & ECF No.): March 2023; ECF No. 573

14. If case is Chapter 11, current funds in the Chapter 11 estate: Unknown

15. If case is Chapter 7, current funds held by Chapter 7 trustee: n/a

### Fee Application

Linda Leali, Subchapter V Trustee, applies for compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding.  This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016 and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1).  The exhibits attached to this application, pursuant to the Guidelines, are:

**Exhibit "1"** – Fee Application Summary Chart

**Exhibits "2-A" and "2-B"-** Summary of Professional and Paraprofessional Time.

**Exhibit "3**" - Summary of Requested Expenses. **NOT APPLICABLE**

**Exhibit "4"** - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

The applicant is seeking compensation for services rendered from November 28, 2022, through May 1, 2023, totaling 85.4 hours.  However, the applicant is voluntarily reducing the amount sought by $9,350 and is requesting a fee of $26,945.00 for 85.4 hours worked. Such an award is reasonable considering the nature, extent, and value of such services, taking into account all relevant factors, including:

This case commenced as a voluntary petition pursuant to Subchapter V of Chapter 11 of the United States Bankruptcy Code, and Linda M. Leali was appointed as the Subchapter V Trustee on July 25, 2022 (the "Trustee").  Upon appointment, the Trustee agreed to compensation for services at a discounted hourly rate of $425, in addition to seeking reimbursement for any actual and necessary expenses. However, with the significant reduction in compensation sought, the hourly rate of Trustee for this time period equates to $315.51.

After appointment, the Trustee spent significant time working with the debtor and creditors in an effort to gain clarity on the state of the Debtor's financial affairs with a goal that the creditors and debtor may reach a consensual resolution in the case. The Trustee reviewed the docket filings; attended various hearings; reviewed pertinent pleadings and corresponded with the Office of the U.S. Trustee, Debtor's counsel and the attorneys for Debtor's creditors; and reviewed and provided insight on the chapter 11 plan and monthly operating reports. The Trustee spent substantial time seeking to reach a consensual agreement on a plan among the various interested parties.  Trustee participated in three settlement conferences and follow up calls regarding settlement. Attached hereto is a detailed statement of services, time expended, and expenses incurred during the time period of being appointed through conversion.

The Trustee received an interim compensation award in the amount of $24,437.50 for work performed pursuant to the order dated December 8, 2022 [ECF No. 258].  The Trustee confirms that she has no agreement to share compensation in this case.

The time spent on such services was reasonable considering the nature of the case. The time and labor that are required in this case are necessary to the success of this case. The rate charged for such services is reasonable and in line with industry norm.  The hourly fee that is being charged by the Trustee is reasonable and compares favorably to the customary fee charged by other attorneys in the local community practicing as Subchapter V Trustees before the Bankruptcy Court.  The rates are at or below the market for attorneys of similar skills and experience.

The services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of the case. The services rendered by the Trustee were necessary for the successful completion of this case. The professional and efficient services rendered by the Trustee's professionals contributed to the successful result this case.  The services

were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

Linda Leali, Esq. has extensive experience and expertise with bankruptcy reorganizations. She has been involved in some of the largest bankruptcy cases in U.S. history.  In 2018, Ms. Leali was also appointed to the council of the Business Law Section of the American Bar Association. Prior to that time, she served as the Chair and Co-chair, respectively, of the Consumer Bankruptcy Committee and Avoidance Power Sub-committee of the American Bar Association.

The compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11. The amount requested by Trustee is reasonable in comparison to awards in cases of similar nature and complexity. The rates charged by the Trustee are commensurate with the rates charged by similarly skilled practitioners.

The Trustee seeks a total award of fees in the amount of $51,382.50, with a past interim award of $24,437.50 pursuant to the order dated December 8, 2022 [ECF No. 258], and costs in the amount of $0 and for such other and further relief as this Court deems just and proper.

Respectfully submitted this 9th day of May, 2023.

LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone:     (305) 341-0671

By:     /s/ Linda Leali
LINDA LEALI
lleali@lealilaw.com
Florida Bar No. 186686
*Subchapter V Trustee*

## CERTIFICATION

1. I am responsible (the "Applicant") n this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines")

2. I have read the application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: None.

I HEREBY CERTIFY that the foregoing is true and correct.

DATED: May 9, 2023.


LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL 33134
Telephone:     (305) 341-0671

By:     */s/ Linda Leali*
LINDA LEALI
lleali@lealilaw.com
Florida Bar No. 186686
*Subchapter V Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 9, 2023, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

By:    */s/ Linda Leali*
           LINDA LEALI
           Florida Bar No. 186686

## FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| 11/23/22 | 231 | 7/26/22 to 11/23/22 | $26,562.50 | $2,125 | 12/8/22 | 258 | $24,437.50 | 0 | $24,437.50 | 0 | 0 | 0 |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

**EXHIBIT "1"**

**Summary of Professional Time**
**Total per Individual for this Period Only**

**(EXHIBIT "2-A")**

| Name | Partner, Associate or Paraprofessional | Year Licensed | Total Hours | Average Hourly Rate* | Fee |
|------|----------------------------------------|---------------|-------------|----------------------|-----|
| Linda Leali, Esq. | Subchapter V Trustee | 1999 | 142.9 | $425.00 | $60,732.50 |

Pre-discount fees:                                                                 $ 60,732.50
Voluntary Discount:                                                             $ 9,350
                                                                                            $ 51,382.50

**EXHIBIT "2"**

## Summary of Professional Time by
## Activity Code Category for this Time Period Only

### (EXHIBIT "2-B")

**Activity Code:  Case Administration:**

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Linda Leali | $425.00 | 134.7 | $57,247.50 |
| Activity Subtotal: | | | $ 57,247.50 |

**Activity Code:  Plan:**

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Linda Leali | $425.00 | 6.5 | $2,762.50 |
| Activity Subtotal: | | | $ 2,762.50 |

**Activity Code:  Fee Application:**

| Name | Rate | Hours | Fees |
|------|------|-------|------|
| Linda Leali | $425.00 | 1.7 | $382.50 |
| Activity Subtotal: | | | $ 382.50 |

# <u>Not Applicable</u>

<u>Summary of Requested Reimbursement Of Expenses
for this Time Period Only</u>

1.    Filing Fees    $_____

2.    Process Service Fees    $_____

3.    Witness Fees    $_____

4.    Court Reporter Fees and Transcripts    $_____

5.    Lien and Title Searches    $_____

6.    Photocopies

       (a) In-house copies ($_____ at 15¢/page)    $_____

       (b) Outside copies ($_____)    $_____

7.    Postage    $_____

8.    Overnight Delivery Charges    $_____

9.    Outside Courier/Messenger Services    $_____

10.   Long Distance Telephone Charges    $_____

11.   Long Distance Fax Transmissions

       (copies at $1/page)    $_____

12.   Computerized Research    $_____

13.   Out-of-Southern-District-of-Florida Travel    $_____

       (a)  Transportation    ($_____)

       (b)  Lodging    ($_____)

       (c)  Meals    ($_____)

14.   Other Permissible Expenses (must specify and justify)         $_____

     (a) _____   ($_____)

     (b) _____   ($_____)


