

**ORDERED in the Southern District of Florida on May 9, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                      CASE NO.:  22-15627-EPK
                                                            Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**

          **Debtor.**
_____/

## EX-PARTE ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR ORDER ALLOWING THE TRUSTEE TO PAY INSURANCE PREMIUM INSTALLMENT ON THE DEBTOR'S INSURANCE LIABILITY POLICY

THIS MATTER came before the Court in West Palm Beach, Florida, pursuant to

*Trustee's Ex Parte Motion For Order Allowing The Trustee To Pay Insurance Premium*

*Installment On The Debtor's Insurance Liability Policy* [ECF No. 612 ]( the "Motion"). The

Court, having reviewed the Motion, and having been otherwise fully advised in the premises,

hereby

**ORDERS AND ADJUDGES** as follows:

1.      The Motion is granted.

2.      The Trustee is authorized to pay Stonemark Royal Premium Budget, Inc. billing statement in the amount of $1,104.05. for the May 13, 2023, installment payment for the Debtor's Insurance Liability Policy with Amguard Insurance Company.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523
Email: michael.bakst@gmlaw.com

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**