

**ORDERED in the Southern District of Florida on May 10, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| **In Re:** | **CASE NO.:  22-15627-EPK** |
| | **Chapter 7** |
| **AUTO WHOLESALE OF BOCA, LLC,** | |
| | |
| **Debtor.** | |
| _____/ | |

### ORDER GRANTING TRUSTEE'S *EX PARTE* MOTION TO SHORTEN TIME FOR PROVIDING NOTICE OF SALE OF VEHICLES AND FOR NOTICING THE HEARING ON TRUSTEE'S *EXPEDITED* MOTION FOR ENTRY OF AN ORDER:

**(A)  AUTHORIZING THE SALE BY AUCTION OF ALL VEHICLES IN THE ESTATE'S POSSESSION, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND 363(f)(4);**

**(B)  APPROVING ONLINE AUCTION, BIDDING PROCEDURES, AND SALE PROCESS;**

**(C)  APPROVING FORM AND MANNER OF NOTICES;**

**(D)  APPROVING TRUSTEE'S RETENTION OF AUCTION AMERICA, INC., AS AUCTIONEER;**

**(E)**    **SHORTENING THE NOTICE PERIOD REQUIRED FOR GIVING NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF A SALE OF PROPERTY;**

**(F)**    **APPROVING OF A MINIMUM AMOUNT TO BE RECEIVED BY THE ESTATE CONSISTING OF A SURCHARGE TO THE ESTATE PURSUANT TO 11 U.S.C. §506(c), IN THE EVENT THE COURT FINDS THE ESTATE HAS NO INTEREST OR EQUITY IN THE VEHICLES;**

**OR**

**(G)**    **IF THIS COURT DOES NOT PERMIT THE TRUSTEE'S SALE OF THE VEHICLES, PERMITTING THE IMMEDIATE ABANDONMENT OF THE VEHICLES AND REJECTION OF THE WAREHOUSE LEASE;**

**AND**

**(H)**    **GRANTING RELATED RELIEF.**

THIS MATTER came before the Court *ex parte* on *Trustee's Ex Parte Motion to Shorten the Time to Provide Notice of Sale of Vehicles and for Noticing the Hearing on the Trustee's Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for giving Notice to Creditors and Other Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the event the Court Finds the Estate has no Interest or Equity in the Vehicles; or (G) if this Court Does not Permit the Trustee's Sale of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* (the "Motion") [ECF No. 620]. The Court, having reviewed the Motion, and finding good cause for granting the requested relief, hereby

ORDERS and ADJUDGES that:

1.    The time period required for notice of a sale of the Vehicles under Fed.R.Bankr.P. 2002(a) and for notice of the hearing on the *Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for giving Notice to Creditors and Other Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the event the Court Finds the Estate has no Interest or Equity in the Vehicles; or (G) if this Court Does not Permit the Trustee's Sale of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* [ECF No. 618] (the "Sale Motion") is shortened.

2.    The Hearing on the Sale Motion will be held on **May 11, 2023**, at **11:00 a.m**. in the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, Room 801, Courtroom A, West Palm Beach, Florida 33401

# # #

Submitted by:
Rilyn A. Carnahan, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
(561) 838-4557
(561) 514-3457 (facsimile)
rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. is directed to serve copies of this order on all interested parties and file a certificate of service with the Court]**