**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          Case No.: 22-15627-EPK

    Debtor.          Chapter 7

_____/

### FVP RESPONSE – AND LIMITED OBJECTION - TO TRUSTEE'S OMNIBUS MOTION TO AUCTION CARS AND CARVE OUT PROCEEDS TO TRUSTEE [CP # 618]

**COME NOW** FVP Opportunity Fund III, LP, a Delaware limited partnership, FVP Investments LLC, a Delaware limited liability company, and FVP Servicing, LLC, a Delaware limited liability company (collectively, "FVP"), and hereby respond to the Trustee's Motion for various relief [C. P. 618] as follows:

As a preliminary matter, FVP was instrumental in having this case ("Case") converted to chapter 7 and FVP is (as it has always been) in favor of the trustee, Michael Bakst ("Trustee") selling the Cars ("Cars"). The devil, however, is in the details. Those details, are as follows:[1]

1. FVP does not support and objects to the alternative relief of abandonment which would not be in the best interest of any party, least of all this estate.

2. The hurry up timing is unrealistic and unfair. FVP recognizes the time pressures on the Trustee, including the insurance issues, and is willing to work with the Trustee and parties to address those issues. That said, FVP suggests it is infinitely better to employ a measured and cautious approach to the sale of the Cars in order to maximize the value.

3. FVP is presently inclined to object to the appointment of Auction America for several reasons. First, Auction America is a general auction house that does not specialize in the sale of high-end automobiles. Second, the buyer's premium and

---

[1] Unless otherwise indicated, on information and belief, FVP's positions herein would be endorsed by all the Franklin, Hi Bar and the Karma Entities.

related charges are excessive at ten percent. Third, FVP has proposed an alternative auctioneer – the Broken Arrow Group (BAG) which specializes in the sale of high end Cars.

4. BAG has agreed to transport, insure and store the Cars and will sell the Cars at a four percent commission. While this issue is not finalized, the aforementioned representation has been made to the FVP Plaintiffs and suggests that some short additional time to confirm both that and the below offer is in all parties' best interest. See **Exhibit A.**

5. Next, by the time of the hearing on this matter, the FVP Plaintiffs believe that there will be a confirmed hard offer of $2.7 million for the cars in question. (which include one of the missing vehicles – (Vehicle 20) 2017 Lamborghini Huracan Red, VIN, ZHWUR2ZF8HLA08121) see **Exhibit B**.  FVP does not want this option to be eclipsed by an Order granting the instant Motion in an unnecessary rush.

6. Finally, in the rush to set the auction, two Cars are missing from the list that should have been included which the FVP Plaintiffs request be included. The above 2017 Lambo Huracan Vin 8121 and (Vehicle 18) the 2018 McLaren 720s Black, VIN # SBM14DCA7JW001804 which is now fully reassembled and in South Florida and has a significant value.

   The Carve Out.

7. The FVP Plaintiffs agree that the Trustee should be fairly compensated via a carve out but believe that the requested twenty (20) percent is excessive. That together with the ten (10) percent buyer premium from Auction America requested in the motion has the value of the Cars that the FVP Plaintiffs have sought for a year and spend staggering amounts in fees and costs would be reduced by at least thirty (30) percent with the stroke of a pen. Also relevant is the fact that based on the evidence presented at prior hearings and rulings, the FVP Plaintiffs believe that AWB has no legitimate claim to the subject Cars now, and never has had a legitimate claim.

8. The FVP Plaintiffs believe that the carve out for the Trustee should be capped at a total of Seven and a half percent (7.5%) of the gross sale price of the Cars or $200,000 whichever is greater. The FVP Plaintiffs believe that this is fair under the circumstances and permits a reasonable chance of resolution between all the parties with approximately 85 percent of the value of the Cars remaining for settlement discussions.

The FVP Plaintiffs therefore request:

A. That the Court permit the FVP Plaintiffs and other parties of interest a period of ten (10) days to propose either an agreed sale to a single buyer, or retain BAG to undertake the auction of the Cars at the best possible price while both insuring and storing the Cars pending the sales with a 4 percent commission.

B. Order that the carve out for the Trustee be capped at capped at Seven and a half percent (7.5%) of the gross sales of the Cars or $200,000 whichever is greater.

C. Award any other relief that this Honorable Court deems appropriate.

Dated May 10, 2023.

