

**ORDERED in the Southern District of Florida on May 11, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                          **Case No. 22-15627-EPK**
                                                                    **Chapter 7**
**AUTO WHOLESALE OF BOCA, LLC,**

     **Debtor.**

_____/

### ORDER DENYING MOTION TO STAY PENDING APPEAL

This matter came before the Court for hearing on May 11, 2023 upon *Derek Stephens'*
*Motion to Stay Pending Appeal and Response in Opposition to Trustee's Motion* [ECF No.
623].  For the reasons stated on the record, it is ORDERED and ADJUDGED as follows:

1.      To the extent *Derek Stephens' Motion to Stay Pending Appeal and Response in*
*Opposition to Trustee's Motion* [ECF No. 623] requests a stay pending appeal, that request is
DENIED.

2.      To the extent *Derek Stephens' Motion to Stay Pending Appeal and Response in*
*Opposition to Trustee's Motion* [ECF No. 623] is a response to the trustee's motion at ECF
No. 618, that response will be heard at the continued hearing on the trustee's motion, to be
held May 18, 2023 at 1:30 p.m.

###

Copy to:

C. Cory Mauro, Esq.

*C. Cory Mauro, Esq. is directed to serve a copy of this order on all appropriate parties and file a certificate of service.*