**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          **CASE NO.: 22-15627-EPK**

    Debtor.                                      Chapter 7

_____/

**FVP'S REVISED RESPONSE – AND OBJECTION - TO TRUSTEE'S**
**OMNIBUS MOTION TO AUCTION CARS [CP # 618]**

    **COME NOW** FVP Opportunity Fund III, LP, a Delaware limited partnership, FVP Investments LLC, a Delaware limited liability company, and FVP Servicing, LLC, a Delaware limited liability company (collectively, "FVP" or the "FVP Parties"), and withdraws its prior response and limited objection (CP # 625, the "First Response") and files this revised response ("Revised Response") to the motion filed by Michael Bakst, the chapter 7 trustee ("Trustee") seeking various forms relief relating – generally - to a sale ("Sale") of the cars ("Cars") (CP # 618, the "Sale Motion") and states as follows:

1. As the Court is aware, FVP was the moving party which resulted in the Court's converting this bankruptcy (the "Case") to chapter 7 leading to the appointment of the Trustee.  The Court is also aware that in FVP's view, the *raison d'etre* of the filing of the Case was the Debtor's desire to hold the Cars hostage.

    <u>Objection to Sale and Request for Abandonment</u>

2. FVP objects to having the Trustee sell the Cars.

3. The Sale Motion expressly offers the alternative relief of abandonment (*see Sale Motion* at Section IV – Alternative Request to Abandon, at page 18).

4. The Trustee has repeatedly confirmed the "offer" to abandon the Cars in ongoing discussions with FVP and other parties.

5. FVP supports the abandonment of the Cars as proposed by the Trustee.

6. Alternatively, and conjunctively, FVP requests that this Court order the Trustee

to abandon all of the Cars not already ordered abandoned.

7. FVP and other parties have repeatedly pleaded that the Cars are not owned by the Estate, and it appears that that issue is all but resolved.

8. Even if the estate did have an ownership or other interest in the Cars, the estate STILL has no value or equity due to the liens of FVP and others.

9. Thus, the Cars are without value and are burdensome to the estate and should be – must be – abandoned.

### Objection to the Premium and the Carve Out

10. The Sale Motion contemplates a 10% buyer's premium to the auctioneer ("Premium") and a 20% surcharge or carve out ("Carve Out") for the estate for any sale of Cars.

11. FVP objects to and does not agree to the Premium or the Carve Out – in advance - or otherwise.  Needless to say, any reasonable and necessary expenditure under 11 U.S. Code § 506 (c) can be sought as and when appropriate. The FVP Parties reserve the right to object to any such motion.

### The FVP Parties therefore request:

1. The Court deny the Sale Motion insofar as it seeks authority for the Trustee to sell the Cars;

2. That the Court Order the abandonment of the Cars; and,

3. Award any other relief that the Court deems to be just and appropriate.

Dated May 14, 2023.        Respectfully submitted;

For the FVP Parties

| Jerrell A. Breslin, Esq. | David Softness, Esq. |
|---|---|
| Jonathan Noah Schwartz, Esq. | David R. Softness, P.A. |
| Schwartz Breslin PLLC | 201 S. Biscayne Blvd., Ste 2740 |

| | |
|---|---|
| The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@JSJB.Law<br>EService@JSJB.law<br><br>By:     s/ Jerrell Breslin<br>Jerrell Breslin, Esq.<br>Fla Bar No: 269573 | Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served with the foregoing electronic service via EM/ECF and by email: Chapter 7 Trustee by serving Michael R Bakst, efilemrb@gmlaw.com,     ecf.alert+Bakst@titlexi.com;     efileu1084@gmlaw.com; efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com, Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com, David Unseth, Esq. at dmunseth@bclplaw.com; upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com, upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com and upon Michael Halperin by serving Phil Landau, Esq. at phil@landaulaw.com and upon Benidt Investments by serving Patricia Redmond, Esq. at predmond@swmwas.comt

/ s/ Jerrell Breslin
Jerrell Breslin, Esq