# EXHIBIT A

| Year | Make Model | VIN |
|---|---|---|
| 2020 | McLaren 720S Spider | SBM14FCA5LW004229 |
| 2019 | McLaren 720S Spider Performance | SBM14FCA9KW003714 |
| 2018 | McLaren 720S Luxury | SBM14DCA9JW000606 |
| 2020 | Mercedes G-CLASS AMG G 63 | W1NYC7HJ6LX362080 |
| 2019 | Aston Martin DB 11 | SCFRMFCW6KGM07671 |
| 2017 | Ferrari F12 Berlinetta | ZFF74UFA7H0221036 |
| 2020 | Mercedes G-Class AMG G 63 (Blue) | WDCYC7HJ9LX334940 |
| 2020 | Mercedes G-Class AMG G 63 | W1NYC7HJ6LX346462 |
| 2013 | Ferrari 458 Italia | ZFF68NHA8D0191526 |
| 2019 | BMW X7 | 5UXCX4C56KLS39222 |
| 2008 | Porsche 911 Turbo Coupe | WP0AD29978S783176 |
| 2021 | Jeep Gladiator Sport S | 1C6HJTAG1ML571540 |
| 2018 | Cadillac Escalade Luxury | 1GYS4BKJXJR261612 |
| 2016 | Ford F450 Super Duty | 1FDUF4HT8GEB18666 |
| 2019 | GMC Yukon Denali | 1GKS1CKJ8KR354378 |
| 2019 | Lamborghini Urus Base | ZPBUA1ZLXKLA01961 |
| 2020 | Lamborghini Huracan LP 640-4 EVO Spider | ZHWUT4ZF1LLA14316 |
| 2017 | Lambo Huracan (Red) | ZHWUR2ZF8HLA08121 |
| 2018 | McLaren 720s (Black) | SBM14DCA7JW001804 |