

**ORDERED in the Southern District of Florida on May 15, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                          **CASE NO.:  22-15627-EPK**
                                                                **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**

            **Debtor.**
_____/

### ORDER GRANTING IN PART *EXPEDITED* MOTION FOR ENTRY OF AN ORDER APPROVING TRUSTEE'S RETENTION OF AUCTION AMERICA, INC., AS AUCTIONEER, AND CONTINUING HEARING ON REMAINDER OF MOTION TO APPROVE SALE, SURCHARGE, AND FOR OTHER RELIEF [ECF NO. 618]

THIS MATTER came before the Court on the 11th day of May, 2023 at 11:00 a.m. (the "Hearing") in West Palm Beach, Florida, upon the Trustee's *Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for Giving Notice to Creditors and Other*

{2425/000/00555532}

*Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the Event the Court Finds the Estate has no Interest or Equity in the Vehicles; or (G) if this Court Does not Permit the Trustee's Sale of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* (the "Sale Motion") [ECF No. 618]. The Court, having reviewed the Sale Motion[1], having heard the statements of counsel, having noted that no objections were raised at the Hearing or otherwise to only that portion of the Sale Motion requesting the approval of the Trustee's employment of Auction America, Inc. as auctioneer, having been advised that the Trustee and the parties in attendance at the hearing sought to continue the balance of the Sale Motion for a week based upon the representations by counsel for FVP Opportunity Fund III, LP, FVP Investments, LLC, and FVP Servicing, LLC (collectively "FVP") that FVP will pay the Estate's costs of insurance on the Vehicles and storage thereof, as well as Chapter 7 administrative rent for the Warehouse, having been otherwise fully advised in the premises, and for the reasons stated on the record, which are incorporated by reference, hereby

ORDERS AND ADJUDGES as follows:

1. The Sale Motion [ECF No. 618] is **GRANTED IN PART** as follows. The Court approves the employment of Auction America, Inc. as auctioneer for the Trustee; subject to the Estate obtaining the Court's permission to proceed with a sale of the Vehicles.

2. For the avoidance of doubt, any oral rulings made by the Court at the Hearing are expressly incorporated by reference and made part of this Order.

3. The hearing on the balance of the Sale Motion is continued to **May 18, 2023** at **1:30 p.m.**, in the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

Drive, Room 801, Courtroom B, West Palm Beach, Florida 33401.

4.     Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

5.     Objections or responses to the Sale Motion, except for that portion granted herein, must be filed no later than 4:00 p.m. on May 16, 2023.

# # #

Submitted by:
Rilyn A. Carnahan, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T. (561) 838-4557
rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. is directed to serve a copy of this order on all interested parties and to file a certificate of service with the Court.]**

{2425/000/00555532}                                3