UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                                  Chapter 7

            Debtor.
_____/

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**FOR MOSHE FARACH AND LISA FARACHE**

The undersigned attorneys hereby stipulate that **Michael D. Lessne** of the law firm of Michael D. Lessne, P.A. dba **Lessne Law**, with an address of 100 SE 3rd Ave., 10th Floor, Fort Lauderdale, FL 33394, a telephone number of 954-372-5759, and an email address of michael@lessne.law, shall be substituted as counsel for **Moshe Farache** and **Lisa Farache** in the place of John A. Moffa, Esq. of Moffa Law Partners, P.A. dba Moffa & Bierman. Mr. Lessne requests that copies of all papers filed in this case be served upon him and that he be added to the Court's service list so that he will receive electronic notices. The undersigned attorneys represent that Moshe Farache and Lisa Farache have consented to this substitution of counsel.

Dated: May 15, 2023

| | |
|---|---|
| */s/ John A. Moffa*<br>FBN 0932760<br>**Moffa & Bierman**<br>2598 E Sunrise Blvd.<br>Suite 2104 - #7734<br>Fort Lauderdale, FL 33304<br>Telephone: 954-634-4733<br>Fax: 954-337-0637<br>Email: john@moffa.law | **LESSNE LAW**<br>100 S.E. 3rd Ave., 10th Floor<br>Fort Lauderdale, FL 33394<br>Telephone: 954-372-5759<br>Email: michael@lessne.law<br><br>By: */s/ Michael Lessne*<br>Michael Lessne<br>Florida Bar No. 73881 |

- 2 -

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case on this 15th day of May, 2023.

/s/ Michael D. Lessne
Michael D. Lessne