**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                              CASE NO.: 22-15627-EPK
                                                                     Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**

      **Debtor.**

_____/

## TRUSTEE'S EX-PARTE MOTION FOR A COURT ORDER ALLOWING THE TRUSTEE TO PAY FLORIDA POWER & LIGHT COMPANY

**Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC** by and through undersigned counsel, hereby files this Ex Parte Motion for a Court Order Allowing the Trustee to Pay Florida Power & Light Company and states:

1. On July 22, 2023, Auto Wholesale of Boca, LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.

2. On May 1, 2023, the case was converted to a Chapter 7 [ECF No. 584].

3. On May 2, 2023, Michael R. Bakst was appointed as the Chapter 7 Trustee [ECF No. 589].

4. The Debtor's §341 Meeting of Creditors is scheduled to be held on June 8, 2023.

5. The Debtor leases a building located at 5471 N. Dixie Highway Boca Raton, FL 33487, which requires utility service for the business location, as well as a commercial tenant whom occupies suit 2 that has been subletting that location from the Debtor and contributing towards the rent.

6. It will be necessary for the Trustee to maintain utility services at this location as multiple vehicles are currently being stored at the location.

1

7.      Attached hereto as Exhibit "1" are two (2) invoices (the "Invoices") from Florida Power & Light Company for account number 98995-93363 for suite 1 and 42707-23275 for suite 2. The invoices are for payment in the amount of $293.28 and $72.26 for utility services for April 7, 2023 to May 8, 2023.

**WHEREFORE**, the Trustee, Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC by and through undersigned counsel, respectfully requests that the Court enter an Ex-parte Order allowing him to pay Florida Power & Light Company for the invoice amounts totaling $365.54, with the authority to pay up to $400.00 for future monthly invoices without further court order.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  May 16, 2023                              GREENSPOON MARDER, LLP

                                                  /s/ *Michael R. Bakst*_____
                                                  MICHAEL R. BAKST, ESQ.
                                                  Florida Bar No.: 866377
                                                  Attorneys for the Trustee
                                                  CityPlace Tower
                                                  525 Okeechobee Blvd., Suite 900
                                                  West Palm Beach, FL 33401
                                                  T:  (561) 838-4557
                                                  F:  (561) 514-3457

## CERTIFICATE OF SERVICE

I certify that on May 16, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

                                                  /s/ *Michael R. Bakst*
                                                  Michael R. Bakst

2

*Mailing Information for Case 22-15627-EPK*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**   efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**   jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**   mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**   rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**   pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**   feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**   sgherman@scottghermanpa.com
- **Daniel Gielchinsky**   dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Michael J. Harwin**   mharwin@stearnsweaver.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **John A. Moffa**    john@moffa.law, atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,johnm@ecf.courtdrive.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**Harry Winderman**
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

Florida Power and Light
4406 SW Cargo Way
Palm City, FL 34990

**EXHIBIT "1"**



**FPL.com** Page 1                                    E001

**Electric Bill Statement**
**For:** Apr 7, 2023 to May 8, 2023 (31 days)
**Statement Date:** May 8, 2023
**Account Number:** 98995-93363
**Service Address:**
5471 N DIXIE HWY STE 1
BOCA RATON, FL 33487

## AUTO WHOLESALE OF BOCA LLC CH7, Here's what you owe for this billing period.

### CURRENT BILL

# $293.28
TOTAL AMOUNT YOU OWE

# May 30, 2023
NEW CHARGES DUE BY

### ENERGY USAGE HISTORY

| | |
|---|---|
| 5,650 kWh | |
| 4,520 kWh | |
| 3,390 kWh | |
| 2,260 kWh | |
| 1,130 kWh | |
| 0 kWh | A S O N D J F M A M |
| 2022 | 2023 |

### BILL SUMMARY

| | |
|---|---|
| Amount of your last bill | 287.86 |
| Payments received | -287.86 |
| Balance before new charges | 0.00 |
| Total new charges | 293.28 |
| **Total amount you owe** | **$293.28** |

*(See page 2 for bill details.)*

The Florida Public Service Commission has approved a new fuel reduction effective May 1, 2023. Learn more at FPL.com/Rates.

