**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,

        Debtor.

Case No. 22-15627-EPK

Chapter 7

_____/

**BENIDT INVESTMENTS/SLINGER, LLC'S RESPONSE IN OPPOSITION – AND**
**OBJECTION – TO CHAPTER 7 TRUSTEE'S MOTION TO SELL FREE**
**AND CLEAR OF LIENS AND IN SUPPORT OF TRUSTEE'S**
**ALTERNATIVE REQUESTED RELIEF OF ABANDONMENT**

Benidt Investments/Slinger, LLC ("Benidt Investments"), by and through its undersigned counsel, files this Response in Opposition – and Objection – to Michael Bakst, the Chapter 7 Trustee ("Trustee") for the Debtor, Auto Wholesale of Boca, LLC's ("AWB" or the "Debtor") "Expedited Motion . . ." [DE-618] ("Motion to Sell Free and Clear of Liens"), and in Support of Trustee's Alternate Requested Relief of Abandonment, states as follows:

**INTRODUCTION**

Benidt Investments' position in this Bankruptcy case and related adversary proceedings has been straightforward: Benidt Investments exchanged its silver 2020 Lamborghini Huracan Evo Spyder, VIN ZHWUT4ZF1LLA14316 ("Silver Lamborghini"), and paid an additional $30,000, for a green 2018 Lamborghini Huracan Performante Spyder, VIN ZHWUS4ZF5JLA10303 ("Green Lamborghini") from Karma of Palm Beach, Inc. ("Karma"). Benidt Investments only completed this exchange because Karma represented that the Green Lamborghini was free and clear of any encumbrances. That was a fraudulent misrepresentation.  The Green Lamborghini was subjected to two competing claims, and Benidt Investments is entitled to rescind the contract and to a constructive trust on the Silver Lamborghini.

1

In or around April 2022, the Debtor took "possession" of the Silver Lamborghini, allegedly as "collateral" for claimed debts owed by Karma to the Debtor.  Then the Debtor entered bankruptcy to enrich the Debtor's principals, a ploy recently ended by this Court when it converted the Debtor's Chapter 11 proceeding into a Chapter 7 proceeding.

Now, the Trustee seeks to sell all of the vehicles in the Debtor's possession, including the Silver Lamborghini, through various online auctions "[i]n order to maximize the value of the Debtor's assets for this estate and its creditors[.]" Mot. to Sell Free and Clear of Liens at pp. 2-3 and 22. As detailed below, Benidt Investments objects to the Trustee's efforts to sell the Silver Lamborghini in this Chapter 7 proceeding and supports his alternative proposed relief of abandonment of the vehicle.

## ARGUMENT

Despite the Trustee's intentions, Trustee cannot sell the Silver Lamborghini free and clear because Karma's initial fraud, prior to any "possession" by the Debtor, created a constructive trust in favor of Benidt Investments (also by way of its rescission claim against Karma). Under Florida state law and federal law, Benidt Investments has priority over a transferee because the transferee holds title for the rightful owner. *Wilkins v. Wilkins*, 144 Fla. 590 (1940); *City of Sarasota v. Dixon*, 146 Fla. 369 (1941); *In re General Coffee Corp.*, 828 F.2d 699, 703 (11th Cir. 1987); *In re Abrass*, 268 B.R. 665, 679 (Bankr. M.D. Fla. 2001); *Mitsubishi Intern. Corp. v. Cardinal Textile Sales, Inc.*, 14 F.3d 1507, 1518 (11th Cir. 1994) (constructive trust arises at the time of a fraudulent misrepresentation).

The constructive trust doctrine is "designed to avoid fraud . . . which arises when the legal estate and property is disposed of, conveyed or transferred, but the intent appears that the beneficial interest is not to go to be enjoyed with the legal title, and a trust is implied or results in favor of

2

the person whom equity deems to be the real owner." *In re 21st Satellite Communications, Inc.*, 278 B.R. 577, 585 (Bankr. M.D. Fla. 2002). It follows that "no one can convey better title than he has, and conversely, in the absence of some such intervening right, one cannot claim a better title than he, in fact, receives." *Dicks v. Colonial Fin. Corp.*, 85 So. 2d 874, 876 (Fla. 1956). The beneficiary of a constructive trust, *i.e*. Benidt Investments, is "entitled to be returned to his original position or to his position at the time of the fraud." *Quinn v. Phipps*, 93 Fla. 805, 113 So. 419 422 (1927); *Traub v. Traub*, 102 So. 2d 157, 158 (Fla. 2d DCA 1958).

Further, the Court cannot order the sale of the Silver Lamborghini because Benidt Investments requests adequate protection of its ownership interest in the Silver Lamborghini, which the Trustee cannot provide. *See* 11 U.S.C. § 363(e) ("[A]t any time, on request of an entity that has an interest in property used, sold, or leased, or proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, shall prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest."). Adequate protection may be cash payments, additional or replacement liens, or the "indubitable equivalent" thereof. 11 U.S.C. § 361. Benidt Investments' interest in the Silver Lamborghini cannot be adequately protected because there is no cash payment, lien, or "indubitable equivalent" for this unique supercar. Underscoring the frailty of any protection that the Trustee may claim, proceeds from a sale of the Silver Lamborghini in this Chapter 7 proceeding would not flow to Benidt Investments.

## CONCLUSION

**WHEREFORE**, Benidt Investments respectfully requests that this Court enter an Order: 1) denying the Motion to Sell Free and Clear of Liens, to the extent it concerns the Trustee's authority to sell the Silver Lamborghini; 2) ordering the Trustee to abandon the Silver Lamborghini; and 3) granting any other relief that this Court deems to be just and proper.

Date: May 16, 2023                  Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
200 East Las Olas Blvd., Suite 2100
Ft. Lauderdale, Florida 33301
Telephone:    (954) 462-9500
Facsimile:    (954) 462-9567


By:    */s/ Michael J. Harwin*
      MICHAEL J. HARWIN, ESQ.
      Florida Bar No. 1018578
      *mharwin@stearnsweaver.com*

      *Counsel for Benidt Investments/Slinger, LLC*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case, and (b) by First Class Mail on May 16, 2023 to those parties who are not registered to receive NEF in this case, as indicated on the Service List attached hereto.


By:    */s/ Michael J. Harwin*
      MICHAEL J. HARWIN, ESQ.

4

## SERVICE LIST
### Case No.: 22-15627-EPK
### United States Bankruptcy Court, Southern District of Florida

(a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Marc E Brandes    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- John M Brennan    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- Jerrell A Breslin    jb@richardbaronlaw.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    jay@farrowlawfirm.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Scott C Gherman    sgherman@scottghermanpa.com
- Daniel Gielchinsky    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- Travis A Harvey    tharvey@bakerdonelson.com
- Michael J. Harwin    mharwin@stearnsweaver.com
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Cory Mauro    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

5

- John E Page    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Ryan C Reinert    rreinert@shutts.com, jheard@shutts.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Carlos E. Sardi    carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- Zach B Shelomith    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Christian Somodevilla    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- David M Unseth    dmunseth@bclplaw.com
- Harry Winderman    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

(b)  The following parties were served via First Class Mail on May 16, 2023.

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Harry Winderman
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

Benidt Investments/Slinger, LLC
Ryan Mitchell Wolis
200 E Las Olas Blvd Suite 2100
Fort Lauderdale, FL 33301

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin
150 W Flagler St. Suite 2200
Miami, FL 33130

7

#11680538 v3