**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,

        Debtor.

_____/

Case No. 22-15627-EPK

Chapter 11

**BENIDT INVESTMENTS JOINDER TO FVP PARTIES' REVISED RESPONSE – AND**
**OBJECTION - TO TRUSTEE'S OMNIBUS MOTION TO AUCTION CARS (CP # 618)**

        Benidt Investments/Slinger, LLC ("Benidt Investments"), by and through its undersigned counsel, hereby joins (the "Joinder") *FVP's Revised Response – and Objection - To Trustee's Omnibus Motion To Auction Cars (CP # 618)* [ECF No. 630] (the "Response") filed by FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC ("FVP Parties").

Dated: May 16, 2023

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.**

150 West Flagler Street
Museum Tower, Suite 2200
Miami, Florida 33130
Telephone:  (305) 789-3553
Facsimile:   (305) 789-3395

By:    /s/ *Patricia A. Redmond*
       PATRICIA A. REDMOND, ESQ.
       Florida Bar No. 303739
       predmond@stearnsweaver.com
       MICHAEL J. HARWIN, ESQ.
       Florida Bar No. 1018578
       *mharwin@stearnsweaver.com*
       *Counsel for Benidt Investments/Slinger, LLC*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case, and (b) by First Class Mail on May 16, 2023 to those parties who are not registered to receive NEF in this case, as indicated on the Service List attached hereto.

By: */s/  Patricia A. Redmond*
PATRICIA A. REDMOND, ESQ.
Florida Bar No. 303739

2

<u>SERVICE LIST</u>
**Case No.: 22-15627-EPK**
**United States Bankruptcy Court, Southern District of Florida**

(a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Marc E Brandes    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- John M Brennan    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- Jerrell A Breslin    jb@jsjb.law, eservice@jsjb.law
- Melissa A. Campbell    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    jay@farrowlawfirm.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jonathan S. Feldman    feldman@katiephang.com, service@katiephang.com
- Scott C Gherman    sgherman@scottghermanpa.com
- Daniel Gielchinsky    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- Travis A Harvey    tharvey@butler.legal
- Michael J. Harwin    mharwin@stearnsweaver.com
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- Philip J Landau     phil@landau.law,
  plandau@ecf.courtdrive.;diane@landau.law;dlocascio@ecf.courtdrive.com
- Linda Marie Leali     trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Michael D Lessne     michael@lessne.law
- David B Marks     brett.marks@akerman.com, charlene.cerda@akerman.com
- Cory Mauro     cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- Nicole Testa Mehdipour     nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour     Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller     bkcmiami@gmail.com
- James C. Moon     jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- John E Page     jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft     ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Patricia A Redmond     predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- Ryan C Reinert     rreinert@shutts.com, jheard@shutts.com
- Jason S Rigoli     jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Ezequiel Joseph Romero     romeroe@bryancave.com, zeke.romero30@gmail.com
- Carlos E. Sardi     carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- Zach B Shelomith     zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg     bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver     esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness     david@softnesslaw.com
- Christian Somodevilla     cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- David M Unseth     dmunseth@bclplaw.com
- Harry Winderman     harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Ryan Mitchell Wolis     rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

(b)  The following parties were served via First Class Mail on May 16, 2023.

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Harry Winderman
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

#11681791 v3