UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC

     Debtor.

_____/

Case No.  22-15627-EPK
Chapter 7

**LIMITED OBJECTION TO AWB TRUSTEE'S
MOTION TO SELL OR ABANDON [ECF NO. 618]**

Nicole Testa Mehdipour (the "***Excell Trustee***"), chapter 7 trustee for the bankruptcy estate of Excell Auto Group, Inc. and creditor in this bankruptcy case, by and through undersigned counsel, files this objection to the Motion to Sell or Abandon [ECF No. 618] ("***Motion***") filed by Michael Bakst, chapter 7 trustee (the "***AWB Trustee***"), and respectfully states:

1.    The Excell Trustee, on behalf of the Excell Auto Group, Inc. bankruptcy estate, objects to the AWB Trustee's request for abandonment at this time because, upon information and belief, the following has occurred in this case:

    a.  AWB Trustee has been offered a carveout from the sale of the vehicles that is less than demanded in the Motion, but would result in substantial recovery to the estate;

    b.  During the hearing on May 11, 2023, FVP, through its counsel, indicated FVP would cover the carrying costs of the vehicles pending their sale, *i.e.*, storage, insurance, etc.; and

1

c. FVP has lined up a private, bulk sale transaction of the vehicles for approximately $2.7 million.

2. Approving a proposed transaction with the secured lenders similar to this, eliminates the carrying costs by the estate, brings in a significant amount of money for the benefit of the estate's general unsecured creditors, and the estate could extricate itself from the litigation over ownership of the vehicles, eliminating unnecessary legal fees and costs.

3. Abandonment, on the other hand, brings nothing into the bankruptcy estate which has already been depleted through the Debtor's litigation tactics pre-conversion.

4. The proposed private bulk sale can be noticed to all parties, subject to higher and better offers, and the estate can receive the carve-out amount for the benefit of its unsecured creditors, which the estate would otherwise not recover, while stopping the carrying costs. This approach satisfies the AWB Trustee's business judgment standard.

**WHEREFORE**, the Excell Trustee respectfully requests that this Honorable Court enter an order: (i) sustaining this Objection; (ii) denying the AWB Trustee's Request to Abandon; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 16th day of May 2023.

                              FURR AND COHEN, P.A.
                              *Special Counsel to the Excell Trustee*
                              2255 Glades Road, Suite 419A
                              Boca Raton, Florida 33431
                              (561) 395-0500
                              (561) 338-7532 - facsimile

                              By */s/ Jason S. Rigoli*
                                      Alan R. Crane, Esq.
                                      Florida Bar No. 963836
                                      E-mail: acrane@furrcohen.com
                                      Jason S. Rigoli, Esq.
                                      Florida Bar No. 91990
                                      E-mail:  jrigoli@furrcohen.com

3