

**ORDERED in the Southern District of Florida on May 16, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                    CASE NO.:  22-15627-EPK
                                                                              Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**


                    **Debtor.**
_____/

### ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR A COURT ORDER ALLOWING THE TRUSTEE TO PAY FLORIDA POWER & LIGHT COMPANY

THIS MATTER came before the Court in West Palm Beach, Florida, pursuant to the *Trustee's Ex Parte Motion for a Court Order Allowing the Trustee to Pay Florida Power & Light Company* [ECF No. 637] (the "Motion").

The Court, having reviewed the Motion, having found that the good cause exists to grant the relief requested therein on an ex parte basis, as the Court finds that granting relief ex parte is appropriate pursuant to Local Rule 9013-1(C) based upon the catch-all provision in that rule that

1

it is not intended to restrict a judge's authority to grant relief without a hearing on other motions, and the Court having been otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1. The Trustee's Motion is granted.

2. The Trustee is allowed to pay Florida Power and Light Company invoices, in the amount of $365.54, with the authority to pay up to $400.00 for future monthly invoices without further court order.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523
Email: michael.bakst@gmlaw.com

*(Michael R. Bakst, Esq. shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*