**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                           Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC.,          Chapter 11

                          Debtor.          Subchapter V

_____/

**HI BAR CAPITAL, LLC'S JOINDER TO TRUSTEE'S MOTION**
**TO AUCTION VEHICLES AND OBJECTION TO MOTION TO COMPEL**
**ABANDONMENT OF VEHICLES**

Hi Bar Capital, LLC ("***Hi Bar***"), by and through undersigned counsel, hereby joins in the

Trustee's Expedited Motion For Entry of an Order Authorizing the Sale by Auction of all Vehicles

in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interest

("Expedited Motion to Sell Vehicles") [ECF No. 618] and objects to Karma's Motion to Compel

Trustee's Abandonment of Vehicles [ECF No. 632] and the FVP Parties' Joinder to same [ECF

No. 638], and in support states as follows:

1.      On May 9, 2023, the Trustee filed its Expedited Motion to Sell Vehicles. See ECF

No. 618.

2.      A hearing on the Trustee's Motion to Sell Vehicles was continued and reset to May

18, 2023 at 1:30 p.m.  *See* ECF No. 634.

3.      On May 14, 2023, FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP

Servicing, LLC (collectively "FVP or "FVP Parties") filed a Revised Response- and Objection –

to Trustee's Omnibus Motion to Auction Cars. *See* ECF No. 630.

4.      On May 15, 2023, Karma of Palm Beach, Inc. and Karma of Broward, Inc. (collectively "Karma") filed a Motion to Compel Trustee's Abandonment of Vehicles. *See* ECF No. 632.

5.      On May 16, 2023, the FVP Parties filed a joinder to the Karma' Motion to Compel Trustee's Abandonment of Vehicles. *See* ECF No. 638.

6.      Hi Bar joins in on the Trustee's Expedited Motion to Sell the Vehicles free and clear of all liens and encumbrances.

7.      Hi Bar, however, objects to the Trustee's alternative request to abandon the vehicles.

8.      Hi Bar also objects to the Karma's [ECF No. 632] and FVP Parties' Motion to Compel Abandonment of the Vehicles [ECF No. 638].

9.      Hi Bar contends that abandonment of the vehicles is not appropriate without some process to hold and liquidate the cars.

WHEREFORE, Hi Bar respectfully requests this Court enter an order: (i) granting the Trustee's Expedited Motion to Sell the Vehicles; (ii) denying Trustee's alternative request to abandon the vehicles; (iii) Denying Karma's [ECF No. 632]  and the FVP Parties' [ECF No. 638].Motion to Compel Abandonment of Vehicles; and (iv) granting any other relief that this Court deems just and proper.

Respectfully submitted,

Dated: May 16, 2023

/s/ *Ezequiel J. Romero*
Ezequiel J. Romero
Florida Bar No. 107216
romeroe@bclplaw.com
Bryan Cave Leighton Paisner, LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131

2

Telephone:  (786) 322-7500

*Local Counsel for Hi Bar Capital, LLC*

Jason J. DeJonker, Esq.
Illinois Bar No. 6272128
Bryan Cave Leighton Paisner, LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601-3315
E-mail: Jason.dejonker@bclplaw.com
Tel: (312) 602-5005

*Admitted Pro Hace Vice*
*Counsel for Hi Bar Capital, LLC*

/s/ Jarret P. Hitchings
Jarret P. Hitchings, Esq.
Delaware Bar No. 5564
Pennsylvania Bar No. 312254
Bryan Cave Leighton Paisner, LLP
One Wells Fargo Center
301 S. College Street, Suite 2150[1]
Charlotte, North Carolina 28202
E-mail: jarret.hitchings@bclplaw.com
Tel: (704) 749-8965
Fax: (704) 749-8990

*Admitted Pro Hac Vice*
*Counsel for Hi Bar Capital, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2023, I caused Hi Bar Capital, LLC's Joinder to Trustee's Motion to Auction Vehicles and Objection to Karma's and the FVP Parties' Motion to Compel Abandonment of Vehicles to be electronically filed with the Court using the Court's CM/ECF filing system, which generated an email notice of the filing, linked to this document, to those parties who receive electronic notices in the bankruptcy case captioned above.

Dated: May 16, 2023                    **BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ Ezequiel J. Romero
Ezequiel J. Romero (Florida Bar No. 107216)
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131-5354
Telephone     (786) 322-7500
Facsimile:     (786) 322-7501
Email:        ezequiel.romero@bclplaw.com

---

[1] Application for admission to practice in the State of North Carolina pending. While not currently licensed in North Carolina, practicing in the state pursuant to North Carolina Rule of Professional Conduct 5.5(e), and in compliance therewith.

3

*Local Counsel for Hi Bar Capital, LLC*

*Local Counsel for Hi Bar Capital, LLC*