**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                      Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC              Chapter 7

---

### NOTICE OF APPEARANCE

Michael S. Hoffman, Esq., of Hoffman, Larin & Agnetti, P.A., files this Notice of Appearance as counsel on behalf of the Debtor Auto Wholesale of Boca, LLC[1], and requests service of all filings in this case via the CM/ECF system. Counsel's contact information is as set forth in the signature block below.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via CM/ECF to all parties registered to receive notice in this case on May 17, 2023.

> **HOFFMAN, LARIN & AGNETTI, P.A.**
> 909 North Miami Beach Boulevard
> Suite 201
> Miami, Florida 33162
> Telephone:    (305) 653-5555
> Facsimile:    (305) 340-0090
> Email:        mshoffman@hlalaw.com
>
> By: s/ Michael Hoffman
> **Michael Hoffman, Esq.**
> Florida Bar No. 41164

---

[1]    Counsel is representing the Debtor in its post-conversion capacity.