**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                           CASE NO.:  22-15627-EPK
                                                                     Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

      **Debtor.**

_____/

### TRUSTEE'S OMNIBUS REPLY TO RESPONSES/OBJECTIONS TO SALE MOTION

Michael R. Bakst, the duly appointed, authorized, qualified and acting Chapter 7 Trustee (the "Trustee") for the Debtor, Auto Wholesale of Boca, LLC ("AWB" or the "Debtor"), by and through undersigned counsel, hereby replies (the "Reply") to the responses and objections to the Sale Motion (as defined below), including the motions to abandon vehicles (collectively the "Responses") filed by FVP, Karma, Franklin, Benidt, the Excell Trustee, and Hi Bar [ECF Nos. 630, 631, 632, 638, 639, 640, 641, 642, and 644].   In support of the Reply, the Trustee states as follows:

1.     On May 9, 2023 the Trustee filed his *Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for giving Notice to Creditors and Other Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the Event the Court Finds the Estate has no Interest or Equity in the Vehicles; or (G) if this Court Does not Permit the Trustee's Sale*

*of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* (the "Sale Motion")[1] [ECF No. 618].

2.      The Sale Motion was heard on an expedited basis on May 11, 2023 [ECF No. 619, 621] (the "Hearing").

3.      In response to the Sale Motion, FVP filed a Response [ECF No. 625] (relied upon by Franklin in its Response [ECF No. 641] and by the Excell Trustee in her Response [ECF No. 642]) wherein it purported to propose an alternative  surcharge to the estate which would be capped at 7.5% of the gross sale price of the Vehicles or $200,000.00, whichever is greater (the "FVP Proposed Surcharge"), instead of the minimum 20% requested by the Trustee in the Sale Motion.

4.      FVP also proposed that the Trustee use *FVP's* requested auctioneer, with a purported 4% commission (paid by the seller), instead of the Trustee's auctioneer, at a 10% Buyer's Premium.

5.      Finally, FVP stated that it expected to have, by the time of the Hearing, a "confirmed hard offer of $2.7 million for the [Vehicles]".

6.      At the Hearing, the Trustee requested that, of the relief requested in the Sale Moton, the Court hear and approve only that portion requesting the employment of Auction America, Inc., as auctioneer, and the 10% Buyer's Premium to compensate the Auctinoeer, subject to the Court later granting the Trustee the ability to sell the Vehicles, with the balance of the Sale Motion to be continued for a week.  Nobody in attendance at the Hearing objected to that relief, and in fact FVP agreed to the relief and stated it would pay the estate's insurance costs and costs of storage.  As a result, the Court granted that part of the Sale Motion, and continued the remainder of the Sale Motion to May 18, 2023 [ECF No. 643].

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

7.      Subsequent to the Hearing, the Trustee communicated with the auctioneer proposed by FVP, which FVP argued was a better arrangement for all, given the 4% commission compared with Auction America's 10% Buyer's Premium (for which the presumption was that such buyer's premium would yield offers that are 10% lower, with the buyer taking into account that it will then have to pay the buyer's premium).

8.      To the contrary, it turned out that in actuality, what was touted as a much lower and more beneficial 4% commission for the auctioneer's compensation (4% as opposed to 10%), was not *just* a 4% commission to the auctioneer, but was *really* a 4% commission PLUS a 7% buyer's premium (for a total of 11% to that auctioneer, and therefore an 11% lower purchase price, despite FVP's complaint that the Auction America's 10% Buyer's Premium would result in a 10% lower purchase price).

9.      FVP then forwarded to the Trustee the $2.7 million "offer" referenced in the Response, which was from an individual named "Joe Amodio", *at a gmail address*, whom it was not clear even had authority to make such an offer.

10.     After significant investigation by the Trustee, that "offer" was re-sent through FVP by an entity named Ferrari of Ft. Lauderdale (also a fictitious name).   See attached Exhibit "A".

11.     FVP then used that "offer" to insist that the Trustee sell the Vehicles to their contact--Ferrari of Ft. Lauderdale--through a *private sale*, with no auction, which would result in no compensation to the Trustee's independent Auctioneer (whether through a commission or buyer's premium), since the alleged "offer" happened before the conduct of the actual Auction (yet after the Trustee's employment of the auctioneer, and despite that the Auction was delayed at the request of FVP and the other parties-in-interest as a result of this private buyer willing to buy all of the Vehicles mentioned in FVP's Response and willing to close within 48 hours).

12.     Moreover, while still arguing that no auction with competitive bidding should take place, FVP presented the Trustee with yet another "offer" (strikingly similar in appearance and form), from Greico Automotive Group, for $2.75 million.   See attached Exhibit "B".

