

**ORDERED in the Southern District of Florida on May 19, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,        Case No.: 22- 15627-EPK
                                    Chapter 7

_____Debtor._____ /

**ORDER GRANTING**
**FORMER CHAPTER 11 COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY**

This matter came on before the Court on May 17th, 2023 at 9:30 a.m. for hearing

on the *Former Chapter 11 Counsel's Motion To Withdraw As Attorney* [ECF No. 591]

(the "**Motion**"), and the Court, hearing argument of counsel, noting no opposition to

the requested relief, and based upon the record, does hereby

**ORDER** and **ADJUDGE** that:

1. The **Motion** [ECF No. 591] is **GRANTED**; and, the law firm of James B.

   Miller, P.A. and Attorney James B. Miller, Esq. are immediately relieved

1

of, and otherwise withdrawn from, representation of the Debtor, AUTO WHOLESALE OF BOCA, LLC, and shall have no further obligations or duties to represent Debtor in the instant Chapter 7 Bankruptcy Case as well as any related adversary proceedings (Adv. Proc. No.'s 22-01218-EPK and 22-01424-EPK).

2. As the Debtor is a corporation, it may only appear before this Court through counsel.

3. The contact information of Debtor for service of pleadings and process is:

> Auto Wholesale of Boca, LLC
> c/o Moshe Farache, Managing Member
> 6560 West Rogers Circle
> Suite B27
> Boca Raton, FL 33487
>
> Email: Moshefarache@gmail.com

4. Furthermore, Attorney Miller is authorized and directed to turnover and deliver that certain Automobile Title (Title No. xxxxx5386) (the "Title")[1] for the 2020 Lamborghini (VIN No. ZWHUT4ZF1LLA14316) to the Chapter 7 Trustee's counsel and is thereupon relieved of any obligations and duties regarding said Title.

###

Submitted by:
James B. Miller, P.A.
James B. Miller, Esq.
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250

(Attorney **Miller** shall file a certificate of service as to this *Order*)

---

[1] The Title and the vehicle identified therein are subject of the two (2) pending adversary proceedings identified in paragraph 1, *supra*.