

**ORDERED in the Southern District of Florida on May 19, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                    Case No. 22-15627-EPK
                                                                          Converted to Chapter 7

AUTO WHOLESALE OF BOCA, LLC,

        Debtor.

_____/

### ORDER GRANTING PHANG & FELDMAN, P.A.'S MOTION TO WITHDRAW AS SPECIAL LITIGATION COUNSEL FOR AUTO WHOLESALE OF BOCA, LLC [DE 598]

THIS CASE came before the Court for hearing on May 17, 2023, at 9:30 a.m., upon the motion of Jonathan S. Feldman, Esq. and Phang & Feldman, P.A. (together, "***Movant***") to withdraw as special litigation counsel for Auto Wholesale of Boca, LLC (the "***Motion***") (DE 598), and the Court having reviewed the Motion and file, having been fully advised in the premises, good cause showing and for reasons set forth on the record, does hereby

ORDER as follows:

1.      *Phang & Feldman, P.A.'s Motion to Withdraw as Special Litigation Counsel for Auto Wholesale of Boca, LLC* (DE 598) is **GRANTED**.

Page **1** of **2**

Case No. 22-15627-EPK

2.      Movant is relieved of further responsibility in this case and the pending adversary

proceedings, to-wit: Adversary Proceeding No. 22-01218-EPK and Adversary Proceeding No. 22-

01424-EPK.

# # #

Order submitted by:

JONATHAN S. FELDMAN, ESQ.
Florida Bar No. 12682
Email: feldman@katiephang.com
PHANG & FELDMAN, P.A.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: (305) 614-1223
Fax: (305) 614-1187
E-mail: service@katiepang.com