UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No: 22- 15627-EPK
                                                Chapter 7

_____Debtor._____ /

## NOTICE OF APPEARANCE

The law firm of JAMES B. MILLER, P.A. hereby enters its appearance in this Case on behalf of **James B. Miller, P.A**.

Dated: May 19th, 2023.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of this *Notice* has been served this 19th day of May 2023 *via* CM/ECF Service in pdf format upon all CM/ECF recipients of record at the time and date oif the filing of this Notice.

## Certificate of Admission

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida; and, am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
bkcmiami@gmail.com,
jbm@title11law.com


_____/S/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164