

**ORDERED in the Southern District of Florida on May 23, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                                Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC

                                                                      Chapter 11

        Debtor.

_____/

**ORDER GRANTING EDWARD BROWN'S MOTION**
**TO COMPEL ABANDONMENT AND TURNOVER OF TITLE TO**
**2021 LAMBORGHINI URUS VIN#ZPBUA1ZL1MLA12270**

**THIS MATTER** came before the Court on May 17, 2023 at 9:30 a.m. upon

*Edward Brown's Motion to Compel Abandonment and Turnover of Title to 2021*

*Lamborghini Urus VIN#ZPBUA1ZL1MLA12270* (ECF No. 578) (the "Motion"),

which requested that this Court enter an Order directing the Debtor, Auto

Wholesale of Boca, LLC ("Debtor") to abandon the title to the 2021 Lamborghini Urus VIN#ZPBUA1ZL1MLA12270 (the "Vehicle"), and turn over such abandoned title to Edward Brown ("Brown").  The Court previously entered the *Order Granting Edward Brown's Motion for Partial Summary Judgment* (Adv. Pro. No. 22-01218-EPK, ECF 407) ("SJ Order"), in which the Court found that the Debtor "holds only bare title to, and no other legal or equitable interest in, the 2021 Lamborghini Urus bearing the vehicle identification number ZPBUA1ZL1MLA12270", and the Debtor is "not its true owner." *See* SJ Order, p. 7-8.  The Court further found that Brown "paid the exact value of the Vehicle to the then owner [of the Vehicle]" and "has been in possession of the Vehicle since August 18, 2021." *Id.*, p. 3, 5.  In the SJ Order, the Court further held that "Mr. Brown may file a motion to compel abandonment of the 2021 Lamborghini Urus in the main bankruptcy case." *Id.*, p. 8.  Subsequent to the SJ Order, the case was converted to Chapter 7 (ECF No. 584), and a Chapter 7 Trustee, Michael Bakst ("Trustee") was appointed.  (ECF No. 589.) The Court, having reviewed the Motion, having found proper and sufficient notice of the Motion was given to all interested parties, and being otherwise fully advised in the premises, finds good cause to grant the relief requested, it is **ORDERED AND ADJUDGED** that:

1.      The Motion (ECF No. 578) is **GRANTED**.

2.      Any and all right, title, and interest of the Debtor, Auto Wholesale of Boca, LLC, in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270, including

the Debtor's certificate of title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270, is **ABANDONED** by the Trustee.

3.　　The Trustee shall turn over the Debtor's original certificate of title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 to Edward Brown.  The Debtor's certificate of title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 may be marked "void" or "invalid" because, as previously determined by this Court, the Debtor is not the true owner of such vehicle.

4.　　The Florida Department of Highway Safety and Motor Vehicles, and any other governmental agencies are hereby authorized, but not directed, to remove any holds on the title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 and to take any actions as may be necessary to allow for the avoidance and cancellation of the existing certificate of title of the Debtor, Auto Wholesale of Boca, LLC, and for the issuance of a new marketable certificate of title to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 in favor of Edward Brown.

5.　　The Debtor, Trustee, Edward Brown, and the Florida Department of Highway Safety and Motor Vehicles are authorized to take any such actions as may be necessary to effectuate the intent of the turnover and terms of this Order.

6.　　The Bankruptcy Court shall retain jurisdiction to adjudicate any matters relating to this Order or any claims arising from or relating to actions taken in respect of this Order.  Such jurisdiction shall survive dismissal of the Debtor's bankruptcy case.

3

7.     This Order shall not affect the rights of any third parties, including but not limited to, FVP Parties[1] and Hi Bar Capital, LLC, to claim any right, title, or interest in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270.

8.     Due to the abandonment by the Trustee of all of the Debtor's right, title, and interest in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270, the Court declines to assert jurisdiction over the claims relating to any non-Debtor parties' interests in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 in the Adversary Proceeding No. 22-01218-EPK, and all such currently unadjudicated claims relating to the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 are denied, without prejudice to the non-Debtor parties seeking a determination of their respective interests in the 2021 Lamborghini Urus VIN# ZPBUA1ZL1MLA12270 in an appropriate forum.

9.     The Clerk of Court shall also docket this Order in the Adversary Proceeding No. 22-01218-EPK.

###

Submitted by:

Amanda Klopp, Esq.
**AKERMAN LLP**
777 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: amanda.klopp@akerman.com

Attorney Klopp is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] The term "FVP Parties" shall refer to FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC.