

**ORDERED in the Southern District of Florida on May 26, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                          **Case No. 22-15627-EPK**
                                                                    **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**

       Debtor.

_____/

**ORDER CONTINUING HEARINGS**

This matter came before the Court for hearing on May 26, 2023 upon various matters.

For the reasons stated on the record, it is ORDERED and ADJUDGED as follows:

1.  The Court will hold a continued hearing to consider the following matters:

(a)  The remaining relief requested in the trustee's *Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for Giving Notice to Creditors and Other Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the Event the Court Finds the Estate has no Interest or Equity in the Vehicles; or (G) if this Court Does not Permit the Trustee's Sale of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* [ECF No. 618, as modified by

ECF No. 650, the *Trustee's Omnibus Reply to Responses/Objections to Sale Motion*] (as so modified, the "Sale Motion");

(b)  The *Motion to Compel Trustee's Abandonment of Vehicles* [ECF No. 632] filed by Karma of Palm Beach, Inc. and Karma of Broward, Inc., as joined by FVP Opportunity Fund III, LP; FVP Investments LLC; and FVP Servicing, LLC at ECF No. 638 (together, the "Motion to Abandon");

(c)  The *Debtor's Notice of Recovery of Property of Estate and Request for Reimbursement* [ECF No. 579]; and

(d)  The *Trustee's Expedited Motion for Order Authorizing Assumption and Assignment of Warehouse Lease Agreement and Waiving the Fourteen (14) Day Stay of Effectiveness Pursuant to Bankruptcy Rule 6006(D)* [ECF No. 652].

2.  The hearing will be held at **11:00 a.m. on June 14, 2023.**  The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

3.  The deadline to file objections to the Sale Motion [ECF No. 618, as modified by ECF No. 650] and the Motion to Abandon [ECF No. 632 and joinder at ECF No. 638] is **June 7, 2023.**

4.  Any objection to the Sale Motion or the Motion to Abandon must (a) not exceed 5 pages in length, including the page on which the caption appears and the signature

page, but not including any attached certificate of service and (b) be presented in Century Schoolbook font no smaller than 11 point, with footnotes in the same font no smaller than 10 point, and must have margins of at least one inch on all sides. No page of any objection may contain more than one (1) footnote and no footnote may exceed five (5) lines of text.

5. Any filed objection that does not comply with this Order may be overruled or stricken, without further notice or hearing, and without elaboration other than reference to this Order.

###

Copy to:

Rilyn Carnahan, Esq.

*Rilyn Carnahan, Esq. is directed to serve a copy of this order on all appropriate parties and file a certificate of service.*