UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                Chapter 7

                    Debtor.

_____/

**JOINT AGREED MOTION TO ABATE OR CONTINUE HEARING ON
THIRD OBJECTION TO CLAIMS OF MOSHE FARACHE [#15-1],
M & M DEVELOPMENT CONSULTANTS, INC. [#17-1], AND
FARACHE ENTERPRISES, INC. [#14-1] (ECF NO. 224)**

The objecting party Wing Lake Capital Partners a/k/a Franklin Capital Management, LLC

("Wing Lake") and the claimants Moshe Farache, M & M Development Consultants, LLC, and

Farache Enterprises, Inc. (the "Claimants" and with Wing Lake, the "Parties") file this *Joint*

*Agreed Motion for Entry of Ex-Parte Order to Abate or Continue Hearing on Third Objection to*

*Claims of Moshe Farache [#15-1, M & M Development Consultants, Inc. [#17-1], and Farache*

*Enterprises, Inc. [#14-1] (ECF No. 224)*, with the consent of Michael Bakst, the Chapter 7 Trustee

(the "Trustee"), and state:

1.      On May 1, 2023, the Court entered its *Order Converting Case Under Chapter 11*

*to Case Under Chapter 7* (ECF No. 584) converting this case to Chapter 7.

2.      On May 17, 2023, the Court entered a *Renotice of Hearing* (ECF No. 645) setting

the *Third Objection to Claim of Moshe Farache [#15-1], M & M Development Consultants, LLC*

(ECF No. 224) for hearing on May 31, 2023 at 9:30 a.m. The objection to the claims of Moshe

Farache [#15-1], M & M Development Consultants, LLC [#17-1] and Farache Enterprises, Inc.

[#14-1] are referred to as the "Objections." The hearings on the Objections have previously been

continued. *See* ECF Nos. 294, 411, 412, 453, and 565.

3.      At the hearing conducted on May 26, 2023, the undersigned counsel Michael Lessne advised the Court that the Parties agreed to a continuance of the May 31, 2023 hearing on the Objections, and the Court requested that the parties file a motion to continue the hearing.

4.      The Parties seek to abate or continue for 60 to 90 days the May 31 hearing on the Objections to allow the Trustee to handle the Objections in light of the conversion.

5.      The undersigned attorneys certify that their clients consent to the requested abatement/continuance.

6.      The undersigned attorneys advise the Court that the Trustee consents to the requested abatement/continuance.

**WHEREFORE**, the Parties seek the entry of an Order abating or continuing for 60 to 90 days the hearing on the Objections, and for such other relief as is just and proper.

May 30, 2023

**LESSNE LAW**
*Counsel for Moshe Farache, M & M Development Consultants, LLC, and Farache Enterprises, Inc.*
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394
Telephone: 954-372-5759
Email: michael@lessne.law

By: */s/ Michael Lessne*
Michael Lessne
Florida Bar No. 73881

May 30, 2023

**SHRAIBERG PAGE, P.A.**
Attorneys for Wing Lake
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bshraiberg@slp.law
Email: pdorsey@slp.law

By:    /s/ Bradley Shraiberg
          Bradley S. Shraiberg, Esq.
          Florida Bar No. 121622
          Patrick Dorsey, Esq.
          Florida Bar No. 008584

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case on this 30th day of May, 2023.

/s/ *Michael D. Lessne*
Michael D. Lessne

- 3 -