

**ORDERED in the Southern District of Florida on June 7, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Chapter 11

**AUTO WHOLESALE OF BOCA, LLC,**                              **Case No.: 22-15627-EPK**

                    Debtor.

_____/

### ORDER APPROVING FINAL FEE COMPENSATION OF LINDA LEALI

THIS CASE came before the Court for hearing on May 31, 2023 at 9:30 a.m. (the "Hearing") upon the *Summary of Final Fee Application of Subchapter v Trustee filed by Linda Leali* (the "Application") (ECF No. 614). The Application seeks the following amount for the time period covered: fees of $51,382.50 and costs of $0, for which $24,437.50 was previously awarded

on December 8, 2022 [ECF No. 258].  This amount reflects a voluntary reduction by the Trustee in the amount of $9,350. The Court has examined the Application and has considered the arguments of the Applicant and other counsel appearing at the hearing. The Court finds that the compensation sought in the application appears to be for actual, necessary services rendered by the applicant. For the reasons stated on the record, it is **ORDERED** that:

1. The Application is APPROVED as provided herein.

2. Linda Leali is awarded compensation of $51,382.50, for services rendered to the estate from 7/26/2022 to 5/1/2023, less the interim compensation previously awarded of $24,437.50 which amount totals $26,945.

3. In allowing the compensation, the Court has considered the factors set forth in 11 U.S.C. § 330(a)(3) and *Johnson v. Georgia Hwy. Express*, 488 F. 2d 714 (5th Cir. 1974).

4. This award of compensation shall be paid in accordance with the administrative claims on a priority basis equal to other claims under 11 U.S.C. § 507(a)(2) and shall be paid at the same time as other chapter 11 administrative claims.

5. The Court shall retain jurisdiction to enforce the terms of this Order.

###

Trustee Linda Leali shall serve a copy of the signed order on all parties of record and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Submitted by:  Linda Leali, Esq.
LINDA LEALI, P.A.
2525 Ponce De Leon Blvd., Suite 300
Coral Gables, FL  33134
lleali@lealilaw.com