UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                     Chapter 11
                                                Subchapter V

_____/

**AGREED *EX PARTE* MOTION TO EXTEND DEADLINE
TO FILE RESPONSES TO SALE AND ABANDONMENT MOTIONS**

Franklin Capital Funding, LLC ("Franklin"), pursuant to Fed. R. Bankr. P. 9006(b), respectfully requests that the Court extend the deadline to file responses to the following motions: (a) a motion to sell automobiles (the "Sale Motion") [ECF Nos. 618 and 650], filed by the chapter 7 trustee, Michael Bakst (the "Trustee"), and (b) a motion to compel abandonment (the "Abandonment Motion") [ECF No. 632], filed by Karma of Broward, LLC and Karma of Palm Beach, LLC (together, "Karma"), as joined (the "Joinder") [ECF No. 638]  by FVP Opportunity Fund III, LP; FVP Investments LLC; and FVP Servicing, LLC (together, "FVP").  In support of this request Franklin states:

1.      Hearings on the Sale Motion, Abandonment Motion and Joinder (together, the "Motions") are scheduled for June 14, 2023, with responses due on June 7, 2023.  ECF No. 667.

2.      Franklin and FVP have circulated a proposed order to the Trustee that would resolve the Motions.  The parties believe they are very close to agreeing on a form of order, which upon agreement will be circulated with other interested parties and presented to the Court.

3.      Franklin respectfully requests that the Court extend the response deadline to Friday June 9, 2023, in light of these settlement discussions.

{2425/000/00556803}

4. The extension is not being sought for purposes of delay and will not prejudice any other party. Franklin avers that the Trustee, Karma and FVP each agree to the requested extension.

5. A proposed order granting this motion shall be uploaded to the Court contemporaneously herewith.

**WHEREFORE**, the Franklin requests entry of an order extending the deadline to file responses to the Motions through June 9, 2023, and granting any such other and further relief as the Court deems necessary and appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by Notice of Electronic Filing via CM/ECF to those parties registered to receive such notice in this case on June 7, 2023.

**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By: ___/s/ Patrick Dorsey_____
       Patrick Dorsey
       Fla. Bar No. 0085841
       pdorsey@slp.law

{2425/000/00556803}