B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of Florida

In re    **Auto Wholesale of Boca, LLC**                                                    Case No.    **22-15627-EPK**
                                         Debtor(s)                              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                    $    **Fees at firm's hourly rates**

   Prior to the filing of this statement I have received                          $    **10,000.00 initial retainer**

   Balance Due                                                                     $    **0.00**

2.    The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify):    **Moshe Farache**

3.    The source of compensation to be paid to me is:

   ☐ Debtor        ☑ Other (specify):    **To be determined**

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.        Representation of the Debtor in its post-conversion capacity.
   b.        Representation of the Debtor at §341 meeting

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   a.        Representation of the Debtor in adversary proceedings

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  7, 2023**
*Date*

/s/ Michael S. Hoffman
**Michael S. Hoffman, Esq. 41164**
*Signature of Attorney*
**Hoffman, Larin & Agnetti, P.A.**
**909 N. Miami Beach Blvd., Ste. 201**
**Miami, FL 33162**
**305-653-5555**
**mshoffman@hlalaw.com**
*Name of law firm*