

**ORDERED in the Southern District of Florida on June 8, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                    Chapter 7

_____/

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION**
**TO EXTEND DEADLINE TO FILE RESPONSES**
**TO SALE AND ABANDONMENT MOTIONS**

    **THIS MATTER** came before the Court without hearing, upon the *Agreed Ex Parte*

*Motion to Extend Deadline to File Responses to Sale and Abandonment Motions* (the "Agreed

Motion") [ECF No. 675], filed by Franklin Capital Funding, LLC ("Franklin").[1]   The Court,

having reviewed the Agreed Motion and being otherwise advised in the premises, and upon the

agreement of Franklin, the Trustee, FVP and Karma, it is

---

[1]    Capitalized terms shall have the meanings ascribed to them in the Agreed Motion unless otherwise defined herein.

{2425/001/00556807}                    1

**ORDERED AND ADJUDGED** as follows:

1.      The Agreed Motion [ECF No. 675] is **GRANTED**.

2.      The deadline to file responses to the Sale Motion [ECF Nos. 618 and 650], Abandonment Motion [ECF No. 632] and Joinder [ECF No. 638] is **EXTENDED** through and including June 9, 2023.

3.      The *Order Continuing Hearings* [ECF No. 667] remains in full force and effect to any extent it is not inconsistent with this Order.

# # #

Submitted by:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

*Attorney Dorsey is directed to serve a copy of this order upon all interested parties and to file a certificate of service with the Court.*

{2425/001/00556807}                                              2