

**ORDERED in the Southern District of Florida on June 13, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:

AUTO WHOLESALE OF BOCA, LLC,

      Debtor.

_____/

Case No. 22-15627-EPK

Chapter 7

### AGREED ORDER GRANTING IN PART *EXPEDITED* MOTION TO PERMIT IMMEDIATE ABANDONMENT OF SILVER LAMBORGHINI BY CHAPTER 7 TRUSTEE [ECF NO. 618]

**THIS MATTER** came before the Court upon the Trustee's *Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for Giving Notice to Creditors and Other Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the Event the Court Finds the Estate has no Interest or Equity in the Vehicles; or (G) if this Court Does not*

*Permit the Trustee's Sale of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* (the "Sale Motion")[1] [ECF No. 618], the *Trustee's Omnibus Reply to Responses/Objections to Sale Motion* (the "Reply") [ECF No. 650], and the agreement of the Trustee, Benidt Investments/Slinger, LLC ("Benidt Investments"); Karma of Palm Beach, Inc. ("Karma"); Auto Wholesale of Boca, LLC ("Debtor"); Hi Bar Capital, LLC ("Hi Bar"), FVP Opportunity Fund III, LP ("FVP Opportunity Fund III"); FVP Investments LLC ("FVP Investments"); FVP Servicing, LLC ("FVP Servicing"); and Franklin Capital Funding, LLC ("Franklin Capital") (collectively, the "Parties") to the Trustee's immediate abandonment of the silver 2020 Lamborghini Huracan Evo Spyder, VIN ZHWUT4ZF1LLA14316 ("Silver Lamborghini"). This Court, having reviewed this Agreed Order, having been fully advised that upon abandonment, the Silver Lamborghini is still subject to competing ownership claims by the Parties other than the Trustee, and having found good cause for granting the requested relief, hereby

**ORDERS AND ADJUDGES** as follows:

1.      The Trustee's Sale Motion is GRANTED IN PART to the extent that the Trustee is permitted to abandon the Silver Lamborghini effective immediately. The Silver Lamborghini shall be deemed abandoned immediately after the entry of this Order and the Court shall retain jurisdiction to enforce this Order with respect to the Silver Lamborghini and the parties hereto.

2.      The Trustee shall turn over the  Silver Lamborghini, its title, and, to the extent such items are within the Trustee's possession, the manual, keys and documentation of the Silver Lamborghini, to Karma.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

3. Thereafter, Karma and its respective agents, employees, or officers shall hold the Silver Lamborghini, its title, and the manuals, keys, and documentation turned over by the Trustee to Karma, subject to the additional provisions identified below:

a. Karma shall have custody and control of the Silver Lamborghini while the Parties resolve their ownership claims thereto;

b. Karma shall pay any insurance for the Silver Lamborghini while it has custody and control of the Silver Lamborghini; and

c. Karma shall not sell, transfer, alienate, trade, consign, encumber, assign, or dispose of in any fashion, any right, title, or ownership in or to the Silver Lamborghini, pending further orders of this Court or a court that has jurisdiction over the Parties and the Silver Lamborghini.

4. Karma is directed to immediately secure possession of the Silver Lamborghini, if it has not already done so, and maintain the Silver Lamborghini at 1717 S.E. 17th St., Ft. Lauderdale, FL 33316, pending further orders of this Court or a court that has jurisdiction over the Parties and the Silver Lamborghini.

5. Benidt Investments shall pay for all reasonable costs to transfer possession of the Silver Lamborghini to Karma.

6. This Order is intended to maintain the status quo with respect to the Silver Lamborghini pending an adjudication by a court of jurisdiction, and neither this Order nor the transfer of possession contemplated herein shall be interpreted to waive the rights or claims of any Party.

7.     As this Order is only a partial ruling, and only pertains to the treatment of the Silver

Lamborghini, the Court reserves jurisdiction, to consider the balance of the Sale Motion, and over

the remainder of the Vehicles other than the Silver Lamborghini.

###

Submitted by:

Michael J. Harwin, Esq.
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.A.
200 East Las Olas Boulevard, Penthouse A
Ft. Lauderdale, Florida 33301
Telephone: 954-462-9500
mharwin@stearnsweaver.com

*Counsel for Plaintiff*

(*Attorney Harwin is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming Certificate of Service.*)