**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 22-15627-BKC-EPK |
| AUTO WHOLESALE OF BOCA, LLC, | Chapter 7 |
| Debtor. | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Nathan G. Mancuso, Esq. and Mancuso Law, P.A., Boca Raton Corporate Centre, 7777 Glades Road, Suite 100, Boca Raton, Florida 33434, file this Notice of Appearance as counsel of record in this case for creditor and interested party Excell Auto Sport and Service, Inc.

Pursuant to Federal Rules of Bankruptcy Procedure 2002(a), (b), (c), and (i) and 3017(a), the undersigned hereby requests and demands that the Clerk of this Court, and all other parties-in-interest in this case, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this case to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever.  The undersigned further requests that the Clerk add him to the matrix in this case.

By filing this Notice of Appearance, Excell Auto Sport and Service, Inc. neither consents to nor waives (as applicable) any of the following: (i) any objection it may have as to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter; (ii) any

objection it may have concerning whether any specific adversary proceeding it she may have concerning whether the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which it may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) any objection it may have concerning whether the Bankruptcy Court may conduct any jury trial to which it may otherwise be entitled.

     **I HEREBY CERTIFY** that a true and correct copy hereof was filed electronically and served by Notice of Electronic Filing upon each of the parties and counsel identified on the CM/ECF service list maintained by the Court for this case on June 16, 2023.

Dated:  June 16, 2023

          Respectfully submitted,

          MANCUSO LAW, P.A.
          Boca Raton Corporate Centre
          7777 Glades Rd., Suite 100
          Boca Raton, Florida 33434
          Tel: 561-245-4705
          Fax: 561-226-2575
          E-mail: ngm@mancuso-law.com

        By: /s/ *Nathan G. Mancuso*
          Nathan G. Mancuso, Esq.
          Florida Bar No. 174254