**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          Case No.: 22-15627-EPK
                                                               Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

      **Debtor.**
_____/

**TRUSTEE'S EX PARTE MOTION FOR ORDER ALLOWING THE TRUSTEE**
**TO PAY INSURANCE PREMIUM MONTHLY INSTALLMENTS ON THE DEBTOR'S**
**INSURANCE POLICY FOR DEALER'S OPEN LOT COVERAGE**

The Trustee, Michael R. Bakst**,** Trustee in Bankruptcy for Auto Wholesale of Boca, LLC,

hereby files Trustee's Ex-Parte Motion For Order Allowing The Trustee To Pay Insurance

Premium Monthly Installments On The Debtor's Insurance Policy For Dealer's Open Lot

Coverage and states:

**Procedural History**

1.      On July 22, 2023, Auto Wholesale of Boca, LLC (the "Debtor") filed a voluntary

petition for relief under chapter 11, subchapter V of the Bankruptcy Code in the United States

Bankruptcy Court for the Southern District of Florida.

2.      On May 1, 2023, the case was converted to a Chapter 7 [ECF No. 584].

3.      On May 2, 2023, Michael R. Bakst was appointed as the Chapter 7 Trustee [ECF

No. 589].

4.      The Debtor's §341 Meeting of Creditors was held and concluded on June 8, 2023.

5.      The Debtor maintained an insurance policy for dealer's open lot coverage with

Colony Insurance Company, which was to expire on May 13, 2023. The Trustee was obligated to

immediately renew coverage to avoid a lapse in insurance.

6. On May 12, 2023, the Trustee bound a renewed policy with Colony Insurance Company effective May 13, 2023. The total premium payment is $40,802.35, which was financed with Stonemark, Royal Premium Budget Inc. The Insurance Binder with Colony Insurance Company is attached hereto as **Exhibit "1"**.

7. It will be necessary for the Trustee to maintain the insurance policy at the current time.

8. Attached hereto as **Exhibit "2"** is the billing statement from Stonemark Royal Premium Budget, Inc., who financed the liability policy with Colony Insurance Company on behalf of the Trustee. The financing terms included a down payment of $7,395.35 and ten (10) monthly installment payments of $3,662.89.

9. FVP Investments, LLC ("Creditor") has paid the down payment of $7,395.35 on May 11, 2023, on behalf of the estate. There are ten (10) remaining monthly installments of $3,662.89, which the Trustee must pay beginning June 13, 2023.

10. Accordingly, the Trustee is seeking an ex-parte order from the Court allowing the Trustee to pay the insurance premium monthly installments on the Debtor's insurance policy to Stonemark Royal Premium Budget, Inc in the amount of $3,662.89.

**WHEREFORE**, the Trustee, Michael R. Bakst**,** Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, respectfully requests that the Court enter an ex-parte order allowing the Trustee to pay the insurance premium monthly installments on the Debtor's insurance liability policy for dealer's open lot coverage, in the monthly amount of $3,662.89, plus grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to

practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to

all parties listed below in the manner indicated on the 16th day of June 2023.

Respectfully Submitted,

**GREENSPOON MARDER LLP**

/s/ MICHAEL R. BAKST
MICHAEL R. BAKST, ESQ.
Florida Bar No. 866377
Attorney for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523  F: (561) 514-3423
Email: michael.bakst@gmlaw.com

*Mailing Information for Case 22-15627-EPK*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service
for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386
  @gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.co
  m;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386
  @gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.c
  om
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-
  robinson.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.c
  om

- **Rilyn A Carnahan**   rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird @gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@not ify.bestcase.com
- **Patrick R Dorsey**   pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**   feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**   sgherman@scottghermanpa.com
- **Daniel Gielchinsky**   dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**   tharvey@butler.legal
- **Michael J. Harwin**   mharwin@stearnsweaver.com
- **Michael S Hoffman**   Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffic e.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**   trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**   michael@lessne.law
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**   cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai l.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution s.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lta nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose

200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Harry Winderman
One Boca Place, Suite 218A
2255 Glades Road
Boca Raton, FL 33431

Chuck Candler
Ewing Insurance
14312 Home Trail
Roanoke, TX  76262

Stonemark Royal Premium Budget, Inc.
8501 Wade Blvd Suite 620
Frisco, TX 75034

# INSURANCE BINDER

**ACORD**

**DATE (MM/DD/YYYY)**
**MAY 12 2023**

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.**

| AGENCY | COMPANY | BINDER # |
|---|---|---|
| EWING INSURANCE SERVICES<br>14312 HOME TRAIL<br>ROANOKE TX 76262 | Colony | 27991 |

|  | DATE EFFECTIVE | TIME |  | DATE EXPIRATION | TIME |
|---|---|---|---|---|---|
|  | MAY 13 2023 | 12:01 | X AM / PM | JUN 12 2023 | X 12:01 AM / NOON |

**PHONE (A/C, No, Ext):** (817) 442-8822  **FAX (A/C, No, :):** (817) 840-7504

**CODE:**  **SUB CODE:**

**AGENCY CUSTOMER ID:** 9347

X THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY  GP8526496-1

**INSURED**
AUTO WHOLESALE OF BOCA RATON
6560 WEST ROGERS CIRCLE, SUITE 27
BOCA RATON  FL  33487

**DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)**
DEALERS OPEN LOT COVERAGE
5471 N DIXIE HIGHWAY, BOCA RATON, FL 33487

