

**ORDERED in the Southern District of Florida on June 20, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                          **CASE NO.:  22-15627-EPK**
                                                                      **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC**

       **Debtor.**

_____/

### EX-PARTE ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR ORDER ALLOWING THE TRUSTEE TO PAY INSURANCE PREMIUM MONTHLY INSTALLMENTS ON THE DEBTOR'S INSURANCE POLICY FOR DEALER'S OPEN LOT COVERAGE

THIS MATTER came before the Court in West Palm Beach, Florida, pursuant to *Ex Parte Motion For Order Allowing The Trustee To Pay Insurance Premium Monthly Installments On The Debtor's Insurance Policy For Dealer's Open Lot Coverage* [ECF No. 695 ]( the "Motion"). The Court, having reviewed the Motion, and having been otherwise fully advised in the premises, hereby

    **ORDERS AND ADJUDGES** as follows:

1.     The Motion is granted.

2.      The Trustee is authorized to pay Stonemark Royal Premium Budget, Inc., the insurance premium installments in the monthly amount of $3,662.89 for the ten (10) remaining installment payments.

### 

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523
Email: michael.bakst@gmlaw.com

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**