**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
**www.flsb.uscourts.gov**

In re:                                                                    Chapter 11

AUTO WHOLESALE OF BOCA, INC.
                                                                          Case No. 22-15627-EPK

           Debtor.

_____/

## NOTICE TO WITHDRAW PROOF OF CLAIM NO. 19

Undersigned counsel hereby files this notice to withdraw Proof of Claim No. 19 filed by Edward Brown as a secured claim on September 30, 2022 in this bankruptcy action.  Edward Brown files this withdrawal due to the abandonment by the estate of the assets securing his claim pursuant to the *Agreed Order Granting Motion to Compel Abandonment and Turnover of Title to 2021 Rolls Royce Cullinan VIN# Ending in 4097* (ECF No. 447) and *Order Granting Edward Brown's Motion to Compel Abandonment and Turnover of Title to 2021 Lamborghini Urus VIN#ZPBUA1ZL1MLA12270* (ECF 663).

Dated:  June 23, 2023                              Respectfully submitted,

                                                  By:   /s/ *Amanda Klopp*
                                                  D. Brett Marks, Esq.
                                                  Florida Bar Number: 099635
                                                  Email: brett.marks@akerman.com
                                                  Eyal Berger, Esq.
                                                  Florida Bar Number:  011069
                                                  Email:  eyal.berger@akerman.com
                                                  Amanda Klopp, Esq.
                                                  Florida Bar Number: 124156
                                                  Email: amanda.klopp@akerman.com
                                                  **AKERMAN LLP**
                                                  201 East Las Olas Boulevard, Suite 1800
                                                  Fort Lauderdale, FL  33301-2999
                                                  Tel:: 954-463-2700 / Fax: 954-463-2224
                                                  *Counsel for Edward Brown*

71058581;1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Amanda Klopp*
Amanda Klopp, Esq.

71058581;1