**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:                                                                                          CASE NO.: 22-15627-EPK
                                                                                                          Chapter 7
**AUTO WHOLESALE OF BOCA, LLC**

       Debtor.
_____/

**TRUSTEE'S NOTICE OF INTENTION TO SELL**

**TO:    ALL CREDITORS AND INTERESTED PARTIES**

**NOTICE IS HEREBY GIVEN THAT:**

    1.    MICHAEL R. BAKST, TRUSTEE in Bankruptcy herein, has in his possession for sale the following vehicles "Vehicles":

| | |
|---|---|
| 2020 McClaren CV VIN SBM14FCA5LW004229 | 2019 BMW UT VIN 5UXCX4C56KLS39222 |
| 2019 McClaren CV VIN SBM14FCA9KW003714 | 2008 Porsche 2D VIN WP0AD29978S783176 |
| 2018 McClaren CV VIN SBM14DCA9JW000606 | 2021 Jeep PK VIN 1C6HJTAG1ML571540 |
| 2020 Mercedes UT VIN W1NYC7HJ6LX362080 | 2018 Cadillac UT VIN 1GYS4BKJXJR261612 |
| 2019 Aston Martin CV VIN SCFRMFCW6KGM07671 | 2016 Ford UT VIN 1FDUF4HT8GEB18666 |
| 2017 Ferrari 2D VIN ZFF74UFA7H0221036 | 2019 GMC UT VIN 1GKS1CKJ8KR354378 |
| 2020 Mercedes UT VIN WDCYC7HJ9LX334940 | 2019 Lamborghini 2D VIN ZPBUA1ZLXKLA01961 |
| 2020 Mercedes UT VIN W1NYC7HJ6LX346462 | 2017 Lamborghini Hura VIN ZHWUR2ZF8HLA08121 |
| 2013 Ferrari 2D VIN ZFF68NHA8D0191526 | 2018 McLaren 720s VIN SBM14DCA7JW001804 |

    2.    The Vehicles are available for inspection and examination by contacting Auction America at 561-682-3191 to schedule an appointment.

    3.    Notice is hereby given that the Trustee proposes to sell the property described above by way of Online Auction Sale to be conducted by AUCTION AMERICA, INC. beginning July 3, 2023 by 2:00 p.m., and ending on Tuesday July 18, 2023 at 6:00 p.m. at **www.2bid4stuff.com**. The terms of the auction are described on the attached Exhibit "A". SALES OF THE VEHICLES ARE TO BE "AS IS", "WHERE IS", "WHAT IS", WITH ALL FAULTS, AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY NATURE. The Vehicles will be sold free

and clear of any liens with liens and encumbrances, if any, to attach to the Net Proceeds as set forth in the *Order Granting In Part Expedited Motion to Authorize Sale [ECF No. 618]* [ECF No. 694].

4. All sales shall be in cash or cashier's check and shall be final. The sale shall be subject to the terms and conditions as described in Exhibit "A" attached hereto.

5. Sales Tax shall be collected. If you wish to request tax exempt status on sales, you are required to provide an Annual Resale Certificate to the Trustee or Auctioneer. All Sales are subject to a 7.5% Buyer's Premium.

6. All Sales are subject to confirmation by the Trustee.

DATED: June 26, 2023

**MICHAEL R. BAKST, TRUSTEE**

*/s/ Michael R. Bakst*
Michael R. Bakst, Trustee
P.O. Box 407
West Palm Beach, Florida 33402
Telephone: (561)838-4539
Email: baksttrustee@gmlaw.com

Mailing Information for Case 22-15627-EPK

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**   efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law

- **Melissa A. Campbell**  mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**  rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**  acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**  pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**  jay@farrowlawfirm.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**  feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**  sgherman@scottghermanpa.com
- **Daniel Gielchinsky**  dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**  tharvey@butler.legal
- **Michael J. Harwin**  mharwin@stearnsweaver.com
- **Michael S Hoffman**  Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**  dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Amanda Klopp**  amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**  phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**  trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**  michael@lessne.law
- **Nathan G Mancuso**  ngm@mancuso-law.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**  cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**  Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**  bkcmiami@gmail.com

- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200

Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**Stan L Crooks**
Auction America, Inc
9645 Lantana Rd
Lake Worth, FL 33467

**All creditors on the Court matrix attached herein**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-15627-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Jun 26 12:12:37 EDT 2023 | ACE Insurance Company of the Midwest a/s/o R<br>Kramer, Green, Zuckerman, Greene & Buchs<br>4000 Hollywood Boulevard<br>Suite 485-S<br>Hollywood, FL 33021-6786 | Arby Lipman, LLC<br>c/o C. Cory Mauro<br>1001 Yamato Road, Suite 401<br>Boca Raton, FL 33431-4445 |
| Auto Wholesale of Boca, LLC<br>6560 West Rogers Circle, Suite B-27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BAL INVESTMENTS, LLC<br>c/o Travis Harvey, Esq.<br>Baker Donelson, et al.<br>100 S.E> Third Ave., Ste 1620<br>Fort Lauderdale, FL 33394 |
| Benidt Investments/Slinger, LLC<br>c/o Michael J Harwin<br>200 East Las Olas Blvd., Suite 2100<br>Ft Lauderdale, FL 33301-2238 | Chapford Credit Opportunities Fund LP<br>c/o Scott Rose<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o Scott Rose<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 |
| Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 | Express Emergency Services, Inc.<br>Scott C Gherman P.A.<br>c/o Scott C Gherman P.A.<br>902 Clint Moore Rd. Ste 120<br>Boca Raton, FL 33487-2846 | FVP Investments, LLC<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | Farache Enterprises, Inc.<br>c/o Scott C Gherman P.A.<br>902 Clint Moore Rd., Ste 120<br>Boca Raton, FL 33487-2846 |
| Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | Hi Bar Capital, LLC<br>c/o Ezequiel J. Romero<br>200 South Biscayne Boulevard, Suite 400<br>Miami, FL 33131-5354 |
| James B Miller, P.A.<br>Attn: James B. Miller, Esq.<br>19 West Flagler Street<br>Suite 416<br>Miami, FL 33130-4419 | KARMA OF PALM BEACH, INC.<br>c/o Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7391 | Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205-E<br>Boca Raton, FL 33431-7391 |
| M & M Development Consultants LLC.<br>c/o Scott C Gherman P.A.<br>902 Clint Moore Road<br>Suite 120<br>Boca Raton, FL 33487-2846 | Mazel Tov, Inc.<br>c/o Scott C Gherman P.A.<br>902 Clint Moore Rd., Ste 120<br>Boca Raton, FL 33487-2846 | Quad Funding Partners, LLC<br>c/o Eric Nicholsberg<br>3303 W. Commercial Blvd.<br>Suite 190<br>Fort Lauderdale, FL 33309-3412 |
| Road Rich, LLC d/b/a Road Rich Motors<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Shaneandninamt, LLC<br>c/o Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7391 | Wing Lake Capital Partners f/k/a Franklin Ca<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |
| Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | 40 Financial Services<br>1000 Vereda Del Ciervo Goleta<br>Goleta, CA 93117-5304 | 5471, LLC<br>5471 North Dixie Highway<br>Boca Raton, FL 33487-4905 |

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Anthony Linden Burnham
24204 Calvert Street
Woodland Hills, CA 91367-1111

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Express Emergency Services, Inc
c/o Scott C Gherman P.A.
902 Clint Moore Rd.,
Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Farache Enterprises, Inc.
902 CLINT MOORE RD, STE 120
Boca Raton, FL 33487-2846

