**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,             Case No.: 22-15627-EPK
                                              Chapter: 11
       Debtor.                        WEST PALM BEACH DIVISION
_____/

**ORDER GRANTING SHANEANDNINAMT, LLC'S RENEWED MOTION TO COMPEL TURNOVER OF 2018 LAMBORGHINI PERFORMANTE AND TO ABANDON TITLE [ECF NO. 680]**

THIS MATTER came before the Court on June 28, 2023, upon ShaneandNinaMT, LLC's Renewed Motion to Compel Turnover of 2018 Lamborghini Performante and to Abandon Title (the "Motion") [ECF No. 680] filed by Interested Party, SHANEANDNINAMT, LLC ("Movant"). The Court, having reviewed the record, having heard the presentation of counsel, the Court further having been informed that the Chapter 11 Trustee has no objection and otherwise being fully advised, it is:

ORDERED AND ADJUDGED:

1.      The Motion is GRANTED as set forth herein:

     a.  Debtor, Auto Wholesale Boca, LLC, is directed to abandon Title to the Vehicle; to

In re: AUTO WHOLESALE OF BOCA, LLC
Case No.: 22-15627-EPK
Page 2

wit, the 2018 Lamborghini Performante (VIN # ZHWUD4ZF0JLA11207), to the

Movant forthwith; and

b. Law enforcement and the DHMSV is hereby authorized to issue a new title to

Movant.

### 

**Submitted by:**
Harry Winderman, Esq.
WEISS, HANDLER & CORNWELL, PA
*Attorneys for ShaneAndNinaMT, LLC*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

*Attorney, HARRY WINDERMAN, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*