**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                          **Chapter 11 Subchapter V**

**Auto Wholesale of Boca, LLC,**                      **Case No. 22-15627-EPK**

    **Debtor-in-Possession.**
_____/

**SUMMARY OF FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JOEL GLICK AND BERKOWITZ POLLACK BRANT ADVISORS AND CPAs, AS ACCOUNTANTS TO THE DEBTOR-IN-POSSESSION**

| | | | |
|---|---|---|---|
| 1. | Name of applicant: | Berkowitz Pollack Brant Advisors and CPAs | |
| 2. | Role of applicant: | Accountants to the Debtor | |
| 3. | Name of Certifying Professional: | Joel Glick | |
| 4. | Date case filed: | July 22, 2022 | |
| 5. | Date of Retention Order | March 3, 2023, effective February 21, 2023 [ECF No. 307] | |
| **IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:** | | | |
| 6. | Period for this Application: | | |
| 7. | Amount of Compensation Sought: | | N/A |
| 8. | Amount of Expense Reimbursement Sought | | N/A |
| **IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:** | | | |
| 9. | Period for this Application: | February 21, 2023 through April 30, 2023 | |
| 10 | Total Amount of Compensation Sought During Case: | | $153,003.00 |
| 11. | Total Amount of Expense Reimbursement Sought During Case | | $0.00 |
| 12. | Amount of Original Retainer(s). Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: *$5,000 retainer was waived* | | Waived |
| 13. | Current Balance of Retainer(s) remaining: | | N/A |
| 14. | Last monthly operating report filed (Month/Year and ECF No.) | | 03/23[ECF 573] |
| 15. | If case is Chapter 11, current funds in the Chapter 11 estate | | $143,076.45 |
| 16. | If case is Chapter 7, current funds held by Debtor | | N/A |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**                                                                          **Chapter 11 Subchapter V**

**Auto Wholesale of Boca, LLC,**                                  **Case No. 22-15627-EPK**

      **Debtor-in-Possession.**

_____/

**FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF BERKOWITZ
POLLACK BRANT ADVISORS AND CPAs,
AS ACCOUNTANTS TO THE DEBTOR-IN-POSSESSION**

Berkowitz Pollack Brant Advisors and CPAs (the "Applicant" OR "BPB"), as accountants

to the Debtor-in-Possession, pursuant to 11 U.S.C. §§ 330 and 331 and Bankruptcy Rule 2016(a),

hereby files its *First and Final Application for the Allowance and Payment of Compensation and

Reimbursement of Expenses to Berkowitz Pollack Brant Advisors and CPAs as Accountant to the

Debtor-in-Possession* (the "Application"), for professional services and expenses rendered by the

Applicant during the period of February 21, 2023 through April 30, 2023 (the "Application

Period"), and in support thereof, the Applicant states:

**I.        BACKGROUND AND RETENTION OF THE APPLICANT**

1.        On July 22, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the

"Bankruptcy Code").

2.        On February 23, 2023, the Debtor filed The *Debtor's Emergency Application for

Employment of Berkowitz Pollack Brant (and Joel Glick) Effective Feb 21, 2023* [ECF No. 281].

3.        On March 3, 2023, the Court approved the employment of the Applicant pursuant

to its *Order Granting Debtor's Emergency Application For Employment Of Berkowitz Pollack

Brant (And Joel Glick) As Forensic And Accounting Expert [ECF No. 307].*

4.      On May 1, 2023, the Court converted the case from Chapter 11 to Chapter 7.

## II.    **<u>AMOUNT REQUESTED</u>**

5.      The Applicant submits this Application, pursuant to sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and the "Guidelines for Fee Applications for Professionals in the Southern District of Florida Bankruptcy Cases" (the "<u>Guidelines</u>").

6.      The Applicant requests a final award of professional fees for services rendered by the Applicant, as counsel to the Trustee, during the Application Period, in the amount of **$153,003.00,** and reimbursement for the actual and necessary expenses incurred by the Applicant during the Application Period in the amount of **$0.00,** for a total award in the amount of **$153,003.00.**

7.      This request is the Applicant's first and final application to the Court for compensation and reimbursement of expenses for services rendered as accountants to the Trustee. No understanding exists between the Applicant and any other person for the sharing of compensation sought by this Applicant, except among the members and associates of the Applicant.

