

**ORDERED in the Southern District of Florida on June 29, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:

AUTO WHOLESALE OF BOCA, LLC,

Case No.: 22-15627-EPK
Chapter: 7

    Debtor.

_____/

## ORDER GRANTING IN PART SHANEANDNINAMT, LLC'S RENEWED MOTION TO COMPEL TURNOVER OF 2018 LAMBORGHINI PERFORMANTE AND TO ABANDON TITLE

THIS MATTER came before the Court on June 28, 2023, upon *ShaneandNinaMT, LLC's Renewed Motion to Compel Turnover of 2018 Lamborghini Performante and to Abandon Title* (the "Motion") [ECF No. 680] to SHANEANDNINAMT, LLC ("Movant"). The Court, having reviewed the record, having heard the presentation of counsel, the Court having further been informed that the Movant has maintained possession of the 2018 Lamborghini Performante, as defined in the Motion (the "Vehicle") and that the Chapter 7 Trustee has never had possession of the Vehicle, having been informed that the Trustee has no objection to turning over the title to the Vehicle (the "Title") as is, to the Movant's counsel, upon abandonment of the Vehicle, and having been otherwise being fully advised, hereby:

In re: AUTO WHOLESALE OF BOCA, LLC
Case No.: 22-15627-EPK
Page 2

ORDERS  as follows:

1.      The Motion [ECF No. 680] is GRANTED IN PART to the extent set forth herein.

2.      That portion of the Motion requesting turnover of the Vehicle is DENIED where the Movant has and has had possession of the Vehicle, and the Trustee has never had possession of the Vehicle.

3.      Michael R. Bakst, Chapter 7 Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, abandons any right, title, or interest of bankruptcy estate in the Vehicle and is directed to tender the Title to the Vehicle, to wit, the 2018 Lamborghini Performante (VIN # ZHWUD4ZF0JLA11207), as is, to the Movant's counsel, Harry Winderman, Esq., forthwith.

4.      Law enforcement and the DHMSV is hereby authorized to issue a new title to Movant.

5.      This Order solely provides for the abandonment of any right, title, or interest of the bankruptcy estate in the Vehicle and a waiver of any interest in the Vehicle by the Debtor.

###

**Submitted by:**
Harry Winderman, Esq.
WEISS, HANDLER & CORNWELL, PA
*Attorneys for ShaneAndNinaMT, LLC*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

*Attorney, HARRY WINDERMAN, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*