

**ORDERED in the Southern District of Florida on June 30, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                   CASE NO.:  22-15627-EPK
                                                         Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**

        **Debtor.**

_____/

## EX-PARTE ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR ORDER ALLOWING THE TRUSTEE TO PAY MONTHLY WAREHOUSE LEASE

THIS MATTER came before the Court in West Palm Beach, Florida, pursuant to *Ex Parte Motion For Order Allowing The Trustee To Pay Monthly Warehouse Lease* [ECF No. __712__]( the "Motion"). The Court, having reviewed the Motion, and having been otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1.      The Motion is granted.

2.    The Trustee is authorized to pay the landlord 5471, LLC, up to the total amount of $10,621.25, with the ability to pay the lesser amount of $2,849.23 based upon the sub-tenant, Excell Auto Sport and Service Inc. paying their share, representing the monthly warehouse rent for 5471 North Dixie Highway Boca Raton, FL 33487.

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523
Email: michael.bakst@gmlaw.com

**[Michael R. Bakst, Esq. is directed to serve copies of this order on the parties listed and file a certificate of service]**