UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                CASE NO.: 22-15627-EPK
                                                      Chapter 7

AUTO WHOLESALE OF BOCA, LLC,

      Debtor.

_____/

## NOTICE OF RULE 2004 EXAMINATION DUCES TECUM
### (Documents Request Only)

Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, by and through undersigned counsel, will examine a **American Express Company, by and through a Records Custodian**, under oath on **July 27, 2023 at 2:00 p.m.**, at the law offices of **Greenspoon Marder, LLP, 525 Okeechobee Boulevard, Suite 900, West Palm Beach, Florida 33401**.

The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time.

**YOU MAY BE EXCUSED FROM APPEARANCE BY PROVIDING COPIES OF THE REQUESTED DOCUMENTATION AND INFORMATION ON THE ATTACHED EXHIBIT "A" PRIOR TO THE SCHEDULED DATE OF THE DEPOSITION.**

**YOU MUST FIRST CONTACT THE ATTORNEY LISTED BELOW FOR ACCEPTANCE OF ANY COSTS IN PROVIDING COPIES BEFORE YOU WILL BE REIMBURSED FOR SAME.**

**PLEASE CONTACT THE TRUSTEE'S COUNSEL'S OFFICE BEFOREHAND TO ADVISE US IF YOU ARE GOING TO HAND DELIVER DOCUMENTS SO THAT WE CAN MAKE ARRANGEMENTS TO ALLOW YOU TO ACCESS THE OFFICE WITH SECURITY.**

The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

1

**IT IS THE DEPONENT'S RESPONSIBILITY TO PROVIDE AND PAY FOR A TRANSLATOR IF ONE IS NEEDED AT THIS DEPOSITION.**

<u>**PRODUCTION OF ELECTRONIC DOCUMENTS**</u>

**PLEASE DO NOT SEND DOCUMENTS BY EMAIL.** We would ask that any electronic documents be produced on a flashdrive or CD in pdf format. Alternatively, you may contact undersigned counsel at least one business day before documents are due for us to send you an invitation to upload documents on a secure network. Due to security concerns, we <u>cannot</u> accept documents through Dropbox or similar services.

All interested parties that plan on attending the examination should contact undersigned counsel's office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Dated:  July 6, 2023**

*/s/ Rilyn Carnahan*
**Michael R. Bakst, Esq.**
**Florida Bar No.:  866377**
**Rilyn A. Carnahan, Esq.**
**Florida Bar No.:  641831**
**Attorneys for the Trustee**
**525 Okeechobee Blvd., Suite 900**
**West Palm Beach FL 33401**
**Telephone: (561) 838-4557**
**Facsimile: (561) 514-4357**

2

54874035

## CERTIFICATE OF SERVICE

I certify that on July 6, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

/s/ *Rilyn A. Carnahan*
Rilyn A. Carnahan

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com,
  efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**    acrane@furrcohen.com,
  rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

3

54874035

- **Patrick R Dorsey**    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

4

54874035

- **Patricia A Redmond**   predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**   rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**   carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**   dmunseth@bclplaw.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**   rwolis@stearnsweaver.com, valfonso@stearnsweaver.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

5

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

**VIA PROCESS SERVER:**
Records Custodian of
American Express Company
c/o CT Corporation System, as Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

6

54874035

**Auto Wholesale of Boca, LLC**                    **EXHIBIT "A"**
**Case No. 22-15627-BKC-EPK**
**United States Bankruptcy Court**
**Southern District of Florida**
**West Palm Beach Division**

**Document Request**

**Auto Wholesale of Boca, LLC, Tax ID No. 46-1035162**


## American Express Company


1) American Express Pertaining to Auto Wholesale of Boca, LLC (Account Number Unknown)
   a) Statements
      i) All statements and account opening documents for the period July 22, 2018 through the earlier of June 2, 2023 or account closure.

2) American Express Pertaining to Auto Wholesale of Boca, LLC Account ending in x7002
   a) Statements
      i) All statements and account opening documents for the period July 22, 2018 through the earlier of June 2, 2023 or account closure.