**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,                                Case No. 22-15627-EPK
                                                                                              Chapter 7

      Debtor.

_____/

### NOTICE OF PARTIES' AGREEMENT REGARDING STORAGE OF SILVER LAMBORGHINI

1.      Upon the Trustee's Expedited Motion for certain relief [ECF 618], on June 13, 2023, the Court granted the Motion in Part to the extent that the Trustee was permitted to abandon the silver 2020 Lamborghini Huracan Evo Spyder, VIN ZHWUT4ZF1LLA14316 ("Silver Lamborghini"). [ECF 689].

2.      The Order further provided that Karma of Palm Beach, LLC ("Karma") was to retain possession of the Silver Lamborghini pending further Court order.  [ECF 689]

3.      Thereafter, counsel for Karma and counsel for Benidt Investments/Slinger, LLC ("Benidt") met (telephonically) to schedule the transfer of the Silver Lamborghini to Karma. During the conversation, counsel for Karma suggested that Karma may not have the requisite insurance to insure the Silver Lamborghini.

4.      Thus, in order to avoid a lapse of insurance for the Silver Lamborghini, the Parties have engaged in extensive settlement discussions regarding the final resolution of the transfer, possession, and ownership of the Silver Lamborghini, back to Benidt.

5.      Those settlement negotiations continued, and drafts of settlement agreements exchanged.  In fact, two of the Parties (FVP and Karma) have indicated that they will accept the proposed settlement agreements circulated, and Benidt is merely awaiting signatures on those

1

agreements. Notwithstanding the near culmination of settlement discussions, on Friday, July 14, 2023, the Trustee informed Benidt that the Silver Lamborghini had to be removed from storage by no later than July 17, 2023.

6. Thus, on Friday, July 14, 2023, Benidt procured the transfer and a third-party storage facility in which the Silver Lamborghini can be stored with the required insurance. In order to remove the Silver Lamborghini by July 17, 2023 per the Trustee's direction, Benidt procured this arrangement to avoid a lapse of insurance on the Silver Lamborghini.

7. The Silver Lamborghini will be stored at Motorcar Gallery, 407 North Federal Highway, Ft. Lauderdale, Florida, 33301, at Benidt's expense while the Parties attempt to complete their settlement negotiations.

8. Counsel for Benidt contacted all the Parties with a claimed interest in the Silver Lamborghini, including Karma, FVP Opportunity Fund III, LP, FVP Investments LLC, FVP Servicing, LLC (the "FVP Parties"), Hi Bar Capital, LLC ("Hi Bar"), and Franklin Capital Funding, LLC ("Franklin Capital"), regarding the intent to store the Silver Lamborghini at Motorcar Gallery instead of Karma. Karma, the FVP Parties, and Franklin Capital consent to this arrangement. Counsel for Benidt continues to confer with Hi Bar concerning its consent to the arrangement.

Dated: July 17, 2023.  Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, Florida 33301
Phone: 954.462.9553
E-mail: mharwin@stearnsweaver.com
Secondary Email: mhernandez@stearnsweaver.com

By: */s/ Michael J. Harwin*
MICHAEL J. HARWIN

2

Florida Bar No. 1018578

*Counsel for Plaintiff, Benidt Investments/Slinger, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Michael J. Harwin*
MICHAEL J. HARWIN

<u>**SERVICE LIST**</u>
**Case No.: 22-15627-EPK**
**United States Bankruptcy Court, Southern District of Florida**

(a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Marc E Brandes    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- John M Brennan    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- Jerrell A Breslin    jb@jsjb.law, eservice@jsjb.law
- Melissa A. Campbell    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    jay@farrowlawfirm.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jonathan S. Feldman    feldman@katiephang.com, service@katiephang.com
- Scott C Gherman    sgherman@scottghermanpa.com
- Daniel Gielchinsky    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- Travis A Harvey    tharvey@butler.legal
- Michael J. Harwin    mharwin@stearnsweaver.com
- Michael S Hoffman    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

4

- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Philip J Landau    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Michael D Lessne    michael@lessne.law
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Cory Mauro    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Patricia A Redmond    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- Ryan C Reinert    rreinert@shutts.com, jheard@shutts.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Carlos E. Sardi    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Christian Somodevilla    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- David M Unseth    dmunseth@bclplaw.com

5

- Harry Winderman    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Ryan Mitchell Wolis    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

(b)  The following parties were served via First Class Mail

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

7

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

#11864162 v1