**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Case Number:** 22-15627 EPK
**Case Name:** AUTO WHOLESALE OF BOCA LLC

**Period Ending:** 06/30/23

**Trustee:** Michael R. Bakst, Trustee
**Filed (f) or Converted (c):** 05/01/23 (c)
**§341(a) Meeting Date:** 06/08/23
**Claims Bar Date:** 07/10/23

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK UNITED CHECKING ACCOUNT 7432 | 216,231.85 | 216,231.85 | | 0.00 | 216,231.85 |
| 2 | SYNOVUS BANK CHECKING ACCOUNT 5805 | 9,900.00 | 9,900.00 | | 0.00 | 9,900.00 |
| 3 | TD BANK CHECKING ACCOUNT 8886 | 6,652.47 | 6,652.47 | | 0.00 | 6,652.47 |
| 4 | 5471, LLCSECURITY DEPOSIT | 21,289.29 | 21,289.29 | | 0.00 | 21,289.29 |
| 5 | 5471, LLC -WAREHOUSE LEASE | 1.00 | 1.00 | | 0.00 | 1.00 |
| 6 | SC&J II, LLC -OFFICE LEASE | 1.00 | 1.00 | | 0.00 | 1.00 |
| 7 | ROYAL PREMIUM BUDGET, INC. | 4,365.81 | 4,365.81 | | 0.00 | 4,365.81 |
| 8 | STONEMARK ROYAL PREMIUM BUDGET INC. | 7,811.54 | 7,811.54 | | 0.00 | 7,811.54 |
| 9 | ACCOUNTS RECEIVABLE 11A. 90 DAYS OLD OR LESS<br>Auto Wholesale of Boca, LLC, Case No. 22-15627-EPK | Unknown | Unknown | | 0.00 | Unknown |
| 10 | OTHER INVENTORY OR SUPPLIES | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | OFFICE FURNITURE<br>FUNITURE $9,400.00 | 9,400.00 | 9,400.00 | | 0.00 | 9,400.00 |
| 12 | FIXTURES $9,300.00 | 9,300.00 | 9,300.00 | | 0.00 | 9,300.00 |
| 13 | COMPUTER, SOFTWARE AND EQUIPMENT | 9,300.00 | 9,300.00 | | 0.00 | 9,300.00 |
| 14 | 2017 FERRARI F12 BERLINETTA VIN NO. 1036<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 244,600.00 | 244,600.00 | | 0.00 | 244,600.00 |
| 15 | 2019 ASTON MARTIN DB11 VOLANTE VIN NO. 7671<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 150,000.00 | 90,500.00 | | 0.00 | 90,500.00 |
| 16 | 2020 LAMBORGHINI URUS VIN NO. 6529 | 185,000.00 | 185,000.00 | | 0.00 | 185,000.00 |
| 17 | 2020 MERCEDES G63VIN NO. 6462<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 175,000.00 | 142,500.00 | | 0.00 | 142,500.00 |
| 18 | 2019 BMW X7 VIN NO. 9222<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 57,100.00 | 54,000.00 | | 0.00 | 54,000.00 |
| 19 | 2019 GMC YUKON VIN NO. 4378<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 100.00 | 44,300.00 | | 0.00 | 44,300.00 |
| 20 | 2018 MCLAREN 720S VIN NO. 0506 | 180,000.00 | 180,000.00 | | 0.00 | 180,000.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | 2021 MERCEDES G WAGON VIN NO. 0328<br>PAY'T PER C.O. DATED 5-1-2023--ECF#583 | 175,000.00 | 70,000.00 | | 70,000.00 | FA |
| 22 | 2020 MERCEDES G63 VIN NO. 2080<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 175,000.00 | 175,000.00 | | 0.00 | 175,000.00 |
| 23 | 2008 PORSCHE 911 VIN NO. 3176<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 37,800.00 | 70,000.00 | | 0.00 | 70,000.00 |
| 24 | 2020 MCLAREN 720S VIN NO. 4229<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 273,000.00 | 240,000.00 | | 0.00 | 240,000.00 |
| 25 | 2019 LAMBORGHINI URUS VIN NO. 1961<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 100.00 | 160,000.00 | | 0.00 | 160,000.00 |
| 26 | 2020 FERRARI 812 SUPERFAST VIN NO. 4963<br>THE TRUSTEE BELIEVES THE VIN NUMBERS WERE<br>JUXTAPOSED BUT IS INVESTGATING. | 434,500.00 | 434,500.00 | | 0.00 | 434,500.00 |
| 27 | 2018 CADILLAC ESCALADE VIN NO. 1612<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 32,500.00 | 42,900.00 | | 0.00 | 42,900.00 |
| 28 | 2013 FERRARI 458 ITALIA VIN NO. 1526<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 191,000.00 | 195,000.00 | | 0.00 | 195,000.00 |
| 29 | 2021 JEEP GLADIATOR VIN NO. 1540<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 39,500.00 | 91,000.00 | | 0.00 | 91,000.00 |
| 30 | 2020 LAMBORGHINI HURACAN VIN NO. 4316<br>THIS ASSET IS ABANDONED BY THE TRUSTEE PER C.O<br>DATED 6-16-2023--ECF#694 | 271,000.00 | 0.00 | OA | 0.00 | FA |
| 31 | 2019 MCLAREN 720S VIN NO. 3714<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 260,000.00 | 220,000.00 | | 0.00 | 220,000.00 |
| 32 | 2020 MERCEDES G CLASS VIN NO. 4940<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 175,000.00 | 157,500.00 | | 0.00 | 157,500.00 |
| 33 | BATTERY CHARGERS | 200.00 | 200.00 | | 0.00 | 200.00 |
| 34 | 5471, LLC 5471 NORTH DIXIE HIGHWAY BOCA RATON, FL<br>33487: COMMERCIAL LEASE<br>REFER TO ASSET #5 AND ASSET #52 | Unknown | Unknown | | 0.00 | Unknown |
| 35 | SC&J II, LLC 6560 WEST ROGERS CIRCLE, SUITE 27, BOCA<br>RATON, FL  33487: COMMERCIAL LEASE<br>REFER TO ASSET #6 | Unknown | Unknown | | 0.00 | Unknown |
| 36 | CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER<br>OR NOT A LAWSUIT<br>HAS BEEN FILED)<br>LEGAL AND EQUITABLE CLAIMS REMEDIES AGAINST:<br>ED BROWN, ABBY LIPPMAN, DEREK STEPHENS, FRANK<br>EVANS, SCOTT ZANKL, KRISTEN ZANKL, KARMA OF PALM<br>BEACH, INC., KARMA OF BROWARD, INC., EXCEL AUTO<br>GROUP,<br>LLC, LUXURY LEASE COMPANY, FVP OPPORTUNITY<br>FUND III,<br>FVP SERVICING, LLC AND HI BAR CAPITAL, LLC.<br>UNKNOWN<br>NATURE OF CLAIM LEGAL AND EQUITABLE CLAIMS<br>REMEDIES | Unknown | Unknown | | 0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| # | Description | | | | |
