**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                    CASE NO.:  22-15627-EPK
                                                                               Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

**TRUSTEE'S EXPEDITED MOTION TO APPROVE SALE AFTER**
**AUCTION OF 2016 USSV FORD RHINO**

**(Expedited Hearing Requested)**

**Reason for Request for Expedited Hearing**

The Trustee requests an expedited hearing on this Motion, on or before **July 27, 2023**, because the Trustee has learned of an individual that claims an interest in this Vehicle and should get notice of the sale of the vehicle.  As a result, the Trustee continues to store this Vehicle after the auction at the estate's leased premises so that this Motion may be heard, and if successful, the Vehicle conveyed to the purchaser from the auction and removed.  The Trustee has paid the rent at the premises where the Vehicle is stored through the end of July, 2023, and hopes to avoid paying rent for August, if possible.

Michael R. Bakst, Trustee (the "Trustee") in Bankruptcy for the estate ("Estate") of Auto Wholesale of Boca, LLC  (the "Debtor" or "AWB"), by and through undersigned counsel, seeks the entry of an order approving his sale at auction of a 2016 Ford Rhino VIN 1FDUF4HT8GEB18666 (the "Motion"). In support of the Motion, the Trustee respectfully represents as follows:

1.      This bankruptcy proceeding was commenced on July 22, 2022 (the "Petition Date") pursuant to the filing of a voluntary petition under subchapter V of chapter 11 of the Bankruptcy Code by the Debtor, Auto Wholesale of Boca, LLC [ECF No. 1] (the "Petition").  Prior to the

Petition Date, and prior to the conversion of this case, the Debtor was a licensed automobile dealer under Florida Law, and maintained two separate premises – one being the main office and the other being a warehouse facility located at 5471 N. Dixie Hwy, Boca Raton, Florida 33487.

2.    The Debtor's Amended Schedule A/B lists at question 71, "Automobile Titles for missing autos of Debtor.  2016 Ford Rhino, VIN X8666" (the "Rhino"), indicating that the Debtor has possession of a title in the Debtor's name for the Rhino, but did not have the vehicle itself as of the Petition Date.  The title was issue in the Debtor's name on March 31, 2022.

3.    On April 28, 2023, the Debtor filed a *Notice of Recovery of Property of Estate and Request for Reimbursement* (the "Reimbursement Motion") [ECF No. 579].  In the Reimbursement Motion the Debtor states that on or about March 28, 2023, the Debtor was contacted via certified mail by a towing company (the "Towing Company") in North Las Vegas, Nevada, and advised that the Rhino was in their possession in a secured storage lot, and that failure to retrieve the Rhino and remit the storage and other expenses to the Towing Company within 15 days of the letter would result in the Rhino being sold at auction at 10:00 a.m. on May 10, 2023.

4.    Accordingly, the Reimbursement Motion states that the Debtor's principal flew to Las Vegas and incurred expenses to retrieve the Rhino.

5.    On May 1, 2023, the Court converted the case to one under chapter 7 [ECF No. 584].

6.    Michael R. Bakst is the duly appointed and acting Chapter 7 Trustee.

7.    As of the date of the Trustee's appointment, the Debtor had possession of, and turned over to the Trustee, 17 vehicles (the "Vehicles"), including the Rhino.

8.    On May 9, 2023, the Trustee filed his *Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens,*

*Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for giving Notice to Creditors and Other Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the Event the Court Finds the Estate has no Interest or Equity in the Vehicles; or (G) if this Court Does not Permit the Trustee's Sale of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* (the "Sale Motion") [ECF No. 618][1], seeking authority to sell the Vehicles, including the Rhino, free and clear of liens, claims, encumbrances, and interests.

9.      On June 16, 2023, the Court entered the *Order Granting in Part Expedited Motion to Authorize Sale* (the "Sale Order") [ECF No. 694], providing in relevant part for the Trustee to sell the Vehicles, including the Rhino, with the auction to conclude on July 18, 2023 at 6:00 p.m.

10.     Shortly before the conclusion of the Trustee's auction, the Trustee was contacted by Anthony Burnham, who claims to have purchased the Rhino from Karma in or about February or March 2022.  Apparently, Mr. Burnham asserts that Karma never gave him the title to the Rhino in over a year.

11.     In or about March, 2023, the Rhino was crashed in Las Vegas *and abandoned*, at which time it was towed and impounded by the Towing Company, who contacted the Debtor as the owner of the Rhino.

---

[1] All capitalized terms shall have the same meaning ascribed to them in the Sale Motion, unless otherwise defined herein.

12.     Nevertheless, the Trustee has both the Rhino and its title, and sold the Rhino at the auction for $95,500.00 to Gustavo Luzbet, *subject to this Court's approval of such sale* in light of the Trustee's discovery of these facts, so that the Trustee may provide notice of the sale to Mr. Burnham and an opportunity to object.

13.     The Trustee has served this Motion, the Sale Motion, and the Sale Order on Mr. Burnham.

WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Trustee's sale at his auction of the Rhino pursuant to the terms and conditions of the Sale Motion and Sale Order, and granting any other or further relief that this Court deems just and proper.

Dated:  July 21, 2023                                    GREENSPOON MARDER, LLP

/s/ *Rilyn A. Carnahan, Esq.*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar Number: 614831
Attorneys for the Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T:  (561) 838-4557
F:  (561) 514-3457
Email: rilyn.carnahan@gmlaw.com

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated on the Manual Service List below.

/s/ *Rilyn A. Carnahan*
Rilyn Carnahan

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com

- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

Anthony Burnham
24204 Calvert Street
Woodland Hills, CA 91367

anthonyburnham69@gmail.com

Gustavo Luzbet
GCL
4628 Vernon Blvd.
Long Island City, NY  11101

nycdux@icloud.com