**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                              CASE NO.:  22-15627-EPK
                                                                          Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

              **Debtor.**

_____/

**TRUSTEE'S EXPEDITED MOTION (I) TO APPROVE SALE OF 2019 LAMBORGHINI**
**URUS, AND (II) TO COMPEL ENDORSEMENTAND TURNOVER OF TITLE**
**TO 2019 LAMBORGHINI URUS FROM C&K AUTO IMPORTS, INC.**
**AND/OR C&K AUTO IMPORTS SOUTH, INC. PURSUANT TO 11 U.S.C. §542(a)**

**(Expedited Hearing Requested)**

**Reason for Request for Expedited Hearing**

The Trustee requests an expedited hearing on this Motion, on or before **July 27, 2023**, because, given the circumstances surrounding this Vehicle, the Trustee was forced to file this Motion in order to obtain title so that he can convey it to the purchaser from the auction. Accordingly, the Trustee is currently unable to transfer this Vehicle to the purchaser unless and until this Motion is granted. As a result, the Trustee continues to store this Vehicle after the auction at the estate's leased premises so that this Motion may be heard, and if successful, the Vehicle conveyed to the purchaser from the auction and removed. The Trustee has paid the rent at the premises where the Vehicle is stored through the end of July, 2023, and hopes to avoid paying rent for August, if possible.

Michael R. Bakst, Trustee (the "Trustee") in Bankruptcy for the estate ("Estate") of Auto Wholesale of Boca, LLC (the "Debtor" or "AWB"), by and through undersigned counsel, seeks the entry of an order (1) approving his sale at auction of a 2019 Lamborghini Urus VIN ZPBUA1ZLXKLA01961, and (2) compelling C&K Auto Imports, Inc., and/or C&K Auto Imports South, Inc. (collectively, "C&K") to endorse and turn over the title to the 2019

Lamborghini Urus VIN ZPBUA1ZLXKLA01961 pursuant to 11 U.S.C. 542(a) (the "Motion").

In support of the Motion, the Trustee respectfully represents as follows:

1.     This bankruptcy proceeding was commenced on July 22, 2022 (the "Petition Date") pursuant to the filing of a voluntary petition under subchapter V of chapter 11 of the Bankruptcy Code by the Debtor, Auto Wholesale of Boca, LLC [ECF No. 1] (the "Petition").  Prior to the Petition Date, and prior to the conversion of this case, the Debtor was a licensed automobile dealer under Florida Law, and maintained two separate premises – one being the main office and the other being a warehouse facility located at 5471 N. Dixie Hwy, Boca Raton, Florida 33487.

2.     The Debtor's Amended Schedule A/B lists (1) at question 47.12, a 2019 Lamborghini Urus, VIN 1961 (the "Urus").

3.     On May 1, 2023, the Court converted the case to one under chapter 7 [ECF No. 584].

4.     Michael R. Bakst is the duly appointed and acting Chapter 7 Trustee.

5.     As of the date of the Trustee's appointment, the Debtor had possession of, and turned over to the Trustee, 17 vehicles (the "Vehicles"), including the Urus.

6.     On May 9, 2023, the Trustee filed his *Expedited Motion for Entry of an Order: (A) Authorizing the Sale by Auction of all Vehicles in the Estate's Possession, Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. §§363(b) and 363(f)(4); (B) Approving Online Auction, Bidding Procedures, and Sale Process; (C) Approving Form and Manner of Notices; (D) Approving the Trustee's Retention of Auction America, Inc., as Auctioneer; (E) Shortening the Notice Period Required for giving Notice to Creditors and Other Parties in Interest of a Sale of Property; (F) Approving of a Minimum Amount to be Received by the Estate Consisting of a Surcharge to the Estate Pursuant to 11 U.S.C. §506(c), in the Event the Court Finds the Estate*

*has no Interest or Equity in the Vehicles; or (G) if this Court Does not Permit the Trustee's Sale of the Vehicles, Permitting the Immediate Abandonment of the Vehicles and Rejection of the Warehouse Lease; and (H) Granting Related Relief* (the "Sale Motion") [ECF No. 618][1], seeking authority to sell the Vehicles, including the Urus, free and clear of liens, claims, encumbrances, and interests.

7.      On June 16, 2023, the Court entered the *Order Granting in Part Expedited Motion to Authorize Sale* (the "Sale Order") [ECF No. 694], providing in relevant part for the Trustee to sell the Vehicles, including the Urus, with the auction to conclude on July 18, 2023 at 6:00 p.m.

