

**ORDERED in the Southern District of Florida on July 24, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                        Chapter 7

_____/

### ORDER GRANTING JOINT MOTION TO CLARIFY AND RECONSIDER IN PART ORDER GRANTING EXPEDITED MOTION TO AUTHORIZE SALE

This matter came before the Court in West Palm Beach, Florida, on July 19, 2023, at 10:30 a.m., upon the *Joint Motion to Clarify and Reconsider In Part Order Granting Expedited Motion to Authorize Sale* (the "Motion") [ECF No. 711], filed jointly by the Trustee and FVP Opportunity Fund III, LP, a Delaware limited partnership, FVP Investments LLC, a Delaware limited liability company, and FVP Servicing, LLC, a Delaware limited liability company (collectively, "FVP" or the "FVP Parties"). The Court, having reviewed the Motion and the record, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1.      The Motion is GRANTED.

2.      Although the Court specifically addressed this issue during the hearing on the Sale Motion [ECF No. 618], and the Court believes it is implicit in the *Order Granting in Part Expedited Motion to Authorize Sale* (the "Sale Order") [ECF No. 694], the Sale Order is hereby modified/clarified to the extent necessary to make clear that the Trustee's waiver with respect to the Vehicles of "Liens and Interests, including any lien, ownership interest, property interest, security interest, or any other claim (as such term is defined in 11 U.S.C. §101(5)) or interest of any kind whatsoever" as set forth in paragraph 9 of the Sale Order, shall take effect with respect to each Vehicle only after the sale of each Vehicle and transfer of title to each respective purchaser, such that the waiver is of any interest in the Net Proceeds, and such that the Trustee retains whatever right, title, or interest he has or had in the Vehicles through any sale and conveyance, and may convey good and clear title to any purchaser, free and clear of Liens and Interests (as defined in the Sale Motion).

3.      The Sale Order is reconsidered and modified such that the McLaren (as defined in the Motion) shall be removed from the list of Vehicles subject to sale in accordance with the Sale Order and the Carveout (as defined in the Sale Order) and such other relevant provisions contemplated in the Sale Order, and shall not be sold pursuant to the Sale Order;  instead, the Trustee shall continue to store and hold the McLaren, and retain any and all interests in the McLaren and its proceeds, and/or in any claim or cause of action (or the proceeds of same) for damage to the McLaren and/or its parts, including, without limitation, the Custom Parts (as defined in the Motion), or their value; provided, for the avoidance of doubt, that neither this Order nor the Sale Order grant to the Trustee or the Debtor's estate any right or interest greater than whatever right or interest (if any) the Trustee or the Debtor's estate has in the McLaren or its proceeds

2

without prejudice to, or determination of, any such or other rights or interests asserted with respect to the McLaren or its proceeds by the Trustee, the Debtor or any other party.

4.      For the avoidance of further doubt, this order does not authorize or approve any litigation funding or similar arrangement between the Trustee (or the Debtor's estate) in regard to the McLaren or any claims or causes of action relating thereto, nor does it authorize or approve any agreement to share or distribute any proceeds or other recoveries received by the Trustee in connection therewith. In the event the Trustee determines to seek such authorization or approval, he shall do so by separate motion on appropriate notice to all required parties.

# # #

Submitted by:
Rilyn A. Carnahan, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T. (561) 838-4557
rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. is directed to serve a copy of this order on all interested parties and to file a certificate of service with the Court.]**