

**ORDERED in the Southern District of Florida on July 25, 2023.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
*Palm Beach Division*
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**                    **CASE NO. 22-15627-EPK**

    Debtor.                                    Chapter 7

_____/

**ORDER GRANTING MOTION THAT STAY IS NOT APPLICABLE TO
STATE COURT AMENDED COMPLAINT,
OR, ALTERNATIVELY,
TO MODIFY THE AUTOMATIC STAY TO THE EXTENT APPLICABLE**

THIS MATTER came before the Court on Wednesday, July 19, 2023, at 10:30 a.m., upon

the *Motion for Order that Stay is Not Applicable to State Court Amended Complaint, or,*

*Alternatively, Motion to Modify the Automatic Stay to the Extent Applicable* (the "Motion") [ECF

No. 700] filed by FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"),

FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP

Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, "FVP

Parties"), as supplemented by the *Supplement/Amendment to FVP's Motion for Order that Stay is*

*not Applicable to State Court Amended Complaint, or, Alternatively, Motion to Modify the Automatic Stay to the Extent Applicable* (the "Supplement") [ECF No. 732], which attaches a different version of the subject complaint to supersede the version attached to the Motion (the version attached to the Supplement, shall be referenced as the "Supplement Complaint"), seeking an Order that the automatic stay is not applicable to the claims (the "Claims") made in the Supplement Complaint by the FVP Parties against Moshe Farache, Lisa Farache and Chase Farache (the "Farache Defendants") in the pending state court action styled *FVP v Karma of Broward, Inc., et al.* and numbered CACE-22-5125 in Broward County, Florida (the "State Court Action"). The Court, having considered the Motion, the *Response in Opposition to Motion for Order that Stay is not Applicable to State Court Amended Complaint, or, Alternatively, Motion to Modify the Automatic Stay to the Extent Applicable* [ECF No. 730] (the "Response") opposing the Motion filed by Moshe and Lisa Farache dated July 17, 2023, the Supplement and the Supplement Complaint, having heard the argument of the FVP Parties, the Trustee, and Moshe Farache, having been advised that the Trustee does not object to relief from the automatic stay for the FVP Parties to prosecute the Supplement Complaint and only those Claims set forth therein against the Farache Defendants, subject to the provisions of this Order, and having been otherwise fully advised in the premises, hereby

**ORDERS** and **ADJUDGES** as follows:

1. The Motion seeking a ruling that Section 362 of the Bankruptcy Code, 11 U.S.C. 362 is not applicable to the Claims asserted against the Farache Defendants in the Supplement Complaint, as filed with the Supplement, is GRANTED.

2. To the extent applicable, the Motion seeking relief from the automatic stay under Section 362 of the Bankruptcy Code, 11 U.S.C. 362 to pursue the Claims against the Farache

Defendants in the Supplement Complaint as filed with the Supplement is GRANTED.

3.    The FVP Parties are permitted to bring the Claims against the Farache Defendants set forth in and pursuant to the Supplement Complaint, as filed with the Supplement.

4.    The movants FVP Fund, FVP Investments, and FVP Servicing together with the Trustee have each agreed that no findings or adjudications in the State Court Action will be dispositive of, preclude, or otherwise affect, any issues or claims that have been or could be raised in this Court and/or or any causes of action held by the estate or issues necessary to their determination. This Order shall not be interpreted as a predetermination by this Court of any past, present, or future issue or claim that has been or may be brought before this Court and/or any claims or causes of action held by the estate or issue necessary to their determination.

5.    The Court reserves jurisdiction to interpret and enforce the provisions of this Order.

###

Order Submitted By;

David R. Softness, Esq.
(FBN:  513229)
David R. Softness P.A.
201 South Biscayne Boulevard
Suite 2740
Miami, FL  33131
Tel:            305-341-3111
Email:         david@softnesslaw.com

*Counsel for FVP*
Attorney Softness is directed to serve this Order on all appropriate parties.