

**ORDERED in the Southern District of Florida on July 27, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                      CASE NO.:  22-15627-EPK
                                                            Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

### ORDER GRANTING TRUSTEE'S EXPEDITED MOTION
### (I) TO APPROVE SALE OF 2019 LAMBORGHINI URUS, AND
### (II) TO COMPEL ENDORSEMENT AND TURNOVER OF TITLE
### TO 2019 LAMBORGHINI URUS FROM C&K  AUTO IMPORTS, INC.
### AND/OR C&K AUTO IMPORTS SOUTH, INC. PURSUANT TO 11 U.S.C. §542(a)

THIS MATTER came before the Court on July 26, 2023, at 9:30 a.m. upon the *Trustee's*

*Expedited Motion (I) to Approve Sale of 2019 Lamborghini Urus, and (II) to Compel Endorsement*

*and Turnover of Title to 2019 Lamborghini Urus from C&K Auto Imports, Inc., and/or C&K Auto*

*Imports South, Inc., Pursuant to 11 U.S.C. §542(a)* (the "Motion")[1] [ECF No. 736].   The Court,

having reviewed the Motion, having heard the argument of the Trustee's counsel, having noted

_____

[1] All capitalized terms shall have the same meaning ascribed to them in the Motion, unless otherwise defined herein.

that Joshua Sauer, principal of C&K Auto Imports, Inc., and C&K Auto Imports South, Inc., appeared at the hearing and advised the Court that he has no objection to the relief requested and agrees to turn over and sign over title to the 2019 Lamborghini Urus VIN ZPBUA1ZLXKLA01961 (the "Urus") to the Trustee, having noted that no objections were filed or raised at the hearing,  and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1.      The Trustee's Motion is GRANTED.

2.      The Trustee's sale of the Urus at his auction pursuant to the terms and conditions of the Sale Motion and Sale Order is confirmed and approved.

3.      C&K Auto Imports, Inc., and C&K Auto Imports South, Inc. shall immediately turn over pursuant to 11 U.S.C. §542(a), and shall endorse, sign over and/or assign, title to the Urus to the Trustee so that the Trustee may convey title to the purchaser at the auction.

# # #

Submitted by:
Rilyn A. Carnahan, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T. (561) 838-4557
rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. is directed to serve a copy of this order on all interested parties and to file a certificate of service with the Court.]**

2