

**ORDERED in the Southern District of Florida on July 27, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                              **CASE NO.:  22-15627-EPK**
                                                                    **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**

            **Debtor.**

_____/

**ORDER GRANTING TRUSTEE'S MOTION FOR DIRECTION FROM COURT AS TO**
**APPROPRIATE REPOSITORY FOR NET PROCEEDS OF AUCTION SALE**

THIS MATTER came before the Court on July 19, 2013 at 10:30 a.m. in West Palm Beach,

Florida, upon the Trustee's Motion for Direction from Court as to Appropriate Repository for Net

Proceeds of Auction Sale (the "Motion") [ECF No. 727].  The Court, having reviewed the Motion,

having heard the argument of counsel for the Trustee, having noted that no objections were filed

or raised at the hearing, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1.        The Trustee's Motion is GRANTED.

2.       The Trustee shall deposit the Net Proceeds[1] of the Trustee's Auction sale into the court registry of the Bankruptcy Court for the Southern District of Florida, to be held in the disputed registry account – the CRIS Disputed Ownership Fund—until further order of this Court.

###

Submitted by:
Rilyn A. Carnahan, Esq.
Greenspoon Marder LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
Telephone: (561) 838-4557
rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. shall furnish a copy of this Order to all interested parties and file a certificate of service with the Court]**

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion and the Sale Motion [ECF No. 618].