UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                                            Chapter 7
                                                            (converted from 11 Subchapter V)

_____Debtor._____ /

**SUMMARY OF FINAL FEE APPLICATION OF
CHAPTER 11 (SUBCHAPTER V) DEBTOR'S-IN-POSSESSION COUNSEL**

1.  Name of Applicant:      JAMES B. MILLER, ESQ.
2.  Role of Applicant:      Counsel for the Debtor-in-Possession
3.  Name of Certifying Professional:      James B. Miller
4.  Date Case Filed:      07/22/2022
5.  Date of Application for Employment:      07/22/22 *nunc pro tunc* to 07/22/22
6.  Date of Order approving employment:   a. **Interim Order** 07/26/22 *nunc pro tunc* to 07/22/22
                                                                      b. **Final Order** 09/20/22 *nunc pro tunc* to 07/22/22
7.  If Debtor's counsel, date of Disclosure of Compensation form: 07/22/22
8.  Date of this Application:      July 31st, 2023
9.  Dates of services covered:   11/11/2022-05/21/2023 (with requested holdback from First Interim Fee Application [*see* ECF No.'s 237 and 239])
            FEES:
10. Total Fee Requested for this period:            $258,062.50
11. Balance remaining in fee retainer account, not yet awarded: $0
**12.** Fee paid or advanced for this period, by other sources.  $0
13. Net amount of fee requested for this period   **$258,062.50**
14. Total expense reimbursement requested for this period:      $4,856.88
15. Balance remaining in expense retainer account, not yet received.      N/A
16. Expenses paid or advanced for this period.   0_____
17. Net amount of expense reimbursements requested for this period.      $4,856.88
18. Gross award requested for this period:  $262,919.38
19. Net award requested for this period:            $262,919.38
20. If Final Fee Application, amounts of net awards requested in interim applications but not previously awarded (total from history of fees and expenses, following pages): **$39,983.00.**
21. Final fee and expense award requested  **$302,902.38**


HISTORY OF FEES AND EXPENSES
22. Dates, sources, and amounts of retainers received:
23. Dates, sources and amounts of third-party payments received: N/A
24. Prior fees and expense awards.

1

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| First Interim Application | | |
| Dates covered by first application: | 07/23/22-11/29/2022 | |
| Amount of fees requested | $199,915.00 [*see* ECF No. 259]* | |
| Amount of expenses requested | $6,311.72 | |
| Amount of fees awarded | | $159,932.00 |
| Amount of expenses awarded | | $6,311.72 |
| Amount of fee retainer authorized to be used | | $41,880.00 |
| Amount of expenses retainer authorized to be used | | N/A |

| | Prior Fee Awards | Prior Expense Awards |
|---|---|---|
| Fee award, net of retainer | | $118,052.00 |
| Expenses award, net of retainer | | $6,311.72 |
| Date of First Award | 12/08/2022 | |
| Amount of fees actually paid | $199,915.00 | |
| Amount of expense reimbursement actually paid | $6,311.72 | |
| Portion of fees requested but not awarded which applicant wishes to defer until final fee application | $39,983.00 | |
| Portion of expenses requested but not awarded which applicant wishes to defer until final fee application | $0 | |

### FEE APPLICATION

JAMES B. MILLER, ESQ., counsel to the Debtor-in-Possession, applies for compensation for fees for services rendered and costs incurred in the Chapter 11 proceeding.  This Application is filed pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rules of Bankruptcy Procedure, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016(B).  The exhibits attached to this Summary, pursuant to the Guidelines are:

Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The Applicant's complete time records, as reflected in the invoices attached to this Fee Application, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested gross fee of **$258,062.50** for **588.60** hours worked, for fees is reasonable for the covered time period considering the twelve factors enumerated in *Johnson vs. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

The time and labor required: The time records transcribed and annexed to the Fee Application as Exhibit "3" show that the Applicant had devoted not less than **588.60** for the covered time period  in the

---

* The *First Interim Fee Application* [ECF No. 237] was modified downward by Debtor's counsel at the Hearing on same, and is reflected in ECF No. 259 – modified from $227,915.00 to $199,915.00 for interim fees requested..

2

instant *Final Fee Application* and another **534.0** hours for prior time set forth in the *First Interim Fee Application* of actually recorded time (there are numerous telephone conferences and email exchanges, (as well as research and review) with various creditors' counsel, the US Trustee, the Subchapter V Trustee, client representatives and third parties (some of which has not been billed) and services for this time period.  Those daily time records, however, do not reflect every hour expended in matters such as telephone calls, routine correspondence, brief conferences and responses to creditors requesting information concerning the status of these proceedings, client representatives telephone conferences, zoom conferences and in-person conferences.  Time devoted to such matters often eludes recording, but, if recorded, would undoubtedly add to the foregoing total.

