7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page      1

---

Selection Criteria

---

| Client Selection | Include: AWB-BKC |
|---|---|

---

| | |
|---|---|
| Nickname | AWB-BKC \| 447 |
| Full Name | |
| Address | |
| Phone | Fax |
| Home | Other |
| In Ref To | |
| Notes | |
| Sup Attorney | |
| Billing Atty | |
| Case Type | Bankruptcy |
| Client Status | Active |
| Opened | 7/19/2022 |
| Closed | |
| Est. Billings | |
| Referred by | |
| Opp. Counsel | |
| Paralegal | |
| Associate | JBM |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | |
| Last bill | |
| Last charge | 5/1/2023 |
| Last payment | Amount |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Activity: 24** | | | | | |
| 12/1/2022 | JBM | 550.00 | 3.10 | 1,705.00 | Billable |
| | Asset Analysis | | | | |
| | Researching consignment issue. | | | | |
| | | | | | |
| 12/5/2022 | Sabina | 150.00 | 3.20 | 480.00 | Billable |
| | Asset Analysis | | | | |
| | Meet with JBM, drafting Request for Production on ShaneandNinaMT, drafted Subpoenas upon Itzhak Nakash, Kenney Goodman and Karma of Palm Beach, Karma of Broward. | | | | |
| | | | | | |
| 12/5/2022 | Jaime, Miriam | 150.00 | 3.00 | 450.00 | Billable |
| | Asset Analysis | | | | |
| | Bendit Investment - Research and download of complete district case filings. | | | | |

Exhibit "3"

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page      2

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/5/2022 | JBM<br>Asset  Analysis<br>(Modify proposed discovery requests to Omar Periu and Woodside re:<br>Periu motion to compel | 550.00 | 1.00 | 550.00 | Billable |
| 12/7/2022 | Jaime, Miriam<br>Asset  Analysis<br>Meet with JBM to review file for hearing; prepare hearing binders. | 150.00 | 1.80 | 270.00 | Billable |
| 12/8/2022 | Sabina<br>Asset  Analysis<br>Reviewed subpoenas and updated decus tecum requests with JBM and<br>prepared and served to Ken Goodman and Itzhak Nakash. | 150.00 | 1.30 | 195.00 | Billable |
| 12/9/2022 | Sabina<br>Asset  Analysis<br>Drafting Notice of Intent to Serve subpoenas upon Ken Goodman and<br>Itzhak Nakash, meet with JBM, and redrafted subpoenas. | 150.00 | 1.40 | 210.00 | Billable |
| 12/9/2022 | Sabina<br>Asset  Analysis<br>Reviewing discovery responses with JBM, preparing documents for today's<br>conference | 150.00 | 1.90 | 285.00 | Billable |
| 12/11/2022 | JBM<br>Asset  Analysis<br>T/c's with Jay Farrow re: allegations by FVP in State Court litigation and<br>motion practice, automatic stay and alter ego. | 550.00 | 1.00 | 550.00 | Billable |
| 12/12/2022 | JBM<br>Asset  Analysis<br>Researching Consignment issues per court order. | 550.00 | 3.00 | 1,650.00 | Billable |
| 12/13/2022 | Sabina<br>Asset  Analysis<br>Reviewed file and Motions to turnover, drafted duces tecum subpoenas<br>upon Karma of Palm Beach and Karma of Broward. | 150.00 | 1.50 | 225.00 | Billable |
| 12/13/2022 | Sabina<br>Asset  Analysis<br>Meet with JBM regarding ShaneandNinaMT - edited Request for Production. | 150.00 | 1.80 | 270.00 | Billable |
| 12/13/2022 | JBM<br>Asset  Analysis<br>(vs Stephens) Researching UCC, Common law consignment, and<br>bailment/agency laws. | 550.00 | 4.30 | 2,365.00 | Billable |

| 7/27/2023 | James B. Miller, Esq. | | |
| 2:47 PM | Bill | Page | 3 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 12/14/2022 | Jaime, Miriam | 150.00 | 0.30 | 45.00 | Billable |
| | Asset Analysis | | | | |
| | Receipt, review of Order Granting Debtor's Agreed Motion to Reset Hearing for December 28, 2022 DE#276 | | | | |
| 12/14/2022 | JBM | 550.00 | 3.20 | 1,760.00 | Billable |
| | Asset Analysis | | | | |
| | Researching bailment on Stephens matter | | | | |
| 12/14/2022 | Sabina | 150.00 | 0.50 | 75.00 | Billable |
| | Asset Analysis | | | | |
| | Finalize First Request for Production from ShaneandNinaMT with JBM. | | | | |
| 12/16/2022 | JBM | 550.00 | 4.60 | 2,530.00 | Billable |
| | Asset Analysis | | | | |
| | Outlining and finalizing draft of brief on Stephens Automobile re: consignment. | | | | |
| 12/21/2022 | Sabina | 150.00 | 0.40 | 60.00 | Billable |
| | Asset Analysis | | | | |
| | Reviewing file on titles and registration and prepare documents for JBM. | | | | |
| 1/2/2023 | Sabina | 150.00 | 0.90 | 135.00 | Billable |
| | Asset Analysis | | | | |
| | Received, reviewed, and scanned all production from Itzhak Nakash production. | | | | |
| 1/2/2023 | JBM | 550.00 | 1.60 | 880.00 | Billable |
| | Asset Analysis | | | | |
| | Review of subpoenas filed by FVP; conference with Scott Gherman. | | | | |
| 1/5/2023 | JBM | 550.00 | 0.90 | 495.00 | Billable |
| | Asset Analysis | | | | |
| | Review of Ken Goodman and Omar Periu matters; conferences with Scott Gherman and client reps re: Periu. | | | | |
| 1/9/2023 | Jaime, Miriam | 150.00 | 3.00 | 450.00 | Billable |
| | Asset Analysis | | | | |
| | Assist JBM in hearing preparation; discovery request and production; meet with JBM and discuss same. | | | | |
| 1/16/2023 | Sabina | 150.00 | 1.80 | 270.00 | Billable |
| | Asset Analysis | | | | |
| | Online research regarding Itzhak Nakash's and Kenneth Goodman's whereabouts. | | | | |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page     4

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/2/2023 | Sabina | 150.00 | 4.50 | 675.00 | Billable |
| | Asset  Analysis | | | | |
| | Meet with JBM regarding Auto Wholesale assets, liens, titles and registrations, prepared duces tecum subpoenas. | | | | |
| 2/3/2023 | Sabina | 150.00 | 0.90 | 135.00 | Billable |
| | Asset  Analysis | | | | |
| | Reviewed file and correspondence, meet with JBM, and drafted Notice of Examination duces tecum upon Edward Brown. | | | | |
| 2/6/2023 | Jaime, Miriam | 150.00 | 1.00 | 150.00 | Billable |
| | Asset  Analysis | | | | |
| | Create dropbox links of Woodside Credit partial document production and Omar Periu document production; prepared copy of same to client. | | | | |
| 2/8/2023 | Jaime, Miriam | 150.00 | 1.00 | 150.00 | Billable |
| | Asset  Analysis | | | | |
| | Prepare file and review same with JBM for hearing purposes. | | | | |
| 2/15/2023 | Sabina | 150.00 | 1.60 | 240.00 | Billable |
| | Asset  Analysis | | | | |
| | Reviewed file and docket, meet with JBM and rough draft of  Motion to Compel Itzhak Nakash. | | | | |
| 3/1/2023 | Jaime, Miriam | 150.00 | 0.70 | 105.00 | Billable |
| | Asset  Analysis | | | | |
| | Draft Debtor's Unopposed Agreed Motion to Extend Time to Respond to Omar Periu's Notice of Issuing Rule 2004 Examination Duces Tecum of Debtor Without Examination; draft order of same; review same with JBM. | | | | |
| 3/1/2023 | Jaime, Miriam | 150.00 | 2.00 | 300.00 | Billable |
| | Asset  Analysis | | | | |
| | Assist and meet with JBM on preparation for hearings.; prepare files for same on both parent and adv proceedings. | | | | |
| 3/2/2023 | Sabina | 150.00 | 0.40 | 60.00 | Billable |
| | Asset  Analysis | | | | |
| | Reviewed file and docket, drafted Notice of Cancellation of R. Gray's examination. | | | | |
| 3/8/2023 | Sabina | 150.00 | 0.20 | 30.00 | Billable |
| | Asset  Analysis | | | | |
| | Drafted, filed and serve CoS on O- ECF#488 | | | | |
| 3/8/2023 | Sabina | 150.00 | 0.20 | 30.00 | Billable |
| | Asset  Analysis | | | | |
| | Drafted, filed and serve CoS on O- ECF#487 | | | | |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    5

