

**ORDERED in the Southern District of Florida on July 27, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                          CASE NO.: 22-15627-EPK
                                                                      Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

　　　　**Debtor.**

_____/

### ORDER GRANTING TRUSTEE'S EXPEDITED MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF WAREHOUSE LEASE AGREEMENT AND WAIVING THE FOURTEEN (14) DAY STAY OF EFFECTIVENESS PURSUANT TO BANKRUPTCY RULE 6006(D)

THIS MATTER came before the Court on July 26, 2023 at 9:30 .a.m. in West Palm Beach, Florida, upon the *Trustee's Expedited Motion for Order Authorizing Assumption and Assignment of Lease Agreement and Waiving the Fourteen (14) Day Stay of Effectiveness Pursuant to Bankruptcy Rule 6006(D)* (the "Motion") [ECF No. 652] filed by Michael R. Bakst, not individually, but in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate ("Estate") of Auto Wholesale of Boca, LLC.  The Court, having reviewed the Motion, having heard the argument of counsel, having noted that the Motion and notice of hearing

thereon [ECF No. 655, 667, 691] has been properly served, and having been otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1.      The Motion is GRANTED.

2.      The Trustee is authorized to assume and assign the Lease[1] of the Premises as set forth in the Motion, to 5471 Ventures, Inc., in exchange for payment in the amount of $21,289.29.[2]

3.      The Trustee's assumption and assignment of the Lease shall take effect on August 1, 2023, at which time, the Debtor's interest in the Lease is terminated, and the Estate shall have no further liability on or under the Lease.

4.      Where all amounts owed under the Lease, including without limitation, monthly rent, have been kept current, as of the date of the entry of this Order and as of the date of the Assumption and Assignment, no amounts are due to the landlord, 5471, LLC (the "Landlord"), and the Landlord shall have no claim within or against the Estate.

5.      The Trustee is authorized to (i) take all actions and (ii) execute any and all documents he deems reasonable, necessary and/or desirable to consummate and effectuate the assignment of the Lease.

5.      The fourteen (14) day stay period pursuant to Rule 6006(d) is waived.

6.      The Court reserves jurisdiction to construe and enforce this Order.

###

Submitted by:
Rilyn A. Carnahan, Esq.
Greenspoon Marder LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
Telephone: (561) 838-4557
rilyn.carnahan@gmlaw.com
**[Rilyn A. Carnahan, Esq. shall furnish a copy of this Order to all interested parties and file a certificate of service with the Court]**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

[2] The Trustee represents the amount has been paid to the Estate subject to this Court's approval of the Motion.

2