

**ORDERED in the Southern District of Florida on August 1, 2023.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

**In Re:**                                                          **CASE NO.:  22-15627-EPK**
                                                                   **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**

                   **Debtor.**

_____/

### ORDER GRANTING TRUSTEE'S EMERGENCY MOTION TO ABANDON PERSONAL PROPERTY, CONSISTING OF A 2016 USSV FORD RHINO, EFFECTIVE IMMEDIATELY

THIS MATTER came before the Court for hearing on July 31, 2023 at 1:30 p.m. (the "Hearing"), upon the *Trustee's Emergency Motion to Abandon Personal Property, Consisting of a 2016 USSV Ford Rhino, Effective Immediately* (the "Motion") [ECF No. 755]. The Court, having reviewed the Motion, heard the statements of counsel, having also heard from Anthony Burnham, the Debtor's counsel, and counsel for Moshe Farache, having noted that no objections were raised at the Hearing, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1.      The Trustee's Motion is GRANTED.

2.      The Trustee is permitted to abandon the Rhino (as such term is defined in the Motion), with such abandonment being effective as of July 27, 2023.

3. The entry of this order is without prejudice to any alleged ownership interest, lien, security interest, or any other interest that any party other than the Trustee may assert in the Rhino. The Court makes no finding concerning such interests.

###

Submitted by:
Rilyn A. Carnahan, Esq.
Greenspoon Marder LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
Telephone: (561) 838-4557
rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. shall furnish a copy of this Order to all interested parties and file a certificate of service with the Court]**