**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                              Chapter 11

AUTO WHOLESALE OF BOCA, LLC,                         Case No.: 22-15627-EPK


       Debtor.

_____/

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Linda Leali, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. The case was converted on May 1, 2023, with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on June 22, 2023, the Court ordered final compensation of $ $51,382.50 be awarded to the trustee. Partial payment of these funds was paid in the amount of $24,437.50 in January 2023, the remainder of these funds have not yet been paid by the debtor to the trustee. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.


       Respectfully submitted August 8, 2023.


                    LINDA LEALI, P.A.
                    2525 Ponce De Leon Blvd., Suite 300
                    Coral Gables, FL 33134
                    Telephone:    (305) 341-0671

                    By:    */s/ Linda Leali*
                           LINDA LEALI
                           lleali@lealilaw.com
                           Florida Bar No. 186686
                           *Subchapter V Trustee*

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY on August 8, 2023, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

By: */s/ Linda Leali*
LINDA LEALI
Florida Bar No. 186686