**CGFD32** (10/01/16)



**ORDERED in the Southern District of Florida on August 9, 2023**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 22–15627–EPK**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B–27
Boca Raton, FL 33487

EIN: 46–1035162

## ORDER DISCHARGING CHAPTER 11 TRUSTEE

An order converting this case to chapter 7 was entered in this case. Linda Marie Leali, the chapter 11 trustee, having filed a final report, is discharged.

*# # #*