**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                            CASE NO.:  22-15627-EPK
                                                                          Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**

           **Debtor.**

_____/

### NOTICE OF FILING OF AUCTIONEER'S REPORT OF SALE

Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, hereby files

the attached Auctioneer's Report of Sale from Auction America, Inc.

**I HEREBY CERTIFY** that on August 15, 2023, I electronically filed the foregoing

document with the Clerk of Court using CM/ECF and that the foregoing document is being

served this 15th  day of August 2023, on all counsel of record or pro se parties identified on the

attached Service List, either via transmission of Notices of Electronic Filing generated by

CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to

electronically receive Notices of Electronic Filing as indicated below.

                                             **MICHAEL R. BAKST, TRUSTEE**

                                              /s/ MICHAEL R. BAKST
                                             _____
                                             MICHAEL R. BAKST
                                             P.O. Box 407
                                             West Palm Beach, Florida 33402
                                             (561)838-4539
                                             baksttrustee@gmlaw.com

**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmla w.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@g mlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw .com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com,
  efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw. com;efileu2831@gmlaw.com
- **Alan R Crane**    acrane@furrcohen.com,
  yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**    pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com,
  hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.court drive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie @kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Nathan G Mancuso**    ngm@mancuso-law.com

- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**   cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;m
  ehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BC
  asey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenba
  um@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**   predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernand
  ez@stearnsweaver.com
- **Ryan C Reinert**   rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**   carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernande
  z@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**   dmunseth@bclplaw.com
- **Harry Winderman**   harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**   rwolis@stearnsweaver.com, egraham@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

### Served Via Regular US Mail and Email (if indicated)

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Stan L Crooks
Auction America, Inc
9645 Lantana Rd
Lake Worth, FL 33467

Anthony Burnham
8032 Secret Harbor Ct
Las Vegas, NV 89128

Anthony Burnham
24204 Calvert Street
Woodland Hills, CA 91367
Via Email: anthonyburnham69@gmail.com

Gustavo Luzbet, GCL
4628 Vernon Blvd.
Long Island City, NY  11101
Via Email: nycdux@icloud.com

Jacobs Auto Enterprise, Inc.
c/o Dixit Law Firm, Registered Agent
3030 North Rocky Point Drive Suite 150
Tampa, FL 33607

C&K Auto Imports, Inc.
1210 SW Andrews Avenue
Pompano Beach, FL  33069

C&K Auto Imports South, Inc.
1210 SW Andrews Avenue
Pompano Beach, FL 33069

C&K Auto Imports South, Inc.
c/o Doron Sauer, Registered Agent
5-27 4th Street
Fair Lawn, FL  07410

C&K Auto Imports, Inc.
c/o Doron Sauer, Registered Agent
5-27 4th Street
Fair Lawn, FL  07410

C&K Auto Imports South, Inc.
c/o Joshua Sauer
460 NE 26th Terr
Boca Raton, FL  33431

C&K Auto Imports, Inc.
c/o Joshua Sauer
460 NE 26th Terr
Boca Raton, FL  33431

Daniel Jacobs
Auto Enterprise
6901 US Highway 19
New Port Richey, FL  34698

Daniel Jacobs
Auto Enterprise
6901 US Highway 19
New Port Richey, FL  34698
Via Email: dman9669@aol.com

C&K Auto Imports, Inc.
1210 SW Andrews Avenue
Pompano Beach, FL  33069
Via Email: josh@ckautos.com

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131

Benidt Investments/Slinger, LLC
c/o Eric J Silver
150 West Flagler Street
Miami, FL 33130

True Business Funding, LLC
Legal Department
333 River Street
Hoboken NJ 07030

True Business Funding, LLC
c/o Inerstate Agent Services LLC
301 Mill Rd. Suite U5
Hewlett, NY 11557

**All creditors on the Court matrix attached herein**

29110.0867/jmr

Label Matrix for local noticing
113C-9
Case 22-15627-EPK
Southern District of Florida
West Palm Beach
Tue Aug 15 11:23:28 EDT 2023

ACE Insurance Company of the Midwest a/s/o R
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021-6786

Arby Lipman, LLC
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BAL INVESTMENTS, LLC
c/o Travis Harvey, Esq.
Baker Donelson, et al.
100 S.E> Third Ave., Ste 1620
Fort Lauderdale, FL 33394

Benidt Investments/Slinger, LLC
c/o Michael J Harwin
200 East Las Olas Blvd., Suite 2100
Ft Lauderdale, FL 33301-2238

