UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                        Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                                  Chapter 7


        Debtor.

_____/

## MOTION TO APPEAR PRO HAC VICE

**Motion and Affidavit of Local Counsel**

I, **Michael D. Lessne** (the "**Movant**"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* **Catherine H.Y. Gleason** (the "**Visiting Attorney**"), an attorney admitted to practice and currently in good standing in the United States District Court for the Northern District of Florida], and qualified to practice in this court, who proposes to act as counsel for **Moshe Farache, Lisa Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., Express Emergency Services, Inc., and Mazel Tov Inc.** (the "**Clients**") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Clients.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Clients, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case

LF-44  (rev. 4/11/23)                    Page 1 of  3

identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Clients.

I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court, and agree to act as local counsel for the above-referenced Clients in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Clients. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Clients and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Clients. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Clients in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

**WHEREFORE**, upon the foregoing representations, the Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Clients and indicating Movant as local counsel for the Clients, and for such other and further relief as may be just.

Dated: August 25, 2023                    **LESSNE LAW**
                                          100 S.E. 3rd Ave., 10th Floor
                                          Fort Lauderdale, FL 33394
                                          Telephone: 954-372-5759
                                          Email: michael@lessne.law

                                          By: */s/ Michael Lessne*
                                                 Michael Lessne
                                                 Florida Bar No. 73881

LF-44  (rev. 4/11/23)                    Page 3 of  3

## Affidavit of Proposed Visiting Attorney

I, **Catherine H.Y. Gleason**, am a member in good standing of the Florida Bar. I am a member in good standing of the bar of the United States District Court for the Northern District of Florida, but am not admitted to the bar of the United States District Court for the Southern District of Florida. I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court. I certify that I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of **Moshe Farache, Lisa Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., Express Emergency Services, Inc., and Mazel Tov Inc.** (the "**Clients**"). I designate **Michael D. Lessne** ("**Local Counsel**"), who is qualified to practice in this court, as local counsel for the Clients. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Clients, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: August 23, 2023

Catherine H.Y. Gleason, Esq.
Catherine H.Y. Gleason, PLLC
912 NW 56th Terrace, Suite A
Gainesville, Florida 32605
Tel: (352) 327-2220
Florida Bar No. 11014
Email: ktgleasonlegal@gmail.com

By: _____