UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                    Chapter 7


          Debtor.

_____/


## ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter came before the court without a hearing on the Motion to Appear Pro Hac Vice (ECF No. __). The court having reviewed the motion and good cause appearing,

It is **ORDERED** that **Catherine H.Y. Gleason** ("**Visiting Attorney**") may appear before this court *pro hac vice* as counsel for **Moshe Farache, Lisa Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., Express Emergency Services, Inc., and Mazel Tov Inc.** ("**Clients**") in this case and in each adversary proceeding in this case where Visiting Attorney appears on behalf of Clients, subject to the local rules of this

LF-45 (rev.  12/01/16)                    Page 1 of 2

court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice.*The following attorney ("**Local Attorney**") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

Michael D. Lessne
**MICHAEL D. LESSNE, P.A. DBA LESSNE LAW**
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394
Telephone: 954-372-5759
Email: michael@lessne.law
Florida Bar No. 73881

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Client(s).  If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice,* and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

Submitted by:

Michael D. Lessne
Lessne Law
100 S.E. 3rd Avenue, 10th Floor
Ft. Lauderdale, FL 33394
Ph. 954-372-5759
Email:  michael@lessne.law

[Attorney Lessne shall serve a copy of the signed order on all parties registered to receive service via CM/ECF and file with the court a certificate of service conforming with Local Rule 2002-1(F).]