IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: : CHAPTER 7
:
AUTO WHOLESALE OF BOCA, LLC, : CASE NO. 22-15627-EPK
:
Debtor. :

**UNITED STATES TRUSTEE'S OBJECTION TO FIRST AND FINAL APPLICATION
BY ACCOUNTANTS FOR DEBTOR (ECF #706)**

COMES NOW, the United States Trustee for Region 21 in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), and files the following objections to the application for payment of compensation filed by Joel Glick and Berkowitz Pollack Brant Advisors and CPA's, accountants for the Debtor (the "Applicant").

1. Applicant seeks approval of fees in the amount of $153,003 during the pendency of the Chapter 11 proceeding.

2. As the court is aware, the Debtor was unable to file a confirmable Sub V plan of reorganization, resulting in the conversion of the case to Chapter 7. According to the March 2023 monthly operating report, the funds on hand at that time were $143,076.45, less that the amount requested by the Applicant and far less than the total Chapter 11 administrative claims in the estate.

3. Based upon the fees requested and the amount in the estate as of the conversion, there is some question as to the benefit to the estate and creditors for the time incurred.

4. While Applicant appears to have timely filed this fee application within the time allotted in the Order of Conversion, there is no requirement that a hearing be set on the fee application as soon as it is filed.

5. Because it is unclear how much funds are in the estate and whether there will be any funds available for Chapter 11 administrative claims, the U.S. Trustee submits that the hearing on approval of the fees be continued until such time as the Chapter 7 trustee is ready to file his Final Report.

WHEREFORE, the United States Trustee files this objection and respectfully requests to be heard at a hearing set on this matter.

MARY IDA TOWNSON
United States Trustee

__/s_____
HEIDI A. FEINMAN
Trial Attorney
Florida Bar No. 0879460

Office of the U.S. Trustee
51 S.W. First Avenue
Suite 1204
Miami, FL 33130
(305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **UNITED STATES TRUSTEE'S**

**OBJECTION TO FIRST AND FINAL APPLICATION BY ACCOUNTANTS FOR**

**DEBTOR (ECF #706)** was electronically filed with the Court using the CM/ECF system, which

sent notification to all parties of interest participating in the CM/ECF system and to the

following persons via U.S. Mail, First Class.

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Catherine H.Y. Gleason
912 NW 56th Terrace Suite A
Gainesville, FL 32605

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086


      I hereby certify that I am admitted to the Bar of the State of Florida and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to   attorneys representing the United States government.

      DONE this the 25th day of August, 2023.


_____/s_____
HEIDI A. FEINMAN
Trial Attorney