**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                    **Case No.: 22-15627-EPK**
                                                          **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC**

    **Debtor.**

_____/

**NOTICE OF FILING OF RETURN OF SERVICE AND AFFIDAVIT OF**
**SERVICE ON BANK OF AMERICA, N.A**

    Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, by and through

undersigned counsel, files this Notice of Filing of Return of Service and Affidavit of Service on Bank

Of America, N.A of the Subpoena for Rule 2004 Examination Duces Tecum and Notice of Rule 2004

Examination Duces Tecum, a copy attached hereto.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the

Southern District of Florida and I am in compliance with the additional qualifications to practice in this

Court set forth in Local Rule 2090-1(A).

        Dated:  August 28, 2023                    Respectfully Submitted,

                                                   **GREENSPOON MARDER, LLP**

                                                   */s/ Michael R. Bakst*
                                                   Michael R. Bakst, Esq.
                                                   Florida Bar No.:  866377
                                                   Attorneys for the Trustee
                                                   525 Okeechobee Blvd., Suite 900
                                                   West Palm Beach FL 33401
                                                   Telephone: (561) 838-4523
                                                   Michael.bakst@gmlaw.com

Mailing Information for Case 22-15627-EPK

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com,
  efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**    acrane@furrcohen.com,
  yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**    pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com,
  hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law

- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net; BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard

Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Catherine H.Y. Gleason
912 NW 56th Terrace Suite A
Gainesville, FL 32605

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Bank of America, N.A.
CT Corporation System, as Registered Agent
1200 South Pine Island Road
Plantation, FL  33324

Records Custodian of
Bank of America, N.A.
100 North Tryon Street
Charlotte, NC 28255

# RETURN OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN District of Florida

Case Number: 22-15627-EPK

IN RE::
**AUTO WHOLESALE OF BOCA, LLC, DEBTOR**


CWO2023008648

For:
MICHAEL BAKST, ESQ.
GREENSPOON MARDER LLP
525 OKEECHOBEE BLVD., SUITE 900
WEST PALM BEACH, FL 33401

Received by C.W. SERVICES & ASSOCIATES, INC. on the 7th day of August, 2023 at 2:37 pm to be served on **RECORDS CUSTODIAN BANK OF AMERICA, N.A., CT CORPORATION SYSTEM, REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Jaime Cely, do hereby affirm that on the **8th day of August, 2023** at **2:46 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Subpoena for Rule 2004 Examination and Production of Documents** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **CT AGENT** for **BANK OF AMERICA, N.A.,** at the address of: **CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 59, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 135, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

**Jaime Cely**
Process Server 708

**C.W. SERVICES & ASSOCIATES, INC.**
**4908 Grassleaf Drive**
**Palm Beach Gardens, FL 33418**
**(561) 630-4866**

Our Job Serial Number: CWO-2023008648

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2p

## AFFIDAVIT OF SERVICE
### UNITED STATES BANKRUPTCY COURT
### SOUTHERN District of Florida

Case Number: 22-15627-EPK

IN RE:: **AUTO WHOLESALE OF BOCA, LLC, DEBTOR**

For: MICHAEL BAKST, ESQ.
GREENSPOON MARDER LLP



CWO2023008649

Received by C.W. SERVICES & ASSOCIATES, INC. on the 7th day of August, 2023 at 2:37 pm to be served on **RECORDS CUSTODIAN BANK OF AMERICA, N.A., 100 NORTH TRYON STREET, CHARLOTTE, NC 28255**. I, ___Nicholas_____ ____Ayers_____ , being duly sworn, depose and say that on the __10th__ day of ___August___ , 20_23_ at _1_ :_17_ p.m., executed service by delivering a true copy of the **Subpoena for Rule 2004 Examination and Production of Documents** in accordance with state statutes in the manner marked below:

(  ) CORPORATE OFFICER: By serving _____ as _____ and informed this person of the contents therin.

(  ) CORPORATE DESIGNEE: By serving _____as the designated agent or authorized employee on behalf of the registered agent of the within named corporation who was not available upon request. This was served in compliance with Florida state statute 48.081 (3) (a) and the liaison was informed of the contents therin.

(  ) AUTHORIZED EMPLOYEE: By serving ____Daisy Monteiro_____ as___Relationship Banker_____. This Subject is a employee of the within named business/corporation, is authorized to accept the court document(s) and was informed of the contents therin.

(  ) CORPORATE SUBSTITUION: By Serving_____as_____at the address provided for the corporate officer because the location for the officer/business is a residence, a private mailbox, a virtual office, or an executive office or mini suite pursuant to Florida Statute 48.081 (3)(b). Per Statute this subject is authorized to accept the court docement(s) and was informed of the contents therein.

(  ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____
_____
_____
_____

Age _40s_  Sex M/Ⓕ Race _Hispanic_  Height _5'9"_  Weight_140-150 lbs_ Hair _Black_____  Glasses
Ⓨ/N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served

*Nicholas Ayers*

Subscribed and Sworn to before me on the __15th__ day of _August_____ , _23___ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**C.W. SERVICES & ASSOCIATES, INC.**
**4908 Grassleaf Drive**
**Palm Beach Gardens, FL 33418**
**(561) 630-4866**

Our Job Serial Number: 2023008649

BETTINA ELLEDGE-WILSON
My Commission Expires
September 17, 2023

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2p