**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                    **Case No.: 22-15627-EPK**
                                                                          **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC**

   **Debtor.**

_____/

**NOTICE OF FILING OF RETURN OF SERVICE AND AFFIDAVIT OF**
**SERVICE ON TRUIST BANK, N.A**

Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, by and through undersigned counsel, files this Notice of Filing of Return of Service and Affidavit of Service on Truist Bank, N.A of the Subpoena for Rule 2004 Examination Duces Tecum and Notice of Rule 2004 Examination Duces Tecum [ECF No. 770], a copy attached hereto.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  August 28, 2023                              Respectfully Submitted,

                                                     **GREENSPOON MARDER, LLP**

                                                     */s/ Michael R. Bakst*
                                                     Michael R. Bakst, Esq.
                                                     Florida Bar No.:  866377
                                                     Attorneys for the Trustee
                                                     525 Okeechobee Blvd., Suite 900
                                                     West Palm Beach FL 33401
                                                     Telephone: (561) 838-4523
                                                     Michael.bakst@gmlaw.com

Mailing Information for Case 22-15627-EPK

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**   efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**   jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**   mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**   rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**   acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**   pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**   feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**   sgherman@scottghermanpa.com
- **Daniel Gielchinsky**   dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**   tharvey@butler.legal
- **Michael J. Harwin**   mharwin@stearnsweaver.com
- **Michael S Hoffman**   Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**   trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**   michael@lessne.law

- **Nathan G Mancuso**  ngm@mancuso-law.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**  cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**  Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net; BCasey@ntmlawfirm.com
- **James B Miller**  bkcmiami@gmail.com
- **James C. Moon**  jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**  jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**  predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**  rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**  jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**  romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**  carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**  zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**  bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**  esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**  david@softnesslaw.com
- **Christian Somodevilla**  cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**  dmunseth@bclplaw.com
- **Harry Winderman**  harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**  rwolis@stearnsweaver.com, egraham@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> ACE Insurance Company of the Midwest a/s/o Richard Greenberg
> Kramer, Green, Zuckerman, Greene & Buchs
> 4000 Hollywood Boulevard

Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Catherine H.Y. Gleason
912 NW 56th Terrace Suite A
Gainesville, FL 32605

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

Records Custodian of Truist Bank, N.A
 c/o Corporation Service Company, as Registered Agent
1201 Hays Street
Tallahassee, FL 32301

Records Custodian of Truist Bank, N.A
214 North Tryon Street
Charlotte, NC 28202

# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN District of Florida

Case Number: 22-15627-EPK

IN RE:: **AUTO WHOLESALE OF BOCA, LLC, DEBTOR**



CWO2023008652

For: MICHAEL BAKST, ESQ.
GREENSPOON MARDER LLP

Received by C.W. SERVICES & ASSOCIATES, INC. on the 7th day of August, 2023 at 3:01 pm to be served on **RECORDS CUSTODIAN TRUIST BANK, N.A., 214 NORTH TRYON STREET, CHARLOTTE, NC 28202**. I, __Nicholas_____Ayers_____, being duly sworn, depose and say that on the __10th__ day of __August___, 20_23_ at _1_:10 p.m., executed service by delivering a true copy of the **Subpoena for Rule 2004 Examination and Production of Documents, Exhibit(s), Notice of Rule 2004 Examination Duces Tecum and Exhibit(s)** in accordance with state statutes in the manner marked below:

( ) CORPORATE OFFICER: By serving _____ as _____ and informed this person of the contents therin.

( ) CORPORATE DESIGNEE: By serving _____as the designated agent or authorized employee on behalf of the registered agent of the within named corporation who was not available upon request. This was served in compliance with Florida state statute 48.081 (3) (a) and the liaison was informed of the contents therin.

( ) AUTHORIZED EMPLOYEE: By serving _____John Smith_____as___Executive Protection___. This Subject is a employee of the within named business/corporation, is authorized to accept the court document(s) and was informed of the contents therin.

( ) CORPORATE SUBSTITUION: By Serving_____as_____at the address provided for the corporate officer because the location for the officer/business is a residence, a private mailbox, a virtual office, or an executiveoffice or mini suite pursuant to Florida Statute 48.081 (3)(b). Per Statute this subject is authorized to accept the court docement(s) and was informed of the contents therein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____
_____
_____
_____

Age _50s_ Sex M F Race _Black___ Height _5'11"_ Weight _200+ lbs_ Hair _Black____ Glasses Y N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served

*Nicholas Ayers*

Subscribed and Sworn to before me on the _15th_ day of _August_____, _23_ by the affiant who is personally known to me.

NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**C.W. SERVICES & ASSOCIATES, INC.**
**4908 Grassleaf Drive**
**Palm Beach Gardens, FL 33418**
**(561) 630-4866**

Our Job Serial Number: 2023008652

BETTINA ELLEDGE-WILSON
My Commission Expires
September 17, 2023
STATE OF
NOTARY
PUBLIC
CAROLINA

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2p

## <u>RETURN OF SERVICE</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN District of Florida

Case Number: 22-15627-EPK

IN RE::
**AUTO WHOLESALE OF BOCA, LLC, DEBTOR**

For:
MICHAEL BAKST, ESQ.
GREENSPOON MARDER LLP
525 OKEECHOBEE BLVD., SUITE 900
WEST PALM BEACH, FL 33401



CWO2023008651

Received by C.W. SERVICES & ASSOCIATES, INC. on the 7th day of August, 2023 at 3:05 pm to be served on **RECORDS CUSTODIAN TRUIST BANK, N.A., CORPORATION SERVICE COMPANY, REGISTERED AGENT, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, ERIC L. LARSON, do hereby affirm that on the **9th day of August, 2023** at **11:05 am, I:**

served a **CORPORATION** by **serving** a true copy of the **Subpoena for Rule 2004 Examination and Production of Documents, Exhibit(s), Notice of Rule 2004 Examination Duces Tecum and Exhibit(s)** with the date and hour of service endorsed thereon by me, to: **SABRENA RANDOLPH** As **CLERK FOR RA** for **TRUIST BANK, N.A.,** at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes, **pursuant to F.S. 48.081(3)**.

.

**Additional Information pertaining to this Service:**
SABRENA RANDOLPH, CLERK FOR RA, BF 50 YRS 5'4 165 LBS BLACK HAIR NO GLASSES

Under penalty of perjury, I declare that I have read the forgoing Verified return of Service and the facts stated in it are true, that I that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I also certify that the above stated facts are correct to the best of my knowledge.. Pursuant to F.S. 92.525(2), Notary not required.

_____
**ERIC L. LARSON**
CPS #063, 2ND JUDICIAL CIRCUIT

**C.W. SERVICES & ASSOCIATES, INC.**
**4908 Grassleaf Drive**
**Palm Beach Gardens, FL 33418**
**(561) 630-4866**

Our Job Serial Number: CWO-2023008651
Ref: 8651

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r