UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

AUTO WHOLESALE OF BOCA, LLC,           CASE NO. 22-15627-EPK

    Debtor.                                           Chapter 7

_____/

**JAMES B. MILLER, ESQ.'S MOTION TO STRIKE
MOSHE FARACHE, M&M DEVELOPMENT CONSULTANTS, LLC,
FARACHE ENTERPRISES, INC., AND EXPRESS EMERGENCY SERVICES,
INC.'S OBJECTION TO FINAL FEE APPLICATION OF
CHAPTER 11(SUBCHAPTER V)
DEBTOR'S-IN-POSSESSION COUNSEL, JAMES B. MILLER**

**COMES NOW,** former Debtor's counsel, JAMES B. MILLER, ESQ., and files

and serves the instant *Motion To Strike* and seeks to strike that certain filing entitled

*Moshe Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., and*

*Express Emergency Services, Inc.'s Objection to Final Fee Application of Chapter 11*

*(Subchapter V) Debtor's-In-Possession Counsel, James B. Miller* [ECF No.784] (the

"*Objection*"), and states the following

1. James B. Miller, Esq ("Miller") as former counsel to the former Chapter 11

   Debtor-in-Possession ("DIP" or "Debtor") filed his *Final Fee Application*

   [ECF No.750] (the "JBM FFA") on July 27th, 2023, seeking a final award of

   fees and costs, (plus the "holdback" sum from an earlier fee application),

   due to the conversion of this Case from Chapter 11 to Chapter 7.

2. The scheduled hearing on the JBM FFA is scheduled for Wednesday,

   August 30th, 2023.

3. Moshe Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., and Express Emergency Services, Inc. (collectively, the "Insiders") have filed the *Objection* the afternoon of even date seeking a denial of fees and costs to the former counsel.[1]

4. The claims of the Insiders are **subordinated claims[2]** which would only have a pecuniary interest in the Estate should it be surplus enough to satisfy, in full, the administrative, priority and general unsecured creditors of this Estate.

5. As of even date, there are insufficient funds in the Estate to satisfy such claims which must be paid before any Insiders would receive a benefit; and the likelihood of actually having such sufficient funds is *nil*.[3]

6. Absent evidence of a surplus estate, the Insiders have no standing to object to a fee application which seeks an award from the Estate, and the Insiders' *Objection* should be stricken or otherwise denied for a lack of standing. *See, e.g., In re Magill*, 2020 Bankr. LEXIS 2534 at *5-6 (Bankr. M.D. Fla. Sept. 18. 2020) (questioning debtor's standing to object to a fee application where claims far exceed assets); *In re George*, 23 B.R. 686 (Bankr. S.D. Fla. 1982) (where claims far exceed assets, debtor lacks standing to object to fee

---

[1] The Insiders made no effort to reach out to the undersigned prior to, or even after, the filing of their *Objection*.

[2] Each of the Insiders had already acknowledged their subordinated interests. See, e.g., ECF No. 196 (*Amended Plan*) at Art. IV Sect. 4.01 (Claims Class 10, Subordinated Claims of Insiders).

[3] The current filed claims of record in this Estate exceed $100,000,000.00.

application); *In re Stanley*, 114 Bankr. 777, 778 (Bankr. M.D.Fla. 1990) (unless disallowance creates a surplus, debtor lacks standing to object to claims); *Cf also, SEC vs Lauer*, 2016 U.S. Dist. LEXIS 80540 at *9-10) (a party lacks standing to object to payment of compensation to professionals from a court-supervised fund if the party has no claim against such fund…").

7. The only party-in-interest with standing that has filed an objection is the Office of the United States Trustee – whose objection seeks to continue the ruling on the JBM FFA. *See*, ECF No. 782.

8. Thus, the Objection should be stricken or otherwise denied.

WHEREFORE, the Applicant (James B. Miller, Esq.) requests the Court strike or otherwise overrule the Objection, and for such other further relief this Court deems equitable and just.

Dated: August 28th, 2023.

**JAMES B. MILLER, P.A.**
19 West Flagler St.
Suite 416
Miami, FL  33130
Tel:         305-374-0200
Email:      jbm@title11law.com,
bkcmiami@gmail.com

_____/s/ JAMES B. MILLER_____
James B. Miller, Esq.
(FBN:  0009164)

I HEREBY certify that a true and correct copy of this pleading was served *via CM/ECF* upon those registered with the Court's electronic filing system in this Case on the date filed this 28th day of August, 2023.

          /s/ JAMES B. MILLER
          James B. Miller, Esq.
          (FBN: 0009164)

**I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

          /s/ JAMES B. MILLER
          James B. Miller, Esq.
          (FBN: 0009164)