

**ORDERED in the Southern District of Florida on August 30, 2023.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**                                                    **Case No. 22-15627-EPK**

**Auto Wholesale of Boca, LLC,**                              **Chapter 7**

    **Debtor.**
_____/


## ORDER DENYING MOTION AS MOOT

This matter came before the Court for hearing on August 30, 2023 upon the *MOTION TO STRIKE OR OVERRULE OBJECTION* [ECF No. 788] (the "Motion") filed by James Miller (the "Movant").  For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 788] is DENIED as moot.

###

Copy to:

James Miller, Esq.

*James Miller, Esq. is directed to serve a copy of this order on all appropriate parties and file a certificate of service with the Court.*