**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In Re:**                                                    **CASE NO.:  22-15627-EPK**
                                                               **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC**

            **Debtor.**

_____/

**TRUSTEE'S EX-PARTE MOTION FOR A COURT ORDER ALLOWING THE TRUSTEE**
**TO PAY BANK OF AMERICA, N.A SUBPOENA INVOICE**

Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC by and through undersigned counsel, hereby files this Ex Parte Motion for a Court Order Allowing the Trustee to Pay Bank of America, N.A Subpoena Invoice and states:

1.      On July 22, 2022, Auto Wholesale of Boca, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.

2.      On May 1, 2023, the case was converted to Chapter 7 [ECF No. 584], and Michael R. Bakst was appointed as the Chapter 7 Trustee.

3.      The Debtor's §341 Meeting of Creditors was held and concluded on June 8, 2023.

4.      On August 7, 2023, the Trustee filed a Notice of Taking Rule 2004 Examination Duces Tecum of Bank of America, N.A [ECF No. 768] and a Notice of Filing of Trustee's Notice of Intent to Serve Subpoena on Bank of America, N.A, [ECF No. 769].

5.      Upon service of the Notice of Rule 2004 Examination Duces Tecum of Bank of America, N.A and the Notice of Intent to Serve Subpoena, Bank of America, N.A responded with the requested information and an invoice for services rendered.

6.      Attached hereto as Exhibit "1" is invoice number 799913 from Bank of America, N.A in the total amount of $47.00 for research and mailing.

1

**WHEREFORE**, the Trustee, Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC by and through undersigned counsel, respectfully requests that the Court enter an Ex-parte Order allowing him to pay Bank of America, N.A subpoena invoice, the sum of $47.00 for expenses as reflected on the attached invoice.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  November 9, 2023                    GREENSPOON MARDER, LLP

/s/ *Michael R. Bakst*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Attorneys for the Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T:  (561) 838-4557
F:  (561) 514-3457

## CERTIFICATE OF SERVICE

I certify that on November 9, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

/s/ *Michael R. Bakst*
Michael R. Bakst

*Mailing Information for Case 22-15627-EPK*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386

@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com,
  2897605420@filings.docketbird.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com,
  efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**    acrane@furrcohen.com,
  yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**    pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Catherine Holly Yach Gleason**    ktgleasonlegal@gmail.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com,
  hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com,
  jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com

3

- **Cory Mauro**    cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com,
  yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Catherine H.Y. Gleason**
912 NW 56th Terrace Suite A
Gainesville, FL 32605

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**

111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**Bank of America**
DE5-024-02-08
P.O Box 15047
Wilmington, DE 19850



**BANK OF AMERICA**
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850-5047

<span style="color:red">Payment Needed</span>

**LO 1024    076 885    24517 #@01 AB 0.537**

GREENSPOON MARDER P.A.
MICHAEL R. BAKST, ESQ
525 OKEECHOBEE BLVD STE 900
WEST PALM BEACH FL  33401

**Date**
October 20, 2023
**Case name**
AUTO WHOLESALE OF BOCA
**Case number**
22-15617-EPK
**Reference number**
D080923000678

Please send us $47.00 for the costs related to your subpoena for the following customer(s).

**Customer(s) name:**

On September 5, 2023, we sent you invoice - 799913 for $47.00 to cover the costs we incurred researching and/or sending documents for your subpoena, but unfortunately haven't received the full payment yet. You can send us the $47.00 you owe us to:

Bank of America
DE5-024-02-08
P.O. Box 15047
Wilmington, DE 19850

If you have any questions, please call us at 213.580.0702, Monday through Friday, 9 a.m. to 5 p.m. local time. When contacting us regarding this case, please use reference number D080923000678.

Thank you for taking care of this right away.

**EXHIBIT 1**

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

RCANOPPMT 00-65-5378NSBW

## Invoice

**Bank Of America**
**Legal Order Processing**
DE5-024-02-08
PO Box 15047
Wilmington, DE 19850-5047
213-580-0702

**_BILL TO_**

GREENSPOON MARDER P.A.
MICHAEL R. BAKST, ESQ
525 OKEECHOBEE BLVD STE 900
WEST PALM BEACH, FL 33401

| | |
|---|---|
| **Case # :** | D080923000678 |
| **Invoice Id :** | Invoice - 799913 |
| **Date of Invoice :** | 9/5/2023 |
| **Court Case Name :** | AUTO WHOLESALE OF BOCA |
| **Court Case # :** | 22-15617-EPK |
| EIN: 94-1687665 | |

## Invoice Details

| Quantity | Description of services/Financial Records Provided | Cost Per Item | Extended Amount |
|---|---|---|---|
| 1 | Copies of Checks | 0.00 | $0.00 |
| 0 | Copies of Statements Pages | 0.00 | $0.00 |
| 0 | Copies of Documents | 0.00 | $0.00 |
| 0 | Copies of Deposits | 0.00 | $0.00 |
| 0 | Copies of Offset | 0.00 | $0.00 |
| 0 | Copies of Account Records and Loan Documents | 0.00 | $0.00 |
| 0 | Copies of Complete Loan Files | 0.00 | $0.00 |
| 0.00 | Supervisor Time | 0.00 | $0.00 |
| 1.00 | Generalist Time | 20.00 | $20.00 |
| 0.00 | Witness Hours Amount | 0.00 | $0.00 |
| 0.00 | Mileage Amount | 0.00 | $0.00 |
| | | Postage Amount | $22.00 |
| | | Media Cost | $5.00 |
| | | Other | $0.00 |
| | | **Sub Total** | **$47.00** |
| | | **_Less Deposits/Payments Received_** | **$0.00** |
| | | **Refund** | **$0.00** |
| | | **Amount due on Receipt** | **$47.00** |

**Invoice Remarks:**

**Payment Options**

| | |
|---|---|
| **BY MAIL** | Please remit payment to **Bank Of America Legal Order Processing** via Check or Cashier's Check **Only** and mail to: PO Box 15047, Wilmington, DE 198505047 |
| | Case Number : D080923000678 |
| **ELECTRONIC PAYMENT** | Government Agencies only |