

**ORDERED in the Southern District of Florida on December 12, 2023.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                              **CASE NO.:  22-15627-EPK**
                                                                       **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**

      **Debtor.**

_____/

### ORDER GRANTING TRUSTEE'S MOTION TO: (1) CONFIRM REIMBURSEMENT OF AUCTIONEER'S EXPENSES, AND (2) APPROVE REIMBURSEMENT OF INSURANCE EXPENSES TO FVP AND TO ESTATE, FROM AUCTION PROCEEDS PRIOR TO DEPOSIT INTO COURT REGISTRY, AND DEPOSIT NET AUCTION PROCEEDS INTO COURT REGISTRY; AND (4) RETAIN JURISDICTION OVER NET PROCEEDS AS IT PERTAINS TO DISPUTES ARISING OUT OF AUCTION OR ACTS OR OMISSIONS OF AUCTIONEER

THIS MATTER came before the Court on November 29, 2023 at 9:30 a.m. (the "Hearing"), upon the *Trustee's Motion to: (1) Confirm Reimbursement of Auctioneer's Expenses, and (2) Approve Reimbursement of Insurance Expenses to FVP and to Estate, from Auction Proceeds Prior to Deposit Into Court Registry, and Deposit Net Auction Proceeds into Court Registry; and (4) Retain Jurisdiction Over Net Proceeds as it Pertains to Disputes Arising out of Auction or Acts or Omissions of Auctioneer* [ECF No. 802] (the "Motion").  The Court, having reviewed the Motion, having heard the argument of the Trustee's counsel, having, having noted

that no objections were filed or raised at the Hearing, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1. The Trustee's Motion is GRANTED.

2. The Trustee's reimbursement to the Auctioneer, in the amount of $20,375.00, is consistent with the Sale Order[1] and is approved.

3. The Trustee is authorized to remit payment, forthwith, to FVP from the Auction Proceeds, for reimbursement of funds advanced by FVP to maintain the Debtor's insurance covering the Vehicles, in the amount of seven thousand three hundred ninety-five dollars and thirty-five cents ($7,395.35), before depositing the Net Proceeds into the Court Registry.

4. The Trustee is authorized to retain funds from the Auction Proceeds, for reimbursement of funds advanced for insurance premiums to keep the Vehicles and the premises insured, in the amount of nine thousand seven hundred twelve dollars and four cents ($9,712.04), before depositing the Net Proceeds into the Court Registry.

5. After deducting the foregoing amounts and the Estate's 9.5% Carveout (as defined in the *Order Granting in part Expedited Motion to Authorize Sale [ECF No. 618]* [ECF No. 694]) in the amount of $225,169.00, from the Auction Proceeds, the Trustee shall deposit the Net Proceeds, totaling $2,107,548.61, in the Court Registry in accordance with the *Order Granting Trustee's Motion for Direction from Court as to Appropriate Repository for Net Proceeds of Auction Sale* [ECF No. 749].

6. The Court shall retain jurisdiction over the Net Proceeds held in the Court Registry for purposes of any disputes that may arise out of the Auction or its conduct, the condition of the Vehicles, or out of any alleged actions or omissions by the Trustee's Court-approved Auctioneer.

###

Submitted by:
Rilyn A. Carnahan, Esq.
Greenspoon Marder LLP
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL  33401
Telephone: (561) 838-4557
rilyn.carnahan@gmlaw.com
**[Rilyn A. Carnahan, Esq. shall furnish a copy of this Order to all interested parties and file a certificate of service with the Court]**

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.