**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                     CASE NO.: 22-15627-EPK
                                                                                   Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

**MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY**
**BETWEEN TRUSTEE, M&M DEVELOPMENT CONSULTANTS, LLC,**
**ELI TAL, TAL BAREKET, LLC, AND KAVOD REAL ESTATE, LLC**

> **ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 9013-1(D), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER IN THE FORM ATTACHED TO THIS MOTION.  ANY SCHEDULED HEARING MAY THEN BE CANCELED.**

Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC (the "Debtor"), by and through undersigned counsel, files this Motion to Approve Stipulation to Compromise Controversy Between the Trustee, Michael R. Bakst, as Chapter 7 Trustee in the bankruptcy estate of Auto Wholesale of Boca, LLC (the "Trustee") on the one hand, and M&M development Consultants, LLC ("M&M"), on another hand, and Eli Tal ("Tal"), Tal Bareket, LLC ("Bareket"), and Kavod Real Estate, LLC ("Kavod", and together with Bareket, Tal, M&M, and the Trustee, collectively the "Parties", and each separately a "Party"), on another hand, and states:

1.       On July 22, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Court").

2. On May 1, 2023, the Court entered its *Order Converting Case Under Chapter 11 to Case Under Chapter 7* [ECF No. 584];

3. Michael R. Bakst was appointed as Chapter 7 Trustee on May 2, 2023 [ECF No. 589]

4. The Trustee contends that Tal and Bareket owe the estate more than $100,000 on account of a loan to Tal (the "Loan") in the amount of $181,947.24 for the purchase by Bareket of a 2019 Lamborghini Urus VIN # ZPBUA1ZL7KLA03750 (the "Urus") from the Debtor.

5. The Loan was made pursuant to a promissory note dated January 12, 2022 (the "Note").

6. The Note also contains a security agreement for a lien on the Urus to secure the repayment of the Note.

7. M&M is listed as the lienholder on the title to the Urus.

8. M&M, Tal, and Bareket, agree that repayment under the Note is owed to the Debtor, and that the claim for repayment, along with any security interest in the Urus, is therefore an asset of the bankruptcy estate of Auto Wholesale of Boca, LLC.

9. The Trustee contends that Tal has defaulted under the terms of the Note.

10. The Trustee also asserts that Tal and/or a third party, Kavod, have presented to the Trustee a check on account of an installment payment owed to the Debtor under the Note, for which there were not sufficient funds, resulting in the check being returned.

11. The Trustee contends that he has claims against Tal and Kavod for the issuance of a bad check, for which the Trustee would be entitled to treble damages under the Florida Statutes (the "Bad Check Claims").

12.     The Trustee contends that he has claims against Tal and Bareket for payment under the Note of all outstanding amounts owed, plus interest (the "Note Claims").

13.     The Trustee contends that he has claims against Bareket for replevin and/or repossession of the Urus (the "Repossession Claims", together with the Note Claims and the Bad Check Claims, collectively the "Claims").

14.     To resolve and settle the Claims and to avoid incurring further expenses to litigate an adversary proceeding, the Trustee and Tal, Bareket, Kavod, and M&M have entered the *Stipulation to Compromise Controversy* (the "Stipulation" or "Settlement Agreement") attached hereto as Exhibit "A".

15.     Pursuant to the Settlement Agreement, the Parties have agreed that Tal shall pay or cause to be paid to the Trustee ninety thousand dollars and no cents ($90,000.00) (the "Settlement Amount") upon execution.

16.     The Trustee has received and deposited the Settlement Amount but is holding same pending Court approval of the settlement.

17.     The settlement also contains releases, and provisions for the release of the lien on the title to the Urus, among other terms and conditions.

18.     The Trustee believes that this settlement is reasonable and in the best interest of creditors and the Estates.

19.     A copy of the Stipulation and this Motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019. This Motion provides only a summary of the terms of the settlement, and thus the Trustee encourages all creditors not to rely upon this Motion and to read the Stipulation in full for more details pertaining to the settlement.   To the extent of any inconsistency between the Stipulation, and this Motion or its summary of the terms

of the Stipulation, the Stipulation shall control.

