

**ORDERED in the Southern District of Florida on January 29, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                      CASE NO.: 22-15627-EPK
                                                            Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

## ORDER GRANTING MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY BETWEEN TRUSTEE, M&M DEVELOPMENT CONSULTANTS, LLC, ELI TAL, TAL BAREKET, LLC, AND KAVOD REAL ESTATE, LLC

THIS MATTER came before the Court in West Palm Beach, Florida, upon the Trustee's[1]

*Motion to Approve Stipulation to Compromise Controversy Between Trustee, M&M Development*

*Consultants, LLC, Eli Tal, Tal Bareket, LLC, and Kavod Real Estate, LLC* [ECF No. 809] (the

"Motion"). The movant, by submitting this form of order has represented that the Motion was

served on all parties as required by Bankruptcy Rule 2002 or Local Rule 2002-1, that the 21 day

---

1 All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion and in the Stipulation attached to the Motion.

response time provided by Local Rule 9013-1(D) has expired, that no one has filed, or served on the movant, a response to the Motion, and that the form of order was attached as an exhibit to the Motion.  The Court, having reviewed the Motion, and having been otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1.      The Motion is **GRANTED**.

2.      The *Stipulation to Compromise Controversy Between Trustee, M&M Development Consultants, LLC, Eli Tal, Tal Bareket, LLC, and Kavod Real Estate, LLC* attached to the Motion as Exhibit "A" (the "Stipulation" or "Settlement Agreement") is **APPROVED** in its entirety, and its terms are hereby incorporated into this Order by reference.

3.      The Court finds that the Stipulation is in the best interest of the bankruptcy estate and its creditors.

4.      The Court finds that all creditors have been duly and properly noticed of the Motion, the Settlement Agreement, and this Order.

5.      The Court reserves jurisdiction over the Parties and over the cause for the purposes of enforcing the terms and covenants contained within the Stipulation.

###

Submitted by:
Rilyn A. Carnahan
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone:  (561) 838-4557
Email: rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. is directed to serve a copy of this Order on all interested parties and file a certificate of service in accordance with Local Rule 2002-1(F).]**