**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In Re:**                                                                   **CASE NO.:  22-15627-EPK**
                                                                                    **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC,**


                **Debtor.**

_____/

## TRUSTEE'S EX-PARTE MOTION FOR A COURT ORDER ALLOWING THE TRUSTEE TO PAY CW SERVICES & ASSOCIATES, INC.

**Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC,** by and through undersigned counsel, hereby files this Ex Parte Motion for a Court Order Allowing the Trustee to Pay CW Services & Associates, Inc. and states:

1.      On July 22, 2023, Auto Wholesale of Boca, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.

2.      On May 1, 2023, the case was converted to Chapter 7 [ECF No. 584], and Michael R. Bakst was appointed as the Chapter 7 Trustee.

3.      The Debtor's §341 Meeting of Creditors was held and concluded on June 8, 2023.

4.      On July 21, 2023, the Trustee filed an Expedited Motion To Approve Sale After Auction Of 2016 USSV Ford Rhino [ECF No. 735] and Trustee's Expedited Motion (I) To Approve Sale Of 2019 Lamborghini Urus, And (II) To Compel Endorsement and Turnover Of Title To 2019 Lamborghini Urus From C&K Auto Imports, Inc. and/or C&K Auto Imports South, Inc. Pursuant To 11 U.S.C. §542(A) [ECF No. 736] ("Motions"), both were scheduled for an emergency Notice of Hearing on July 26, 2023 at 9:30 am [ECF No. 737], which was served priority rush via process server by CW Services & Associates, Inc., upon interested parties.

1

5. The Notice of Hearing and Motions were served via process server priority rush because of the expedited hearing scheduled for July 26, 2023, so that the Trustee could make every effort to provide sufficient notice to parties in interest of the Motions and hearings on same.

6. On August 10, 2023, the Trustee filed his Ex-Parte Motion For A Court Order Allowing The Trustee To Pay CW Services & Associates, Inc. [ECF No. 775] ("Ex-Parte Motion"), which was granted on August 14, 2023. This Ex-Parte Motion was filed, and payment was made for this rush service, but inadvertently the Trustee did not include invoice numbers CWO-2023008405, and CWO-2023008401.

7. Attached hereto as Exhibit "1" are two invoices CWO-2023008405, and CWO-2023008401 from CW Services & Associates, Inc. in the total amount of $558.06 for process service upon the interested parties for the rush process service of the Notice of Hearing and Motions.

**WHEREFORE**, the Trustee, Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC by and through undersigned counsel, respectfully requests that the Court enter an Ex-parte Order allowing him to pay CW Services & Associates, Inc., the sum of $558.06 for expenses as reflected on the attached invoices.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  February 22, 2024     GREENSPOON MARDER, LLP

            /s/ *Michael R. Bakst*
            MICHAEL R. BAKST, ESQ.
            Florida Bar No.: 866377
            Attorneys for the Trustee
            CityPlace Tower
            525 Okeechobee Blvd., Suite 900
            West Palm Beach, FL 33401
            T:  (561) 838-4557

## CERTIFICATE OF SERVICE

I certify that on February 22, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

            /s/ *Michael R. Bakst*
            Michael R. Bakst

*Mailing Information for Case 22-15627-EPK*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst** efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst** efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes** mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan** jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- **Jerrell A Breslin** jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell** mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan** rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com

- **Alan R Crane**    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158 @notify.bestcase.com
- **Patrick R Dorsey**    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    service@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Catherine Holly Yach Gleason**    ktgleasonlegal@gmail.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.co m;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai l.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution s.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lta nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdriv e.com

4

- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;m
  fernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com,
  yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mf
  ernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**

Kramer, Green, Zuckerman, Greene & Buchs

4000 Hollywood Boulevard

Suite 485-S

Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**

c/o Scott Rose

200 South Biscayne Blvd., Ste 3200

Miami, FL 33131

**Chapford Specialty Finance LLC**

c/o Scott Rose

200 South Biscayne Blvd., Ste 3200

Miami, FL 33131

**Jason J. DeJonker**

161 North Clark Street, Suite 4300
Chicago, IL 60601

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**CW Services and Associates Inc**
4908 Grassleaf Drive
Palm Beach Gardens FL 33418

C.W. SERVICES & ASSOCIATES, INC.         **INVOICE**         Invoice #CWO-2023008405
4908 Grassleaf Drive                                                                        2/20/2024
Palm Beach Gardens, FL 33418
Phone: (561) 630-4866                                                        Original Date: 7/25/2023
Fax: (561) 776-0540
Tax I.D. 65-0568564



RILYN CARNAHAN, ESQ.
GREENSPOON MARDER LLP
525 OKEECHOBEE BLVD., SUITE 900
WEST PLAM BEACH, FL 33401

Your Contact: JASMINE ROSA
**Case Number: SOUTHERN 22-15627-EPK**

IN RE::
**AUTO WHOLESALE OF BOCA, LLC, DEBTOR**

Received: 7/24/2023   Non-Served: 7/25/2023  NON-SERVE - COMMENTS
To be served on: ANTHONY BURNHAM

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Priority Rush (Fast as Poss) | 1.00 | 100.00 | 100.00 |
| Printing per Page | 57.00 | 0.29 | 16.53 |
| WOODLAND HILLS, CA | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $291.53 |

**BALANCE DUE:**                                                                        **$291.53**

**Comments pertaining to this invoice:**
7/26/2023  6:33 am   INVOICE CORRECTED AND RE-ATTACHED, THERE WAS NO UPS FEE ON THIS JOB.

# EXHIBIT 1

PLEASE NOTE: This invoice is attached to the same email as the Return of Service, it cannot be lost. This invoice
needs to be submited for payment quickly please. We operate on a 30 day billing cycle only...
IMPORTANT: If your account needs to be adjusted for statement contacts or "ANYTHING" please let Maryanne
know so we keep your info current. Please communicate with us if any changes are needed.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

C.W. SERVICES & ASSOCIATES, INC.
4908 Grassleaf Drive
Palm Beach Gardens, FL 33418
Phone: (561) 630-4866
Fax: (561) 776-0540
Tax I.D. 65-0568564

**INVOICE**

Invoice #CWO-2023008401
2/20/2024

Original Date: 7/25/2023



RILYN CARNAHAN, ESQ.
GREENSPOON MARDER LLP
525 OKEECHOBEE BLVD., SUITE 900
WEST PLAM BEACH, FL 33401

Your Contact: JASMINE ROSA
**Case Number: SOUTHERN 22-15627-EPK**

IN RE::
**AUTO WHOLESALE OF BOCA, LLC, DEBTOR**

Received: 7/24/2023    Served: 7/24/2023 9:05 pm  INDIVIDUAL/PERSONAL
To be served on: C&K AUTO IMPORTS, INC.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Priority Rush (Fast as Poss) | 1.00 | 75.00 | 75.00 |
| Printing per Page | 57.00 | 0.29 | 16.53 |
| FAIR LAWN, NJ | 1.00 | 175.00 | 175.00 |
| TOTAL CHARGED: | | | $266.53 |

**BALANCE DUE:**                                                    **$266.53**

PLEASE NOTE: This invoice is attached to the same email as the Return of Service, it cannot be lost. This invoice
needs to be submited for payment quickly please. We operate on a 30 day billing cycle only...
IMPORTANT: If your account needs to be adjusted for statement contacts or "ANYTHING" please let Maryanne
know so we keep your info current. Please communicate with us if any changes are needed.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w