**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                     CASE NO.:   22-15627-EPK
                                                                                  Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**


            **Debtor.**

_____/

**AGREED EX PARTE MOTION TO CONTINUE STATUS HEARING SCHEDULED**
**FOR FEBRUARY 28, 2024 AT 9:30 A.M. ON:**

I.      ***THIRD OMNIBUS OBJECTION TO CLAIMS OF KARMA OF BROWARD,
        INC. [# 2-1], FARACHE ENTERPRISES, INC. [# 14-1], MOSHE FARACHE
        [# 15-1], M & M DEVELOPMENT CONSULTANTS, LLC [# 17-1* [ECF NO.
        224];***

II.     ***FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND
        PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
        EXPENSES OF JOEL GLICK AND BERKOWITZ POLLACK BRANT
        ADVISORS AND CPAS AS ACCOUNTANTS TO THE
        DEBTOR-IN-POSSESSION* [ECF NO. 706] AND OBJECTION THERETO
        FILED BY THE UNITED STATES TRUSTEE [ECF NO. 781]; AND***

III.    ***SUMMARY OF FINAL FEE APPLICATION OF CHAPTER 11
        (SUBCHAPTER V) DEBTOR'S-IN-POSSESSION COUNSEL* [ECF NO. 750]
        AND OBJECTIONS THERETO FILED BY: THE UNITED STATES
        TRUSTEE [ECF NO. 782]; MOSHE FARACHE, M&M CONSULTANTS,
        LLC, FARACHE ENTERPRISES, INC, AND EXPRESS EMERGENCY
        SERVICES, INC. [ECF NO. 784]; AND FVP OPPORTUNITY FUND III,
        LP, FVP INVESTMENTS LLC AND FVP SERVICING, LLC [ECF NO.
        789]***

        Michael R. Bakst (the "Trustee"), Trustee in Bankuptcy for Auto Wholesale of Boca,

LLC, by and through undersigned counsel, hereby files this *Agreed Ex Parte Motion to Continue*

*Status Hearing on:   I. Third Omnibus Objection to Claims of Karma of Broward, Inc. [# 2-1],*

*Farache Enterprises, Inc. [# 14-1], Moshe Farache [# 15-1], M & M Development Consultants,*

*LLC [# 17-1]; II. First and Final Application for the Allowance and Payment of Compensation*

*and Reimbursement of Expenses of Joel Glick and Berkowitz Pollack Brant Advisors and CPAs as Accountants to the Debtor-In-Possession [ECF No. 706] and Objection Thereto Filed by the United States Trustee [ECF No. 781]; and III. Summary of Final Fee Application of Chapter 11 (Subchapter V) Debtor's-In-Possession Counsel [ECF No. 750] and Objections Thereto: Filed By The United States Trustee [ECF No. 782]; Moshe Farache, M&M Consultants, LLC, Farache Enterprises, Inc, and Express Emergency Services, Inc. [ECF No. 784]; and FVP Opportunity Fund III, LP, FVP Investments LLC and FVP Servicing, LLC [ECF No. 789]* (the "Motion") and states as follows:

1. On July 22, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Court").

2. On November 23, 2022, Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC, filed its *Third Omnibus Objection to Claims of Karma of Broward, Inc. [# 2-1], Farache Enterprises, Inc. [# 14-1], Moshe Farache [# 15-1], M & M Development Consultants, LLC [# 17-1]* [ECF No. 224] (the "Claims Objection").

3. On May 1, 2023, the Court entered its *Order Converting Case Under Chapter 11 to Case Under Chapter 7* [ECF No. 584].

4. Michael R. Bakst was appointed as Chapter 7 Trustee on May 2, 2023 [ECF No. 589].

5. On May 30, 2023, the Court entered its Agreed Order Granting Joint Motion to Abate or Continue Hearing on Third Objection to Claims of Moshe Farache [#15-1], M & M Development Consultants, Inc. [#17-1], and Farache Enterprises, Inc. [#14-1], wherein the Court continued the hearing on the Claims Objection to August 30, 2023.

6. On July 27, 2023, the Debtor's Chapter 11 counsel, James B. Miller, Esq. filed his *Summary of Final Fee Application of Chapter 11 (Subchapter V) Debtor's-In-Possession Counsel* [ECF No. 750] (the "Counsel Fee Application"). The Counsel Fee Application was set for hearing on August 23, 2023 [ECF No. 751].

7. On June 28, 2023, the Debtor's Chapter 11 accountants, Joel Glick and Berkowitz Pollack Brant Advisors and CPAs filed their *First and Final Application for the Allowance and Payment of Compensation and Reimbursement of Expenses of Joel Glick and Berkowitz Pollack Brant Advisors and CPAs as Accountants to the Debtor-In-Possession* [ECF No. 706] (the "Accountant Fee Application", together with the Counsel Fee Application, the "Chapter 11 Fee Applications"). The Accountant Fee Application was also set for hearing on August 23, 2023.

