

**ORDERED in the Southern District of Florida on February 28, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                    CASE NO.: 22-15627-EPK
                                                          Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

## ORDER GRANTING TRUSTEE'S AGREED EX PARTE MOTION TO CONTINUE STATUS HEARING SCHEDULED FOR FEBRUARY 28, 2024 AT 9:30 A.M. ON:

    **I.**     *THIRD OMNIBUS OBJECTION TO CLAIMS OF KARMA OF BROWARD, INC. [# 2-1], FARACHE ENTERPRISES, INC. [# 14-1], MOSHE FARACHE [# 15-1], M & M DEVELOPMENT CONSULTANTS, LLC [# 17-1 [ECF NO. 224];*

    **II.**     *FIRST AND FINAL APPLICATION FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF JOEL GLICK AND BERKOWITZ POLLACK BRANT ADVISORS AND CPAS AS ACCOUNTANTS TO THE DEBTOR-IN-POSSESSION [ECF NO. 706] AND OBJECTION THERETO FILED BY THE UNITED STATES TRUSTEE [ECF NO. 781]; AND*

    **III.**     *SUMMARY OF FINAL FEE APPLICATION OF CHAPTER 11 (SUBCHAPTER V) DEBTOR'S-IN-POSSESSION COUNSEL [ECF NO. 750] AND OBJECTIONS THERETO: FILED BY THE UNITED*

<u>**STATES TRUSTEE [ECF NO. 782]; MOSHE FARACHE, M&M CONSULTANTS, LLC, FARACHE ENTERPRISES, INC, AND EXPRESS EMERGENCY SERVICES, INC. [ECF NO. 784]; AND FVP OPPORTUNITY FUND III, LP, FVP INVESTMENTS LLC AND FVP SERVICING, LLC [ECF NO. 789]**</u>

THIS MATTER having come before the Court in West Palm Beach, Florida, pursuant to the *Agreed Ex Parte Motion to Continue Status Hearing on:  I. Third Omnibus Objection to Claims of Karma of Broward, Inc. [# 2-1], Farache Enterprises, Inc. [# 14-1], Moshe Farache [# 15-1], M & M Development Consultants, LLC [# 17-1]; II. First and Final Application for the Allowance and Payment of Compensation and Reimbursement of Expenses of Joel Glick and Berkowitz Pollack Brant Advisors and CPAs as Accountants to the Debtor-In-Possession [ECF No. 706] and Objection thereto filed by the United States Trustee [ECF No. 781]; and III. Summary of Final Fee Application of Chapter 11 (Subchapter V) Debtor's-In-Possession Counsel [ECF No. 750] and Objections thereto filed by: the United States Trustee [ECF No. 782]; Moshe Farache, M&M Consultants, LLC, Farache Enterprises, Inc, and Express Emergency Services, Inc. [ECF No. 784]; and FVP Opportunity Fund III, LP, FVP Investments LLC and FVP Servicing, LLC [ECF No. 789]* (the "Motion") [ECF No. 817].  The Court, having reviewed the Motion, having found that good cause exists to grant the relief requested therein, and the Court having been otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1.      The Motion is GRANTED.

2.      The hearing on the following matters is hereby continued to **September 18, 2024 at 9:30 a.m.** at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, FL 33401:

    i.    *Third Omnibus Objection to Claims of Karma of Broward, Inc. [# 2-1], Farache Enterprises, Inc. [# 14-1], Moshe Farache [# 15-1], M & M Development Consultants, LLC [# 17-1]* [ECF No. 224];

    ii.    *Summary of Final Fee Application of Chapter 11 (Subchapter V) Debtor's-In-Possession Counsel* [ECF No. 750];

    iii.    *First and Final Application for the Allowance and Payment of Compensation and Reimbursement of Expenses of Joel Glick and Berkowitz Pollack Brant Advisors and CPAs as Accountants to the Debtor-In-Possession* [ECF No. 706];

    iv.    *Objection to First and Final Application by Accountants for Debtor* [ECF No. 781];

    v.    *Objection to Final Application by Counsel for Debtor* [ECF No. 782];

    vi.    *Objection to Final Fee Application of Chapter 11 (Subchpater V) Debtor's-in-Possession Counsel, James B. Miller* [ECF No. 784]; and the

    vii.    *Objection to Final Fee Application of Chapter 11 (Subchapter V) Debtor in-Possession Counsel, James B. Miller* [ECF No. 789].

3.    Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

Submitted by:
Rilyn A. Carnahan, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T. (561) 838-4557
F. (561) 514-3457
Email: rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)].**