UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                                    CASE NO.:  22-15627-EPK
                                                          Chapter 7
AUTO WHOLESALE OF BOCA, LLC,

        Debtor.
_____/

**TRUSTEE'S EX-PARTE MOTION FOR A COURT ORDER ALLOWING THE
TRUSTEE TO PAY CW SERVICES & ASSOCIATES, INC.**

**Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC,** by and through undersigned counsel, hereby files this Ex Parte Motion for a Court Order Allowing the Trustee to Pay CW Services & Associates, Inc., and states:

1.      On July 22, 2023, Auto Wholesale of Boca, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11, Subchapter V of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.

2.      On May 1, 2023, the case was converted to Chapter 7 [ECF No. 584], and Michael R. Bakst was appointed as the Chapter 7 Trustee.

3.      The Debtor's §341 Meeting of Creditors was held and concluded on June 8, 2023.

4.      On July 6, 2023, the Trustee filed a Notice of Taking Rule 2004 Examination Duces Tecum of Truist Bank, N.A [ECF No. 717] and a Notice of Filing of Trustee's Notice of Intent to Serve Subpoena on Truist Bank, N.A [ECF No.718].

5.      On the same date of July 6, 2023, the Trustee also filed an Amended Notice of Taking Rule 2004 Examination Duces Tecum of American Express Company [ECF No. 721] and a Notice of Filing of Trustee's Notice of Intent to Serve Subpoena on American Express Company [ECF No. 720].

1

6.      All notices were served via process server by CW Services & Associates, Inc., upon interested parties.

7.      Attached hereto as Exhibit "1" are multiple invoices (the "Invoices") from CW Services & Associates, Inc. in the total amount of $150.00 for process service upon the interested parties.

8.      The engagement of CW Services & Associates, Inc. was necessary in order for the Trustee and his professionals to obtain responsive discovery documents and testimony vital to their investigation regarding the Debtor's financial state of affairs.

**WHEREFORE**, the Trustee, Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC by and through undersigned counsel, respectfully requests that the Court enter an Ex-parte Order allowing him to pay CW Services & Associates, Inc., the sum of $150.00 for expenses as reflected on the attached invoices.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Dated:  February 28, 2024                    GREENSPOON MARDER, LLP

/s/ *Michael R. Bakst*
MICHAEL R. BAKST, ESQ.
Florida Bar No.: 866377
Attorneys for the Trustee
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T:  (561) 838-4557

## CERTIFICATE OF SERVICE

I certify that on February 28, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

/s/ *Michael R. Bakst*
Michael R. Bakst

*Mailing Information for Case 22-15627-EPK*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**   efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**   efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**   mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**   jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- **Jerrell A Breslin**   jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**   mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**   rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com
- **Alan R Crane**   acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Patrick R Dorsey**   pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**   feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**   sgherman@scottghermanpa.com

- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Catherine Holly Yach Gleason**    ktgleasonlegal@gmail.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

4

- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **David M Unseth**    dmunseth@bclplaw.com
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service)..

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**

Kramer, Green, Zuckerman, Greene & Buchs

4000 Hollywood Boulevard

Suite 485-S

Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**

c/o Scott Rose

200 South Biscayne Blvd., Ste 3200

Miami, FL 33131

**Chapford Specialty Finance LLC**

c/o Scott Rose

200 South Biscayne Blvd., Ste 3200

Miami, FL 33131

**Jason J. DeJonker**

161 North Clark Street, Suite 4300

Chicago, IL 60601

**Catherine H.Y. Gleason**

912 NW 56th Terrace Suite A

Gainesville, FL 32605

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**CW Services and Associates Inc**
4908 Grassleaf Drive
Palm Beach Gardens FL 33418

| C.W. SERVICES & ASSOCIATES, INC.<br>4908 Grassleaf Drive<br>Palm Beach Gardens, FL 33418<br>Phone: (561) 630-4866<br>Fax: (561) 776-0540<br>Tax I.D. 65-0568564 | **<u>INVOICE</u>** | Invoice #CWO-2023008030<br>2/20/2024<br><br>Original Date: 7/7/2023 |
|---|---|---|



RILYN CARNAHAN, ESQ.
GREENSPOON MARDER LLP
525 OKEECHOBEE BLVD., SUITE 900
WEST PLAM BEACH, FL 33401

Your Contact: JASMINE ROSA
**Case Number: SOUTHERN 22-15627-EPK**

IN RE::
**AUTO WHOLESALE OF BOCA, LLC, DEBTOR**

Received: 7/6/2023    Served: 7/6/2023 1:55 pm  CORPORATE
To be served on: RECORDS CUSTODIAN TRUIST BANK

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| TALLAHASSEE, FL | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| **BALANCE DUE:** | | | **$75.00** |
|---|---|---|---|

# EXHIBIT 1

PLEASE NOTE: This invoice is attached to the same email as the Return of Service, it cannot be lost. This invoice needs to be submited for payment quickly please. We operate on a 30 day billing cycle only...
IMPORTANT: If your account needs to be adjusted for statement contacts or "ANYTHING" please let Maryanne know so we keep your info current. Please communicate with us if any changes are needed.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w

C.W. SERVICES & ASSOCIATES, INC.
4908 Grassleaf Drive
Palm Beach Gardens, FL 33418
Phone: (561) 630-4866
Fax: (561) 776-0540
Tax I.D. 65-0568564

**INVOICE**

Invoice #CWO-2023008031
2/20/2024

Original Date: 7/7/2023



RILYN CARNAHAN, ESQ.
GREENSPOON MARDER LLP
525 OKEECHOBEE BLVD., SUITE 900
WEST PLAM BEACH, FL 33401

Your Contact: JASMINE ROSA
**Case Number: SOUTHERN 22-15627-EPK**

IN RE::
**AUTO WHOLESALE OF BOCA, LLC, DEBTOR**

Received: 7/6/2023    Served: 7/7/2023 2:00 pm  CORPORATE
To be served on: RECORDS CUSTODIAN AMERICAN EXPRESS COMPANY

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| PLANTATION, FL | 1.00 | 75.00 | 75.00 |
| TOTAL CHARGED: | | | $75.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$75.00** |

PLEASE NOTE: This invoice is attached to the same email as the Return of Service, it cannot be lost. This invoice needs to be submited for payment quickly please. We operate on a 30 day billing cycle only...
IMPORTANT: If your account needs to be adjusted for statement contacts or "ANYTHING" please let Maryanne know so we keep your info current. Please communicate with us if any changes are needed.

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w