

**ORDERED in the Southern District of Florida on February 28, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In Re:                                                    CASE NO.:  22-15627-EPK
                                                          Chapter 7

**AUTO WHOLESALE OF BOCA, LLC**

            Debtor.

_____/

### ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR A COURT ORDER ALLOWING THE TRUSTEE TO PAY CW SERVICES & ASSOCIATES, INC. INVOICES

THIS MATTER came before the Court in West Palm Beach, Florida, pursuant to the

*Trustee's Ex Parte Motion for a Court Order Allowing the Trustee to Pay CW Services &*

*Associates Invoice* [ECF No. 820] (the "Motion").

The Court, having reviewed the Motion, having found that the good cause exists to grant

the relief requested therein on an ex parte basis, as the Court finds that granting relief ex parte is

appropriate pursuant to Local Rule 9013-1(C) based upon the catch-all provision in that rule that

it is not intended to restrict a judge's authority to grant relief without a hearing on other motions,

1

and the Court having been otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1.      The Trustee's Motion is granted.

2.      The Trustee is allowed to pay CW Services & Associates, Inc. Invoice Numbers

CWO-2023008030, CWO-2023008031 and in the amount of $150.00

###

Submitted by:
Michael R. Bakst, Esq.
CityPlace Tower
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401
T: (561) 838-4523
Email: michael.bakst@gmlaw.com

*(Michael R. Bakst, Esq. shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*