**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                              Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,[1]          Chapter 7

                    Debtor.

_____/

### JOINT NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL

Pursuant to Rule 2091-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida, the undersigned counsel hereby show that Matthew P. Leto of the Leto Law Firm, is substituting as counsel for Hi Bar Capital, LLC in lieu of David M. Unseth, Jarret P. Hitchings, and Ezequiel J. Romero of the law firm Bryan Cave Leighton Paisner LLP, each of whom formerly served as counsel for said creditor.   David M. Unseth, Jarret P. Hitchings, Ezequiel J. Romero and the law firm of Bryan Cave Leighton Paisner LLP hereby withdraw as counsel for Hi Bar Capital, LLC, and request that each of their names be removed from all notice and correspondence lists.

Hi Bar Capital, LLC has consented to this substitution of counsel.

All further pleadings, orders, correspondence, docket notices, or other official communications directed or pertaining to Hi Bar Capital, LLC should be served on counsel at the following address:

> Matthew P. Leto
> Leto Law Firm
> 201 South Biscayne Boulevard, Suite 2700
> Miami, Florida 33131
> Telephone:     (305) 341-3155

---

[1] The last four digits of the Debtor's taxpayer identification number is 5162.  The Debtor's noticing address in this Chapter 11 case is 6560 West Rogers Circle, Suite B-27, Boca Raton, Florida 33487.

Facsimile:      (305) 341-397-1168
Email:          mleto@letolawfirm.com


Respectfully submitted this 23rd day of April 2024.


**LETO LAW FIRM**

/s/ *Matthew P. Leto (with expressed permission)*
Matthew P. Leto
Florida Bar No. 014504
201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Telephone:      (305) 341-3155
Facsimile:      (305) 341-397-1168
Email:          mleto@letolawfirm.com

*Lead Counsel for Hi Bar Capital, LLC*

**BRYAN CAVE LEIGHTON PAISNER LLP**

/s/ *Ezequiel J. Romero*
Ezequiel J. Romero
Florida Bar No. 107216
200 South Biscayne Boulevard, Suite 400
Miami, Florida 33131
Telephone:      (786) 322-7399
Facsimile:      (786) 322-7501
Email:          ezequiel.romero@bclplaw.com
                romeroe@bclplaw.com


**BRYAN CAVE LEIGHTON PAISNER LLP**
Jarret P. Hitchings
One Wells Fargo Center
301 S. College Street, Suite 2150
Charlotte, North Carolina 28202
Telephone:      (704) 749-8965
Facsimile:      (704) 749-8990
E-mail:         jarret.hitchings@bclplaw.com


**BRYAN CAVE LEIGHTON PAISNER LLP**
David M. Unseth
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:      (314) 259-2000
Facsimile:      (314) 259-2020
E-mail:         david.unseth@bclplaw.com

*Former Counsel for Hi Bar Capital, LLC*

2

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on the 23rd day of April 2024, the foregoing *JOINT NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL* was filed using the Court's CM/ECF filing system, which generated an email notice of the filing, linked to this document, to those parties who receive electronic notices in this case.

Dated: April 23, 2024

                                        **BRYAN CAVE LEIGHTON PAISNER LLP**

                                        /s/ *Ezequiel J. Romero*
                                        Ezequiel J. Romero
                                        Florida Bar No. 107216
                                        200 South Biscayne Boulevard, Suite 400
                                        Miami, Florida 33131
                                        Telephone:    (786) 322-7399
                                        Facsimile:    (786) 322-7501
                                        Email:        ezequiel.romero@bclplaw.com
                                                      romeroe@bclplaw.com

                                        *Former Counsel for Hi Bar Capital, LLC*

610154422