**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                    **CASE NO.: 22-15627-EPK**
                                                                              **Chapter 7**

**AUTO WHOLESALE OF BOCA, LLC**

              **Debtor**

_____/

## TRUSTEE'S NOTICE OF ABANDONMENT

**TO:    ALL CREDITORS AND INTERESTED PARTIES**
         **NOTICE IS HEREBY GIVEN THAT**

MICHAEL R. BAKST, Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554 (a) intends to abandon his interest in the following items of personal property as burdensome to the estate as they are of inconsequential value and no benefit to the estate and would respectfully show as follows:

1.      On July 22, 2022, the Debtor filed a voluntary petition for relief under Chapter Subchapter V of Chapter 11 of the Bankruptcy Code.

2.      On May 1, 2023, the Court entered its Order Converting Case Under Chapter 11 to Case Under Chapter 7 ("Date of Conversion"). Michael R. Bakst, Trustee, is the duly appointed and acting Trustee for the Debtor's bankruptcy estate.

3.      The personal property (the "Property") that is burdensome to the estate known as:

**Any and all legal malpractice causes of action, which existed, accrued, and/or are based upon acts, conducts or omissions, occurring prior to or as of the Date of Conversion of this case to one under Chapter 7.**

4.      The Property was evaluated by the Trustee as to the benefit to creditors of the bankruptcy estate which he has decided does not warrant administration. Therefore, he has decided to abandon same.

WHEREFORE, the Trustee believes this Property is burdensome to the estate and should be abandoned.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT THE NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

DATED: June 5, 2024               <u>/s/   *Michael R. Bakst*</u>
                                  MICHAEL R. BAKST, TRUSTEE
                                  P.O. Box 407
                                  West Palm Beach FL 33402
                                  Telephone:    (561) 838-4539
                                  Email: baksttrustee@gmlaw.com


**Mailing Information for Case 22-15627-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael R Bakst**    efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- **Michael R. Bakst**    efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Marc E Brandes**    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- **John M Brennan**    jack.brennan@gray-robinson.com,
  2897605420@filings.docketbird.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan**    rilyn.carnahan@gmlaw.com,
  efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com
- **Alan R Crane**    acrane@furrcohen.com,
  yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Patrick R Dorsey**    pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    service@farrowlawfirm.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Scott C Gherman**    sgherman@scottghermanpa.com

2

- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Catherine Holly Yach Gleason**    ktgleasonlegal@gmail.com
- **Travis A Harvey**    tharvey@butler.legal
- **Michael J. Harwin**    mharwin@stearnsweaver.com
- **Michael S Hoffman**    Mshoffman@hlalaw.com,
  hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@
  ecf.courtdrive.com;mkennady@hlalaw.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.co
  m;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com,
  jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Linda Marie Leali**    trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- **Michael D Lessne**    michael@lessne.law
- **Matthew P. Leto**    mleto@letolawfirm.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Cory Mauro**    cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai
  l.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution
  s.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lta
  nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdriv
  e.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;m
  fernandez@stearnsweaver.com
- **Ryan C Reinert**    rreinert@shutts.com, jheard@shutts.com
- **Jason S Rigoli**    jrigoli@furrcohen.com,
  yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Carlos E. Sardi**    carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Ryan Mitchell Wolis**    rwolis@stearnsweaver.com, egraham@stearnsweaver.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**ACE Insurance Company of the Midwest a/s/o Richard Greenberg**
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Chapford Specialty Finance LLC**
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

**Jason J. DeJonker**
161 North Clark Street, Suite 4300
Chicago, IL 60601

**Catherine H.Y. Gleason**
912 NW 56th Terrace Suite A
Gainesville, FL 32605

**Joel D. Glick**
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

**Jarret Hitchings**
301 S. College Street, Suite 2150
Charlotte, NC 28202

**Soneet Kapila**
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

**Alan Lester Raines**
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

**John R. Schreiber**
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

**Vanessa Dawn Sloat-Rogers**
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

**Steven William Wells**
229 Warner Road
Lancaster, NY 14086

**All creditors and interested parties on the Court's Official Mailing Matrix, a copy of which is attached hereto**

Label Matrix for local noticing
113C-9
Case 22-15627-EPK
Southern District of Florida
West Palm Beach
Wed Jun  5 12:11:46 EDT 2024

