

**ORDERED in the Southern District of Florida on June 25, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                   CASE NO.: 22-15627-EPK
                                                                         Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

        **Debtor.**

_____/

<u>**ORDER GRANTING IN PART TRUSTEE'S EXPEDITED MOTION TO:**</u>

1.  <u>**SET EXPEDITED PRELIMINARY HEARING DURING WEEK OF JUNE 27, 2024 OR JULY 1, 2024 ON MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY BETWEEN TRUSTEE, MOSHE FARACHE, LISA FARACHE, CHASE FARACHE, MICHELE MARTIN, FARACHE ENTERPRISES, INC., M&M DEVELOPMENT CONSULTANTS, LLC, EXPRESS EMERGENCY SERVICES, INC., MAZEL TOV, INC., AND 1001 CLINT MOORE, LLC**</u>

    <u>**AND**</u>

2.  <u>**IF EVIDENTIARY HEARING IS NECESSARY, SET EXPEDITED EVIDENTIARY HEARING DURING WEEK OF JULY 8, 2024**</u>

THIS MATTER came before the Court in West Palm Beach, Florida, upon the *Trustee's*

*Expedited Motion to: 1. Set Expedited Preliminary Hearing During Week of June 27, 2024 or*

*July 1, 2024 on Motion to Approve Stipulation to Compromise Controversy Between Trustee,*

1

*Moshe Farache, Lisa Farache, Chase Farache, Michele Martin, Farache Enterprises, Inc., M&M Development Consultants, LLC, Express Emergency Services, Inc., Mazel Tov, Inc., and 1001 Clint Moore, LLC and 2. If Evidentiary Hearing is Necessary, Set Expedited Evidentiary Hearing During Week of July 8, 2024* [ECF No. 830] (the "Motion"[1]). The Court, having reviewed the Motion, having found that good cause exists to grant the relief requested by the Motion, and having been otherwise fully advised in the premises, hereby,

      **ORDERS AND ADJUDGES** as follows:

1. The Motion is **GRANTED IN PART,** to the extent set forth herein.

2. The Court will consider the Motion to Approve Settlement [ECF No. 827] and the Objection [ECF No. 829] at a non-evidentiary hearing on **June 28, 2024 at 10:30 a.m.** (the "Hearing"). The Hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

    https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

3. If a party is unable to register online, please contact Dawn Leonard, Courtroom Deputy, at 561-514-4143 or email Dawn_Leonard@flsb.uscourts.gov.

---

1 All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

4.    All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire.

###

Submitted by:
Rilyn A. Carnahan, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone:  (561) 838-4557
Email: rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. directed to serve copies of this order on all interested parties and file a certificate of service with the Court]**

3