

**ORDERED in the Southern District of Florida on July 3, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| **In Re:** | **CASE NO.: 22-15627-EPK** |
| | **Chapter 7** |
| **AUTO WHOLESALE OF BOCA, LLC,** | |
| **Debtor.** | |
| _____/ | |

**ORDER GRANTING MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY BETWEEN TRUSTEE, MOSHE FARACHE, LISA FARACHE, CHASE FARACHE, MICHELE MARTIN, FARACHE ENTERPRISES, INC., M&M DEVELOPMENT CONSULTANTS, LLC, EXPRESS EMERGENCY SERVICES, INC., MAZEL TOV, INC., AND 1001 CLINT MOORE, LLC**

THIS MATTER came before the Court in West Palm Beach, Florida, on June 28, 2024 at 10:30 a.m. (the "Hearing") [ECF No. 831], upon the Trustee's *Motion to Approve Stipulation to Compromise Controversy Between Trustee, Moshe Farache, Lisa Farache, Chase Farache, Michele Martin, Farache Enterprises, Inc., M&M Development Consultants, LLC, Express Emergency Services, Inc., Mazel Tov, Inc., and 1001 Clint Moore, LLC* [ECF No. 827] (the "Motion"[1]) and the *Limited Objection to Motion to Approve Stipulation to Compromise Controversy* [ECF No. 829] (the "Objection") filed by Linda Leali, the former Subchapter V

---

1 All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion and in the Stipulation attached to the Motion.

Trustee. The Court, having reviewed the Motion and the Objection, having heard the argument of counsel for the Trustee and having heard from Ms. Leali, having found that: (a) the settlement and Settlement Agreement that is the subject of the Motion: (i) in the best interest of creditors and the estate, (ii) meets the factors set forth in *In re Justice Oaks II, Ltd,* 898 F.2d 1544 (11th Cir. 1990), and otherwise (iii) falls above the lowest point in the range of reasonableness as contemplated by applicable case law from this district, *See, e.g., In re Arrow Air, Inc.*, 85 B.R. 886 (Bankr. S.D. Fla. 1988); (b) the Motion and the Settlement Agreement have been duly and properly served on all creditors; and for the reasons stated on the record at the Hearing, hereby

     **ORDERS AND ADJUDGES** as follows:

1.     The Motion is **GRANTED**.

2.     The *Stipulation to Compromise Controversy Between Trustee, Moshe Farache, Lisa Farache, Chase Farache, Michele Martin, Farache Enterprises, Inc., M&M Development Consultants, LLC, Express Emergency Services, Inc., Mazel Tov, Inc., and 1001 Clint Moore, LLC* attached to the Motion as Exhibit "A" (the "Settlement Agreement") is **APPROVED** in its entirety, and its terms are hereby incorporated into this Order by reference.

3.     The Objection is **OVERRULED**.

4.     The Court reserves jurisdiction over the parties and over the cause for the purposes of enforcing the terms and covenants contained within the Settlement Agreement.

###

Submitted by:
Rilyn A. Carnahan, Esq.
525 Okeechobee Blvd., Suite 900
West Palm Beach FL 33401
Telephone: (561) 838-4557
Email: rilyn.carnahan@gmlaw.com

**[Rilyn A. Carnahan, Esq. directed to serve copies of this order on all interested parties and file a certificate of service with the Court]**

2