**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| **Case Number:** | 22-15627 EPK | | **Trustee:** | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| **Case Name:** | AUTO WHOLESALE OF BOCA LLC | | **Filed (f) or Converted (c):** | 05/01/23 (c) |
| | | | **§341(a) Meeting Date:** | 06/08/23 |
| **Period Ending:** | 06/30/24 | | **Claims Bar Date:** | 07/10/23 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref #** | **Asset Description (Scheduled And Unscheduled (u) Property)** | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a) Abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | BANK UNITED CHECKING ACCOUNT 7432 (see footnote) | 216,231.85 | 216,231.85 | | 0.00 | FA |
| 2 | SYNOVUS BANK CHECKING ACCOUNT 5805 (see footnote) | 9,900.00 | 9,900.00 | | 0.00 | FA |
| 3 | TD BANK CHECKING ACCOUNT 8886 (see footnote) | 6,652.47 | 6,652.47 | | 0.00 | FA |
| 4 | 5471, LLC SECURITY DEPOSIT PER C.O. DATED 7-27-23--ECF#752 REFER TO ASSET #5 | 21,289.29 | 21,289.29 | | 21,289.29 | FA |
| 5 | 5471, LLC -WAREHOUSE LEASE PER C.O. DATED 7-27-23--ECF#752 REFER TO ASSET #4 | 1.00 | 1.00 | | 0.00 | FA |
| 6 | SC&J II, LLC -OFFICE LEASE | 1.00 | 1.00 | | 0.00 | FA |
| 7 | ROYAL PREMIUM BUDGET, INC. | 4,365.81 | 4,365.81 | | 0.00 | FA |
| 8 | STONEMARK ROYAL PREMIUM BUDGET INC. | 7,811.54 | 7,811.54 | | 0.00 | FA |
| 9 | ACCOUNTS RECEIVABLE 11A. 90 DAYS OLD OR LESS Auto Wholesale of Boca, LLC, Case No. 22-15627-EPK REFER TO ASSET #54 & #62 | Unknown | 0.00 | | 0.00 | FA |
| 10 | OTHER INVENTORY OR SUPPLIES REFER TO ASSET #4, #5, AND #34 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE FURNITUREFUNITURE $9,400.00 REFER TO ASSET #4, #5, AND #34 | 9,400.00 | 9,400.00 | | 0.00 | FA |
| 12 | FIXTURES $9,300.00 REFER TO ASSET #4, #5, AND #34 | 9,300.00 | 9,300.00 | | 0.00 | FA |
| 13 | COMPUTER, SOFTWARE AND EQUIPMENT REFER TO ASSET #4, #5, AND #34 | 9,300.00 | 9,300.00 | | 0.00 | FA |
| 14 | 2017 FERRARI F12 BERLINETTA VIN NO. 1036 NOTICE OF SALE FILED ON 6-26-2023--ECF#703. AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 244,600.00 | 244,600.00 | | 257,500.00 | FA |
| 15 | 2019 ASTON MARTIN DB11 VOLANTE VIN NO. 7671 NOTICE OF SALE FILED ON 6-26-2023--ECF#703. AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 150,000.00 | 90,500.00 | | 90,500.00 | FA |
| 16 | 2020 LAMBORGHINI URUS VIN NO. 6529 PER C.O. DATED 8-12-22--ECF #73 VEHICLE TURNED | 185,000.00 | 185,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | | |
|---|---|---|---|---|---|---|
| | OVER PRE-CONVERSION. | | | | | |
| 17 | 2020 MERCEDES G63 VIN NO. 6462<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 175,000.00 | 142,500.00 | | 157,500.00 | FA |
| 18 | 2019 BMW X7 VIN NO. 9222<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 57,100.00 | 54,000.00 | | 54,000.00 | FA |
| 19 | 2019 GMC YUKON VIN NO. 4378<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 100.00 | 44,300.00 | | 44,300.00 | FA |
