UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

      Debtor.                                      Chapter 11
                                                Subchapter V

_____/

## RESPONSE IN OPPOSITION TO OBJECTION TO CLAIM

Franklin Capital Funding, LLC ("Franklin"), hereby responds to the *Objection to Claim No. 11-1* (the "Objection") filed by the chapter 7 trustee, Michael Bakst (the "Trustee").  ECF No. 836.

1.      Franklin has filed a secured proof of claim for $6,535,055.13 (the "Secured Claim").  Proof of Claim No. 11-1.  The Secured Claim is predicated, *inter alia*, on: (a) a promissory note issued to non-party Excell Auto Group, Inc. ("Excell"), (b) guaranties of the note debt made by Karma of Broward, Inc. and Karma of Palm Beach, Inc. (the "Karma Entities"), and (c) a related security agreement and various UCC financing statements filed against Excell and the Karma Entities.  *See generally* Secured Claim.  Franklin filed the Secured Claim in this case because (as the Court has separately determined) the debtor, Auto Wholesale of Boca, LLC (the "Debtor"), seized a number of vehicles from Excell and the Karma Entities in April 2022.  *See* ECF No. 622 (transcript of oral ruling converting case to chapter 7).  Franklin alleges that its security interest attaches to those vehicles, as well as any other collateral that may have been transferred to the Debtor.

{2425/000/00585473}

1

2.      Through the Objection, the Trustee argues that he has not administered any collateral of Franklin and that the Secured Claim should be disallowed.  The Trustee does not raise allegations regarding the debt underlying the Secured Claim or articulate any other reason to disallow the Secured Claim.

3.      Franklin opposes the Objection on two primary bases.

4.      First, in or around July 2023 the Trustee auctioned substantially all of the vehicles that were in the possession of the Debtor as of the petition date.  The Trustee has disclaimed any interest in the net proceeds of the auction, and said proceeds have been deposited into the registry of the Court pending an adjudication as to the validity, priority and extent of competing interests therein.  *See generally* ECF Nos. 694, 738, 748 and 749 (sale orders) and 800 (auctioneer report of sale).  Accordingly, Franklin opposes the Objection to any extent the Trustee seeks to alter or disallow security interests of Franklin: (a) in the auction proceeds, (b) in any other collateral (or proceeds thereof) that has been in the possession of the Debtor, and/or (c) any assets that have been abandoned by the Trustee or are otherwise not subject to the jurisdiction of this Court.

5.      Second, Franklin has also filed an unsecured claim (the "Unsecured Claim").  Proof of Claim No. 10-1.  The Unsecured Claim constitutes any deficiency claims of Franklin, as well as tort and other litigation claims against the Debtor.  Franklin opposes the Objection to any extent the Trustee seeks to alter or disallow the Unsecured Claim.

{2425/000/00585473}

2

**WHEREFORE**, Franklin respectfully requests that this Court enter an order: (a) overruling the Objection [ECF No. 836], and (b) granting such other and further relief as this Court may deem just and proper.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing in this case on August 5, 2024.

Respectfully submitted,

**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
pdorsey@slp.law

By: ___/s/ Patrick Dorsey_____
Patrick Dorsey, Esq.
Florida Bar. No. 0085841