**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In Re:                                                                  CASE NO.:  22-15627-EPK
                                                                        Chapter 7
**AUTO WHOLESALE OF BOCA, LLC**

            **Debtor.**

_____/

## CERTIFICATE OF CONTESTED MATTER
## AND REQUEST FOR HEARING

Michael R. Bakst, Trustee (the "Trustee") in Bankruptcy for Auto Wholesale of Boca, LLC

(the "Debtor"), filed his *Objection to Claim No. 11-1* [ECF No. 836] (the "Objection") on July 10,

2024, pursuant to Local Rule No. 3007-1(D), and the Trustee hereby represents:

1.      Service was timely made on all interested parties pursuant to the referenced rule as

is evidenced by the certificate of service previously filed.

2.      The Objection contained the bulletin required by the referenced rule.

3.      The only objections or requests for hearing filed in response to the Objection which

have been received, are the following:

> ***Response in Opposition to Objection to Claim*** **[ECF No. 845] filed by**
> **Creditor, Franklin Capital Funding, LLC**

4.      As of August 5, 2024, a check of the electronic entries docketed in this case

confirms that no other responses or requests for hearing on this matter have been filed.

5.      The Trustee requests that this matter be set for hearing, on the same date and at the same time as the *Expedited Motion to Determine That Automatic Stay Does not Apply or, in the Alternative, for Relief from the Automatic Stay* [ECF No. 842] filed by:  Franklin Capital Funding, LLC, Franklin Capital Group, LLC, and Franklin Capital Management, LLC, being **August 7, 2024 at 10:00 a.m.**.

 Dated:  August 5, 2024

**MICHAEL R. BAKST, TRUSTEE**

*/s/Michael R. Bakst*
MICHAEL R. BAKST
P.O. Box 407
West Palm Beach, FL 33402
baksttrustee@gmlaw.com
(561) 838-4539

MRB/mab
29511.0636