

**ORDERED in the Southern District of Florida on August 8, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

     Debtor.                                                    Chapter 7

_____/

### ORDER GRANTING *EXPEDITED* MOTION TO DETERMINE THAT AUTOMATIC STAY DOES NOT APPLY OR, IN THE ALTERNATIVE, <u>FOR RELIEF FROM THE AUTOMATIC STAY</u>

THIS MATTER came before the Court for hearing on August 7, 2024, upon the *Expedited Motion to Determine that Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay* (the "Motion") [ECF No. 842] filed by Franklin Capital Funding, LLC, Franklin Capital Group, LLC and Franklin Capital Management, LLC (together, "Franklin").  The Court has reviewed the Motion and contents of the case file, has heard the statements of counsel and is otherwise duly informed.  For the reasons stated on the record, which are incorporated by reference, it is hereby

{2425/000/00585788}

**ORDERED AND ADJUDGED** as follows:

1.     The Motion [ECF No. 842] is **GRANTED** as follows.

2.     The Court hereby determines that the automatic stay does not apply to the claims asserted by Franklin in *FVP Opportunity Fund III, LP, et al. v. Zankl, et al.*, Case No. CACE-22-05125, and *Hi Bar Capital, LLC v. Karma of Palm Beach, Inc., et al.*, Case No. CACE-22-06401, which cases are pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida (together, the "Lawsuits").  The automatic stay thus does not alter or modify the ability of Franklin to pursue the Lawsuits, including any related appeals or judgment enforcement proceedings, to conclusion.

### #

SUBMITTED BY:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

Patrick Dorsey, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

{2425/000/00585788}