

**ORDERED in the Southern District of Florida on August 9, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**AUTO WHOLESALE OF BOCA, LLC**

        **Debtor.**

**Case No.: 22-15627-EPK**
**Chapter 7**

_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIM NO. 11-1

THIS MATTER came before the Court in West Palm Beach, Florida, on the 7th day of August, 2024, pursuant to the Trustee's Objection to Claim No. 11-1 [ECF No. 836] ("Objection"), and Franklin Capital Funding, LLC's, (together with its affiliates, "Franklin" or the "Claimant") Response in Opposition to Objection To Claim [ECF No. 845] ("Response"), the Court having reviewed the Objection and Response, having heard the argument of the Trustee and counsel for Franklin, the Court being otherwise fully advised of the premises, it is:

{2425/000/00585777}

1

**ORDERED AND ADJUDGED** as follows:

1.     The Trustee's Objection to Claim No. 11-1 [ECF No. 836] is SUSTAINED as follows.

2.     Proof of Claim No. 11-1 is disallowed in its entirety because the Trustee is no longer administering collateral of Franklin.  The Claimant is free to pursue its collateral outside the jurisdiction of the Bankruptcy Court, so long as such pursuit does not conflict with orders previously entered in this bankruptcy case.

3.     For the avoidance of doubt this Order does not constitute an adjudication on the merits of Claim No. 11-1 and does not alter or otherwise affect any claims or rights of Franklin against any parties other than the Trustee.  Without limiting the foregoing sentence, this Order does not alter, disallow or otherwise modify any security interest(s) of Franklin in: (a) the proceeds that are currently being held within the registry of this Court following the vehicle auction conducted by the Trustee in 2023, (b) any other collateral (or proceeds thereof) that has been in the possession of the Auto Wholesale of Boca, LLC but which is not currently held by the Trustee, (c) any assets that have been abandoned by the Trustee, including the assets referenced in ECF No. 849,  and/or (d) any assets are otherwise not subject to the jurisdiction of the Court .  For the further avoidance of doubt this Order does not alter or affect the unsecured claim filed by Franklin Capital Funding, LLC at Claim No. 10-1.

4.     The Court retains jurisdiction to interpret and enforce this Order.

###

**Submitted by:**
**Michael R. Bakst, Trustee**
**P.O. Box 407**
**West Palm Beach FL 33402**
**Telephone:  561-838-4539**
**Email: baksttrustee@gmlaw.com**

**Michael R. Bakst, Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).**

{2425/000/00585777}

2