

**ORDERED in the Southern District of Florida on August 12, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**AUTO WHOLESALE OF BOCA, LLC**          **Case No.: 22-15627-EPK**
                                         **Chapter 7**

             **Debtor.**

_____/

### ORDER SUSTAINING TRUSTEE'S OBJECTIONS TO CLAIM NO. 8-1

This matter having been considered without hearing upon the Trustee's Objections to Claim No. 8-1 [ECF No. 838], and the Trustee by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the Trustee, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

1

**ORDERED** that Trustee's Objection to Claim No. 8-1 [ECF No. 838] is SUSTAINED as follows:

| **CLAIM HOLDER** | **CLAIM NO.** | **DISPOSITION** |
|---|---|---|
| FVP Opportunity Fund III, LP and its aliases FVP Investments, LLC, and FVP Servicing, LLC c/o David R. Softness, Esq. 201 South Biscayne Boulevard Miami, FL 33131. | 8-1 | The claim is disallowed in its entirety. |

###

**Submitted by:**
**Michael R. Bakst, Trustee**
**P.O. Box 407**
**West Palm Beach FL 33402**
**Telephone:  561-838-4539**
**Email: baksttrustee@gmlaw.com**

**Michael R. Bakst, Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).**

2