

**ORDERED in the Southern District of Florida on August 12, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**AUTO WHOLESALE OF BOCA, LLC**                    **Case No.: 22-15627-EPK**
                                                   **Chapter 7**

        **Debtor.**

_____/

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 7-1**

This matter having been considered without hearing upon the Trustee's Objection to Claim #7-1 [ECF No. 835] (the "Objection"), and the Trustee by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the Trustee, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

1

**ORDERED AND ADJUGES** as follows:

1.      The Trustee's Objection to Claim No. 7-1 [ECF No. 835] is SUSTAINED. The claim is disallowed in its entirety. To the extent that an order from this Court has not been entered addressing the disposition of any collateral of the claimant that would render pursuit of collateral outside the jurisdiction of the Bankruptcy Court moot or inapplicable or has reduced collateral to funds to be adjudicated within another forum, the claimant is free to pursue their collateral outside the jurisdiction of the Bankruptcy Court.

###

**Submitted by:**
**Michael R. Bakst, Trustee**
**P.O. Box 407**
**West Palm Beach FL 33402**
**Telephone:  561-838-4539**
**Email: baksttrustee@gmlaw.com**

**Michael R. Bakst, Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).**