**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**AUTO WHOLESALE OF BOCA, LLC,**          **CASE NO. 22-15627-EPK**

     Debtor.                            Chapter 7

_____/

## NOTICE OF WITHDRAWAL OF CLAIM # 22-1

**PLEASE TAKE NOTICE** that of FVP Opportunity Fund III, LP, a Delaware limited partnership ("FVP Fund"); FVP Investments, LLC, a Delaware limited liability company ("FVP Investments"); and FVP Servicing, LLC a Delaware limited liability company ("FVP Servicing" and together, for convenience and where the context allows or requires "FVP"), hereby withdraw Claim # 22-1.

DATED: August 13, 2024

                            /s/ David R. Softness
                            David R. Softness, Esq.
                            (FBN:  513229)
                            **DAVID R. SOFTNESS P.A.**
                            201 South Biscayne Boulevard, Suite 2740
                            Miami, FL  33131
                            Tel:          305-341-3111
                            Email:      david@softnesslaw.com

                            *Counsel for*
                            FVP Opportunity Fund III, LP
                            FVP Investments, LLC
                            FVP Servicing, LLC