

**ORDERED in the Southern District of Florida on August 13, 2024.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**AUTO WHOLESALE OF BOCA, LLC**                    **Case No.: 22-15627-EPK**
                                                   **Chapter 7**

                    **Debtor.**

_____/

### AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 20-1

This matter having been considered without hearing upon the Trustee's Objection to Claim #20-1 [ECF No. 837] (the "Objection"), the Court having reviewed the Objection and upon consideration of the Objection, and the agreement reached between the Trustee and counsel for the claimant, Hi Bar Capital, LLC, good cause appearing, and the Court being otherwise fully advised, it is

**ORDERED AND ADJUGES** as follows:

1.      The Trustee's Objection to Claim No. 20-1 [ECF No. 837] is SUSTAINED. The claim is disallowed in its entirety because the Trustee is no longer administering collateral of Hi

Bar Capital, LLC. The Claimant is free to pursue its collateral outside the jurisdiction of the Bankruptcy Court, so long as such pursuit does not conflict with orders previously entered in this bankruptcy case.

2. Further, this order shall not alter or disallow any security interest of the claimant in auction proceeds being held within the court registry [D.E. 749 and D.E. 807] or elsewhere, any other collateral (or proceeds thereof) that has been in the possession of the Debtor which is not currently held by the Trustee and/or any assets that have been abandoned by the Trustee or are otherwise not subject to the jurisdiction of the Court.

###

**Submitted by:**
**Michael R. Bakst, Trustee**
**P.O. Box 407**
**West Palm Beach FL 33402**
**Telephone: 561-838-4539**
**Email: baksttrustee@gmlaw.com**

**Michael R. Bakst, Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).**