**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In Re:**

**AUTO WHOLESALE OF BOCA LLC,**                    Case No.: 22-15627-EPK
                                                                            Chapter 7

                    **Debtor.**
_____/

**NOTICE OF AGREEMENT TO REDUCTION IN AMOUNT OF FEES REQUESTED**
**FOR JAMES B. MILLER, ESQ, AS COUNSEL TO THE DEBTOR-IN-POSSESSION**

James B. Miller, Esq., (the "Applicant"), as Counsel to the Debtor-in-Possession, hereby

notices the Court of this agreement to reduction in the amount of fees requested.

On July 27, 2023, the Applicant caused to file the *Summary of Final Fee Application of*

*Chapter 11 (Subchapter V) Debtor's-In-Possession Counsel* [ECF#750] and on November 29,

2022, caused to file the *Summary of Fee Application of Chapter 11 (Subchapter V) Debtor's-In-*

*Possession Counsel* [ECF#237]. The Applicant agrees to reduce their total amount of

professional fees from their total fee sought in the case of $457,977.50 by 2.8%, which equals

$445,154.13 pursuant to an agreement with the Trustee and U.S. Trustee which resolves any

dispute either may have to total professional fees of James B. Miller, Esq.. Such agreement is

subject to the law firm of Greenspoon Marder LLP equally reducing their professional fees by

the same percentage with the understanding that such reduction by Greenspoon Marder LLP

shall be earmarked towards Chapter 11 administrative claims which shall exclude the

professional fees of James B. Miller, Esq.. It is understood that only the 2.8% reduction of

professional fees by Greenspoon Marder LLP is being earmarked in this fashion such that this

earmarking only applies to such reduced fee amount.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via the attached service list, this the 4th day of September 2024.

Dated:  September 4, 2024

/s/ James B. Miller_____

*Debtor's-in-Possession Counsel*
James B. Miller
Florida Bar No. 0009164
19 West Flagler Street, Suite 416
Miami, FL 33130
T: (305) 374-0200
Email: jbm@title11law.com

**Electronic Mail Notice List**

- Michael R Bakst     efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- Michael R. Bakst     efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com
- Eyal Berger     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Marc E Brandes     mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- John M Brennan     jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- Jerrell A Breslin     jb@jsjb.law, eservice@jsjb.law
- Melissa A. Campbell     mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- Rilyn A Carnahan     rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com
- Alan R Crane     acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- Patrick R Dorsey     pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com

- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    service@farrowlawfirm.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jonathan S. Feldman    feldman@katiephang.com, service@katiephang.com
- Scott C Gherman    sgherman@scottghermanpa.com
- Daniel Gielchinsky    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- Catherine Holly Yach Gleason    ktgleasonlegal@gmail.com
- Travis A Harvey    tharvey@butler.legal
- Michael J. Harwin    mharwin@stearnsweaver.com
- Michael S Hoffman    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ecf.courtdrive.com;mkennady@hlalaw.com
- Dana L Kaplan    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Philip J Landau    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- Linda M Leali    lleali@lealilaw.com, lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Michael D Lessne    michael@lessne.law
- Matthew P. Leto    mleto@letolawfirm.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Cory Mauro    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

- Eric S Pendergraft     ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Patricia A Redmond     predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- Ryan C Reinert     rreinert@shutts.com, jheard@shutts.com
- Jason S Rigoli     jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com
- Ezequiel Joseph Romero     romeroe@bryancave.com, zeke.romero30@gmail.com
- Carlos E. Sardi     carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- Zach B Shelomith     zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg     bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver     esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness     david@softnesslaw.com
- Christian Somodevilla     cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- Harry Winderman     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Ryan Mitchell Wolis     rwolis@stearnsweaver.com, egraham@stearnsweaver.com