**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**AUTO WHOLESALE OF BOCA LLC,**                    **Case No.: 22-15627-EPK**
                                                     **Chapter 7**

       **Debtor.**

_____/

**NOTICE OF AGREEMENT TO REDUCTION IN AMOUNT OF FEES REQUESTED**
**FOR BERKOWITZ POLLACK BRANT ADVISORS AND CPAs, AS ACCOUNTANTS**
**TO THE DEBTOR-IN-POSSESSION**

Berkowitz Pollack Brant Advisors and CPAs, (the "Applicant"), as Accountants to the

Debtor, hereby notices the Court of this agreement to reduction in the amount of fees requested.

On June 28, 2023, the Applicant caused to file the *Summary of First and Final*

*Application for the Allowance and Payment of Compensation and Reimbursement of Expenses of*

*Joel Glick and Berkowitz Pollack Brant Advisors and CPAs, as Accountants to the Debtor-In-*

*Possession* [ECF#706]. The Applicant agrees to reduce their total amount of professional fees

from their total fee sought in the case of $153,003.00 by 2.8%, which equals $148,718.92

pursuant to an agreement with the Trustee and U.S. Trustee which resolves any dispute either

may have to total professional fees of Berkowitz Pollack Brant Advisors and CPAs. Such

agreement is subject to the law firm of Greenspoon Marder LLP equally reducing their

professional fees by the same percentage with the understanding that such reduction by

Greenspoon Marder LLP shall be earmarked towards Chapter 11 administrative claims which

shall exclude the professional fees of Berkowitz Pollack Brant Advisors and CPAs. It is

understood that only the 2.8% reduction of professional fees by Greenspoon Marder LLP is

being earmarked in this fashion such that this earmarking only applies to such reduced fee amount.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the attached service list, this the 4th day of September 2024.

Dated:  September 4, 2024

*/s/ Joel D. Glick*
BERKOWITZ POLLACK BRANT
*Accountant to the Debtor-in-Possession*
200 S. Biscayne Blvd., 7th Floor
Miami, FL 33131
T: (305) 960-1283
Email: jglick@bpbcpa.com

**Electronic Mail Notice List**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Marc E Brandes    mbrandes@kfb-law.com, bvillalobos@kfb-law.com
- John M Brennan    jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com
- Jerrell A Breslin    jb@jsjb.law, eservice@jsjb.law
- Melissa A. Campbell    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- Rilyn A Carnahan    rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com

- Alan R Crane    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158 @notify.bestcase.com
- Patrick R Dorsey    pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    service@farrowlawfirm.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Jonathan S. Feldman    feldman@katiephang.com, service@katiephang.com
- Scott C Gherman    sgherman@scottghermanpa.com
- Daniel Gielchinsky    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- Catherine Holly Yach Gleason    ktgleasonlegal@gmail.com
- Travis A Harvey    tharvey@butler.legal
- Michael J. Harwin    mharwin@stearnsweaver.com
- Michael S Hoffman    Mshoffman@hlalaw.com, hlaecf@gmail.com;cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com;cthornton@ ecf.courtdrive.com;mkennady@hlalaw.com
- Dana L Kaplan    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.co m;laurie@kelleylawoffice.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Philip J Landau    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- Linda M Leali    lleali@lealilaw.com, lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Linda Marie Leali    trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net
- Michael D Lessne    michael@lessne.law
- Matthew P. Leto    mleto@letolawfirm.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Cory Mauro    cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai l.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution s.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com

- James C. Moon     jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- John E Page     jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft     ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Patricia A Redmond     predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;cgraver@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com
- Ryan C Reinert     rreinert@shutts.com, jheard@shutts.com
- Jason S Rigoli     jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com
- Ezequiel Joseph Romero     romeroe@bryancave.com, zeke.romero30@gmail.com
- Carlos E. Sardi     carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com
- Zach B Shelomith     zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg     bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver     esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness     david@softnesslaw.com
- Christian Somodevilla     cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- Harry Winderman     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Ryan Mitchell Wolis     rwolis@stearnsweaver.com, egraham@stearnsweaver.com