**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                      Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA LLC                     Chapter 7 Proceeding

                    Debtor
_____/

### TRUSTEE'S APPLICATION FOR COMPENSATION
### AND ALLOWANCE OF ADMINISTRATIVE EXPENSE

TO:  THE HONORABLE ERIK P. KIMBALL,  BANKRUPTCY JUDGE:

The Trustee, **Michael R. Bakst, Trustee,** applies for compensation and reimbursement for expenses and certifies under the penalty of perjury that the following is true and correct to the best of his knowledge.  All services performed by the Trustee were necessary and the compensation requested does not exceed the maximum authorized by law.

The Trustee further states that no interim compensation to the Trustee has been allowed and paid except to the extent detailed below, and that no payments have been made or promised for services rendered or to be rendered in any capacity in this case and no agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

### TRUSTEE'S COMPENSATION AND REIMBURSEMENT

| | | | |
|---|---|---|---:|
| GROSS RECEIPTS: | | | $    2,950,082.73 |
| Compensation: | 25% of first $5,000 | $ | 1,250.00 |
| | 10% of next $45,000 | $ | 4,500.00 |
| | 5% of next $950,000 | $ | 47,500.00 |
| | 3% of balance | $ | 58,502.48 |
| SUBTOTAL (FEES): | | $ | 111,752.48 |
| Expense Reimbursement (detail attached) | | $ | 2,124.50 |

| | |
|---|---:|
| **TOTAL FEE & EXPENSE REQUESTED** | $    113,876.98 |
| **LESS ALLOWED INTERIM FEES PAID** | $    0.00 |
| **BALANCE REQUESTED** | $    113,876.98 |

**WHEREFORE**, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance for compensation and reimbursement as detailed above.

Dated:  September 04, 2024

*/s/ Michael R. Bakst*
Michael R. Bakst
P.O. BOX 407
WEST PALM BEACH, FL  33402
(561) 838-4539
baksttrustee@gmlaw.com

Printed: 09/04/24

## Expense Worksheet Report
### Trustee:  Michael R. Bakst, Trustee
### Period: 01/01/1900 - 09/04/2024

Page: 1

Case Number:  22-15627
Case Name:  AUTO WHOLESALE OF BOCA LLC

Category: **TRUSTEE BOND**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 06/05/24 | 2024 TRUSTEE BOND RENEWAL: $2,545,662.13 @ $0.75 | 1.00 | $1,909.250 | $1,909.25 |
| **Total for Category TRUSTEE BOND** | | **1.00** | | **$1,909.25** |

Category: **POSTAGE**

| Date | Description | Units | Rate | Total |
|---|---|---|---|---|
| 06/05/24 | NFR MAILING TO CREDITORS | 175.00 | $1.230 | $215.25 |
| **Total for Category POSTAGE** | | **175.00** | | **$215.25** |

**Total for Case 22-15627:** **$2,124.50**

**Total for Trustee Michael R. Bakst, Trustee:** **$2,124.50**

**Grand Total:** **$2,124.50**