**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22-15627-EPK

     Debtor.

_____/

**REPLY TO RESPONSE [D.E. 868]**

**NOTICE OF FILING TRANSCRIPT IN SUPPORT OF THE FVP PARTIES'**
**MOTION TO RULE THAT THE ALTER EGO CLAIMS ARE NOT PART OF THE**
**BANKRUPTCY ESTATE,**

FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, the "FVP Parties"), by and through their undersigned attorney hereby file the transcript of the ruling of this Honorable Court on May 1, 2023 converting this case to a Chapter 7 in support of the FVP Parties motion that the Court rule that the FVP Parties' alter ego claims against the owners of the Debtor, Auto Wholesale of Boca LLC (the "Debtor"), are not a part of the Debtor's bankruptcy estate in reply to the response of the Settling Parties. [D.E. 868]. Transcript attacked as **Exhibit 1.**

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic noticing in this case on September 4, 2024.

Respectfully submitted,

**Schwartz | Breslin PLLC**
**Fl. Rule of Jud. Admin. 2.516 Notice**
**Primary email: EService@JSJB.LAW**
**Secondary Email: JB@JSJB.LAW**

**s/ Jerrell Breslin**
Jerrell Breslin Esq.
Florida Bar No. 269573
Email: JB@JSJB.Law
Schwartz | Breslin, Attorneys at Law
The DuPont Building
169 East Flagler Street
Suite 700
Miami, Fl 33131
Tel.: 305-577-4626
Fax.: 305-577-4630

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served with the foregoing electronic service via EM/ECF and by email: Chapter 7 Trustee by serving Michael R Bakst, efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com; efileu386@gmlaw.com; efileu1857@gmlaw.com; efileu3163@gmlaw.com; efileu3214@gmlaw.com; efileu3291@gmlaw.com; upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com  and Amanda Klopp, Esq., at amanda.klopp@akerman.com  and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com David Unseth, Esq. at dmunseth@bclplaw.com; upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com and upon Michael Halperin by serving Phil Landau, Esq. at phil@landaulaw.com and upon and upon Benidt Investments by serving Patricia Redmond, Esq. at predmond@swmwas.com.

CASE NO. 22-15627-EPK
Page 3 of 3

/ s/ Jerrell Breslin
Jerrell Breslin, Esq