UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                         Chapter 7


                    Debtor.

_____/

### AUTO WHOLESALE OF BOCA, LLC's OBJECTION TO FINAL FEE APPLICATION OF CHAPTER 11 (SUBCHAPTER V) DEBTOR-IN-POSSESSION COUNSEL, JAMES B. MILLER

Auto Wholesale of Boca LLC ("AWB")[1] objects to the Final Fee Application of Chapter 11 (Subchapter V) Debtor-In-Possession Counsel (ECF No. 750) filed on July 27, 2023 by James B. Miller ("Miller") and James B. Miller P.A. ("Miller P.A.")(collectively the "Former Chapter 11 Counsel") and in support states:

### OBJECTION TO FORMER CHAPTER 11 COUNSEL'S FEE APPLICATION

For the reasons stated in AWB's Motion to Stay or Abate Proceedings on Final Fee Application of Chapter 11 (Subchapter V) Debtor-in-Possession Counsel James B. Miller filed on September 10, 2024 (ECF 870), AWB objects to this Court awarding any legal fees and costs to Former Chapter 11 Counsel until a determination on the merits by a court of competent jurisdiction of AWB's legal malpractice action against Miller and Miller PA.

AWB as a business (and not the bankruptcy estate) objects to the fees requested because AWB has a viable legal malpractice action pending in state court.  The conduct of Miller P.A. and Miller fell below the standard of care when representing debtor in the Chapter 11

---

[1] AWB as a business with authority from this Court to file a state court malpractice action is the movant, not AWB the debtor.

proceeding before this Court.  See state court pleading attached as Exhibit "A" to AWB's Motion to Stay or Abate.  The allegations in the state court pleading preclude the entry of any fee award to the Former Chapter 11 Counsel until adjudication on the merits of the legal malpractice allegations.  As argued in detail in AWB's Motion to Stay or Abate filed contemporaneously herewith and adopted by reference herein, this Court should not issue an order on Former Chapter 11 Counsel's fee application until resolution of the state court malpractice case.

**WHEREFORE**, for the above reasons, AWB seeks the entry of an Order sustaining this objection to the Final Fee Application ordering that no fees will be awarded until the malpractice claim is decided on is merits and for such other relief as this Court deems just and proper.

Dated: September 10, 2024

**CATHERINE H.Y. GLEASON, PLLC**
*Counsel for Movants*
912 NW 56th Terr., Suite A
Gainesville, FL 32605
Telephone: 352-327-2220
Email: ktgleasonlegal@gmail.com

By: */s/ Catherine H.Y. Gleason*
Catherine H.Y. Gleason
Florida Bar No. 11014

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was, on September 10, 2024, furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case.

By: */s/ Catherine H.Y. Gleason*
Catherine H.Y. Gleason
Florida Bar No. 11014

K:\Farache_Moshe\Pleadings\clean up Amended Objection - AWB.wpd