

**ORDERED in the Southern District of Florida on September 12, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

     Debtor.                                                      Chapter 7

_____/

### ORDER GRANTING EXPEDITED MOTION TO DETERMINE THAT THE FVP PARTIES' ALTER EGO CLAIMS ARE NOT PART OF THE BANKRUPTCY ESTATE

THIS MATTER came before the Court on for hearing on September 11, 2024 upon the *Expedited Motion to Determine that the FVP Parties' Alter Ego Claims Are Not Part of The Bankruptcy Estate, or Alternatively, Motion for Relief from Stay to Litigate State Court Lawsuits* [ECF No. 866] (the "Motion") filed on September 4, 2024 by FVP Opportunity Fund III, LP, a Delaware limited partnership, FVP Investments LLC, a Delaware limited-liability company, and FVP Servicing, LLC, a Delaware limited-liability company (collectively, the "FVP Parties"). On September 9, 2024, creditors Express Emergency Services, Inc., Lisa Farache, Moshe Farache, Farache Enterprises, Inc., M&M Development Consultants, LLC, Mazel Tov, Inc., and 1001 Clint Moore, LLC (collectively, the "Responding Parties") filed their

Response in opposition [ECF No. 868]. The FVP Parties filed their Reply on September 9, 2024 [ECF No. 869] and Supplemental Reply on September 10, 2024 [ECF No. 872].

The Court considered the Motion, Response, Reply, and Supplemental Reply as well as the arguments of counsel for the FVP Parties, counsel for the Responding Parties, and counsel for the chapter 7 trustee.  At the conclusion of the hearing, the Court made a detailed ruling on the record stating, among other things, that the FVP Parties' pursuit of alter ego claims against Moshe Farache and Lisa Farache, as stated in the complaint attached to ECF No. 872, have never been and are not property of the estate in this bankruptcy case and were not released by the chapter 7 trustee in the settlement approved by the Court's order entered at ECF No. 833.

For the reasons stated on the record at the hearing held on September 11, 2024, which are incorporated here in full, the Court ORDERS and ADJUDGES as follows:

1.    The FVP Parties' *Expedited Motion to Determine that the FVP Parties' Alter Ego Claims Are Not Part of The Bankruptcy Estate, or Alternatively, Motion for Relief from Stay to Litigate State Court Lawsuits* [ECF No. 866] is GRANTED.  Without limiting the foregoing, the Court rules that the FVP Parties may present any and all claims against Moshe Farache and Lisa Farache as stated in the complaint attached to ECF No. 872, as the same may be amended consistent with the Court's ruling on the record.

2.    The Court reserves jurisdiction to interpret and enforce the provisions of this Order.

###

Copy to:
Jerrell Breslin, Esq.

*Attorney Breslin is directed to serve this Order on all appropriate parties and file a certificate of service.*