UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                    :        CHAPTER 7
                                          :
AUTO WHOLESALE OF BOCA, LLC,              :        CASE NO. 22-15627-EPK
                                          :
        Debtor.                           :

## NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S OBJECTION TO FINAL APPLICATION BY ACCOUNTANTS FOR DEBTOR

Based upon the agreement between the Chapter 7 trustee and counsel, the United States

Trustee hereby withdraws, without prejudice, her Objection to Final Application by Counsel for

Debtor (ECF #781)


                                        MARY IDA TOWNSON
                                        United States Trustee


                                        _____/s/_____
                                        HEIDI A. FEINMAN
                                        Assistant United States Trustee
                                        Florida Bar No. 0879460

Office of the U.S. Trustee
51 S.W. First Avenue
Room 1204
Miami, FL 33130
(305) 536-7285


1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE OF WITHDRAWAL OF U.S. TRUSTEE'S OBJECTION TO FINAL APPLICATION BY ACCOUNTANTS FOR DEBTOR** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail to the following:

| | |
|---|---|
| **Michael R Bakst** | efilemrb@gmlaw.com,   ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com; efileu386@gmlaw.com; efileu1857@gmlaw.com; efileu3163@gmlaw.com; efileu3214@gmlaw.com; efileu3291@gmlaw.com |
| **Michael R. Bakst** | efileu1094@gmlaw.com,   ecf.alert+bakst@titlexi.com; efileu1092@gmlaw.com; efileu2170@gmlaw.com; efileu386@gmlaw.com; Melissa.bird@gmlaw.com; efileu2831@gmlaw.com; efileu3214@gmlaw.com; efileu3186@gmlaw.com |
| **Eyal Berger** | eyal.berger@akerman.com,   jeanette.martinezgoldberg@akerman.com |
| **Marc E Brandes** | mbrandes@kfb-law.com,   bvillalobos@kfb-law.com |
| **John M Brennan** | jack.brennan@gray-robinson.com,   2897605420@filings.docketbird.com |
| **Jerrell A Breslin** | jb@jsjb.law , eservice@jsjb.law |
| **Melissa A. Campbell** | mcampbell@bakerdonelson.com,   achentnik@bakerdonelson.com; cranderson@bakerdonelson.com; bkcts@bakerdonelson.com |
| **Rilyn A Carnahan** | rilyn.carnahan@gmlaw.com , efileu1089@gmlaw.com; efileu2170@gmlaw.com; efileu1094@gmlaw.com; melissa.bird@gmlaw.com; efileu2831@gmlaw.com; efileu3186@gmlaw.com |
| **Alan R Crane** | acrane@furrcohen.com,   yfernandez@furrcohen.com; ltitus@furrcohen.com; staff1@furrcohen.com; cranear84158@notify.bestcase.com |
| **Patrick R Dorsey** | pdorsey@slp.law,   dwoodall@slp.law; pmouton@slp.law; pdorsey@ecf.courtdrive.com |
| **C Craig Eller** | celler@kelleylawoffice.com , bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com |
| **Jay L Farrow** | service@farrowlawfirm.com |
| **Heidi A Feinman** | Heidi.A.Feinman@usdoj.gov |
| **Jonathan S. Feldman** | feldman@katiephang.com,   service@katiephang.com |
| **Scott C Gherman** | sgherman@scottghermanpa.com |
| **Daniel Gielchinsky** | dan@dgimlaw.com,   colleen@dgimlaw.com; dan_1836@ecf.courtdrive.com; eservice@dgimlaw.com |
| **Catherine Holly Yach Gleason** | ktgleasonlegal@gmail.com |
| **Travis A Harvey** | tharvey@butler.legal |
| **Michael J. Harwin** | mharwin@stearnsweaver.com |
| **Michael S Hoffman** | Mshoffman@hlalaw.com,   hlaecf@gmail.com; cthornton@hlalaw.com; mshoffman@ecf.courtdrive.com; cthornton@ecf.courtdrive.com; mkennady@hlalaw.com |
| **Dana L Kaplan** | dana@kelleylawoffice.com,   bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com; sarah@kelleylawoffice.com; laurie@kelleylawoffice.com |
| **Amanda Klopp** | amanda.klopp@akerman.com,   jeanette.martinezgoldberg@akerman.com |
| **Philip J Landau** | phil@landau.law,   plandau@ecf.courtdrive.com; diane@landau.law; dlocascio@ecf.courtdrive.com |
| **Linda M Leali** | lleali@lealilaw.com,   lkennedy@lealilaw.com; LindaLealiPA@jubileebk.net |
| **Linda Marie Leali** | trustee@lealilaw.com,   F005@ecfcbis.com; lkennedy@lealilaw.com; |

