**Addendum to Clarify Time as to FIRST INTERIM FEE APPLICATION:**

**7/25/2022**   JBM            550.00                6.70              $3,685.00  Billable
Asset Analysis
Review of Dore Motion (.40); conference with Client reps re: same (.40). Review of file re (.70): same. Conferences with Client reps re: adversary proceeding filed by FVP and emergency motion, effects and issues (1.70). Reviewing documents, deal jackets and materials re: same (1.40). Continue review of adv filed by and initiate research on injunctive relief, effect of non-final state court order (2.1).

**8/16/2022   JBM**            550.00                2.00              $1,100.00  Billable
Asset Analysis
Exchange correspondence with Leali re: facts in matter (.20); exchange correspondence with Craig Eller for Graves (.10); exchange correspondence with John Brennan re: Dore order and pickup (.20); t/c is with Client reps re: same (.70); draft proposed release form (.70) for Dore; exchange correspondence with Jay Farrow (.10).

**10/24/2022**            JBM   550.00                2.90              $1,595.00 Billable
Asset Analysis

Review of motions by Road Rich and Shanandninamt (.40); review our files and materials (1.3); exchange (.10) correspondence with Client; t/c's with Client reps (.30);   draft objections (.80).

**11/18/2022**            JBM   550.00                3.20              $1,760.00  Billable
Asset Analysis

(vs Derek Stephens #144) Reviewing materials to designate as exhibits (1.0),  conferences and exchange correspondence with Client reps re: same (.50); draft Exhibit Register for AWB (.70); review of Exhibit Register of FVP and of  Stephens and their proposed Exhibits (1.0).

**7/31/2022**            JBM   550.00                4.90              $2,695.00 Billable
Adversary 1

Reviewing research analysis and pleadings (2.9), drafting of Verified Response (1.0), corresponding and conference with Client Reps and State Court Counsel (1.0).

**10/6/2022**            JBM   550.00                2.90              $1,595.00 Billable
Adversary 1

Finalizing response to Req Prod (1.1); correspond with client reps re: same (.20);  conferences with Atty Gherman re: discovery documents (.80); review multiple correspondences with attachments from client rep in response to discovery (.80).

**8/17/2022**            JBM            550.00       2.40              $1,320.00 Billable
Settlement

Settlement conferences with Shraiberg re: Franklin Capital (.40); research various

Liens historically against Karma and Excell (2.0).

**9/12/2022**               JBM               550.00            3.90               $2,145.00 Billable
Settlement

Reviewing files and materials (1.2), drafting Settlement Statement (1.7), conferences with Client Reps re: same (1.0).

**10/14/2022**   JBM               550.00                       5.00               $2,750.00 Billable
PLAN

Reviewing files, pleadings, dockets and documents for plan (4.0); conferences with Client Reps (1.0).

**10/18/2022**               JBM               550.00            4.20               $2,310.00 Billable
**PLAN**

Plan research, document review, outline (3.7): conferences re: same.  Conferences with Linda Leali (.50).

## Addendum to Clarify Time for FINAL FEE APPLICATION:

12/5/2022     Sabina          150.00        3.20     $480.00 Billable

Meet with JBM (.60), drafting Request for Production on ShaneandNinaMT (1.0), drafted Subpoenas upon Itzhak Nakash (.40), Kenney Goodman (.40) and Karma of Palm Beach (.40), Karma of Broward (.40).

1/9/2023          Jaime, Miriam   150.00         3.00          $450.00 Billable
Asset Analysis

Assist JBM in hearing preparation (1.20); discovery request and production (1.2) meet with JBM and discuss same (.60).

11/30/2022        JBM            550.00        1.00          550.00 Billable
Adversary 1

(Benidt) Review of referral by Fed Dist Court (.10); t/c with Eric Silver re (.40) same; appear at Status Conf (.30); post conference with Silver (.20).

1/8/2023          JBM            550.00        4.10          $2,255.00 Billable
Adversary 1

(vs FVP) Reviewing notice of deposition and draft objections and Responses (1.5); draft correspondence to Breslin re: same (.10); review production for depo with Client Reps (2.5)

2/3/2023          JBM            550.00        3.20          $1,760.00 Billable
Adversary 1

(vs FVP) Conferences with Gherman and Martin re: discovery, facts alleged and affirmative defenses (.70); finalize research on defenses (1.0); finalize edits and draft of Answer/Aff Defenses (1.5).

2/7/2023          Sabina         150.00        4.90          $735.00 Billable
Adversary 1

Meet with JBM regarding duces tecum subpoenas upon Hi Bar and Franklin (.70), reviewed file, production and request for production (2.9). drafted duces tecum subpoenas and forwarded to JBM for review (1.3).

