# JAMES B. MILLER
ATTORNEY AT LAW

19 WEST FLAGLER ST.
SUITE 416
MIAMI, FL 33130

TELEPHONE (305) 374-0200

TELECOPIER (305) 374-0250

Email:
*jbm@title11law.com*

Admitted:
--Florida Bar
--Federal    District    Courts
(Middle and Southern Districts
of Florida)

Member:
--Bankruptcy   Bar,   Southern
District of Florida
--Federal Bar Association

July 19, 2022

## (RETAINER AGREEMENT)
### THIS LETTER CONSTITUTES ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND ATTORNEY WORK PRODUCT

Auto Wholesale of Boca, LLC.
ATTN: Moshe Farache, Managing Member
26650 West Rogers Circle
Suite B27
Boca Raton, FL 33487
*via* Email: Moshefarache@gmail.com

> Re:    Auto Wholesale of Boca, LLC.
> FEI#46-1035162
> Chapter 11 (Subchapter V) representation

Dear Mr. Farache:

We are pleased to confirm your retention of our firm to act as counsel for Auto Wholesale of Boca, LLC (the "Client" or "AWB"), in connection with the prosecution of a voluntary case under Chapter 11, Subchapter V, of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida. This letter will describe the nature and scope of our representation and will provide you and the Client with a summary of your obligations in connection with our retention.

We will furnish advice regarding the effect of a bankruptcy filing. With the assistance of the Client, we will prepare and file with the bankruptcy court all necessary and appropriate documents required by applicable laws and rules in connection with the operation of a Chapter 11 (Subchapter V) bankruptcy case. The Client, with our assistance, will be responsible for preparing any subsequently filed statements and schedules to be filed with the Court. Our retention includes the representation of the Client as required under applicable bankruptcy laws and rules. We will appear at all hearings where the attorney for the Debtor (Client herein) is required to appear, and we will keep you advised as to all events that take place with regard to the pendency of your case.

In addition, the Client acknowledges and agrees that our representation does not include, and we will not assume responsibility for any other pending state or federal court proceedings in which the Client is presently engaged or even may be engaged in the future. We will, however, assist in seeking to obtain Bankruptcy Court authorization for the Client to engage existing litigation counsel

July 19, 2022
Page 2

as special counsel to represent the Client in these matters on a post-petition basis if Client requests same and same is necessary.

The prosecution of a voluntary Chapter 11 petition entails numerous responsibilities on our part and on the part of the Client.  We have discussed with you various legal and factual considerations involved in a Chapter 11 case of this nature.  It is our goal to assist the Client in their reorganization efforts.  However, we cannot provide any guaranty as to the results that may eventually occur.  We have also discussed with you the various uncertainties related to Chapter 11 proceedings, and you have acknowledged your understanding of the existence of those uncertainties. We are happy to address any questions that you may have.

Since this representation will require a commitment on our part of substantial time and resources, we have agreed upon an initial retainer of **$55,000.00** as an advance payment in respect of our services for the Client (the "Advance Payment Retainer"), plus costs retainer of **$1,738.00** for the filing fee ("Costs Retainer"). ♦ Of the Advance Payment Retainer, the sum necessary to pay for the hours incurred before the time of filing will be deducted therefrom, and the balance will remain in the Firm's Trust Account (IOLTA Account) pending Bankruptcy Court ruling(s) in relation to the preparation of the documents for the filing of the Bankruptcy Case -- for which time records will be maintained by Counsel/Firm.

.      Moshe Farache personally guarantees payment and collection of all fees and costs to Firm in relation to representation of Client by Firm in all matters arising out of or relating hereto.

