UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,              Case No.: 22- 15627-EPK
                                          Chapter 7

_____ Debtor. _____ /

**FORMER CHAPTER 11 COUNSEL'S OBJECTION TO
MOTION TO STAY OR ABATE**

Comes Now, undersigned counsel, as former counsel to the former Chapter 11 Debtor, and files and serves this instant *Former Chapter 11 Counsel's Objection to Motion to Stay or Abate* in response to that certain pleading entitled *Auto Wholesale of Boca, LLC (as to Abandoned Malpractice Claims Only) Moshe Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., and Express Emergency Services, Inc.'s Motion to Stay or Abate Proceedings on Final Fee Application of Chapter 11 (Subchapter V) Debtor's-in-Possession Counsel, James B. Miller and James B. Miller, P.A.* (the "Motion" or "Motion to Stay") [ECF No. 870], and states[1]

1.  The Debtor, AUTO WHOLESALE OF BOCA, LLC, filed a voluntary petition [ECF No.1] (the "Petition") under Chapter 11 of Title 11 of the United States Code, Subchapter V, on July 22nd, 2022 (the "Petition Date"), commencing the instant bankruptcy case under Case No. 22-15627-EPK.

2.  Debtor, Moshe Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., and Express Emergency Services, Inc. (collectively, the "Faraches") seek an order of this Court staying or otherwise abating the Court's

---

[1] Former Chapter 11 Counsel herein further adopts, to the extent applicable, his already filed Response to Farache Parties' Objection to Final fee Application. See ECF No.

ruling on the undersigned's Final Fee Application in an effort to allow them to have another court (non-bankruptcy) determine the same.

3. By seeking such relief, the Faraches seek to stay the administration of the Estate and frustrate the Chapter 7 Trustee's ability to administer and close the Case.

4. The administration of the Estate and determination of fees and costs are core matters for which this Court retains sole jurisdiction over, as they arise in and under Title 11. *See*, 11 U.S.C. Sect. 1334. *See, also*, 11 USC 330, 503 and 507.

5. The Faraches cite to one case in support of their theory that the Court can and should abate/stay these proceedings pending the outcome of their malpractice claim.

6. However, the case relied upon, *Lambert vs Austin Indus.*, 544 F.3d 1192(11th Cir. 2008)), had a very different set of facts and applicable law, unaffiliated with staying a bankruptcy case pending the outcome of a malpractice claim, which would have no affect on the administration of the Estate.

7. In *Lambert, supra,* the issue was whether the lower court erred in denying a motion to enforce an arbitration clause in an employment agreement, despite the language of the Federal Arbitration Act; and, the 11th Circuit reversed the lower court finding that the matter had to be referred to an arbitrator per the arbitration clause based upon the FAA. *See id.*

8. That is not the matter at bar. The request is to suspend the Court's jurisdiction in regards to the determination of fees and costs and allow the Faraches to

play out their game in another court.

9.  Therefore, the Court should deny the *Motion to Stay*.

**WHEREFORE**, Counsel respectfully requests this Court deny all relief to the Faraches.

Respectfully submitted on September 16th, 2024.

James B. Miller, P.A.
James B. Miller, Esq.
19 West Flagler Street, Suite 416
Miami, FL 33130
Telephone: (305) 374-0200
Facsimile: (305) 374-0250
Email:  jbm@title11law.com

By: _____/s/_____
        JAMES B. MILLER
        Fla. Bar No. 0009164

**I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

By: _____/s/_____
        JAMES B. MILLER
        Fla. Bar No. 0009164

I HEREBY CERTIFY that a true and correct copy of this pleading was served *via* CM/ECF in pdf format upon filing same with the Court on September 16th, 2024, upon registered through CM/ECF as of the time and date of filing with the Court.

By: _____/s/_____
        JAMES B. MILLER
        Fla. Bar No. 0009164