**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No.: 22-15627-EPK

    Debtor.

_____/

### NOTICE OF FILING TRANSCRIPT OF RULING

FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, the "FVP Parties"), by and through their undersigned attorney hereby file of record the transcript of the ruling on the FVP Parties Motion to Determine That the FVP Parties Alter Ego Claims are Not Part of the Bankruptcy Estate, stated on the record September 11, 2024. [ECF 877]. Attached as **Exhibit 1.**

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic noticing in this case on September 18, 2024.

    Respectfully submitted,

    **Schwartz | Breslin PLLC**
    **Fl. Rule of Jud. Admin. 2.516 Notice**
    **Primary email: EService@JSJB.LAW**
    **Secondary Email: JB@JSJB.LAW**

    **s/ Jerrell Breslin**
    Jerrell Breslin Esq.

CASE NO. 22-15627-EPK
Page 2 of 2

Florida Bar No. 269573
Email: JB@JSJB.Law
Schwartz | Breslin, Attorneys at Law
The DuPont Building
169 East Flagler Street
Suite 700
Miami, Fl 33131
Tel.: 305-577-4626
Fax.: 305-577-4630

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served with the foregoing electronic service via EM/ECF and by email: Chapter 7 Trustee by serving Michael R Bakst, efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com; efileu386@gmlaw.com; efileu1857@gmlaw.com; efileu3163@gmlaw.com; efileu3214@gmlaw.com; efileu3291@gmlaw.com; upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com  and Amanda Klopp, Esq., at amanda.klopp@akerman.com  and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Matthew Leto, Esq., MLeto@letolawfirm.com upon Moishe, Lisa and Chase Farache by serving Michael Lessne, Esq., Michael@lessne.law Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com and upon Mark Osherow mark@osherowpllc.com .

/ s/ Jerrell Breslin
Jerrell Breslin, Esq