

**ORDERED in the Southern District of Florida on September 20, 2024.**



**Erik P. Kimball
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,                         Case No.: 22- 15627-EPK
                                                     Chapter 11 Subchapter V

      Debtor-in-Possession.      /

### ORDER APPROVING FINAL FEE APPLICATION
### OF CHAPTER 11 (SUBCHAPTER V) DEBTOR'S-IN-POSSESSION ACCOUNTANT[1]

THIS MATTER came on for hearing before the Court on September 18th, 2024, at 10:00 a.m. to consider the *Summary of First and Final Fee Application for the Allowance and Payment of Compensation and Reimbursement of Expenses of Joel Glick and Berkowitz Pollack Barnt Advisors and CPAs, as Accountants to the Debtor-in-Possesion [ECF No. 706]* (the "*Application*") on notice to all creditors and interested parties. The *Application* seeks the following amount for the time period covered (February 21, 2023  through April 30, 2023) ("Time Period"):  Fees of $153,003.00 and Costs of $0.00.

---

[1] Berkowitz Pollack Brant Advisors and CPAs and Joel Glick were retained as Debtor's forensic and accounting experts. *See* ECF No.475.

The Court has examined the *Application* and has considered the arguments of the Applicant, Joel Glick and Berkowitz Pollack Barnt Advisors and CPAs, and counsel appearing at the hearing.

Based upon the record, the Court **FINDS** that:

1. Applicant seeks the final award of Fees in the sum of $153,003.00.

2. Applicant seeks no costs.

3. Further, the Applicant has voluntarily reduced the requested final fees by 2.8%, reflecting a voluntary reduction in the sum $4,284.08 (the "Voluntary Reduction"). *See* ECF No. 864.

4. Based upon the Voluntary Reduction, the net final fee award sought by Applicant is $148,718.92.

5. The *Application* complies with the Court's GUIDELINES FOR FEE APPLICATIONS and: (a) the requested allowances are reasonable under the applicable provisions of the Bankruptcy Code; (b) good and sufficient notice of the *Final Application* and the hearing were provided to all interested parties; (c) the services rendered by Applicant were necessary; and (d) the time spent by Applicant was reasonable to accomplish the tasks necessary to meet the demands of the case.

**THEREUPON**, the Court **ORDERS** and **ADJUDGES** that:

6. The *Application*, as modified, is **APPROVED** as set forth herein.

7. Joel Glick and Berkowitz Pollack Barnt Advisors and CPAs are awarded compensation of $148,718.92 in Final Fees and are awarded $0.00 in Costs.

8. In allowing the compensation, the Court has considered the factors set forth in 11 U.S.C. §330(a)(3) and *Johnson v. Georgia Hwy. Express*, 488 F. 2d 714 (5th Cir. 1974).

9. This award of compensation shall be paid in accordance with the administrative claims on a priority basis equal to other claims under 11 U.S.C. §507(a)(2) and shall be paid

at the same time as the other Chapter 11 administrative claims in this case.

### 

Submitted by:

Joel Glick

Berkowitz Pollack Barnt Advisors and CPAs

200 S. Biscayne Blvd., 7th Floor

Miami, FL 33131

T. (305) 960-1283

Email: jglick@bpbcpa.com

*Joel Glick* shall serve a copy of the signed order on all parties of record and file with the Court a certificate of service conforming with Local Rule 2002-1(F).