

**ORDERED in the Southern District of Florida on September 23, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*

AUTO WHOLESALE OF BOCA, LLC,          Case No.: 22- 15627-EPK
                                       Chapter 7

           Debtor-in-Possession.          /

**ORDER APPROVING FINAL FEE APPLICATION**
**OF CHAPTER 11 (SUBCHAPTER V) DEBTOR'S-IN-POSSESSION COUNSEL**

THIS MATTER came on for hearing before the Court on September 18th, 2024, at 10:00 a.m. to consider the *Summary of Final Fee Application of Chapter 11 (Subchapter V) Debtor's-in-Possession Counsel* [ECF No. 750] (the "*Final Application*"). The *Final Application* seeks the following amount for the time period covered (November 11, 2022 through May 1, 2023) ("Final Time Period"):  Fees of $258,062.50 and Costs of $4,856.88, plus the holdback amount from the initial fee application [ECF No. 237] in the sum of $39,983.00 [*see* ECF No. 259] (the "Holdback") for the sum total of Fees of $298,045.50

and $4,856.88 in Costs for the Final Time Period.

The Court has examined the *Final Application* and has considered the arguments of the Applicant and other counsel appearing at the hearing.

Based upon the record, the Court **FINDS** that:

1.      Applicant previously sought interim fees and costs in an interim application [ECF No. 237] (the "*Interim Application*") of $199,915.00 ("Interim Fees") and costs of $6,311.72 ("Interim Costs"); and, the Court held back the sum of $39,983.00 ("Holdback") and approved and awarded initial fees of $159,932.00 ("Interim Fee Award") and initial costs of $6,311.92 ("Interim Cost Award"), on December 8, 2022 [*see* ECF No. 259, *Order Approving First Interim Fee Application for Compensation to Debtor-In-Possesion*] ("*Interim Fee Order*").

2.      The *Final Application* seeks an additional $258,062.50 for fees, $4,856.88 for costs and payment of the Holdback of $39.983.00.

3.      Total fees and costs sought between the *Interim Application* and *Final Application* are $457,977.50 for fees and $11,168.80 for costs.

4.      Further, the Applicant has voluntarily reduced the requested Total Final Fees by 2.8%, reflecting a voluntary reduction in the Total Fees requested of $12,823.37 ("Voluntary Reduction").

5.      The *Final Application* complies with the Court's GUIDELINES FOR FEE APPLICATIONS and: (a) the requested allowances are reasonable under the applicable provisions of the Bankruptcy Code; (b) good and sufficient notice of the *Final Application* and the hearing were provided to all interested parties; (c) the services rendered by Applicant were necessary; and (d) the time spent by Applicant was reasonable to accomplish the tasks necessary to meet the demands of the case.

**THEREUPON**, the Court **ORDERS** and **ADJUDGES** that:

6.      The *Final Application*, as modified, is **APPROVED** as set forth herein.

7.      James B. Miller, P.A. is awarded final fee compensation of $445,154.13 in Total Final Fees.

8.      James B. Miller, P.A. is awarded final costs compensation of $11,168.00 in Total Final Costs.

9.      In allowing the compensation, the Court has considered the factors set forth in 11 U.S.C. §330(a)(3) and *Johnson v. Georgia Hwy. Express*, 488 F. 2d 714 (5th Cir. 1974).

10.     This award of compensation shall be paid in accordance with the administrative claims on a priority basis equal to other claims under 11 U.S.C. §507(a)(2) and shall be paid at the same time as the other Chapter 11 administrative claims in this case.

***###***

Submitted by:
James B. Miller, Esq.
19 West Flagler St, Suite 416
Miami, FL 33130
Tel. (305) 374-0200
Email: bkcmiami@gmail.com

Attorney *James Miller* shall serve a copy of the signed *Order* on all parties of record and file with the Court a certificate of service conforming with Local Rule 2002-1(F).