**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,   Case No.: 22-15627-EPK
             Chapter: 11
  Debtor.        WEST PALM BEACH DIVISION

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR INTERESTED PARTIES

Pursuant to Local Rule 2091-1, the law firm of Weiss, Handler & Cornwell, P.A. (the "Firm") moves the Court to grant it leave to withdraw from this case as counsel for Interested Parties, SCOTT ZANKL, KARMA OF PALM BEACH, INC., and KARMA OF BROWARD, INC., The grounds for the Motion are as follows:

1. As of the filing of this Motion, it has become clear that the Firm and the Interested Parties have irreconcilable differences which require the Firm to withdraw as counsel of record.

2. The Firm's withdrawal is appropriate and permitted under Rule 4-1.16 of the Rules Regulating the Florida Bar.

3. The Firm has provided reasonable notice of its intent to withdraw to the Interested Parties who have not objected to the relief requested in this Motion.

4. Upon the granting of the instant Motion, the Firm will have no further responsibility relative to any representation of the Interested Parties and respectfully requests that all further pleadings and documents be served upon Interested Parties at their last known address: 16937 Pierre Circle, Delray Beach, Florida 33446 and/or via electronic mail: zanklscott3@gmail.com and kzankl@att.net.

WHEREFORE, the Firm moves for leave to withdraw from representation of the Interested Parties and such further relief that is just and proper.

Dated: September 23, 2024.     Respectfully submitted,

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Interested Parties*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    filings@whcfla.com
    gg@whcfla.com

## LOCAL RULE 9011-4(B)(1) CERTIFICATION

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on September 23, 2024, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Interested Parties*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
HARRY WINDERMAN, ESQ.
Florida Bar No. 209562
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

### SERVICE LIST

**Via ECF:**

**Michael R. Bakst, Esq. efileu1094@gmlaw.com**

**Eyal Berger, Esq. eyal.berger@akerman.com**

**Marc E. Brandes, Esq. mbrandes@kfb-law.com**

**John M. Brennan, Jr., Esq. jack.brennan@gray-robinson.com**

**Jerrell A. Breslin, Esq. jb@richardbaronlaw.com**

**Melissa A. Campbell, Esq. mcampbell@bakerdonelson.com**

**Rilyn A Carnahan, Esq. rilyn.carnahan@gmlaw.com**

**Alan R. Crane, Esq. acrane@furrcohen.com**

**Patrick R. Dorsey, Esq. pdorsey@slp.law**

**C. Craig Eller, Esq. celler@kelleylawoffice.com; bankruptcy@kelleylawoffice.com**

**Heidi A. Feinman, Esq. Heidi.A.Feinman@usdoj.gov; USTPRegion21.MM.ECF@usdoj.gov**

**Jonathan S. Feldman, Esq. feldman@katiephang.com**

**Scott C. Gherman, Esq. sgherman@scottghermanpa.com**

**Daniel Gielchinsky, Esq. dan@dgimlaw.com**

**Travis A. Harvey, Esq. tharvey@bakerdonelson.com**

**Dana L. Kaplan, Esq. dana@kelleylawoffice.com; bankruptcy@kelleylawoffice.com**

**Amanda Klopp, Esq. amanda.klopp@akerman.com**

**Philip J. Landau, Esq. phil@landau.law; plandau@ecf.courtdrive.com;diane@landau.law; dlocascio@ecf.courtdrive.com**

**Linda Marie Leali, Esq. trustee@lealilaw.com**

**David B. Marks, Esq. brett.marks@akerman.com**

**Cory Mauro, Esq. cory@maurolawfirm.com**

**Nicole Testa Mehdipour, Esq. nicolem@ntmlawfirm.com**

**James B. Miller, Esq. bkcmiami@gmail.com**

**John A. Moffa, Esq. john@moffa.law**

**John E. Page, Esq. jpage@slp.law**

**Eric S. Pendergraft, Esq. ependergraft@slp.law**

**Patricia A. Redmond, Esq. predmond@stearsweaver.com**

**Ryan C. Reinert, Esq. rreinert@shutts.com**

**Jason S. Rigoli, Esq. jrigoli@furrcohen.com**

**Ezequiel Joseph Romero, Esq. romeroe@bryancave.com**

**Carlos E. Sardi, Esq. carlos@sardilaw.com**

**Zach B. Shelomith, Esq. zbs@lss.law**

**Bradley S. Shraiberg, Esq. bss@slp.law**

**Eric J. Silver, Esq. esilver@stearnsweaver.com**

**David R. Softness. Esq. david@softnesslaw.com**

**Christian Somodevilla, Esq. cs@lss.law**

**David M Unseth, Esq. dmunseth@bclplaw.com**

**Via E-Mail:** zanklscott3@gmail.com; kzankl@att.net