UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                              Chapter 7


            Debtor.

_____/

**AUTO WHOLESALE OF BOCA, LLC, MOSHE FARACHE,
M&M DEVELOPMENT CONSULTANTS, LLC, FARACHE
ENTERPRISES, INC., AND EXPRESS EMERGENCY SERVICES, INC.'S
NOTICE OF WITHDRAWAL OF OBJECTIONS (ECF Nos. 784, 873 and 874) TO
FINAL FEE APPLICATION OF CHAPTER 11
(SUBCHAPTER V) DEBTOR-IN-POSSESSION COUNSEL,
JAMES B. MILLER AND JAMES B. MILLER, P.A.**

Auto Wholesale of Boca, LLC (the business not the Debtor) Moshe Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., and Express Emergency Services, Inc. ("Movants") hereby withdraw, with prejudice, their Objections (ECF No.'s 784, 873 and 874) to the Final Fee Application of Chapter 11 (Subchapter V) Debtor-In-Possession Counsel (ECF No. 750) filed by James B. Miller ("Miller") and James B. Miller P.A. ("Miller PA") (collectively, the "Former Chapter 11 Counsel").

Dated: September 27, 2024          **CATHERINE H.Y. GLEASON, PLLC**
                                   *Counsel for Movants*
                                   912 NW 56th Terr., Suite A
                                   Gainesville, FL 32605
                                   Telephone: 352-327-2220
                                   Email: ktgleasonlegal@gmail.com


                                        *S/Catherine Gleason*

                                   Catherine H.Y. Gleason
                                   Florida Bar No. 11014

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was, on September 27, 2024, furnished *via* Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case.

By: *s/Catherine Gleason*
Catherine H.Y. Gleason
Florida Bar No. 11014

K:\Farache_Moshe\Pleadings\Amended Objection - Farache.docx