UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 22-15627-EPK

AUTO WHOLESALE OF BOCA, LLC,                        Chapter 7


            Debtor.

_____/

**NOTICE OF WITHDRAWAL OF
AUTO WHOLESALE OF BOCA, LLC, (AS TO ABANDONED MALPRACTICE
CLAIMS ONLY), MOSHE FARACHE, M&M DEVELOPMENT CONSULTANTS, LLC,
FARACHE ENTERPRISES, INC., AND EXPRESS EMERGENCY SERVICES, INC.'S
MOTION STAY OR ABATE PROCEEDINGS ON FINAL FEE APPLICAION OF
CHAPTER 11 (SUBCHAPTER V) DEBTOR'S-IN-POSSESSION COUNSEL, JAMES B.
MILLER AND JAMES B. MILLER, P.A. (ECF No. 870)**

Auto Wholesale of Boca, LLC (the business not the Debtor) Moshe Farache, M&M Development Consultants, LLC, Farache Enterprises, Inc., and Express Emergency Services, Inc. ("Movants") hereby withdraw their Motion to Stay or Abate the Proceedings on Final Fee Application for Compensation [ECF No. 870].

Dated: September 27, 2024          **CATHERINE H.Y. GLEASON, PLLC**
                                   *Counsel for Movants*
                                   912 NW 56th Terr., Suite A
                                   Gainesville, FL 32605
                                   Telephone: 352-327-2220
                                   Email: ktgleasonlegal@gmail.com


                                   By: *s/Catherine Gleason*
                                       Catherine H.Y. Gleason
                                       Florida Bar No. 11014

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that a true and correct copy of the foregoing was, on September 27, 2024, furnished *via* Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case.

By: <u>s/Catherine Gleason</u>
Catherine H.Y. Gleason
Florida Bar No. 11014

2