

**ORDERED in the Southern District of Florida on October 10, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

      Debtor.                                                      Chapter 7

_____/

**ORDER DENYING WITHOUT PREJUDICE**
**THIRD OMNIBUS OBJECTION TO CLAIMS**

**THIS MATTER** came before the Court for continued hearing on September 18, 2024, upon the *Third Omnibus Objection to Claims* filed by Wing Lake Capital Partners (the "Objection"). ECF No. 224. The Court having heard the statements of counsel, and for the reasons stated on the record, which are incorporated by reference it is

4894-5968-5358, v. 1

**ORDERED AND ADJUDGED** as follows:

1.     The Objection [ECF No. 224] is **DENIED WITHOUT PREJUDICE** as follows.

2.     The objection to Proof of Claim No. 2-1 filed by Karma of Broward, Inc. is **DENIED WITHOUT PREJUDICE AS MOOT**, as the estate possesses insufficient funds to make any distribution to general unsecured creditors.

3.     The objections to Proof of Claim Nos. 14-1, filed by Farache Enterprises, Inc., 15-1, filed by Moshe Farache, and 17-1, filed by M & M Development, LLC are DENIED WITHOUT PREJUDICE AS MOOT because: (a) the estate possesses insufficient funds to make any distribution to general unsecured creditors, and (b) the treatment of such claims was resolved by prior orders of the Court.  *See* ECF Nos. 827 and 833 (order approving settlement).

# # #

Submitted by:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A.**
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: pdorsey@slp.law

*Attorney Dorsey is directed to serve a copy of this order upon all interested parties and to file a certificate of service with the Court.*

4894-5968-5358, v. 1