**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Case No. 22-15627-EPK

Auto Wholesale of Boca LLC                               Chapter 7

                    Debtor.
_____/

**Trustee's Summary of Requested Fees and Expenses**

☐ [If Checked] The chapter 7 trustee is **not required** to file and serve a Notice of Trustee's Final Report and Applications for Compensation on all parties of record because the amount of net proceeds realized does not exceed the amount set forth in Bankruptcy Rule 2002(f)(8) and the amount of any application for compensation does not exceed the amount set forth in Bankruptcy Rule 2002(a)(6).  See Local Rule 3009-1.

| Docket Entry # | Applicant Name and Role | Total Fees / Total Expenses | Interim Fees Paid / Interim Expenses Paid | Additional Fees Requested / Additional Expenses Requested |
|---|---|---|---|---|
| 865 | Michael R. Bakst, Trustee<br>Trustee | $111,752.48<br>$2,124.50 | $0.00<br>$0.00 | $111,752.48<br>$2,124.50 |
| 864 | BERKOWITZ POLLACK BRANT ADVISORS AND ACCOUNTANTS, LLP<br>Accountant For Trustee (Ch. 11) (Firm) | $148,718.92<br>$0.00 | $0.00<br>$0.00 | $74,634.35<br>$0.00 |
| 863 | GREENSPOON MARDER, LLP<br>Attorney For Trustee | $384,811.40<br>$12,201.22 | $0.00<br>$0.00 | $384,811.40<br>$12,201.22 |
| 862 | JAMES B. MILLER, P.A.<br>Other Professionals (Ch. 11) | $445,154.13<br>$11,168.80 | $0.00<br>$0.00 | $64,315.72<br>$4,823.00 |
| 861 | KAPILAMUKAMAL, LLP<br>Accountant For Trustee | $105,298.60<br>$574.24 | $0.00<br>$0.00 | $105,298.60<br>$574.24 |
| 674 | LINDA LEALI, P.A.<br>Prior Trustee | $51,382.50<br>$0.00 | $0.00<br>$0.00 | $26,789.13<br>$0.00 |

Dated:  November 06, 2024                    /s/ Michael R. Bakst, Trustee
                                             Michael R. Bakst, Trustee
                                             Chapter 7 Trustee
                                             P.O. Box 407
                                             West Palm Beach, FL 33402