

**ORDERED in the Southern District of Florida on November 21, 2024.**

**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

AUTO WHOLESALE OF BOCA, LLC,

Debtor.

Case No.: 22-15627-EPK
Chapter: 11
WEST PALM BEACH DIVISION

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR**
**INTERESTED PARTIES**

**THIS CAUSE** came before the Court on November 13, 2024, at 10:30 am, on the Motion

to Withdraw as Counsel for Interested Parties, Karma of Palm Beach, Inc., Karma of Broward,

Inc., and Scott Zankl [ECF 889] filed by Weiss, Handler & Cornwell, P.A. (the "Motion"). This

Court, having read the Motion, and being advised that the Clients do not object to the Motion, it is

**ORDERED that:**

a. The Motion is **GRANTED**. Harry Winderman and the law firm of Weiss, Handler
& Cornwell, P.A. are permitted to withdraw as counsel of record and are relieved
of further responsibility in this case as counsel for Interested Parties, Karma of Palm

Beach, Inc., Karma of Broward, Inc., and Scott Zankl.

b. All interested parties shall serve any and all documents, pleadings and/or communications in this case upon the Interested Parties at their last known address: 16937 Pierre Circle, Delray Beach, Florida 33446 and via electronic mail: zanklscott3@gmail.com; kzankl@att.net.

### 

**Submitted by:**
Harry Winderman, Esq.
WEISS, HANDLER & CORNWELL, PA
*Attorneys for Interested Parties, Karma of Palm Beach, Inc.,*
*Karma of Broward, Inc., and Scott Zankl*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

*Attorney, HARRY WINDERMAN, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*