**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:

Auto Wholesale of Boca LLC

Case No. 22-15627-EPK
(Chapter 7)

Debtor

/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The Trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on December 4, 2024.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

 */s/ Michael R. Bakst*
**MICHAEL R. BAKST, TRUSTEE**
**P.O. Box 407**
**West Palm Beach, FL 33402**
**Telephone:  (561) 838-4539**
**Email:  baksttrustee@gmlaw.com**

Printed: 12/04/24

Page: 1

# TRUSTEE'S FINAL DIVIDENDS

## Case: 22-15627   Auto Wholesale of Boca LLC

Case Balance:  $0.00       Total Proposed Payment:   $0.00         Remaining Balance:   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Michael R. Bakst, Trustee | Admin Ch. 7 | 111,752.48 | 111,752.48 | 111,752.48 | 0.00 | 0.00 | 0.00 |
| | James B. Miller, P.A. | Admin Ch. 11 | 11,168.80 | 11,168.80 | 11,134.92 | 33.88 | 0.00 | 0.00 |
| | LINDA LEALI, P.A. | Admin Ch. 11 | 51,382.50 | 51,382.50 | 51,226.63 | 155.87 | 0.00 | 0.00 |
| | BERKOWITZ POLLACK BRANT ADVISORS AND ACCOUNTANTS, LLP | Admin Ch. 11 | 153,003.00 | 148,718.92 | 74,634.35 | 74,084.57 | 0.00 | 0.00 |
| | James B. Miller, P.A. | Admin (Prior) | 457,977.50 | 445,154.13 | 224,247.72 | 220,906.41 | 0.00 | 0.00 |
| | GREENSPOON MARDER, LLP | Admin Ch. 7 | 395,896.50 | 384,811.40 | 384,811.40 | 0.00 | 0.00 | 0.00 |
| | GREENSPOON MARDER, LLP | Admin Ch. 7 | 12,201.22 | 12,201.22 | 12,201.22 | 0.00 | 0.00 | 0.00 |
| | KAPILAMUKAMAL, LLP | Admin Ch. 7 | 105,298.60 | 105,298.60 | 105,298.60 | 0.00 | 0.00 | 0.00 |
| | Michael R. Bakst, Trustee | Admin Ch. 7 | 2,124.50 | 2,124.50 | 2,124.50 | 0.00 | 0.00 | 0.00 |
| | KAPILAMUKAMAL, LLP | Admin Ch. 7 | 574.24 | 574.24 | 574.24 | 0.00 | 0.00 | 0.00 |
| 1-3 | Internal Revenue Service | Unsecured | 882.00 | 882.00 | 0.00 | 882.00 | 0.00 | 0.00 |
| 2-2 | Karma of Broward, Inc. | Unsecured | 20,000,000.00 | 20,000,000.00 | 0.00 | 20,000,000.00 | 0.00 | 0.00 |
| 3-2 | Road Rich LLC d/b/a Road Rich Motors | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | Woodside Credit, LLC | Unsecured | 989,861.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | Woodside Credit, LLC | Secured | 221,205.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | Derek Stephens | Unsecured | 250,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | KURKIN FOREHAND BRANDES LLP | Unsecured | 23,740.00 | 23,740.00 | 0.00 | 23,740.00 | 0.00 | 0.00 |
| 7 | FVP Investments, LLC | Secured | 7,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | FVP Opportunity Fund III, LP | Secured | 7,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | FVP Servicing, LLC | Secured | 7,500,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | Franklin Capital Funding, LLC | Unsecured | 6,535,055.13 | 6,535,055.13 | 0.00 | 6,535,055.13 | 0.00 | 0.00 |
| 11 | Franklin Capital Funding, LLC | Secured | 6,535,055.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | Mazel Tov Inc. | Unsecured | 77,838.77 | 77,838.77 | 0.00 | 77,838.77 | 0.00 | 0.00 |
| 13 | Express Emergency Services, Inc | Unsecured | 3,000.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | 0.00 |
| 14 | Farache Enterprises, Inc. | Unsecured | 9,059.87 | 11,000.00 | 0.00 | 11,000.00 | 0.00 | 0.00 |
| 15 | Moshe Farache | Unsecured | 3,321,772.46 | 3,321,772.46 | 0.00 | 3,321,772.46 | 0.00 | 0.00 |
| 16 | Calvin Erbstein | Unsecured | 1,000,000.00 | 1,000,000.00 | 0.00 | 1,000,000.00 | 0.00 | 0.00 |
| 17 | M & M Development Consultants LLC | Unsecured | 1,289,168.77 | 11,000.00 | 0.00 | 11,000.00 | 0.00 | 0.00 |
| 18-2 | Excell Auto Group, Inc. | Unsecured | 114,608,134.69 | 114,608,134.69 | 0.00 | 114,608,134.69 | 0.00 | 0.00 |

## TRUSTEE'S FINAL DIVIDENDS

### Case:  22-15627    Auto Wholesale of Boca LLC

Case Balance:   $0.00          Total Proposed Payment:    $0.00          Remaining Balance:    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| 19 | Edward Brown | Secured | 919,870.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | Hi Bar Capital, LLC | Secured | 3,125,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | Prestige Luxury Cars LLC | Unsecured | 1,320,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 | FVP OPPORTUNITY FUND III, LP, FVP INVESTMENTS LLC and FVP SERVICING, LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 22-15627 :** | | **$184,031,023.60** | **$146,865,609.84** | **$978,006.06** | **$145,887,603.78** | **$0.00** | **$0.00** |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % Paid |
|---|-------------:|---------------:|-------------:|-----------------:|-------:|
| **Total Admin Ch. 7 Claims:** | $627,847.54 | $616,762.44 | $616,762.44 | $0.00 | 100.00000% |
| **Total Admin Ch. 11 Claims:** | $673,531.80 | $656,424.35 | $361,243.62 | $0.00 | 55.03203% |
| **Total Secured Claims:** | $33,301,131.11 | $0.00 | $0.00 | $0.00 | 0.00000% |
| **Total Unsecured Claims:** | $149,428,513.15 | $145,592,423.05 | $0.00 | $0.00 | 0.00000% |