**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**                    **Case No.: 22-15627-EPK**

      Debtor.

_____/

**FVP OPPORTUNITY FUND III, LP**, a          ADVERSARY PROCEEDING
Delaware  limited  partnership;  **FVP**          CASE NO.: 22-01218-EPK
**INVESTMENTS, LLC,** a Delaware limited
liability company; and **FVP SERVICING,**
**LLC**, a Delaware limited liability company,
et al.

      Plaintiffs,
vs.

**AUTO WHOLESALE OF BOCA, LLC**,
et al.

      Defendant.

_____/

### THE FVP PARTIES RESPONSE TO ORDER TO SHOW CAUSE – ECF No. 911

COME NOW the Claimants / Adversary Plaintiffs, FVP Opportunity Fund III, LP, a

Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited

liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability

company ("FVP Servicing") (collectively "FVP Parties"), and hereby respond to the Order to

Show Cause issued by this Honorable Court on June 13, 2025. ECF No. 911.

It is respectfully submitted to this Honorable Court that the FVP Parties are one of the three

parties in the Adversary Case – *FVP Opportunity Fund III, LP, et al. v. Auto Wholesale of Boca,*

*LLC, et. al.,* Adv. Proc. No. 22-01218-EPK (now dismissed) that ae authorized to seek the Net

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 2 of 5

Proceeds in the Court Registry. ECF No. 807. The other two authorized parties to the Net Proceeds

in the Court Registry are Hi Bar Capital, LLC and Franklin Capital Funding, LLC. ECF No. 694.

By this filing the FVP Parties notify this Honorable Court that the FVP Parties, Hi Bar

Capital, LLC and Franklin Capital Funding, LLC have been embroiled in litigation since July 2023

to determine the priority and competing claims and interests to the Net Proceeds in the Court

Registry in – *FVP Opportunity Fund III, LP, et al. v. Hi Bar Capital, LLC, et. al.,* Case No. CACE

22 5125 in the Seventeenth Judicial Circuit of Broward County Florida. That litigation is ongoing

and is specially set for jury trial on September 22, 2025. Exhibit 1.

Accordingly, the FVP Parties, by this filing, expressly claim a lien on, and interest in, the

Net Proceeds as defined in the Order to Show Cause, ECF No. 911, and request that this Honorable

Court find that good cause has been shown why the Net Proceeds held in the registry deposit

should not escheat to the United States Treasury.

Dated June 13, 2025.

For the FVP Parties.

Schwartz Breslin PLLC
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail:  JB@JSJB.Law
EService@JSJB.law

By:     s/ Jerrell Breslin
Jerrell Breslin, Esq.
Fla Bar No: 269573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 3 of 5

electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon:

- Michael R Bakst efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

- Michael R. Bakst efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com

- Eyal Berger eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- Marc E Brandes mbrandes@kfb-law.com, bvillalobos@kfb-law.com

- John M Brennan jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com

- Jerrell A Breslin jb@jsjb.law, eservice@jsjb.law

- Melissa A. Campbell mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

- Rilyn A Carnahan rilyn.carnahan@gmlaw.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com

- Alan R Crane acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

- Patrick R Dorsey pdorsey@slp.law, dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

- C Craig Eller celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- Jay L Farrow Jay.Farrow@counselorlawfirm.com

- Heidi A Feinman Heidi.A.Feinman@usdoj.gov

- Jonathan S. Feldman feldman@katiephang.com, service@katiephang.com

- Scott C Gherman sgherman@scottghermanpa.com

- Daniel Gielchinsky dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

- Catherine Holly Yach Gleason ktgleasonlegal@gmail.com

- Travis A Harvey tharvey@butler.legal

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 4 of 5

- Michael J. Harwin mharwin@stearnsweaver.com

- Michael S Hoffman mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com

- Dana L Kaplan dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

- Amanda Klopp amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- Philip J Landau plandau@landau.law, plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com

- Linda M Leali lleali@lealilaw.com, lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com

- Linda Marie Leali trustee@lealilaw.com, F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

- Michael D Lessne mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

- Matthew P. Leto mleto@letolawfirm.com, kzelaya@letolawfirm.com

- Nathan G Mancuso ngm@mancuso-law.com

- David B Marks brett.marks@akerman.com, charlene.cerda@akerman.com

- Cory Mauro cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

- Nicole Testa Mehdipour nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

- Nicole Testa Mehdipour Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

- James B Miller bkcmiami@gmail.com

- James C. Moon jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lrestannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- John E Page jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law

- Eric S Pendergraft ependergraft@slp.law, dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- Patricia A Redmond predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 5 of 5

- Ryan C Reinert rreinert@shutts.com, jheard@shutts.com

- Jason S Rigoli jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com

- Ezequiel Joseph Romero romeroe@bryancave.com, zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com

- Carlos E. Sardi carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

- Zach B Shelomith zbs@lss.law, info@lss.law;alt@lss.law;zshelomith@ecf.inforuptcy.com

- Bradley S Shraiberg bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

- Eric J Silver esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

- David R Softness david@softnesslaw.com

- Christian Somodevilla cs@lss.law, binfo@lss.law;cs@ecf.courtdrive.com;zbs@lss.law;alt@lss.law

- Lauren Stricker lstricker@shukerdorris.com, bankruptcy@shukerdorris.com;atillman@shukerdorris.com;mdorris@shukerdorris.com;mfranklin@shukerdorris.com;rshuker@shukerdorris.com

- Harry Winderman harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- Ryan Mitchell Wolis rwolis@stearnsweaver.com, egraham@stearnsweaver.com


/ s/ Jerrell Breslin
Jerrell Breslin, Esq.