**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. **CACE22005125**   DIVISION: **07**   JUDGE: **Haimes, David A (07)**

**FVP Opportunity Fund III, LP, et al**

Plaintiff(s) / Petitioner(s)

v.

**Scott Zankl, et al**

Defendant(s) / Respondent(s)

_____/

**AGREED GRANTING FRANKLIN PARTIES MOTION FOR SEPARATE TRIAL AS
JOINED BY THE FVP PARTIES**

This matter came before the Court pursuant to F. R. Civ. P. 1.250(a) and 1.270(b), on the motion of Defendant / Cross Plaintiff Franklin Capital Group, LLC ("Franklin"), and joined by Plaintiffs FVP Opportunity Fund III, LP, a Delaware limited partnership; FVP Investments, LLC, a Delaware limited liability company; and FVP Servicing, LLC, a Delaware limited liability company, (collectively the "FVP Parties") [D.E. 1623] which was joined by the FVP Parties [D.E. 1624] to separate the trial of this cause currently calendared for September 22, 2025. Franklin and the FVP Parties have moved for separate trials on those claims brought against two substantively different groups of Defendants on separate counts in the Fourth Amended Complaint as well as Franklin's Second Amended Counterclaims and Cross Claims ("Franklin Claims"). Specifically, Defendants:

(a)Hi Bar Capital, LLC, Spin Capital, LLC, Yisroel Herbst, Avrumi Lubin A/K/A Josh Lubin, and Yoel Getter (collectively the "Hi Bar Defendants") named as Defendants in Counts I through VIII, and XXVIII of the FAC and the Franklin Claims which additionally include Defendant Mordechai Dov Ber Herbst A/K/A Mordi Herbst. Together with Scott Zankl, Kristen Zankl, Karma of Palm Beach, Inc., and Karma of Broward, Inc. ( collectively the "Karma Entities") named as Defendants in Counts XXV, XXVII and XXVIII of the FAC and the Franklin Claims.

(b)Moshe Farache, Lisa Farache, 1001 Clint Moore LLC, Auto Wholesale of Boca, LLC (collectively referred to as the "Farache Defendants") and MMS Ultimate Services, Inc.,. named as Defendants in Counts XI through XIX of the FAC.

Any claim against any party may be severed and proceeded with separately, where the same

facts are not necessary to prove each cause of action the proof is separate and distinct and not "inextricably interwoven". *Coral Way Condo. Invs. v. 21/22 Condo. Ass'n*, 66 So. 3d 1038, 1041 (Fla. 3d DCA 2011). This Court has already ordered separate trials in this case for the cross claims made by the Farache Defendants against Defendant Brandes, et al., [D.E. 1381] as well as the FVP Parties fraudulent transfer claims against Millo Atwater [D.E. 1555] as the sole remaining fraudulent transfer Defendant.

The Court having reviewed the docket and relevant filings and being advised that the Franklin and FVP Parties motion for separate trial is agreed to by all remaining parties to this litigation, and the Court being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

2. The respective causes of action brought by the FVP Parties and Franklin against the Hi Bar Defendants and the Karma Entities involve significantly different causes of action with different elements, defenses, and legal theories than those claims brought by the FVP Parties against the Farache Defendants which logically and factually should be tried separately.

3. A separate trial is hereby ordered for Counts I through VIII, XXV, XXVII, and XXVIII of the Fourth Amended Complaint together with Franklin's Second Amended Counterclaims and Cross Claims which brings claims by the FVP Parties and Franklin against Defendants Hi Bar Capital, LLC, Spin Capital, LLC, Yisroel Herbst, Avrumi Lubin A/K/A Josh Lubin, Yoel Getter Scott Zankl, Kristen Zankl, Karma of Palm Beach, Inc., and Karma of Broward, Inc.  The Hi Bar Capital LLC consolidated complaint bearing Case No.: CACE-22-06401 shall be tried together at this trial.

4. A separate trial is hereby ordered for Counts XI through XIX of the Fourth Amended Complaint which brings claims by the FVP Parties against Defendants Moshe Farache, Lisa Farache, 1001 Clint Moore LLC, Auto Wholesale of Boca, LLC and MMS Ultimate Services, Inc.

5. The trial of the FVP Parties claims against the Farache Defendants and MMS Ultimate Services, Inc.  shall be tried after the FVP Parties and Franklin claims against the Hi Bar Defendants.

6. All deadlines in the Second Amended Order Setting Trial Date and Pre-Trial Instructions and Calendar Call [D.E. 1633] shall remain in force and effect.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>19th day of May, 2025</u>.

CACE22005125 05-19-2025 2:34 PM

<u>CACE22005125 05-19-2025 2:34 PM</u>
Hon. David A Haimes
**CIRCUIT COURT JUDGE**
Electronically Signed by David A Haimes

