**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**AUTO WHOLESALE OF BOCA, LLC,**          **Case No.: 22-15627-EPK**

    Debtor.

_____/

**FVP OPPORTUNITY FUND III, LP**, a          ADVERSARY PROCEEDING
Delaware limited partnership; **FVP**          CASE NO.: 22-01218-EPK
**INVESTMENTS, LLC,** a Delaware limited
liability company; and **FVP SERVICING,**
**LLC**, a Delaware limited liability company,
et al.

    Plaintiffs,
vs.

**AUTO WHOLESALE OF BOCA, LLC**,
et al.

    Defendant.

_____/

**THE FVP PARTIES JOINDER OF FRANKLIN'S EMERGENCY MOTION FOR**
**ORDER TO SHOW CAUSE WHY AVRUMI "JOSH' LUBIN**
**SHOULD NOT BE HELD IN CONTEMPT OF COURT**

COME NOW the Claimants / Adversary Plaintiffs, FVP Opportunity Fund III, LP, a

Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited

liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability

company ("FVP Servicing") (collectively "FVP Parties"), and hereby join in all respects, as if fully

restated herein, Franklin Capital Funding, LLC's ("Franklin") Emergency Ex Parte Motion for

Order To Show Cause Why Avrumi 'Josh' Lubin Should Not Be Held In Contempt of Court. ECF

No. 912.

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 2 of 5

It is respectfully submitted that the FVP Parties are one of only three parties in the

Adversary Case  – *FVP Opportunity Fund III, LP, et al. v. Auto Wholesale of Boca, LLC, et. al.,*

Adv. Proc. No. 22-01218-EPK (now dismissed) that are authorized to seek the Net Proceeds in the

Court Registry. ECF No. 807. The other two authorized parties to the Net Proceeds in the Court

Registry are Hi Bar Capital, LLC and Franklin Capital Funding, LLC. ECF No. 694.

Accordingly, the FVP Parties, like Franklin, have standing to seek this relief and the FVP

Parties seek the identical relief requested by Franklin.

Dated June 14, 2025.

For the FVP Parties.

Schwartz Breslin PLLC
The DuPont Building
169 East Flagler Street, #700
Miami, Florida 33131
Phone: (305) 577-4626
E-mail:  JB@JSJB.Law
EService@JSJB.law

By:     s/ Jerrell Breslin
Jerrell Breslin, Esq.
Fla Bar No: 269573

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email

electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are

registered with the Court to receive notifications in this matter but not filed of record and by email

upon:

- Michael R Bakst efilemrb@gmlaw.com,
  ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@g
  mlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu
  3291@gmlaw.com

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 3 of 5

- Michael R. Bakst efileu1094@gmlaw.com,
  ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com

- Eyal Berger eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- Marc E Brandes mbrandes@kfb-law.com, bvillalobos@kfb-law.com

- John M Brennan jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com

- Jerrell A Breslin jb@jsjb.law, eservice@jsjb.law

- Melissa A. Campbell mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

- Rilyn A Carnahan rilyn.carnahan@gmlaw.com,
  efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com

- Alan R Crane acrane@furrcohen.com,
  yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

- Patrick R Dorsey pdorsey@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

- C Craig Eller celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- Jay L Farrow Jay.Farrow@counselorlawfirm.com

- Heidi A Feinman Heidi.A.Feinman@usdoj.gov

- Jonathan S. Feldman feldman@katiephang.com, service@katiephang.com

- Scott C Gherman sgherman@scottghermanpa.com

- Daniel Gielchinsky dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

- Catherine Holly Yach Gleason ktgleasonlegal@gmail.com

- Travis A Harvey tharvey@butler.legal

- Michael J. Harwin mharwin@stearnsweaver.com

- Michael S Hoffman mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com

- Dana L Kaplan dana@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

- Amanda Klopp amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- Philip J Landau plandau@landau.law,
  plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 4 of 5

- Linda M Leali lleali@lealilaw.com,
  lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com

- Linda Marie Leali trustee@lealilaw.com,
  F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw
  .com;ecf.alert+LeaLi@titlexi.com

- Michael D Lessne mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

- Matthew P. Leto mleto@letolawfirm.com, kzelaya@letolawfirm.com

- Nathan G Mancuso ngm@mancuso-law.com

- David B Marks brett.marks@akerman.com, charlene.cerda@akerman.com

- Cory Mauro cory@maurolawfirm.com,
  paralegal@maurolawfirm.com;evan@maurolawfirm.com

- Nicole Testa Mehdipour nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.co
  m;mehdipournr85783@notify.bestcase.com

- Nicole Testa Mehdipour Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.ne
  t;BCasey@ntmlawfirm.com

- James B Miller bkcmiami@gmail.com

- James C. Moon jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lresta
  nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- John E Page jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.co
  m;mortman@slp.law

- Eric S Pendergraft ependergraft@slp.law,
  dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- Patricia A Redmond predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

- Ryan C Reinert rreinert@shutts.com, jheard@shutts.com

- Jason S Rigoli jrigoli@furrcohen.com,
  yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com

- Ezequiel Joseph Romero romeroe@bryancave.com, zeke.romero30@gmail.com,ezequiel-
  romero-9088@ecf.pacerpro.com

- Carlos E. Sardi carlos@sardilaw.com,
  carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

- Zach B Shelomith zbs@lss.law, info@lss.law;alt@lss.law;zshelomith@ecf.inforuptcy.com

Case No. 22-15627-EPK
Adv. Proc. Case No.: 22-01218-EPK

Page 5 of 5

- Bradley S Shraiberg bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

- Eric J Silver esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

- David R Softness david@softnesslaw.com

- Christian Somodevilla cs@lss.law, binfo@lss.law;cs@ecf.courtdrive.com;zbs@lss.law;alt@lss.law

- Lauren Stricker lstricker@shukerdorris.com, bankruptcy@shukerdorris.com;atillman@shukerdorris.com;mdorris@shukerdorris.com;mfranklin@shukerdorris.com;rshuker@shukerdorris.com

- Harry Winderman harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- Ryan Mitchell Wolis rwolis@stearnsweaver.com, egraham@stearnsweaver.com

/ s/ Jerrell Breslin
Jerrell Breslin, Esq.