**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

           AUTO WHOLESALE BOCA, LLC

           Debtor.

------------------------------------------------------------------- /

FVP OPPORTUNITY FUND III, LP, a Delaware  limited partnership;  FVP INVESTMENTS, LLC, a Delaware limited liability company; and FVP SERVICING, LLC, a Delaware limited liability company, et al.

Plaintiffs,
vs.

AUTO WHOLESALE OF BOCA, LLC, et al.

Defendants.

           Defendants.

------------------------------------------------------------------- /

Case No.: 22-15627-EPK
Chapter 7

Adv. Pro. No. 22-01218-EPK

**<u>HI-BAR CAPITAL, LLC'S NOTICE OF JOINDER TO FRANKLIN'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AS TO WHY AVRUMI "JOSH" LUBIN SHOULD NOT BE HELD IN CONTEMPT</u>**

Hi-Bar Capital, LLC ("Hi-Bar"), hereby joins in all respects, Franklin Capital Funding, LLC's ("Franklin") Emergency Ex Parte Motion for Order To Show Cause Why Avrumi "Josh" Lubin Should Not Be Held In Contempt of Court. [D.E. 912].

Hi Bar Capital is also one of only three parties in the Adversary Case – *FVP Opportunity Fund III, LP, et al. v. Auto Wholesale of Boca, LLC, et. al.,* Adv. Proc. No. 22-01218-EPK that is authorized to seek the Net Proceeds in the Court Registry. [D.E. 807]. The other two authorized

1

parties to the Net Proceeds in the Court are the FVP Parties and Franklin Capital Funding, LLC. [D.E. 694].

Respectfully submitted,

LETO LAW FIRM
201 S. Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel.    305-341-3155
Fax:    305-397-1168

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com
pleadings@letolawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 14, 2025, we electronically filed the foregoing document with the Clerk of the Court and provided service to all counsel of record using CM/ECF.

*/s/ Matthew P. Leto*
MATTHEW P. LETO

2