**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

**AUTO WHOLESALE OF BOCA, LLC,**                                    CASE NO.: 22-15627-EPK

    Debtor.                                                                          CHAPTER 7

_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for Interested Party

Avrumi Lubin, and requests that copies of all orders, notices, pleadings and other papers served and

filed herein be served upon the undersigned.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court

for the Southern District of Florida, and I am in compliance with the additional qualifications to

practice in this Court set forth in Local Rule 2090-1(A); and that a true copy of the above document

was filed electronically and served electronically and by mail to all interested parties on attached

service list on this 3rd day of July, 2025.

LAW OFFICES OF DAVID W. LANGLEY
*Attorney for Avrumi Lubin*
8551 W. Sunrise Blvd., Suite 303
Plantation, Florida 33322
Telephone:      954-356-0450
Facsimile:      954-356-0451
E-mail: dave@flalawyer.com

By:      */s/ David W. Langley*_____
    David W. Langley, Esq.
    Florida Bar Number 348279