**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

|  | X |  |  |
|---|---|---|---|
|  | X |  |  |
| **In Re:** | X |  |  |
|  | X | **Case No.:** | **22-15627-EPK** |
| **AUTO WHOLESALE OF BOCA, LLC,** | X | **Chapter 7** |  |
|  | X |  |  |
| **Debtor.** | X |  |  |
|  | X |  |  |

**AVRUMI LUBIN'S**
**MOTION TO ALLOW MICHAEL KASEN TO APPEAR *PRO HAC VICE*, CONSENT TO**
**DESIGNATION AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**

David W. Langley, of the Law Offices of David W. Langley, P.A., counsel for Interested Party Avrumi Lubin ("Movant), pursuant to Local Rule 2090-1(C)(2) and District Court Local Rule 4(b)(2), requests that this Court admit *pro hac vice* Michael Kasen, of Kasen & Kasen, P.C., 115 Broadway, 5th Floor, New York, New York 10006 (Visiting Attorney) to act as co-counsel for Avrumi Lubin in this case, and in support thereof states:

1.      The undersigned is a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court.

2.      I am aware that the local rules of this Court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this Court to act as local counsel for Avrumi Lubin, unless the Court specifically authorizes an attorney not so admitted to act as local counsel.

3.      I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of Avrumi Lubin.

4. Visiting Attorney is a member in good standing of the bar of the State of New York. Visiting Attorney proposes to act as co-counsel for Avrumi Lubin in this case

5. The Order granting this Motion will serve to admit the Visiting Attorney to practice in this case on behalf of Avrumi Lubin and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of Avrumi Lubin.

6. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional Motion to Appear Pro Hac Vice, and that absent such separate motion and an order of this Court approving the same I will continue to act as local counsel for Avrumi Lubin in all such proceedings.

7. The Affidavit of Visiting Attorney Michael Kasen is attached.

WHEREFORE, Avrumi Lubin, through counsel, respectfully asks the Court enter an order of this Court authorizing Visiting Attorney Michael Kasen to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of Interested Party Avrumi Lubin, and indicating Movant as local counsel for Avrumi Lubin, and for such other and further relief as the Court deems just and proper.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that a true copy of the above document was filed electronically and served via CM/ECF to all parties of interest and by email and mail on this 3rd day of July, 2025.

DAVID W. LANGLEY
Attorney for Avrumi Lubin
8551 W. Sunrise Blvd., Ste 303
Plantation, Florida 33322
Telephone:  954-356-0450
E-mail: dave@flalawyer.com
By: ___/s/ David W. Langley_____
David W. Langley, Esq. FBN 348279