**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

|  | X |  |  |
|---|---|---|---|
|  | X |  |  |
| **In Re:** | X |  |  |
|  | X | **Case No.:** | **22-15627-EPK** |
| **AUTO WHOLESALE OF BOCA, LLC,** | X | **Chapter 7** |  |
|  | X |  |  |
| **Debtor.** | X |  |  |
|  | X |  |  |

**DECLARATION OF PROPOSED VISITING ATTORNEY MICHAEL KASEN**

STATE OF NEW YORK
COUNTY OF NEW YORK

Pursuant to 28 U.S.C. § 1746, Michael Kasen, under penalty of perjury, states as follows based on personal knowledge:

1.      I am a member in good standing of the bar of the state of New York and am admitted in the Southern and Eastern Districts of New York. I am not admitted to the bar of the United States District Court for the Southern District of Florida.

2.      I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

3.      I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Interested Party Avrumi Lubin. I designate David W. Langley as Local Counsel, who is qualified to practice in this Court, as local counsel for Avrumi Lubin.

4.      I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of Avrumi Lubin, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate Motion to Appear Pro

Hac Vice on my behalf.

5.      I certify that I am familiar with and shall and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

6.      I further certify that I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2025.

_____
Michael J. Kasen, Esq.