

**ORDERED in the Southern District of Florida on July 3, 2025.**

**Erik P. Kimball
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                   Case No. 22-15627-EPK
                                                                         Chapter 7

**AUTO WHOLESALE OF BOCA, LLC,**

    Debtor.

_____/

### ORDER SETTING HEARING AND RESPONSE DEADLINE ON
### MOTION TO DISQUALIFY THE LETO LAW FIRM AND MATTHEW LETO

**THIS MATTER** came before the Court upon *Avrumi Lubin's Motion to Disqualify the Leto Law Firm and Matthew Leto from Representing Hi Bar Capital Pursuant to Rule 4-1.9 of the Rules Regulating the Florida Bar* [ECF No. 925] (the "Motion to Disqualify") filed by Avrumi Lubin. With the Court being fully advised in the premises, it is **ORDERED** that:

1. The Court will hold a hearing on the Motion to Disqualify on **July 30, 2025 at 11:00 a.m.** The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Communications, Inc.

("Zoom"), which permits remote participation by video or by telephone.  To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

2.	Not later than **4:00 p.m.** on **July 23, 2025**, Matthew Leto and the Leto Law Firm may file and serve on Mr. Lubin a response to the Motion to Disqualify.  Absent leave of Court, any response and supporting memorandum must not exceed 10 pages in the aggregate, excluding the certificate of service and excluding any exhibits.

3.	Absent leave of Court, no reply or further briefing is permitted.

###

Copies Furnished To:

David W. Langley, Esq.

*David W. Langley, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service.*