

**ORDERED in the Southern District of Florida on July 15, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

**AUTO WHOLESALE OF BOCA, LLC,**

CASE NO.: 22-15627-EPK
CHAPTER 7

    Debtor.

_____/

### ORDER ADMITTING ATTORNEY PRO HAC VICE

THIS MATTER came before the Court without a hearing on Avrumi Lubin's Motion to Allow Michael Kasen Appear *Pro Hac Vice* [ECF No. 924] in this case pursuant to Local Rule 2090-1(C)(2) and District Court Local Rule 4(b)(2), and the Court, having considered the Motion, having considered the argument of counsel, and being otherwise fully advised, it is:

ORDERED that Michael Kasen, of Kasen & Kasen, P.C., 115 Broadway, 5th Floor, New York, New York 10006, mkasen@kasenlaw.com, may appear before the court *pro hac vice* as counsel for Avrumi Lubin in this case and any related adversary proceeding subject to the local rules of this Court.

The certification required by Local Rule 9011-4(B)(2) shall be included on all papers filed by the movant.  The following attorney is designated as the attorney qualified to practice in this court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

David W. Langley

8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
954-356-0450

Florida Bar Number 348279

**Submitted by:**
DAVID W. LANGLEY
*Attorney for Debtor*
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone:	954-356-0450
Fax:		954-356-0451
E-mail: dave@flalawyer.com
Florida Bar Number 348279

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest