**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

                                                 **Case No.: 22-15627-EPK**

**AUTO WHOLESALE OF BOCA, LLC,**      **Chapter 7**

       **Debtor.**

------------------------------------------------------------------- /

## DECLARATION OF MATTHEW P. LETO

I, Matthew P. Leto, hereby declare as follows:

1.      My name is Matthew P. Leto. I am over the age of 18 and am a resident of the State of Florida.

2.      I own the Leto Law Firm.

3.      Since August 1, 2023, my law firm and I have represented Hi-Bar Capital, LLC ("Hi Bar"), Mordechai Herbst and Yisroel Herbst in the instant matter, in bankruptcy proceedings Case No. 22-12790-EPK and 23-01132-EPK, and in two cases pending in Broward County Circuit Court, Case Nos. CACE-22-005125 and CACE-22-006401.

4.      I make this declaration based upon my personal knowledge.

5.      I make this declaration in support of the response in opposition to Avrumi Lubin's Motion to Disqualify the Leto Law Firm and Matthew Leto from Representing Hi Bar Capital Pursuant to Rule 4-1.9 of the Rules Regulating the Florida Bar (the "Motion") [D.E. 925], filed on behalf of Hi-Bar, myself, and Leto Law Firm.

6.      In his declaration filed in support of his Motion, Lubin states: "Upon information and belief, Mr. Leto and the Firm have shared confidential information they gained through representing me with other litigants in other matters." [D.E. 925-2 at ¶ 27].

7.     I have no idea what "confidential information" or "other matters" to which Lubin refers. However, neither I nor anyone in my law firm have "shared confidential information they gained through representing [Lubin or Spin] with other litigants in other matters."

8.     In addition, Lubin has repeatedly contacted counsel and parties opposing him in the various legal matters and expressly stated, among other accusations against his own lawyers and others, that he was waiving any attorney client privilege that he had.  *See* Composite Exhibit "A," which is merely an example of the emails written by Lubin.  I have been copied on approximately 650 emails from Lubin since April 2024.

9.     My firm's relationship with Lubin and/or Spin ended in March 2024 when he refused to pay for services rendered to Hi Bar under the Joint Defense Agreement.

10.    Indeed, on March 20, 2024, Lubin made it clear that he was no longer paying fees for the Herbst's' or Hi Bar.  I was instructed to deal directly with them. *See* Exhibit "B."

11.    I was also instructed not to contact Lubin directly. *See* Exhibit "C."

12.    On April 2, 2024, after my invoices remained unpaid, my law firm filed a lawsuit against Lubin. That matter was resolved through a settlement agreement in late 2024. *See* Exhibit "D."

13.    This is the fifth motion seeking to disqualify me and my law firm as counsel for Hi Bar filed by Mr. Lubin or on his behalf since February 2025 across three separate actions. Mr. Lubin filed similar motions seeking disqualification in the Adversary Proceeding on February 3, 2025 [D.E. 214] and February 12, 2025 [D.E. 231]); and in the Broward County Action on February 3, 2025 (Filing # 215853810) and April 9, 2025 (Filing # 220696996).

14.     In addition, in the past fifteen months, Lubin has repeatedly called me a "criminal", threatened me with various lawsuits, and has even sent me "disappearing" WhatsApp messages containing various threats.

15.     Between the five motions to disqualify and the numerous emails and WhatsApp messages, it is plain that Mr. Lubin's goal is to harass me and Hi Bar by forcing it to incur legal fees defending these motions.

I, Matthew P. Leto, hereby declare under the penalty of perjury that I have read the foregoing declaration and the information contained herein is true and correct.

Dated: July 23, 2025

/s/ Matthew P. Leto
MATTHEW P. LETO

# EXHIBIT A

## Matthew Leto

| | |
|---|---|
| **From:** | Josh Lubin <josh@spincapital.com> |
| **Sent:** | Tuesday, January 21, 2025 4:14 PM |
| **To:** | Piloto, Hilda; Contreras-Martinez, Carmen; ABehrendt@BODMANLAW.COM; maprieto@ 17th.flcourts.org; nicolem@ntmlawfirm.com; Alan Crane; Shanna Kaminski; tips@nypost.com; tips2@bloomberg.net; tips@dailymail.com; USANYS.SDNYWebmaster@usdoj.gov; USAFLS.CitizenComplaints@usdoj.gov; USAMIE.EJ@usdoj.gov; chiefsoffice@myboca.us; tips@nbcuni.com; casereview@browardsao.com; sao17@sao17.state.fl.us |
| **Cc:** | Weidman, Joeli; begozi@egozilaw.com; Oliver Griffin; Melissa Bozeman; Brian S. Dervishi; jmoon@melandbudwick.com; Jerry Breslin; Matthew Leto; Brad S. Shraiberg; Shaya Baum; jdejonker@seyfarth.com; 'morgan@elrolaw.com'; mwolfson@foley.com; Roger Schsholm; Rod  Coleman; Marko F. Cerenko |
| **Subject:** | Re: Bryan Cave et al unintentional Malpractice Conspiracy |
| **Attachments:** | Bernie Egozi Fw FVP Opportunity Fund III, LP v. Hi Bar Capital, et al.  Hearing on Motion to Withdraw as counsel for Lubin and Spin.eml |

Bernie Egozi had someone reach out telling me that he's in trial for 3 weeks when there's a dangerous situation going on in the courts that requires emergency relief. See attached .

There's no running away from this.

I'm demanding all Spin attorneys reply on this email chain. I waived all my/spin attorney client privilege.

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 21, 2025 2:27:30 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

There's clear cut evidence between all the lawsuits that Spins attorneys were not protecting my interests. This is reckless and the lawfirms are going to have to pay the damages here (part of them).

1

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 21, 2025 1:32:35 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Bryan Cave et al unintentional Malpractice Conspiracy

Still no responses from Spin attorneys (besides Shanna)??? How bad can the exposure be. This makes no sense. Spin attorneys you're required by law to communicate with you client and provide advise and required by law to protect my interest.  Especially when there's a massive Fraud upon the court (in 3 states and over a dozen lawsuits) and all Spin attorneys KNOW My attorneys were/are not protecting Spin/my interest.

I'm demanding responses in this email chain. I waived all my attorney client privileges

REQUIRED BY LAW TO REPORT MATT LETO CRIMES TODAY 2025-01-21 18_15_09.eml

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 2:54:37 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi

2

<brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: REQUIRED BY LAW TO REPORT MATT LETO CRIMES TODAY

See below from one of my new attorneys that will be noticing in; in a few days.. it's a set up to remove Franklin and Hi Bar criminal exposure

My attorneys mess up by unintentionally assigned spins rights to Franklin upon information and belief Hi Bsr and Franklin are commuting a massive fraud on the court by alkegiing Franklin owns Spins rights to the common interest agreement without ever raising the issue in court I went through  over 10 firm saying i think Franklin is calling the shots to my attorneys and they reviewed the assignment and thought its impossible for Franklin to own the rights because the assignment doesn't assign future rights I just delivered with a Michigan attorney where his original analysis was wrong and then I asked him if there anyway the JDA predates to the date Hi Bar entered into the agreement with the debit which is 3 days before Soin signed the Franklin assignment. That's how so many attorneys missed it

"who is that guy? its a set up for Judge to rule in favor of Franklin -rule (f) Judgment Independent of the Motion. After giving notice and a reasonable time to respond, the court may:
(1) grant summary judgment for a nonmovant;
(2) grant the motion on grounds not raised by a party; or
(3) consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute."

US attorneys offices,

If you looks at all the cases, you can see Spin attorneys intentionally missing deadlines and resulting on complaints. Which is clearcut malodorous. The head here will be that the biggest us lawfirms in the country unintentionally commited malpractice because of some really. Smart people tricked all the lawfirms into malpractice which is why all my lawfirms are ignoring me

When they at required by law to address snsitu

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 12:19 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>

Cc: Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** REQUIRED BY LAW TO REPORT MATT LETO CRIMES TODAY

Hey everyone,

I hope you're having a great MLK day (because I'm definitely not, being busy with a bunch of criminals committing crimes on me and causing me stupid damages that can potentially be over 100MM in damages)

Everyone in this email chain is required by law to report Matt Leto to the us attorneys office immediately. I am personally required by law to report it as well, though all my attorneys are ignoring me so I am having a difficultly reporting it.

Matt Leto (who claims is not my attorney when his engagement letter attached says otherwise and never sent me a termination letter) is working  against my interest by actively representing a claim that I/Spin own and previously demanded he withdraw from the case and he refused to listen (which is illegal). In the claims that Mr Leto is representing, he filed a collusive SJ (which is another clear cut crime). Refuse to leave the case which is another clear cut crime.

There's an extremely dangerous situation that was created by Franklin and Hi Bar and this needs to be reported to the US attorneys office today.

Failing to report these clear cut crimes to the us attorneys office can cause me a criminal liability and suffer significant damages which I already suffered stupid damages the last 3 years, by my own attorneys not prefetching my interests

This is not government conspiracy. It's a bunch of kawrirms that commited malpractice and all tried to cover it up so they don't have malpractice exposure: the only clear cut evidence of a crime is Matt Leto. The rest appears to be malpractice which is what the headline will be. A bunch of us firms commited malpractices and unintentional conspired against their client because of Franklin and Hi Bat played with fire and tricked attorneys into malpractice. I would assume

Spin attorneys,
Due to this severe and dangerous situation that caused me stupid damages, I'm demanding you copy me on the emails with the us attorneys office. You're required by law to protect my interest even though you got tricked into malpractice by Franklin and Hi Barr.

Matt Leto,

I'm demanding you withdraw from the case by tomorrow at 5pm EST the latest.

Boca Police,

Can you send me a report on who stole the Excell auto group/karma cars which I am first positions lien on?

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 12:54:23 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

I'm demanding a disqualification motion be filed against Matt Leto by tomorrow with me appearing in person on the ground that Mr claims he's not my attorney and he's actively representing my claim and he's working against my interest. That's 100% illegal. Mr Leto is a criminal. This is reckless and extremely dangerous and a emergency motion must be filed on Monday January 20th 2025.

You're all required by law to file this motion due to the fact of being aware of multiple criminal act by Mr Leto including a collusive MsJ with Franklin.

We live in the United States. This kind of activity does not go down in our country. This is absolutely reckless.

Scott Gherman, please file motion by OSC tomorrow. Thanks

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 12:37:01 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>;

5

Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Scott Gherman,

I believe you're required by law to set an emergency hearing with all attorneys and their clients in this to appear in person and be prepared to testify and be questioned. FVP, Franklin, Hi Bar and Spins attorney client privilege getting waived here. I provided clear cut evidence of fraud, collusive activity, Spin attorneys clearly not protecting my interest in a few cases across 3 states.

