UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                           Case No. 22-15627-EPK

      Debtor.                                                            Chapter 7

_____/

**<u>CERTIFICATE OF SERVICE</u>**

    **I HEREBY CERTIFY** that a true and correct copy of the *Docket Text: Order Denying*

*Motion* **[ECF No. 940]** was served via CM/ECF Notice of Electronic Filing to all parties registered

to receive electronic noticing in this case on July 25, 2025.


                        **SHRAIBERG PAGE, P.A**.
                        Attorney for Franklin
                        2385 NW Executive Center Drive, #300
                        Boca Raton, Florida 33431
                        Telephone: 561-443-0800
                        Facsimile: 561-998-0047
                        Email: pdorsey@slp.law

                    By:  */s/ Patrick R. Dorsey*
                           Patrick R. Dorsey
                           Florida Bar No. 0085841

4901-3673-6078, v. 1

**Service List**
**Case No. 22-15627-EPK**

**Served via CM/ECF:**

Joel M. Aresty, Esq. on behalf of Interested Party Avrumi Lubin
aresty@mac.com

Michael R Bakst on behalf of Trustee Michael R. Bakst
efilemrb@gmlaw.com,
ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.co
m;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.co
m

Michael R. Bakst
efilemrb@gmlaw.com,
ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.co
m;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.co
m

Michael R. Bakst, Esq. on behalf of Trustee Michael R. Bakst
efileu1094@gmlaw.com,
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.co
m;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.c
om

Eyal Berger, Esq. on behalf of Interested Party Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Marc E Brandes on behalf of Creditor Marc Brandes
mbrandes@kfb-law.com, bvillalobos@kfb-law.com

John M Brennan, Jr on behalf of Creditor Eric Dore
jack.brennan@gray-robinson.com, 2897605420@filings.docketbird.com

Jerrell A Breslin on behalf of Counter-Defendant FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Counter-Defendant FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Counter-Defendant FVP Servicing, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC

4901-3673-6078, v. 1

jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Intervenor-Defendant FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Intervenor-Defendant FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Intervenor-Defendant FVP Servicing, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Investments, LLC
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Plaintiff FVP Servicing, LLC
jb@jsjb.law, eservice@jsjb.law

Melissa A. Campbell on behalf of Creditor BAL INVESTMENTS, LLC
mcampbell@bakerdonelson.com,
achentnik@bakerdonelson.com;kwilliams@bakerdonelson.com;bkcts@bakerdonelson.com

Rilyn A Carnahan, Esq. on behalf of Trustee Michael R. Bakst
rilyn.carnahan@gmlaw.com,
efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com

Alan R Crane on behalf of Creditor Nicole Mehdipour
acrane@furrcohen.com,
yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

Patrick R Dorsey on behalf of Creditor Franklin Capital Funding, LLC
pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Patrick R Dorsey on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC
pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Patrick R Dorsey on behalf of Defendant Franklin Capital Funding, LLC
pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Patrick R Dorsey on behalf of Intervenor Franklin Capital Funding, LLC
pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Jay L Farrow on behalf of Defendant Auto Wholesale of Boca, LLC
Jay.Farrow@counselorlawfirm.com

Heidi A Feinman on behalf of U.S. Trustee Office of the US Trustee
Heidi.A.Feinman@usdoj.gov

Jonathan S. Feldman on behalf of Defendant Auto Wholesale of Boca, LLC
feldman@katiephang.com, service@katiephang.com

Scott C Gherman on behalf of Creditor Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Farache Enterprises, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Mazel Tov, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Calvin Erbstein
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Creditor Moshe Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Express Emergency Services, Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Farache Enterprises Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party M & M Development Consultants LLC.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party MMS Ultimate Services Inc.
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Mazel Tov Inc
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Pompano 2009 LLC

4901-3673-6078, v. 1

sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Chase Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Lisa Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party Moshe Farache
sgherman@scottghermanpa.com

Scott C Gherman on behalf of Interested Party SCOTT C. GHERMAN
sgherman@scottghermanpa.com

Daniel Gielchinsky on behalf of Interested Party Quad Funding Partners, LLC
dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

Catherine Holly Yach Gleason on behalf of Creditor Express Emergency Services, Inc.
ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason on behalf of Creditor Farache Enterprises, Inc.
ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason on behalf of Creditor M & M Development Consultants LLC.
ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason on behalf of Creditor M&M Development Consultants, LLC
ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason on behalf of Creditor Mazel Tov, Inc.
ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason on behalf of Creditor Moshe Farache
ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason on behalf of Debtor Auto Wholesale of Boca, LLC
ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason on behalf of Interested Party Moshe Farache
ktgleasonlegal@gmail.com

Travis A Harvey on behalf of Attorney BAL INVESTMENTS, LLC
tharvey@butler.legal

Michael J. Harwin on behalf of Creditor Benidt Investments/Slinger, LLC
mharwin@stearnsweaver.com

