## ASSIGNMENT AGREEMENT

This Assignment Agreement (hereinafter the "Agreement"), dated this 20 day of March , 2025, is made and entered into by and between SPIN CAPITAL, LLC, a New Jersey Limited Liability Company ("Spin") and AVRUMI LUBIN a/k/a JOSH LUBIN, and individual (the "Lubin") (all identified parties are hereinafter referred to collectively as the "Parties" or individually, as appropriate, as a "Party"):

WHEREAS, Spin is currently the sole owner of certain rights, obligations and interests in certain litigations that have been filed by it, specifically the matter currently before the Supreme Court for the State of New York, New York County, docketed as *Spin Capital, LLC v. Golden Foothill Insurance Services, LLC*, Index No. 650582/2022 and the counter-complaint filed in *Golden Foothills Insurance Services, LLC, et al. v. Spin Capiral, LLC, et al.*, Case No. 1:24-cv-08515-AS (S.D.N.Y.) (hereafter the "Litigations") and relates to breaches of certain promissory notes (hereafter the "Promissory Notes"); and

WHEREAS, Spin contends that the Promissory Notes permit for the assignment of rights therein; and

WHEREAS, Spin desires to assign such rights as to the Promissory Notes to enforce same, and to have its sole member, Lubin, to move to substitute his name on behalf of Spin in the Litigations, and enforce such agreements on his own and in his own name as though he was Spin; and

WHEREAS, in order to ensure that the rights and obligations of Spin as addressed above continue, the Parties agree that Spin will assign the rights to either prosecute those claims, including contract claims, or to defend against those claims, to Lubin; and

NOW THEREFORE, the Parties, intending to be legally bound, and in consideration of the mutual promises and other good and valuable consideration contained herein, agree as follows:

1. Spin hereby assigns, transfers and sets over to Lubin all of its right, title and interest in and to any and all contractual rights, including to enforce and defend against counterclaims, relating to the Litigation and/or the Promissory Notes.

2. Consideration for this agreement is agreed to be the amount of Ten Dollars ($10.00) the sufficiency of which is agreed to by the parties, which shall be paid from Lubin to Spin, and to which Spin agrees and warrants has been received and accepted in return for this Agreement and assignment of rights set forth herein.

3. This Assignment shall be binding upon and shall inure to the benefit of the Parties hereto and their successors and assigns.

4. This Agreement may be executed in one or more counterparts, each bearing the signatures of one or more parties. Each counterpart shall be considered an original and all of the counterparts shall constitute a single agreement binding all the parties as if all had signed a single document. For purposes of executing this Agreement, a document

1

2

signed and transmitted by electronic means (such as in PDF format via e-mail or via facsimile machine) is to be treated as an original document. The signature of any party thereon, for purposes hereof, is to be considered as an original signature, and the document transmitted is to be considered to have the same binding effect as an original signature on an original document.

5. This Agreement and any other documents referred to herein shall be governed by, construed, and enforced in accordance with the laws of the State of New York without regard to conflicts of laws principles.

6. Any disputes arising related to this Agreement, whether related to construction or performance, shall be subject to the exclusive jurisdiction of the Supreme Court of the State of New York, located in New York County, New York, and to the exclusion of any and all other such venues.  By executing the within Agreement, the Parties fully consent to the jurisdiction and venue and shall not argue against such jurisdiction or venue under or for any reason including, but not limited to, lack of personal jurisdiction or *forum non conveniens*.

**[ - Signatures to Appear on Subsequent Page - ]**

Dated: 03/20/25          Spin Capital LLC (a New Jersey Limited Liability
                         Company)


                         By:   Avrumi Lubin
                         Title: Owner


STATE OF: Utah              )
                           ) SS:
COUNTY OF: Summit          )


On this 20 day of March , 20 25 , before me personally appeared
Avrumi Lubin                        to me known and known to be the person
described in and who executed the foregoing instrument, and he thereupon duly acknowledged to
me that he executed same.

Notary Public

LORENA A MARTINEZ
Notary Public - State of Utah
Comm. No. 719210
My Commission Expires on
Jul 19, 2025


Dated: 03/20/25          Arvumi Lubin (individually)


STATE OF: Utah             )
                           ) SS:
COUNTY OF: Summit          )


On this 20 day of March , 20 25 , before me personally appeared
Avrumi Lubin                        to me known and known to be the person
described in and who executed the foregoing instrument, and he thereupon duly acknowledged to
me that he executed same.

Notary Public

LORENA A MARTINEZ
Notary Public - State of Utah
Comm. No. 719210
My Commission Expires on
Jul 19, 2025


3