## GENERAL ASSIGNMENT OF CLAIMS, RIGHTS AND DUTIES
### Dated April 24, 2025

This General Assignment of Claims, Rights and Duties dated April 24, 2025 (hereinafter the "Agreement"), is made and entered into by and between Spin Capital, LLC, a limited liability company formed and existing pursuant to the laws of the State of New Jersey (hereinafter, "**Spin**") and JL Special Investments LLC, a limited liability copy formed and existing pursuant to the laws of the state of Delaware (hereinafter, "**JL Special**") (all identified parties are hereinafter referred to collectively as the "Parties" or individually, as appropriate, as a "Party") and shall become effective on the latest date of execution by a party hereto:

### RECITALS

WHEREAS, Spin, in the ordinary course of its business, has acquired or otherwise become entitled to certain payment and/or the ability to enforce certain rights from or against various individuals and businesses as a judgment creditor, plaintiff in pending litigation, plaintiff in anticipated litigation, note holder, and otherwise (hereinafter, "Known Assets"); and

WHEREAS, Spin, maybe entitled to payment and/or the ability to enforce certain rights that remains unknown to Spin (hereinafter, "Unknown Assets" and together with Known Assets, the "Assets"); and

WHEREAS, Spin has made JL Special aware of all Assets, all known circumstances and status of the Assets; and

WHEREAS, JL Special has been given ample time and resources to investigate all Assets and JL Special is satisfied with its investigation and understanding of the rights, duties, obligations, and Assets;

WHEREAS, Spin desires to transfer and assign and JL Special desires to acquire all rights, duties, and Assets of Spin whether now owned or later acquired.

NOW THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, and intending to be legally bound, the Parties agree as follows:

1.      Spin hereby assigns, transfers and sets over to JL Special all of its rights, duties, obligations, and Assets, including, but not limited to the right, title and interest in and to any and all

General Assignment of Claims,
Rights and Duties
Dated 4/24 , 2025
Between Spin Capital, LLC and
JL Special Investments, LLC

---

contractual rights, rights to direct litigation, rights to collect debts, rights to enforce contracts, duties to defend against present and future suits and counterclaims, obligations to file any tax returns, and obligations to comply with any federal, state or local regulatory laws.

2. JL Special accepts this assignment subject to the following conditions:

a. Spin's continued full and timely cooperation in enforcing the rights transferred, and performance of the duties and obligations transferred, as may be expressly requested by JL Special, including, but not limited to sharing of any and all relevant documents now in the possession of or later obtained by Spin;

b. Spin's consent to, at the sole discretion of JL Special, either continue as a nominal party to any pending or future litigation or cooperate in seeking substitution of party;

c. Spin's continued sharing of all relevant information or documents that come into the possession of Spin or its representatives.

3. This Assignment shall be binding upon and shall inure to the benefit of the Parties hereto and their successors and assigns.

4. This Agreement may be executed in one or more counterparts, each bearing the signatures of one or more party. Each counterpart shall be considered an original and all of the counterparts shall constitute a single agreement binding all the parties as if all had signed a single document. For purposes of executing this Agreement, a document signed and transmitted by electronic means (such as in PDF format via e-mail or via facsimile machine) is to be treated as an original document. The signature of any party thereon, for purposes hereof, is to be considered as an original signature, and the document transmitted is to be considered to have the same binding effect as an original signature on an original document.

5. This Agreement and any other documents referred to herein shall be governed by, construed, and enforced in accordance with the laws of the State of New York without regard to conflicts of laws principles.

6. Any disputes arising related to this Agreement, whether related to construction or performance, shall be subject to the exclusive jurisdiction of the State or Federal Courts located in New York County, New York, and to the exclusion of any and all other such venues. By executing the within Agreement, the Parties fully consent to the jurisdiction and venue and shall

2

General Assignment of Claims,
Rights and Duties
Dated __4/24__, 2025
Between Spin Capital, LLC and
JL Special Investments, LLC

---

not argue against such jurisdiction or venue under or for any reason including, but not limited to, lack of personal jurisdiction or *forum non conveniens.*

**[ - Signatures to Appear on Subsequent Page/s - ]**

3

General Assignment of Claims,
Rights and Duties
Dated _4/24_____, 2025
Between Spin Capital, LLC and
JL Special Investments, LLC

_____

Agreed to by:

                     Spin Capital, LLC

       By:     Avrumi Lubin, President
              On this 24 day of April, 2025

State of _Florida_____)
               ) ss:
County of _Miami-Dade_)

On this 24 day of April, 2025, before me, Notary Public in and for said county, _Avrumi Lubin_ did personally appear who has satisfactorily identified himself as the signer to the above referenced document.

Notary Public Signature
My Commission Expires:    _April 7, 2029._

PAULA CARVAJAL
Commission # HH 661465
Expires April 7, 2029