IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

FVP OPPORTUNITY FUND, III, LP,       CASE NO.: CACE-22-005125
A Delaware limited partnership, *et al*.,

      Plaintiffs,

v.

KARMA OF BROWARD, INC.,
A Florida corporation, *et. al*.,

      Defendants.
_____/

HI BAR CAPITAL, LLC, a New York      CONSOLIDATED CASE NO.:
Limited liability company,      CACE-22-006401

      Plaintiff,

v.

KARMA OF PALM BEACH, INC.,
A Florida corporation, *et al*.,

      Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorney for Party in Interest, JL Special Investments, LLC, as assignee of Spin Capital, LLC, and as co-counsel for Avrumi Lubin, and requests that copies of all orders, notices, pleadings and other papers served and filed herein be served upon the undersigned.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was forwarded via e-mail through the Florida Court Efiling Portal to all parties and counsel of record on  May 1, 2025.

DAVID W. LANGLEY, P.A.
Attorney for Party in Interest, JL Special Investments, LLC and Avrumi Lubin
8551 W. Sunrise Boulevard
Suite 303
Plantation, Florida 33322
Telephone:     954-356-0450
Facsimile:     954-356-0451
E-mail: dave@flalawyer.com


By:   _s/ David W. Langley_
        David W. Langley, Esq.
        Florida Bar Number 348279