UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                     Case No. 22-15627-EPK

    Debtor.                                      Chapter 7

_____/

### SUPPLEMENTAL CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Expedited Joint Motion (I) to Enforce Sale Order and (II) to Order Distribution of Auction Proceeds to Counsel for the FVP Parties* **[ECF No. 931];** and *Notice of Hearing* **[ECF No. 945]** were served by First Class U.S. Mail and/or by email to the parties listed on the attached service list on August 5, 2025.

                **SHRAIBERG PAGE, P.A**.
                Attorney for Franklin
                2385 NW Executive Center Drive, #300
                Boca Raton, Florida 33431
                Telephone: 561-443-0800
                Facsimile: 561-998-0047
                Email: pdorsey@slp.law

              By: */s/ Patrick R. Dorsey*
                  Patrick R. Dorsey
                  Florida Bar No. 0085841

4901-3673-6078, v. 1

**Service List**
**Case No. 22-15627-EPK**

**Served by First Class U.S. Mail**
**and/or by Email:**

EAG Auto Wholesale, LLC
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487

Excell Auto Group, Inc.
Attn.: Scott Zankl
1001 Clint Moore Road, Suite 101
Boca Raton, FL 33487

Karma of Broward, Inc.
16937 Pierre Circle
Delray Beach, FL 33446
Zanklscott3@gmail.com
kzankl@att.net

Karma of Palm Beach, Inc.
16937 Pierre Circle
Delray Beach, FL 33446
Zanklscott3@gmail.com
kzankl@att.net

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446
Zanklscott3@gmail.com
kzankl@att.net

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446
Zanklscott3@gmail.com
kzankl@att.net

Westlake Flooring Company, LLC
4751 Wilshire Blvd.
Los Angeles, CA 90010

Peak Finance, LLC
14545 Military Trail, Suite 200
Delray Beach, FL 33484

4901-3673-6078, v. 1

Quick Shift Capital
2200 Butts Road, Suite 240
Boca Raton, FL 33431

C T Corporation System, as Representative
330 N. Brand Blvd., Suite 700
Attn.: SPRS
Glendale, CA 91203

TBF
460 Faraday Ave.
Jackson, NJ 08527

Law Offices of Steven Zakharyayev,
As representative for Secured Party
10 West 37th Street, #602
New York, NY 10018

Chapford Specialty Finance LLC
201 Broad Street, Ste 500
Stamford, CT 06901

MXT Solutions, LLC
2101 S IH 35 Frontage Road, Ste 400
Austin, TX 78741

BAL Investments, LLC
1114 Ashton Trace
Atlanta, GA 30319

Prestige Luxury Cars, LLC
70 SE 4th Ave
Delray Beach, FL 33483

4901-3673-6078, v. 1