UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

     Debtor.                                                Chapter 7

_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of the *Expedited Joint Motion (I) to Enforce Sale Order and (II) to Order Distribution of Auction Proceeds to Counsel for the FVP Parties* **[ECF No. 931];** and *Notice of Hearing* **[ECF No. 945]** were served by First Class U.S. Mail to the parties listed on the attached service list on August 6, 2025.

> **SHRAIBERG PAGE, P.A**.
> Attorney for Franklin
> 2385 NW Executive Center Drive, #300
> Boca Raton, Florida 33431
> Telephone: 561-443-0800
> Facsimile: 561-998-0047
> Email: pdorsey@slp.law
>
> By: _/s/ Patrick R. Dorsey_
>      Patrick R. Dorsey
>      Florida Bar No. 0085841

4901-3673-6078, v. 1

**Service List**
**Case No. 22-15627-EPK**

**Served by First Class U.S. Mail:**

NextGear Capital, Inc.
11799 North College Ave
Carmel, IN 46032