**EXHIBIT "F"**

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

FVP OPPORTUNITY FUND, III, LP,                CASE NO.: CACE-22-005125
A Delaware limited partnership, *et al*.,

     Plaintiffs,

v.

KARMA OF BROWARD, INC.,
A Florida corporation, *et. al*.,

     Defendants.

_____/

HI BAR CAPITAL, LLC, a New York                CONSOLIDATED CASE NO.:
Limited liability company,                     CACE-22-006401

     Plaintiff,

v.

KARMA OF PALM BEACH, INC.,
A Florida corporation, *et al*.,

     Defendants.

_____/

**DECLARATION OF AVRUMI LUBIN
IN SUPPORT OF AVRUMI LUBIN AND JL SPECIAL INVESTMENTS
MOTION FOR SUMMARY JUDGMENT**

    I**,** Avrumi Lubin, under penalty of perjury under the laws of the Florida, state:

    1.    I am over the age of 18, and am familiar with this matter and the facts stated herein from personal knowledge.

    2.    I am the sole Member of Spin Capital LLC and of JL Special Investments LLC.

    3.    Spin, by way of its Common Interest Agreement with Hi Bar, claims an interest in numerous vehicles and the proceeds of sale of those vehicles.  JL and Lubin are the assignees of Spin's rights to the proceeds of sale of those vehicles.

4.      Spin entered into a Common Interest and Joint Litigation Agreement (The Common Interest Agreement) with Hi Bar with an effective date of January 28, 2022.  The Common Interest Agreement was previously filed by Hi Bar as an attachment to its April 29, 2025 Motion for Sanctions.

5.      Spin and I also entered into a representation agreement with attorney Matthew Leto on August 1, 2023, the Authority to Represent agreement.  That Authority to Represent agreement defines Spin and me as "Clients "for purposes of this lawsuit[1]. It further states that the Common Interest and Joint Litigation Agreement provides "Mr. Lubin with the authority to prosecute and settle" the matters and unless terminated pursuant to Section 2(f).

6.      Attorney Leto, despite listing me and my company, Spin Capital, as Clients in his retainer agreement, filed a Motion for Sanctions against me on April 29, 2025.

7.      In that Motion Hi Bar claims that Spin and I breached the Common Interest Agreement by failing to pay Attorney Leto's fees.  While it is correct that I challenged Leto's fees for time he billed for taking actions adverse to my and Spin's interests, I offered to pay his fees for work done as of that date and to seek new counsel to represent the interest of Spin, Hi Bar, Herbst and me. At no time did I breach or disavow the Common Interest Agreement.

8.      Further, the Motion for Sanctions also incorrectly states that all affirmative claims belong to Hi Bar, with a waterfall provision to Spin.  The opposite is true. The Common Interest Agreement provides that "Hi Bar hereby assigns to Spin Capital any and all Hi Bar Claims". It provides for a waterfall provision for payments by Spin to Hi Bar.

---

[1] Although the Common Interest Agreement states that Leto will not file an appearance for Lubin or Spin, that reference does not absolve Leto from representing the interests of Lubin and Spin, or from withdrawing as counsel if he could not.

9.    The fees in question amount to $75,000.00.  Spin is owed millions of dollars and has a claim against $2,100,000.00 held by the Bankruptcy Court.  Leto is attempting to cancel a multi-million-dollar agreement because he was not paid his fees of $75,000.00.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Dated: 12/05/25 _____

_Arvumi Lubin_

_____

Avrumi Lubin

# Law Offices of David W. Langley

Final Audit Report                                                2025-05-12

| | |
|---|---|
| Created: | 2025-05-12 |
| By: | Paralegal Activity (paralegalactivityllc@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAgsgu63svKGux76jQliLMpbxN8i-5RziM |

## "Law Offices of David W. Langley" History

📄 Document created by Paralegal Activity (paralegalactivityllc@gmail.com)
2025-05-12 - 8:35:34 PM GMT

✉ Document emailed to Avrumi Lubin (aylubin@gmail.com) for signature
2025-05-12 - 8:35:37 PM GMT

📄 Email viewed by Avrumi Lubin (aylubin@gmail.com)
2025-05-12 - 8:35:43 PM GMT

✒ Document e-signed by Avrumi Lubin (aylubin@gmail.com)
Signature Date: 2025-05-12 - 11:41:36 PM GMT - Time Source: server

✅ Agreement completed.
2025-05-12 - 11:41:36 PM GMT



Powered by
**Adobe
Acrobat Sign**