UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                     Chapter 7

_____/

**REPLY BRIEF IN SUPPORT OF
JOINT MOTION TO ENFORCE SALE ORDER**[1]

The Court has ruled on multiple occasions that Lubin does not hold any interest in the Net Proceeds.  Paragraph 8 of the Sale Order holds, "Only (i) parties to the Adversary Proceeding Complaint, or (ii) parties that have appeared in the main bankruptcy case and asserted an interest in the Vehicles, may make a claim against the Net Proceeds" (the "Limiting Language").[2]  Paragraph D of the Sale Order adds: "…True Business Funding, LLC, and Avrumi 'Josh' Lubin, in his individual capacity…will [not] be heard to later object to this Order."  Finally, in its recent order granting a reconsideration motion, the Court states point blank: "The Court agrees that Mr. Lubin has no ability to seek relief relating to the Net Proceeds."  ECF No. 944 at 4 (the "Reconsideration Order").

Lubin has filed a response brief that directly contravenes these rulings (the "Response").  ECF No. 950.  For example, ignoring the holding that "Lubin has no ability to seek relief relating to the Net Proceeds," the Response asks the Court "to recognize that Lubin has a valid claim to the proceeds of Sale, and to prevent any further distribution of said funds …absent further court order."  Resp. ¶ 1.  The incompatibility between what

---

[1]    Capitalized terms shall have the meanings ascribed to them in the *Expedited Motion (I) To Enforce Sale Order and (II) to Order Distribution of Auction Proceeds to Counsel for the FVP Parties* (the "Motion"), unless otherwise defined herein.  ECF No. 931.

[2]    Lubin did not appear in the case until June 2025, years after the Sale Order was entered, and is thus bound by the Limiting Language.  *See* ECF No. 919 (Lubin appearance).

Lubin requests and what the Court has already ruled is obvious, and his objections to the Motion should be overruled in short order.

Notwithstanding this, Franklin wish to underscore two points.

First, although the Court has already determined that Lubin received due process in connection with the Sale Order, *see* Reconsideration Order 4–5, the Response removes any doubt as to that point through admission:

> …Lubin hired, paid and directed the attorneys for Hi Bar that participated in those matters [the main bankruptcy case and a related adversary proceeding]…He directed the litigation.  He selected and paid the attorneys who appeared as counsel for Hi Bar.

Resp. ¶¶ 26–27.  Given these admissions, nothing precluded Lubin—the individual who "directed" litigation for Hi Bar in this bankruptcy case—from being heard in connection with the Sale Order.  Notice to Lubin of the Sale Order and related matters was appropriate.

Second, the Movants note that this case was converted to chapter 7 on May 1, 2023, and the Trustee filed the motion to sell the Vehicles shortly thereafter, on May 9, 2023. ECF Nos. 584 and 618.  No fewer than eight responses, replies and joinders were filed by interested parties in connection with the sale motion.  ECF Nos. 630, 639, 641, 642, 644, 650, 676 and 679.  The Court conducted four hearings on the motion, on May 11, 18 and 26, and June 14, 2023.  ECF Nos. 619, 621, 629, 653 and 667.

Rather than file responsive paperwork or attend these multiple hearings, Lubin chose to spend the months of May and June 2023 emailing various parties and attorneys involved in the case and complaining of exactly the same issues he is attempting to raise now, years after the fact.  For example:

- On April 7, 2023, Lubin emailed an officer of Franklin, Shaya Baum, and stated: "Hi [B]ar does not own the obligation [i.e. the secured claim alleged by Hi Bar]."

- On May 1, 2023, Lubin emailed Mr. Baum again and stated: "TBF owns the majority of the rights in the Hi Bar obligation."

- On May 15, 2023—after the first sale hearing had already occurred—Mr. Lubin emailed counsel for Franklin and FVP, stating, "TBF/BMF is the senior secured creditor on Karma matter.  Please preserve ALL collateral until priority issues are resolved."

- Later in the day on May 15, Lubin added in a separate email: "Hi Bar is not allowed to collect on this obligation until TBF (which is senior) is paid in full."

- On May 25, 2023—after the second sale hearing occurred—Lubin emailed counsel for FVP and reiterated, "TBF owns the majority of the rights in the Hi Bar obligation."

- On June 25, 2023—after the Sale Order was entered but still within the time period to seek reconsideration or appeal—Lubin again emailed counsel for FVP, stating, "You can't change the facts.  You can attempt to hide them.  Facts cannot be changed.  Your [sic] exposed, Hi Bar attorneys are exposed.  Franklin is exposed.  Everyone is exposed besides JOSH LUBIN…Everyone that caused me damages will pay.  This case is going the distance."

A composite of the emails sent by Lubin is attached as **EXHIBIT "A"**.

