UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                          Case No. 22-15627-EPK

      Debtor.                                                 Chapter 7

_____/

### NOTICE OF FILING PROPOSED ORDER GRANTING JOINT MOTION FOR DISTRIBUTION OF AUCTION PROCEEDS

Franklin Capital Funding, LLC, Franklin Capital Group, LLC and Franklin Capital Management, LLC (jointly and severally, "Franklin" or the "Franklin Parties"), by and through undersigned counsel, hereby file the attached proposed Order Granting Joint Motion for Distribution of Auction Proceeds, which relates to the *Expedited Joint Motion to Order Distribution of Auction Proceeds to Counsel for the FVP Parties Pursuant to State Court Order* **[ECF No. 954].**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing to those parties registered to receive electronic noticing on August 25, 2025.

           **SHRAIBERG PAGE, P.A.**
           Attorneys for Franklin
           2385 NW Executive Center Drive, #300
           Boca Raton, Florida 33431
           Telephone: 561-443-0800
           Facsimile: 561-998-0047

           By:   /s/ Patrick R. Dorsey
                Patrick R. Dorsey, Esq.
                Fla. Bar. No. 0085841

{2425/000/00549705}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

AUTO WHOLESALE OF BOCA, LLC,                    Case No. 22-15627-EPK

    Debtor.                                      Chapter 7

_____/

**ORDER (I) GRANTING EXPEDITED JOINT MOTION TO ORDER
DISTRIBUTION OF AUCTION PROCEEDS TO COUNSEL
FOR THE FVP PARTIES PURSUANT TO STATE COURT ORDER,
AND (II) DISCHARGING ORDER TO SHOW CAUSE**

THIS MATTER came before the Court for hearing on August 27, 2025, upon the

*Expedited Joint Motion to Order Distribution of Auction Proceeds to Counsel for the FVP*

*Parties Pursuant to State Court Order* (the "Motion") [ECF No. 954], and the *Order to Show*

*Cause Why Certain Funds Held by the Clerk Should Not Escheat to the United States*

*Treasury* (the "Order to Show Cause") [ECF No. 911].   Through the Motion, Franklin

{2425/000/00549705}

Capital Funding, LLC, Franklin Capital Group, LLC and Franklin Capital Management, LLC (jointly and severally, "Franklin"), (2) FVP Opportunity Fund III, LP, FVP Investments, LLC and FVP Servicing, LLC (jointly and severally, "FVP"), and (3) Hi Bar Capital, LLC ("Hi Bar") (the "Movants"), have announced a settlement agreement regarding certain auction proceeds that are being held in the registry of the Court.  The Movants request that such proceeds be disbursed to the trust account of counsel for FVP, Schwartz Breslin PLLC, there to be further disbursed in accordance with their settlement.

The procedural history of the Motion and Order to Show Cause is set forth at length in the *Order Denying Expedited Joint Motion* (the "August 12 Order") [ECF No. 952], which is incorporated herein by reference.  Capitalized terms shall have the meanings ascribed to them in the August 12 Order unless otherwise defined herein.

The August 12 Order states in relevant part, "This Court cannot and will not rule on the dispute between Avrumi Lubin and Hi Bar Capital, LLC regarding their relative rights in the Net Proceeds held in the registry of this Court.  The parties are encouraged to obtain a ruling from another court having competent jurisdiction or to present an agreement and a form of agreed order as directed in the Order to Show Cause."  August 12 Order 9.  On August 14, 2025, the Circuit Court in and for Broward County, Florida entered the *Order on Joint Motion to Endorse Settlement* (the "State Court Order").

The Court has reviewed the Motion, the State Court Order and transcript of the hearing thereon, and is otherwise duly advised.  For the reasons stated on the record, which are incorporated by reference, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion [ECF No. 954] is **GRANTED** as follows.

2.      Pursuant to the settlement agreement referenced in the Motion and State Court Order, the Clerk of Court is **DIRECTED** to disburse the Net Proceeds, in the amount

{2425/000/00549705}

of $2,107,548.61, to counsel for FVP, Schwartz Breslin PLLC.  *See* Dec. 18, 2023 Receipt of

Registry Deposit.

3.      The Movants agree Schwartz Breslin PLLC shall deposit the Net Proceeds

into its escrow account and thereafter disburse the Net Proceeds in accordance with their

settlement agreement.

4.      Any and all objections to the Motion are **OVERRULED**.

5.      The Order to Show Cause [ECF No. 911] is **DISCHARGED AS MOOT**.

# # #

Submitted by:

Patrick Dorsey, Esq.
**SHRAIBERG PAGE P.A**.
Attorneys for Franklin
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  pdorsey@slp.law

Copies to:

Patrick Dorsey, Esq.

(Attorney Patrick Dorsey is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and shall file a certificate of service with the Clerk.)

{2425/000/00549705}