**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

**AUTO WHOLESALE OF BOCA, LLC,**                    CASE NO.: 22-15627-EPK

    Debtor.                                                                CHAPTER 7

_____/

### MOTION TO WITHDRAW AS COUNSEL FOR AVRUMI LUBIN

The Law Offices of David W. Langley, P.A. moves to withdraw as counsel for Interested Party Avrumi Lubin, and says:

1.      Irreconcilable differences have arisen between counsel and client which render it impossible for counsel to continue to represent Mr. Lubin.

2.      As a result of certain recent issues between attorney and client, withdrawal by counsel is mandatory pursuant to Florida Rules of Professional Conduct Rule 4-1.16.

3.      Mr. Lubin's last known address is 1460 Arboretum Parkway, Lakewood, New Jersey 08701.

4.      Based on these concerns counsel requests he be allowed to withdraw as attorney of record for Avrumi Lubin in the above styled action.

5.      Movant is also acting as local counsel for attorney Michael Kasen.  However, Mr. Kasen has also moved to withdraw as counsel for Avrumi Lubin.

WHEREFORE, Movant, Law Offices of David W. Langley, P.A., respectfully requests the Court allow Movant to withdraw as counsel for Avrumi Lubin., and grant such other and further relief as the Court deems just and proper.

.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A); and that a true copy of the above document was filed electronically and served electronically and by mail to all interested parties, and by U.S. Mail and email to Avrumi Lubin and JL Special Investments LLC, josh@spincapital.com, 1460 Arboretum Parkway, Lakewood, NJ 08701, on this 26th day of August, 2025.

LAW OFFICES OF DAVID W. LANGLEY
*Attorney for Avrumi Lubin*
8551 W. Sunrise Blvd., Suite 303
Plantation, Florida 33322
Telephone:     954-356-0450
Facsimile:     954-356-0451
E-mail: dave@flalawyer.com

By: ___*/s/ David W. Langley*_____
        David W. Langley, Esq.
        Florida Bar Number 348279