

**ORDERED in the Southern District of Florida on September 22, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

**AUTO WHOLESALE OF BOCA, LLC**,                    CASE NO.: 22-15627-EPK
                                                    CHAPTER 7

      Debtor.

_____/

### <u>ORDER ON DAVID W. LANGLEY'S MOTION TO WITHDRAW</u>
### <u>AS ATTORNEY FOR AVRUMI LUBIN</u>

THIS MATTER came before the Court on September 10, 2025 at 10:30 AM, on the Law Offices of David W. Langley, P.A.'s Motion to Withdraw as Counsel for Interested Party Avrumi Lubin, and the Court having reviewed the Motion, having heard argument of counsel and of Avrumi Lubin, and having been otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.    The Law Offices of David W. Langley's Motion is hereby **GRANTED**.

2.      The Law Offices of David W. Langley, P.A. is relieved of any further responsibility in this matter.

3.      The parties may serve all future pleadings and papers on Avrumi Lubin at:

1460 Arboretum Parkway, Lakewood, NJ 0870

Email: josh@spincapital.com

**Submitted by:**
DAVID W. LANGLEY
*Attorney for Debtor*
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone:     954-356-0450
Fax:              954-356-0451
E-mail: dave@flalawyer.com
Florida Bar Number 348279

David W. Langley shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest