United States Bankruptcy Court

Southern District of Florida

In re:

Auto Wholesale of Boca, LLC

    Debtor

Case No. 22-15627-EPK

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113C-9 | User: admin | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| intp | + Avrumi Lubin, c/o Joel M. Aresty, Esq., 309 1st Ave S, Tierra Verde, Fl 33715-2231 |
| | + David W. Langley, 8551 W. Sunrise Boulevard, Suite 303, Plantation, FL 33322-4007 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan R Crane | on behalf of Creditor Nicole Mehdipour acrane@furrcohen.com yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com |
| Amanda Klopp | on behalf of Interested Party Edward Brown amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Bradley S Shraiberg | on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law |
| Bradley S Shraiberg | on behalf of Intervenor Franklin Capital Funding  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law |
| Bradley S Shraiberg | |

District/off: 113C-9                    User: admin                    Page 2 of 6
Date Rcvd: Sep 23, 2025                 Form ID: pdf004                 Total Noticed: 2

on behalf of Creditor Franklin Capital Funding  LLC bss@slp.law,
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law;mortman@slp.law

C Craig Eller, Esq

on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. celler@kelleylawoffice.com
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq

on behalf of Creditor Road Rich  LLC d/b/a Road Rich Motors celler@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Carlos E. Sardi, Esq

on behalf of Interested Party Omar Periu carlos@sardilaw.com
carlos@ecf.courtdrive.com;sardi.carlose.b110401@notify.bestcase.com

Catherine Holly Yach Gleason

on behalf of Debtor Auto Wholesale of Boca  LLC ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason

on behalf of Creditor Mazel Tov  Inc. ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason

on behalf of Creditor M&M Development Consultants  LLC ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason

on behalf of Creditor Farache Enterprises  Inc. ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason

on behalf of Interested Party Moshe Farache ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason

on behalf of Creditor Moshe Farache ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason

on behalf of Creditor Express Emergency Services  Inc. ktgleasonlegal@gmail.com

Catherine Holly Yach Gleason

on behalf of Creditor M & M Development Consultants LLC. ktgleasonlegal@gmail.com

Christian Somodevilla

on behalf of Creditor Woodside Credit  LLC cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;zbs@lss.law;alt@lss.law

Cory Mauro

on behalf of Interested Party Arby Lipman cory@maurolawfirm.com  paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro

on behalf of Interested Party Derek Stephens cory@maurolawfirm.com  paralegal@maurolawfirm.com;evan@maurolawfirm.com

Cory Mauro

on behalf of Interested Party Arby Lipman  LLC cory@maurolawfirm.com,
paralegal@maurolawfirm.com;evan@maurolawfirm.com

Dana L Kaplan

on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. dana@kelleylawoffice.com
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Daniel Gielchinsky

on behalf of Interested Party Quad Funding Partners  LLC dan@dgimlaw.com,
colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com

David B Marks

on behalf of Interested Party Edward Brown brett.marks@akerman.com  charlene.cerda@akerman.com

David R Softness

on behalf of Plaintiff FVP Servicing  LLC david@softnesslaw.com

David R Softness

on behalf of Plaintiff FVP Opportunity Fund III  LP david@softnesslaw.com

David R Softness

on behalf of Creditor FVP Servicing  LLC david@softnesslaw.com

David R Softness

on behalf of Plaintiff FVP Investments  LLC david@softnesslaw.com

David R Softness

on behalf of Creditor FVP Investments  LLC david@softnesslaw.com

David R Softness

on behalf of Creditor FVP Opportunity Fund III  LP david@softnesslaw.com

David W. Langley

on behalf of Special Counsel Michael Kasen dave@flalawyer.com  emily@flalawyer.com;monica@flalawyer.com

District/off: 113C-9              User: admin              Page 3 of 6

Date Rcvd: Sep 23, 2025              Form ID: pdf004              Total Noticed: 2

Eric J Silver
on behalf of Plaintiff Benidt Investments/Slinger  LLC esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric J Silver
on behalf of Creditor Benidt Investments/Slinger  LLC esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric S Pendergraft
on behalf of Creditor Edvard Dessalines ependergraft@slp.law
dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eyal Berger, Esq.
on behalf of Interested Party Edward Brown eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Ezequiel Joseph Romero
on behalf of Counter-Defendant Hi Bar Capital  LLC romeroe@bryancave.com,
zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com

Ezequiel Joseph Romero
on behalf of Defendant Hi Bar Capital  LLC romeroe@bryancave.com,
zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com

Ezequiel Joseph Romero
on behalf of Intervenor-Defendant Hi Bar Capital  LLC romeroe@bryancave.com,
zeke.romero30@gmail.com,ezequiel-romero-9088@ecf.pacerpro.com

