**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on December 19, 2025**

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 22–15627–EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Auto Wholesale of Boca, LLC
6560 West Rogers Circle, Suite B–27
Boca Raton, FL 33487

EIN: 46–1035162

## FINAL DECREE

The trustee, Michael R. Bakst, having filed a final report that the estate has been fully administered, is discharged and the case is closed.