Total Expense Reimbursement Requested                              $_____


**EXHIBIT "3"**

**EXHIBIT "4"**

| Date | Description | Hours | Rate | Billed Amount | No charge |
|---|---|---|---|---|---|
| 11/28/2022 | Review various claims objections; attend hearing. | 0.8 | $425 | $340.00 | |
| 11/28/2022 | Participate in Stevens hearing. | 8.5 | $425 | $0.00 | $3,612.50 |
| 11/29/2022 | Calls with J. Miller regarding hearing and next steps (.5); call with D. Softness regarding status of settlement discussions and hearing (.2). | 0.7 | $425 | $297.50 | |
| 11/30/2022 | Attention to various issues regarding extension of confirmation | 0.5 | $425 | $212.50 | |
| 12/8/2022 | Review proof of claim of N. Mehdipour; review proof of claim of Auto Wholesale in Excel bankruptcy case; reach out to A. Crane per request of J. Miller to seek to resolve dispute between parties. | 0.5 | $425 | $212.50 | |
| 12/9/2022 | Review motion and follow up regarding N. Mehdipour proof of claim. | 0.5 | $425 | $212.50 | |
| 12/16/2022 | Review various pleadings filed as memorandums. | 1.2 | $425 | $510.00 | |
| 12/19/2022 | Call with J. Miller regarding depositions, briefing schedule, filing an amended plan, continuation of confirmation. | 0.7 | $425 | $297.50 | |
| 12/19/2022 | Review all objections, review sale motion, review joint motion regarding extension; email to group for seeking to settle matter; call with J. Miller regarding objections. | 1.8 | $425 | $765.00 | |
| 1/11/2023 | Review pleadings to be filed in state court (.7); various calls with J. Miller regarding same (1.1); attend hearing on various matters (1.8); review proposed order (.1). | 3.7 | $425 | $1,572.50 | |
| 1/17/2023 | Call with J. Miller regarding matter and status; follow up call with D. Softness regarding same, continued efforts on global settlement. | 0.5 | $425 | $212.50 | |
| 1/17/2023 | Participate in deposition G. Nachtwey | 3 | $425 | $0.00 | $1,275.00 |
| 1/18/2023 | Call with H. Feinman regarding case and next steps to confirmation. | 0.3 | $425 | $127.50 | |
| 1/18/2023 | Prepare for and participate in hearing on case. | 2 | $425 | $850.00 | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 1/20/2023 | Prepare for and attend meeting to resolve discovery dispute per requests of parties; pre-call with J. Miller. | 1.5 | $425 | $637.50 | |
| 1/22/2023 | Review notes from meeting and email to J. Miller regarding same. | 0.5 | $425 | $212.50 | |
| 1/23/2023 | Review various discovery based emails (.2); call with J. Miller regarding same (.3) | 0.5 | $425 | $212.50 | |
| 1/24/2023 | Review discovery requests, production of Debtor and response, email to group regarding same | 1 | $425 | $425.00 | |
| 1/25/2023 | Review new discovery response (.3); Meeting with J. Breslin regarding outstanding discovery (.5) attend hearing (1.5). | 2.3 | $425 | $977.50 | |
| 1/26/2023 | Review discovery in preparation for call; meeting on discovery; follow up call with J. Miller regarding same; review proposal in email; review various incoming correspondence. | 2.7 | $425 | $1,147.50 | |
| 1/30/2023 | Participate in meeting regarding discovery dispute with Jerry Breslin and J. Miller . | 2 | $425 | $850.00 | |
| 2/1/2023 | Calls with J. Miller regarding hearing; ongoing discovery dispute; plan amendments and call with U.S. Trustee office (.5). | 0.5 | $425 | $212.50 | |
| 2/2/2023 | Call from B. Shraiberg regarding the dismissal motion on file. | 0.8 | $425 | $340.00 | |
| 2/3/2023 | Meeting with H. Feinman and J. Miller regarding plan and case issues and efforts to resolve disputes among parties. | 1 | $425 | $425.00 | |
| 2/10/2023 | Read transcript; read court opinion; confer with B. Shraiberg and J. Miller regarding same- seek to resolve disputes among parties. | 1.5 | $425 | $637.50 | |
| 2/11/2023 | Review Moshe Farache transcript | 2 | $425 | $850.00 | |
| 2/14/2023 | Attend deposition of Michele Martin. | 6.5 | $425 | $0.00 | $2,762.50 |
| 2/15/2023 | Attend hearing on motion to convert/dismiss (4.0); call with B. Shraiberg (.4). | 4.4 | $425 | $1,870.00 | |
| 2/16/2023 | Review of various correspondence and pleadings incoming. | 1 | $425 | $425.00 | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 2/17/2023 | Call with Jerry Breslin regarding trying to organize a debtor settlement offer (.8); call from Jonathan regarding discovery matters (.2); call with J. Moon regarding formulating a settlement offer (.3); follow up email to creditor pool regarding putting a settlement together to provide to the debtor ((.2). | 1.5 | $425 | $637.50 | |
| 2/27/2023 | follow up with creditor group regarding settlement proposal. | 0.2 | $425 | $85.00 | |
| 2/28/2023 | Call to Jerry Breslin regarding settlement offer; call to J. Miller. | 0.4 | $425 | $170.00 | |
| 3/6/2023 | Call to Jerry Breslin regarding settlement offer request from creditors; follow up with engagement letter request. | 0.3 | $425 | $127.50 | |
| 3/6/2023 | Review retention application and follow up with J. Miller regarding missing engagement letter (.2); call with J. Breslin regarding settlement offer (.1). | 0.3 | $425 | $127.50 | |
| 3/7/2023 | Call with J. Moon regarding potential of written settlement offer (.1); call with J. Miller regarding need for engagement letter for J. Feldman (.2); review engagement letter. | 0.4 | $425 | $170.00 | |
| 3/8/2023 | Call with H. Feinman regarding retention of J. Feldman (.2); participate in hearing (.6). | 0.8 | $425 | $340.00 | |
| 3/13/2023 | Call with J. Miller; follow up email regarding settlement offer status with J.Breslin. | 0.3 | $425 | $127.50 | |
| 3/14/2023 | Review substantial correspondence received regarding scheduling and various orders. | 0.2 | $425 | $85.00 | |
| 3/16/2023 | Attend deposition of N. Medhipour (3); and hearing on matter (.2); follow up calls with J. Miller (.5). Call to Alan regarding his client's motion to dismiss (.3). | 3.8 | $425 | $1,615.00 | |
| 3/17/2023 | Preparation for and attendance at call J. Feldman regarding case. | 0.5 | $425 | $212.50 | |
| 3/21/2023 | Call with J. Miller regarding case progression. | 0.3 | $425 | $127.50 | |