For FVP

| Jerrell A. Breslin, Esq.<br>Jonathan Noah Schwartz, Esq.<br>Schwartz Breslin PLLC<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@JSJB.Law<br>EService@JSJB.law<br><br>By:      s/ Jerrell Breslin<br>Jerrell Breslin, Esq.<br>Fla Bar No: 269573 | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the following parties were served with the foregoing electronic service via EM/ECF and by email: Chapter 7 Trustee by serving Michael R Bakst, efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com, Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com, David Unseth, Esq. at dmunseth@bclplaw.com, and James Moon, Esq., at Jmoon@melandbudwick.com; upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com, upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com and upon Michael Halperin by serving Phil Landau, Esq. at phil@landaulaw.com and upon and upon Benidt Investments by serving Patricia Redmond, Esq. at predmond@swmwas.com.


/ s/ Jerrell Breslin
Jerrell Breslin, Esq

# EXHIBIT A

**Exhibit A**

**⟐ BROAD ARROW GROUP**

377 Fisher Road, Suite H
Grosse Pointe, MI 48230

To Whom It May Concern:

It's my distinct pleasure to submit the following proposal for the sale the subject group of cars. Our proposal properly will effectively market and promote the collection through a global campaign incorporating the outreach and corporate strengths of Broad Arrow Group. We are flexible on terms you will read herein, and I welcome your thoughts and opinions. I have vast experience with many of these cars and know them intimately having traveled to inspect them.

Our company is unique in we can provide many different options for sale including live auctions with Broad Arrow Auctions, private sales through our dealership, Collectors Garage, and online auctions with Hagerty Marketplace. Additionally, we are one of the leading providers of collector car financing and therefore able to facilitate deals others may not. Additionally, since being acquired by Hagerty Insurance Our clients now experience the worldwide exposure that Hagerty has established within the industry, as well as marketing benefits unmatched to any competitor.

The collector car industry is highly complex and fragmented, with varying degrees of honesty and business integrity among industry participants, alongside extraordinary amounts of information and misinformation. With hundreds of dealers, dozens of auction houses and tens of thousands of cars offered for sale, how do you know who and what to trust? Broad Arrow Group aims to be the preeminent global marketplace for car collectors and enthusiasts with utmost integrity, trust, and innovation. Our abilities to reach clients directly make us unmatched when compared to the competition. I look forward to discussing this proposal with you and am available at any time to answer any questions you might have.

Best,

Barney Ruprecht, Broad Arrow Group
Senior Car Specialist

### ❖ BROAD ARROW GROUP

377 Fisher Road, Suite H
Grosse Pointe, MI 48230

| SUBJECT CARS | | | |
|---|---|---|---|
| Year | Make | Model | VIN |
| 2020 | McLaren | 720S Spider | SBM14FCA5LW004229 |
| 2019 | McLaren | 720S Spider Performance | SBM14FCA9KW003714 |
| 2018 | McLaren | 720S Luxury | SBM14DCA9JW000606 |
| 2020 | Mercedes | G-CLASS AMG G 63 | W1NYC7HJ6LX362080 |
| 2019 | Aston Martin | DB 11 | SCFRMFCW6KGM07671 |
| 2017 | Ferrari | F12 Berlinetta | ZFF74UFA7H0221036 |
| 2020 | Mercedes | G-Class AMG G 63 (Blue) | WDCYC7HJ9LX334940 |
| 2020 | Mercedes | G-Class AMG G 63 | W1NYC7HJ6LX346462 |
| 2013 | Ferrari | 458 Italia | ZFF68NHA8D0191526 |
| 2019 | BMW | X7 | 5UXCX4C56KLS39222 |
| 2008 | Porsche | 911 Turbo Coupe | WP0AD29978S783176 |
| 2021 | Jeep | Gladiator Sport S | 1C6HJTAG1ML571540 |
| 2018 | Cadillac | Escalade Luxury | 1GYS4BKJXJR261612 |
| 2016 | Ford | F450 Super Duty | 1FDUF4HT8GEB18666 |
| 2019 | GMC | Yukon Denali | 1GKS1CKJ8KR354378 |
| 2019 | Lamborghini | Urus Base | ZPBUA1ZLXKLA01961 |
| 2020 | Lamborghini | Huracan LP 640-4 EVO Spider | ZHWUT4ZF1LLA14316 |

| PROPOSED TERMS |
|---|
| Commission on sale: 4% of the 'hammer' price |
| Listing Fee: $500 Per Car |



HAGERTY®









## A Passion for Results Driven by Trust

Broad Arrow Auctions was founded in 2021 by industry veterans who not only share their passion for cars but also a shared vision of bringing a new level of simplicity, transparency, and accountability within the collector car industry. Our focus is to be differentiated by the quality of advice, research, and client service we give to every one of our clients.