### KEEP IN MIND

- Payments received after May 30, 2023 are considered late; a late payment charge, the greater of $5.00 or 1.5% of your past due balance will apply. Your account may also be billed a deposit adjustment.

| | | | |
|---|---|---|---|
| Customer Service: | (561) 615-6773 | Report Power Outages: | 1-800-4OUTAGE (468-8243) |
| Outside Florida: | 1-800-226-3545 | Hearing/Speech Impaired: | 711 (Relay Service) |

---

/    27          410598995933634823920 0000

The amount enclosed includes the following donation:
**FPL Care To Share:** _____

Make check payable to FPL in U.S. funds and mail along with this coupon to:

```
AUTO WHOLESALE OF BOCA LLC
CH7
C/O MICHAEL BAKST
PO BOX 407
WEST PALM BEACH FL 33402-0407
```

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

Visit **FPL.com/PayBill** for ways to pay.

| 98995-93363 | $293.28 | May 30, 2023 | $ |
|---|---|---|---|
| ACCOUNT NUMBER | TOTAL AMOUNT YOU OWE | NEW CHARGES DUE BY | AMOUNT ENCLOSED |



**Customer Name:**
AUTO WHOLESALE OF
BOCA LLC CH7

**Account Number:**
98995-93363

**FPL.com** Page 2

E001

## BILL DETAILS

| | |
|---|---:|
| Amount of your last bill | 287.86 |
| Payment received - Thank you | −287.86 |
| Balance before new charges | $0.00 |

**New Charges**
Rate: GS-1 GENERAL SVC NON-DEMAND / BUSINESS

| | | |
|---|---|---:|
| Base charge: | | $12.68 |
| Non-fuel: | ($0.094820 per kWh) | $159.96 |
| Fuel: | ($0.035360 per kWh) | $59.65 |
| Electric service amount | | 232.29 |

| | |
|---|---:|
| Gross receipts tax (State tax) | 5.96 |
| Franchise fee (Reqd local fee) | 14.33 |
| Utility tax (Local tax) | 20.43 |
| Florida sales tax (State tax) | 17.57 |
| County sales tax (Local tax) | 2.52 |
| Taxes and charges | 60.81 |
| Regulatory fee (State fee) | 0.18 |
| Total new charges | $293.28 |
| **Total amount you owe** | **$293.28** |

## METER SUMMARY

Meter reading - Meter ACD2567. Next meter reading Jun 7, 2023.

| Usage Type | Current | - | Previous | = | Usage |
|---|---:|---|---:|---|---:|
| kWh used | 15663 | | 13976 | | 1687 |

## ENERGY USAGE COMPARISON

| | This Month | Last Month |
|---|---:|---:|
| Service to | May 8, 2023 | Apr 7, 2023 |
| kWh Used | 1687 | 1604 |
| Service days | 31 | 30 |
| kWh/day | 54 | 53 |
| Amount | $293.28 | $287.86 |

## KEEP IN MIND

- Taxes, fees, and charges on your bill are determined and required by your local and state government to be used at their discretion.
- The fuel charge represents the cost of fuel used to generate electricity. It is a direct pass-through to customers. FPL does not profit from fuel, although higher costs do result in higher state and local taxes and fees.

## Download the app

Get instant, secure access to outage and billing info from your mobile device.

**Download now ›**

## Outstanding reliability

For the seventh time in eight years, FPL earned top national honors for service reliability.

**See more ›**

When you pay by check, you authorize FPL to process your payment electronically or as a draft. If your payment is processed electronically, your checking account may be debited on the same day we receive the check and your check will not be returned with your checking account statement. FPL does not agree to any restrictions, conditions or endorsements placed on any bill statement or payments such as check, money order or other forms of payment. We will process the payment as if these restrictions or conditions do not exist.

**FPL.com** Page 1                                                                          E001



**Electric Bill Statement**
**For:** Apr 7, 2023 to May 8, 2023 (31 days)
**Statement Date:** May 8, 2023
**Account Number:** 42707-23275
**Service Address:**
    5471 N DIXIE HWY STE 2
    BOCA RATON, FL 33487

## AUTO WHOLESALE OF BOCA LLC CH7,
## Here's what you owe for this billing period.

### CURRENT BILL

## $72.26
TOTAL AMOUNT YOU OWE

## May 30, 2023
NEW CHARGES DUE BY



### ENERGY USAGE HISTORY

2022 — A S O N D J F M A M — 2023

### BILL SUMMARY

| | |
|---|---|
| Amount of your last bill | 72.14 |
| Payments received | -72.14 |
| Balance before new charges | 0.00 |
| Total new charges | 72.26 |
| **Total amount you owe** | **$72.26** |

*(See page 2 for bill details.)*

The Florida Public Service Commission has approved a new fuel reduction effective May 1, 2023. Learn more at FPL.com/Rates.