13.     First, and most obvious, the mere fact that now FVP brought to the Trustee a second and purportedly higher "offer" exemplifies precisely why an open auction with competitive bidding (in the manner proposed by the Trustee) is appropriate—bidding was seemingly already taking place—just among *FVP's* bidders.

14.     These events evidence efforts to circumvent a legitimate auction process conducted by a fiduciary.  While FVP wanted a "private sale", as opposed to the Trustee's proposed open public online auction, FVP was apparently willing to have its *own private auction*, with FVP as "auctioneer", and with its own bidders, to apparently control what offers were presented to the Trustee, how they were presented, who was bidding and at what amounts, all while eliminating a commission or buyer's premium to a *real independent auctioneer*, and resulting in a sale of the Vehicles for a better price to *their preferred buyer*.  And, if the Trustee did not blindly accept those offers and cancel the Auction, and eliminate any compensation to his auctioneer, then FVP would not agree to the Trustee's sale of the Vehicles—which is exactly what happened here.

15.     Worse yet, these so-called "offers" were *not* true "confirmed, hard" offers, as the parties and the Court were led to believe, but instead were only meaningless "offers to make offers", because they were contingent upon "inspections"—a very transparent, unconditional "out" for the makers.

16.     This evidences another reason why the Trustee's proposed standard Auction with open competitive bidding and an independent auctioneer makes the most sense and would result in the highest and best purchase prices-- because bidders would all have the same timeframe prior

to the Auction within which to do their due diligence and conduct their inspections (all at the same time, with no head-start or advantage for any particular bidders), *before* participating in an auction and making their final bids, subject to competitive bidding.

17.     Further, Franklin also suggests in its Response that "as recently as May 10, 2023, FVP supported a carveout to the estate in a minimum amount of $200,000 in connection with a sale of the Vehicles", and thus "the Vehicles possess substantial value to the estate" and should not be abandoned.  Similarly, the Excell Trustee relies upon the FVP Proposed Surcharge in her Response as well [ECF No. 642], for the proposition that the Vehicles do have some value to the estate.

18.     But on Saturday, March 13, 2023, FVP emailed the Trustee at 11:58 a.m. and specifically underline withdrew its "offer" for the FVP Proposed Surcharge dangled in its Response.  And to reiterate that withdrawal, on Sunday, May 14, 2023, FVP filed a *Revised Response-and Objection- to Trustee's Omnibus Motion to Auction Cars* (the "Revised Response") [ECF No. 630], wherein FVP no longer supports *any* surcharge to the estate.

19.     The current positions of the parties-in-interest after the Hearing, are as follows:

(a)     Currently, FVP appears to request nothing other than an abandonment by the Trustee, with Karma joining [ECF Nos. 630, 631, 632, 638].

(b)     As for Benidt, the Trustee will agree to abandon its respective Vehicle. Accordingly, Benidt has no standing to object to the Trustee's Sale Motion where its Vehicle will not be included.

(c)     With respect to Franklin, it appears to (i) object to abandonment, and at the same time, (ii) object to the Trustee's proposed sale, ability to sell, and to a surcharge to the estate—a quandary, to be sure [ECF No. 641].

5

(d)    The Excell Trustee, as a general unsecured creditor, objects to abandonment (based upon the alleged value to the estate of the FVP Proposed Surcharge, and the "private sale", which is nothing more than a private auction with only FVP's proposed bidders, under FVP's, *not* the Trustee's, control) [ECF No. 642].  As discussed above, however, FVP has withdrawn the FVP Proposed Surcharge.

(e)    And finally, Hi Bar Capital, LLC appears to *join* in the Trustee's Sale Motion (apparently unconditionally), and oppose abandonment [ECF No. 644].

20.    As the Court can see, there is currently no consensus among the creditors and other parties-in-interest on the issue of the Trustee's ability to even sell the Vehicles, much less a reasonable minimum amount that the Estate would be guaranteed to obtain from engaging this whole process and bearing the risk of keeping the Vehicles in chapter 7.

21.    If it will assist the parties-in-interest and avoid the abandonment of the Vehicles, the Trustee would be willing to modify his request in the Sale Motion for the minimum guaranteed amount that the estate would receive, such that the estate would obtain from the sale, a minimum surcharge consisting of the greater of:

(i) 7.5% of the gross sale proceeds, or

(ii) $200,000.00, or

(iii) such other higher amount as the Court deems appropriate pursuant to a request by the Trustee after a final adjudication of the Adversary Proceeding, with the Court to retain jurisdiction to make such a determination.