## COVERAGES / LIMITS

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY** CAUSES OF LOSS<br>BASIC  BROAD  SPEC. |  |  |  |  |

| **GENERAL LIABILITY** | | | |
|---|---|---|---|
| COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  OCCUR. | | EACH OCCURRENCE | $ |
| | | DAMAGE TO RENTED PREMISES | $ |
| | | MED EXP (Any one person) | $ |
| | | PERSONAL & ADV INJURY | $ |
| | | GENERAL AGGREGATE | $ |
| | RETRO DATE FOR CLAIMS MADE: | PRODUCTS - COMP/OP AGG | $ |

| **VEHICLE LIABILITY** | | | |
|---|---|---|---|
| ANY AUTO | | COMBINED SINGLE LIMIT | $ |
| ALL OWNED AUTOS | | BODILY INJURY (Per person) | $ |
| SCHEDULED AUTOS | | BODILY INJURY (Per accident) | $ |
| HIRED AUTOS | | PROPERTY DAMAGE | $ |
| NON-OWNED AUTOS | | MEDICAL PAYMENTS | $ |
| | | PERSONAL INJURY PROT | $ |
| | | UNINSURED MOTORIST | $ |

| **VEHICLE PHYSICAL DAMAGE** DED | X ALL VEHICLES  SCHEDULED VEHICLES | | |
|---|---|---|---|
| X COLLISION: 1000 | | X ACTUAL CASH VALUE | |
| X OTHER THAN COLL: 1000 | | STATED AMOUNT | $ 3,850,000 |

| **GARAGE LIABILITY** | | | |
|---|---|---|---|
| ANY AUTO | | AUTO ONLY - EA ACCIDENT | $ |
| | | OTHER THAN AUTO ONLY: | |
| | | EACH ACCIDENT | $ |
| | | AGGREGATE | $ |

| **EXCESS LIABILITY** | | | |
|---|---|---|---|
| UMBRELLA FORM | | EACH OCCURRENCE | $ |
| OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | AGGREGATE | $ |
| | | SELF-INSURED RETENTION | $ |

| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | | | |
|---|---|---|---|
| | | WC STATUTORY LIMITS | |
| | | E.L. EACH ACCIDENT | $ |
| | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | E.L. DISEASE - POLICY LIMIT | $ |

| **SPECIAL CONDITIONS/ OTHER COVERAGES** | WIND/HAIL/FLOOD EXCLUDED | | |
|---|---|---|---|
| | | FEES | $ |
| | | TAXES | $ |
| | | ESTIMATED TOTAL PREMIUM | $ 40,802.35 |

## NAME & ADDRESS

MORTGAGEE  ADDITIONAL INSURED
LOSS PAYEE
LOAN #

**EXHIBIT "1"**

**AUTHORIZED REPRESENTATIVE**
*Crystal Morris*
Crystal Morris

# NOTICE OF ACCEPTANCE

SUBJECT TO VERIFICATION BY INSURANCE COMPANY(IES)

**STONEMARK, ROYAL PREMIUM BUDGET INC**
**8501 Wade Blvd, Suite 620**
**Frisco, TX 75034**
**Phone: (800) 955-0083**

| ACCOUNT NUMBER | | NOTICE DATE |
|---|---|---|
| 1080 - 2055739 | | 5/12/2023 |
| Refer to this number on all correspondence | | |

www.stonemarkinc.com
Check your account online: Your username is 1080-2055739. Your password is m3948S] unless you have changed it.

| Borrower                                    (11692572) | Agent or Broker |
|---|---|
| AUTO WHOLESALE OF BOCA RATON<br>6560 WEST ROGERS CIRCLE #27<br>BOCA RATON, FL 33487 | EWING INSURANCE SERVICES INC (F)<br>14312 HOME TRAIL<br>ROANOKE, TX 76262 |

## CONTRACT INFORMATION

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Total Premium | Down Payment | Doc Stamp Tax | Amount Financed (A minus B plus C) | Finance Charge | Total of Payments (D plus E) | Annual Percentage Rate |
| 40,802.35 | 7,395.35 | 117.60 | 33,524.60 | 3,104.30 | 36,628.90 | 19.721 |
| | | | The Amount of Credit to be Paid | The Amount the Credit will Cost | The Total Amount to be Paid | Cost of the Credit as a Yearly Rate |

## PAYMENT SCHEDULE (Monthly)

| Number of Payments | Amount of Each Payment | Date First Payment is Due | Day of Month Due |
|---|---|---|---|
| 10 | 3,662.89 | 6/13/2023 | 13th |

## SCHEDULE OF POLICIES

| Policy Number | Effective Date | Insurance Company | Premium | Taxes/Fees |
|---|---|---|---|---|
| TBI | 5/13/2023 | COLONY INSURANCE COMPANY | 37,407.00 | 2,395.35 |
| | | | Broker Fees: | 1,000.00 |
| | | Total Must Agree with Box "A" Above >>> | | 40,802.35 |

## TO THE INSURED

We are pleased to notify you that we have accepted your Premium Finance Agreement and it is now a binding contract subject to approval of the financing by the insurance company(ies).

**EXHIBIT "2"**