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

| | | |
|---|---|---|
| Internal Revenue Service<br>51 S.W. First Ave.<br>Miami, FL 33130-1699 | Internal Revenue Service<br>P.O. Box 1302<br>Charlotte, NC 28201-1302 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Israel Hechter<br>16699 Collins Ave., Apt. 2303<br>Sunny Isles, FL 33160-5418 | Jay L Farrow, Esq.<br>Farrow Law, P.A.<br>4801 S University Dr Ste 260<br>Davie, FL 33328-3836 | KURKIN FOREHAND BRANDES LLP<br>18851 NE 29th Avenue, Suite 303<br>Aventura, Florida 33180<br>E-mail:  mbrandes@kfb-law.com 33180-2813 |
| KZ Consultants, Inc.<br>16937 Pierre Cir<br>Delray Beach, FL 33446-3693 | Karma of Broward, Inc.<br>1717 SE 17th St<br>Fort Lauderdale, FL 33316-3013 | Karma of Broward, Inc.<br>c/o Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7391 |
| Karma of Palm Beach, Inc.<br>1001 Clint Moore Rd, Suite 101<br>Boca Raton, FL 33487-2830 | Kimberly Siobhan Edwards and<br>Gregory di Maria<br>9938 Equys Circle<br>Boynton Beach, FL 33472-4320 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Kukin Forehand Brandes LLP<br>18851 NE 29th Ave Suite 303<br>Aventura, FL 33180-2813 | Lavish Hero Fund, Inc.<br>1001 Clint Moore Road<br>Boca Raton, FL 33487-2830 | Leslie Ramsammy Jr<br>8 Jareds Path<br>Brookhaven, NY 11719-9437 |
| Lisa Farache<br>270 S Silver Palm Road<br>Boca Raton, FL 33432-7936 | Luxury Lease Company<br>c/o Mark Brandes, Esq.<br>Kukin Forehand Brandes LLP<br>18851 NE 29th Avenue, Suite 303<br>Aventura, FL 33180-2813 | Luxury Lease Partners LLC<br>c/o Chris Moscatello<br>210 Summit Ave, Suite C4<br>Montvale, NJ 07645-1500 |
| M & M Development Consultants LLC<br>6560 W Rogers Circle, Suite B27<br>Boca Raton, FL 33487-2746 | Mazel Tov Inc<br>6560 W Rogers Circle, Suite B27<br>Boca Raton, FL 33487-2746 | Michael Halperin<br>c/o Phillip Landau, Esq.<br>3010<br>N Military Trail, Suite 318<br>Boca Raton, FL 33432 |
| Milko Atwater<br>c/o D Brett Marks, Esq.<br>201 E. Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301-4442 | Miss Kriss, LLC<br>7349 Serrano Terrance<br>Delray Beach, FL 33446-2215 | Moshe Farache<br>270 S Silver Palm Road<br>Boca Raton, FL 33432-7936 |
| NY Restoration & Remodeling<br>1501 NW 22nd Ct #21-22<br>Pompano Beach, FL 33069-1301 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Omar Peru<br>6178 NW. 31st Ave.,<br>Boca Raton, FL 33496-3374 |
| Osvaldo Marin Delgado & Nicole Ramir<br>220 Cypress Bayou Lane<br>Kenner, LA 70065-6600 | Phil Gorey<br>195 W. Alexander Palm Rd.,<br>Boca Raton, FL 33432-8602 | Porsche Financial Services, Inc.<br>One Porsche Drive<br>Atlanta, GA 30354-1654 |