8.      In accordance with the Guidelines, the following exhibits are annexed to this Application:

> Exhibits "1-A" and "1-B" – Summary of Professional and Paraprofessional Time.
> Exhibit "2" – Summary of Requested Reimbursement of Expenses.
> Exhibit "3" – The Applicant's complete time records, in chronological order, by activity code category, for the period covered by this Application. The requested fees are itemized to the tenth of an hour.

3

9.      The Applicant has expended a total of **356.50** hours during the Application Period in rendering necessary and beneficial advisory services to the Trustee. Exhibits "1-A" and "1-B" contain a list of the Applicant's professionals and paraprofessionals who have provided services to the Trustee during the Application Period, the hourly rate charged by each, and a summary of time expended by each as well as a summary of professional and paraprofessional time by activity code as required by, and in compliance with, the Guidelines. Exhibit 2 contains a summary of the Applicant's total actual and necessary out-of-pocket expenses and disbursements, on behalf of the Debtor, for which the Applicant seeks reimbursement in accordance with section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules, and the Guidelines. The expenses and disbursement summarized in Exhibit 2 are those which the Applicant typically would invoice to its non-bankruptcy clients. Exhibit 3 contains: (i) a daily description of the services rendered, and the hours expended by the various professionals and paraprofessionals of the Applicant who performed services in the chapter 11 cases; and (ii) a detailed schedule listing of the expenses and disbursements for which the Applicant seeks reimbursement. The Applicant has prepared Exhibit 3 based on, among other things, contemporaneous daily time records maintained by the Applicant's professionals and paraprofessionals who rendered services in the chapter 11 cases.

### INDEXING OF TASKS BY ACTIVITY CODES

10.     As set forth in the exhibits to this Application, the Applicant has organized its time records by activity codes in accordance with the Guidelines. Accordingly, each of the time entries of the attorneys and paraprofessionals of the Applicant have been indexed into the categories listed below.

- **DATA ANALYSIS:** Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc.

- **FEE/EMPLOYMENT APPLICATIONS:** Preparation of employment and fee applications for self and others; motions to establish interim procedures.

- **LITIGATION CONSULTING**: Providing consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility, avoidance actions; forensic accounting; etc.

<u>**DESCRIPTION OF SERVICES**</u>

### A. <u>Data Analysis</u>

BPB received 123 monthly bank statements for five bank accounts of the Debtor ("AWB"). BPB received 52 monthly bank statements for three accounts maintained by Excell Auto Group ("EAG"). BPB received 42 monthly bank statements for four bank accounts maintained by the two Karma entities ("KB" and "KPB"). With the assistance of a SaaS technology provider, BPB created a bank transaction database containing approximately 16,500 transactions.

BPB received the QuickBooks accounting records of the Debtor for the period October 2012 to July 2022. The transactions were exported to create a transaction database of approximately 29,300 records. BPB reviewed the Audit Trail report noting no questionable edits to the Debtor's accounting records.

BPB received and reviewed numerous "deal" jackets from both the Debtor and Karma entities. BPB identified and summarized 177 dealer trades ("Swaps"). BPB reviewed and analyzed the accounting records linking each vehicle to the various lines of funding the Debtor used to acquire the vehicles. BPB attempted to recreate the schedules prepared by the Adversary Plaintiff's expert however was unable as the Adversary Plaintiff's expert provided no explanation of the specific data used or the analysis undertaken to prepare his schedules.

The Applicant expended a total of **86.80** hours in this category and is requesting the total sum of **$32,396.00** for the services rendered in this category.

**B. Fee/Employment Application**

The services provided by Applicant consist of preparation of its first and final fee application. Regarding fee applications, before any such fee application is presented to the Court, it must be drafted, checked against the contemporaneous time records, and verified for compliance with applicable legal requirements. This fee application is believed to be in full conformity with the Administrative Order. The Applicant has not included all the time of senior professionals which is necessarily required in the preparation of this fee application.

The Applicant expended a total of **1.8** hours in this category and is requesting the total sum of **$963.00** for the services rendered in this category.