|---|---|---|---|---|---|
| | AMOUNT REQUESTED $0.00 | | | | |
| 37 | TRUST ACCOUNT FUNDS AT JAY FARROW, P.A. (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 129,000.00 | 129,000.00 | | 0.00 | 129,000.00 |
| 38 | FVP OPPORTUNITY FUND III, LP ET AL V. AUTO WHOLESALE OF BOCA, LLCCOURT REGISTRY FOR RR GHOST RETURN. (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 53,000.00 | 53,000.00 | | 0.00 | 53,000.00 |
| 39 | LICENSES, FRANCHISES, AND ROYALTIES: STATE OF FLORIDA MOTOR VEHICLE LICENSE (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | 1.00 | | 0.00 | 1.00 |
| 40 | DEPARTMENT OF FINANCE MOTOR VEHICLE RETAIL INSTALLMENT, SELLER LICENSE  (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | 1.00 | | 0.00 | 1.00 |
| 41 | NOTES RECEIVABLE:  AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2018 MERCEDES METRIS VIN X6588 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | Unknown | | 0.00 | Unknown |
| 42 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2021 ROLLS ROYCE CULLINAN VIN X4097 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | Unknown | | 0.00 | Unknown |
| 43 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2016 FORD RHINO VIN X8666 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>REFER TO ASSET #61 | 1.00 | Unknown | | 0.00 | Unknown |
| 44 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2021 LAMBORGHINI URUS VIN X2270 (u)<br>ORDER GRANTING ABANDONMENT FILED 5-23-2023--ECF#663<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | 0.00 | OA | 0.00 | FA |
| 45 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2012 LAMBORGHINI AVENTADOR VIN X0244 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | Unknown | | 0.00 | Unknown |
| 46 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2018 MCLAREN 720S VIN X1804 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>REFER TO ASSET #60 | 1.00 | Unknown | | 0.00 | Unknown |
| 47 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2021 FERRARI 812 VIN X1176 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | Unknown | | 0.00 | Unknown |
| 48 | NOTES RECEIVABLE:  AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2019 FERRARI 488 PISTA VIN X5966 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | Unknown | | 0.00 | Unknown |
| 49 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2018 LAMBORGHINI HURACAN VIN X1207 (u) | 1.00 | Unknown | | 0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| | | | | | | |
|---|---|---|---|---|---|---|
| | AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | | | | | |
| 50 | NOTES RECEIVABLE:  AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2017 LAMBORGHINI HURACAN VIN X8121 (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 REFER TO ASSET #59 | 1.00 | Unknown | | 0.00 | Unknown |
| 51 | KURKIN FOREHAND BRANDES LLP UNKNOWNNATURE OF CLAIM LEGAL CLAIMAMOUNT REQUESTED $0.00 (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | Unknown | Unknown | | 0.00 | Unknown |
| 52 | RENT FOR  5471 NORTH DIXIE HIGHWAY BOCA RATON, FL 33487 COMMERCIAL LEASE REFER TO ASSET #5 & ASSET #34 | 0.00 | N/A | | 9,874.70 | Unknown |
| 53 | TD BANK DIP ACCOUNT ENDING 3533 (u) TURNOVER OF FUNDS FROM TD BANK DIP ACCOUNT ENDING 3533 | 108,664.74 | 108,664.74 | | 108,664.74 | FA |
| 54 | NOTES RECEIVABLE: 2019 LAMBORGHINI URUS VIN X3750 (u) | 111,191.10 | 111,191.10 | | 5,054.00 | 106,137.10 |
| 55 | 2018 MCCLAREN CV VIN SBM14DCA9JW000606 (u) NOTICE OF SALE FILED ON 6-26-2023--ECF#703 | 195,000.00 | 195,000.00 | | 0.00 | 195,000.00 |
| 56 | 2021 LAMBORGHINI URUS VIN#: ZPBUA1ZL1MLA12270 (u) ABANDONED PER C.O. DATED 5-23-23--ECF#663 | 0.00 | 0.00 | OA | 0.00 | FA |
| 57 | SILVER 2020 LAMBORGHINI HURACAN EVO SPYDER VIN#: ZHWUT4ZF1LLA14316 (u) ABANDONED PER C.O. DATED 6-13-23--ECF#689 | 0.00 | 0.00 | OA | 0.00 | FA |
| 58 | 2018 LAMBORGHINI PERFORMANTE VIN#: ZHWUD4ZF0JLA11207 (u) ABANDONED PER C.O. DATED 6-29-23--ECF#708 | 0.00 | 0.00 | OA | 0.00 | FA |
| 59 | 2017 LAMBORGHINI HURACAN VIN X8121 (u) NOTICE OF SALE FILED ON 6-26-2023--ECF#703 REFER TO ASSET #50 | 197,500.00 | 197,500.00 | | 0.00 | 197,500.00 |
| 60 | 2018 MCLAREN 720S VIN X1804 (u) JOINT MOTION TO CLARIFY AND RECONSIDER IN PART ORDER GRANTING EXPEDITED MOTION TO AUTHORIZE SALE FILED ON 6-30-2023--ECF#711 REFER TO ASSET #46 | 195,000.00 | 195,000.00 | | 0.00 | 195,000.00 |
| 61 | 2016 FORD RHINO VIN X8666 (u) NOTICE OF SALE FILED ON 6-26-2023--ECF#703 REFER TO ASSET #43 | 95,500.00 | 95,500.00 | | 0.00 | 95,500.00 |
| **TOTALS** (Excluding Unknown Values) | | **$4,435,520.80** | **$4,176,110.80** | | **$193,593.44** | **$3,992,392.06** |