8.      Shortly before the conclusion of the Trustee's auction of the Vehicles, the Trustee's auctioneer advised the Trustee that he did not have a paper title to the Urus.  The Trustee has since learned that originally Karma Palm Beach obtained title to the Urus from its prior owner, Tavere St. Michael Johnson (see copy of front and back of title (the "Title") attached hereto as Exhibit "1").

9.      Later, as shown on the Title, the Urus was apparently sold by Karma Palm Beach to C&K Auto Imports, Inc., on or around December 2, 2021, and then sold again by C&K Auto Imports South to H Greg Nissan Delray, which sold it back to C&K Auto Imports, which appears to have returned the Urus to Karma Palm Beach.

10.     Subsequently, allegedly in or about March 2022, Karma Palm Beach issued a purchase order for the Urus to the Debtor for $238,000.00, which the Debtor allegedly paid through a wire and a check, pursuant to which the Debtor obtained the Urus on or about April 6, 2022.

---

[1] All capitalized terms shall have the same meaning ascribed to them in the Sale Motion, unless otherwise defined herein.

11.     As of the date of this Motion, the Trustee is advised by counsel to Moshe Farache that the title to the Urus is being held by C&K Auto Imports South as the result of "issues between Zankl and C&K with regard to the car and title," as relayed by "Joshua of C&K".

12.     As between the Debtor, Karma Palm Beach, and C&K, the Debtor has a superior right to the Urus, and certainly has possession, where C&K has apparently abandoned the Urus. Clearly C&K did not want the Urus and gave it back to Karma Palm Beach, whereby it was then sold to the Debtor.

13.     The Trustee has sold the Urus at the auction for $160,000.00 to Jacobs Auto Enterprise, Inc., *subject to this Court's approval of such sale* in light of the Trustee's discovery of these facts, so that the Trustee may provide notice of the sale to C&K and seek the turnover of the title to allow him to convey title to the purchaser at the auction.

WHEREFORE, the Trustee respectfully requests that the Court enter an order approving the Trustee's sale at his auction of the Urus pursuant to the terms and conditions of the Sale Motion and Sale Order, and compelling C&K to endorse and turn over the title to the Urus to the Trustee pursuant to 11 U.S.C. §542(a), and granting any other or further relief that this Court deems just and proper.

Dated:  July 21, 2023                    GREENSPOON MARDER, LLP

/s/ *Rilyn A. Carnahan, Esq.*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar Number: 614831
Attorneys for the Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T:  (561) 838-4557
F:  (561) 514-3457
Email: rilyn.carnahan@gmlaw.com

## CERTIFICATE OF SERVICE

I certify that on July 21, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated on the Manual Service List below.

/s/ *Rilyn A. Carnahan*
Rilyn Carnahan

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**   efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**   jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com
- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**   mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**   rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**   pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com,
  hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@
  ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffic
  e.com
- **Amanda Klopp**    amanda.klopp@akerman.com,
  jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai
  l.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution
  s.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lta
  nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdriv
  e.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;m
  fernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor

Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487


**Steven William Wells**
229 Warner Road
Lancaster, NY 14086


C&K Auto Imports, Inc.
1210 SW Andrews Avenue
Pompano Beach, FL  33069

C&K Auto Imports South, Inc.
1210 SW Andrews Avenue
Pompano Beach, FL 33069

C&K Auto Imports, Inc.
c/o Doron Sauer, Registered Agent
5-27 4th Street
Fair Lawn, FL  07410

C&K Auto Imports South, Inc.
c/o Doron Sauer, Registered Agent
5-27 4th Street
Fair Lawn, FL  07410

C&K Auto Imports South, Inc.
c/o Joshua Sauer
460 NE 26th Terr
Boca Raton, FL  33431

C&K Auto Imports, Inc.
c/o Joshua Sauer
460 NE 26th Terr
Boca Raton, FL  33431


Daniel Jacobs
Auto Enterprise
6901 US Highway 19
New Port Richey, FL  34698


dman9669@aol.com

# EXHIBIT "1"

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32318-0500

T# 1576842533
B# 2752695

**LIEN SATISFACTION**

**STATE OF FLORIDA**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZPBUA1ZLXKLA01961 | 2019 | LAMO | UT | 4844 | | 133247667 |

Date of Issue   09/02/2020

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner:
TAVERE ST MICHEAL JOHNSON
10940 MOORE DRIVE
PARKLAND, FL 33076