Novelty and Difficulty of the Services Rendered: The former Debtor-in-Possession ("Debtor") was a small business owned and operated for over a decade by the Farache Family members – Chase (son), Lisa (mother) and Moshe Farache (father). Debtor was in the automobile resale business, where Debtro would buy and sell high-end luxury automobiles, and sometimes finance them. For over a decade Debtor was successful and made tens of millions of dollars in annual sales, and netted substantial sums.

Unfortunately, among the entities that Debtor did business with were entities owned by the Zankls (Scott and Kristen Zankl); and, the Zankls proceeded to take advantage of the Debtor by reselling or repeatedly financing the same automobiles with other lenders automobiles already purchased or financed by Debtor. Debtor's dealings with the Zankl entities (Excell Auto Group, Karma of Palm Beach and Karma of Broward) ultimately led to its downfall. The Zankl entities were moving their inventories from one enterprise to the next to garner substantial borrowing from various lenders (i.e. – the Franklin. Hi-Bar and FVP entities…and others), who unknowingly were lending against the same inventories and vehicles – leading to the Zankl entities acquiring substantial borrowed funds far in excess of any value for said automobiles and misleading the Debtor into believing it owned (or had priority perfected liens on) certain vehicles.

In 2022, the Debtor decided to no longer do business with the Zankl entities. The Zankls had apparently resold the same automobiles to multiple buyers while also listing the same automobiles as inventory in the various Zankl entities' inventory lists to make it appear as if the automobiles were separate property of each entity and thereby defraud lenders, buyers and the Debtor.

The Zankl fraud led to Excell's (Excell Auto Group) filing a Chapter 7 bankruptcy proceeding, which opened up a pandora of litigation against, among others, the Debtor, who had possession of many, but not all, of the cars purchased by Debtor, or otherwise were surrendered as payment on the outstanding debt owed to Debtor by the Zankl entities.

The Zankl fraud then led to the multiplication of litigation through South Florida in both Florida Circuit Courts and even Federal Court by various creditors of the Zankl entities claiming to have a superior right to the automobiles in the possession of the Debtor. Such litigation was extremely expensive and not only

threatened the operations of the Debtor, but could lead to opposite rulings by various courts over the same vehicles.

Debtor was defending 8-10 lawsuits in these various courts, and was even threatened with more; and, the matters became difficult to balance and effectively litigate in a timely manner.

This led to the filing of the Bankruptcy Case wherein one court, which is designed for this very purpose, would be able to rule upon the various claims of right, title and interest (as well as priority and extent of any liens) in the vehicles.

The Court has seen the multitude of pleadings in the separate adversary proceeding between Debtor on the one side, and FVP (and its affiliates), Hi Bar Capital, Franklin Capital and Ed Brown on the other, and the expansive motion practice and discovery therein.

In the interim, in the Parent Case, the Debtor had to fend off and otherwise attend to multiple independent motions to compel turnover and/or surrender of automobiles and titles to same claimed by third parties -- who were apparently also victimized by virtue of the Zankl fraud.

The Debtor had to respond to voluminous discovery requests from FVP and respond to substantial motion practice – all the while, still complying with the US Trustee requirements, filing requirements, objecting to claims, and putting together a proposed plan to allow for the reorganization of the Debtor.

Debtor did timely file a proposed Plan, (amended), did object to claims and also conducted extensive discovery and sought he allowance to sell the vehicle inventory and hold the sale proceeds pending further order of the Court.

Furthermore, the Debtor tried the matter of entitlement as to a certain vehicle (the Stephens' Ferrari) and the Court denied relief to Mr. Stephens; however, that ruling led to an appeal (pending as of now). Debtor further resolved its differences with regards to several claimants as to the property interests in certain vehicles and/or titles as well and entered agreed orders in regards to the same.

As the FVP adversary proceeding approached trial, FVP and the Excell Chapter 7 Trustee filed motions to dismiss or convert the Case, which derailed the trial on the merits of the purported lien interests, if any, of the various other actors (*i.e.* -- FVP, Hi Bar, Franklin and/or Ed Brown).

On the eve of the hearing on the Motions to Dismiss, as filed by FVP and the Excell Trustee, the Debtor settled with the Excell Trustee and the Excell Trustee's motion to dismiss was withdrawn. This left trying the dismissal/conversion as to the FVP dismissal motion – which went forward.