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/9/2023 | Sabina<br>Asset Analysis<br>Meet with JBM and drafted Interrogatories upon Nicole Testa Mehdipour and upon FVP | 150.00 | 1.20 | 180.00 | Billable |
| 3/15/2023 | Jaime, Miriam<br>Asset Analysis<br>Review production from Excell; discuss same with Mr. Miller. | 150.00 | 6.30 | 945.00 | Billable |
| 3/21/2023 | Jaime, Miriam<br>Asset Analysis<br>Draft Renewed Notice of Taking Examination Duces Tecum of Alan Barbee | 150.00 | 0.50 | 75.00 | Billable |
| 3/27/2023 | Sabina<br>Asset Analysis<br>Preparing documents for JBM review and meeting with JBM. | 150.00 | 0.90 | 135.00 | Billable |

| Total: 24 | | | 66.90 | | $19,115.00 |
|---|---|---|---|---|---|

Activity: 25

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/29/2022 | Jaime, Miriam<br>Fee App./Employment<br>Assist JBM with Fee Application. | 150.00 | 3.30 | 495.00 | Billable |
| 12/7/2022 | JBM<br>Fee App./Employment<br>Prepare for and attend hearing on fee apps. Draft Order. | 550.00 | 1.00 | 550.00 | Billable |
| 3/6/2023 | JBM<br>Fee App./Employment<br>Telephone negotiate and exchange correspondence re: employment of Atty Feldman, issues and expert (1.0); draft app employ Feldman and proposed order (.70) | 550.00 | 1.70 | 935.00 | Billable |

| Total: 25 | | | 6.00 | | $1,980.00 |
|---|---|---|---|---|---|

Activity: 26

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 11/30/2022 | JBM<br>Adversary 1<br>(Benidt) Review of referral by Fed Dist Court; t/c with Eric Silver re: same; appear at Status Conf; post conference with Silver. | 550.00 | 1.00 | 550.00 | Billable |
| 12/7/2022 | JBM<br>Adversary 1<br>(vs Benidt) Conferences with Eric Silver re: Benidt matter (1.0); Attend Status Conference hearing on Adv Proc. (.50) | 550.00 | 1.50 | 825.00 | Billable |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page      6

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/14/2022 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
| | Adversary 1 | | | | |
| | Attend Zoom Discovery Conference (1.25);t/'c's with Scott Gherman re: discovery (.85). | | | | |
| 12/15/2022 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP et al) Review of Motion to Compel Discovery and notes of meetings. Conferences with Client reps. | | | | |
| 12/16/2022 | JBM | 550.00 | 2.80 | 1,540.00 | Billable |
| | Adversary 1 | | | | |
| | Review 5th Amended Complaint and attachments. | | | | |
| 12/19/2022 | JBM | 550.00 | 0.80 | 440.00 | Billable |
| | Adversary 1 | | | | |
| | (vs Benidt) T/c with Michael Harwin Esq. re: Benidt Motion to Dismiss and resolution options. | | | | |
| 12/23/2022 | JBM | 550.00 | 0.50 | 275.00 | Billable |
| | Adversary 1 | | | | |
| | Conference with clients and Feldman. | | | | |
| 12/23/2022 | JBM | 550.00 | 3.90 | 2,145.00 | Billable |
| | Adversary 1 | | | | |
| | (vs Benidt and vs KPB/KB) Researching untimely adv proc and not filed POC issues. | | | | |
| 12/28/2022 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Review of FVP Answer to Hi Bar counterclaim. [ECF No. 167] | | | | |
| 1/2/2023 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
| | Adversary 1 | | | | |
| | Researching Work Product, Scope of Discovery limits and objections | | | | |
| 1/4/2023 | JBM | 550.00 | 3.10 | 1,705.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Researching Document Dump and discovery violations by FVP. | | | | |
| 1/5/2023 | JBM | 550.00 | 3.30 | 1,815.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Reviewing materials being produced; privilege issues; researching privilege matters | | | | |
| 1/8/2023 | JBM | 550.00 | 4.10 | 2,255.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Reviewing notice of deposition and draft objections and responses; draft correspondence to Breslin re: same; review production for | | | | |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page      7

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | depo with Client Reps | | | | |
| 1/10/2023 | JBM Adversary 1 Reviewing materials (2.0)) and preparing witness (Moshe Farache) for 7030 Examination as Corp Rep of Debtor in FVP Adv Proc. (9:15 a - 2 p) (4.8). | 550.00 | 6.80 | 3,740.00 | Billable |
| 1/11/2023 | JBM Adversary 1 (vs FVP) Depo Preparation | 550.00 | 2.10 | 1,155.00 | Billable |
| 1/11/2023 | JBM Adversary 1 (vs FVP re: discovery) (Obj Claims) (Ed Brown Motion); (Parent Case Discovery) -- Multiple hearings Prepare for (1.1) and attend (1.8);t/c's with Linda Leali (1.1; Scott Gherman (.40); Brad Shraiberg (.30); )Zoom Conf with Client Reps after hearings (.50) | 550.00 | 5.20 | 2,860.00 | Billable |
| 1/12/2023 | JBM Adversary 1 Attend deposition (11-6) (7.0) of Moshe Farache as Corp Rep. | 550.00 | 7.00 | 3,850.00 | Billable |
| 1/13/2023 | JBM Adversary 1 (vs FVP) Attend deposition of Moshe Farache as Corp Rep. of Debtor. (930-6). | 550.00 | 8.50 | 4,675.00 | Billable |
| 1/13/2023 | JBM Adversary 1 Review of ECF 356 (Shaneandninamt amended motion) and conference regarding same. | 550.00 | 0.80 | 440.00 | Billable |
| 1/16/2023 | JBM Adversary 1 (vs FVP) T/cs with Client Rep re: Adv Proc, settlement discussions with party and issues (.50); review of M Compel (ECF No. 195) (.50) | 550.00 | 1.00 | 550.00 | Billable |
| 1/16/2023 | JBM Adversary 1 (FVP vs AWB) Review of Motion to Compel [ECF No. 199 and ECF No. 196], conferences re: same. | 550.00 | 0.90 | 495.00 | Billable |
| 1/19/2023 | JBM Adversary 1 (vs FVP) T/c's with Gherman and with Farache re: discovery. | 550.00 | 0.80 | 440.00 | Billable |

James B. Miller, Esq.
Bill

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/19/2023 | JBM<br>Adversary 1<br>Review of various orders and conference with Client reps. | 550.00 | 0.70 | 385.00 | Billable |
| 1/20/2023 | JBM<br>Adversary 1<br>(vs Bendit) Conference with Atty Harwin, review of proposed draft of motion to amend and amended complaint. | 550.00 | 2.00 | 1,100.00 | Billable |
| 1/23/2023 | JBM<br>Adversary 1<br>(vs FVP) review of Franklin Counterclaim. Exchanging correspondence re: discovery. | 550.00 | 1.10 | 605.00 | Billable |
| 1/24/2023 | Jaime, Miriam<br>Adversary 1<br>Receipt, review of Order DE#208; draft certificate of service of same. | 150.00 | 0.30 | 45.00 | Billable |
| 1/24/2023 | Jaime, Miriam<br>Adversary 1<br>Adv Benidt v AWB - Receipt, review and calendar all deadlines; draft Certificate of Service Re: [39] Order on Motion to Extend Time). | 150.00 | 0.60 | 90.00 | Billable |
| 1/25/2023 | JBM<br>Adversary 1<br>(vs FVP) Prepare for (.70), and attend (1.6) hearing onM Compel (#172); t/c's and exchange correspondence with Linda Leali, Breslin, Schwartz and others re: same (.40). | 550.00 | 2.70 | 1,485.00 | Billable |
| 1/25/2023 | JBM<br>Adversary 1<br>(vs FVP) Reviewing latest modified discovery responses by FVP. | 550.00 | 2.10 | 1,155.00 | Billable |
| 1/25/2023 | Jaime, Miriam<br>Adversary 1<br>Meeting with JBM and review file for hearing on Debtor's Motion to Compel Discovery DE#172. | 150.00 | 2.00 | 300.00 | Billable |
| 1/26/2023 | JBM<br>Adversary 1<br>(vs FVP) Review of FVP RFP1 and 2,  AWB Responses as well as Motion to Compel and conferences with Client Reps, Leali and Gherman re: resolution and issues, and otherwise prepare for meet and confer (1.3); attend meet and confer with Linda Leali,  Scott Gherman, Jon Schwartz and David Softness (2.0) | 550.00 | 3.30 | 1,815.00 | Billable |
| 1/30/2023 | JBM<br>Adversary 1<br>(vs FVP) Prepare for (.70) and attend Zoom Meet and Confer re: discovery | 550.00 | 3.50 | 1,925.00 | Billable |