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

Express Emergency Services, Inc.
Scott C Gherman P.A.
c/o Scott C Gherman P.A.
902 Clint Moore Rd. Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Farache Enterprises, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
c/o Ezequiel J. Romero
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131-5354

James B Miller, P.A.
Attn: James B. Miller, Esq.
19 West Flagler Street
Suite 416
Miami, FL 33130-4419

KARMA OF PALM BEACH, INC.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205-E
Boca Raton, FL 33431-7391

M & M Development Consultants LLC.
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Mazel Tov, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Shaneandninamt, LLC
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Wing Lake Capital Partners f/k/a Franklin Ca
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117-5304

5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487-4905

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Anthony Linden Burnham
24204 Calvert Street
Woodland Hills, CA 91367-1111

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Express Emergency Services, Inc
c/o Scott C Gherman P.A.
902 Clint Moore Rd.,
Ste 120
Boca Raton, FL 33487-2846

FVP
c/o David R. Softness, P.A.
201 South Biscayne Boulevard
Suite 2740
Miami, FL 33131-4332

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Farache Enterprises, Inc.
902 CLINT MOORE RD, STE 120
Boca Raton, FL 33487-2846

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130-1699

Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160-5418

Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328-3836

KURKIN FOREHAND BRANDES LLP
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
E-mail: mbrandes@kfb-law.com 33180-2813

KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446-3693

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316-3013

Karma of Broward, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472-4320

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180-2813

Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830

Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719-9437

Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180-2813

Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432

Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446-2215

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069-1301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496-3374

Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065-6600

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432-8602

Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354-1654

Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798-3649

Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483-3223

Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483-4514

Prestige Luxury Cars LLC
c/o Thomas Zeichmann, Esq.
2385 Executive Center Drive
Boca Raton, FL 33431-8579

Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

Richard Scott Greenberg
7120 Lionshead Ln.,
Boca Raton, FL 33496-5937

Road Rich LLC d/b/a Road Rich Motors
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Road Rich Motors
770 W 17th St, Unit 3
Costa Mesa, CA 92627-4374

Robert O'Connell, Jr.
1160 SW. 20th Ave
Boca Raton, FL 33486-8509

Roman Temkin & Natalia Vlasova
16901 Collins Ave., Apt. 4601
Sunny Isles Beach, FL 33160-5356

Royal Premium Budget Inc
8501 Wade Blvd, Suite 620
Frisco, TX 75034-6268

SC&J II, LLC
6560 West Rogers Circle, Suite 27
Boca Raton, FL 33487-2746

SC&J II, LLC
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Samuel Stephen Pany
1251 SW. 17th St.,
Boca Raton, FL 33486-6628

Santander Bank
101N Melville
Melville, NY 11747

Savannah Row A.k.a. Steven Gelb
30 S. E. 15th Ave.,
Boca Raton, FL 33432

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Stephane Wmile Charles Haddad
480 N. E. 31st St., PH 5402
Miami, FL 33137-5224

Stephen Graves
7670 Circle Dr.,
Young Harris, GA 30582-1531

Stephen Mark Stoliker Jr.
21849 Cypress Palm Court
Boca Raton, FL 33428-2938

Stratford Specialty Finance LLC
c/o James C Moon, Esq.
200 South Biscayne Blvd. Suite 3200
Miami, FL 33131-5323

Tavere St Michael Johnson
10940 Moore Dr.,
Parkland, FL 33076-4849

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo
PO Box 9000
Lutherville Timonium, MD 21094-9000

William John MacFarlane
6780 NW. 81st Terrace
Parkland, FL 33067-1054

William Perry Dilley II, Esq.
Dilley Trial Law, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301-2218

Woodside Credit, LLC
895 Dove St, Suite 100
Newport Beach, CA 92660-2944

Woodside Credit, LLC
c/o Christian Somodevilla
2 South Biscayne Boulevard,
Suite 2200
Miami, FL 33131-1804

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd #C401
Ft. Lauderdale, FL 33312-6598

World Imports USA Inc.
11650 Beach Blvd.,
Jacksonville, FL 32246-6605

Zachary Scott Nelson
19542 Estuary Dr.,
Boca Raton, FL 33498-6201


Zhao Min Duan
18558 Gale Ave., #338
Rowland Heights, CA 91748-1394

Calvin Erbstein
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Chase Farache
c/o Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846


Derek Stephens
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o D. Brett Marks
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442


Eric Dore
GrayRobinson
301 E. Pine Str
Suite 1400
Orlando, FL 32801-2798

Frank A. Evans, III
c/o Ryan C. Reinert
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202-6000


Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131-2310

Lisa Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002


Marc Brandes
Kurkin Forehand Brandes LLP
18851 NE 29 Avenue
Suite303
Suite303
Aventura, FL 33180-2808

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407


Michael S Hoffman
909 North Miami Beach Blvd #201
Miami, FL 33162-3712

Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Nicole Mehdipour
6278 N Federal Hwy
1110
Fort Lauderdale, FL 33308-1916


Omar Periu
c/o Carlos E. Sardi
225 Alcazar Avenue
Coral Gables, FL 33134-4401

SCOTT C. GHERMAN
Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237


Steven William Wells
229 Warner Road
Lancaster, NY 14086-1040


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)Express Emergency Services, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332


(d)FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd.
Ste 120
Boca Raton, FL 33487-2846


(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598


(d)Arby Lipman
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

(d)Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

(d)Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693


End of Label Matrix
Mailable recipients   174
Bypassed recipients    12
Total                 186

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

West Palm Beach

www.flsb.uscourts.gov

In re:                                                              Case No.: 22-15627-EPK

                                                                    Chapter 7

AUTO WHOLESALE OF BOCA, LLC,

_____Debtor._____/

## AUCTIONEER'S REPORT OF SALE

Auction America, Inc., files this report of auction sale and would respectfully show

as follows:

1. The Trustee, Michael R. Bakst, filed a motion with the Court to hire Auction

America, Inc., as Auctioneer to sell assets of the estate consisting of the following:

2020 McLaren CV Vin # SBM14FCA5LW004229

2017 Lamborghini Vin # ZHWUR2ZF8HLA08121

2020 Mercedes Benz SUV Vin # W1NYC7HJ6LX362080

2017 Ferrari F12 Coupe Vin # ZFF74UFA7H0221036

2018 McLaren 720S Coupe Vin # SBM14DA9JW000606

2019 Aston Martin CV Vin # SCFRMFCW6KGM07671

2020 Mercedes Benz SUV Vin # W1NYC7HJ6LX346462

2019 Lamborghini Urus SUV Vin # ZPBUA1ZLXKLA01961

2021 Jeep Gladiator Vin # 1C6HJTAG1ML571540

2013 Ferrari 458 CV Vin # ZFF68NHA8D0191526

2020 Mercedes Benz G-63 SUV Vin # WDCYC7HJ9LX334940

2019 McLaren 720S CV Orange Vin # SBM14FCA9KW03714

2016 USSV Rhino 4 Dr. Vin # 1FDUF4HT8GEB18666

2008 Porsche 911 Coupe Vin # WP0AD29978S783176

2019 BMW X7 SUV Vin # 5UXCX4C56KLS39222

2019 GMC Yukon Denali SUV Vin # 1GKS1CKJ8KR354378

2018 Cadillac Escalade Black Vin # 1GYS4BKJXJR261612

2. An order was entered on June 16, 2023, authorizing his employment and approving a 7.5% buyers' premium and expenses from the estate to Auction America, Inc., Estimated to total approximately $20,375.00 for advertising and sales costs.

3. The online auction was conducted on <u>July 18, 2023,</u> at 6:00 PM.

4. 230 bidders registered for the online auction.

5. The highest and best bidders for the above referenced asset was:

All items on the list on Exhibit "A" Consignor Statement in the amount of <u>$2,370,200.00</u>

6. The attached hereto as Exhibit A is a copy of the Consignor Statement prepared  for by the auctioneer.

7. That attached hereto as Exhibit B is a copy of a letter reflecting advertising

and sales expenses of $20,375.00 for these assets.

DATED:  August 11, 2023

AUCTION AMERICA, INC.

Stan L. Crooks

1696 Old Okeechobee Road 2H

West Palm Beach, Florida 33409

(561) 682-3191

# AUCTION AMERICA

**1696 Old Okeechobee Road 2H**
**West Palm Beach, FL 33409**
**Phone: (561) 682-3191**
**AU1429 – AB1298**

August 11, 2023

Michael Bakst, Trustee
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401

Re:   **AUTO WHOLESALE OF BOCA, LLC,**
        **CASE NO. 22-15627-EPK**

Dear Mr. Bakst,

Thank you for providing us with the opportunity to auction this asset.  Enclosed, please find a check in the amount of $2,370,200.00 representing the proceeds from the sale of the above-referenced asset on July 18, 2023.

If you have any further questions, please do not hesitate to call.  I look forward to working with you again in the near future.

Thank you,

Auction America, Inc.