20.     The legal principles to be applied in evaluating a proposed settlement have been enunciated upon within the Southern District of Florida in *In re Arrow Air, Inc*., 85 B.R. 886 (Bkrtcy.S.D.Fla. 1988). The appropriate test is "whether the compromise falls below the lowest point in the range of reasonableness". *Id*. at 891, *citing, In re Teltronics Services, Inc*., 762 F.2d 185, 189(2nd Cir. 1985); *In re W.T. Grant Company*, 699 F.2d 599, 608(2nd Cir. 1983). The Trustee believes that this settlement agreement complies with the legal principles relied upon within these authorities.

21.     The Eleventh Circuit provides that when a bankruptcy court decides whether to approve or disapprove a settlement, it must consider: (i) the probability of success in the litigation; (ii) the difficulties, if any, to be encountered in the matter of collection; (iii) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (iv) the paramount interest of the creditors and a proper deference to their reasonable view in the premises. *In re Justice Oaks II, Ltd*, 898 F.2d 1544 (11th Cir. 1990).

22.     The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being within the best interest of creditors and the Estates.

23.     With regard to these factors, the following is a detailed analysis:

(a)     Specifically, when weighing the settlement with the probability of success in the litigation, payment of the Settlement Amount under the Stipulation will avoid the difficulty, expense and time delays incumbent in litigation of an adversary proceeding. While the Trustee believes that his claims are meritorious, the Trustee recognizes that an adversary proceeding involves complicated factual determinations (typically made on a case-by-case basis)

and the potential for extended litigation involving costly and time-consuming discovery related to factual issues, and an uncertain result. The amount of money in dispute in this case does particularly justify this settlement.

(b)    With regard to the difficulties, if any, to be encountered in the matter of collection, the Trustee does not believe he would have difficulty collecting on a judgment that may be obtained by the estate.

(c)    With regard to the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it, the Trustee submits that the complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attendant to litigating adversary proceedings to judgment, to achieve substantially similar results negotiated under the Settlement Agreement, weigh in favor of the settlement, particularly given the amount in dispute and the amount of the settlement. Indeed, avoiding the delays and uncertainty inherent in this litigation will provide much more of a benefit to the Estate.

(d)    With regard to the paramount interest of the creditors and a proper deference to their reasonable view in the premises, again, for the reasons already articulated, the Trustee reached this settlement at arms' length with Tal, Bareket, Kavod, and M&M, and believes that it is in the best interests of the Estate. It is the Trustee's position that this settlement does consider the positions of creditors with a proper deference toward their reasonable views.

(e)    The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being within the best interest of creditors and the Estates.

**WHEREFORE**, Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, by and through undersigned counsel, respectfully requests that the Court enter an order in

the form accompanying this motion as Exhibit "B", approving the attached *Stipulation to Compromise Controversy*, and that the Court grant such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated: <u>January 2, 2024</u>

Respectfully Submitted,
**GREENSPOON MARDER LLP**

<u>/s/ Rilyn A. Carnahan</u>
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar Number: 614831
Attorneys for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557 F: (561) 514-3457
Email: rilyn.carnahan@gmlaw.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on January 2, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Rilyn A. Carnahan*
Rilyn A. Carnahan, Esq.

*Mailing Information for Case 22-15627-EPK*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

- **Michael R. Bakst**   efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com

- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com

- **John M Brennan**   jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com

- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law

- **Melissa A. Campbell**   mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

- **Rilyn A Carnahan**   rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com

- **Alan R Crane**   acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com

- **Patrick R Dorsey**   pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

- **C Craig Eller**     celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- **Jay L Farrow**     jay@farrowlawfirm.com

- **Heidi A Feinman**     Heidi.A.Feinman@usdoj.gov

- **Jonathan S. Feldman**     feldman@katiephang.com, service@katiephang.com

- **Scott C Gherman**     sgherman@scottghermanpa.com

- **Daniel Gielchinsky**     dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

- **Catherine Holly Yach Gleason**     ktgleasonlegal@gmail.com

- **Travis A Harvey**     tharvey@butler.legal

- **Michael J. Harwin**     mharwin@stearnsweaver.com

- **Michael S Hoffman**     Mshoffman@hlalaw.com,
  hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com

- **Dana L Kaplan**     dana@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

- **Amanda Klopp**     amanda.klopp@akerman.com,
  jeanette.martinezgoldberg@akerman.com