8. On July 31, 2023, the Chapter 11 Fee Applications were renoticed for hearing on August 30, 2023 [ECF No. 758].

9. On August 25, 2023, the United States Trustee for Region 21 (the "UST") filed its *Objection to First and Final Application by Accountants for Debtor* [ECF No. 781] (the "UST Objection to Accountant Fee Application") and its *Objection to Final Application by Counsel for Debtor* [ECF No. 782] (the "UST Objection to Attorney Fee Application", together with the UST Objection to Accountant Fee Application the "UST Objections"), respectively, wherein the UST asserted that given the priority of the chapter 11 fees requested, as well the US Trustee's questions pertaining to the benefit to the Estate provided by the professionals, the hearings on the Chapter 11 Fee Applications should be continued pending the Trustee's filing of his final report.

10. On August 28, 2023, Moshe Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., and Express Emergency Services, Inc. filed their *Objection to Final*

3

*Fee Application of Chapter 11 (Subchpater V) Debtor's-in-Possession Counsel, James B. Miller* [ECF No. 784] (the "Farache Objection").

11. On August 28, 2023, FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC filed their *Objection to Final Fee Application of Chapter 11 (Subchapter V) Debtor in-Possession Counsel, James B. Miller* [ECF No. 789]. (the "FVP Objection").

12. The Chapter 11 Fee Applications, the UST Objections, the Farache Objection, the FVP Objection and the Claims Objection all came before the Court on August 30, 2023 wherein the parties announced that they agreed to continue the hearings on such matters for a status conference in six months.    At that time, the Court set a status hearing currently scheduled for **February 28, 2024 at 9:30 a.m**. (the "Status Conference"), so that the Trustee may gain a better understanding of the amount of funds that will be available for administrative claims and then general unsecured creditors, if any, and to give the parties an opportunity to attempt to resolve the matters with that in mind.

13. Given the priority of Chapter 11 administrative claims (for example, after chapter 7 administrative expenses), and the fact that no Chapter 11 administrative claims could be paid at this time, regardless, the parties have jointly agreed to continue the status conference scheduled for February 28, 2024 to a date on the Court's motion calendar in September 2024, so that the Trustee may gain a better understanding of the likely amount of funds on hand in the estate, as well as the total Chapter 7 administrative expenses.

14. The parties to the Claims Objection have agreed to continue their matter to the same time in September 2024 as well.

15. All interested parties to the matters set for status conference on February 28, 2024 have agreed to the continuance requested herein.

4

16.     Accordingly, the parties jointly seek a continuance of the Status Conference to a date and time available on the Court's motion calendar in September, 2024.

**WHEREFORE**, the Trustee, Michael R. Bakst, by and through undersigned counsel, respectfully requests, with the agreement of counsel for interested parties to the various matters set for Status Conference on February 28, 2024, that the Court continue the Status Conference and all matters set for hearing therein, to a date and time available on the Court's motion calendar in September 2024, and grant any other or further relief that this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Dated this 26th day of February, 2024**

Respectfully Submitted,
**GREENSPOON MARDER LLP**
*/s Rilyn A. Carnahan*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
RILYN A. CARNAHAN, ESQ.
Florida Bar Number: 614831
Attorneys for Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4557
Email: rilyn.carnahan@gmlaw.com

## CERTIFICATE OF SERVICE

**I CERTIFY** that on February 26, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served on February 26, 2024, all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/Rilyn A. Carnahan*
Rilyn A. Carnahan, Esq.

**Mailing Information for Case 22-15627-EPK**
**Electronic Mail Notice List**
The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com
- **Alan R Crane**    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    service@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com
- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Catherine Holly Yach Gleason**    ktgleasonlegal@gmail.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

6

- **Philip J Landau**      phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**      trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**      michael@lessne.law
- **Nathan G Mancuso**      ngm@mancuso-law.com
- **David B Marks**      brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**      cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**      nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipour
  nr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**      Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@nt
  mlawfirm.com
- **James B Miller**      bkcmiami@gmail.com
- **James C. Moon**      jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.c
  ourtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**      USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**      jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**      ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**      predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearn
  sweaver.com
- **Ryan C Reinert**      rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**      jrigoli@furrcohen.com,
  yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com
- **Ezequiel Joseph Romero**      romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**      carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- **Zach B Shelomith**      zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**      bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**      esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearns
  weaver.com
- **David R. Softness**      david@softnesslaw.com
- **Christian Somodevilla**      cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**      dmunseth@bclplaw.com
- **Harry Winderman**      harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**      rwolis@stearnsweaver.com, egraham@stearnsweaver.com

**Manual Notice List**
The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Catherine H.Y. Gleason**
912 NW 56th Terrace Suite A
Gainesville, FL 32605

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

8