ACE Insurance Company of the Midwest a/s/o R
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021-6786

Arby Lipman, LLC
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BAL INVESTMENTS, LLC
c/o Travis Harvey, Esq.
Baker Donelson, et al.
100 S.E> Third Ave., Ste 1620
Fort Lauderdale, FL 33394

Benidt Investments/Slinger, LLC
c/o Michael J Harwin
200 East Las Olas Blvd., Suite 2100
Ft Lauderdale, FL 33301-2238

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

Express Emergency Services, Inc.
Scott C Gherman P.A.
c/o Scott C Gherman P.A.
902 Clint Moore Rd. Ste 120
Boca Raton, FL 33487-2846

FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Farache Enterprises, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
c/o Matthew P. Leto
201 South Biscayne Boulevard
Suite 2700
Miami, FL 33131-4330

James B Miller, P.A.
Attn: James B. Miller, Esq.
19 West Flagler Street
Suite 416
Miami, FL 33130-4419

KARMA OF PALM BEACH, INC.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205-E
Boca Raton, FL 33431-7391

M & M Development Consultants LLC.
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

M&M Development Consultants, LLC
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Mazel Tov, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Shaneandninamt, LLC
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Wing Lake Capital Partners f/k/a Franklin Ca
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

40 Financial Services
1000 Vereda Del Ciervo Goleta
Goleta, CA 93117-5304

5471, LLC
5471 North Dixie Highway
Boca Raton, FL 33487-4905

A Car Leasing LTD Inc.
PO Box 9000
Lutherville Timonium, MD 21094-9000

Allie Bank
4515 N. Santa Fe Ave. Dept APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 8110
Cockeysville, MD 21030-8110

Amir Robert Wasiullah
5662 NW. 30th Ave.,
Boca Raton, FL 33496

Anthony Linden Burnham
24204 Calvert Street
Woodland Hills, CA 91367-1111

Antonio Batista
1961 Brandywine Road
West Palm Beach, FL 33409-8001

Apple 3 Investments, Inc.
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487-2830

Arby Lipman, LLC and Arby Lipman
c/o C. Cory Mauro, Esq.
Mauro Law, P.A.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Augusta Audatte
1254 NW. 102nd Way
Coral Springs, FL 33071-3908

Auto Sport Group
141 NW 20th St., H-13
Boca Raton, FL 33431-7965

Automotive Service Systems, Inc.
6023 Town Colony Dr, Suite 223
Boca Raton, FL 33433-1957

Bal Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Bassem Boutris Maximos
2909 N Island Dr.,
Seabrook, TX 77586-1637

Benidt Investments/Slinger, LLC
c/o Michael J. Harwin, Esq.,
Stearns Miller Weissler Alhadeff
200 East Las Olas Boulevard, Suite 2100
Fort Lauderdale, FL 33301-2238

C & K Auto Import South
1210 S. Andrews Ave.,
Pompano Beach, FL 33069-4617

Calvin Erbstein
4318 El Mar Drive
Lauderdale By The Lakes, FL 33308-5143

Carrio Motorcars
2300 North State Rd. 7
Fort Lauderdale, FL 33313-3722

Chad Scott Zankin
9098 Pintura Way
Boca Raton, FL 33496-1059

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chase Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Daimler Trust LSR Rico Brothers Inc.
4911 Mason St.,
South Gate, CA 90280-3518

David Amsel
9712 Palma Vista Way
Boca Raton, FL 33428-3500

Dealer Souq USA LLC
1001 Clint Moore RD, Suite 101
Boca Raton, FL 33487-2830

Derek Clayton Stevens
1221 Hillsboro Mile 17 C
Hillsboro, FL 33062

Derek Stephens
c/o Allison B. Duffie, Esq.
Darin Wade Mellinger, Esq.,
12020 N. Federal Hwy, Suite 200
Boca Raton, FL 33432-2000