| 20 | 2018 MCLAREN 720S VIN NO. 0506<br>TRUSTEE BELIEVES VIN NO. WAS JUXTAPOSED.<br>CORRECT VIN NO. IS 0606. REFER TO ASSET #55. | 180,000.00 | 180,000.00 | | 0.00 | FA |
| 21 | 2021 MERCEDES G WAGON VIN NO. 0328<br>PAY'T & ABANDONMENT PER C.O. DATED 5-1-2023--<br>ECF#583 | 175,000.00 | 70,000.00 | OA | 70,000.00 | FA |
| 22 | 2020 MERCEDES G63 VIN NO. 2080<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800. | 175,000.00 | 175,000.00 | | 212,500.00 | FA |
| 23 | 2008 PORSCHE 911 VIN NO. 3176<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 37,800.00 | 70,000.00 | | 70,000.00 | FA |
| 24 | 2020 MCLAREN 720S VIN NO. 4229<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 273,000.00 | 240,000.00 | | 240,000.00 | FA |
| 25 | 2019 LAMBORGHINI URUS VIN NO. 1961<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 100.00 | 160,000.00 | | 160,000.00 | FA |
| 26 | 2020 FERRARI 812 SUPERFAST VIN NO. 4963<br>DEBTOR JUXTAPOSED VIN NUMBER. CORRECT VIN NO.<br>4693.<br>ABANDONED PER C.O. DATED 3-3-2023--ECF#473 | 434,500.00 | 434,500.00 | OA | 0.00 | FA |
| 27 | 2018 CADILLAC ESCALADE VIN NO. 1612<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 32,500.00 | 42,900.00 | | 42,900.00 | FA |
| 28 | 2013 FERRARI 458 ITALIA VIN NO. 1526<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 191,000.00 | 195,000.00 | | 195,000.00 | FA |
| 29 | 2021 JEEP GLADIATOR VIN NO. 1540<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 39,500.00 | 91,000.00 | | 91,000.00 | FA |
| 30 | 2020 LAMBORGHINI HURACAN VIN NO. 4316<br>ABANDONED PER C.O DATED 6-16-2023--ECF#694 | 271,000.00 | 0.00 | OA | 0.00 | FA |
| 31 | 2019 MCLAREN 720S VIN NO. 3714<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | 260,000.00 | 220,000.00 | | 220,000.00 | FA |
| 32 | 2020 MERCEDES G CLASS VIN NO. 4940<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703. | 175,000.00 | 157,500.00 | | 142,500.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| # | Asset Description | | | | | |
|---|---|---|---|---|---|---|
| | AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800 | | | | | |
| 33 | BATTERY CHARGERS | 200.00 | 200.00 | | 0.00 | FA |
| 34 | 5471, LLC 5471 NORTH DIXIE HIGHWAY BOCA RATON, FL 33487: COMMERCIAL LEASE REFER TO ASSET #5 AND ASSET #52 | Unknown | 0.00 | | 0.00 | FA |
| 35 | SC&J II, LLC 6560 WEST ROGERS CIRCLE, SUITE 27, BOCA RATON, FL  33487: COMMERCIAL LEASE REFER TO ASSET #6 | Unknown | 0.00 | | 0.00 | FA |
| 36 | CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUITHAS BEEN FILED)LEGAL AND EQUITABLE CLAIMS REMEDIES AGAINST:ED BROWN, ABBY LIPPMAN, DEREK STEPHENS, FRANKEVANS, SCOTT ZANKL, KRISTEN ZANKL, KARMA OF PALMBEACH, INC., KARMA OF BROWARD, INC., EXCEL AUTO GROUP,LLC, LUXURY LEASE COMPANY, FVP OPPORTUNITY FUND III,FVP SERVICING, LLC AND HI BAR CAPITAL, LLC. UNKNOWNNATURE OF CLAIM LEGAL AND EQUITABLE CLAIMSREMEDIESAMOUNT REQUESTED $0.00 NOTICE OF ABANDONMENT FILED 6-5-24--ECF#828 REFER TO ASSET #38. | Unknown | 0.00 | OA | 0.00 | FA |