2

|  | LindaLealiPA@jubileebk.net |
| Michael D Lessne | michael@lessne.law |
| Matthew P. Leto | mleto@letolawfirm.com |
| Nathan G Mancuso | ngm@mancuso-law.com |
| David B Marks | brett.marks@akerman.com,   charlene.cerda@akerman.com |
| Cory Mauro | cory@maurolawfirm.com,   paralegal@maurolawfirm.com; evan@maurolawfirm.com |
| Nicole Testa Mehdipour | nicolem@ntmlawfirm.com,   cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestcase.com |
| Nicole Testa Mehdipour | Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com; FL80@ecfcbis.com; ntm@trustesolutions.net; BCasey@ntmlawfirm.com |
| James B Miller | bkcmiami@gmail.com |
| James C. Moon | jmoon@melandbudwick.com,   ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| John E Page | jpage@slp.law,   dwoodall@slp.law; pmouton@slp.law; pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com |
| Eric S Pendergraft | ependergraft@slp.law , dwoodall@slp.law; dlocascio@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law |
| Patricia A Redmond | predmond@stearnsweaver.com,   jmartinez@stearnsweaver.com; cgraver@stearnsweaver.com; jless@stearnsweaver.com; mfernandez@stearnsweaver.com |
| Ryan C Reinert | rreinert@shutts.com,   jheard@shutts.com |
| Jason S Rigoli | jrigoli@furrcohen.com,   yfernandez@furrcohen.com; staff1@furrcohen.com; ltitus@furrcohen.com |
| Ezequiel Joseph Romero | romeroe@bryancave.com,   zeke.romero30@gmail.com |
| Carlos E. Sardi | carlos@sardilaw.com , carlos@ecf.courtdrive.com; sardi.carlose.b110401@notify.bestcase.com |
| Zach B Shelomith | zbs@lss.law,   info@lss.law; mch@lss.law; zshelomith@ecf.inforuptcy.com |
| Bradley S Shraiberg | bss@slp.law,   dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law |
| Eric J Silver | esilver@stearnsweaver.com,   jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com |
| David R. Softness | david@softnesslaw.com |
| Christian Somodevilla | cs@lss.law,   info@lss.law; cs@ecf.courtdrive.com; mch@lss.law |
| Harry Winderman | harry4334@hotmail.com,   lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com |
| Ryan Mitchell Wolis | rwolis@stearnsweaver.com,   egraham@stearnsweaver.com |

ACE Insurance Company of the Midwest a/s/o Richard Greenberg
Kramer, Green, Zuckerman, Greene & Buchs
4000 Hollywood Boulevard
Suite 485-S
Hollywood, FL 33021

Chapford Credit Opportunities Fund LP
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Chapford Specialty Finance LLC
c/o Scott Rose
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131

Jason J. DeJonker
161 North Clark Street, Suite 4300
Chicago, IL 60601

Catherine H.Y. Gleason
912 NW 56th Terrace Suite A
Gainesville, FL 32605

Joel D. Glick
Berkowitz Pollack Advisors and CPA
200 S Biscayne Blvd., 7 floor
Miami, FL 33131

Jarret Hitchings
301 S. College Street, Suite 2150
Charlotte, NC 28202

Soneet Kapila
1000 S Federal Hwy #200
Fort Lauderdale, FL 33316

Alan Lester Raines
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431

John R. Schreiber
111 E. Wisconsin Ave. Suite 1400
Milwaukee, WI 53202

Vanessa Dawn Sloat-Rogers
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

Steven William Wells
229 Warner Road
Lancaster, NY 14086

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and the I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

DONE this the 13th day of September, 2024.

_____/s/_____
HEIDI A. FEINMAN
Assistant United States Trustee

Office of the U.S. Trustee
51 SW First Avenue, Suite 1204
Miami, FL 33130
(305) 536-7285