2/25/2023         JBM            550.00        2.70          $1,485.00 Billable
Adversary 1

(vs FVP) Review of M-Compel and attachments by FVP (.80); conference with Cient Reps (.80); reviewing file and exhibits (1.1)

**2/27/2023**
Adversary 1

| | JBM | 550.00 | 3.30 | $1,815.00 Billable |

(vs FVP} Research re: category privilege and work product issues (1.2);
review of M2-Compel by FVP (.40), review RFP's and responses and
privilege log (.80); draft Response (.90).

**3/14/2023** JBM    550.00    6.00    $3,300.00 Billable
Adversary 1

Discovery review and meetings with Feldman (5.1); conferences with Eyal
Berger, Feldman, Redmond and Shraiberg (.90).

**3/29/2023** JBM    550.00    2.40    $1,320.00 Billable
Adversary 1

Draft Initial Disclosures P2 (.70); review Expert Disclosure of FVP as to P2
(.80); exchange correspondence with Feldman and with Glick re: same
(.30); t/cs with Feldman (.60).

**4/18/2023** **JBM**    550.00    1.00    $550.00 Billable
Adversary 1
(vs FVP) Exchange correspondence with Breslin et al; re: production of
cooperating agreement with Zankls (.30); conference with Feldman (.30);
draft Second Request for Production (.40)

**4/20/2023** JBM    550.00    1.40    770.00 Billable
Adversary 1
(vs FVP) Review of ECF 386 (M Confirm Non-Adjudication) and 385
(Response M Shorten Time) (.50); conference with Client Reps (.90).

**4/12/2023** JBM    550.00    2.10    $1,155.00 Billable
Settlement

Review of draft of settlement agreement between AWB and Excell Trustee (.90);
conferences with client reps (1.2).

**2/2/2023** JBM    550.00    1.80    $990.00 Billable
PLAN

Review of Motion to Convert/Dismiss (.70); conferences with Client Reps
(.50) and separately with Trustee (.60).

| 2/10/2023<br>PLAN | JBM | 550.00 | 3.20 | $1,760.00 Billable |

Conferences with Moshe Farache (1.10), Linda Leali (.70), BRAD
Shariberg (.60) and Scott Gherman (.80) re: Plan amendment,
continuance, plan components, discovery in Adv proc with FVP,
settlement attempts with Franklin, and dismissal motion and Stephens'
order.

| 2/13/2023<br>PLAN | JBM | 550.00 | 2.30 | $1,265.00 Billable |

Review of multiple motions to dismiss, joinders and exhibits thereto (1.0); finalize
research, draft proposed response to MTD's (1.3).

| 2/15/2023<br>PLAN | JBM | 550.00 | 9.00 | 4,950.00 Billable |

Prepare for (2.4), travel to and from, and attend hearings on M's To Dismiss
in Parent Case, M Rehrg on Woodside Credit Claim, Motion to Extend by
Woodside, and M-Compel Discovery From FVP in Adv Proc (4.9).
Conferences with Client Reps (1.7).

| 3/15/2023<br>PLAN | **JBM** | 550.00 | 1.90 | $1,045.00 Billable |

Reviewing interrogatory responses (.90), conferences with Feldman (.40);
conferences with Jason Rigoli (.60) re: depositions, discovery and
document dump by Mehdipour.

| 3/26/2023<br>PLAN | JBM | 550.00 | 8.20 | $4,510.00 Billable |

(M Dismiss) Preparing for hearings, exhibit review, editing opening, conferences, meetings and trial
Preparation (4.1) and assembly of with Client Reps and witnesses; settlement negotiations with Alan Crane
for Excell Trustee (.80); researching issues for testimony (1.8); conferences with witnesses and co-counsel
(1.5).

| 4/11/2023<br>PLAN | JBM | 550.00 | 2.60 | $1,430.00 Billable |

Conferences re: dismissal hearing and motion (1.4); plan changes
and settlement with Franklin and FVP (1.2).

**4/28/2023**           JBM           550.00           6.70           $3,685.00 Billable
PLAN

Preparing for closing argument, reviewing exhibits **and** materials (3.5).
Conferences with Gherman (.70), Client Reps (1.4), Glick and Feldman
(1.1).

**4/30/2023**           JBM           550.00           6.80           $3,740.00 Billable
PLAN

Closing Argument Preparation (3.6), conferences with Client
reps and co-counsel (1.1); meeting with Feldman and
preparation for closing (2.1)

**5/1/2023**           JBM           550.00           8.00           $4,400.00 Billable
PLAN

Travel to and from, attend closing arguments, and conferences with
Feldman, Trustee Leali, and with Client reps. (8.0}

**12/6/2022**           JBM           550.00           2.90           $1,595.00 Billable
Sale

Research and review transcripts (1.2); draft Motion to Sell and Use Cash
Collateral (1.3). Conf with Gherman (.40).

12/20/2022     JBM           550.00           5.10     $2,805.00 Billable
Sale

Separate t/c's with Shraiberg (.40), Leali (.40), Softness (.10), Breslin (.10),
Gherman (.70) and Client reps (1.1) re: sale motion. Review of Objections
(.90), research objections, property of Debtor/Estate and "ownership"
under Florida law (1.4)