To the extent necessary, the Firm will file a fee application at the time and instance it so chooses for the Bankruptcy Court to seek the award of fees for purposes of complying with any bankruptcy court requirements.  We shall comply with the disclosure, notice and application requirements of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.  We may make such application periodically to the Bankruptcy Court for compensation consistent with the requirements of the Bankruptcy Code and Rules.  The parties agree that James B. Miller, P.A. is not prohibited from seeking approval from the bankruptcy court for additional compensation from the Debtor's/Client's estate and/or Debtor and/or Guarantors beyond the amount of the Advance Payment Retainer.  Parties hereto acknowledge and understand that the Advance Payment Retainer will likely be insufficient to cover all attorney fees incurred during representation hereunder and will be obligated to further advance such additional fees as Firm requests or demands to satisfy same.

As we have informed you, our services are generally provided on an hourly basis with billing rates for our attorneys and paralegals varying depending upon experience. Those rates change from time to time and you will be billed at our then-current rates. The current billing rate of our  paralegal(s) is $~~1~~550.00 per hour.  The current billing rates of the attorneys who will have primary responsibility for the case will be $550.00 per hour for James B. Miller's, and $300.00 per hour for any associate attorney's time.  You will also be billed for disbursements and charges in connection with our representation, including charges for telephone calls, photocopying, messenger services, travel, filing fees and secretarial overtime.  We may pass along to you for direct payment to the

---

♦ The Costs Retainer will be drawn down immediately for such sums and purposes of the Filing Fee

July 19, 2022
Page 3

vendor certain charges such as those for printing, duplicating, local counsel, court reporting and other substantial items.

It is our goal to maintain a constructive and positive relationship with Client on the matter described above and on future matters in which we may perform services (this letter is intended to cover such future matters as well). However, should a dispute arise between us, we believe that a prompt and fair resolution is in the interests of all concerned. To this end, if any controversy or claim arises out of or relating to this agreement or any services provided by us to Client, in connection with the above-described or any other matters (including malpractice claims and fee disputes), we both waive any right to bring a court action or have a jury trial and agree that the dispute shall be submitted to the United States Bankruptcy Court for resolution. If the US Bankruptcy Court determines in its sole discretion that it does not have jurisdiction over such dispute, then any claims and issues shall be resolved in the Miami-Dade Circuit Court, 73 West Flagler Street, Miami, FL, and all rights and/or entitlement to a jury trial are herein waived by all parties hereto.

Additionally, the Guarantor herein warrants and agrees and does herein personally guaranty payment and collection of all fees and costs incurred in representing Client in regards to the Chapter 11 proceeding (and any and all other legal matters relating to or arising out of this representation, including any and all appeals, mediations, rehearing(s), reconsiderations, disputes and the like); and, to the extent the Bankruptcy Case is converted to one under a different chapter of the bankruptcy code or otherwise dismissed, then they (Guarantor) will agree to continue this guaranty of payment and collection post-conversion and/or dismissal. This guaranty is non-voidable and shall survive all matters, orders and judgments.

Should it be determined by the Firm that there exists a conflict of interest, or for any other reason including, but not limited to, non-payment of fees or costs, misrepresentation or failure to disclose material facts to us or failure to follow our advice, we may discontinue the representation contracted for herein. At the present time, we are not aware of any conflict of interest which exists or any other potential reason for not undertaking or continuing the representation. Should any conflict arise between and among the clients (if there are more than one), then it is agreed that the Firm may withdraw from its collective representation but may continue to represent anyone or combination of you without such continued representation being a conflict.

The Firm shall have a lien on all documents, property, judgments, or money of yours in our possession or recovered by the Firm for the benefit of Client for the payment of all sums due from you under this agreement. Further, in the event the Client fails to pay fees or costs on a timely basis, the Firm, after notice (*via* email and/or US Mail, at Firm's discretion) to the Client, shall have an absolute right to withdraw from further representation. Firm shall have a retaining lien on all files and documents and a charging lien on all property or monies recovered, recoverable or acted upon for the benefit of Client by Attorney.

Furthermore, the parties hereto acknowledge and recognize that the Firm has appeared on behalf of Moshe Farache individually, in matters wherein AWB was also a party or otherwise to file a proof of claim for Moshe Farache in the bankruptcy case of Excell Auto Group, Inc. in Case No.