**Copies Furnished To:**
Alan R Crane , E-mail : staff1@furrcohen.com
Alan R Crane , E-mail : yfernandez@furrcohen.com
Alan R Crane , E-mail : acrane@furrcohen.com
Amanda Klopp , E-mail : jeanette.martinezgoldberg@akerman.com
Amanda Klopp , E-mail : luke.bovat@akerman.com
Amanda Klopp , E-mail : amanda.klopp@akerman.com
Andrew M Feldman , E-mail : Laritza.Orozco@fmglaw.com
Andrew M Feldman , E-mail : Andrew.Feldman@fmglaw.com
Andrew M Feldman , E-mail : Aviance.Silvarrey@fmglaw.com
Andrew R Herron , E-mail : gservice@homerbonner.com
Avrumi Lubin , E-mail : josh@spincapital.com
Bernard Egozi , E-mail : gale@egozilaw.com
Bernard Egozi , E-mail : begozi@egozilaw.com
Beth Anne Black , E-mail : alex.amburgy@gtlaw.com
Beth Anne Black , E-mail : blackb@gtlaw.com
Beth Anne Black , E-mail : WPBLitDock@gtlaw.com
Bradford M Cohen , E-mail : service@floridajusticefirm.com
Bradley S Shraiberg , E-mail : dwoodall@slp.law
Bradley S Shraiberg , E-mail : bss@slp.law
Bradley S Shraiberg , E-mail : pmouton@slp.law
Branden Stillman , E-mail : bstillman@egozilaw.com
Bridgette N. Thornton, Esq. , E-mail : freelancethornton@gmail.com
Charles Bennardini , E-mail : jam@kwblaw.com
Charles Bennardini , E-mail : cjb@kwblaw.com
Charles Gourlis , E-mail : cgourlis@letolawfirm.com
Charles Gourlis , E-mail : kzelaya@letolawfirm.com
Charles Gourlis , E-mail : pleadings@letolawfirm.com
Cyndi Vila-Valdes , E-mail : cyndivilavaldes@gmail.com
David B Marks , E-mail : brett.marks@akerman.com
David B Marks , E-mail : charlene.cerda@akerman.com
David W Langley , E-mail : emily@flalawyer.com
David W Langley , E-mail : dave@flalawyer.com
David W Langley , E-mail : jessica@flalawyer.com
Dominique Brown , E-mail : BrownD@KleinPark.com
Dominique Brown , E-mail : orozcol@kleinpark.com

Dominique Brown , E-mail : mcmurrayj@kleinpark.com
Ellen L. Leesfield , E-mail : cristina@ellenleesfield.com
Ellen L. Leesfield , E-mail : ellen@ellenleesfield.com
Elliot B Kula , E-mail : eservice@kulalegal.com
Elliot B Kula , E-mail : elliot@kulalegal.com
Ethan J Strauss , E-mail : ethan@floridajusticefirm.com
Ethan J Strauss , E-mail : Ethan.HYRW@case.tinygnomes.com
Grant Sarbinoff , E-mail : gsarbino@gmail.com
Jerrell Andrew Breslin , E-mail : jerrellbreslin@gmail.com
Jerrell Andrew Breslin , E-mail : eservice@jsjb.law
Jerrell Andrew Breslin , E-mail : jb@jsjb.law
Joel L. Wiegert, Esq. , E-mail : Joel.Wiegert@KutakRock.com
Joel M Aresty , E-mail : aresty@icloud.com
Joel M Aresty , E-mail : Aresty@mac.com
Jonathan E Kanov , E-mail : jekanov@mdwcg.com
Jonathan E Kanov , E-mail : kafriday@mdwcg.com
Jonathan Noah Schwartz , E-mail : jv@jsjb.law
Jonathan Noah Schwartz , E-mail : js@jsjb.law
Jonathan Schwartz, Esq. , E-mail : jschwartz@jonschwartzlaw.com
Keith Lee , E-mail : klee@feenixpartners.com
Kristin Zankl , E-mail : kzankl@att.net
Legal Assistant , E-mail : receptionwlg300@gmail.com
Luke T Jacobs , E-mail : service@wdpalaw.com
Luke T Jacobs , E-mail : ljacobs@wdpalaw.com
Marc Evan Brandes , E-mail : lbevans@kfb-law.com
Marc Evan Brandes , E-mail : mbrandes@kfb-law.com
Marc Evan Brandes , E-mail : bvillalobos@kfb-law.com
Mark C Perry , E-mail : mark@markperrylaw.com
Mark C Perry , E-mail : maureen@markperrylaw.com
Matthew P Leto , E-mail : mleto@letolawfirm.com
Matthew Pilkington , E-mail : mpilkington@feenixpartners.com
Michael James McMullen , E-mail : Michael@FloridaJusticeFirm.com
Michael James McMullen , E-mail : McMullen.ZCKM@case.tinygnomes.com
Nelly Pena , E-mail : janet.mcmurray@fmglaw.com
Nelly Pena , E-mail : stinelly.pena@fmglaw.com
Patrick Dorsey , E-mail : pdorsey@slp.law
Richard M Jones , E-mail : myrna.montane@fmglaw.com
Richard M Jones , E-mail : richard.jones@fmglaw.com
Robert C Buschel , E-mail : Buschel@BGlaw-pa.com
Robert C Buschel , E-mail : BG.J6R6@case.tinygnomes.com
Robert M Klein , E-mail : robert.klein@fmglaw.com
Robert M Klein , E-mail : martica.carrillo@fmglaw.com
Robert M Klein , E-mail : janet.mcmurray@fmglaw.com
Rose Mahdavieh , E-mail : rose.mahdavieh@gtlaw.com
Salvatore Fazio , E-mail : salfaziolaw@gmail.com
Salvatore Fazio , E-mail : sfazio@500law.com

Case Number: CACE22005125

Salvatore Fazio , E-mail : docketing@500law.com
Scott C Gherman , E-mail : kgleason@scottghermanpa.com
Scott C Gherman , E-mail : sgherman@scottghermanpa.com
Scott Zankl , E-mail : zanklscott3@gmail.com
Steven Harry Meyer , E-mail : service.meyerlaw@gmail.com
Steven Harry Meyer , E-mail : ross@professionalparas.com
Steven Harry Meyer , E-mail : steven@thefirm.legal
Teresa E Williams , E-mail : twilliams@williamslitigationgroup.com
Teresa E Williams , E-mail : tgordon@williamslitigationgroup.com
Teresa E Williams , E-mail : jmcguire@williamslitigationgroup.com