Please call me on cell 732-608-4995. I don't believe your client had any involvement in this, though could be wrong.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 10:13:48 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Alan crane,

I'm demanding you withdraw your clients lawsuit against me. Those issues were already ruled on by a NY judge. This is reckless

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 10:11:09 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>;

jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Franklin litagating the same issue in 3 states (NY, Michigan and Florida) all frivolous issue and some of the issue were ruled on in NY and Florida. The judges ruled Spin is not an alter ego and Spin/josh did not commit fraud.

Brad Shraiberg, remove yourself from this case immediately. This is reckless and it's going to be on the news. This is nuts and the fact that no Spin attorneys notified me about this is even more insane. Intentional defaults all over the place by Soin attorneys. This is crazy

I have bunch of attorneys reviewing the dockets and just keeps getting worse

Bunch of criminals

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 5:48:15 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Franklin would've owned the rights to Spins malpractice claim (if spins rights were assigned to the JdA).

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 5:46:42 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman

<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

Jason DeJonker committed malpractice on Franklin, Spin and Hi Bar by potentially unintentionally assigning Spins rights to the JDA agreement to Franklin and never notified me about this issue when he should've. Franklin is now estopped. People have criminal exposure. Jason DeJonker is the mastermind (and potentially Matt Leto for continuing it). This a fucking mess.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 1:47:22 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Shanna Kaminksky,

We need to write a letter to the judge in Michigan asap that upon information an belief Franklin has been committing a massive fraud upon the court. And that Bryan cave may have unintentionally assigned Spins rights to Franklin and were unaware of the issue ever being litagated.

When can we set up a call here so you can advise on the situation. See email chain below

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:57:58 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman

8

<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Spin Attorneys,

Please send me a waiver of personal/Spin attorney client privilege as soon as possible. This is a very dangerous situation and my privilege must be waived immediately.

Thank you,

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:50:27 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Spin attorneys,

Please add in my affidavit that the owner of Hi Bar and the majority owner of Franklin are blood related first cousins.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:44:54 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Add in the motion/affidavit that Jim Moon withdrew a receiver motion without my authority and that me/Spin supported FVP receiver motion that was filed in April of 2022 and that motion somehow evaporated. It appears that none of the creditors besides Spin want a receiver here because it appears the creditors (other then Spin) committed self help by stealing the collateral when Spin owns the rights to the 1st lien on the vehicles and that upon information and belief FVP, Hi Bar and Franklin (along with Zankl) have been entering into side agreements to defraud Spin and commit fraud upon the court.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:04:28 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Bernie Egozi, Hilda Piloto, Carmen and Marko,

I have your having a great weekend,

I'm instructing you tweak the motion in the email attached (that was withdrawn without my authority by Matt Leto) and file it by (as Spin as asignee) OSC with me appearing in person at the hearing to testify.

Add too the motion that Bryan Cave may have unintentionally assigned Spins rights to Franklin to the Hi Bar - Spin common interest agreement/assignment of Hi Bar claims to Spin. And upon information and belief Franklin and Hi Bar are actively committing fraud upon the court in 3 stars (NY, FL and Michigan) and until all issue are litigated the receiver should investigate who stole the collateral and sue to recover the funds/cars and hold the funds in escrow until all proceeds issue between all three states are litigated. This is an emergency to preserve whatever collateral/funds still exist and the SOL on conversion is coming up in a little over a year and 2 years for civil theft.

You can add that Spin is out 2MM in fees in this hornets nest and none of Spins previous attorneys profited Spin/my interest.

Send me affidavit to sign.

You're all required by law to protect my personal interests and I'm personally required by law to attempt to mitagate damages and now that I'm aware of the potential issue we must file this motion immediately.

Let me know when we can set up a call to discuss. This is an absolute emergency and needs to be filed immediately (this week).

You're all required by law to be response to your client which you have failed to do the last week plus. Required by law to communicate with their clients and provide advice on the situation.

Let's get this filed by Tuesday.

Thanks!!

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 9:05:01 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Bernie Egozi,

I'm demanding you object to Sual Ewing withdrawal in the state Broward case on the grounds of failing to protect my/Spins interest and request an evidentiary with me personally testifying. Your required by law to submit this objection.

Thank you,

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 8:04:13 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

This is why Oliver Griffin was fired. He drafted a perjury complaint which almost got filed and I cought it last minute. See email attached with the complaint.

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 8:43:43 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Marko,

Did Saul Ewing seek any claims enforcing the Hu Bar claims? Did they even notice in as assignee as promised? I signed this engagement attached in August, and from I'm being told, sual Ewing has done absolutely zero.

You can respond to me privately.

**"Scope Of Services:** The Firm will provide the following services (the "Engagement"):
The Firm will defend the Client in litigation in Broward County,
Circuit Court and assert claims seeking to enforce an assignment of
claims in the litigation."

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 8:29:36 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>;

12

Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

I'm the temporary captain here trying to save this 3 deck sinking ship (by current spin lawyers and other lawyers) and I'm demanding any information or deadlines coming up be sent to me via email. You're all authorized to speak to me without an attorney present.

All Spin attorneys have been ignoring me the last few days. Which means I currently do not have an attorney protecting my interests that's noticed into the cases.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 7:44:34 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Oliver Grifin,

You were representing Spin and never notified me about these lawsuits???? wtf is this?? This is reckless.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 7:40:56 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman

<rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Alan,

Please write me a detailed explanation why I/Spin was sanctioned by the court. What documents were not provided? I am unaware of if you requesting documents and me not providing. My attorneys never notified about any requests.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 7:33:55 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Alan Crain,

Since none of Spin attorneys are communicating with or sending any request for months already. I'm demanding you personally send me any request that may be coming due until my new attorneys are fully up to speed.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:52:28 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Correction Hi Bar - Franklin MSJ

14

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:51:46 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Maria,

Please notify judge tutor about the Hi Bar - Franklin. Its potentially a very dangerous situation.

"who is that guy? its a set up for Judge to rule in favor of Franklin -rule (f) Judgment Independent of the Motion. After giving notice and a reasonable time to respond, the court may:
(1) grant summary judgment for a nonmovant;
(2) grant the motion on grounds not raised by a party; or
(3) consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute."

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:33:54 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Allan Crane,

Can you make a criminal referral through the bankruptcy case??

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:30:17 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

Perjury affidavit attached with Zankl alleging he never signed it.

Bernie,

Do we have an obligation to report this??

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 15, 2025 11:50:10 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Josh Lubin v Spin Capital, Franklin and Shaya Baum with a limited receivership over Spin capital pending the issues that need to be litagated.

There's collusive activity in the courts

Working on getting this situation fixed as soon as soon as possible .

Matt Leto,

Make sure Hi Bar and Spin are protected here.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 14, 2025 6:12:27 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

I'm demanding everyone in this email chain to read the Hi Bar - Franklin MSJ and response. This is extremely important and extremely dangerous.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 14, 2025 5:03:33 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

I need drafts of the Spin engagements letter and need to update immediately.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 14, 2025 4:45:45 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All Spin attorneys you are unauthorized to discuss this matter with any attorneys including other Spin attorneys without me copied on the email and me being on the phone call.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 10:44 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Marko & Bernie,

Now that I'm aware of the potential issue, I need to move quick, can't have any liability on not attempting to mitigate Spins/all damages.

Need to have to OSCs filed within 2 weeks.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 9:57:51 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko

<mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Bernie and Marko,

I need you to review the last few months of filings since Saul Ewing hasn't notified me about any filings since August and I believe the previous attorney Oliver Griffin hasn't notified me about any filings either. We need to look back about a year. And send me a short memo of wtf is going on

Get [Outlook for iOS](#)

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 6:03:38 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

And never sent me the complaint? What a joke

Get [Outlook for iOS](#)

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 6:03:14 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Hilda,

You filed a response to Franklins motion without my authority???? What do you think this is a fucking joke??? You clearly advised me as well that no rights were assigned before I signed your engagement.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 5:59:26 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

Already got one response from Spin attorney. I'm demanding all Spin attorneys to respond TODAY.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 5:52:46 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Spin Capital LLC v Karma JDA RIGHTS

All,

Has Franklin alleged in the third party complaint that they own Spins rights to the hi bar-Spin JDA? Need a response immediately.

Marko, please review asap.

## Matthew Leto

| | |
|---|---|
| **From:** | Josh Lubin <josh@spincapital.com> |
| **Sent:** | Monday, March 3, 2025 5:36 PM |
| **To:** | Brandley, George (USANJ); Gardocki, Mary E. (NK) (FBI); Gabe Isaacov; Gabe Isaacov; Piloto, Hilda; Contreras-Martinez, Carmen; ABehrendt@BODMANLAW.COM; nicolem@ntmlawfirm.com; Alan Crane; Shanna Kaminski; tips@nypost.com; tips2 @bloomberg.net; tips@dailymail.com; chiefsoffice@myboca.us; tips@nbcuni.com; casereview@browardsao.com; sao17@sao17.state.fl.us; Todd  M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com); WPotts@jamsadr.com; Best, Brendan G.; 'Steven Wells'; klee@feenixpartners.com; USAMIE-EJ@usa.doj.gov; USAFLS-CitizenCompla@usa.doj.gov; USAFLS.CitizenComplaints@usdoj.gov; USANYS.SDNYWebmaster@usdoj.gov; Rod  Coleman; twpanfil@fbi.gov; Jasmina.Vajzovic@usdoj.gov; aczajkowski@fbi.gov; Buschel@BGlaw-pa.com |
| **Cc:** | Weidman, Joeli; begozi@egozilaw.com; Oliver Griffin; Melissa Bozeman; Brian S. Dervishi; jmoon@melandbudwick.com; Jerry Breslin; Matthew Leto; Brad S. Shraiberg; Shaya Baum; jdejonker@seyfarth.com; 'morgan@elrolaw.com'; mwolfson@foley.com; Roger Schsholm; Marko F. Cerenko; Mordi Herbst; Yisroel Herbst; tips@nytimes.com; Picon, David A.; Jeffrey Chubak; 'Fred Stevens'; Mark E. Shure; Avery Samet; 'Morris, Matthew J.'; Malyshev, Alexander G.; Nicole Mehdipour (Other); Nemon, Jacob H.; Patrick Dorsey; david@softnesslaw.com |
| **Subject:** | Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY |
| **Importance:** | High |

Robert Buschel,

I would add AWB/Farache to this email chain, though it's kind of a waste since judge kimball already ruled in the AWB bankruptcy that Mr Farache is a criminal and based on intentionally not responding to FVP he's a co conspirator to Jerry Breslin/FVP and now that I just gave you this information, you have a fiduciary duty to question your NEW client and withdraw the hearing immediately.

On the event you do not withdraw the hearing, I am preserving all rights to sue you (along with a bunch of other lawyers that will be sued in the very near future).