Michael J. Harwin on behalf of Intervenor-Plaintiff Benidt Investments/Slinger, LLC
mharwin@stearnsweaver.com

Michael J. Harwin on behalf of Plaintiff Benidt Investments/Slinger, LLC
mharwin@stearnsweaver.com

4901-3673-6078, v. 1

Michael S Hoffman on behalf of Debtor Auto Wholesale of Boca, LLC
mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Amanda Klopp on behalf of Interested Party Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Philip J Landau on behalf of Interested Party Michael Halperin
plandau@landau.law,
plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com

David W. Langley on behalf of Interested Party Avrumi Lubin
dave@flalawyer.com, emily@flalawyer.com;monica@flalawyer.com

Linda M Leali on behalf of Creditor Linda Leali
lleali@lealilaw.com, lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com

Linda Marie Leali on behalf of Interested Party Linda Leali
trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Linda Marie Leali on behalf of Trustee Linda Marie Leali
trustee@lealilaw.com,
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Michael D Lessne on behalf of Creditor Express Emergency Services, Inc.
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Creditor Farache Enterprises, Inc.
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Creditor M & M Development Consultants LLC.
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Creditor M&M Development Consultants, LLC
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Creditor Mazel Tov, Inc.
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Creditor Lisa Farache
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Creditor Moshe Farache
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Interested Party Lisa Farache

4901-3673-6078, v. 1

mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne on behalf of Interested Party Moshe Farache
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Matthew P. Leto on behalf of Creditor Hi Bar Capital, LLC
mleto@letolawfirm.com, kzelaya@letolawfirm.com

Nathan G Mancuso on behalf of Interested Party Excell Auto Sport and Service, Inc.
ngm@mancuso-law.com

David B Marks on behalf of Interested Party Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

Cory Mauro on behalf of Interested Party Arby Lipman, LLC
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Arby Lipman
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro on behalf of Interested Party Derek Stephens
cory@maurolawfirm.com, paralegal@maurolawfirm.com;evan@maurolawfirm.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
nicolem@ntmlawfirm.com,
cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehd
ipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Creditor Nicole Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCase
y@ntmlawfirm.com

James B Miller on behalf of Creditor James B Miller, P.A.
bkcmiami@gmail.com

James B Miller on behalf of Defendant Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Counter-Defendant Hi Bar Capital, LLC
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum
@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law,
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mort
man@slp.law

Eric S Pendergraft on behalf of Creditor Edvard Dessalines

4901-3673-6078, v. 1

ependergraft@slp.law,
dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Patricia A Redmond on behalf of Creditor Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond on behalf of Intervenor-Plaintiff Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond on behalf of Plaintiff Benidt Investments/Slinger, LLC
predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Ryan C Reinert on behalf of Creditor Frank A. Evans, III
rreinert@shutts.com, jheard@shutts.com

Jason S Rigoli, Esq. on behalf of Creditor Nicole Mehdipour
jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com

Jason S Rigoli, Esq. on behalf of Interested Party Nicole Testa Mehdipour
jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com

Ezequiel Joseph Romero on behalf of Counter-Defendant Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com

Ezequiel Joseph Romero on behalf of Defendant Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com

Ezequiel Joseph Romero on behalf of Intervenor-Defendant Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com

Carlos E. Sardi, Esq on behalf of Interested Party Omar Periu
carlos@sardilaw.com, carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law, info@lss.law;alt@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

Bradley S Shraiberg on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group,
LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

Bradley S Shraiberg on behalf of Intervenor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

Eric J Silver on behalf of Creditor Benidt Investments/Slinger, LLC
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@s
tearnsweaver.com

Eric J Silver on behalf of Plaintiff Benidt Investments/Slinger, LLC
esilver@stearnsweaver.com,

4901-3673-6078, v. 1

jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R Softness on behalf of Creditor FVP Investments, LLC
david@softnesslaw.com

David R Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R Softness on behalf of Creditor FVP Servicing, LLC
david@softnesslaw.com

David R Softness on behalf of Plaintiff FVP Investments, LLC
david@softnesslaw.com

David R Softness on behalf of Plaintiff FVP Opportunity Fund III, LP
david@softnesslaw.com

David R Softness on behalf of Plaintiff FVP Servicing, LLC
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;zbs@lss.law;alt@lss.law

Lauren Stricker on behalf of Interested Party Moshe Farache
lstricker@shukerdorris.com,
bankruptcy@shukerdorris.com;atillman@shukerdorris.com;mdorris@shukerdorris.com;mfranklin@shukerdorris.com;rshuker@shukerdorris.com

Harry Winderman on behalf of Interested Party Shaneandninamt, LLC
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Ryan Mitchell Wolis on behalf of Plaintiff Benidt Investments/Slinger, LLC
rwolis@stearnsweaver.com, egraham@stearnsweaver.com

4901-3673-6078, v. 1