The allegations raised by Lubin in the emails—the insistence that he and his companies own the Hi Bar claim and are the real party in interest—are exactly those being made in the Response.  *See* Resp. ¶¶ 23 and 25 ("Lubin, as assignee of Spin, holds a first position interest on the Proceeds of Sale…Lubin, however, holds the first position lien on the Proceeds pursuant to the Common Interest Agreement with Hi Bar.").  Assuming *arguendo* those allegations have merit (which they do not), the time to raise them was in 2023, not two years later.

[Remainder of Page Intentionally Left Blank]

WHEREFORE, Franklin respectfully requests the entry of an order (1) interpreting and enforcing the Sale Order, (2) directing that the auction proceeds in the registry of the Court be disbursed to the trust account of counsel for the FVP Parties, Schwartz Breslin PLLC, there to be further disbursed in accordance with the agreement between the Movants, and (3) grant such other relief the Court deems appropriate.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing on August 11, 2025.

**SHRAIBERG PAGE, P.A.**
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By: /s/ Patrick R. Dorsey
    Patrick R. Dorsey, Esq.
    Fla. Bar. No. 0085841

"Exhibit A"

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, June 25, 2023 1:55:27 PM
**To:** Brad S. Shraiberg <bss@slp.law>
**Cc:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <jb@richardbaronlaw.com>; Shaya Baum <sbaum@winglakecp.com>; hw@whcfla.com <hw@whcfla.com>; Gabe Isaacov

<gabe@bmfcapitalllc.com>; Joel.Wiegert@kutakrock.com <Joel.Wiegert@kutakrock.com>
**Subject:** Re: Hi Bar v Karma

Mr Breslin,

You can't change the facts. You can attempt to hide them. Facts cannot be changed. Your exposed, Hi Bar attorneys are exposed. Franklin is exposed. Everyone is exposed beside **JOSH LUBIN**. Your client attorneys messed up and you're letting your anger out on other parties.

You filed a frivolous lawsuit against me. I'm going to sanction you. I did zero wrong here. Bunch of frivolous lawsuits against me. What a joke.

The longer this case goes on, the more damages everyone will have to pay.

Everyone that caused me damages will pay. This case is going the distance.

This is Malicious prosecution. I will pursue recovery against every party/lawyer that consumed my time on this matter and filed frivolous actions against me.

The facts will all come out.

Kind regards,
Josh

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Friday, June 2, 2023 12:37:28 AM
**To:** Brad S. Shraiberg <bss@slp.law>
**Cc:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <jb@richardbaronlaw.com>; Shaya Baum <sbaum@winglakecp.com>; hw@whcfla.com <hw@whcfla.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>; Joel.Wiegert@kutakrock.com <Joel.Wiegert@kutakrock.com>
**Subject:** Re: Hi Bar v Karma

Brad,

I was referring to four Karma unsecured creditor (not Hi Bar creditors). That will likely file an involuntary over the Karma entities.

Hi Bar is a separate issue that will be dealt with.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Brad S. Shraiberg <bss@slp.law>
**Sent:** Friday, June 2, 2023 12:09:52 AM
**To:** Josh Lubin <josh@spincapital.com>

2

**Cc:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <jb@richardbaronlaw.com>; Shaya Baum <sbaum@winglakecp.com>; Joel.Wiegert@kutakrock.com <Joel.Wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>; Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

I'm not understanding your email. Four creditors are filing an involuntary against hi bar?  We should talk before they do to see if we can enter into a settlement agreement before they file. I would hate to see that happen if it can be avoided.

I am free tomorrow to discuss. Let me know what works for everyone.

Bradley Shraiberg
(561) 443-0801

Sent from my iPhone


On Jun 1, 2023, at 9:10 PM, Josh Lubin <josh@spincapital.com> wrote:

 [External Email]
Mr Breslin,

Four unsecured Karma creditors have an involuntary bankruptcy petition that's prepared to be filed. Doing the best I can to prevent it.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, May 25, 2023 12:18:28 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

Mr Breslin,

TBF owns the majority of the rights in the Hi Bar obligation. In the event you have any false documentation that shows otherwise, it's probably best you come clean or TBF will pursue recovery against your firm and your client.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 10:29:54 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>

**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

All my previous threats were civil action.

This is appearing to be a much bigger mess then I originally thought. I wish everyone the best of luck.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 10:09:42 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

I ran some of the Karma titles on Lexisnexis and some were switched in June/July 2022. That's a violation of the courts order.

Hi Bar and TBF are entitled to treble damages from anyone who may have committed theft here.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 10:03:50 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

For 4MM and change.... Wow this is reckless.  I'm speechless.