Harry Winderman
on behalf of Interested Party Shaneandninamt  LLC harry4334@hotmail.com,
lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Heidi A Feinman
on behalf of U.S. Trustee Office of the US Trustee Heidi.A.Feinman@usdoj.gov

James B Miller
on behalf of Defendant Auto Wholesale of Boca  LLC bkcmiami@gmail.com

James B Miller
on behalf of Creditor James B Miller  P.A. bkcmiami@gmail.com

James C. Moon, Esq
on behalf of Counter-Defendant Hi Bar Capital  LLC jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia
@ecf.courtdrive.com

Jason S Rigoli, Esq.
on behalf of Interested Party Nicole Testa Mehdipour jrigoli@furrcohen.com
yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com

Jason S Rigoli, Esq.
on behalf of Creditor Nicole Mehdipour jrigoli@furrcohen.com
yfernandez@furrcohen.com;staff1@furrcohen.com;ltitus@furrcohen.com

Jay L Farrow
on behalf of Defendant Auto Wholesale of Boca  LLC Jay.Farrow@counselorlawfirm.com

Jerrell A Breslin
on behalf of Creditor FVP Opportunity Fund III  LP jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Counter-Defendant FVP Investments  LLC jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Intervenor-Defendant FVP Investments  LLC jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Counter-Defendant FVP Opportunity Fund III  LP jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Counter-Defendant FVP Servicing  LLC jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Plaintiff FVP Opportunity Fund III  LP jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Plaintiff FVP Investments  LLC jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Creditor FVP Servicing  LLC jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Intervenor-Defendant FVP Servicing  LLC jb@jsjb.law, eservice@jsjb.law

User: admin
Date Rcvd: Sep 23, 2025  Form ID: pdf004  Total Noticed: 2

Jerrell A Breslin
on behalf of Plaintiff FVP Servicing  LLC jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Intervenor-Defendant FVP Opportunity Fund III  LP jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin
on behalf of Creditor FVP Investments  LLC jb@jsjb.law, eservice@jsjb.law

Joel M. Aresty, Esq.
on behalf of Interested Party Avrumi Lubin aresty@mac.com

John E Page
on behalf of Creditor Edvard Dessalines jpage@slp.law
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law

John M Brennan, Jr
on behalf of Creditor Eric Dore jack.brennan@gray-robinson.com  2897605420@filings.docketbird.com

Jonathan S. Feldman
on behalf of Defendant Auto Wholesale of Boca  LLC feldman@katiephang.com, service@katiephang.com

Lauren Stricker
on behalf of Interested Party Moshe Farache lstricker@shukerdorris.com
bankruptcy@shukerdorris.com;atillman@shukerdorris.com;mdorris@shukerdorris.com;mfranklin@shukerdorris.com;rshuker@shukerdorris.com

Linda M Leali
on behalf of Creditor Linda Leali lleali@lealilaw.com
lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com

Linda Marie Leali
on behalf of Trustee Linda Marie Leali trustee@lealilaw.com
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Linda Marie Leali
on behalf of Interested Party Linda Leali trustee@lealilaw.com
F005@ecfcbis.com;lkennedy@lealilaw.com;LindaLealiPA@jubileebk.net;nahomy@lealilaw.com;ecf.alert+LeaLi@titlexi.com

Marc E Brandes
on behalf of Creditor Marc Brandes mbrandes@kfb-law.com  bvillalobos@kfb-law.com

Matthew P. Leto
on behalf of Creditor Hi Bar Capital  LLC mleto@letolawfirm.com, kzelaya@letolawfirm.com

Melissa A. Campbell
on behalf of Creditor BAL INVESTMENTS  LLC mcampbell@bakerdonelson.com,
achentnik@bakerdonelson.com;kwilliams@bakerdonelson.com;bkcts@bakerdonelson.com

Michael D Lessne
on behalf of Creditor Mazel Tov  Inc. mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Interested Party Lisa Farache mlessne@lessnehoffman.law  mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Creditor M & M Development Consultants LLC. mlessne@lessnehoffman.law  mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Creditor M&M Development Consultants  LLC mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Creditor Lisa Farache mlessne@lessnehoffman.law  mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Interested Party Moshe Farache mlessne@lessnehoffman.law  mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Creditor Farache Enterprises  Inc. mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Creditor Express Emergency Services  Inc. mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com

Michael D Lessne
on behalf of Creditor Moshe Farache mlessne@lessnehoffman.law  mlessne@ecf.courtdrive.com

Michael J. Harwin
on behalf of Creditor Benidt Investments/Slinger  LLC mharwin@stearnsweaver.com

Michael J. Harwin
on behalf of Plaintiff Benidt Investments/Slinger  LLC mharwin@stearnsweaver.com

Michael J. Harwin

on behalf of Intervenor-Plaintiff Benidt Investments/Slinger  LLC mharwin@stearnsweaver.com