| Date | Description | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| 3/23/2023 | Participate in deposition of debtor by Trustee Medhipour. | 4.2 | $425 | $1,785.00 | |
| 3/27/2023 | Attend first day trial - Travel (n/c) | 7.5 | $425 | $3,187.50 | |
| 3/28/2023 | Attend second day of trial on motion to convert; email to J. Miller and Jonathan regarding settlement possibilities per conversation with J. Breslin. (travel n/c) | 6 | $425 | $2,550.00 | |
| 4/18/2023 | Call with J. Miller regarding status of negotiations. | 0.3 | $425 | $127.50 | |
| 4/24/2023 | Call with J. Miller regarding status update with respect to settlement offer. | 0.2 | $425 | $85.00 | |
| 4/26/2023 | Review multiple correspondence and confer with J. Miller regarding status of negotiations. | 0.6 | $425 | $255.00 | |
| 5/1/2023 | Attend oral argument on motion to dismiss. Travel (n/c) | 4 | $425 | $0.00 | $1,700.00 |
| 5/8/2023 | Draft Fee App | 0.7 | $425 | $297.50 | |
| | **Total** | **85.4** | | **$26,945.00** | **$9,350.00** |

### Time from July 26, 2022 through November 23, 2022
### Awarded on December 8, 2022, for $24,437.50 [ECF No. 258].

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/26/2022 | Review various pleadings in case, adversary and state case. | 1.2 | $425.00 | $510.00 |
| 8/2/2022 | Continued review various pleadings in the cases, calls with David Softness & Alan Crane; attend IDI. | 2.8 | $425.00 | $1,190.00 |
| 8/3/2022 | Review response filed by Debtor; email to J. Moon regarding same. | 0.7 | $425.00 | $297.50 |
| 8/3/2022 | Participate in hearing on freeze order and motion on insurance payments. | 2.1 | $425.00 | $892.50 |
| 8/5/2022 | Review order on selling cars; review affidavits associated with abandonment motion. | 0.3 | $425.00 | $127.50 |
| 8/10/2022 | Review pleadings & response filed (that was stricken); call with J. Miller; call with M. Wolfson; attend hearing. | 1.5 | $425.00 | $637.50 |
| 8/18/2022 | Call with J. Miller regarding potential settlement to sell cars and reach out to Mark Wolfson regarding same. | 0.2 | $425.00 | $85.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 8/25/2022 | Review pleading sent by Evan Appell re: Lippman. Reach out to debtor's counsel regarding same. | 0.4 | $425.00 | $170.00 |
| 8/30/2022 | Follow up regarding settlement conference; review pleadings ahead of tomorrow's hearing; calls with J. Miller and creditor to resolve motion on return of car. | 1.1 | $425.00 | $467.50 |
| 8/31/2022 | Prepare for and attend 341 meeting (1.2); call with J. Miller regarding dispute with auto owner and counsel to Lippy (.3); call with J. Miller regarding case (.3); call with M. Wolfson regarding discovery needed and case (.3); call with H. Feinman re: case (.1); participate in hearing (.5). | 2.7 | $425.00 | $1,147.50 |
| 9/1/2022 | Confer with j. Miller re matter; review request for information and circulate to group. | 0.7 | $425.00 | $297.50 |
| 9/7/2022 | Attend hearing and follow up with J. Miller and D. Softness regarding settlement. | 1 | $425.00 | $425.00 |
| 9/7/2022 | Review motion re: turnover, review state court docket, confer with J. Miller; meeting with FVM group. | 1 | $425.00 | $425.00 |
| 9/8/2022 | Review pleading; confer with participating parties regarding settlement options and recent motion filed; confer with Judge Russin regarding certain timing issues; review proposed orders provided by D. Softness. | 1.6 | $425.00 | $680.00 |
| 9/13/2022 | Initial read of settlement statements; follow-up emails regarding settlement conference; reach out regarding participation in settlement conference. | 1.9 | $425.00 | $807.50 |
| 9/14/2022 | Respond to inquiry from C. Mauro and confer with J. Miller regarding same (.2) call with B. Marks regarding settlement options (.3); participate in hearing (1.5); follow up on letter of credit and settlement agreement in call with J. Miller (.2). | 2.2 | $425.00 | $935.00 |