### 4 Months, 3 Auctions, 830+ Cars, 40 Team Members, and Decades of Experience!

In 2022, Broad Arrow executed three auctions in its first full year of operations at Monterey (August), Jim Taylor (October), and West Palm Beach (November), an achievement unheard of when newly entering the collector car auction industry. With 100 years combined of experience and decades of working together, Broad Arrow has brought a new outlook and enthusiasm for those looking to sell their automobile.

**$86.7 MILLION**
IN TOTAL AUCTION SALES

**84%**
SELL-THROUGH RATE

**17**
WORLD RECORD AUCTION PRICES











# HAGERTY® LET'S DRIVE TOGETHER

In August 2022 Broad Arrow Group become a subsidiary of Hagerty (NYSE:HGTY), an automotive enthusiast brand and the world's largest membership organization for car lovers, with a suite of offerings that enable its members to enjoy their vehicles to the fullest. Our clients now experience the worldwide exposure that Hagerty has established within the industry, as well as marketing benefits unmatched to any competitor.

ACCESS TO…

## 2.5 MILLION

MEMBERS



EXPOSURE TO…

## 2.1 MILLION

SUBSCRIBERS TO **HAGERTY DRIVERS CLUB MAGAZINE**

COVERAGE TO…

## 1.5 MILLION

EMAIL SUBSCRIBERS



ACCESS TO…

## 4.5 MILLION

SOCIAL MEDIA FOLLOWERS



 



# A NEW WAY OF CLASSIC CAR AUCTIONS

### Selling with Broad Arrow Auctions

Broad Arrow Auctions is committed to providing honest, sound advice for auction consignors. We have unparalleled market insights and more than 100 years of combined experience in the collector car auction industry. We have both the breadth and depth of relationships with car collectors and enthusiasts, and with our partnership with Hagerty, we have access to an audience of more than 2.5 million car collectors and enthusiasts. In addition to our client relationships and unparalleled reach, we also employ an in-house team of marketing and research professionals with significant industry experience to present your car with the highest standards. Broad Arrow Auctions is committed both to being honest in representing the cars offered for sale as well as ensuring that all parties involved are treated to an enjoyable experience.

### Buying with Broad Arrow Auctions

Broad Arrow Auctions endeavors to offer the highest quality collector cars at auction, and innovate and improve the ways in which cour clients buy cars at auction. Whether the client has questions on valuation, collection curation, market trends, or even mechanical advice, our team is here to lend its many years of industry knowledge and experience and advise the client with honesty and accuracy.

With an estimated $25 billion of collector cars being bought and sold each year, our team prides itself in making sense of the buying process with professionalism and integrity to ensure great cars find great new homes. In doing so, it is our pleasure to facilitate and advise on the various aspects of the buying process, from transport to insurance.

### Collection Management & Estate Planning

Our Collection Management and Estate Planning team at Broad Arrow Auctions consists of some of the industry's leading architects in collection management, research, cataloguing, and marketing. Each collection has its own bespoke needs, and whether you are in search of an evaluation, advice on market insights, or counsel on growing or disposing, our experts are qualified to provide advice and recommendations tailored to your collection's needs.

Our team has significant experience working closely with collectors and their families, trusts and estates, and trustees and fiduciaries, and our team members have a strong track record of delivering exceptional sale results for combined values of over hundreds of millions of dollars on behalf of trusts and estates throughout their careers.

Regardless of whether you are looking to buy, sell, seek advice, obtain an appraisal or valuation or put in place an estate plan, we would be pleased to discuss how Broad Arrow Auctions may be able to help. Please contact a member of our team to arrange a confidential meeting to discuss your needs.

 

# HAGERTY® | Marketplace



# INTRODUCING HAGERTY MARKETPLACE AUCTIONS

### Access to a huge and growing audience of Hagerty members

Your auction listing will be available to millions of car lovers, including our newsletter subscribers, email lists, social media followers and more. With a global reputation, more than 745,000 Hagerty Drivers Club® members, presence at more than 2,500 live events each year and an engaged media following, Hagerty is the ideal partner to help sell your car.