### KEEP IN MIND
- Payments received after May 30, 2023 are considered late; a late payment charge, the greater of $5.00 or 1.5% of your past due balance will apply. Your account may also be billed a deposit adjustment.

| | | | |
|---|---|---|---|
| Customer Service: | (561) 615-6773 | Report Power Outages: | 1-800-4OUTAGE (468-8243) |
| Outside Florida: | 1-800-226-3545 | Hearing/Speech Impaired: | 711 (Relay Service) |



/   27                          41054270723275662270000000

The amount enclosed includes the following donation:
**FPL Care To Share:** _____

Make check payable to FPL in U.S. funds and mail along with this coupon to:

AUTO WHOLESALE OF BOCA LLC
CH7
C/O MICHAEL BAKST
PO BOX 407
WEST PALM BEACH FL 33402-0407

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

Visit **FPL.com/PayBill**
for ways to pay.

| 42707-23275 | $72.26 | May 30, 2023 | $ |
|---|---|---|---|
| ACCOUNT NUMBER | TOTAL AMOUNT YOU OWE | NEW CHARGES DUE BY | AMOUNT ENCLOSED |

**Customer Name:**
AUTO WHOLESALE OF
BOCA LLC CH7

**Account Number:**
42707-23275

**FPL.com** Page 2

E001

## BILL DETAILS

| | |
|---|---|
| Amount of your last bill | 72.14 |
| Payment received - Thank you | −72.14 |
| Balance before new charges | $0.00 |

**New Charges**
Rate: GS-1 GENERAL SVC NON-DEMAND / BUSINESS

| | | |
|---|---|---|
| Base charge: | | $12.68 |
| Non-fuel: | ($0.094820 per kWh) | $32.33 |
| Fuel: | ($0.035360 per kWh) | $12.06 |
| Electric service amount | | 57.07 |
| Gross receipts tax (State tax) | | 1.46 |
| Franchise fee (Reqd local fee) | | 3.52 |
| Utility tax (Local tax) | | 5.23 |
| Florida sales tax (State tax) | | 4.32 |
| County sales tax (Local tax) | | 0.62 |
| Taxes and charges | | 15.15 |
| Regulatory fee (State fee) | | 0.04 |
| Total new charges | | $72.26 |
| **Total amount you owe** | | **$72.26** |

## METER SUMMARY

Meter reading - Meter ACD2564. Next meter reading Jun 7, 2023.

| Usage Type | Current | - | Previous | = | Usage |
|---|---|---|---|---|---|
| kWh used | 12792 | | 12451 | | 341 |

## ENERGY USAGE COMPARISON

| | This Month | Last Month |
|---|---|---|
| Service to | May 8, 2023 | Apr 7, 2023 |
| kWh Used | 341 | 330 |
| Service days | 31 | 30 |
| kWh/day | 11 | 11 |
| Amount | $72.26 | $72.14 |

## KEEP IN MIND

- Taxes, fees, and charges on your bill are determined and required by your local and state government to be used at their discretion.
- The fuel charge represents the cost of fuel used to generate electricity. It is a direct pass-through to customers. FPL does not profit from fuel, although higher costs do result in higher state and local taxes and fees.

## Download the app

Get instant, secure access to outage and billing info from your mobile device.

**Download now ›**

## Outstanding reliability

For the seventh time in eight years, FPL earned top national honors for service reliability.

**See more ›**

When you pay by check, you authorize FPL to process your payment electronically or as a draft. If your payment is processed electronically, your checking account may be debited on the same day we receive the check and your check will not be returned with your checking account statement. FPL does not agree to any restrictions, conditions or endorsements placed on any bill statement or payments such as check, money order or other forms of payment. We will process the payment as if these restrictions or conditions do not exist.