22.     With this modification in the surcharge, the Trustee would retain the right to litigate the Adversary Proceeding and the validity, priority and extent of the estate's interest in the Vehicles, including, without limitation, that the estate is entitled to *all* of the proceeds of the Vehicles, and that the various other parties claiming an interest are unsecured with respect to the Vehicles.   Presuming such conditions are imposed by the Court, the Trustee requests that the Court direct the parties to the Adversary Proceeding to an immediate settlement conference with the Honorable Peter Russin, this time with the Trustee, in an effort to resolve the Adversary Proceeding.

23.     Finally, if the Trustee is to sell the Vehicles, he should be able to do so, free of interference, intimidation, or control.   The Trustee must be permitted to do his job, as an independent fiduciary, and to conduct a legitimate auction pursuant to local auction procedures overseen by the Court, at which all interested bidders are permitted to bid, not just those presented by FVP, so that the estate may obtain the highest and best prices for the Vehicles.   Nor will the Trustee be told by a creditor or interested party to whom he may sell the Vehicles.   Ferrari of Ft. Lauderdale and Greico Automotive Group may bid at the Auction along with everyone else, with an inspection before the Auction, if they are legitimately interested.

24.     The Auction would still be conducted through the Trustee's Auctioneer, Auction America, Inc., to be compensated by a 10% Buyer's Premium, as approved by the Court.   However, the Trustee is still willing to work with parties-in-interest on the website issue, marketing, and logistics.

25.     Otherwise, the Trustee will abandon the Vehicles as offered in the Sale Motion. The Trustee will note that, if he abandons the Vehicles, he intends to seek to assume and assign the Warehouse Lease in exchange for a payment to the estate in the amount of the security deposit

held by the landlord (believed to be $21,289.29, as scheduled).

WHEREFORE, the Trustee respectfully requests that the Court approve the Sale Motion, with the modifications offered herein, or otherwise approve of the immediate abandonment of the Vehicles, and grant any other or further relief that this Court deems just and proper.

Dated: May 17, 2023

GREENSPOON MARDER, LLP

/s/ *Rilyn A. Carnahan, Esq.*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar Number: 614831
Attorneys for the Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557
F: (561) 514-3457
Email: rilyn.carnahan@gmlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 17, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

/s/ *Rilyn A. Carnahan*
Rilyn Carnahan

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386
  @gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.c
  om
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-
  robinson.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.c
  om
- **Alan R Crane**    acrane@furrcohen.com,
  rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@not
  ify.bestcase.com
- **Patrick R Dorsey**    pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notif
  y.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com,
  jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.cour
  tdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai
  l.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution
  s.net;BCasey@ntmlawfirm.com

9

- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    **Served Via Regular US Mail**

    5471, LLC
    509 N.W 55th Terrace
    Boca, Raton FL 33487

Mary D. Lafuente, Trustee, as registered agent for
5471, LLC
509 N.W. 55th Terrace
Boca Raton, FL  33487

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Harry Winderman
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

Hi Bar Capital, LLC
c/o Bryan Cave LLP
200 South Biscayne Boulevard
Suite 400
Miami, FL 33131

Karma of Palm Beach, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431

Jerrell A Breslin
169 East Flagler St., Ste. 700
Miami, FL 33131

David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

Ezequiel Joseph Romero
Bryan Cave LLP
200 South Biscayne Boulevard

Suite 400
Miami, FL 33131

David M Unseth
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131

Benidt Investments/Slinger, LLC
c/o Eric J Silver
150 West Flagler Street
Miami, FL 33130

**All creditors on the Court's Official Mailing Matrix attached hereto**

Label Matrix for local noticing
113C-9
Case 22-15627-EPK
Southern District of Florida
West Palm Beach
Wed May 17 16:11:37 EDT 2023

ACE Insurance Company of the Midwest a/s/o R
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021-6786

Arby Lipman, LLC
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BAL INVESTMENTS, LLC
c/o Travis Harvey, Esq.
Baker Donelson, et al.
100 S.E> Third Ave., Ste 1620
Fort Lauderdale, FL 33394

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Express Emergency Services, Inc.
Scott C Gherman P.A.
c/o Scott C Gherman P.A.
902 Clint Moore Rd. Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Farache Enterprises, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
c/o Ezequiel J. Romero
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131-5354

KARMA OF PALM BEACH, INC.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205-E
Boca Raton, FL 33431-7391

M & M Development Consultants LLC.
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Mazel Tov, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Shaneandninamt, LLC
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Wing Lake Capital Partners f/k/a Franklin Ca
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117-5304

5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487-4905

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Anthony Linden Burnham
24204 Calvert Street
Woodland Hills, CA 91367-1111