| | | |
|---|---|---|
| Premier Financial Services LLC<br>47 Sherman Hill Rd.,<br>Woodbury, CT 06798-3649 | Presidential Leasing Inc.<br>3201 S. Federal Highway<br>Delray Beach, FL 33483-3223 | Prestige Luxury Cars LLC<br>70 SE. 4th Ave.,<br>Delray Beach, FL 33483-4514 |
| Prestige Luxury Cars LLC<br>c/o Thomas Zeichmann, Esq.<br>2385 Executive Center Drive<br>Boca Raton, FL 33431-8579 | Richard Applegate<br>c/o Jordan L Rappaport, Esq.<br>Squires Building<br>1300 N. Federal Highway, Suite 203<br>Boca Raton, FL 33432-2848 | Richard Scott Greenberg<br>7120 Lionshead Ln.,<br>Boca Raton, FL 33496-5937 |
| Road Rich LLC d/b/a Road Rich Motors<br>c/o Kelley, Fulton & Kaplan, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | Road Rich Motors<br>770 W 17th St, Unit 3<br>Costa Mesa, CA 92627-4374 | Robert O'Connell, Jr.<br>1160 SW. 20th Ave<br>Boca Raton, FL 33486-8509 |
| Roman Temkin & Natalia Vlasova<br>16901 Collins Ave., Apt. 4601<br>Sunny Isles Beach, FL 33160-5356 | Royal Premium Budget Inc<br>8501 Wade Blvd, Suite 620<br>Frisco, TX 75034-6268 | SC&J II, LLC<br>6560 West Rogers Circle, Suite 27<br>Boca Raton, FL 33487-2746 |
| SC&J II, LLC<br>6560 West Rogers Circle, Suite B27<br>Boca Raton, FL 33487-2746 | Samuel Stephen Pany<br>1251 SW. 17th St.,<br>Boca Raton, FL 33486-6628 | Santander Bank<br>101N Melville<br>Melville, NY 11747 |
| Savannah Row A.k.a. Steven Gelb<br>30 S. E. 15th Ave.,<br>Boca Raton, FL 33432 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 |
| Stephane Wmile Charles Haddad<br>480 N. E. 31st St., PH 5402<br>Miami, FL 33137-5224 | Stephen Graves<br>7670 Circle Dr.,<br>Young Harris, GA 30582-1531 | Stephen Mark Stoliker Jr.<br>21849 Cypress Palm Court<br>Boca Raton, FL 33428-2938 |
| Stratford Specialty Finance LLC<br>c/o James C Moon, Esq.<br>200 South Biscayne Blvd. Suite 3200<br>Miami, FL 33131-5323 | Tavere St Michael Johnson<br>10940 Moore Dr.,<br>Parkland, FL 33076-4849 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| Wells Fargo<br>PO Box 9000<br>Lutherville Timonium, MD 21094-9000 | William John MacFarlane<br>6780 NW. 81st Terrace<br>Parkland, FL 33067-1054 | William Perry Dilley II, Esq.<br>Dilley Trial Law, PLLC<br>401 E Las Olas Blvd Ste 1400<br>Fort Lauderdale, FL 33301-2218 |
| Woodside Credit, LLC<br>895 Dove St, Suite 100<br>Newport Beach, CA 92660-2944 | Woodside Credit, LLC<br>c/o Christian Somodevilla<br>2 South Biscayne Boulevard,<br>Suite 2200<br>Miami, FL 33131-1804 | Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd #C401<br>Ft. Lauderdale, FL 33312-6598 |