**C. Litigation Consulting**

During the Application Period, the Applicant prepared three expert rebuttal reports. Two were filed with the Court and the third was not filed as the AWB settled with the Trustee of the EAG Chapter 7. In response to the February 13, 2023, preliminary expert report filed by the Adversary Plaintiffs in the adversary matter (22-012118) of this bankruptcy, BPB prepared and filed its Expert Rebuttal Report of Joel Glick, CPA/CFF, CFE dated March 3, 2023. In response to the April 10, 2023, expert report filed by the Adversary Plaintiffs in the adversary matter (22-012118) of this bankruptcy, BPB prepared and filed its Supplemental Expert Rebuttal Report of Joel Glick, CPA/CFF, CFE dated April 24, 2023. In response to the March 22, 2023, expert report filed by the Chapter 7 Trustee of the Excell Auto Group

6

bankruptcy estate, BPB prepared Expert Rebuttal Report of Joel Glick, CPA/CFF, CFE dated March 27, 2023. On Sunday March 26th, the EAG Chapter 7 Trustee and AWB reached a settlement agreement. As such, this third report was not filed. The Applicant expended a total of **267.90** hours in this category and is requesting the total sum of **$119,644.00** for the services rendered in this category.

**EVALUATION OF SERVICES RENDERED; FIRST COLONIAL CONSIDERATIONS**

11.     This Application has presented the nature and extent of the professional services the Applicant has rendered in connection with its employment by the Debtor for which the Applicant seeks compensation. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent.

12.     The Applicant believes that the requested fee of **$153,003.00** for **356.50** hours worked during the Application Period, is reasonable considering the nature, extent, and the value of such services, considering all relevant factors, including:

  (a)     The time spent on such services;

  (b)     The rates charges for such services;

  (c)     Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

  (d)     With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field;

  (e)     Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than chapter 11 cases.

7

13.    Based on the standards set forth in section 330 of the Bankruptcy Code, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application is **$153,003.00,** plus expenses of **$0.00**.

14.    Alternatively, the Applicant notes that the services rendered herein were "reasonably likely to benefit" the Debtors' bankruptcy estates at the time the services were rendered. Accordingly, under the "reasonable at the time" standard, the fees and costs sought herein should be approved. *In re Woerner,* 783 F.3d 266 (5th Cir. 2015) (collecting cases).

A.    <u>**The time spent on such services**</u>

The foregoing summary, together with the exhibits attached hereto, details the time, nature, and extent of the professional services of the Applicant rendered for the benefit of the Debtor during the Application Period. The attached exhibits show that BPB expended not less than **356.50** hours of time providing services to the Committee during the Application Period.

B.    <u>**The rates charged for such services**</u>

The hourly rate charged by the Applicant as set forth in Exhibits 1 and 2 ranges from $180.00 to $550.00 per hour for professional staff, throughout the Application Period, which is customary for professionals and paraprofessionals in the Southern District of Florida of similar skill and experience.

C.    <u>**Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed**</u>

In rendering forensic accounting and advisory services to the Trustee, the Applicant exercised skillful application of business and accounting principles and expertise relating to the matters considered. The fees requested by the Applicant, **$153,003.00**, reflect an average hourly

rate of **$429.18** for **356.50** hours of service. Considering the complexity of the issues addressed during the period covered by this Application, this rate is entirely reasonable.

**D.** **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field**

The Applicant is a financial advisory and forensic accounting firm and its professionals and paraprofessionals who worked on the cases are experienced in matters of this kind. The Applicant enjoys a fine reputation and has demonstrated substantial ability in the fields of bankruptcy, litigation, creditors' rights, and business reorganization.

**E.** **Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under chapter 11**

The compensation which the Application requests comports with the mandate of the Bankruptcy Code, which directs those services should be evaluated considering comparable services performed in non-bankruptcy cases in the community. As set forth above, the hourly rate charged by the Applicant as set forth in exhibits to this Application ranges from $100.00 to $505.00 per hour for directors/CPA and paraprofessionals, throughout the Application Period, which is customary for professionals and paraprofessionals in the Southern District of Florida of similar skill and experience.

**CONCLUSION; PRAYER FOR RELIEF**

**WHEREFORE**, the Applicant respectfully requests the Court to enter an order (i) awarding the Applicant, on a final basis, the sum of **$153,003.00** as compensation for services rendered, and **$0.00** as reimbursement for actual and necessary expenses incurred during the course

of Applicant's employment by Debtor during the Application Period (collectively, the "Allowed

Fees and Expenses"); and (ii) granting such further relief the Court deems just and proper.