**Major activities affecting case closing:**
CBD: 7-10-2023

TAX RETURN STATUS: SONEET R. KAPILA, CPA AND KAPILAMUKAMAL AS ACCOUNTANTS EFFECTIVE AS OF  MAY 2, 2023--ECF#608

CASE STATUS: THIS CASE WAS CONVERTED TO A CHAPTER 7 ON MAY 1, 2023. THE TRUSTEE WAS APPPOINTED AS CHAPTER 7 TRUSTEE ON MAY 2, 2023.

PER COURT ORDER DATED MAY 15, 2023, THE TRUSTEE EMPLOYED AUCTION AMERICA, INC [ECF#634] TO CONDUCT AN AUCTION OF THE VEHICLES. THE TRUSTEE'S NOTICE OF SALE WAS FILED ON JUNE 26, 2023 [ECF#703] AND WILL BE CONDUCTED BEGINNING JULY 3, 2023 AND ENDING JULY 18, 2023. THE TRUSTEE IS STILL IN HIS BEGINNING STAGES OF

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

REVIEW AND WILL HAVE A BETTER UPDATE AFTER THE SALE DATE.

ASSET #4: THE TRUSTEE RECEIVED THE SECURITY DEPOSIT IN THE AMOUNT OF $21,289.29 AND IS HOLDING IT IN A SEPARATE BANK ACCOUNT, WITH BANK FEES EXEMPT, UNTIL AFTER THE SALE AND REMOVAL OF ALL OF THE VEHICLES AT WHICH TIME THE TRUSTEE WILL ASSUME AND ASSIGN THE WAREHOUSE LEASE IN EXCHANGE FOR PAYMENT OF THE SECURITY DEPOSIT [ECF#652]. ASSIGNEE HAS ALREADY PAID THE $21,289.29 AND THE TRUSTEE IS HOLDING IT PENDING COURT APPROVAL OF THE ASSUMPTION AND ASSIGNMENT.