Mail To:
TAVERE ST MICHEAL JOHNSON
10940 MOORE DRIVE
PARKLAND, FL 33076

IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

**CERTIFICATE OF TITLE**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Reg's. No. | Title Number |
|---|---|---|---|---|---|---|
| ZPBUA1ZLXKLA01961 | 2019 | LAMO | UT | 4844 | | 133247667 |

Lien Release
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLU | | | | PRIVATE | 09/02/2020 |

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 13,638 MILES 06/30/2020 ACTUAL | | | | 09/02/2020 |

Registered Owner
TAVERE ST MICHEAL JOHNSON
10940 MOORE DRIVE
PARKLAND, FL 33076

1st Lienholder
ELECTRONIC TITLE PRIOR TO 12/23/2021

DIVISION OF MOTORIST SERVICES    TALLAHASSEE    FLORIDA    DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Director

Control Number   154443723

Terry L. Rhodes
Executive Director

10 /8   154443723

TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Karma Palm Beach   Address: 1001 Clint Moore Rd #103, Boca Raton, FL 33487

Seller Must Enter Selling Price: _____

Seller Must Enter Date Sold: 12-2-21

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads 1 5 7 7 8 ☒ (no tenths) miles, date read 12-2-21 and I hereby certify that to the best of my knowledge the odometer reading:
☒ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: Tavere St Michael Johnson POA
Print Here: Tavere St Michael Johnson

CO-SELLER Must Sign Here: _____
Print Here: _____

Selling Dealer's License Number: _____   Tax No.: _____   Tax Collected: _____

Auction Name: _____   License Number: _____

PURCHASER Must Sign Here: Karma Palm Beach
Print Here: Alana Bailey

CO-PURCHASER Must Sign Here: _____
Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/15)    STATE OF FLORIDA

VOID IF ALTERED

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620
Notice of Sale of Motor Vehicle, Mobile Home or Vessel

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.

I have this _____ day of _____, _____, transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____   Purchaser's DL/ID _____
              First          MI          Last

Address _____   Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____   Co-Seller's Signature _____

NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

---

**ODOMETER CERTIFICATION**

Selling Dealer's License No.: VF-1183498/1   Name: Karma Palm Beach   Title No.: 60801945358   Tax Collected:

Selling Dealer's Address: 1001 Clint Moore Rd #108 Boca Raton, FL 33487   Date Sold: 12-2-21

Purchaser's Name(s): C & K Auto Imports, Inc.   Address: 1210 SW 12th Ave, Pompano Beach, FL 33069

I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS _____ (NO TENTHS) MILES, DATE READ 12-2-21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[X] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _(signature)_
Print Here: Michelle Pagan
Seller/Agent Must Sign Here: _(signature)_ Karma Palm Beach
Print Here: Diane Bailey

Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____

---

Selling Dealer's License No.: VI/1005320/1   Name: C & K Auto Imports South   Tax Collected:
Selling Dealer's Address: 1210 S. Andrews ave. Pompano Beach FL. 33069   Date Sold: 10-3-21

Purchaser's Name(s): H Greg Nissan Delray   Address: 2200 S. Federal Hwy, Delray Beach FL 33483

I/WE STATE THAT THIS [ ] 5 OR [X] 6 DIGIT ODOMETER NOW READS _____ (NO TENTHS) MILES, DATE READ 10-3-21, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[X] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _(signature)_
Print Here: Ronnie Collins
Seller/Agent Must Sign Here: _(signature)_
Print Here: Michelle Pagan

Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____

---

Selling Dealer's License No.: VF-1128380/1   Name: H Greg Nissan Delray   Tax Collected:
Selling Dealer's Address: 2200 S. Federal Hwy Delray Beach, FL 33483   Date Sold:

Purchaser's Name(s): C & K Auto Imports   Address: _____

I/WE STATE THAT THIS [ ] 5 OR [ ] 6 DIGIT ODOMETER NOW READS _____ (NO TENTHS) MILES, DATE READ _____, AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
[ ] 1. REFLECTS ACTUAL MILEAGE   [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)   [ ] 3. IS NOT THE ACTUAL MILEAGE, WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____
Print Here: _____
Seller/Agent Must Sign Here: _(signature)_
Print Here: Ronnie Collins

Co-Purchaser Must Sign Here: _____
Print Here: _____
Auction Name (When Applicable): _____
Auction License Number: _____