Between trial on the FVP dismissal motion and the time of the Court's ultimate ruling (May 1, 2023), FVP, Franklin, Hi Bar and the Debtor exhausted their efforts to resolve the remaining matters; and, literally moments before the closing arguments and the Court's pronouncement on the FVP Motion to Dismiss, the Debtor was on the cusp of a final settlement with FVP – which would have likely led to a successful plan and reorganization. Unfortunately, time ran out and the Court's ruling was to convert the case to one under Chapter 7.

The fees and costs requested are as a direct result of the representation of this Debtor in these proceedings.

4

The Skill Requisite to Perform the Services Properly:  Successful resolution of the legal problems arising in this proceeding required the legal skill, judgment and experience in the fields of bankruptcy, secured transactions, consumer and commercial law, property rights and other legal skills incident to commercial practice.

The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case: Applicant has been precluded from other employment due to the acceptance of this Case and this certainly was not a walk in the garden.  However, it has been the Applicant's pleasure to represent the Debtor in this matter.

The Customary Fee:  For services of the type rendered herein, Applicant charges commercial clients based on one or more of the following criteria: reasonable fee for services rendered, hourly charges, contingent fees or a fixed fee.  To the extent hourly charges are relevant, Applicant commands, from commercial clients, hourly rates ranging from $500.00 to $575.00 per hour for partners/senior attorneys; $250.00-$300.00 per hour for associates; and Applicant's paralegal rates are normally set at $150.00 to $175.00 per hour.

Whether the Fee is Fixed or Contingent:  The fee is subject to award by this Court.

Time Limitations Imposed by the Client or Other Circumstances:  Although no strict time limits were imposed upon the applicant by the Debtor, the Applicant performed the services required in the most expeditious manner possible for the benefit of the Estate with knowledge of issues relating to the statutes of limitations and chose the most beneficial path for the Estate.

The Experience, Reputation, and Ability of the Professional:  Applicant is an experienced and competent attorney specializing in bankruptcy and commercial litigation who has appeared continually before the United States Bankruptcy Court, as well as Federal and State trial and appellate courts for a period in excess of 29 years.

JAMES B. MILLER (JBM) was admitted to the Bar, 1994, Florida; United States District Court, Southern District of Florida, 1995; United States District Court, Middle District of Florida, 1996. Education:  University of Florida (B.S. Bus. 1987); St. Thomas University School of Law (J.D., with honors, 1994).  Recipient:  American Jurisprudence Award(s):  Bankruptcy; Constitutional Law; Corporate Tax.  Vice Justice, 1992-94, Phi Alpha Delta Law Fraternity.  Member, 1992-94, St. Thomas Trial Court Board.  Member, 1993-94, St. Thomas Law Review.  Member, 1992-94, Vice Chair, 1993-94,

5

International Moot Court Board. Author: "*The Disabled, The ADA, & Strict Scrutiny*," 6 ST. THOMAS L. REV. 393 (1994). ♦