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | disputes with Jerry Breslin, Esq. and Linda Leali (1.5); further conference with Mr. Breslin re: same (.30); exchange correspondence (.20). Draft response to 3rd RFP by FVP upon Debtor (.80). | | | | |
| 1/30/2023 | Sabina<br>Adversary 1<br>Received and reviewed of Order DE#277, drafted and filed Certificate of Service. | 150.00 | 0.30 | 45.00 | Billable |
| 1/31/2023 | JBM<br>Adversary 1<br>(vs FVP) Discovery Zoom Conference with Breslin, and t/c's (2.30). T/c's with Gherman (.70) and Lisa Farache (.50); reviewing discovery provided by FVP (3.1); interview of potential expert for Debtor (.30). | 550.00 | 6.90 | 3,795.00 | Billable |
| 2/1/2023 | Jaime, Miriam<br>Adversary 1<br>FVP adv. - Draft and amended Debtor's/Defendant's Initial Disclosures; review same with JBM. | 150.00 | 2.60 | 390.00 | Billable |
| 2/1/2023 | JBM<br>Adversary 1<br>(FVP and Benidt Adv's)  Prepare for and attend hearings on: (FVP) motions to compel discovery (#'s 172, 195 and 199); and (Benidt) Motion to Amend Complaint. | 550.00 | 1.40 | 770.00 | Billable |
| 2/1/2023 | JBM<br>Adversary 1<br>(vs FVP) Outlining answer(s) to various counterclaims and complaints. | 550.00 | 3.10 | 1,705.00 | Billable |
| 2/2/2023 | JBM<br>Adversary 1<br>(vs FVP) Researching defenses. | 550.00 | 3.60 | 1,980.00 | Billable |
| 2/2/2023 | JBM<br>Adversary 1<br>(vs BENIDT) Review file and materials and draft Initial Disclosures. | 550.00 | 1.90 | 1,045.00 | Billable |
| 2/3/2023 | JBM<br>Adversary 1<br>(vs FVP) Conferences with Gherman and Martin re: discovery, facts alleged and affirmative defenses; finalize research on defenses; finalize edits and draft of Answer/Aff Defenses. | 550.00 | 3.20 | 1,760.00 | Billable |
| 2/3/2023 | JBM<br>Adversary 1<br>(vs Benidt) Scheduling order draft and review. | 550.00 | 0.70 | 385.00 | Billable |

| 7/27/2023 | | James B. Miller, Esq. | | | | |
|---|---|---|---|---|---|---|
| 2:47 PM | | Bill | | | | Page    10 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 2/4/2023 | JBM | 550.00 | 0.90 | 495.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Review of Edward Brown's AnswerAff Defenses. | | | | |
| 2/7/2023 | Sabina | 150.00 | 4.90 | 735.00 | Billable |
| | Adversary 1 | | | | |
| | Meet with JBM regarding duces tecum subpoenas upon Hi Bar and Franklin, reviewed file, production and request forproduction. drafted duces tecum subpoenas and forwarded to JBM for review. | | | | |
| 2/8/2023 | JBM | 550.00 | 2.50 | 1,375.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Draft R26(a)(3) Disclosures, review multiple parties' disclosures re: same. | | | | |
| 2/8/2023 | JBM | 550.00 | 0.10 | 55.00 | Billable |
| | Adversary 1 | | | | |
| | (vs Benidt)  Attend hearing (.10). | | | | |
| 2/14/2023 | JBM | 550.00 | 7.10 | 3,905.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Attend depo of Michele Martin conducted by  FVP | | | | |
| 2/16/2023 | JBM | 550.00 | 3.00 | 1,650.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Review of Expert Report; conferences with Client Reps re: same (2.4); discovery conference with Breslin Schwartz and Softness (.60). | | | | |
| 2/20/2023 | JBM | 550.00 | 1.70 | 935.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Reviewing deal jackets of Debtor and conferences with client re: same. | | | | |
| 2/20/2023 | JBM | 550.00 | 2.00 | 1,100.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Researching potential obj and discovery issues. | | | | |
| 2/21/2023 | JBM | 550.00 | 1.20 | 660.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Conference with Glick re: FVP's experts and  issues.  Draf N-0epo. | | | | |
| 2/22/2023 | JBM | 550.00 | 0.60 | 330.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) prepare for and attend Hearings. | | | | |
| 2/22/2023 | JBM | 550.00 | 2.50 | 1,375.00 | Billable |
| | Adversary 1 | | | | |
| | Privilege Log issues research and review. | | | | |

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/23/2023 | Jaime, Miriam<br>Adversary 1<br>FVP v. AWB<br>Assist JBM in preparation and filing of Defendant's Emergency Application to Employ Expert. | 150.00 | 1.00 | 150.00 | Billable |
| 2/23/2023 | JBM<br>Adversary 1<br>(vs AWB) T/c with Glick (.80); t/c with Moshe Farache (.30); and exchange correspondence/documents  (.80) re: adv proc and analysis. | 550.00 | 1.90 | 1,045.00 | Billable |
| 2/24/2023 | JBM<br>Adversary 1<br>(vs FVP) T/c's with Moshe re: privilege and discovery (.40); t/.c with Gherman re: same issues and scope of production (.60); review m-compel and obj to expert(.70); conference re: same with Feldman (.50); t/c with Redmond (.50). | 550.00 | 2.70 | 1,485.00 | Billable |
| 2/24/2023 | Jaime, Miriam<br>Adversary 1<br>Draft certificate of service of Notice of Hearing on Debtor's Emergency Motion to Employ Expert. | 150.00 | 0.30 | 45.00 | Billable |
| 2/24/2023 | JBM<br>Adversary 1<br>(vs FVP) Zoom Conference with Joel Glick and Client Reps. | 550.00 | 1.50 | 825.00 | Billable |
| 2/25/2023 | JBM<br>Adversary 1<br>(vs FVP) Review of M-Compel and attachments by FVP; conference with Cient Reps; reviewing file and exhibits | 550.00 | 2.70 | 1,485.00 | Billable |
| 2/27/2023 | JBM<br>Adversary 1<br>(vs FVP) Research re: category privilege and work product issues; review of M2-Compel by FVP, review RFP's and responses and privilege log; draft Response. | 550.00 | 3.30 | 1,815.00 | Billable |
| 2/28/2023 | JBM<br>Adversary 1<br>(vs Benidit) Draft proposed motion to extend and order; exchange correspondence with opposing counsel re: same. | 550.00 | 0.60 | 330.00 | Billable |
| 2/28/2023 | JBM<br>Adversary 1<br>(vs FVP ) Review files and materials, conferences with Glick, with Client Reps re: expert, analysis, tracing auto and excel history, etc. Draft Initial Disclosure of Expert. | 550.00 | 3.20 | 1,760.00 | Billable |