# AUCTION AMERICA

1696 Old Okeechobee Road 2H
West Palm Beach, FL 33409
Phone: (561) 682-3191
AU1429 – AB1298

## AUCTION SETTLEMENT

Michael Bakst, Trustee                                        August 11, 2023
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401

In Re:  **AUTO WHOLESALE OF BOCA, LLC,**

       **CASE NO. 22-15627-EPK**

I, Stan L. Crooks of **Auction America, Inc.** do hereby affirm that the gross proceeds and buyer's premium charged and collected are as follows:

| | |
|---|---|
| AUCTION PROCEEDS | $2,370,200.00 |
| BUYERS PREMIUM | $ 177,765.00 |
| TOTAL | $2,547,965.00 |
| | |
| LESS BUYER PREMIUM | |
| TO AUCTION COMPANY | $ 177,765.00 |
| PROCEEDS TO SELLER* | $2,370,200.00 |

Stan L. Crooks, CAI, CES

SWORN TO and subscribed before me
this 11ᵗʰ day of August , 2023.

Notary Public, State of Florida

RUTH A STURTEVANT
MY COMMISSION #GG972852
EXPIRES: MAR 24, 2024
Bonded through 1st State Insurance

8/11/2023
17:16:37

Case 22-15627-EPK    Doc 778    Filed 08/15/23    Page 19 of 27

Auction America, Inc.
All Bidders

Page: 1
v9.15-CheckIn-1

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 263 | 6/16/2023 - 7/18/2023 | Super Car Internet Auction |

| Bid Card # | Customer Code | Name |
|---|---|---|
| 100 | B17625 | 6 degree, Eri, Youssef |
| 101 | B20872 | Lindsey, Tracy |
| 102 | B20931 | CERTIFIED PERFORMANCE LLC, HALLMAN, CRAIG |
| 103 | B20909 | harraz, houssam |
| 104 | B20887 | Roxstar Inc., Hartman, Shane |
| 105 | B20919 | Car city, Tuwahni, Youssef |
| 106 | B20871 | leljak, Milan |
| 107 | B19644 | Vintage sale of all, Johnson, James |
| 108 | B20918 | NGa Discount Sales, Ickes, Donald |
| 109 | B20900 | CS Holdings, Walkling, Collin |
| 110 | B20763 | Pyle, John |
| 111 | B18838 | herbst, robin |
| 112 | B20883 | None, Barber, Lyle |
| 113 | B20890 | Thompson, Eli |
| 114 | B18492 | Accelerated Auto Inc, Segev, Jason |
| 115 | B17777 | na, Lovell, Derek |
| 116 | B15679 | 1947, Lindeman, Wayne |
| 117 | B19874 | Self, Dagnese, paul |
| 118 | B19811 | AMG Auto inc, Rybner, Jacob |
| 119 | B20847 | Perez, Miguel |
| 120 | B17388 | Mann, Terry |
| 121 | B16302 | thoroughbred motors, dessberg, rodney |
| 122 | B16984 | fa electric, Aziz, faizul |
| 123 | B20259 | Beimert, Larry |
| 124 | B20880 | Jones, Victor |
| 125 | B20933 | Menchu, Miguel |
| 126 | B20930 | Muclahy, Dennis |
| 127 | B20886 | INDEV, Robinson, Isaac |
| 128 | B18455 | Vega, Hector |
| 129 | B20764 | Witvoet, Timothy |
| 130 | B20794 | Nguyen, Cognac |
| 131 | B20899 | Villanueva, Cristyan |
| 132 | B20869 | Bailey, Maurice |
| 133 | B20901 | Walters, Ronald |
| 134 | B20893 | Miller, Mitch |