- **Philip J Landau**     phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com

- **Linda Marie Leali**     trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net

- **Michael D Lessne**     michael@lessne.law

- **Nathan G Mancuso**     ngm@mancuso-law.com

- **David B Marks**     brett.marks@akerman.com, charlene.cerda@akerman.com

- **Cory Mauro**     cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com

- **Nicole Testa Mehdipour**     nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

- **James B Miller**    bkcmiami@gmail.com

- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com

- **Jason S Rigoli**    jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com

- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com

- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

- **David R. Softness**    david@softnesslaw.com

- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

- **David M Unseth**    dmunseth@bclplaw.com

- **Harry Winderman**      harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- **Ryan Mitchell Wolis**      rwolis@stearnsweaver.com, egraham@stearnsweaver.com

**Manual Notice List**

The following is the list of **<u>parties</u>** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Catherine H.Y. Gleason**
912 NW 56th Terrace Suite A
Gainesville, FL 32605

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**

2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086


**All Creditors on the Court's Official Mailing Matrix a copy of which is attached hereto.**

Label Matrix for local noticing
113C-9
Case 22-15627-EPK
Southern District of Florida
West Palm Beach
Tue Jan  2 14:36:20 EST 2024

ACE Insurance Company of the Midwest a/s/o R
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021-6786

Arby Lipman, LLC
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BAL INVESTMENTS, LLC
c/o Travis Harvey, Esq.
Baker Donelson, et al.
100 S.E> Third Ave., Ste 1620
Fort Lauderdale, FL 33394

Benidt Investments/Slinger, LLC
c/o Michael J Harwin
200 East Las Olas Blvd., Suite 2100
Ft Lauderdale, FL 33301-2238

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

Express Emergency Services, Inc.
Scott C Gherman P.A.
c/o Scott C Gherman P.A.
902 Clint Moore Rd. Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Farache Enterprises, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
c/o Ezequiel J. Romero
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131-5354

James B Miller, P.A.
Attn: James B. Miller, Esq.
19 West Flagler Street
Suite 416
Miami, FL 33130-4419

KARMA OF PALM BEACH, INC.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205-E
Boca Raton, FL 33431-7391

M & M Development Consultants LLC.
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

M&M Development Consultants, LLC
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Mazel Tov, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Shaneandninamt, LLC
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Wing Lake Capital Partners f/k/a Franklin Ca
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117-5304

5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487-4905

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Anthony Linden Burnham
24204 Calvert Street
Woodland Hills, CA 91367-1111

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Express Emergency Services, Inc
c/o Scott C Gherman P.A.
902 Clint Moore Rd.,
Ste 120
Boca Raton, FL 33487-2846

FVP
c/o David R. Softness, P.A.
201 South Biscayne Boulevard
Suite 2740
Miami, FL 33131-4332

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Farache Enterprises, Inc.
902 CLINT MOORE RD, STE 120
Boca Raton, FL 33487-2846

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130-1699

Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160-5418

Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328-3836

KURKIN FOREHAND BRANDES LLP
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
E-mail:  mbrandes@kfb-law.com 33180-2813

KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446-3693

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316-3013

Karma of Broward, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472-4320

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180-2813

Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830

Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719-9437

Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180-2813

Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432

Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446-2215

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069-1301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496-3374

Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065-6600

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432-8602

Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354-1654

Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798-3649

Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483-3223

Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483-4514

Prestige Luxury Cars LLC
c/o Thomas Zeichmann, Esq.
2385 Executive Center Drive
Boca Raton, FL 33431-8579

Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

Richard Scott Greenberg
7120 Lionshead Ln.,
Boca Raton, FL 33496-5937

Road Rich LLC d/b/a Road Rich Motors
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Road Rich Motors
770 W 17th St, Unit 3
Costa Mesa, CA 92627-4374

Robert O'Connell, Jr.
1160 SW. 20th Ave
Boca Raton, FL 33486-8509

Roman Temkin & Natalia Vlasova
16901 Collins Ave., Apt. 4601
Sunny Isles Beach, FL 33160-5356

Royal Premium Budget Inc
8501 Wade Blvd, Suite 620
Frisco, TX 75034-6268

SC&J II, LLC
6560 West Rogers Circle, Suite 27
Boca Raton, FL 33487-2746

SC&J II, LLC
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Samuel Stephen Pany
1251 SW. 17th St.,
Boca Raton, FL 33486-6628