Derek Stephens
c/o C. Cory Mauro, Esq.
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Driv Inc
1617 W. McNab Rd.,
Pompano Beach, FL 33069-4705

EAG Wholesale, LLC
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

EEP Investments LLC
c/o David R Softness, Esq.
20 one S. Biscayne Blvd., Suite 2740
Miami, FL 33131

Ed Brown
152 Bears Club Dr.,
Jupiter, FL 33477-4203

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd Ste 1800
Fort Lauderdale, FL 33301-4442

Elite Motorcars of Miami LLC
5700 NW. 27th Ave.,
Miami, FL 33142-2202

Elite Motors
1887 Whitney Mesa Dr., #4095
Henderson, NV 89014-2069

Eric Dore
c/o Jack Brennan, Esq.
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801-2798

Excell Auto Finance, LLC
N/K/A Columbus Day Finance, LLC
1699 S Federal Highway, Suite 300
Boca Raton, FL 33432-7410

Excell Auto Group, Inc.
c/o Nicole Testa Mehdipour, Trustee
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308-1916

Excell Auto Sport and Service, Inc.
5471 N. Dixie Hwy, Suite 5
Boca Raton, FL 33487-4905

Express Emergency Services Inc
5050 W Rogers Circle, Suite B27
Boca Raton, FL 33487

Express Emergency Services, Inc
c/o Scott C Gherman P.A.
902 Clint Moore Rd.,
Ste 120
Boca Raton, FL 33487-2846

FVP
c/o David R. Softness, P.A.
201 South Biscayne Boulevard
Suite 2740
Miami, FL 33131-4332

FVP Investments, LLC
1201 Broadway, FL 7
New York, NY 10001-5656

FVP Opportunity Fund III, LP
325 Hudson Street, 4th Floor
New York, NY 10013-1045

FVP Servicing, LLC
777 Third Avenue, 17th Floor
New York, NY 10017-1304

Farache Enterprises Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Farache Enterprises, Inc.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Farache Enterprises, Inc.
902 CLINT MOORE RD, STE 120
Boca Raton, FL 33487-2846

Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100

Frank Arthur Evans III
1800 Northwest Corporate Blvd., #31
Boca Raton, FL 33431-7336

Frank Arthur Evans III
4501 N Ocean Blvd, TH #3
Boca Raton, FL 33431-5310

Frank Arthur Evans III
c/o Howard Poznanski, Esq.
PO Box 970094
Coconut, FL 33097-0094

Franklin Capital
c/o Schraiberg Page, PA
Schraiberg Page, Suite 300
Boca Raton, FL 33431

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Franklin Capital Group, LLC
One Market Square Center
151 N. Delaware Street, Suite 1510
Indianapolis, IN 46204-2522

Franklin Capital Management, LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Frederick Hall
c/o Richard Corey, Esq.
The Law Offices of Richard Corey, PLLC
915 Middle Rover Drive, Suite 414
Fort Lauderdale, FL 33304-3561

Genco Auto Sales
7436 NW. 55th St.,
Miami, FL 33166-4218

Graves Directional Drilling Inc.
7670 Circle Dr.,
Young Harris, GA 30582-1531

Gustavo Henrique Sampson Couto
22312 Whistling Pines Ln.,
Boca Raton, FL 33428-3842

Hi Bar Capital, LLC
c/o Mark J. Wolfson, Esq.
Foley & Larder, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810

Hitfigure, LLC dba iLusso (Hitfigure)
2115 Harbor Blvd.,
Costa Mesa, CA 92627-2528

Internal Revenue Service
51 S.W. First Ave.
Miami, FL 33130-1699

Internal Revenue Service
P.O. Box 1302
Charlotte, NC 28201-1302

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Israel Hechter
16699 Collins Ave., Apt. 2303
Sunny Isles, FL 33160-5418