| 37 | TRUST ACCOUNT FUNDS AT JAY FARROW, P.A. (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 FUNDS DEPOSITED INTO DIP ACCOUNT. REFER TO ASSET #53 | 129,000.00 | 129,000.00 | | 0.00 | FA |
| 38 | FVP OPPORTUNITY FUND III, LP ET AL V. AUTO WHOLESALE OF BOCA, LLCCOURT REGISTRY FOR RR GHOST RETURN. (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 REFER TO ASSET #36. | 53,000.00 | 53,000.00 | | 0.00 | FA |
| 39 | LICENSES, FRANCHISES, AND ROYALTIES: STATE OF FLORIDA MOTOR VEHICLE LICENSE (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | 1.00 | | 0.00 | FA |
| 40 | DEPARTMENT OF FINANCE MOTOR VEHICLE RETAIL INSTALLMENT, SELLER LICENSE  (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | 1.00 | | 0.00 | FA |
| 41 | NOTES RECEIVABLE:  AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2018 MERCEDES METRIS VIN X6588 (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 | 1.00 | 0.00 | | 0.00 | FA |
| 42 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2021 ROLLS ROYCE CULLINAN VIN X4097 (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 ABANDONED PRE-CONVERSION PER C.O. DATED 2-22-23--ECF#447 | 1.00 | 0.00 | OA | 0.00 | FA |
| 43 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2016 FORD RHINO VIN X8666 (u) AMENDED SCHEDULES FILED 8-9-2022--ECF#65 NOTICE OF ABANDONMENT FILED 8-1-23--ECF#762. | 1.00 | 0.00 | OA | 0.00 | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | REFER TO ASSET #61 | | | | | |
| 44 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2021 LAMBORGHINI URUS VIN X2270 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>ABANDONED PER C.O. DATED 5-23-2023--ECF#663 | 1.00 | 0.00 | OA | 0.00 | FA |
| 45 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2012 LAMBORGHINI AVENTADOR VIN X0244 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>ABANDONED PRE-CONVERSION PER C.O. DATED 8-17-22--ECF#83 | 1.00 | 0.00 | OA | 0.00 | FA |
| 46 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2018 MCLAREN 720S VIN X1804 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>REFER TO ASSET #60 | 1.00 | 0.00 | | 0.00 | FA |
| 47 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2021 FERRARI 812 VIN X1176 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>ABANDONED PRE-CONVERSION PER C.O. DATED 8-15-22--ECF#79 | 1.00 | 0.00 | OA | 0.00 | FA |
| 48 | NOTES RECEIVABLE:  AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2019 FERRARI 488 PISTA VIN X5966 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>ABANDONED PRE-CONVERSION PER C.O. DATED 11-8-22--ECF#180 | 1.00 | 0.00 | OA | 0.00 | FA |