July 19, 2022
Page 4

22-12790-EPK; but such appearance and such claim filing does not reflect nor appear to be a conflict of interest. However, to the extent such may be deemed or appear to be a conflict, Moshe Farache herein, individually and as Managing Member of AWB does waive such conflict and understands that any all representation in the to-be-filed bankruptcy case contemplated herein for AWB by the Firm is solely and strictly related to legal representation by the Firm for the benefit of AWB and not Moshe Farache, the insiders of AWB or others. Moshe Farache has had the opportunity, prior to executing this agreement, both individually and as the managing member of AWB to confer with independent legal counsel to understand the conflict waiver contemplated herein and agrees on behalf of himself individually and as guarantor as well as managing member of AWB to such waiver, and that Firm shall have no other or further responsibilities in representing Moshe Farache in any matters pending or contemplated.

We will, of course, be pleased to discuss any questions you may have regarding our retention, the services to be provided, our billing practices or other matters.   If you concur with the matters described above, please return an executed copy of this letter.   We thank you for the opportunity to represent you.

Very truly yours,

James B. Miller, Esq. for the Firm

WE (Client and Guarantor) HAVE READ AND FULLY UNDERSTAND AND AGREE WITH THE TERMS OF THIS RETAINER AGREEMENT.

Dated: July 19, 2022.

AUTO WHOLESALE OF BOCA, LLC

_____
MOSHE FARACHE,
as Officer, Director, Managing
Member, and authorized Agent,
and as Guarantor

**CERTIFICATE OF CORPORATE RESOLUTIONS & OWNERSHIP**

I, Moshe Farache, the Managing Member of AUTO WHOELSALE OF BOCA, LLC, (FEI #46-1035162), a limited liability corporation organized under the laws of the State of Florida, do hereby certify that at a special meeting of the Members of the corporation, duly called and held at its offices on July 19th, 2022, at which a quorum was present and acting throughout, the following resolutions, none of which have been rescinded or amended or duly moved, were seconded and adopted, and all of which are in full force and effect:

1.    RESOLVED:

That in the judgment of the Board of Directors, it is desirable and for the best interest of this corporation, its creditors, equity holders and other interested parties, that a petition be filed by this corporation under the provision of Chapter 11, Subchapter V, of Title 11 of the United States Bankruptcy Code; and it is further

2.    RESOLVED:

That the form of petition under said Chapter 11 presented to this meeting be and the same is hereby approved and adopted in all respects and that Moshe Farache is hereby authorized and directed on behalf of and in the name of this corporation to execute and verify a petition substantially in such form and to cause same to be filed with the United States Bankruptcy Court for the Southern District of Florida and otherwise appear on the corporation's behalf at all matters involving the bankruptcy case; and it is further

3.    RESOLVED:

That the Members of this corporation be and they are hereby authorized to execute and file all petitions, schedules, lists and other papers and take any and all action which they deem necessary or property in connection with such proceedings under Chapter 11 and in that connection to employ James B. Miller, P.A. and James B. Miller, Esq. as its attorney under such terms and conditions and they, in their sole discretion, deem appropriate.

IN WITNESS WHEREOF, I have hereunto set my hand as President of said corporation, and affix its corporate seal by order of its Board of Directors, this 19th day of July, 2022.

Witness: _____

AUTO WHOLESALE OF BOCA, LLC

BY: _____
MOSHE FARCHE, Agent, and Managing Member

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISON
www.flsb.uscourts.gov

AUTO WHOLESALE OF BOCA, LLC,

Case No. _____

Chapter 1 1

_____Debtor_____/

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Auto Wholesale of Boca, LLC., in the above-captioned action, certifies that the following is a (are) corporation(s), other than the debtor or governmental unit, that directly or indirectly own(s) 100% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP7007.1:

_x None [Check if applicable]

Attorney for Debtor
19 West Flagler Street
Suite 416
Miami, FL 33130
(305) 374-0200

_____

James B. Miller, Esq.
Fla. Bar No. 0009164

As represented by:

_____
MOSHE FARACHE, Agent
and Managing Member