Kind regards,

Josh Lubin

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, March 3, 2025 5:26:48 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski

1

<skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>; USAMIE-EJ@usa.doj.gov <USAMIE-EJ@usa.doj.gov>; USAFLS-CitizenCompla@usa.doj.gov <USAFLS-CitizenCompla@usa.doj.gov>; USAFLS.CitizenComplaints@usdoj.gov <usafls.citizencomplaints@usdoj.gov>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; Rod Coleman <rfc@colemanattorneys.com>; twpanfil@fbi.gov <twpanfil@fbi.gov>; Jasmina.Vajzovic@usdoj.gov <Jasmina.Vajzovic@usdoj.gov>; aczajkowski@fbi.gov <aczajkowski@fbi.gov>; Buschel@BGlaw-pa.com <Buschel@BGlaw-pa.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Nemon, Jacob H. <nemon@clm.com>; Patrick Dorsey <pdorsey@slp.law>; david@softnesslaw.com <David@softnesslaw.com>

**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Robert Buschel,

Jerry Breslin said that Mr Farache & Mr Zankl sold the STOLEN cars. So what you're doing here is reckless. You should get your facts straight from your client and guide yourself accordingly. There's absolutely no running away from anything is this case/cases. A lot of the evidence is recorded on the dockets.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, March 3, 2025 5:11:31 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>; USAMIE-EJ@usa.doj.gov <USAMIE-EJ@usa.doj.gov>; USAFLS-CitizenCompla@usa.doj.gov <USAFLS-CitizenCompla@usa.doj.gov>; USAFLS.CitizenComplaints@usdoj.gov <usafls.citizencomplaints@usdoj.gov>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; Rod Coleman <rfc@colemanattorneys.com>; twpanfil@fbi.gov <twpanfil@fbi.gov>; Jasmina.Vajzovic@usdoj.gov

&lt;Jasmina.Vajzovic@usdoj.gov&gt;; aczajkowski@fbi.gov &lt;aczajkowski@fbi.gov&gt;; Buschel@BGlaw-pa.com
&lt;Buschel@BGlaw-pa.com&gt;
**Cc:** Weidman, Joeli &lt;joeli.weidman@saul.com&gt;; begozi@egozilaw.com &lt;BEgozi@egozilaw.com&gt;; Oliver Griffin
&lt;oliver.griffin@griffinlawllp.com&gt;; Melissa Bozeman &lt;melissa.bozeman@griffinlawllp.com&gt;; Brian S. Dervishi
&lt;brian@wdpalaw.com&gt;; jmoon@melandbudwick.com &lt;jmoon@melandbudwick.com&gt;; Jerry Breslin &lt;jb@jsjb.law&gt;;
Matthew Leto &lt;MLeto@letolawfirm.com&gt;; Brad S. Shraiberg &lt;bss@slp.law&gt;; Shaya Baum &lt;sbaum@winglakecp.com&gt;;
jdejonker@seyfarth.com &lt;JDeJonker@seyfarth.com&gt;; 'morgan@elrolaw.com' &lt;morgan@elrolaw.com&gt;;
mwolfson@foley.com &lt;MWolfson@foley.com&gt;; Roger Schsholm &lt;roger.schsholm@bclplaw.com&gt;; Marko F. Cerenko
&lt;mcerenko@klugerkaplan.com&gt;; Mordi Herbst &lt;mordi@hibarcapital.com&gt;; Yisroel Herbst &lt;ymherbst@gmail.com&gt;;
tips@nytimes.com &lt;tips@nytimes.com&gt;; Picon, David A. &lt;dpicon@proskauer.com&gt;; Jeffrey Chubak
&lt;jchubak@aminillc.com&gt;; 'Fred Stevens' &lt;FStevens@Klestadt.com&gt;; Mark E. Shure &lt;mshure@em3law.com&gt;; Avery
Samet &lt;asamet@aminillc.com&gt;; 'Morris, Matthew J.' &lt;mmorris@proskauer.com&gt;; Malyshev, Alexander G.
&lt;Malyshev@clm.com&gt;; Nicole Mehdipour (Other) &lt;nicolem@ntmlawfirm.com&gt;; Nemon, Jacob H. &lt;nemon@clm.com&gt;;
Patrick Dorsey &lt;pdorsey@slp.law&gt;
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Robert Buschel,

Spin Capital LLC is senior UCC to FVP and the farache/AWB vehicles belong to Spin (see assignment of
claims attached). Why are you scheduling a hearing on inventory that belongs to Spin (alleging it belongs
to FVP)? Wouldn't that be fraud upon the court?

Nice to meet you Robert.

Get [Outlook for iOS](#)

---

**From:** Josh Lubin &lt;josh@spincapital.com&gt;
**Sent:** Sunday, March 2, 2025 2:30:22 PM
**To:** Brandley, George (USANJ) &lt;george.brandley@usdoj.gov&gt;; Gardocki, Mary E. (NK) (FBI) &lt;megardocki@fbi.gov&gt;; Gabe
Isaacov &lt;gabe@redstoneadvance.com&gt;; Gabe Isaacov &lt;gabe@bmfcapitalllc.com&gt;; Piloto, Hilda
&lt;hilda.piloto@saul.com&gt;; Contreras-Martinez, Carmen &lt;carmen.contreras-martinez@saul.com&gt;;
ABehrendt@BODMANLAW.COM &lt;ABehrendt@BODMANLAW.COM&gt;; nicolem@ntmlawfirm.com
&lt;nicolem@ntmlawfirm.com&gt;; Alan Crane &lt;acrane@furrcohen.com&gt;; Shanna Kaminski
&lt;skaminski@kaminskilawpllc.com&gt;; tips@nypost.com &lt;tips@nypost.com&gt;; tips2@bloomberg.net
&lt;tips2@bloomberg.net&gt;; tips@dailymail.com &lt;tips@dailymail.com&gt;; chiefsoffice@myboca.us
&lt;chiefsoffice@myboca.us&gt;; tips@nbcuni.com &lt;tips@nbcuni.com&gt;; casereview@browardsao.com
&lt;casereview@browardsao.com&gt;; sao17@sao17.state.fl.us &lt;sao17@sao17.state.fl.us&gt;; Todd M. Feldman - Feldman Law
Group (Todd@tfeldmanlaw.com) &lt;todd@tfeldmanlaw.com&gt;; WPotts@jamsadr.com &lt;WPotts@jamsadr.com&gt;; Best,
Brendan G. &lt;bgbest@varnumlaw.com&gt;; 'Steven Wells' &lt;steve@wellspc.com&gt;; klee@feenixpartners.com
&lt;KLEE@feenixpartners.com&gt;; USAMIE-EJ@usa.doj.gov &lt;USAMIE-EJ@usa.doj.gov&gt;; USAFLS-CitizenCompla@usa.doj.gov
&lt;USAFLS-CitizenCompla@usa.doj.gov&gt;; USAFLS.CitizenComplaints@usdoj.gov &lt;usafls.citizencomplaints@usdoj.gov&gt;;
USANYS.SDNYWebmaster@usdoj.gov &lt;USANYS.SDNYWebmaster@usdoj.gov&gt;; Rod Coleman
&lt;rfc@colemanattorneys.com&gt;; twpanfil@fbi.gov &lt;twpanfil@fbi.gov&gt;; Jasmina.Vajzovic@usdoj.gov
&lt;Jasmina.Vajzovic@usdoj.gov&gt;; aczajkowski@fbi.gov &lt;aczajkowski@fbi.gov&gt;
**Cc:** Weidman, Joeli &lt;joeli.weidman@saul.com&gt;; begozi@egozilaw.com &lt;BEgozi@egozilaw.com&gt;; Oliver Griffin
&lt;oliver.griffin@griffinlawllp.com&gt;; Melissa Bozeman &lt;melissa.bozeman@griffinlawllp.com&gt;; Brian S. Dervishi
&lt;brian@wdpalaw.com&gt;; jmoon@melandbudwick.com &lt;jmoon@melandbudwick.com&gt;; Jerry Breslin &lt;jb@jsjb.law&gt;;
Matthew Leto &lt;MLeto@letolawfirm.com&gt;; Brad S. Shraiberg &lt;bss@slp.law&gt;; Shaya Baum &lt;sbaum@winglakecp.com&gt;;
jdejonker@seyfarth.com &lt;JDeJonker@seyfarth.com&gt;; 'morgan@elrolaw.com' &lt;morgan@elrolaw.com&gt;;
mwolfson@foley.com &lt;MWolfson@foley.com&gt;; Roger Schsholm &lt;roger.schsholm@bclplaw.com&gt;; Marko F. Cerenko

3

<mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Nemon, Jacob H. <nemon@clm.com>; Patrick Dorsey <pdorsey@slp.law>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Added Patrick Dorsey here, since he just filed a motion that may end him up in prison.

Hi Patrick,

I hope all is well.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, March 2, 2025 12:27:59 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>; USAMIE-EJ@usa.doj.gov <USAMIE-EJ@usa.doj.gov>; USAFLS-CitizenCompla@usa.doj.gov <USAFLS-CitizenCompla@usa.doj.gov>; USAFLS.CitizenComplaints@usdoj.gov <usafls.citizencomplaints@usdoj.gov>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; Rod Coleman <rfc@colemanattorneys.com>; twpanfil@fbi.gov <twpanfil@fbi.gov>; Jasmina.Vajzovic@usdoj.gov <Jasmina.Vajzovic@usdoj.gov>; aczajkowski@fbi.gov <aczajkowski@fbi.gov>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Nemon, Jacob H. <nemon@clm.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Oliver Griffen, Morgan Eidelbaum, Brian Dirvishi, Mark Wolfson, Jim Moon, Todd Feldman, Bernie Egozi, Matt Leto and Hilda Piloto, Carmen Contreras and Jason Denjoker.

4

Please send a detailed report on what work you did for Spin/Josh and what filings you reviewed for all related cases. Please send report immediately due to the dangerous and sensitive situation here.

I'm demanding you send this report immediately and turn over any files to Spin attorneys that may reach out to you.

Thank you,

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, March 2, 2025 10:38:22 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>; USAMIE-EJ@usa.doj.gov <USAMIE-EJ@usa.doj.gov>; USAFLS-CitizenCompla@usa.doj.gov <USAFLS-CitizenCompla@usa.doj.gov>; USAFLS.CitizenComplaints@usdoj.gov <usafls.citizencomplaints@usdoj.gov>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; Rod Coleman <rfc@colemanattorneys.com>; twpanfil@fbi.gov <twpanfil@fbi.gov>; Jasmina.Vajzovic@usdoj.gov <Jasmina.Vajzovic@usdoj.gov>; aczajkowski@fbi.gov <aczajkowski@fbi.gov>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Nemon, Jacob H. <nemon@clm.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

@Rod Coleman I am still waiting on a report on what work you did with Spins money that was sent to you in December. You promised to send me report over a month ago and haven't received any report or any communications from you. Please send report and what filings you reviewed ASAP.