Good luck everyone.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 8:12:24 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>

4

**Cc:** Gabe Isaacov <gabe@bmfcapalllc.com>
**Subject:** Re: Hi Bar v Karma

All,

As I'm sure you're all aware. Hi Bar won summary judgement on Friday. Hi Bar is not allowed to collect on this obligation until TBF (which is senior) is paid in full. Decision attached.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin
**Sent:** Monday, May 15, 2023 5:14:24 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>
**Cc:** Gabe Isaacov <gabe@bmfcapalllc.com>
**Subject:** RE: Hi Bar v Karma

In the event any cars were liquated. The money must be put in escrow immediately.

---

**From:** Josh Lubin
**Sent:** Monday, May 15, 2023 5:08 PM
**To:** 'Jonathan Feldman' <feldman@katiephang.com>; 'Jerry Breslin' <JB@RichardBaronLaw.com>; 'Shaya Baum' <sbaum@winglakecp.com>; 'Brad S. Shraiberg' <bss@slp.law>; 'joel.wiegert@kutakrock.com' <joel.wiegert@kutakrock.com>; 'hw@whcfla.com' <hw@whcfla.com>
**Cc:** 'Gabe Isaacov' <gabe@bmfcapalllc.com>
**Subject:** RE: Hi Bar v Karma
**Importance:** High

ALL,

Whats this?? Wow this is reckless.

---

**From:** Josh Lubin
**Sent:** Monday, May 15, 2023 1:38 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapalllc.com>
**Subject:** RE: Hi Bar v Karma

I no idea what/who that it. Send me the financing statement

5

**From:** Jonathan Feldman <feldman@katiephang.com>
**Sent:** Monday, May 15, 2023 1:36 PM
**To:** Josh Lubin <josh@spincapital.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: Hi Bar v Karma

Sorry; I meant to say UVA.  They may likely have a senior lien position as well.

**<image001.png>**

Jonathan S. Feldman, Esq.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Email: feldman@katiephang.com
P: (305) 614-1223 | F: (305) 614-1187 | W: www.katiephang.com

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 1:25 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: Hi Bar v Karma

Are you referring to the Westlake UCC? Was that changed to SRT?

**From:** Jonathan Feldman <feldman@katiephang.com>
**Sent:** Monday, May 15, 2023 1:23 PM
**To:** Josh Lubin <josh@spincapital.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: Hi Bar v Karma

Mr. Lubin
My understanding is that SRT also has a senior lien position.  Can you advise?

**<image001.png>**

Jonathan S. Feldman, Esq.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Email: feldman@katiephang.com
P: (305) 614-1223 | F: (305) 614-1187 | W: www.katiephang.com

6

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 1:11 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapalllc.com>
**Subject:** RE: Hi Bar v Karma

Jerry Breslin & Brad Shraiberg,

TBF/BMF is the senior creditor on Karma matter. Please preserve **ALL** collateral until priority issues are resolved.

**From:** Jonathan Feldman <feldman@katiephang.com>
**Sent:** Monday, May 15, 2023 12:07 PM
**To:** Josh Lubin <josh@spincapital.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapalllc.com>
**Subject:** RE: Hi Bar v Karma

Either way, an investigation of Franklin is necessary in this instance.  All documents should be turned over without delay!

**<image001.png>**

Jonathan S. Feldman, Esq.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Email: feldman@katiephang.com
P: (305) 614-1223 | F: (305) 614-1187 | W: www.katiephang.com

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 12:06 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapalllc.com>
**Subject:** Re: Hi Bar v Karma

Obviously, we must assume it was a mistake. The facts will tell the truth.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

7

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 12:02:05 PM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>; mwolfson@foley.com <MWolfson@foley.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

I'm not certain this was done to Hi Bar.  I am 100% certain this was done to BMF copied on this email a few times.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Jonathan Feldman <feldman@katiephang.com>
**Sent:** Monday, May 15, 2023 11:52:51 AM
**To:** Josh Lubin <josh@spincapital.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>; mwolfson@foley.com <MWolfson@foley.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: Hi Bar v Karma

It's unbelievable that Franklin does this! Well intentioned companies such as Hi-Bar should not be subjected to these horrible tactics.

**<image001.png>**

Jonathan S. Feldman, Esq.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Email: feldman@katiephang.com
P: (305) 614-1223 | F: (305) 614-1187 | W: www.katiephang.com

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 15, 2023 11:34 AM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

Shaya,

8

For the record.  NY and Michigan case law shows that Franklin funds a lot of loans and specifically does not pay off junior creditors (in matter of fact, extort them into taking settlements) and all obligations.