Michael R Bakst

on behalf of Trustee Michael R. Bakst efilemrb@gmlaw.com
ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

Michael R. Bakst

efilemrb@gmlaw.com
ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com

Michael R. Bakst, Esq.

on behalf of Trustee Michael R. Bakst efileu1094@gmlaw.com
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com;efileu3186@gmlaw.com;efileu1086@gmlaw.com

Michael S Hoffman

on behalf of Debtor Auto Wholesale of Boca  LLC mhoffman@lessnehoffman.law, mhoffman@ecf.courtdrive.com

Nathan G Mancuso

on behalf of Interested Party Excell Auto Sport and Service  Inc. ngm@mancuso-law.com

Nicole Testa Mehdipour

on behalf of Creditor Nicole Mehdipour Trustee@ntmlawfirm.com
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Patricia A Redmond

on behalf of Creditor Benidt Investments/Slinger  LLC predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond

on behalf of Intervenor-Plaintiff Benidt Investments/Slinger  LLC predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patricia A Redmond

on behalf of Plaintiff Benidt Investments/Slinger  LLC predmond@stearnsweaver.com,
jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com

Patrick R Dorsey

on behalf of Intervenor Franklin Capital Funding  LLC pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Patrick R Dorsey

on behalf of Defendant Franklin Capital Funding  LLC pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Patrick R Dorsey

on behalf of Creditor Franklin Capital Funding  LLC pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Patrick R Dorsey

on behalf of Creditor Wing Lake Capital Partners f/k/a Franklin Capital Group  LLC pdorsey@slp.law,
dwoodall@slp.law;pmouton@slp.law;pdorsey@ecf.courtdrive.com;mortman@slp.law

Philip J Landau

on behalf of Interested Party Michael Halperin plandau@landau.law
plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com

Rilyn A Carnahan, Esq.

on behalf of Trustee Michael R. Bakst rilyn.carnahan@gmlaw.com
efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com

Ryan C Reinert

on behalf of Creditor Frank A. Evans  III rreinert@shutts.com

Ryan Mitchell Wolis

on behalf of Plaintiff Benidt Investments/Slinger  LLC rwolis@stearnsweaver.com, egraham@stearnsweaver.com

Scott C Gherman

on behalf of Interested Party Pompano 2009 LLC sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor Mazel Tov  Inc. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party M & M Development Consultants LLC. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor Chase Farache sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party Lisa Farache sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor Lisa Farache sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor M & M Development Consultants LLC. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor Farache Enterprises  Inc. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party MMS Ultimate Services Inc. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party Mazel Tov Inc sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party SCOTT C. GHERMAN sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor Express Emergency Services  Inc. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor Calvin Erbstein sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party Express Emergency Services  Inc. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Creditor Moshe Farache sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party Farache Enterprises Inc. sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party Moshe Farache sgherman@scottghermanpa.com

Scott C Gherman

on behalf of Interested Party Chase Farache sgherman@scottghermanpa.com

Travis A Harvey

on behalf of Attorney BAL INVESTMENTS  LLC tharvey@butler.legal

Zach B Shelomith

on behalf of Creditor Woodside Credit  LLC zbs@lss.law,
info@lss.law;alt@lss.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com

TOTAL: 118



**ORDERED in the Southern District of Florida on September 22, 2025.**



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

**AUTO WHOLESALE OF BOCA, LLC**,                    CASE NO.: 22-15627-EPK
                                                    CHAPTER 7

      Debtor.
_____/

### ORDER ON DAVID W. LANGLEY'S MOTION TO WITHDRAW AS ATTORNEY FOR AVRUMI LUBIN

THIS MATTER came before the Court on September 10, 2025 at 10:30 AM, on the Law Offices of David W. Langley, P.A.'s Motion to Withdraw as Counsel for Interested Party Avrumi Lubin, and the Court having reviewed the Motion, having heard argument of counsel and of Avrumi Lubin, and having been otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.    The Law Offices of David W. Langley's Motion is hereby **GRANTED**.

2.      The Law Offices of David W. Langley, P.A. is relieved of any further responsibility

in this matter.

3.      The parties may serve all future pleadings and papers on Avrumi Lubin at:

1460 Arboretum Parkway, Lakewood, NJ 0870

Email: josh@spincapital.com


**Submitted by:**
DAVID W. LANGLEY
*Attorney for Debtor*
8551 W. Sunrise Boulevard, Suite 303
Plantation, Florida 33322
Telephone:    954-356-0450
Fax:              954-356-0451
E-mail: dave@flalawyer.com
Florida Bar Number 348279

David W. Langley shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

**Copies to:** Clerk, U.S. Bankruptcy Court, Office of the U.S. Trustee, all parties of interest