| | | | | |
|---|---|---|---|---|
| 9/14/2022 | Attention to various issues regarding upcoming settlement conference and potential settlement options with J. Miller and M. Wolfson and D. Softness. | 0.8 | $425.00 | $340.00 |
| 9/20/2022 | Update call from J. Miller; call with B. Shraiberg regarding case and potential settlement options. | 0.6 | $425.00 | $255.00 |
| 9/21/2022 | Attend settlement conference. | 7 | $425.00 | $2,975.00 |
| 9/27/2022 | Review pleadings regarding consigned car, including response and documents; email to Jim. | 0.5 | $425.00 | $212.50 |
| 9/27/2022 | Call from J. Miller regarding case (.5); send email to group regarding status of acceptance/counteroffer of Debtor's proposal (.1). | 6 | $425.00 | $2,550.00 |
| 9/28/2022 | Review of pleadings; (.2) participate in hearing (1.3); follow up call with J. Miller (.5). | 2 | $425.00 | $850.00 |
| 10/4/2022 | Prepare for and participate in hearing. | 0.9 | $425.00 | $382.50 |
| 10/6/2022 | Call with B. Shraiberg (.3); call with J. Miller (.1) ahead of continued settlement conference. | 0.4 | $425.00 | $170.00 |
| 10/7/2022 | Participate in settlement conference; and post calls with B. Shraiberg and J. Miller. | 3.9 | $425.00 | $1,657.50 |
| 10/17/2022 | Call with J. Miller regarding case and plan formulation. | 0.3 | $425.00 | $127.50 |
| 10/24/2022 | Review two motions and objections, review plan projections and liquidation analysis, review Excel document, confer with J Miller regarding comments thereto. | 1.2 | $425.00 | $510.00 |
| 10/26/2022 | Attend hearing in main case and adversary. | 1.2 | $425.00 | $510.00 |
| 11/1/2022 | Calls with multiple parties regarding settlement options; Call with E. Silver regarding client claims and follow up regarding same. | 1 | $425.00 | $425.00 |
| 11/2/2022 | Participate in settlement conference. | 6.5 | $425.00 | $2,762.50 |
| 11/4/2022 | Begin drafting fee application. | 0.4 | $425.00 | $170.00 |
| 11/14/2022 | Call with J. Miller regarding status; review confidentiality agreement/orders in file, clean up and send to Jim. | 1 | $425.00 | $425.00 |

| | | | | |
|---|---|---|---|---|
| 11/15/2022 | Call with J. Miller regarding status of depositions and case. | 0.3 | $425.00 | $127.50 |
| 11/17/2022 | Call with J. Miller regarding yesterday's hearing; review plan regarding releases; review law regarding same; send email to  J. Miller regarding releases and recoveries on avoidance actions. | 1.2 | $425.00 | $510.00 |
| 11/21/2022 | Draft NOA in Benidt Investments adv case | 0.2 | $425.00 | $85.00 |
| 11/23/2022 | File NOA | 0.1 | $425.00 | $42.50 |
| 11/23/2022 | Draft Final Fee Application | 0.6 | $425.00 | $255.00 |
| | **Total** | **57.5** | | **$24,437.50** |