### Work with industry veterans who know how to sell

Thanks to the recent acquisition of Broad Arrow Group, Hagerty Marketplace connects you with experienced car specialists – with more than 100 years of combined expertise. When you sell with Hagerty Marketplace, your car will be prepped, catalogued and marketed by well-connected industry veterans.

### Auctions you can trust through differentiated services

Unlike most auction platforms, every bidder registered on Hagerty Marketplace is ID-verified with government-issued identification. Our team provides pre-sale and post-auction client support, including facilitating payment, bills of sale and transferring ownership.

## Contact us at marketplace@hagerty.com to start the process today.

Hagerty Marketplace offers both classifieds and auctions. Classified listings are a benefit provided to members of Hagerty Drivers Club, a non-insurance subsidiary of The Hagerty Group, LLC. Hagerty is not a licensed vehicle broker and does not take a commission on classified purchase transactions that are facilitated directly between buyers and sellers on the Marketplace platform. Auction listings are hosted on Hagerty Marketplace, and auction purchase transactions between buyers and sellers are facilitated by Broad Arrow Private Sales, LLC, dba Collectors Garage, a Michigan-licensed vehicle broker and non-insurance subsidiary of The Hagerty Group, LLC. For additional information and the complete Marketplace terms of use, visit hagerty.com/marketplace. Hagerty, Hagerty Drivers Club & Hagerty Valuation Tools are registered trademarks of The Hagerty Group LLC, ©2022 The Hagerty Group, LLC. All Rights Reserved. The Hagerty Group, LLC is a wholly owned subsidiary of Hagerty, Inc.





# FINANCING SOLUTIONS FOR EXCEPTIONAL CARS

Broad Arrow Capital LLC is a specialty financing company founded in 2021 to provide collector car financing solutions to high net worth individuals and businesses, especially where traditional banks and lending institutions fall short due to age or value of the cars.

We primarily focus on providing loans greater than $150,000 / £100,000 / €125,000 secured by collector cars.

Broad Arrow Capital is led by a team with over 60 combined years of finance, banking, legal, and collector car industry experience, and the founders previously founded and ran some of the largest collector car financing businesses. Broad Arrow Capital LLC is a subsidiary of Broad Arrow Group, Inc.

## Why Broad Arrow Capital?

**CLEAR, STRAIGHTFORWARD TERMS**
Simple, straightforward financing terms. Proposal made to you within 2 business days of obtaining the necessary information on the collector car(s). Clearly laid out terms and conditions. No hidden fees or surprises down the road.

**PROVEN TRACK RECORD**
The leadership team, with significant experience in financing and banking, has a strong track record of providing bespoke collector car financing solutions using cars as collateral to high net worth individuals and businesses over the past several years.



# TYPES OF FINANCING OFFERED

### ACQUISITION FINANCING
*OWN THE CAR OF YOUR DREAMS*

No need to wait, engage in trade-ins, or structure part-exchanges at wholesale prices to fund the acquisition of your collector car. Take the time to sell your cars to maximize value whilst capturing the opportunity to purchase your dream car now.

### EQUITY RELEASE
*LEVERAGE YOUR COLLECTION*

You may have significant value tied up in your collector car(s) and need near-term liquidity for various reasons, including making investments and/ or pursuing a car deal. Unlock the equity in your collector car(s) through a loan secured by those cars.

### CONSIGNOR ADVANCE
*GET LIQUIDITY UPFRONT*

If you have decided to offer your car for sale through private sales or at auction, no need to wait to get paid. You could qualify for an advance whereby you may obtain a portion of the expected proceeds today, and receive the remaining net amount following the sale of your car and repayment of the consignor advance.

## RECEIVE A QUOTE TODAY

+1 313 312 0780  ▶ financing@broadarrowgroup.com
**broadarrowcapital.com**

 

# COLLECTORS GARAGE



SCAN ME

# LOOKING TO BUY OR SELL OUTSIDE THE AUCTION ATMOSPHERE?

# OUR CONSIGNMENT PROCESS

Collectors Garage, a Broad Arrow Group company, is focused on providing the best advice for our clients for private sales, with professionalism, integrity and discretion.