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Express Emergency Services, Inc
c/o Scott C Gherman P.A.
902 Clint Moore Rd.,
Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Farache Enterprises, Inc.
902 CLINT MOORE RD, STE 120
Boca Raton, FL 33487-2846

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130-1699

Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160-5418

Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328-3836

KURKIN FOREHAND BRANDES LLP
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
E-mail:  mbrandes@kfb-law.com 33180-2813

KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446-3693

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316-3013

Karma of Broward, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472-4320

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180-2813

Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830

Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719-9437

Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180-2813

Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432

Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446-2215

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069-1301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496-3374

Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065-6600

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432-8602

Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354-1654

Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798-3649

Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483-3223

Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483-4514

Prestige Luxury Cars LLC
c/o Thomas Zeichmann, Esq.
2385 Executive Center Drive
Boca Raton, FL 33431-8579

Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

Richard Scott Greenberg
7120 Lionshead Ln.,
Boca Raton, FL 33496-5937

Road Rich LLC d/b/a Road Rich Motors
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Road Rich Motors
770 W 17th St, Unit 3
Costa Mesa, CA 92627-4374

Robert O'Connell, Jr.
1160 SW. 20th Ave
Boca Raton, FL 33486-8509

Roman Temkin & Natalia Vlasova
16901 Collins Ave., Apt. 4601
Sunny Isles Beach, FL 33160-5356

Royal Premium Budget Inc
8501 Wade Blvd, Suite 620
Frisco, TX 75034-6268

SC&J II, LLC
6560 West Rogers Circle, Suite 27
Boca Raton, FL 33487-2746

SC&J II, LLC
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Samuel Stephen Pany
1251 SW. 17th St.,
Boca Raton, FL 33486-6628

Santander Bank
101N Melville
Melville, NY 11747

Savannah Row A.k.a. Steven Gelb
30 S. E. 15th Ave.,
Boca Raton, FL 33432

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Stephane Wmile Charles Haddad
480 N. E. 31st St., PH 5402
Miami, FL 33137-5224

Stephen Graves
7670 Circle Dr.,
Young Harris, GA 30582-1531

Stephen Mark Stoliker Jr.
21849 Cypress Palm Court
Boca Raton, FL 33428-2938

Stratford Specialty Finance LLC
c/o James C Moon, Esq.
200 South Biscayne Blvd. Suite 3200
Miami, FL 33131-5323

Tavere St Michael Johnson
10940 Moore Dr.,
Parkland, FL 33076-4849

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo
PO Box 9000
Lutherville Timonium, MD 21094-9000

William John MacFarlane
6780 NW. 81st Terrace
Parkland, FL 33067-1054

William Perry Dilley II, Esq.
Dilley Trial Law, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301-2218

Woodside Credit, LLC
895 Dove St, Suite 100
Newport Beach, CA 92660-2944

Woodside Credit, LLC
c/o Christian Somodevilla
2 South Biscayne Boulevard,
Suite 2200
Miami, FL 33131-1804

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd #C401
Ft. Lauderdale, FL 33312-6598

World Imports USA Inc.
11650 Beach Blvd.,
Jacksonville, FL 32246-6605

Zachary Scott Nelson
19542 Estuary Dr.,
Boca Raton, FL 33498-6201

Zhao Min Duan
18558 Gale Ave., #338
Rowland Heights, CA 91748-1394

Calvin Erbstein
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Chase Farache
c/o Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Derek Stephens
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o D. Brett Marks
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Eric Dore
GrayRobinson
301 E. Pine Str
Suite 1400
Orlando, FL 32801-2798

Frank A. Evans, III
c/o Ryan C. Reinert
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

James B Miller
19 W Flagler St #416
Miami, FL 33130-4419

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202-6000

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131-2310

Jonathan S. Feldman
Phang & Feldman, P.A.
2 South Biscayne Blvd., Ste. 1600
One Biscayne Tower
Miami, FL 33131-1803

Lisa Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Marc Brandes
Kurkin Forehand Brandes LLP
18851 NE 29 Avenue
Suite303
Suite303
Aventura, FL 33180-2808

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Michael S Hoffman
909 North Miami Beach Blvd #201
Miami, FL 33162-3712

Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Nicole Mehdipour
6278 N Federal Hwy
1110
Fort Lauderdale, FL 33308-1916

Omar Periu
c/o Carlos E. Sardi
225 Alcazar Avenue
Coral Gables, FL 33134-4401

SCOTT C. GHERMAN
Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

Steven William Wells
229 Warner Road
Lancaster, NY 14086-1040

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Express Emergency Services, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd.
Ste 120
Boca Raton, FL 33487-2846