| | | |
|---|---|---|
| World Imports USA Inc.<br>11650 Beach Blvd.,<br>Jacksonville, FL 32246-6605 | Zachary Scott Nelson<br>19542 Estuary Dr.,<br>Boca Raton, FL 33498-6201 | Zhao Min Duan<br>18558 Gale Ave., #338<br>Rowland Heights, CA 91748-1394 |
| Calvin Erbstein<br>c/o Scott C Gherman P.A.<br>902 Clint Moore Road<br>Suite 120<br>Boca Raton, FL 33487-2846 | Chase Farache<br>c/o Scott C Gherman P.A.<br>902 CLINT MOOR RD, STE 120<br>Boca Raton, FL 33487-2846 | Derek Stephens<br>c/o C. Cory Mauro<br>1001 Yamato Road, Suite 401<br>Boca Raton, FL 33431-4445 |
| Edvard Dessalines<br>c/o John E. Page<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431-8530 | Edward Brown<br>c/o D. Brett Marks<br>201 East Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301-4442 | Eric Dore<br>GrayRobinson<br>301 E. Pine Str<br>Suite 1400<br>Orlando, FL 32801-2798 |
| Frank A. Evans, III<br>c/o Ryan C. Reinert<br>4301 W. Boy Scout Blvd., Suite 300<br>Tampa, FL 33607-5716 | Jarret Hitchings<br>301 S. College Street, Suite 2150<br>Charlotte, NC 28202-6000 | Jason J. DeJonker<br>161 North Clark Street, Suite 4300<br>Chicago, IL 60601-3315 |
| Joel D. Glick<br>Berkowitz Pollack Advisors and CPA<br>200 S Biscayne Blvd., 7 floor<br>Miami, FL 33131-2310 | Lisa Farache<br>c/o Michael Lessne<br>100 S.E. 3rd Ave., 10th Floor<br>Fort Lauderdale, FL 33394-0002 | Marc Brandes<br>Kurkin Forehand Brandes LLP<br>18851 NE 29 Avenue<br>Suite303<br>Suite303<br>Aventura, FL 33180-2808 |
| Michael Halperin<br>c/o Philip Landau<br>Landau Law, PLLC<br>3010 N. Military Trail<br>Suite 318<br>Boca Raton, FL 33431-6300 | Michael R Bakst<br>P. O. Box 407<br>West Palm Beach, FL 33402-0407 | Michael S Hoffman<br>909 North Miami Beach Blvd #201<br>Miami, FL 33162-3712 |
| Moshe Farache<br>c/o Michael Lessne<br>100 S.E. 3rd Ave., 10th Floor<br>Fort Lauderdale, FL 33394-0002 | Nicole Mehdipour<br>6278 N Federal Hwy<br>1110<br>Fort Lauderdale, FL 33308-1916 | Omar Periu<br>c/o Carlos E. Sardi<br>225 Alcazar Avenue<br>Coral Gables, FL 33134-4401 |
| SCOTT C. GHERMAN<br>Scott C Gherman P.A.<br>902 CLINT MOOR RD, STE 120<br>Boca Raton, FL 33487-2846 | Soneet Kapila<br>1000 S Federal Hwy #200<br>Fort Lauderdale, FL 33316-1237 | Steven William Wells<br>229 Warner Road<br>Lancaster, NY 14086-1040 |

**The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).**

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                  (d)Express Emergency Services, Inc.    (d)FVP Investments, LLC
                                    c/o Scott C Gherman P.A.               c/o David R. Softness, Esq.
                                    902 Clint Moore Rd., Ste 120           201 South Biscayne Boulevard, #2740
                                    Boca Raton, FL 33487-2846              Miami, FL 33131-4332


(d)FVP Opportunity Fund III, LP     (d)FVP Servicing, LLC                  (d)Mazel Tov Inc.
c/o David R. Softness, Esq.         c/o David R. Softness, Esq.            c/o Scott C Gherman P.A.
201 South Biscayne Boulevard, #2740 201 South Biscayne Boulevard, #2740    902 Clint Moore Rd.
Miami, FL 33131-4332                Miami, FL 33131-4332                   Ste 120
                                                                           Boca Raton, FL 33487-2846


(d)Mazel Tov Inc.                   (d)Quad Funding Partners, LLC          (d)Woodside Credit, LLC
c/o Scott C Gherman P.A.            c/o Eric Nicholsberg                   c/o Zach B. Shelomith, Esq.
902 Clint Moore Rd., Ste 120        3303 W. Commercial Blvd.               2699 Stirling Rd # C401
Boca Raton, FL 33487-2846           Suite 190                              Fort Lauderdale, FL 33312-6598
                                    Fort Lauderdale, FL 33309-3412