Dated: June 28, 2023,                                    Respectfully submitted,

                                                        BERKOWITZ POLLACK BRANT
                                                         *Accountant to the Debtor-in-Possession*
                                                        200 S. Biscayne Blvd., 7th Floor
                                                        Miami, FL 33131
                                                        Telephone: (305) 960-1283


                                                        By: _____
                                                          *Joel D. Glick*
                                                          *jglick@bpbcpa.com*

10

Case  No. 22-15627-EPK

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**
**Exhibit 1-A**

| Name | Director, Staff or Paraprofessional | Total Hours | Average Hourly Rate | Fee |
|------|--------------------------------------|-------------|---------------------|-----|
| Joel Glick | Director | 225.90 | $   535.00 | $   120,856.50 |
| Robert Aldir | Director | 2.85 | $   550.00 | $   1,567.50 |
| Scott Bouchner | Director | 0.80 | $   550.00 | $   440.00 |
| Allan Pries | Professional | 1.00 | $   355.00 | $   355.00 |
| Linda Kuijf | Professional | 118.55 | $   240.00 | $   28,452.00 |
| Christina Rogers | Para-professional | 7.40 | $   180.00 | $   1,332.00 |
| | | **356.50** | | |

Blended Average Hourly Rate:   **$   429.18**

**Total fees:**   **$153,003.00**

Case  No. 22-15627-EPK

**Summary of Professional and Paraprofessional Time**
**Total per Individual for this Period Only**
**Exhibit 1-B**

| Activity Code | Name | Rate | Hours | Fee |
|---|---|---|---|---|
| Data Analysis | Joel Glick | $ 535.00 | 39.20 | $ 20,972.00 |
| Data Analysis | Linda Kuijf | $ 240.00 | 47.60 | 11,424.00 |
| **Data Analysis Total** | | | **86.80** | **32,396.00** |
| Litigation Consulting | Joel Glick | $ 535.00 | 184.90 | 98,921.50 |
| Litigation Consulting | Linda Kuijf | $ 240.00 | 70.95 | 17,028.00 |
| Litigation Consulting | Allan Pries | $ 355.00 | 1.00 | 355.00 |
| Litigation Consulting | Christina Rogers | $ 180.00 | 7.40 | 1,332.00 |
| Litigation Consulting | Robert Aldir | $ 550.00 | 2.85 | 1,567.50 |
| Litigation Consulting | Scott Bouchner | $ 550.00 | 0.80 | 440.00 |
| **Litigation Consulting Total** | | | **267.90** | **119,644.00** |
| Preparation of Fee Application | Joel Glick | $ 535.00 | 1.80 | 963.00 |
| **Preparation of Fee Application Total** | | | **1.80** | **963.00** |
| **Grand Total** | | | **356.50** | **153,003.00** |