**Initial Projected Date of Final Report (TFR):**  December 31, 2026          **Current Projected Date of Final Report (TFR):**  December 31, 2026

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | | Trustee: | Michael R. Bakst, Trustee |
| Case Name: | AUTO WHOLESALE OF BOCA LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period: | 07/01/22 - 06/30/23 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/05/23 | Asset #21 | Omar Periu | PAY'T PER C.O. DATED 5-1-2023--ECF#583 [2021 Mercedes Benz AMG G 63 (VIN # W1NYC7HJ0MX390328)] | 1129-000 | 70,000.00 | | 70,000.00 |
| 05/05/23 | Asset #53 | Auto Wholesale of Boca, LLC | TURNOVER OF FUNDS FROM TD BANK DIP ACCT ENDING 3533 | 1290-000 | 108,664.74 | | 178,664.74 |
| 05/10/23 | Asset #52 | Excel Auto Sport and Service Inc. | MAY 2023 RENT FOR 5471 NORTH DIXIE HIGHWAY BOCA RATON, FL 33487 | 1122-000 | 9,874.70 | | 188,539.44 |
| 05/11/23 | 1001 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 5-9-23--ECF#615 [ACCT#: 1080-2016988] | 2990-000 | | 1,104.05 | 187,435.39 |
| 05/12/23 | Asset #54 | KAVOD REAL ESTATE LLC | MAY 2023 PAY'T FOR 2019 LAMBO URUS - VIN #: ZPBUA1ZL7KLA03750 - FINANCED | 1221-000 | 5,054.00 | | 192,489.39 |
| 05/22/23 | 1002 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 1 - ACCT #: 98995-93363] | 2990-000 | | 293.28 | 192,196.11 |
| 05/22/23 | 1003 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 2 - ACCT #: 42707-23275] | 2990-000 | | 72.26 | 192,123.85 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.61 | 191,874.24 |
| 06/12/23 | Asset #54 | KAVOD REAL ESTATE LLC | JUNE 2023 PAY'T FOR 2019 LAMBO URUS - VIN #: ZPBUA1ZL7KLA03750 - FINANCED | 1221-000 | 5,054.00 | | 196,928.24 |
| 06/15/23 | Asset #54 | KAVOD REAL ESTATE LLC | NSF - Deposit #1005 - JUNE 2023 PAY'T FOR 2019 LAMBO URUS - VIN #: ZPBUA1ZL7KLA03750 - FINANCED | 1221-000 | -5,054.00 | | 191,874.24 |
| 06/15/23 | | Flagstar Bank, N.A. | Bank fee | 2600-000 | | 10.00 | 191,864.24 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 22-15627 EPK | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period: | 07/01/22 - 06/30/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/16/23 | | Flagstar Bank, N.A. | Refund - Bank fee | 2600-000 | | -10.00 | 191,874.24 |
| 06/20/23 | 1004 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 5-9-23--ECF#615 [ACCT#: 1080-2016988] | 2990-000 | | 1,104.05 | 190,770.19 |
| 06/20/23 | 1005 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 6-20-23--ECF#697 [ACCT#: 1080-2055739] | 2990-000 | | 3,662.89 | 187,107.30 |
| 06/20/23 | 1006 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 1 - ACCT #: 98995-93363] | 2990-000 | | 278.86 | 186,828.44 |
| 06/20/23 | 1007 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 2 - ACCT #: 42707-23275] | 2990-000 | | 70.16 | 186,758.28 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 321.39 | 186,436.89 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 193,593.44 | 7,156.55 | **$186,436.89** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 193,593.44 | 7,156.55 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$193,593.44** | **$7,156.55** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| | |
|---|---|
| **Case Number:** | 22-15627 EPK |
| **Case Name:** | AUTO WHOLESALE OF BOCA LLC |
| **Taxpayer ID#:** | ******5162 |
| **Period:** | 07/01/22 - 06/30/23 |

| | |
|---|---|
| **Trustee:** | Michael R. Bakst, Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******4638 - Checking |
| **Blanket Bond:** | $46,061,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | | |
|---|---|---|
| Net Receipts: | $193,593.44 |
| Net Estate: | $193,593.44 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4638** | 0.00 | 0.00 | 0.00 |
| **Checking # ******9588** | 193,593.44 | 7,156.55 | 186,436.89 |
| | **$193,593.44** | **$7,156.55** | **$186,436.89** |