### James B. Miller Cases of Significance:

1.  *In re Caribbean Fuels America, Inc*., 688 Fed.Appx. 890 (11th Cir. 2017)
2.  *In re Ferguson, 683 Fed.Appx. 924,* 2017 WL 1174664 (11th Cir. March 30, 2017)
3.  *In re Tucker*, 2016 WL 2990379 (11th Cir. May 24, 2016)
4.  *Tucker vs. Mukamal,* 616 Fed.Appx. 969, 2015 WL 5166276 (11th Cir. Sept. 4, 2015)
5.  *In re Macias*, 536 Fed.Appx. 985 (11th Cir. Oct. 1, 2013)
6.  *In re Egidi*, 571 F.3d 1156 (11th Cir. 2009)
7.  *Stower vs Cornide*, 2023 U.S. Dist. LEXIS 14875 (S.D. Fla. Jan. 27, 2023)
8.  *In re Premier Assurance Group SPC Ltd*., 2022 WL 714061 (S.D. Fla. March 10, 2022)
9.  *1733-1777 Overseas Highway, LLC vs 1733 Overseas Hwy, LLC*, 2021 U.S. Dist. LEXIS 54670 (S.D. Fla. Mar. 22, 2021)
10. *Baiz vs Ortiz (In re Estrategias En Valores, S.A.)*, 2020 U.S. Dist. LEXIS 66066 (S.D. Fla. Ap. 13, 2020)
11. *In re Suarez Fashion, Corp*., 2020 WL 763653 (S.D. Fla., Feb. 17, 2020)
12. *1 Global Capital LLC vs Momentum Auto. Mgmt., LLC*, 2019 U.S. Dist. LEXIS 246517 (S.D. Fla. Jul. 11, 2019)
13. *Murphy as Trustee vs Hurtado*, 2017 WL 7794279 (S.D. Fla. Sept. 20, 2017)
14. *In re Caribbean Fuels America, Inc.*, 2016 WL 4399324 (S.D. Fla. Aug. 16, 2016)
15. *Tucker vs Mukamal*, 2015 WL 10986356 (S.D. Fla. Feb. 11, 2015)
16. *Tucker vs Mukamal*, 2014 WL 12631666 (S.D. Fla. Oct. 20, 2014)
17. *Tucker vs Mukamal*, 2014 WL 12631665 (S.D. Fla. Sept. 22, 2014)
18. *Macias vs Dillworth*, 2012 WL 12892215 (S.D. Fla. Dec. 17, 2012)
19. *Dillworth v Obregon,* 2012 WL 3244683 (S.D. Fla., Aug. 9, 2012)
20. *In re Solodko-Gimenez*, 2012 WL 13134192 (S.D. Fla., July 20, 2012)
21. *In re Solodko-Gimenez*, 2012 U.S. Dist. LEXIS 201810 (S.D. Fla. June 27, 2012)
22. *Hughes vs Jamestown Square, LLC*, 2009 WL 585975 (S.D. Fla. March 6, 2009)
23. *Mukamal vs Bank of America, N.A.*, 2008 WL 11333708 (S.D. Fla. Sept. 30, 2008)
24. *In re Queipo*, 2007 WL 9702742 (S.D. Fla. Dec. 12, 2007)
25. *In re Garcia (Dillworth vs Guerra, et. al.)*, 627 B.R. 923 (Bankr. S.D. Fla. 2020)
26. *In re: Bertoni Gelato Brickell, LLC,* 2020 WL 1081658 (Bankr. S.D. Fla. March 6, 2020)
27. *In re Estrategias en Volares, S.A.*, 601 B.R. 550 (Bankr. S.D. Fla. 2019)
28. *In re Peter Cura*, 2019 WL 4419234 (Bankr. S.D. Fla. Jan. 8, 2019)
29. *In re Gennaro*, 2018 WL 1896306 (Bankr. S.D. Fla. April 19, 2018)
30. *In re Neves*, 500 B.R. 651 (Bankr. S.D. Fla. 2013)
31. *In re Solodko-Gimenez* (*Barry E. Mukamal vs. Faina Medved*), 2013 WL 3778389 (Bankr. S.D. Fla., July 7, 2013)
32. *In re Cristina Pertierra,* 2012 WL 5431969 (Bankr. S.D. Fla., Nov. 7, 2012)
33. *In re Branam*, 476 B.R. 333 (Bankr. S.D. Fla. 2012)
34. *In re Trailer Park Acquisition, LLC*, 2012 WL 3042383 (Bankr. S.D. Fla. July 25, 2012)
35. *In re Trailer Park Acquisition, LLC*, 2012 WL 3039348 (Bankr. S.D. Fla. July 25, 2012)
36. *In re Trailer Park Acquisition, LLC*, 2012 WL 3039216 (Bankr. S.D. Fla. July 25, 2012)
37. *In re Village at Dadeland Associates, LLC*, 2012 WL 3013935 (Bankr. S.D. Fla., July 23, 2012)
38. *In re DM 668, LLC*, 2012 WL 2196115 (Bankr. S.D. Fla. June 14, 2012)
39. *In re Petersen*, 2012 WL 1906335, 109 A.F.T.R.2d 2012-2367, 2012-1 USTC P 50,388 (Bankr. S.D. Fla. May 25, 2012)
40. *In re C&C Dev. Group, LLC*, 2012 Bankr. LEXIS 2269 (Bankr. S.D. Fla. May 21, 2012)
41. *In re Pichardo*, 2012 WL 292862 (Bankr. S.D. Fla. January 31, 2012)
42. *In re C & C Development Group, LLC,* 2012 WL 171595 (Bankr. S.D. Fla. January 20, 2012)

---

♦ This Note was cited in the case of *Bartlett vs. New York State Bd. Of Law Examiners*, 970 F.Supp. 1094 at n.26 (S.D.N.Y. 1997).