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/1/2023 | JBM<br>Adversary 1<br>(vs FVP) Review of M-Strike by FVP. | 550.00 | 0.90 | 495.00 | Billable |
| 3/1/2023 | JBM<br>Adversary 1<br>(both Parent and FVP Adv) Prepare for and attend hearings on App's to Employ Glick (draft proposed order(s)), attend hearing on Lipman Motion (exchange correspondence with Appel and review and proposed changes to order). | 550.00 | 1.60 | 880.00 | Billable |
| 3/1/2023 | Jaime, Miriam<br>Adversary 1<br>Receipt, review, calendar all required deadlines on Order DE#302; draft Certificate of Service of same. | 150.00 | 0.80 | 120.00 | Billable |
| 3/2/2023 | JBM<br>Adversary 1<br>Zoom conf with Expert (2.1); reviewing documents and pleadings for trial Preparation(1.0), conferences with Client reps (.60) and review of material to be produced (Internal Comm.'s) and exchange correspondence with Breslin re: same (.90).. | 550.00 | 4.60 | 2,530.00 | Billable |
| 3/2/2023 | Jaime, Miriam<br>Adversary 1<br>FVP v AWB - Re-Notice deposition of Richard Gray (FVP's Expert). | 150.00 | 0.50 | 75.00 | Billable |
| 3/3/2023 | Jaime, Miriam<br>Adversary 1<br>Attend and assist Mr. Farache and JBM at the continued deposition of Mr. Farache. | 150.00 | 6.00 | 900.00 | Billable |
| 3/3/2023 | JBM<br>Adversary 1<br>Prepare witness and attend Depo of Moshe Farache. | 550.00 | 8.00 | 4,400.00 | Billable |
| 3/6/2023 | JBM<br>Adversary 1<br>(vs FVP) Conference with Client Rep, Review of materials and attend conference re: Joint Stipulation. | 550.00 | 0.70 | 385.00 | Billable |
| 3/7/2023 | JBM<br>Adversary 1<br>(vs FVP) Conferences with Atty Feldman re: background and issues (1.5); conferences with Client Reps (.50). | 550.00 | 2.00 | 1,100.00 | Billable |
| 3/8/2023 | JBM<br>Adversary 1<br>(vs FVP/Benidt and Parent Case), Prepare for (.90), travel to and from | 550.00 | 6.70 | 3,685.00 | Billable |

James B. Miller, Esq.
Bill

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| | (3.2), hearings on Pretrial (FVP), attend hearings (.75): Motion Strike by Ed Brown (FVP Adv); Scheduling Conference (Benidt), Motion Insurance (Parent), Motion Employ Feldman (Parent), and Motions Turnover by Periu (Parent); draft orders (.40); conferences with Farache and others re: trial and issues (1.05); attend zoom conference directed by Court (.40). | | | | |
| 3/13/2023 | JBM Adversary 1 (vs FVP) T/c with P Redmond re: Benidt joinder in Part 1 of FVP suit and issues. | 550.00 | 0.50 | 275.00 | Billable |
| 3/13/2023 | JBM Adversary 1 (vs FVP) Amend Affirmative Defenses; conferences with Client reps re: same and review of materials re: same. | 550.00 | 1.00 | 550.00 | Billable |
| 3/14/2023 | JBM Adversary 1 Discovery review and  meetings with Feldman; conferences with Eyal Berger, Feldman, Redmond and Shraiberg. | 550.00 | 6.00 | 3,300.00 | Billable |
| 3/15/2023 | JBM Adversary 1 (vs Benidt) Prepare for and attend Scheduling Conference; review proposed scheduling order and exchange correspondence re: same. | 550.00 | 0.60 | 330.00 | Billable |
| 3/15/2023 | JBM Adversary 1 (vs FVP) Researching ordinary course and value, possession, right of recovery and special interest. | 550.00 | 2.60 | 1,430.00 | Billable |
| 3/20/2023 | JBM Adversary 1 (vs BEnidt) Review of Hi Bar Answer. Conference with Feldman. | 550.00 | 0.90 | 495.00 | Billable |
| 3/20/2023 | JBM Adversary 1 (vs Benidt) Exchange correspondence re: extension to respond to Complaint; draft Motion and Order. | 550.00 | 0.70 | 385.00 | Billable |
| 3/23/2023 | JBM Adversary 1 (vs FVP) Conferences with Client rep and Atty Feldman re: expert Richard Gray. | 550.00 | 1.10 | 605.00 | Billable |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    14

AWB-BKC: (continued)

| Date ID | Timekeeper / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/29/2023 | JBM | 550.00 | 1.50 | 825.00 | Billable |
| | Adversary 1 | | | | |
| | Hearing on Ed Brown M-Strike Aff Defenses (.30); draft amended aff defenses (.50). Prepare for and attend Hearing on M Strike Expert (.70) | | | | |
| 3/29/2023 | JBM | 550.00 | 2.40 | 1,320.00 | Billable |
| | Adversary 1 | | | | |
| | Draft Initial Disclosures P2; review Expert Disclosure of FVP as to P2; exchange correspondence with Feldman and with Glick re: same; t/cs with Feldman. | | | | |
| 4/3/2023 | JBM | 550.00 | 0.70 | 385.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP)Exchange correspondence with Feldman re: MSJ of Brown; t/c with Client re: pending adv proc. | | | | |
| 4/6/2023 | JBM | 550.00 | 1.60 | 880.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Zoom Conference with Joel Glick re; expert disclosure and report(s) for Part II trial (1.1). Conferences ith Feldman re: msj response to Ed Brown and discovery for Part II (.50) | | | | |
| 4/10/2023 | Jaime, Miriam | 150.00 | 1.00 | 150.00 | Billable |
| | Adversary 1 | | | | |
| | FVP - Assist JBM in drafting of Expert Disclosures. | | | | |
| 4/10/2023 | JBM | 550.00 | 1.70 | 935.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Finalize Initial 26a3 and 26a2 Disclosures (.70); conference with Glick re: expert issues and report(s) (1.0) | | | | |
| 4/18/2023 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Exchange correspondence with Breslin et al; re: production of cooperating agreement with Zankls; conference with Feldman; draft Second Request for Production | | | | |
| 4/19/2023 | JBM | 550.00 | 3.60 | 1,980.00 | Billable |
| | Adversary 1 | | | | |
| | (vs FVP) Prepare for and attend hearing on Benidt M-Intervene and conferences with Feldman and Client Reps (1.1); working with Expert on report and analysis (2.5).. | | | | |
| 4/20/2023 | Jaime, Miriam | 150.00 | 0.30 | 45.00 | Billable |
| | Adversary 1 | | | | |
| | FVP | | | | |
| | Draft certificate of service of NOH #388. | | | | |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    15

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/20/2023 | JBM<br>Adversary 1<br>(vs FVP) Review of ECF 386 (M Confirm Non Adjudication) and 385 (Reponse M Shorten Time); conference with Client Reps. | 550.00 | 1.40 | 770.00 | Billable |
| 4/21/2023 | JBM<br>Adversary 1<br>(vs FVP) Discovery review and analysis. | 550.00 | 2.10 | 1,155.00 | Billable |
| 4/24/2023 | JBM<br>Adversary 1<br>(vs FVP) Conferences with Feldman and with Joel Glick as expert reports and issues; review records and information. Conferences with Cllient Reps.: | 550.00 | 3.30 | 1,815.00 | Billable |
| 4/25/2023 | JBM<br>Adversary 1<br>(vs FVP) Review of objection (ECF 403), conference with Feldman, exchange correspondence with Breslin et al. (.60); conference with Leali (.40). | 550.00 | 1.00 | 550.00 | Billable |
| 4/27/2023 | JBM<br>Adversary 1<br>(vs FVP) Attend depo of Keith Lee. | 550.00 | 1.60 | 880.00 | Billable |

Total: 26                                         215.50                    $110,285.00

Activity: 30

| 12/7/2022 | JBM<br>Settlement<br>T/c with Brad Shraiberg re: settlement | 550.00 | 0.60 | 330.00 | Billable |
|---|---|---|---|---|---|
| 2/7/2023 | JBM<br>Settlement<br>Prepare for and attend Settlement negotiations with Eyal, Brett Marks, Brad Shraiberg, Jim Moon and Breslin (1.20); post conferences with Jim Moon and with Brad Shraiberg (.70); conference with Brett Marks (.50); conferences with Moshe and Gherman (.80) | 550.00 | 3.20 | 1,760.00 | Billable |
| 2/10/2023 | JBM<br>Settlement<br>Settlement conferences with Brett Marks Esq re: ED Brown. | 550.00 | 0.90 | 495.00 | Billable |
| 2/14/2023 | JBM<br>Settlement<br>(vs Ed Brown) Settlement conferences with Brett Marks and Eyal Berger re: settlement options. | 550.00 | 0.70 | 385.00 | Billable |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page      16