8/11/2023
17:16:37

Case 22-15627-EPK    Doc 778    Filed 08/15/23    Page 20 of 27

Auction America, Inc.
All Bidders

Page: 2
v9.15-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 135 | | B20908 | McArdle, Peter |
| 136 | | B17113 | Dattolo, Julia |
| 137 | | B20896 | DEAL SUPPLY LLC, ASLANIDIS, SPYRIDON |
| 138 | | B20911 | Steinmetz, Caleb |
| 139 | | B20934 | Shobowale, Ade |
| 140 | | B20935 | Gotham, Souid, Sami |
| 141 | | B16904 | bakelman, david |
| 142 | | B20913 | Denco, Dentice, Nick |
| 143 | | B19765 | Bucklin, Pete |
| 144 | | B20861 | hernandez distribution, HERNANDEZ, jorge |
| 145 | | B19406 | Bruehl, Dima |
| 146 | | B16349 | South Florida Choppers, Pruss, Mike |
| 147 | | B20878 | DeSantis, AJ |
| 148 | | B20936 | Greenberg, Aaron |
| 149 | | B20875 | Molloy, Chris |
| 150 | | B14777 | Parsons, Joe |
| 151 | | B16376 | Mister bail bonds, Chiuz, Oscar |
| 152 | | B16582 | Jeffrey A. Shaffer, P.A., shaffer, jeff |
| 153 | | B17533 | Dewey Leasing LLC, Ognenovski, Gus |
| 154 | | B14801 | Kochersperger, Kevin |
| 155 | | B18602 | Sommers, Joel |
| 156 | | B17642 | Coyote Asset Recovery, Richey, Jason |
| 157 | | B20922 | KG Construction and Remodeling LLC, Kimura, Adriano |
| 158 | | B16852 | RABIDEAU, Justin |
| 159 | | B20925 | DELIVERY, RIVERS |
| 160 | | B20914 | Realone, Guner, Kadir |
| 161 | | B20218 | The Artisan's Forge, Dearing, Michael |
| 162 | | B20927 | Brock-Walder, Joshua |
| 163 | | B20905 | Moein, Alexandre |
| 164 | | B20894 | Mr., Kaye, Douglas |
| 165 | | B20776 | ROESCH, RUSSELL |
| 166 | | B20938 | Jantzen Thorns MD Inc, Thorns, Jantzen |
| 167 | | B20804 | Colourfast Printing, Mimnagh, Andrew |
| 168 | | B20920 | Reeder, James |
| 169 | | B18341 | Bennett Law Center, Bennett, Scott |
| 170 | | B15507 | Compass, Holt, Steven |

8/11/2023
17:16:37

Case 22-15627-EPK  Doc 779  Filed 08/15/23  Page 21 of 27

Auction America, Inc.
All Bidders

Page: 3
v9.15-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 171 | | B20916 | Fritz, James |
| 172 | | B20940 | Chicago pizza, amezquita, Cirilo |
| 173 | | B20904 | Tripodi, Joseph |
| 174 | | B20932 | Rodriguez, Diego |
| 175 | | B20895 | Miller's Rods, Miller, Tony |
| 176 | | B14269 | Aguirre, Evangeline |
| 177 | | B17439 | Ryan Bryce, Norman, William |
| 178 | | B20923 | Cotton, Paj |
| 179 | | B20937 | Accelerate With Adams, Adams, Jason |
| 180 | | B20915 | Shope, Robert |
| 181 | | B20892 | Powers Stone, Powers, Mark |
| 182 | | B14345 | Price Auto Group, Price, Scott |
| 183 | | B20941 | Blandi, Steve |
| 184 | | B20942 | Lowery, James |
| 185 | | B20906 | Brake, Dalton |
| 186 | | B20885 | Perkins, Rob |
| 187 | | B20870 | High Mark, Widmann, Reinhard |
| 188 | | B17780 | Chery, Wilson |
| 189 | | B20902 | Aloha Trade and imports inc, Khan, Rezaul |
| 190 | | B20929 | HOWELL EQUIPMENT, Ali, Zain |
| 191 | | B20943 | South land Inc, Ali, Sunny |
| 192 | | B20912 | Incognito Bar, Greene, Kevin |
| 193 | | B20873 | mikle, marcus |
| 194 | | B20891 | Sciuga, Thomas |
| 195 | | B20944 | D2 Motorsports, Peteanu, Florin |
| 196 | | B20874 | Southeastern Credit Union Solutions LLC, Schreiber, Drew |
| 197 | | B20910 | Ardashev, August |
| 198 | | B20876 | Hester, Michael |
| 199 | | B20888 | Delongchamp, David |
| 200 | | B20897 | rickert, brent |
| 201 | | B20945 | Gordon, Jackie |
| 202 | | B15185 | Herrera, Jonathan |
| 203 | | B20946 | Mendez, Ivan |
| 204 | | B20947 | Axelband, Mickey |
| 205 | | B20907 | McLoughlin, Sean |
| 206 | | B17265 | Artmark, Moreau, Michel |