Santander Bank
101N Melville
Melville, NY 11747

Savannah Row A.k.a. Steven Gelb
30 S. E. 15th Ave.,
Boca Raton, FL 33432

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Stephane Wmile Charles Haddad
480 N. E. 31st St., PH 5402
Miami, FL 33137-5224

Stephen Graves
7670 Circle Dr.,
Young Harris, GA 30582-1531

Stephen Mark Stoliker Jr.
21849 Cypress Palm Court
Boca Raton, FL 33428-2938

Stratford Specialty Finance LLC
c/o James C Moon, Esq.
200 South Biscayne Blvd. Suite 3200
Miami, FL 33131-5323

Tavere St Michael Johnson
10940 Moore Dr.,
Parkland, FL 33076-4849

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo
PO Box 9000
Lutherville Timonium, MD 21094-9000

William John MacFarlane
6780 NW. 81st Terrace
Parkland, FL 33067-1054

William Perry Dilley II, Esq.
Dilley Trial Law, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301-2218

Woodside Credit, LLC
895 Dove St, Suite 100
Newport Beach, CA 92660-2944

Woodside Credit, LLC
c/o Christian Somodevilla
2 South Biscayne Boulevard,
Suite 2200
Miami, FL 33131-1804

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd #C401
Ft. Lauderdale, FL 33312-6598

World Imports USA Inc.
11650 Beach Blvd.,
Jacksonville, FL 32246-6605

Zachary Scott Nelson
19542 Estuary Dr.,
Boca Raton, FL 33498-6201

Zhao Min Duan
18558 Gale Ave., #338
Rowland Heights, CA 91748-1394

Calvin Erbstein
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Catherine H.Y. Gleason
912 NW 56th Terrace Suite A
Gainesville, FL 32605-6404

Chase Farache
c/o Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Derek Stephens
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o D. Brett Marks
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Eric Dore
GrayRobinson
301 E. Pine Str
Suite 1400
Orlando, FL 32801-2798

Frank A. Evans, III
c/o Ryan C. Reinert
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202-6000

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131-2310

Lisa Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Marc Brandes
Kurkin Forehand Brandes LLP
18851 NE 29 Avenue
Suite303
Suite303
Aventura, FL 33180-2808

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Michael S Hoffman
909 North Miami Beach Blvd #201
Miami, FL 33162-3712

Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Nicole Mehdipour
6278 N Federal Hwy
1110
Fort Lauderdale, FL 33308-1916

Omar Periu
c/o Carlos E. Sardi
225 Alcazar Avenue
Coral Gables, FL 33134-4401

SCOTT C. GHERMAN
Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

Steven William Wells
229 Warner Road
Lancaster, NY 14086-1040

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)Express Emergency Services, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332


(d)FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd.
Ste 120
Boca Raton, FL 33487-2846


(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598


(d)Arby Lipman
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

(d)Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

(d)Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693


End of Label Matrix
Mailable recipients    176
Bypassed recipients     12
Total                  188

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:                                          CASE NO.: 22-15627-EPK
                                                Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

         **Debtor.**

_____/

### STIPULATION TO COMPROMISE CONTROVERSY
### BETWEEN TRUSTEE, M&M DEVELOPMENT CONSULTANTS, LLC,
### ELI TAL, TAL BAREKET, LLC, AND KAVOD REAL ESTATE, LLC

This stipulation ("Stipulation" or "Agreement") is entered on the date set forth below between the Trustee Michael R. Bakst (the "Trustee") as Chapter 7 Trustee in Bankruptcy for Auto Wholesale of Boca, LLC et al. (the "Debtor"), M&M Development Consultants, LLC ("M&M"), Eli Tal ("Tal"), Kavod Real Estate, LLC ("Kavod"), and Tal Bareket, LLC ("Bareket", and together with Tal, Kavod, M&M, and the Trustee, collectively the "Parties"). The Parties hereby stipulate and agree as follows:

### RECITALS

**WHEREAS**, on July 22, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Court");

**WHEREAS,** on May 1, 2023, the Court entered its *Order Converting Case Under Chapter 11 to Case Under Chapter 7* [ECF No. 584];