Jay L Farrow, Esq.
Farrow Law, P.A.
4801 S University Dr Ste 260
Davie, FL 33328-3836

KURKIN FOREHAND BRANDES LLP
18851 NE 29th Avenue, Suite 303
Aventura, Florida 33180
E-mail:  mbrandes@kfb-law.com 33180-2813

KZ Consultants, Inc.
16937 Pierre Cir
Delray Beach, FL 33446-3693

Karma of Broward, Inc.
1717 SE 17th St
Fort Lauderdale, FL 33316-3013

Karma of Broward, Inc.
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7391

Karma of Palm Beach, Inc.
1001 Clint Moore Rd, Suite 101
Boca Raton, FL 33487-2830

Kimberly Siobhan Edwards and
Gregory di Maria
9938 Equys Circle
Boynton Beach, FL 33472-4320

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kukin Forehand Brandes LLP
18851 NE 29th Ave Suite 303
Aventura, FL 33180-2813

Lavish Hero Fund, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830

Leslie Ramsammy Jr
8 Jareds Path
Brookhaven, NY 11719-9437

Lisa Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

Luxury Lease Company
c/o Mark Brandes, Esq.
Kukin Forehand Brandes LLP
18851 NE 29th Avenue, Suite 303
Aventura, FL 33180-2813

Luxury Lease Partners LLC
c/o Chris Moscatello
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

M & M Development Consultants LLC
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Mazel Tov Inc
6560 W Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Michael Halperin
c/o Phillip Landau, Esq.
3010
N Military Trail, Suite 318
Boca Raton, FL 33432

Milko Atwater
c/o D Brett Marks, Esq.
201 E. Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Miss Kriss, LLC
7349 Serrano Terrance
Delray Beach, FL 33446-2215

Moshe Farache
270 S Silver Palm Road
Boca Raton, FL 33432-7936

NY Restoration & Remodeling
1501 NW 22nd Ct #21-22
Pompano Beach, FL 33069-1301

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Omar Peru
6178 NW. 31st Ave.,
Boca Raton, FL 33496-3374

Osvaldo Marin Delgado & Nicole Ramir
220 Cypress Bayou Lane
Kenner, LA 70065-6600

Phil Gorey
195 W. Alexander Palm Rd.,
Boca Raton, FL 33432-8602

Porsche Financial Services, Inc.
One Porsche Drive
Atlanta, GA 30354-1654

Premier Financial Services LLC
47 Sherman Hill Rd.,
Woodbury, CT 06798-3649

Presidential Leasing Inc.
3201 S. Federal Highway
Delray Beach, FL 33483-3223

Prestige Luxury Cars LLC
70 SE. 4th Ave.,
Delray Beach, FL 33483-4514

Prestige Luxury Cars LLC
c/o Thomas Zeichmann, Esq.
2385 Executive Center Drive
Boca Raton, FL 33431-8579

Richard Applegate
c/o Jordan L Rappaport, Esq.
Squires Building
1300 N. Federal Highway, Suite 203
Boca Raton, FL 33432-2848

Richard Scott Greenberg
7120 Lionshead Ln.,
Boca Raton, FL 33496-5937

Road Rich LLC d/b/a Road Rich Motors
c/o Kelley, Fulton & Kaplan, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Road Rich Motors
770 W 17th St, Unit 3
Costa Mesa, CA 92627-4374

Robert O'Connell, Jr.
1160 SW. 20th Ave
Boca Raton, FL 33486-8509

Roman Temkin & Natalia Vlasova
16901 Collins Ave., Apt. 4601
Sunny Isles Beach, FL 33160-5356

Royal Premium Budget Inc
8501 Wade Blvd, Suite 620
Frisco, TX 75034-6268

SC&J II, LLC
6560 West Rogers Circle, Suite 27
Boca Raton, FL 33487-2746

SC&J II, LLC
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487-2746

Samuel Stephen Pany
1251 SW. 17th St.,
Boca Raton, FL 33486-6628

Santander Bank
101N Melville
Melville, NY 11747

Savannah Row A.k.a. Steven Gelb
30 S. E. 15th Ave.,
Boca Raton, FL 33432

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Stephane Wmile Charles Haddad
480 N. E. 31st St., PH 5402
Miami, FL 33137-5224