| 49 | NOTES RECEIVABLE: AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2018 LAMBORGHINI HURACAN VIN X1207 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>ABANDONED PER C.O. DATED 6-29-23--ECF#708 | 1.00 | 0.00 | OA | 0.00 | FA |
| 50 | NOTES RECEIVABLE:  AUTOMOBILE TITLES FOR MISSING AUTOS OF DEBTOR - 2017 LAMBORGHINI HURACAN VIN X8121 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>REFER TO ASSET #59 | 1.00 | 0.00 | | 0.00 | FA |
| 51 | KURKIN FOREHAND BRANDES LLP UNKNOWNNATURE OF CLAIM LEGAL CLAIMAMOUNT REQUESTED $0.00 (u)<br>AMENDED SCHEDULES FILED 8-9-2022--ECF#65<br>NOTICE OF ABANDONMENT FILED 6-5-24--ECF#828 | Unknown | 0.00 | OA | 0.00 | FA |
| 52 | RENT FOR  5471 NORTH DIXIE HIGHWAY BOCA RATON, FL 33487 COMMERCIAL LEASE<br>REFER TO ASSET #5 & ASSET #34 | 0.00 | 1.00 | | 9,874.70 | FA |
| 53 | TD BANK DIP ACCOUNT ENDING 3533 (u)<br>TURNOVER OF FUNDS FROM TD BANK DIP ACCOUNT ENDING 3533 | 108,664.74 | 108,664.74 | | 108,664.74 | FA |
| 54 | NOTES RECEIVABLE: 2019 LAMBORGHINI URUS VIN X3750 (u)<br>REFER TO ASSET #62. | 111,191.10 | 111,191.10 | | 5,054.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | 2018 MCCLAREN CV VIN SBM14DCA9JW000606 (u)<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800<br>REFER TO ASSET #20. | 195,000.00 | 195,000.00 | | 195,000.00 | FA |
| 56 | 2021 LAMBORGHINI URUS VIN#: ZPBUA1ZL1MLA12270 (u)<br>ABANDONED PER C.O. DATED 5-23-23--ECF#663 | 0.00 | 0.00 | OA | 0.00 | FA |
| 57 | SILVER 2020 LAMBORGHINI HURACAN EVO SPYDER VIN#:<br>ZHWUT4ZF1LLA14316 (u)<br>ABANDONED PER C.O. DATED 6-13-23--ECF#689 | 0.00 | 0.00 | OA | 0.00 | FA |
| 58 | 2018 LAMBORGHINI PERFORMANTE VIN#:<br>ZHWUD4ZF0JLA11207 (u)<br>ABANDONED PER C.O. DATED 6-29-23--ECF#708 | 0.00 | 0.00 | OA | 0.00 | FA |
| 59 | 2017 LAMBORGHINI HURACAN VIN X8121 (u)<br>NOTICE OF SALE FILED ON 6-26-2023--ECF#703.<br>AMENDED REPORT OF SALE FILED 11-3-2023--ECF#800.<br>REFER TO ASSET #50 | 197,500.00 | 197,500.00 | | 197,500.00 | FA |
| 60 | 2018 MCLAREN 720S VIN X1804 (u)<br>THIS VEHICLE IS REMOVED FROM THE LIST OF VEHICLES<br>SUBJECT TO SALE PER C.O. DATED 7-24-2023--ECF#738<br>REFER TO ASSET #46 | 195,000.00 | 195,000.00 | | 0.00 | FA |
| 61 | 2016 FORD RHINO VIN X8666 (u)<br>ABANDONMENT EFFECTIVE AS OF 7-27-23 PER C.O.<br>DATED 8-1-23--ECF#762. NOTICE OF SALE FILED ON 6-26-<br>2023--ECF#703. AMENDED REPORT OF SALE FILED 11-3-<br>2023--ECF#800.  REFER TO ASSET #43 | 95,500.00 | 95,500.00 | OA | 0.00 | FA |
| 62 | STIPULATION TO COMPROMISE BETWEEN TRUSTEE,<br>M&M DEVELOPMENT CONSULTANTS, LLC, ELI TAL, TAL<br>BAREKET, LLC, AND KAVOD REAL ESTATE, LLC (u)<br>PAY'T PER C.O. DATED 1-29-24--ECF#811<br>REFER TO ASSET #54 | 90,000.00 | 90,000.00 | | 90,000.00 | FA |
| 63 | STIPULATION TO COMPROMISE BETWEEN TRUSTEE AND<br>THE FARACHE PARTIES (u)<br>PAY'T PER C.O. DATED 7-3-24--ECF#833 | 275,000.00 | 275,000.00 | | 275,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$4,800,520.80** | **$4,541,111.80** | | **$2,950,082.73** | **$0.00** |