Thank you,

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, February 25, 2025 7:59:27 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>; USAMIE-EJ@usa.doj.gov <USAMIE-EJ@usa.doj.gov>; USAFLS-CitizenCompla@usa.doj.gov <USAFLS-CitizenCompla@usa.doj.gov>; USAFLS.CitizenComplaints@usdoj.gov <usafls.citizencomplaints@usdoj.gov>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>; Nemon, Jacob H. <nemon@clm.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Shanna,

Have a very ethical Michigan attorney that can co counsel the Michigan case with you in the event we need to appeal the damages? I'll send a retainer

Get Outlook for iOS

---

**From:** Josh Lubin
**Sent:** Tuesday, February 25, 2025 11:50:33 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com

6

<KLEE@feenixpartners.com>; USAMIE-EJ@usa.doj.gov <USAMIE-EJ@usa.doj.gov>; USAFLS-CitizenCompla@usa.doj.gov <USAFLS-CitizenCompla@usa.doj.gov>; USAFLS.CitizenComplaints@usdoj.gov <usafls.citizencomplaints@usdoj.gov>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; 'Nemon, Jacob H.' <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>
**Subject:** RE: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

I never authorized any vehicles to be sold (and I technically don't even have that authority, even though I own the first position UCC, due to the TRO in effect)

---

**From:** Josh Lubin
**Sent:** Tuesday, February 25, 2025 11:19 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM; nicolem@ntmlawfirm.com; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com; tips2@bloomberg.net; tips@dailymail.com; chiefsoffice@myboca.us; tips@nbcuni.com; casereview@browardsao.com; sao17@sao17.state.fl.us; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com; USAMIE-EJ@usa.doj.gov; USAFLS-CitizenCompla@usa.doj.gov; USAFLS.CitizenComplaints@usdoj.gov; USANYS.SDNYWebmaster@usdoj.gov; USAFLS.CitizenComplaints@usdoj.gov
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>
**Subject:** RE: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY
**Importance:** High

@Brandley, George (USANJ)@Gardocki, Mary E. (NK) (FBI)@USAFLS-CitizenCompla@usa.doj.gov@USAMIE-EJ@usa.doj.gov@USAFLS.CitizenComplaints@usdoj.gov@USANYS.SDNYWebmaster@usdoj.gov

Attached is a TRO (freeze order where none of the Karma entities inventory can be sold) that's still in effect as of April 14th 2022. I attached a collateral list and a folder below of cars that were not allowed to be sold after April 14th 2022. Don't think it would be difficult for the DOJ to investigate who stole the cars and where did the funds go. 15MM in cars don't evaporate in the USA. That's not how our country works.

📁 FVP v. Karma - FLSHMV DMV Docs

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, February 25, 2025 8:45 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM; nicolem@ntmlawfirm.com; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com; tips2@bloomberg.net; tips@dailymail.com; chiefsoffice@myboca.us; tips@nbcuni.com; casereview@browardsao.com; sao17@sao17.state.fl.us; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

George Brandley,

Should have transcripts on the Franklin trial very shortly. There were two witness Franklin brought. One who I never spoke to and never heard of which did not end up testifying and Mr Scott Zankl which every word he testified was a lie and very easy lies to prove that Mr Zankl knew he was lying (based on documented evidence showing otherwise). You would have to assume that Mr Zankl has a lot worse exposure than perjury, since he had no problem lying under oath in a trial on lies that are easy to prove.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, February 25, 2025 8:37:50 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com

<casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

@Shanna Kaminski please request transcripts asap for the Franklin v Spin trial on damages. That's evidence I need immediately. When do you expect to have it?

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, February 25, 2025 7:20:37 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

George Brandley,

Matt Leto is a mastermind for criminally conflicting multiple Spin attorneys (I can't even count how many) and never litigating the issue in court, because Hi Bar wouldn't even have the right to litigate the issue and Franklin and the Excell Auto trustee can't litigate the issue due the doctrine of estoppel.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 24, 2025 11:43:48 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

George,

See attached. A perjury affidavit that Franklin filed. Zankl claims he never signed it. I'm 1000% there's a bunch of these between all the related cases.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 24, 2025 11:40:43 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski

10

<skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>; Scott Zankl <scott@excellauto.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

George,

Brad Shraiberg is potentially a mastermind (there's a small chance his client didn't tell Mr Shraiberg that Franklin/Wing Lake was colluding with Hi Bar, though it's very unlikely Brad was not aware).

On the other hand, I am 100% certain Franklin/Wing Lakes Michigan attorney was aware. That same attorney alleged that Hi Bar was a Spin alter Ego. We even had a trial a few months ago with Mr Zankl lying/testifying under perjury statements about me on Franklins behalf. There's perjury affidavits all over the dockets as well.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 24, 2025 11:26:39 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>;

jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>

**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Isaacov,

I didn't forget about you. Demand letter will be sent to your attorney within a week or two.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 24, 2025 11:20:58 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>; Nicole Mehdipour (Other) <nicolem@ntmlawfirm.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

George Brandley,

Jerry Breslin is a mastermind. Mr Breslin filing frivolous lawsuits against me alleging that I own hi bar or that hi bar is a Spin alter ego is part of what caused this conspiracy (knowing that hi bar is its own independent company and FVP entered into collusive agreements with Hi Bar is evidence that Mr Breslin KNOWS hi bar is its own company).

The Excell auto bankruptcy trustee is a mastermind. What I alleged above applies to the Excell auto trustee as well. Excell auto trustee had/had a fiduciary duty to investigate the collateral of affiliated entities and you have to assume that the Excell auto trustee had knowledge of FVP allowing Zankl and farache (AWB) to sell the vehicles.

This whole conspiracy was caused by young and weak lawyers (and a bankruptcy trustee) who thought they were smarter then everyone else, and obviously extremely litigious creditors (fraudsters).

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, February 19, 2025 6:13:05 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; klee@feenixpartners.com <KLEE@feenixpartners.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <dpicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <mmorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Jerry Breslin & Keith Lee,

Spin Capital LLC and me personally is demanding 100MM from FVP and its affiliated entities to settle just the FVP parties from this mess. This would include releases only to the FVP affiliated entities (and its lawyers) and not any other parties in any of the Excell/Karma related cases.

Feel free to reply to me privately.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 17, 2025 8:28:51 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe

Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <MMorris@proskauer.com>; Nemon, Jacob H. <nemon@clm.com>; Malyshev, Alexander G. <Malyshev@clm.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Gabe Isaacov,

Send the screenshot attached to Vel Freedom.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 17, 2025 5:13:55 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.'

<MMorris@proskauer.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

George Brandley,

I hope you're doing well.

I can assure you that there's no running away from this. I remember every exact detail, including when the Department of Justice turned off their body cameras because the DOJ realized it was checkmate (over/exposed).

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, February 14, 2025 1:58:01 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>; Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.' <MMorris@proskauer.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

greg Hearlen lawyer (from capfactor) submitted the file and people reached out to me to put up the funds. This is an active file.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, February 14, 2025 1:55:22 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski

<skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net
<tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us
<chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com
<casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law
Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best,
Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin
<oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi
<brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>;
Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>;
jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>;
mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman
<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst
<mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon,
David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>;
Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.'
<MMorris@proskauer.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

David Picon and Jeff Chuback,

Please send to Capfactor and Leers attorneys immediately.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, February 14, 2025 1:54:01 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe
Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda
<hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>;
ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com
<nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski
<skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net
<tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us
<chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com
<casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law
Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best,
Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin
<oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi
<brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>;
Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>;
jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>;
mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman
<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst
<mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon,
David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>; 'Fred Stevens' <FStevens@Klestadt.com>;
Mark E. Shure <mshure@em3law.com>; Avery Samet <asamet@aminillc.com>; 'Morris, Matthew J.'
<MMorris@proskauer.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

David Picon and Jeff Chubak,

Greg and Steve from Capfactor are selling all the none enumerated policies and trying to sell Spins collateral as seen attached. I just got the submission. I cannot copy them on this email because of the current TRO in effect though this is definitely grounds to expand Fred Stevens estate to all policies immediately. This should be done immediately. We're dealing with a bunch of criminals here.

Let me know when you can have OSC.

Get Outlook for iOS

---

**From:** Josh Lubin
**Sent:** Wednesday, February 12, 2025 4:00:07 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** RE: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

George Brandley,

I removed Mr Heskin, Mr Bryne and Mr Guirdino due to the TRO in effect. Attached is a straight 8MM theft that your department needs to address immediately. Im expecting a phone from you by tomorrow the latest. And yes this is happening to all my cases throughout the country.

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 10, 2025 5:24 PM

**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM; nicolem@ntmlawfirm.com; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com; tips2@bloomberg.net; tips@dailymail.com; chiefsoffice@myboca.us; tips@nbcuni.com; casereview@browardsao.com; sao17@sao17.state.fl.us; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; 'Heskin, Shane' <heskins@whiteandwilliams.com>; Steve Byrne <steve@iniciocapitalgroup.com>; John Giardino <jgiardino@pryorcashman.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY
**Importance:** High


Jeff,

Set an evidentiary hearing for Shane Heskin's frivolous OSC. Shane's part of this conspiracy along with Capfactor and I would like to ask him questions under oath.


Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 10, 2025 10:17:49 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; 'Heskin, Shane' <heskins@whiteandwilliams.com>; Steve Byrne <steve@iniciocapitalgroup.com>; John Giardino <jgiardino@pryorcashman.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Shane Heskin,

I am demanding that you notify of any emergency filings by email and the hearing time and place immediately.

I will appear at the hearing and need to know the time immediately and from which case.

Thank you,

Josh Lubin

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 10, 2025 12:10:32 AM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; 'Heskin, Shane' <heskins@whiteandwilliams.com>; Steve Byrne <steve@iniciocapitalgroup.com>; John Giardino <jgiardino@pryorcashman.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Steve Bryne,

I'm demanding you turn over all life settlements to the estate where Fred Stevens was appointed by the court pending a determination on priority.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, February 9, 2025 11:10:54 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe

Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; 'Heskin, Shane' <heskins@whiteandwilliams.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>

**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

I will be appearing in person on February 12 at 10:30 AM EST representing myself pro se, since I have zero attorneys protecting my interests.

Get Outlook for iOS

---

**From:** Josh Lubin
**Sent:** Sunday, February 9, 2025 9:03:49 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; 'Heskin, Shane' <heskins@whiteandwilliams.com>

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>

**Subject:** RE: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

20

George Brandley,

See Mr Heskin email attached. Not sure what hes talking about, though it appears everyone is in cahoots to defraud me and Shane is insinuating that hes going to blow it up if he doesn't get what he wants (and he will not get what he wants, because I make the decision in my sole discretion) and will be pursuing remedies against White and Williams (Shane Heskin), for advising his client to steal 2MM from me (through a receivership that Spin appointed by the court).