Your statement is 100% false and the case law is clear-cut here.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, May 9, 2023 8:54:09 AM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>; mwolfson@foley.com <MWolfson@foley.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

Shaya,

If you attempted to cause any damages to the Hi Bar obligations, the participants will likely put Franklin in bankruptcy, which I don't think you want.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, May 9, 2023 2:51:01 AM
**To:** Jonathan Feldman <feldman@katiephang.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>; mwolfson@foley.com <MWolfson@foley.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

All,

I believe at max Franklin owns Hi Bar rights in the obligation (which is minimal). Any allegations that say otherwise, should be put into question immediately.

I believe TBF is in the works of appointing a Federal receiver over Franklin rights in the Hi Bar obligation and a state receiver over the Karma entities.

9

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Jonathan Feldman <feldman@katiephang.com>
**Sent:** Wednesday, May 3, 2023 3:33:39 PM
**To:** Josh Lubin <josh@spincapital.com>; Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com <joel.wiegert@kutakrock.com>; hw@whcfla.com <hw@whcfla.com>; mwolfson@foley.com <MWolfson@foley.com>
**Cc:** Gabe Isaacov <gabe@bmfcapallllc.com>
**Subject:** RE: Hi Bar v Karma

Take me off these emails, Avrumi.  Other than a good laugh, I don't care what you have to say.

**<image001.png>**

Jonathan S. Feldman, Esq.
One Biscayne Tower, Suite 1600
2 South Biscayne Boulevard
Miami, Florida 33131
Email: feldman@katiephang.com
P: (305) 614-1223 | F: (305) 614-1187 | W: www.katiephang.com

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Wednesday, May 3, 2023 3:29 PM
**To:** Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com; Jonathan Feldman <feldman@katiephang.com>; hw@whcfla.com; mwolfson@foley.com
**Cc:** Gabe Isaacov <gabe@bmfcapallllc.com>
**Subject:** RE: Hi Bar v Karma

Jonathan & Harry,

For the record, see below.

---

**From:** Josh Lubin
**Sent:** Tuesday, May 2, 2023 3:27 PM
**To:** Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com
**Cc:** Gabe Isaacov <gabe@bmfcapallllc.com>
**Subject:** RE: Hi Bar v Karma

Jerry, Shaya, Brad & Jerry,

Hi Bar cannot assign rights it does not own. Especially rights Spin capital does not own.

---

**From:** Josh Lubin
**Sent:** Tuesday, May 2, 2023 2:50 PM
**To:** Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: Hi Bar v Karma

Sorry, I meant rights*

---

**From:** Josh Lubin
**Sent:** Tuesday, May 2, 2023 2:35 PM
**To:** Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** RE: Hi Bar v Karma

All,

Any confidential documents can't be retroactively. Yes this is a massive problem guys.

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, May 2, 2023 5:57 AM
**To:** Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>; Brad S. Shraiberg <bss@slp.law>; joel.wiegert@kutakrock.com
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

Brad & Joel,

For the record, see below.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Tuesday, May 2, 2023 3:30:20 AM
**To:** Jerry Breslin <JB@RichardBaronLaw.com>; Shaya Baum <sbaum@winglakecp.com>

11

**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Fwd: Hi Bar v Karma

Jerry,

See email below.

Guide yourself accordingly

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, May 1, 2023 9:09:49 AM
**To:** Shaya Baum <sbaum@winglakecp.com>
**Cc:** Gabe Isaacov <gabe@bmfcapitalllc.com>
**Subject:** Re: Hi Bar v Karma

Shaya,


It's very simple. Franklin strikes, TBF strikes. Everyone going to sit back for a few days.

TBF owns majority of the rights in the Hi Bar obligation. **NOT JOSH LUBIN NOR SPIN CAPITAL.**

In the event you're in possession any confidential documents related to Spin, you will have to answer to that in court.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Sunday, April 30, 2023 2:20:04 PM
**To:** Shaya Baum <sbaum@winglakecp.com>
**Subject:** Re: Hi Bar v Karma

There're five parties that have rights in the Hi Bar obligation.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, April 27, 2023, 12:39 PM
**To:** Shaya Baum <sbaum@winglakecp.com>
**Subject:** Re: Hi Bar v Karma

Hi bar does not own the obligation

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Thursday, April 27, 2023, 2:25 PM
**To:** Shaya Baum <sbaum@winglakecp.com>
**Subject:** Hi Bar v Karma

Shaya,

Mordi Herbst & Yisroel Herbst have zero authority to give you a release of liability on the Hi Bar v Karma matter. They have no authority to make any decisions.  They do not control the obligation.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.**

---

**Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.**

---

Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.

Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.

Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.

Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.

Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.

---

Confidentiality Notice: The information contained in this electronic mail is personal and confidential and is intended only for the person or persons named above. This message and the information contained in this electronic mail may be an attorney-client communication and therefore may be subject to the attorney-client privilege. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy. Thank you.