We estimate that car collectors and enthusiasts buy and sell more than $30 billion worth of collector cars each year, most of which are conducted through private sales. We set out to improve the way in which collectors and enthusiasts buy and sell collector cars privately, and we are led by a team with extensive experience, strong track record, and stellar reputation.

Our goal is to be straightforward and honest in representing the cars we offer for sale, have clear offer prices (with no POAs or Please Inquire for Price), give our clients our best advice whether as a seller or a buyer and make the experience of buying and selling cars privately an enjoyable experience. At the end of the day, we share our clients' passion for collector cars and the hobby we all love.

Our specialists are located in California, Florida and New York, with client relationships around the world. Please don't hesitate to contact one of our team members to help you buy or sell cars privately.

## Why Collectors Garage?

Collectors Garage is committed to advising our clients on private sales of collector cars with discretion and integrity. As a Broad Arrow Group company led by a team with more than 100 years of combined industry knowledge and relationships, we look forward to serving you as your trusted collector car private sales advisors.

Collectors Garage is always looking for outstanding collector cars for private sales. Our team has decades of collective collector car transaction experience, knowledge, research capabilities, and market insight to advise you on selling your car through private sales. Please contact one of our team members to discuss and experience what sets us apart.

### Step 1: Contact Us

Fill out the following form and tell us about your car and what makes it special. One of our team members will be in touch to discuss consignment or acquisition terms.  Or email us at **privatesales@broadarrowgroup.com.**

### Step 2: Research & Cataloging

If your car is consigned, we'll handle everything on your behalf, from professional photography and research to description writing and marketing preparations. You're welcome to stay as involved as you like.

### Step 3: Marketing to Prospective Buyers

By leveraging Broad Arrow Group's marketing capabilities and reach, we will market your car publicly through various media outlets. In some cases, our clients prefer that we do not market their cars publicly.  In those cases, we assist our clients to sell their cars discreetly.

Our car specialists have exceptionally strong relationships with car collectors globally. Alongside our marketing team's efforts, our specialists will personally help find qualified buyers for your car.

### Step 4: Post Sale Adminstration

Once your car is sold, our team will facilitate all the particulars of bill of sales, payment, titlework and coordinate transportation and logisticswith the new owner, ensuring that you are paid in a timely manner and that every step is entirely hassle-free.

+1 313 312 0780  ▶  privatesales@broadarrowgroup.com  ▶  **collectorsgarage.com**