(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(d)Arby Lipman
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

(d)Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

(d)Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

End of Label Matrix
Mailable recipients   173
Bypassed recipients    12
Total                 185

# EXHIBIT "A"



**OFFICIAL**
**FERRARI DEALER**
FERRARI OF FORT LAUDERDALE

I Jack Bardakjian

represent

Ferrari of Ft Lauderdale

And we are able and willing to purchase the list of cars below.

| | | | |
|---|---|---|---|
| 1) | 2020 Mclaren 720 vin number | SBM14FCA5LW004229 | $220,000 |
| 2) | 2019 Mclaren 720 vin number | SBM14FCA9KW003714 | $215,000 |
| 3) | 2018 Mclaren 720 vin number | SBM14DCA9JW000606 | $205,000 |
| 4) | 2020 Mercedes G vin number | W1NYC7HJ6LX362080 | $160,000 |
| 5) | 2019 Aston Martin vin number | SCFRMFCW6KGM07671 | $90,000 |
| 6) | 2017 Ferrari F12 vin number | ZFF74UFA7H0221036 | $240,000 |
| 7) | 2020 Merc G vin number | WDCYC7HJ6LX346462 | $150,000 |
| 8) | 2020 Merc G vin number | W1NYC7HJ6LX346462 | $165,000 |
| 9) | 2013 Ferrari 458 vin number | ZFF68NHA8D0191526 | $210,000 |
| 10) | 2019 BMW X7 vin number | 5UXCX4C56KLS39222 | $62,000 |
| 11) | 2008 Porsche Turbo vin number | WP0AD29978S783176 | $65,000 |
| 12) | 2016 Rhino vin number | 1FDUF4HT8GEB18666 | $110,000 |
| 13) | 2021 Jeep vin number | 1C6HJTAG1ML571540 | $115,000 |
| 14) | 2018 Cadillac vin number | 1GYS4BKJXJR261612 | $49,500 |
| 15) | 2019 GMC vin number | 1GKS1CKJ8KR354378 | $48,500 |
| 16) | 2019 Lambo Urus vin number | ZPBUA1ZLXKLA01961 | $150,000 |
| 17) | 2020 Lambo Evo vin number | ZHWUT4ZF1LLA14316 | $260,000 |
| 18) | 2017 Lambo Huracan vin number | ZHWUR2ZF8HLA08121 | $185,000 |

TOTALS    $2,700,000.00

Contingent upon inspections, review of court documents and free and clear title and ownership!

Signature _____

Ferrari of Fort Lauderdale
5750 N Federal Hwy
Fort Lauderdale, FL, 33308
T. 954.493.5000

# EXHIBIT "B"



I Michael Greico Jr
represent
Grieco Automotive Group
And we are able and willing to purchase the list of cars below.

1) 2017 Lambo Huracan vin number ZHWUR2ZF8HLA08121 **$185,000**
2) 2020 Lambo Evo vin number ZHWUT4ZF1LLA14316 **$260,000**
3) 2019 Lambo Urus vin number ZPBUA1ZLXKLA01961 **$150,000**
4) 2020 Mclaren 720 vin number SBM14FCASLW004229 **$220,000**
5) 2019 Mclaren 720 vin number SBM14FCA9KW003714 **$215,000**
6) 2018 Mclaren 720 vin number SBM14DCA9JW000606 **$205,000**
7) 2019 GMC vin number **$48,500**
8) 2018 Cadillac vin number 1GYS4BKJXJR261612 **$49,500**
9) 2021 Jeep vin number 1C6HJTAG1ML571540 **$115,000**
10) 2016 Rhino vin number 1FDUF4HT8GEB18666 **$110,000**
11) 2008 Porsche Turbo vin number WPOAD299785783176 **$65,000**
12) 2019 BMW X7 vin number 5UXCX4C56KLS39222 **$62,000**
13) 2013 Ferrari 458 vin number ZFF68NHA8D0191526 **$210,000**
14) 2020 Mercedes G vin number W1NYC7HJ6LX362080 **$160,000**
15 ) 2019 Aston Martin vin number SCFRMFCW6KGM07671 **$90,000**
16) 2017 Ferrari F12 vin number ZFF74UFA7H0221036 **$240,000**
17) 2020 Merc G vin number WDCYC7HJ6LX346462 **$150,000**
18) 2020 Merc G vin number W1NYC7HJ6LX346462 **$165,000**

TOTALS **$2,750,000.00**

Contingent upon inspections, review of court documents and free and clear title and ownership!

Signature _____



85 Douglas Pike Smithfield, RI 02917