(d)Arby Lipman                      (d)Moshe Farache                       (d)Scott Zankl
c/o C. Cory Mauro                   c/o Michael Lessne                     16937 Pierre Circle
1001 Yamato Road, Suite 401         100 S.E. 3rd Ave., 10th Floor          Delray Beach, FL 33446-3693
Boca Raton, FL 33431-4445           Fort Lauderdale, FL 33394-0002
```

End of Label Matrix
Mailable recipients   173
Bypassed recipients    12
Total                 185

# EXHIBIT A

# AUCTION
## Bankruptcy Case No. 22-15627-EPK
## AUTO WHOLESALE OF BOCA, LLC
## SELLING ONLINE ONLY
### BID DEADLINE: Tuesday July 18, 2023, at 6:00PM

**ASSET DESCRIPTION:** Selling the Vehicles listed below:

| | |
|---|---|
| 2020 McClaren CV VIN SBM14FCA5LW004229 | 2019 BMW UT VIN 5UXCX4C56KLS39222 |
| 2019 McClaren CV VIN SBM14FCA9KW003714 | 2008 Porsche 2D VIN WP0AD29978S783176 |
| 2018 McClaren CV VIN SBM14DCA9JW000606 | 2021 Jeep PK VIN 1C6HJTAG1ML571540 |
| 2020 Mercedes UT VIN W1NYC7HJ6LX362080 | 2018 Cadillac UT VIN 1GYS4BKJXJR261612 |
| 2019 Aston Martin CV VIN SCFRMFCW6KGM07671 | 2016 Ford UT VIN 1FDUF4HT8GEB18666 |
| 2017 Ferrari 2D VIN ZFF74UFA7H0221036 | 2019 GMC UT VIN 1GKS1CKJ8KR354378 |
| 2020 Mercedes UT VIN WDCYC7HJ9LX334940 | 2019 Lamborghini 2D VIN ZPBUA1ZLXKLA01961 |
| 2020 Mercedes UT VIN W1NYC7HJ6LX346462 | 2017 Lamborghini Hura VIN ZHWUR2ZF8HLA08121 |
| 2013 Ferrari 2D VIN ZFF68NHA8D0191526 | 2018 McLaren 720s VIN SBM14DCA7JW001804 |

**ONLINE BIDDING REGISTRATION:** Online bidding to begin on July 3, 2023, by 2:00 p.m. Online bidding ends July 18, 2023, at 6:00 pm.

**INSPECTION:** The Vehicles are located at 5471 N. Dixie Hwy, Boca Raton, Florida. Prospective bidders will be able to inspect the Vehicles by contacting Stan Crooks at (561) 682-3191 or auctionamericainc@gmail.com. Should you have any questions, please contact Stan Crooks at (561) 682-3191 or auctionamericainc@gmail.com.

**TERMS:** All items must be paid in full with a cashier's check, cash or wire transfer. Payment must be received promptly after the close of the sale, but no later than 6:00 pm on July 19, 2023. Removal will be available once paid in full with cleared funds by scheduling date/time with Auction America.

**BUYER'S NOTE:** Vehicles and parts are being sold "AS IS, WHERE IS, WHAT IS", with all faults, and without any warranties or representations, express or implied. Buyer should carefully make their own decision.

Online bid increments are at Auctioneer's discretion. Final bid subject to Bankruptcy Trustee approval.

**SALES TAX:** Applicable sales tax will be added to the asset UNLESS proper tax exempt forms are submitted to the Trustee or the Auctioneer, **NO EXCEPTIONS.**

**BUYER'S PREMIUM:** There is a 7.5% Buyer's Premium for this auction.

DATED: June 26, 2023

MICHAEL R. BAKST, TRUSTEE
*/s/ Michael R. Bakst*
Michael R. Bakst, Trustee
P.O. Box 407
West Palm Beach, Florida 33402
Telephone: (561)838-4539
Email: baksttrustee@gmlaw.com