Case  No. 22-15627-EPK

**Summary of Requested Reimbursement of Expenses
for this Time Period Only
Exhibit 2**

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | - |
| 2. | Process Service Fees | $ | - |
| 3. | Witness Fees | $ | - |
| 4. | Conference Fees for Court Solutions | $ | - |
| 5. | Lien and Title Searches | $ | - |
| 6. | Photocopies | | |
| | (a) In-house copies (at 15cents/page) | $ | - |
| | (b) Outside copies | $ | - |
| 7. | Postage | $ | - |
| 8. | Overnight Delivery Charges | $ | - |
| 9. | Outside Courier/Messenger Services | $ | - |
| 10 | Long Distance Telephone Charges | $ | - |
| 11. | Long Distance Fax Transmissions (copies at $1/page) | $ | - |
| 12. | Computerized Research | $ | - |
| 13. | Out-of-Southern-District-of-Florida Travel | $ | - |
| | (a) Transportation | | |
| | (b) Lodging | | |
| | (c) Meals | | |
| 14. | Other Permissible Expenses | $ | - |
| | (a) - Fast Tax charges for preparation of tax return | - | |
| | (b) - Computre Hard-drive for Debtors' data | - | |
| | (c) - Bankers boxes | - | |
| | (c) - Truck rental for transportation of Debtors' documents | - | |
| | (d) - On-line hosting services | - | |
| | **Total Expense Reimbursement Requested** | $ | - |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Time Description | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| Data Analysis | 02/21/23 | Joel Glick | Discuss tax return analysis and QuickBooks export | 0.60 | $ 535.00 | $ 321.00 |
| Data Analysis | 02/21/23 | Joel Glick | Export and analysis of QuickBooks data | 3.50 | $ 535.00 | $ 1,872.50 |
| Data Analysis | 02/21/23 | Joel Glick | Download and review discovery | 1.20 | $ 535.00 | $ 642.00 |
| Data Analysis | 02/21/23 | Linda Kuijf | Onboarding, review of documents, read Report Gray | 2.50 | $ 240.00 | $ 600.00 |
| Data Analysis | 02/22/23 | Joel Glick | Discuss tax return analysis and QuickBooks export | 1.20 | $ 535.00 | $ 642.00 |
| Data Analysis | 02/22/23 | Joel Glick | Export and analysis of QuickBooks data | 6.50 | $ 535.00 | $ 3,477.50 |
| Data Analysis | 02/23/23 | Joel Glick | Analysis of QuickBooks data | 11.00 | $ 535.00 | $ 5,885.00 |
| Data Analysis | 02/23/23 | Joel Glick | Review complaint | 1.30 | $ 535.00 | $ 695.50 |
| Data Analysis | 02/24/23 | Joel Glick | Analysis of QuickBooks data | 1.20 | $ 535.00 | $ 642.00 |
| Data Analysis | 02/25/23 | Joel Glick | Analysis of QuickBooks data | 3.60 | $ 535.00 | $ 1,926.00 |
| Data Analysis | 02/25/23 | Joel Glick | Review data and analysis | 1.90 | $ 535.00 | $ 1,016.50 |
| Data Analysis | 02/26/23 | Joel Glick | Review data and analysis | 1.80 | $ 535.00 | $ 963.00 |
| Data Analysis | 02/26/23 | Linda Kuijf | Review production, QB & work done on bank statements | 5.80 | $ 240.00 | $ 1,392.00 |
| Data Analysis | 02/27/23 | Joel Glick | Document management | 0.20 | $ 535.00 | $ 107.00 |
| Data Analysis | 02/27/23 | Joel Glick | Analysis of transactions | 2.10 | $ 535.00 | $ 1,123.50 |
| Data Analysis | 02/27/23 | Linda Kuijf | Analyzing bank & QB data | 5.00 | $ 240.00 | $ 1,200.00 |
| Data Analysis | 02/28/23 | Joel Glick | Analysis of transactions | 1.70 | $ 535.00 | $ 909.50 |
| Data Analysis | 02/28/23 | Linda Kuijf | Analyzing bank & QB data | 6.40 | $ 240.00 | $ 1,536.00 |
| Data Analysis | 03/01/23 | Joel Glick | Comments for motion in limine | 1.40 | $ 535.00 | $ 749.00 |
| Data Analysis | 03/01/23 | Linda Kuijf | Analyzing bank & QB data | 13.70 | $ 240.00 | $ 3,288.00 |
| Data Analysis | 03/02/23 | Linda Kuijf | Analyzing bank & QB data | 14.20 | $ 240.00 | $ 3,408.00 |
| **Data Analysis Total** | | | | **86.80** | **$ -** | **$ 32,396.00** |
| Litigation Consulting | 02/21/23 | Joel Glick | Call with counsel | 0.60 | $ 535.00 | $ 321.00 |
| Litigation Consulting | 02/21/23 | Joel Glick | Call with client and counsel | 0.90 | $ 535.00 | $ 481.50 |
| Litigation Consulting | 02/21/23 | Joel Glick | Review opposing expert report; Recreate schedules | 4.50 | $ 535.00 | $ 2,407.50 |
| Litigation Consulting | 02/21/23 | Joel Glick | Call with client | 0.80 | $ 535.00 | $ 428.00 |
| Litigation Consulting | 02/22/23 | Joel Glick | Call with counsel | 0.40 | $ 535.00 | $ 214.00 |
| Litigation Consulting | 02/22/23 | Joel Glick | Call with client | 0.40 | $ 535.00 | $ 214.00 |
| Litigation Consulting | 02/22/23 | Linda Kuijf | Review of documents, QuickBooks & of the opposing expert report | 9.50 | $ 240.00 | $ 2,280.00 |
| Litigation Consulting | 02/23/23 | Linda Kuijf | Review of documents, QuickBooks & of the opposing expert report | 9.25 | $ 240.00 | $ 2,220.00 |
| Litigation Consulting | 02/24/23 | Joel Glick | Call with client and counsel | 1.80 | $ 535.00 | $ 963.00 |
| Litigation Consulting | 02/24/23 | Joel Glick | Preparation of rebuttal expert report | 5.50 | $ 535.00 | $ 2,942.50 |
| Litigation Consulting | 02/24/23 | Linda Kuijf | Meeting with client | 1.10 | $ 240.00 | $ 264.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