43.  *In re Antonini*, 2012 WL 112978, Bankr. L. Rep. P 82,154 (Bankr. S.D. Fla. January 12, 2012)
44.  *In re Luban*, 2011 WL 7711233 (Bankr. S.D. Fla. December 30, 2011)
45.  *In re C & C Development Group, LLC*, 2011 Bankr. LEXIS 4537 (Bankr. S.D. Fla. Nov. 15, 2011)
46.  *In re A-1 Mgmt. Corp.*, 2011 Bankr. LEXIS 4538 (Bankr. S.D. Fla. Nov. 9, 2011)
47.  *In re Antonini*, 2011 WL 5593157 (Bankr. S.D. Fla. October 26, 2011)
48.  *In re Vieweg*, 2011 WL 5593184 (Bankr. S.D. Fla. October 26, 2011)
49.  *In re Alvarez*, 2011 WL 5593176 (Bankr. S.D. Fla. October 25, 2011)
50.  *In re Autoclub Body & Paint Service, Inc.*, 2011 WL 766972 (Bankr. S.D. Fla. Feb. 23, 2011)
51.  *In re Antonini,* 2010 WL 5315568 (Bankr. S.D. Fla. Dec. 20, 2010)
52.  *In re Ha,* 2009 Bankr. LEXIS 2345 (Bankr. S.D. Fl. 2009)
53.  *In re Tucker*, 2009 WL 1097488, 22 Fla. L. Weekly Fed. B 37 (Bankr. S.D. Fla., April 21, 2009)
54.  *In re Bello*, 2008 Bankr. LEXIS 3785 (Bankr. S.D. Fla. Nov. 25, 2008)
55.  *Barry E. Mukamal vs Bank of America, N.A.*, 2008 WL 11333708 (S.D. Fla. Sept. 30, 2008)
56.  *In re Falcon Air Express*, 2008 WL 2038799 (Bankr. S.D. Fla. May 8, 2008)
57.  *In re Hernandez*, 2008 WL 1711528, 21 Fla. L. Weekly Fed. B 299 (Bankr. S.D. Fla., April 10, 2008)
58.  *In re Egidi*, 386 B.R. 884 (Bankr. S.D. Fla. 2008)
59.  *In re Mohammed*, 376 B.R. 38 (Bankr. S.D. Fla. 2007)
60.  *In re Offer*, 2007 WL 1560131, 20 Fla. L. Weekly Fed. B 464 (Bankr. S.D. Fla., May 25, 2007)
61.  *In re Ontiveros*, 2006 Bankr. LEXIS 3871 (Bankr. S.D. Fla. Dec. 5, 2006)
62.  *In re Bill Hionas*, 361 B.R. 269 (Bankr. S.D. Fla., October 30, 2006)
63.  *In re Castro*, 2006 WL 4005571, 20 Fla. L. Weekly Fed. B 148 (Bankr. S.D. Fla., October 24, 2006)
64.  *In re Bayshore Yacht & Tennis Club Condominium Ass'n., Inc.*, 336 B.R. 866 (Bankr. S.D. Fla. 2006)
65.  *In re Rosacometta, S.r.l*, 336 B.R. 557 (Bankr. S.D. Fla. 2005)
66.  *In re Vazquez*, 325 B.R. 30 (Bankr. S.D. Fla. 2005)
67.  *In re Impact Distributors, Inc.*, 260 B.R. 48 (Bankr. S.D. Fla. 2001)
68.  *In re 239 Worth Ave. Corp.*, 236 B.R. 492 (Bankr. S.D. Fla. 1999)
69.  *In re Arroyo*, 205 B.R. 984 (Bankr. S.D. Fla. 1997)
70.  *In re Ferretti*, 203 B.R. 796 (Bankr. S.D. Fla., 1996)
71.  *In re Willey*, 198 B.R. 1007 (Bankr. S.D. Fla., 1996)
72.  *In re L. Meyer & Son Seafood Corp.*, 188 B.R. 315 (Bankr. S.D. Fla. 1995)
73.  *In re Nelson*, 183 B.R. 972 (Bankr. S.D. Fla. 1995)

**Memberships:**

The Florida Bar; Dade County Bar; Federal Bar Association; Bankruptcy Bar Association for the Southern District of Florida, Eleventh Circuit Court of Appeals, and U.S. District Court (Southern and Middle Districts of Florida).  Mr. Miller's primary area of practice is bankruptcy law and litigation related thereto.  Mr. Miller regularly represents bankruptcy trustees in litigation matters.  Mr. Miller is a former member of the Local Rules Committee and the *Pro Bono* Committee for the Bankruptcy Bar for the Southern District of Florida, and regularly attends, assists in and prepares materials for, the various seminars and retreats offered by the Bankruptcy Bar for the Southern District of Florida.

**PARA** is the acronym for the paralegals used in this matter by the Applicant, who were Irene Caleca, Amado Sabina, Miriam Jaime, Gabriella Miller and JC Miller; who, together, have in excess of forty (40) years of experience as paralegals.

The Undesirability of the Case:  Representing the Debtor in the Chapter 11 case, though difficult at times, was not undesirable.

The Nature and Length of the Professional Relationship of the Client: JBM routinely represents Debtors in Chapters 7 and 11, as well as Chapter 7 Trustees and creditors in various bankruptcy matters.