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/12/2023 | JBM | 550.00 | 2.10 | 1,155.00 | Billable |
| | Settlement | | | | |
| | Review of draft of settlement agreement betweenAWB and Excell Trustee; conferences with client reps. | | | | |
| 4/21/2023 | JBM | 550.00 | 1.70 | 935.00 | Billable |
| | Settlement | | | | |
| | Settlement negotiations with Shraiberg and Farache. | | | | |
| 4/26/2023 | JBM | 550.00 | 2.30 | 1,265.00 | Billable |
| | Settlement | | | | |
| | Settlement negotiations and conferences with various creditors and interested parties. | | | | |
| 4/27/2023 | JBM | 550.00 | 2.50 | 1,375.00 | Billable |
| | Settlement | | | | |
| | Settlement negotiations and conferences with clientr reps, various creditors and interested parties. | | | | |
| 4/29/2023 | JBM | 550.00 | 2.60 | 1,430.00 | Billable |
| | Settlement | | | | |
| | Review and discuss with Client Reps and counsels of settlement matters re: FVP, Franklin, Brown, (potential of Hi Bar; and conversion). | | | | |

Total: 30                                                    16.60                      $9,130.00

Activity: 31

| 1/12/2023 | Jaime, Miriam | 150.00 | 10.00 | 1,500.00 | Billable |
|---|---|---|---|---|---|
| | 2004 Exam | | | | |
| | Attend and assist at deposition of AWB of Moshe Farache. | | | | |
| 1/12/2023 | Sabina | 150.00 | 1.40 | 210.00 | Billable |
| | 2004 Exam | | | | |
| | Reviewing file and docket, document preparation for Debtor's principal deposition. | | | | |
| 2/9/2023 | JBM | 550.00 | 5.10 | 2,805.00 | Billable |
| | 2004 Exam | | | | |
| | Attend 2004 of Scott Zankl conducted by Amanda Klopp re: Ed Brown matter (3.1); review of documents (1.10); t/c with Leali (.30); discovery Crane (.90). | | | | |

Total: 31                                                    16.50                      $4,515.00

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    17

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Activity: 33 | | | | | |
| 4/20/2023 | Jaime, Miriam<br>AUST Requirements<br>Review and File MOR for March 2023 | 150.00 | 0.30 | 45.00 | Billable |
| Total: 33 | | | 0.30 | | $45.00 |
| Activity: 34 | | | | | |
| 11/11/2022 | Sabina<br>PLAN<br>Amended Plan meetings with JBM and document review. | 150.00 | 4.30 | 645.00 | Billable |
| 11/29/2022 | JBM<br>PLAN<br>T/c with David Softness re: 3rd party releases and continuance of Confirmation. | 550.00 | 0.40 | 220.00 | Billable |
| 11/30/2022 | JBM<br>PLAN<br>Exchange correspondence with David Softness re: the continuance of the Confirmation hearing and edit the proposed motion/order. | 550.00 | 0.60 | 330.00 | Billable |
| 12/2/2022 | JBM<br>PLAN<br>Zoom conference with Client Reps re: upcoming hearings,deadlines and plan. | 550.00 | 1.00 | 550.00 | Billable |
| 12/5/2022 | JBM<br>PLAN<br>Zoom conference with Client reps re: hearings, issues, discovery and assets | 550.00 | 1.00 | 550.00 | Billable |
| 12/19/2022 | JBM<br>PLAN<br>Correspond with opposing counsels; draft motion to continue Plan Hearing and proposed order. | 550.00 | 0.70 | 385.00 | Billable |
| 1/9/2023 | JBM<br>PLAN<br>Re: FVP M-Stay Relief to sue insiders; finalize research and draft objections (2.8); t/c's with Leali (.50); with Gherman (.60); draft -m-ext (.20). | 475.00 | 4.10 | 1,947.50 | Billable |
| 1/17/2023 | JBM<br>PLAN<br>T/c with Moshe re: plan issues, sale and discovery. | 550.00 | 0.50 | 275.00 | Billable |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    18

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 1/18/2023 | JBM<br>PLAN<br>Conference with Client reps re: releases and plan. | 550.00 | 0.50 | 275.00 | Billable |
| 1/18/2023 | JBM<br>PLAN<br>Conference with Linda Leali re: plan and discovery. | 550.00 | 0.20 | 110.00 | Billable |
| 2/1/2023 | JBM<br>PLAN<br>T/c's with Linda Leali, Moshe Farche, Lisa Farache and others re: just-filed M-Dismiss by FVP and issues, as well as plan changes. | 550.00 | 1.10 | 605.00 | Billable |
| 2/2/2023 | JBM<br>PLAN<br>Review of Motion to Convert/Dismiss; conferences with Client Reps and separately with Trustee. | 550.00 | 1.80 | 990.00 | Billable |
| 2/6/2023 | JBM<br>PLAN<br>Researching "cause" issues and dismissal motions. | 550.00 | 3.50 | 1,925.00 | Billable |
| 2/10/2023 | JBM<br>PLAN<br>Conference with Moshe Farache, Linda Leali, BRAD Shariberg and Scott Gherman re: Plan amendment, continuance, plan components, discovery in Adv proc with FVP, settlement attempts with Franklin,  and dismissal motion and Stephens' order. | 550.00 | 3.20 | 1,760.00 | Billable |
| 2/13/2023 | JBM<br>PLAN<br>Review of multiple motions to dismiss, joiners and exhibits thereto; finalize research, draft proposed response to MTD's. | 550.00 | 2.30 | 1,265.00 | Billable |
| 2/15/2023 | Jaime, Miriam<br>PLAN<br>Prepare files and materials, travel to and from and assist at hearings with JBM on  M's To Dismiss in Parent Case, M Rehrg on Woodside Credit Claim, Motion to Extend by  Woodside, and M-Compel Discovery From FVP in Adv Proc. | 150.00 | 7.00 | 1,050.00 | Billable |
| 2/15/2023 | JBM<br>PLAN<br>Prepare for, travel to and from, and attend hearings on M's To Dismiss in Parent Case, M Rehrg on Woodside Credit Claim, Motion to Extend by Woodside, and M-Compel Discovery From FVP in Adv Proc. Conferences with Client Reps. | 550.00 | 9.00 | 4,950.00 | Billable |

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/17/2023 | JBM PLAN Finalize motion to continue Confirmation Hearing and proposed order; correspond with opposing counsel re: same (.80); conferences re: discovery (1.5) | 550.00 | 2.30 | 1,265.00 | Billable |
| 2/24/2023 | Sabina PLAN Reviewed file and JBM notes, drafted 7030 decus tecum notice upon Excell Auto Group's Trustee Nicole Testa Mehdipour. | 150.00 | 1.40 | 210.00 | Billable |
| 2/27/2023 | JBM PLAN Review of case law and conduct conference with Alan Crane and Alan Barbee re: likely conflict of Alan Barbee ; t/c with Client rep. | 550.00 | 1.00 | 550.00 | Billable |
| 3/9/2023 | JBM PLAN Prepare for and conduct Zoom Conf with Client Rep, Atty Feldman and Steve Levy. | 550.00 | 0.50 | 275.00 | Billable |
| 3/9/2023 | JBM PLAN Conference with Alex Kurkin of Kurkin Brandes re: claim, plan, dismissal motion and issues. | 550.00 | 0.60 | 330.00 | Billable |
| 3/9/2023 | JBM PLAN Researching dismissal/conversion matters; conferences with client reps. | 550.00 | 3.90 | 2,145.00 | Billable |
| 3/11/2023 | JBM PLAN Researching issues of dismissal matters. | 550.00 | 5.40 | 2,970.00 | Billable |
| 3/15/2023 | JBM PLAN Reviewing interrogatory responses, conferences with Feldman; conferences with Jason Rigoli re: depositions, discovery and document dump by Mehdipour. | 550.00 | 1.90 | 1,045.00 | Billable |
| 3/16/2023 | JBM PLAN T/c with Jason Rigoli an Alan Crane re: Nicole Mehdipour's document requests (.50) and draft proposed agreed order (.50). | 550.00 | 1.00 | 550.00 | Billable |
| 3/16/2023 | JBM PLAN Attend Depo of Nicole Mehdipour re: Dismissal Motion (3.0); t/c conference with Alan Crane and Jason Rigoli re: discovery motion, | 550.00 | 4.10 | 2,255.00 | Billable |