8/11/2023
17:16:37

Case 22-15627-EPK    Doc 778    Filed 08/15/23    Page 22 of 27

Auction America, Inc.
All Bidders

Page: 4
v9.15-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 207 | | B14278 | Elwell, Pamela |
| 208 | | B20921 | Holman, Jeremy |
| 209 | | B20948 | Liu, Ying |
| 210 | | B20928 | CR MT LLC, Cugliari, Stephen |
| 211 | | B20889 | Bad Ash Motors, Harper, DW |
| 212 | | B20884 | Bauss2004, Baussiquot, Herbert |
| 213 | | B17346 | Burgess Mfg. Corp., Burgess, Mark |
| 214 | | B18033 | C. Borges do Nascimento, Nascimento, Edivaldo |
| 215 | | B15316 | Kallaihargrove, Lisa |
| 216 | | B20950 | Weed, Nick |
| 217 | | B20949 | Soto, Robert |
| 218 | | B20898 | Watson, Dalph |
| 219 | | B20926 | Hunt, Evan |
| 220 | | B20903 | Robaina, Alejandro |
| 221 | | B20881 | Pure Harmony Touch Inc, Bernard, Desdune |
| 222 | | B14927 | Decorators resource, Burnside, Caroline |
| 223 | | B20879 | Sky King satellite inc, Li, Weixiang |
| 224 | | B20924 | Importadora Guatemala, Marroquin, Ermes |
| 225 | | B20882 | Potter, Daniel |
| 226 | | B20951 | Sandhu, Amandeep |
| 227 | | B20877 | Scrap business, Avendano, Omar |
| 228 | | B19315 | Yarhouse, Alonzo |
| 229 | | B20939 | GCL, Luzbet, Gustavo |
| 230 | | B15057 | Valdes, Ramon |
| 231 | | B20917 | Umbra Telecommunication LLC, Luijtjes, Brian |
| 232 | | B14262 | Craig, Daryl |
| 233 | | B20956 | Fivecs enterprises, Williams, Craig |
| 234 | | B20782 | Acevedo, Oriam |
| 235 | | B14919 | Burnside, Brian |
| 236 | | B14330 | Line- Tec Inc, Ellsworth, Scott |
| 237 | | B20954 | Henneberry, Robert |
| 238 | | B20958 | Jamison, Emery |
| 239 | | B20959 | Lmb construction, Said, Leo |
| 240 | | B20793 | Taylor, Keith |
| 241 | | B20952 | Lee Auto Group Inc., Lee, Kyle |
| 242 | | B14746 | Meltzer, Fred |

8/11/2023
17:16:37

Case 22-15627-EPK    Doc 778    Filed 08/15/23    Page 23 of 27

Auction America, Inc.

All Bidders

Page: 5

v9.15-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 243 | | B17351 | Oasis In The Gardens, Jeanlouis, Junior |
| 244 | | B20960 | Ashland Acres LLC, Borandi, Gary |
| 245 | | B19795 | kw, WILLANGER, KARL |
| 246 | | B20961 | Rodriguez, Esther |
| 247 | | B17859 | malibu motors, ries, joseph |
| 248 | | B16157 | hisco pump inc, montineri, joseph |
| 249 | | B14775 | Simon, Mike |
| 250 | | B20955 | Mimnagh, Ryan |
| 251 | | B20953 | Elevation Motors, Schultz, Andreas |
| 252 | | B20962 | Medway Imports, amodio, joseph |
| 253 | | B20766 | Driuna, Gary |
| 254 | | B20805 | self, Pollard, Monte |
| 255 | | B20957 | Carrasco, Joel |
| 256 | | B16957 | Stanek, Michele |
| 257 | | B20983 | Anderson, Steve |
| 258 | | B20978 | Diller, Philip |
| 259 | | B20968 | Truax, Duke |
| 260 | | B20992 | Morrison, Thomas |
| 261 | | B20993 | Morrison, Carlos |
| 262 | | B20969 | Already There Imports and Exports, LLC, Hasbrouck, Eric |
| 263 | | B20994 | LVLM Distribution, Biundo, Mario |
| 264 | | B20982 | Farmers llc, Farmer, Jonathan |
| 265 | | B20976 | none, morris, david |
| 266 | | B20965 | Tettman, Kyle |
| 267 | | B20980 | 21 motors, Erving, Adam |
| 268 | | B20995 | Rashida Holding Inc., Momin, Ali |
| 269 | | B20985 | AKG Solutions, Khan, Adil |
| 270 | | B20972 | Nichols, Tommy |
| 271 | | B19876 | Bold Loyalty, Kosciak, Marcin |
| 272 | | B20970 | Tropical Terrace, Phipps, John |
| 273 | | B20986 | Williams, Raymond |
| 274 | | B20997 | Pennybrook Capital, Michon, Brandon |
| 275 | | B14585 | Bush, Roy |
| 276 | | B18418 | Moore, B |
| 277 | | B20974 | Cochran, Chris |
| 278 | | B20973 | CHALLA, RAMA |