**WHEREAS,** Michael R. Bakst was appointed as Chapter 7 Trustee on May 2, 2023 [ECF No. 589];

WHEREAS, the Trustee contends that Tal and Bareket owe the estate more than $100,000 on account of a loan to Tal (the "Loan") in the amount to of $181,947.24 for the purchase by Bareket of a 2019 Lamborghini Urus VIN # ZPBUA1ZL7KLA03750 (the "Urus") from the Debtor;

WHEREAS, the Loan was made pursuant to a promissory note dated January 12, 2022 (the "Note");

WHEREAS, the Note also contains a security agreement for a lien on the Urus to secure the repayment of the Note;

WHEREAS, M&M is listed as the lienholder on the title to the Urus;

WHEREAS, M&M, Tal, and Bareket, agree that repayment under the Note is owed to the Debtor, and that the claim for repayment, along with any security interest in the Urus, is therefore an asset of the bankruptcy estate of Auto Wholesale of Boca, LLC;

WHEREAS, the Trustee contends that Tal has defaulted under the terms of the Note;

WHEREAS, the Trustee also asserts that Tal and/or a third party, Kavod, have presented to the Trustee a check on account of an installment payment owed to the Debtor under the Note, for which there were not sufficient funds, resulting in the check being returned;

WHEREAS, the Trustee contends that he has claims against Tal and Kavod for the issuance of a bad check, for which the Trustee would be entitled to treble damages under the Florida Statutes (the "Bad Check Claims");

WHEREAS, the Trustee contends that he has claims against Tal and Bareket for payment under the Note of all outstanding amounts owed, plus interest (the "Note Claims");

WHEREAS, the Trustee contends that he has claims against Bareket for replevin and/or repossession of the Urus (the "Repossession Claims", together with the Note Claims and the Bad

2

Check Claims, collectively the "Claims");

**WHEREAS**, by entering into this Stipulation, the parties agree that no provisions of this Stipulation shall be construed as an admission of wrongdoing, culpability or liability with respect to the Claims; and

**NOW THEREFORE**, to resolve and settle the Claims and to avoid incurring further expenses to litigate an adversary proceeding, the Trustee and Tal, Bareket, Kavod, and M&M agree as follows:

## SETTLEMENT TERMS AND PROVISIONS

NOW, THEREFORE, in light of the foregoing, and in consideration of the mutual promises and covenants of the Parties contained herein, as well as other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

1. <u>Recitals Incorporated.</u> The above recitals and prefatory phrases and paragraphs set forth above are true and correct and are hereby incorporated in full and made a part of this Agreement.

2. <u>Payment.</u> Upon the execution of this Agreement, Tal shall pay or cause to be paid the sum of ninety thousand dollars and zero cents ($90,000.00) (the "Settlement Amount") to Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, in settlement of his Claims, which settlement is conditioned upon clearance of such funds and Bankruptcy Court approval of this Stipulation. Each Party will be responsible for any tax obligation it incurs as a result of this Agreement.

3. <u>Releases by Tal, Bareket, and Kavod of the Trustee, his professionals, the Estate, and M&M.</u> Upon approval of this Agreement by the Bankruptcy Court, Tal, Bareket, and Kavod,

3

forever release, discharge, and waive, and shall be deemed to have released, discharged, and waived, any and all claims, liabilities, costs (including attorneys' fees and costs), causes of action, actions, rights, debts, charges, demands, contracts, covenants, representations, warranties, accounts, setoffs, obligations, damages, and any other liability whatsoever, whether at law or equity, known or unknown, liquidated or unliquidated, contingent or fixed, direct or indirect, that they, individually and/or collectively, may have against the Trustee, his professionals, and against or within the bankruptcy estate (the "Estate"), and M&M, including, without limitation, any claim for payment of the Settlement Amount.

4.      Release by the Trustee of Tal, Bareket, and Kavod.   Only upon payment and clearance of the Settlement Amount and the entry of a final order approving this Agreement by the Bankruptcy Court, the Claims, and any other claims, causes of action, actions, rights, debts, charges, demands, contracts, covenants, representations, warranties, accounts, setoffs, obligations, damages, and any other liability whatsoever, whether at law or equity, known or unknown, liquidated or unliquidated, contingent or fixed, direct or indirect, of the Trustee, the Debtor, and its bankruptcy Estate, against Tal, Bareket, and Kavod, shall be deemed settled, released, satisfied, and discharged.