Stephen Graves
7670 Circle Dr.,
Young Harris, GA 30582-1531

Stephen Mark Stoliker Jr.
21849 Cypress Palm Court
Boca Raton, FL 33428-2938

Stratford Specialty Finance LLC
c/o James C Moon, Esq.
200 South Biscayne Blvd. Suite 3200
Miami, FL 33131-5323

Tavere St Michael Johnson
10940 Moore Dr.,
Parkland, FL 33076-4849

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Wells Fargo
PO Box 9000
Lutherville Timonium, MD 21094-9000

William John MacFarlane
6780 NW. 81st Terrace
Parkland, FL 33067-1054

William Perry Dilley II, Esq.
Dilley Trial Law, PLLC
401 E Las Olas Blvd Ste 1400
Fort Lauderdale, FL 33301-2218

Woodside Credit, LLC
895 Dove St, Suite 100
Newport Beach, CA 92660-2944

Woodside Credit, LLC
c/o Christian Somodevilla
2 South Biscayne Boulevard,
Suite 2200
Miami, FL 33131-1804

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd #C401
Ft. Lauderdale, FL 33312-6598

World Imports USA Inc.
11650 Beach Blvd.,
Jacksonville, FL 32246-6605

Zachary Scott Nelson
19542 Estuary Dr.,
Boca Raton, FL 33498-6201

Zhao Min Duan
18558 Gale Ave., #338
Rowland Heights, CA 91748-1394

Calvin Erbstein
c/o Scott C Gherman P.A.
902 Clint Moore Road
Suite 120
Boca Raton, FL 33487-2846

Catherine H.Y. Gleason
912 NW 56th Terrace Suite A
Gainesville, FL 32605-6404

Chase Farache
c/o Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Derek Stephens
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o D. Brett Marks
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Eric Dore
GrayRobinson
301 E. Pine Str
Suite 1400
Orlando, FL 32801-2798

Frank A. Evans, III
c/o Ryan C. Reinert
4301 W. Boy Scout Blvd., Suite 300
Tampa, FL 33607-5716

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202-6000

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131-2310

Lisa Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Marc Brandes
Kurkin Forehand Brandes LLP
18851 NE 29 Avenue
Suite303
Suite303
Aventura, FL 33180-2808

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402-0407

Michael S Hoffman
909 North Miami Beach Blvd #201
Miami, FL 33162-3712

Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

Nicole Mehdipour
6278 N Federal Hwy
1110
Fort Lauderdale, FL 33308-1916

Omar Periu
c/o Carlos E. Sardi
225 Alcazar Avenue
Coral Gables, FL 33134-4401

SCOTT C. GHERMAN
Scott C Gherman P.A.
902 CLINT MOOR RD, STE 120
Boca Raton, FL 33487-2846

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316-1237

Steven William Wells
229 Warner Road
Lancaster, NY 14086-1040

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
425 Walnut Street
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)Express Emergency Services, Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)FVP Investments, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332


(d)FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)FVP Servicing, LLC
c/o David R. Softness, Esq.
201 South Biscayne Boulevard, #2740
Miami, FL 33131-4332

(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd.
Ste 120
Boca Raton, FL 33487-2846


(d)Mazel Tov Inc.
c/o Scott C Gherman P.A.
902 Clint Moore Rd., Ste 120
Boca Raton, FL 33487-2846

(d)Quad Funding Partners, LLC
c/o Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309-3412

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598


(d)Arby Lipman
c/o C. Cory Mauro
1001 Yamato Road, Suite 401
Boca Raton, FL 33431-4445

(d)Moshe Farache
c/o Michael Lessne
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394-0002

(d)Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693


End of Label Matrix
Mailable recipients    176
Bypassed recipients     12
Total                  188