Regarding Property #1    FUNDS TRANSFERRED TO DEBTOR'S DIP ACCT ENDING IN 3533. REMAINING FUNDS IN DIP ACCT TURNED OVER TO TRUSTEE UPON CONVERSION. REFER TO ASSET #53.

Regarding Property #2    FUNDS TRANSFERRED TO DEBTOR'S DIP ACCT ENDING IN 3533. REMAINING FUNDS IN DIP ACCT TURNED OVER TO TRUSTEE UPON CONVERSION. REFER TO ASSET #53.

Regarding Property #3    FUNDS TRANSFERRED TO DEBTOR'S DIP ACCT ENDING IN 3533. REMAINING FUNDS IN DIP ACCT TURNED OVER TO TRUSTEE UPON CONVERSION. REFER TO ASSET #53.

**Major activities affecting case closing:**
CBD: 7-10-2023

TAX RETURN STATUS: SONEET R. KAPILA, CPA AND KAPILAMUKAMAL AS ACCOUNTANTS EFFECTIVE AS OF  MAY 2, 2023--ECF#608

CASE STATUS:

6-30-2024: THE TRUSTEE ACCOUNTANTS ARE PREPARING TO FILE THE ESTATE'S FINAL TAX RETURNS AND FINAL FEE APPLICATIONS. ONCE ALL CLAIM OBJECTIONS ARE FINALIZED THE TRUSTEE WILL BEGIN HIS FINAL REPORT.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

6-30-2023: THIS CASE WAS CONVERTED TO A CHAPTER 7 ON MAY 1, 2023. THE TRUSTEE WAS APPPOINTED AS CHAPTER 7 TRUSTEE ON MAY 2, 2023.

PER COURT ORDER DATED MAY 15, 2023, THE TRUSTEE EMPLOYED AUCTION AMERICA, INC [ECF#634] TO CONDUCT AN AUCTION OF THE VEHICLES. THE TRUSTEE'S NOTICE OF SALE WAS FILED ON JUNE 26, 2023 [ECF#703] AND WILL BE CONDUCTED BEGINNING JULY 3, 2023 AND ENDING JULY 18, 2023. THE TRUSTEE IS STILL IN HIS BEGINNING STAGES OF REVIEW AND WILL HAVE A BETTER UPDATE AFTER THE SALE DATE.

ASSET #4: THE TRUSTEE RECEIVED THE SECURITY DEPOSIT IN THE AMOUNT OF $21,289.29 AND IS HOLDING IT IN A SEPARATE BANK ACCOUNT, WITH BANK FEES EXEMPT, UNTIL AFTER THE SALE AND REMOVAL OF ALL OF THE VEHICLES AT WHICH TIME THE TRUSTEE WILL ASSUME AND ASSIGN THE WAREHOUSE LEASE IN EXCHANGE FOR PAYMENT OF THE SECURITY DEPOSIT [ECF#652]. ASSIGNEE HAS ALREADY PAID THE $21,289.29 AND THE TRUSTEE IS HOLDING IT PENDING COURT APPROVAL OF THE ASSUMPTION AND ASSIGNMENT.

**Initial Projected Date of Final Report (TFR):**  December 31, 2026            **Current Projected Date of Final Report (TFR):**  December 31, 2026

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/05/23 | Asset #21 | Omar Periu | PAY'T PER C.O. DATED 5-1-2023--ECF#583 [2021 Mercedes Benz AMG G 63 (VIN # W1NYC7HJ0MX390328)] | 1129-000 | 70,000.00 | | 70,000.00 |
| 05/05/23 | Asset #53 | Auto Wholesale of Boca, LLC | TURNOVER OF FUNDS FROM TD BANK DIP ACCT ENDING 3533 | 1290-000 | 108,664.74 | | 178,664.74 |
| 05/10/23 | Asset #52 | Excel Auto Sport and Service Inc. | MAY 2023 RENT FOR 5471 NORTH DIXIE HIGHWAY BOCA RATON, FL 33487 | 1122-000 | 9,874.70 | | 188,539.44 |
| 05/11/23 | 1001 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 5-9-23--ECF#615 [ACCT#: 1080-2016988] | 2990-000 | | 1,104.05 | 187,435.39 |
| 05/12/23 | Asset #54 | KAVOD REAL ESTATE LLC | MAY 2023 PAY'T FOR 2019 LAMBO URUS - VIN #: ZPBUA1ZL7KLA03750 - FINANCED | 1221-000 | 5,054.00 | | 192,489.39 |
| 05/22/23 | 1002 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 1 - ACCT #: 98995-93363] | 2990-000 | | 293.28 | 192,196.11 |
| 05/22/23 | 1003 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 2 - ACCT #: 42707-23275] | 2990-000 | | 72.26 | 192,123.85 |
| 05/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.61 | 191,874.24 |
| 06/12/23 | Asset #54 | KAVOD REAL ESTATE LLC | JUNE 2023 PAY'T FOR 2019 LAMBO URUS - VIN #: ZPBUA1ZL7KLA03750 - FINANCED | 1221-000 | 5,054.00 | | 196,928.24 |
| 06/15/23 | Asset #54 | KAVOD REAL ESTATE LLC | NSF - Deposit #1005 - JUNE 2023 PAY'T FOR 2019 LAMBO URUS - VIN #: ZPBUA1ZL7KLA03750 - FINANCED | 1221-000 | -5,054.00 | | 191,874.24 |
| 06/15/23 | | Flagstar Bank, N.A. | Bank fee | 2600-000 | | 10.00 | 191,864.24 |