**"Chris and Matt,**

**FYI.  I am weighing all options at this point.  Let me know if you want to discuss."**

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, February 9, 2025 7:45 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM; nicolem@ntmlawfirm.com; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com; tips2@bloomberg.net; tips@dailymail.com; chiefsoffice@myboca.us; tips@nbcuni.com; casereview@browardsao.com; sao17@sao17.state.fl.us; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>; 'Heskin, Shane' <heskins@whiteandwilliams.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com; Picon, David A. <DPicon@proskauer.com>; Jeffrey Chubak <jchubak@aminillc.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY
**Importance:** High

It's not a coincidence that George Brandley office sent me a criminal subpoena.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, February 8, 2025 8:31:22 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin

<oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Isaacov unsent that he doesn't have a POA. Mr Isaacov is delusional that he's going to be able to claim that I signed a poa over to him and that I was incapacitated.



**10:28**   SEAT 3A

Gabe >

Until than don't reach out to me

Normal? What parts not normal??

Everything about u.

That you're a criminal??

Please don't text me.

I never signed a POA in my life

If that's how u think of me

Never

Never

23

Get [Outlook for iOS](#)

---

**From:** Josh Lubin <[josh@spincapital.com](#)>
**Sent:** Saturday, February 8, 2025 9:28:06 PM
**To:** Brandley, George (USANJ) <[george.brandley@usdoj.gov](#)>; Gardocki, Mary E. (NK) (FBI) <[megardocki@fbi.gov](#)>; Gabe Isaacov <[gabe@redstoneadvance.com](#)>; Gabe Isaacov <[gabe@bmfcapitalllc.com](#)>; Piloto, Hilda <[hilda.piloto@saul.com](#)>; Contreras-Martinez, Carmen <[carmen.contreras-martinez@saul.com](#)>; [ABehrendt@BODMANLAW.COM](#) <[ABehrendt@BODMANLAW.COM](#)>; [nicolem@ntmlawfirm.com](#) <[nicolem@ntmlawfirm.com](#)>; Alan Crane <[acrane@furrcohen.com](#)>; Shanna Kaminski <[skaminski@kaminskilawpllc.com](#)>; [tips@nypost.com](#) <[tips@nypost.com](#)>; [tips2@bloomberg.net](#) <[tips2@bloomberg.net](#)>; [tips@dailymail.com](#) <[tips@dailymail.com](#)>; [chiefsoffice@myboca.us](#) <[chiefsoffice@myboca.us](#)>; [tips@nbcuni.com](#) <[tips@nbcuni.com](#)>; [casereview@browardsao.com](#) <[casereview@browardsao.com](#)>; [sao17@sao17.state.fl.us](#) <[sao17@sao17.state.fl.us](#)>; Todd M. Feldman - Feldman Law Group ([Todd@tfeldmanlaw.com](#)) <[todd@tfeldmanlaw.com](#)>; [WPotts@jamsadr.com](#) <[WPotts@jamsadr.com](#)>; Best, Brendan G. <[bgbest@varnumlaw.com](#)>; 'Steven Wells' <[steve@wellspc.com](#)>
**Cc:** Weidman, Joeli <[joeli.weidman@saul.com](#)>; [begozi@egozilaw.com](#) <[BEgozi@egozilaw.com](#)>; Oliver Griffin <[oliver.griffin@griffinlawllp.com](#)>; Melissa Bozeman <[melissa.bozeman@griffinlawllp.com](#)>; Brian S. Dervishi <[brian@wdpalaw.com](#)>; [jmoon@melandbudwick.com](#) <[jmoon@melandbudwick.com](#)>; Jerry Breslin <[jb@jsjb.law](#)>; Matthew Leto <[MLeto@letolawfirm.com](#)>; Brad S. Shraiberg <[bss@slp.law](#)>; Shaya Baum <[sbaum@winglakecp.com](#)>; [jdejonker@seyfarth.com](#) <[JDeJonker@seyfarth.com](#)>; 'morgan@elrolaw.com' <[morgan@elrolaw.com](#)>; [mwolfson@foley.com](#) <[MWolfson@foley.com](#)>; Roger Schsholm <[roger.schsholm@bclplaw.com](#)>; Rod Coleman <[rfc@colemanattorneys.com](#)>; Marko F. Cerenko <[mcerenko@klugerkaplan.com](#)>; Mordi Herbst <[mordi@hibarcapital.com](#)>; Yisroel Herbst <[ymherbst@gmail.com](#)>; [tips@nytimes.com](#) <[tips@nytimes.com](#)>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

And your dumb emails threatening to sue me just exposes you more. You should stop talking immediately.

Get [Outlook for iOS](#)

---

**From:** Josh Lubin <[josh@spincapital.com](#)>
**Sent:** Saturday, February 8, 2025 9:26:52 PM
**To:** Brandley, George (USANJ) <[george.brandley@usdoj.gov](#)>; Gardocki, Mary E. (NK) (FBI) <[megardocki@fbi.gov](#)>; Gabe Isaacov <[gabe@redstoneadvance.com](#)>; Gabe Isaacov <[gabe@bmfcapitalllc.com](#)>; Piloto, Hilda <[hilda.piloto@saul.com](#)>; Contreras-Martinez, Carmen <[carmen.contreras-martinez@saul.com](#)>; [ABehrendt@BODMANLAW.COM](#) <[ABehrendt@BODMANLAW.COM](#)>; [nicolem@ntmlawfirm.com](#) <[nicolem@ntmlawfirm.com](#)>; Alan Crane <[acrane@furrcohen.com](#)>; Shanna Kaminski <[skaminski@kaminskilawpllc.com](#)>; [tips@nypost.com](#) <[tips@nypost.com](#)>; [tips2@bloomberg.net](#) <[tips2@bloomberg.net](#)>; [tips@dailymail.com](#) <[tips@dailymail.com](#)>; [chiefsoffice@myboca.us](#) <[chiefsoffice@myboca.us](#)>; [tips@nbcuni.com](#) <[tips@nbcuni.com](#)>; [casereview@browardsao.com](#) <[casereview@browardsao.com](#)>; [sao17@sao17.state.fl.us](#) <[sao17@sao17.state.fl.us](#)>; Todd M. Feldman - Feldman Law Group ([Todd@tfeldmanlaw.com](#)) <[todd@tfeldmanlaw.com](#)>; [WPotts@jamsadr.com](#) <[WPotts@jamsadr.com](#)>; Best, Brendan G. <[bgbest@varnumlaw.com](#)>; 'Steven Wells' <[steve@wellspc.com](#)>
**Cc:** Weidman, Joeli <[joeli.weidman@saul.com](#)>; [begozi@egozilaw.com](#) <[BEgozi@egozilaw.com](#)>; Oliver Griffin <[oliver.griffin@griffinlawllp.com](#)>; Melissa Bozeman <[melissa.bozeman@griffinlawllp.com](#)>; Brian S. Dervishi <[brian@wdpalaw.com](#)>; [jmoon@melandbudwick.com](#) <[jmoon@melandbudwick.com](#)>; Jerry Breslin <[jb@jsjb.law](#)>; Matthew Leto <[MLeto@letolawfirm.com](#)>; Brad S. Shraiberg <[bss@slp.law](#)>; Shaya Baum <[sbaum@winglakecp.com](#)>; [jdejonker@seyfarth.com](#) <[JDeJonker@seyfarth.com](#)>; 'morgan@elrolaw.com' <[morgan@elrolaw.com](#)>;

24

mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Gabe Isaacov,

Incapacitated will not work here: this operation has been extremely calculated. You need to get yourself good attorney..

Get Outlook for iOS

---

**From:** Josh Lubin
**Sent:** Saturday, February 8, 2025 6:07:45 PM
**To:** Brandley, George (USANJ) <george.brandley@usdoj.gov>; Gardocki, Mary E. (NK) (FBI) <megardocki@fbi.gov>; Gabe Isaacov <gabe@redstoneadvance.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** RE: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Gabe Isaacov forged a POA with my name on it and the DOJ is fully aware of that. Mr Gabe Isaacov or Jonathon Bruan must have some real leveraged on the DOJ (checks and balances). Theres no running away from this.

There will never be any tracks left behind, because the tracks do not exist. This is a Josh Lubin operation.

**George Brandley,**

Your department needs to get their act together very quickly. Im going to be suing the DOJ along with a lot of parties for serious damages. The DOJ violated my **CIVIL RIGHTS!**

Kind Regards,

Josh Lubin

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, February 6, 2025 11:39 PM

**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM; nicolem@ntmlawfirm.com; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com; tips2@bloomberg.net; tips@dailymail.com; chiefsoffice@myboca.us; tips@nbcuni.com; casereview@browardsao.com; sao17@sao17.state.fl.us; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Breslin,

Please see attached. As I stated in the record, the facts are attached.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, February 5, 2025 6:28:06 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, February 4, 2025 2:27:56 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski

<skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Mr Breslin,

How are you responding to a collusive Hi Bar MSJ? Matt Leto is representing a claim that I own (which is illegal and it's collusive). Attached is the assignment of the Hi Bar claims to Spin and you already heard Mr Leto testify that he does not represent Spin.

I mean technically you can be in a collusive cooperation agreement and I can assure you if that's the case to get yourself a really good attorney.

There's always more than meets the eye.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, February 3, 2025 10:12:02 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman

27

<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Marko Cerenko,

I have attached your engagement letter. I have been told that you never noticed into the FVP v Karma consolidated case (which your engagement letter clearly states you will represent Spin Capital LLC interest). Saul Ewing gave you the certified copy of the NY money judgement against Karma, which you claimed a domestication petition would be on file over a month ago. Then you disappeared for a few weeks and sent an email that your phone got stolen.

I need you to notice into the case immediately so Spin Capital LLC doesn't go into default and you're obviously aware that I cannot represent Spin capital LLC pro se.

You have failed to communicate with me and advise me on a plan when there's clear cut collusive activity on the docket. You're required by law to do so. Not noticing into the case will cause Spin Capital irreparable harm which may be over 1 billion dallors in damages.

I'm demanding you file a notice of appearance by tomorrow and start communicating with me immediately and advise me on a plan moving forward.

I am required by law to mitigate damages and you're required by law to protect spin capital interest (which I own 100%).


There's a very dangerous situation going on here and needs to be addressed immediately

I'm demanding you reply on this email chain. I am waiving my attorney client privilege with you, because it's in my interest to do so for this case to move forward and mitigate damages.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, February 2, 2025 5:38:54 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>;

28

jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

DOJ/US attorneys office,

I would advise you to be very careful sending any future Spin attorneys any orders. There's no running away from this and your office will just cause more damages to a mess where the damages are already stupid.

Tread carefully (guide yourself accordingly)

Kind regards,
Josh

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 29, 2025 9:38:33 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Marko,

I'm demanding if you have any objections you reply on this email chain. That's an order.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 29, 2025 11:26:58 AM

**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>; 'Steven Wells' <steve@wellspc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Steve wells,

I'm ordering to start working with Marko Cerenko on a motion to dismiss on the Excell trustee motion to amend complaint. Failing to take my instructions will result in you loosing your license to practice law.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 29, 2025 11:03:33 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

DOJ/US attorneys office,

Stop sending me criminal subpoenas in random states to distract me from cleaning up this mess.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 29, 2025 11:00:42 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Marko,

I'm ordering (instructing) you to notice in to the Broward case on behalf of Spin only (not Josh Lubin) immediately.