# SELECTED TEAM MEMBERS



**KENNETH AHN**
President | Hagerty Marketplace

kenneth.ahn@broadarrowgroup.com



**ALAIN SQUINDO**
Chief Operating Officer

alain.squindo@broadarrowgroup.com



**IAN KELLEHER**
Chief Marketing Officer

ian.kelleher@broadarrowgroup.com



**LYDIA FENET**
Principal Auctioneer



**DONNIE GOULD**
Senior Car Specialist

donnie.gould@broadarrowgroup.com



**MARVIN WATERS II**
Car Specialist

marvin.waters@broadarrowgroup.com



**BRANDI COLE**
Car Specialist

brandi.cole@broadarrowgroup.com



**CASON VOGEL**
Car Specialist

cason.vogel@broadarrowgroup.com



**HARRISON PLATZ**
Car Specialist

harrison.platz@broadarrowgroup.com



**MATHIEU GUYOT-SIONNEST**
Car Specialist

mathieu.gs@broadarrowgroup.com

**CRAIG ZIMMERMAN**
Consignment Consultant

craig.zimmerman@broadarrowgroup.com



**KARSTEN LE BLANC**
Chief Financial Officer

karsten.leblanc@broadarrowgroup.com



**MIKE MORTORANO**
General Counsel &
Chief Administrative Officer

mike.mortorano@broadarrowgroup.com



**BARNEY RUPRECHT**
Senior Car Specialist

barney.ruprecht@broadarrowgroup.com



**ALEXANDER WEAVER**
Senior Car Specialist

alexander.weaver@broadarrowgroup.com



**MADDIE BAKER**
Director of Client Services

maddie.baker@broadarrowgroup.com



**BILL WINDHAM**
Consignment Consultant

bill.windham@broadarrowgroup.com



**GLENN BUTLER**
Consignment Consultant

glenn.butler@broadarrowgroup.com



**JEFF INGLIS**
Consignment Consultant

jeff.inglis@broadarrowgroup.com



**NICK BARTON**
Director of Financial Services

nick.barton@broadarrowgroup.com

**OMAR FAROQUI**
Relationship Director

omar.faroqui@broadarrowgroup.com



**PATRICK MCINTYRE**
Director of Finance

patrick.mcintyre@broadarrowgroup.com



**DAVID SWIG**
Senior Car Specialist

david.swig@broadarrowgroup.com



**RAMSEY POTTS**
Chief Sales Officer

ramsey.potts@broadarrowgroup.com



**ERICA REAUME**
Senior Director of Marketing

erica.reaume@broadarrowgroup.com



**CARL BAUER**
Director of Research

carl.bauer@broadarrowgroup.com



**MEGHAN McGRAIL**
Director of Public Relations

meghan.mcgrail@broadarrowgroup.com



**MISSY ROCKWOOD**
Operations Coordinator

missy.rockwood@broadarrowgroup.com



**KATE CHENEY**
Client Service Manager

kate.cheney@broadarrowgroup.com



**ROBERT DRAYTON**
Client Liaison

robert.drayton@broadarrowgroup.com



**KELLI BISHOP**
Client Liaison

kelli.bishop@broadarrowgroup.com



**GAVIN BULMASH**
Client Liaison

gavin.bulmash@broadarrowgroup.com



**MAZIE JONES**
Client Liaison

mazie.jones@broadarrowgroup.com

# HAGERTY®

## ◈ BROAD ARROW GROUP

◈ BROAD ARROW CAPITAL    CG COLLECTORS GARAGE    BROAD ARROW AUCTIONS

377 Fisher Road, Suite H Grosse Pointe, MI 48230  ▶  +1 313 312 0780  ▶  broadarrowgroup.com

# EXHIBIT B

**Exhibit B**



**OFFICIAL
FERRARI DEALER**
FERRARI OF FORT LAUDERDALE

I Jack Bardakjian

represent

Ferrari of Ft Lauderdale

And we are able and willing to purchase the list of cars below.

| | | | |
|---|---|---|---|
| 1) | 2020 Mclaren 720 vin number SBM14FCA5LW004229 | | $220,000 |
| 2) | 2019 Mclaren 720 vin number SBM14FCA9KW003714 | | $215,000 |
| 3) | 2018 Mclaren 720 vin number SBM14DCA9JW000606 | | $205,000 |
| 4) | 2020 Mercedes G vin number | W1NYC7HJ6LX362080 | $160,000 |
| 5) | 2019 Aston Martin vin number SCFRMFCW6KGM07671 | | $90,000 |
| 6) | 2017 Ferrari F12 vin number | ZFF74UFA7H0221036 | $240,000 |
| 7) | 2020 Merc G  vin number | WDCYC7HJ6LX346462 | $150,000 |
| 8) | 2020 Merc G vin number | W1NYC7HJ6LX346462 | $165,000 |
| 9) | 2013 Ferrari 458 vin number | ZFF68NHA8D0191526 | $210,000 |
| 10) | 2019 BMW X7 vin number | 5UXCX4C56KLS39222 | $62,000 |
| 11) | 2008 Porsche Turbo vin number WP0AD29978S783176 | | $65,000 |
| 12) | 2016 Rhino vin number | 1FDUF4HT8GEB18666 | $110,000 |
| 13) | 2021 Jeep vin number | 1C6HJTAG1ML571540 | $115,000 |
| 14) | 2018 Cadillac   vin number | 1GYS4BKJXJR261612 | $49,500 |
| 15) | 2019 GMC vin number | 1GKS1CKJ8KR354378 | $48,500 |
| 16) | 2019 Lambo Urus vin number | ZPBUA1ZLXKLA01961 | $150,000 |
| 17) | 2020 Lambo Evo vin number | ZHWUT4ZF1LLA14316 | $260,000 |
| 18) | 2017 Lambo Huracan vin number ZHWUR2ZF8HLA08121 | | $185,000 |

TOTALS    $2,700,000.00

Contingent upon inspections, review of court documents and free and clear title and ownership!

Signature _____

Ferrari of Fort Lauderdale
5750 N Federal Hwy
Fort Lauderdale, FL, 33308
T. 954.493.5000

fortlauderdale.ferraridealers.com