Case 22-15627-EPK   Doc 706   Filed 06/28/23   Page 15 of 19

| Category | Date | Name | Time Description | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 02/24/23 | Linda Kuijf | Review transactions & Team meetings | 8.40 | $ 240.00 | $ 2,016.00 |
| Litigation Consulting | 02/24/23 | Robert Aldir | Technical research on ASC 845 for legal matter and discussion on floor plan financing as well as bartering transactions of vehicles | 1.15 | $ 550.00 | $ 632.50 |
| Litigation Consulting | 02/25/23 | Joel Glick | Call with client | 0.20 | $ 535.00 | $ 107.00 |
| Litigation Consulting | 02/25/23 | Joel Glick | Preparation of rebuttal expert report | 4.40 | $ 535.00 | $ 2,354.00 |
| Litigation Consulting | 02/25/23 | Linda Kuijf | Review transactions & Team meetings | 7.20 | $ 240.00 | $ 1,728.00 |
| Litigation Consulting | 02/26/23 | Joel Glick | Preparation of rebuttal expert report | 8.00 | $ 535.00 | $ 4,280.00 |
| Litigation Consulting | 02/27/23 | Joel Glick | Call with client and counsel | 2.80 | $ 535.00 | $ 1,498.00 |
| Litigation Consulting | 02/27/23 | Joel Glick | Preparation of rebuttal expert report | 4.00 | $ 535.00 | $ 2,140.00 |
| Litigation Consulting | 02/27/23 | Linda Kuijf | Meeting with client | 1.70 | $ 240.00 | $ 408.00 |
| Litigation Consulting | 02/28/23 | Joel Glick | Call with counsel | 1.30 | $ 535.00 | $ 695.50 |
| Litigation Consulting | 02/28/23 | Joel Glick | Call with client and counsel | 2.30 | $ 535.00 | $ 1,230.50 |
| Litigation Consulting | 02/28/23 | Joel Glick | Preparation of rebuttal expert report | 4.00 | $ 535.00 | $ 2,140.00 |
| Litigation Consulting | 02/28/23 | Linda Kuijf | Meeting with client | 2.30 | $ 240.00 | $ 552.00 |
| Litigation Consulting | 02/28/23 | Scott Bouchner | Internal discussions. | 0.40 | $ 550.00 | $ 220.00 |
| Litigation Consulting | 03/01/23 | Joel Glick | Preparation of rebuttal expert report | 2.70 | $ 535.00 | $ 1,444.50 |
| Litigation Consulting | 03/02/23 | Joel Glick | Call with counsel | 2.70 | $ 535.00 | $ 1,444.50 |
| Litigation Consulting | 03/02/23 | Joel Glick | Preparation of rebuttal expert report | 5.00 | $ 535.00 | $ 2,675.00 |
| Litigation Consulting | 03/02/23 | Robert Aldir | Review of draft rebuttal expert report re: FASB related matters | 0.50 | $ 550.00 | $ 275.00 |
| Litigation Consulting | 03/02/23 | Scott Bouchner | Internal discussions regarding expert report. | 0.40 | $ 550.00 | $ 220.00 |
| Litigation Consulting | 03/03/23 | Joel Glick | Call with counsel | 2.40 | $ 535.00 | $ 1,284.00 |
| Litigation Consulting | 03/03/23 | Joel Glick | Preparation of rebuttal expert report | 9.20 | $ 535.00 | $ 4,922.00 |
| Litigation Consulting | 03/03/23 | Linda Kuijf | Review of the report, preparing schedules, review documents & analysis | 9.30 | $ 240.00 | $ 2,232.00 |
| Litigation Consulting | 03/03/23 | Robert Aldir | Review of draft rebuttal expert report re: FASB related matters | 1.20 | $ 550.00 | $ 660.00 |
| Litigation Consulting | 03/14/23 | Joel Glick | Analysis and preparation for hearing | 2.50 | $ 535.00 | $ 1,337.50 |
| Litigation Consulting | 03/15/23 | Joel Glick | Analysis and preparation for hearing | 2.80 | $ 535.00 | $ 1,498.00 |
| Litigation Consulting | 03/16/23 | Christina Rogers | Preparation for and attend deposition of EAG Ch 7 Trustee | 2.70 | $ 180.00 | $ 486.00 |
| Litigation Consulting | 03/16/23 | Joel Glick | Preparation for and attend deposition of EAG Ch 7 Trustee | 3.50 | $ 535.00 | $ 1,872.50 |
| Litigation Consulting | 03/17/23 | Joel Glick | Analysis and preparation for hearing | 3.40 | $ 535.00 | $ 1,819.00 |
| Litigation Consulting | 03/20/23 | Christina Rogers | Analysis and preparation for hearing | 4.70 | $ 180.00 | $ 846.00 |
| Litigation Consulting | 03/21/23 | Joel Glick | Call with counsel | 1.00 | $ 535.00 | $ 535.00 |
| Litigation Consulting | 03/21/23 | Joel Glick | Preparation of preliminary avoidance schedules | 1.20 | $ 535.00 | $ 642.00 |