7

Awards in Similar Cases:  The allowance prayed for is commensurate with allowances in similar cases and fees prayed for are entirely reasonable for the quantity and quality of services rendered by Applicant in the case.

WHEREFORE, the Applicant seeks an award of final fees in the amounts of $258,062.50 plus $39,985.00 from the holdback amount in the first interim award for a total final fee award request of **$298,045.50** and an award of **$4,856.88** in costs for the time period in this Final Fee Application.

Dated: July 27th, 2023.

Debtor's counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
Email: jbm@title11law.com

By:_____/s/_____
JAMES B. MILLER
Florida Bar No.0009164

### **CERTIFICATION**

1.  I have been designated by James B. Miller, Esq.  (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.  The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.  In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.  The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: { **NONE** }

By:_____/s/_____
JAMES B. MILLER
Florida Bar No.0009164

## <u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that a true copy of this application, with all exhibits, and was served: *via* CM/ECF by the clerk of the court simultaneously with the filing of same upon those named below on July 27th, 2023; and, *via* U.S. Mail (first class postage prepaid) upon Debtor and the Office of the U.S. Trustee.

By:_____/s/_____
JAMES B. MILLER
Florida Bar No.0009164

**<u>ECF SERVICE LIST</u>**:

-Michael R Bakst efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com; efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

-Michael R Bakst on behalf of Trustee Michael R Bakst efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

-Michael R. Bakst, Esq. on behalf of Trustee Michael R Bakst efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com; efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com

-Eyal Berger, Esq. on behalf of Defendant Edward Brown eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

-Eyal Berger, Esq. on behalf of Interested Party Edward Brown eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

-Marc E Brandes on behalf of Creditor Marc Brandes mbrandes@kfb-law.com, bvillalobos@kfb-law.com

-John M Brennan, Jr on behalf of Creditor Eric Dore jack.brennan@gray-robinson.com, jessica.rolon@gray-robinson.com

-Jerrell A Breslin on behalf of Counter-Defendant FVP Investments, LLC jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Counter-Defendant FVP Opportunity Fund III, LP jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Counter-Defendant FVP Servicing, LLC jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Creditor FVP Investments, LLC jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Intervenor-Defendant FVP Investments, LLC jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Intervenor-Defendant FVP Opportunity Fund III, LP jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Intervenor-Defendant FVP Servicing, LLC jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP jb@jsjb.law, eservice@jsjb.law

-Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC jb@jsjb.law, eservice@jsjb.law

-Melissa A. Campbell on behalf of Creditor BAL INVESTMENTS, LLC mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

-Rilyn A Carnahan, Esq. on behalf of Trustee Michael R Bakst rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com; efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com

-Alan R Crane on behalf of Creditor Nicole Mehdipour acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com

-Patrick R Dorsey on behalf of Counter-Defendant Franklin Capital Funding, LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

-Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

-Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

-Patrick R Dorsey on behalf of Defendant Franklin Capital Funding, LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

-Patrick R Dorsey on behalf of Intervenor Franklin Capital Funding, LLC pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

-C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

9

-C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
-Jay L Farrow on behalf of Defendant Auto Wholesale of Boca, LLC  jay@farrowlawfirm.com
-Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov
-Jonathan S. Feldman on behalf of Defendant Auto Wholesale of Boca, LLC
feldman@katiephang.com, service@katiephang.com
-Scott C Gherman on behalf of Creditor Express Emergency Services, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Farache Enterprises, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor M & M Development Consultants LLC. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Mazel Tov, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Calvin Erbstein sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Chase Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Lisa Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Creditor Moshe Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Express Emergency Services, Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Farache Enterprises Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party M & M Development Consultants LLC
sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party MMS Ultimate Services Inc. sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Mazel Tov Inc sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Pompano 2009 LLC sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Chase Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Lisa Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party Moshe Farache sgherman@scottghermanpa.com
-Scott C Gherman on behalf of Interested Party SCOTT C. GHERMAN  sgherman@scottghermanpa.com
-Daniel Gielchinsky on behalf of Interested Party Quad Funding Partners, LLC dan@dgimlaw.com,
colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
-Travis A Harvey on behalf of Attorney BAL INVESTMENTS, LLC tharvey@butler.legal
-Michael J. Harwin on behalf of Creditor Benidt Investments/Slinger, LLC mharwin@stearnsweaver.com
-Michael J. Harwin on behalf of Intervenor-Plaintiff Benidt Investments/Slinger, LLC mharwin@stearnsweaver.com
-Michael J. Harwin on behalf of Plaintiff Benidt Investments/Slinger, LLC mharwin@stearnsweaver.com
-Michael S Hoffman on behalf of Debtor Auto Wholesale of Boca, LLC Mshoffman@hlalaw.com,
hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady
@hlalaw.com
-Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.
com
-Amanda Klopp on behalf of Counter-Claimant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Amanda Klopp on behalf of Cross-Claimant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Amanda Klopp on behalf of Defendant Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Amanda Klopp on behalf of Interested Party Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
-Philip J Landau on behalf of Interested Party Michael Halperin
phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
-Linda Marie Leali on behalf of Interested Party Linda Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
-Linda Marie Leali on behalf of Trustee Linda Marie Leali
trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
-Michael D Lessne on behalf of Creditor Farache Enterprises, Inc. michael@lessne.law
-Michael D Lessne on behalf of Creditor M & M Development Consultants LLC. michael@lessne.law
-Michael D Lessne on behalf of Creditor Lisa Farache michael@lessne.law-
Michael D Lessne on behalf of Creditor Moshe Farache michael@lessne.law
-Michael D Lessne on behalf of Interested Party Lisa Farache michael@lessne.law