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | shortened time and agreement to production and limit scope; draft proposed agreed order and exchange correspondence re: same  (.80); attend hearing (.30). | | | | |
| 3/17/2023 | JBM<br>PLAN<br>Preparing responses to Periu document request, review of documents; draft correspondence (2.1); t/c's with Feldman re: Motion  to Dismiss and issues, ideas, exhibits and depositions (1.0); draft  N-Examination of Alan Barbee (.30); exchange correspondence with Harry Winderman (.10). T/c with Leali (.40). | 550.00 | 3.90 | 2,145.00 | Billable |
| 3/20/2023 | JBM<br>PLAN<br>(re M Dismiss) Exchange of correspondence with and t/c with Harry Winderman re: depo of Scott Zankl; review of MPO | 550.00 | 1.50 | 825.00 | Billable |
| 3/21/2023 | JBM<br>PLAN<br>Reviewing materials to amend plan. | 550.00 | 2.40 | 1,320.00 | Billable |
| 3/22/2023 | JBM<br>PLAN<br>(M Dismiss) Prepare witness and attend  depo of Moshe Farache; post-depo conferences | 550.00 | 7.50 | 4,125.00 | Billable |
| 3/23/2023 | Jaime, Miriam<br>PLAN<br>Preparation of documents and binders for Trial on Motion to Dismiss; meeting with JBM on same. | 150.00 | 9.00 | 1,350.00 | Billable |
| 3/23/2023 | JBM<br>PLAN<br>(M Dismiss) Preparing for evidentiary hearings. | 550.00 | 6.00 | 3,300.00 | Billable |
| 3/24/2023 | JBM<br>PLAN<br>Prepare for and attend examinations of Alan Barbee and Scott Zankl; conferences with Jon Feldman, Joel Glick and Client Reps. | 550.00 | 9.00 | 4,950.00 | Billable |
| 3/24/2023 | Jaime, Miriam<br>PLAN<br>Preparation of documents and binders for Trial on Motion to Dismiss; meeting with JBM on same. | 150.00 | 10.00 | 1,500.00 | Billable |

| 7/27/2023 | James B. Miller, Esq. | | | | |
| 2:47 PM | Bill | | | Page | 21 |

AWB-BKC: (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 3/25/2023 | JBM | 550.00 | 5.00 | 2,750.00 | Billable |
| | PLAN | | | | |
| | Preparing for evidentiary hearings; conferences with Client Reps, Joel Glick, and review of Barbee analysis materials | | | | |
| 3/25/2023 | Jaime, Miriam | 150.00 | 8.00 | 1,200.00 | Billable |
| | PLAN | | | | |
| | Preparation of documents and binders for Trial on Motion to Dismiss; meeting with JBM on same. | | | | |
| 3/26/2023 | Jaime, Miriam | 150.00 | 10.00 | 1,500.00 | Billable |
| | PLAN | | | | |
| | Preparation of documents and binders for Trial on Motion to Dismiss; meeting with JBM on same. | | | | |
| 3/26/2023 | JBM | 550.00 | 8.20 | 4,510.00 | Billable |
| | PLAN | | | | |
| | (M Dismiss) Preparing fro hearings, exhibit review, editing opening, conferences, meetings and trial Preparation and assembly of with Client Reps and witnesses; settlement negotiations with Alan Crane for Excell Trustee; researching issues for testimony; conferences with witnesses and co-counsel. | | | | |
| 3/27/2023 | JBM | 550.00 | 10.00 | 5,500.00 | Billable |
| | PLAN | | | | |
| | (M Dismiss) Attend Trial and post-trail meetings and conferences | | | | |
| 3/27/2023 | Jaime, Miriam | 150.00 | 10.00 | 1,500.00 | Billable |
| | PLAN | | | | |
| | (Motion to Dismiss or Convert to Chapter 7) Attend Trial with JBM and assist with same; and post-trail meetings and conferences. | | | | |
| 3/28/2023 | JBM | 550.00 | 7.90 | 4,345.00 | Billable |
| | PLAN | | | | |
| | (M Dismiss) Attend Trial and post-trail meetings and conferences | | | | |
| 3/28/2023 | Sabina | 150.00 | 2.90 | 435.00 | Billable |
| | PLAN | | | | |
| | Preparing Trial exhibits to JBM. | | | | |
| 3/28/2023 | Jaime, Miriam | 150.00 | 8.00 | 1,200.00 | Billable |
| | PLAN | | | | |
| | (Motion to Dismiss or Convert to Chapter 7) Attend Trial with JBM and assist with same; and post-trail meetings and conferences. | | | | |
| 4/7/2023 | JBM | 550.00 | 1.50 | 825.00 | Billable |
| | PLAN | | | | |
| | Review of proposed expert report on Barbee report | | | | |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    22

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 4/11/2023 | JBM<br>PLAN<br>Conferences re: dismissal hearing and motion; plan changes and<br>settlement with Franklin and FVP. | 550.00 | 2.60 | 1,430.00 | Billable |
| 4/18/2023 | JBM<br>PLAN<br>T/c with Leal re: Plan issues. | 550.00 | 0.20 | 110.00 | Billable |
| 4/28/2023 | JBM<br>PLAN<br>Preparing for closing argument, reviewing exhibits and materials.<br>Conferences with Gherman, Client Reps a, Glick and Feldman. | 550.00 | 6.70 | 3,685.00 | Billable |
| 4/29/2023 | JBM<br>PLAN<br>Outlining issues to address for closing argument (2.2); follow up research<br>review (2.1), | 550.00 | 4.30 | 2,365.00 | Billable |
| 4/30/2023 | JBM<br>PLAN<br>Closing Argument Preparation, conferences with Client reps and<br>co-counsel; meeting with Feldman and preparation for closing | 550.00 | 6.80 | 3,740.00 | Billable |
| 5/1/2023 | JBM<br>PLAN<br>Travel to and from, attend closing arguments, and conferences with<br>Feldman, Trustee Leali, and with Client reps. (8.0) | 550.00 | 8.00 | 4,400.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| Total: 34 | | | 212.70 | | $88,437.50 |

Activity: 38

| Date | Timekeeper / Task | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 11/28/2022 | Jaime, Miriam<br>Case Administration<br>Attend evidentiary hearing with JBM. | 150.00 | 13.00 | 1,950.00 | Billable |
| 11/30/2022 | JBM<br>Case Administration<br>Attend hearing on Mark Wolfson M-Withdraw as counsel. | 550.00 | 0.20 | 110.00 | Billable |

| | | | | | |
|---|---|---|---|---|---|
| Total: 38 | | | 13.20 | | $2,060.00 |

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| Activity: 39 | | | | | |
| 12/19/2022 | JBM<br>Claims<br>T/c with Zach Shelomith re: issues with Woodside's claim and Periu demand. | 550.00 | 0.60 | 330.00 | Billable |
| 12/26/2022 | JBM<br>Claims<br>Review of FVP responses to Claims Objections | 550.00 | 0.30 | 165.00 | Billable |
| 1/4/2023 | JBM<br>Claims<br>Review m-extend by Woodside., | 550.00 | 0.10 | 55.00 | Billable |
| 1/5/2023 | JBM<br>Claims<br>Conference with Zach Shelomith re: claims and objections to Woodside and Periu matters and auto; review motion to extend time. | 550.00 | 0.70 | 385.00 | Billable |
| 1/17/2023 | JBM<br>Claims<br>T/c's with Atty Gherman re: claims and objections. | 550.00 | 0.40 | 220.00 | Billable |
| 1/18/2023 | JBM<br>Claims<br>Prepare for (1.4) and attend hearings on Obj Claims [ECF No's  226, 227, 219, 220) and ADProc ECF No.'s 161, 172, 175, 171, 191) and other matters (1.3). | 550.00 | 2.70 | 1,485.00 | Billable |
| 1/23/2023 | JBM<br>Claims<br>Various Conferences with Client reps. and AWB Accountant; conference with Gherman | 550.00 | 2.00 | 1,100.00 | Billable |
| 2/8/2023 | JBM<br>Claims<br>Hearings on Claims Obj. | 550.00 | 1.40 | 770.00 | Billable |
| 2/9/2023 | JBM<br>Claims<br>Attend hearing on Claims Objections. | 550.00 | 1.00 | 550.00 | Billable |
| 2/13/2023 | JBM<br>Claims<br>Attend depo of Keith Lee by Calvin Erbstein | 550.00 | 2.00 | 1,100.00 | Billable |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page     24