8/11/2023
17:16:37

Case 22-15627-EPK   Doc 778   Filed 08/15/23   Page 24 of 27

Auction America, Inc.
All Bidders

Page: 6
v9.15-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 279 | | B20967 | needle, david |
| 280 | | B20975 | Jimenez, Raul |
| 281 | | B20964 | Auto Enterprise, jacobs, daniel |
| 282 | | B20988 | Kosachevich, Mikhail |
| 283 | | B20996 | CEI, Connolly, Jake |
| 284 | | B20987 | Mega Brothers Logistic Inc., valdez, Abelardo |
| 285 | | B20999 | Premier auto group of south Florida, Okon, Matthew |
| 286 | | B20991 | Guo, Jing |
| 287 | | B20989 | Parkway management, Paton, Francisco |
| 288 | | B14537 | Earl, Roger |
| 289 | | B20990 | Exotics Hunter, Shaw, hunter |
| 290 | | B14576 | The Arc of The Glades, Inc., Kannel, Scot |
| 291 | | B20469 | VRE Group, Cleveland, Darren |
| 292 | | B21000 | FVP Servicing LLC, Betts, Thomas |
| 293 | | B20971 | Skyline Auto Sales, avakian, saro |
| 294 | | B21001 | ciros, guiot, ollivier |
| 295 | | B21002 | Pinnacle Motorcars, Kennedy, Dennis |
| 296 | | B18459 | Diamond toys, Lopez, Abe |
| 297 | | B20979 | Brake, Elizabeth |
| 298 | | B21003 | Genesis Cadillac Inc., Gagliano, Ross |
| 299 | | B14453 | Wilco Electrical llc, Nemic, Tom |
| 300 | | B20107 | Larreur, Kelly |
| 301 | | B21004 | Hitfigure, gath, donald |
| 302 | | B16936 | James McHugh's, McHugh, Chris |
| 303 | | B21005 | KDR Motorsports, Stephens, Kade |
| 304 | | B20984 | motorbliss limited, mayne, zavia |
| 305 | | B20977 | unique auto imports llc, kumar, devon |
| 306 | | B20966 | R.E.Albright Inc., Albright, Russell |
| 307 | | B20998 | Arizona Community Pharmacy, Boles, Donald |
| 308 | | B20822 | Radium Management, PATEL, RAHUL |
| 309 | | B21006 | Bradford Cohen, Cohen, Bradford |
| 310 | | B20981 | Brugh, Timothy |
| 311 | | B20823 | Armorer, Wayne |
| 312 | | B16217 | BUJAJ, NIKOLIN |
| 313 | | B21008 | F1 Motor Sports LLC, Zankl, Tyler |
| 314 | | B21009 | Kia of Riverdale, Rochelle, Jeremy |

8/11/2023
17:16:37

**Auction America, Inc.**
All Bidders

Case 22-15627-EPK   Doc 778   Filed 08/15/23   Page 25 of 27

Page: 7
v9.15-CheckIn-1

| Auction ID | Auction Dates | | Auction Name |
|---|---|---|---|
| 315 | | B17473 | Pochtiennykh, Oleksandr |
| 316 | | B21010 | Oram, Latif |
| 317 | | B15701 | Smith, Lloyd |
| 318 | | B21012 | Rouer, Brandon |
| 319 | | B21013 | Katie Phang, P.A., Feldman, Jonathan |
| 320 | | B21007 | Veal, Misty |
| 321 | | B21014 | Egm, Applebaum, Jason |
| 322 | | B21011 | Tw Networx, Walsh, Travis |
| 323 | | B17291 | Autosport, Bonder, Gary |
| 324 | | B16143 | rajabian, vahid |
| 325 | | B20635 | Auto Advantage, Leach, Ryan |
| 326 | | B21016 | PRESIDENTIAL AUTO, GUISTOLISI, MARC |
| 327 | | B15963 | mcmillan, russ |
| 328 | | B21015 | Kaya, Sinem |
| 501 | | B15991 | Kimbrell Classics, Kimbrell, Steve |

REPORT TOTALS

0  bidders with reserved bid card #'s

230  bidders

230  bidcard numbers

**Consignor Settlement**

**Auction America, Inc.**

| CO #: | 4663 |
|---|---|
| Date: | 8/11/2023 |
| Page: | 1 |

**Phone: 561-682-3191**

**Consignor: C6**
Michael Bakst
Greenspoon Marder
CityPlace Tower                    525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
Phone:561-238-9900