5.      Release by M&M of Tal and Bareket.   Only upon payment and clearance of the Settlement Amount and the entry of a final order approving this Agreement by the Bankruptcy Court, any claims, causes of action, actions, rights, debts, charges, demands, contracts, covenants, representations, warranties, accounts, setoffs, obligations, damages, and any other liability whatsoever, whether at law or equity, known or unknown, liquidated or unliquidated, contingent or fixed, direct or indirect, of M&M, against Tal and/or Bareket, related to or arising from the Note, including, without limitation, any lien on the Urus, shall be deemed settled,

4

released, satisfied, and discharged.  Further,  upon payment to the Trustee, and clearance, of the Settlement Amount, and the entry of a final order approving this Agreement by the Bankruptcy Court, M&M agrees that it will execute any documents necessary to release and/or satisfy the lien on the title to the Urus.

6.    Bankruptcy Court Approval and Retention of Jurisdiction.  The Parties are aware that this Stipulation must be noticed to all creditors and must be approved by the Bankruptcy Court.  In the event that it is not approved, this Stipulation shall be deemed null and void and of no legal effect, including the validity of any and all instruments executed by the Trustee and/or M&M for its performance and implementation prior to its approval, the Settlement Amount (if already paid) shall be returned to Tal, and the Parties shall be restored to their respective positions as they existed prior to the execution of the Stipulation. The Parties shall request that the Court enter an Order approving this Stipulation, and reserving jurisdiction to enforce the terms and covenants contained herein.

7.    No Other Agreements; Modification.  This Stipulation contains the entire understanding and agreement of the Parties, and there are no prior or contemporaneous promises, representations, agreements, warranties, or undertakings by either party to the other, either oral or written of any character or nature, except as set forth in this Agreement.  This Stipulation may be altered, amended, or modified only by an instrument in writing, executed and acknowledged by the Parties to this Agreement, with the same formality as this Agreement, and by no other means.  Each Party waives any right to claim that this Stipulation was modified, canceled, superseded, or changed by an oral agreement, course of conduct, or estoppel.

8.    Applicable Law.  All matters affecting the execution, interpretation, validity, and enforceability of this Stipulation shall be subject to, and interpreted under, federal bankruptcy

law, as well as the laws of the State of Florida to whatever extent bankruptcy law relies upon state law.

9.  No Presumptions Against Drafter.  The fact that any draft of this Stipulation was prepared by counsel for one of the Parties shall create no presumptions, and, specifically, shall not cause any ambiguities to be construed against that Party.  The Parties acknowledge that each has contributed toward the drafting of this Stipulation, and that this Stipulation is the result of negotiations between the Parties.

10.  Failure to Require Performance.  The failure of either Party at any time to require the performance of the other of any of the terms, provisions, or conditions hereof shall in no way affect the right thereafter to enforce the same, nor shall the waiver by either party of the breach of any of the terms, provisions, and conditions hereof, be construed or be deemed a waiver of any succeeding breach of any term, provision, or condition hereof.

11.  Understanding of terms.  The Parties acknowledge that each fully understands all of the terms and obligations of this Stipulation, and each believes the same to be fair, just, equitable, reasonable, fully acceptable, and not unconscionable.

12.  No duress.  The Parties enter into this Stipulation freely and voluntarily.  Neither Party has been the subject of any duress, undue influence, fraud, or coercion in entering into this Stipulation.

13.  Advice of Counsel.  All Parties to this Stipulation acknowledge that they have had the benefit and assistance of the representation of their own separate and independent attorneys to advise them of their rights and obligations under this Stipulation, and they are also aware of what their rights would be in the absence of this Stipulation.

14.  Binding Effect.  This Stipulation shall be binding upon the Parties hereto and shall

6

also be binding upon and enure to the benefit of the heirs, assigns, personal representatives, and successors of the respective Parties.

15.    Counterparts.  This Stipulation may be executed in two or more counterparts, including facsimile and e-mail counterparts, none of which need contain signatures of all of the Parties hereto, each of which will constitute an original, and all of which, taken together, shall constitute one and the same agreement.