**Form 2**
## Cash Receipts and Disbursements Record

| Case Number: | 22-15627 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/16/23 | | Flagstar Bank, N.A. | Refund - Bank fee | 2600-000 | | -10.00 | 191,874.24 |
| 06/20/23 | 1004 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 5-9-23--ECF#615 [ACCT#: 1080-2016988] | 2990-000 | | 1,104.05 | 190,770.19 |
| 06/20/23 | 1005 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 6-20-23--ECF#697 [ACCT#: 1080-2055739] | 2990-000 | | 3,662.89 | 187,107.30 |
| 06/20/23 | 1006 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 1 - ACCT #: 98995-93363] | 2990-000 | | 278.86 | 186,828.44 |
| 06/20/23 | 1007 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 2 - ACCT #: 42707-23275] | 2990-000 | | 70.16 | 186,758.28 |
| 06/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 321.39 | 186,436.89 |
| 07/03/23 | 1008 | 5471 LLC | PAY'T PER C.O. DATED 6-30-2023--ECF#713 [JULY 2023 RENT FOR 5471 NORTH DIXIE HWY, BOCA RATON, FL 33487] | 2990-000 | | 2,849.23 | 183,587.66 |
| 07/10/23 | 1009 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 5-9-23--ECF#615 [ACCT#: 1080-2016988] | 2990-000 | | 1,104.05 | 182,483.61 |
| 07/10/23 | 1010 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 6-20-23--ECF#697 [ACCT#: 1080-2055739] | 2990-000 | | 3,662.89 | 178,820.72 |
| 07/10/23 | 1011 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 1 - ACCT #: 98995-93363] | 2990-000 | | 200.37 | 178,620.35 |
| 07/10/23 | 1012 | FPL | PAY'T PER C.O. DATED 5-16-2023--ECF#643 [STE 2 - ACCT #: 42707-23275] | 2990-000 | | 43.50 | 178,576.85 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 306.03 | 178,270.82 |
| 08/01/23 | | From Account# XXXXXX4638 | Transfer from account 4638 to 9588 PER C.O. DATED 7-27-23--ECF#752 | 9999-000 | 21,289.29 | | 199,560.11 |
| 08/15/23 | 1013 | C.W. SERVICES & ASSOCIATES, INC. | PAY'T PER C.O. DATED 8-14-23--ECF#777 [INV. NOS. 2023008407, 2023008406, 2023008404, 2023008403, 2023008402, 2023008400, 2023008399, 2023008398] | 2990-000 | | 1,769.24 | 197,790.87 |
| 08/18/23 | | AUCTION AMERICA | AUCTIONEER'S REPORT OF SALE FILED 8-15-23--ECF#778 | | 2,370,200.00 | | 2,567,990.87 |
| 08/18/23 | Asset #27 | | 42,900.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #19 | | 44,300.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #18 | | 54,000.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #23 | | 70,000.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #15 | | 90,500.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #29 | | 91,000.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #32 | | 142,500.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #17 | | 157,500.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #25 | | 160,000.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #55 | | 195,000.00 | 1229-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #28 | | 195,000.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #59 | | 197,500.00 | 1229-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #22 | | 212,500.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #31 | | 220,000.00 | 1129-000 | | | 2,567,990.87 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/18/23 | Asset #24 | | AUCTIONEER'S REPORT OF SALE FILED 8-15-23-- ECF#778 | 240,000.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | Asset #14 | | | 257,500.00 | 1129-000 | | | 2,567,990.87 |
| 08/18/23 | | Florida Power Light | REFUND FOR FPL ACCT #: 42707-23275 - STE 2 | | 2990-000 | | -91.09 | 2,568,081.96 |
| 08/18/23 | | FLORIDA POWER & LIGHT COMPANY | REFUND FOR FPL ACCT#: 98995-93363 - STE 1 | | 2990-000 | | -913.28 | 2,568,995.24 |
| 08/25/23 | | To Account# XXXXXX5685 | Transfer from account 9588 to 5685 FUNDS TO DEPOSIT TO THE COURT REGISTRY PER ECF#749 | | 9999-000 | | 2,124,656.00 | 444,339.24 |
| 08/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,130.70 | 443,208.54 |
| 09/25/23 | 1014 | AUCTION AMERICA, INC. | PAY'T PER C.O. DATED 6-16-2023--ECF#694; REPORT OF SALE FILED 8-15-2023-- ECF#778 | | 3992-000 | | 20,375.00 | 422,833.54 |
| 09/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 745.94 | 422,087.60 |
| 10/05/23 | 1015 | STONEMARK, ROYAL PREMIUM BUDGET INC | PAY'T PER C.O. DATED 6-20-23--ECF#697 [ACCT#: 1080-2055739 - FINAL BALANCE DUE] | | 2990-000 | | 1,355.82 | 420,731.78 |
| 10/13/23 | | Stonemark PFG, Inc. | INSURANCE REFUND FOR ACCT#: 1080-2016988 | | 2990-000 | | -2,281.71 | 423,013.49 |