Failing to take my instructions here will result in you loosing your license to practice law.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 29, 2025 10:42:54 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>

31

**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

All,

See attached. Marko thinks this is a joke. I have a whole military working on this.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 29, 2025 10:24:03 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Mordi Herbst <mordi@hibarcapital.com>; Yisroel Herbst <ymherbst@gmail.com>; tips@nytimes.com <tips@nytimes.com>
**Subject:** Re: Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

Marko Cerenko,

**IM ORDERING YOU TO WITHDRAW YOUR MOTION TO WITHDRAW FROM SPIN.**

**IN THE EVENT YOU DO NOT WITHDRAW THAT MOTION SPIN CAPITAL CAN SUFFER IRREPARABLE HARM AND YOU HAVE FAILED TO COMMUNICATE AND ADVISE ME OF A PLAN WHEN THERES AN EXTREMELY DANGEROUS SITUATION GOING ON THE DOCKET.**

**In the event you do not take my instructions here, I will report you to the bar and you will loose your license to practice law.**

**I advise you withdraw it immediately. This situation is not a joke.**

Get [Outlook for iOS](#)

---

**From:** Josh Lubin <[josh@spincapital.com](#)>
**Sent:** Wednesday, January 29, 2025 9:21:23 AM
**To:** Piloto, Hilda <[hilda.piloto@saul.com](#)>; Contreras-Martinez, Carmen <[carmen.contreras-martinez@saul.com](#)>; [ABehrendt@BODMANLAW.COM](#) <[ABehrendt@BODMANLAW.COM](#)>; [nicolem@ntmlawfirm.com](#) <[nicolem@ntmlawfirm.com](#)>; Alan Crane <[acrane@furrcohen.com](#)>; Shanna Kaminski <[skaminski@kaminskilawpllc.com](#)>; [tips@nypost.com](#) <[tips@nypost.com](#)>; [tips2@bloomberg.net](#) <[tips2@bloomberg.net](#)>; [tips@dailymail.com](#) <[tips@dailymail.com](#)>; [USANYS.SDNYWebmaster@usdoj.gov](#) <[USANYS.SDNYWebmaster@usdoj.gov](#)>; [USAFLS.CitizenComplaints@usdoj.gov](#) <[USAFLS.CitizenComplaints@usdoj.gov](#)>; [USAMIE.EJ@usdoj.gov](#) <[USAMIE.EJ@usdoj.gov](#)>; [chiefsoffice@myboca.us](#) <[chiefsoffice@myboca.us](#)>; [tips@nbcuni.com](#) <[tips@nbcuni.com](#)>; [casereview@browardsao.com](#) <[casereview@browardsao.com](#)>; [sao17@sao17.state.fl.us](#) <[sao17@sao17.state.fl.us](#)>; Todd M. Feldman - Feldman Law Group ([Todd@tfeldmanlaw.com](#)) <[todd@tfeldmanlaw.com](#)>; [WPotts@jamsadr.com](#) <[WPotts@jamsadr.com](#)>; Best, Brendan G. <[bgbest@varnumlaw.com](#)>
**Cc:** Weidman, Joeli <[joeli.weidman@saul.com](#)>; [begozi@egozilaw.com](#) <[BEgozi@egozilaw.com](#)>; Oliver Griffin <[oliver.griffin@griffinlawllp.com](#)>; Melissa Bozeman <[melissa.bozeman@griffinlawllp.com](#)>; Brian S. Dervishi <[brian@wdpalaw.com](#)>; [jmoon@melandbudwick.com](#) <[jmoon@melandbudwick.com](#)>; Jerry Breslin <[jb@jsjb.law](#)>; Matthew Leto <[MLeto@letolawfirm.com](#)>; Brad S. Shraiberg <[bss@slp.law](#)>; Shaya Baum <[sbaum@winglakecp.com](#)>; [jdejonker@seyfarth.com](#) <[JDeJonker@seyfarth.com](#)>; 'morgan@elrolaw.com' <[morgan@elrolaw.com](#)>; [mwolfson@foley.com](#) <[MWolfson@foley.com](#)>; Roger Schsholm <[roger.schsholm@bclplaw.com](#)>; Rod Coleman <[rfc@colemanattorneys.com](#)>; Marko F. Cerenko <[mcerenko@klugerkaplan.com](#)>; Mordi Herbst <[mordi@hibarcapital.com](#)>; Yisroel Herbst <[ymherbst@gmail.com](#)>; [tips@nytimes.com](#) <[tips@nytimes.com](#)>
**Subject:** Avrumi Lubin assignee to Spin Capital LLC v The United State of America et al CONSPIRACY

What a mess.

Get [Outlook for iOS](#)

---

**From:** Josh Lubin <[josh@spincapital.com](#)>
**Sent:** Monday, January 27, 2025 8:21:29 PM
**To:** Piloto, Hilda <[hilda.piloto@saul.com](#)>; Contreras-Martinez, Carmen <[carmen.contreras-martinez@saul.com](#)>; [ABehrendt@BODMANLAW.COM](#) <[ABehrendt@BODMANLAW.COM](#)>; [nicolem@ntmlawfirm.com](#) <[nicolem@ntmlawfirm.com](#)>; Alan Crane <[acrane@furrcohen.com](#)>; Shanna Kaminski <[skaminski@kaminskilawpllc.com](#)>; [tips@nypost.com](#) <[tips@nypost.com](#)>; [tips2@bloomberg.net](#) <[tips2@bloomberg.net](#)>; [tips@dailymail.com](#) <[tips@dailymail.com](#)>; [USANYS.SDNYWebmaster@usdoj.gov](#) <[USANYS.SDNYWebmaster@usdoj.gov](#)>; [USAFLS.CitizenComplaints@usdoj.gov](#) <[USAFLS.CitizenComplaints@usdoj.gov](#)>; [USAMIE.EJ@usdoj.gov](#) <[USAMIE.EJ@usdoj.gov](#)>; [chiefsoffice@myboca.us](#) <[chiefsoffice@myboca.us](#)>; [tips@nbcuni.com](#) <[tips@nbcuni.com](#)>; [casereview@browardsao.com](#) <[casereview@browardsao.com](#)>; [sao17@sao17.state.fl.us](#) <[sao17@sao17.state.fl.us](#)>; Todd M. Feldman - Feldman Law Group ([Todd@tfeldmanlaw.com](#)) <[todd@tfeldmanlaw.com](#)>; [WPotts@jamsadr.com](#) <[WPotts@jamsadr.com](#)>; Best, Brendan G. <[bgbest@varnumlaw.com](#)>
**Cc:** Weidman, Joeli <[joeli.weidman@saul.com](#)>; [begozi@egozilaw.com](#) <[BEgozi@egozilaw.com](#)>; Oliver Griffin <[oliver.griffin@griffinlawllp.com](#)>; Melissa Bozeman <[melissa.bozeman@griffinlawllp.com](#)>; Brian S. Dervishi <[brian@wdpalaw.com](#)>; [jmoon@melandbudwick.com](#) <[jmoon@melandbudwick.com](#)>; Jerry Breslin <[jb@jsjb.law](#)>; Matthew Leto <[MLeto@letolawfirm.com](#)>; Brad S. Shraiberg <[bss@slp.law](#)>; Shaya Baum <[sbaum@winglakecp.com](#)>; [jdejonker@seyfarth.com](#) <[JDeJonker@seyfarth.com](#)>; 'morgan@elrolaw.com' <[morgan@elrolaw.com](#)>;

33

mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional (possibly intentional) Malpractice Conspiracy

ALL,

I will be appearing in person representing myself pro se in front of Chief Judge Erik P. Kimball since I have zero attorneys protecting my own interests.

Hearing at 10am EST on zoom, link  below.

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E


Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 26, 2025 8:50:52 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional (possibly intentional) Malpractice Conspiracy

Damages are potentially a few 100MM+++ (potentially times 3/treble) Further investigation will disclose how many obligations this is effecting. Though the root of this issue started in Florida/excell/karma.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 23, 2025 10:39:47 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov

<USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional (possibly intentional) Malpractice Conspiracy

Jason Denjoker has been representing Eli Tabak (who's the majority owner of Franklin Capital and first cousins with Yisroel Herbst the owner of Hi Bar Capital) for years. Jason Denjoker drafted the common interest agreement to protect Spins interest (because I believed Hi Bar was up to shenanigans).

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 22, 2025 9:43:42 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

Hilda,

Hearing rescheduled to 10am. Be on zoom

Get Outlook for iOS

---

35

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 22, 2025 9:00 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

I'm here in person!!! There's no one here and all the doors are locked!!!

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 22, 2025 7:26:29 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>; Best, Brendan G. <bgbest@varnumlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

Branden Best,

Please notice into the Franklin v Spin michigan case. I retained you for a potential appeal on the damages/default judgement. And we're dealing with a very dangerous situation here. Send me copy of notice of appearance.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 22, 2025 7:06:51 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>; WPotts@jamsadr.com <WPotts@jamsadr.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

Judge Potts,

Can you please make the judge in Michigan aware of this situation before he makes any ruling which can effect cases in other states. Please see email chain below. I need time. Please get me 90 days+ before he makes any ruling. Appealing the trial on damages (which the original trial with Shanna went horrible, and she's refusing to send a letter to the judge to make him aware of this extremely dangerous situation) will just cause more damages to all parties and that's not something we want here. The damages are already crazy high.

Please notify the Michigan judge in Franklin v Spin asap.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 22, 2025 6:46:24 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>;

USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

Good morning,

I'm showing up myself since I have zero attorneys protecting my interests. Its clear cut from the dockets between 3 states that my attorneys were/are not protecting my interests and none of my/spin attorneys ever notified me about this (which is very concerning/dangerous).

See you at 8:45am EST

Marko, Bernie, Carmen & Hilda,

I'm demanding you request the hearing with justice kimball on the 28th be extended to a longer hearing with me personally testifying in person. You're likely required by law to submitted this request due to the extremely dangerous situation going on the dockets. I'm demanding you submit a request today. Failure to submit a request may result in you loosing your license to practice law. This situation is not a joke.

I need all proceedings stayed for 60 (minimum) days due to an extremely complex situation and people attempting to out beat the justice system (created by Hi Bar & Franklin). Been in the phone with new attorneys none stop the last two weeks and it's an extremely complex hornets nest and need some really smart captains to figure out how to procedurally save this ship from sinking.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 22, 2025 2:43:16 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>; Todd M. Feldman - Feldman Law Group (Todd@tfeldmanlaw.com) <todd@tfeldmanlaw.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi

38

<brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

Todd Feldman,

You told me earlier today your don't recall if any party ever mentioned that they own Spins rights to the JDA. Are you 100% sure you don't recall? You withdraw without any explanation why, which was very strange at the time and suspicious now looking back at it.