| Litigation Consulting | 03/21/23 | Joel Glick | Recreation and review of EAG Chapter 7 expert schedules | 6.80 | $ 535.00 | $ 3,638.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Time Description | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 03/22/23 | Joel Glick | Recreation and review of EAG Chapter 7 expert schedules | 3.40 | $ 535.00 | $ 1,819.00 |
| Litigation Consulting | 03/22/23 | Joel Glick | Deposition of Scott Zankl | 1.50 | $ 535.00 | $ 802.50 |
| Litigation Consulting | 03/22/23 | Joel Glick | Deposition of Alan Barbee | 3.00 | $ 535.00 | $ 1,605.00 |
| Litigation Consulting | 03/23/23 | Joel Glick | Call with counsel | 1.40 | $ 535.00 | $ 749.00 |
| Litigation Consulting | 03/23/23 | Joel Glick | Recreation and review of EAG Chapter 7 expert schedules | 5.30 | $ 535.00 | $ 2,835.50 |
| Litigation Consulting | 03/23/23 | Joel Glick | Preparation for and call with counsel in preparation for Barbee deposition | 1.90 | $ 535.00 | $ 1,016.50 |
| Litigation Consulting | 03/24/23 | Allan Pries | Recreation and review of EAG Chapter 7 expert schedules | 1.00 | $ 355.00 | $ 355.00 |
| Litigation Consulting | 03/24/23 | Joel Glick | Recreation and review of EAG Chapter 7 expert schedules | 10.00 | $ 535.00 | $ 5,350.00 |
| Litigation Consulting | 03/25/23 | Joel Glick | Preparation for Motion to Dismiss hearing. | 8.00 | $ 535.00 | $ 4,280.00 |
| Litigation Consulting | 03/26/23 | Joel Glick | Preparation for Motion to Dismiss hearing. | 6.00 | $ 535.00 | $ 3,210.00 |
| Litigation Consulting | 03/27/23 | Joel Glick | Motion to Dismiss hearing. | 8.00 | $ 535.00 | $ 4,280.00 |
| Litigation Consulting | 03/28/23 | Joel Glick | Motion to Dismiss hearing. | 8.00 | $ 535.00 | $ 4,280.00 |
| Litigation Consulting | 04/06/23 | Joel Glick | Call with counsel re: expert disclosures | 1.50 | $ 535.00 | $ 802.50 |
| Litigation Consulting | 04/06/23 | Linda Kuijf | Call with counsel re: expert disclosures | 0.80 | $ 240.00 | $ 192.00 |
| Litigation Consulting | 04/10/23 | Joel Glick | Call with counsel | 0.50 | $ 535.00 | $ 267.50 |
| Litigation Consulting | 04/13/23 | Joel Glick | Discuss summaries | 0.60 | $ 535.00 | $ 321.00 |
| Litigation Consulting | 04/14/23 | Joel Glick | Discuss summaries | 3.00 | $ 535.00 | $ 1,605.00 |
| Litigation Consulting | 04/14/23 | Linda Kuijf | Preparing summary exhibits | 3.00 | $ 240.00 | $ 720.00 |
| Litigation Consulting | 04/17/23 | Joel Glick | Preparation and review of summaries | 2.00 | $ 535.00 | $ 1,070.00 |
| Litigation Consulting | 04/17/23 | Linda Kuijf | Internal team meeting, work done on summary schedules | 1.40 | $ 240.00 | $ 336.00 |
| Litigation Consulting | 04/17/23 | Linda Kuijf | Prepare Summary schedules | 1.00 | $ 240.00 | $ 240.00 |
| Litigation Consulting | 04/18/23 | Joel Glick | Preparation and review of summaries | 2.50 | $ 535.00 | $ 1,337.50 |
| Litigation Consulting | 04/18/23 | Linda Kuijf | Prepare Summary schedules | 1.50 | $ 240.00 | $ 360.00 |
| Litigation Consulting | 04/19/23 | Joel Glick | Preparation and review of summaries | 6.30 | $ 535.00 | $ 3,370.50 |
| Litigation Consulting | 04/19/23 | Linda Kuijf | Prepare Summary Charts | 10.70 | $ 240.00 | $ 2,568.00 |
| Litigation Consulting | 04/20/23 | Joel Glick | Preparation and review of summaries | 4.20 | $ 535.00 | $ 2,247.00 |
| Litigation Consulting | 04/20/23 | Joel Glick | Preparation of supplemental expert rebuttal report | 1.20 | $ 535.00 | $ 642.00 |
| Litigation Consulting | 04/20/23 | Linda Kuijf | Discussions on report | 2.00 | $ 240.00 | $ 480.00 |
| Litigation Consulting | 04/21/23 | Joel Glick | Call with counsel | 0.60 | $ 535.00 | $ 321.00 |
| Litigation Consulting | 04/21/23 | Joel Glick | Preparation of supplemental expert rebuttal report | 10.10 | $ 535.00 | $ 5,403.50 |
| Litigation Consulting | 04/21/23 | Linda Kuijf | Team meeting analyze bank data | 0.30 | $ 240.00 | $ 72.00 |
| Litigation Consulting | 04/22/23 | Joel Glick | Preparation of supplemental expert rebuttal report | 5.80 | $ 535.00 | $ 3,103.00 |
| Litigation Consulting | 04/22/23 | Linda Kuijf | Review of the report, preparing schedules, review documents & analysis | 1.50 | $ 240.00 | $ 360.00 |