10

-Michael D Lessne on behalf of Interested Party Moshe Farache michael@lessne.law

-Nathan G Mancuso on behalf of Interested Party Excell Auto Sport and Service, Inc. ngm@mancuso-law.com

-David B Marks on behalf of Interested Party Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

-Cory Mauro on behalf of Interested Party Arby Lipman, LLC
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

-Cory Mauro on behalf of Interested Party Arby Lipman
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

-Cory Mauro on behalf of Interested Party Derek Stephens
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

-Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour  nicolem@ntmlawfirm.com,
cm_ecf_service@ntmlawfirm.com;
atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

-Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

-James B Miller on behalf of Creditor James B Miller, P.A. bkcmiami@gmail.com

-James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC bkcmiami@gmail.com

-James C. Moon, Esq on behalf of Counter-Defendant Hi Bar Capital, LLC
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

-Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

-John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

-Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

-Patricia A Redmond on behalf of Creditor Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

-Patricia A Redmond on behalf of Intervenor-Plaintiff Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

-Patricia A Redmond on behalf of Plaintiff Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

-Ryan C Reinert on behalf of Creditor Frank A. Evans, III rreinert@shutts.com, jheard@shutts.com

-Jason S Rigoli, Esq. on behalf of Creditor Nicole Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

-Jason S Rigoli, Esq. on behalf of Interested Party Nicole Testa Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

-Ezequiel Joseph Romero on behalf of Creditor Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

-Ezequiel Joseph Romero on behalf of Defendant Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

-Ezequiel Joseph Romero on behalf of Plaintiff Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

-Carlos E. Sardi, Esq on behalf of Interested Party Omar Periu
carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

-Zach B Shelomith on behalf of Creditor Woodside Credit, LLC zbs@lss.law,
info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

-Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

-Bradley S Shraiberg on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

-Bradley S Shraiberg on behalf of Intervenor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

11

-Eric J Silver on behalf of Creditor Benidt Investments/Slinger, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
-Eric J Silver on behalf of Plaintiff Benidt Investments/Slinger, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
-David R. Softness on behalf of Creditor FVP Investments, LLC david@softnesslaw.com
-David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP david@softnesslaw.com
-David R. Softness on behalf of Creditor FVP Servicing, LLC david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Investments, LLC david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Opportunity Fund III, LP david@softnesslaw.com
-David R. Softness on behalf of Plaintiff FVP Servicing, LLC david@softnesslaw.com
-Christian Somodevilla on behalf of Creditor Woodside Credit, LLC cs@lss.law,
info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
-David M Unseth on behalf of Creditor Hi Bar Capital, LLC dmunseth@bclplaw.com
-David M Unseth on behalf of Plaintiff Hi Bar Capital, LLC dmunseth@bclplaw.com
-Harry Winderman on behalf of Counter-Defendant Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Counter-Defendant Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Defendant Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party KARMA OF PALM BEACH, INC.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Palm Beach, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Shaneandninamt, LLC
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Scott Zankl
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Ryan Mitchell Wolis on behalf of Plaintiff Benidt Investments/Slinger, LLC
rwolis@stearnsweaver.com, egraham@stearnsweaver.com

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(a).