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/9/2023 | JBM | 550.00 | 0.60 | 330.00 | Billable |
| | Claims | | | | |
| | T/c with Jason Rigoli re: scope of discovery and settlement options between Estates. | | | | |
| 3/21/2023 | JBM | 550.00 | 1.00 | 550.00 | Billable |
| | Claims | | | | |
| | Draft renewed obj to claim of Nicole Mehidpour Trustee. Conferences with Client Reps. | | | | |

Total: 39                                                          12.80                              $7,040.00

Activity: 41

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 12/6/2022 | JBM | 550.00 | 2.90 | 1,595.00 | Billable |
| | Sale | | | | |
| | Research and review transcripts; draft Motion to Sell and Use Cash Collateral. Conf with Gherman. | | | | |
| 12/7/2022 | JBM | 550.00 | 2.20 | 1,210.00 | Billable |
| | Sale | | | | |
| | T/c with Leali re: proposed sale motion (.50); and t/.c with Client rep re: same (.20). Editing proposed sale motion and order (1.50). | | | | |
| 12/19/2022 | JBM | 550.00 | 4.30 | 2,365.00 | Billable |
| | Sale | | | | |
| | Review various objections to sale motion (1.2); review Debtor records, filings, draft Affidavit for Moshe Farache and outline for hearing argument, research case law on "ownership" and 364(f) requirements (3.1).. | | | | |
| 12/19/2022 | JBM | 550.00 | 0.80 | 440.00 | Billable |
| | Sale | | | | |
| | T/c with Linda Leali re: sale and issues (.60); t/v with Maosha Farache re: same (.20). | | | | |
| 12/20/2022 | JBM | 550.00 | 5.10 | 2,805.00 | Billable |
| | Sale | | | | |
| | Separate t/c's with Shraiberg, Leali, Softness, Breslin, Gherman and Clients re: sale motion. Review of Objections, research objections, property of Debtor/Estate and "ownership" under Florida law. | | | | |
| 12/21/2022 | JBM | 550.00 | 7.80 | 4,290.00 | Billable |
| | Sale | | | | |
| | T/c's with Shraiberg (.30), Leali (.40) and clients and Gherman (.80); prepare for (2.0), travel to and fro (3.0)and appear at hearing on sale motion (1.30). | | | | |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    25

AWB-BKC: (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 12/22/2022 | JBM<br>Sale<br>Conferences with Moshe Farache and with Scott Gherman re: sale and inventory issues (1.2); review of Motion for Stay Relief and attachments (1.0) | 550.00 | 2.20 | 1,210.00 | Billable |
| 12/26/2022 | JBM<br>Sale<br>Review of FVP Obj Sell; conferences re same. | 550.00 | 1.80 | 990.00 | Billable |

|  |  |  | 27.10 |  | $14,905.00 |
|---|---|---|---|---|---|
| Total: 41 |  |  |  |  |  |

Activity: 42

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/21/2023 | JBM<br>Appeal 1<br>(Derek Stephens) Reviewing record for designation. | 550.00 | 1.00 | 550.00 | Billable |

|  |  |  | 1.00 |  | $550.00 |
|---|---|---|---|---|---|
| Total: 42 |  |  |  |  |  |

|  |  |  | 588.60 |  | $258,062.50 |
|---|---|---|---|---|---|
| TOTAL | Billable Fees |  |  |  |  |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Activity: 26 |  |  |  |  |  |
| 12/7/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost - Hearing documents. | 0.15 | 148.000 | 22.20 | Billable |
| 12/8/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Order Approving Fee App DE#259. | 0.15 | 60.000 | 9.00 | Billable |
| 12/9/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Motion to Sell DE#261 & NOH DE#264 | 0.15 | 1408.000 | 211.20 | Billable |
| 12/14/2022 | Sabina<br>Photocopies<br>Copying cost | 0.15 | 11.000 | 1.65 | Billable |

James B. Miller, Esq.
Bill

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/14/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Motion ECF #274 | 0.15 | 352.000 | 52.80 | Billable |
| 12/19/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Affidavit of Moshe Farache DE#290. | 0.15 | 1620.000 | 243.00 | Billable |
| 12/19/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Debtor's Second Motion to Continue Confirmation Hearing - DE#289 | 0.15 | 528.000 | 79.20 | Billable |
| 12/22/2022 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Notice of Hearing DE#295 | 0.15 | 176.000 | 26.40 | Billable |
| 1/3/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Dockets | 0.15 | 51.000 | 7.65 | Billable |
| 1/10/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Benidt Investments/Slinger, LLC VS Zakin | 0.15 | 80.000 | 12.00 | Billable |
| 1/11/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Parent Hrg Docket<br>Adv. Hrg Docket | 0.15 | 61.000 | 9.15 | Billable |
| 1/18/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Hearings on Parent Case and Adv. | 0.15 | 1000.000 | 150.00 | Billable |
| 1/20/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Order DE#369 & 370 | 0.15 | 20.000 | 3.00 | Billable |

James B. Miller, Esq.
Bill

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/26/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Order DE#375 | 0.15 | 5.000 | 0.75 | Billable |
| 2/7/2023 | Sabina<br>Photocopies<br>Copying cost | 0.15 | 71.000 | 10.65 | Billable |
| 2/8/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Hearing documents | 0.15 | 20.000 | 3.00 | Billable |
| 2/10/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost - Ed Brown's 2004 documents preparation. | 0.15 | 100.000 | 15.00 | Billable |
| 2/15/2023 | Paralegal<br>Photocopies<br>Copying cost | 0.15 | 760.000 | 114.00 | Billable |
| 2/22/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Adv Hrg documents | 0.15 | 100.000 | 15.00 | Billable |
| 2/24/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Notice of Examinations of Nicole Mehdipour and Richard Gray. | 0.15 | 10.000 | 1.50 | Billable |
| 3/3/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Notice of Hearing DE#478 | 0.15 | 20.000 | 3.00 | Billable |
| 3/3/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Order Approving Employ of Joel Glick DE#479 | 0.15 | 510.000 | 76.50 | Billable |
| 3/8/2023 | Sabina<br>Photocopies<br>Copying cost | 0.15 | 17.000 | 2.55 | Billable |

James B. Miller, Esq.
Bill

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/17/2023 | JBM<br>Photocopies<br>Copying cost | 0.15 | 600.000 | 90.00 | Billable |
| 3/24/2023 | Jaime, Miriam<br>Photocopies<br>Copying cost<br>Trial exhibits and materials | 0.15 | 9000.000 | 1,350.00 | Billable |
| 3/28/2023 | Sabina<br>Photocopies<br>Copying cost | 0.15 | 20.000 | 3.00 | Billable |

Total: 26                                                                                 $2,512.20

Activity: 30

| 3/17/2023 | Jaime, Miriam<br>FedEx<br>FedEx<br>Subpoena of Scott Zankl | 98.96 | 1.000 | 98.96 | Billable |
|---|---|---|---|---|---|

Total: 30                                                                                 $98.96