Auction: Super Car Internet Auction

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|
| 1 | 2020 McLaren 720S CV White 4,997 Miles | 1. 00 | 240, 000. 00 | 240, 000. 00 | 0. 00 | 0. 00 |
| | | | | #301 Hitfigure, gath, donald | | |
| 2 | 2017 Lamborghini Red 8,121 Miles | 1. 00 | 197, 500. 00 | 197, 500. 00 | 0. 00 | 0. 00 |
| | | | | #309 Bradford Cohen, Cohen, Bradford | | |
| 3 | 2020 Mercedes Benz Brabus SUV Blue 6,804 Miles | 1. 00 | 212, 500. 00 | 212, 500. 00 | 0. 00 | 0. 00 |
| | | | | #203 Mendez, Ivan | | |
| 4 | 2017 Ferrari F12 Coupe Red 3,865 Miles | 1. 00 | 257, 500. 00 | 257, 500. 00 | 0. 00 | 0. 00 |
| | | | | #301 Hitfigure, gath, donald | | |
| 5 | 2018 McLaren 720S Coupe Gray 6,852 Miles | 1. 00 | 195, 000. 00 | 195, 000. 00 | 0. 00 | 0. 00 |
| | | | | #301 Hitfigure, gath, donald | | |
| 6 | 2019 Aston Martin CV Beige 13,421 Miles | 1. 00 | 90, 500. 00 | 90, 500. 00 | 0. 00 | 0. 00 |
| | | | | #313 F1 Motor Sports LLC, Zankl, Tyler | | |
| 7 | 2020 Mercedes Benz G-63 SUV Green 11,206 Miles | 1. 00 | 157, 500. 00 | 157, 500. 00 | 0. 00 | 0. 00 |
| | | | | #299 Wilco Electrical llc, Nemic, Tom | | |
| 8 | 2019 Lamborghini Urus 39615 Miles Title Delay | 1. 00 | 160, 000. 00 | 160, 000. 00 | 0. 00 | 0. 00 |
| | | | | #281 Auto Enterprise, jacobs, daniel | | |
| 9 | 2021 Jeep Gladiator 6 x 6 Black 1,158 Miles | 1. 00 | 91, 000. 00 | 91, 000. 00 | 0. 00 | 0. 00 |
| | | | | #313 F1 Motor Sports LLC, Zankl, Tyler | | |
| 10 | 2013 Ferrari 458 CV Black 13,939 Miles | 1. 00 | 195, 000. 00 | 195, 000. 00 | 0. 00 | 0. 00 |
| | | | | #301 Hitfigure, gath, donald | | |
| 11 | 2020 Mercedes Benz G-63 WDCYC7HJ9LX334940 | 1. 00 | 142, 500. 00 | 142, 500. 00 | 0. 00 | 0. 00 |
| | | | | #281 Auto Enterprise, jacobs, daniel | | |
| 12 | 2019 McLaren 720S CV Orange 14,196 Miles | 1. 00 | 220, 000. 00 | 220, 000. 00 | 0. 00 | 0. 00 |
| | | | | #289 Exotics Hunter, Shaw, hunter | | |
| 15 | 2008 Porsche 911 Coupe Red 32,410 Miles | 1. 00 | 70, 000. 00 | 70, 000. 00 | 0. 00 | 0. 00 |
| | | | | #285 Premier auto group of south Florida, Okon, Matthew | | |
| 16 | 2019 BMW X7 SUV Blue 28,260 Miles | 1. 00 | 54, 000. 00 | 54, 000. 00 | 0. 00 | 0. 00 |
| | | | | #290 The Arc of The Glades, Inc., Kannel, Scot | | |
| 17 | 2019 GMC Yukon Denali SUV White 31,988 | 1. 00 | 44, 300. 00 | 44, 300. 00 | 0. 00 | 0. 00 |
| | | | | #261 Morrison, Carlos | | |
| 18 | 2018 Cadillac Escalade Blue 31,091 | 1. 00 | 42, 900. 00 | 42, 900. 00 | 0. 00 | 0. 00 |
| | | | | #242 Meltzer, Fred | | |

**Consignor Settlement**

**Auction America, Inc.**

| CO #: | 4663 |
|---|---|
| Date: | 8/11/2023 |
| Page: | 2 |

**Phone: 561-682-3191**

| Lot# | Description | Quantity | Unit Price | Ext.Price | Comm/BuyBack | Expenses |
|---|---|---|---|---|---|---|

Total Quantity: 16. 00

Total Invoice Sale Price: 2, 370, 200. 00

Total Due to Consignor: 2, 370, 200. 00

Total Payments: 0. 00

Balance: $2, 370, 200. 00

Positive Balance, Monies Owed to Consignor

Inventory Remaining For This Consignment Order

<u>**COMMISSION SETTINGS**</u>

Calculate Commission By: Each

Commission Structure Type: Fixed