16.    Authority.  Each Party to this Stipulation represents that it is duly authorized to execute this Stipulation and that the Parties through whom each Party executes this Stipulation are fully and duly empowered and authorized to execute same on the respective Party's behalf.

17.    Date of Stipulation.  The date of this Stipulation is the date on which the last of the Parties executes a copy of it.

18.    Fees and Costs.   Each Party shall bear its own costs and attorney's fees in connection with this Agreement, and its approval and consummation.

19.    Captions. The captions of the various paragraphs in this Stipulation are for convenience only, and none of them is intended to be any part of the text of this agreement, or intended to be referred to in construing any provision of it.

20.    Notices.  Any notices required by this Stipulation must be given either in writing by U.S. Mail, certified/return receipt requested, express mail service, or facsimile to the parties as follows:

To the Trustee:

Michael R. Bakst, Esq. and
Rilyn A. Carnahan, Esq.
Greenspoon Marder LLP
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401

7

Telephone: (561) 838-4523
Facsimile: (561) 514-3423
michael.bakst@gmlaw.com
rilyn.carnahan@gmlaw.com

To M&M:

_MoSku FARACHC_

To Tal:

_ELITQL_

To Bareket:

_ELITQL_

To Kavod:

_ELITQ_

(Signatures on following page)

IN WITNESS WHEREOF, the parties hereto have set their hands and seals to this to this

settlement agreement on the date specified below.

**TAL BAREKET, LLC**

By:_____ELI TAL_____
Printed:_____
Title/Capacity: Owner yF ELI TQL
Dated:_____12/15/2023_____

**MICHAEL R. BAKST, TRUSTEE**

_____Riley Carnahan____ 614831
for Michael R. Bakst, as Trustee in
Bankruptcy for Auto Wholesale of
Boca, LLC, et al, and not
individually
Dated:____12/21/23_____

**KAVOD REAL ESTATE**

By:_____ELI TAL_____
Printed:_____
Title/Capacity:__Owner__
Dated:_____12/15/2023_____

**M&M DEVELOPMENT CONSULTANTS, LLC**

By:_____
Printed:__MOSHE FARACHL__
Title/Capacity:__OWNR__
Dated:__12/15/23__

**ELI TAL**

_____
Dated:_____12/15/2023_____

9

# EXHIBIT "B"

# PROPOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**                                                    **CASE NO.: 22-15627-EPK**
                                                              **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**

      **Debtor.**

_____/

## ORDER GRANTING MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY BETWEEN TRUSTEE, M&M DEVELOPMENT CONSULTANTS, LLC, ELI TAL, TAL BAREKET, LLC, AND KAVOD REAL ESTATE, LLC

THIS MATTER came before the Court in West Palm Beach, Florida, upon the Trustee's[1]

*Motion to Approve Stipulation to Compromise Controversy Between Trustee, M&M Development*

*Consultants, LLC, Eli Tal, Tal Bareket, LLC, and Kavod Real Estate, LLC* [ECF No. _____] (the

"Motion"). The movant, by submitting this form of order has represented that the Motion was

served on all parties as required by Bankruptcy Rule 2002 or Local Rule 2002-1, that the 21 day

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion and in the Stipulation attached to the Motion.

response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion.  The Court, having reviewed the Motion, and having been otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES as follows:

1.        The Motion is GRANTED.

2.        The *Stipulation to Compromise Controversy Between Trustee, M&M Development Consultants, LLC, Eli Tal, Tal Bareket, LLC, and Kavod Real Estate, LLC* attached to the Motion as Exhibit "A" (the "Stipulation" or "Settlement Agreement") is APPROVED in its entirety, and its terms are hereby incorporated into this Order by reference.

3.        The Court finds that the Stipulation is in the best interest of the bankruptcy estate and its creditors.

4.        The Court finds that all creditors have been duly and properly noticed of the Motion, the Settlement Agreement, and this Order.

5.        The Court reserves jurisdiction over the Parties and over the cause for the purposes of enforcing the terms and covenants contained within the Stipulation.

###

Submitted by:
Rilyn A. Carnahan
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone:  (561) 838-4557
Email: rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. is directed to serve a copy of this Order on all interested parties and file a certificate of service in accordance with Local Rule 2002-1(F).]**

2