| 10/31/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 742.78 | 422,270.71 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/23 | 1016 | C.W. SERVICES & ASSOCIATES, INC. | PAY'T PER C.O. DATED 10-31-23--ECF#798 [INVOICE #: CWO-2023008652, CWO-2023008649, CWO-2023008651, CWO-2023008648] | 2990-000 | | 500.00 | 421,770.71 |
| 11/15/23 | 1017 | BANK OF AMERICA | PAY'T PER C.O. DATED 11-14-23--ECF#804 [INVOICE #: 799913] | 2990-000 | | 47.00 | 421,723.71 |
| 11/30/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 717.58 | 421,006.13 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 708.57 | 420,297.56 |
| 01/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 704.33 | 419,593.23 |
| 02/29/24 | 1018 | C.W. SERVICES & ASSOCIATES, INC. | PAY'T PER C.O. DATED 2-29-24--ECF#821 [INVOICE #: CWO-2023008030, CWO-2023008031] | 2990-000 | | 150.00 | 419,443.23 |
| 02/29/24 | 1019 | C.W. SERVICES & ASSOCIATES, INC. | PAY'T PER C.O. DATED 2-26-24--ECF#816 [INVOICE #: CWO-2023006961, CWO-2023006962] | 2990-000 | | 327.84 | 419,115.39 |
| 02/29/24 | 1020 | C.W. SERVICES & ASSOCIATES, INC. | PAY'T PER C.O. DATED 2-23-24--ECF#813 [INVOICE #: CWO-2023008405, CWO-2023008401] | 2990-000 | | 558.06 | 418,557.33 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 706.19 | 417,851.14 |
| 03/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 679.42 | 417,171.72 |
| 04/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 677.91 | 416,493.81 |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******9588 - Checking |
| Taxpayer ID#: | ******5162 | | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/20/24 | | From Account# XXXXXX3238 | PAY'T PER C.O. DATED 1-29-24--ECF#811 | 9999-000 | 89,556.84 | | 506,050.65 |
| 05/20/24 | | From Account# XXXXXX5685 | PER C.O. DATED 12-12-23--ECF#807 | 9999-000 | 9,712.04 | | 515,762.69 |
| 05/21/24 | Asset #63 | Moshe Farache | PAY'T PER C.O. DATED 7-3-24--ECF#833 | 1241-000 | 275,000.00 | | 790,762.69 |
| 05/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 872.99 | 789,889.70 |
| 06/28/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,283.57 | 788,606.13 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **2,959,351.61** | **2,170,745.48** | **$788,606.13** |
| Less: Bank Transfers | 120,558.17 | 2,124,656.00 | |
| **Subtotal** | **2,838,793.44** | **46,089.48** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,838,793.44** | **$46,089.48** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******4638 - Checking |
| Taxpayer ID#: | ******5162 | | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/03/23 | Asset #4 | Moshe Farache | SECURITY DEPOSIT FOR ASSIGNMENT OF WAREHOUSE LEASE PER C.O. DATED 7-27-23--ECF#752 | 1129-000 | 21,289.29 | | 21,289.29 |
| 08/01/23 | | To Account# XXXXXX9588 | Transfer from account 4638 to 9588<br>PER C.O. DATED 7-27-23--ECF#752 | 9999-000 | | 21,289.29 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **21,289.29** | **21,289.29** | **$0.00** |
| | Less: Bank Transfers | 0.00 | 21,289.29 | |
| | **Subtotal** | **21,289.29** | **0.00** | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$21,289.29** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 22-15627 EPK | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | AUTO WHOLESALE OF BOCA LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******5685 - Checking - COURT REGISTRY FUNDS |
| Taxpayer ID#: | ******5162 | Blanket Bond: | $49,704,000.00 (per case limit) |
| Period: | 07/01/23 - 06/30/24 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/25/23 | | From Account# XXXXXX9588 | Transfer from account 9588 to 5685 FUNDS TO DEPOSIT TO THE COURT REGISTRY PER ECF#749 | 9999-000 | 2,124,656.00 | | 2,124,656.00 |
| 12/15/23 | 200001 | CLERK, US COURTS | PAY'T PER C.O. DATED 12-12-23--ECF#807 [NET PROCEEDS FROM AUCTION SALE] | 8500-000 | | 2,107,548.61 | 17,107.39 |
| 12/15/23 | 200002 | FVP SERVICING LLC | PAY'T PER C.O. DATED 12-12-23--ECF#807 [REIMBURSEMENT FOR FUNDS ADVANCED FOR INSURANCE COVERING VEHICLES] | 2990-000 | | 7,395.35 | 9,712.04 |
| 05/20/24 | | To Account# XXXXXX9588 | PER C.O. DATED 12-12-23--ECF#807 | 9999-000 | | 9,712.04 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | **2,124,656.00** | **2,124,656.00** | **$0.00** |
| Less: Bank Transfers | 2,124,656.00 | 9,712.04 | |
| **Subtotal** | **0.00** | **2,114,943.96** | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$2,114,943.96** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| | | |
|---|---|---|
| **Case Number:** | 22-15627 EPK | |
| **Case Name:** | AUTO WHOLESALE OF BOCA LLC | |