Please confirm on this email that you don't recall.

Thank you,

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 21, 2025 10:13:49 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

Vel Freedman is a mastermind (though going to be very hard to prove because he's super smart) and Matt Leto likely taking orders from Vel since Vel appointed Matt Leto to allegedly protect Spins interests.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 21, 2025 4:13:59 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org

<maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

Bernie Egozi had someone reach out telling me that he's in trial for 3 weeks when there's a dangerous situation going on in the courts that requires emergency relief. See attached .

There's no running away from this.

I'm demanding all Spin attorneys reply on this email chain. I waived all my/spin attorney client privilege.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 21, 2025 2:27:30 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Bryan Cave et al unintentional Malpractice Conspiracy

There's clear cut evidence between all the lawsuits that Spins attorneys were not protecting my interests. This is reckless and the lawfirms are going to have to pay the damages here (part of them).

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 21, 2025 1:32:35 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Bryan Cave et al unintentional Malpractice Conspiracy

Still no responses from Spin attorneys (besides Shanna)??? How bad can the exposure be. This makes no sense. Spin attorneys you're required by law to communicate with you client and provide advise and required by law to protect my interest.  Especially when there's a massive Fraud upon the court (in 3 states and over a dozen lawsuits) and all Spin attorneys KNOW My attorneys were/are not protecting Spin/my interest.

I'm demanding responses in this email chain. I waived all my attorney client privileges

[REQUIRED BY LAW TO REPORT MATT LETO CRIMES TODAY 2025-01-21 18_15_09.eml](#)

Get [Outlook for iOS](#)

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 2:54:37 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>; casereview@browardsao.com <casereview@browardsao.com>; sao17@sao17.state.fl.us <sao17@sao17.state.fl.us>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman

<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: REQUIRED BY LAW TO REPORT MATT LETO CRIMES TODAY

See below from one of my new attorneys that will be noticing in; in a few days.. it's a set up to remove Franklin and Hi Bar criminal exposure

My attorneys mess up by unintentionally assigned spins rights to Franklin upon information and belief Hi Bsr and Franklin are commuting a massive fraud on the court by alkegiing Franklin owns Spins rights to the common interest agreement without ever raising the issue in court I went through over 10 firm saying i think Franklin is calling the shots to my attorneys and they reviewed the assignment and thought its impossible for Franklin to own the rights because the assignment doesn't assign future rights I just delivered with a Michigan attorney where his original analysis was wrong and then I asked him if there anyway the JDA predates to the date Hi Bar entered into the agreement with the debit which is 3 days before Soin signed the Franklin assignment. That's how so many attorneys missed it

"who is that guy? its a set up for Judge to rule in favor of Franklin -rule (f) Judgment Independent of the Motion. After giving notice and a reasonable time to respond, the court may:
(1) grant summary judgment for a nonmovant;
(2) grant the motion on grounds not raised by a party; or
(3) consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute."

US attorneys offices,

If you looks at all the cases, you can see Spin attorneys intentionally missing deadlines and resulting on complaints. Which is clearcut malodorous. The head here will be that the biggest us lawfirms in the country unintentionally commited malpractice because of some really. Smart people tricked all the lawfirms into malpractice which is why all my lawfirms are ignoring me

When they at required by law to address snsitu

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 12:19 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>; tips@nypost.com <tips@nypost.com>; tips2@bloomberg.net <tips2@bloomberg.net>; tips@dailymail.com <tips@dailymail.com>; USANYS.SDNYWebmaster@usdoj.gov <USANYS.SDNYWebmaster@usdoj.gov>; USAFLS.CitizenComplaints@usdoj.gov <USAFLS.CitizenComplaints@usdoj.gov>; USAMIE.EJ@usdoj.gov <USAMIE.EJ@usdoj.gov>; chiefsoffice@myboca.us <chiefsoffice@myboca.us>; tips@nbcuni.com <tips@nbcuni.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum

<sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** REQUIRED BY LAW TO REPORT MATT LETO CRIMES TODAY

Hey everyone,

I hope you're having a great MLK day (because I'm definitely not, being busy with a bunch of criminals committing crimes on me and causing me stupid damages that can potentially be over 100MM in damages)

Everyone in this email chain is required by law to report Matt Leto to the us attorneys office immediately. I am personally required by law to report it as well, though all my attorneys are ignoring me so I am having a difficultly reporting it.

Matt Leto (who claims is not my attorney when his engagement letter attached says otherwise and never sent me a termination letter) is working  against my interest by actively representing a claim that I/Spin own and previously demanded he withdraw from the case and he refused to listen (which is illegal). In the claims that Mr Leto is representing, he filed a collusive SJ (which is another clear cut crime). Refuse to leave the case which is another clear cut crime.

There's an extremely dangerous situation that was created by Franklin and Hi Bar and this needs to be reported to the US attorneys office today.

Failing to report these clear cut crimes to the us attorneys office can cause me a criminal liability and suffer significant damages which I already suffered stupid damages the last 3 years, by my own attorneys not prefetching my interests

This is not government conspiracy. It's a bunch of kawrirms that commited malpractice and all tried to cover it up so they don't have malpractice exposure: the only clear cut evidence of a crime is Matt Leto. The rest appears to be malpractice which is what the headline will be. A bunch of us firms commited malpractices and unintentional conspired against their client because of Franklin and Hi Bat played with fire and tricked attorneys into malpractice. I would assume

Spin attorneys,
Due to this severe and dangerous situation that caused me stupid damages, I'm demanding you copy me on the emails with the us attorneys office. You're required by law to protect my interest even though you got tricked into malpractice by Franklin and Hi Barr.

Matt Leto,

I'm demanding you withdraw from the case by tomorrow at 5pm EST the latest.


Boca Police,

43

Can you send me a report on who stole the Excell auto group/karma cars which I am first positions lien on?


Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 12:54:23 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

I'm demanding a disqualification motion be filed against Matt Leto by tomorrow with me appearing in person on the ground that Mr claims he's not my attorney and he's actively representing my claim and he's working against my interest. That's 100% illegal. Mr Leto is a criminal. This is reckless and extremely dangerous and a emergency motion must be filed on Monday January 20th 2025.

You're all required by law to file this motion due to the fact of being aware of multiple criminal act by Mr Leto including a collusive MsJ with Franklin.

We live in the United States. This kind of activity does not go down in our country. This is absolutely reckless.

Scott Gherman, please file motion by OSC tomorrow. Thanks

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 20, 2025 12:37:01 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman

44

<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Scott Gherman,

I believe you're required by law to set an emergency hearing with all attorneys and their clients in this to appear in person and be prepared to testify and be questioned. FVP, Franklin, Hi Bar and Spins attorney client privilege getting waived here. I provided clear cut evidence of fraud, collusive activity, Spin attorneys clearly not protecting my interest in a few cases across 3 states.

Please call me on cell 732-608-4995. I don't believe your client had any involvement in this, though could be wrong.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 10:13:48 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Alan crane,

I'm demanding you withdraw your clients lawsuit against me. Those issues were already ruled on by a NY judge. This is reckless

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 10:11:09 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman

45

<rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Franklin litigating the same issue in 3 states (NY, Michigan and Florida) all frivolous issue and some of the issue were ruled on in NY and Florida. The judges ruled Spin is not an alter ego and Spin/josh did not commit fraud.

Brad Shraiberg, remove yourself from this case immediately. This is reckless and it's going to be on the news. This is nuts and the fact that no Spin attorneys notified me about this is even more insane. Intentional defaults all over the place by Soin attorneys. This is crazy

I have bunch of attorneys reviewing the dockets and just keeps getting worse

Bunch of criminals

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 5:48:15 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Franklin would've owned the rights to Spins malpractice claim (if spins rights were assigned to the JdA).

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 5:46:42 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

Jason DeJonker committed malpractice on Franklin, Spin and Hi Bar by potentially unintentionally assigning Spins rights to the JDA agreement to Franklin and never notified me about this issue when he should've. Franklin is now estopped. People have criminal exposure. Jason DeJonker is the mastermind (and potentially Matt Leto for continuing it). This a fucking mess.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, January 19, 2025 1:47:22 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>; Shanna Kaminski <skaminski@kaminskilawpllc.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Shanna Kaminksky,

We need to write a letter to the judge in Michigan asap that upon information an belief Franklin has been committing a massive fraud upon the court. And that Bryan cave may have unintentionally assigned Spins rights to Franklin and were unaware of the issue ever being litagated.

When can we set up a call here so you can advise on the situation. See email chain below

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:57:58 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

47

Spin Attorneys,

Please send me a waiver of personal/Spin attorney client privilege as soon as possible. This is a very dangerous situation and my privilege must be waived immediately.

Thank you,

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:50:27 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Spin attorneys,

Please add in my affidavit that the owner of Hi Bar and the majority owner of Franklin are blood related first cousins.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:44:54 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Add in the motion/affidavit that Jim Moon withdrew a receiver motion without my authority and that me/Spin supported FVP receiver motion that was filed in April of 2022 and that motion somehow evaporated. It appears that none of the creditors besides Spin want a receiver here because it appears the creditors (other then Spin) committed self help by stealing the collateral when Spin owns the rights to

48

the 1st lien on the vehicles and that upon information and belief FVP, Hi Bar and Franklin (along with Zankl) have been entering into side agreements to defraud Spin and commit fraud upon the court.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 10:04:28 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Bernie Egozi, Hilda Piloto, Carmen and Marko,

I have your having a great weekend,

I'm instructing you tweak the motion in the email attached (that was withdrawn without my authority by Matt Leto) and file it by (as Spin as asignee) OSC with me appearing in person at the hearing to testify.

Add too the motion that Bryan Cave may have unintentionally assigned Spins rights to Franklin to the Hi Bar - Spin common interest agreement/assignment of Hi Bar claims to Spin. And upon information and belief Franklin and Hi Bar are actively committing fraud upon the court in 3 stars (NY, FL and Michigan) and until all issue are litigated the receiver should investigate who stole the collateral and sue to recover the funds/cars and hold the funds in escrow until all proceeds issue between all three states are litigated. This is an emergency to preserve whatever collateral/funds still exist and the SOL on conversion is coming up in a little over a year and 2 years for civil theft.

You can add that Spin is out 2MM in fees in this hornets nest and none of Spins previous attorneys profited Spin/my interest.

Send me affidavit to sign.

You're all required by law to protect my personal interests and I'm personally required by law to attempt to mitagate damages and now that I'm aware of the potential issue we must file this motion immediately.

Let me know when we can set up a call to discuss. This is an absolute emergency and needs to be filed immediately (this week).

You're all required by law to be response to your client which you have failed to do the last week plus. Required by law to communicate with their clients and provide advice on the situation.