**Daily Time Entries by Activity Code**
**For This Time Period Only**
**Exhibit 3**

| Category | Date | Name | Time Description | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| Litigation Consulting | 04/24/23 | Joel Glick | Meeting with counsel | 0.50 | $ 535.00 | $ 267.50 |
| Litigation Consulting | 04/24/23 | Joel Glick | Preparation of supplemental expert rebuttal report | 4.50 | $ 535.00 | $ 2,407.50 |
| **Litigation Consulting Total** | | | | **267.90** | $ - | $ 119,644.00 |
| Preparation of Fee Application | 05/01/23 | Joel Glick | Preparation of supplemental expert rebuttal report | 1.80 | $ 535.00 | $ 963.00 |
| **Preparation of Fee Application Total** | | | | **1.80** | $ - | $ 963.00 |
| **Grand Total** | | | | **356.50** | | $ 153,003.00 |

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in these cases as indicated on the attached Electronic Mail Notice List this 28rd day of June 2023.

By: _____

Joel Glick

12

## CERTIFICATION

1.      Berkowitz Pollack Brant Advisors and CPAs (the "Applicant") has designated me as the professional with responsibility in the chapter 11 cases for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida Bankruptcy Cases" (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of costs (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Application and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: None.

Dated: June 28, 2023,

BERKOWITZ POLLACK BRANT

 *Accountant to the Debtor-in-Possession*
200 S. Biscayne Blvd., 7th Floor
Miami, FL 33131
Telephone: (305) 960-1283

By: _____
     *Joel D Glick*
     *jglick@bpbcpa.com*