By:_____/s/_____
JAMES B. MILLER
Florida Bar No.0009164

12

Summary of Professional and
Paraprofessional Time
Total per Individual
for this Period Only

**(EXHIBIT "1-A")**

NAME

| | PARTNER, ASSOCIATE PARAPROFESSIONAL | YEAR LICENSED OR EXPERIENCE | TOTAL HOURS | HOURLY RATE | FEE |
|---|---|---|---|---|---|
| JAMES B. MILLER (JBM) | ATTORNEY | 1994 | 425.20 | $550.00 | $233,552.50 |
| PARALEGALS (PARA) | PARAPROFESSIONAL | 20+ YEARS | 163.40 | $150.00 | $24,510.00 |
| | | | 588.60 | | |
| TOTALS: | | | | | |
| **BLENDED AVERAGE HOURLY RATE** | | | **$438.43** | | |
| **TOTAL GROSS FEES:** | | | | | **$258,062.50** |

13

**Summary of Professional and Paraprofessional Time by**
**Activity Code Category for this Time Period Only**
**(EXHIBIT "1-B")**

Activity Code: **ASSET ANALYSIS:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 22.70 | $12,485.00 |
| Paralegals: PARA | | $150.00 | 44.20 | $6,630.00 |
| Activity Subtotal: | | | 66.90 | **$19,115.00** |

Activity Code: **FEE APP/EMPLOYMENT:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 2.70 | $1,485.00 |
| Paralegals: PARA | | $150.00 | 3.30 | $495.00 |
| Activity Subtotal: | | | 6.0 | **$1,980.00** |

Activity Code: **AUST REQUIREMENTS:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | .0 | $1,815.00 |
| Paralegals: PARA | | $150.00 | .30 | $45.00 |
| Activity Subtotal: | | | .30 | **$45.00** |

Activity Code: **CASE ADMINISTRATION:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | .20 | $110.00 |
| Paralegals: PARA | | $150.00 | 13.0 | $1,950.00 |
| Activity Subtotal: | | | 13.20 | **$2,060.00** |

Activity Code: **CLAIMS:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 12.80 | $7,040.00 |
| Paralegals: PARA | | $150.00 | .0 | $0 |
| Activity Subtotal: | | | 12.80 | **$7,040.00** |

Activity Code: **ADVERSARY PROCEEDING:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 194.90 | $107,195.00 |
| Paralegals: PARA | | $150.00 | 20.60 | $3,090.00 |
| Activity Subtotal: | | | 215.50 | **$110,285.00** |

Activity Code: **APPEAL:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 1.0 | $550.00 |
| Paralegals: PARA | | $150.00 | .0 | $0 |
| Activity Subtotal: | | | 1.0 | **$550.00** |

Activity Code: **2004 EXAMINATION:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 5.10 | $2,805.00 |
| Paralegals: PARA | | $150.00 | 11.40 | $1,710.00 |
| Activity Subtotal: | | | 16.50 | **$4,515.00** |

Activity Code: **PLAN:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 142.10 | $77,847.50 |
| Paralegals: PARA | | $150.00 | 70.60 | $10,590.00 |
| Activity Subtotal: | | | 210.70 | **$88,437.50** |

Activity Code: **SETTLEMENT:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 16.60 | $9,130.00 |
| Paralegals: PARA | | $150.00 | 0 | $0 |
| Activity Subtotal: | | | 16.60 | **$9,130.00** |

Activity Code: **SALE:**

| | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Attorney: James B. Miller | | $550.00 | 27.10 | $14,905.00 |

| Paralegals: | PARA | $150.00 | 0 | $0 |
| --- | --- | --- | --- | --- |
| Activity Subtotal: | | | 27.10 | **$14,905.00** |

**SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES**
**FOR THE TIME PERIOD**

| | | |
|---|---|---|
| 1. | Filing Fees: | $188.00 |
| 2. | Process Service Fees: | $0 |
| 3. | Witness Fees: | $0 |
| 4. | Court Reporter Fees and Transcripts: | $395.00 |
| 5. | Lien and Title Searches (Recording Fees): | $0 |
| | (a)  In-house copies (16,748 @ $.15/page) | $2,512.20 |
| | (b)  outside copies | $0 |
| 6. | Postage | $1,598.82 |
| 7. | Courier/Messenger Services: | $0 |
| 8. | Long Distance Telephone Charges: | $0 |
| 9. | Fax Transmissions (Long Distance - $1/pg.) | $0 |
| 10. | Computerized Research: | |
| | PACER | $63.90 |
| | LEXIS/Westlaw | $0 |
| 11. | Out-of-Southern-District-of-Florida Travel: | $0 |

(a)  Transportation    ($_____)

(b)  Lodging         ($_____)

(c)  Meals          ($_____)

12.    Other Permissible Expenses (must
specify and justify):

| | |
|---|---|
| (a) (Investigation Services – __ x Clear Reports) | $0 |
| (b)_COURT CALL/SOLUTIONS_ | $0 |
| (c) Garnishment Fee | $0 |
| (d) Certified Copies | $0 |
| (E) Federal Express | $98.96 |

**Total Expense Reimbursement Requested in the Fee Application**          **$4,856.88**