Activity: 34

| 12/8/2022 | Jaime, Miriam<br>Postage<br>Postage<br>Order Approving Fee App DE#259. | 1.60 | 20.000 | 32.00 | Billable |
|---|---|---|---|---|---|
| 12/9/2022 | Jaime, Miriam<br>Postage<br>Postage<br>Motion to Sell DE#261 & NOH DE#264 | 1.81 | 176.000 | 318.56 | Billable |
| 12/14/2022 | Jaime, Miriam<br>Postage<br>Postage<br>Motion ECF #274 | 1.57 | 176.000 | 276.32 | Billable |
| 12/14/2022 | Sabina<br>Postage<br>Postage | 1.81 | 1.000 | 1.81 | Billable |

7/27/2023  
2:47 PM

James B. Miller, Esq.  
Bill

Page     29

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 12/19/2022 | Jaime, Miriam<br>Postage<br>Postage<br>Affidavit of Moshe Farache DE#290. | 4.88 | 20.000 | 97.60 | Billable |
| 12/19/2022 | Jaime, Miriam<br>Postage<br>Postage<br>Debtor's Second Motion to Continue Confirmation Hearing - DE#289 | 1.57 | 176.000 | 276.32 | Billable |
| 12/22/2022 | Jaime, Miriam<br>Postage<br>Postage<br>Notice of Hearing DE#295 | 1.60 | 167.000 | 267.20 | Billable |
| 1/20/2023 | Jaime, Miriam<br>Postage<br>Postage<br>Order DE#369 & 370 | 1.60 | 5.000 | 8.00 | Billable |
| 1/26/2023 | Jaime, Miriam<br>Postage<br>Postage<br>Order DE#375 | 1.60 | 4.000 | 6.40 | Billable |
| 2/7/2023 | Sabina<br>Postage<br>Postage | 2.25 | 5.000 | 11.25 | Billable |
| 2/24/2023 | Jaime, Miriam<br>Postage<br>Postage<br>Notice of Examinations of Nicole Mehdipour and Richard Gray. | 1.60 | 2.000 | 3.20 | Billable |
| 3/3/2023 | Jaime, Miriam<br>Postage<br>Postage<br>Order Approving Employ of Joel Glick DE#479 | 1.60 | 180.000 | 288.00 | Billable |
| 3/3/2023 | Jaime, Miriam<br>Postage<br>Postage<br>Notice of Hearing DE#478 | 2.08 | 2.000 | 4.16 | Billable |
| 3/8/2023 | Sabina<br>Postage<br>Postage | 1.60 | 5.000 | 8.00 | Billable |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page    30

AWB-BKC: (continued)

| Date<br>ID | Timekeeper<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Total: 34 | | | | | $1,598.82 |
| **Activity: 44** | | | | | |
| 5/1/2023 | Jaime, Miriam<br>Court Reporter Service<br>Ouellette & Mauldin<br>Invoice #973854<br>7030 of Joel Wiegert | 110.00 | 1.000 | 110.00 | Billable |
| 5/1/2023 | Jaime, Miriam<br>Court Reporter Service<br>Ouellette & Mauldin<br>Inv - 973932<br>7030 of Keith Lee | 285.00 | 1.000 | 285.00 | Billable |
| Total: 44 | | | | | $395.00 |
| **Activity: 48** | | | | | |
| 12/9/2022 | Jaime, Miriam<br>FilingFees<br>Motion to Sell DE#261. | 188.00 | 1.000 | 188.00 | Billable |
| Total: 48 | | | | | $188.00 |
| **Activity: 49** | | | | | |
| 12/7/2022 | Jaime, Miriam<br>PACER Service<br>Benidt Investment adv. - Hearing docket | 0.10 | 2.000 | 0.20 | Billable |
| 1/3/2023 | Jaime, Miriam<br>PACER Service<br>Docket Parent case (30)<br>Docket Adv case (21) | 0.10 | 51.000 | 5.10 | Billable |
| 1/10/2023 | Jaime, Miriam<br>PACER Service<br>Proof of Claims | 0.10 | 3.000 | 0.30 | Billable |
| 1/10/2023 | Jaime, Miriam<br>PACER Service<br>adv. Benidt Investments/Slinger, LLC VS Zakin<br>Hearing docket | 0.10 | 4.000 | 0.40 | Billable |
| 1/11/2023 | Jaime, Miriam<br>PACER Service<br>Dockets | 0.10 | 55.000 | 5.50 | Billable |

James B. Miller, Esq.
Bill

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---------|--------------------|--------------:|---------:|-------:|-------|
| | Parent Hrg Docket 30. | | | | |
| | Adv. Hrg Docket .22 | | | | |
| 1/18/2023 | Jaime, Miriam<br>PACER Service<br>Parent case hearing docket | 0.10 | 30.000 | 3.00 | Billable |
| 1/25/2023 | Jaime, Miriam<br>PACER Service<br>Adv Docket - hearing | 0.10 | 7.000 | 0.70 | Billable |
| 2/8/2023 | Jaime, Miriam<br>PACER Service<br>adv - Docket | 0.10 | 3.000 | 0.30 | Billable |
| 2/14/2023 | Jaime, Miriam<br>PACER Service<br>adv case docket | 0.10 | 30.000 | 3.00 | Billable |
| 2/14/2023 | Jaime, Miriam<br>PACER Service<br>Parent Case docket | 0.10 | 30.000 | 3.00 | Billable |
| 2/22/2023 | Jaime, Miriam<br>PACER Service<br>Adv - Hrg Docket | 0.10 | 30.000 | 3.00 | Billable |
| 2/23/2023 | Sabina<br>PACER Service | 0.10 | 70.000 | 7.00 | Billable |
| 2/24/2023 | Sabina<br>PACER Service | 0.10 | 64.000 | 6.40 | Billable |
| 3/15/2023 | Jaime, Miriam<br>PACER Service<br>Adv, Benidt<br>Docket | 0.10 | 7.000 | 0.70 | Billable |
| 3/16/2023 | Jaime, Miriam<br>PACER Service<br>Excell claims register | 0.10 | 5.000 | 0.50 | Billable |
| 3/22/2023 | Jaime, Miriam<br>PACER Service<br>Parent Case docket | 0.10 | 30.000 | 3.00 | Billable |

7/27/2023
2:47 PM

James B. Miller, Esq.
Bill

Page      32

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/26/2023 | Jaime, Miriam PACER Service Parent docket | 0.10 | 30.000 | 3.00 | Billable |
| 3/27/2023 | Sabina PACER Service | 0.10 | 10.000 | 1.00 | Billable |
| 3/28/2023 | Sabina PACER Service | 0.10 | 20.000 | 2.00 | Billable |
| 4/19/2023 | Jaime, Miriam PACER Service Adv. Bendit Docket | 0.10 | 8.000 | 0.80 | Billable |
| 4/19/2023 | Jaime, Miriam PACER Service FVP - Adv Hearing Docket | 0.10 | 30.000 | 3.00 | Billable |
| 4/20/2023 | Jaime, Miriam PACER Service FVP - Matrix | 0.10 | 2.000 | 0.20 | Billable |
| 4/27/2023 | Jaime, Miriam PACER Service Excell docket and claims register | 0.10 | 35.000 | 3.50 | Billable |
| 4/28/2023 | Jaime, Miriam PACER Service Adv. Hearing Docket | 0.10 | 8.000 | 0.80 | Billable |
| 5/1/2023 | Jaime, Miriam PACER Service Matrix | 0.10 | 7.000 | 0.70 | Billable |
| 5/1/2023 | Jaime, Miriam PACER Service Parent Case docket | 0.10 | 30.000 | 3.00 | Billable |
| 5/1/2023 | Jaime, Miriam PACER Service FVP ad- Docket | 0.10 | 30.000 | 3.00 | Billable |

7/27/2023                         James B. Miller, Esq.
2:47 PM                                    Bill                                                    Page    33

AWB-BKC: (continued)

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 5/1/2023 | Jaime, Miriam<br>PACER Service<br>Benidt adv Docket | 0.10 | 8.000 | 0.80 | Billable |

Total: 49                                                                                                          $63.90

TOTAL        Billable Costs                                                                              $4,856.88

---

Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable time slips | $258,062.50 |  |
| Total of Fees (Time Charges) |  | $258,062.50 |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. |  |  |
| Total of billable expense slips | $4,856.88 |  |
| Total of Costs (Expense Charges) |  | $4,856.88 |
| Total new charges |  | $262,919.38 |