| | |
|---|---|
| **Trustee:** | Michael R. Bakst, Trustee |
| **Bank Name:** | Flagstar Bank, N.A. |
| **Account:** | ******3238 - Checking - SETTLMNT PAY'T PENDING COURT APPROVAL |

| | |
|---|---|
| **Taxpayer ID#:** | ******5162 |
| **Period:** | 07/01/23 - 06/30/24 |

| | |
|---|---|
| **Blanket Bond:** | $49,704,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/23 | Asset #62 | Carrio Motor Cars | PAY'T PER C.O. DATED 1-29-24--ECF#811 | 1241-000 | 90,000.00 | | 90,000.00 |
| 12/29/23 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.01 | 89,952.99 |
| 01/31/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.74 | 89,802.25 |
| 02/07/24 | | Flagstar Bank, N.A. | Refund: Bank and Technology Services Fees | 2600-000 | | -197.75 | 90,000.00 |
| 02/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.39 | 89,848.61 |
| 03/29/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.00 | 89,702.61 |
| 04/30/24 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.77 | 89,556.84 |
| 05/20/24 | | To Account# XXXXXX9588 | PAY'T PER C.O. DATED 1-29-24--ECF#811 | 9999-000 | | 89,556.84 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 90,000.00 | 90,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 89,556.84 | |
| **Subtotal** | 90,000.00 | 443.16 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$90,000.00** | **$443.16** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| | |
|---|---|
| Net Receipts: | $2,950,082.73 |
| Net Estate: | $2,950,082.73 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******3238 | 90,000.00 | 443.16 | 0.00 |
| Checking # ******4638 | 21,289.29 | 0.00 | 0.00 |
| Checking # ******5685 | 0.00 | 2,114,943.96 | 0.00 |
| Checking # ******9588 | 2,838,793.44 | 46,089.48 | 788,606.13 |
| | $2,950,082.73 | $2,161,476.60 | $788,606.13 |