49

Let's get this filed by Tuesday.

Thanks!!

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Saturday, January 18, 2025 9:05:01 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Bernie Egozi,

I'm demanding you object to Sual Ewing withdrawal in the state Broward case on the grounds of failing to protect my/Spins interest and request an evidentiary with me personally testifying. Your required by law to submit this objection.

Thank you,

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 8:04:13 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

This is why Oliver Griffin was fired. He drafted a perjury complaint which almost got filed and I cought it last minute. See email attached with the complaint.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 8:43:43 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Marko,

Did Saul Ewing seek any claims enforcing the Hu Bar claims? Did they even notice in as assignee as promised? I signed this engagement attached in August, and from I'm being told, sual Ewing has done absolutely zero.

You can respond to me privately.

**"Scope Of Services:** The Firm will provide the following services (the "Engagement"):
The Firm will defend the Client in litigation in Broward County,
Circuit Court and assert claims seeking to enforce an assignment of
claims in the litigation."

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 8:29:36 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

I'm the temporary captain here trying to save this 3 deck sinking ship (by current spin lawyers and other lawyers) and I'm demanding any information or deadlines coming up be sent to me via email. You're all authorized to speak to me without an attorney present.

All Spin attorneys have been ignoring me the last few days. Which means I currently do not have an attorney protecting my interests that's noticed into the cases.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 7:44:34 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Oliver Grifin,

You were representing Spin and never notified me about these lawsuits???? wtf is this?? This is reckless.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 7:40:56 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Alan,

Please write me a detailed explanation why I/Spin was sanctioned by the court. What documents were not provided? I am unaware of if you requesting documents and me not providing. My attorneys never notified about any requests.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, January 17, 2025 7:33:55 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Alan Crain,

Since none of Spin attorneys are communicating with or sending any request for months already. I'm demanding you personally send me any request that may be coming due until my new attorneys are fully up to speed.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:52:28 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Correction Hi Bar - Franklin MSJ

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:51:46 AM

**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Maria,

Please notify judge tutor about the Hi Bar - Franklin. Its potentially a very dangerous situation.

"who is that guy? its a set up for Judge to rule in favor of Franklin -rule (f) Judgment Independent of the Motion. After giving notice and a reasonable time to respond, the court may:
(1) grant summary judgment for a nonmovant;
(2) grant the motion on grounds not raised by a party; or
(3) consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute."

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:33:54 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Allan Crane,

Can you make a criminal referral through the bankruptcy case??

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, January 16, 2025 1:30:17 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>;

ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

Perjury affidavit attached with Zankl alleging he never signed it.

Bernie,

Do we have an obligation to report this??

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, January 15, 2025 11:50:10 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Josh Lubin v Spin Capital, Franklin and Shaya Baum with a limited receivership over Spin capital pending the issues that need to be litagated.

There's collusive activity in the courts

Working on getting this situation fixed as soon as soon as possible .

Matt Leto,

Make sure Hi Bar and Spin are protected here.

Get Outlook for iOS

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 14, 2025 6:12:27 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

I'm demanding everyone in this email chain to read the Hi Bar - Franklin MSJ and response. This is extremely important and extremely dangerous.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 14, 2025 5:03:33 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

I need drafts of the Spin engagements letter and need to update immediately.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, January 14, 2025 4:45:45 AM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>; nicolem@ntmlawfirm.com <nicolem@ntmlawfirm.com>; Alan Crane <acrane@furrcohen.com>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>;

mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>

**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All Spin attorneys you are unauthorized to discuss this matter with any attorneys including other Spin attorneys without me copied on the email and me being on the phone call.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 10:44 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Marko & Bernie,

Now that I'm aware of the potential issue, I need to move quick, can't have any liability on not attempting to mitigate Spins/all damages.

Need to have to OSCs filed within 2 weeks.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 9:57:51 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Bernie and Marko,

I need you to review the last few months of filings since Saul Ewing hasn't notified me about any filings since August and I believe the previous attorney Oliver Griffin hasn't notified me about any filings either. We need to look back about a year. And send me a short memo of wtf is going on

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 6:03:38 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

And never sent me the complaint? What a joke

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 6:03:14 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

Hilda,

You filed a response to Franklins motion without my authority???? What do you think this is a fucking joke??? You clearly advised me as well that no rights were assigned before I signed your engagement.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 5:59:26 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>; Picon, David A. <DPicon@proskauer.com>
**Subject:** Re: Spin Capital LLC v Karma JDA RIGHTS

All,

Already got one response from Spin attorney. I'm demanding all Spin attorneys to respond TODAY.

Get Outlook for iOS

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, January 13, 2025 5:52:46 PM
**To:** Piloto, Hilda <hilda.piloto@saul.com>; Contreras-Martinez, Carmen <carmen.contreras-martinez@saul.com>; ABehrendt@BODMANLAW.COM <ABehrendt@BODMANLAW.COM>; maprieto@17th.flcourts.org <maprieto@17th.flcourts.org>
**Cc:** Weidman, Joeli <joeli.weidman@saul.com>; begozi@egozilaw.com <BEgozi@egozilaw.com>; Oliver Griffin <oliver.griffin@griffinlawllp.com>; Melissa Bozeman <melissa.bozeman@griffinlawllp.com>; Brian S. Dervishi <brian@wdpalaw.com>; jmoon@melandbudwick.com <jmoon@melandbudwick.com>; Jerry Breslin <jb@jsjb.law>; Matthew Leto <MLeto@letolawfirm.com>; Brad S. Shraiberg <bss@slp.law>; Shaya Baum <sbaum@winglakecp.com>; jdejonker@seyfarth.com <JDeJonker@seyfarth.com>; 'morgan@elrolaw.com' <morgan@elrolaw.com>; mwolfson@foley.com <MWolfson@foley.com>; Roger Schsholm <roger.schsholm@bclplaw.com>; Marko F. Cerenko <mcerenko@klugerkaplan.com>; Rod Coleman <rfc@colemanattorneys.com>
**Subject:** Spin Capital LLC v Karma JDA RIGHTS

All,

Has Franklin alleged in the third party complaint that they own Spins rights to the hi bar-Spin JDA? Need a response immediately.

Marko, please review asap.

# EXHIBIT B

**Matthew Leto**

| | |
|---|---|
| **From:** | Josh Lubin <josh@spincapital.com> |
| **Sent:** | Wednesday, March 20, 2024 2:17 PM |
| **To:** | Matthew Leto; Steven W. Wells |
| **Cc:** | Bernard Egozi |
| **Subject:** | Re: Josh Lubin authority on Hi Bar v Karma |

Matt,

You should reach out to your client Mr Herbst and get an engagement for future attorney fees on all related matters.

The money that's outstanding as of today will get paid. Spin will no longer pay any of Hi bars/Herbst attorney fees moving forward. Absolutely zero. Making that very clear.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

1

# EXHIBIT C



# EXHIBIT D

Filing # 195273710 E-Filed 04/02/2024 11:07:23 AM

IN THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

LETO LAW FIRM

       Plaintiff

v.

AVRUMI LUBIN, individually,
and SPIN CAPITAL, LLC, a Foreign
Limited Liability Corp.

       Defendants.

_____/

## COMPLAINT

LETO LAW FIRM, hereby sues Defendants, AVRUMI LUBIN a/k/a JOSH LUBIN, individually and SPIN CAPITAL, LLC, and alleges:

### PARTIES, JURISDICTION AND VENUE

1.      Plaintiff, LETO LAW FIRM, is a Professional Corporation organized under the laws of the State of Florida with its principal place of business located in Miami-Dade County, Florida.

2.      Defendant, AVRUMI LUBIN a/k/a JOSH LUBIN, is an individual who is over the age of eighteen years old and resides in New Jersey.

3.      Defendant, SPIN CAPITAL, LLC is a Limited Liability Corporation formed under the laws of the State of New Jersey.  LUBIN is the owner of SPIN CAPITAL, LLC.

4.      The amount in controversy exceeds $50,000 exclusive of interest and attorney's fees.

5.      Venue is proper in this County as the parties entered in a written "Authority to Represent" that provides for Miami-Dade County to be the exclusive venue to determine any

1

disputes arising from the agreement. In order to avoid any issues with client confidentiality or privilege, the agreement is not being attached to this Complaint.  However, the Defendants are in possession of the agreement and if not, a copy can be provided immediately upon request.

## COUNT 1 – BREACH OF CONTRACT

6. Plaintiff incorporates the allegations contained in paragraphs 1 through 5 as if fully set forth herein.

7. On August 1, 2023, Defendants executed an Authority to Represent wherein Defendants agreed to pay all fees and costs incurred by a third party, Hi Bar Capital, LLC, in various legal matters that remain pending.

8. Defendants paid the initial retainer and subsequent invoices though December 1, 2023.

9. Plaintiff continued to faithfully perform legal services despite not receiving payment for services rendered and after December 1, 2023.

10. In March 2024, Defendants stated they would no longer pay for services rendered on behalf of Hi Bar Capital, but agreed to pay for all costs and fees incurred through March 20, 2024.  Based on that representation, a final bill was sent to Defendants.

11. In addition to the March 2024 invoices, the total owed between December 2023 and March 20, 2024 is $78,297.35.

12. Even after the final bill was sent, Defendants confirmed payment would be made on the amounts incurred through the date of the invoice.

13. However, subsequently, Defendants have changed their position and have refused to tender payment for services rendered.

14.    As a result of Defendants' breach of the written Authority to Represent, Plaintiff has been damaged.

15.    The Authority to Represent also contains a prevailing party fee provision and Plaintiff seeks all fees and costs associated with this action.

WHEREFORE, Plaintiff seeks judgment against Defendants, jointly and severally, for compensatory damages in the amount of $78,297.35, plus interest, attorney's fees and costs.

## COUNT  2 – ACCOUNT STATED

16.    Plaintiff incorporates the allegations contained in paragraphs 1 through 5 as if fully set forth herein.

17.    On January 7, 2024, February 1, 2024, March 1, 2024, and March 20, 2024, Plaintiff submitted invoices to Defendants for services rendered and to which Defendants agreed to pay.

18.    Defendants did not object to the billing entries and even after receipt expressly agreed to tender payment for the services described in the invoices.

19.    The total owed between December 2023 and March 20, 2024 is $78,297.35.

20.    As such, Plaintiff has been damaged.

WHEREFORE, Plaintiff seeks judgment against Defendants, jointly and severally, for compensatory damages in the amount of $78,297.35, plus interest, attorney's fees and costs.

Respectfully submitted,


LETO LAW FIRM
201 S. Biscayne Blvd.
Suite 2700
Miami, Florida 33131
Tel.     305-341-3155
Fax:     305-397-1168

*/s/ Matthew P. Leto*
MATTHEW P. LETO
Florida Bar No.: 014504
mleto@letolawfirm.com
kzelaya@letolawfirm.com

4